**RECEIVED**
12/27/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JUDGE DURKIN
MAGISTRATE JUDGE HOLLEB HOTALING
EW **23-CV-17137**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MILAN MICHAEL KOTEVSKI )
)
_____, )
)
**Plaintiff(s),** )
)
vs. ) Case No.
)
HILLARY RODHAM CLINTON, )
)
WILLIAM JEFFERSON CLINTON, et al. )
_____, )
)
)
**Defendant(s).** )

**COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS**

*This form complaint is designed to help you, as a* **pro se** *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and

   laws of the United States under 42 U.S.C. §§ 1983, 1985, ~~and~~ 1986, and all bases covered in Attachment A.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 ~~and~~ 1367. and all bases covered in Attachment A.

3. Plaintiff's full name is   MILAN MICHAEL KOTEVSKI aka. Miki Kotevski.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

3A. PLAINTIFF requests IRS or FBI forensic accountants do a forensic accounting of the Rothschilds and the Clintons for the crimes committed against PLAINTIFF.
3B. 735 ILCS 5/13-215 applies to all claims when PLAINTIFF was an Illinois resident (i.e. 2010 and 2011).

3C: Upon Information and Belief, many members Congress knows of the crimes against me and knowingly aided and abetted the crimes committed against me as I was some type of sacrificial lamb to create a surveillance state at behest of American Intel

1

3D. Dulles International Airport is owned by the United States Government and was property used in the course of racketeering in 2011 against PLAINTIFF. In Section D of Prayer of Relief, PLAINTIFF asks for full legal ownership, but all profits go to United States Government and the airport gets renamed to: Miki International Airport.

I D   [If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. Defendant, **See: Attachment A.** ̶i̶s̶ are
   (name, badge number if known)

   ☒ an officer or official employed by _____ ;
   (department or agency of government)

   _____ or

   ☒ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official

   acted is **See: Attachment A.** . As to plaintiff's federal

   constitutional claims, the municipality, township or county is a defendant only if

   custom or policy allegations are made at paragraph 7 below.

6. On or about **See: Attachment A.** , at approximately _____ ☐ a.m. ☐ p.m.
   (month,day, year)
   plaintiff was present in the municipality (or unincorporated area) of _____

   _____ , in the County of _____ ,

   State of Illinois, at _____ ,
   (identify location as precisely as possible)

   when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

   ☒ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
   ☒ searched plaintiff or his property without a warrant and without reasonable cause;
   ☒ used excessive force upon plaintiff;
   ☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
   ☒ failed to provide plaintiff with needed medical care;
   ☒ conspired together to violate one or more of plaintiff's civil rights;
   ☒ Other: **See: Attachment A.**

   _____

   _____

2

_____.

7.  Defendant officer or official acted pursuant to a custom or policy of defendant

    municipality, county or township, which custom or policy is the following: (***Leave blank***

    ***if no custom or policy is alleged***): _____See: Attachment A_____

    _____

    _____

    _____.

8.  Plaintiff was charged with one or more crimes, specifically:

    Intentionally framed, coerced, used psychological
    manipulation and tactics, exploited PLAINTIFF'S disabilities,
    and drugged me or poisoned me
    to commit a crime with either:
    1: the full approval of FBI, CIA NSA, DoD, or the US Govt
    OR 2: Foreign Govts and Intelligence Services
    OR 3: Parents knowingly and willingly forced me to commit
    crimes in order to prevent me from getting help.

9.  (***Place an X in the box that applies. If none applies, you may describe the criminal***
    ***proceedings under "Other"***) The criminal proceedings

    ☐ are still pending.

    ☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

    ☒ Plaintiff was found guilty of one or more charges because defendant deprived me of a

    fair trial as follows_____See: Attachment A._____

    _____.

    ☒ Other: _____See: Attachment A._____.

    _____

    [1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent
    may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the
    conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

PLAINTIFF WOULD LOVE TO FULLY KNOW THE TRUTH; HOWEVER, PLAINTIFF HAS BEEN OBSTRUCTED FROM FINDING OUT THE FULL TRUTH AND THIS IS TO THE BEST OF PLAINTIFF'S ABILITY TO ASCERTAIN THE TRUTH. PLAINTIFF IS NOT A TERRORIST NOR THE DEVIL.

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

For more than 20 years, PLAINTIFF has been legally a slave recorded in every single moment & controversy since Freshman year of High School in 2003 in which PLAINTIFF was cruelly used & abused. At one time or another PLAINTIFF was not even a human being to DEFENDANTS because he was a liability to them because of their crimes against PLAINTIFF (or coerced into committing crimes for them for their complete control) or wasnt human

to DEFENDANTS because PLAINTIFF because he is Autistic, which was the worst thing to be in an indian caste system, huge stigma in Japan, and/or eastern europe in which it was a crime to the state to be crippled. DEFENDANTS intentionally exploitated PLAINTIFF'S disabilities for their own political & financial gains & their own personal insecurities between 2003-2023 in which PLAINTIFF needed help like in Tokyo 2015 when he was being tortured & having war crimes committed against PLAINTIFF, being forced to eat PLAINTIFF'S own vomit by his father as a child, threatening to killl PLAINTIFF, having attempted to kill PLAINTIFF in 2017, intentionally undertook actions knowing that to PLAINTIFF it was worse than death, etc. & DEFENDANTS knew all of the crimes & still did nothing despite having complete control over PLAINTIFF's life like access to his cell phone and laptop and email accounts

Instead of meaningfully helping PLAINTIFF & come to a resolution as of 12/22/2023, DEFENDANTScontinue to maliciously treat & falsely believe PLAINTIFF groomed children, was a terrorist and the worst things known to man in which they are actually based on fact the terrorist pedophiles that imported Angie Ortiz to blackmail PLAINTIFF in 2015 in which I was never a terrorist nor pedophile. PLAINTIEE is under their absolute control of DEFENDANTS in which PLAINTIFF was falsely & routinely labeled horrendous things & completely lied about in Court proceedings for years & had fabricated evidence used against him, forced to commit crimes & framed to commit crimes,to justify an unconstitutional expansion of power, money, & policy in which DEFENDANTS had & have absolute control over PLAINTIFF like having access to his phone & laptop 24/7, DEFENDANTS got more callous, richer, and crueler all the while PLAINTIFF got poorer, fatter, unhealthier, more broken in mind, body, & soul living in squalid conditions being forced to endure horrors unspeakable all the while depriving PLAINTIFF of everything including compensation, respect,friendship, family, career, love, & honor denying PLAINTIFF access to the Courts like clockwork. DEFENDANTS like HILLARY CLINTON,ERIC HOLDER, JEH JOHNSON, India, knew they could treat PLAINTIFF as a subhuman because that is the way PLAINTIFF'S parents treated PLAINTIFF through the years like forcing & coercing PLAINTIFF to sign things without knowing the contents of it, making shit up, and torturing to the point of doing things against PLAINTIFF' own legal and constitutional interests for any sembalance of love & respect. PLAINTIFF has been intentionally deprived of notice & information & even when PLAINTIFF sought to be informed of the decades long fraud by filing more than 25 FOIA requests, filed more than 10 complaints at respective agencies, PLAINTIFF was routinely & intentionally ignored, obstructed in which PLAINTIFF has actual video evidence of one instance. PLAINTIFF even emailed the FBI and told them he has a phone that has evidence of domestic & international terrorism & they completely ignored PLAINTIFF.
False accusations were routinely believed as truth because it was in DEFENDANTS' financial & power interests to believe so. In a way, it started in 2003 or 2004 when the "BELLOS (Mary, Anthony, & Joe)" under the direction of "Anthony Bello" had his son Joe Bello coerce PLAINTIFF into declaring

allegiance to a hostile force because of PLAINTIFF'S beliefs,religion of orthodox christanity, autism & disablities, his speech, super computer algorithms/pre-crime, & part of their RICO Enterprise in which the pattern was continued with both GRIFFIN FRY (YOUNG) & REBECCA WETHERBEE in which DEFENDANTS failed to retain texts proving such or deleted such to obstruct an investigation & to continue a lifelong pattern of exploiting PLAINTIFF'S disabilities & retaliating against PLAINTIFF on the basis of his disabilities, religion, nationality, & speech to further the financial, personal, and political policy decisions of DEFENDANTS. Based on current knowledge and belief, Sir Evelyn de Rothschild: Chairman, E.L. Rothschild LLC and Lady Lynn Forester de Rothschild conspired with Bill Clinton in London on June 26th, 2015 in which Bill Clinton conspired on the same day with Hillary Clinton on June 26th, 2015 when she affirmed the hit against PLAINTIFF in Japan that was established in March 2015 by Bill Clinton that PLAINTIFF explained in Attachment A because of what HILLARY CLINTON did to PLAINTIFF in London and was a liability to her & the ROTHSCHILDS in which the Rothschilds and the Clintons had a reason to retaliate against PLAINTIFF and commit a hit against PLAINTIFFthat concerned PLAINTIFF and Corruption that the Rothschilds and Clintons sought to dispose of a political and financial liability in which the Indian Government under Modi principally aided and abetted or did a favor on behalf of them in which DEFENDANTS violated PLAINTIFF'S soul, degraded and humilitated PLAINTIFF sexually, fundamentally changed the personality of PLAINTIFF. The ROTHSCHILDS all have major interests in Qatar, the United States, United Kingdom, and India in which Lady Lynn Forester de Rothschild had a fund raiser for Hillary Clinton in 2016 after the hit was accomplished. Andrew McCabe, Jeh Johnson, and/or Peter Strzok leaked the details of conversations I had to Hillary Clinton that Hillary Clinton specifically referenced on June 26th, 2015. Alphabet, Xfinity, and Cox conspired with American Intel DEFENDANTS to intentionally deprive PLAINTIFF of information & facts to fully support PLAINTIFF'S allegations in the course of the RICO Enterprise between 2003-2023. Qatar Airways used QIA owned refinery and gas that was obtained through a QIA company to get their aircraft from Doha to London on March 10th 2011 or March 11th, 2011 as part of the RICO Enterprise. PLAINTIFF has repeatedly tried to talk to Corporation DEFENDANTS Chase, Delta, United, AT&T, Verizon, Apple, and more in which PLAINTIFF explained the basis of the claims of liability in which all afor to discuss the issues further in which they all ignored PLAINTIFF (or inte I dont want any war. PLAINTIFF incorporates Attachment A [here].

11.     Defendants acted knowingly, intentionally, willfully and maliciously.

**11(a). PLAINTIFF wishes to state the truth about himself. continued below.**

12.     As a result of defendant's conduct, plaintiff was injured as follows:

$60 Billion USD in Damages. See Attachment A. Loss of new BOEING aircraft: 6 Apache Helicopters Fully Armed,
5 new 777-8fs, 10 787s, 10 737s; landing slots & gates without tax or fees at London-Heathrow, Dulles Airport (and a hangar big enough

to fit one of my new 777-8F's or 787-10s at IAD), Doha International Airport, New Orleans Airport, Chicago O'Hare, and Atlanta Heartfield-Jackson
Airport. Complete legal ownership of Dulles International Airport. 68 or so new General Electric Locomotives or combo;
partial ownership of United Airlines, Delta Airlines, QIA, Qatar Airways, and Boeing. The degradation of being a slave
The psychological pain and turmoil of 20 years of unconstitutional abuse, surveillance, torture, war crimes, RICO, and
more without Due Process of Law or NOTICE. DEFENDANTS intentional scarring of mind, body, heart, and soul; health issues,
undetermined rectal bleeding for nearly 3 years even after clean colonoscopy, loss of mental capacity, severe ptsd,
~~absolute intellectual, personal and social regression; massive weight gain 150+lbs or 68+ Kilograms, loss of humorous self,~~
loss of friendships, loss of family, loss of purpose, loss of trust, loss of faith, living in hell when I die, loss of employment,
loss of future opportunities, I dont know how to make new friends, have a girlfriend/wife, maintain relationships anymore,
and more. See Attachment A.

13.     Plaintiff asks that the case be tried by a jury.   ☒ Yes       ☐ No

11a. My name is Miki Kotevski, I am a straight , crude, sarcastic, truthful, autistic orthodox christian man that loves to put my head in
between most adult women's boobs. I love the Constitution. I love Free Speech, Nascar, Trains, Planes, Learning, &
& helping people when I can. I am not a terrorist. I am not a spy. I am not a rapist. I am not a pedophile. I'm not in any Cartel nor am I russian. I have never been
married in the eyes of God. I revealed things in Attachment A out of fidelity to the truth, law, even if some things might harm me
legally at least I owned up to my mistakes so many times before & there too unlike DEFENDANTS. I never did anything on behalf of Kristina Khomova
nor Russia in 2016 nor did I mean what I wrote to Kristina Khomova in 2018 or so, I never intended to subvert any electoral process nor decide who is going to be
the President. I want my restitution, I want my planes, I want my trains. I want respect and an apology for the things that were committed against me.
I am not a danger to the United States nor to anyone nor am I doing this as a terrorist act. I want to be certified as a pilot, locomotive engineer/conductor, apache
helicopters operator and owner. I had and have the right to defend myself.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14(A). Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such

as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy,

and/or any other claim that may be supported by the allegations of this complaint.

14(B). PLAINTIFF claims violations of rights, dignity, and personhood, under the laws of Louisiana, the Geneva Convention, Warsaw Convention, and Convention On the Rights of Persons With Disabilities which include prohibitions on access to courts, obstruction of justice, mail fraud, wire fraud, kidnapping, torture, war crimes, aiding and abetting, dereliction of duty, and more by DEFENDANTS. See Attachment B as all DEFENDANTS are jointly and severally liable.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering,

loss of income, loss of enjoyment of life, property damage and any other injuries

inflicted by defendant; quick, easy & full approval of any project by PLAINTIFF such as Bozeman & Morgantown Airport Expansion, MKT Airlines/RR, etc. by any US Federal Agency or Department; prohibitions on retaliation by DoD or Any Defendants; restitution in Attachment A.

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages

against the ~~individual defendant, and~~ all DEFENDANTS.

C. Such injunctive, declaratory, or other relief as may be appropriate, including

attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988; either complete ownership of Dulles International Airport or 50/50 ownership of Dulles with either A/B or C/D Gate Building named after me & my input/redesign of it.

Plaintiff's signature: _Milan Michael Kotevski. Electronically Signed. 12/22/2023. 4:05pm._

Plaintiff's name *(print clearly or type)*: MILAN MICHAEL KOTEVSKI

Plaintiff's mailing address: 3102 N. Maple Tree Ln.  Temporary

City  Wadsworth     State ILLINOIS     ZIP  60083

Plaintiff's telephone number: ( 847 ) 380-0400

Plaintiff's email address *(if you prefer to be contacted by email)*: necessary to send to both emails:

miki.kotevski@gmail.com and miki.kotevski@protonmail.me

15. Plaintiff has previously filed a case in this district. ☐ Yes ☒ No

*If yes, please list the cases below.*

# (2): MAKE THIS A CLOSED PROCEEDING: 18 U.S. Code § 1967 applies. HOWEVER, leave the option of me making this public at my discretion and good faith to DEFENDANTS

# LIST OF DEFENDANTS and SOME SUBSTANTIAL & FACTUAL BASIS FOR INCLUSION OF DEFENDANTS CONTAINED IN THE EXHIBITS BELOW.

Due to the high profile nature of numerous DEFENDANTS, PLAINTIFF could not ascertain many addresses of the DEFENDANTS.

I'm so so so so sorry if I am suing any friends or anyone who has supported me and helped me along the way. Please don't take it personally. It is not you. It is me.

I'll keep saying this because it is true and I swear under penalty of perjury for a term of imprisonment for 10 years: every single fact that I included in Attachment A is the truth as it relates directly to anything I directly said, did, or thought.

There are of course different unnamed DEFENDANTS to discover in discovery that were members of the RICO Enterprise.

# DEFENDANTS.

**#1: WILLIAM JEFFERSON CLINTON**
55 W. 125th Street, 14th Floor
New York NY 10027
1200 President Clinton Ave
Little Rock, AR 72201

**#2: HILLARY RODHAM CLINTON.**
55 W. 125th Street, 14th Floor
New York NY 10027
1200 President Clinton Ave
Little Rock, AR 72201

**#3: GINA C. HASPEL.**

King & Spalding LLP
1650 Tysons Boulevard
Suite 400
McLean, VA 22102
+1 703 245 1000
Central Intelligence Agency
Office of Public Affairs
Washington, DC 20505

**#4: JOHN O. BRENNAN**
Strauss Center
2315 Red River St.
Austin, TX. 78712

Central Intelligence Agency
Office of Public Affairs
Washington, DC 20505

**#5: WILLIAM BURNS**
Central Intelligence Agency
Office of Public Affairs
Washington, DC 20505

**#6: MICHAEL JOSEPH MORELL**
Central Intelligence Agency
Office of Public Affairs
Washington, DC 20505

Beacon Global Strategies

**#7: JEREMY BASH**
Beacon Global Strategies
Central Intelligence Agency
Office of Public Affairs
Washington, DC 20505

**#8: ANDREW SHAPIRO**
Beacon Global Strategies
Department of State.

**#9: JON DARBY**
Beacon Global Strategies

**#10: DANA DEASY**
Beacon Global Strategies

**#11: THE ESTATE OF ANTONIN SCALIA**
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

Telephone: 202-479-3000

 202-479-3211

**#12: THE ESTATE OF JOHN PAUL STEVENS**
1 First Street, NE
Washington, DC 20543

Telephone: 202-479-3000

 202-479-3211

**#13: Estate of MUTHUVEL KARUNANIDHI**

**#14: ALPHABET Inc.;**
1600 Amphitheater Parkway.
Mountain View, CA 94043.

**#15: META Inc.,**
One Hacker Way
Menlo Park, CA 94025

**#16: AT&T Inc.,**
208 S. Akard Street,
Suite 2954
Dallas, Texas 75202.

**#17: VERIZON Inc.,**
1 Verizon Way,
Basking Ridge, NJ 07920

**#18: APPLE Inc.,**
1 Apple Park Way.
Cupertino, CA 95014**.**

**#19: COX COMMUNICATION INC.,**
6205-B Peachtree Dunwoody Road Northeast.
Atlanta, GA 30328

**#20: MICROSOFT Inc.,**
**1 Microsoft Way,**

**Redmond, WA** 98052-6399

**#21: AMAZON WEB SERVICES INC**
410 Terry Avenue North
Seattle, WA 98109-5210, U.S.A.

**#22: WALT DISNEY COMPANY**
**500 S Buena Vista St,**
**Burbank, CA.**

**#23: ABC**
77 W 66TH St New York, NY, 10023-6298

**#24: NETFLIX, Inc**
100 Winchester Circle, Los Gatos, CA, 95032

**#25: Boeing Inc.,**
100 N Riverside Plaza
Chicago, IL 60606

OR
 **929 Long Bridge Drive, Arlington, VA, 22202**


**#26: UNITED AIRLINES**
233 South Wacker Drive
Chicago, Illinois

**#27: JEFFREY SMISEK**
6100 Main, Houston, TX 77005, US
5211 Briar Dr, Houston, TX 77056

**#28: DELTA AIRLINES**
1030 Delta Blvd
Atlanta, GA, 30354

**#29: Louis Armstrong New Orleans International Airport**

New Orleans Aviation Board
**#30: Octave "Todd" Francis III**
**#31:Michael Bagneris**
**#32: Roger Ogden**
**#33: Neil Abramson**
**#34: Ruth Kullman**
**#35: Gary Smith**
**#36: Joseph "Nick" Nicolosi**

**#37: J. Douglas Thornton**
**#38: Chief Justice Bernette J. Johnson**
P.O. Box 20007
New Orleans, LA. 70141

**#39: Washington Dulles Airport**
Owned by United States Government
Metropolitan Washington Airport Authority
Board Members:
**#40: William E. Sudow**
**#41: Thorn Pozen**
**#42: Judith N. Batty**
**#43: John A. Braun**
**#44: Sean O. Burton**
**#45: Taylor Chess**
**#46: Albert Dwoskin**
**#47: Brett Gibson**
**#48: Michele Hagans**
**#49: Katherine K. Hanley**
**#50: Mamie W. Mallory**
**#51: Timothy Poole**
**#52: J. Walter Tejada**
**#53: Mark Uncapher**
**#54: Joslyn N. Williams**

Metropolitan Washington Airports Authority Procurement and Contracts Department
MA-29 1 Aviation Circle
Washington DC 20001-6000

**#55: Carmen Spell**
1 Aviation Circle
Washington, DC 20001-6000

**#56: Atlanta Hartsfield-Jackson Airport**
**#57: Balram Bheodari**
**#58: Michael L. Smith**
**#59. City of Atlanta**

Department of Aviation
P.O. Box 20509
Atlanta, GA 30320

City of Atlanta Hartsfield-Jackson Atlanta International Airport
6000 North Terminal Pkwy.
P.O. Box 20509
Atlanta, GA. 30320

404-530-6600.

**#60: Chicago O'Hare Airport**
**#61: Chicago Department of Aviation**
**#62: Jamie Rhee**
Commissioner, Chicago Department of Aviation (CDA)

**#63: MICHAEL HAYDEN,**

Center for Strategic and International Studies
1616 Rhode Island Avenue, NW
Washington, DC. 20036

Fax: 703-993-8215

Mason Square, Van Metre Hall, Room 620
3351 Fairfax Drive
Arlington, VA 22201
Central Intelligence Agency
Office of Public Affairs
Washington, DC 20505

**#64: LEON PANETTA**
100 Campus Center,
Building 86E.
California State University
Monterey Bay. Seaside, California 93955.
Central Intelligence Agency
Office of Public Affairs
Washington, DC 20505

**#65: BARACK OBAMA**
The Honorable Barack Obama
The Office of Barack and Michelle Obama
P.O. Box 91000, Washington, DC 20066

**#66: GEORGE W. BUSH**
The Honorable George W. Bush
P.O. Box 259000
Dallas TX 75225-9000

**#67: TERRENCE MCAULIFFE**

**#68: LORETTA LYNCH**

1285 Avenue of the Americas
New York, NY 10019-6064
1-212-373-3000
1-212-757-3990

**#69: ELENA KAGAN**

**#70: NEAL KATYAL**
555 13th St NW
Washington, DC 20004, United States

Georgetown Law.
202 637 5528. 202-662-9807
600 New Jersey Ave NW Washington DC 20001
neal.katyal@hoganlovells.com

**#71: JANET NAPOLITANO**
1111 Franklin St.,
Oakland, CA 94607

Berkeley Public Policy
The Goldman School
2607 Hearst Avenue
Berkeley, CA 94720-7320(510) 642-4670

**#72: ERIC HOLDER Jr.**
850 10th St NW,
Washington, DC 20001
Covington & Burling LLP, Address

**#73: LOUIS FREEH**
Alix Partners.
909 Third Ave
New York, NY 10022.
1-302-824-7139
1-212-490-2500
1-212-490-1344. Fax

**#74: CHERYL MILLS**
BLACKROCK, INC.

50 Hudson Yards
New York, NY 10001
(212) 810-5300

1270 Avenue of the Americas, 12th Floor

New York, NY 10020

<u>212.713.7600</u>

2300 N St NW
Washington, DC

------------------------
Office of Intelligence Litigation Records System

Share
Originator:

U.S. Department of Justice
National Security Division, Office of Intelligence
950 Pennsylvania Avenue, N.W., Room 6150
Washington, D.C. 20530
*Hours of Service: 9:00 a.m. - 5:30 p.m.*
*Telephone:* (202) 514-5600


**#75: Senior Judge COLLEEN KOLLAR-KOTELLY**
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W., Washington D.C. 20001
US District Court. District of Washington DC.
(202) 354-3340
(202) 354-3189

**#76: Judge MARY A. McLAUGHLIN**
United States District Court for the E.D. of Pennsylvania
James A. Byrne US Courthouse 601 Market Street Philadelphia, PA 19106 United States.
or
**333 Constitution Avenue NW Washington, DC 20001**.

**#77: Judge THOMAS BANISTER RUSSELL**
**333 Constitution Avenue NW Washington, DC 20001**.


**#78: Judge SUSAN WEBBER WRIGHT**
Senior Judge E.D. Arkansas
500 West Capitol Avenue Little Rock, Arkansas 72201
333 Constitution Avenue NW Washington, DC 20001.

**#79: LYNN DE ROTHSCHILD**
Council For Inclusive Capitalism
909 3rd Ave, New York, NY 10022
1800 I St NW
Sixth Floor
Washington DC

20006

**#80: BARON DAVID RENE de ROTHSCHILD**

**#81: ROTHSCHILD CONTINUATION HOLDINGS**
1251 Avenue of the Americas,
New York, NY 10020, USA

1417, Al Fardan Office Towers
PO Box 31316
Doha Qatar +974 44101680

6th Floor, Vintners Place
68 Upper Thames Street
London
EC4V 3BJ
United Kingdom

103,1st Floor, Piramal Towers, Peninsula Corporate Park,Ganpatrao Kadam Marg,off
S.B.Marg,Lower Parel Mumbai Mumbai City MH 400013 IN

**#82: JOCELYN SAMUELS**
EEOC. Vice Chair
131 M Street, NE
Washington, DC 20507

**#83: DONALD B. VERRILLI, JR**
202-220-1101
601 Massachusetts Avenue NW
Suite 500 E City
**Washington D.C**. Zip 20001

**#84: JOYCE R. BRANDA**
DOJ Headquarters

**#85: VANITA GUPTA**
DOJ

**#86: IAN HEATH GERSHENGORN**
1099 New York Ave NW # 900,
Washington, DC 20001

**#87: ELIZABETH B. PRELOGAR**
DOJ

**#88: BARBARA L. HERWIG**
DOJ: Offices, Boards and Divisions


**#89: SHARON M. MCGOWAN**
11 Dupont Circle NW
Suite 600
Washington DC 20036

#90: DANA KAERSVANG
DOJ


#91: HOLLY A. THOMAS
95 Seventh Street,
San Francisco, California 94103.
The mailing address is P.O. Box 193939
San Francisco, California 94119-3939

#92: ANURIMA BHARAGAVA.

#94: SALLY YATES
1180 Peachtree St NE,
Atlanta, GA 30309

#95: TOM PEREZ
White House


#96: PAUL CLEMENT
202-742-8900
708 Wolfe St
Alexandria, VA 22314-3614

#97: LISA PAGE
Amy Jeffress (D.C. Bar No. 449258) Kaitlin Konkel (D.C. Bar No. 1021109) ARNOLD &
PORTER KAYE SCHOLER LLP 601 Massachusetts Avenue NW Washington, DC 20001-3743
Telephone: (202) 942-5000 Fax: (202) 942-5999

Works for Comcast under NBC and MSNBC


#98: MATTHEW G. OLSEN
DOJ

#99: GREGORY GARRE
555 11th St NW
Washington, DC 20004
Gregory.garre@lw.com
1-202-637-2207.


#100: EDWIN KNEEDLER

The American Law Institute
4025 Chestnut Street, Philadelphia, PA 19104


#101: JOHN ROTH
DHS IG
DHS Office of Inspector General/MAIL STOP 0305
Attn: Office of Investigations - Hotline
245 Murray Lane SW
Washington, DC 20528-0305

#102: ALICE FISHER
alice.fisher@lw.com
202-637-2232
555 11th St NW
Washington, DC 20004


#103: BRAIN BENCZKOWSKI,
1301 Pennsylvania Avenue NW,
Washington, DC 20004
1-202-389-3129

**#104: MYTHILI RAMAN**
850 10th St NW
Washington, DC 20001

**#105:BENJAMIN C. MIZER**
DOJ

**#106: RACHEL P. KOVNER**
Eastern District of New York. Judge
225 Cadman Plaza East
Brooklyn, NY 11201

**#107: DONALD E. KEENER,**

DOJ

**#108: PATRICK J. GLEN**

**#109: JEFFERSON BEAUREGARD SESSIONS III**

**#110: ROD JAY ROSENSTEIN**
1700 Pennsylvania Avenue NW
# 900
Washington, DC 20006

**#111: Eileen M. Decker**
699 W Exposition Blvd
Los Angeles, CA 90089

**#112: Zachary Thomas Fardon**

**#113: J. Walter Green**

**#114: The Estate of Kenneth Winston Starr**

**#115:** Stephanie Yonekura—key corrupt lawyer. 08/08/2014 - 06/10/2015. Central District of California. False Allegations. Miki's Tea Party and An Anchor (Sewanee news article and arbor). Malicious prosecution. Rico enterprise. Worked with FBI and IRS.

**#116:** George S. Cardona (An Anchor and a Pitchfork) Sting Operation:

**#117: PETER STRZOK**
FBI

**#118: JAMES COMEY**
FBI

**#119: ROBERT MUELLER III,**
2100 Pennsylvania Ave NW
Washington, DC 20037

or

FBI Address

**#120: ANDREW MCCABE**
FBI Address
Arnold & Porter Kaye Scholer

601 Massachusetts Avenue, NW
Washington DC 20001-3743
202-942-5000

**#121: JAMES ANDREW BAKER,**
Harvard

**#122: ANDREW WEISSMANN**
New York University School of Law.
40 Washington Sq. South,
New York, NY 10012.

**#123: JOHN KERRY**
State Department

**#124: HAROLD HONGJU KOH**
Yale Law School
127 Wall St.
New Haven, CT. 06511.
203-432-4932
harold.koh@yale.edu

**#125: JOSEPH LEBARON**
660 N Capitol St NW, 7th Floor,
Washington DC 20001

**#126: CAROLINE KENNEDY**
State Department

**#127: SUSAN L. ZIADEH**
**Middle East Institute**
1763 N St NW
Washington, DC 20036

**#128: WILLIAM FRANCIS HAGERTY IV**
US Senator Bill Hagerty
United States Senate
Washington, D.C. 20510

**#129: VALERIE JARRETT**

**#130: SUSAN RICE**

**#131: BEN RHODES**

**#132: JEH JOHNSON**
New York
1285 Avenue of the Americas
New York, NY 10019-6064
Washington
2001 K Street, NW
Washington DC 20006-1047


**#133: RAND BEERS**
1401 H St. NW.
Suite 875
Washington DC. 20005

245 Murray Lane SW
Washington, DC 20528-0305

**#134: JULIE JOHNSON**
Department of Homeland Security
245 Murray Lane
Washington, DC 20528-0380.


**#135: THOMAS HOMAN**

**#136: MICHAEL CHERTOFF**
850 10th St NW,
Washington DC 20001

**#137: KIRSTJEN NIELSEN**

**#138: ELAINE DUKE**

**#139: KEVIN KEALOHA McALEENAN,**

**#140: CHAD WOLF**

**#141: JAMES CLAPPER**
Office of the Director of National Intelligence
Washington, DC 20511

**#142: Admiral MICHAEL S. ROGERS**

Auburn University
McCrary Institute
**1214 Shelby Center. Auburn, Alabama 36849**,

600 Massachusetts Avenue, NW
Suite 350
Washington, D.C. 20001
United States

## #143: General KEITH B. ALEXANDER

The National Security Institute
Antonin Scalia Law School
George Mason University
3301 Fairfax Dr.
Arlington, VA. 22201

Board of Directors:
410 Terry Avenue North
Seattle, WA 98109-5210

## #144: JOHN C. "CHRIS" INGLIS
1600 Pennsylvania Ave NW
Washington, DC 20500

Or

NSA

RICHARD H. LEDGETT JR

Beacon Global Strategies


## #145 AVRIL HAINES

Office of the Director of National Intelligence
Washington DC 20511

1201 New York Ave NW
Suite 500
Washington DC
20005-3917

## #146: MICHAEL McCONNELL
DNI

**#147: DENNIS BLAIR**
DNI

**#148: MICHAEL DEMPSEY**
ADVISED OBAMA DAILY.
2980 Fairview Park Dr,
Falls Church, Virginia.

**#149: DAN COATS**
DNI
1700 Pennsylvania Avenue NW
# 900
Washington, DC 20006

**#150: JOSEPH MAGUIRE**
DNI
**875 15th St NW**
**Ste 550**
**Washington, District of Columbia 20005**

**#151: RIC GRENELL**
DNI

Office of the Director of National Intelligence
Washington, D.C. 20511

**#152: JOHN RATCLIFFE**
DNI
Office of the Director of National Intelligence
Washington, D.C. 20511

**#153: DONALD KERR**
901 N. Stuart St
Suite 1200
Arlington, VA. 22203
Office of the Director of National Intelligence
Washington, D.C. 20511

**#154: RONALD L. BURGESS JR**
MCCRARY INSTITUTE
**1214 Shelby Center**
 **Auburn, Alabama 36849,**
Office of the Director of National Intelligence

Washington, D.C. 20511

**#155: DAVID C. GOMPERT**
DNI
Office of the Director of National Intelligence
Washington, D.C. 20511

**#156: STEPHANIE O'SULLIVAN**
DNI
Office of the Director of National Intelligence
Washington, D.C. 20511

**#157: JOHN PODESTA**
1001 G Street NW Suite 1000 West Washington, DC 20001

**#158: TONY PODESTA**
1001 G Street NW Suite 1000 West Washington, DC 20001

**#159: Judge JOHN DEACON BATES**
333 Constitution Avenue NW Washington, DC 20001.

**#160: Judge JAMES GRAY CARR**
333 Constitution Avenue NW Washington, DC 20001.

**#161: Judge JENNIFER B. COFFMAN**
333 Constitution Avenue NW Washington, DC 20001.

**#162: Judge MALCOLM JONES HOWARD**
333 Constitution Avenue NW Washington, DC 20001.

**#163: Judge ROSEMARY M. COLLYER**
333 Constitution Avenue NW Washington, DC 20001.

**#164: Judge RUDOLPH CONTRERAS**
333 Constitution Avenue NW Washington, DC 20001.

**#165: Judge ANNE C. CONWAY**

333 Constitution Avenue NW Washington, DC 20001.

**#166: Judge RAYMOND JOSEPH DEARIE,**
333 Constitution Avenue NW Washington, DC 20001.

**#167: Estate of Judge MARTIN LEACH-CROSS FELDMAN**
333 Constitution Avenue NW Washington, DC 20001.

**#168: Judge NATHANIEL MATHESON GORTON**
333 Constitution Avenue NW Washington, DC 20001.

**#169: Judge THOMAS FRANCIS HOGAN**
333 Constitution Avenue NW Washington, DC 20001.

**#170: Judge JAMES PARKER JONES**
333 Constitution Avenue NW Washington, DC 20001.

**#171: The Estate of Judge GEORGE PHILIP KAZEN**
333 Constitution Avenue NW Washington, DC 20001.

**#172: Judge MARY A. McLAUGHLIN**
333 Constitution Avenue NW Washington, DC 20001.

**#173: Judge MICHAEL WISE MOSMAN**
333 Constitution Avenue NW Washington, DC 20001.

**#174: Judge THOMAS BANISTER RUSSELL**
333 Constitution Avenue NW Washington, DC 20001.

**#175: Judge FRANK DENNIS SAYLOR IV**
333 Constitution Avenue NW Washington, DC 20001.

**#176: Judge FREDERICK JAMES SCULLIN Jr.**
333 Constitution Avenue NW Washington, DC 20001.

**#177: The Estate of Judge CLYDE ROGER VINSON**
333 Constitution Avenue NW Washington, DC 20001.


**#178: Judge REGGIE BARNETT WALTON**
333 Constitution Avenue NW Washington, DC 20001.


**#178: Judge SUSAN WEBBER WRIGHT**
333 Constitution Avenue NW Washington, DC 20001.


**#179: Judge JAMES BLOCK ZAGEL**
333 Constitution Avenue NW Washington, DC 20001.

**#180: NSO GROUP**

**#181: STRATFOR**
P.O. Box 92529,
Austin, Texas 78709-2529

**#182: Christopher Steele**

**#183: BEAN LLC d/b/a Fusion GPS**
1700 Connecticut Avenue
Suite 400
Washington, DC 20009

**#184: REBECCA WETHERBEE**

**#185: TED ROBINSON**

**#186: THAO BUI**
Somewhere around Washington D.C.

**#187: VERICA V. KOTEVSKI**

**#188: CHRISTOPHER ALEXA.**

**#189: BRUCE OHR**

**#190: GLENN SIMPSON.**
THEFT OF PERSONAL FLASH DRIVE NEVER GIVEN TO HIM DIRECTLY.

**#191: Baker McKenzie**

Blue Cross Blue Shield Tower,
300 E Randolph St #5000,
Chicago, IL 60601

Represents Facebook and Apple.

**#192: REX TILLERSON**
Former Secretary Of State

**#193: ROBERT MICHAEL GATES**
2765 Sand Hill Rd.
Menlo Park, California 94025

Or
1625 EYE STREET, NW,
WASHINGTON, District of Columbia,

**#194: Lona Valmaro**

**#195: THEODORE ALLEGRA**

**#196: Monica Hanley**

**#197: Betsy Ebeling**

**#198: Huma ABEDIN**

**#199: JAMES FERGUSON "JAY" CARNEY**

**#200: JEFFREY D. FELTMAN**

**#201: JACOB SULLIVAN.**

**#202: FRED HOCHBERG**

**#203: JEFFREY ZIENTS**

**#204: MICHAEL FROMAN**

**#205: PENNY PRTIZKER**

**#206: BRIAN KRZANICH**

**#207: Intel Corporation.**

**#208: JACOB LEW**

**#209: EVAN MEDEIROS**

**#210:** SHAILAGH MURRAY

**#211: LISA MONACO**
DOJ. Washington DC.

**#212: SUZY GEORGE**

**#213: BERNADETTE MEEHAN**

**#214: CHRISTOPHER JOHNSTONE**

**#215: SAMANTHA POWER**
**#216: JENNIFER PSAKI**

**#217: DANIEL RUSSEL**

**#218: AMY ROSENBAUM**

**#219: CHARLES SCHARF**
CEO of VISA (or former CEO of Visa).

**#220: VISA**
900 metro center blvd
foster city, CA 94404

**#221: KEITH UMEMOTO**

**#222: Admiral JAMES WINNEFELD**
Department of Defense

**#223: BRAIN DEESE**

**#224: Ambassador WILLIAM BROWNFIELD**

**#225: CAROLINE ATKINSON**

**#226: DENIS McDONOUGH**

**#227: ROSE GOTTEMOELLER**

**#228: JUSTIN COOPER.**

**#229: LILLY WINCHESTER (AKA LILLY RADER) (or LILY WINCHESTER or LILY RADER).**

**#230: The United States Government**

**#231: The United States Government as owners of Dulles International Airport.**

**#232: Dulles International Airport. (In-Rem)**

**#233: PREET SINGH BHARARA.**

**#234: CHRISTOPHER M. CHADWICK**
929 Long Bridge Drive, Arlington, VA, 22202

100 N. RIVERSIDE PLAZA, M/C 5003-1001, CHICAGO, IL, 60606.

**#235: Gibson, Dunn & Crutcher LLP (represents Facebook)**

**#236: ANGIE ORTIZ**

# BRITISH DEFENDANTS:

**#237: Sir IAIN ROBERT LOBBAN. GCHQ**

**#238: Lord ANDREW DAVID PARKER (Baron Parker of Minsmere)**

House of Lords
London
SW1A 0PW

**#239: SIR ROBERT JOHN SAWERS GCMG FRUSI**
Board Member of BP

BP p.l.c.
1 St James's Square
London
SW1Y 4PD
UK
Tel: +44 (0)20 7496 4000
Fax: +44 (0)20 7496 4630

501 Westlake Park Boulevard
Houston TX, 77079-2696
US
Tel: +1 281 366 2000

The Enquiries Desk
PO Box 3255
London SW1P 1AE

**#240: Sir ALEXANDER WILLIAM YOUNGER**
The Enquiries Desk
PO Box 3255
London SW1P 1AE

**#241: JONATHAN EVANS (Baron Evans of Weardale)**
The Enquiries Desk
PO Box 3255
London SW1P 1AE


**#242: ALISTAIR JAMES HENDRIE BURT**


**#243: THE SECURITY SERVICE (MI5)**

**#244: MI6**

**#245: SECRET INTELLIGENCE SERVICE (UK)**

**#246: THE GOVERNMENT COMMUNICATIONS HEADQUARTERS (GCHQ)**

**#247: DEFENCE INTELLIGENCE (UNITED KINGDOM)**

**#248: London Metropolitan Police Service: Counter Terrorism Command (CTC) or SO15,**

**#249: NSC**

**#250: TONY BLAIR**
50 Broadway, London,
SW1H 0BL,
United Kingdom

**#251: CHERIE BLAIR,**
50 Broadway, London,
SW1H 0BL, United Kingdom

**#252: JEREMY RICHARD BROWNE**

**#253: DAVID CAMERON**
Foreign Secretary

Foreign & Commonwealth Office,
King Charles Street,
London.
SW1A 2AH
United Kingdom

**#254: Heathrow Airport Holdings LTD.**
The Compass Center Nelson Road,
Middlesex Hounslow,
TW6 2GW United Kingdom.


Ferrovial essentially owned BAA Airports Limited (BAA plc) who were the owners, operators, and managers of London-Heathrow Airport. BAA Airports Limited (BAA plc)'s CEO at the time was


**#255: COLIN STEPHEN MATTHEWS;**
National Highways
National Traffic Operations Centre
3 Ridgeway
Quinton Business Park
Birmingham
B32 1AF
Can also be found in: London Borough of Richmond Upon Thames

**#256: Ferrovial**
Ribera del Loira,
42 28042 Madrid (Spain)
or
9600 Great Hills Trl #250e, Austin, TX 78759

**#257: The Government of the United Kingdom.**

**#258: London Heathrow Airport (In-Rem)**

**#259: BRITISH AIRWAYS.**
British Airways Plc.
Waterside
PO Box 365
Harmondsworth,
UB7 0GB
United Kingdom

**#260: IAG: INTERNATIONAL CONSOLIDATED AIRLINES GROUP S.A.**
International Airlines Group Waterside (HAA2),

PO Box 365. Harmondsworth,
UB7 0GB.

# QATARI DEFENDANTS:

**#261: The Government of Qatar**

**#262: Qatari State Security**

**#263: Qatar Airways**
Airport Road. Tower 1.
Doha, Qatar

875 N. Michigan Ave.
Chicago, IL.

87 Brompton Rd.
London, United Kingdom

1 Saarinen Circle Dulles, VA 20166

**#264: QIA**
Q-Tel Tower,
Corniche Street,
PO Box 23224,
Doha, Qatar

Ooredoo Tower (Building 14),
Dafna Street (Street 801),
Al Dafna District (Zone 61),
Doha, P.O.Box 23224,
Qatar

**#265: QIA Advisory (USA) Inc.**
9 West 57th Street, 38th Floor
New York, NY 10019

**#266: Akbar Al Baker** أكبر الباكر
Address unknown

**#267: Sheikh Hamad bin Jassim bin Jaber bin Mohammed bin Thani Al Thani ( حمد بن جاسم بن جبر آل ثاني) (also known as HBJ),**

**#268: Emir/Sheikh** Hamad bin Khalifa bin Hamad bin Abdullah bin Jassim bin Mohammed Al Thani

**#269: Jassim bin Hamad bin Khalifa Al Thani** جاسم بن حمد بن خليفة آل ثاني,

**#270: Mohammed bin Abdulrahman bin Jassim Al Thani** محمد بن عبدالرحمن بن جاسم آل ثاني

# INDIAN DEFENDANTS:

**#271: The Government of India**

**#272: Estate of MUTHUVEL KARUNANIDHI**

**#273: Former Prime Minister MANMOHAN SINGH**

**#274: Current Prime Minister NARENDRA MODI,**

**#275: Mahmoud Kandathil**

**#276: SpiceJET Airlines**
SpiceJet Ltd.,
319, Udyog Vihar,
Phase IV,
Gurgaon - 122016
Haryana,
India.

**#277: AJAY SINGH**
B-1, Kalindi Colony
New Delhi-110065,
INDIA
Tel No.: 011-26934108,
26919899
Email:singhajay@vsnl.com.

**#278: BHUPENDRA KANSAGRA**
4, Old Gannon Close, Northwood,
LONDON, UNITED KINGDOM

**#279: KALANITHI MARAN.**

**#280: Indian Central Bureau of Investigation (which has jurisdiction over international, multi-state, or multi-agency issues)**

**#281:** the Directorate of Revenue Intelligence (which has jurisdiction over anti-smuggling issues)

**#282:** National Investigation Agency (NIA) राष्ट्रीय अन्वेषण अभिकरण (deals with counterterrorism),

**#283:** Research and Analysis Wing (abbreviated: R&AW)

**#284:** Intelligence Bureau (IB) (आसूचना ब्यूरो) (āsūcanā byūro)(under Ministry of Home Affairs (INDIA)),

**#285:** Ministry of Home Affairs (INDIA)

# JAPANESE DEFENDANTS:

**#286: THE ESTATE OF SHINZO ABE**

**#287: Fumio Kishida (岸田 文雄)**

**#288: Itsurō Terada 寺田 逸郎**

**#289: YOSHIHIDE SUGA, chief cabinet secretary of Japan (内閣官房長官,** *Naikaku-kanbō-chōkan)*

**#290: SHOTARO YACHI (谷内 正太郎)**

**#291: SANAE TAKAICHI**

**#292: SHIGERU KITAMURA**

**#293: TARŌ ASŌ (麻生 太郎) Deputy Prime Minister and Minister of Finance in 2015.**

**#294: YOICHI MIYAZAWA (宮沢 洋) Minister of Economy, Trade and Industry (経済産業大臣,** *Keizai-Sangyou Daijin)* **in 2015**

**#295: AKIHIRO OTA (太田 昭宏) Minister of Land, Infrastructure, Transport and Tourism (国土交通大臣,** *Kokudo-Koutsu Daijin)***.**

**#296: MITSUHIDE IWAKI (岩城 光英) Minister of Justice in Japan (i.e. Attorney General of Japan) (2015 and 2016).**

**#297: YŌKO KAMIKAWA Minister of Justice in Japan (i.e. Attorney General of Japan)(2015)(during** *An Anchor and a Pitchfork)***.**

**#298: Gen Nakatani, Minister of Defense of Japan**

**#299: Ambassador KENICHIRO SASAE**

**#300: Cabinet Secretariat (内閣官房, *Naikaku-kanbō*),**

**#301: Cabinet Intelligence and Research Office (内閣情報調査室, *Naikaku Jōhō Chōsashitsu),***

**#302: National Security Council** (NSCJ, 国家安全保障会議, or (*Kokka anzen hoshō kaigi*),

**#303: THE GOVERNMENT OF JAPAN**

# GERMAN DEFENDANTS:

**#304: ANGELA MERKEL**

**#305: TJORVEN BELLMANN**

**#306: GUIDO WESTERWELLE**

**#307: WERNER HOYER,**

**#308: CORNELIA PIEPER**

**#309: PETER AMMON**

**#310: WOLF RUTHART BORN**

**#311: MARTIN BIESEL,**

**#312: AUSWÄRTIGES AMT**

**#313: GERHARD SCHINDLER**

**#314: ERNST UHRLAU**

**#315: NORBERT STIER**

**#316: WERNER OBER**

**#317: ARNDT FREYTAG von LORINGHOVEN**

**#318: ARMIN HASENPUSCH**

**#319: BUNDESNACHRICHTENDIENST (BND)**

**#320: BUNDESKRIMINALAMT (BKA)**

**#321: ZOLLKRIMINALAMT (ZKA).**

**#322: The Government of Germany.**

# Australia DEFENDANTS:

**#323: The Government of Australia**

**#324: TONY ABBOTT**

**#325: PETER JOSEPH NOOZHUMURRY VARGHESE**

**#326: GEORGE BRANDIS**

**#327: MILES ARMITAGE**

**#328: PAUL FOLEY**

**#329: WARREN ERROL TRUSS**

**#330: AUSTRALIAN SECRET INTELLIEGENCE SERVICE**

**#331: AUSTRALIAN SIGNALS DIRECTORATE.**

# REMAINING DEFENDANTS:

This is a just in case but I still have to include you if I was wrong about previous allegaitons.

**#332: HUNTER BIDEN**

**#333: JIM BIDEN**

**#334: JAMES BIDEN**

**#335: Canadian INTEL** (or Canadian Intel):

**#336: New Zealand INTEL** (or Canadian Intel):

**#337: 5 Eyes, any intelligence agency that is a part of 5 eyes, or any employee of 5 eyes.**

**#338:**  ALGEMENE INLICHTINGEN-EN VEILIGHEIDSDIESNT

**#339:** MILITARY INTELLIGENCE (IRELAND),

**#340:** GARDA NATIONAL SURVEILLANCE UNIT (NSU)

**#341: Russian INTEL:** MAIN DIRECTORATE OF THE GENERAL STAFF OF THE RUSSIAN FEDERATION, Служба внешней разведки Российской Федерации, FSB, and GRU.

**#342: VLADIMIR PUTIN.**

**#343: The Government of Russia.**

**#344: The Government of China.**

**#345: MINISTRY of STATE SECURITY OF CHINA 国家安全部.**

**#346: XI JINPING**

**#347: FOREIGN INTELLIGENCE OF UKRAINE (SZRU)**

**#348: Volodymyr Oleksandrovych Zelenskyy**

**#349: The GOVERNMENT of UKRAINE**

**#350: DEPARTMENT OF EDUCATION:**

**#351: LOUISIANA STATE UNIVERSITY:**

**#352: Trey Carrolton,**

**#353: William Corbett**

**#354: JESSICA A. OTT**

**#355: Rachel Fontenot**

**#366: The University of the South**
735 University Ave
Sewanee, TN

**#367: Santa Clara University**

**#368: PHILLIP JIMINEZ**;

**#369: MARCUS KOSINS.**

**#370: TOKYO ROPPONGI PATENT AND LAW OFFICE**
5th Floor, Zentoku Roppongi Bldg, 7-27, Roppongi 1-Chōme, Minato, Tokyo, Japan 106-0032

**#371: Sewanee, Tennessee Police Department**

**#372: Ichiro Otsuka**

**#373: Officer Rollins.**
**Sewanee Police Department.**

**#374: JP Morgan Chase.**
383 MADISON AVENUE NEW YORK, NY 10179 UNITED STATES.

Or

1111 POLARIS PKWY FLOOR 3F COLUMBUS, OH 43240 UNITED STATES

Or

25 Bank St, Canary Wharf, London E14 5JP, United Kingdom

Or
270 Park Avenue, New York, NY

**#375: Joseph Bello**
**Chicagoland area.**

**#376: Mary Bello**

**#377: Tony Bello (Anthony Bello)**
**Possible location:** Oviedo, Florida

**#378: Campus Federal Credit Union**
P.O. Box 98036
Baton Rouge, LA 70898-9036

**#379: BANK OF AMERICA.**
Bank of America Corporate Center,
100 North Tryon Street,
Charlotte, NC 28255.
Giving US Intel all of my information and aiding and abetting RICO Enterprise.

**#380: BARACK OBAMA**

**#381: GEORGE W. BUSH.**

**#382: RICHARD ANDERSON**

**#383: Export-Import Bank of the United States**

**#384: BRIANA DUBOIS**

**#386: Paula "Polly" (Finley) BARR**
**DOD. Arlington, VA**

**#387: MARY GRIFFIN YOUNG**
**Georgia**

**#388:**

**#387: BIVENS DEFENDANTS**: UNKNOWN OFFICERS, LAWYERS, EMPLOYEES, CONTRACTORS, JUDGES, EMPLOYEES, AND/OR SOLDIERS IN THE FOLLOWING ORGANZATIONS and/or COMPANIES/Corporations/LLCs (that are so intertwined with the United States Government that makes them an effective arm of the government):

- o THE DEPARTMENT OF JUSTICE,
- o DEPARTMENT OF EDUCATION,
- o DEPARTMENT OF HOMELAND SECURITY,
- o CENTRAL INTELLIGENCE AGENCY,
- o FEDERAL BUREAU OF INVESTIGATION,
- o 5 EYES,
- o DEPARTMENT OF DEFENSE,
- o DEPARTMENT OF STATE,
- o NATIONAL SECURITY ADMINISTRATION,
- o DIRECTOR OF NATIONAL INTELLIGENCE,
- o MI6
- o The Supreme Court.
- o BUNDESNACHRICHTENDIENST,
- o 公安調査庁 kōanchōsa-chō,
- o FOREIGN INTELLIGENCE OF UKRAINE (SZRU),
- o AUSTRALIAN SECRET INTELLIGENCE SERVICE,
- o SEWANEE, TN POLICE DEPARTMENT,
- o FAA,
- o LOUISIANA STATE UNIVERSITY,
- o LSU PAUL M. HEBERT LAW CENTER,
- o SANTA CLARA UNIVERSITY,
- o THE UNIVERSITY OF THE SOUTH,
- o FISA COURT,
- o ALGEMENE INLICHTINGEN-EN VEILIGHEIDSDIESNT,
- o MAIN DIRECTORATE OF THE GENERAL STAFF OF THE RUSSIAN FEDERATION, Служба внешней
- o разведки Российской Федерации,

- DIRECTORATE OF MILITARY INTELLIGENCE (IRELAND),
- UNITED KINGDOM'S SECRET INTELLIGENCE SERVICE,
- THE SECURITY SERVICE (MI5),
- THE GOVERNMENT COMMUNICATIONS HEADQUARTERS (GCHQ), DEFENCE INTELLIGENCE (UNITED KINGDOM),
- MINISTRY of STATE SECURITY OF CHINA 国家安全部;
- MINISTRY of HOME AFFAIRS (INDIA),
- INTELLIGENCE BUREAU (IB) (आसूचना ब्यूरो) (āsūcanā byūro)(under Ministry of Home Affairs (INDIA));
- RESEARCH and ANALYSIS WING (abbreviated: R&AW) (INDIA).
- INDIAN CENTRAL BUREAU of INVESTIGATION.
- THE DIRECTORATE of REVENUE INTELLIGENCE (India),
- NATIONAL INVESTIGATION AGENCY (NIA) राष्ट्रीय अन्वेषण अभिकरण (India)
- Apple
- AT&T
- Verizon
- Cox Communications
- Alphabet, Inc.
- Xfinity
- Microsoft
- Amazon Web Services
- Boeing
- SpiceJET
- Jet Airways
- Qatar Airways
- United Airlines
- Qatar Airways
- Delta Airlines
- JP Morgan Chase
- London Heathrow Airport
- New Orleans Airport
- Atlanta Hartfield-Jackson Airport
- Washington Dulles International Airport
- White House

PLAINTIFF has been intentionally deprived of fully learning the information and has to make guesses in the wind because he knows the harm that was done to him but the people that committed the harm are the ones obstructing.

# Basic reasons why certain DEFENDANTS are included:

Due to the secrecy of intelligence and military in which all intelligence agencies and militaries and governments have substantial reason to commit war crimes against PLAINTIFF, torture PLAINTIFF, prevent PLAINTIFF from accessing the Court, and in which numerous DEFENDANTS intentionally obstructed PLAINTIFF in the process, at one time or another between 2003 through 2023, one of the following applies to any DEFENDANT:

1) PLAINTIFF'S name and file came across their desk(s) in the course and scope of their employment in which they processed, viewed, analyzed, or undertook some type of action involving PLAINTIFF in the course of their employment sometime between 2003-2023;
2) Are corporations that necessarily profited from different DEFENDANTS' RICO Conduct that caused PLAINTIFF extreme peril, damages, and more;
3) Aided and Abetted WILLIAM JEFFERSON CLINTON and HILLARY CLINTON;
4) Knowingly and willfully lied to the Court thereby committing judicial and legal fraud;
5) Violated the oath to the United States of America;
6) Knew of harm being done to PLAINTIFF and took no affirmative steps to do anything to help PLAINTIFF;
7) Were complicit in the harm being done to PLAINTIFF;
8) Coerced PLAINTIFF;
9) Tortured PLAINTIFF;
10) Willingly aided and abetted a RICO Enterprise by representing certain DEFENDANTS;
11) Violated the Bar's rules of conduct and committed professional malpractice;
12) Were once employed by their federal government in some military, diplomatic, or intelligence capacity;
13) Were once employed by their federal government;
14) PLAINTIFF offered numerous solutions and opportunities to remedy the situation and those DEFENDANT(S) did nothing to help themselves and took the wrong course of action;
15) Intentionally prevented PLAINTIFF from obtaining justice in Court in some way;
16) Intentionally prevented PLAINTIFF from obtaining knowledge thereby denying him an opportunity to seek redress for the harms done;
17) Intentionally gained access to any of PLAINTIFF'S email account(s), laptop(s), and/or cellphone(s) to prevent PLAINTIFF from getting help,
18) Knowingly used illegally obtained evidence in the course of the RICO Enterprise in some way;
19) Knowingly conspired to harm PLAINTIFF and did in fact conspire against PLAINTIFF
20) Any other factual explanation as explained in Attachment A.
21) Due to the secrecy of intelligence services and being unable to obtain information when requested, PLAINTIFF can reasonably infer they were the supervisors of lower-level employees that violated policy, procedures, and/or laws of their respective agencies.
22) Based on reasonable inferences based on factual circumstances stipulated in Attachment A, had a part in knowing the facts that were intentionally withheld from PLAINTIFF.
23) PLAINTIFF had contacted the DEFENDANT directly in which he or she intentionally ignored PLAINTIFF about the harms done to PLAINTIFF
24) Prevented PLAINTIFF from communicating with the respective DEFENDANTS.

25) Were members of an intelligence agency that talked to PLAINTIFF directly and 1) failed to come to a resolution, 2) make it known that they were intelligence officers, or 3) impersonated a DEFENDANT thereby misleading PLAINTIFF (thereby ensuring the fraud against PLAINTIFF continued)
26) #25 and instead of talking to PLAINTIFF in a manner he could respond back to, actually have a meaningful conversation, spoke in 'double-speak' as to torture PLAINTIFF.
27) Willingly and knowingly conducted psychological warfare against PLAINTIFF thereby torturing PLAINTIFF.

From what PLAINTIFF can gather, these seem relevant sources of information in which PLAINTIFF cannot get access to certain wikileaks emails and content because of DEFENDANTS' obstruction.

https://themillenniumreport.com/2016/10/the-top-100-most-damaging-wikileaks/

**The White House**
Office of the Press Secretary
For Immediate Release

April 28, 2015

U.S.-Japan Joint Vision Statement

Today the United States and Japan honor a partnership that for seven decades has made enduring contributions to global peace, security, and prosperity. In this year which marks 70 years since the end of World War II, the relationship between our two countries stands as a model of the power of reconciliation: former adversaries who have become steadfast allies and who work together to advance common interests and universal values in Asia and globally. Together we have helped to build a strong rules-based international order, based on a commitment to rules, norms and institutions that are the foundation of global affairs and our way of life.

This transformation into a robust alliance and global partnership was not inevitable. Generations of people from all walks of life built the relationship between our countries over time, working in the belief that the experiences of the past should inform but not constrain the possibilities for the future. This endeavor has brought the United States and Japan to where we stand today: two of the world's leading economies, advancing regional prosperity through a mutually beneficial economic partnership, anchored by an unshakeable Alliance that is the cornerstone of peace and security in the Asia-Pacific region and a platform for global cooperation. The journey our two countries have traveled demonstrates that reconciliation is possible when all sides are devoted to achieving it.

Over the past 70 years, the U.S.-Japan relationship has successfully grown and adapted to challenges and significant changes in the international system. Together we helped to win the Cold War and manage its aftermath; we have worked together to fight terrorism after the September 11, 2001 attacks; we cooperated to strengthen the international financial architecture following the global financial crisis; we responded to natural disasters such as the tragic Great East Japan Earthquake and tsunami of March 11, 2011; we have confronted North Korean nuclear and missile threats, as well as human rights abuses and abductions; we have worked together to address concerns about Iran's nuclear program; and we have cooperated to address complex transnational challenges.

Today's meeting between President Obama and Prime Minister Abe marks a historic step forward in transforming the U.S.-Japan partnership. Through the United States' Asia-Pacific Rebalance strategy, and Japan's policy of "Proactive Contribution to Peace" based on the principle of international cooperation, we are working closely together to ensure a peaceful and prosperous future for the region and the world. We recognize that the security and prosperity of our two countries in the 21st century is intertwined, inseparable, and not defined solely by national borders. Our current and future commitments to each other and to the international order reflect that reality.

The United States and Japan are committed to a transparent, rules-based, and progressive approach in pursuing the prosperity of the region. Our leadership in this area encompasses trade and investment through the Trans-Pacific Partnership (TPP), development cooperation, and internet governance. The United States and Japan are leading efforts to set the rules for trade and investment, both in the dynamic and fast-growing Asia-Pacific region and around the world. As the two largest economies in TPP, we are working to finalize the most high-standard trade agreement ever negotiated. TPP will drive economic growth and prosperity in both countries and throughout the Asia-Pacific region by supporting more jobs, raising wages, and reinforcing our work together on a range of long term strategic objectives, including the promotion of regional peace and stability. We welcome the significant progress that has been made in the bilateral negotiations and reaffirm our commitment to work together to achieve a swift and successful conclusion to the broader agreement.

The new Guidelines for U.S-Japan Defense Cooperation will transform the Alliance, reinforce deterrence, and ensure that we can address security challenges, new and old, for the long term. The new Guidelines will update our respective roles and missions within the Alliance and enable Japan to expand its contributions to regional and global security. The new Guidelines will enable us to work more closely on issues including maritime security, and to partner with other countries that share our aspirations, in the region and beyond. As we strengthen an Alliance that has become global in reach, the United States stands resolute and unwavering in all of its commitments under the U.S.-Japan Security Treaty, based upon a stable, long-term U.S. military presence in Japan.

The United States and Japan are building a partnership that addresses global challenges. Our agenda is broad: we will work together to address climate change and environmental degradation, one of the greatest threats facing humanity; to further strengthen our economies and to promote strong, sustainable and balanced global growth; to deliver secure, affordable, sustainable and safe energy; to eradicate poverty and achieve sustainable development; to promote human security; to counter violent extremism; to strengthen the NPT regime to achieve the peace and security of a world without nuclear weapons; to promote global trade and investment; to combat epidemics and threats to global health; to advance scientific inquiry and promote resilience in space; to ensure the safe and stable use of cyber space based on the free flow of information and an open internet; to promote disaster risk reduction and relieve those afflicted by natural disasters and humanitarian emergencies; to advance human rights and universal freedoms; to promote girls education and empower women and girls around the world; and to strengthen U.N. peacekeeping. The United States looks forward to a reformed U.N. Security Council that includes Japan as a permanent member. Seventy years ago this partnership was unimaginable. Today it is a fitting reflection of our shared interests, capabilities and values.

As we work to expand our global cooperation, we will be guided by shared principles:

- Respect for sovereignty and territorial integrity;
- Commitment to the peaceful resolution of disputes without coercion;
- Support for democracy, human rights, and the rule of law;
- Expansion of economic prosperity, through open markets, free trade, transparent rules and regulations, and high labor and environmental standards;
- Promotion of globally recognized norms of behavior in shared domains, including the freedom of navigation and overflight, based upon international law;
- Advancement of strong regional and global institutions; and
- Support for trilateral and multilateral cooperation among like-minded partners.

Today the international order faces fresh challenges, ranging from violent extremism to cyber attacks. State actions that undermine respect for sovereignty and territorial integrity by attempting to unilaterally change the status quo by force or coercion pose challenges to the international order. Such threats put at risk much that we have built. We must and will adapt again, working in concert with other allies and partners. But we also have before us exciting opportunities to raise our collaboration to a new level, in areas like science and technology, energy, infrastructure, and arts and culture. The spirit of innovation and entrepreneurship in these and other areas, supported by public-private collaboration, will continue to be the driving force of economic growth and prosperity in our two countries. The benefits of our work in these diverse fields will be global in reach. As we move forward, we will actively promote people-to-people exchange as a key pillar of our relationship, especially among younger generations. We take up these challenges and opportunities, knowing that the strength and resilience of our 70-year partnership will ensure our success in the decades ahead.

**EXHIBIT A/Attachment A**
**EVIDENCE PRESENTED TO DOJ ON**
**10/20/2023**
**PRESENTED AS BASIS OF CLAIM**
**AND NEGOTATION BASIS.**
**INTENTIONALLY IGNORED BY DOJ**
**and FBI IN COMPLETE FAILURE TO**
**ADDRESS HARMS PRESENTED.**

# FACTUAL BASIS INCLUDED FOR DEFENDANTS NAMED.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ILLINOIS/TEXAS**
**XX DIVISION**

MILAN MICHAEL KOTEVSKI,                    |
                                           |
       PLAINTIFF                  |
                                           |      No.
                                           |
       V.                         |
                                           |
Estate of GEORGE H.W. BUSH, GEORGE W. BUSH |
ALPHABET Inc.; META Inc.; AT&T INC.;  ANGIE |
ORTIZ; VERIZON Inc.; APPLE Inc.; ERIC HOLDER; |
COX COMMUNICATION INC.; PETER STRZOK;      |
WALT DISNEY COMPANY; JAMES COMEY;          |
ROBERT MUELLER III; JEH JOHNSON; MARY BETH |

BANKSON WILLIAMS; JOHN O. BRENNAN; JAMES CLAPPER; GINA HASPEL; HUNTER BIDEN; JIM BIDEN; TRACY BLANCHARD; THAO BUI; LISA PAGE; REBECCA WETHERBEE; BEN RHODES; WILLIAM J. CLINTON; HILLARY R. CLINTON; TOM PEREZ; VALERIE JARRETT; SUSAN RICE; GEORGE SOROS; TIMOTHY KEITH- LUCAS; RUSSLYNN ALI; CATHERINE LHAMON; TERRENCE MCAULIFFE; JOCELYN SAMUELS; OPEN SOCIETY INSTITUTE OR OSF; CLINTON GLOBAL INITATIVE; THE ESTATE OF ANTONIN SCALIA; THE ESTATE OF SHINZO ABE; THE ESTATE OF JOHN PAUL STEVENS; AMAZON WEB SERVICES INC.; SAKURA HOUSE CO. LTD; GEORGE W. BUSH; BARACK OBAMA; ANURIMA BHARAGAVA; ANDREW MCCABE; MICROSOFT INC.; MICHAEL JOSEPH MORELL; FATIMA GOSS GRAVES; MARCIA GREENBERGER; CHERYL MILLS; NETFLIX, INC.; NATIONAL WOMEN'S LAW CENTER; PHILIP JIMINEZ; MARCUS KOSINS; JESSICA A. OTT;  CHIEF JUSTICE JOHN ROBERTS; LYNN DE ROTHSCHILD; DONALD B. VERRILLI, JR.; JOYCE R. BRANDA; VANITA GUPTA; IAN HEATH GERSHENGORN; ELIZABETH B. PRELOGAR; BARBARA L. HERWIG SHARON M. MCGOWAN; DANA KAERSVANG; HOLLY A. THOMAS; UBER TECHNOLOGIES, INC.; BARON DAVID RENE de ROTHSCHILD; ROTHSCHILD CONTINUATION HOLDINGS; BOEING Inc.,; BHUPENDRA BHULO KANSAGRA; CHRISTOPHER M. CHADWICK; QATAR AIRWAYS; BRITISH AIRWAYS; INTERNATIONAL CONSOLIDATED AIRLINES GROUP S.A. UNKNOWN OFFICERS, LAWYERS, EMPLOYEES, CONTRACTORS, JUDGES, AND/OR SOLDIERS IN: THE DEPARTMENT OF JUSTICE,  DEPARTMENT OF EDUCATION, DEPARTMENT OF HOMELAND SECURITY, CENTRAL INTELLIGENCE AGENCY, FEDERAL BUREAU OF INVESTIGATION, 5 EYES, DEPARTMENT OF DEFENSE, DEPARTMENT OF STATE, NATIONAL SECURITY ADMINISTRATION, DIRECTOR OF NATIONAL INTELLIGENCE, MI6, NSO GROUP,|BUNDESNACHRICHTENDIENST, 公安調査庁, kōanchōsa-chō, FOREIGN INTELLIGENCE OF UKRAINE (SZRU), AUSTRALIAN SECRET INTELLIGENCE SERVICE, SEWANEE, TN POLICE DEPARTMENT, FRANKLIN COUNTY, TN SHERIFF'S

OFFICE, FAA, LOUISIANA STATE UNIVERSITY, |
SANTA CLARA UNIVERSITY, THE UNIVERSITY OF |
THE SOUTH, FISA COURT, ALGEMENE |
INLICHTINGEN-EN VEILIGHEIDSDIESNT, |
MAIN DIRECTORATE OF THE GENERAL STAFF OF |
THE RUSSIAN FEDERATION, Служба внешней |
разведки Российской Федерации, DIRECTORATE |
OF MILITARY INTELLIGENCE (IRELAND), UNITED |
KINGDOM'S SECRET INTELLIGENCE SERVICE, THE|
SECURITY SERVICE (MI5), THE GOVERNMENT |
COMMUNICATIONS HEADQUARTERS (GCHQ), |
DEFENCE INTELLIGENCE (UNITED KINGDOM), |
MINISTRY of HOME AFFAIRS (INDIA), |
MINISTRY of STATE SECURITY OF CHINA |
国家安全部; Intelligence Bureau (IB) (आसूचना ब्यूरो) |
(āsūcanā byūro)(under Ministry of Home Affairs (INDIA));|
Research and Analysis Wing (abbreviated: R&AW) |
(INDIA). THE GOVERNMENT OF JAPAN; |
THE GOVERNMENT OF THE UNITED KINGDOM; |
THE COMMONWEALTH OF AUSTRALIA; |
The REPUBLIC OF INDIA; STATE OF QATAR; |

# STATEMENT OF CLAIMS.

## PART 1: COMPLAINT.
## Short Claim of RELIEF and PRAYERS FOR RELIEF

Section I: Introduction & Initial Issues.                    75-90

Section II: Bivens Purposes.                           90-127

Section III: Short statement entitling PLAINTIFF to relief.    75-90

Section IV: Legal Housekeeping.         90-127
Section V: Injury                                      75-90
Section VI: Prayers for Relief.         90-127

**PART 2:**

**Section I: Upbringing**                                  **75-90**

**Section II: Sewanee (2007-2011): The Narcoterrorism Era.**    **90-127**

Tragedy           88

Whoopsie.         88-91

GIVE ME BEER and GIVE ME LIBERTY         91

Peasants Revolt Against the King.         92

Confidential Papers.         92-93

Big Brother Big Sister.       `     54-57

EMT Terry and the Doll:         58

**MIDYEAR EXAM (MIDYEAR)**         **58-61**

**Anarchy**         61-63

Pop Goes the Weasel         64-67

    **TRESPASS INCIDENT #3**         **65-67**

**Peachy Miami**         67-71

Viktoria Flight         71-72

Law Enforcement Interventions:         XX-XX

    False Identification         72-74

**Angel's**         **74-75**

**This Side of the Street**         **76-79**

**Meth**         **79-81**

**Tar**         **81-88**

**Financial Terrorism.**         **89-93**

Calm Down, Man.         93

Roof is on Fire         93

***Miki's Tea Party. (An Absolute Must Read)***         **93-112**

"I'm A Sexy Nazi and I Know It."         112

Rhetoric.         114-115

Champagne         116-117

**The Devil Reincarnate.**         **117-127**

    **The Matter**         119-129

**Section III Transition Era. May 2011- July 2013.**         **130**

**Section IV: LSU LAW era (2013-2017+)--Pravus Pravda.**     **131-352**

Guess who's back? Back again. Devil's back. Tell a friend.     131-133

*Second Chance*         134-145

***Star Chamber*** (an absolute must read)         146-155

**An Anchor and a Pitchfork (an absolute must read).**         **156-299**

The More Things Change, The More They Stay the Same Way.   108-

What Saved My Life.

Prejudicial Lobotomy

# PART 1:
# SECTION I: Introduction & Initial Issues.

## SECTION I(A): DEFENDANTS, Relevant Factual Information, and some rules of construction:

Primarily due to the extremely secretive nature involving most of the DEFENDANTS and their actions and other DEFENDANTS complete reluctance to cooperate with PLAINTIFF, PLAINTIFF has done the best he can to identify when specific DEFENDANTS did what and PLAINTIFF has to resort to the following because there is no other way to express a claim of what happened without PLAINTIFF necessarily having to incorporate definitions this way. PLAINTIFF'S RICO complaint is essentially a res ipsa loquitor in nature where in certain chapters, the harm done was a thing that speaks for itself in which secret actions were taken that resulted in the harm, but PLAINTIFF has done his best to fill in the gaps and lead to enough plausibility and enough connectivity to pass a 12(b)(6) motion.

For the sake of brevity and to save on space and over-repetitiveness when it comes to intelligence or government agencies, PLAINTIFF will incorporate the following definitions in which it shall have the same legal purpose and effect as PLAINTIFF making an allegation against a specific individual listed in the definition or for a bivens/RICO claim/legal claim. For example, the definition of the CIA is listed below. Instead of typing the exact definition of CIA (below) whenever it is applicable over and over again, it makes it easier to read and understand the claim by simply just stating CIA in every single part of this complaint (section and/or chapters and/or subchapters). Most of the time, PLAINTIFF is not including the whole entire organization of the CIA itself in the definition of the CIA; PLAINTIFF will draw attention to when he specifically alleging incorporating the whole entire organization, agency, or company for legal purposes.

     **CIA:** MICHAEL HAYDEN, LEON PANETTA, GINA HASPEL, JOHN O. BRENNAN, WILLIAM BURNS, MICHAEL JOSEPH MORELL, and/or 1) any current and former unknown officers, sub-contractors, any middlemen or actors between CENTRAL INTELLIGENCE AGENCY and any other applicable DEFENDANT[1] and/or 2) any current and/or former employees of the CENTRAL INTELLIGENCE AGENCY.

     Furthermore, this is an example of when the definition would be inapplicable. Example: in one chapter entitled: *Miki's Tea Party*, PLAINTIFF alleges that the CIA was part of the incident. JOHN O. BRENNAN and WILLIAM BURNS were a part of the underlying factual circumstances in *Miki's Tea Party*, but they were not employed by the CIA at the time of *Miki's Tea Party*. Since WILLIAM BURNS and JOHN O. BRENNAN would necessarily know they were not employed by the CIA at the time of *Miki's Tea Party*, the definition of CIA would be inapplicable to them for legal purposes in *Miki's Tea Party* unless they meet part of the criteria listed in #1 in the definition above; however, the definition of State Department would be

---

[1] By stating DEFENDANT, PLAINTIFF is incorporating the definition of any of PLAINTIFF'S definition of the DEFENDANTS listed in SECTION A.

applicable to WILLIAM BURNS at the time of *Miki's Tea Party*. PLAINTIFF is not asking for much when it comes to the knowledge of DEFENDANTS because they knew who they were employed by a certain organization listed as a DEFENDANT at the time.

# DEFENDANTS DEFINITIONS:

**Deceased DEFENDANTS:** THE ESTATE OF ANTONIN SCALIA; THE ESTATE OF SHINZO ABE; THE ESTATE OF JOHN PAUL STEVENS; Estate of MUTHUVEL KARUNANIDHI

**Tech DEFENDANTS:** ALPHABET Inc.; META Inc., AT&T INC., VERIZON Inc., APPLE Inc., COX COMMUNICATION INC., MICROSOFT Inc., AMAZON WEB SERVICES INC., and/or current and former unknown officers, board members, lawyers representing any aforementioned company, employees, and subcontractors of any of the aforementioned companies that have 1)come in contact with, read about, have knowledge of, or conducted any activity that involves PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint, 2) did anything that directly relates to PLAINTIFF on behalf of the companies, 3) had any interaction with any DEFENDANT or did anything on behalf of any DEFENDANT concerning PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint.

**Entertainment DEFENDANTS:** WALT DISNEY COMPANY, NETFLIX, Inc., and/or current and former unknown officers, board members, lawyers representing any aforementioned company, employees, and subcontractors of any of the aforementioned companies that have 1)come in contact with, read about, have knowledge of, or conducted any activity that involves PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint, 2) did anything that directly relates to PLAINTIFF on behalf of the companies, 3) had any interaction with any DEFENDANT or did anything on behalf of any DEFENDANT concerning PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint.

**BOEING (or Boeing):** Boeing Inc., CHRISTOPHER M. CHADWICK,

**Clintons**: WILLIAM J. CLINTON and HILLARY RODHAM CLINTON. Similarly: CLINTON'S Interests: refers to WILLIAM J. CLINTON, HILLARY RODHAM CLINTON, and/or CLINTON GLOBAL INITATIVE'S interests.

**Clinton friends**: any DEFENDANT who had a substantial and important reason to do any activity in furtherance of RICO Enterprise 1 because of a previous connection between that individual and the Clintons that necessarily serves as a motivating factor to take actions against PLAINTIFF--such as working for the Clintons, working in the Clinton White House, having daily interactions with the Clintons, being appointed by the Clintons, etc--that significantly impacted their life: TERRENCE MCAULIFFE, LEON PANETTA, LORETTA LYNCH, ELENA KAGAN, NEAL KATYAL, JANET N.XX, ERIC HOLDER, LOUIS FREEH? (yes and no), JOHN O. BRENNAN, CHERYL MILLS, Judge COLLEEN KOLLAR-KOTELLY, Judge MARY A. McLAUGHLIN, Judge THOMAS BANISTER RUSSELL, Judge SUSAN WEBBER WRIGHT

**Rothschild:** can sometimes include: LYNN DE ROTHSCHILD, BARON DAVID RENE de ROTHSCHILD, ROTHSCHILD CONTINUATION HOLDINGS, and or any unknown prominent ROTHSCHILD family member.

SCOTUS can include: CURRENT SUPREME COURT JUSTICES or the composition of the SCOTUS at the time of a particular incident, which would include THE ESTATE OF ANTONIN SCALIA and/or THE ESTATE OF JOHN PAUL STEVENS.

DOJ: ERIC HOLDER, JOCELYN SAMUELS, DONALD B. VERRILLI, JR, JOYCE R. BRANDA, VANITA GUPTA, IAN HEATH GERSHENGORN, ELIZABETH B. PRELOGAR, BARBARA L. HERWIG, SHARON M. MCGOWAN, DANA KAERSVANG, HOLLY A. THOMAS, ANURIMA BHARAGAVA, SALLY YATES, TOM PEREZ, PAUL CLEMENT, LISA PAGE, NEAL KATYAL, ROD JAY ROSENSTEIN, MATTHEW G. OLSEN, GREGORY GARRE, EDWIN KNEEDLER, ELENA KAGAN, DON VERRILLI, JOHN ROTH, ALICE FISHER; BRAIN BENCZKOWSKI, MYTHILI RAMAN, BENJAMIN C. MIZER, EDWIN S. KNEEDLER, RACHEL P. KOVNER, DONALD E. KEENER, PATRICK J. GLEN, JEFFERSON BEAUREGARD SESSIONS III, ROD JAY ROSENSTEIN, and/or 1) any current and former unknown officers, sub-contractors, any middlemen or actors between the Department of Justice and any other applicable DEFENDANT that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint and/or 2) any current and/or former employees of the Department of Justice that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint

Eileen M. Decker (Peachy Miami)
Zachary Thomas Fardon (CLINTON, An Anchor and a Pitchfork)

J. Walter Green (An Anchor and a Pitchfork)

ROD JAY ROSENSTEIN (An Anchor and a Pitchfork)(malicious prosecution)(King and Spaulding)

Kenneth Winston Starr

Stephanie Yonekura—key corrupt lawyer. 08/08/2014 - 06/10/2015. Central District of California. False Allegations. Miki's Tea Party and An Anchor (Sewanee news article and arbor). Malicious prosecution. Rico enterprise. Worked with FBI and IRS.

George S. Cardona (An Anchor and a Pitchfork) Sting Operation:


Gibson, Dunn & Crutcher LLP (represents Facebook)

**FBI:** PETER STRZOK, JAMES COMEY, ROBERT MUELLER III, LISA PAGE, ANDREW MCCABE, CHRISTOPHER WRAY, JAMES ANDREW BAKER, and/or 1) any current and former unknown officers, sub-contractors, any middlemen or actors between the Federal Bureau of Investigation and any other applicable DEFENDANT that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint and/or 2) any current and/or former employees of the Federal Bureau of Investigation that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint

**Department of State or State**: HILLARY CLINTON, JOHN KERRY, HAROLD HONGJU KOH, JOSEPH LEBARON, CAROLINE KENNEDY, SUSAN L. ZIADEH, WILLIAM FRANCIS HAGERTY IV, and/or 1) any current and former unknown officers, sub-contractors, any middlemen or actors between the Department of State and any other applicable DEFENDANT that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint and/or 2) any current and/or former employees of the Department of State that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint.

**White House (applicable only the specific president at the time of the incident):** During Obama White House: "BARACK OBAMA, VALERIE JARRETT, SUSAN RICE, CHERYL MILLS, BEN RHODES,…"

**DHS:** JEH JOHNSON, RAND BEERS, JULIE JOHNSON, JOHN T. MORTON, JOHN SANDWEG, SARAH SALDAÑA, THOMAS HOMAN, MICHAEL CHERTOFF, JANET NAPOLITANO, KIRSTJEN NIELSEN, ELAINE DUKE, KEVIN KEALOHA McALEENAN, CHAD WOLF, and/or 1) any current and former unknown officers, sub-contractors, any middlemen or actors between the Department of Homeland Security (including ICE, CBP, and Secret Service) and any other applicable DEFENDANT that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint and/or 2) any current and/or former employees of the Department of Homeland Security (including ICE, CBP, and Secret Service) that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint

**DEA:** Drug Enforcement Agency:
.
**DoD:** JEH JOHNSON

**FAA:** any UNKNOWN current and former OFFICERS, LAWYERS, EMPLOYEES of the Federal Aviation Administration that concerns anything in this complaint, have come in contact with, read about, have knowledge of, or conducted any activity that involves PLAINTIFF'S specific constitutional, liberty, or legal interests or anything else in this complaint OR any

employees who in the course of their employment conducted anything that involved any of the flights mentioned in *Miki's Tea Party*.

**NSA:** JAMES CLAPPER, Admiral MICHAEL S. ROGERS, General KEITH B. ALEXANDER, JOHN C. "CHRIS" INGLIS, RICHARD H. LEDGETT JR and/or 1) any current and former unknown officers, sub-contractors, any middlemen or actors between the National Security Agency and any other applicable DEFENDANT that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint and/or 2) any current and/or former employees of the National Security Agency that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint.

**DNI:** refers to: JAMES CLAPPER, AVRIL HAINES, MICHAEL McCONNELL, DENNIS BLAIR, MICHAEL DEMPSEY, DAN COATS, JOE MAGUIRE, RIC GRENELL, JOHN RATCLIFFE, DONALD KERR, RONALD L. BURGESS JR, DAVID C. GOMPERT, STEPHANIE O'SULLIVAN, CHARLES McCULLOUGH, and/or 1) any current and former unknown officers, sub-contractors, any middlemen or actors between the Director of National Intelligence of State and any other applicable DEFENDANT that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint and/or 2) any current and/or former employees of the Director of National Intelligence that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint.

**INR:** refers to Department of State: Bureau of Intelligence and Research. 1) any current and former unknown officers, sub-contractors, any middlemen or actors between Department of State: Bureau of Intelligence and Research and any other applicable DEFENDANT that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint and/or 2) any current and/or former employees of the Department of State: Bureau of Intelligence and Research that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint.

**NGA:** National Geospatial-Intelligence Agency (NGA): LETITIA LONG, ROBERT CARDILLO, and/or 1) any current and former unknown officers, sub-contractors, any middlemen or actors between the National Geospatial-Intelligence Agency and any other applicable DEFENDANT that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint and/or 2) any current and/or former employees of the National Geospatial-Intelligence Agency that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint.

**FISA or FISA Court**: CHIEF JUSTICE JOHN ROBERTS, Judge JOHN DEACON BATES, Judge JAMES GRAY CARR, Judge JENNIFER B. COFFMAN, Judge MALCOLM JONES

HOWARD, Judge ROSEMARY M. COLLYER, Judge RUDOLPH CONTRERAS, Judge ANNE C. CONWAY, Judge RAYMOND JOSEPH DEARIE, Estate of Judge MARTIN LEACH-CROSS FELDMAN, Judge NATHANIEL MATHESON GORTON, Judge THOMAS FRANCIS HOGAN, Judge JAMES PARKER JONES, The Estate of Judge GEORGE PHILIP KAZEN, Judge COLLEEN KOLLAR-KOTELLY, Judge MARY A. McLAUGHLIN, Judge MICHAEL WISE MOSMAN, Judge THOMAS BANISTER RUSSELL, Judge FRANK DENNIS SAYLOR IV, Judge FREDERICK JAMES SCULLIN Jr., The Estate of Judge CLYDE ROGER VINSON, Judge REGGIE BARNETT WALTON, Judge SUSAN WEBBER WRIGHT, Judge JAMES BLOCK ZAGEL, and and/or 1) any current and former unknown officers, sub-contractors, any middlemen or actors between the FISA Court and any other applicable DEFENDANT that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint and/or 2) any current and/or former employees of the FISA Court that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint.

**American INTEL:** FBI (with the definition incorporated above), CIA (with the definition incorporated above), NSA (with the definition incorporated above), DHS (with the definition incorporated above), NGA (with the definition incorporated above), INR (with the definition incorporated above), DNI (with the definition incorporated above), DoD (with the definition incorporated above), FISA (with the definition incorporated above), or any subcontractors of any of the aforementioned like NSO GROUP, STRATFOR, Christopher Steele

**British INTEL**: Sir IAIN ROBERT LOBBAN, ANDREW DAVID PARKER (Baron Parker of Minsmere), JOHN SAWERS, Sir ALEXANDER WILLIAM YOUNGER, JONATHAN EVANS (Baron Evans of Weardale), ALISTAIR JAMES HENDRIE BURT, THE SECURITY SERVICE (MI5), MI6, Scotland Yard, SECRET INTELLIGENCE SERVICE (UK), THE GOVERNMENT COMMUNICATIONS HEADQUARTERS (GCHQ), DEFENCE INTELLIGENCE (UNITED KINGDOM), London Metropolitan Police Service: Counter Terrorism Command (CTC) or SO15, NSC, and/or 1) any current and former unknown officers, sub-contractors, any middlemen or actors between the aforementioned British government agencies and any other applicable DEFENDANT that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint and/or 2) any current and/or former employees of the aforementioned British government agencies that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint.

**BRITAIN/UK/BRITISH/BRITS**: TONY BLAIR, CHERIE BLAIR, JEREMY RICHARD BROWNE, HENRY CAMPBELL BELLINGHAM (BARON BELLINGHAM), ALISTAIR JAMES HENDRIE BURT, DAVID CAMERON, CHERIE BLAIR,

**Heathrow DEFENDANTS:** refers to the following: London-Heathrow Airport; and/or and the owners of London-Heathrow Airport: Heathrow Airport Holdings; and/or during 2010 and 2011 in *Miki's Tea Party*, Ferrovial essentially owned BAA Airports Limited (BAA plc) who were the owners, operators, and managers of London-Heathrow Airport. BAA Airports Limited (BAA

plc)'s CEO at the time was COLIN STEPHEN MATTHEWS; and/or any current and former unknown officers, executive leadership, government officials, sub-contractors, any middlemen or actors between BAA Airports Limited (BAA plc) and any other DEFENDANT, any employees or subcontractors of BAA Airports Limited (BAA plc), G4S, and Britain, and finally, anyone in London-Heathrow Airport who had interacted with PLAINTIFF in *Miki's Tea Party* and who had access to, performed any maintenance on, or did any actions towards any United Airlines Boeing 777 aircraft that departed from London-Heathrow Airport and flew to Dulles Airport on the day of 03/10/2011, 03/11/2011, or 10/31/2010, that concerns anything in this complaint, have come in contact with, read about, have knowledge of, shared any of the facts that concern anything in this complaint, or conducted any activity that involves PLAINTIFF'S specific constitutional, liberty, or legal interests or anything else in this complaint.

**BRITISH AIRWAYS:**

**IAG:** INTERNATIONAL CONSOLIDATED AIRLINES GROUP S.A.

**Qatari INTEL:** Qatari State Security and/or 1) any current and former unknown officers, sub-contractors, any middlemen or actors between Qatari State Security and any other applicable DEFENDANT that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint and/or 2) any current and/or former employees of Qatari State Security that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint.

**Qatar Airways:** Akbar Al Baker أكبر الباكر;

**Qatar (or Qatari) DEFENDANTS:** Sheikh Hamad bin Jassim bin Jaber bin Mohammed bin Thani Al Thani (حمد بن جاسم بن جبر آل ثاني) (also known as HBJ), Jassim bin Hamad bin Khalifa Al Thani جاسم بن حمد بن خليفة آل ثاني, EMIR XX, Akbar Al Baker أكبر الباكر;

**Indian:** Estate of MUTHUVEL KARUNANIDHI, former Prime Minister MANMOHAN SINGH, current Prime Minister NARENDRA MODI, Mahmoud Kandathil

**SpiceJET.** it could refer to: SpiceJET Airlines, BHUPENDRA BHULO KANSAGRA, AJAY SINGH, and KALANITHI MARAN.

**Indian INTEL (or Indian Intel):** Indian Central Bureau of Investigation (which has jurisdiction over international, multi-state, or multi-agency issues), the Directorate of Revenue Intelligence (which has jurisdiction over anti-smuggling issues), National Investigation Agency (NIA) राष्ट्रीय अन्वेषण अभिकरण (deals with counterterrorism), Research and Analysis

Wing (abbreviated: R&AW), Intelligence Bureau (IB) (आसूचना ब्यूरो) (āsūcanā byūro)(under Ministry of Home Affairs (INDIA)), Ministry of Home Affairs (INDIA), and/or 1) any current and former unknown officers, sub-contractors, any middlemen or actors between the aforementioned Indian government agencies and any other applicable DEFENDANT that have come in contact with, read about, have knowledge of, or conducted any activity that directly

relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint and/or 2) any current and/or former employees of the aforementioned Indian government agencies that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint.

Japanese DEFENDANTS: refers to:  THE ESTATE OF SHINZO ABE, Fumio Kishida (岸田 文 雄, Itsurō Terada 寺田 逸郎, YOSHIHIDE SUGA 菅 義偉, SHOTARO YACHI (谷内 正太郎), SANAE TAKAICHI, SHIGERU KITAMURA,

**Japanese INTEL (Japanese Intel): Cabinet Secretariat (内閣官房, *Naikaku-kanbō),* Cabinet** Intelligence and Research Office **(内閣情報調査室, *Naikaku Jōhō Chōsashitsu),* National Security Council** (NSCJ, 国家安全保障会議, or (*Kokka anzen hoshō kaigi*), **and/or THE GOVERNMENT OF JAPAN, and/or any current and former unknown officers, prime ministers, government officials or officers, members of the Japanese supreme court, sub-contractors, any middlemen or actors between the 公安調査庁, kōanchōsa-chō, GOVERNMENT OF JAPAN, and any other applicable DEFENDANTS, and employees of 公安調査庁 kōanchōsa-chō, GOVERNMENT OF JAPAN**

**German:** ANGELA MERKEL, TJORVEN BELLMANN, GUIDO WESTERWELLE, WERNER HOYER, CORNELIA PIEPER, PETER AMMON, WOLF RUTHART BORN, MARTIN BIESEL,  and/or unknown current and former employees any current and former unknown officers, sub-contractors, any middlemen or actors between AUSWÄRTIGES AMT and any other applicable DEFENDANT that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint and/or 2) any current and/or former employees of the aforementioned German government agencies that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint.

**German INTEL (or German Intel)**: GERHARD SCHINDLER, ERNST UHRLAU, NORBERT STIER, WERNER OBER, ARNDT FREYTAG von LORINGHOVEN, ARMIN HASENPUSCH, BUNDESNACHRICHTENDIENST (BND), BUNDESKRIMINALAMT (BKA), ZOLLKRIMINALAMT (ZKA), and employees of BUNDESNACHRICHTENDIENST (BND), ZOLLKRIMINALAMT (ZKA), and BUNDESKRIMINALAMT (BKA), and/or 1) any current and former unknown officers, sub-contractors, any middlemen or actors between the aforementioned German government agencies and any other applicable DEFENDANT that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint and/or 2) any current and/or former employees of the aforementioned German government agencies that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint.

**Aussies:** TONY ABBOTT, PETER JOSEPH NOOZHUMURRY VARGHESE, GEORGE BRANDIS, MILES ARMITAGE, PAUL FOLEY, WARREN ERROL TRUSS, Department of Foreign Affairs and Trade, Austrade,

**Aussie INTEL (or Aussie Intel):** AUSTRALIAN SECRET INTELLIEGENCE SERVICE, AUSTRALIAN SIGNALS DIRECTORATE, and THE COMMONWEALTH OF AUSTRALIA and/or 1) any current and former unknown officers, sub-contractors, any middlemen or actors between the aforementioned Australian government agencies and any other applicable DEFENDANT that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint and/or 2) any current and/or former employees of the aforementioned Australian government agencies that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint.

**Canadian INTEL** (or Canadian Intel):

**New Zealand INTEL** (or Canadian Intel):

**5 Eyes:** American INTEL (with the definition incorporated above), British INTEL (with the definition incorporated above), Canadian INTEL (with the definition incorporated above), Aussie INTEL (with the definition incorporated above), and New Zealand INTEL (with the definition incorporated above).

**Dutch INTEL:** ALGEMENE INLICHTINGEN-EN VEILIGHEIDSDIESNT and/or 1) any current and former unknown officers, sub-contractors, any middlemen or actors between the ALGEMENE INLICHTINGEN-EN VEILIGHEIDSDIESNT and any other applicable DEFENDANT that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint and/or 2) any current and/or former employees of ALGEMENE INLICHTINGEN-EN VEILIGHEIDSDIESNT that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint.

**Irish INTEL (or Irish Intel):** any current and former unknown officers, executive leadership, sub-contractors, any middlemen or actors between DIRECTORATE OF MILITARY INTELLIGENCE (IRELAND), GARDA NATIONAL SURVEILLANCE UNIT (NSU), and/or 1) any current and former unknown officers, sub-contractors, any middlemen or actors between aforementioned Irish government agencies and any other applicable DEFENDANT that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint and/or 2) any current and/or former employees of aforementioned Irish government agencies that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint. This primarily deals with CLOUD computing and document saving.

**Western INTEL:** American INTEL (with the definition incorporated above), British INTEL (with the definition incorporated above), Canadian INTEL (with the definition incorporated

above), Aussie INTEL (with the definition incorporated above), New Zealand INTEL (with the definition incorporated above), Irish INTEL (with the definition incorporated above), German INTEL (with the definition incorporated above), Dutch INTEL (with the definition incorporated above), and Japanese INTEL (with the definition incorporated above).

**Russian INTEL:** MAIN DIRECTORATE OF THE GENERAL STAFF OF THE RUSSIAN FEDERATION, Служба внешней разведки Российской Федерации, FSB, and GRU.

**Chinese INTEL:** MINISTRY of STATE SECURITY OF CHINA 国家安全部.

**Ukraine INTEL** refers to: and/or any current and former unknown officers, sub-contractors, middle men between SZRU and the United States Government and any other DEFENDANT, and employees of FOREIGN INTELLIGENCE OF UKRAINE (SZRU), and/or 1) any current and former unknown officers, sub-contractors, any middlemen or actors between the SZRU and any other applicable DEFENDANT that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint and/or 2) any current and/or former employees of SZRU that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint.

**Dept of Ed.** Department of Education and/or DEFENDANTS: RUSSLYNN ALI, CATHERINE LHAMON, JOCELYN SAMUELS,

**Soros DEFENDANTS:** TOM PEREZ; GEORGE SOROS; RUSSLYNN ALI; CATHERINE LHAMON; JOCELYN SAMUELS; OPEN SOCIETY INSTITUTE OR OSF; ANURIMA BHARAGAVA; FATIMA GOSS GRAVES; MARCIA GREENBERGER; NATIONAL WOMEN'S LAW CENTER;

**LSU Law or LSU.** Louisiana State University or LSU Paul M. Hebert Law Center (LSU Law). JESSICA A. OTT, and/or 1) any current and former unknown officers, sub-contractors, any middlemen or actors between the LSU and LSU Law and any other applicable DEFENDANT that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint and/or 2) any current and/or former employees of LSU and LSU Law that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint.

**Sewanee:**[2] The University of the South and/or 1) any current and former unknown officers, sub-contractors, any middlemen or actors between the University of the South and any other applicable DEFENDANT that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint and/or 2) any current and/or former employees of the University of the South that have come in contact with, read about, have knowledge of, or conducted any

---

[2] This is completely based on context and legal argument. Sewanee could refer to the university of the south, the entire campus of the University of the South, the town of Sewanee, TN, and the definition of Sewanee listed herein.

activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint.

**Santa Clara:** refers to Santa Clara University and/or PHILIP JIMINEZ; MARCUS KOSINS, and/or any current and former unknown officers and employees of Santa Clara University that: **1**

**SEWANEE PD:** The town of Sewanee, Tennessee's police department. Officer Rollins and/or 1) any current and former unknown officers, sub-contractors, any middlemen or actors between the Sewanee, TN Police Department and any other applicable DEFENDANT that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint and/or 2) any current and/or former employees of Sewanee, TN Police Department that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint.

**Franklin County Sheriff's Office:** The Franklin County, TN Sheriff's Office, Timothy Keith-Lucas, and 1) any current and former unknown officers, sub-contractors, any middlemen or actors between Franklin County, Tennessee Sherriff's Office and any other applicable DEFENDANT that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint and/or 2) any current and/or former employees of the Franklin County, Tennessee Sheriff's Office that have come in contact with, read about, have knowledge of, or conducted any activity that directly relates to PLAINTIFF'S specific constitutional, liberty, or legal interests in this complaint.

BIVENS DEFENDANTS: UNKNOWN OFFICERS, LAWYERS, EMPLOYEES, CONTRACTORS, JUDGES, EMPLOYEES, AND/OR SOLDIERS IN THE FOLLOWING ORGANZATIONS and/or COMPANIES/Corporations/LLCs (that are so intertwined with the United States Government that makes them an effective arm of the government):
- o THE DEPARTMENT OF JUSTICE,
- o DEPARTMENT OF EDUCATION,
- o DEPARTMENT OF HOMELAND SECURITY,
- o CENTRAL INTELLIGENCE AGENCY,
- o FEDERAL BUREAU OF INVESTIGATION,
- o 5 EYES,|
- o DEPARTMENT OF DEFENSE,
- o DEPARTMENT OF STATE,
- o NATIONAL SECURITY ADMINISTRATION,
- o DIRECTOR OF NATIONAL INTELLIGENCE,
- o MI6,
- o BUNDESNACHRICHTENDIENST,
- o 公安調査庁 kōanchōsa-chō,
- o FOREIGN INTELLIGENCE OF UKRAINE (SZRU),
- o AUSTRALIAN SECRET INTELLIGENCE SERVICE,
- o SEWANEE, TN POLICE DEPARTMENT,
- o FRANKLIN COUNTY, TN SHERIFF'S OFFICE,

- FAA,
- LOUISIANA STATE UNIVERSITY,
- LSU PAUL M. HEBERT LAW CENTER,
- SANTA CLARA UNIVERSITY,
- THE UNIVERSITY OF THE SOUTH,
- FISA COURT,
- ALGEMENE INLICHTINGEN-EN VEILIGHEIDSDIESNT,
- MAIN DIRECTORATE OF THE GENERAL STAFF OF THE RUSSIAN FEDERATION, Служба внешней
- разведки Российской Федерации,
- DIRECTORATE OF MILITARY INTELLIGENCE (IRELAND),
- UNITED KINGDOM'S SECRET INTELLIGENCE SERVICE,
- THE SECURITY SERVICE (MI5),
- THE GOVERNMENT COMMUNICATIONS HEADQUARTERS (GCHQ), DEFENCE INTELLIGENCE (UNITED KINGDOM),
- MINISTRY of STATE SECURITY OF CHINA 国家安全部;
- MINISTRY of HOME AFFAIRS (INDIA),
- INTELLIGENCE BUREAU (IB) (आसूचना ब्यूरो) (āsūcanā byūro)(under Ministry of Home Affairs (INDIA));
- RESEARCH and ANALYSIS WING (abbreviated: R&AW) (INDIA).
- INDIAN CENTRAL BUREAU of INVESTIGATION.
- THE DIRECTORATE of REVENUE INTELLIGENCE (India),
- NATIONAL INVESTIGATION AGENCY (NIA) राष्ट्रीय अन्वेषण अभिकरण (India)
- Apple
- AT&T
- Verizon
- Cox Communications
- Alphabet, Inc.
- Xfinity
- Microsoft
- Amazon Web Services
- Boeing
- SpiceJET
- Jet Airways
- Qatar Airways

PLAINTIFF will note who were the directors of American intelligence agencies at each incident. For Factual Purposes, the following leadership amongst American INTEL and BRITISH INTEL DEFENDANTS:

FBI:
ROBERT MUELLER III was the Director of the FBI from September 2001 to 2013. JAMES COMEY from 2013 to 2017
ANDREW MCCABE in 2017
CHRIS WRAY from 2017 to present.

CIA:

**Gen. MICHAEL V. HAYDEN**, U.S. Air Force (May 30, 2006–February 13, 2009);
**LEON E. PANETTA**: February 13, 2009–June 30, 2011);
Gen. DAVID PETRAEUS: U.S. Army (September 6, 2011–November 9, 2012);
**JOHN O. BRENNAN**: March 8, 2013–January 20, 2017);
Mike Pompeo (January 23, 2017–April 26, 2018);
Gina Haspel (May 21, 2018–January 19, 2021)
William J. Burns (March 19, 2021– ).


DEFENDANTS for any and all claims contained in this complaint or any future claim that can be derived from the information provided herein, are bound together (severally & jointly) by PINKERTON liability and/or previous case law from the Nuremberg trials finding REICHSBANK, WALTHER FUNK, and HJALMAR SCHACHT, at a minimum, guilty as co-conspirators & having aided and abetted the Nazi's war crimes and/or as RICO co-conspirators & members of the Enterprise or association under 18 U.S.C. 1962(d) and/or are vicariously liable for DEFENDANTS actions and/or are principals & accessories after the fact for any instance that took place when PLAINTIFF resided in Louisiana under Louisiana Revised Statutes RS 14 §24; RS 14 §25 and/or aided and abetted a conspiracy in violation of 18 U.S.C.§241 and 18 U.S.C. §1985(2) and 18 U.S.C. §1985 (3) and/or any other reason listed herein.

DEFENDANTS are:

- An officer, official, employee, or former employee of one of DEFENDANTS' organizations in which DEFENDANTS are an organization, company, or individual that worked with or behalf of or for US Agencies/Departments, co-defendants, or any US Politician; OR

- An individual, at a minimum, that aided and abetted one of the Co-Conspirators/DEFENDANTS or were accessories after the fact; OR

- An individual not employed by a government entity; OR

- Is a company or individual so intertwined with the United States Government as to make them an arm of the United States Government through contracting or having provided either true or false information to DEFENDANTS about PLAINTIFF that facilitated the RICO Enterprise."


**Section I (B):**
**(1):** PLAINTIFF is proceeding *in forma pauperis* (IFP).

**(2):** MAKE THIS A CLOSED PROCEEDING: 18 U.S. Code § 1967 applies.

**(3):** In light of the nature and applicability of 18 U.S. Code § 1967, PLAINTIFF is requesting for the Court to temporarily delay giving service to DEFENDANTS who are not a United States

government agency or the head of the government or the head of the DOJ to figure out what to do in this case. True, this complaint implicates Foreign Relations and National Security, but it can and must be heard. Just grant some time for the United States Government to figure out what they want to do in which PLAINTIFF is granting them good faith to decide what to do that is equitable and just.

**(4):** This is not Vexatious Litigation and not Abuse of Process. Everyone PLAINTIFF has included cannot be dismissed and has a factual basis in the complaint.

## Section I(C): BASIS OF JURISDICTION:

- 42 U.S.C. §1983;
- 42 U.S.C. §1985;
- 42 U.S.C. §1986;
- 18 U.S.C. §1961 et al.,
- 18 U.S.C. §2340;
- 18 U.S.C. §2441;
- 20 U.S.C. §701;
- 42 U.S.C. §2000aa;
- 42 U.S.C. § 2000a;
- 42 U.S.C. §2000dd;
- TERRORISM RISK INSURANCE ACT of 2002.
- FSIA 28 U.S.C. §1605B
- 28 U.S.C. §1330
- 18 U.S.C. § 2520(a)
- 50 U.S.C. 1810
- 28 U.S.C. §1343;
- 28 U.S.C. §1367 (and Louisiana Revised Statutes)
- 42 U.S.C. §2000a-6;
- 18 U.S.C. §1964;
- RFRA/42 U.S.C. §2000bb
- 18 U.S.C §2333
- 28 U.S.C. §1605(a)(7)
- 28 U.S.C. §1330
- 50 U.S.C. §1810
- 29 U.S.C. §790 (Section 504)

## Section I(D).

PLAINTIFF immediately moves under F.R.C.P, Rule 65, PLAINTIFF for a permanent and/or preliminary injunction against all as not to waste precious judicial resources and because PLAINTIFF is completely destitute in which this case will last for years, if not a decade or more, if the preliminary or permanent injunction is not granted now.

So, all PLAINTIFF has to do in"…seeking to obtain a preliminary injunction must demonstrate: (1) its case has some likelihood of success on the merits; (2) that no adequate remedy at law exists; and (3) it will suffer irreparable harm if the injunction is not granted." *Ty, Inc. v. Jones Group, Inc.,* 237 F.3d 891 (7th Cir.2001). If these requirements are met, I must "consider the irreparable harm that the nonmoving party will suffer if preliminary relief is granted, balancing such harm against the irreparable harm the moving party will suffer if relief is denied." *Id.* I must also consider the public interest, if any, in granting or denying the motion, then weigh all of the factors together. *Id.* The Seventh Circuit has adopted what it terms a "sliding scale approach," which means that "the more likely the plaintiff will succeed on the merits, the less the balance of irreparable harms need favor the plaintiff's position." *Id.* This analysis (which applies equally to motions for a temporary restraining order), *Long v. Board of Educ., Dist. 128,* 167 F.Supp.2d 988, 990 (N.D.Ill.2001), is not "mathematical," but rather "subjective and intuitive." *Domanus v. Lewicki*, 857 F. Supp. 2d 719 (N.D. Ill. 2012) Furthermore, the "Seventh Circuit's opinion in *National Organization for Women v. Scheidler,* 267 F.3d 687 (7th Cir.2001) ("*NOW* "), *rev'd on other grounds,* 537 U.S. 393, 123 S.Ct. 1057, 154 L.Ed.2d 991 (2003), the most salient holding of which was the affirmative conclusion that RICO empowers private plaintiffs to seek injunctive relief, rather than limiting them to suits for money damages. *Id.* at 699 (observing that "the plain text of the statute strongly suggests that private plaintiffs can seek injunctions"). The *NOW* court was not concerned with the question of preliminary relief at all." *Domanus v. Lewicki*, 857 F. Supp. 2d 719 (N.D. Ill. 2012)

Furthermore, "Moreover, I agree with Judge Rakoff's observation in *Motorola Credit Corp. v. Uzan,* 202 F.Supp.2d 239 (S.D.N.Y.2002) (granting preliminary injunction under RICO), that "[i]t would be extraordinary indeed if Congress, in enacting a statute that Congress expressly specified was to be 'liberally construed to effectuate its remedial purposes,' Pub.L. NO.91–452, § 904(a), 84 Stat. 947 (1970), intended, without expressly so stating, to deprive the district courts of utilizing this classic remedial power in private civil actions brought under the act." *Id.* at 244. In short, I am satisfied that RICO both authorizes plaintiffs to seek preliminary injunctive relief and authorizes me to grant it (Moreover, the direct defendants have raised no meaningful argument as to why plaintiffs would not be independently entitled to the interim relief they seek by virtue of their state law claims, on which it appears plaintiffs also have a likelihood of success based on the same evidence they assert in support of their RICO.) claims. *See Motorola,* 202 F.Supp.2d at 249." *Domanus v. Lewicki*, 857 F. Supp. 2d 719 (N.D. Ill. 2012)

## Section I(E):

**(1)(a):** This is a once in a lifetime lawsuit, the very nature of which has never been tried in the Court of law because the factual basis of which has never remotely occurred in the entire history of United States Jurisprudence.  PLAINTIFF promises you that was the understatement of the century and the your entire time on the bench.

**(2)(a):** PLAINTIFF graduated from LSU Law in August 2017 and has a Juris Doctorate Degree. PLAINTIFF worked as a paralegal in parts of his life even after being tortured, subject to war crimes, and the victim of the RICO Enterprise at issue by DEFENDANTS. PLAINTIFF is going up against literally hundreds of billions of assets and lawyers. PLAINTIFF just wants a chance at what is fair in life.

**(3)(a):** PLAINTIFF understands the issues of Shotgun Pleading in which "The Federal Rules of Civil Procedure require a complaint to include "a short and plain statement of the claim showing that the pleader is entitled to relief " under Fed. R. Civ. P. 8(a)(2) and that "[a] party must state its claims or defenses in numbered paragraphs, each limited as far as practicable to a single set of circumstances" under Fed. R. Civ. P. 10(b)." PLAINTIFF was left with no other choice and he is praying that the Section entitled: Non Shotgun Pleading will suffice in which PLAINTIFF then included the shotgun pleading section. PLAINTIFF is at complete mercy of the Court's discretion. Here are the reasons why PLAINTIFF had to include the shotgun pleading section:

1. There has never been a case to the United States Government like PLAINTIFF'S that they absolutely need and want to have the case dismissed with prejudice not because the case is vexatious nor that PLAINTIFF'S case doesn't have merit, *but precisely because PLAINTIFF'S case has such an extreme and extraordinary legal significance and legal merit* that will fundamentally shape the way with the United States Government interacts with *the People* in the future in which PLAINTIFF'S case necessarily requires the United States Government to actually take heed of *the People's* constitutional interests in making decisions in which more than $14,900,000,000 and the new dreams of a former Special Education student is at stake, years of jurisprudence (some cases necessarily decided upon legal fraud in some instances that are constitutionally compromised) is at stake, and the prevention of knowing what the United States Government did to their own citizens, especially to vulnerable autistic adults like PLAINTIFF. US Government has an absolute reason why they would want to kill PLAINTIFF.

2. No attorney wanted to assist PLAINTIFF because of what happened because they knew the risk of the harm that would probably befall upon their families if they did. PLAINTIFF had nowhere to go and no one to help him in this endeavor. PLAINTIFF has no money, no resources, and this case reaches the upper echelons of the elite in Washington D.C. DEFENDANTS are basing their hopes to dismiss the lawsuit on some technicality in the Federal Rules of Civil Procedure; and even then, as PLAINTIFF alleges beyond a preponderance of the evidence level that is aghast and shocking in nature, the Supreme Court had assisted the RICO Enterprise in their endeavor to deny PLAINTIFF'S ability to access the Court.

3. What has occurred from at least 2007 is DEFENDANTS' extraordinary bad faith that shocks the conscience the likes of which the Court has never seen and will never see again. Fraudulent concealment is an understatement. DEFENDANTS' malicious, wanton, and intentional deprivation of PLAINTIFF'S ability to access the Courts and DEFENDANTS intentional, wanton, malicious, and willful failure to provide documents when legally requested by PLAINTIFF that would have allowed PLAINTIFF to ascertain which individual actors within the respective organizations committed the harms against PLAINTIFF in which DEFENDANTS intentionally did so to prevent PLAINTIFF from being able to bring a claim against them in Court and within the statute of limitations for certain claims. Had DEFENDANTS allowed PLAINTIFF to access the papers he is legally entitled to, it would have effectively allowed PLAINTIFF to provide a short claim identifying the individual actors and acts in the case and PLAINTIFF was vigilant in regard to the case. Furthermore, even when PLAINTIFF sought records that only

involved one of the DEFENDANT and PLAINTIFF as to limit the scope of the FOIA, DEFENDANTS have intentionally prevented giving PLAINTIFF that information to prevent PLAINTIFF from seeking redress. SCOTUS aided and abetted this endeavor. It is not that DEFENDANTS don't know why PLAINTIFF is pursuing the claim; they are fully aware of the horrendous acts and the basis of this lawsuit in which relief can be sought. DEFENDANTS are hoping for some deus ex machina rule of procedure to prevent PLAINTIFF from pursuing his claim. PLAINTIFF filed at least 10+ complaints within respective DEFENDANTS organizations, called them personally numerous times, EVEN VISITED certain DEFENDANTS IN PERSON in 2020 to resolve the issues and have them give PLAINTIFF the information in which the DOJ, CIA, FBI, STATE, and the FISA Court all turned PLAINTIFF away. Leadership in all of those institutions were necessarily aware of the claims PLAINTIFF would bring because of what they did. PLAINTIFF has done everything in his poverty-stricken power and tortured mind to have some justice and pursue some claims.

4. Unfortunately, PLAINTIFF'S complaint is similar to a case of *res ipsa loquitor* (a thing that speaks for itself) in which it is inferable based on the facts of what the case is based on that logically and reasonably were most likely to be the legal causes of what happened; but as to what certain actors did what at a certain time, PLAINTIFF did all he could in determining names. However, because DEFENDANTS, as explained above, continuously denied PLAINTIFF information as to ascertain who the actors were that perpetuated RICO Enterprise 1 and RICO Enterprise 2 against PLAINTIFF because certain DEFENDANTS are in bad faith with PLAINTIFF. **Yes, there are two separate legal RICO Enterprises in this complaint that spans over 15+ years in length.** Based on the astronomical number of facts to establish a form of a res ipsa loquitor argument and made legal arguments made in the dark that are contained in this complaint that span over 500 pages, PLAINTIFF has to do a shotgun approach. PLAINTIFF has to resort to the definitions he made as to include it or lose it with the most plausible and most legally credible allegations of the actions that were committed within the super secretive decision-making apparatuses in respective DEFENDANTS' organizations that are made in the dark to the public that caused PLAINTIFF'S extreme injuries to form a substantial basis on which this complaint rests. So yes, when it comes to the secrecy of certain organizations in which PLAINTIFF is completely blinded in the dark (in which they have night vision) and those organizations are the cause of the extreme harm that they caused PLAINTIFF, PLAINTIFF must necessarily do a shotgun approach because that is the only way to sustain the complaint.

5. Finally, PLAINTIFF doesn't have the resources (let alone any actual money in his name right now) to sustain years upon years of *delays* that DEFENDANTS will most likely do to prevent PLAINTIFF from obtaining justice if you deny their 12B6 motions they are most definitely going to rely on and allow the case to go forward. Actually, in order to increase judicial efficiency and spare years, upon years of litigation, if not decades of litigation because of the issues and costs involved in the case, the shotgun approach is necessary now to put all the legal arguments on the table and resolve this case quickly. Simply, sacrifice spending two or three days reading the complaint now and prevent a decade of litigation in the future. The only conceivable way that PLAINTIFF would be

able to obtain enough resources to sustain years upon years of litigation is if PLAINTIFF went to potentially hostile governments like China, Russia, anyone with a grudge against the United States Government essentially, to help finance the cost of litigation. PLAINTIFF got falsely accused of that once in his life, PLAINTIFF would like to avoid that again. PLAINTIFF'S intent is not to harm the United States and resort to that measure because PLAINTIFF never belonged in the criminal underworld.

6. One of the core features and underlying issues of PLAINTIFF'S case is the following: This case started as snowball and turned into an avalanche. The way the case progressed was that there was a material lie here and there, a material omission here and there, and then that caused legal fraud, and then there was another material lie here and there, and a coverup here and there, and on and on it went for over 15 years. However, what that necessarily requires is that PLAINTIFF must give all of the full facts to the absolute best of his capability and then showing how a material lie, fabrication, omission by DEFENDANTS turned the case from a snowball to an avalanche.

7. As PLAINTIFF will maintain until the day he dies. The May 2016 email between Dr. Jerry Shepherd (deceased) and Dr. Nikolay Dobrinov was not a serious conveyance of intent. It may have been a little trickery and to evaluate and see if the FBI truly understood what PLAINTIFF was doing in regards to RICO Enterprise 2 through his actions.

8. In his petition (i.e. the book) in RICO Enterprise 2, PLAINTIFF may have had an intent to make it entertaining as a way to keep Congress/DOJ focused when reading 500+ pages to consider the issues deeply; however, it was not for the purpose of entertaining Congress or providing anything of value to Congress and DOJ as it was a petition to look into something. **It was just pure speech.** PLAINTIFF intentionally did not want to make money on it and had that purpose and intention from the very beginning. PLAINTIFF understands he was a laughing stock to Congress (it seems like) in 2017 so it was entertaining to them because PLAINTIFF was a pariah to them. Furthermore, PLAINTIFF asked for funds in case DOJ wanted to prosecute PLAINTIFF for RICO Enterprise 2 on what they did in which PLAINTIFF didn't understand at the time, but they were trying to prosecute PLAINTIFF routinely from 2006. So PLAINTIFF'S actions were reasonable in light of previous actions.

9. I don't remember what PLAINTIFF told Austin Ferris; however, it was bullshit because Austin Ferris was never PLAINTIFF'S friend and not a conveyance of serious intent because PLAINTIFF would not reveal his deepest intent and desires to Austin Ferris ever.

**4(a):** "PLAINTIFF'S nickname is Miki Kotevski. PLAINTIFF requests the case to be called "Miki v. Hillary Clinton, Bill Clinton, FBI, CIA, et. al."

**5(a):** PLAINTIFF is a citizen of both the United States and the Republic of Serbia."

**6(a):** PLAINTIFF comes with clean hands regarding RICO Enterprise 1. At the absolute minimum, beyond any reasonable doubt, PLAINTIFF'S hands are completely clean regarding the Chapters of the complaint entitled: *Miki's Tea Party* and *An Anchor and a Pitchfork.* PLAINTIFF will describe why throughout the complaint of when he comes with clean hands regarding equity (money) when it is applicable and when it is not applicable. PLAINTIFF will discuss when there is an even a remote appearance of when he may not have clean hands regarding RICO Enterprise 2. The Supreme Court in *Keystone Driller Co. v. General Excavator Co.*, 290 U.S. 240 (1933) discussed when one can come with clean hands into the Court: "It is one of the fundamental principles upon which equity jurisprudence is founded that, before a complainant can have a standing in court, he must first show that not only has he a good and meritorious cause of action, but he must come into court with clean hands. He must be frank and fair with the court, nothing about the case under consideration should be guarded, but everything that tends to a full and fair determination of the matters in controversy should be placed before the court." Story's Equity Jurisprudence, 14th ed., § 98. The governing principle is "that whenever a party who, as actor, seeks to set the judicial machinery in motion and obtain some remedy has violated conscience or good faith or other equitable principle in his prior conduct, then the doors of the court will be shut against him *in limine;* the court will refuse to interfere on his behalf, to acknowledge his right, or to award him any remedy." Pomeroy, Equity Jurisprudence, 4th ed., § 397. This Court has declared: "It is a principle in chancery that he who asks relief must have acted in good faith. The equitable powers of this Court can never be exerted in behalf of one who has acted fraudulently, or who by deceit or any unfair means has gained an advantage. To aid a party in such a case would make this Court the abettor of iniquity." *Bein v. Heath,* 6 How. 228, 47 U. S. 247. And again: "A court of equity acts only when and as conscience commands, and, if the conduct of the plaintiff be offensive to the dictates of natural justice, then, whatever may be the rights he possesses and whatever use he may make of them in a court of law, he will be held remediless in a court of equity." *Deweese v. Reinhard,* 165 U. S. 386."

## Section I(F): **The basic premises and the basis of the complaint is the following:**

**(1):** DEFENDANTS knowingly, maliciously, and willfully held Miki Kotevski (PLAINTIFF) into involuntary servitude for a minimum of $14,900,000,000 and unconstitutional political ideology, sold Miki Kotevski into involuntary servitude for $14,900,000,000 and unconstitutional political ideology, brought Miki Kotevski from overseas to be intentionally held into involuntary servitude for $14,900,000,000 and unconstitutional political ideology, kidnapped Miki Kotevski multiple times for $14,900,000,000 and unconstitutional political ideology, sexually abused Miki Kotevski because he became a political liability because of DEFENDANTS unconstitutional political ideology and $14,900,000,000, committed acts of international and domestic terrorism against PLAINTIFF, attempted to kill Miki Kotevski in which DEFENDANTS willfully obstructed and interfered with the enforcement of the law and justice, and denied access to the Courts to prevent Miki Kotevski from redressing his claims by abusing legal and judicial process in which DEFENDANTS committed 100+ counts of RICO Racketeering and obtained more than $14,900,000,000 in profits *solely on **the condition** of holding Miki Kotevski into involuntary servitude*; Miki Kotevski has not even seen a dime of the $14,900,000,000. The core component and fundamental nature of RICO Enterprise 1 is: PLAINTIFF'S constitutional, property, legal, and liberty interests were trampled on completely and relentlessly for counterterrorism precedent by DEFENDANTS who necessarily fabricated

material evidence, withheld exculpatory evidence, and perpetuated legal fraud from the beginning in establishing that legal precedent; and needing to destroy Miki Kotevski and have their counterterrorism precedent be untainted in which Miki Kotevski could never hold DEFENDANTS to account, this required DEFENDANTS to cover up the previous legal fraud and constitutional deprivations by DEFENDANTS in which PLAINTIFF'S property interests were yet again stolen and liberty yet again deprived in which DEFENDANTS necessarily had to commit more legal fraud to cover up the cover up and thus began the vicious cycle. DOJ themselves became the thing they hated and prosecuted in *United States v. Philip Morris USA, Inc.*, 449 F. Supp. 2d 1 (D.D.C. 2006). PLAINTIFF did not discover his $14,900,000,000 injury until the last couple of months and therefore 735 ILCS 5/13-215 applies.

**(2):** For 15+ years, DEFENDANTS refused to work with PLAINTIFF and escalated the situation to the point that it reached. Any of these issues or incidents could have been resolved at any time or any of the incidents had just—at a minimum--one or two people said what DEFENDANTS are doing to PLAINTIFF is wrong, had a positive motive, cared to know the context of the truth, help PLAINTIFF, not induce fraud, not omit material facts, not commit an act of legal fraud, not induce PLAINTIFF for malicious purposes, not fabricate a materially false and misleading narrative. Simply, truth, integrity, altruism, law, or principle would have been the proper intervening factors and none of which took place. PLAINTIFF knows he cannot just skid-daddle and ride off into the sunset after the lawsuit and be separate from DEFENDANTS in the future. PLAINTIFF *knows he is necessarily going to have to work with DEFENDANTS in the future*. That is what PLAINTIFF is asking for from the Court--that the DEFENDANTS actually and proactively work with PLAINTIFF in the future by directly communicating to PLAINTIFF in which truth, integrity, law, benevolent motives, and beneficial solutions are necessarily the cornerstones of the future interactions between PLAINTIFF and DEFENDANTS. For having excluded PLAINTIFF for so long, DEFENDANTS are required to include PLAINTIFF for so long in the future. PLAINTIFF--in demonstrating his good faith to DEFENDANTS to work together in the future to better our societies whether that is in America, Britain, Japan, Qatar, India, Australia, Germany, and more--is foregoing the vast majority of what PLAINTIFF can legally demand in equitable restitution and the vast majority of the legal issues that can be necessarily ruled on in this case because some of the issues implicate national security and safety. PLAINTIFF is being extremely generous to DEFENDANTS as there are things far more important than just compensation and restitution at issue to PLAINTIFF and America. So, PLAINTIFF is doing a balanced approach—PLAINTIFF is asking the Court for PLAINTIFF'S restitution a little here and there and is asking for the Court to rule in his favor a little here and there, DEFENDANTS can have and keep the rest. PLAINTIFF understands this brings issues of national security and PLAINTIFF is intentionally, in good faith, not bringing all of the national security issues that PLAINTIFF can infer in this case to help DEFENDANTS. PLAINTIFF in demonstrating his extreme good faith is foregoing more than $40,000,000,000+, 1000+ new BOEING aircraft, 2000+ GE locomotives, and complete ownership of multiple corporations. Let PLAINTIFF repeat that again, PLAINTIFF is foregoing more than $40,000,000,000+, 1000+ new BOEING aircraft, 2000+ new GE locomotives, and complete ownership of multiple corporations in which PLAINTIFF just wants a little restitution, common understanding, making society better, and have some comedy and make light of the situation as a punitive measure for RICO Enterprise 1.

**(3):** The reason why PLAINTIFF is necessarily asking for some restitution because if DEFENDANTS couldn't understand how their actions were morally, ethically, legally, and unconstitutionally wrong and depraved, then at least DEFENDANTS can understand their actions were financially wrong to some degree and that PLAINTIFF is going to put the restitution back into helping and building the economy up further and making America better and more free. Furthermore, there has to be a ruling to the United States Government that there is a price to pay for corruption in America in which *the People* deserve better than what they have been given. PLAINTIFF is trying to teach an important point that there is a cost in doing RICO in Washington DC and that Washington DC should be more mindful of their actions in the future and for Washington D.C. to be smarter and more prudent when dealing with *the People's* finances. It is not harming the country; *it is helping the country*. Plus PLAINTIFF is legally entitled to restitution and will help PLAINTIFF heal and live a better life for himself and for disabled individuals in the future).

**(4):** If there ever was a silver lining in having been subject to an international conspiracy and RICO Enterprise undertaken by numerous foreign governments and DEFENDANTS, it is that the restitution and compensation cost required to PLAINTIFF is spread over numerous companies, numerous foreign countries, numerous individuals, and insurance policies that will necessarily be utilized to cover PLAINTIFF'S compensation and restitution in which the cost to all is little to the individual. Supplement the fact that what PLAINTIFF has asked for is not outrageous considering what PLAINTIFF could legally demand for and be required under law to be given because of RICO Enterprise 1. As the Court said about what PLAINTIFF is legally entitled to as restitution for RICO Enterprise 1 in *United States v. DeFries*, 909 F. Supp. 13 (D.D.C. 1995): "the court has no discretion to withhold forfeiture or adjust the amount; the court's role is "merely to ascertain if the requisite nexus exists"), rev'd on other grounds, 43 F.3d 707 (D.C. Cir. 1997). The requisite nexus exists.

**(5): This case is exactly like *McIntyre v. U.S.*, 336 F. Supp. 2d 87 (D. Mass. 2004)** (hereon: *McIntyre*). PLAINTIFF will take a portion of the McIntyre decision and incorporate the facts of this case (and take out citations to clean it up in which the court can view the opinion and the citations if they so desire):

"The guarantee of substantive due process "limits what the government may do in both its legislative and its executive capacities," and the "criteria to identify what is fatally arbitrary differ depending on whether it is legislation or a specific act of a governmental officer that is at issue."  Legislation infringing a litigant's fundamental rights is arbitrary in the constitutional sense unless the manner of "the infringement is narrowly tailored to serve a compelling state interest." *Id.*

"The touchstone of arbitrariness of executive conduct is of necessity different from that of legislation. Because "only the most egregious official conduct can be said to be 'arbitrary in the constitutional sense,'" "the substantive component of the Due Process Clause is violated by executive action only when it 'can properly be characterized as conscience shocking." The conscience-shocking standard provides relief where government officials have "abused their power, or employ[ed] it as an instrument of oppression," while it "preserv[es] the constitutional proportions of constitutional claims," and prevents the demotion of the Constitution "to a font of

tort law." Thus, "[o]utside of a few narrow categories, like the safeguarding of prisoners who have been wholly disabled from self-protection, this means conduct that is truly outrageous, uncivilized, and intolerable." It is only where "the necessary condition of egregious behavior [is] satisfied" that there is "a possibility of recognizing a substantive due process right to be free of such executive action." *Id.*

"Admittedly, the term "conscience-shocking" is far from self-defining. The Supreme Court has observed that "the measure of what is conscience shocking is no calibrated yard stick, [although] it does poin[t] the way.'" There are, however, some clear markers on the measuring stick: "liability for negligently inflicted harm is categorically beneath the threshold of constitutional due process" while "conduct intended to injure in some way unjustifiable by any government interest is the sort of official action most likely to rise to the conscience-shocking level." Official acts falling somewhere between these two benchmarks "may be actionable" depending on the circumstances. *Id.*

"As alleged in the complaint the conduct of ANDREW MCCABE, JOHN O. BRENNAN, PETER STRZOK, ROBERT MUELLER, JAMES COMEY, HILLARY CLINTON, CHIEF JUSTICE JOHN ROBERTS, BILL CLINTON, BARACK OBAMA, Estate of JUSTICE ANTON SCALIA, JUSTICE SAMUEL ALITO, and JEH JOHNSON in relation to the murder of PLAINTIFF is conscience-shocking because it was conduct intended to injure PLAINTIFF in some way unjustifiable by any government interest. According to the PLAINTIFF'S allegations and reasonable inferences from those allegations, ANDREW MCCABE, PETER STRZOK, JOHN O. BRENNAN, JEH JOHNSON, and/or CHIEF JUSTICE JOHN ROBERTS purposefully revealed *JAPLAN* to HILLARY CLINTON and BILL CLINTON over the wires. At the time of disclosure, ANDREW MCCABE, PETER STRZOK, JOHN O. BRENNAN, JEH JOHNSON, and/or CHIEF JUSTICE JOHN ROBERTS knew that, under any circumstance, revealing *JAPLAN* [w]ould result in PLAINTIFF'S death. They also fully appreciated that the danger was especially high in revealing to HILLARY CLINTON and BILL CLINTON the plan of *JAPLAN*. ANDREW MCCABE, PETER STRZOK, JOHN O. BRENNAN, JEH JOHNSON, and/or CHIEF JUSTICE JOHN ROBERTS knew that HILLARY CLINTON and BILL CLINTON had effectively executed disabled individuals for political purposes before (*See*: Ricky Ray Rector), and that BILL CLINTON and HILLARY CLINTON had [essentially] murdered other informants whose identities had been revealed to them [*See*: Clinton Body Count]. Thus, the plaintiffs have alleged that the disclosure by ANDREW MCCABE, PETER STRZOK, JOHN O. BRENNAN, JEH JOHNSON, and/or CHIEF JUSTICE JOHN ROBERTS of PLAINTIFF'S information about *JAPLAN* to HILLARY CLINTON and BILL CLINTON was not only "conduct intended to injure" PLAINTIFF, but also conduct intended to injure him *fatally.* Moreover, the conduct was "unjustifiable by any government interest." It is true that the government had a legitimate interest in [Paragraphs XX in Section XX], and, *in a most perverse sense*, the death of PLAINTIFF furthered that lawful goal. With good reason, however, neither ANDREW MCCABE, PETER STRZOK, JOHN O. BRENNAN, JEH JOHNSON, and/or CHIEF JUSTICE JOHN ROBERTS nor any of the other agents has advanced a Swiftian proposal that the government's interest in prosecuting PLAINTIFF [for their own misdeeds all the while obtaining $14,900,000,000 at the condition of PLAINTIFF's forced labor] warranted offering up PLAINTIFF as a sacrificial lamb. Indeed, it is a fundamental tenet of the Constitution that the ends of law enforcement do not justify all means used to fight crime. *See,*

*e.g., Olmstead v. United States,* 277 U.S. 438 (1928) ("To declare that in the administration of the criminal law the end justifies the means — to declare that the government may commit crimes in order to secure the conviction of a private criminal — would bring terrible retribution.") (Brandeis, J., dissenting). Because the plaintiffs have alleged that the conduct of DEFENDANTS was "intended to injure [PLAINTIFF] in some way unjustifiable by any government interest," the plaintiffs have unquestionably pleaded conscience-shocking conduct on the part of DEFENDANTS.


**Section I(G):**

**(1): PLAINTIFF doesn't make this allegation lightly and understands the exact nature of the allegation.** PLAINTIFF has over 100+ pages proving a conspiracy against PLAINTIFF by DOJ and SCOTUS in SCOTUS cases in 2011 and 2015 respectively that concern two major incidents concerning RICO Enterprise 1 in which 4 cases are completely constitutionally compromised that cannot be redeemed--*City and County of San Francisco v. Sheehan*, 575 U.S. 600 (2015), *Ashcroft v. al-Kidd*, 563 U.S. 731 (2011), *Luna Torres v. Lynch*, 578 U.S. 452 (2016), and *Wilkie v. Robbins*, 551 U.S. 537 (2007). All cases that have relied upon the three cases are necessarily tainted and compromised as well. PLAINTIFF believes at minimum at least another 20 are compromised and/or are tainted that go back from as far as 2006. PLAINTIFF has called the Chapter proving such: ***Star Chambers.*** PLAINTIFF is incorporating the arguments and facts made in ***Star Chambers [HERE]***. *City and County of San Francisco v. Sheehan*, 575 U.S. 600 (2015) was in fact the first targeted killing of an American citizen living on American soil at the time the decision was issued without DUE PROCESS of law.

**(2):** Because of the previous paragraph, PLAINTIFF'S constitutional and legal interests are permanently tainted because it was done in furtherance of RICO Enterprise 1 in which PLAINTIFF was denied access to the court because of RICO Enterprise 1. This is fully explained in *Star Chambers* and there is an occasional reference to some of the arguments made in *Star Chambers* that are applicable in different Chapters of this complaint. PLAINTIFF is making the change necessary to better represent *the People's* interest in preventing a police surveillance state from happening in America and how the police interact with disabled individuals and minorities. The cases in question necessarily involve issues of 1st Amendment, 4th Amendment, 5th Amendment, 8th Amendment, 9th Amendment, 10th Amendment, 13th Amendment, and 14th Amendment Rights, Disability Rights, and qualified/absolute immunity of holding officials accountable for committing the constitutional violations that were done in furtherance of RICO Enterprise 1.

**(3):** Utilizing SCOTUS cases that were necessarily prejudicial against PLAINTIFF would be the same thing if an African American living in Texas in 2023 tried to enter Louisiana and was prohibited from doing so; and then that man brought a 42 U.S.C. 1985(3) claim based on the facts that he was completely obstructed on an interstate and in complete violation of 42 U.S.C. 1985(3) in which the Court would rule *against him* on the basis of a Louisiana law from 1814 called the Louisiana Migration Law that prohibited free blacks from entering the state. There is something that offends every sense of traditional justice and notions of due process and that is the claim PLAINTIFF is making.

**(4):** PLAINTIFF for all intents and purposes and is specifically alleging: PLAINTIFF had his ability to access courts denied because of RICO Enterprise 1 from 2006 to now. In light of this startling revelation, PLAINTIFF is requesting that the Court to stipulate that DEFENDANTS and PLAINTIFF are only allowed to use case precedent from SCOTUS that occurred prior to March 1st 2006 and are prohibited from relying upon any federal or state district court or appeal cases that rely on the tainted cases from 2006 in which PLAINTIFF stipulates which cases are tainted; the only cases that can be used from March 1st, 2006 and onwards if the case assists PLAINTIFF'S complaint in which the taint would be removed because it constitutionally helps PLAINTIFF. Yes, it is a little hypocritical; however, PLAINTIFF did this to the best he could and not to use those cases and rarely used any cases that fell in that time period). This request as to the applicability of the precedent and PLAINTIFF'S denial of access of courts is supported by *In re Murchison*, 349 U.S. 133 (1955), *United States v. Shotwell Mfg. Co.*, 355 U.S. 233 (1957), *Swekel v. City of River Rouge*, 119 F.3d 1259 (6th Cir. 1997), *Foster v. City of Lake Jackson*, 28 F.3d 425 (5th Cir. 1994); *Bell v. City of Milwaukee*, 746 F.2d 1205 (7th Cir. 1984); The Convention On the Rights of Persons With Disabilities Article 13; *Marshall v. Columbia Lea Reg'l Hosp.*, 345 F.3d 1157 (10th Cir. 2003), *United States v. Glaub,* 910 F.3d 1334 (10th Cir. 2018), *United States v. Alcaraz-Arellano*, 441 F.3d 1252 (10th Cir. 2006), *United States v. Davis*, 339 F.3d 1223(10th Cir. 2003).

**(5):** PLAINTIFF is asking for a permanent injunction because PLAINTIFF has an extraordinary fear of future prejudice if this case goes up to SCOTUS and to Congress. DEFENDANTS are of course going to want to challenge this; but PLAINTIFF has substantial reason and has no hope in believing SCOTUS would be fair to PLAINTIFF because SCOTUS was not fair to PLAINTIFF in 2015.

**Section I(H): The Summary of the Facts of the Case.**

(1): PLAINTIFF is giving the following colorful and illustrative situation (that is copied from *Star Chambers*) ***that serves as a factual summary to the Court***--that the Founding Fathers would have necessarily understood--what are some of the primary and many issues in this litigation:

PLAINTIFF is starting from 1800 to provide assistance in determining the amount of time that passed by from when PLAINTIFF could at least ascertain the issues; For example, 1801 would be 1 year after it all started (i.e. 2009). PLAINTIFF'S start time for the incidents was 2008 (even though there are incidents prior to 2008 that came up); so 2008=1800. Terms will be used that reflects that era. It can be offensive and that is fine. PLAINTIFF is putting it in a scenario that the Founding Fathers would have necessarily understood regardless of the shocking, and sometimes absurd, nature of all of this.

Mr. MK, a Respondent, came to the Supreme Court in March 1800 because Respondent ran his mouth about a weakness of Federal Marshals, which was overheard by Federal Marshal Peter (the Petitioner) and Federal Marshal Andrew in which Federal Marshal Peter and Andrew were not in the private room to overhear Respondent running his mouth about a weakness of the Federal Marshals. Mr.MK is an 18-year-old man with some known social and mental deficiencies and he is known to partake in sarcasm and to say things just for the sake of saying

things without any actual intent on committing those things by those around him. In some respects, Mr. MK is a mildly idiot savant in which Federal Marshals knew of his features when it came to the knowledge of history. Whether it was Federal Marshal Andrew admitting in a book he wrote around 1809 or Federal Marshal Peter Strzok talking to his mistress, both Federal Marshal Peter and Federal Marshal Andrew admit that they intentionally attacked Mr. MK *because* he was a mildly idiot savant that expressed certain political thoughts they did not agree with in 1800 and their hatred for him since he was a mildly idiot savant never ceased for more than 8 years. Either late in 1799 or early 1800, Federal Marshal Peter and his cohorts had grabbed a letter by Mr.MK, who was 18 years old at the time, that was made in the course of wooing a romantic interest in which a sarcastic joke is made by Mr.MK that is construed by Federal Marshal Peter and an attorney in the Department of Justice to be actual and apparent proof that Mr.MK is an officer in a foreign nation's military at the age of 18 years old in which Mr.MK has no actual, apparent, physical, or demonstrable ties or associations in his 18 years of existence to connect him to that foreign country nor has he ever visited that foreign country. Mr. MK is 99.7% of the time a kindhearted individual and generous individual, but he has an acidic temper at that 0.3% when pushed beyond all bounds of decency. Respondent was either from the State of Illinois[3] prior to 1800 or from the State of Franklin and the State of Louisiana in 1800 and onwards.[4] Federal Marshal Peter was a completely unhinged, fornicator, man-baby. Federal Marshal Peter, along with cohorts in the Department of Justice and the Federal Marshals office in 1800, had undertaken the endeavor to fabricate evidence against Mr.MK, knowingly utilized perjured testimony, and omitted material facts against Mr.MK that fraudulently induced magistrates and judges to granting warrants and making some sort of case against Respondent in which the malice of Federal Marshal Peter and Andrew never ceased to exist for the next decade or more against Mr. MK because of what Mr.MK said and Mr. MK being a mildly idiot savant. The Attorney Generals Sir Paul, and later Sir Holder, knowingly used the fabricated and known perjured evidence against Mr. MK in a rush to convict Mr. MK. The Chief Justice learns and knows of the issues and ignores the fraud undertaken by the DOJ and Federal Marshals against the Court in 1800. Mr. MK would probably agree with one's opinion that Chief Justice is a charlatan when it comes to 4th Amendment and 5th Amendment law in which he has done everything in his power to curtail the protections afforded under the 4th and 5th Amendment and prevent *the People* from holding government officials accountable for their actions. So, Chief Justice immediately absolves the Attorney General from liability for participating in the fraud because of what they did against Mr. MK and now the coverups begin from around 1800 or 1801. So, the Supreme Court mails a letter to Respondent stating a case has been made against Respondent (SCOTUS never did this for PLAINTIFF) and that Respondent must come to Washington D.C. So, Respondent rides on horseback and/or on steamboats to make his way to Washington D.C, which takes at least 7 days of travel to do so. The case is heard in which the Court necessarily relied on fabricated evidence and misleading and perjured testimony against Respondent that the Court knows about. Respondent is prevented from going inside the Court (or receiving notice in PLAINTIFF'S case or cross-examining anyone). Respondent has one case ruled against him (not repeatedly as in case of PLAINTIFF) in which Respondent doesn't know of the evidentiary basis of the decision in which prior precedent established that Mr.MK was on

---

[3] Yes, ILLINOIS was not incorporated into the Union at this time in 1800, but PLAINTIFF is just assuming so for sake of this argument.
[4] Yes, FRANKLIN Territory (aka the State of Tennessee) was not incorporated into the Union at this time in 1800, but PLAINTIFF is just assuming so for sake of this argument.

the right side of the law when it came to Mr. MK'S speech, nature, and mental deficiencies based on prior Supreme Court precedent.[5] The decision and numerous more are done in complete secret which robs Mr. MK of any sort of Due Process. Mr.MK returns to his home in Illinois or Franklin, which takes yet another 7 days. The Supreme Court and Mr.MK carry on with their lives; and back in 1800, that would have been the end of the case and the Supreme Court would have never inquired into the personal matters of Mr.MK from that moment on. That is not what happened though!

The Supreme Court, Federal Marshals, Department of Justice finds something captivating about the way Mr.MK ran his mouth. Mr.MK is offensively entertaining and insightful and law enforcement and federal marshals despise Mr.MK with every morsel of their body because he is offensive and abrasive as a son of foreign immigrant Slavic parents. Federal Marshals and the Department of Justice know Mr. MK is a mildly idiot savant in 1800. After the legal fraud was initially committed upon Mr. MK, there became a need by the Court and the Department of Justice and Federal Marshals to prevent Mr. MK from holding them accountable and seek to cover up their crimes. What they do is take it one step maliciously and extremely further in which they realize Mr. MK'S mildly idiot savant status is ripe to be exploited for their unconstitutional agenda so that they can rule against Mr. MK furthering the legal fraud and perpetuate a legal agenda involving the security of the state as to intentionally limit the rights of all Americans that hundreds of thousands of Americans just died for in the war. The Federal Marshals and Department of Justice have an office in the Supreme Court in which all 3 regularly and constantly talk about Mr.MK and find legal ways to cover up what they did against Mr. MK and prevent Mr. MK from going to court. Mr. MK never has a chance to refute their allegations and beliefs in their secret sessions. Right around the same time of the Supreme Court's first decision, a plan and scheme are undertaken by Federal Marshals, local constables, and a known malignant individual in the community to provoke Mr. MK to such an arousing anger to coverup their fraud on the Court right after Mr. MK's god child had passed away in which they passed all bounds of decency. The malignant individual breaks into Mr. MK's home and Mr. MK shouts for him to leave and drags him out of his domicile. Mr. MK is highly angry. Then the local constable comes and asks if Mr. MK is alright and Mr. MK affirms in the positive not knowing they had conspired previously. The local constable falsely accuses Mr. MK of brandishing a knife against the community or local constable. Mr. MK denies the outrageous accusation and tells the constable he is no longer welcome in his home as he no longer has probable cause or a warrant to be there. The constable leaves. Not having the fabricated evidence they needed in furtherance of the previous schemes, the local constable comes back in and coerces Mr. MK under duress to sign a confession giving the conspirators and local constables the evidence they needed. This is known by the Supreme Court and Mr. MK's chances of vindication in court are overruled prior to any opportunity Mr. MK had in seeking redress or knowing the extent of the scheme because of his status as a mildly idiot savant.

From this time, the Federal Marshals, for purposes related to and unrelated to Mr.MK, then create, build, and maintain at least 50 small forts (i.e. fusion centers or field offices) in which one of those forts is exactly 1000 feet away from Mr.MK's home that are manned by Federal Marshals. The fort that is 1000 feet away from Petitioner's home is called Fort Sentinel. Fort Sentinel is built on the South side of Mr.MK's property. The 50 small forts directly align

---

[5] PLAINTIFF is assuming for the sake of argument that the precedent here was from 1776 (and before) to 2008).

with the quickest path known to man and science at the time (and unknown to the common public with the military having new technologies that are made unknown to the public) from Mr.MK's home directly to Washington D.C. Through the entire ordeal, Mr.MK is completely unarmed with a musket and possesses no barrels of gunpowder, alcohol, or explosives anywhere on his property during any time these incidents occur. There was a time prior to 1800 that Mr. MK obtained and hid a small musket on his person after being physically accosted in his own home as to prevent more harm from being done to Mr. MK. These Federal Marshals then acquire and have direct orders from Federal Marshal Peter's Bosses, Federal Marshalls Andrew and James, that Marshals in Fort Sentinel are to watch Petitioner from their Fort Sentinel and to send daily reports to Washington D.C. documenting Mr.MK's actions and words said in the privacy of his home. At Federal Marshal Andrew, James, and/or Peter's direction or suggestion, Federal Marshals are ordered not to include the context of the statements Mr.MK said in his home and omit exculpatory statements thereby ensuring that all relevant context and facts are lost in the passage of time in the Federal Marshal reports but not within Mr. MK's Memory.  But, at least to Federal Marshal Peter and Andrew, this is not good enough. Nay Nay! Federal Marshal Peter and Andrew then orders two Federal Marshals (i.e. cellphone camera/microphone and wifi sonar) to permanently live inside Mr.MK's home and Mr.MK cannot get the two Federal Marshals to leave his home on the basis of Mr.MK's speech against Federal Marshal Peter and a sarcastic quip made in the course of wooing a woman in which Mr. MK has to provide a source of substance or energy for the two Federal Marshals that are now living permanently inside his home (That is called a 3rd Amendment Violation).

Speaking of 3rd Amendment violations, Federal Marshal Peter, James or Andrew then contacts the War Department about sending a battalion of troops to build another fort on the opposite side of Mr.MK's property and for a battalion of troops to permanently live in that fort because of Mr.MK's protected speech and sarcastic quips. The War Department unconstitutionally agrees. The War Department then builds Fort Beaver 1000 ft away from Mr. MK's home on the west side of Mr.MK's property in light of westward expansion and manifest destiny, which was named in honor of one of the ships that the Founding Father's threw the tea off of from during the Boston Tea Party. Fort Beaver and Fort Sentinel places telescopes on the roof of their Forts to watch Mr.MK at all times of the day and have a battalion of soldiers that have hearing devices in their ears to listen in and watch Mr.MK at all times of the day. The Tariffs officer in Washington D.C., catching word from Fort Sentinel and Fort Beaver, builds Fort Lava 1000 feet away from Mr. MK'S home on the North side of the property and has a customs/tariffs officer monitor and count Mr. MK's earnings and spending habits daily. Not wanting to be left out of the fun, the United States Government then creates an Administrative Agency just because of Mr.MK's speech and sarcastic quips and they build an entirely new fort and Administrative building called Fort Deadsoul on the east side of Mr. MK's home—exactly 1000 feet away from Mr. MK's home. They all watch Mr. MK at all times of the day and night and report on Mr. MK's activities for the next 15 years.

Fort Beaver, Fort Sentinel, Fort Lava, and Fort Deadsoul then become interconnected on the rooftops by a system of ropes and pullies that completely surround and circumvent Mr. MK's property in which two Federal Marshals and soldiers or more can sit in a bucket attached to the ropes above and circle Mr. MK's property nonstop for 24 hours a day and 7 days a week watching and making notes that confirm their false suspicions and omitting the truth in the

process in which they stop in different forts to give false daily reports about Mr. MK. In the course of this time, the Supreme Court and Department of Justice receive biased updates and reports to confirm their initial false suspicions as to the happenings of a mildly idiot savant nature of an 18-year-old man's life in which they continue to conspire and to further their abuses against Mr. MK.

In 1801 through 1802, Sir Kagan mans the helm of the Department of Justice as Solicitor General and argues against Mr. MK in the Supreme Court in multiple instances. In appreciation of such, Sir Kagan becomes a Supreme Court Justice in 1802. Immediately after Sir Kagan, Sir Neal of Indian blood and descent (shocking in those times indeed) mans the helm as the Solicitor General of the Department of Justice between 1802-1803. Around two and a half years after the Supreme Court initially ruled against Mr. MK in March 1800 in which a few cases were granted cert and ruled explicitly to deny Mr. MK an opportunity to defend himself in court and cover up the wrong doings of the Department of Justice, local constables, and Federal Marshals that Mr. MK could not have been made aware of or known at the time, Federal Marshal Rockefeller and the Secretary of State in September discover a vast oil reserve worth to be an estimated $60,000,000,000 in 2023 dollars hidden beneath Mr. MK's home. The Secretary of State conceivably knows about Mr. MK from September 1800. This oil could not have been discovered anywhere in the world unless Federal Marshal Rockefeller went through two doors in Mr. MK's home in a particular spot within the confines of Mr. MK's person in which Federal Marshal Rockefeller and the Secretary of State must have necessarily walked through the two doors and inserted their well inside Mr. MK's home to extract the oil wealth. Federal Marshal Rockefeller has two trusty sidekicks, an Indian and a Brit, who will help him extract the oil from Mr. MK's property as well. With Sir Neal the Solicitor General being of Indian blood and routinely making cases out against Mr. MK's interests in 1802 and 1803 that the sidekick Indian and Brit secretly knows about, this further emboldens the sidekick Indian and the Brit to conspire against Mr. MK because Sir Neal would have the back of the sidekick Indian if Mr. MK were to sue the sidekick Indian, the Brit, Officer Rockefeller, and the Secretary of State, in which the case would have been immediately thrown out because the Supreme Court absolved Mr. Neal and other Attorney Generals in 1800 when they knew about the legal fraud that happened. With that in mind, Federal Marshal Rockefeller (with Sir Neal's and Sir Holder's implicit approval) devises a scheme to go through the two doors and puts an oil pipe underneath the floorboards of Mr. MK's home while Mr. MK is not at home or distracted all the while being under the complete supervision of Federal Marshals. They transport all of Mr. MK's wealth in which any sign of detecting the oil pipe by Mr. MK is completely covered up ensuring that any signs that would have alerted Mr. MK to the fraud being perpetuated against Mr. MK are hidden and are out of sight and mind. Federal Marshal Rockefeller than buries a stash of papers of statements Mr. MK allegedly said that were fabricated by Federal Marshal Rockefeller, the Secretary of State, and Federal Marshals Peter and Andrew that purport to show Mr. MK's hostility against the U.S Government and Federal Marshals in which if Mr. MK would have discovered the oil pipe or scheme, Federal Marshals would have then discovered the papers and falsely alleged hostility against the Country by Mr.MK on the fabrications of Federal Marshals. All the while, fellow Federal Marshals who have a sense of integrity lose it when they all completely ignore the complete malice and fraud by Federal Marshal Peter and others in which all Federal Marshals do nothing in the course of 15 years to assist Mr. MK in any conceivable way or manner or truly

elaborate upon the fraud and schemes being devised against Mr. MK by Federal Marshals, the Department of Justice, and the Supreme Court.

As part of the previous scheme, The Secretary of State in correspondence to Federal Marshal Rockefeller and his trusty sidekicks, the Indian and Brit, concoct a scheme against Mr. MK aboard a vessel in September 1802 to harm Mr. MK in his voyage from the United Kingdom in which he had made his intentions known on taking a voyage from Fall 1802 and to commit piracy against Mr. MK in which they kidnap Mr. MK for political purposes in furtherance of Federal Marshal Rockefeller and the Secretary of State's scheme obtaining the wealth beneath Mr. MK's home in March 1803. This is in addition to another previous scheme perpetuated against Mr. MK when Mr. MK went to Prussia (Germany) in 1801. Tribe members of the Indian sidekick, the Brit, Sir Neal, President O'Bamahan, the sidekick Indian, and the Secretary of State make publicly known some of the wealth they have acquired because of Mr.MK in which the condition of their wealth was solely obtained through piracy and kidnapping in which part of the deal included at least 27 brand new vessels that are commissioned and paid for on that basis and conspirators obtain a minimum of $20,000,000,000 in 2023 dollars on the basis of Mr. MK. These statements are made public but are obfuscated by the press and conspirators in such a way as to prevent Mr. MK from knowing it was about him. President O'Bamahan is made aware of this in a luncheon in November 1802. It is ascertainable that President O'Bamahan knew about this from that time in which an Indian tribe's member and a business man refer to such with President O'bamahan's presence in the room and this is reported by staff members of the White House and reported on by the Press alike. But through their obfuscation, Mr. MK was not able to ascertain that it was his property and forced labor they were referring to in 1802 in which Mr. MK was able to ascertain such in August 1815 when he dug up the floorboards and discovered the scheme. Part of the United Kingdom scheme that was at the behest of the Secretary of State and Federal Marshal Rockefeller and Sir Neal and the sidekick Indian allows different Federal Marshals to utilize and use General Writs of Assistance in which battalions of a foreign country's army then subsequently search Mr. MK at all times of the day through Fort Lava, Fort Sentinel, Fort Deadsoul and Fort Beaver and from time to time seize Mr. MK unconstitutionally. The foreign battalions that do this against Mr. MK's constitutional interests include battalions from the Prussian Army (German Intel), the British Army (British Intel), and the Indian Army (Home Ministry of India). These battalions join in on the bucket rides in which the battalions of 3 different countries foreign armies circle Mr. MK's property nonstop for 24 hours a day and 7 days a week watching and making notes that confirm their American counterpart's false suspicions and omit the truth in the process of their bucket rides in which they stop in different forts to give daily reports about Mr. MK and are paid handsomely by the American government in doing so.

With all of the attention constantly surrounding and buzzing around Mr. MK, this draws so much unnecessary attention to Mr. MK from foreign sources. For example, the Indian tribe is friendly to both an adversary of the United States and is friendly to the United States and not once do they ever consider or ponder the completely factual and real possibility that the Indian tribe's military forces are going to boast about their successes in raiding and pillaging the mentally deficient Mr. MK on how they made so much money on Mr. MK with the military personnel of a United States' adversary when the United States and the Indian tribe led a war party on Mr. MK's property in March 1803. Obviously, malicious countries and actual

adversaries against the United States see the fox-in-the-hen-house-commotion surrounding Mr. MK by Federal Marshals and local constables. Federal marshals do have to know in fact that to be true or they were *that* deliberately and willfully ignorant of that risk of danger to Mr.MK; and yet, at no time, do Federal Marshals ever provide any direct training to help a 18-34 mild idiot savant man in the 15+ years they have come to know Mr. MK to avoid the attention and siren songs of the adversaries because of their actions against Mr. MK.

Federal Marshals necessarily and completely knew Mr. MK was in complete 100% danger on his voyage to the orient on May 18th, 1807 and how that would come back on them if danger befell upon Mr. MK. Any Federal Marshals with integrity would have ridden horseback (drove directly) and made their way to the State of Louisiana from Washington D.C to save themselves and the institution and have the Federal Marshals have integrity and warn the mentally deficient man of the oncoming & imminent danger. Federal Marshals did not. Federal Marshals could have anonymously sent a dire letter of warning of Mr. MK of the imminent harm that was going to befall upon him and send it via horseback and would have necessarily known Mr. MK received the letter in time before the dastardly scheme happened because of Fort Sentinel, Fort Lava, Fort Beaver, and Fort Deadsoul were always watching Mr.MK. Federal Marshals did not. A month passes in which the Federal Marshals still necessarily and legally know of the incoming and imminent danger that is going to befall upon Mr. MK in the orient. Federal Marshals do nothing for an entire month. Federal Marshals in multiple Federal Marshals offices across Washington DC, Fort Sentinel, Fort Lava, Fort Deadsoul, Fort Beaver, in London, in India, and Federal Marshals living and work in the town in the orient Mr. MK was residing at the time have an even stronger, concrete, explicit, definite, and obvious reason to know (beyond any reasonable doubt) that imminent harm was necessarily and unavoidably going to befall upon Mr. MK on 06/26/1807. Federal Marshals had at least a minimum of three days and up to a week to send immediate rescue and aid and prevent the plot from occurring. Federal Marshals did not do this. The Chief Justice knew of the plot from May 18th, 1807. When he visited Mr.MK in the orient on July 7th, 1807, he did nothing.

The Secretary of State, being of a questionable character, has a charity in which foreign countries contribute massively to the charity so long as the Secretary of State is in a position of influence or power, or as some ruffians would dare say about the contributions only occurring when he is in a position of influence or power, *bribing* the Secretary of State when 'he' has the power to influence. Some of the highest amounts the Secretary of State received in his charity was during his tenure at Secretary of State and the years of announcing and running for President. In April 1807 when he declared his intention on running to be the President of America in 1808. The Secretary of State, as observed by an intellectual, described 'him' thusly: "The Secretary of State has the most unappetizing combination of qualities to be met in many days' march: 'he' is a tyrant and a bully when 'he' can dare to be, and an ingratiating populist that will serve. 'He' will sometimes appear in the guise of a strong confident 'man' and sometimes in the softer garb of a winsome and vulnerable 'male.' 'He' is entirely un-self-critical and quite devoid of reflective capacity, and has never found that any of 'his' numerous misfortunes or embarrassments are his own fault, because the fault invariably lies with others…Like (his partner), 'he' is not just a liar, but a lie; a phony construct of shreds and patches and hysterical, self-pitying, demagogic improvisations."[6] One day and prior to running

---

[6] *No One Left To Lie To*—Christopher Hitchens.

for president, The Secretary of State and his partner are not doing well politically in their home state. Needing to find a public spectacle to appease the masses to create a show demonstrating their adherence to the rule of law--all the while living a life marred by bribery and corruption-- they lynch a mentally deficient negro who had no concept of time who had committed a murder before his mental deterioration. Cheers are subsequently had by the Secretary of State and his partner and the masses alike and the Secretary of State and his partner's popularity increases. Some may say this is learned behavior by the Secretary of State and his partner.

Furthermore, different unknown Federal Marshals realize that Mr. MK has a penchant for entertainment, poetry, journalism, and history. They seize Mr. MK's papers utilizing battalions of foreign armies, general writs of assistance, and deception, and they give his papers to local entertainers in which the entertainers took Mr.MK's ideas, stories, and thoughts and passed it off as their own and made money in the process in which Mr. MK does not receive an ounce of gratitude or silver from the local entertainers. Mr. MK is a peon for all intents and purposes and he becomes an indentured servant to the United States government in August 1805. Mr. MK never conceives of the idea in his head that general warrants were utilized and that the local entertainers were using his ideas when Mr. MK had watched the local entertainers' performances. Mr. MK is told by an officer in the Navy that some of the Federal Marshals had done this against Mr. MK in 1809 in which Mr.MK is thankful and appreciative that they did in which one of his poems about love was used because love meant so much to him because Mr.MK was not well loved and constantly abused by the government, but Mr.MK still wondered where the appreciation was for using Mr. MK's thoughts and ideas.

In September of 1801, Federal Marshals, the Secretary of State, and local constables create a plan to seize Mr. MK when Mr. MK was walking through town after leaving a pub with a beer in his hand. Part of the reason of this plan was so that general writs of assistance could be continued to be used and continuing the legal fraud perpetuated against Mr.MK and the Court by the Court, DOJ, and Federal Marshals. Through the years after undergoing numerous searches and seizures, Mr. MK's home burns down in May 1802 in which Mr. MK's beloved orange gargantuan cat is killed. Mr. MK is devastated that his cat is killed. Mr. MK would have never killed his beloved cat for any amount of money. Mr. MK has no part in the home burning as he is more than 4 different states away when his house burned down. Federal Marshals knew all of that information and the previous conditions in which Mr. MK did not purchase anything to cause the home to be burned down. This doesn't not prevent Federal Marshal Andrew or others in the White House from alleging in a warrant in Spring 1807 that Mr. MK was the cause of his house burning down in 1802 and Federal Marshals search and seize unconstitutionally yet again Mr. MK's new papers in which all of his old papers were burned in the home in 1802 and this was done in furtherance of a scheme against Mr.MK at behest of the Secretary of State and Officer Rockefeller who has been given complete unfettered discretion to obtain everything from inside Mr.MK's home.

Mr.MK is getting sick of this grotesque and unconstitutional treatment. He rants about it from time to time and tries to live day by day. Mr. MK provides documentation that demonstrates through his talks inside the privacy of his home all of the unconstitutional treatment he has received through the years. Mr. MK documents at least 18 examples in which the Secretary of State and Mr. MK are treated completely differently under the law and questions

the integrity of the Supreme Court in a mail sent to one of his colleagues in July 1807 prior to meeting the Chief Justice that involve issues concerning his speech and search and seizures that the Chief Justice knows about and read. In these messages prior to meeting the Chief Justice that the Chief Justice necessarily knew about, Mr. MK even insinuates that it was the Chief Justice that had murdered him on the basis of his mental deficiencies. Prior to this, Mr. MK hears that the Secretary of State is running for office in Spring 1807. In Fall 1801, Mr. MK becomes a journalist for his local town's newspaper. He stops being a journalist at that newspaper in May 1803; however, Mr. MK becomes a journalist again in 1806 & 1807 while living in Baton Rouge, Louisiana having written an article for a publication in Nashville that the Federal Marshals necessarily knew about at that time in which the article was mailed to the publication in Nashville from Baton Rouge. Being deceived by the two federal marshals in his home to create a false sense of privacy in his home, Mr. MK makes humorous jokes about The Secretary of State and Mr. MK's intention on writing an article concerning bribery and the Secretary of State and one of his wealthy benefactors. The battalion and standing army that is circling his home immediately report Mr. MK'S jokes and the intention on writing an article about the Secretary of State and one of his wealthy benefactors to the Secretary of State and from there falsely label Mr. MK as having an intent to influence the election. Mr. MK had no reasonable basis in determining and concluding what Federal Marshals, the Supreme Court, and the Secretary of State had done to him between 1800-1807; however, they knew Mr. MK had a penchant for writing despite his mental deficiencies and they knew Mr. MK had some of the material and his personal experiences to connect all three conspirators together in an article if he so chose. Furthermore, the standing battalion and leagues of soldiers and marshals through a general writs of assistance overhears a dastardly scheme on how to perfectly harm Mr. MK on his mental deficiencies over a course of time in a foreign country and the conditions necessary to do so. Part of the scheme required Mr. MK to lose his mental capabilities through human conditions. Where there is motive, there is opportunity.

Mr. MK takes a vessel and sails to the orient in May 26th, 1807. Prior to Mr. MK's Departure, in March 1807, both the Secretary of State's partner visits the orient and talks to the Head of the Japanese people and the Chief Justice of Japan and the Chief Justice are in regular dialogue during this time in which they paid for Mr.MK's vessel fare and lodging abroad, implementing the conditions of his demise, Mr.MK was to be hurried there to Japan for the Secretary of State's and Federal Marshal Andrew's prosecution and coverup scheme under mob domination against Mr.MK in which the whole proceeding was but a mask that failed to provide or supply any corrective process. On May 18th, 1807, the Supreme Court informs the world and conspirators that they would legally absolve any conspirators in harming Mr. MK when he was abroad in the orient and that they had the purpose of arresting Mr. MK in the orient to prevent him from ever coming back home. During Mr. MK's time in the orient, The Secretary of State has a fundraiser on 06/26/1807. Reporters are in the room and make full and complete observations as to the statements The Secretary of State made that night. Federal Marshal Andrew's best friend and partner in life, Jack McCabe, decides he is going to run for a local position as state senator in the state of Virginia. Federal Marshal Andrew would do anything for his best friend Jack, having a complete hatred for Mr.MK and the need to coverup what Federal Marshals and the Supreme Court have done over the years, Federal Marshal Andrew is intimately aware of and knows of Mr. MK and all of the Constitutional Deprivations that took place against Mr. MK. The Secretary of State gives a rousing speech, but the details of the

speech contain information obtained through general writs of assistance in which only the Federal Marshals and the Secretary of State know the source of the information directly. The Secretary of State quotes Mr. MK directly and uses his jokes as The Secretary of State knows in good showsmanship that the ignorant masses enjoy a laugh in which The Secretary of State derived sadistic pleasure using the good of Mr. MK against Mr.MK. In conjunction with the Supreme Court absolving all legal liability for conspiracies to be undertaken against Mr. MK by May 1807, the Secretary of State officially sanctions and orders the conspiracy to start and plans on forever, once and for all, end Mr. MK as being a political liability on June 26th, 1807. One reporter noted that there was a part of his speech in which the eyes of The Secretary of State brimmed with anger at the exact moment of the hit ordered against Mr. MK. The conspiracy also directed Federal Marshal Andrew to prosecute Mr. MK in which his friend Jack McCabe would be paid handsomely in his election. That's bribery someone shouted from the back and they should be prosecuted and removed from office under Section IV. But who is Mr. MK to tell?

As previously mentioned, The Supreme Court between 1800 and 1808 observe and have constant updates as to the life and progress of Mr. MK. The Supreme Court rule on cases that directly impact Mr. MK's ability to defend himself in the court of law based on the same facts that the Supreme Court became aware of that involved Mr. MK's life if Mr. MK were ever to defend himself against such unconstitutional and egregious actions. The cases limit the ability of Mr. MK to seek judicial redress and holding the federal marshals, the army, and the standing foreign army accountable for their actions. The Supreme Court necessarily decided those cases upon using Writs of General Assistance and foreign standing armies to do so. The Supreme Court through 1800-1808 can be characteristically characterized as having engaged in a pattern of limiting 4th Amendment rights against search and seizures and absolving all federal officials in depriving *the People* of their constitutional interests. "That could never happen in the course of this country's history" shouted a founding father in the back. WRONG. It did. Mr MK shouted back. The Chief Justice also visits the Orient to see that the scheme is done against Mr. MK in July 1807 in which he knew about Mr. MK's insinuation in the mail sent. Mr. MK had developed some legal knowledge at this point and had been pursuing a career as a lawyer. Mr. MK and the Chief Justice meet in a common hall in Tokyo, Japan.  The Chief Justice offers no help or legal assistance after years of jurisprudence ruling against Mr. MK on the basis of fabricated evidence and obstruction of justice by Federal Marshals.  For once in their lives, The Chief Justice and Mr. MK look each other in the eyes in the orient while the Chief Justice gives a speech in the common hall. The Chief Justice said nothing directly to Mr. MK, gave no opportunity for Mr. MK to ask any questions about the speech, never acknowledged what he had done over the years against Mr. MK, and fled out of the room like a coward and a man of dishonor when the speech ended for allowing years of fraud to be perpetuated against Mr. MK and the Court.

The conspiracy and dastardly scheme is complete and an attempt is had to serve notice on Mr.MK, but somehow to this day he does not understand how he evaded service or being arrested when there was a federal marshal in his residence the entire time he was in Japan and other Federal Marshals living & working nearby that could have provided aid and rescue as the Federal Marshals lives were not in any danger in providing aid or warning in the entire month of June 1807. But Mr. MK keeps running his mouth in January 1808 and starts to discover different unconstitutional actions and obstruction of justice by Department of Justice officials in which at this time of constant surveillance by standing foreign armies and federal marshals, Federal

Marshals do nothing to assist Mr. MK (to his understanding though it is possible the attorney general knew about it, because of course he did, and maybe the attorney general had some integrity to allow Mr. MK to pursue that endeavor). Either way, from the time Mr MK arrives back to his home from the orient in August 1807, Federal Marshals and some Department of Justice officials want to prosecute Mr. MK at the behest of the Secretary of State for being a victim of their own dastardly scheme undertaken by Federal Marshals and the Secretary of State in which the Secretary of State now has full-fledged control over the Marshals in 1807/1808. No one in this time alerts Mr. MK of anything that he needs to know about.

Federal Marshal Peter, along with Federal Marshal Peter's girlfriend, who was an attorney at the Department of Justice, and Federal Marshal Rockefeller through the years of war parties and raids against Mr.MK's home on completely fabricated reasons and in conspiracy with different soldiers and Federal Marshals in which the man-baby Federal Marshal Peter refuses to accept responsibility for his actions, bemoans that after 8 years of outrageous intrusions and constitutional violations and deprivations, he may be the one responsible for it all: "And I'm the one facing the music. From some who I have known for a long time. Nobody else pays the price. Nobody else will have the same straight hard discussion. Yet I'm the only one who violated his sense of integrity to swallow hard and deliver the message. I'm not sure I want to be part of this." His girlfriend attorney Lisa that enabled Federal Marshal Peter to cheat on his wife with her being fully supportive of the scheme said: "You are a part of this and that's not going to change. But I think you have every right to be angry and frustrated about being left out of the loop in your investigation, especially *when you're going to be left holding the bag*."

Mr. MK mails correspondence questioning the conduct of Department of Justice Officials in which Mr. MK through 9 months of meticulous research in his local library in 1808 discovers the conduct unbecoming of different Department of Justice employees primarily unrelated to his initial issues in 1800 in which he hears nothing meaningfully back from Department of Justice officials in Washington D.C in Spring 1809. Federal Marshal James documents all of Mr. MK's questionable history to President O'Bamahan via mail in Spring 1809 an image that Mr. MK that only Federal Marshal James, President O'Bamahan, and Mr. MK could have known what it meant as Mr. MK becomes aware that the image relates to all of the questionable things Mr. MK has ever done from 1800-1808; and this was made public knowledge after having used general writs of assistance against Mr. MK and committing legal fraud against Mr.MK for years. Under new President Mike Trump in 1809, *the People* decided that the Secretary of State should not have won. The Secretary of State did what he always did and blamed Mr.MK for his defeat when he had perpetuated legal fraud and stole billions of dollars from Mr. MK in 1802 and 1803 and never gave him a dime, ordered a hit on Mr. MK on 06/26/1807, and had full fledged control over a particular office of the Federal Marshals in Washington D.C. in 1807 and 1808 as a private individual and not a federal government employee. Surprisingly, Department of Justice do in fact do somethings to adequately address the prohibited conducted at issue in 1809 that Mr. MK discovered in 1808, but do absolutely nothing in regards to the flagrant constitutional violations that occurred prior to this incident from 1800-1808 in which the Department of Justice does not inform Mr. MK of any of the acts involving the Supreme Court, Officer Rockefeller and his sidekick Indian, or what they themselves had undertaken against Mr. MK, or the dastardly scheme by the Secretary of State and Federal Marshal Andrew when they had the opportunity to do so. They had Mr.MK's contact information at all times between 1800-1815 and they still did

nothing. Washington DC is in uproar at the inauguration of President Mike Trump in 1809 and pure chaos reigns down in the city of Washington DC having been corrupted for so long and held completely unaccountable in the process in which people started to go to jail. Cruel and constant torture is inflicted upon Mr. MK through the years in which Mr. MK seeks the help of a physician in April/May 1809. Around this same time, President Mike Trump fires Federal Marshal James and Federal Marshal Andrew gains even more leadership positions after being promoted after committing the dastardly scheme against Mr. MK in which his partner for life Mr. Jack McCabe was paid off by the Secretary of State. Just before seeking help by a physician, 3 unknown individuals in disguise cross state lines with full assistance and cooperation of the Federal Marshals and the standing foreign and domestic army, allow the 3 individuals to try to assassinate Mr.MK at a local school in February or March 1809. The assassination attempt is foiled by Mr. MK's keen observations and rides off in time before the plot is completed. Federal Marshals, the War Department, and the foreign battalions of the Prussian, British, and Indian armies all knew that happened and they all did nothing. Through the battalion of a standing foreign army, the army, and federal marshals, Federal Marshal Andrew learns that Mr. MK is need of help and care by a physician. Federal Marshal Andrew in disguise goes across state lines to Illinois in April or May of 1809 and then interrogates Mr. MK for two days in which Mr. MK does not know it was that Federal Marshal Andrew who obtained higher leadership positions in the Federal Marshals that committed the acts against him in the orient at behest of the Secretary of State in which the interrogations are done to implicate Mr. MK in any crime. All the while, the Department of Justice, Federal Marshals, and The Supreme Court at this time continue to rule against Mr. MK. In August/September 1808, a different Navy officer made Mr. MK stay up for 36 hours in which he was told to confess to all crimes. Federal Marshal Andrew steps down in leadership from the Federal Marshals around this same time. Either President Mike Trump or his advisors or the War Department or the Federal Marshals send a fully armed battalion of the army and invaded Mr. MK's space again from Fort Sentinel while Mr. MK was engaging in commerce and seeking comfort at a nearby lake in which the battalion followed him from the store to the lake and disappeared off into the night--exactly two years on the day of President Mike Trump was elected President on November 8th, 1810. Federal Marshal Andrew gets fired by President Mike Trump in 1811.

Prior to this Mr. MK starts to become aware of how Congress truly operates in Spring 1809 through the legislation proposals of a Senator from Oklahoma (that were lawfully given by Mr.MK to the Senator's office in Oklahoma in December 1808). The town of D.C. has acquired the knowledge that Mr. MK started to acquire the mental ability to figure out their schemes and tricks through the years from at least Spring 1809, even more so in 1815 as knowledge is power. Mr. MK thought it was at least an interesting coincidence that there involved a ruling involving the slants and free speech as it was a win for free speech in 1809 and wished it was a token of their appreciation for Mr. MK's free speech battles that Mr. MK endured in 1807, 1808, and 1809 and years before. (never truly knowing or having reason to know the true extent of what happened to Mr.MK over the years as Mr. MK connected his free speech battle in 1808 to the ruling in 1809 and thought it only derived from that incident independent of anything else). Mr. MK still had faith in the institutions when they did him wrong from over the years since 1800. Mr. MK could have never known what the Supreme Court did through the years, what the Secretary of State did and Federal Marshal Andrew did in 1807, and what the foreign armies did

against Mr.MK from 1800-1808; and Mr. MK is completely outraged in 1815 as that is when he fully understands the scope of the issues and the psychopathic depths of their schemes.

Through the entirety of President Mike Trump's tenure and President Robin O'Biden tenure, Mr. MK filed at least 20 different requests with the Department of Justice and Federal Marshals requesting information and filing complaints that they all necessarily knew about from 1809-1815 regarding what happened from 1800. Then Federal Marshal Andrew having established a relationship with Chief Justice from at least Spring 1807 prior to Mr. MK's departure to the orient mails a picture in Spring/Summer 1815 of a caricature poking a stick at a drawing of the Chief Justice with the caption of "do something" as if 10+ years of rulings against Mr. MK were not enough. Mr. MK is very upset. Mr. MK in Summer 1813 travels on horse and vessel and makes his way to Washington D.C for a personal visit. Mr. MK arrives on June 20th, 1813 in Washington D.C. That day, Mr. MK goes directly to the Department of Justice, a Court to obtain evidence and a record that was used against Mr. MK so that Mr. MK could refute the allegations and the legal fraud that was undertaken against him, and two headquarters of the Federal Marshals in which Mr. MK is turned away and prohibited from entering in all four locations even with his prior history involving them in which Mr. MK even provided them a viable means to cover up their actions and resolve the issues right then and there and they all continued having their backs turned to Mr. MK shouting and screaming with their fingers in their ears: "la la la la la la I can't hear you la la la la la." It wasn't until August 1815 that Mr. MK discovered and fully understood all of the actions involving the Secretary of State, the foreign army, the Federal Marshals, sidekick Indian, Federal Marshal Andrew, Federal Marshal James, and Federal Marshal Peter and Federal Marshal's best friend Jack McCabe, Officer Rockefeller, and the Supreme Court and Chief Justice…

and that is where the Court is to decide on some of the issues.

**Section I(I):**

(1): "PLAINTIFF is filing lawsuit in good faith and is relying on information found online; there is a tremendous possibility that PLAINTIFF has been obstructed in some way based on the information found online by DEFENDANTS. PLAINTIFF wants to be healthy again. It is only the Bad Faith of DEFENDANTS that caused PLAINTIFF to file or erroneously decide to file with diminished brain capacity after their treatment or not having the knowledge necessary to make a reasonable decision. PLAINTIFF feels as though he is being experimented upon by DEFENDANTS or deliberately isolated making PLAINTIFF worse; and PLAINTIFF demands an immediate injunction prohibiting the psychological torture from continuing. PLAINTIFF thinks he has been deliberately and intentionally isolated and deprived of information concerning his legal issues and has not been made aware of it from at least 2008. So if that is true, then this is in partial fault of PLAINTIFF'S parents and DEFENDANTS.

**Section I(J).**

(1):"PLAINTIFF lacks the necessary mental and financial capacity to fully articulate all of his claims as the United States Government and DEFENDANTS intentionally tortured PLAINTIFF & denied him information routinely from 2006-2023. PLAINTIFF had a severe problem of

ascertaining what the truth was in regards to what DEFENDANTS did in regards to PLAINTIFF as DEFENDANTS have completely obstructed PLAINTIFF in obtaining the proper redress through recourse methods in filing complaints with DOJ and DEFENDANTS ignoring FOIA requests and giving bullshit answers in FOIA requests. The main problem is that PLAINTIFF is autistic and believes the good in people, trusts too easily, and won't believe the evil that exists out there; and then there is an elite bubble in Washington D.C. that speak in a completely different, initially unintelligible manner, to PLAINTIFF; and to PLAINTIFF, it was like PLAINTIFF observing aliens and communicating with aliens in which PLAINTIFF had to figure out what the WASHINGTON DC Double-speak consists of, how it operates, and to show that PLAINTIFF is not crazy in regards to DC Double-Speak. It took a lot of time to figure it all out and to get rid of prior misconceptions. PLAINTIFF did the best he could in this complaint.

(2): PLAINTIFF only really started to acquire knowledge of what PLAINTIFF calls: "DC Double Speak" when U.S. Senator JAMES LANKFORD-R. OK. introduced to Congress some Administrative Laws in Spring 2017 that concerned RICO Enterprise 2 in which PLAINTIFF listened to Congressional debate about all relevant administrative laws around that time in which they were proposed. During these Congressional debates concerning administrative law, it came to PLAINTIFF's understanding that some members of Congress were talking about PLAINTIFF and PLAINTIFF started to connect the dots. PLAINTIFF did not have a full-on knowledgeable basis in determining the commands contained in DC Double Speak as they pertained to PLAINTIFF until at least 2022 or 2023 for sure. PLAINTIFF'S tweets would convey his current knowledge and understanding as to DC Double-Speak.

So, PLAINTIFF start to become aware of the DC Double-Speak in Spring 2017 only based on RICO Enterprise 2 and still-- at times-- doesn't fully understand or know how DC Double-Speak works and operates because he is autistic man trying to learn the language of aliens with no guide nor social and verbal skills with no one to affirm if he is correct. PLAINTIFF through years of listening to DC double-speak via Congress and the FBI slowly learned how it can work and the importance of double attributable facts, vagueness of language, being a party to confidential information that no one else could have known besides an extremely porous US Intel service that gushed out all of PLAINTIFF'S private and confidential info to DC between 2006 to Present in which the vagueness of language allows one to convey direction and explanation all the while having layers of added protection in double meaning and double speak that creates plausible deniability. What PLAINTIFF most of the time can do is point out that the facts of when PLAINTIFF is talked about; and based on hindsight, what is a reasonable explanation of what the DC Doublespeak at that particular time had intended on conveying. PLAINTIFF really acquired the first time how DC double-speak and solidified how it worked when he came across *City and County of San Francisco v. Sheehan*, 575 U.S. 600 (2015). After one read of it and *sheehan brief by DOJ*, he explored the ideas of it on Twitter; but it was a second or third time reading and filling out this complaint to show you how it really worked against PLAINTIFF and that occurred primarily around mid to late July 2023 and August 2023.

Because American INTEL knew about the importance of *City and County of San Francisco v. Sheehan*, 575 U.S. 600 (2015) in RICO Enterprise 1 in which they necessarily knew that PLAINTIFF started to figure somethings out, American INTEL and DOJ could ascertain what PLAINTIFF would fully and reasonably start to discover the extent of RICO Enterprise 1

in which PLAINTIFF even admits he doesn't know how far it goes and how deep it goes. The point being, PLAINTIFF started to discover RICO Enterprise 1 in which DEFENDANTS retaliated against PLAINTIFF yet again by having issued Executive Order 14105. PLAINTIFF is a simpleton in trying to beat more than 20 different intelligence agencies from more than 3 countries with hundreds and billions of dollars in assets, manpower, super computers, troves of databases, and the whole entire Department of Justice in which they all had been monitoring PLAINTIFF since 2008 and absolutely from July 15th or so 2023 to August 9th, 2023 to the Courthouse so that PLAINTIFF could vindicate his claims in Court. PLAINTIFF had exactly 624 hours (about 26 days or so) between July 15th, 2023 to August 9th, 2023. Let's assume that PLAINTIFF had only slept for 4 hours a night between that time and that would be around 500 or so hours. So PLAINTIFF had 500 hours _to somehow miraculously do the following_ _in the following conditions_: 1) figure out the full extent of DEFENDANTS fraudulent concealment of RICO Enterprise 1 that spanned over fifteen years, 2) for PLAINTIFF to remember everything from the last 15 years to make sense of it all, 3) read hundreds of cases, 4) research as much as PLAINTIFF could to ascertain names in intelligence which is already super-secret as it is 5) organize the material and evidence coherently for the court to understand, 6) draft a complaint that exceeds more than 1,000 pages single spaced and more than 500,000 words in less than a month, 7) PLAINTIFF having no money at all, 8) no lawyers wanting to help PLAINTIFF in which PLAINTIFF went to people and friends and got turned away from every place, 9) PLAINTIFF had no access to legal databases besides the free _Justia_ and _Casetext_ database online in which PLAINTIFF doesn't even know if the cases he cited are valid law anymore, and 10) all PLAINTIFF had was PLAINTIFF'S internet researching skills and mind. In showing a continuous on-going pattern of racketeering, President JOESEPH R. BIDEN issued Executive Order 14105 that completely undermined PLAINTIFF'S ability to argue his case in court and denied PLAINTIFF access to the Court. Then arguably part of it is because it involves President BIDEN'S son, HUNTER BIDEN because of what happened in 2015. That is why equitable tolling applies and that is why PLAINTIFF demands no Supreme Court case law and no cases that are dependent on SCOTUS precedent from 2006 because it is so manifestly prejudicial against PLAINTIFF as to have his Due Process rights denied even before going to Court.

So speaking of how PLAINTIFF discovered RICO Enterprise 1 by reading _City and County of San Francisco v. Sheehan_, 575 U.S. 600 (2015), PLAINTIFF reversed engineered it with an extremely particular set of skills that no ordinary or reasonable person could have or acquire (so to speak) because there are too many psychological issues that would prevent a person from acquiring the skills necessary to figure it out. There is not an ordinary or reasonable prudence that can be deduced from the facts because nothing like this has ever happened in American Jurisprudential History. Period. PLAINTIFF went through past SCOTUS cases to show the Court what was really going on. PLAINTIFF doesn't know how far it all goes and how deep it goes and doesn't really want to know how far it goes and how deep it goes. PLAINTIFF knows it is deep and doesn't know what it all means. **_PLAINTIFF is not exploring the rest of the dirt and is putting it back and is just limiting the present dirt to this case and nothing outside of it_**. So in order for PLAINTIFF to move on and not keep exploring and digging, **what PLAINTIFF is hoping for is a start of a new life with the Prayers of Relief section where he can finally put the era of 2003ish-2023 to rest and have the future be**

# something beautiful and meaningful to him and to America and the world. Okay? Okay.

**Section I(K).**

Equitable tolling applies for any claims in which the statute of limitations has passed via *Stoll v. Runyon,* 165 F.3d 1238 (9th Cir. 1999). Furthermore, as the Court said in *Capiz-Fabian v. Barr*, 933 F.3d 1015 (8th Cir. 2019). "To qualify for the remedy of equitable tolling, [Urrutia] bears the burden of establishing two elements: (1) that he has been pursuing his rights diligently, and (2) that some extraordinary circumstance stood in his way." Id. (cleaned up), quoting Pace v. DiGuglielmo, 544 U.S. 408 (2005)." PLAINTIFF has been pursuing his rights diligently through the years and through hoping DEFENDANTS would have an iota of integrity and that by remaining silent for a few years, hoping DEFENDANTS would come to their senses and work on a solution with PLAINTIFF in which they consistently and routinely failed in which they only harassed and intimidated PLAINTIFF; furthermore, PLAINTIFF has not had the proper mental capacity to file a lawsuit of this magnitude in which no attorneys sought to assist PLAINTIFF. PLAINTIFF is filing something for some of his claims as not to completely lose all claims due to uncertainty in psychological, physical, and mental healing or lack thereof because of DEFENDANTS' actions. PLAINTIFF was in Special Education after all and is kind of slow--so equitable tolling applies to slow people. Furthermore, PLAINTIFF is not disclosing all RICO acts known to him as not to prejudice the future administration of law in order for the United States to continue to be a beacon of legal hope in the future & not waste valuable judicial resources. All PLAINTIFF has left in this world is his wonderful Shiba Inu dog, KAWAII, and hopes KAWAII and PLAINTIFF can grow old together in the future. PLAINTIFF has nothing left to give or offer."

**Section I(L):**

(1): "To DEFENDANTS who have supported PLAINTIFF in which PLAINTIFF has included as DEFENDANTS: I am so sorry that I included you, your companies, or your institutions as DEFENDANTS after the positive steps you have helped me in my life. If you were in my shoes, I would hope you would understand; and you would do this as well. It's not you—it's them. I have to find out who did what to me and hold them accountable and you are unfortunately part of the picture." I realize I have not been perfect by any stretch of the imagination. I have tried so damn hard in life and I've messed up so many times in my life. However, I have been treated worse than a slave and have continuously been taken advantage of for far too long in which at least slaves had more legal rights and legal certainty than PLAINTIFF ever did in his life."

(2): PLAINTIFF simply wants to die an old happy man that tried in life and PLAINTIFF wants the Court to grant his Prayer of Relief; and once the Court does, things will go back to normal, and PLAINTIFF will start a new chapter in his life.

**Section I(M):**

PLAINTIFF has paid into the RICO Enterprise's violation of 18 USC §1961: sections 891–894 (relating to extortionate credit transactions) when PLAINTIFF gave DEFENDANTS the check that is pictured below in either June or August 2019. Specifically, DEFENDANTS accepted the following check, which therefore binds DEFENDANTS and the Court. The conditions of depositing the check are clearly written, which states the following: "by depositing this check, you agree to use the Louisiana Civil Code in any and all disputes that may arise in the future." So, the Louisiana Civil Code can be used in addition to other laws. DEFENDANTS deposited the check in either July or August of 2019. Therefore, it binds DEFENDANTS and the Court. This is going for contentious debate. PLAINTIFF says yes based on law concerning checks and terms of agreement as it relates to money given to a RICO Enterprise. DEFENDANTS are probably going to say no based on The Louisiana Supreme Court in *E.L. Burns Company, Inc. v. Cashio*, 302 So.2d 297 (La.1974) stated: "Article 11 of the Civil Code does state that individuals may renounce whatever advantages the law may have established in their favor; however, this is an exception to the general rule contained therein that, where a law is directed to the preservation of public order or good morals, the rule thus established may not be derogated by private agreement. Reading further, Article 12 more specifically states an example of rules founded on public order in its terse decree that "whatever is done in contravention of a prohibition of law is void, although the nullity not formally direct."



**Section I(N):**

The last time PLAINTIFF was truly up to his highest cognitive capabilities was Spring 2015. PLAINTIFF is not that up to par, yet, but, is trying to get there. After Spring 2015, any legal acts committed by PLAINTIFF were done after having been tortured by DEFENDANTS. So whatever PLAINTIFF did in regard to RICO Enterprise 2 that concerned money, there was no possible way PLAINTIFF knew or had the capability or capacity to understand all the factual issues involved. PLAINTIFF consistently confirmed that RICO Enterprise 2 was not about money as he wanted it to be about the vindication of rights. PLAINTIFF set up a GoFundMe for legal defense fees as a precautionary measure and for standing up for rights in case DOJ decided to legally retaliate and pursue PLAINTIFF because PLAINTIFF brought RICO Enterprise 2 to DOJ and Dept of Education's attention (even though they were completely aware of it the whole time in 2016) and Congress' attention. PLAINTIFF did not obtain a single dollar from the GoFundMe even though he posted a link to it on Facebook and other social media. PLAINTIFF never directly asked for any amount from DEFENDANTS (DOJ, Dept of Education, etc) for RICO Enterprise 2 and the story. By Winter 2016/January 2017, PLAINTIFF was that obsessed with *the story* where he was barely able to take care of himself.

# Section II: Bivens Purposes:

**(1)(a):** Some of the municipalities, townships, towns, cities, county, provinces, states, or country who authority DEFENDANT officers or officials acted is: SEWANEE, TENNESSEE; BATON ROUGE, LOUISIANA; WADSWORTH, ILLINOIS; ALICE SPRINGS/PINE GROVE/PINE GAP, AUSTRALIA; JAPAN; WASHINGTON D.C.; FAIRFAX, VIRGINIA; GEORGE MASON UNIVERSITY; State of Minnesota; INDIA; the HEAD QUARTERS or any OFFICES of DEFENDANTS; any DATA FUSION CENTERS located anywhere in the UNITED STATES, EUROPE, AUSTRALIA, INDIA; or other location that has a connection with the issues presented herein; or under the jurisdiction of any city, state, or country in which PLAINTIFF lived or visited or DEFENDANTS had in-personam jurisdiction over PLAINTIFF at any time in PLAINTIFF'S life.

**(1)(b)**. In addition, to PLAINTIFF'S federal constitutional claims, the municipality, township, county, state, country, or location where violations occurred/custom or policy violations occurred (in the next paragraph) were: SEWANEE, TENNESSEE; BATON ROUGE, LOUISIANA; WADSWORTH, ILLINOIS; ALICE SPRINGS/PINE GROVE/PINE GAP, AUSTRALIA; TOKYO, JAPAN; WASHINGTON D.C.; ATLANTA, GEORGIA; FAIRFAX, VIRGINIA; GEORGE MASON UNIVERSITY; State of Minnesota, ; the HEAD QUARTERS or any OFFICES of DEFENDANTS; any DATA FUSION CENTERS located anywhere in the UNITED STATES, JAPAN, EUROPE, AUSTRALIA, INDIA, UNITED KINGDOM; or other location that has a connection with the issues presented herein; or under the jurisdiction of any city, state, or country in which PLAINTIFF lived or visited or DEFENDANTS had in-personam jurisdiction over PLAINTIFF at any time in PLAINTIFF'S life."

**(2):** DEFENDANTS officers acted pursuant to a custom or policy, which custom or policy is the following: "prohibitions on torture; prohibitions on entrapment; prohibitions on fabricating evidence; prohibitions on outrageous government conduct; prohibitions on revealing information in the course of an on-going investigation; prohibitions on having private individuals having de-facto leadership over certain agencies and directing agencies' course of actions; prohibitions on planting evidence; prohibitions on obstructing justice; prohibitions on doing any RICO predicate acts in enforcing the law; prohibitions on using known perjured testimony; prohibitions on war crimes; prohibitions against using an individual's disability against a subject or witness to cause said individual to commit crimes against their legal and constitutional interests; prohibitions on inhumane treatment; prohibitions on aiding and abetting the enterprise without reporting it to the proper authorities or to PLAINTIFF; prohibitions on the creation, facilitation, and use of a Star Chamber tribunal against custom and traditional notions of justice and fairness; prohibitions on Bills of Attainder/Ex-Post Facto laws and punishments; and other prohibited acts.

# Section III: Short statement entitling PLAINTIFF to relief:
# (Non-Shotgun Pleading).

On May 21, 2018, GE and Wabtec announced that GE Transportation, valued at $11.1 billion, would be divested from GE and subsequently merged with Wabtec in a Reverse Morris Trust transaction by early 2019.[10] Upon completion on February 25, 2019, the merged company was 50.8% owned by

Wabtec shareholders, with GE shareholders owning 24.3% and GE itself owning 24.9%; GE also received $2.9 billion in cash.[10][11]

"Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. §§ 1961 - 1968" *Chevron Corp. v. Donziger*, 833 F.3d 74, 80-81 (2d Cir. 2016)

instead is whether a court decision was procured by corrupt means, regardless of whether the cause was just. An innocent defendant is no more entitled to submit false evidence, to coopt and pay off a court-appointed expert, or to coerce or bribe a judge or jury than a guilty one. So even if Donziger and his clients had a just cause—and the Court expresses no opinion on that—they were not entitled to corrupt the process to achieve their goal. Justice is not served by inflicting injustice. The ends do not justify the means. There is no "Robin Hood" defense to illegal and wrongful conduct. And the defendants' "this-is-the-way-it-is-done-in-Ecuador" excuses— actually a remarkable insult to the people of Ecuador—do not help them. The wrongful actions of Donziger and his Ecuadorian legal team would be offensive to the laws of any nation that aspires to the rule of law, including Ecuador—and they knew it. Indeed, one Ecuadorian legal team member, in a moment of "panicky candor, admitted that if documents exposing just part of what they had done were to come to light, "apart from destroying the proceeding, all of us, your attorneys, might go to jail."" *Chevron Corp. v. Donziger*, 833 F.3d 74, 86 (2d Cir. 2016) *No In Terrorem effect in this complaint.*

The *Chevron 2016* condemned the actions of one of the Defendants in the case and highlighted: "Calmbacher had "never concluded that TexPet had failed to remediate any site or that any site posed a health or environmental risk."… The submitted "reports were not the reports he wrote and did not reflect his views."…"Thus, **someone on the LAP team used the blank pages Calmbacher had initialed and his signature pages to submit over his name two reports that contained conclusions he did not reach**….[S]omeone on the LAP Ecuadorian legal team revised his draft reports, printed them on the blank pages that Dr. Calmbacher initialed, and filed them with knowledge of the falsity." *Chevron Corp. v. Donziger*, 833 F.3d 74 (2d Cir. 2016). This is what happened in *Big Brother Big Sister* and *Trespass Incident #3* by TKL and Sewanee PD.

In *Chevron 2016*, the Court discussed how "The district court summarized the fraudulent provenance of Cabrera's reports to the Lago Agrio court as follows: in the last analysis, the facts concerning the Cabrera Report are crystal clear. The remaining LAP judicial inspections were cancelled, the global expert proposal adopted, and Cabrera appointed **in consequence of the coercion of and pressure placed upon Judge Yánez**. As Donziger admitted in a Crude outtake, Judge Yánez "**never would have done [that] had we not really pushed him."**

Cabrera was not even remotely independent. He was recruited by Donziger. He was paid under the table out of a secret account above and beyond the legitimate court-approved payments. He was promised work on the remediation for life if the LAPs won. The LAPs gave him an office and life insurance, as well as a secretary who was a girlfriend of one of the LAP team members. Stratus and, to some extent others, wrote the overwhelming bulk of his report and his responses to Chevron's objections, as well as to the deceitful comments Stratus had written on its own report. And, in accordance with Donziger's plan to ratchet up the pressure on Chevron with a supposedly independent recommendation that Chevron be hit with a multibillion dollar

judgment, <u>he repeatedly lied to the court concerning his independence and his supposed authorship of the report</u>.

<u>Donziger</u>, [974 F.Supp.2d at 446](#) (footnote omitted) (quoting June 13, 2007 "Crude" film clip (emphases ours)). Donziger had chosen Cabrera for the global expert position because Cabrera would cooperate with the LAPs. He and Fajardo procured his appointment by coercing Judge Yánez. They had caused Stratus to write all or most of his report and then falsely passed that report off—both to the court and to the world press—as the independent work of a neutral, court-selected expert.

"Donziger was the architect of all that occurred with respect to the Cabrera Report,"<u>id</u>. at 447 n.484 ; "[h]e knew at all times that his actions were wrongful and illegal," <u>id</u>. at 448 ; and "he had no illusions about the impropriety of what he and his colleagues had done," <u>id</u>. at 459 n.563. "In sum, Donziger knew at every step that what he and the LAP team did with Cabrera was wrong, deceptive, and illegal." <u>Id</u>. at 460. C. <u>The February 14, 2011 Lago Agrio Judgment</u> Largely because of the Ecuador court's system of assigning cases to judges for limited periods of time, a total of six judges presided over the Lago Agrio Chevron case from the time it was filed in 2003 until the Judgment was entered in 2011. Three of them figure prominently in the present case; two of them testified at trial. When the case was filed in May 2003, it was assigned to then-Judge Alberto Guerra Bastidas ("Guerra"), and he presided over it until January 2004; Guerra, who was removed from the bench in May 2008 because of misconduct, became an important witness at trial in the present case. From January 2006 until October 2007, Judge Yánez, as discussed in Parts I.B.4.-I.B.6. above, was presiding. Nicolás Zambrano was a judge from July 2008 until he was removed from the bench for misconduct in February 2012. Zambrano first presided over the Lago Agrio Chevron case for a four-month term beginning in September 2009; he again presided over the litigation beginning in October 2010 and issued the $17.292 billion Judgment in February 2011.

The Lago Agrio Judgment awarded the LAPs $8.646 billion in damages for at least seven categories of injury, including harm to the environment and human health, and another $8.646 billion unless Chevron issued a public apology within 15 days. <u>See</u><u>Donziger</u>, [974 F.Supp.2d at 481](#). In addition,

the Judgment ordered that the LAPs establish a trust for the benefit of the ADF "or the person or persons that it designates" and that Chevron pay the damages awarded to that trust. It directed that the trust's board of directors be made up of the "representatives of the Defense Front," <u>i.e.</u>, the ADF, and provided that the board would choose the contractors who would perform the remediation. <u>Thus, the Judgment did exactly what the complaint had asked—it put the ADF in complete control of any proceeds of the Judgment.</u>

<u>Id</u>. at 481–82 (footnotes omitted) (quoting Lago Agrio Judgment (emphasis added)). In explaining the Judgment, the court "professed to disclaim reliance on the Cabrera Report." <u>Donziger</u>, [974 F.Supp.2d at 481](#). It stated that it had " 'not considered the conclusions presented by the experts in their reports, because they contradict each other despite the fact that they refer to the same reality.' " <u>Id</u>. (quoting Lago Agrio Judgment). The court also noted some of Chevron's charges of misconduct on the part of Donziger but said they were not attributable to the LAPs because the LAPs had not granted Donziger a formal power of attorney. <u>See</u><u>Donziger</u>, [974 F.Supp.2d at 481](#).

Chevron issued no apology. Instead, it filed a motion for clarification and expansion of the Judgment three days after it was issued. It requested further explanation of several of the Judgment's conclusions.... <u>It questioned also the Judgment's award of punitive damages, "which</u>

are not defined in the Ecuadorian legal system," and were "completely identical to the items indicated in the Cabrera Report," which the Judgment purported to exclude from its consideration.

Id. at 482 (footnote omitted) (quoting Chevron motion (emphasis ours)).

The Lago Agrio court issued a clarification order on March 4, 2011. It held inter alia.... that "the Court decided to refrain entirely from relying on Expert Cabrera's report when rendering judgment.... [T]he report had NO bearing on the decision. So even if there was fraud, it could not cause any harm to" Chevron.

Donziger, 974 F.Supp.2d at 482 (footnote omitted) (quoting Judgment Clarification Order (emphases ours)).

*Chevron Corp. v. Donziger*, 833 F.3d 74, 101-3 (2d Cir. 2016)

*The court in Chevron Corp. v. Donziger*, 384 F. Supp. 3d 465 (S.D.N.Y. 2019) (Hereon: *Chevron 2019*) summarized what the court in *Chevron Corp. v. Donziger* , 833 F.3d 74 (2d Cir. 2016) (hereon: *Chevron 2016*) ruled upon: "Nor is this the only tribunal to reach such conclusions. To mention one other, an arbitration tribunal under the auspices of the Permanent Court on Arbitration at the Hague, after extensive hearings, found, among many other things, the following:

• "This assessment starts with certain of the Lago Agrio Plaintiffs' representatives, especially Mr Donziger and Mr Fajardo. The evidence before this Tribunal points clearly to the conclusion that *they engaged in prolonged, malign conduct towards the Respondent's legal system generally and, particularly, the Lago Agrio Court* **in a manner that almost beggars belief in its arrogant contempt for elemental principles of truth and justice**. It is pointless here to characterize such conduct any further, because these individuals are not the object of the exercise required for this Award under the Treaty applying international law. Such conduct, as related above, also speaks for itself. Moreover, others unknown were also involved in the 'ghostwriting' exercise."

• The Ecuadorian "*Judge Zambrano actively solicited a bribe from whichever side in the Lago Agrio Litigation would be willing to pay him for issuing a favourable judgment in the Lago Agrio Litigation. Chevron refused his approaches; but certain of the Lago Agrio Plaintiffs' representatives did not.* It is not proven that Judge Zambrano did receive a monetary consideration actually paid to him before the issuance of the Lago Agrio Judgment. On a balance of probabilities, however, *it is proven that the consideration was a promise to reward him financially at a later date from proceeds to be recovered from the enforcement against Chevron of the Lago Agrio Judgment.* "

• "Judge Zambrano did not draft the entirety of the Lago Agrio Judgment by himself, as he falsely testified on oath in the RICO Litigation. The Tribunal finds that *Judge Zambrano, in return for his promised reward, allowed certain of the Lago Agrio Plaintiffs' representatives, corruptly, to 'ghostwrite' at least material parts of the Lago Agrio Judgment (with its Clarification). These representatives included Mr Fajardo and Mr Donziger.* " *Matter of Chevron Corp. v. Republic of Ecuador* , PCA No. 2009-23, Second Partial Award on Track 2 §§ 5.229-5.231 (Aug. 30, 2018) [DI 2082-1] (emphasis added)." *Id.*

The following DEFENDANTS committed the following acts in the following counts:

**BOEING & Chadwick:**
- 18 U.S.C. 1962(a)
- 18 U.S.C. 1962(b)
- 18 U.S.C. 1962(d)
- 18 U.S.C. 1961(4)
- 18 U.S.C. 241
- 42 U.S.C. 1985(2)
- 42 U.S.C. 1985(3).
- 18 U.S.C. 202
- Aiding and Abetting HILLARY CLINTON in Count XX: Miki's Tea Party. Therefore, at a minimum, all crimes HILLARY CLINTON did in Count XX: Miki's Tea Party

**General Electric and all of the following respective subdivisions and former subdivisions of GE:**
**GE Aviation/GE India. GE Aerospace Division.  GE Transportation (A Wabtec company)**

- 18 U.S.C. 1962(a)
- 18 U.S.C. 1962(b)
- 18 U.S.C. 1962(d)
- 18 U.S.C. 1961(4)
- 18 U.S.C. 241
- 42 U.S.C. 1985(2)
- 42 U.S.C. 1985(3).
- 18 U.S.C. 202
- Aiding and Abetting HILLARY CLINTON in Count XX: Miki's Tea Party. Therefore, at a minimum, all crimes HILLARY CLINTON did in Count XX: Miki's Tea Party

**JAMES FERGUSON "JAY" CARNEY and AMAZON:**

is an American public relations officer, political advisor, and journalist who served as the United States' White House Press Secretary from 2011 to 2014,

On December 15, 2008, Carney left the private sector to take a position as director of communications to Vice President-elect Joe Biden.[5][6]

On January 27, 2011, Carney was selected to become the Obama Administration's second White House press secretary.[7] He was named the successor to previous press secretary Robert Gibbs by White House chief of staff, William M. Daley.[8][9] Carney was one of fourteen White House appointees announced by Daley on that day

On March 2, 2015, Carney began working for Amazon as the senior vice president of global corporate affairs.[13] He initially managed a lobbying and public-policy group of about two dozen employees; by 2021, that had increased to about 250 employees. Between 2014 and 2020, the number of registered lobbyists for Amazon tripled, to at least 180.[14] He visited China in 2018 to promote Kindle devices and electronic books in the Chinese market which resulted in corporate cloud technology being managed by Chinese firms towards political aims.[15]

**WIKILEAKS AMAZON and CIA Data Center.**

# BASIC CRIMES HILLARY CLINTON DID:

**HILLARY CLINTON:** 18 U.S.C. 1962(d); **(1)**;

- murdered (PLAINTIFF said it was worse to him than murdering PLAINTIFF),

- bribed unknown JAPANESE, INDIAN, BRITISH officials to allow JAPLAN to happen,

- extorted PLAINTIFF,

- and the following 100+ violations of law and the PLAINTIFF'S Constitutional rights:

1. Violated PLAINTIFF'S 1st Amendment Right—Count XX: Miki's Tea Party and Count XX: *An Anchor and a Pitchfork.*

2. 1st Amendment Right—violated PLAINTIFF'S Religious Beliefs: Count XX: Upbringing; Count XX: An Anchor and a Pitchfork.

3. 1st Amendment Right—Restricted PLAINTIFF'S Free Press rights: Count XX: Miki's Tea Party and Count XX: An Anchor and a Pitchfork.

4. 1st Amendment Right—Deprived of Freedom to freely associate. Count XX: An Anchor and a Pitchfork.

5. 4th Amendment Right—Unconstitutional Seizures: Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

6. 4th Amendment Right—Unconstitutional and Illegal Searches: Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

7. 4th Amendment Right—Warrants were issued without probable cause and/or procured with perjured testimony that was known about at the time.

8. 5th Amendment Right—Taking: Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

9. 5th Amendment Right—Compulsion to testify: Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

10. 5th Amendment Right—Deprived of Life: Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

11. 5th Amendment Right—Deprived of Liberty: Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

12. 5th Amendment Right—Deprived of Property: Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

13. 5th Amendment Right—Denied Access to Courts: Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

14. 6th Amendment Right—Subject to FISA in which PLAINTIFF was not informed of the nature and cause of the accusation: Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

15. 6th Amendment Right—Denied Access to Courts: Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

16. 6th Amendment Right—witnesses tainted by Peter Strzok in furtherance of HILLARY and BILL CLINTON'S plans: Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

17. 6th Amendment Right—no counsel during FISA rulings. ANDREW MCCABE, PETER STRZOK, JOHN O. BRENNAN, ROGERS, etc and gave her the info from the proceedings or conducted it on behalf of her: Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

18. 8th Amendment Right—Cruel Punishment: Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

19. 8th Amendment Right—Unusual Punishment: Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

20. 8th Amendment Right—Torture: Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

21. 9th Amendment Right—Privacy: Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

22. 4th, 5th, 9th, & 10th Amendment Right—Right to be left alone: Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

23. 13th Amendment Right—Became a slave: Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

24. 13th Amendment Right—Became an indentured servant: Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

25. 18 U.S.C. §2422: Count XX: An Anchor and a Pitchfork for Angie Ortiz against PLAINTIFF.

26. 18 U.S.C. §2423: Count XX: An Anchor and a Pitchfork for Angie Ortiz against PLAINTIFF.

27. 18 U.S.C §2331: terrorism in Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

28. 18 U.S.C §2332b: Terrorism that transcended national boundaries in Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork in England and Japan respectively

29. 18 USC §2331 1(B)(iii) and 5(B)(iii)

30. 18 U.S.C. §1956 (Financing Terrorism).

31. 18 U.S.C.§1961 sections 891–894 (relating to extortionate credit transactions) (as PLAINTIFF would never be able to get a job after this),

32. 18 U.S.C.§1961 section 1028 (relating to fraud and related activity in connection with identification documents) (in procuring subject's identification)--Count XX: An Anchor and a Pitchfork in conspiring with JOHN O. BRENNAN to give Angie Ortiz false identification documents against PLAINTIFF.

33. 18 U.S.C.§1961 section 1029 (relating to fraud and related activity in connection with access devices): Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork after having hacked into PLAINTIFF'S laptop to ensure JAPLAN would happen and access ANGIE ORTIZ's tablet via Section 702

34. 18 U.S.C.§1961 section 1343 (relating to wire fraud): Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

35. 18 U.S.C.§1961 section 1351 (relating to fraud in foreign labor contracting): Count XX: Miki's Tea Party for $14,900,000,000 and Count XX: An Anchor and a Pitchfork and coercing ANGIE ORTIZ into a job against PLAINTIFF.

36. 18 U.S.C.§1961 section 1425 (relating to the procurement of citizenship or nationalization unlawfully)—to cover up Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

37. 18 U.S.C.§1961 section 1426 (relating to the reproduction of naturalization or citizenship papers)—to cover up Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

38. 18 U.S.C.§1961 section 1427 (relating to the sale of naturalization or citizenship papers)—to cover up Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

39. 18 U.S.C.§1961 section 1503 (relating to obstruction of justice)—completely intended on having PLAINTIFF be tried in a military tribunal twice or any court for her actions against PLAINTIFF in Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

40. 18 U.S.C.§1961 section 1510 (relating to obstruction of criminal investigations)

41. 18 U.S.C.§1961 section 1511 (relating to the obstruction of State or local law enforcement),

42. 18 U.S.C.§1961 section 1512 (relating to tampering with a witness, victim, or an informant)-- Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

43. 18 U.S.C.§1961 section 1513 (relating to retaliating against a witness, victim, or an informant)—American INTEL murdering PLAINTIFF'S cat sparky to further RICO Enteprise 1 against PLAINTIFF in Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

44. 18 U.S.C.§1961 section 1542 (relating to false statement in application and use of passport)-- Count XX: Miki's Tea Party concerning the purpose of PLAINTIFF going to India and Count XX: An Anchor and a Pitchfork because of ANGIE ORTIZ got a false statement.

45. 18 U.S.C.§1961 section 1543 (relating to forgery or false use of passport)—JOHN O. BRENNAN and Indian INTEL created a forged passport for Angie Ortiz in Count XX: An Anchor and a Pitchfork that was part of JAPLAN.

46. 18 U.S.C.§1961 section 1544 (relating to misuse of passport)-- JOHN O. BRENNAN and Indian INTEL misused the passport for Angie Ortiz in Count XX: An Anchor and a Pitchfork that was part of JAPLAN.

47. 18 U.S.C.§1961 section 1546 (relating to fraud and misuse of visas, permits, and other documents)-- Count XX: Miki's Tea Party relating to PLAINTIFF'S use of his passport in India, Doha, and London and Count XX: An Anchor and a Pitchfork

48. **ESPECIALLY: 18 U.S.C.§1961 sections 1581–1592 (relating to peonage, slavery, and trafficking in persons) in Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork**

49. 18 U.S.C.§1961 section 1951 (relating to interference with commerce, robbery, or extortion) in Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

50. 18 U.S.C.§1961 section 1952 (relating to racketeering)-- Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

51. 18 U.S.C.§1961 section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity)-- Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

52. 18 U.S.C.§1961 section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire)-- especially in Count XX: An Anchor and a Pitchfork

53. 18 U.S.C.§1961 section 1960 (relating to illegal money transmitters)-- Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

54. 18 U.S.C.§1961 sections 2251, 2251A, 2252, and 2260-- Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork and ANGIE ORTIZ.

55. 18 U.S.C.§1961(F) any act which is indictable under the <u>Immigration and Nationality Act</u>, section 274 (relating to bringing in and harboring certain aliens), section 277 (relating to aiding or assisting certain aliens to enter the <u>United States)</u>, or section 278 (relating to importation of alien for immoral purpose) if the act indictable under such section of such Act was committed for the purpose of financial gain (which CGI did gain financially as well as India, Britain, Japan, and/or Qatar and in which *Miki's Tea Party* is necessarily based upon) and ANDREW MCCABE getting TERRY MCAULIFFE to give JILL MCCABE money for her campaign.

56. 18 U.S.C.§1961 (G) any act that is indictable under any provision listed in section 2332b(g)(5)(B) (i.e. international and domestic terrorism)--Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

57. 18 U.S.C.§201 (Hillary Clinton, Bill Clinton, Terry McAuliffe, and Andrew McCabe in their bribery scheme) in Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

58. 18 U.S. Code § 210/211—ANDREW MCCABE got promoted twice in **Count XX: An Anchor and a Pitchfork**

59. 18 U.S.C.§ 225-- Count XX: Miki's Tea Party because PLAINTIFF and his services that were created by HILLARY CLINTON and LEON PANETTA et al. was worth more than $5,000,000 in which stole the proceeds of PLAINTIFF'S forced labor that PLAINTIFF never got a dime for. Count XX: An Anchor and a Pitchfork

60. 18 U.S.C.§ 226—no way JAPLAN was implemented with that having occurred by unknown DEFENDANTS having bribed unknown Japanese officials in Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

61. 18 U.S.C.§241—in Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

62. 18 U.S.C.§242-- Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

63. 18 U.S.C.§245-- Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

64. 18 U.S.C.§247-- Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

65. 18 U.S.C.§249-- Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

66. 18 U.S.C.§250-- Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

67. 18 U.S.C.§373-- Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

68. 18 U.S.C.§594-- Count XX: An Anchor and a Pitchfork because doing JAPLAN against PLAINTIFF was a form of intimidation in allowing PLAINTIFF to never vote again even before he had the chance to vote.

69. 18 U.S.C.§600—ANDREW MCCABE somehow got promoted twice within 6 months after JAPLAN in Count XX: An Anchor and a Pitchfork, PETER STRZOK got promoted in 2016 based on his Congressional Testimony in the course of investigating PLAINTIFF.

70. 18 U.S.C.§987—JAPLAN was terrorism at behest of HILLARY CLINTON that the British Government, Indian Government, Japanese Government, Qatar Government all had an interest in allowing and were Co-Conspirators with HILLARY CLINTON and BILL CLINTON in Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

71. 18 U.S.C.§872

72. 18 U.S.C.§873 PLAINTIFF was extorted by aforementioned DEFENDANTS.

73. 18 U.S.C.§875 any communication by tech DEFENDANTS and DEFENDANTS about PLAINTIFF during PLAINTIFF'S time in Japan violated this section and was part of the wire fraud under 18 U.S.C. 1962(a), 18 U.S.C. 1962 (b), 18 U.S.C. 1962 (c), and 18 U.S.C. 1962 (d). Tech DEFENDANTS: the basis of your liability is the following: *United States v. Miller, 116 F.3d 641, 674-75 (2d Cir. 1997) (act involving murder need not be actual murder as long as the act directly concerned murder, and facilitation of murder was a proper RICO predicate because accessorial offenses described in the New York State statutory provisions involved murder* <u>within the meaning of RICO where defendant provided information he knew would enable inquirer to</u> *commit murder or other RICO violations. Furthermore, United States v. Perrin*, 580 F.2d 730  (5th Cir. 1978) highlighted the following: "Perrin was a consulting geologist who had to interpret and analyze data stolen from one of the co-defendants. The court said: "We simply need not determine if the gravity maps were an essential part of the scheme. Since it is undisputed by the appellants that the gravity maps would have been used to exploit the stolen data, the requirements for jurisdiction under the Travel Act are met. There is no requirement that the use of interstate facilities be essential to the scheme: it is enough that the interstate travel or the use of interstate facilities makes easier or facilitates the unlawful activity." Whenever any employee of APPLE, AT&T, VERIZON, XFINITY, etc. shared any information about PLAINTIFF when American INTEL DEFENDANTS requested it in furtherance of their Enterprise, Tech DEFENDANTS then became co-conspirators under 18 U.S.C. 1962(d), 18 U.S.C. 241, 42 U.S.C. 1985 (2), 42 U.S.C. 1985 (3) aided and abetted RICO Enterprise 1 and are therefore substantively liable for the co-conspirators actions under Pinkerton, etc.

74. 18 U.S.C.§880 as American INTEL, Qatari DEFENDANTS, British DEFENDANTS, Indian DEFENDANTS, BILL CLINTON, HILLARY CLINTON, JOHN O. BRENNAN, ANDREW MCCABE, PETER STRZOK were received profits from "trade is in the offing" and will continue to get benefits from "trade is in the offing" Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

75. 18 U.S.C.§1954—having ANDREW MCCABE be promoted twice within 6 months after JAPLAN happened, JOHN O. BRENNAN being promoted from advisor to Obama to head of CIA in allowing  Miki's Tea Party and JAPLAN happen at the behest of HILLARY CLINTON, and PETER STRZOK being promoted in 2016 increased their ranks and benefits received in Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork.

76. 18 U.S.C.§1956-- Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork in which DEFENDANTS concealed the ownership of PLAINTIFF'S forced labor with the intent to carry on the illegal activity done in Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork.

77. 18 U.S.C.§1957 as some of the proceeds of "trade is in the offing" went into implementing JAPLAN via CGI in Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork.

78. 18 U.S.C.§1505—HILLARY CLINTON, ROBERT MUELLER, JOHN O. BRENNAN, ROGERS, and SUSAN RICE and VALIRIE JARRETT trying to get PLAINTIFF arrested using false evidence in Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

79. 18 U.S.C.§2335—doesn't apply as PLAINTIFF tried to obtain information regarding the totality of the circumstances when PLAINTIFF visited FBI, DOJ, FISA, and CIA directly in 2020 which PLAINTIFF was turned away on top of filing numerous complaints and FOIA requests because of Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

80. 18 U.S.C.§2336: see above.

81. 18 U.S.C.§2441: applies in which technically AUMF was still in effect in which there was false evidence utilized to PLAINTIFF's hostility against the United States in which it did not fundamentally exist and obstruction of justice directed at PLAINTIFF to commit *JAPLAN* against PLAINTIFF in which HILLARY CLINTON ordered the hit on June 26th, 2015 because of Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

82. 18 U.S.C.§2339

83. 18 U.S.C.§2339(a)—tech DEFENDANTS, PETER STRZOK, ANDREW MCCABE, JOHN O. BRENNAN, Qatar Airways, provided material support for terrorism activities in Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork aided and abetted and became accessories after the fact for having utilized JAPLAN by sending it across wires and was part of the wire fraud under 18 U.S.C.§1962(a), 18 U.S.C. §1962(b), 18 U.S.C. §1962 (c), and 18 U.S.C. §1962 (d).

84. Violated The Convention On the Rights of Persons With Disabilities Article 13 in Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

85. Violated: The Convention On the Rights of Persons With Disabilities Article 14 in Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

86. Violated The Convention On the Rights of Persons With Disabilities Article 15 in Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

87. Violated The Convention On the Rights of Persons With Disabilities Article 16 in Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

88. Violated The Convention On the Rights of Persons With Disabilities Article 17 in Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

89. Violated The Convention On the Rights of Persons With Disabilities Article 18 in Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

90. Violated The Convention On the Rights of Persons With Disabilities Article 21 in Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

91. Violated The Convention On the Rights of Persons With Disabilities Article 22 in Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

92. Violated The Convention On the Rights of Persons With Disabilities Article 24 in Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

93. Violated The Convention On the Rights of Persons With Disabilities Article 25 in Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

94. Violated Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment. Article 2 with Indian, British, Japanese, Qatari, and German DEFENDANTS and JOHN O. BRENNAN and ROBERT MUELLER in Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

95. Violated Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment. Article 3 with Indian, British, Japanese, Qatari, and German DEFENDANTS and JOHN O. BRENNAN and ROBERT MUELLER in Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

96. 29 U.S.C. §790 (Section 504 of the Rehabilitation Act of 1973) in Count XX: An Anchor and a Pitchfork

97. 42 U.S. Code §2000a in Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

98. 42 U.S. Code §2000a-1 in Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

99. 42 U.S. Code §2000a-2 in Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

100. 42 U.S. Code §2000d in Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

101. 42 U.S.C. §1981 in Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

102.  42 U.S.C. §1982 in Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

103.  42 U.S.C. §1983 in Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

104.  42 U.S.C. §1985(2) in Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

105.  42 U.S.C. §1985(3) in Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

106.  42 U.S.C. §1986 in Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

107.  42 U.S.C §2000aa in **Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork**

108.  42 U.S.C §2000bb in Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

109.  42 U.S.C §2000dd in Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

**BILL CLINTON: All the crimes of Hillary Clinton.**

**ANDREW MCCABE:**

**PETER STRZOK:**

## ROTHSCHILD DEFENDANTS:

LYNN DE ROTHSCHILD
BARON DAVID RENE de ROTHSCHILD
ROTHSCHILD CONTINUATION HOLDINGS, and or any unknown prominent ROTHSCHILD family member.

THE ESTATE OF ANTONIN SCALIA: violating 18 U.S.C. 1962(d),

THE ESTATE OF JOHN PAUL STEVENS:

## DEPARTMENT OF JUSTICE DEFENDANTS:

ERIC HOLDER

DONALD B. VERRILLI, JR

JOYCE R. BRANDA,

VANITA GUPTA,

IAN HEATH GERSHENGORN,

ELIZABETH B. PRELOGAR,

BARBARA L. HERWIG,

SHARON M. MCGOWAN,

DANA KAERSVANG,

HOLLY A. THOMAS,

ANURIMA BHARAGAVA,

SALLY YATES,

TOM PEREZ,

PAUL CLEMENT,

LISA PAGE,

NEAL KATYAL,

ROD JAY ROSENSTEIN,

MATTHEW G. OLSEN,

GREGORY GARRE,

EDWIN KNEEDLER,

ELENA KAGAN,

JOHN ROTH,

ALICE FISHER

BRAIN BENCZKOWSKI,

MYTHILI RAMAN,

BENJAMIN C. MIZER,

EDWIN S. KNEEDLER,

RACHEL P. KOVNER,

DONALD E. KEENER,

PATRICK J. GLEN,

JEFFERSON BEAUREGARD SESSIONS III,

ROD JAY ROSENSTEIN,

EILEEN M. DECKER—PEACHY MIAMI

ZACHARY THOMAS FARDON-- **CLINTON, An Anchor and a Pitchfork.**

J. WALTER GREEN--(An Anchor and a Pitchfork)

ROD JAY ROSENSTEIN--An Anchor and a Pitchfork)(malicious prosecution)(King and Spaulding)

KENNETH WINSTON STARR

STEPHANIE YONEKURA—key corrupt lawyer. **08/08/2014 - 06/10/2015. Central District of California. False Allegations. Miki's Tea Party and An Anchor (Sewanee news article and arbor). Malicious prosecution. Rico enterprise. Worked with FBI and IRS.  Segoe UI**

GEORGE S. CARDONA. (An Anchor and a Pitchfork) Sting Operation

# FBI DEFENDANTS:

PETER STRZOK—

JAMES COMEY—

ROBERT MUELLER III—

LISA PAGE—

ANDREW MCCABE—

JAMES ANDREW BAKER—

## DEPARTMENT OF STATE DEFENDANTS:

JOHN KERRY—

HAROLD HONGJU KOH—

JOSEPH LEBARON—

CAROLINE KENNEDY—

SUSAN L. ZIADEH—

WILLIAM FRANCIS HAGERTY IV—

JACOB SULLIVAN—

## CIA DEFENDANTS:

JOHN O. BRENNAN—

LEON PANETTA—

## WHITE HOUSE DEFENDANTS:

VALERIE JARRETT—

SUSAN RICE—

CHERYL MILLS—

BEN RHODES—

GEORGE W. BUSH—

## DHS DEFENDANTS:

JEH JOHNSON—

RAND BEERS—

JULIE JOHNSON—

JOHN T. MORTON—

JOHN SANDWEG—

SARAH SALDAÑA—

THOMAS HOMAN—

MICHAEL CHERTOFF—

JANET NAPOLITANO—

KIRSTJEN NIELSEN—

ELAINE DUKE—

KEVIN KEALOHA McALEENAN—

CHAD WOLF—

## NSA DEFENDANTS:

JAMES CLAPPER—

Admiral MICHAEL S. ROGERS— for sure

General KEITH B. ALEXANDER—for sure

JOHN C. "CHRIS" INGLIS—

RICHARD H. LEDGETT JR—

**DNI DEFENDANTS:**

JAMES CLAPPER—

AVRIL HAINES—

MICHAEL McCONNELL—

DENNIS BLAIR—

MICHAEL DEMPSEY—

DAN COATS—

JOE MAGUIRE—

RIC GRENELL—

JOHN RATCLIFFE—

DONALD KERR—

RONALD L. BURGESS JR—

DAVID C. GOMPERT—

STEPHANIE O'SULLIVAN—

CHARLES McCULLOUGH—


**FISA COURT DEFENDANTS**

CHIEF JUSTICE JOHN ROBERTS—

Judge JOHN DEACON BATES—

Judge JAMES GRAY CARR—

Judge JENNIFER B. COFFMAN—

Judge MALCOLM JONES HOWARD—

Judge ROSEMARY M. COLLYER—

Judge RUDOLPH CONTRERAS—

Judge ANNE C. CONWAY—

Judge RAYMOND JOSEPH DEARIE—

Estate of Judge MARTIN LEACH-CROSS FELDMAN—

Judge NATHANIEL MATHESON GORTON—

Judge THOMAS FRANCIS HOGAN—

Judge JAMES PARKER JONES—

The Estate of Judge GEORGE PHILIP KAZEN—

Judge COLLEEN KOLLAR-KOTELLY—

Judge MARY A. McLAUGHLIN—

Judge MICHAEL WISE MOSMAN—

Judge THOMAS BANISTER RUSSELL—

Judge FRANK DENNIS SAYLOR IV—

Judge FREDERICK JAMES SCULLIN Jr.—

The Estate of Judge CLYDE ROGER VINSON—

Judge REGGIE BARNETT WALTON—

Judge SUSAN WEBBER WRIGHT—

Judge JAMES BLOCK ZAGEL—

## BRITISH DEFENDANTS:

Sir IAIN ROBERT LOBBAN—FOR SURE

ANDREW DAVID PARKER (Baron Parker of Minsmere)— For Sure

JOHN SAWERS—

Sir ALEXANDER WILLIAM YOUNGER—

JONATHAN EVANS (Baron Evans of Weardale)—

ALISTAIR JAMES HENDRIE BURT—For Sure

TONY BLAIR—For Sure

CHERIE BLAIR—For Sure

JEREMY RICHARD BROWNE—For Sure

HENRY CAMPBELL BELLINGHAM (BARON BELLINGHAM)—

DAVID CAMERON— For Sure

CHERIE BLAIR—For Sure

COLIN STEPHEN MATTHEWS—For Sure

LONDON HEATHROW HOLDINGS—For Sure

BRITISH AIRWAYS:

IAG: INTERNATIONAL CONSOLIDATED AIRLINES GROUP S.A.


## QATARI DEFENDANTS:

Akbar Al Baker أكبر الباكر—For Sure

Sheikh Hamad bin Jassim bin Jaber bin Mohammed bin Thani Al Thani (حمد بن جاسم بن جبر آل ثاني) (also known as HBJ)—For Sure

Jassim bin Hamad bin Khalifa Al Thani جاسم بن حمد بن خليفة آل ثاني—For Sure

EMIR XX—For Sure.


## INDIAN DEFENDANTS:

Estate of MUTHUVEL KARUNANIDHI—For sure


former Prime Minister MANMOHAN SINGH—For Sure

current Prime Minister MODI—For Sure

SpiceJET Airlines--Obviously

BHUPENDRA BHULO KANSAGRA—For Sure

AJAY SINGH—For Sure

KALANITHI MARAN—For Sure

## JAPANESE DEFENDANTS:

THE ESTATE OF SHINZO ABE—For Sure. Conspired with BILL CLINTON

Chief Justice Japan

## GERMAN DEFENDANTS:

ANGELA MERKEL—

## AMERICAN DEFENDANTS CONTINUED:
RUSSLYNN ALI—

CATHERINE LHAMON—For Sure

JOCELYN SAMUELS—For Sure

GEORGE SOROS—

OPEN SOCIETY INSTITUTE OR OSF—For Sure

ANURIMA BHARAGAVA—For Sure

FATIMA GOSS GRAVES—For Sure

MARCIA GREENBERGER—For Sure

NATIONAL WOMEN'S LAW CENTER—For Sure

**Initial Allegations:**

From at least August 01, 2007 (as well as from an indeterminable time after PLAINTIFF'S birth) to the present moment, PLAINTIFF, at any of the previously mentioned locations above, had some of the following CIVIL RIGHTS violations happen:

[X]: An assassination attempt at Deerfield High School in Deerfield, Illinois in February or March 2017
[X]: arrested or seized PLAINTIFF without probable cause to believe that PLAINTIFF had committed, was committing, or was about to commit a crime;
[X]: Searched PLAINTIFF or his property without a warrant and without reasonable cause;
[X]: Used excessive force upon PLAINTIFF;
[X]: Failed to intervene to protect PLAINTIFF from violation of PLAINTIFF'S civil rights by one or more of other DEFENDANTS.
[X]: Failed to provide PLAINTIFF with needed medical care;
[X]: conspired together to violate one or more of PLAINTIFF'S civil rights.
[X]: Other violations, including, but not limited to, a predicate act of RICO; 18 U.S.C. 242; 18 U.S.C. 249; 18 U.S.C. 250; 18 U.S.C. 2234; 18 U.S.C. 2235, having used, procured, or created perjured or materially false testimony;  providing false evidence or testimony when paid by one of CO-DEFENDANTS or CO-CONSPIRATORS; planning or implementing a mechanism to entrap PLAINTIFF; 18 U.S.C. §2236; 18 U.S.C. § 2261A; 18 U.S.C. §2340; 18 U.S.C. §2441; 18 U.S.C. §2, 18 U.S.C. 2331 1(B)(iii) and 5(B)(iii), *See also*: DOJ'S CRIMINAL RICO Handbook: *Section 2332b(g)(5)(B) (iii) - 49 U.S.C. § 46502 (relating to aircraft piracy);* 18 U.S.C. § 1956 (Financing Terrorism); DEFENDANTS shared the information amongst each other. <u>*See: United States v. Miller, 116 F.3d 641, 674-75 (2d Cir. 1997) (act involving murder need not be actual murder as long as the act directly concerned murder, and facilitation of murder was a proper RICO predicate because accessorial offenses described in the New York State statutory provisions involved murder* <u>within the meaning of RICO where defendant provided information he knew would enable inquirer to</u> *commit murder or other RICO violations);* committing or contributing to or aiding/abetting an act that violated one of PLAINTIFF'S 1st, 2nd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, or 14th Amendment rights; TITLE VI of the Civil Rights Act 42 U.S.C. §1983; 42 U.S.C. §1985; 42 U.S.C. §1986; or other crimes & violations not herein listed within or outside of PLAINTIFF's or DEFENDANT'S knowledge.

[X] PLAINTIFF has filed over 10 complaints/requests to DEFENDANTS, more than 15 FOIA requests with DEFENDANTS (from 2017 onwards in which PLAINTIFF started becoming aware of RICO acts done against PLAINTIFF regardless of who was POTUS at the time & has not received anything of merit or of substantial or significant value) & PLAINTIFF had even visited some of DEFENDANTS in WASHINGTON D.C. in 2020 to resolve the issues and was spurned by DEFENDANTS: FBI, CIA, DOJ, and FISA Court. Furthermore, PLAINTIFF has excessively/obsessively tweeted at DEPARTMENT OF JUSTICE and other DEFENDANTS with no legitimate response to issues presented. These botched responses to a FOIA request or civil Rights complaints made to and filed with DEFENDANTS constitutes an act of one of the following: 18 USC §1961 section 1503 (relating to obstruction of justice), 18 USC §1961 section 1510 (relating to obstruction of criminal investigations), or 18 USC §1961 section 1513 (relating to retaliating against a witness, victim, or an informant) in which PLAINTIFF was not given the

opportunity to peacefully pursue a resolution without having to resort to litigation and discovery to resolve the issues. Furthermore, with the-- at least--more than 500 tweets directed at DEFENDANTS since 2017, the contents of the tweets contained exculpatory evidence. LAWYERS have an obligation to remedy issues when they have the requisite knowledge of material errors made. Even when provided mountains of tweets of exculpatory evidence, no actions were taken by DEFENDANTS when they had the knowledge of it from 2017 onwards.

[X] "PLAINTIFF *can also* describe in meticulous detail the factual allegations that would pass the legal factual threshold required under Iqbal & F.R.C.P. 9(B) for RICO claims; but is not doing so in the interests of Justice. PLAINTIFF can provide the Court some evidence of his allegations upon request; however, DEFENDANTS most definitely can provide more evidence proving PLAINTIFF correct in discovery; if DEFENDANTS fail to do so; they are doing so in bad faith with the Court and is a continuation of the contempt that some DEFENDANTS have for the proper administration of justice in America and a continuation of the pattern of obstructive acts by DEFENDANTS.

[X] "PLAINTIFF claims violations by DEFENDANTS of the Laws of Louisiana (Louisiana Civil Code (that include some of the following): §1756; §1757; §1760; §1761; §1948; §1949; §1950-1956; §1959), International Treaties, the Geneva Convention, and other US Federal Laws, Regulations, and Procedures, as well as the laws of Utah that are applicable and relevant to anything stipulated in Paragraph 11 of the Statement of Claims section below"


 "Plaintiff was not charged with a crime to the best of his current knowledge; however, he served as legal fodder against his constitutional interests without being given the chance or opportunity to defend himself in violation of the prohibition on Bills of Attainder and a denial of access to courts in which such cases like *City and County of San Francisco v. Sheehan*, 575 U.S. 600 (2015) were decided. FISA Court issued rulings which were adverse to PLAINTIFF'S constitutional interests that were made upon and decided upon by fabricated evidence and allegations despite PLAINTIFF going to FISA Court in June 2020 to refute any possible allegations because certain DEFENDANTS went too far with their power and PLAINTIFF went there specifically to obtain evidence that would have either shown my true innocence or proven the existence of the enterprise. In violation of *Tennessee v. Lane*, 541 U.S. 509 (2004), PLAINTIFF was denied access to the FISA Court in June 2020. PLAINTIFF was denied an opportunity to obtain or view the evidence a court utilized against PLAINTIFF against his 4th, 5th, 6th, 8th, 9th, 10th, 13th, 14th Amendment rights, was denied access to counsel in the proceedings in violation of *Powell v. Alabama,* 287 U. S. 45. (1932), was not made aware of proceedings, was not served, and other horrendous constitutional violations in which FISA court exceeded their statutory authority in which they unconstitutionally expanded the scope of their power and purview.

If Civil Asset Forfeiture was utilized against PLAINTIFF and his Intellectual Property, then it was done without PLAINTIFF's knowledge in which fabricated evidence and perjured testimony was used to create allegations of crime in order to deprive PLAINTIFF of numerous constitutional and property interests because of the money & power interests that DEFENDANTS either did, or would have, exponentially obtained through their RICO enterprise.

Destroying me as a person for being a legal liability once made aware of their actions and other actions. The utilization of Civil Asset Forfeiture was only possible because of some of DEFENDANTS acts of: 18 USC §1961 section 1503 (relating to obstruction of justice), 18 USC §1961 section 1510 (relating to obstruction of criminal investigations), 18 USC §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 USC §1961 section 1512 (relating to tampering with a witness, victim, or an informant), 18 USC §1961 section 1513 (relating to retaliating against a witness, victim, or an informant), 18 USC §1961 sections 891–894 (relating to extortionate credit transactions); 18 USC §2 by providing DEFENDANTS PLAINTIFF'S information in which DEFENDANTS obtained information either in Bad Faith or knowingly doing so with the intent to further their RICO enterprise.

**Paragraph 9 Part 1/Part 2/Part 3.**

**Part 1:** Plaintiff was found guilty of one or more charges because DEFENDANT deprived PLAINTIFF of a fair trial as follows: Based on fabricated evidence given to SCOTUS by DOJ in which PLAINTIFF did not have the opportunity to refute or stand up for himself when the Court decided *City and County of San Francisco v. Sheehan*, 575 U.S. 600 (2015).

**Part 3:** DEFENDANTS, knowing the far-stricter Japanese legal system that: has a 99.9% conviction rate,[7] has "a sentencing policy that is heavily geared toward retribution, isolation, and punishment, rather than deterrence and rehabilitation,"[8] a heavily critiqued criminal justice system that has been described as "hostage justice,"[9] knowing PLAINTIFF'S extreme legal vulnerability and personal vulnerability to such attacks in JAPAN via conversations had in the course of PLAINTIFF'S second 1L year, emails sent in May 2015, and DEFENDANTS' prior knowledge, violated PLAINTIFF'S Due Process rights per *Frank v. Mangum,* 237 U. S. 309, (1915), obstructed justice under 18 USC §1961 section 1503 (relating to obstruction of justice) and tried to ensure a criminal conviction of PLAINTIFF in a Japanese court when DEFENDANTS knowingly committed different predicate RICO acts involving ANGIE ORTIZ by violating *Brown v. Mississippi,* 297 U.S. 278 (1936). PLAINTIFF believes that he is possibly under a legal guardianship that he was not been made aware of; PLAINTIFF may have been forced to legally marry someone against his religious beliefs (i.e. Sunny); PLAINTIFF may have been forced to and coerced into adopting a "child" (ANGIE ORTIZ) if she was a child that was DEFENDANTS blackmail and extortion when PLAINTIFF was led to believe ANGIE ORTIZ was at least 18 years old when PLAINTIFF was drugged against his will, made to lack capacity through mechanisms or procedures, or lacked capacity to understand what happened to him in Japan in late June 2015, July 2015, and afterwards based on his disabilities."

---

[7] https://www.nippon.com/en/japan-topics/c05401/order-in-the-court-explaining-japan%E2%80%99s-99-9-conviction-rate.html

[8] https://www.ojp.gov/ncjrs/virtual-library/abstracts/crime-and-delinquency-control-strategy-japan-comparative-note

[9] https://www.hrw.org/report/2023/05/25/japans-hostage-justice-system/denial-bail-coerced-confessions-and-lack-access

**PLAINTIFF necessarily had to make a shotgun pleading as the nature of this case will dictate why it was necessary for PLAINTIFF to do so. So PLAINTIFF has incorporated his shotgun pleading in Section: XX**

Brief legal assumptions, arguments, general legal housekeeping, etc. presented herein:

**Paragraph #10. Part 1.**

**PLAINTIFF alleges the following:**

U.S. v. Rastelli, 870 F.2d 822 (2nd Cir. 1989). (Holding: statements admissible that discuss the identity and activities of his coconspirators; refusing to sever the perjury and obstruction of justice counts in a RICO case; a defendant may agree to join a RICO conspiracy without knowing the identities of all the other conspirators and without full knowledge of all the details of the conspiracy; noting proof that RICO conspirator knew all other conspirators, or had full knowledge of conspiracy was unnecessary, because it is sufficient that defendant know the general nature of the enterprise and know that the enterprise extends beyond his individual role; adopting Trombetta and Youngblood and held that in order to succeed on a claim that missing evidene would play a significant role in his defense, and was thus material, a defendant must meet the two prong materiality standard as established in Trombetta as well as show that the government acted in bad faith.

Bad faith in Miki's Tea Party→hears details of JAPLAN→conspiracy entered into by March 2015→ conspiracy fully formed by SCOTUS in May 2015 and hit ordered June 26th, 2015→ JAPLAN→ recordings of JAPLAN get destroyed or missing= Bad Faith

*U.S. v. Norton*, 867 F.2d 1354 (11th Cir. 1989), Holding that even if defendant was not a member of the class of persons who could be held liable as a principal under 18 U.S.C. 1954, one need only prove that defendant conspired to commit the substantive RICO offense and was aware that others had done likewise' in order to support a RICO conspiracy charge.

*United States v. Caporale*, 806 F. 2d 1487 (11th Cir. 1986), imposition of joint and several liability in a forfeiture order upon RICO co-conspirators is not only permissible but necessary to effectuate the purpose of the forfeiture provision.

United States v. Anderson, 872 F.2d 1508 (11th Cir. 1989) (Holding because CIA agents have no authority to violate federal statutes, defense fails; disallowing defendants' reliance on apparent authority of CIA agent because the latter lacked actual power to authorize violation of laws.

 









**Paragraph 10. Part 1.**
**Short & Brief Explanation of why PLAINTIFF is entitled to relief under Rule 8.**

Each RICO Count will have a specific nickname associated with it as the specific nickname will also refer to a specific title of a 'Chapter' of the same specific name in Paragraph 11. That way, PLAINTIFF can provide a short concise statement of facts and in addition incorporate the allegations made within the specific Chapter in Paragraph 11 to provide a full explanation and legal argument.

If there is anything PLAINTIFF asks the Court, just read: *Miki's Tea Party*, *Star Chambers*, and *An Anchor and a Pitchfork*

In Each RICO Count and Chapter below, PLAINTIFF also alleges numerous federal crimes, constitutional deprivations, violations of international treaties, state claims, and other causes of action.

#XX. PLAINTIFF attended Northridge Prepatory High School in Niles, Illinois from 2003 to 2007, which is a private all-male catholic high school.

#XX. When ROBERT MUELLER, MICHAEL HAYDEN, and/or American INTEL failed to relay to the FISA court Joe Bello's coercion of PLAINTIFF into falsely declaring allegiance to the Taliban or Al-Qaeda, intentionally omitting all material exculpatory evidence that includes text messages expressing the involuntary nature of Joe Bello's actions against PLAINTIFF, CHIEF JUSTICE JOHN ROBERTS who oversees the FISA Court necessarily became unobjective and would continuously deny PLAINTIFF his Due Process rights because his actions would be exactly akin to the nature of *In re Murchison*, 349 U.S. 133 (1955) which held that Due Process violations occurred in a judge's created a situation, especially when done in secretive chambers. By the time that *Wilkie v. Robbins*, 551 U.S. 537 (2007) was argued in March 2007 and decided in June 2007, Chief Justice JOHN ROBERTS knew PLAINTIFF was going to the University of the South, a private institution, in which the decision in *Wilkie v. Robbins* would absolve American INTEL of their actions in continuing to harm PLAINTIFF'S constitutional and property interests because there is this exact passage that shows the intent of RICO Enterprise 1: "The **importance of the line** between public and private beneficiaries is confirmed by this Court's case law, which is completely barren of an example of extortion under color of official right undertaken for the sole benefit of the Government. More tellingly, Robbins cites no decision by any court, much less this one, in the Hobbs Act's entire 60-year history finding extortion in Government employees' efforts to get property for the Government's exclusive benefit." *Wilkie v. Robbins*, No. 06-219, 4 (2007). American INTEL would deny PLAINTIFF his property interests and educational benefits received by attending The University of the South before August 2007 in which they planned to violate PLAINTIFF. Furthermore, by the Bureau having committed constitutional violations against PLAINTIFF in High School, they denied PLAINTIFF the full benefits of a High-School education.

XX. PLAINTIFF alleges you can read *Wilkie v. Robbins*, 551 U.S. 537 (2007) as applying to PLAINTIFF because it concerned a SPECIAL use permit (i.e. PLAINTIFF was a former special

education student) in which the Bureau (you can read that as referring to the Federal Bureau of Investigation) in which the FBI committed various offenses regarding PLAINTIFF.

XX. Furthermore to support the allegation made in the previous paragraph and most importantly, is this selection of *Wilkie v. Robbins*, 551 U.S. 537 (2007) (that PLAINTIFF only altered the capitalization of certain names) that says: "Defendant Gene LEONe fielded a call from PENNOYER regarding the incident, encouraged her to contact the sheriff, and himself placed calls to the sheriff suggesting that Robbins be charged with trespass. After the incident, Parodi claims that LEONe told him: "I think I finally got a way to get [ROB-bin's] (hyphen was supreme court's) permits and get him out of business." "ROB-bin" is referring to **ROB**ert Muller **B**ureau**IN**telligence. LEONe is referring to *United States v. Leon*, 468 U.S. 897 (1984) about independent source in evidence that would cure *Wong Sun* violations. PENNOYER is referring to *Pennoyer v. Neff*, 95 U.S. 714 (1878) which held: "Whilst the courts of the United States are not foreign tribunals in their relations to the State courts, they are tribunals of a different sovereignty, and are bound to give a judgment of a State court only the same faith and credit to which it is entitled in the courts of another State. The term "due process of law," when applied to judicial proceedings, means a course of legal proceedings according to those rules and principles which have been established by our jurisprudence for the protection and enforcement of private rights. To give such proceedings any validity, there must be a competent tribunal to pass upon their subject matter, and if that involves merely a determination of the personal liability of the defendant, he must be brought within its jurisdiction by service of process within the State, or by his voluntary appearance." Simply, PENNOYER was about jurisdictional limits and due process.

XX. PLAINTIFF is alleging part of RICO Enterprise 1 scheme is to surpass rigorously adhered to APPROPRIATE jurisdictional limits and boundaries in which members of RICO Enterprise 1 abused legal process in order to deny PLAINTIFF his educational opportunities and benefits and constitutional rights since at least high school when PLAINTIFF was a child with autism in which a child with autism could in no possible way allege or conceive of the nature of RICO Enterprise 1 to his parents and to seek redress in Court. By ruling *Wilkie v. Robbins*, 551 U.S. 537 (2007) the way CHIEF JUSTICE JOHN ROBERTS did in which ROBERT MUELLER committed legal wrongs against PLAINTIFF, this effectively denied PLAINTIFF access to the Court and all future property interests in education and benefits and ***constitutional rights*** that existed INDEPENDENT of any prior self-inflicted harm to PLAINTIFF'S property interests.

XX. Compounded to the fact that PLAINTIFF'S parents have legally abused PLAINTIFF and forced and coerced PLAINTIFF to violate the law in which all PLAINTIFF was their approval and love, in which PLAINTIFF'S parents would deny PLAINTIFF the opportunity to seek redress in Court, there is no conceivable way PLAINTIFF would have been able to vindicate his rights in Court until now because at EVERY STEP ALONG THE WAY PLAINTIFF'S father and mother BOTH continuously forced PLAINTIFF into committing criminal acts in which PLAINTIFF could not come with clean hands and PLAINTIFF'S parents both knew better.

XX. PLAINTIFF alleges that his parents pawned PLAINTIFF to the United States Government to get the heat off them in which they benefitted materially.

In United States v. Lomas, 706 F.2d 886 (9th Cir. 1983), In the absence of exigent circumstances the warrantless entry of government agents into Margolis's hotel room to conduct even the most cursory search was illegal. *See Vale v. Louisiana,* 399 U.S. 30 (1970). Further, "[w]e draw no Fourth Amendment distinction between 'searches' and 'seizures' of residences. Seizures of residences, like searches, require a warrant, unless exigent circumstances are present." *United States v. Kunkler,*679 F.2d 187 (9th Cir. 1982). Under the broad definition of police activity constituting the seizure of a room announced in *Allard II,* we conclude that unless there were exigent circumstances to justify the failure to obtain a warrant, *see, e.g., Kunkler,*679 F.2d at 191-92 (9th Cir. 1982); *United States v. Spanier,*597 F.2d 139, 140 (9th Cir. 1977), the entry and subsequent securing of Room 2214 for approximately three hours was illegal. *But see People v. Arnau,* 58 N.Y.2d 27, 444 N.E.2d 13, 457 N.Y.S.2d 763 (1982) (4-3 decision)… ". … The Court held that "Our conclusion that in the absence of exigent circumstances the government illegally seized Room 2214 does not afford Lomas the right to challenge the government's use of items obtained from the room unless he had "'a legitimate expectation of privacy in the invaded place." *United States v. Lomas*, 706 F.2d 886 (9th Cir. 1983)

*McIntyre v. United States*, 336 F. Supp. 2d 87 (D. Mass. 2004) Stating that "revealing to known murderers that one of their associates is an informant, cooperating with the government, unquestionably endangers the safety of that informant and concluding that when plaintiffs alleged that, in disclosing the informant status of the individual to known murders, defendant FBI agent acted affirmatively to put the life of the individual in jeopardy, they have sufficiently alleged a violation by defendant FBI agent of individual's substantive due process right to be protected from the danger of the government's own creation that would shock the conscience.

# Count I: MIDYEAR EXAM (MIDYEAR).

State whether the alleged unlawful conduct is in violation of

Violations of 18 U.S.C. §1962(c), and 18 U.S.C. §1962(d).

Source of Economic Injury.
Taking without due process of law through in furtherance of obstruction of justice, 1503, 1513, etc.

#XX. PLAINTIFF attended the University of the South (hereon: Sewanee) from August 2007 through May 2011.

#XX. Sewanee is a liberal-arts college located in Sewanee, TN on a 13,000+ acre campus in which downtown Sewanee, TN is situated in Sewanee. Sewanee receives federal funds.

#XX.

#XX. ANDREW MCCABE, ROBERT MUELLER, PETER STRZOK became

#XX. In order to attend Sewanee, one must sign the Honor Code (HEREON: HONOR CODE) and must not violate the HONOR CODE. Failing to abide by the terms of the HONOR CODE means that one will be kicked out of Sewanee. The HONOR CODE is a specific administrative issue on campus.

#XX. The HONOR CODE is necessarily a provision in the contract in attending Sewanee that one paid in their tuition in attending Sewanee.

#XX. When a SEWANEE student violates the HONOR CODE, that student no longer has a property interest in attending Sewanee.

#XX. Violating the HONOR CODE is the same as perjury. There is a legal prohibition on lying and there is a financial penalty in which one loses their property and liberty interests in attending Sewanee. Lying at Sewanee is the same as perjury.

#XX. The HONOR CODE governs the following:


XX. Timothy Keith Lucas and CHERYL MILLS conspired against PLAINTIFF.

XX. JEH JOHNSON and ANDREA CARROLL conspired. Or JEH JOHNSON and ANDREA CARROLL about Maxine Johnson

XX. Thomas Perez and WINFIELD maybe conspired

FRCP 41(b)(6)

Petraeus at CIA and Thomas Perez

CHINA and ANGIE?

PAUL WEISS and JONES in the white house

ROBERT MUELLER and CHANCELLOR SMITH.

Murray Price and ROTHSCHILD?

July 13th, 2015—someone assisted in letting PLAINTIFF escape. What FBI?

Prime Minister SINGH and RANDHIR?

No, promo video for angie ortiz's youtube video. God damn you motherfuckers.

Chris Wray and Chancellor Smith or Dad and Chancellor Smith

MODI, Lalit MODI ordering Lolita or helping me write the book. WHAT

FBI knew I was anti war on terror. Still coerced PLAINTIFF

Valerie Jarrett talking to me as discover, right.

Oct 11, 2017 offing and horizon.

Warwick Allen and Marcia Greenberger or ALAN XX and Greenberger

No idea how far I was into it. True mens rea reflection

MOSSAD and LAPTOP KEYS. Or NGO GROUP

Prescott guy at Sewanee and bush

Clarence Thomas jeh johnson

John Brennan and ATT

Joe Biden and Adonis?

GEORGE BUSH WIRED THE HOME.

James Comey and Jimmy Porterfield

George Bush and BAKER.

Stephanie Monroe email saved me. Phew.

Paul Clement. Germany. Hartmann.

James Comey and Bill Corbett Conspired.

Robert Mueller and Bill Barr or Bill Clinton

Gareth at Apple or FBI and Bill Clinton or Bill Barr

*Diaz v. Gates*, 420 F.3d 897 (9th Cir. 2005) (holding that injury to a business or property interest includes harm that amounts to intentional interference with contract and interference with prospective business relations).

*Procter & Gamble Co. v. Big Apple Industrial Buildings, Inc*., 879 F.2d 10 (2d. Cir. 1989)(holding a complaint to sufficiently allege the racketeering where predicate acts had the same purpose, that is, fleecing the same victims…and employing similar unlawful methods of commission).

Keystone Ins. Co.v. Houghton, 863 F.2d 1125 (3d Cir. 1988) (holding that cause of action accrues when PLAINTIFF knows or should have known of the last injury or the last predicate act which is part of the same pattern of racketeering activity).

*Cincinnati Gas Elec. Co. v. General Elec. Co.,* 656 F. Supp. 49 (S.D. Ohio 1986) (ruling that under the precise language of one statute, participation means to perform activities necessary or helpful to the operation of the enterprise, whether directly or indirectly.

"William Shelby
SEAN MCKENZIE
Robert Mueller conspired with Texas Bar?

James Williams,
Mary Leach Werner,
Miriam Segar,
Verge Ausberry,
Scott Woodward,
Miriam Choate
JOSEPH Aliva (northridge) or is that cheney joe.

MARK GIULIO (ATLANTA) FBI

Joseph Alleva." *Lewis v. La. State Univ.*, Civil Action 21-198-SM-RLB, 5 (M.D. La. Jun. 16, 2022)

LOIS LERNER include her in it somehow. PLAINTIFF went to IRS office and asked if there was anything wrong with his taxes and he said no.

Fumio Kishida, Minister for Foreign Affairs of Japan. 2012-2017

TARŌ ASŌ (麻生 太郎) Deputy Prime Minister and Minister of Finance in 2015.

YOICHI MIYAZAWA (宮沢 洋) Minister of Economy, Trade and Industry (経済産業大臣, *Keizai-Sangyou Daijin*) in 2015.

AKIHIRO OTA (太田 昭宏) Minister of Land, Infrastructure, Transport and Tourism (国土交通大臣, *Kokudo-Koutsu Daijin*).

YOSHIHIDE SUGA, chief cabinet secretary of Japan (内閣官房長官, *Naikaku-kanbō-chōkan)*

YŌKO KAMIKAWA Minister of Justice in Japan (i.e. Attorney General of Japan)(2015)(during *An Anchor and a Pitchfork*).

MITSUHIDE IWAKI (岩城 光英) Minister of Justice in Japan (i.e. Attorney General of Japan) (2015 and 2016).

# Count XIX: *Miki's Tea Party. (An Absolute Must Read)*

all parties asserting claims pursuant to the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1961, must file and serve upon the opposing party a RICO Statement in the following form within twenty days of filing the pleading asserting the RICO claim.

The RICO Statement shall include the facts the party is relying upon to assert the RICO claim as a result of the "reasonable inquiry" required by Rule 11, Fed.R.Civ.P.

The Statement shall be in a form that uses the numbers and letters set forth below, and shall state the following information in detail.

1. State whether the alleged unlawful conduct is in violation of 18 U.S.C. §§ 1962(a), (b), (c), and/or (d).

5. Describe in detail the pattern of racketeering activity or collection of unlawful debts alleged for each RICO claim.
The description of the pattern of racketeering shall include the following information:
(a) List the alleged predicate acts and the specific statutes that were allegedly violated;
(b) Provide the dates of, the participants in, and a description of the facts surrounding the predicate acts;
(c) If the RICO claim is based on the predicate offenses of wire fraud, mail fraud, or fraud in the sale of securities, the "circumstances constituting fraud or mistake shall be stated with particularity." Fed.R.Civ.P. 9(b).

Identify the time, place and contents of the alleged misrepresentations, and the identity of persons to whom and by whom the alleged misrepresentations were made;

(d) State whether a predicate act is based upon a criminal conviction;

(e) State whether civil litigation has resulted in a judgment with regard to the predicate acts;

(f) Describe how the predicate acts form a "pattern of racketeering activity";

and (g) State whether the alleged predicate acts relate to each other as part of a common plan.

If so, describe in detail.

6. Describe in detail the alleged enterprise for each RICO claim. A description of the enterprise shall include the following information:

(a) State the names of the individuals, partnerships, corporations, associations, or other legal entities that allegedly constitute the enterprise;

(b) Describe the structure, purpose, function and course of conduct of the enterprise;

(c) State whether any defendants are employees, officers or directors of the alleged enterprise;

(d) State whether any defendants are associated with the alleged enterprise;

(e) State whether you are alleging that the defendants are individuals or entities separate from the alleged enterprise, or that the defendants are the enterprise itself, or members of the enterprise; and

(f) If any defendants are alleged to be the enterprise itself, or members of the enterprise, explain whether such defendants are perpetrators, passive instruments, or victims of the alleged racketeering activity.

7. State and describe in detail whether you are alleging that the pattern of racketeering activity and the enterprise are separate or have merged into one entity.

8. Describe the alleged relationship between the activities of the enterprise and the pattern of racketeering activity. Discuss how the racketeering activity differs from the usual and daily activities of the enterprise, if at all.

9. Describe what benefits, if any, the alleged enterprise receives from the alleged pattern of racketeering.

10. Describe the effect of the activities of the enterprise on interstate or foreign commerce.

11. If the complaint alleges a violation of 18 U.S.C. § 1962(a), provide the following information:

(a) State who received the income derived from the pattern of racketeering activity or through the collection of an unlawful debt; and

(b) Describe the use or investment of such income.

12. if the complaint alleges a violation of 18 U.S.C. § 1962(b), describe in detail the acquisition or maintenance of any interest in or control of the alleged enterprise.

13. If the complaint alleges a violation of 18 U.S.C. § 1962(c):

(a) State who is employed by or associated with the enterprise, and

(b) State whether the same entity is both the liable "person" and the "enterprise" under § 1962(c).

14. If the complaint alleges a violation of 18 U.S.C. § 1962(d), describe in detail the alleged conspiracy.

15. Describe the alleged injury to business or property.

16. Describe the direct causal relationship between the alleged injury and the violation of the RICO statute.

17. List the damages sustained for which each defendant is allegedly liable.

XX. But for Bush's White House, Bush's DOJ, and Bush's material pattern of fabricating evidence and narratives against PLAINTIFF, most of the basis of *Miki's Tea Party* could not have happened.

XX. PLAINTIFF was a resident of Illinois in 2010 and 2011 when the injury occurred, therefore the following statute applies to this situation because the injury started when PLAINTIFF was an Illinois resident: Illinois Compiled Statutes 735 ILCS 5/13-215 provides the following— "Fraudulent concealment:  If a person liable to an action fraudulently conceals the cause of such action from the knowledge of the person entitled thereto, the action may be commenced at any time within 5 years after the person entitled to bring the same discovers that he or she has such cause of action, and not afterwards." PLAINTIFF did not discover "the offing" and Operation Offing that happened to PLAINTIFF when PLAINTIFF was an Illinois resident and it was not until August 2023 then did PLAINTIFF, while he was in Illinois, discover "the offing" and Operation Offing. Therefore, it equitably tolls under 735 ILCS 5/13-215 in which PLAINTIFF has until August 2028 to bring a cause of action. American INTEL, British INTEL, and Indian INTEL necessarily know that is the truth after having PLAINTIFF under surveillance since 2011. Not once did PLAINTIFF directly bring up "the offing" until August 2023 in any meaningful way.

XX. But for *Miki's Tea Party (and some other reasons), An Anchor and a Pitchfork happened against PLAINTIFF in Spring and Summer 2015.* Since the fraud committed in Miki's Tea Party started in 2011, more fraud against PLAINTIFF was committed and furthered in the State of Louisiana on the basis of *Miki's Tea Party* with very much the same actors involved. Therefore, PLAINTIFF has a choice in utilizing either Illinois Fraud Law or Louisiana Fraud Law and

PLAINTIFF chooses Louisiana Fraud Law because fraudulent acts were committed against PLAINTIFF in 2015.

XX. In Summer 2010, PLAINTIFF met an INDIAN man named SURESH in Pennsylvania at CAMP WAYNE in Preston Park, PA. SURESH and PLAINTIFF became friends at Camp Wayne and SURESH had invited PLAINTIFF to come to the state of Gujarat in INDIA.

XX. The only two Indians whom PLAINTIFF ever interacted with for more than 10 minutes was Chetna (See: *Big Brothers and Big Sisters*) and Suresh up until that time.

XX. PLAINTIFF decides to take SURESH MAURYA up on his offer to go to India.

XX. PLAINTIFF throughout the Fall Semester of 2010 and throughout the Spring Semester of 2011 at SEWANEE maintains contact with SURESH MAURYA in which PLAINTIFF has an unrelenting desire to go to India from August 2010 through May 2010.

XX. PLAINTIFF, to the best of his recollection, may have flown into London in August 2010 because of his grandmother's 6 month passing and had to go to Serbia.

XX. To the best of PLAINTIFF'S recollection, there was a time that PLAINTIFF had tried to go to INDIA in Fall 2010 and had to cancel; and conceivably that is where it starts. Section 215 would reveal if PLAINTIFF purchased tickets and had to cancel them in Fall 2010 or what he told SURESH MAURYA on META in Fall 2010.

XX. PLAINTIFF, in Fall 2010, gets into arguments with his mother about going to India, hence the reason for cancelation.

XX. So as PLAINTIFF makes plans to go to INDIA, American INTEL, HILLARY CLINTON, HONGJU KOH, JOHN O. BRENNAN, ROBERT MUELLER, LEON PANETTA, in turn, make plans and conspire to use against PLAINTIFF.

XX. PLAINTIFF talks to British woman LAUREN DELLER (who he met at Camp Wayne) about coming to London in December 2010. The point being, DEFENDANTS made a plan involving PLAINTIFF in Fall 2010 in which there is ample evidence on the record PLAINTIFF was doing everything he could to come to or go from LONDON/INDIA since FALL 2010.

XX. SCOTUS knowing DEFENDANTS' numerous plans and schemes against PLAINTIFF in FALL 2010, took an extremely long time in deciding *Ashcroft v. al-Kidd*, 563 U.S. 731 (2011) when they granted cert to the case on: October 18th, 2010 (after DEFENDANTS plans were formalized in which ERIC HOLDER knew about them). *Ashcroft v. al-Kidd*, 563 U.S. 731 (2011) is argued by DOJ Solicitor General NEAL KATYAL in March 2011 who has an office in the Supreme Court the entire time between October 2010-May 2011, and *Ashcroft v. al-Kidd*, 563 U.S. 731 (2011) was decided on May 31st, 2011 because SCOTUS would absolve ERIC HOLDER and different Solicitor Generals and Attorney Generals concerning their past conduct regarding PLAINTIFF.

XX. DEFENDANTS knew that from 02/27/2011 PLAINTIFF had intended on gong to INDIA because he sent Suresh the following on 02/27/2011 at 02:29am: "My dear apologies Suresh for not talking to you as of late; this semester, to say the least, has been tumultuous as in matters regarding the self, matters of my existence, etc, ***and I have acquired some funds that would allow me to come visit you, that is, if you have the time to.*** I would arrive on the 9th and return back home on the 16th/17th. I have done some research and would love to see somethings….",

XX. *"The Offing"* went down on March 11th, 2011.

XX. But what is "The Offing?"

XX. "The Offing" or Operation Offing is a plan XX.

XX. OPERATION OFFING FROM PLAINTIFF'S PERSPECTIVE.

XX. PLAINTIFF'S family can attest to the following. PLAINTIFF as a youth and maybe up until the last 4 or 5 years (up until like 2018 or so) did not fall asleep on airplanes and stayed awake the whole entire flight. American INTEL, having had listened in on PLAINTIFF's life from at least 2008, would have necessarily come across conversations PLAINTIFF had with his family or friends that stipulated he did not fall asleep on planes.

XX. PLAINITIFF is not alleging a violation of *United States v. Verdugo-Urquidez*, 494 U.S. 259 (1990) as that involved non-citizens and constitutional rights; but what PLAINTIFF is alleging is a violation of: *United States v. Curtiss-Wright Export Corp.,* 299 U. S. 304 (1936), that "[*n]either the Constitution nor the laws* passed in pursuance of it have *any force* in foreign territory ***unless in respect of our own citizens***,"

XX More importantly with the phrase of "in respect of our own citizens" means that as it relates to or involves an American citizen. So any searches that relate to or involve PLAINTIFF in which DEFENDANTS all have agreements with one another; so any shared communications amongst DEFENDANTS that related to or involved PLAINTIFF in any way (regardless of who sent them—american or non-american alike) means by prior precedent are entitled to at least 4th Amendment Protections because the content of the message is in respect to PLAINTIFF; and as *Stanford v. Texas and Ex Parte Jackson* so elegantly demonstrated, generalized warrants against PLAINTIFF'S 4th Amendment interests are unconstitutional when the content of the message is seized on the basis of PLAINTIFF'S protected speech in the course of transmission of message without a warrant. Therefore, any shared communications about PLAINTIFF'S obtained by foreign DEFENDANTS are unconstitutional. DEFENDANTS taint from 2008 most definitely existed at this time and DEFENDANTS' taint became immortalized from the entirety of the circumstances in *Miki's Tea Party* in which DEFENDANTS could not have absolved themselves of any unconstitutional taint and been in good faith or constituted an independent source because DEFENDANTS were all tainted.

**XX. There is an issue with the dates of when Operation Offing occurred.** According to PLAINTIFF'S passport, PLAINTIFF arrived in London-Heathrow airport on 03/10/2011. However, 10/31/2010 is also extremely similar. What PLAINTIFF distinctly remembers about

the days of the flight in Operation Offing was that there was a '3' and '1' next to each other in which there were lots of 1's and 0's. 10/31/10, 03/10/11 and 03/11/11 all fit that criterion. So to PLAINTIFF'S best recollection, it was either 10/31/2010, 03/10/2011, or 03/11/2011.

XX. PLAINTIFF went to Serbia around August 12th, 2010 for the Serbian Orthodox Church requirement of going 6 months to a graveyard after a family passed (I.e. PLAINTIFF'S grandma in 2010 in which she died in February 2010) in which DHS interacted with PLAINTIFF on 08/19/2010.

XX. Another issue with PLAINTIFF'S passport. PLAINTIFF reported his passport had been fraudulently obtained by a scammer to the Department of State, FBI, and British INTEL around the beginning part of 2012; but, PLAINTIFF was allowed to fly and used a compromised passport that DHS and Department of State necessarily knew about in which PLAINTIFF even then gave the same passport to DHS on August 7th, 2012, which strikes PLAINTIFF as quite peculiar and only affirms it was British INTEL that compromised PLAINTIFF'S passport in 2012. This gives an inference that DHS and Department of State did not view the passport as compromised because DEFENDANTS allowed PLAINTIFF to use it; how could have the passport been compromised if the compromise was committed by a friendly foreign intelligence service British INTEL against PLAINTIFF?

XX. **At issue is the following and the financial basis of Miki's Tea Party: "On the margins of the President's trip, trade transactions were announced or showcased, exceeding $14.9 billion in total value with $9.5 billion in U.S. export content."[10] The total $14,900,000,000 is at issue with *Miki's Tea Party.***

XX. PLAINTIFF purchases roundtrip tickets on Qatar Airways to go from London to Ahmedabad, India in March 2011 sometime prior to the time of the flight.

XX. On or about 03/10/2011 and 03/11/2011, PLAINTIFF takes stand-by on United Airlines from Chicago to London. PLAINTIFF does so because PLAINTIFF'S aunt works for United Airlines and their policy--at the time--allowed for stand-by travel for family and relatives.

XX. PLAINTIFF lands in London-Heathrow with United Airlines on or about 03/10/2011 or 03/11/2011 in which DEFENDANT BRITISH AIRWAYS aids in guiding PLAINTIFF'S plane to land, directs the plane to the gate, and in which BRITISH AIRWAYS would be watching and monitoring the movement of the plane of United Airlines Flight #925, and know about the incident that would take place at their hub.

**XX. So** PLAINTIFF is inside LONDON-HEATHROW AIRPORT on or about 03/10/2011. PLAINTIFF deboards his plane from Chicago and must go through a security checkpoint in which a British immigration officer verifies that it is a legitimate passport. The British Immigration officer doesn't inform PLAINTIFF about the peculiar circumstances of that day so then British Immigration officer stamps PLAINTIFF'S passport and allows PLAINTIFF to go to the Qatar Airways ticket counter.

---

[10] https://obamawhitehouse.archives.gov/the-press-office/2010/11/08/us-india-partnership-fact-sheets. Last Checked 08/17/2023

XX. Because of the previous paragraph, PLAINTIFF recalls that around a 75% probability this is true, there may have been a text message PLAINTIFF sent concerning an issue of dyslexia and the date that was stamped by the London Immigration Officer in which the officer stamped the wrong date. So even if it says 03/11/2011, it may not have been even the right date anyway. American INTEL and British INTEL would have a copy of the text message they obtained through the FISA Court and Section 215.

XX. At no time on his flight from CHICAGO to LONDON-HEATHROW on or about 03/10/2011 did PLAINTIFF fall asleep on the plane.

XX. Having landed in London-Heathrow and having stepped foot into London, this gives 5 EYES and British INTEL in-personam jurisdiction over PLAINTIFF and thereby makes them a party from this moment on. This gives American DEFENDANTS a way to circumvent PLAINTIFF'S Constitutional Rights and a way to further RICO Enterprise 1. Because now DEFENDANTS in America can get "allegedly" untainted evidence from BRITISH DEFENDANTS knowing that American DEFENDANTS' evidence is necessarily tainted and unconstitutionally compromised

XX. Based on PLAINTIFF'S google search history he acquired (PLAINTIFF'S use of google and YouTube in Fall 2010 and Spring 2011 are included in the exhibits),[11] PLAINTIFF searched on March 5th if he needed medical shots or immunizations to go to India. America always having one of the strongest passports in the world (especially in 2010/2011) and having traveled to numerous European countries before, all PLAINTIFF thought was required to go to INDIA at the time was a passport and PLAINTIFF based on his experiences in Europe did not think PLAINTIFF needed a visa application that PLAINTIFF was supposed to fill out prior to arriving in INDIA. PLAINTIFF searched on google "India visa" on March 17th, 2011 just to verify the truth of the INDIAN embassy because he was pissed about what was to come. PLAINTIFF would verify a material misrepresentation but ascertain the truth. INDIA is apparently super bureaucratic because INDIA allegedly required a visa application at that time.

XX. At London-Heathrow, PLAINTIFF goes to the Qatar Airways ticket counter. PLAINTIFF remembers where it was because it struck PLAINTIFF as peculiar. It has come recently to PLAINTIFF'S attention that Qatar Airways had around 3-5 flights daily from London to Doha. The ticket counter in which PLAINTIFF went to was at some ticket counter all the way in the back and left side of the hall in which Qatar Airways had just like two or four stations, which struck PLAINTIFF as odd at the time because they flew big planes; and for the little amount of stations for one plane, struck PLAINTIFF as odd. PLAINTIFF remembers it was in the back left corner because PLAINTIFF had at times looked to his left to see the wall and the windows outside that were upward.

---

[11] And even then it is a problem because prior to like March 2011 or so, the records PLAINTIFF obtained were really screwy and seemed compromised which further substantiates the possibility that it could have been on 10/31/2010. PLAINTIFF had some facebook messages that corroborated such, but even then, PLAINTIFF doesn't have a record of the communications between Suresh in Fall 2010 and some of LAUREN DELLER'S in Fall 2010.

XX. Based on the previous paragraph, the question becomes: what PLAINTIFF would infer at the time. PLAINTIFF traveled primarily to Serbia and from O'Hare. International airlines could have as little as two to four stations, but also could have had a lot more as in the case of Lufthansa and ANA in Terminal 1 at O'Hare. It varied and it could depend. There was reason to believe this was in line with PLAINTIFF'S previous experience, but just a little bit odd. What PLAINTIFF most definitely did not know at the time was how big an impact Qatar had in London at the time. Sure there may have been a video where middle-easterners flew their cars from the middle east to London during the summer, but what that means is that the cars came on a cargo flight in which PLAINTIFF assumed rich people flew in on private jets with their cars nearby in flight and not on Qatar Airways.

XX. Based on the previous paragraph, but for PLAINTIFF to have had a credible reason to be actually suspicious of the circumstances in which it would cause an ordinary person in PLAINTIFF'S shoes to believe fraud was being perpetuated against him by Qatar Airways and British Intel, Indian Intel, American Intel, no way back then in 2011. So, the gate location, was peculiar as something that would cause one to just shrug their shoulders and move on with their life, but not something that demanded an investigation into the highest levels of government concerning fraud and terrorism against PLAINTIFF.

XX. At the Qatar Airways ticket counter, the Qatar Airways representative pulls up PLAINTIFF'S reservation on their computer. Qatar Airways never issues PLAINTIFF a ticket and this is extremely important. Qatar Airways in their conditions of carriage says that stopovers may be permitted at agreed stopping places subject to government requirements and their regulations and article 5 says the following in regards to routing: if there is more than one routing at the same fare, you may specify the routing prior to the issue of the ticket. If no routing is specified, we will determine the routing. The Qatar Airways "representative" then informs PLAINTIFF that he is being denied access to the flight to India in London because, and only because, of "visa issues."

XX. PLAINTIFF, not having been issued a ticket and even after paying full price for roundtrip tickets from London to India with a stopover in Doha, specifically asked the fact and question to the Qatar Airways representative if PLAINTIFF could continue on to at least Doha and fix the visa issues in Doha because PLAINTIFF had traveled so far already; and because PLAINTIFF didn't want to turn back home when he was in London, he specifically asked if he could just only go to Doha *to see Doha* and *fix the visa issues there in Doha* because PLAINTIFF had never been in Doha; and if PLAINTIFF couldn't get a trip to India, he could get a trip to Doha and that was PLAINTIFF'S Modus Operandi and thinking at the time; and to PLAINTIFF at the time, PLAINTIFF would rather have seen anything and not be disappointed and turn back around in London. There was absolutely no problem with this request because Qatar Airways' conditions of carriage did not prohibit 'skiplagging' (even if you can call that skiplagging) and PLAINTIFF had negotiated with Qatar Airways representative as to the limitations of the ticket that he paid for in which he would utilize part of the ticket he paid for prior to Qatar Airways in issuing the ticket.

XX. The Qatar Airways representative denies PLAINTIFF the ability to go to just Doha when he had paid for the ticket to go to Doha. Furthermore, above an 80% chance of being true,

PLAINTIFF asked if he needed a visa to go to Doha prior to landing in Doha as an American in which immigration would check PLAINTIFF'S passport and allow PLAINTIFF into Qatar. Qatar Airways representative, to the best of PLAINTIFF'S recollection, said that is how it works. So PLAINTIFF is attempting to negotiate with Qatar Airways in which PLAINTIFF'S requests were completely legal and in accordance with Qatar Airways policy. PLAINTIFF was still turned away. This request to go to Doha was denied by the Qatar Airways representative as the Qatar Airways representative gave some bullshit answer.

XX. Here are some underlying and unspoken problems with PLAINTIFF here: 1)PLAINTIFF is creative where he can create things in which an explanation could be plausible in which PLAINTIFF would create or think as to why it could be true; 2) because PLAINTIFF dealt with bullshit justifications involving his school administrators whether that was in *Rhetoric, Midyear*, *Trespass Incident #3, TKL*, and more, in which Sewanee representatives always gave PLAINTIFF bullshit answers. Sadly, this works to PLAINTIFF'S detriment to diminish his capacity where at that time, even if there was a reason to believe this was suspicious enough to justify further investigation, but for American Intel's interventions in creating bullshit in Sewanee in which PLAINTIFF received so many bullshit answers in the past from "customer service representatives" by Sewanee, PLAINTIFF very well would have thought it was just an *ordinary day* to PLAINTIFF in which stupid bullshit ruined the day. This is especially more so when autistic individuals look for repetitive behaviors and having it had repeated so much in PLAINTIFF'S life, PLAINTIFF thought it was normal.

XX. Not once does the Qatar Airways representative inform PLAINTIFF that any government, whether it was the British, American, Indian, or Qatari Government prohibited PLAINTIFF from flying from London to Doha as PLAINTIFF understood his passport had no restrictions at the time. Therefore, Qatar Airways (as well as American Intel, British Intel, and Qatari Intel) violated: 42 U.S.C. §1985(3); 18 U.S.C. §241; 18 U.S.C. §226, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S.C. §1962(d) when they had conspired and went in disguise at London Heathrow Airport for the purpose of depriving PLAINTIFF equal protection of the laws, equal privileges and immunities under the laws and willfully and maliciously conspired, planned, and agreed to block the passage of PLAINTIFF in going to Doha in which they stopped and detained PLAINTIFF to commit an international and domestic act of terrorism against PLAINTIFF. 1985(3) provides a cause of action for damages against the conspirators in Qatar Airways, Qatar Airways, QIA, Qatar, Leon Panetta, Robert Mueller, Hillary Clinton, etc. XX.

XX. Furthermore, this is the first act of kidnapping or false imprisonment in the incident in which Qatar Airways violated: Louisiana Revised Statues §46 which defines False Imprisonment as "the intentional confinement or detention of another, without his consent and without proper legal authority." PLAINTIFF requested not to be confined or detained in London by going to Doha in which PLAINTIFF paid for that ability to do so and had negotiated in good faith with Qatar Airways. If you falsely imprison someone, you kidnap someone. Furthermore, Illinois defines Kidnapping under 720 ILCS 5/10-1 as when one "knowingly and secretly confines another against his or her will." PLAINTIFF was confined to London-Heathrow and had

informed his complete intent on exercising his option to go to Qatar and Qatar Airways denied PLAINTIFF'S opportunity in which Qatar Airways did not inform PLAINTIFF the reason why he was not allowed to go to Doha.

XX. The Qatar Airways representative was one part of the mail and wire fraud undertaken against PLAINTIFF since under Louisiana Civil Code Article 1953, fraud "is a misrepresentation or a suppression of the truth made with the intention either to obtain an unjust advantage for one party or to cause a loss or inconvenience to the other. Fraud may also result from silence or inaction." Louisiana Civil Code Article 1955 states that "Error induced by fraud need not concern the cause of the obligation to vitiate consent, but *it must concern a circumstance that has substantially influenced that consent*." Louisiana Civil Code Article 1956 states that "Fraud committed by a third person vitiates the consent of a contracting party if the other party knew or should have known of the fraud." PLAINTIFF does not have to prove the fraud directly and all PLAINTIFF has to do under Louisiana Civil Code Article 1957 states that "Fraud need only be proved by a preponderance of the evidence and may be established by circumstantial evidence." Louisiana courts tend to scrutinize cases involving a merchant and a layman for facts upon which to raise an inference of fraud, the essence of which is said to be unjust advantage. *Cotton States Chem. Co. v. Larrison Enters., Inc.*, 342 So. 2d 1212 (La. App. 2d Cir. 1977); *Altex Ready-Mixed Concrete Corp. v. Employees Commercial Union Ins. Co.*, 308 So. 2d 889 (La. App. 1st Cir. 1975).

XX. If an American would be allowed to go from London to Doha with just his passport without obtaining a visa prior to departure, it shows that Qatar Airways intentionally prevented PLAINTIFF from going to Doha in which PLAINTIFF paid for that ticket. DEFENDANTS kidnapped PLAINTIFF when he was free to leave and continue on to Doha in which they intentionally in disguise prevented the free movement of PLAINTIFF. The only reason for denying that request was if there was a completely different scheme afoot and PLAINTIFF could not have known at the time of the scheme against PLAINTIFF. So, the Qatar Airways "representative" then tells PLAINTIFF "if he goes to the INDIAN EMBASSY in LONDON, that PLAINTIFF could possibly board the next day's flights." As a side note: PLAINTIFF lost some of his hearing in his ears via numerous surgeries on his ears; PLAINTIFF can sometimes have a hard time modulating his voice. PLAINTIFF may have inadvertently been perceived as having raised PLAINTIFF'S voice in which in the discussion. PLAINTIFF never yelled or was belligerent to the Qatar Airways representative, maybe accidentally just raised his voice a little bit (to the point of being loud, but not yelling) once, but that's it. State Department even in 2023 said about "Travelers with Disabilities: The law in Qatar prohibits discrimination against persons with physical, sensory, intellectual, or mental disabilities, **the law is not enforced.** Social acceptance of persons with disabilities in public is not as prevalent as in the in the United States. Expect accessibility to be limited in public transportation, lodging, communication/information, and general infrastructure."

XX. So, given the advice and direction by the Qatar Airlines Representative, PLAINTIFF went to the INDIAN embassy to try to get an immediate visa for the next day. This endeavor fails and PLAINTIFF then returns back to LONDON HEATHROW AIRPORT. PLAINTIFF spends money taking transportation to the INDIAN embassy thereby this affects interstate and foreign commerce.

XX. PLAINTIFF needs to make a brief argument about his financial situation at the time. PLAINTIFF did not have a full time or part time job outside of campus. He had a work-study in which he was a grounds keeper for Sewanee. PLAINTIFF, in his senior year at Sewanee, received reduced tuition in which his mother paid the portion of his tuition from some of the insurance settlement money when DEFENDANTS murdered his cat. DEFENDANTS knew that around this time in March 2011, PLAINTIFF in his own Bank Of America account could not have had more than $2,000. To the absolute best of PLAINTIFF'S recollection, it would shock him if he had more than $2,000 in his Bank of America bank account. PLAINTIFF'S Bank of America or Chase credit card were not paid down significantly. PLAINTIFF, to the best of his recollection, would not have been able to purchase a single one-way ticket to Chicago on either British Airways or American Airlines as those would be the only two airlines that would have gone directly to Chicago at that time at Heathrow in addition to United Airlines.

XX. Because of the previous paragraph, DEFENDANTS necessarily knew the only option for PLAINTIFF based on his financial resources was that he was going to have to take United Airlines back to Chicago. For all intents and purposes, PLAINTIFF was a broke college student on March 10th, 2011 or March 11th, 2011. In Louisiana unconscionability cases, courts have necessarily included the factor of whether or not DEFENDANTS knew of PLAINTIFF'S financial issues and DEFENDANTS in this case beyond any reasonable doubt knew of PLAINTIFF'S financial issues on how he was a broke college student. *See*: *First Progressive Bank v. Costanza,* 427 So. 2d 594 (La. App. 5th Cir. 1983) (applying Civil Code article 1897 to seller's knowledge of buyer's financial problems) *Carter v. Foreman,* 219 So. 2d 21 (La. App. 4th Cir. 1969): when talking about unconscionability, the case talked about how "there was financial figure was not disclosed to PLAINTIFF by the home improvement contractor. The contract was not properly performed by the contractor'" but more importantly, the contractor was aware of Carter's educational deficiencies and knew that Carter's income was only $200 per month, primarily derived from Social Security. This produced an inference of fraud and a vitiation of consent."

XX. Back in the airport after going to the Indian embassy and in the course of the saga, PLAINTIFF informs his aunt of the issues via a Facebook message, texts his aunt or calls his aunt asks what United Airlines flights are available via stand-by from London to get PLAINTIFF back home to Chicago (CHICAGO-O'HARE). PLAINTIFF'S aunt informs him that the only option available is the flight from London-Heathrow to Washington D.C. Dulles Airport and then on to Chicago. PLAINTIFF, left with no other way to get back home to CHICAGO-O'HARE with the cost going to be astronomical with a one-way ticket to a broke college student with any other airlines, agrees with his aunt and then PLAINTIFF'S aunt places PLAINTIFF on stand-by on UNITED AIRLINES FLIGHT #925.

XX. BOEING 777-200 with the Aircraft Registration of: XX. UNITED AIRLINES FLIGHT 925 on 03/11/2011 or 10/31/2010 is *initially delayed once*; then the same flight ***is DELAYED even further for a second time***. PLAINTIFF asks and inquires multiple times what was the exact reason PLAINTIFF'S plane was being delayed and the United Airlines "representative" (or DEFENDANTS) said vague things and no definite answers were provided to PLAINTIFF as to

why UNITED AIRLINES FLIGHT 925 on 03/11/2011 or 10/31/2010 was being delayed so many times.

XX. PLAINTIFF asks the United Airlines representative on at least one occasion, if not twice or more, why the aircraft was being delayed. The United Airlines representative gives a vague non-specific answer in which PLAINTIFF cannot ascertain the true cause of the delay of the aircraft.

XX. Article 19 of the Warsaw Convention applies to the delay of United Airlines Flight 925 on 03/10/2011 or 03/11/2011. At no time when PLAINTIFF was at London-Heathrow did PLAINTIFF get any sleep. Having been up for at least a day straight, PLAINTIFF gave all he could in trying to determine what were the issues with the plane. When flights are delayed, that costs the airline and the economy money[12] therefore it affects interstate and intrastate commerce.

XX. In terms of knowledge of what any reasonable person could ascertain at that given moment, all PLAINTIFF knew was that his plane had delayed multiple times. Neither PLAINTIFF nor any reasonable person in PLAINTIFF'S position at the time could infer malicious reasoning or purpose. No reasonable person is going to claim a delayed plane was because an act of terrorism was being committed against it by American INTEL, British INTEL, and/or Indian INTEL.  It is not a reasonable and prudent course of logical thinking or belief to believe that the delay was caused by American INTEL, British INTEL, and Indian INTEL in furtherance of RICO Enterprise 1 in which DEFENDANTS tampered with the plane. PLAINTIFF now, within the last month of 08/19/2023, was able to ascertain and know beyond a preponderance of evidence level standard, that the true purpose of the delays was in furtherance of RICO Enterprise 1 via air piracy, domestic terrorism, and international terrorism.

XX. The timing connection period between landing in DULLES/Washington D.C. and getting on PLAINTIFF'S connecting flight to Chicago O'Hare decreases dramatically where PLAINTIFF--even before getting on the flight to DULLES--knows there is now a substantial chance PLAINTIFF might not going to make his connection in DULLES/Washington D.C and expresses such in communications that day to either PLAINTIFF'S aunt or PLAINTIFF'S mother or someone else to give a present sense impression in either text message or Facebook messages, which DEFENDANTS know and have.

XX. American INTEL, British INTEL, and Indian INTEL completely intended on delaying United Airlines aircraft N794UA? (if it was 10/31/2010) in order to increase the substantial chance and probability that PLAINTIFF would not make his connecting flight, but still have an "alternate" explanation as to why PLAINTIFF did not make his connecting flight.

XX. PLAINTIFF alleges that DEFENDANTS, knowing of PLAINTIFF's prior circumstances and DEFENDANTS prior RICO Predicate acts undertaken in furtherance of the scheme, deliberately ensured or was that reasonably calculated that United Airlines Flight #925 on 03/11/2011 would be PLAINTIFF'S only way to leave LONDON to get back to CHICAGO in which DEFENDANTS had established a prior plan to delay United Airlines Flight #925 on 03/11/2011, or DEFENDANTS hacked UNITED'S booking system and showed that to be the only flight open was United Airlines Flight #925 or purchased all the remaining seats on other

---

[12] https://www.jstor.org/stable/24396355 (Last checked: 08/01/2023)

United Airlines Flights that could have plausibly got PLAINTIFF to Chicago, or some other method to ensure this was the flight for PLAINTIFF. PLAINTIFF absolutely did not want to spend the night in DC because PLAINTIFF had no business there, had no friends there, had no money, had absolutely no will or desire to be in DC outside of the reason of simply connecting on to Chicago, etc. PLAINTIFF alleges DEFENDANTS intentionally made the flight late that day to get in-personam jurisdiction over PLAINTIFF in WASHINGTON D.C, further their RICO Enterprise, and commit air piracy and international/domestic terrorism for political motivations (as will be explained and proven) and for retaliation purposes and an agenda via air piracy.

XX. Do you want to know where this gets sinister as well? PLAINTIFF affirmatively established he was known amongst the highest levels of FBI, and if he was known at the highest levels of the FBI, he was known at the highest levels of DHS and CIA. If he was known in the highest levels of CIA, he was known in highest levels of MI5 and MI6, GCHQ, etc. Now PLAINTIFF is in the UK and he "called" his "Aunt." What if, PLAINTIFF is alleging, American INTEL, British INTEL, and Indian INTEL were using computer software to hack into PLAINTIFF'S cell phone and made PLAINTIFF believe he was talking to his aunt using a voice modulator. This is plausible as NSA had PRISM and could hack into Alphabet's servers; what is one special ed student's cell phone in comparison to 3 different intelligence agencies including MI5, CIA, and DoD? Having done this, American INTEL, Indian INTEL, and British INTEL posed as PLAINTIFF'S aunt and told PLAINTIFF the only flight that was available was the Dulles flight knowing PLAINTIFF didn't have the money to purchase a one-way ticket with any other airline, let alone an actual ticket on United Airlines. This was done over phone over wires in which there is not a written record (to the best of PLAINTIFF'S recollection).

XX. 49 U.S. Code § 46502 defines aircraft piracy as: (a)"seizing or exercising control of an aircraft in the special aircraft jurisdiction of the United States by force, violence, threat of force or violence, or any form of intimidation, and with wrongful intent" and (B) "an attempt to commit aircraft piracy is in the special aircraft jurisdiction of the United States although the aircraft is not in flight at the time of the attempt if the aircraft would have been in the special aircraft jurisdiction of the United States had the aircraft piracy been completed." PLAINTIFF is arguing that United Airlines Flight #925 being parked at London-Heathrow was within the special aircraft jurisdiction of the United States. You know what law prohibits intimidation against a witness against certain United States officials racketeering? RICO. So American Intel, British Intel, Indian Intel seized and exercised control over an aircraft for the purpose of intimidating PLAINTIFF and had the intent of furthering RICO Enterprise 1 in which they violated 42 U.S.C. §1985(3); 18 U.S.C. §241; 18 U.S.C. §226, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S.C. §1962(d)

XX. Dandenis Muñoz Mosquera was prosecuted for blowing up Avianca Airlines Flight #203. Specifically, Dandeny Munoz-Mosquera the Court convicted Dandeny Munoz-Mosquera of "participating and conspiring to participate in a racketeering enterprise in violation of 18 U.S.C. § 1962(c) and (d); engaging in a continuing criminal enterprise in violation of 21 U.S.C. § 848(a); various offenses relating to the bombing of a civilian airliner in violation of 18 U.S.C. §

32(b)(2), 32(b)(3), and 371; and the extraterritorial murder of two citizens of the United States in violation of 18 U.S.C. §§ 2332(a)(1) and 2332(b)(2)." The important and relevant issue is that Dandenis Muñoz Mosquera never directly tampered with the airplane at issue; he ordered it to be tampered with to kill suspected informants as the ultimate form of witness intimidation. This applies here. DEFENDANTS ordered the plane to be tampered with—in part—because PLAINTIFF was necessarily a witness to government corruption in which they could do "trade is in the offing." So just under this precedent, Hillary Clinton, Barack Obama, Leon Panetta, Andrew McCabe, XX can be held as part of a conspiracy to tamper with United Airlines Flight #925 on 10/31/2010, 03/10/2011, or 03/11/2011

XX. So, UNITED AIRLINES Flight 925 departs London-Heathrow at XX on 03/11/2011 according to the FOIA request PLAINTIFF attached below. PLAINTIFF obtained the following data through that FOIA request. Out of the more than 100 flights (117 to be exact) of UNITED AIRLINES Flight #925 from 09/01/2010 through 12/31/2010, UNITED AIRLINES FLIGHT 925 on 10/31/2010 is the ***ONLY*** United Airlines flight from LONDON to DULLES that departed in the 9 pm hour slot from LONDON-HEATHROW, which was less than 1% of the total flights in a 4 month period. The 2 other flights United Airlines flights from London-Heathrow to DULLES departed LONDON-HEATHROW after 10pm. All of the remaining 114 United Airlines Flight #925 from LONDON-HEATHROW to DULLES between 09/01/2010 through 12/31/2010 departed in the 6pm, 7pm, or 8pm hour slot from LONDON-HEATHROW; the vast majority of which were in the 7pm time slot at 84.6% of flights.[13] PLAINTIFF is alleging just in case of the 10/31/2010 that some of the factual circumstances involving the timing of the plane and record keeping issues make it enough of a plausible alternative date. PLAINTIFF is alleging aircraft N794UA on 10/31/2010 or XX on 03/10/2011 at LONDON-HEATHROW was tampered with by DEFENDANTS at LONDON-HEATHROW or DEFENDANTS within 5 EYES, management in London Heathrow Airport, and BRITISH INTELLIGENCE, and other DEFENDNATS made it deliberately late on 03/11/2011 or 10/31/2010 by DEFENDANTS in order to commit domestic and international terrorism and furthering their RICO Enterprise; DEFENDANTS conspired to intentionally make United Airlines Flight #925 late and have it depart at the 9pm hour slot on 03/11/2011 or 10/31/2010; then after landing in DULLES, DEFENDANTS had conspired with DULLES airport management authority and/or air traffic control to slow the plane's progress to DULLES, to the gate, and had parked the plane as far away as possible from the Dulles-Chicago Flight PLAINTIFF was supposed to connect on in furtherance of their RICO Enterprise, and other unknown means and methods. So PLAINTIFF is alleging based on those facts that DEFENDANTS conspired to commit domestic and international terrorism via air piracy in furtherance of their scheme.

XX.

XX. The flight from LONDON to DULLES goes smoothly and lands in DULLES. PLAINTIFF does not fall asleep in the flight from London to Dulles that night. PLAINTIFF has been up for a

---

[13] 99 out of 117 departs in the 7pm time slot (84.6%).
9 out of 117 flights departs in the 6pm timeslot (7.7%).
6 out of 117 flights departs in the 8pm time slot. (5.1%).
1 flight out of 117 departs in the 9pm time slot. (<1%).
2 flights out of 117 departs in the 10pm timeslot. (1.7%).

minimum of 36 hours. In the alternative and in case PLAINTIFF erred, even if PLAINTIFF had fallen asleep at any time during this saga, it would have amounted to less than 2 hours of sleep. PLAINTIFF is tired. PLAINTIFF requested DULLES records concerning and documenting PLAINTIFF'S time in Dulles on that day. PLAINTIFF has not received a response. What PLAINTIFF distinctly recalls is that PLAINTIFF has a very short amount of time to go from one side of DULLES to the other side of DULLES for his connecting flight.

XX. PLAINTIFF "didn't" make it on time to his connecting flight from Dulles to Chicago on United Airlines Flight #363 (which was either an Airbus A319 or a Boeing 757 most likely than not). PLAINTIFF was "two minutes" "short" of making it according to the United Airlines "representative." When PLAINTIFF arrives at the gate, PLAINTIFF still sees the airbridge connected the plane that is still parked at the gate and the United Airlines representatives won't open the door. PLAINTIFF begs them to let him on the plane, says please a few times, and begs them to open the door to the airbridge and plane. They do not. Through the entirety of this encounter and to the best of PLAINTIFF'S recollection, the plane remains attached to the airbridge at the gate and PLAINTIFF leaves when the plane leaves the gate. PLAINTIFF then becomes extremely irate and starts yelling in frustration (not directly at United Airlines "representatives") and starts kicking benches nearby. If there has ever been a clearer intent of kidnapping or false imprisonment in which PLAINTIFF did not want to stay or be in Washington DC for the night and had solely intended on just passing through DULLES that night that PLAINTIFF through his conduct conveyed, that was it. PLAINTIFF'S consent, in light of the extremely narrow connecting time period that DEFENDANTS had concocted, was only limited to deboarding UNITED AIRLINES Flight #925 and making it on time to the gate of the United Airlines flight to CHICAGO (which PLAINTIFF did) and go into the plane and sit in his seat on the plane that was going to CHICAGO on the night of 03/11/2011 and leave DULLES/DC—*no more, no less*.

XX. Here is the proper scenario and legal basis that further supplements the issue. Suppose a FBI Agent, DHS Officer (this is especially applicable to DHS as airports are their jurisdiction), CIA officer, etc. and PLAINTIFF were on a thoroughfare. FBI AGENT/DHS Officer/CIA Officer is standing in front of PLAINTIFF'S escape route. If PLAINTIFF asks the FBI agent, DHS Officer, or CIA officer: "*am I free to leave?*" (i.e. can you open two doors for me) seeing the means of escape and freedom behind the FBI Agent/DHS Officer/CIA officer just waiting there and the FBI Agent/DHS Officer/CIA officer says "no, PLAINTIFF is not free to leave." At that exact moment, for all intents and purposes, not only has PLAINTIFF been seized, PLAINTIFF has been kidnapped based on at least one of the following definitions of kidnapping:

- Louisiana Revised Statues §45 is defines kidnapping as "The intentional and forcible seizing and carrying of any person from one place to another without his consent;" or §46: False Imprisonment "is the intentional confinement or detention of another, without his consent and without proper legal authority." If you falsely imprison someone, you kidnap someone. PLAINTIFF was falsely imprisoned in DC. There are no proper legal authorities on committing acts of terrorism.

- Illinois defines Kidnapping under 720 ILCS 5/10-1) (from Ch. 38, par. 10-1) when "a) a person "commits the offense of kidnapping when he or she knowingly:

(1) and secretly confines another against his or her will; (2) by force or threat of imminent force carries another from one place to another with intent secretly to confine that other person against his or her will; OR (3) by deceit or enticement induces another to go from one place to another with intent secretly to confine that other person against his or her will." Defendants' actions satisfy this definition.

XX. PLAINTIFF pleads and argues the following: for the terrorism accusations against DEFENDANTS, when PLAINTIFF started to kick and scream (LOUDLY) when he was unconstitutionally seized in preventing PLAINTIFF from being able to continue to Chicago at DULLES, kicking and screaming loudly when one is intentionally prevented from going somewhere is the clearest manifestation that PLAINTIFF could have ever exhibited at the time that he had in fact been legally kidnapped (in which it was done for political purposes). Simply and in the alternative, DEFENDANTS illegally seized and kidnapped PLAINTIFF without probable cause, jurisdiction and valid consent at DULLES Airport after tampering with the plane in London-Heathrow, and PLAINTIFF was not free to go about his business. By obtaining the jurisdiction in American INTEL'S (FBI, CIA, DHS, White House, etc.) hometown of WASHINGTON DC in which American INTEL could effectively question PLAINTIFF by forcing him to DC and utilize procedures to surveil PLAINTIFF since DEFENDANTS acting in full accordance of Soviet style KGB tactics and Lavrentiy Beria principles: they have officially found the man in DC and now it was time to find any crime to coverup and perpetuate RICO Enterprise 1.

XX. Here is another facet of the case. DEFENDANTS knew PLAINTIFF was on UNITED AIRLINES Flight 925 on 03/10/2011 or 10/31/2010 when it landed in WASHINGTON DC/DULLES. Is PLAINTIFF to believe that DEFENDANTS lacked the ability, capability, or capacity to contact actual United Airlines staff and inform them that PLAINTIFF was on the flight and to hold the plane for less than 5 minutes so that PLAINTIFF could make it to Chicago (that PLAINTIFF was supposed to connect on) and not commit an act of air piracy (and domestic and international terrorism) in which DEFENDANTS intentionally tampered with and delayed the plane in LONDON for a minimum of 2+ hours seeing how the plane was still at the gate and connected to the air bridge when PLAINTIFF arrived at the gate and left the gate?

XX. It is quite possible the "United Airlines Representatives" at the gates in London and Dulles were not United Airlines employees but were American INTEL and British INTEL that were coconspirators in Operation Offing and knew the plan of the operation and aided and abetted the plan.

XX. All American INTEL, British INTEL, and Indian INTEL defendants had to do to stop acts of domestic and international terrorism to stop the RICO Enterprise 1 was make one call to the "United Airlines staff" at the gate and have them open two doors (one to the air bridge and one on the plane if it was closed) or contact the pilots of the flight telling the pilots to do so in which they would open two doors for PLAINTIFF. That is all it took to stop an act of domestic and international terrorism by DEFENDANTS in which one of them or one of their employees who had the knowledge could have stopped RICO Enterprise 1 from furthering their plots—one

call/communication and opening two doors. That's it--One call, opening two doors. DEFENDANTS did not do this.

XX. Were there communication issues in the cockpit of United Airlines flight to CHICAGO in Dulles on the night of 03/10/2011 or 03/11/2011 that PLAINTIFF was supposed to connect to on that night? Absolutely not. The plane would not have been allowed to leave the gate without ATC approval. American INTEL could have stopped and prevented their act of international and domestic terrorism, but American INTEL did not. Since this happened under DHS' jurisdiction and JANET NAPOLITANO'S leadership, they are liable for this; this will be talked about later.

XX. If the United Airlines representative at Dulles was a DHS officer or other American INTEL officer, which PLAINTIFF is alleging, the following applies: "taking into account all of the circumstances surrounding the encounter, the police conduct would 'have communicated to a reasonable person that he was not at liberty to ignore the police presence and go about his business.'" *Florida* v. *Bostick,* 501 U. S. 429. More importantly, American INTEL have an actual video recording of the incident demonstrating PLAINTIFF'S genuine reaction in being forced to stay in WASHINGTON D.C. against his will and wishes by kicking and screaming loudly that constituted an act of kidnapping as it was without proper legal and constitutional justification and done for political purposes as well as financial purposes; and therefore, DEFENDANTS committed air piracy; and therefore, DEFENDANTS committed domestic and international terrorism.

XX. PLAINTIFF yet again requested via FOIA on 08/24/2023. PLAINTIFF has requested via the FAA and DULLES AIRPORT the following information in a previous request: all United Airlines flights departing from London-Heathrow from 01/01/2011 through 05/31/2011 and the scheduled depart time, actual depart time, scheduled arrival time, actual arrival time, registration and type of BOEING aircraft that flew the routes (07/31/2010).

XX. PLAINTIFF doesn't have money to go to a hotel on 03/11/2011 because all of the money from the house burning down was under the control of PLAINTIFF'S parents and was not PLAINTIFF'S money to spend; PLAINTIFF was a grounds keeper at a university as part of his part time job on campus at Sewanee. American INTEL knew long before this incident that PLAINTIFF would have no money. To the best of PLAINTIFF's recollection, he was going to use a credit card (or his mother's credit card) in INDIA. PLAINTIFF calls/texts his mother since he doesn't have money on him and PLAINTIFF must use his mother's credit card to the best of his recollection. PLAINTIFF doesn't have family or friends in D.C at that time to come pick him up and spend the night by them.

XX. As Tracy Lawerence so elegantly sang in his song *Find Out Who Your Friends Are*:

You'll find out who your friends are
Somebody's gonna drop everything
Run out and crank up their car
Hit the gas, get there fast
Never stop to think "What's in it for me?"
Or "It's way too far"

They just show on up
With their big old heart
You'll find out who your friends are.

Now any one of the American INTEL officers, BARACK OBAMA, VALERIE JARRETT, HILLARY CLINTON, HAROLD HONGJU KOH, JAMES CLAPPER, JANET NAPOLITANO, LEON PANETTA, JEH JOHNSON, BEN RHODES, etc. could have run out and cranked up their car, hit the gas, got their fast, picked up PLAINTIFF as PLAINTIFF was literally in town and nearby after having an act of international and domestic terrorism committed against PLAINTIFF right then and there, asked for forgiveness, not once think what's in it for American INTEL and the White House; and do the right thing, where they'd just show up with their big old heart and PLAINTIFF could have found out who his friends are. American INTEL and the White House could have opened their doors to PLAINTIFF and let PLAINTIFF spend the night at their home knowing full well PLAINTIFF didn't pose any legitimate threat to aforementioned DEFENDANTS (in which the only actual threat PLAINTIFF posed to aforementioned DEFENDANTS was the ones that they manufactured or fabricated). But PLAINTIFF had no friends amongst aforementioned DEFENDANTS in DC in 2010, 2011, or anytime afterwards. PLAINTIFF doesn't forget.

XX. The question becomes, would have Michelle and Barack Obama have opened their doors to visitors when they were in the White House that was unintentionally involved in American politics at the time? WHY DOESN'T PLAINTIFF LET BARACK OBAMA SPEAK FOR HIMSELF in SEPTEMBER 2010: Barack Obama and Michelle Obama would "throw[] open the doors of our White House to young people from all different backgrounds, letting them know that we believe in their promise, letting them know that the White House is the people's house, and letting young people know that they're not that far away from all the power and prestige and decisions that are made, that, in fact, this is something they can aspire to, they can be a part of, because we are a government of and by and for the people."[14]

XX. PLAINTIFF is a simple man and it was the simple things that could have put a stop to the RICO Enterprise; and because DEFENDANTS didn't show up with their big old heart when PLAINTIFF needed them to in DC on March 11th, 2011 where the WHITE HOUSE could have opened their doors to PLAINTIFF after just making $14.9 billion in total value with $9.5 billion in U.S. export content"[15] on PLAINTIFF and let him spend the night there that night after what they did to PLAINTIFF or DEFENDANTS could have made one call and open two doors. DEFENDANTS did not do this. American INTEL and Obama White House DEFENDANTS knew what they did and watched it happen and they did nothing in which broke PLAINTIFF had to spend money via his mom's credit card and take a taxi to a hotel and spend money at the hotel that night. It was just pure greed and malice against PLAINTIFF that American INTEL always exhibited against PLAINTIFF. So back to 03/11/2011, PLAINTIFF leaves DULLES and spends the night in WASHINGTON DC having called and used a taxi to leave and returns to the airport

[14] Barack Obama speech. New York City on September 23rd, 2010 at the Clinton Global Initiative Meeting. https://obamawhitehouse.archives.gov/the-press-office/2010/09/23/remarks-president-and-first-lady-clinton-global-initiative-annual-meetin
[15] https://obamawhitehouse.archives.gov/the-press-office/2010/11/08/us-india-partnership-fact-sheets. Last Checked 08/17/2023

and spending money for a hotel room and taxi fare. That's at a minimum some extortion that affected interstate commerce and foreign commerce.

XX. PLAINTIFF goes back to Chicago and back to Sewanee and deals with crazy REBECCA WETHERBEE.


**XX. PART 2. "OPERATION OFFING" from American INTEL, British INTEL, Indian INTEL, Qatari DEFENDANT, British DEFENDANT, Indian DEFENDANT'S perspective.**


**XX. Some of the Extortion:**

XX. *United States v. Brissette*, No. 16-cr-10137-LTS, 7-8 (D. Mass. Feb. 28, 2018) in extortion under 18 U.S.C. 1951, "obtain" as follows: To prove this element, [PLAINTIFF] must prove beyond a [preponderance of the evidence standard] that PLAINTIFF was deprived of his property, and that the defendants acquired that property. Defendants "obtains" property for these purposes when they either: 1) take physical possession of some or all of the property; 2) personally acquire the power to exercise, transfer, or sell the property; or 3) **directs the victim to transfer the property to an identified third party and personally benefits from the transfer of the property.** It is not enough for the government to prove that the defendants controlled the property by directing its transfer to a third party, nor is merely depriving another of property sufficient to show that the defendants "obtained" that property.

XX. "Under the third theory of "obtaining," you must determine, based on all of the evidence before you, **whether the defendants personally benefitted from the transfer of the property**. ($10,000,000,000+ or $14,900,000,000+ says they did). Instances in which a defendant personally benefits from the transfer of property could include: when the defendant or an organization of which he is a member **receives a thing of value other than the property as a result of the transfer**; when the defendant directs the property to a family member or to an organization of which the defendant is a member; and/or when the defendant directs the property to a person or entity to whom the defendant owes a debt, intending that the transfer of property will satisfy that debt. A defendant does not personally benefit from the transfer of property when he merely hopes to receive some future benefit, or when he receives a speculative, unidentifiable, or purely psychological benefit from it….This also is the legal standard against which the Court will evaluate the evidence on any motion for judgment of acquittal filed by the defendants at the close of [PLAINTIFF'S Complaint]." *Id.*

XX. The following diagrams are of United Airline's BOEING 777-200 aircraft that may have been configured the way it was in 2011. First Configuration 1:



     The airplane diagram above is a United Airlines 777-200 seating chart with 28 in business and 336 in economy. Next and below, Configuration 2:



     The airplane diagram above is United Airlines 777-200 with 50 Business/First, 24 premium economy, and 202 economy seats.

XX. Most likely than not, PLAINTIFF'S March 11th, 2011 flight had one of these two configurations or something extremely similar on 03/11/2011. Below is a screenshot PLAINTIFF took of United Airlines' fares of a one-way ticket from LONDON HEATHROW to DULLES on August 9th, 2023 on the same type of aircraft—BOEING 777-200 to determine the following.



XX. PLAINTIFF used the Bureau of Labor Statics Consumer Price Index Calculator to determine the estimated cost of what a one-way ticket in the business class section and economy class section on the same type of aircraft (BOEING 777-200) from LONDON to DULLES would have been at that time. United Airlines Fares. As of August 9th, 2023 and the respective prices in March 2011 dollars are above and below:

XX. So using the Bureau of Labor Statistics Consumer Price Index Calculator, an economy ticket would have cost around $1,492.75, premium economy would have cost $1,946.71, and a business/first class ticket would have cost $6,646.46 in 2011.

XX. Using Configuration 1 with 28 in business and 336 in economy, a full plane would 28 full business/first class seats would have cost: $186,100.88 and 336 in economy would have cost $501,564. A total cost using configuration 1 of $687,664.88.

XX. Using Configuration 2 in 2011 dollars, 50 Business/First, 24 premium economy, and 202 economy seats, the total cost of 50 Business/First class tickets would be $332,323.00; 24 premium economy tickets would cost $46,721.04; and 202 economy tickets would have cost $301,535.50; a total using Configuration 2 of $680,579.04.

XX. For the sake of simplicity and argument, the total amount of dollars people spent flying from London-Heathrow to Dulles would be around $680,000 or so in 2011 dollars or around $900,000 or so in 2023 dollars.

XX. Using 2011-dollar value, a minimum of around $680,000 in racketeering damages for being late for every single passenger of United Airlines Flight 925 on 03/10/2011 or 03/11/2011; and including treble damages, a minimum cost of: $2,040,000 in 2011 dollars. That's just for airfare. This does not include the total price of the damage and legal determination of the cost of the damage.

XX. Using 2023 dollars: a minimum of $900,000 in damages for being late for every passenger of United Airlines Flight 925 on 03/11/2011; and including treble damages, a minimum cost of: $2,700,000 in 2023 dollars. That's just for airfare. This does not include the total price of the damage and legal determination of the cost of the damage.

XX. On either 10/31/2010, 03/10/2011, or 03/11/2011, to the best of PLAINTIFF'S ability to ascertain what aircraft was at issue, one of the following aircraft landed in London and was scheduled to depart to Dulles (hereon: *United Dulles Airplane*) on 10/31/2010, 03/10/2011, or 03/11/2011 (hereon: *United London Aircraft List.* This list is not fully exclusive as there are other aircraft that may be at issue listed in Exhibit: XX. Furthermore, there are two subsections: Pratt & Whitney Engine and GE Engine). The point being, most likely than not, United Dulles Airplane is one of these aircraft.

United Airlines Registration Number. Aircraft Model. Serial Number. P&W[16] Engine Number

1. N668UA. 30024. 767-300ER. P727743 and P727870.
2. N669UA. 30025. 767-300ER. P727908 and P727792.
3. N675UA. 29243. 767-300ER. P727795 and P727882.
4. N676UA. 30028. 767-300ER. P727850 and P729016.
5. N204UA 28713. 777-200ER. P222085 and P222086
6. N206UA 30212. 777-200ER. P222002 and P222007
7. N209UA 30215. 777-200ER. P22215 and P222116
8. N210UA 30216. 777-200. P777054 and P777101
9. N215UA 30221. 777-200. P777111 and P777112
10. N218UA 30222. 777-200. P222139 and P222140
11. N219UA 30551. 777-200. P222141 and P222142
12. N220UA 30223. 777-200. P222149 and P222151
13. N221UA 30553. 777-200. P222154 and P222156
14. N222UA 30553. 777-200. P222155 and P222158
15. N224UA 30225. 777-200. P222171 and P222172
16. N225UA 30554. 777-200. P222173 and P222174
17. N226UA 30226. 777-200. P222175 and P222181
18. N227UA 30555. 777-200. P222177 and P222178
19. N768UA. 26919. 777-200. P777021 and P777022
20. N769UA. 26921. 777-200. P777036 and P777008
21. N771UA. 26932. 777-200. P777034 and P777035
22. N772UA. 26930. 777-200. P777054 and P777101
23. N773UA. 26929. 777-200. P777006 and P777037
24. N774UA. 26936. 777-200. P777002 and P777009
25. N775UA. 26947. 777-200. P777054 and P777101
26. N776UA. 26937. 777-200. P777054 and P777101
27. N777UA. 26916. 777-200. P777026 and P777047
28. N778UA. 26940. 777-200. P777019 and P777016
29. N779UA. 26941. 777-200. P777054 and P777101
30. N780UA. 26944. 777-200. P777011 and P777052
31. N781UA. 26945. 777-200. P777053 and P777012
32. N782UA. 26948. 777-200ER. P777014 and P777100
33. N783UA. 26950. 777-200ER. P222013 and P222015
34. N784UA. 26951. 777-200ER. P222011 and P222006
35. N785UA. 26954. 777-200ER. P222023 and P222024
36. N786UA. 26938. 777-200ER. P222097 and P222008
37. N787UA. 26939. 777-200ER. P222026 and P222027
38. N788UA. 26942. 777-200ER. P222003 and P222004
39. N791UA. 26933. 777-200ER. P222038 and P222039
40. N792UA. 26934. 777-200ER. P222177 and P222178
41. N793UA. 26946. 777-200ER. P222034 and P222042
42. N**794UA**. 26953. 777-200ER. P222045 and P222046
43. N795UA. 26927. 777-200ER. P222050 and P222052
44. N796UA. 26931. 777-200ER. P222055 and P222047

---

[16] Pratt & Whitney.

45. N797UA. 26924. 777-200ER. P222049 and P222053
46. N798UA. 26928. 777-200ER. P222055 and P222001
47. N799UA. 26926. 777-200ER. P222059 and P222061

United Airlines Registration Number. Aircraft Model. Serial Number. GE Engine Number

1. N78001. 777-200ER. 27577. 900228 & 900229
2. N78002. 777-200ER. 27578. 900254 & 900234
3. N78003. 777-200ER. 27579. 900238 & 900239
4. N78004. 777-200ER. 27580. 900240 & 900241
5. N78005. 777-200ER. 27581. 900253 & 900248
6. N77006. 777-200ER. 29476. 900233 & 900256
7. N74007. 777-200ER. 29477. 900267 & 900269
8. N78008. 777-200ER. 29748. 900273 & 900274
9. N78009. 777-200ER. 29749. 900283 & 900284
10. N76010. 777-200ER. 29480. 900288 & 900289
11. N79011. 777-200ER. 29589. 900292 & 900293
12. N78013. 777-200ER. 29861. 900305 & 900306
13. N27015. 777-200ER. 28678. 900323 & 900324
14. N57016. 777-200ER. 28679. 900329 & 900330
15. N78017. 777-200ER. 31679. 900368 & 900372
16. N37018. 777-200ER. 31680. 900377 & 900378
17. N77019. 777-200ER. 35547. 900495 & 900496
18. N69020. 777-200ER. 31687. 900497 & 900498
19. N76021. 777-200ER. 39776. 900510 & 900511
20. N77022. 777-200ER. 39777. 900512 & 900513

XX. J.P Morgan Chase owned *United Dulles Airplane* and provided it *United Airlines* on lease to United Airlines.

XX. Since DEFENDANT J.P. Morgan Chase owned *United Dulles Airplane,* any interest gained on any subsequent payment by United Airlines to JP Morgan Chase after 03/11/2011 means that J.P. Morgan Chase derived income from RICO Enterprise 1 after Operation Offing occurred, and therefore, violated 18 U.S.C. 1962(a), 18 U.S.C. 1962(b), 18 U.S.C. 1962(c), and 18 U.S.C. 1962(d).

XX. Furthermore, this gives credence to the allegation and reasoning that J.P. Morgan Chase terminated all accounts with PLAINTIFF in 2011 because J.P. Morgan Chase would get more money from RICO Enterprise 1 than what one former special education student could pay in interest to them.

XX. Furthermore, BRUCE OHR and J.P. Morgan Chase conspired together in violation of 18 U.S.C. 1962(d) to close all of PLAINTIFF'S accounts with J.P. Morgan Chase in which the alleged reason was REBECCA WETHERBEE; and if it was REBECCA WETHERBEE, it was a fraudulent accusation because RICO Enterprise 1 was furthered by American INTEL in which they directed REBECCA WETHERBEE to commit numerous criminal acts against PLAINTIFF.

XX. PLAINTIFF alleges that REBECCA WETHERBEE continued to have her Chase account after May 2011 in which J.P. Morgan Chase continued to receive indirect profits through having REBECCA WETHERBEE'S accounts and business in which she committed numerous acts of racketeering against PLAINTIFF that was directed by American INTEL in furtherance of RICO Enterprise 1 and RICO Enterprise 2.

XX. American INTEL, most likely than not British INTEL, and/or Aussie INTEL, arrived at London-Heathrow airport to conduct the Operation Offing on or about 10/31/2010, 03/10/2011, or 03/11/2011.

XX. Part of Operation Offing required American INTEL, British INTEL, and/or Aussie INTEL to intentionally delay the *United Dulles Airplane.*

XX. *United Dulles Airplane* was intentionally tampered with by American INTEL, most likely than not British INTEL, and/or Aussie INTEL on or about 10/31/2010, 03/10/2011, or 03/11/2011 as part of Operation Offing to intentionally delay the *United Dulles Airplane.*

XX. Tampering with an aircraft is an inherently dangerous and risks the lives of all travelers that board an aircraft that was tampered with on the ground.

XX. Even though an individual may not have directly tampered with the plane, anyone who ordered an airplane to be tampered with can be charged under RICO for doing so.

XX. As an example of the previous paragraph, Dandenis Muñoz Mosquera was prosecuted for blowing up Avianca Airlines Flight #203. Specifically, the Court convicted Dandenis Munoz-Mosquera of "participating and conspiring to participate in a racketeering enterprise in violation of 18 U.S.C. §1962(c) and (d); engaging in a continuing criminal enterprise in violation of 21 U.S.C. § 848(a); various offenses relating to the bombing of a civilian airliner in violation of 18 U.S.C. § 32(b)(2), 32(b)(3), and 371; and the extraterritorial murder of two citizens of the United States in violation of 18 U.S.C. §§ 2332(a)(1) and 2332(b)(2)."

XX. Therefore, anyone in American INTEL and British INTEL who participated Operation Offing or aided and abetted Operation Offing or gave the approval of Operation Offing can be held criminally liable for their actions. Such DEFENDANTS may include: LEON PANETTA, HILLARY CLINTON, ROBERT MUELLER, ERIC HOLDER, JANET NAPOLITANO, in violation of 18 U.S.C.§1962(d).

XX. NSA has NSANet, which is a classified intranet network that connects Aussies XX and British Intel XX and shares intelligence data between NSA, British INTEL, and Aussie INTEL. Money was/is spent on creating NSANet, maintaining NSANet, and utilizing NSANet that sends, receives, and processes information and data on NSANet.

XX. British INTEL utilized NSANET and transmitted the entirety of the factual circumstances of *Miki's Tea Party* in which an act of international and domestic terrorism was committed against an American that occurred under their watch that was not reported nor was anyone subsequently

punished for their failure in doing so nor did anyone stop it having information from at least 5 months before that it was likely to occur against PLAINTIFF. This is in violation of: XX

XX. At all relevant times, British Intel and NSA always had immediate and direct communication with each other via NSANET in *Miki's Tea Party* and did not do anything to stop RICO Enterprise 1. Even having direct and completely unimpeded access to National Security Operations Center (NSOC) in which all information about *Miki's Tea Party* and *An Anchor and a Pitchfork* was sent, received, and processed in which NSOC's core function is to handle time sensitive issues obtained via sigint—neither British Intel nor NSA did anything despite being made aware of RICO Enterprise 1 from at least September 2010 and letting it happen in March 2011,and therefore, at a minimum, aided and abetted and facilitated RICO Enterprise 1 (as well as RICO Enterprise 2). XX

XX. NSA, CIA, and BRITISH, INDIAN DEFENDANTS have a relationship in which NSA operates out of XX in which NSA, CIA, and BRITISH, INDIAN DEFENDANTS shared, submitted, and received information concerning all the factual circumstances involved in *Miki's Tea Party*. Some of this data was transmitted through ORION 3, ORION 5, and ORION 7 from the United Kingdom to CIA and NSA headquarters in and around WASHINGTON DC that processed all the information from sources like drafts of arguments made against PLAINTIFF via the DOJ, DOJ'S Solicitor General's Office, and more.

XX. The information from the British to NSA was relayed, processed, and disseminated to the WHITE HOUSE. Everyone in NSA and CIA were intentionally unaware of the impending danger despite having every reason to know that it was going to happen in which they made Miki's Tea Party happen the way they did. CIA and NSA were in direct contact with PLAINTIFF at all times in London in Spring 2011 in which there was an affirmative duty to prevent RICO Enterprise 1 from furthering in which NSA, CIA, and BRITISH AND INDIAN INTEL DEFENDANTS all failed to prevent furthering RICO Enterprise 1 in which they committed mail and wire fraud and other crimes in the process.

XX. The United States, India, United Kingdom, Germany, Japan, Australia, and Qatar, all violated 18 U.S. Code § 2523 (b)(1)(B)(iii) which requires that under data sharing, it must adhere to applicable international human rights obligations and commitments or demonstrates respect for international universal human rights in which DEFENDANTS violated the The Convention On the Rights of Persons With Disabilities-- was all signed by United States, India, United Kingdom, Germany, Japan, Australia, and Qatar--that violated Article 13: Access to justice; Article 14: Liberty and security of person; Article 15: Freedom from torture or cruel, inhuman or degrading treatment or punishment; Article 16: Freedom from exploitation, violence and abuse; Article l7: Protecting the integrity of the person; Article 18:Liberty of movement; Article 21 Freedom of expression and opinion, and access to information; Article 22 Respect for privacy; Article 24 Education; Article 25 Health States Parties recognize that persons with disabilities have the right to the enjoyment of the highest attainable standard of health without discrimination on the basis of disability.

XX. PLAINTIFF is alleging Britain, Qatar, Japan, Germany, Australia, and/or India issued an order to obtain information about PLAINTIFF to provide to the United States in violation of 18

U.S. Code § 2523 (b)(4)(C) in furtherance of RICO Enterprise 1and in violation of 18 U.S.C. 1964(d) and 18 U.S.C. 241 and 18 U.S.C. 242; 42 U.S.C. 1983; 42 U.S.C. 1985(2); and 42 U.S.C. 1985 (3). PLAINTIFF is alleging that the provision within 18 U.S. Code § 2523 (b)(4)(C) of "nor shall the foreign government be required to share any information produced with the United <u>States</u> Government or a third-party government" is unconstitutional because it can cover up a RICO Enterprise and PLAINTIFF is alleging they are doing just that when they would utilize this provision to deny discovery requests.

**XX. The quintessential case on freedom of movement is:** *United States v. Guest*, **383 U.S. 745 (1966). The Court ruled that:** "The constitutional right to travel from one State to another, and necessarily to use the highways <u>and other instrumentalities of interstate commerce in doing so (i.e. airplanes and airports),</u> occupies a position fundamental to the concept of our Federal Union. It is a right that has been firmly established and repeatedly recognized. In *Crandall v. Nevada,* 6 Wall. 35, invalidating a Nevada tax on every person leaving the State by common carrier, the Court took as its guide the statement of Chief Justice Taney in the *Passenger Cases,* 7 How. 283, 48 U. S. 492: "For all the great purposes for which the Federal government was formed, we are one people, with one common country. We are all citizens of the United States; and, as <u>members of the same community, must have the right to pass and repass through every part of it</u> ***without interruption***, as freely as in our own States." *See* 6 Wall. at 73 U. S. 48-49. Although the Articles of Confederation provided that "the people of each State shall have free ingress and regress to and from any other State," that right finds no explicit mention in the Constitution. The reason, it has been suggested, is that a right so elementary was conceived from the beginning to be a necessary concomitant of the stronger Union the Constitution created. In any event, freedom to travel throughout the United States has long been recognized as a basic right under the Constitution. *[omitted].* In *Edwards v. California,* 314 U. S. 160, ***invalidating*** a California law ***which impeded the free interstate passage of the indigent***, **the Court based its reaffirmation of the federal right of interstate travel upon the Commerce Clause. This ground of decision was consistent with precedents firmly establishing that the federal commerce power surely encompasses the movement in interstate commerce of persons as well as commodities**. *[omitted].* It is also well settled in our decisions that the federal commerce power authorizes Congress to legislate for the protection of individuals from violations of civil rights that impinge on their free movement in interstate commerce. *[omitted]."*

<mark>*In furtherance of RICO ENTERPRISE 1, JEH JOHNSON, XX DEFENDANTS*</mark> violated 42 U.S.C. §1985(3); 18 U.S.C. §241; 18 U.S.C. §226, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S.C. §1962(d) 18 U.S.C. §201 (bribery); 18 U.S.C. 373,  18 U.S.C. §872 (Extortion by officer); 18 U.S. Code § 875 (fraud); 18 U.S. Code § 880 (receives proceeds of extortion)

It wasn't a extradition because PLAINTIFF had not been charged with a crime at the time. So if American DEFENDANTS argue it was an extradition, then: *Brown v. Nutsch*, 619 F.2d 758 (8th Cir. 1980) (Holding 42 U.S.C. 1983 provides a remedy for improper extradition in violation of the extradition clause and statute).

# XX. CONSPIRACY and FRAUD in Operation Offing.

XX. What PLAINTIFF has to do in this section is the following in which DOJ should not have any reasonable basis to object to what PLAINTIFF is doing: In the Mafia Commission Trials in the 1980s in New York, DOJ prosecuted Italian Mobsters. The phrase of "*forget about it*" (i.e. fuggedaboutit) was a very context specific word in which its meaning could drastically change based on the context the word was used in. There is not a single FBI or DOJ officer or attorney that will tell you otherwise. For all intents and purposes, RICO Enterprise 1 had their own Mafioso language and PLAINTIFF is doing just what DOJ did before him and is showing the court how the Mafioso language operated in RICO Enterprise 1.

XX. Like the mob, DEFENDANTS are smart and don't want to get caught. American INTEL, White House, British INTEL, Indian INTEL, Qatari DEFENDANTS, etc. routinely engage in obfuscation of the truth, but still need to convey the message somehow to co-conspirators and DEFENDANTS who aided and abetted the actions and were accessories after the fact.

XX. RICO Enterprise 1's mafioso language is what PLAINTIFF calls "DC double-speak." It is vague on purpose and contingent on associational facts in which two meanings can be derived from the message specifically because DEFENDANTS have insider knowledge of the associational and duplicative facts, and therefore DEFENDANTS have plausible deniability in Court. Not anymore. So, DEFENDANTS are not going to outright speak about someone as DEFENDANTS need some plausible deniability for their actions so DEFENDANTS don't get arrested or caught for the stupidly corrupt and psychotic things DEFENDANTS do in violation of the law and against PLAINTIFF'S Constitutional rights.

XX. As a primer on how American INTEL, British INTEL, Indian INTEL, ROBERT MUELLER, LEON PANETTA, ERIC HOLDER, etc. committed the conspiracy is the following. DEFENDANTS cannot outright say PLAINTIFF's name for that is the key identifying feature needed to identify PLAINTIFF. What aforementioned DEFENDANTS, particularly CIA, State, and LEON PANETTA and HILLARY CLINTON do have at their disposal is the use of the media (which CIA effectively controls in America via Operation Mockingbird) and DEFENDANTS use similarly situated factual stories in regards to PLAINTIFF. The similar facts of one story applies in a different story to an individual/PLAINTIFF and that's how they communicate about PLAINTIFF. Sure, there are some facts here and there may not line up perfectly from time to time in those stories (*DEFENDANTS don't need it to*); however, the vast majority of the important facts are still the same and are still applicable.

XX. Put in another way, DEFENDANTS' system of talking about PLAINTIFF in their communications, or someone similarly situated as PLAINTIFF, requires them to use stories that have *the same underlying factual pattern, factual issues, or facts behind it* to reference someone else completely while maintaining plausible deniability if confronted about it. Then DEFENDANTS have an added layer of protection via social isolation and social derision in which they would falsely and maliciously accuse PLAINTIFF or someone of being psychologically delusional, ill, narcissistic, etc. when PLAINTIFF or someone figures out it is about him and makes it out to be about him (when it is in fact about him) and DEFENDANTS

will do things to ensure that DEFENDANTS will label PLAINTIFF as crazy to discredit PLAINTIFF.

XX. DEFENDANTS already destroyed PLAINTIFF socially between 2008-2011 so it is easy to do things against people DEFENDANTS caused the individual to be hated in his community. It is PLAINTIFF'S intent on showing you the inescapable factual conclusions derived from circumstantial evidence on how this works. It is not PLAINTIFF cherry-picking information; it is because PLAINTIFF *went through this garbage* and remembers the past vividly to show you what it is all about. It is either that or PLAINTIFF that is crazy and is psychologically ill and is in that much of a desperate need of KETAMINE as his PTSD has become too severe and is looking for threats that no longer exist in which DEFENDANTS through their RICO Enterprise made PLAINTIFF that way. Either way, PLAINTIFF needs his Ketamine treatment.

XX. PLAINTIFF is alleging that at an absolute latest, INR/STATE knew PLAINTIFF personally after *Financial Terrorism* in November 2009 because German DEFENDANTS and German INTEL shared with INR/STATE all the whereabouts of PLAINTIFF concerning his trip in *Financial Terrorism.* PLAINTIFF was on their radar regardless.

XX. In, *United States v. Cook,* 793 F.2d 734 (5th Cir. 1986) ("[b]oth the fact of conspiracy and a defendant's participation in it may be proved by circumstantial evidence." 793 F.2d at 736). "As was the case in *United States v. Postal,*589 F.2d 862 (5th Cir.) … "the mere fact that [defendant] made the statement is relevant to the issues of [his] knowledge of the conspiracy and his participation in it."...As Professor McCormick explains: "Proof that one talks about a matter demonstrates on its face that he was conscious or aware of it, and his veracity simply does not enter into the situation." *[omitted]."U.S. v. Jones*, 839 F.2d 1041 (5th Cir. 1988). "If the government's conduct in the investigation through a sting operation is so active that its conduct fabricated elements of the offense, it might be considered a violation of due process to prosecute the defendant." *U.S. v. Steinhorn*, 739 F. Supp. 268, 271 (D. Md. 1990).

XX. New York Times published an article around January 2011[17] documenting the Cablegate leaks that occurred in Fall 2010. The article was talking about the State Department and Boeing and how they fundamentally interact with certain business and world leaders: "The cables describe letters from presidents, state visits as bargaining chips and a number of leaders making big purchases based, at least in part, on how much the companies will dress up private planes. The documents also suggest that demands for bribes, or at least payment to suspicious intermediaries who offer to serve as "agents," still take place."[18] So there are documents when PLAINTIFF has full discovery that would document that demands for bribes has taken place between Boeing, Qatar, the United States, *especially* India, and the United Kingdom. Whether it is directly or not, PLAINTIFF at least has given enough evidence to prove that a conspiracy existed, and when there is smoke, there is fire. The article continued: "Boeing says it is committed to avoiding any such corrupt practices. State Department and Boeing officials, in interviews last month, acknowledged the important role the United States government plays in helping them sell commercial airplanes, despite a trade agreement signed by the United States and European leaders three decades ago intended to remove international politics from

---

[17] https://www.nytimes.com/2011/01/03/business/03wikileaks-boeing.html?_r=1
[18] *Id.*

the process."[19] Whether or not Boeing says it is committed to avoiding such corrupt practices doesn't mean that it did not in fact occur in 2010 and 2011.

XX. Some of the feature quotes for *Miki's Tea Party* in the previously mentioned New York Times Article: "The United States economy, said Robert D. Hormats, undersecretary for economic affairs at the State Department, increasingly relies upon exports to the fast-growing developing world nations like China ***and India,*** as well as those in Latin America ***and the Middle East…*** Boeing earns about 70 percent of its commercial plane sales from foreign buyers, and is the single biggest exporter of manufactured goods in the United States. Every $1 billion in sales and some of these deals carry a price tag of as high as $10 billion translates into an estimated 11,000 American jobs, according to the State Department… "That is the reality of the 21st century; governments are playing a greater role in supporting their companies, and we need to do the same thing,"[20] Mr. Hormats, a former top executive at Goldman Sachs, said in an interview… One example of the horse-trading involved Saudi Arabia, which in November announced a deal with Boeing to buy 12 777-300ER airliners, with options for 10 more, a transaction worth more than $3.3 billion at list prices."

XX. Based on how the United States Government treated PLAINTIFF in *The Roof Is On Fire*, there was a complete financial motive by the United States Government in which Boeing and the American DEFENDANTS would base their sales in India and Qatar; a necessary derivative fact of such means that if American DEFENDANTS placed a condition on the sale of aircraft to India and/or Qatar, BOEING and American DEFENDANTS necessarily cooperated with one another to lower the price or provide any meaningful incentives for Indian and Qatari customers to do the one condition. This is demonstrated to be true because governments, whether it is the British, Qatari, Indian, and American Government, played a role and interacted with Boeing in which the American DEFENDANTS supported Boeing. That is how the kickback scheme worked in this case. PLAINTIFF is noting how much 12 Boeing 777-300ER airliners (with options for 10 more) cost: more than $3,300,000,000 at list price.

XX. PLAINTIFF, to the best of his recollection, believes he purchased a set of airplane tickets via Qatar Airways prior to 09/22/2010 or, to DEFENDANTS, it was readily obvious that PLAINTIFF wanted to go to INDIA and/or LONDON during both Fall 2010 and January, February, and March 2011 in messages they obtained under TITLE II or the USA PATRIOT ACT in order for PLAINTIFF to go to India in which PLAINTIFF talked to people like LAUREN DELLER and SURESH MAURYA about going abroad in Facebook.

XX. There was either a phone call or a meeting between former British Prime Minister TONY BLAIR, HUMA ABEDIN, and HILLARY CLINTON on 09/22/2010[21] (before the key important date of 09/27/2010) in which TONY BLAIR would have been made aware of DEFENDANTS Operation OFFING undertaken against PLAINTIFF.

XX. TONY BLAIR, as the former Prime Minister of United Kingdom in 2010 and 2011, would still have his security contacts, connections, and knowledge of British INTEL after he left office as well as contacts he made that involved India and Qatari interests. So American

---

[19] *Id.*
[20] *Id.*
[21] https://wikileaks.org/clinton-emails/emailid/1677 Last Checked 07/31/2023

DEFENDANTS used a "friend" in the British Government that has had prior relationships to ensure DEFENDANTS plan comes to fruition to commit an act against PLAINTIFF in furtherance of RICO Enterprise 1.

XX. PLAINTIFF took a screenshot of email ID: 21428 on August 30th, 2023 (hereon: *offing email*). What kind of matters, but the content is still the same nonetheless, but if the formatting of the email in WikiLeaks was the exact same as the one HILLARY CLINTON sent in Email ID: 21428 that was written on 09/27/2010 at 04:02pm, and is displayed correctly below, the formatting gives further support to the allegations PLAINTIFF made regarding the content of the



email.

XX. *Offing email* also stipulated: "Global Issues Forum with India featured interest in cooperation on democracy/governance, disaster management, and women in science. UNGA breakfast on water issues was successful" and also, the exact formatting of the following:

> "India
>
> Legal"

XX. Now there is going to be a great debate this, PLAINTIFF understands. What PLAINTIFF is alleging is that based on the totality of the circumstances, is that DEFENDANTS were talking about *Miki's Tea Party* and the legality of it (which is ironic and a devastating blow to them as you will see) and what would transpire between India, United Kingdom, Qatar, and United States. The key issue and part of the *offing email* is the following part that is formatted as it appeared on screen:

"**Indians** continue to make progress in quieting recent Kashmir unrest, but **need to do more. <u>Indian Embassy</u>**

**luncheon** in honor of Defense Minister Antony this week will include reps from **Boeing** and Lockheed Martin — a rare **development** that could **signal better** U.S.-India defense *trade **is in the** offing*."[22]


XX. What PLAINTIFF is alleging in the *offing email* and is getting at is that HILLARY CLINTON expressed her complete desire and intent that Indian DEFENDANTS and Indian INTEL needed to do more on behalf of America and HILLARY CLINTON.

XX. Implicit in having multiple meanings construed, a "rare development" in sum also conveyed the meaning of a rare opportunity; and with there being a rare opportunity (against PLAINTIFF), DEFENDANTS necessarily understood DEFENDANTS and HILLARY CLINTON had to take advantage of the rare opportunity against PLAINTIFF. One would take actions when there is a need and when there are "rare" developments (i.e. rare developments are rare opportunities) and India and America would do just that. Furthermore, the specific use of the word "development" is a direction and intention that the rare opportunity be directed at the *development*(al) delays man (i.e. PLAINTIFF) seeing how American DEFENDANTS already referred to PLAINTIFF on the basis of his disabilities in *Midyear* before and would keep attacking PLAINTIFF on the basis of his disability.

XX. It is immaterial that there are no definite times in the *offing email* because there are reasonable inferences that can be made at the time from their perspective; and especially if you have prior knowledge of Operation Offing and have inside knowledge of the plan. Here is why: the United Airlines flight from Chicago to London typically arrives in the morning in London-Heathrow, probably sometime between 9:30am-11am. If anyone who arrived at London-Heathrow between 9:30am-11am had to go to the Indian Embassy in London, they would arrive at the Indian Embassy just prior or during lunchtime. More importantly, DEFENDANTS knew there was always going to be a line outside the Indian Embassy in London which meant that even if someone got there before lunch, they would by the sheer fact of waiting probably step into the embassy around lunchtime. So after PLAINTIFF landed in the morning in London-Heathrow and after the direction by the Qatar Airways "representative," PLAINTIFF would have necessarily gone to the Indian Embassy around lunchtime (which PLAINTIFF did in fact go to the Indian Embassy around lunchtime to the best of PLAINTIFF'S recollection) and waited in line outside the Indian Embassy. Why would PLAINTIFF not try to do something in order to continue on his journey after literally crossing over an entire ocean? Makes no sense, therefore, DEFENDANTS knew the most probable probability that PLAINTIFF was going to do what they had suggested (at their creation in violation of *United States v. Gardner*, 658 F. Supp. 1573 (W.D. Pa. 1987) in order for PLAINTIFF to continue on his way to INDIA.

XX. the luncheon hour had representatives of BOEING in it.

XX. PLAINTIFF's plane on the way from London-Heathrow to Washington D.C. DULLES was a BOEING 777 and, in 2010, UNITED AIRLINES *only* operated and utilized BOEING aircraft to and from LONDON-HEATHROW.

---

[22] https://wikileaks.org/clinton-emails/emailid/21428 Last Checked 07/31/2023

XX. PLAINTIFF alleges with American INTEL, British INTEL, and Indian INTEL, they had the technical know-how and electronic and physical access via BOEING, GE, Pratt & Whitney, BAA plc, and United Airlines to the *United Dulles Airplane*.

XX. The United States Government is so intertwined with Boeing, you could cause a Boeing aircraft to be tampered with in order to make sure a certain Boeing 777 plane departs late from London-Heathrow around an exact time in which Boeing shared with American DEFENDANTS ways to delay a Boeing 777 by tampering with the Boeing 777.

XX. In the alternative, American DEFENDANTS already possessed the knowledge on how to do so and BOEING didn't share the information on how to tamper with the plane at that time or allowed American DEFENDANTS to utilize Boeing systems to delay the plane, but Boeing was still a necessary and integral part of the conspiracy.

XX. There was some an unknown scheme to delay the BOEING 777 that American INTEL, British INTEL, and Indian INTEL had concocted.

XX. American INTEL, British INTEL, Indian INTEL, Qatari DEFENDANTS, etc. may allege that with no definite times, there was no conspiracy and therefore no RICO violation. Along the lines, that it is material as to having a definite time as to when the corruption or kickback scheme starts, and PLAINTIFF argues yet again, that is immaterial. It is the fact that a plan was in place on 09/24/2010. PLAINTIFF alleges American INTEL, British INTEL, or Indian INTEL can still have and make a plan from before in which you utilize the plan at a later date when there is reason to know that the subject of the plan is going to be at a certain place around a certain time.

XX. In conjunction with the previous paragraph, as soon as American INTEL, British INTEL, and Indian INTEL knew PLAINTIFF was going to London, the Operation Offing started.

XX. Concerning the timing on when the "*better trade*" started between the United States and India, it started from at least the actual luncheon as sales were made at that luncheon or as PLAINTIFF is arguing and alleging, the exact moment Operation Offing is confirmed is on 09/24/2010 in which better trade will be done in the future in which Indian DEFENDANTS want to cooperate with State, HILLARY CLINTON, and White House on "governance" issues.

XX. By necessarily giving the approval to "the offing," the better trade starts at the exact time the "offing" plan is made because it is *about prospective trade* in which there are no limits as to when and how much more trade occurs **so long as more trade happens in the future**.

XX. Technically, there are no limits as to the termination period after the approval "the offing" plan is made because it is completely conditional in nature and if there is more trade (i.e. better trade) that occurs in the time period the plan is approved and after words, the conditionality of the time period applies and there is not a definite end because better trade will continue on to the future after the "offing."  Assuming arguendo (as that is what PLAINTIFF expects DEFENDANTS to do) that the termination period ends when PLAINTIFF completes his tasks in "the offing" and started when the email was sent on 09/24/2010, DEFENDANTS never stopped

engaging in better trade afterwards amongst each other which means they necessarily understood that the condition of "the offing" was necessarily just a part of an ongoing better trade in the future in which those countries and America derived benefits from (which makes it an ill-gotten gain).

XX. Furthermore, even if it can be alleged that the conditionality of "better trade in the future" is too indeterminable, that is immaterial as well because PLAINTIFF alleges that DEFENDANTS necessarily understood that phrase to mean that DEFENDANTS would get better trade in the future so long as they did the specific event involving PLAINTIFF. The fact that better trade did in fact happen between USA and India, USA and Britain, Britain and Qatar, and USA and Qatar afterwards shows they inherently understood that there would be benefits provided to them on doing the specific event as part of the RICO Enterprise.

XX. Typically, when you do trade with someone and have a good relationship with them, you tend to want to do *even more trade* with that same person in the future--this is just basic human behavioral economic psychology; this is even more likely when the parties engaged in illegal behavior and have a reason to keep working together and have an incentive to keep quiet about what was done.

XX. The most important fact of the *offing email* is the following for RICO Enterprise 1. There would be financial monetary gain given to the Indian DEFENDANTS in doing whatever condition HILLARY CLINTON stipulated because there would be increased (defense) _trade_ (which means more money to the INDIANS) (this affects foreign, interstate, and intrastate commerce) in which the Indian DEFENDANTS needed to do more.

XX. In case HUMA ABEDIN wrote it, HUMA ABEDIN earned her Bachelor of Arts from Georgetown University. Georgetown University is ranked #62 in best universities in America and would know basic grammar in order to graduate from Georgetown University; and having worked in the CLINTON White House in which she would have to know some aspects of the law, HUMA ABEDIN inherently understood what a condition was at the time this email was sent and wouldn't add unnecessary things to a sentence that completely changes the meaning of a sentence unless it was intentional. The same applies to HILLARY CLINTON.

XX. HILLARY CLINTON graduated from Yale Law School in 1973. Yale is one of the best law schools in the country in which every single graduate of Yale knows a condition when they see a condition. HILLARY CLINTON knows what a condition is, knew what a condition was at the time the email was sent, knew the binding and stipulating nature of what happens when someone places a condition on a legal premise to do something, and HILLARY CLINTON wouldn't add unnecessary things to a sentence that completely changes the meaning of a sentence unless _it was intentional by placing a condition in it_.

XX. HILLARY CLINTON was a competent and great attorney in which PLAINTIFF is not questioning her judgment so long as it pertains to putting a condition in the *offing email*. This is supported by HAROLD HONGJU KOH who said on March 25th, 2010: "I have extraordinary clients and you just saw one, Secretary Hillary Clinton, who is a remarkably able lawyer. Of course, another client of mine, the President, is also an outstanding lawyer, as are both Deputy

Secretaries, the Department's Counselor, the Deputy Chief of Staff, and a host of Under Secretaries and Assistant Secretaries."[23]

XX. There is no conceivable or plausible way that HILLARY CLINTON or her army of lawyers can deny the knowledge or existence of a condition when it does in fact exist or occurs. This is even more so because HILLARY CLINTON initially formulated (as will be explained later) in her Congressional confirmation to be the Secretary of State in early 2009 or so that increasing trade with India was an Obama White House priority in regards to India (which is fine, PLAINTIFF has no problem with that and is not seeking to impede on US-Indian commerce); however, what changed from 2009 to 2010 was a convergence of factors in which the condition became an issue by 09/27/2010.

XX. In light of the previous paragraphs, here is the thing with the phrase "a rare development that could signal better U.S.-India defense _trade_ is _in_ the _offing_." Whether or not PLAINTIFF says "defense trade" or "trade," it is immaterial as DEFENDANTS themselves disregarded that factual argument because it was not only about defense trade, but it was in part about all trade.

XX. If the issues in the offing email were genuinely about developing trade in that rare opportunity, then the last part of "is in the offing" is absolutely not a necessary condition or requisite part of such because the point of developing trade is made by simply stating that it is "a rare development that could signal better U.S.-India defense _trade._" without including "is in the offing."

XX. PLAINTIFF alleges all of the following: HILLARY CLINTON intentionally put the condition of "is the offing," HILLARY CLINTON was directed to put "is in the offing" by the White House, HILLARY CLINTON was directed to put "is in the offing" by either ROBERT MUELLER III (head of FBI at the time) or by Leon E. Panetta (head of CIA at the time) or Jeh Johnson (counsel of DOD), or that there was significant pressure by Congress and/or DOJ to do so because PLAINTIFF was the only one they could utilize after their fraud before because PLAINTIFF had particular specialized services to them.

XX. Either way, PLAINTIFF alleges, HILLARY CLINTON put it in there or was directed to put **"is in the offing"** in the _offing email._ **_This is a necessary legal condition made by HILLARY CLINTON made in her official capacity that_** **_is intentionally and deliberately created through the purposeful and willful inclusion of the phrase "is in the offing._**"

XX. In _Saudi Arabia v. Nelson_, 507 U.S. 349 (1993), the Supreme Court held that the commercial activity exception requires that the "tortious conduct itself" must qualify as "commercial activity"; the commercial activity that forms the basis for jurisdiction must also serve as the predicate for the substantive cause of action. The tortious conduct is the condition of "in the offing;" as PLAINTIFF will discuss in a bit, it was a commercial activity because it

[23] https://2009-2017.state.gov/s/l/releases/remarks/139119.htm

required PLAINTIFF'S services or labor in which DEFENDANTS forced labor out of PLAINTIFF. This condition was in furtherance of RICO Enterprise 1 and made in her official capacity in which she lost the privilege of immunity. Furthermore, circumstantial evidence provided by CRS INDIA (Congressional Research Service) in October 2010 demonstrated the Obama White House and Hillary Clinton all had the imperative of developing all-encompassing trade with India the future *See*: *CRS India below*. However, even with that imperative, HILLARY CLINTON still decided to put the condition of "is in the offing" __which shows HILLARY CLINTON intentionally, knowingly, and willfully placed a monetary value in "the offing__."

XX. "Where **there is a clause in a contract**, __and that clause is the agreement of the parties, the defense of a lack of knowledge of its existence is untenable__. Courts are not created to relieve men of their bad bargains made. Where a clause of a contract is clear and unambiguous, "the letter of it should not be disregarded, under the pretext of pursuing the spirit." *Lama v. Manale*, 218 La. 511 (La. 1951)

XX. In Louisiana, the Civil Code "does not presume an equality between the bargaining parties; rather, it requires disclosures by the [creator of the contract] that are intended to assure the person accepted to the terms of the contract are freely given as to a matter understood by him." Louisiana Civil Code. Article 1819…Under the jurisprudence of Civil Code articles 2474 and 1958, virtually all of the unconscionability cases involving [creator of the contract]…or other [Hillary Clinton's/State's] obligations would be resolved favorably to the [PLAINTIFF] in Louisiana, by virtue of the [State Department/Hillary Clinton's] use of obscure or ambiguous language or by her failure to clearly explain the extent of her own obligations or draw the consumer's attention to language clearly making that explanation."[24] In Louisiana, when the Court would utilize Louisiana Civil Code Articles 1945 and 1950, Article 1950 requires the court to endeavor what is the common intention of the parties (as opposed to just adhering to the literal sense of the terms). Under article 1945, **the courts are bound to give legal effect to a contract according to "the true intent" of the parties,** determined by the words of the contract.

XX. PLAINTIFF is just going to get this following argument out of here as it is a complete non-starter. What HILLARY CLINTON meant by "the offing" is that it refers very most distant part of the ocean on the horizon. So the sentence would read: "a rare development that could signal better U.S.-India defense trade is in the part of the sea visible from shore that is very distant or beyond anchoring ground."[25] No. That in the context of *airplanes*, doesn't make much sense to incorporate a reference to what *sailors* would see.

XX. There are far too many double meaning contexts in the offing email that cannot be explained away like how "signal" meant "signal intelligence."

XX. PLAINTIFF will prove that it was about signal intelligence and both President Barack Obama and Prime Minister Singh came to security agreements just before then and after "the offing" email that involved those things. PLAINTIFF will prove that it is not just about "defense trade." That in light of everything alleged, for the offing to talk about the furtherest point on the

---

[24] https://core.ac.uk/download/pdf/235284251.pdf
[25] https://wikileaks.org/clinton-emails/emailid/21428 Last Checked 07/31/2023

part of the sea visible from shore to be construed as having that meaning is completely implausible.

XX. Unconscionability cases such as involving the enforceability of clauses limiting a creator of a contract's liability for consequential damages are meaningless in Louisiana. Although lenders, lessors, *and contractors of work, labor, and services* are not "sellers," Louisiana Civil Code article 2474 provides an explanation in which work, labor, an services can be extended to caselaw involving suppliers by analogy in Louisiana jurisprudence. The creator of the contract must provide the necessary explanation for the other party involved in the contract. The one makes the form or contract is more knowledgeable and an explanation is necessary. "By article 2474, a seller "is bound to explain himself clearly respecting the extent of his obligations: any obscure or **ambiguous clause is construed against him**. Article 1958 requires, in reference to cases in which the intent of the parties is unclear or not clearly expressed (as to which article 1957 lays **down the general rule that the agreement is interpreted against him who has contracted the obligation**) that if the "**doubt or obscurity arise for the want of necessary explanation which one of the parties ought to have given, or from any other negligence or fault of his, the construction most favorable to the other party shall be adopted**, whether he be obligor or obligee."[26] The manufacturer of a contract is presumed to know the defects of the contract which it creates and therefore is deemed to be in bad faith. *J. H. Jenkins Contractor v. City of Denham Springs,* 216 So. 2d 549, 554-55. (La. App. 1st Cir. 1979) that "the fact that an informed and experienced person does not usually and customarily bind himself to unjust and unreasonable obligations, is a serious factor that must be considered the very backbone of the doctrine of unconscionable contracts: "one such as no man in his senses and not under a delusion would make on the one hand, and as no honest and fair man would accept on the other." This very idea can be found in Civil Code article 1934(4): "If the creditor . . ., at the time of making [the contract] ...knew of any facts that must prevent or delay its performance, and concealed them from the debtor, he is not entitled to damages."

XX. PLAINTIFF will talk about a Congressional Research Service Report later about India (SEE: CRS INDIA below), but what is relevant to know from that "As part of her confirmation hearing to become Secretary of State, Clinton told Senators she would work to fulfill President Obama's commitment to "establish a true strategic partnership with India, increase our military cooperation*, trade,* and support democracies around the world"[27] It confirms that from January 2009, there was going to be increase in military cooperation and trade (and, hey, if they intersected, cool, that's fine PLAINTIFF doesn't have a problem with this type of interaction). HILLARY CLINTON knew what she had to do in January 2009 in regard to American-Indian trade (i.e. increase it), but yet, if trade was her only one of her true priorities, she would not have included the condition of "in the offing." Someone, somewhere, for some reason justified to HILLARY CLINTON that "in the offing" should be included, should happen, and it became a part of American-Indian trade. It is the fact that "in the offing" was made a condition that involved PLAINTIFF and is the nexus. PLAINTIFF would not have been harmed economically had it just been the case where "in the offing" did not happen. But it impacted PLAINTIFF'S business, economic, and property interests when HILLARY CLINTON included "is in the offing."

---

[26] https://core.ac.uk/download/pdf/235284251.pdf
[27] CRS India.

XX. PLAINTIFF was *the* go-to guy "in the offing." That further shows the conditionality of "in the offing" falls outside the scope of her duties of increasing trade between America and India. At no time did India, Indian Intel, Britain, Britain Intel, Qatar, Qatari Intel, White House, nor American DEFENDANTS really have to do "is in the offing" to get more trade. BUT THEY INTENTIONALLY CHOSE TO DO SO and they cannot free and absolves themselves of their decisions to do so.

## XX. Part III: "The Offing" passing through multiple layers of approval in furtherance of RICO Enterprise 1

XX. Would a DC licensed attorney understand what a legal condition is? PLAINTIFF alleges yes he or she would know what a legal condition is in an email.

XX. PLAINTIFF is going to make a temporary detour in this complaint to explain a major contributing factor to this issue as to how it happened. Say hypothetically that HILLARY CLINTON lacked the capacity to legally understand what happens when one puts a condition in a sentence for legal purposes. Regardless of whether she knew it was a condition (which she did), the question becomes who was her legal advisor *that also should have recognized or understood the importance of putting the condition of "in the offing"*?

XX. As Hillary Clinton's legal advisor in 2010 was in current good standing with the Bar association, the question becomes what would have been going on in the mind of HILLARY CLINTON'S legal advisor when he would have seen or advised HILLARY CLINTON to the condition of "the offing." The same individual wrote two things as: "The Legal Adviser's Duty to Explain," 41 Yale J. Int'l Law 189 (2016) and "The Legal Adviser's Duty to Explain," The Role of Legal Advisers in International Law (Andraz Zidar & JeanPierre Gauci eds. 2016). Albeit it was 6 years in the future, PLAINTIFF would argue this was somewhat important and relevant to HILLARY CLINTON'S legal advisor: HAROLD HONGJU KOH.

XX. HAROLD HONGJU KOH was licensed in Washington D.C. between 2009-2012 and was a member of good standing in the DC bar.

XX. Who is HAROLD HONGJU KOH, What is important to him, and what was going on daily in his time at State? HAROLD HONGJU KOH is quite a prolific published writer.

XX. HAROLD HONGJU KOH said in March 2010, after *Financial Terrorism*, during a State Department speech: "that each day we tackle extraordinarily fascinating legal questions. When I was a professor, I would spend a lot of time trying to think up exam questions. For those of you who are professors, this job literally presents you with a new exam question every single day. For example, I had never really thought about the question: "can you attach a panda?""

XX. PLAINTIFF loves pandas and HAROLD HONGJU KOH is talking about attaching a panda or attaching someone as a condition in the previous paragraph.

XX. American INTEL absolutely knew that PLAINTIFF loved pandas and that is quite a coincidence, but not enough to support it was about PLAINTIFF.

XX. HAROLD HONGJU KOH said in March 2010 during a State Department speech: "how in regard to foreign policy, from administration to administration, ***there will always be more continuity than change;*** you simply cannot turn the ship of state 360 degrees from administration to administration every four to eight years, nor should you. But, I would argue— and these are the core of my remarks today-- to say that is to understate the most important difference between this administration and the last: and that is with respect to its approach and attitude toward international law." HAROLD HONGJU KOH acknowledges and talks about how if an administration got stuck in their RICO Enterprise 1 ways during the BUSH era between 2001-2008, that would continue to occur under OBAMA too.

XX. In discussing what was important to him, HAROLD HONGJU KOH said in March 2010 during a State Department speech: "Emerging "Obama-Clinton Doctrine," which is based on four commitments: to: 1. *Principled Engagement;* 2. Diplomacy as a Critical Element of *Smart Power;* 3. *Strategic Multilateralism; and* 4. the notion that *Living Our Values* Makes us Stronger and Safer, by Following *Rules of Domestic and International Law; and Following Universal Standards, Not Double Standards…* Second, a commitment to what Secretary Clinton calls "smart power"—a blend of principle and pragmatism" that makes "intelligent use of all means at our disposal," including promotion of democracy, development, technology, and human rights and international law to place diplomacy at the vanguard of our foreign policy…And fourth and finally, a commitment to living our values by respecting the rule of law, **As I said, both the President and Secretary Clinton are outstanding lawyers**, and **they understand that by imposing constraints on government action**, **law legitimates and gives credibility to governmental action**. As the President emphasized forcefully in his National Archives speech and elsewhere, the American political system was founded on a vision of common humanity, universal rights and rule of law. Fidelity to [these] values" makes us stronger and safer…And in her December speech on a 21st Century human rights agenda, and again two weeks ago in introducing our annual human rights reports, Secretary Clinton reiterated that "a commitment to human rights starts with universal standards and with holding everyone accountable to those standards, including ourselves."[28] Okay, Court, you clearly heard what HAROLD HONGJU KOH said in regards to HILLARY CLINTON and BARACK OBAMA: they want to hold everyone accountable to those standards—including Hillary Clinton and Barack Obama themselves. So both BARACK OBAMA and HILLARY CLINTON talk about and know about imposing constraints on government action, law legitimates, and giving credibility to government action.

XX. HAROLD HONGJU KOH said in March 2010 (which was after Financial Terrorism in which HILLARY CLINTON knew PLAINTIFF by this time) during a State Department speech and continued: "Now in implementing this ambitious vision—this Obama-Clinton doctrine based on principled international engagement, smart power, strategic multilateralism, and the view that global leadership flows to those who live their values and obey the law and global standards—I am reminded of two stories. The first, told by a former teammate is about the late Mickey Mantle of the American baseball team, the New York Yankees, who, having been told that he would not

---

[28] https://2009-2017.state.gov/s/l/releases/remarks/139119.htm

play the next day, went out and got terrifically drunk (as he was wont to do). The next day, he arrived at the ballpark, somewhat impaired, but in the late innings was unexpectedly called upon to pinch-hit. After staggering out to the field, he swung wildly at the first two pitches and missed by a mile. But on the third pitch, he hit a tremendous home run. And when he returned to the dugout, he squinted out at the wildly cheering crowd and confided to his teammates, "[t]hose people don't know how hard that really was." PLAINTIFF could construe that as referring to him, but it is not important. Carrying on.

XX: HAROLD HONGJU KOH carrying on: "In this maze of bureaucratic politics, you are only one lawyer, and there is only so much that any one person can do. Collective government decision-making creates enormous coordination problems. We in the Legal Adviser's Office are not the only lawyers in government: **On any given issue, my office needs to reach consensus decisions with all of the other interested State Department bureaus, but our Department as a whole then needs to coordinate its positions not just with other government law offices, which include: our lawyer clients (POTUS/SecState/DepSecState); White House Lawyers (WHCounsel/NSC Legal Counsel/USTR General Counsel); DOD Lawyers (OGC, Jt Staff, CoComs, Services, JAGs); DOJ Lawyers (OLC, OSG, Litigating Divisions-Civ., Crim, OIL, NSD); IC Lawyers (DNI, CIA); DHS Lawyers, not to mention lawyers in the Senate and House**."[29]

XX: Because of the previous paragraph, PLAINTIFF is establishing HAROLD HONGJU KOH would interact with POTUS Barack Obama, Hillary Clinton, DoD attorneys, DOJ Lawyers, CIA Lawyers, DNI Lawyers, DHS Lawyers, and Congress on any issue, which necessarily includes "trade is in the offing."

XX. Therefore, PLAINTIFF is alleging HAROLD HONGJU KOH is necessarily part of the conspiracy as well as attorneys in the CIA, DNI, DHS, DoD, and DOJ. *See:United States v. Cook,* 793 F.2d 734 (5th Cir. 1986) ("[b]oth the fact of conspiracy and a defendant's participation in it may be proved by circumstantial evidence." 793 F.2d at 736). "As was the case in *United States v. Postal,*589 F.2d 862 (5th Cir.) … "the mere fact that [defendant] made the statement is relevant to the issues of [his] knowledge of the conspiracy and his participation in it."...As Professor McCormick explains: "Proof that one talks about a matter demonstrates on its face that he was conscious or aware of it, and his veracity simply does not enter into the situation." *[omitted]." U.S. v. Jones,* 839 F.2d 1041 (5th Cir. 1988). See: HAROLD HONGJU KOH, unknown attorneys in CIA, DNI, DHS, DoD, and DOJ having violated at least: 42 U.S.C. §1985(3); 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503,  and 18 U.S.C. §1962(d) in regards to "trade is in the offing."

XX. As mentioned in Paragraph XX, HAROLD HONGJU KOH talked about fascinating legal questions. So the questions become: what was of interest to Harold Koh and what was some of his legal reasoning. HAROLD HONGJU KOH should have been an ally to disabled former special education student PLAINTIFF because he wrote: *The International Human Rights of Persons with Intellectual Disabilities: Different but Equal* (Oxford University Press 2002) (with

---

[29] https://2009-2017.state.gov/s/l/releases/remarks/139119.htm

Stanley Herr and Lawrence Gostin, eds) and "*A Dismal Record on Executing the Retarded*," New York Times (June 14, 2001). Okay, so there is some background that gives an inference that he cares about disabled folks, which is great! Furthermore and more importantly, HAROLD HONGJU KOH was an author of: "*International Human Rights of Persons with Mental Disabilities*," 63 Md. L. Rev. 1 (2004). Okay, so HAROLD KOH wrote 6 years before March 2010 about international human rights of persons with mental disabilities that would include things like Autism. Furthermore, HAROLD HONGJU KOH wrote: "*The New Global Slave Trade*," Displacement, Asylum, Migration 232 (Oxford Amnesty Lectures) (Kate Tunstall ed. 2006). This would include things like peonage, indentured servitude. **So within 6 years of September 2010, what was fresh in HAROLD HONGJU KOH'S mind necessarily included issues involving disabled individuals and global slave trade. Okay? Okay!**

XX. PLAINTIFF is arguing that on a personal value ranking system to HAROLD HONGJU KOH, the topics discussed in the previous paragraph are nowhere near as important to HAROLD HONGJU KOH as *national jurisdiction issues and terrorism* in which he wrote: "Transnational Legal Process and the 'New' New Haven School of International Law," International Legal Theory: Foundations and Frontiers, Jeffrey Dunoff & Mark Pollack eds., forthcoming Cambridge, "Civil Remedies for Uncivil Wrongs: Combatting Terrorism Through Transnational Public Law Litigation," 22 Texas Int'l.L.J. 169 (1987), "Commentary" in Michael W. Doyle, Striking First: Preemption and Prevention in International Conflict 99 (2008), "Transnational Legal Process After September 11," 22 Berkeley J. Int'l L. (2004), and "American Diplomacy and the Death Penalty" (with Thomas Pickering) 80 Foreign Service Journal 19 (October 2003). Simply, in HAROLD HONGJU KOH'S mind: terrorism and transnational jurisdiction > (more important than) disabled individuals and global slave trade.

XX. HAROLD HONGJU KOH must have been sick during the day his Civil Procedure class talked about *Pennoyer v. Neff*, 95 U.S. 714 (1878) that talks about the importance of jurisdiction and appropriate boundaries. Also, seems like HAROLD HONGJU KOH didn't know about these two cases in regard to when the United States Government artificially manufactured jurisdiction--whether it was through deceit, fraud, or deception is immaterial—in which a court can rule the government doing so violates constitutional rights and can dismiss the case on the grounds of artificially created jurisdiction. For example, in a case that SCOTUS affirmed, *United States v. Perrin,* 580 F.2d 730 (5th Cir. 1978), *aff'd,* 444 U.S. 37 (1979) (hereon: *Perrin*), the court in *Perrin* recognized the validity of the defense in a proper case when it stated that the "defendants' argument that the government improperly obtained jurisdiction is for the court to determine as a matter of law, . . ." *Id.* This was confirmed by *United States v. Marcello*, 508 F. Supp. 586, 592 (E.D. La. 1981) as well.

XX. Finally, most relevantly one can infer how HAROLD HONGJU KOH would think and process issues that involved money and diplomacy in which terrorism and transnational jurisdiction > (more important than) disabled individuals and global slave trade to HAROLD HONGJU KOH that all implicate Miki's Tea Party and "the offing" and HAROLD HONGJU KOH'S decisions and motivations: "*Dollar Diplomacy/Dollar Defense: The Fabric of Economics and National Security Law*," 26 International Lawyer 715 (1992) (with Co-Defendant JC YOO), which contained the following points that PLAINTIFF will elaborate upon:

"national security policy regularly requires the use of economic power as a tool, either as a stick to sanction hostile nations _or as a carrot to encourage the economic growth and development of friendly ones_... _National security may require that U.S. economic controls apply with sufficient force_ not just to adversaries, but also _to allies, so as to ensure implementation of a unified and coordinated national policy_… Although the Constitution assigns Congress the task of regulating foreign and domestic commerce, more often than not the executive branch has won the dominant hand in setting policy in these areas... More explicit acceptance of power-sharing as a constitutional norm would not only enhance the democratic nature of foreign policymaking, but would also recognize the indispensable checking function that other branches and international allies play vis-A-vis the exercise of U.S. economic and national security power… Although Youngstown reaffirmed the constitutional vision of balanced institutional participation in economics and national security policy, developments within each branch have promoted a policy trend toward growing presidential dominance. **First, the executive has seized the initiative in policy making, primarily because it is the best structured to operate in a unified, swift, and secret manner**… Even when Congress does legislate to check presidential discretion, it all too often leaves statutory loopholes that the president exploits to unlock sweeping delegated powers… Post-Vietnam era statutes sought to place a number of controls **on presidential discretion, including requirements of fact findings** and public declarations, committee oversight, legislative vetoes, and reporting and consultation with Congress… However, **these obstacles** have proven to be of surprising little weight, _allowing Presidents to evade them_ either _by exploiting their definitional limits, procedures, and substantive terms, or by challenging their constitutionality in court_… in the post-Vietnam years the federal judiciary has steadily deferred to, if not expressly affirmed, executive claims of national security power. the Burger and Rehnquist Court's statutory interpretation techniques have eliminated the various limitations in congressional delegations, thereby granting the President unrestrained access to broad delegated powers over the economy and national security… Taken together, these cases have sharply limited the role of courts as arbiter of the national policy making process and endorsed, rather than countered, a decision-making system increasingly characterized by presidential activism and congressional acquiescence… the export laws have provided another powerful economic weapon for the .pursuit of national security goals, which the President may wield largely at his own discretion.[30]

---

[30] https://scholar.smu.edu/cgi/viewcontent.cgi?article=2903&context=til

XX. To HAROLD HONGJU KOH based on *Dollar Diplomacy/Dollar Defense: The Fabric of Economics and National Security Law*," 26 International Lawyer 715 (1992) (with Co-Defendant JC YOO), when you mix national security and economic diplomacy, trade is a carrot to encourage the economic growth and development of friendly nations in which--based on some secret unascertainable reason known only to the executive branch--national security requires U.S. economic controls apply with sufficient force to allies to ensure implementation of a unified and coordinated national policy. Put in another way, <u>HAROLD HONGJU KOH would agree that the United States can force a foreign country to implement a unified and coordinated policy by dangling economic incentives and products to encourage economic growth and development of that foreign country</u>.

XX. The *offing email* in relation to the previous paragraph means that HAROLD HONGJU KOH would have no problem with providing enough sufficient force against India to make Indian DEFENDANTS do more in regard to whatever HAROLD HONGJU KOH and HILLARY CLINTON wanted them to do.

XX. To HAROLD HONGJU KOH based on *Dollar Diplomacy/Dollar Defense: The Fabric of Economics and National Security Law*," 26 International Lawyer 715 (1992) (with Co-Defendant JC YOO), Congress can't do jack shit against the Executive Branch when it comes to national security and policy (i.e. international trade and domestic trade) because Congress gave up that power and even when Congress tries to do something, the Executive Branch exploits loopholes anyway that tries to provide some ascertainable limits to executive branch power. The judicial branch is not going to do jack shit nearly all the time (except in this complaint PLAINTIFF hopes) because SCOTUS kept giving more and more deferential power to the Executive Branch. So Congress=can't do shit. Judicial branch=won't do shit. Well, that's not very good for checks and balances.

XX. In HAROLD HONGJU KOH'S mind based on *Dollar Diplomacy/Dollar Defense: The Fabric of Economics and National Security Law*," 26 International Lawyer 715 (1992) (with Co-Defendant JC YOO), the executive branch can completely evade legal obstacles (to him) like definitional limits, procedures, substantive terms, <u>IGNORE REQUIREMENTS INVOLVING FINDINGS OF FACT</u> in which the executive branch will operate in a unified manner, swift manner (i.e. rushed uninformed decisions in which findings of fact is completely ignored), and most importantly those decisions are done in a secret manner in which the courts won't do shit and Congress can't do shit involving national security and policy.

What did PLAINTIFF just say? PLAINTIFF said:

**XX. In HAROLD HONGJU KOH'S mind based on *Dollar Diplomacy/Dollar Defense: The Fabric of Economics and National Security Law*," 26 International Lawyer 715 (1992) (with Co-Defendant JC YOO) in which he was advising the leadership of the State Department (i.e. HILLARY CLINTON), HILLARY CLINTON and the executive branch can completely evade legal obstacles (to him and her) like definitional limits, procedures, substantive terms, <u>IGNORE REQUIREMENTS INVOLVING FINDINGS OF FACT</u> in which the executive branch will operate in a unified manner, swift manner (i.e. rushed**

**uninformed decisions in which findings of fact is completely ignored), and most importantly those decisions are done in a secret manner in which the courts won't do shit and Congress can't do shit involving national security and policy.**

XX. Let PLAINTIFF wrap this up succinctly: if you <u>put in your left hand</u> HAROLD HONGJU KOH'S beliefs that 1) the United States can force a foreign country to implement a unified and coordinated policy by dangling economic incentives and products to encourage economic growth and development of that foreign country and 2) the executive branch can completely evade legal obstacles (to him) like definitional limits, procedures, substantive terms, *IGNORE/EVADE REQUIREMENTS INVOLVING FINDINGS OF FACT* in which the executive branch will operate in a unified manner, swift manner (i.e. make rushed uninformed decisions involving findings of fact in which they would rely on materially false fabrications and perjured testimony), and most importantly those decisions are done in *a secret manner* in which the courts won't do shit and Congress can't do shit involving national security and policy; and then <u>put in your right hand</u> HAROLD HONGJU KOH'S priorities that terrorism and transnational jurisdiction > (more important than) disabled individuals and global slave trade and work with the CIA and FBI who agree the same in which *Midyear* happened that is done in a secret echo chamber; and **put your hands together and mesh all of those inside** HAROLD HONGJU KOH'S mind along with American INTEL's need to continue to obstruct justice and further RICO Enterprise 1, that is how Miki's Tea Party was born and created.

XX. PLAINTIFF is alleging that HAROLD HONGJU KOH advised HILLARY CLINTON that "trade is in the offing" was constitutional and legal in which numerous people would benefit except for PLAINTIFF in which <u>he necessarily knew</u> about issues involving global slave trade, disabled individuals, and what a legal condition. Some of HAROLD HONGJU KOH'S crimes include: 42 U.S.C. §1985(2), 42 U.S.C. §1985(3), 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S.C. §1962(d), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, and 18 U.S. Code § 880 (receives proceeds of extortion)

# XX. PART IV:

XX. Indian DEFENDANTS, in order to increase more trade and continue trade with America based on the *offing email*, must do something, that something is being part of Operation Offing (i.e. "is in the offing.")

XX. Simply and as PLAINTIFF is alleging: "is in the offing" is Operation Offing in which American INTEL, State, HILLARY CLINTON, ROBERT MUELLER, JANET NAPOLITANO, LEON PANETTA, JAMES CLAPPER, and ERIC HOLDER'S operation in which aforementioned DEFENDANTS and Qatari DEFENDANTS, Qatar Airways, British INTEL, and Indian DEFENDANTS and Indian INTEL are *offing* PLAINTIFF *off* the plane to India on 03/10/2011 or so, making PLAINTIFF go to the Indian embassy during lunchtime, tampering with the United Airlines plane on 03/10/2011 or 03/11/2011 to make it late on purpose, and then illegally seizing and kidnapping PLAINTIFF in DC in furtherance of RICO Enterprise 1.

XX. There would be kickbacks and quid pro quos done between all parties upon successful completion of Operation Offing.

XX. The phrase "is in the offing" in the *offing email* includes the phrase 'in' as a double reference point to a location and the abbreviation of India (IN). One can be IN the Indian Embassy; one can be IN the airport, etc. etc.

XX. Next, "Is in the offing **refers to one singular plan**. It is not plural: offings where it could be construed as the two flights on 03/10/2011 or 03/11/2011, but that is not the case. But it is singular: offing. **"Offing" is Operation Offing**.

XX. "Offing" necessarily has a stipulated time performance and applicability—it is whenever PLAINTIFF performs it at the direction of American INTEL, British INTEL, Indian INTEL, Qatar Airways, Qatari DEFENDANTS, etc.

XX. The phrase "is in" makes it even that much more conditional and dependent. The brevity and conciseness of including "is in" makes the phrase highly more specific *and direct* to the implementation of a singular plan (the offing). How it really could be read as to demonstrate the extreme conciseness, directness, and conditionality of the 'offing' plan involving trade is the following: "trade is in the offing."

XX. So the phrase "development" is also a reference to PLAINTIFF in which PLAINTIFF has "developmental" delays and American INTEL like ANDREW MCCABE and the FBI have consistently and constantly referred to PLAINTIFF on the basis of his disability from at least 2008 (See: *Midyear* in which they retaliated against PLAINTIFF on the basis of his disability) and therefore became a habit and routine practice by American INTEL, HILLARY CLINTON, ROBERT MUELLER, ANDREW MCCABE, LEON PANETTA, in doing so and conveyed the rare opportunity of the moment.

XX. "Signal" means *signal intelligence* gained overseas in Britain and India by Indian and British DEFENDANTS and British and Indian INTEL that were assisted by Qatari DEFENDANTS.

XX. once American INTEL, State, HILLARY CLINTON, ERIC HOLDER, British INTEL, Indian DEFENDANTS, Indian INTEL, and 5 EYES have in-personam-jurisdiction over PLAINTIFF in London-Heathrow, they have necessarily incorporated PLAINTIFF in the condition of "is in the offing."

XX. DEFENDANTS necessarily placed a monetary value of $14,900,000,000 that was completely contingent on PLAINTIFF when the "offing" of PLAINTIFF happened and was executed by DEFENDANTS. ***There is no factual or legal way to distinguish or separate PLAINTIFF here that is independent of the $14,900,000,000 DEFENDANTS necessarily obtained because of "the offing".*** DEFENDANTS necessarily and unequivocally placed a value on PLAINTIFF of $14,900,000,000 in what they did to PLAINTIFF on 03/11/2011 in furtherance of kickback schemes and quid pro quos that will be proved later on. Period.

XX. By HILLARY CLINTON INTENTIONALLY, WILLFULLY, and KNOWINGLY making it **so conditional on PLAINTIFF**, her decision to do so was overseen by--as HAROLD HONGJU KOH said in Paragraph XX—"**his lawyer clients (POTUS/SecState/DepSecState); White House Lawyers (WHCounsel/NSC Legal Counsel/USTR General Counsel); DoD Lawyers (OGC, Jt Staff, CoComs, Services, JAGs); DOJ Lawyers (OLC, OSG, Litigating Divisions-Civ., Crim, OIL, NSD); IC Lawyers (DNI, CIA); DHS Lawyers, not to mention lawyers in the Senate and House**"[31]—in which all of them together reached a universal consensus and agreement in evaluating the value of the conditionality of incorporating PLAINTIFF into Operation Offing—current level of trade and more trade with India, or as the OBAMA White House evaluated the value, $14,900,000,000.

XX. Paragraph XX can't be absurd and unreasonable to the United States Government as well as the British Government, Qatari Government, and British Government when it is a decision that was overseen and reached by all of those lawyers in the Executive Branch and the British Government, Qatari Government, and Indian Government also came to the same conclusion after the United States Government presented Operation Offing and the value of PLAINTIFF to them.

XX. PLAINTIFF will agree with the United States Government and prior case rulings, only in this respect, that the Court must give deference to universally accepted and mutually reached upon valuation of $14,900,000,000 ON THE CONDITION OF PLAINTIFF by four different governments (Qatar, Britain, India, and the United States) and at least nineteen different intelligence agencies and government agencies and all of their employees: DOJ, FBI, STATE, CIA, DHS, DoD, NSA, MI5, MI6, GCHQ, Defence Intelligence (United Kingdom), London Metropolitan Police Service: Counter Terrorism Command (CTC) or SO15, NSC, NIA (India), Indian Central Bureau of Investigation (India), IB (India), R&AW(India), Ministry of Home Affairs (India), and the following individuals: HILLARY CLINTON, HAROLD HONGJU KOH, ERIC HOLDER, LEON PANETTA, ROBERT MUELLER, JANET NAPOLITANO, JOHN O. BRENNAN, HBJ, DAVID CAMERON, Sir IAIN ROBERT LOBBAN, ANDREW DAVID PARKER (Baron Parker of Minsmere), JOHN SAWERS, Sir ALEXANDER WILLIAM YOUNGER, JONATHAN EVANS (Baron Evans of Weardale), Prime Minister SINGH, and ALISTAIR JAMES HENDRIE BURT.

XX. In the alternative, PLAINTIFF was never given an ability to negotiate the terms and the fraud occurred when DEFENDANTS listed in the previous paragraph denied the opportunity for PLAINTIFF to negotiate with them in which they all intentionally prevented PLAINTIFF from knowing the true valuation of his services and PLAINTIFF to aforementioned DEFENDANTS.

XX. In the alternative, in light of the conditionality of "is in the offing" on PLAINTIFF completely, PLAINTIFF implicitly agreed and consented to the conditions of the "offing" that DEFENDANTS placed on PLAINTIFF in which DEFENDANTS would provide the tasks and directions for PLAINTIFF to follow through and execute in Operation Offing.

XX. In the alternative, PLAINTIFF was forced to labor in which DEFENDANTS would provide

---

[31] https://2009-2017.state.gov/s/l/releases/remarks/139119.htm

the tasks and directions for PLAINTIFF to follow through and execute in Operation Offing and PLAINTIFF has not been paid a dime for Operation Offing.

XX. **No PLAINTIFF in the "offing," no $14,900,000,000 or more that was acquired by DEFENDANTS.** PLAINTIFF alleges that this scheme is a quid pro quo between the DEFENDANTS: Americans, Qataris, British, and Indians in which unknown lawyers, employees, and workers of: BAA Plc (Heathrow Holdings), DOJ, FBI, STATE, CIA, DHS, DoD, NSA, MI5, MI6, GCHQ, Defence Intelligence (United Kingdom), London Metropolitan Police Service: Counter Terrorism Command (CTC) or SO15, NSC, NIA (India), Indian Central Bureau of Investigation (India), IB (India), R&AW(India), and/or Ministry of Home Affairs (India) and/or the following individuals: HILLARY CLINTON, HAROLD HONGJU KOH, ERIC HOLDER, LEON PANETTA, ROBERT MUELLER, JANET NAPOLITANO, JOHN O. BRENNAN, HBJ, DAVID CAMERON, Sir IAIN ROBERT LOBBAN, ANDREW DAVID PARKER (Baron Parker of Minsmere), JOHN SAWERS, Sir ALEXANDER WILLIAM YOUNGER, JONATHAN EVANS (Baron Evans of Weardale), Prime Minister SINGH, and ALISTAIR JAMES HENDRIE BURT, in which they all violated: *See: Neder v. United States*, 527 U.S. 1 (1999)(fraud occurs on a misrepresentation or concealment of material fact) (*Sandwich Chef of Texas, Inc. v. Reliance National Indemnity Insurance Co*., 319 F.3d 205 (5th Cir. 2003) and *Summit Properties Inc. v. Hoechst Celanese Corp,* 214 F.3d 556 (5th Cir. 2000)(proximate causation could be established where "a plaintiff has either been the target of a fraud or has relied upon the fraudulent conduct of the defendants; 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act; 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion).

XX. In the alternative, Louisiana Civil Code Article 2451 states that "A hope may be the object of a contract of sale. Thus, a fisherman may sell a haul of his net before he throws it. In that case the buyer is entitled to whatever is caught in the net, according to the parties' expectations, and even if nothing is caught the sale is valid." It may not have technically constituted extortion in the beginning, but it constituted extortion after "the offing" occurred in which DEFENDANTS intentionally deprived PLAINTIFF of his labor and services. So even if the "offing" can be construed as a conditional hope that would occur in the future, it still can be the object of a contract of the sale in which PLAINTIFF has not been compensated for in his integral part of "the offing."

XX. It is immaterial if there was no date as the hope of the contract *was continued trade and more trade* between India and America in which Britain and Qatar would later on obtain benefits for being part of Operation Offing. Under Louisiana Civil Code Art. 2465, a definite price was stipulated by a third person, BARACK OBAMA, when he stated "$14,900,000,000" in his presidential announcement. Furthermore, PLAINTIFF will explain a plausible value of "better

trade" in the next paragraph. But better trade necessarily means and includes trade at a previous level in addition to more trade--You can't just have "better trade" *without current trade*.

XX. the SpiceJET deal to be explained later in paragraph XX necessarily included a hope of future additional trade on it as well when it occurred in October 2010.

XX. HILLARY CLINTON in CHENNAI, INDIA said the actual percentage of better trade to her understanding was 20% because of trade flow occurring in both directions. Trade flow increased in both exports and imports. The 20% figure is reasonable because, according to the United States Trade Representatives, "The U.S. goods trade deficit with India was $14.5 billion in 2011, up $4.3 billion from 2010. U.S. goods exports in 2011 were $21.6 billion, up 12.4 percent from the previous year. Corresponding U.S. imports from India were $36.2 billion, up 22.5 percent. India is currently the 17th largest export market for U.S. goods."[32] So HILLARY CLINTON'S 20% figure comments closely reflected the amount the United States was importing from India and the increase of 22.5% was around $8,145,000,000 in increased trade. The value of the increase trade amount of 12.4% those Indian customers received from American Companies (exporters) was around $2,678,400,000. Since HILLARY CLINTON said trade flows both ways in which it was BETTER TRADE for both countries in both directions, An average trade percentage at 17.45% (Hereon: *Hillary Clinton Fee*) and a total of $10,823,400,000 respectively.

XX. One of the following must be true in which there is no different valuation possible for operation offing and "better trade" it is either **1) $10,823,400,000 or 2) $14,900,000,000.** That is just between India and America. PLAINTIFF is not incorporating in the previous figure the derivative and indirect profits that Britain and Qatar obtained through Operation Offing and "better trade," however, PLAINTIFF is incorporating the derivative and indirect profits received by Britain and Qatar as a RICO Predicate Act.

XX. Louisiana Civil Code article 2474 recognizes and understands the importance of disparity in knowledge and sophistication between buyer and seller in its requirement that "the seller is bound to explain himself clearly respecting the extent of his own obligations" and that "any obscure or ambiguous clause is construed against him." Louisiana courts have applied the principle of article 2474, by analogy, to contractors, lessors, and other suppliers." Louisiana Civil Code article 1958 likewise recognizes the disparity in the positions of suppliers and consumers **by providing that in a supplier-prepared contract, any doubt or obscurity arising for want of a necessary explanation calls for the adoption of the construction most favorable to the consumer.** See: *Alexander v. Burroughs Corp.*, 359 So. 2d 607 (La. 1978): (Louisiana Supreme Court stated a manufacturer "is presumed to know of the defects of the thing which it manufactures and therefore is deemed to be in bad faith. Hence, article 2545 is applicable."

XX. The offing email, as a refresher, said on 09/27/2010 at 04:02pm, HILLARY CLINTON and HUMA ABEDIN sent the following email: "Indians continue to make progress in quieting recent Kashmir unrest, but need to do more. Indian Embassy luncheon in honor of Defense Minister

---

[32] https://ustr.gov/sites/default/files/India_0.pdf

Antony this week will include reps from <u>Boeing</u> and Lockheed Martin — a rare <u>development</u> that could <u>signal</u> better <u>U.S.-India defense *trade* *is in the offing*</u>."[33]

XX. 35 minutes pass after the *offing email* after the initial Operation Offing is proposed in which at 04:37pm on 09/27/2010, the additional approval is granted for Operation Offing between HUMA ABEDIN and HILLARY CLINTON with subject line of "FYI" (For Your Information): "but ds took your luggage out of van to <u>go ahead to airport</u>. Very odd and *they just told me they did it*. Not sure why, I told them *to return* the os<u>car *gowns*</u> to van and *all little bags* are still in van too."[34] Part of this message is justifying signal intelligence against PLAINTIFF in which DEFENDANTS had planted baggies in PLAINTIFF'S room in *Meth* as there is a talking about little bags (as in baggie of drugs. See: *Meth*) in which DEFENDANTS aided and abetted the RICO Enterprise because the perpetrators of obstruction of justice of whomever placed the drugs in PLAINTIFF'S room (in violation of the HONOR CODE) were not apprehended and the "little baggies" are included to maliciously malign PLAINTIFF as a violent drug dealer and utilization of signal intelligence and 5 eyes against PLAINTIFF.

XX. Furthermore, JANET NAPOLITANO referenced ICE (as another name for meth) on February 2nd, 2011 thereby connecting that meeting of the minds on February 2nd, 2011 to "trade is in the offing" and the go ahead to airport plan made on 09/27/2010. There is talk about PLAINTIFF'S grandma's "gown" thereby using USA PATRIOT ACT because of FINANCIAL TERRORISM. The most important aspect of this email was that the DEFENDANTS' 'offing' plan and conspiracy was officially sanctioned and approved of in this email and the "go ahead" to 'offing' plan was granted thereby initiating a plan of domestic and international terrorism with the phrase "go ahead to airport." This was in complete violation of: 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act; This was in complete violation of: 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); **42 U.S.C. §1981**; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3), 42 U.S.C. §1986, 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion).

XX. About three weeks after granting "the *offing airport* conspiracy plan" alleged in the previous paragraphs, HILLARY CLINTON and HUMA ABEDIN had an email[35] on 10/19/2010 that talked about the specific facts of: "an American man being convicted," "a deep plan of an assault," INDIA, spies, a cash amount of around $25,000 (allegedly being given by a foreign intelligence service), and, most importantly and relevantly, "having returned to a location or being forced to go to a location."

XX. In light of the previous paragraph and DC-Doublespeak, the amount PLAINTIFF wired in *FINANCIAL TERRORISM* was $26,000+, which is damn near close to the $25,000 talked about in the article. The $26,000+ was given to PLAINTIFF from his grandfather, who was not a spy,

[33] https://wikileaks.org/clinton-emails/emailid/21428 Last Checked 07/31/2023
[34] https://wikileaks.org/clinton-emails/emailid/1576 Last Checked 07/31/2023
[35] https://wikileaks.org/clinton-emails/emailid/1438 Last Checked 07/31/2023

but was a home builder with only a second grade or so education. PLAINTIFF was not given his money by a foreign intelligence service. *See*: *Financial Terrorism*.

XX. In conjunction with the two previous paragraphs, PLAINTIFF alleges that American INTEL conveyed, falsely believed to be true, or intentionally fabricated a falsity that PLAINTIFF had malicious intentions in which PLAINTIFF talked about certain things in *Peachy Miami, Victoria Flight, and Sewanee Sabotage* but not once did PLAINTIFF take any meaningful step into making talk into a reality in which American INTEL and State were willfully blind to the truth.

XX. The problem with DEFENDANTS' manner of talking (DC double-speak) is that material facts that serve as exculpatory evidence get omitted, which only then reinforces a lie in DEFENDANTS minds because pre-conceived double-speak and agenda/plans refuses to acknowledge the existence of exculpatory truth or valid exceptions; these factors contribute to enabling and furthering obstruction of justice through routine Constitutional Violations. PLAINTIFF factually explained all of this exculpatory truth in the previous sections and all of it was omitted and willfully and intentionally ignored because DEFENDANTS had a specific agenda/plan in mind and needed a peon/slave to make their plans happen. They chose PLAINTIFF. Then this is when 18 USC §1961 section 1503 (relating to obstruction of justice) violations occur because material omissions and exculpatory evidence are not considered because they cease to exist in double-speak; especially when you have DEFENDANTS that are so power hungry and have a preset agenda in mind that they're willing to destroy an innocent autistic man's life in their pursuit of power, agenda, and money. DEFENDANTS violated: 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); **42 U.S.C. §1981**; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); **42 U.S.C. §1986;** 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion).

XX. In a way, Operation Offing was a sting operation, which brings up the following: "If the government's conduct in the investigation through a sting **operation is so active that its conduct fabricated elements of the offense, it might be considered a violation of due process to prosecute the defendant."** *U.S. v. Steinhorn*, 739 F. Supp. 268, 271 (D. Md. 1990).

XX. HILLARY CLINTON sent an email three days later talks about INDIA when DEFENDANTS on 10/22/2010:  "India Bill wraps up his visit to Inda today; hgopes *to steer Menon to a better place* on nuclear liability."[36] PLAINTIFF can't make sense of this one at this time, but it is relevant, and PLAINTIFF is including it just in case; but PLAINTIFF is making the allegation it could apply since they're talking about INDIA and steering someone to a right direction (through RICO).  DEFENDANTS violated: 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); **42 U.S.C. §1981**; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); **42 U.S.C. §1986;** 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section

---

[36] https://wikileaks.org/clinton-emails/emailid/13221

1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion).

**XX.** HILLARY CLINTON and HUMA ABEDIN then sent emails on 10/27/2010[37] & 10/28/2010[38] that respectively talked about "Planes," "Chicago," "Britain," and "Bombs." The purpose of talking about it this way was to obstruct justice and utilize the USA PATRIOT ACT, signal intelligence, and gain in-personam-jurisdiction for their plot in furtherance of RICO Enterprise 1 against PLAINTIFF'S Constitutional Interests when PLAINTIFF posed no legitimate threat at the time in which exculpatory evidence was intentionally omitted and not included. In *ANARCHY*, PLAINTIFF established he did not have a copy of the Anarchist Cookbook from October 2008, which was exactly two years prior to this email being sent, PLAINTIFF, at no time in the entirety of PLAINTIFF'S existence, purchased any bomb making materials, and PLAINTIFF took absolutely no substantial step on committing any act of terrorism at this time. Furthermore, unknown DEFENDANTS reported that explosions were heard when PLAINTIFF'S home burned down in May 2010—what PLAINTIFF can allege on a good faith basis is that PLAINTIFF didn't burn down his home but PLAINTIFF is willing to allege unknown DEFENDANTS falsely alleged that PLAINTIFF made a bomb to burn down his home and utilized that fabricated evidence. DEFENDANTS had no probable cause to utilize the USA PATRIOT ACT against PLAINTIFF at this time. DEFENDANTS violated: 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); **42 U.S.C. §1981**; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); **42 U.S.C. §1986;** 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion).

**XX.** "Trade is in the offing" is necessarily obstruction of justice. It is a thing that tends to influence as a court could not hear a claim against PLAINTIFF unless their jurisdiction gets extended beyond national jurisdictional limits. If there is no jurisdiction, there is no ability to bring or have a claim heard in court.

**XX.** Jeffrey Feltman emailed William Burns and Jake Sullivan on 10/01/2010 in which the email said: "Ops center just called us to ask for HbJ's mobile phone number for [CENSORED] wants to call him." Jacob Sullivan forwarded the email to Hillary Clinton. From this moment on the State Department operations center, CIA, Jake Sullivan, and Hillary Clinton all have HbJ's personal cell phone to further the conspiracy. PLAINTIFF is alleging that from 10/01/2010 through 03/11/2011, Jake Sullivan, unknown officers in the CIA and State Department operations center, and Hillary Clinton personally called HbJ on his personal cell phone over the wires to further the mail and wire fraud perpetuated against PLAINTFF in "trade is in the offing"

---

[37] https://wikileaks.org/clinton-emails/emailid/21562
[38] https://wikileaks.org/clinton-emails/emailid/1303

and further the 18 U.S.C.§1962(d), 18 U.S.C. §241; 42 U.S.C. 1985(2) and 42 U.S.C.1985(3) conspiracy against PLAINTIFF.

XX. On 12/11/2010, HUMA ABEDIN, HAROLD HONGJU KOH, HILLARY CLINTON, WILLIAMS BURNS, were all privy to an email[39] that talked about the IC (Intelligence Community), Sec of Defense Robert Gates, "This note is to give you a brief update on "homework" that is emerging from the New START resolution of ratification, which will have to be completed before the Treaty can enter into force," "the IC informed us this week that they have completed a first draft, which we've been reviewing. I believe this report will be completed in good time for EIF. 2. Brief, separate Presidential certifications on **telemetry** and missile **defense issues** will have to be completed before EIF; they are dependent on the exact form and content of the final resolution of ratification. ***State L*** informs me that it will not be a long drafting process to draw up these certifications, once they know what's in the final resolution" and this little section right here: "3. The Defense Department will owe two reports, one on the Conventional Prompt Global Strike Program and **one on the two-stage Ground-Based Interceptor (GBI).** These reports will have to be provide prior to EIF, although they are not currently linked up to Presidential certifications. I understand from talking to OSD that they plan to have these reports completed so that SecDef Gates can review them prior to his departure on December 20. Once interagency clearance is in hand for each of these items In terms o in eragency omewor owever, •e ieve t at we are in good shape to be prepared for entry into force. Please let me know if you have any questions, and thank you once again—a thousand times—for your help and support on New START Treaty ratification."

XX. In light of the previous paragraph, PLAINTIFF alleges that is another email about the "offing." When the media reports about "New Start," they really only talk about from the missile defense way. What gets ignored or swept under the rug is **telemetry defense issues**. How the CIA/DoD/FBI/DHS can access computers from anywhere around the world and how they can do their "predictive" behavior analysis. The CIA/FBI/DHS et al. had to give a report to the President in which they would certify why actions should be undertaken against PLAINTIFF in "the offing," which of course, would necessarily rely on perjured testimony, fabricated and misleading narratives, wire fraud, RICO Acts, etc. PLAINTIFF alleges that the "nis report" discussed in the email included a report about PLAINTIFF that discovery would produce. As a reminder: 1) *False Identification*—constitutionally tainted and RICO Act by American INTEL; 2) *Peachy Miami*—constitutionally tainted and RICO Act by American INTEL; 3) *Sewanee Sabotage*—constitutionally tainted and RICO Act by American INTEL; 4) *Trespass Incident #3*—constitutionally tainted and RICO Act by American INTEL; 5) *This Side of the Street*—constitutionally tainted and RICO Act by American INTEL; 6) *METH*—constitutionally tainted and RICO Act by American INTEL. *The Devil Incarnate (Rebecca Wetherbee)*—constitutionally tainted and RICO Act by American INTEL; 7) *Victoria Flight*—constitutionally tainted and RICO Act by American INTEL; 8) *Anarchy*—constitutionally tainted and RICO Act by American INTEL. Every single one of those are drenched in illegal, unconstitutional, and RICO racketeering activity. Now when they talk about "Homework" above, PLAINTIFF is alleging they are referring to *The Roof, The Roof is on Fire.* American INTEL and/or DoD murdered PLAINTIFF'S beloved cat, Sparky. PLAINTIFF is alleging that "State L" is actually referring to the State Department/Embassy in London or State Legal department—those two are the most

---

[39] https://wikileaks.org/clinton-emails/emailid/13205

plausible explanation as these are the following countries that start with the letter 'L' obtained from the State Department: Laos, Latvia, Lebanon, Lesotho, Lew Chew (Loochoo)* (Japan-ish), Liberia, Libya, Liechtenstein, Lithuania, Luxembourg. So part of the certification would be that that would falsely prosecute PLAINTIFF for burning down his home because there were "reports of explosions" and they wanted to frame PLAINTIFF with all of the necessarily compromised listed incidents above as being the originator. Then with the previous emails involving a "bomb," "plane," and "Chicago," it creates enough fabricated materially misleading narratives that they wanted to utilize against PLAINTIFF. Then you have: "one on the two-stage Ground-Based Interceptor (GBI)."—right, so this is the "offing" in which there was ground based interception of PLAINTIFF with GBI (Great Britain Intelligence) in London-Heathrow in which it was one of two stages between London and Dulles.

XX. Under *National Organization for Women, Inc. v. Joseph Scheidler*. 510 U.S. 249 (1994), "RICO does not require proof that either the racketeering enterprise or the predicate acts of racketeering in § 1962(c) were motivated by an economic purpose. Nowhere in either § 1962(c) or in § 1961's definitions of "enterprise" and "pattern of racketeering activity" is there any indication that such a motive is required. While arguably an enterprise engaged in interstate or foreign commerce would have a profit-seeking motive, § 1962(c)'s language also includes enterprises whose activities "affect" such commerce. Webster's Third New International Dictionary defines "affect" as "to have a detrimental influence on"; and an enterprise surely can have such an influence on commerce without having its own profit-seeking motives. The use of the term "enterprise" in subsections (a) and (b), where it is arguably more tied in with economic motivation, also does not lead to the inference of an economic motive requirement in subsection (c). In subsections (a) and (b), an "enterprise" is an entity acquired through illegal activity or the money generated from illegal activity: the victim of the activity. By contrast, the "enterprise" in subsection (c) connotes generally the vehicle through which the unlawful pattern of racketeering activity is committed. Since it is not being acquired, it need not have a property interest that can be acquired nor an economic motive for engaging in illegal activity; it <u>need only be an association in fact that engages in a pattern of racketeering activity</u>. Nor is an economic motive requirement supported by the congressional statement of findings that prefaces RICO and refers to activities that drain billions of dollars from America's economy… since 1984 ___amendments broadened the focus of RICO prosecutions___ from those association-in-fact enterprises that exist "for the purpose of maintaining operations directed toward an economic goal" ___to those that are "directed toward___ an economic ___or other identifiable goal___." In addition, the statutory language is unambiguous, and there is no clearly expressed intent to the contrary in the legislative history that would warrant a different construction… Section 1962(c) makes it unlawful "for any person employed by or associated with any enterprise engaged in, or the activities of which affect, interstate or foreign commerce, to conduct or participate, directly or indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activity or collection of unlawful debt." **Section 1961(1) defines "pattern of racketeering activity" to include conduct that is "chargeable" or "indictable" under a host of state and federal laws.** RICO broadly defines "enterprise" in § 1961(4) to "includ[e] any individual, partnership, corporation, association, or other legal entity, and any union or group of individuals associated in fact although not a legal entity." Nowhere in either § 1962(c) or the RICO definitions in § 1961 is there any indication that an economic motive is required."

XX. American INTEL'S identifiable goals in "the offing" had three core elements: 1) increase in economic trade, 2) telemetry defense/counter-terrorism purposes, and 3) intentional and wanton

violation of constitutional rights eroding the People's liberty. Motherfuckers murdered PLAINTIFF'S cat on fabricated evidence and racketeering. 9 different examples in which American INTEL wanted to erase the lines of constitutionally protected activity to go from somewhat questionable to illegal. The privacy inside your home? Gone. The curtilage outside your home? Gone. Your ability to defend yourself? Gone. The ability to question? Gone.  To have meaningful conversations? Gone. To have a divergent view? Gone. To always be under their microscope? Yes. Therefore, there exists an association-in-fact and an enterprise under 18 U.S.C. §1962(c) and 18 U.S.C. §1961(4) amongst DEFENDANTS that had a defined purpose in which they would stop at nothing. American INTEL may not have caused An Anchor and a Pitchfork, but it was in their interest to allow it to happen not truly understanding that what was in their interest was to meaningfully talk to PLAINTIFF and not do to PLAINTIFF what they did and would allow to happen to PLAINTIFF.

XX. Under *National Organization for Women, Inc. v. Joseph Scheidler*. 510 U.S. 249 (1994), "The phrase "The "enterprise" referred to in subsections (a) and (b) is thus something acquired through the use of illegal activities or by money obtained from illegal activities. The enterprise in these subsections is the victim of unlawful activity and may very well be a "profit-seeking" entity that represents a property interest and may be acquired. But the statutory language in subsections (a) and (b) does not mandate that the enterprise be a "profit-seeking" entity; it simply requires that the enterprise be an entity that was acquired through illegal activity or the money generated from illegal activity. By contrast, the "enterprise" in subsection (c) connotes generally the vehicle through which the unlawful pattern of racketeering activity is committed, rather than the victim of that activity. Subsection (c) makes it unlawful for "any person employed by or associated with any enterprise... to conduct or participate . . . in the conduct of such enterprise's affairs through a pattern of racketeering activity...." Consequently, since the enterprise in subsection (c) is not being acquired, it need not have a property interest that can be acquired nor an economic motive for engaging in illegal activity; it need only be an association in fact that engages in a pattern of racketeering activity. Nothing in subsections (a) and (b) directs us to a contrary conclusion. We also think that the quoted statement of congressional findings is a rather thin reed upon which to base a requirement of economic motive neither expressed nor, we think, fairly implied in the operative sections of the Act. As we said in *H. J. Inc.* v. *Northwestern Bell Telephone Co.,* 492 U. S. 229, 248 (1989): "The occasion for Congress' action was the perceived need to combat organized crime. But Congress for cogent reasons chose to enact a more general statute, one which, although it had organized crime as its focus, was not limited in application to organized crime…The parallel to the present case is apparent. Congress has not, either in the definitional section or in the operative language, required that an "enterprise" in § 1962(c) have an economic motive. We therefore hold that petitioners may maintain this action if respondents conducted the enterprise through a pattern of racketeering activity. The questions whether respondents committed the requisite predicate acts, and whether the commission of these acts fell into a pattern, are not before us. We hold only that RICO contains no economic motive requirement."

XX. Therefore, at least from the American DEFENDANTS perspective, these are at a minimum some of the following people that were an association who were in an enterprise that would meet the purposes stipulated under SCOTUS in *National Organization for Women, Inc. v. Joseph Scheidler*. 510 U.S. 249 (1994): ROBERT MUELLER, LEON PANETTA, HUMA ABEDIN, HAROLD HONGJU KOH, HILLARY CLINTON, WILLIAMS BURNS, JEFFREY FELTMAN, JAKE SULLIVAN, ANDREW MCCABE, JEH JOHNSON, PETER STRZOK, and unknown White House Lawyers (WHCounsel/NSC Legal Counsel/USTR General Counsel), unknown DOD

Lawyers (OGC, Jt Staff, CoComs, Services, JAGs), unknown DOJ Lawyers (OLC, OSG, Litigating Divisions-Civ., Crim, OIL, NSD), unknown IC Lawyers (DNI, CIA), and DHS Lawyers in which they all worked together (hooray for reaching across the aisle and across multiple agencies—talk about unity! lol) to violate: 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); **42 U.S.C. §1981**; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); **42 U.S.C. §1986;** 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), 18 U.S.C. §1961 section 1512, 18 U.S.C. §1961 section 1513, 18 U.S.C. §1961 section 1951, Section 504; Title VI; PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.



XX. Furthermore, to credibly alleged the actual domestic terrorism by American INTEL and British INTEL that took place between 2008-2015, one of the most damning piece of circumstantial evidence that proves DEFENDANTS connection to PLAINTIFF via email in which issues would only continue on in the future is the following email written on either 01/28/2011 or 1/29/2011 from HUMA ABEDIN to HILLARY CLINTON that said: "Person we discussed apparently ***holed up*** in ***LONDON* and *avoiding people***."[40] This is perfect in three ways to describe PLAINTIFF and only PLAINTIFF. First, DEFENDANTS are intelligent and competent enough know the difference between singular and plural; and well, it says an individual person and not persons so they're only describing *one* individual. Secondly, DEFENDANTS are continuing their obstruction in materially misrepresenting *TRESPASS INCIDENT #3* in which DEFENDANTS can describe it as PLAINTIFF having "holed up" in his room and was avoiding people in his room when he was in isolation. Furthermore and in addition to the previous point, PLAINTIFF was going to be holed up (as in the homophone of HOLD up) by DEFENDANTS in LONDON by DEFENDANTS on purpose when they intentionally held PLAINTIFF there by committing international and domestic terrorism on PLAINTIFF. You may be thinking that this is a silly distinction and PLAINTIFF says to the Court NAY NAY!. Luckily PLAINTIFF just happily caught this (*See*: above) during the early part of his investigation and having much like a Vinny

---

[40] https://wikileaks.org/clinton-emails/emailid/32008

moment in *My Cousin Vinny* showing that homophones and CLINTONS do truly matter in Intel based on the following snapchat by PLAINTIFF from a book either written by JAMES CLAPPER or JEH JOHNSON. Finally, there is the specific location of LONDON. Out of all the places HILLARY CLINTON could have said, she specifically chose LONDON in which "the offing" took place in London. This violated**:** 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); **42 U.S.C. §1981**; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); **42 U.S.C. §1986;** 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, Title VI, PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.

XX. On February 1st, 2011, HILLARY CLINTON, HILDA L. SOLIS, ERIC HOLDER, JANET NAPOLITANO, and ROBERT MUELLER (probably LEON PANETTA was there too) were all in the same room together just about one month or so before "trade is in the offing" occurred. PLAINTIFF alleges HILLARY CLINTON, HILDA L. SOLIS, ERIC HOLDER, JANET NAPLOLITANO, ROBERT MUELLER had a meeting of the minds concerning "trade is in the offing" all violated 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), 18 U.S.C. §1961 section 1512; 18 U.S.C. §1961 section 1513, 18 U.S.C. §1961 section 1951, Section 504,Title VI, PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.

XX. In the previous paragraph and doing DC double-speak, the meeting was about "the President's Interagency Task Force to Monitor and Combat Trafficking in Persons." Wow, PLAINTIFF, so those DEFENDANTS knew that Human Trafficking was wrong. But PLAINTIFF wants to draw your attention to the actual name itself. So there is a coordinated effort between DOJ, DHS, FBI, State, and Labor (and probably NSA and CIA was in the crowd). Part of the purpose of was to MONITOR. You would monitor someone via signal intelligence through their cell phones! Okay? Okay. Now take the phrase "combat trafficking" what else could that mean. Say would DEFENDANTS like to MONITOR a falsely accused "combatant" that would be going overseas? WHY YES! It is DC double-speak. So this task force has two purposes—actual human trafficking and monitoring PLAINTIFF and establishing precedent by using PLAINTIFF based on perjured testimony, fabricated narratives, and coercion undertaken against PLAINTIFF. So let PLAINTIFF have HILLARY CLINTON describe the purpose:

XX. On February 1st, 2011, HILLARY CLINTON: "This is, as you probably saw on your schedules, the President's Interagency Task Force to Monitor and Combat Trafficking In Persons. This is mandated by the Congress because it is an issue of such great and grave

importance that Congress wanted as many members of the Cabinet and the heads of agencies to come together to discuss it once a year…Anywhere from 12 to 27 million people are currently held in forced labor, bonded labor, or forced prostitution. That's equivalent to <u>all the people who live in **London**</u> at the low end and the combined populations of <u>New York City,</u> <u>San Francisco,</u> and <u>Washington, D.C. at the high end</u>." Now why the heck would HILLARY CLINTON chose London of all places when talking about human trafficking in the United States? Do you know where actual human trafficking takes place in America? On the border in Texas, California, New Mexico, and Arizona. HILLARY CLINTON doesn't say Los Angeles or San Diego in California that are impacted by immigration and human trafficking, HILLARY CLINTON says San Francisco (where the tech hub is in America) which is more than 6 hours by car.

XX. On February 1st, 2011, HILLARY CLINTON continues: "The victims range from the men and women enslaved in fields, factories, and brothels to the girls and boys whose childhoods have been shattered and stolen, to the parents whose children have vanished. Whether they are far from home or in their own villages, they need and deserve our help and the help of the world… Today, I hope we can hear how we will take this work to the next level, how we can ensure that trafficking is an issue we continue to address within our agencies and throughout our government, and I hope we'll take on another important task – **ending the practice of punishing the victims of human trafficking.** For all the millions who are held in servitude, fewer than 50,000 have been officially identified as victims. Too many others are either ignored, or even worse, treated as criminals. So we need to do more to identify the true victims of human trafficking and help restore them to participation in our society… **I just want to kick off by describing several of our State Department initiatives.** First and foremost, we will publish another edition of our annual Trafficking in Persons Report. <u>Some countries have been downgraded and may be downgraded again automatically from Tier 2 Watch List to Tier 3, because they have not taken steps adequately to address trafficking.</u> <u>Now, this is an uncomfortable position for them to be in and for us.</u> And as **I travel around talking to heads of state and governments and ministers, they watch this very closely**, and **they often raise questions about their position on this list**… And finally, we are working with many partners to develop a voluntary international code of conduct for private security service providers. **Companies that sign the code** commit to not engage in human trafficking **and report allegations to competent authorities**. To date, nearly 60 private security companies have signed the code, including many that contract with the U.S. Government."[41]

XX. On February 1st, 2011, HILLARY CLINTON admits there is "several" State Department Initiatives; one of which is "trade is in the offing." Then PLAINTIFF doesn't fully understand what Tier system they are talking about, it could mean one of a few things: it could mean they are talking about how PLAINTIFF would undertake steps between different terminals in which tiers are the same thing as terminals, which makes sense to PLAINTIFF, but PLAINTIFF can't remember what terminals he was at in London and it was uncomfortable for PLAINTIFF because PLAINTIFF was prevented from leaving. The Prime Ministers and Heads of State (David Cameron, Singh, the Qatari sheiks, etc.) would want to do what HILLARY CLINTON wanted and their positions in how to execute the "offing" against PLAINTIFF. …… AT&T would report PLAINTIFF for trafficking via signal intelligence. PLAINTIFF alleges HILLARY

[41] https://2009-2017.state.gov/secretary/20092013clinton/rm/2011/02/155831.htm

CLINTON, HILDA L. SOLIS, ERIC HOLDER, JANET NAPLOLITANO, 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); **42 U.S.C. §1981**; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); **42 U.S.C. §1986;** 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.

XX. On February 1st, 2011, ATTORNEY GENERAL HOLDER got a chance to speak as well: "Well, I apologize to everyone for being late. __Bob__ (inaudible) __had given me a task that took a little longer than I anticipated.__ (Laughter.) But thank you, Secretary Clinton. It's an honor and a privilege to join my colleagues to mark the many breakthroughs that we've made over the past year and the momentum that we have generated for the year ahead in our fight to end human trafficking. Now this past year, and for the third year in a row, the Department of Justice has prosecuted more human trafficking cases than ever before. This modern day slavery is an affront to human dignity. And each and every case that we prosecute should send a powerful signal that human trafficking will not be tolerated in or by the United States… But we have more to do, and we have farther to go. On the 10th anniversary of the Trafficking Victims Protection Act last fall, I committed that the Justice Department would be launching a human trafficking enhanced enforcement **initiative to take our counter-trafficking enforcement efforts to the next level by building on the most effective tool in our anti-trafficking arsenal: partnerships**. Well, today, I am pleased to announce the launch of this initiative, which will streamline federal criminal investigations **and prosecutions** of human trafficking. The Departments of Homeland Security and Department of Labor have collaborated closely with the Justice Department in this historic effort, and I want to thank Secretaries Napolitano and Solis for their expertise and for their shared commitment… Now, as part of this fight against human trafficking, specialized anti-trafficking coordination teams, known as ACT teams, will be convened in a number of **pilot** districts nationwide. Under the leadership of the highest-ranking federal law enforcement officials in the district, these teams will bring together federal agents and prosecutors across agency lines to combat human trafficking threats, dismantle human trafficking networks, and bring traffickers to justice. The launch of these ACT teams will enable us to leverage the assets and the expertise of each federal enforcement agency more effectively than ever before. But we will not rest until this **unprecedented collaboration** translates into the results that matter most, the liberation of victims and the prosecution of traffickers…"42

XX. PLAINTIFF alleges in the previous paragraph that the 'BOB' ERIC HOLDER is referring to was indeed ROBERT MUELLER. The task that ROBERT MUELLER had given him was looking over "trade is the offing" because PLAINTIFF had previously canceled (to the best of his knowledge) his previous plan and it would take a while from the time PLAINTIFF canceled to the time PLAINTIFF actually went to London. PLAINTIFF wants to make a specific

---

42 https://2009-2017.state.gov/secretary/20092013clinton/rm/2011/02/155831.htm

allegation here. PLAINTIFF made a joke involving REBECCA WETHERBEE (next section) and that concerned human trafficking on top of the Alvarez story. If you note ERIC HOLDER'S exact phrasing, they had an initiative to take COUNTER trafficking (counter-terrorism) enforcement to the next level (i.e. next stop or stop in an airport: LONDON) in which their most effective tool was partnerships with British Intel, Indian Intel, and Qatar Airways. So ERIC HOLDER wanted to prosecute PLAINTIFF on fabricated evidence and materially misleading evidence in which they knowingly have used perjured testimony before. Then their ACT team would PILOT (i.e. aircrafts and pilots) PLAINTIFF to DC in which the highest ranking officials in America would prosecute PLAINTIFF for having arrived in Dulles. ERIC HOLDER, JANET NAPOLITANO, HILLARY CLINTON, LEON PANETTA, AND ROBERT MUELLER all violated: 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.

XX. On February 1st, 2011, SECRETARY NAPOLITANO: Well, thank you. And thank you, Secretary, for hosting this meeting. We are, indeed, proud to play a strong role in combating human trafficking as demonstrated by ICE's arrest last week at the JFK airport of a human trafficker who was one of its top ten most wanted persons. This past year, ICE, working with DOJ, initiated its highest ever number of cases with a nexus to human trafficking. Our success in combating human trafficking continues to be rooted in strong partnerships. This includes not only the partnership represented around this table today, but also state, local, tribal, international, nongovernmental, and private sector partners who see this problem every day on the ground… This is a fight that all of us around this table are committed to do. So I look forward to continuing on this work with my Cabinet colleagues and on all of our partners in order to combat this terrific problem.[43]

XX. On February 1st, 2011, ERIC HOLDER/JANET NAPOLITANO: To establish that Jones and Patronelli violated 21 U.S.C. § 843(b), the government must prove the knowing or intentional use of a communication device to commit, cause, or facilitate the commission of a narcotics offense. *See United States v. Phillips,* 664 F.2d 971, 1032 (5th Cir. 1981), *cert. denied,* 457 U.S. 1136, 102 S.Ct. 2965, 73 L.Ed.2d 1354 (1982). It shall be unlawful for any person knowingly or intentionally to use any communication facility in committing or in causing or facilitating the commission of any act or acts constituting a felony under any provision of this subchapter or subchapter II of this chapter.

JANET NAPOLITANO is talking about DHS' playing a strong role in regards to domestic "enemy" "combatants." It is a TERRific or TERRoist problem. So remember in *METH* that PLAINTIFF alleged that he was framed with bags of Meth in his dorm room Junior year, that is

---

exactly what they referring to here. So the planted bags of Meth in *METH* was being used to prosecute PLAINTIFF. They talked about local partnerships so PLAINTIFF is alleging that Sewanee PD and Franklin County Sheriff's office were in on the scheme against PLAINTIFF in METH in which it was the FBI and DHS that planted drugs in PLAINTIFF'S room in *METH*. Do you know what that also gives an inference to as well? If they were willing to plant false accusations against PLAINTIFF in METH, wouldn't it be in their interest to further the malicious and false accusations against PLAINTIFF in Big Brother Big Sister in which they intentionally set up PLAINTIFF with the Alvarez's for Nat Geo and MAP purposes? I believe so. International partners would include the United Kingdom and Germany. Kristina Khomova and Vera Pochtarev were probably snitches as well as Thao Bui and Ashley Macon. JANET NAPOLITANO violated: 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.

XX. The Fifth Circuit has ruled, twice, that a defense of governmental misconduct, which is separate and distinct from 'Entrapment,' may bar a criminal prosecution on due process grounds in *United States v. Marcello*, 508 F. Supp. 586 (E.D. La. 1981) (holding: governmental overreaching presents a cognizable and legitimate defense) and *United States v. Graves,* 556 F.2d 1319 (5th Cir. 1977), the court ruling that "[t]here is still available in appropriate cases a governmental misconduct defense grounded on the dual principles of due process and the supervisory powers of the court, but such a defense does not fall within the narrow confines of `entrapment' as that term has been explicated in Russell and Hampton."

XX. It is known that the Emir of Qatar visited Washington DC in February 2011, exactly one month prior to "trade is in the offing." Mail and wires were used to call Emir to come from Qatar to Washington DC in furtherance of the mail and wire fraud committed against PLAINTIFF and to further the following violations and conspiracy against PLAINTIFF in which they affirmed their plans to undertake their actions against PLAINTIFF in violation of 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.

XX. On 02/20/2011, there was some meeting with senior Qatari govt' officials (Minister of the Interior and Minister of Commerce) and the State Department. Part of the "good session"

included talking about issues "from near term 'tactical' concerns." PLAINTIFF alleges the near term tactical concern was about PLAINTIFF and "trade is in the offing." Mails and/or wires were used to call the Qatari Minister of the Interior and the Qatari Minister of Commerce, which is exactly in his domain of "trade is in the offing,"  in which the mail and wire fraud committed against PLAINTIFF was furthered as well as violations of 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights against PLAINTIFF, as well as furthering RICO Enterprise 1.

XX. Therefore, any business that concerns BOEING and Qatar is necessarily included in "trade is in the offing."

XX. HAROLD HONGJU KOH wrote on January 6th, 2011 to Hillary Clinton: "Hooray! That was an unbelievably complex and difficult meeting, but you are an absolutely amazing lawyer. You deftly got us to every position we have been trying to get to for months. And you were utterly forthright in speaking up for Principle and the Rule of Law. As always, I am so proud to know you and to work with you. Harold Hongju Koh The Legal Adviser."[44] Now PLAINTIFF is arguing that in this meeting HAROLD HONGJU KOH spoke of, they were talking about legally justifying "trade is in the offing." The only way HILLARY CLINTON and HAROLD HONGJU KOH could have got themselves to the position they were trying to get to for months in approving "trade is in the offing" against PLAINTIFF is the FACT that fabricated material evidence and fabricated materially misleading evidence was justified and relied upon. PLAINTIFF showed that with the cases he presented and argued, HILLARY CLINTON, ROBERT MUELLER, ERIC HOLDER, HAROLD HONGJU KOH, could not have reached the decision they reached. So HILLARY CLINTON, HAROLD HONGJU KOH, and unknown State and CIA officials violated 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.

XX. In January 2011, HILLARY CLINTON said the following remarks to the Embassy while in Qatar--"How can we work more closely and effectively with the United States?"  Others, still, working to enhance bilateral security. <u>Still others, working to strengthen trade between our countries.</u> <u>More than 120 American companies already operate in Qatar. Two-way trade with the</u>

---

44 https://wikileaks.org/clinton-emails/emailid/29242

United States has nearly tripled since 2003, and it even grew 40 percent, despite the global recession… And I hope *you'll think about new ways we can do it even better*….So, **before the planes fly away, we are going to have a chance** -- I'd like to say hello to all of you. If you kind of just -- I will start down there, and just come on up, and I will meet as many of you as I can **before I head to the airport**." [45]

XX. HILLARY CLINTON reaffirmed the plans in Qatar at the United States Embassy in which the employees of the United States Embassy in Qatar and Qatari representatives would ensure "trade in the offing" as she made a specific reference to increased trade and that there would be new ways they could do EVEN BETTER. HILLARY CLINTON violated: 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights. These statements directly tie Hillary Clinton, unknown others in working in strengthening trade between the United States and Qatar, and Qatar in "trade is in the offing." There goes HILLARY CLINTON talking about PLANES flying away (before PLAINTIFF can board) in which there was a rare development in the "trade is in the offing" email and here she is talking about how they are going to have the chance to do something. This is furtherance of 18 U.S.C. 1962(d) and 42 U.S.C. 1985 (3) in "the offing." Furthermore, two names are included: Joseph LeBaron and Mahmoud Kandathil (ph). Next,

XX. A CNN Article on 02/16/2011 stated the following: There was an email Hillary Clinton received on 02/16/2011 that talked about her and her foreign policy that was written by CNN, the following are excerpts from it: "**Clinton worked the phones the whole ride down to Haiti, talking to Defense Secretary Robert Gates, CIA Director Leon Panetta, National Security Adviser Tom Donilon, and British Foreign Secretary William Hague, [46]**among others, about Egypt… It was a fallout she herself had warned of just two weeks earlier. **In a dramatic speech in Qatar, Clinton warned Arab leaders their regimes would "sink in the sand" if they did not reform their autocratic governments and create opportunities for their young citizens**[47]… It is perhaps her toughest test yet as the nation's top diplomat. For two years, she has traveled the globe, talking about the need for countries to become more democratic, more open to technology, more open to the demands of the young… There is never a meeting where she is not the best prepared, there is never a meeting where she has not thought just about this meeting itself, but about what follows this meeting," said Kurt Campbell, assistant secretary of state for East Asia. "There is just an incredible mastery of the details. It's not just the legal brief -- you have to figure out how the world works, how it functions, how the issues are integrated."… "Hillary Clinton brought much-needed good balance and judgment to counter

[45] https://2009-2017.state.gov/secretary/20092013clinton/rm/2011/01/154593.htm
[46] PLAINTIFF makes an allegation below.
[47] HILLARY CLINTON threatened Qatar to do as she pleased to their complete devastation and destruction which shows only coercion against Qatar at the behest of the diabolical HILLARY CLINTON

some of the starry-eyed dreamers surrounding the president, who tend to reinforce his worst instincts about how fast any given situation can change," said Aaron David Miller, a Mideast negotiator for six secretaries of state and author of "The Much Too Promised Land," about the history of failed U.S. efforts in the Mideast peace process… The last few weeks have illustrated the complexities of diplomatic sausage-making inside the U.S. government, but since taking office, Clinton has kept her head down, proving herself to be a team player and tireless defender of the administration. She has been deferential to Obama in both public and private, never suggesting in any way she had an agenda other than his. "It's amazing that when she became secretary, every reporter in Washington was waiting for one inch of daylight (between her and Obama). That one inch of daylight would become one mile of daylight, which would then become a chasm of daylight," said Sandy Berger, former national security adviser in the Clinton administration and a close friend and adviser of Hillary Clinton's. "The fact there is no distance between them, in a town where division and conflict is the name of the game, I think is an enormous tribute to her… While acknowledging Clinton's considerable efforts to restore America's image, some critics have charged she has done little to consolidate these gains into advancing major foreign policy issues… Smart power means focusing on a package of national security challenges that don't fit easily into classic foreign policy boxes -- like women's empowerment, human trafficking, poverty, disease, internet freedom and climate change. These challenges, Clinton has argued, will do more to shape the 21st century than conflicts between states."

XX. HILLARY CLINTON, LEON PANETTA, TOM DONILON, WILLIAM HAGUE, ALISTAIR BURT, were not just talking about Egypt in which they were talking about PLAINTIFF and "Trade is the offing." They used the wires to further RICO ENTERPRISE 1 and to wire fraud against PLAINTIFF in violation of 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.. If ALISTAIR BURT was not on the call in this instance, then there were numerous times that WILLIAM HAGUE had provided ALISTAIR BURT and vice-a-versa information about "trade is in the offing" through the wires in violation of the aforementioned crimes that furthered RICO Enterprise 1 as well as violating the aforementioned crimes in *An Anchor and a Pitchfork*.

XX. Anne-Marie Slaughter sent an email on 03/06/2011 in which the content of which is completely censored except for the subject line of "Thank You." Hillary Clinton sent a response back that said: "it was my pleasure—and delight to meet her and all your family. And kudos to your tech trip. Only good reports."

XX. On March 08th, 2011. Tony Blair's office sends Jake Sullivan and Hillary Clinton and Huma Abedin a censored email.

XX. Jeffrey D. Feltman emailed Jacob Sullivan in which Jacob Sullivan was informed "that Hamad Bin Jassim (of Qatar) (HbJ) and Jeffrey D. Feltman had talked about Arabs and No Fly Zones." Jacob Sullivan forwarded the email to Hillary Clinton at 11:05 a.m on 03/10/2011. This occurred either on the same day or day prior to in which PLAINTIFF alleges that it confirms HbJ was in on "trade is in the offing" because PLAINTIFF would not be allowed to fly in their zones.

XX. On 03/10/2011, Jacob Sullivan emails Hillary Clinton and Huma Abedin about how Jeffrey D. Feltman "initiated notifications on the embassy suspicion so we can say we are "in the process." The rest of this should work. Note that we are not "suspending our relationship." TWO GENERAL FRAMES: with a question that is posed "Where do you stand on the No Fly Zone. Below some censored portions is the following list: "UNSCR, Arms embargo, asset freezes, travel bans, humanitarian action, outreach to the opposition, active planning for a range of contingencies, awacs 24-7 surveillance, suspending embassy operations."

XX. PLAINTIFF is alleging this was in reference to PLAINTIFF in which DEFENDANTS/State had PLAINTIFF under 24/7 surveillance at all time of the incident and did nothing to stop it. They talk about asset freezes like PLAINTIFF being frozen to prevented from flying, travel bans in which PLAINTIFF was "banned" from flying in Qatar and British zones, outreach to the opposition in which Qatar Airways reached out to PLAINTIFF directing PLAINTIFF at all times, they had meticulously planned Miki's Tea Party (far more than PLAINTIFF ever did in Peachy Miami), and most importantly, there were FRAMES as if PLAINTIFF had been FRAMED or prevented from leaving two locations.

XX. On March 10th, 2011, HILLARY CLINTON testified to Congress. It of course revolved around money and foreign policy. These are her remarks to Congress: "Thank you very much. I want to congratulate the Chairman upon assuming this important post at such a critical moment in world history, not just American history… I want to say a few words about these remarkable changes occurring across the Middle East [i.e. Qatar]. Yes, it's exciting and it also presents very significant challenges to America's position, to our security, and to our long-term interests...[In the context of middle east] I will be meeting with their **transitional** leaders, and I intend to convey strong support of the Obama Administration and the American people that we wish to be a partner in the important work that lies ahead, as they embark on a **transition** to a genuine democracy."

XX: The very next sentence HILLARY CLINTON says after talking about a transition  in the previous paragraph (The 'Offing' is a transition): "We know how difficult that will be. **This is the kind of challenge** that we have seen in other parts of the world. Some countries, such as most of those in the former Soviet Union and **Eastern** and Central **Europe, navigated those challenges successfully; others have not.**[48] Yea of course it is a challenge if 4 governments are conspiring against you and you still attempt to travel and live on in your life.

XX Carrying on from HILLARY CLINTON'S March 10th, 2011 comments: "And this is an unfolding example of how we are using the combined assets of diplomacy, development, and defense to protect our interests and advance our values. This integrated approach is not just how we respond to crises. It is the most effective – and cost-effective – way to sustain and advance

---

[48] https://2009-2017.state.gov/secretary/20092013clinton/rm/2011/03/158004.htm

our security. And it is only possible with a budget that supports all the tools in our national security arsenal. Now, I want to join my voice to those of the Chairwoman, who has made it very clear that the American people have a right to be justifiably concerned about our national debt. I am, too. But I know that we have so many tough decisions that we're facing right now, <u>that the American people also want us to be smart about the decisions we make and the investments that we are making in the future.</u> Just two years ago, I asked that we renew our investment in development and diplomacy, and we are seeing tangible results… The FY 2012 budget is a budget that will allow us to continue pressing forward. We think it is a lean budget for lean times. I launched the first-ever Quadrennial Diplomacy and Development Review to help us maximize the impact of every dollar. We scrubbed this budget and we made painful but responsible cuts. **We cut economic assistance** to Central and **Eastern Europe**, to the Caucasus, to Central Asia. We cut development assistance to over 20 countries by more than half."[49]

XX. DING DING DING in regard to the previous paragraph. It is a TITLE VI retaliation as well. So not only would HILLARY CLINTON force PLAINTIFF into labor because he was of Yugoslavian/Balkan ancestry in which she further continued to retaliate against PLAINTIFF in violation of 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights. PLAINTIFF alleges that HILLARY CLINTON took her actions against the Governments of Serbia and North Macedonia in 2011 as an additional retaliatory measure against PLAINTIFF because HILLARY CLINTON, ROBERT MUELLER, JEH JOHNSON, LEON PANETTA, etc would rob, steal, and fraudulently conceal PLAINTIFF'S work and hated everything about PLAINTIFF in which innocent people would be harmed because of features that PLAINTIFF had no control over from birth whether that was his autism or his Yugoslavian nationality.  As a reminder, Bill and Hillary Clinton bombed Serbia in 1999. So, the people of Serbia and North Macedonia experienced an economic harm because of Hillary Clinton's retaliatory actions against PLAINTIFF that was fueled by her animus against autistic and/or Yugoslavian people. Therefore, PLAINTIFF will include things that would benefit the Serbian and North Macedonian people as part of PLAINTIFF'S restitution because the harm flows from "trade is in the offing."

XX. HILLARY CLINTON continued on 03/10/2011: "Fourth, we are committed to making our foreign policy a force for domestic economic renewal. We work very hard on this to bring jobs back to the United States, to create more economic growth here at home. To give you one example, the eight open skies agreements we have signed over the last two years will open dozens of new markets to American carriers overseas. The Dallas-Fort Worth Airport, Madam Chairman, will support – which already supports 300,000 jobs, will see billions of dollars in new business. And I know that Chairwoman Granger calls that the economic engine of north Texas…. We have diplomatic relations with 190 countries. Having served in the Senate for eight

---

years, I know what it's like to get a phone call when an American citizen somewhere is in trouble in one of those 190 countries. And I know what it's like to be told as Secretary of State that somebody's in trouble in a country where we don't have adequate diplomatic relations. We have political officers defusing crises, development officers expanding opportunity, and economic officers working to make deals for American business… Generations of Americans have grown up successful and safe because we've stepped up. We think that in the world today we have more than we can say grace over, but we are positioned to try to deal with it. And we cannot do it unless we remember that our national security depends not just on defense, but on diplomacy and development working together unlike anything we've ever done historically today, to really deliver on America's security, our interests, and our values."[50]

XX. On 03/11/2011, HILLARY CLINTON said at PRESIDENT'S EXPORT COUNCIL (PEC)(CEOS): "I hope that we can do more to encourage more small and medium-sized businesses. When I do travel, *I try to do a commercial diplomacy event in many places*. I was in Australia where we did an event with Caterpillar, John Deere, Harley Davidson, **and GE.** When I was in Russia, I visited the Boeing engineering facility in Moscow and witnessed firsthand the extraordinary cooperation, not only between Russians and Americans but between Moscow, Chicago, and Seattle…"[51] First off, look at the name: PRESIDENT EXPORT. PLAINTIFF was exported and important from Chicago to London to Dulles. Hillary Clinton affirms that she was doing commercial diplomacy in my places and "trade is in the offing" can be commercial diplomacy, but ended up being corrupt commercial diplomacy. It affirms the GE indirectly benefitted from "trade is in the offing" as well as implicating Australia in "trade is in the offing." So, any GE service or product is possible; however, PLAINTIFF will just limit it to locomotives and aviation for later on. Here is an interesting twist as there could be so many interpretations. Most, if not all, of United Airlines' Boeing 777-200s were powered by a General Electric GE90 engines. Now if the British and British INTEL needed plausible deniability that they tampered with the plane's GE90 engines, have the Aussies come in and do it. So PLAINTIFF will allege that if it wasn't American INTEL nor British INTEL, then it was the Aussies. The British and Aussies both, as PLAINTIFF discussions in the restitution section below, donated twice and three times as much to CGI in which they would have a financial interest in ensuring the outcome of "trade is in the offing."

XX. HILLARY CLINTON continued on at PRESIDENT'S EXPORT COUNCIL (PEC)(CEOS) on March 11th, 2011: "One of my big pleas to the Congress in my testimony over the last two weeks was if you cut our budget, which of course we know everything will be cut, but if we cut our personnel, our biggest personnel load is in consular affairs. And when it comes to visa waivers, there are very strict standards that have to be met by the Department of Homeland Security. China, India, and Brazil do not meet them, and that's where a huge increase in visa applications are coming from." [52]PLAINTIFF alleges that Hillary Clinton caused some employees to be fired in consular affairs because they were fundamentally a part of "trade is in the offing." Then Hillary Clinton says: India do not meet them and that is where a huge increase in visa applications are coming from. That refers to PLAINTIFF'S trip to the Indian Embassy and DHS (as well as CIA, FBI) undertaking the operation against PLAINTIFF. PLAINTIFF is

[50] https://2009-2017.state.gov/secretary/20092013clinton/rm/2011/03/158004.htm
[51] https://2009-2017.state.gov/secretary/20092013clinton/rm/2011/03/158181.htm
[52] https://2009-2017.state.gov/secretary/20092013clinton/rm/2011/03/158181.htm

alleging that two days afterwards, PHILIP J. CROWLEY (the assistant secretary of state for public affairs) resigned. PLAINTIFF is alleging that he got fired because of PLAINTIFF and "trade is in the offing."

PLAINTIFF just said that India "does not meet them" and DHS meets them. Later on, Hillary Clinton at PRESIDENT'S EXPORT COUNCIL (PEC)(CEOS) says: "Senator Kerry and Senator McCain introduced bipartisan legislation in the Senate yesterday. We want to be able *to fund those enterprise zones*. We're going to use some OPIC dollars, some ExIm support. We are looking at the full range of our tools, but nothing beats private sector investments. **So *we hope that even in the midst of the uncertainty people who are there will stay there (dulles, London, etc)* and people who aren't there will take a look at what we think will be a really promising market if we can get some of the burdens off of the consumers and the business sector**."[53] PLAINTIFF alleges this is absolutely in reference to PLAINTIFF and "trade is in the offing." Now here is another thing PLAINTIFF is alleging: Since Smith v. Maryland in 1979, SCOTUS ruled there was no expectation of privacy of data held by third parties (for all intents and purposes); now instead of the cost being imposed on private parties like Alphabet, AT&T, Verizon, etc, what if the Government can come in with one fell swoop and not have the burden of forcing third parties to produce the data (i.e. Patriot Act) in which different foreign intelligence agencies can come in with one fell swoop and obtain the data in third parties to be an independent source in which they could all share data with no repercussions and especially no pesky thing called the 4th Amendment prohibiting unreasonable searches and seizures of documents held within third parties and foreign countries? That was part of the "trade is in the offing." So that means Tech DEFENDANTS necessarily have a financial interest because it would decrease the cost they spend on production in litigation, litigation itself, etc in regards to data held and stored by Tech DEFENDANTS. The scheme works by this: say American Intel is tainted and American intel needed my documents to prosecute PLAINTIFF; they need the evidence; so how can they get it? well why not have the Brits without a warrant access Alphabet's servers in the UK and in America in which the Brits give American Intel "untainted" evidence to be used against PLAINTIFF. That's obstruction of justice. On top of that, they enrich themselves so it's a win-win for DEFENDANTS with no liability to them as they have effectively ruined PLAINTIFF'S life in which no one would want to side with PLAINTIFF.

XX. On 03/11/2011, Hillary Clinton's schedule consisted of: receiving a presidential daily brief; having a daily senior staff meeting at State; allegedly filming a tape for "Patrons of Diplomacy;" at 10:30 Hillary Clinton had Meeting w/ PRESIDENT'S EXPORT COUNCIL (PEC)(CEOS) (PLAINTIFF is alleging this is a meeting about PLAINTIFF); PLAINTIFF cannot account for HILLARY CLINTON in what she is doing between 11-12 at State seems to be like bullshit at the State Department on 03/11/2011; eventually, she would wind her way up to New York LaGuardia Airport; then around 7:45pm, she would arrive at the United Nations and then end up back at her private home in New York at 10pm."

XX. Jumping a little back as this email is so important because of its applicability in different sections: on 02/18/2011: Huma Abedin wrote to HILLARY CLINTON: [Subject: last min note on abbas): DANIEL suggested the following idea: if we could get the Emir of Qatar (not HbJ) to immediately convene a meeting of the **AL-Follow**-up Committee in Doha for today or tommrow

[53] https://2009-2017.state.gov/secretary/20092013clinton/rm/2011/03/158181.htm

that would allow the arabs to consider and to try to further negotiate the package, and the committee would request the UNSC to delay a vote until Monday, that would give 72 hours for the P's to work with the US on the package."

What PLAINTIFF is alleging is since SCOTUS granted cert to *Ashcroft v. al-Kidd*, 563 U.S. 731 (2011) in October 2010 and didn't decide it until May 2011, two months after "trade is in the offing" occurred, whomever this DANIEL they are referring to is, it shows and establishes the connection between ERIC HOLDER, SCOTUS, NEAL KATYAL, "trade is in the offing," in which SCOTUS would absolve Qatar and NEAL KATYAL, HAROLD KOH, and ERIC HOLDER and any other attorneys involved in "trade is in the offing" of the constitutional deprivations that occurred that they authorized to happen. Similarly, PLAINTIFF is alleging that HILLARY CLINTON, HUMA ABEDIN, "DANIEL," wanted to interact with the Emir of Qatar instead as to prevent PLAINTIFF from holding the Emir of Qatar liable in which it would be argued that he should be given head of state immunity under FSIA.

XX. The same day of the "trade is in the offing" occurs on 03/11/2011, Hillary Clinton goes to the UN and PLAINTIFF alleges she talked to Indian representatives, Qatar representatives, or British representatives about "trade is in the offing" in furtherance of RICO Enterprise 1 in which everyone she talked to has now become an accessory after the fact.

XX. As PLAINTIFF will allege and argue later, HBJ and the Emir both know that Qatar and Qatar Airways must "further negotiate the package" in which it means they are inducing PLAINTIFF to act in a certain way at London-Heathrow airport because package is referring to PLAINTIFF and they must necessarily talk to PLAINTIFF in order to commit legal fraud upon PLAINTIFF.

XX. Furthermore, when Huma Abedin wrote it would allow "P's to work with the US on the package" (note: package (singular) and not plural), it meant getting PETER STRZOK involved with "trade is in the offing."

XX. On 03/11/2011, CHERYL MILLS was privy to an email in which Nicole A. Wilett sent the following email: "hang tight folks-waiting on availability from a few here before we lock in time, <u>ideally before 12</u>. After that Mary and others head into an afternoon of meetings. I am assuming we can do this on an open line <u>given access issues</u> for some involved unless **anyone shouts**." PLAINTIFF shouted and screamed at DULLES and the lock in time of 12 referred to the luncheon in the "trade is in the offing" email. Furthermore, if there are access issues, PLAINTIFF had access issues throughout his experience at London-Heathrow and Dulles in which DEFENDANTS had access to PLAINTIFF'S phone and had directed him to take the Flight to Dulles as previously alleged. PLAINTIFF alleges CHERYL MILLS violated: 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880

(receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.

XX. Stephen Mull sent Cheryl Mills an email on 03/11/2011at 5:57pm that said: [censored subject line] Has decided to quit the State Department. So he won't get any teachable moment with us. Cheryl Mills sent an email at 03/11/2011 that said: "FYI—the former [censored previous email] desk hand who caused the fervor."   PLAINTIFF is just including it because it seems important and PLAINTIFF can't tell who they are referring it but PLAINTIFF alleges it is him.

XX. The Offing happened on either 03/10/2011 03/11/2011. So from now on, view the dates, how the tone of the emails changed after their terrorist act was accomplished and completed, their emphasis on a job well done, and the purpose of such that was made in subsequent speeches.

XX. HILLARY sent CHERYL MILLS an email with the subject line of: "Jake says Jim took the job?" on 03/13/2011. The content of the mail says: "Yes--he told me Friday he was leaning but not there yet and said he would decide for sure Monday. I will give you what details I gleaned when we talk next.  Is the P.I announcement out yet? Also, I told Bill about the Zuma call and he is willing." PLAINTIFF is alleging the Jim they are referring to is: James Comey in which New York would prosecute PLAINTIFF after "trade is in the offing" in which a tribunal would be utilized against PLAINTIFF because of what PLAINTIFF alleges HbJ said in restitution below.

XX. April 13th, 2011 it was reported that Emir Sheikh Hamad bin Khalifa al-Thani is meeting with Vice President Joe Biden on Wednesday and with President Barack Obama at the White House on Thursday.[54] They conspire together.

XX. Secretary Gates met with Amir of Qatar Amir Hamad bin Khalifa Al-Thani on April 14th, 2011 at the Four Season's Hotel In Washington D.C. They conspire to coverup the offing.

XX. On 03/19/2011 (PLAINTIFF will discuss these two emails more in depth in the *Devil Reincarnate*), DEFENDANTS HILLARY CLINTON sent HUMA ABEDIN on 03/19/2011 at 08:43 am the following email with the subject line "Re: Need to talk - pls call:" The Content of the email: "Can you get my *berry* and charge. I don't think the socket in the room worked."[55] HUMA ABEDIN and HILLARY CLINTON had this email on 04/11/2011: "also, seems like we are all on the same page regarding no qatar? its also too tough logistically without blowing up your schedule. and you would have to make *hbj delay* the meeting when all other ministers are asking him to make it earlier and earlier. the whole thing would be a mess."[56] PLAINTIFF alleges HILLARY CLINTON, HBJ, and HUMA ABEDIN violated: 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18

[54] https://www.reuters.com/article/uk-qatar-usa/analysis-visit-highlights-qatars-growing-role-as-u-s-ally-idUKTRE73C5T320110413
[55] https://wikileaks.org/clinton-emails/emailid/28438
[56] https://wikileaks.org/clinton-emails/emailid/31791

U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights. PLAINTIFF is alleging these two emails are in reference in trying to charge PLAINTIFF with some unknown crime after his "offing" in London and DULLES in which DEFENDANTS got richer. So something came up between 03/19/2011 and 04/11/2011 in which a post-analysis of the legal implications of their actions was done and probably that is why they decided not to charge PLAINTIFF with anything. So DEFENDANTS burned down PLAINTIFF'S home in which some anonymous people reported explosions in which PLAINTIFF did not do anything to burn down his home in which DEFENDANTS murdered his cat in May 2010. Then DEFENDANTS tried to get PLAINTIFF for selling drugs (which was false in *METH*) thereby falsely making a case under narcoterrorism. All their actions were so necessarily prejudicial against PLAINTIFF and a complete continuation and fabrication scheme against PLAINTIFF to rob him of his constitutional interests, make him an indentured servant, and more atrocious actions.

XX. Jake Sullivan wrote to Hillary Clinton on 04/08/2011 with the "Subject: QATAR." The email is the following format:[57]
"I talked to Bill at some length. We reached the same conclusion tentatively that you do not need to go to Doha. I

say tentatively because this one could go either way.

both Bill and I will
entirely understand. But pushed to a bottom line, we both come out on the don't-go side."


XX. Subject: Mini Schedule 4/12/11 Tuesday 8:45 am DEPART Private Residence *En route Four Seasons Hotel.[58] What was that saying by 'Q' or DONALD TRUMP or MIKE PENCE? Follow the lodestar. That is it. So PLAINTIFF will follow the lode star Justification of "trade is in the offing" and what to talk about with BIN KHALIFA AL-THANI.

#1: 9:00 am BKFST w/HIS HIGHNESS SHEIKH HAMAD BIN KHALIFA AL-THANI,
#2: 10:00 am AMIR OF QATAR, Four Season Hotel Room*Camera spray preceding.
#3: 10:05 am DEPART Four Seasons Hotel *En route State Department
#4: 12:10 pm YANDONG Madison/Monroe Room *Pooled camera spray.
#5: 4:50 pm DEPART State Department *En route White House.
#6: 5:35 pm DEPART White House *En route State Department
#7: 8:20 pm DEPART Kennedy Center *En route Mellon Auditorium
#8: 9**: t5** pm DEPART Mellon Auditorium *En route Private Residence

This is a stretch, but it would make sense.
**#1:** BKFST= **BK** (Branko Kotevski or Bankruptcy) **FS** (FISA) **T** "Terrorism"  (false allegation that home burned down because of parents' Bankruptcy in Roof, Roof is on Fire)(so false

[57] https://wikileaks.org/clinton-emails/emailid/28184
[58] https://wikileaks.org/clinton-emails/emailid/28138

coercion and confessions by Joe Bello and *Peachy Miami*) along with HIS HIGHNESS=false allegations using Britney Rose message, *TAR*, and *METH*.

**#2:**Is it AMIR or EMIR? AM=Ashley Macon & IR interracial dating preferences at the time. State Department knows the difference between AMIR and EMIR.
(camera spray preceding can be interpreted as the following) a legal preceding before or about: Camera= **CA**lifornia**ME**(midyear exam)**RA**(residential advisor Josh King or Peter M.). Spray= **SP** special person **Ray**? WRAY? Or ocean SPRAY for Dad.
Pooled (POO led).

**#3:** DEPART= **DE**(Germany and Financial Terrorism) **PA**(Pennsylvania and Camp Wayne) **RT**= **R**ussia and **T**errorism. EN route=English route (i.e. trade is in the offing)

**#4:**

**#5:** DEPART= **DE**(Germany and Financial Terrorism) **PA**(Pennsylvania and Camp Wayne) **RT**= **R**ussia and **T**errorism. EN route=English route (i.e. trade is in the offing)

**#6:** DEPART= **DE**(Germany and Financial Terrorism) **PA**(Pennsylvania and Camp Wayne) **RT**= **R**ussia and **T**errorism. EN route=English route (i.e. trade is in the offing). Coordination and conspiracy with the White House and shared info about PLAINTIFF and Hillary Clinton and EMIR SHEIKH Qatar conspiracy.

**#7:** En Route "trade is the offing" and PLAINTIFF'S melon shaped head and *big brothers big sisters* in the auditorium.

**#8:** T5= Terminal 5 at O'Hare so CBP and DHS. 9= Title IX allegations by Maxine Johnson and Griffin Fry in *Whoopsie* and *Peachy Miami*.

XX. Do you want to know how irony in PLAINTIFF'S life played itself out? PLAINTIFF specifically remembers when discussing with WARWICK ALLEN in *An Anchor and a Pitchfork* one of the reasons why PLAINTIFF deleted HILLARY CLINTON'S emails was that because of something to the effect of: "what am I going to do with her schedule or why do I need her schedules." American INTEL would most definitely had PLAINTIFF saying that and recorded PLAINTIFF saying that.

XX. PLAINTIFF is alleging that HILLARY CLINTON, JAKE SULLIVAN, JOHN O. BRENNAN, LEON PANETTA, ROBERT MUELLER, JANET NAPOLITANO, ERIC HOLDER, HAROLD HONGJU KOH knew PLAINTIFF requested to go to DOHA and was rejected in which "this one could go either way." Either way, both of them acknowledge and know they intentionally kidnapped PLAINTIFF and committed an act of international and domestic terrorism against PLAINTIFF.

XX. What did BARACK OBAMA tell the British Parliament in May 2011? The following: "Together, we have met great challenges.  But as we enter this new chapter in our shared history, *profound challenges stretch before us*.  In a world where the prosperity of all nations is

now inextricably linked, a new era of cooperation is required to ensure the growth and stability of the global economy.  As new threats spread across borders and oceans, we must dismantle terrorist networks and stop the spread of nuclear weapons, confront climate change and combat famine and disease.  And as a revolution races through the streets of the Middle East and North Africa, the entire world has a stake in the aspirations of a generation that longs to determine its own destiny. These challenges come at a time when the international order has already been reshaped for a new century.  Countries like China, **India,** and Brazil are growing by leaps and bounds.  We should welcome this development, for it has lifted hundreds of millions from poverty around the globe, and created new markets and opportunities for our own nations... And even as more nations take on the responsibilities of global leadership, our alliance will remain indispensable to the goal of a century that is more peaceful, more prosperous and more just. At a time when threats and challenges require nations to work in concert with one another, we remain the greatest catalysts for global action.  In an era defined by the rapid flow of commerce and information, it is our free market tradition, our openness, fortified by our commitment to basic security for our citizens, that offers the best chance of prosperity that is both strong and shared…. That begins with our economic leadership. Adam Smith's central insight remains true today:  **There is no greater generator of wealth and innovation** than a system of free enterprise that unleashes the full potential of individual men and women.  That's what led to the Industrial Revolution that began in the factories of Manchester.  That is what led to the dawn of the Information Age that arose from the office parks of Silicon Valley.  That's why countries like China, **India** and Brazil are growing so rapidly -- **because in fits and starts, they are moving toward market-based principles that the United States and the United Kingdom have always embraced…**   *__In other words, we live in a global economy that is largely of our own making.__*  And today, the competition for the best jobs and industries favors countries that are free-thinking and forward-looking; countries with the most creative and innovative and entrepreneurial citizens… But in today's economy, such threats of market failure can no longer be contained within the borders of any one country… And we share a common interest in development that advances dignity and security.  To succeed, we must cast aside the impulse to look at impoverished parts of the globe as a place for charity.  Instead, we should empower the same forces that have allowed our own people to thrive:  We should help the hungry to feed themselves, the doctors who care for the sick.  **We should support countries that confront corruption,** and allow their people to innovate.  And we should advance the truth that nations prosper when they allow women and girls to reach their full potential."[59]

XX. Confirmed. "trade is in the offing" was counterterrorism precedent in which both countries would obtain more commerce and wealth in which PLAINTIFF was to be used like a slave in which they fabricated material lies against PLAINTIFF and enriched themselves in the process.

XX. HAROLD HONGJU KOH, HILLARY CLINTON, and Larry (last name unknown) wrote on October, 20th, 2011: "I'm so happy things have worked out thus far as they did in Lybia, Harold -- happy for the people there, happy for NATO, happy for the administration, and happy

[59] https://obamawhitehouse.archives.gov/the-press-office/2011/05/25/remarks-president-parliament-london-united-kingdom

for you personally. It's true that I was among the people who were unpersuaded by your and the WH's legal view of what constitute "hostilities," anIknow hindsight can be 20/20, but in retrospect I have to say that your view of the matter may have been the wiser one. We obviously can't know precisely what the future there will hold, but thus far it's a marvelous triumph and one that sacrificed no American lives and relatively little American treasure. Larry Sent from my iPhone."[60] So HAROLD HONGJU KOH, HILLARY CLINTON, and the White House were all in agreement of what constituted "hostilities." But PLAINTIFF alleges that fabricated evidence and materially false evidence was used in which there was no way they could have reached the conclusion they did with PLAINTIFF except for relying on perjured testimony and instances of DEFENDANTS murdering PLAINTIFF'S cat, conspiring with Sewanee PD, fabricating evidence repeatedly.

XX. The Court in *Sedima, S.P.R.L. v. Imrex Co.*, 473 U.S. 479 (1985) discussed and necessarily approved of the following: "Mail and Wire Fraud found to have occurred: Courts have sanctioned prosecutions based on deprivations of such intangible rights as a shareholder's right to "material" information, *United States* v. *Siegel*, 717 F.2d 9, 14-16 (CA2 1983); a client's right to the "undivided loyalty" of his attorney, *United States* v. *Bronston*, 658 F.2d 920, 927 (CA2 1981), cert. denied, 456 U.S. 915 (1982); an employer's right to the honest and faithful service of his employees, *United States* v. *Bohonus*, 628 F.2d 1167, 1172 (CA9), cert. denied, 447 U.S. 928 (1980); and a citizen's right to know the nature of agreements entered into by the leaders of political parties, *United States* v. *Margiotta*, 688 F.2d 108, 123-125 (CA2 1982), cert. denied, 461 U.S. 913 (1983)."

XX. The Court in *United States v. Margiotta*, 688 F.2d 108 (2d Cir. 1982) found and ruled on the basic principle: "fraudulent schemes designed to cause losses of an intangible nature clearly come within the terms of the statute. *See United States v. Bronston,* 658 F.2d 920 (2d Cir. 1981)…A number of courts have approved the prosecution of allegedly corrupt politicians who did not deprive the citizens of anything of readily identifiable economic value. *See, e.g., United States v. Mandel, supra; United States v. Keane,* 522 F.2d 534 (7th Cir. 1975)… "From these cases, a basic principle may be distilled: ***a public official may be prosecuted under 18 U.S.C. § 1341 when his alleged scheme to defraud has as its sole object the deprivation of intangible and abstract political and civil rights of the general citizenry. The definition of fraud is thus construed broadly to effectuate the statute's fundamental purpose in prohibiting the misuse of the mails to further fraudulent enterprises of all kinds.'"*** *United States v. Margiotta*, 688 F.2d 108 (2d Cir. 1982)."

XX. The *United States v. Margiotta*, 688 F.2d 108 (2d Cir. 1982) court cited *United States v. Keane*, 522 F.2d 534 (7th Cir. 1975) in their ruling. The *United States v. Keane*, 522 F.2d 534 (7th Cir. 1975) provided the following facts in which the court found mail fraud had been committed: "On May 2, 1974, a 21-count indictment was returned against the defendant Keane (a former Alderman in Chicago). The indictment alleged a mail fraud scheme in violation of 18 U.S.C. § 1341 in which Keane would purchase through nominees, ***in some case with advance information,*** tax delinquent properties at the Cook County scavenger ***sale*** in 1966; that ***these properties*** would be ***held*** in various land trusts without ***disclosure of the beneficiaries***; that they

[60] https://wikileaks.org/clinton-emails/emailid/5430

would receive favorable treatment, in having certain **_encumbrances removed_**, by the City Council and its various committees and subcommittees, without **_disclosure_** of **_Keane's interest_** in the properties and with Keane voting on matters that favorably affected his interest; that Keane would vote to authorize the acquisition of parcels in areas in which there were properties in which he had an interest **_and that he used his position and influence to aid in the sale of the properties to various private and governmental interests_**."

> PLAINTIFF is going to call these the *Keane* facts:
> 1) you had a government official,
> 2) who had advanced information,
> 3) that involved sales of properties or assets of poor people,
> 4) that there was material information that was intentionally withheld or omitted that furthered the scheme that would reveal the ownership of the properties and reveal the scheme and/or that there was money from the scheme was deposited into an account or a trust at bank in which material facts were omitted
> 5) that the schemers would receive favorable treatment through the removal of obstacles by government officials
> 6) that someone's interest was intentionally omitted and withheld from government officials to further the scheme in which decisions were made on material omissions
> 7) that because of #1, #4, #5, and #6, the government official, through their trust and power bestowed upon that government official by the people, had an ability to take actions that would create benefits for that official in the area they had control over
> 8) the government official used their influence to aid in the sale of the properties to various private and governmental interests."


XX. HILLARY CLINTON, LEON PANETTA, TOM DONILON, WILLIAM HAGUE, ALISTAIR BURT, were not just talking about Egypt in which they were talking about PLAINTIFF and "Trade is the offing." They used the wires to further RICO ENTERPRISE 1 and to wire fraud against PLAINTIFF in violation of 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.. If ALISTAIR BURT was not on the call in this instance, then there were numerous times that WILLIAM HAGUE had provided ALISTAIR BURT and vice-a-versa information about "trade is in the offing" through the wires in violation of the aforementioned crimes that furthered RICO Enterprise 1 as well as violating the aforementioned crimes in *An Anchor and a Pitchfork*.

XX. Anne-Marie Slaughter sent an email on 03/06/2011 in which the content of which is completely censored except for the subject line of "Thank You." Hillary Clinton sent a response back that said: "it was my pleasure—and delight to meet her and all your family. And kudos to your tech trip. Only good reports." March 08th, 2011. Tony Blair's office sends Jake Sullivan and Hillary Clinton and Huma Abedin a censored email.

XX. Jeffrey D. Feltman emailed Jacob Sullivan in which Jacob Sullivan was informed "that Hamad Bin Jassim (of Qatar) (HbJ) and Jeffrey D. Feltman had talked about Arabs and No Fly Zones." Jacob Sullivan forwarded the email to Hillary Clinton at 11:05 a.m on 03/10/2011. This occurred either on the same day or day prior to in which PLAINTIFF alleges that it confirms HbJ was in on "trade is in the offing" because PLAINTIFF would not be allowed to fly in their zones.

XX. On 03/10/2011, Jacob Sullivan emails Hillary Clinton and Huma Abedin about how Jeffrey D. Feltman "initiated notifications on the embassy suspicion so we can say we are "in the process." The rest of this should work. Note that we are not "suspending our relationship." TWO GENERAL FRAMES: with a question that is posed "Where do you stand on the No Fly Zone. Below some censored portions is the following list: "UNSCR, Arms embargo, asset freezes, travel bans, humanitarian action, outreach to the opposition, active planning for a range of contingencies, awacs 24-7 surveillance, suspending embassy operations."

XX. PLAINTIFF is alleging this was in reference to PLAINTIFF in which DEFENDANTS/State had PLAINTIFF under 24/7 surveillance at all time of the incident and did nothing to stop it. They talk about asset freezes like PLAINTIFF being frozen to prevented from flying, travel bans in which PLAINTIFF was "banned" from flying in Qatar and British zones, outreach to the opposition in which Qatar Airways reached out to PLAINTIFF directing PLAINTIFF at all times, they had meticulously planned Miki's Tea Party (far more than PLAINTIFF ever did in Peachy Miami), and most importantly, there were FRAMES as if PLAINTIFF had been FRAMED or prevented from leaving two locations.

**XX. PLAINTIFF alleges that SCOTUS knew of "trade is in the offing" in which the following cases were intentionally ruled on in furtherance of RICO Enterprise 1 to deliberately and willfully deny PLAINTIFF restitution for his forced labor: Integrity Staffing Solutions, Inc. v. Busk , 574 U.S. 27 (2014)**


Under their oral agreement of employment, however, petitioners undertook to stay in the fire hall on the Company premises, or within hailing distance, three and a half to four nights a week. This involved no task except to answer alarms, either because of fire or because the sprinkler was set off for some other reason. No fires occurred during the period in issue, the alarms were rare, and the time required for their answer rarely exceeded an hour. For each alarm answered, the employees were paid, in addition to their fixed compensation, an agreed amount, fifty cents at first, and later sixty-four cents. The Company provided a brick fire hall equipped with steam heat and air-conditioned rooms. It provided sleeping quarters, a pool table, a domino table, and a radio. The men used their time in sleep or amusement as they saw fit, except that they were required to stay in or close by the fire hall and be ready to respond to alarms. It is stipulated that

"they agreed to remain in the fire hall and stay in it or within hailing distance, subject to call, in event of fire or other casualty, but were not required to perform any specific tasks during these periods of time, except in answering alarms."

For reasons set forth in the *Armour* case, decided herewith, we hold that no principle of law found either in the statute or in Court decisions precludes waiting time from also being working time. We have not attempted to, and we cannot, lay down a legal formula to resolve cases so varied in their facts as are the many situations in which employment involves waiting time. Whether, in a concrete case, such time falls within or without the Act is a question of fact to be resolved by appropriate findings of the trial

Page 323 U. S. 137

court. *Walling v. Jacksonville Paper Co.,* [317 U. S. 564](), [317 U. S. 572](). This involves scrutiny and construction of the agreements between the particular parties, appraisal of their practical construction of the working agreement by conduct, consideration of the nature of the service, and its relation to the waiting time, and all of the surrounding circumstances. Facts may show that the employee was engaged to wait, or they way show that he waited to be engaged. His compensation may cover both waiting and task, or only performance of the task itself. Living quarters may in some situations be furnished as a facility of the task and in another as a part of its compensation. The law does not impose an arrangement upon the parties. It imposes upon the courts the task of finding what the arrangement was.

**Skidmore v. Swift & Co., 323 U.S. 134 (1944)**

# XX. "TRADE IS IN THE OFFING" IS BOTH A COMMERCIAL ACTIVITY AND/OR A STATE ACT UNDER FSIA.

XX. The fundamental next question becomes **what exactly is the *legal nature* of "trade is in the offing" from a legal perspective.** The facts are the following: DEFENDANTS came to an agreement by 09/24/2010 as to the nature and purpose of the "trade is in the offing" plan—initial trade (i.e. commercial acts) in addition to a political purpose to which India, Britain, Qatar, and United States came into an agreement about in which they would derive even more commercial products and acts. Commercial acts are not political decisions. Two things can be true at once— it is both commercial and political. So legally this creates a little quaqmire is it commercial or is a state decision. ODEFENDANTS devised a plan for PLAINTIFF to take a series of intentionally created steps in which DEFENDANTS necessarily coerced PLAINTIFF into taking when they knew how much PLAINTIFF had PLAINTIFF'S financial means didn't have the money or means

XX. PLAINTIFF is going to argue that whether "trade is in the offing" is a commercial act or if it is a state decision, it leads to the same result. PLAINTIFF is arguing that it is both commercial act and/or a state decision in which there is no immunity over.

# (1)XX: **"TRADE IS IN THE OFFING" IS A COMMERCIAL ACTIVITY UNDER FSIA.**

XX. First, "trade is in the offing" is a commercial act under FSIA in which government officials created it and decided it is immaterial in this case. Trade is in the offing was about trade that would happen both *before and after* "the offing" occurred in which DEFENDANTS would get even more trade. The underlying theme is that from start to finish was about trade (commercial activity) with an intermediate step in between that was both commercial and political in nature. The dual nature of the intermediate step does not negate the nature of the commercial activity prior to and after "the offing" occurred. Say you own an ice cream shop and listed on the menu is an ice cream sundae. It is a "secret" condition that a cherry would be put on top of the ice cream sundae when it is being created, made, sold, and presented to a customer in which in the course of making the sundae, a cherry is put on top of the sundae. Putting a cherry on top of a sundae doesn't make the sundae a fruit salad. It's still a sundae and it's still commercial activity. Even more so, the court in *Southway v. Central Bank of Nigeria*, 198 F.3d 1210 (10th Cir. 1999) (hereon: *Southway*), the court discussed *Cicippio v. Islamic Republic of Iran*, 30 F.3d 164 (D.C. Cir. 1994) (hereon: *Cicippio*) in which the *Southway* Court said the court in *Cicippio* suggested that the illegal character of alleged acts may be irrelevant in judging their commercial character under the FSIA. Even if it can be argued that act of trade is in the offing was a state act, there is no doubt as to the illegality of the state act in trade is in the offing; and if the illegality of the decision is irrelevant in determining the commercial activity under FSIA, then "trade is in the offing" is commercial activity under FSIA. Furthermore, the *Southway* court said: "FSIA defines "commercial activity" as "either a regular course of commercial conduct or a particular commercial transaction or act. The commercial character of an activity shall be determined by reference to the nature of the course of conduct or particular transaction or act, <u>*rather than by reference to its purpose*</u>." 28 U.S.C. §1603(d). In *Republic of Argentina v. Weltover*, 504 U.S. 607 (1992), the Supreme Court further explained the meaning of "commercial" as used in the FSIA: we believe that illegal acts may be done "in connection with" a commercial activity as to invoke the FSIA's commercial activity exception. [W]hen a foreign government acts, not as regulator of a market, <u>***but in the manner of a private player within it,***</u> the foreign sovereign's actions are "commercial" within the meaning of the FSIA. . ." [B]ecause the Act provides that the commercial character of an act is to be determined by reference to its "nature" rather than its "purpose," 28 U.S.C. § 1603(d), **the question is not whether the foreign government is acting with** a profit motive or **instead with the aim of fulfilling uniquely sovereign objectives.** Rather, the issue is whether the particular actions that the foreign state performs (<u>whatever the motive behind them</u>) are the *type* of actions by which a private party engages in "trade and traffic and commerce." *Southway v. Central Bank of Nigeria*, 198 F.3d 1210, 1217 (10th Cir. 1999). Furthermore, this is supported by the following: In addition, the Supreme Court has made it clear that the sovereign's motive for the commercial activity may not be considered: "it is irrelevant *why* [a sovereign] participated in [a commercial market] in the manner of a private actor; it matters only that it did so." *Id.*, <u>504 U.S. at 617</u> (emphasis in original). As our Court of Appeals recently noted, "in practice [this standard] means **rejecting any argument that rests on the foreign state's *reasons* for undertaking the activity alleged to be commercial.**" *El-Hadad v. United Arab Emirates*, 469 F.3d 658, No. 06-7075, 2007 WL 2141943, at *14 (D.C. Cir. Jul. 27, 2007) (emphasis in original). *Chalabi v. Hashemite Kingdom of Jordan*, 503 F. Supp. 2d 267 (D.D.C. 2007). It is immaterial if "trade is in the offing purpose was political," The United

States, Qatar, India, and United Kingdom were all private players in the marketplace in "trade is in the offing" in the commercial marketplace partaking in commercial activity.

XX. Because "trade is in the offing" is a commercial act, materially and more importantly, the plan of "the offing" necessarily required the indispensable PLAINTIFF to affirmatively act in accordance to and follow *DEFENDANTS' proscribed and directed manner and tasks* in which DEFENDANTS would obtain $14,900,000,000, BOEING got to sell planes, defense companies sold arms, Qatar Airways would receive cheaper planes, parts, and services from BOEING, British Airways would receive cheaper planes, parts, and services from BOEING, INDIA got the "deliverables" they wanted, BRITAIN/5 Eyes got more 5 Eyes resources from the Americans, and further additional benefits, so long as the completely indispensable PLAINTIFF completed his tasks according to their proscribed and directed manner--this completion of tasks done in the direction of DEFENDANTS for their complete benefit in which no one else could have done their tasks the way PLAINTIFF did because of what he meant to DEFENDANTS necessarily makes it employment by DEFENDANTS. PLAINTIFF at no time was offered the ability to negotiate his salary in his completion of tasks in which DEFENDANTS necessarily omitted the benefit DEFENDANTS would derive from PLAINTIFF'S employment/work for them. For all intents and purposes, this is called Slavery where one is legally forced to work at the direction of someone and having an act of international and domestic terrorism against PLAINTIFF in the process. Simply, PLAINTIFF labored for DEFENDANTS. So now PLAINTIFF is seeking compensation for his employment and work for DEFENDANTS knowing the true value and the complete conditionality of "trade is in the offing" in which PLAINTIFF was worth more than $14,900,000,000 and numerous aircraft sales to Qatar, India, and Britain and Boeing because that is the exact price DEFENDANTS placed on PLAINTIFF at the time for his employment for PLAINTIFF'S labor. Whether or not PLAINTIFF consented to "the offing" is immaterial. It is the fact that proscribed and directed steps were undertaken and performed beautifully by PLAINTIFF in which PLAINTIFF labored for DEFENDANTS by providing his services to DEFENDANTS[61] at their direction in which DEFENDANTS committed mail and wire fraud by not informing PLAINTIFF of the terms of the employment and they necessarily lied to PLAINTIFF to specific parts of their proscribed methods and directed manner in which they never informed him of the material benefit they would derive from PLAINTIFF.

> As PLAINTIFF said: **No PLAINTIFF and the "offing," no $14,900,000,000 or more that was acquired by DEFENDANTS. That is how conditions work.** PLAINTIFF is alleging that, ironically, because of how indispensable he was to DEFENDANTS at the time, DEFENDANTS could not have used anyone else in "the offing." The question remains why was PLAINTIFF a central figure and completely indispensable to DEFENDANTS in "the offing" in which no one else could have pulled off "the offing" for them the way PLAINTIFF did? PLAINTIFF was indispensable because of their history, PLAINTIFF'S history, and their need to further RICO Enterprise 1.  Since "the offing" is necessarily derived from RICO Enterprise 1 in which DEFENDANTS violated the HONOR CODE thereby perpetuating mail and wire fraud against PLAINTIFF, it necessarily entails that the $14,900,000,000 and any sales to INDIA involving defense and aviation are necessarily ill-gotten proceeds from DEFENDANTS' prior

---

[61] This is a pecuniary and proprietary interest in which *Robbins v. Wilkie*, 300 F.3d 1208 (10th Cir. 2002) (held: economic injury from interference with business and property damage)

acts (therefore, because of how materially indispensable PLAINTIFF was in the "offing," it is a business and/or property interest). What was material is that DEFENDANTS routinely fabricated malicious narratives concerning *Sewanee Sabotage* in which DEFENDANTS falsely established the precedent that allegedly PLAINTIFF acted on his specific words in specific plans in specific locations in which it was DEFENDANTS that did the harm and fabricated material evidence to support that proposition against PLAINTIFF'S constitutional, liberty, and property interests. It was DEFENDANTS who induced PLAINTIFF to talk about Terrorism in *Peachy Miami*. It was DEFENDANTS who furthered RICO Enterprise 1 that planted drugs and a gun in *This Side of the Street* and *Meth* and used the facts of *Financial Terrorism* to falsely establish PLAINTIFF'S belligerence and that PLAINTIFF was allegedly a violent drug dealer in a completely misleading and fabricated narrative. It was DEFENDANTS who coerced PLAINTIFF into signing the document in *Trespass Incident #3* falsely alleging that PLAINTIFF posed a threat to the community. It was DEFENDANTS who intentionally sent Victoria (who was probably a cia/fbi/dod/nsa/dhs undercover officer) in to talk to PLAINTIFF about how to stop a plane in mid-air knowing PLAINTIFF routinely flew overseas (which is just allegedly another plot/plan that PLAINTIFF was falsely going to act on). **This leads to just one completely and absolutely irrefutable conclusion: DEFENDANTS themselves knew how indispensable PLAINTIFF was to DEFENDANTS because DEFENDANTS--themselves-- necessarily made PLAINTIFF to be indispensable to them.**

It was the fact that in DEFENDANTS intentional and willing fabrications to make PLAINTIFF indispensable to them that are drenched with RICO Predicate Acts against PLAINTIFF and significant and major constitutional deprivations and legal fraud perpetuated against the Court that SCOTUS knew about. SCOTUS would only enable DEFENDANTS. So with SCOTUS laying the way to prevent PLAINTIFF from holding any government officers or officials accountable through 2 years of granting cases that were completely adverse to PLAINTIFF that necessarily denied PLAINTIFF access to the Courts, who was going to hold them accountable? HAROLD KOH, BARACK OBAMA, and HILLARY CLINTON all knew Congress couldn't do jackshit and the courts would probably not do jackshit. Since American DEFENDANTS knew that, they relayed such to Indian, Qatari, and British DEFENDANTS. DEFENDANTS knew that PLAINTIFF kind of lived in his own little autistic world and would be the perfect patsy to further their extremely unconstitutional counterterrorism plans, one of which necessarily required them to extend their jurisdiction over Americans anywhere in the world. DEFENDANTS knew PLAINTIFF routinely traveled overseas and it was highly likely and probable PLAINTIFF would do so again. DEFENDANTS knew they had to get the help of the British to establish the overseas precedent because GEORGE SOROS cucked the entire country of England in the 1990s and made Britain America's own patsy to do whatever in the world. DEFENDANTS especially needed India and Qatar because of Qatar and the Military and Navy and INDIA to establish a base to monitor everything upcoming in India and Pakistan (and conceivably the Middle East). The cherry on top of the sundae was the fact that America would make $14,900,000,000 in the process furthering RICO Enterprise 1, what is a terrorist act committed by DEFENDANTS against an American they fabricated everything about from 2008 to 2010? Furthermore, DEFENDANTS needed to coverup their crimes committed against PLAINTIFF. Furthermore, the argument that PLAINTIFF's significance to DEFENDANTS was immaterial to "the offing" is wrong, completely unfounded, and not supported by the facts. If there is an argument that one person can't make third parties rich at the detriment to the original

person, that is absolutely wrong. Just imagine if Nike or the Chicago Bulls never paid Michael Jordan and completely denied Michael Jordan from negotiating his salary and payment in Nike. There is a whole movie on the importance of the new precedent Michael Jordan established when it came to payment for his services. Just imagine the loss of revenue the NBA would experience if Michael Jordan or Lebron James never played. Just imagine if Sprite never paid Lebron James and completely used Lebron James without giving Mr. James the ability to negotiate nor pay him for his services. Fine, PLAINTIFF would pose the question to the Court if PLAINTIFF was so immaterial to SCOTUS, have SCOTUS overnight declare all the cases that materially involved PLAINTIFF overruled (PLAINTIFF provides a list of such cases in *Star Chambers*). These are all converging factors that met in PLAINTIFF in *Miki's Tea Party*.

As PLAINTIFF argued earlier: DEFENDANTS could have at any time negotiated with DEFENDANTS, but DEFENDANTS refused to do so. The necessary question to have asked between 09/24/2010 and 03/10/2011 is: would PLAINTIFF have consented to the terms of "trade is in the offing" since it effects his labor, business, and property interests and if there was an injury to those? If DEFENDANTS approached PLAINTIFF in 2010/2011 and said you will be part of "the offing" in which an act of international and domestic terrorism would be committed against you and in the process of doing so we will pay you [amount requested in Prayer for Relief Section] and everything stipulated about airlines and planes in the [Prayer for Relief Section] and we will end RICO Enterprise 1 against you once and for all, PLAINTIFF would have told them then that a deal has nearly been reached. Even if we assumed that DEFENDANTS did what they always did back then and omit the facts and totality of circumstances in which DEFENDANTS posed the following to PLAINTIFF: "if you do the "offing" and spend the night in DC on your mom's credit card, we will get $14,900,000,000+ and more in BOEING Aircraft sales, arms sales, and in the process, further our political and unconstitutional goals," PLAINTIFF would have considered it for a few minutes in which PLAINTIFF would have then asked "does PLAINTIFF have a seat at the table from now on" after being intentionally socially screwed over by DEFENDANTS in SEWANEE for the last three years at that time because it wasn't only just about the money to PLAINTIFF then, there was like a 20% chance that PLAINTIFF would have said yes *when PLAINTIFF had the ability to negotiate and include that condition to compensate for the damage they did to him already*. But had PLAINTIFF been informed how DEFENDANTS unconstitutionally labeled him a counterterrorism threat, DOJ having committed legal fraud upon the Court in which the Court would continue to maliciously undermine 4th Amendment Search and Seizure precedent and prevent PLAINTIFF from holding anyone in DOJ accountable at that time, maliciously take advantage of PLAINTIFF'S disability and punish PLAINTIFF'S life further and harm PLAINTIFF, for PLAINTIFF'S speech, enable to have 3 different and/or foreign intelligence agencies watch PLAINTIFF every second of the day for 24 hours a day and 7 days a week, commit international and domestic terrorism against PLAINTIFF, penalize PLAINTIFF for *Financial Terrorism,* continue to have law enforcement fuck with PLAINTIFF'S life further and harm PLAINTIFF, PLAINTIFF will become a slave to DEFENDANTS and become an indentured servant to DEFENDANTS, continue to treat PLAINTIFF cruelly, unequally, maliciously, and unfairly, further RICO Enterprise 1, and in which DEFENDANTS would acquire will get $14,900,000,000+ and more in BOEING Aircraft sales, arms sales because of PLAINTIFF and DEFENDANTS have the ability to extend their completely out of control power anywhere in the world and harm additional people the way they did to PLAINTIFF with no repercussions for

their actions and their extremely extensive and detailed plans, PLAINTIFF would have told them via "*Itan*" "It seems like my bomb has already made you blow it out of your fucking asses."

That is where the fraud is as well and in PLAINTIFF is arguing in the alternative. By necessarily having committed legal fraud before between 2008-2011 that was not remedied by any stretch of the imagination against PLAINTIFF, *Miki's Tea Party* was done to furtherance of that fraud and RICO Enterprise 1 in which DEFENDANTS would DERIVE an additional $14,900,000,000 because of their actions regarding PLAINTIFF. PLAINTIFF was the only person the United States Government could have justified doing that to in 2011 after their plans had been created in 2010 because of their material fabrications and obstructions about PLAINTIFF in SEWANEE in which the fraud was perpetuated against PLAINTIFF on the basis of the HONOR CODE violations, law enforcement constitutional deprivations, and legal court proceedings that violated numerous PLAINTIFF'S constitutional rights that PLAINTIFF could have been compensated for at the time. DEFENDANTS were wrong at the time and they had SCOTUS rule the way they did on purpose in regards to PLAINTIFF to prevent PLAINTIFF from deriving any compensation or additional property interests (after they violated PLAINTIFF'S property interest in the HONOR CODE) from the incidents that DEFENDANTS themselves had directed. So back to March 10th, 2011:

PLAINTIFF did all the reasonable due diligence he could that day and before regarding his role "is in the offing." He regularly checked his cell phone at all hours of the day when he was awake (and even sleeping for that matter), he regularly checked his social media profiles daily, he checked his school's mailbox once a week or so, and checked his email accounts at least four to five times daily--DEFENDANTS necessarily knew PLAINTIFF'S cell phone number having unconstitutionally and illegally obtained all the information contained in his phone via the USA PATRIOT ACT and TITLE II, DEFENDANTS necessarily knew his social media accounts (Facebook) via having unconstitutionally and illegally utilized the USA PATRIOT ACT and TITLE II, DEFENDANTS knew PLAINTIFF'S home address & school address and furthermore knew the exact dormitory and room he was living in at SEWANEE (Elliott 31) in 2010 and 2011; DEFENDANTS knew PLAINTIFF'S primary school email account via having unconstitutionally and illegally utilized the USA PATRIOT ACT and TITLE II against PLAINTIFF. These are facts. At no time between 09/24/2010 and 03/11/2011 did DEFENDANTS notify PLAINTIFF of the plans and the cost of "is in the offing" via mail, text message, phone call, Facebook message, email, or even dropping off the paperwork in PLAINTIFF'S dorm room (in which DEFENDANTS had broken into numerous times before and knew PLAINTIFF left it unlocked because of the *HONOR CODE* and had unconstitutionally and illegally installed surveillance tools in PLAINTIFF'S room at Elliott 31 via Title II and the USA PATRIOT ACT/FISA from either: 01/01/2011-03/11/11 or 09/01/2010 to 12/31/2010 and they could have dropped off the paperwork in PLAINTIFF'S room if they wanted to). Lets be honest here, DEFENDANTS are not above doing things illegally and unconstitutionally here via Title II and the USA PATRIOT ACT so even with their nature at no time between 09/24/2010 and 03/11/2011 did DEFENDANTS hack into PLAINTIFF'S MacBook Pro laptop and leave a document on PLAINTIFF'S desktop with arrows surrounding the document that said "read me" and provide notice or information to PLAINTIFF about the details of "in the offing" to PLAINTIFF on how his services and himself were worth an estimated additional (on top of the fraud they committed before) $14,900,000,000 to DEFENDANTS for him to sign or look over.

DEFENDANTS did not notify PLAINTIFF via email, text message, phone call, or text message in London at anytime on 03/11/2011 of "is in the offing" even when they knew his exact whereabouts at all times during that day. At no time did DEFENDANTS contact SEWANEE (seeing how they conspired with numerous SEWANEE officials before) and have SEWANEE officials inform PLAINTIFF of "is in the offing" nor did DEFENDANTS contact PLAINTIFF'S parents and have them inform PLAINTIFF of "is in the offing" (or they did do so, and PLAINTIFF'S parents did not tell PLAINTIFF about it). Absolutely no notice was given to PLAINTIFF about "is in the offing" and how he was in legal fact worth an additional $14,900,000,000 to DEFENDANTS. ***Absolutely at no time did DEFENDANTS directly inform PLAINTIFF about "is in the offing***."

This is intentional concealment and omission by DEFENDANTS. *See: Neder v. United States*, 527 U.S. 1 (1999)(fraud occurs on a misrepresentation or concealment of material fact) (*Sandwich Chef of Texas, Inc. v. Reliance National Indemnity Insurance Co*., 319 F.3d 205 (5th Cir. 2003) and *Summit Properties Inc. v. Hoechst Celanese Corp,* 214 F.3d 556 (5th Cir. 2000)(proximate causation could be established where "a plaintiff has either been the target of a fraud or has relied upon the fraudulent conduct of the defendants; 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.


PLAINTIFF did all the reasonable due diligence that could have been expected from him at the time when PLAINTIFF landed at London-Heathrow involving PLAINTIFF. When PLAINTIFF initially landed and talked to the Qatar Airways representative, she did not inform PLAINTIFF of the true cause of why he would not be allowed to continue to India, which was "in the offing," and she had directed PLAINTIFF to the Indian embassy. After denying the ability of PLAINTIFF to board the aircraft, the Qatar Airways "representative" did not inform PLAINTIFF of is "in the offing" at that exact time. The Qatar Airways "representative" knew that she had to inform PLAINTIFF on where to go that day at the behest of DEFENDANTS. Whether it was a Qatar Airways representative or Qatar Airways allowing a DEFENDANT officer to pose as a Qatar Airways representative to direct PLAINTIFF to the Indian Embassy, Qatar Airways had legally and necessarily been part of the plan of "is in the offing" prior to and during PLAINTIFF'S time in London and after. This constituted fraud and was aiding and abetting RICO Enterprise 1 by Qatar Airways. Had Qatar Airways been truthful to PLAINTIFF and notified PLAINTIFF about "is in the offing" in addition to the alleged "visa issues" in which Qatar Airways intentionally omitted "is in the offing" from PLAINTIFF that Qatar Airways necessarily knew about, PLAINTIFF would have still gone to the INDIAN embassy anyway BUT necessarily having *not* consented to "is in the offing" in which PLAINTIFF would have had the express purpose of finding a solution to being able to allow PLAINTIFF to go to India

because PLAINTIFF did not consent to "is in the offing." PLAINTIFF was in the Indian embassy and had talked to an Indian there trying to get an immediate visa to India. The Indian embassy did not inform PLAINTIFF of "trade is in the offing" having necessarily known of the plans from September 24th, 2009, purchasing certain aircraft in October 2009, DEFENDANTS like BARACK OBAMA going to India in which they talked about "trade is in the offing" in November 2009 in which BARACK OBAMA heard of the SpiceJET deal, and more. Even when PLAINTIFF inquired about the **_business_** visa at the Indian Embassy that allegedly would have allowed PLAINTIFF to go to India the next day based on what the Indian Embassy representative told PLAINTIFF, that Indian Embassy representative necessarily having talked about business/trade and being allowed to go to India would have immediately brought up "trade is in the offing" as that was the quickest way for PLAINTIFF to go to India because PLAINTIFF did not consent to "trade is in the offing." The Indian embassy intentionally and materially omitted telling PLAINTIFF about "trade is in the offing" when they had an exact reason, the proper circumstances, and an exact time to inform PLAINTIFF of "trade is in the offing" that would have allowed PLAINTIFF to consent or not to consent to "trade is in the offing." DEFENDANTS (INDIANS) could have granted the visa, informed PLAINTIFF of "trade is in the offing," and negotiate with PLAINTIFF because PLAINTIFF would not have consented to "trade is in the offing" had he been informed of such in which he and his services were worth an additional $14,900,000,000 to DEFENDANTS. The fact that PLAINTIFF after doing all the reasonable due diligence in attempting to get the business visa shows that PLAINTIFF did not consent to "trade is in the offing." DEFENDANTS omitted telling the truth about "trade is in the offing." The head of the INDIAN Embassy or one of his representatives could have talked to PLAINTIFF because they knew PLAINTIFF was going to be there and asked for his consent of "is in the offing," but DEFENDANTS did not do this. When PLAINTIFF got to the Indian Embassy that DEFENDANTS necessarily knew he was going to go to for more than a day prior, they could have had one employee in the Indian Embassy wait for him in the entrance and usher him into a room or talk to him as he was waiting in line outside for more than an hour that day and ushered him into a room to look over the details of "is in the offing" and given his consent, but DEFENDANTS did not. This involved all American DEFENDANTS, BRITISH DEFENDANTS, INDIAN DEFENDANTS, and QATAR DEFENDANTS. There are more than 5 opportunities and chances to have properly conveyed "the offing" to PLAINTIFF and DEFENDANTS intentionally failed at each and every single step and opportunity on purpose.

*See: Neder v. United States*, 527 U.S. 1 (1999)(fraud occurs on a misrepresentation or concealment of material fact) (*Sandwich Chef of Texas, Inc. v. Reliance National Indemnity Insurance Co*., 319 F.3d 205 (5th Cir. 2003) and *Summit Properties Inc. v. Hoechst Celanese Corp,* 214 F.3d 556 (5th Cir. 2000)(proximate causation could be established where "a plaintiff has either been the target of a fraud or has relied upon the fraudulent conduct of the defendants; Title VI of the Civil Rights Act; Violation of: Louisiana Civil Code Article 1953, Louisiana Civil Code Article 1955, Louisiana Civil Code Article 1956; 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872

(Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.

PLAINTIFF did all the due diligence that could have been expected from at the time he arrived back to London-Heathrow after coming from the Indian embassy involving PLAINTIFF. At the exact time that PLAINTIFF had inquired (whether it was the first time the flight was delayed and especially after the second time the flight was delayed further) into why United Airlines Flight #925 was delayed in departing from London-Heathrow in which DEFENDANTS tampered with the plane to make it late, the United Airlines "representative" could have told PLAINTIFF that info and that would have given cause to investigate it further, but DEFENDANTS did not. Had the United Airlines "representative" in London-Heathrow been truthful and intentionally deceitful and omit from PLAINTIFF the details of "is in the offing" that DEFENDANDS necessarily knew about on two separate and distinct occasions, PLAINTIFF would not have consented to "is in the offing" had he been informed of such in which he and his services were worth $14,900,000,000 to DEFENDANTS. PLAINTIFF inquired the first time into why the plane was delayed and then inquired into why the plane was delayed a second time at London Heathrow. PLAINTIFF could have done what DEFENDANTS always did to PLAINTIFF and enter into prohibited areas and broken into secured areas to figure out the cause, but PLAINTIFF did not. PLAINTIFF could not have committed illegal acts in the course of due diligence and breached security and gone down to the plane to inspect the plane for himself and determine through talking to ground workers on what the exact issues of the plane was that day in which DEFENDANTS tampered with the plane. BRITISH DEFENDANTS could have talked to PLAINTIFF in the 5+ hours he had been in London Heathrow that day in which they had so much CCTV as to know where PLAINTIFF was located at the exact moment inside London-Heathrow, BRITISH DEFENDANTS did not do so. PLAINTIFF is recognizable and doesn't blend well in the crowd. These are four separate acts of fraud in furthering RICO ENTERPRISE 1 involving AMERICAN DEFENDANTS, UNITED AIRLINES, BRITISH DEFENDANTS, and INDIAN DEFENDANTS. So this is at minimum at least nine total times that PLAINTIFF inquired or DEFENDANTS had the opportunity to inform PLAINTIFF of "is in the offing."

*See: Neder v. United States*, 527 U.S. 1 (1999)(fraud occurs on a misrepresentation or concealment of material fact) (*Sandwich Chef of Texas, Inc. v. Reliance National Indemnity Insurance Co.*, 319 F.3d 205 (5th Cir. 2003) and *Summit Properties Inc. v. Hoechst Celanese Corp,* 214 F.3d 556 (5th Cir. 2000)(proximate causation could be established where "a plaintiff has either been **the target of a fraud** or has relied upon the fraudulent conduct of the defendants; 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights, Violation of: Louisiana Civil Code Article 1953, Louisiana Civil Code Article 1955, Louisiana Civil Code Article 1956

PLAINTIFF did exactly all the reasonable due diligence that was exactly required out of PLAINTIFF at the exact right time to determine his actions accordingly. DEFENDANTS knew the exact time the plane departed from London-Heathrow and landed at DULLES. PLAINTIFF landed in DULLES. PLAINTIFF got of the plane in which DEFENDANTS had tampered with the plane to make it late to Dulles because PLAINTIFF was worth an additional estimated $14,900,000,000 to DEFENDANTS. At no time in the flight did United Airlines communicate with PLAINTIFF about the details of "is in the offing" in which PLAINTIFF would not have consented. In the alternative, at no time did DEFENDANTS inform United Airlines (had they truly not known) about details of "is in the offing" that day in London or during the flight in which they would have necessarily become a party to it in which United Airlines could have informed PLAINTIFF and United Airlines could have not consented to it. Had United Airlines staff informed PLAINTIFF of "is in the offing" during 1-4 hours in the flight, PLAINTIFF would not have consented and would have asked the pilots to increase speed of the aircraft to get PLAINTIFF to land in Dulles 10 minutes early so he could have made his connecting flight (let alone being informed at the gate about whether or not he would consent to "is in the offing.)" DEFENDANTS did not communicate to the United Airlines in the course of the flight (between 1-4 hours in the flight) to make the plane arrive 10 minutes early to allow PLAINTIFF to make his connecting flight since they became a party to it and to inform PLAINTIFF of "is in the offing" at the gate to allow PLAINTIFF to make a decision that United Airlines and DEFENDANTS knew about at that time. DEFENDANTS did not do this. This is more than 10 times that day that things could have gone differently, but DEFENDANTS intentionally did not do these actions.

*See: Neder v. United States*, 527 U.S. 1 (1999)(fraud occurs on a misrepresentation or concealment of material fact) (*Sandwich Chef of Texas, Inc. v. Reliance National Indemnity Insurance Co*., 319 F.3d 205 (5th Cir. 2003) and *Summit Properties Inc. v. Hoechst Celanese Corp,* 214 F.3d 556 (5th Cir. 2000)(proximate causation could be established where "a plaintiff has either been the target of a fraud or has relied upon the fraudulent conduct of the defendants; 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights and violation of: Louisiana Civil Code Article 1953, Louisiana Civil Code Article 1955, Louisiana Civil Code Article 1956; 18 U.S.C. §226; 18 U.S.C. §241

PLAINTIFF did exactly all the reasonable due diligence that was exactly required out of PLAINTIFF at the exact right time to determine his actions accordingly. At no time did DEFENDANTS take any affirmative step or action of allowing PLAINTIFF to make his flight to Chicago from the moment PLAINTIFF landed in Dulles. When PLAINTIFF deboarded the flight from London-Heathrow, there was no one that informed him at that gate of the plans of "is in the offing" in which he would not have consented because he would not have wanted

DEFENDANTS to make an additional $14,900,000,000 in which he would have been seized by DEFENDANTS that made him a slave to DEFENDANTS. PLAINTIFF would have ran like his life had depended on it and would have pissed himself in the process to make the connecting flight to Chicago had he been made aware of "is in the offing." Speaking of running, DEFENDANTS knew that "Miki Kotevski does not run"—DEFENDANTS knew that from *Peachy Miami*, PLAINTIFF lost weight by rowing (but was a little chonky at this point in 2010 weighing around 240ish), DEFENDANTS having observed PLAINTIFF routinely knew he never jogged, never ran for fun as a hobby, his cardio at the gym would be but a certain guarantee of PLAINTIFF being on the elliptical, bike, or row machine, PLAINTIFF never ran outside of Fowler Gym at SEWANEE the entire time he was in college (even if by miracle out of the infinitely small possibility that PLAINTIFF did run anywhere on campus in conjunction with the infinitely small possibility that DEFENDANTS had recorded in some way, it couldn't have been more than 10 seconds max). DEFENDANTS knew PLAINTIFF his entire junior year biked from Quintard to central campus. PLAINTIFF did not run then. Period. Even if it could be plausibly argued that DEFENDANTS didn't have to inform PLAINTIFF about "trade is in the offing" (which is a lie because of the express conditionality of it because it was absolutely conditioned on PLAINTIFF that required his knowledge as not to perpetuate the fraud further), PLAINTIFF did something completely out of character for PLAINTIFF to show that he did not consent to "trade is in the offing." PLAINTIFF ran. PLAINTIFF uncharacteristically ran in Dulles trying to make the connection, but attempts were had and PLAINTIFF tried. PLAINTIFF did multiple short bursts of running trying to make the connecting flight. To PLAINTIFF, at a minimum, it was completely beyond his reasonable due diligence required of him trying to make the connection in Chicago that was only made possible by DEFENDANTS schemes.

*See: Neder v. United States*, 527 U.S. 1 (1999)(fraud occurs on a misrepresentation or concealment of material fact) (*Sandwich Chef of Texas, Inc. v. Reliance National Indemnity Insurance Co*., 319 F.3d 205 (5th Cir. 2003) and *Summit Properties Inc. v. Hoechst Celanese Corp,* 214 F.3d 556 (5th Cir. 2000)(proximate causation could be established where "a plaintiff has either been the target of a fraud or has relied upon the fraudulent conduct of the defendants; 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights and in violation of: Louisiana Civil Code Article 1953, Louisiana Civil Code Article 1955, Louisiana Civil Code Article 1956; 18 U.S.C. §226; 18 U.S.C. §241.

PLAINTIFF ran at those bursts because PLAINTIFF did not consent to "trade is in the offing." When PLAINTIFF arrived at the gate and observed one or two United Airlines "representatives" still at the gate for the flight to Chicago. PLAINTIFF still sees the United Airlines aircraft attached to the airbridge and is still at the gate. The "United Airlines" "representative" only informed that he was just short of making the flight. The "United Airlines"

"representative" did not inform PLAINTIFF of "trade is in the offing" because DEFENDANTS intentionally omitted the truth from PLAINTIFF as to why he was not allowed to board the aircraft after he requested to get on the aircraft at the gate. All the due diligence required here was that PLAINTIFF ask to be allowed on the flight. PLAINTIFF did. PLAINTIFF then demanded to open the door and gate. DEFENDANTS did not. If PLAINTIFF acted like DEFENDANTS through the years (especially in 2008 and 2009), PLAINTIFF should have kicked down the door at the gate and barge right on in to the aircraft and PLAINTIFF should have seized the aircraft without a warrant or probable cause. So PLAINTIFF is asking for that plane as well. PLAINTIFF kicked and screamed showing that he had not consented to "trade is in the offing" after having performed all reasonable due diligence required out of him at the time from being directed by Qatar Airways "representative" to go to the Indian embassy, having gone to the Indian embassy in which there were at least 15 times and more than 8 hours to have properly notified PLAINTIFF of "trade is in the offing." DEFENDANTS intentionally did not in order to derive an additional $14,900,000,000 and future income.

*See: Neder v. United States*, 527 U.S. 1 (1999)(fraud occurs on a misrepresentation or concealment of material fact) (*Sandwich Chef of Texas, Inc. v. Reliance National Indemnity Insurance Co*., 319 F.3d 205 (5th Cir. 2003) and *Summit Properties Inc. v. Hoechst Celanese Corp,* 214 F.3d 556 (5th Cir. 2000)(proximate causation could be established where "a plaintiff has either been the target of a fraud or has relied upon the fraudulent conduct of the defendants; 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights, and in violation of Louisiana Civil Code Article 1955, Louisiana Civil Code Article 1956.

The deliberate omission of "trade is in the offing" necessarily related to trade and it was not to honest government services. Therefore, it necessarily constituted mail and wire fraud. PLAINTIFF would not have consented had he been informed of the true causes after performing reasonable due diligence at the exact time it was required. Necessarily, DEFENDANTS obtained $14,900,000,000 via mail and wire fraud and committed an international and domestic act of terrorism against PLAINTIFF in the process.

**XX.** *"Trade is in the offing" was about CONTINOUS and ONGOING better trade relationships between America and India.* "Developing countries that belong to the WTO and participate in more Preferential Trade Agreements experience greater Foreign Direct Investment (FDI) inflows than otherwise, controlling for many factors *including domestic policy preferences* and taking into account possible endogeneity."[62] When talking about Foreign Direct Investment, Princeton Economists said the following: "FDI involves the acquisition or creation of productive capacity (i.e. more capacity in airports) which implies a long-term perspective and involves some assets that cannot be moved without considerable loss. This (variable but always positive) specificity of the investment has long given rise to concerns about the "obsolescing bargain" (Vernon 1971): once a firm undertakes a foreign direct investment, **some bargaining power shifts to the host country government, which has an incentive to change the terms of the investment to reap a greater share of the benefits**. This problem is exacerbated by the time-inconsistency problem faced by governments. Even governments that want to attract further FDI—and therefore have a long-run economic incentive not to violate the trust of current foreign investors—have in the short run incentives to change the terms of existing foreign investments when the short-run benefits exceed the long-term costs (Tomz 1997, 3f). *And resource-strapped developing country governments may have an even greater incentive than governments in advanced industrialized countries to discount the long term.*"[63] So India and Qatar both have an incentive to change the terms of the investment by participating in "the offing" in "trade is in the offing" to reap a greater share of the benefits of the increased future trade. And well, if HILLARY CLINTON is going to be president, makes sense to be part of *Japlan* in *An Anchor and a Pitchfork* because there would be no long term cost to *Britain*, Japan, India or Qatar when PLAINTIFF is immediately disposed of in 2015 in which they not only got four years of more economic development, but even more trade when HILLARY CLINTON is in the White House and that materially benefits America as well. So the SpiceJET deal—it was a preferential trade agreement because INDIA was developing their infrastructure and wanted more capacity in airports all around India that was at the direction of SINGH. GE locomotive deal-- preferential trade agreement as to get more exports out to shipping ports and transport new products received from trade is in the offing in India's growing railroad industry (as opposed to America's decreasing trackage). So even if it wasn't just for domestic policy preferences, the actual products involved, INDIA preferred, and they got better deals by BOEING and GE and Hillary Clinton. GE even has their own India subdivision now.

XX. Part of the bribery and kickback scheme between Qatari DEFENDANTS and HILLARY CLINTON and BILL CLINTON would be through Qatari DEFENDANTS depositing money in CGI.

XX. Qatari DEFENDANTS, British DEFENDANTS, German DEFENDANTS, Indian DEFENDANTS, Japanese DEFENDANTS, all knew HILLARY CLINTON could essentially be

---

[62]https://www.princeton.edu/~hmilner/forthcoming%20papers/ButheMilner_AJPS_PoliticsOfForeignDirectInvestmentIntoDevelopingCountries.pdf
[63]https://www.princeton.edu/~hmilner/forthcoming%20papers/ButheMilner_AJPS_PoliticsOfForeignDirectInvestmentIntoDevelopingCountries.pdf

bought through donations given to CGI when she was in a position of power or authority or could eventually be in a position of power.

XX. These actions stipulated in the previous paragraph can be seen and inferred with the following facts: For example, "in 2009, with Mrs. Clinton as Secretary of State, a likely White House run in her future, and a secret email server hiding her communications, the Clinton Foundation took in $249 million."[64]

XX. Continuing the argument made in XX, "Reuters found out that from 2010 to 2013, the foundation wasn't disclosing all of its donors and didn't tell the State Department that Australia and the UK had doubled and tripled their contributions to the Clinton foundation while Mrs. Clinton was Secretary of State. The Associated Press discovered that more than half of Secretary Clinton's meetings with people outside the government were with donors to the Clinton Foundation..."[65]

XX. Continuing the argument made in XX, watchdog group OpenSecrets reported that after Hillary Clinton lost the 2016 election, speaking fees to the Clintons dropped like a rock, falling from $3.6 million in 2014 to $370,000 in 2018, and IRS disclosures reveal that the once high-flying Clinton Foundation took in $30.7 million in 2018 and just $16.3 million in 2020.[66] So when Hillary and Bill Clinton were in no positions of power, they went from obtaining nearly $250,000,000 to just receiving $16,300,000 in 2020—which is a decrease of nearly 90%.

XX. In CGI'S 2011 990 Form[67] that was filed in November 2015 (which is three months after *An Anchor and a Pitchfork*), CGI listed having an Indian bank account. PLAINTIFF alleges that part of the funds that were derived from "trade is in the offing" in violation of 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights deposited into the CGI Indian bank account, that part of the funds that were derived from or used to perpetuate "An Anchor and a Pitchfork" were from CGI'S Indian bank account and were deposited and withdrawn in furtherance of RICO Enterprise 1.

XX. British DEFENDANTS and Aussie DEFENDANTS became part of RICO Enterprise 1 in which they willingly donated more than double and triple the amounts they received in which the United Kingdom and Australia were beneficiaries of "trade is in the offing."

[64] https://www.ocregister.com/2021/12/12/as-clinton-foundation-donations-plunge-questions-raised/
[65] https://www.ocregister.com/2021/12/12/as-clinton-foundation-donations-plunge-questions-raised/
[66] https://www.ocregister.com/2021/12/12/as-clinton-foundation-donations-plunge-questions-raised/
[67] https://www.clintonfoundation.org/wp-content/uploads/2021/07/clinton_foundation_report_public_2011_amended.pdf

XX. CGI'S 2011 990 Form that was filed in November 2015 (which is three months after *An Anchor and a Pitchfork*), CGI listed having a British bank account. PLAINTIFF alleges that part of the funds that were derived from "trade is in the offing" in violation of 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights were deposited into and withdrawn from into CGI British bank account, that part of the funds that were derived from or used to perpetuate "An Anchor and a Pitchfork" were from CGI'S British bank account and were deposited and withdrawn in furtherance of RICO Enterprise 1.

XX. CGI'S 2011 990 Form that was filed in November 2015 (which is three months after *An Anchor and a Pitchfork*), CGI listed having an Australian bank account. PLAINTIFF alleges that part of the funds that were used in furtherance of RICO Enterprise 1 in "an anchor and a pitchfork" in violation of 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights came from and were deposited into CGI'S Australian bank account and were deposited and withdrawn in furtherance of RICO Enterprise 1 that were used .

XX. On Jan 12th, 2011, HILLARY CLINTON and PRIME MINISTER AL THANI met at the Ritz Carlton in Doha, Qatar.
XX. On Jan 12th, 2011, HILLARY CLINTON and PRIME MINISTER AL THANI discussed issues involving "bilateral relations and issues of interest" between Qatar and the United States.

XX. On Jan 12th, 2011, HILLARY CLINTON: "Thank you very much, Prime Minister. And let me express – let me express my pleasure at being back in Doha and to have had this opportunity this evening to have met with both His Excellency the prime minister and with His Highness the Amir. As the prime minister just said, we had very substantive, comprehensive discussions. And I thank also Qatar for hosting this year's meeting of the Forum for the Future, which I will be attending tomorrow."[68]

---

[68] https://2009-2017.state.gov/secretary/20092013clinton/rm/2011/01/154562.htm

XX. On the night of January 12th, 2011, HILLARY CLINTON talked to and conspired with Sheikh Hamad Bin Jassim Bin Jabr Al-Thani (HBJ) and His Highness Emir of Qatar SHEIKH TAMIM BIN HAMAD AL THANI, about the specific plan of "the offing" that was implemented on September 24th, 2010.

XX. HILLARY CLINTON had absolutely no doubt in her mind about how the United States was going to see the Operation "trade is in the offing" through and through in which she fully supported Qatar and Qatar likewise: "in our meetings with my friends here as well as with the Gulf countries in the GCC forum, we discussed a number of issues related to Gulf security and stability. As I outlined in my speech at the Manama Dialogue last month, America's commitment to the security of the Gulf region is unwavering. We will continue to support our partners, including Qatar, as they work to address threats and create the conditions for long-term peace, prosperity, and human progress… On these and many other issues, Qatar is a trusted leader and a valued friend. The United States is proud of the partnership between our two nations. It has yielded positive results for the people of both of our countries, and we look forward to continuing to work together on the full range of issues that are important to us both. Thank you again, Prime Minister."[69]

XX. Sheikh Hamad Bin Jassim Bin Jabr Al-Thani (HBJ) knew of the role Qatar would play in "trade is in the offing" that even though it was allegedly talking about Lebanon, the facts and circumstances are the same in which their plans are laid out about "trade is in the offing:" "If I may add, as you know, the stability of Lebanon becomes priority for us in Qatar, and I think for all our friends in the region and the United States. We know the tribunal and the stability of Lebanon – both of them is important for Lebanon. And I think now – I said yesterday when I had a press conference with the Prime Minister Erdogan that we have to think how to solve this problem in peaceful through responsible dialogue between the Lebanese. The Lebanese by themselves, they can help themselves. And I think our interference or our help is to help them to talk together and to try to reach a solution together. I think we have enough problem in the region that this problem we have to take care about it in a way to solve it, not to complicate it. And we are working by each minute and hour to do so."[70]

XX. Because of the previous paragraph, PLAINTIFF is going to take out "Lebanon" and Turkish Prime Minister Erdgoan from what Sheikh Hamad Bin Jassim Bin Jabr Al-Thani (HBJ) just said and just include the facts of "the offing" to show you they came to an understanding as to the roles that were played during Operation Offing:  "If I may add, as you know, the stability of [HILLARY CLINTON] becomes priority for us in Qatar, and I think for all our friends in [India] and the United States [UK]. We know the ***tribunal*** and the stability **of [HILLARY CLINTON and BARACK OBAMA]** – **both of them** is important for [HC and BO]. And I think now – I said yesterday when I had a press conference with the Prime Minister [Singh or David Cameron] that we have to think <u>how to solve this problem in peaceful</u> through responsible dialogue between [PLAINTIFF & Qatar]. The [PLAINTIFF] by themselves, <u>they can help themselves</u>. And I think <u>***our interference***</u> or our help **is to help them to talk together** and **to try to reach a solution together**. I think we have enough problem in the region that this problem **we**

[69] https://2009-2017.state.gov/secretary/20092013clinton/rm/2011/01/154562.htm
[70] https://2009-2017.state.gov/secretary/20092013clinton/rm/2011/01/154562.htm

**have to take care about it in a way to solve it**, not to complicate it. **And we are working _by each minute and hour to do so_**."[71]

XX. PLAINTIFF will distill it further with known facts. DOJ wanted to prosecute PLAINTIFF in 2008, 2009, and 2010. The stability of the HILLARY CLINTON and BARACK OBAMA required PLAINTIFF'S prosecution in an international or domestic tribunal (court). It is irrefutable that the facts of what Qatar Airways did to PLAINTIFF in Miki's Tea Party align perfectly at the end of Al Thani's statements: "our interference by the Qatar Airways representative or our help as a Qatar Airways representative **is to "help" PLAINTIFF to talk together with the Qatar Airways representative** and for the Qatar Airways representative **to try to reach a solution together** in which PLAINTIFF agrees to go to the Indian Embassy. I think we have enough problem in the region[72] _that this problem we have to take care about it in a way to solve it (by falsely prosecuting PLAINTIFF for counterterrorism),_ not to complicate it. **And we are working _by each minute and hour to do so_**."[73] American INTEL, CIA, British INTEL, Qatari DEFENDANTS, and QATAR AIRWAYS worked together to tamper the United Airlines Flight by each minute and hour to do so and direct PLAINTIFF'S activities minute by minute, hour by hour at London Heathrow Airport. There is the part of how "they can help themselves."

XX. CIA, Hillary Clinton, MI6, Qatar, Qatari Intel, Prime Minister Singh and David Cameron, Leon Panetta, Barack Obama, had all significantly talked about in their conspiracy after doing a legal analysis and concluded was if and how "PLAINTIFF can help himself in London." The issue of how PLAINTIFF would attempt to leave London Heathrow Airport once he got there. The first question was: once PLAINTIFF figured out he would not be allowed to board the Qatar Airways flight, what would his next steps be. They knew PLAINTIFF didn't have anyone of significant financial means to go to in England so that's out. PLAINTIFF wouldn't go to the American Embassy for an Indian visa issue. So that's out. But the Qatar Airways was there to "help" PLAINTIFF reach their intended consequence of "going to the Indian Embassy."

XX. Because of the facts of QATAR AIRWAYS, Qatari DEFENDANTS, and Sheikh Hamad Bin Jassim Bin Jabr Al-Thani (HBJ), they aided and abetted and were principal accessories after the fact so they violated: 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201

---

[71] https://2009-2017.state.gov/secretary/20092013clinton/rm/2011/01/154562.htm

[72] This is a just in case allegation and it is a bit of the stretch of the imagination: "I think we have enough problem in the region"--There was an incident that occurred between TKL and PLAINTIFF at REGION's bank in Sewanee, TN, right around the exact time of this speech as PLAINTIFF will explain in _Champagne_. Now as PLAINTIFF will allege, it would show retaliation and hostility by law enforcement against PLAINTIFF and Qatar and America knew of the incident and knew it would be a problem in prosecuting PLAINTIFF in a tribunal because of TKL'S unconstitutional actions through the years. Depends on the translation, but region and region's bank can be equivocated here.

[73] https://2009-2017.state.gov/secretary/20092013clinton/rm/2011/01/154562.htm

(bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.


"We know that a contract is the law between the parties and that they are bound by their agreements regardless of harmful consequences, provided the agreement is not contra bones mores or in violation of some prohibitory law. However, where the issue is as in the instant case — what are the terms of the verbal agreement — the fact that informed and experienced persons do not usually and customarily bind themselves to unjust and unreasonable obligations is a serious factor that must be taken into consideration in determining that question." *Oil Field S. S. Material Co. v. Gifford Hill Co.*, 204 La. 929 (La. 1944)

XX. HILLARY CLINTON, WILLIAM HAGUE, ALISTAIR BURT, CHRISTOPHER M. CHADWICK, BOEING, Emir of Qatar SHEIKH TAMIM BIN HAMAD AL THANI, Sheikh Hamad Bin Jassim Bin Jabr Al-Thani (HBJ), QIA, Qatar Airways Company Q.C.S.C., Qatar Holding, LLC., Akbar Al Baker, Heathrow Airport Holdings (formerly BAA), COLIN STEPHEN MATTHEWS, TONY BLAIR, DAVID CAMERON, BOEING, and unknown American, British and Qatar officials and employees in which QIA'S purchase of shares of Heathrow Airport Holdings and Qatar Airways and Akbar Al Baker's purchase of BOEING aircraft from September 2010 was part of the trade in "the offing" between Qatar, United States and United Kingdom in which United Kingdom (and aforementioned British DEFENDANTS) and Qatar violated 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights. because some of the proceeds were derived from "trade is in the offing" were used to buy a substantial share of Heathrow in order to have influence and the ability to continue to coverup "trade is in the offing" that Heathrow airport officials knew "trade is in the offing" was going to happen, materially aided and abetted against PLAINTIFF by either telling the Qatar Airways representative to do her actions or allowing one of the BRITISH INTEL or AMERICAN INTEL DEFENDANTS to do that, was a cosconspirator in committing wire fraud with HILLARY CLINTON and BARACK OBAMA, and purchased new Qatar Airways aircraft.  So unknown American, Qatari, British and Boeing officials in the Qatar Airways deals and Heathrow Airport Holdings deal that was part of "trade is in the offing" violated: 18 U.S.C.§1862 (a); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (d); 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 18 U.S.C.§226; and 18 U.S.C. §1961 section 1343; *18* U.S.C. §226; 18 U.S.C. §1961 section 1512; 18 U.S.C. §1961 section 1513; 18 U.S.C. §1961 section 1510; 18 U.S.C. §1961 section 1503; 18 U.S.C. §241; 18 U.S. Code §201 (bribery); 18 U.S.C. §872 (Extortion by officer); 42 U.S.C. §1986; 18 U.S. Code § 875 (mail fraud argument); 18 U.S. Code § 880 (receives proceeds of extortion); 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage). Aforementioned DEFENDANTS violated 1343 in which they received

indirectly proceeds on the condition of PLAINTIFF'S forced labor, peonage, and/or involuntary servitude in violation of PLAINTIFF'S 13th Amendment rights in "the offing" is a violation of Section 1962(c) in which BOEING and Christopher M. Chadwick participated indirectly in the conduct of enterprise's affairs because the Enterprise through a pattern of violating 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights because PLAINTIFF has not seen a single dime for his forced labor and became an indentured servant to DEFENDANTS where BOEING sold aircraft that were part of the "trade is in the offing" and provided additional services, profits, and resources to Qatar Airways, QIA, Qatar Holding, LLC, Emir of Qatar SHEIKH TAMIM BIN HAMAD AL THANI, SHEIKH HAMAD BIN JASSIM BIN JABR AL-THANI (HBJ), QIA and Akbar Al Baker.

XX. To confirm British DEFENDANTS and Qatari DEFENDANTS were on the same page after "The Offing" occurred, UK Prime Minister David Cameron & Sheikh Hamad Bin Jassim Bin Jabr Al-Thani (HBJ), Prime Minister and Minister of Foreign Affairs for the State of Qatar met on March 29th, 2011 and talked about "trade is in the offing."

# Count XXIII: An Anchor and a Pitchfork (an absolute must read).

# Count 1:

all parties asserting claims pursuant to the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1961, must file and serve upon the opposing party a RICO Statement in the following form within twenty days of filing the pleading asserting the RICO claim.

The RICO Statement shall include the facts the party is relying upon to assert the RICO claim as a result of the "reasonable inquiry" required by Rule 11, Fed.R.Civ.P.

The Statement shall be in a form that uses the numbers and letters set forth below, and shall state the following information in detail.

XX: Unlawful conduct in violation of 18 U.S.C. §1962(a), 18 U.S.C. §1962(b), 18 U.S.C. §1962(c), and 18 U.S.C. §1962(d),

2. List each defendant and state the alleged misconduct and basis of liability of each defendant.

BILL CLINTON
HILLARY CLINTON
Unknown Officers in the CIA
SHINZO ABE
CHIEF JUSTICE JOHN ROBERTS
The Estate of ANTON SCALIA
JUSTICE SAMUEL ALITO
ANDREW MCCABE
JILL MCCABE
TERRY MCAULIFFE
Unknown Indian INTEL
Unknown Japanese INTEL
HUNTER BIDEN
JIM BIDEN
JEH JOHNSON
PETER STRZOK
JAMES COMEY
ROBERT MUELLER
LEON PANETTA
SANTA CLARA

3. List the alleged wrongdoers, other than the defendants, and state the misconduct of each wrongdoer.

XX. SHIGERU KITAMURA knew of PLAINTIFF and ANGIE ORTIZ between May 2015 through August 2015.

XX. SHOTARO YACHI (谷内 正太郎) knew of PLAINTIFF and ANGIE ORTIZ between May 2015 through December 2016.

XX. SHIGERU KITAMURA and SHINZO ABE conspired together against PLAINTIFF and furthered RICO Enterprise 1 in violation of 18 U.S.C. 1962(d) from May 2015 through August 2015.

XX. SHIGERU KITAMURA and BILL CLINTON conspired together against PLAINTIFF and furthered RICO Enterprise 1 in violation of 18 U.S.C. 1962(d) in March 2015.

XX. SHOTARO YACHI (谷内 正太郎) and SHINZO ABE conspired together against PLAINTIFF and furthered RICO Enterprise 1 in violation of 18 U.S.C. 1962(d) from May 2015 through August 2015.

XX. SHOTARO YACHI (谷内 正太郎) and BILL CLINTON conspired together against PLAINTIFF and furthered RICO Enterprise 1 in violation of 18 U.S.C. 1962(d) in March 2015.

XX. SHOTARO YACHI (谷内 正太郎), JOHN KERRY, BARACK OBAMA, and conspirators conspired against PLAINTIFF in violation of 18 U.S.C. 1962(d).

XX. FRED HOCHBERG as the Chairman and President of Export-Import Bank would ensure that Japanese DEFENDANTS would receive benefits for implementing JAPLAN.

XX. FRED HOCHBERG as the Chairman and President of Export-Import Bank conspired with coconspirators to implement *JAPLAN* on PLAINTIFF'S birthday when he attended the State Department's Dinner honoring SHINZO ABE on April 28th, 2015.

XX. JEFFREY ZIENTS, as the Assistant to the President and Director of the National Economic Council, MICHAEL FROMAN, U.S. Trade Representative at the Office of the U.S. Trade Representative, and PENNY PRTIZKER, Secretary of Commerce at the U.S. Department of Commerce, would ensure that Japanese DEFENDANTS would continue to gain more economic policies in their favors when they would allow *JAPLAN* to happen.

XX. JEFFREY ZIENTS, as the Assistant to the President and Director of the National Economic Council, MICHAEL FROMAN, U.S. Trade Representative at the Office of the U.S. Trade Representative, and PENNY PRTIZKER, Secretary of Commerce at the U.S. Department of Commerce, conspired with coconspirators to implement *JAPLAN* on PLAINTIFF'S birthday when he attended the State Department's Dinner honoring SHINZO ABE on April 28th, 2015.

XX. Mr. BRIAN KRZANICH, CEO of the Intel Corporation, would ensure that American INTEL, Japanese INTEL, German INTEL, Aussie INTEL, British INTEL, and/or Indian INTEL, would gain access to PLAINTIFF'S laptop that, to the best of PLAINTIFF'S knowledge, had an

Intel core-processor in it in which those aforementioned DEFENDANTS would continue to use Intel products and receive cheaper products in the future by Intel because of An Anchor and a Pitchfork.

XX. Mr. BRIAN KRZANICH, CEO of the Intel Corporation, conspired with coconspirators to implement *JAPLAN* on PLAINTIFF'S birthday when he attended the State Department's Dinner honoring SHINZO ABE on April 28th, 2015.

XX. JACOB LEW, the Secretary of the Treasury, would monitor and watch PLAINTIFF'S finances and would know how much PLAINTIFF spent in Japan throughout Summer 2015 in which DOJ and American INTEL would falsely allege that PLAINTIFF paid for ANGIE ORTIZ.

XX. JACOB LEW, the Secretary of the Treasury, conspired with coconspirators to implement *JAPLAN* on PLAINTIFF'S birthday when he attended the State Department's Dinner honoring SHINZO ABE on April 28th, 2015.

XX. EVAN MEDEIROS, as the Special Assistant to the President and Senior Director for Asian Affairs on the National Security Council in periods of time in the Summer of 2015 knew of JAPLAN and PLAINTIFF throughout the course of Summer 2015.

XX. EVAN MEDEIROS, as the Special Assistant to the President and Senior Director for Asian Affairs on the National Security Council, conspired with coconspirators in implementing *JAPLAN* in violation of 18 U.S.C. 1962(d), 42 U.S.C. 1985(3), 18 U.S.C. 241, and 42 U.S.C. 1985(2).

XX. EVAN MEDEIROS, as the Special Assistant to the President and Senior Director for Asian Affairs on the National Security Council, received information about PLAINTIFF and JAPLAN through the Summer of 2015.

XX. EVAN MEDEIROS, as the Special Assistant to the President and Senior Director for Asian Affairs on the National Security Council, based decisions of the information received in XX.

XX. EVAN MEDEIROS, as the Special Assistant to the President and Senior Director for Asian Affairs on the National Security Council, did nothing to stop JAPLAN. Therefore, aided and abetted when he had the requisite knowledge.

XX. EVAN MEDEIROS, as the Special Assistant to the President and Senior Director for Asian Affairs on the National Security Council, conspired with coconspirators to implement *JAPLAN* on PLAINTIFF'S birthday when he attended the State Department's Dinner honoring SHINZO ABE on April 28th, 2015.

XX. SHAILAGH MURRAY, as Assistant to the President and Senior Advisor in periods of time in the Summer of 2015 knew of JAPLAN and PLAINTIFF throughout the course of Summer 2015.

XX. SHAILAGH MURRAY, as Assistant to the President and Senior Advisor, conspired with coconspirators in implementing *JAPLAN* in violation of 18 U.S.C. 1962(d), 42 U.S.C. 1985(3), 18 U.S.C. 241, and 42 U.S.C. 1985(2).

XX. SHAILAGH MURRAY, as Assistant to the President and Senior Advisor, received information about PLAINTIFF and JAPLAN through the Summer of 2015.

XX. SHAILAGH MURRAY, as Assistant to the President and Senior Advisor, based decisions off the information received in XX.

XX. SHAILAGH MURRAY, as Assistant to the President and Senior Advisor, did nothing to stop JAPLAN. Therefore, aided and abetted when she had the requisite knowledge.

XX. SHAILAGH MURRAY, as Assistant to the President and Senior Advisor, conspired with coconspirators to implement *JAPLAN* on PLAINTIFF'S birthday when she attended the State Department's Dinner honoring SHINZO ABE on April 28th, 2015.

XX. LISA MONACO, as Assistant to the President for Homeland Security and Counterterrorism and Deputy National Security Advisor, Office of the National Security Advisor in periods of time in the Summer of 2015 knew of JAPLAN and PLAINTIFF throughout the course of Summer 2015.

XX. LISA MONACO, as Assistant to the President for Homeland Security and Counterterrorism and Deputy National Security Advisor, Office of the National Security Advisor, conspired with coconspirators in implementing *JAPLAN* in violation of 18 U.S.C. 1962(d), 42 U.S.C. 1985(3), 18 U.S.C. 241, and 42 U.S.C. 1985(2).

XX. LISA MONACO, as Assistant to the President for Homeland Security and Counterterrorism and Deputy National Security Advisor, Office of the National Security Advisor, received information about PLAINTIFF and JAPLAN through the Summer of 2015.

XX. LISA MONACO, as Assistant to the President for Homeland Security and Counterterrorism and Deputy National Security Advisor, Office of the National Security Advisor, based decisions off the information received in XX.

XX. LISA MONACO, as Assistant to the President for Homeland Security and Counterterrorism and Deputy National Security Advisor, Office of the National Security Advisor, did nothing to stop *JAPLAN*. Therefore, aided and abetted when she had the requisite knowledge.

XX. LISA MONACO, as Assistant to the President for Homeland Security and Counterterrorism and Deputy National Security Advisor, Office of the National Security Advisor, conspired with coconspirators to implement *JAPLAN* on PLAINTIFF'S birthday when she attended the State Department's Dinner honoring SHINZO ABE on April 28th, 2015.

XX. SUZY GEORGE, as Deputy Assistant to the President and Executive Secretary and Chief of Staff in the National Security Council,

at all times knew of JAPLAN and PLAINTIFF throughout the course of Summer 2015.

XX. SUZY GEORGE, as Deputy Assistant to the President and Executive Secretary and Chief of Staff in the National Security Council, conspired with coconspirators in implementing *JAPLAN* in violation of 18 U.S.C. 1962(d), 42 U.S.C. 1985(3), 18 U.S.C. 241, and 42 U.S.C. 1985(2).

XX. SUZY GEORGE, as Deputy Assistant to the President and Executive Secretary and Chief of Staff in the National Security Council, received information about PLAINTIFF and *JAPLAN* throughout Summer of 2015.

XX. SUZY GEORGE, as Deputy Assistant to the President and Executive Secretary and Chief of Staff in the National Security Council, based decisions off the information received in XX.

XX. SUZY GEORGE, as Deputy Assistant to the President and Executive Secretary and Chief of Staff in the National Security Council, did nothing to stop *JAPLAN*. Therefore, aided and abetted when she had the requisite knowledge.

XX. SUZY GEORGE, as Deputy Assistant to the President and Executive Secretary and Chief of Staff in the National Security Council, conspired with coconspirators to implement *JAPLAN* on PLAINTIFF'S birthday when she attended the State Department's Dinner honoring SHINZO ABE on April 28th, 2015.

XX. BERNADETTE MEEHAN, Senior Director for Strategic Communications and Spokesperson, National Security Council in periods of time in the Summer of 2015 knew of JAPLAN and PLAINTIFF throughout the course of Summer 2015.

XX. BERNADETTE MEEHAN, Senior Director for Strategic Communications and Spokesperson at the National Security Council, Jennifer Psaki, Assistant to the President and Director of Communications, and  Ben Rhodes, Assistant to the President and Deputy National Security Advisor for Strategic Communications and Speechwriting, all had the responsibility in assisting in creating a fabricated materially misleading and intentionally malicious communication strategy against PLAINTIFF because of *JAPLAN* and covering up for coconspirators like JOHN O. BRENNAN, HILLARY CLINTON, ANDREW MCCABE, ROBERT MUELLER.

XX. BERNADETTE MEEHAN, Senior Director for Strategic Communications and Spokesperson at the National Security Council, conspired with coconspirators in implementing JAPLAN in violation of 18 U.S.C. 1962(d), 42 U.S.C. 1985(3), 18 U.S.C. 241, and 42 U.S.C. 1985(2).

XX. BERNADETTE MEEHAN, Senior Director for Strategic Communications and Spokesperson at the National Security Council, received information about PLAINTIFF and JAPLAN through the Summer of 2015.

XX. BERNADETTE MEEHAN, Senior Director for Strategic Communications and Spokesperson at the National Security Council, based decisions off the information received in XX.

XX. BERNADETTE MEEHAN, Senior Director for Strategic Communications and Spokesperson at the National Security Council, did nothing to stop *JAPLAN*. Therefore, aided and abetted when she had the requisite knowledge.

XX. CAROLINE KENNEDY, as U.S. Ambassador to Japan in 2015 in periods of time in the Summer of 2015 knew of *JAPLAN* and PLAINTIFF throughout the course of Summer 2015.

XX. CAROLINE KENNEDY, as U.S. Ambassador to Japan in 2015 conspired with coconspirators in implementing JAPLAN in violation of 18 U.S.C. 1962(d), 42 U.S.C. 1985(3), 18 U.S.C. 241, and 42 U.S.C. 1985(2).

XX. CAROLINE KENNEDY, as U.S. Ambassador to Japan in 2015, received information about PLAINTIFF and *JAPLAN* through the Summer of 2015.

XX. CAROLINE KENNEDY, as U.S. Ambassador to Japan in 2015, based decisions off the information received in XX.

XX. CAROLINE KENNEDY, as U.S. Ambassador to Japan in 2015, did nothing to stop *JAPLAN*. Therefore, aided and abetted when she had the requisite knowledge.

XX. CAROLINE KENNEDY, as U.S. Ambassador to Japan in 2015, conspired with coconspirators to implement *JAPLAN* on PLAINTIFF'S birthday when she attended the State Department's Dinner honoring SHINZO ABE on April 28th, 2015.

XX. Mr. CHRISTOPHER JOHNSTONE, Director of Japan Affairs at the National Security Council, in periods of time in the Summer of 2015 knew of *JAPLAN* and PLAINTIFF throughout the course of Summer 2015.

XX. Mr. CHRISTOPHER JOHNSTONE, Director of Japan Affairs at the National Security Council conspired with coconspirators in implementing *JAPLAN* in violation of 18 U.S.C. 1962(d), 42 U.S.C. 1985(3), 18 U.S.C. 241, and 42 U.S.C. 1985(2).

XX. Mr. CHRISTOPHER JOHNSTONE, Director of Japan Affairs at the National Security Council, received information about PLAINTIFF and *JAPLAN* through the Summer of 2015.

XX. Mr. CHRISTOPHER JOHNSTONE, Director of Japan Affairs at the National Security Council, based decisions off the information received in XX.

XX. Mr. CHRISTOPHER JOHNSTONE, Director of Japan Affairs at the National Security Council, did nothing to stop *JAPLAN*. Therefore, aided and abetted when she had the requisite knowledge.

XX. Mr. CHRISTOPHER JOHNSTONE, Director of Japan Affairs at the National Security Council, conspired with coconspirators to implement *JAPLAN* on PLAINTIFF'S birthday when she attended the State Department's Dinner honoring SHINZO ABE on April 28th, 2015.

XX. VALERIE JARRETT, Senior Advisor to the President for Intergovernmental Affairs and Public Engagement of the Office of Public Engagement and Intergovernmental Affairs, in periods of time in the Summer of 2015 knew of *JAPLAN* and PLAINTIFF throughout the course of Summer 2015.

XX. VALERIE JARRETT, Senior Advisor to the President for Intergovernmental Affairs and Public Engagement of the Office of Public Engagement and Intergovernmental Affairs, conspired with coconspirators in implementing *JAPLAN* in violation of 18 U.S.C. 1962(d), 42 U.S.C. 1985(3), 18 U.S.C. 241, and 42 U.S.C. 1985(2).

XX. VALERIE JARRETT, Senior Advisor to the President for Intergovernmental Affairs and Public Engagement of the Office of Public Engagement and Intergovernmental Affairs, received information about PLAINTIFF and *JAPLAN* through the Summer of 2015.

XX. VALERIE JARRETT, Senior Advisor to the President for Intergovernmental Affairs and Public Engagement of the Office of Public Engagement and Intergovernmental Affairs, based decisions off the information received in XX.

XX. VALERIE JARRETT, Senior Advisor to the President for Intergovernmental Affairs and Public Engagement of the Office of Public Engagement and Intergovernmental Affairs, did nothing to stop *JAPLAN*. Therefore, aided and abetted when she had the requisite knowledge.

XX. VALERIE JARRETT, Senior Advisor to the President for Intergovernmental Affairs and Public Engagement of the Office of Public Engagement and Intergovernmental Affairs, conspired with coconspirators to implement *JAPLAN* on PLAINTIFF'S birthday when she attended the State Department's Dinner honoring SHINZO ABE on April 28th, 2015.

XX. JOHN KERRY, Secretary of State, in periods of time in the Summer of 2015 knew of *JAPLAN* and PLAINTIFF throughout the course of Summer 2015.

XX. JOHN KERRY, Secretary of State, conspired with coconspirators in implementing *JAPLAN* in violation of 18 U.S.C. 1962(d), 42 U.S.C. 1985(3), 18 U.S.C. 241, and 42 U.S.C. 1985(2).

XX. JOHN KERRY, Secretary of State, received information about PLAINTIFF and *JAPLAN* through the Summer of 2015.

XX. JOHN KERRY, Secretary of State, based decisions off the information received in XX.

XX. JOHN KERRY, Secretary of State, did nothing to stop *JAPLAN*. Therefore, aided and abetted when he had the requisite knowledge.

XX. JOHN KERRY, Secretary of State, conspired with coconspirators to implement *JAPLAN* on PLAINTIFF'S birthday when she attended the State Department's Dinner honoring SHINZO ABE on April 28th, 2015.

XX. SAMANTHA POWER, U.S. Permanent Representative to the United Nations at the United Nations, in periods of time in the Summer of 2015 knew of *JAPLAN* and PLAINTIFF throughout the course of Summer 2015.

XX. SAMANTHA POWER, U.S. Permanent Representative to the United Nations at the United Nations, conspired with coconspirators in implementing *JAPLAN* in violation of 18 U.S.C. 1962(d), 42 U.S.C. 1985(3), 18 U.S.C. 241, and 42 U.S.C. 1985(2).

XX. SAMANTHA POWER, U.S. Permanent Representative to the United Nations at the United Nations, received information about PLAINTIFF and *JAPLAN* through the Summer of 2015.

XX. SAMANTHA POWER, U.S. Permanent Representative to the United Nations at the United Nations, based decisions off the information received in XX.

XX. SAMANTHA POWER, U.S. Permanent Representative to the United Nations at the United Nations, did nothing to stop *JAPLAN*. Therefore, aided and abetted when she had the requisite knowledge.

XX. SAMANTHA POWER, U.S. Permanent Representative to the United Nations at the United Nations, conspired with coconspirators to implement *JAPLAN* on PLAINTIFF'S birthday when she attended the State Department's Dinner honoring SHINZO ABE on April 28th, 2015.

XX. SAMNTHA POWER, U.S. Permanent Representative to the United Nations at the United Nations, would intentionally try to unmask PLAINTIFF to prosecute PLAINTIFF in which American INTEL utilized FISA against PLAINTIFF.

XX. SUSAN RICE, National Security Advisor at the National Security Council, in periods of time in the Summer of 2015 knew of *JAPLAN* and PLAINTIFF throughout the course of Summer 2015.

XX. SUSAN RICE, National Security Advisor at the National Security Council, conspired with coconspirators in implementing *JAPLAN* in violation of 18 U.S.C. 1962(d), 42 U.S.C. 1985(3), 18 U.S.C. 241, and 42 U.S.C. 1985(2).

XX. SUSAN RICE, National Security Advisor at the National Security Council, received information about PLAINTIFF and *JAPLAN* through the Summer of 2015.

XX. SUSAN RICE, National Security Advisor at the National Security Council, based decisions off the information received in XX.

XX. SUSAN RICE, National Security Advisor at the National Security Council, did nothing to stop *JAPLAN*. Therefore, aided and abetted when she had the requisite knowledge.

XX. SUSAN RICE, National Security Advisor at the National Security Council, conspired with coconspirators to implement *JAPLAN* on PLAINTIFF'S birthday when she attended the State Department's Dinner honoring SHINZO ABE on April 28th, 2015.

XX. Gen Nakatani, Minister of Defense of Japan, in periods of time in the Summer of 2015 knew of *JAPLAN* and PLAINTIFF throughout the course of Summer 2015.

XX. Gen Nakatani, Minister of Defense of Japan, conspired with coconspirators in implementing *JAPLAN* in violation of 18 U.S.C. 1962(d), 42 U.S.C. 1985(3), 18 U.S.C. 241, and 42 U.S.C. 1985(2).

XX. Gen Nakatani, Minister of Defense of Japan, received information about PLAINTIFF and *JAPLAN* through the Summer of 2015.

XX. Gen Nakatani, Minister of Defense of Japan, based decisions off the information received in XX.

XX. Gen Nakatani, Minister of Defense of Japan, did nothing to stop *JAPLAN*. Therefore, aided and abetted when she had the requisite knowledge.

XX. Gen Nakatani, Minister of Defense of Japan, knew of JAPLAN and American INTEL'S intention to prosecute PLAINTIFF in a military tribunal from April 28th, 2015.

XX. Gen Nakatani, Minister of Defense of Japan, conspired with coconspirators to implement *JAPLAN* on PLAINTIFF'S birthday when he attended the State Department's Dinner honoring SHINZO ABE on April 28th, 2015.

XX. SUSAN RICE, National Security Advisor at the National Security Council, in periods of time in the Summer of 2015 knew of *JAPLAN* and PLAINTIFF throughout the course of Summer 2015.

XX. SUSAN RICE, National Security Advisor at the National Security Council, conspired with coconspirators in implementing *JAPLAN* in violation of 18 U.S.C. 1962(d), 42 U.S.C. 1985(3), 18 U.S.C. 241, and 42 U.S.C. 1985(2).

XX. SUSAN RICE, National Security Advisor at the National Security Council, received information about PLAINTIFF and *JAPLAN* through the Summer of 2015.

XX. SUSAN RICE, National Security Advisor at the National Security Council, based decisions off the information received in XX.

XX. SUSAN RICE, National Security Advisor at the National Security Council,  did nothing to stop *JAPLAN*. Therefore, aided and abetted when she had the requisite knowledge.

XX. SUSAN RICE, National Security Advisor at the National Security Council, conspired with coconspirators to implement *JAPLAN* on PLAINTIFF'S birthday when she attended the State Department's Dinner honoring SHINZO ABE on April 28th, 2015.

XX. JENNIFER PSAKI, Assistant to the President and Director of Communications, in periods of time in the Summer of 2015 knew of *JAPLAN* and PLAINTIFF throughout the course of Summer 2015.

XX. JENNIFER PSAKI, Assistant to the President and Director of Communications, conspired with coconspirators in implementing *JAPLAN* in violation of 18 U.S.C. 1962(d), 42 U.S.C. 1985(3), 18 U.S.C. 241, and 42 U.S.C. 1985(2).

XX. JENNIFER PSAKI, Assistant to the President and Director of Communications, received information about PLAINTIFF and *JAPLAN* through the Summer of 2015.

XX. JENNIFER PSAKI, Assistant to the President and Director of Communications, based decisions off the information received in XX.

XX. JENNIFER PSAKI, Assistant to the President and Director of Communications, did nothing to stop *JAPLAN*. Therefore, aided and abetted when she had the requisite knowledge.

XX. JENNIFER PSAKI, Assistant to the President and Director of Communications, conspired with coconspirators to implement *JAPLAN* on PLAINTIFF'S birthday when she attended the State Department's Dinner honoring SHINZO ABE on April 28th, 2015.

XX. BEN RHODES, Assistant to the President and Deputy National Security Advisor for Strategic Communications and Speechwriting, in periods of time in the Summer of 2015 knew of *JAPLAN* and PLAINTIFF throughout the course of Summer 2015.

XX. BEN RHODES, Assistant to the President and Deputy National Security Advisor for Strategic Communications and Speechwriting, conspired with coconspirators in implementing *JAPLAN* in violation of 18 U.S.C. 1962(d), 42 U.S.C. 1985(3), 18 U.S.C. 241, and 42 U.S.C. 1985(2).

XX. BEN RHODES, Assistant to the President and Deputy National Security Advisor for Strategic Communications and Speechwriting, received information about PLAINTIFF and *JAPLAN* through the Summer of 2015.

XX. BEN RHODES, Assistant to the President and Deputy National Security Advisor for Strategic Communications and Speechwriting, based decisions off the information received in XX.

XX. BEN RHODES, Assistant to the President and Deputy National Security Advisor for Strategic Communications and Speechwriting, did nothing to stop *JAPLAN*. Therefore, aided and abetted when she had the requisite knowledge.

XX. BEN RHODES, Assistant to the President and Deputy National Security Advisor for Strategic Communications and Speechwriting, conspired with coconspirators to implement *JAPLAN* on PLAINTIFF'S birthday when he attended the State Department's Dinner honoring SHINZO ABE on April 28th, 2015.

XX. PLAINTIFF messaged BEN RHODES on linkedin on March 12th, 2019 and October 5th, 2022 to get him to respond to PLAINTIFF and BEN RHODES ignored PLAINTIFF in which BEN RHODES had stolen PLAINTIFF'S Intellectual Property and words PLAINTIFF wrote in speeches in which BEN RHODES passed off PLAINTIFF'S words as his own.

XX. DANIEL RUSSEL, as Assistant Secretary of State for East Asian and Pacific Affairs at the U.S. Department of State, in periods of time in the Summer of 2015 knew of *JAPLAN* and PLAINTIFF throughout the course of Summer 2015.

XX. DANIEL RUSSEL, as Assistant Secretary of State for East Asian and Pacific Affairs at the U.S. Department of State, conspired with coconspirators in implementing *JAPLAN* in violation of 18 U.S.C. 1962(d), 42 U.S.C. 1985(3), 18 U.S.C. 241, and 42 U.S.C. 1985(2).

XX. DANIEL RUSSEL, as Assistant Secretary of State for East Asian and Pacific Affairs at the U.S. Department of State, received information about PLAINTIFF and *JAPLAN* through the Summer of 2015.

XX. DANIEL RUSSEL, as Assistant Secretary of State for East Asian and Pacific Affairs at the U.S. Department of State, based decisions off the information received in XX.

XX. DANIEL RUSSEL, as Assistant Secretary of State for East Asian and Pacific Affairs at the U.S. Department of State, did nothing to stop *JAPLAN*. Therefore, aided and abetted when she had the requisite knowledge.

XX. DANIEL RUSSEL, as Assistant Secretary of State for East Asian and Pacific Affairs at the U.S. Department of State, conspired with coconspirators to implement *JAPLAN* on PLAINTIFF'S birthday when he attended the State Department's Dinner honoring SHINZO ABE on April 28th, 2015.

XX. In continuation of a theme and repeat behavior from "Trade is in the offing," MAYOR JOE RILEY JR of Charleston, South Carolina, would represent BOEING'S interests as well as his city's interests in appealing to sell more BOEING 787s to Japanese airlines like XX

XX. Because of previous paragraph, JEFFREY ZIENTS, FRED HOCHBERG, JACOB LEW, PENNY PRITZKER,  would assist in the endeavor.

XX. Because of the previous two paragraphs, JOE RILEY JR, JEFFREY ZIENTS, FRED HOCHBERGE, PENNY PRITZKER, and JACOB LEW would conspire to violate 18 U.S.C. 1962(d).

XX. Indian airlines would continue to order more BOEING aircraft after assisting and providing material support in JAPLAN as well.

XX. AMY ROSENBAUM, Deputy Assistant to the President for Legislative Affairs, conspired with coconspirators to implement *JAPLAN* on PLAINTIFF'S birthday when he attended the State Department's Dinner honoring SHINZO ABE on April 28th, 2015.

XX. AMY ROSENBAUM, Deputy Assistant to the President for Legislative Affairs, and CATHERINE RUSSELL, as the U.S. Ambassador-at-Large for Global Women's Issue at the U.S. Department of State, knew of PLAINTIFF and would assist in creating legislation that would vilify PLAINTIFF based on what coconspirators like JOHN O. BRENNAN, HILLARY CLINTON, ANDREW MCCABE, SHINZO ABE, did to PLAINTIFF in Japan.

XX. Ambassador KENICHIRO SASAE, the Japanese Ambassador to the United States in Summer 2015, in periods of time in the Summer of 2015 knew of *JAPLAN* and PLAINTIFF throughout the course of Summer 2015.

XX. Ambassador KENICHIRO SASAE, the Japanese Ambassador to the United States in Summer 2015, conspired with coconspirators in implementing *JAPLAN* in violation of 18 U.S.C. 1962(d), 42 U.S.C. 1985(3), 18 U.S.C. 241, and 42 U.S.C. 1985(2).

XX. Ambassador KENICHIRO SASAE, the Japanese Ambassador to the United States in Summer 2015, received information about PLAINTIFF and *JAPLAN* through the Summer of 2015.

XX. Ambassador KENICHIRO SASAE, the Japanese Ambassador to the United States in Summer 2015, based decisions off the information received in XX.

XX. Ambassador KENICHIRO SASAE, the Japanese Ambassador to the United States in Summer 2015, did nothing to stop *JAPLAN*. Therefore, aided and abetted when she had the requisite knowledge.

XX. Ambassador KENICHIRO SASAE, the Japanese Ambassador to the United States in Summer 2015, conspired with coconspirators to implement *JAPLAN* on PLAINTIFF'S birthday when he attended the State Department's Dinner honoring SHINZO ABE on April 28th, 2015.

XX. PLAINTIFF'S Campus Federal Credit Union's Debit Card that he would use in Japan in Summer 2015, to the best of PLAINTIFF's knowledge was a Visa debit card.

XX. CHARLES SCHARF, the CEO of Visa Inc., the Japanese Ambassador to the United States in Summer 2015, conspired with coconspirators in implementing *JAPLAN* in violation of 18 U.S.C. 1962(d), 42 U.S.C. 1985(3), 18 U.S.C. 241, and 42 U.S.C. 1985(2).

XX. CHARLES SCHARF, the CEO of Visa Inc., received information about PLAINTIFF'S debit card usage in JAPAN and gave that information to American INTEL in furtherance of RICO Enterprise 1 as well as RICO Enterprise 2.

XX. CHARLES SCHARF, the CEO of Visa Inc., conspired with coconspirators to implement *JAPLAN* on PLAINTIFF'S birthday when he attended the State Department's Dinner honoring SHINZO ABE on April 28th, 2015 in which he would do the previous paragraph.

XX. KEITH UMEMOTO, of the Democratic National Committee in Sacramento, CA, would conspire with unknown DNC, DOJ, and American INTEL officials in California to implement JAPLAN against PLAINTIFF.

XX. KEITH UMEMOTO, of the Democratic National Committee in Sacramento, CA, conspired with coconspirators to implement *JAPLAN* on PLAINTIFF'S birthday when he attended the State Department's Dinner honoring SHINZO ABE on April 28th, 2015 in which he would do the previous paragraph.

XX. KEITH UMEMOTO, of the Democratic National Committee in Sacramento, CA, in periods of time in the Summer of 2015 knew of *JAPLAN* and PLAINTIFF throughout the course of Summer 2015.

XX. KEITH UMEMOTO, of the Democratic National Committee in Sacramento, CA, conspired with coconspirators in implementing *JAPLAN* in violation of 18 U.S.C. 1962(d), 42 U.S.C. 1985(3), 18 U.S.C. 241, and 42 U.S.C. 1985(2).

XX. KEITH UMEMOTO, of the Democratic National Committee in Sacramento, CA, received information about PLAINTIFF and *JAPLAN* through the Summer of 2015.

XX. KEITH UMEMOTO, of the Democratic National Committee in Sacramento, CA, based decisions off the information received in XX.

XX. Admiral JAMES WINNEFELD, Vice Chairman of the Joint Chiefs of Staff, the Japanese Ambassador to the United States in Summer 2015, in periods of time in the Summer of 2015 knew of *JAPLAN* and PLAINTIFF throughout the course of Summer 2015.

XX. Admiral JAMES WINNEFELD, Vice Chairman of the Joint Chiefs of Staff, the Japanese Ambassador to the United States in Summer 2015, conspired with coconspirators in implementing *JAPLAN* in violation of 18 U.S.C. 1962(d), 42 U.S.C. 1985(3), 18 U.S.C. 241, and 42 U.S.C. 1985(2).

XX. Admiral JAMES WINNEFELD, Vice Chairman of the Joint Chiefs of Staff, the Japanese Ambassador to the United States in Summer 2015, received information about PLAINTIFF and *JAPLAN* through the Summer of 2015.

XX. Admiral JAMES WINNEFELD, Vice Chairman of the Joint Chiefs of Staff, the Japanese Ambassador to the United States in Summer 2015, based decisions off the information received in XX.

XX. Admiral JAMES WINNEFELD, Vice Chairman of the Joint Chiefs of Staff,

the Japanese Ambassador to the United States in Summer 2015, did nothing to stop *JAPLAN*. Therefore, aided and abetted when she had the requisite knowledge.

XX. Admiral JAMES WINNEFELD, Vice Chairman of the Joint Chiefs of Staff, the Japanese Ambassador to the United States in Summer 2015, conspired with coconspirators to implement *JAPLAN* on PLAINTIFF'S birthday when he attended the State Department's Dinner honoring SHINZO ABE on April 28th, 2015.

XX. ANTHONY FOXX, Secretary of Transportation at the U.S. Department of Transportation, conspired with coconspirators to implement *JAPLAN* on PLAINTIFF'S birthday when he attended the State Department's Dinner honoring SHINZO ABE on April 28th, 2015.

XX. BRAIN DEESE, Assistant to the President and Senior Advisor, in periods of time in the Summer of 2015 knew of *JAPLAN* and PLAINTIFF throughout the course of Summer 2015.

XX. BRAIN DEESE, Assistant to the President and Senior Advisor, conspired with coconspirators in implementing *JAPLAN* in violation of 18 U.S.C. 1962(d), 42 U.S.C. 1985(3), 18 U.S.C. 241, and 42 U.S.C. 1985(2).

XX. BRAIN DEESE, Assistant to the President and Senior Advisor, received information about PLAINTIFF and *JAPLAN* through the Summer of 2015.

XX. BRAIN DEESE, Assistant to the President and Senior Advisor, based decisions off the information received in XX.

XX. BRAIN DEESE, Assistant to the President and Senior Advisor, did nothing to stop *JAPLAN*. Therefore, aided and abetted when she had the requisite knowledge.

XX. BRAIN DEESE, Assistant to the President and Senior Advisor, conspired with coconspirators to implement *JAPLAN* on PLAINTIFF'S birthday when he attended the State Department's Dinner honoring SHINZO ABE on April 28th, 2015.

XX. JAMES CLAPPER, Director of National Intelligence, in periods of time in the Summer of 2015 knew of *JAPLAN* and PLAINTIFF throughout the course of Summer 2015.

XX. JAMES CLAPPER, Director of National Intelligence, conspired with coconspirators in implementing *JAPLAN* in violation of 18 U.S.C. 1962(d), 42 U.S.C. 1985(3), 18 U.S.C. 241, and 42 U.S.C. 1985(2).

XX. JAMES CLAPPER, Director of National Intelligence, received information about PLAINTIFF and *JAPLAN* through the Summer of 2015.

XX. JAMES CLAPPER, Director of National Intelligence, based decisions off the information received in XX.

XX. JAMES CLAPPER, Director of National Intelligence, did nothing to stop *JAPLAN*. Therefore, aided and abetted when she had the requisite knowledge.

XX. JAMES CLAPPER, Director of National Intelligence, conspired with coconspirators to implement *JAPLAN* on PLAINTIFF'S birthday when he attended the State Department's Dinner honoring SHINZO ABE on April 28th, 2015.

XX. Ambassador WILLIAM BROWNFIELD, Assistant Secretary for International Narcotics and Law Enforcement Affairs at Department of State, was part of the conspiracy to falsely allege PLAINTIFF was trafficking narcotics and drugs.

XX. Ambassador WILLIAM BROWNFIELD, Assistant Secretary for International Narcotics and Law Enforcement Affairs at Department of State, in periods of time in the Summer of 2015 knew of *JAPLAN* and PLAINTIFF throughout the course of Summer 2015.

XX. Ambassador WILLIAM BROWNFIELD, Assistant Secretary for International Narcotics and Law Enforcement Affairs at Department of State, conspired with coconspirators in implementing *JAPLAN* in violation of 18 U.S.C. 1962(d), 42 U.S.C. 1985(3), 18 U.S.C. 241, and 42 U.S.C. 1985(2).

XX. Ambassador WILLIAM BROWNFIELD, Assistant Secretary for International Narcotics and Law Enforcement Affairs at Department of State, received information about PLAINTIFF and *JAPLAN* through the Summer of 2015.

XX. Ambassador WILLIAM BROWNFIELD, Assistant Secretary for International Narcotics and Law Enforcement Affairs at Department of State, based decisions off the information received in XX.

XX. Ambassador WILLIAM BROWNFIELD, Assistant Secretary for International Narcotics and Law Enforcement Affairs at Department of State, did nothing to stop *JAPLAN*. Therefore, aided and abetted when she had the requisite knowledge.

XX. Ambassador WILLIAM BROWNFIELD, Assistant Secretary for International Narcotics and Law Enforcement Affairs at Department of State, conspired with coconspirators to implement *JAPLAN* on PLAINTIFF'S birthday when he attended the State Department's Dinner honoring SHINZO ABE on April 28th, 2015.

XX. CAROLINE ATKINSON, Deputy Assistant to the President and Deputy National Security Advisor at the National Security Council, in periods of time in the Summer of 2015 knew of *JAPLAN* and PLAINTIFF throughout the course of Summer 2015.

XX. CAROLINE ATKINSON, Deputy Assistant to the President and Deputy National Security Advisor at the National Security Council, conspired with coconspirators in implementing *JAPLAN* in violation of 18 U.S.C. 1962(d), 42 U.S.C. 1985(3), 18 U.S.C. 241, and 42 U.S.C. 1985(2).

XX. CAROLINE ATKINSON, Deputy Assistant to the President and Deputy National Security Advisor at the National Security Council, received information about PLAINTIFF and *JAPLAN* through the Summer of 2015.

XX. CAROLINE ATKINSON, Deputy Assistant to the President and Deputy National Security Advisor at the National Security Council, based decisions off the information received in XX.

XX. CAROLINE ATKINSON, Deputy Assistant to the President and Deputy National Security Advisor at the National Security Council, did nothing to stop *JAPLAN*. Therefore, aided and abetted when she had the requisite knowledge.

XX. CAROLINE ATKINSON, Deputy Assistant to the President and Deputy National Security Advisor at the National Security Council, conspired with coconspirators to implement *JAPLAN* on PLAINTIFF'S birthday when she attended the State Department's Dinner honoring SHINZO ABE on April 28th, 2015.

XX. DENIS McDONOUGH, as Assistant to the President and Chief of Staff to BARACK OBAMA, in periods of time in the Summer of 2015 knew of *JAPLAN* and PLAINTIFF throughout the course of Summer 2015.

XX. DENIS McDONOUGH, as Assistant to the President and Chief of Staff to BARACK OBAMA, conspired with coconspirators in implementing *JAPLAN* in violation of 18 U.S.C. 1962(d), 42 U.S.C. 1985(3), 18 U.S.C. 241, and 42 U.S.C. 1985(2).

XX. DENIS McDONOUGH, as Assistant to the President and Chief of Staff to BARACK OBAMA, received information about PLAINTIFF and *JAPLAN* through the Summer of 2015.

XX. DENIS McDONOUGH, as Assistant to the President and Chief of Staff to BARACK OBAMA, based decisions off the information received in XX.

XX. DENIS McDONOUGH, as Assistant to the President and Chief of Staff to BARACK OBAMA, did nothing to stop *JAPLAN*. Therefore, aided and abetted when she had the requisite knowledge.

XX. DENIS McDONOUGH, as Assistant to the President and Chief of Staff to BARACK OBAMA, conspired with coconspirators to implement *JAPLAN* on PLAINTIFF'S birthday when he attended the State Department's Dinner honoring SHINZO ABE on April 28th, 2015.

XX. FUMIO KISHIDA, Minister for Foreign Affairs of Japan in 2015, in periods of time in the Summer of 2015 knew of *JAPLAN* and PLAINTIFF throughout the course of Summer 2015.

XX. FUMIO KISHIDA, Minister for Foreign Affairs of Japan in 2015, conspired with coconspirators in implementing *JAPLAN* in violation of 18 U.S.C. 1962(d), 42 U.S.C. 1985(3), 18 U.S.C. 241, and 42 U.S.C. 1985(2).

XX. FUMIO KISHIDA, Minister for Foreign Affairs of Japan in 2015, received information about PLAINTIFF and *JAPLAN* through the Summer of 2015.

XX. FUMIO KISHIDA, Minister for Foreign Affairs of Japan in 2015, based decisions off the information received in XX.

XX. FUMIO KISHIDA, Minister for Foreign Affairs of Japan in 2015, did nothing to stop *JAPLAN*. Therefore, aided and abetted when she had the requisite knowledge.

XX. FUMIO KISHIDA, Minister for Foreign Affairs of Japan in 2015, conspired with coconspirators to implement *JAPLAN* on PLAINTIFF'S birthday when he attended the State Department's Dinner honoring SHINZO ABE on April 28th, 2015.

XX. ROSE GOTTEMOELLER, as Under Secretary of State for Arms Control and International Security, U.S. Department of State, would falsely allege that PLAINTIFF was trafficking firearms after American INTEL planted a gun in *METH*.

XX. ROSE GOTTEMOELLER, as Under Secretary of State for Arms Control and International Security, U.S. Department of State, in periods of time in the Summer of 2015 knew of *JAPLAN* and PLAINTIFF throughout the course of Summer 2015.

XX. ROSE GOTTEMOELLER, as Under Secretary of State for Arms Control and International Security, U.S. Department of State, conspired with coconspirators in implementing *JAPLAN* in violation of 18 U.S.C. 1962(d), 42 U.S.C. 1985(3), 18 U.S.C. 241, and 42 U.S.C. 1985(2).

XX. ROSE GOTTEMOELLER, as Under Secretary of State for Arms Control and International Security, U.S. Department of State, received information about PLAINTIFF and *JAPLAN* through the Summer of 2015.

XX. ROSE GOTTEMOELLER, as Under Secretary of State for Arms Control and International Security, U.S. Department of State, based decisions off the information received in XX.

XX. ROSE GOTTEMOELLER, as Under Secretary of State for Arms Control and International Security, U.S. Department of State, did nothing to stop *JAPLAN*. Therefore, aided and abetted when she had the requisite knowledge.

XX. ROSE GOTTEMOELLER, as Under Secretary of State for Arms Control and International Security, U.S. Department of State, conspired with coconspirators to implement *JAPLAN* on PLAINTIFF'S birthday when he attended the State Department's Dinner honoring SHINZO ABE on April 28th, 2015.

XX. Part of JAPLAN required bringing someone in who was hungry for food.

XX. Because of the previous paragraph, GREG PAGE, Executive Chairman of Cargill Inc., may have conspired with coconspirators to implement *JAPLAN* on PLAINTIFF'S birthday when he

attended the State Department's Dinner honoring SHINZO ABE on April 28th, 2015 because he was the CEO of a company that makes food.

XX. PETER JOSEPH NOOZHUMURRY VARGHESE became aware of "trade is in the offing" in his position of as the Australian High Commissioner to India.

XX. After "trade is in the offing" occurred in 2011, PETER JOSEPH NOOZHUMURRY VARGHESE got promoted and became the Secretary of the Department of Foreign Affairs and Trade from December 2012 until July 2016.

XX. TONY ABBOTT, PETER JOSEPH NOOZHUMURRY VARGHESE, GEORGE BRANDIS, MILES ARMITAGE, PAUL FOLEY, and/or WARREN ERROL TRUSS knew of An Anchor and a Pitchfork, did nothing and therefore aided and abetted An Anchor and a Pitchfork and were principals after the fact.

XX. PETER JOSEPH NOOZHUMURRY VARGHESE knew of An Anchor and a Pitchfork and did nothing because it was in his and Australia's interest not to do anything.

XX. According to Wikipedia as of 09/21/2023, Australia did not have a Minister for International Development and the Pacific during *An Anchor and a Pitchfork*.

XX. PETER JOSEPH NOOZHUMURRY VARGHESE has direct knowledge of *An Anchor and a Pitchfork* and the material benefits Australia received when American INTEL necessarily sent information through PINE GAP.

XX. Anti-terrorism summit in Sydney in June 2015. What GEORGE BRANDIS  said the summit entailed was that it would "highlight the lies of extremist groups, develop counter narratives and turn vulnerable individuals away from violent extremism." PLAINTIFF alleges GEORGE BRANDIS, TONY ABBOTT, and/or other coconspirators met here and conspired against PLAINTIFF in violation of 18 U.S.C. 1962(d), 18 U.S.C. 241, 42 U.S.C. 1985(2), and 42 U.S.C. 1985(3) to implement and provide assistance to *JAPLAN*.

XX. Aussie DEFENDANTS completely followed in line of the materially false narrative about PLAINTIFF by American INTEL, adhered to the fabricated narrative by American INTEL, and based their decisions on fabricated evidence against PLAINTIFF in regards to An Anchor and a Pitchfork between March 2015 through December 2016.

XX. GEORGE BRANDIS, MICHAEL KEENAN, TONY ABBOTT, and JULIE BISHOP all became of aware of the plot of JAPLAN against PLAINTIFF sometime between March 2015 and June 28th, 2015.

XX. GEORGE BRANDIS, MICHAEL KEENAN, TONY ABBOTT, and JULIE BISHOP received reports about PLAINTIFF and/or JAPLAN between March 2015 through August 2016. XX. Reports and information about PLAINTIFF that were given to GEORGE BRANDIS, TONY ABBOTT, MICHAEL KEENAN, and JULIE BISHOP were created, in part, based on the activities of PINE GAP between 2015 through 2016.

XX. Aussie INTEL and American INTEL conspired with one another in *An Anchor and a Pitchfork* between March 2015 through December 2016.

XX. COLIN POWELL knew about PLAINTIFF from January 2009 in which he admits to an email to HILLARY CLINTON about having used PLAINTIFF (against PLAINTIFF'S consent and knowledge) in violation of every conceivable right imaginable.[74]

XX. JUSTIN COOPER SEIZED PLAINTIFF'S laptop with the serial number W89361H6644 in furtherance of RICO Enterprise 1 on September 10th, 2015.

XX. JUSTIN COOPER, BILL CLINTON, and HILLARY CLINTON conspired against PLAINTIFF at least through Spring and Summer 2015.

XX. CIA and State would conspire against PLAINTIFF throughout Spring and Summer 2015.

XX. "CIA wins would be based on CP requirements and CP would select and evaluate person in charge."[75] CIA and FBI knew JAPLAN based on this sentence.

XX. Email with TONY BLAIR #3105 with HILLARY CLINTON was destroyed. PLAINTIFF alleges this was part of the "Trade is in the Offing."

XX. JUSTIN COOPER received proceeds and money[76] from BILL and HILLARY CLINTON involving RICO ENTERPRISE 1 against PLAINTIFF.

XX. JAPLAN email was received by HILLARY CLINTON in which it was classified as a paper, which JAPLAN email's contents consisted of. [77]

XX. Information about Miki's Tea Party was transmitted through diplomatic pouches between Qatar, United Kingdom, India, and America.[78]

XX. HILLARY CLINTON and JAMES COMEY had the JAPLAN email.[79]

XX. HILLARY CLINTON and State were aware that PLAINTIFF only used gmail accounts in which they kept trying to attack PLAINTIFF with a conspiracy against PLAINTIFF by HILLARY CLINTON with the PKE Girls—REBECCA WETHERBEE and GRIFFIN FRY.[80]

---

[74] FBI HRC_Part_36. Page 75.
[75] FBI HRC_Part_36. Page 78.
[76] FBI. HRC_Part_36
[77] FBI. HRC._Part_36. Page 90.
[78] FBI. HRC._Part_36. Page 90.
[79] FBI. HRC._Part_36. Page 92.
[80] FBI. HRC._Part_36. Page 93.

XX. GINA HASPEL conspired with LILLY WINCHESTER at periods of time between 2010-2013.

XX. ANDREW MCCABE conspired with LILLY WINCHESTER at periods of time between 2010-2013.

XX. FBI, ANDREW MCCABE, JAMES COMEY, PETER STRZOK, and CIA hacked into a redlight camera in Louisiana and intentionally gave PLAINTIFF a ticket in 2016 in which PLAINTIFF did not run the red light to obstruct justice.

4. List the alleged victims and state how each victim was allegedly injured.

PLAINTIFF—subject to hate crimes, war crimes, torture

5. Describe in detail the pattern of racketeering activity or collection of unlawful debts alleged for each RICO claim.
The description of the pattern of racketeering shall include the following information:
(a) List the alleged predicate acts and the specific statutes that were allegedly violated;
(b) Provide the dates of, the participants in, and a description of the facts surrounding the predicate acts;

(c) If the RICO claim is based on the predicate offenses of wire fraud, mail fraud, or fraud in the sale of securities, the "circumstances constituting fraud or mistake shall be stated with particularity." Fed.R.Civ.P. 9(b).

Identify the time, place and contents of the alleged misrepresentations, and the identity of persons to whom and by whom the alleged misrepresentations were made;

(f) Describe how the predicate acts form a "pattern of racketeering activity";

and (g) State whether the alleged predicate acts relate to each other as part of a common plan.

If so, describe in detail.

6. Describe in detail the alleged enterprise for each RICO claim. A description of the enterprise shall include the following information:

(a) State the names of the individuals, partnerships, corporations, associations, or other legal entities that allegedly constitute the enterprise;

(b) Describe the structure, purpose, function and course of conduct of the enterprise;

(c) State whether any defendants are employees, officers or directors of the alleged enterprise;

(d) State whether any defendants are associated with the alleged enterprise;

(e) State whether you are alleging that the defendants are individuals or entities separate from the alleged enterprise, or that the defendants are the enterprise itself, or members of the enterprise; and

(f) If any defendants are alleged to be the enterprise itself, or members of the enterprise, explain whether such defendants are perpetrators, passive instruments, or victims of the alleged racketeering activity.

7. State and describe in detail whether you are alleging that the pattern of racketeering activity and the enterprise are separate or have merged into one entity.

8. Describe the alleged relationship between the activities of the enterprise and the pattern of racketeering activity. Discuss how the racketeering activity differs from the usual and daily activities of the enterprise, if at all.

9. Describe what benefits, if any, the alleged enterprise receives from the alleged pattern of racketeering.

10. Describe the effect of the activities of the enterprise on interstate or foreign commerce.

11. If the complaint alleges a violation of 18 U.S.C. § 1962(a), provide the following information:

(a) State who received the income derived from the pattern of racketeering activity or through the collection of an unlawful debt; and

(b) Describe the use or investment of such income.

12. if the complaint alleges a violation of 18 U.S.C. § 1962(b), describe in detail the acquisition or maintenance of any interest in or control of the alleged enterprise.

13. If the complaint alleges a violation of 18 U.S.C. § 1962(c):

(a) State who is employed by or associated with the enterprise, and

(b) State whether the same entity is both the liable "person" and the "enterprise" under § 1962(c).

14. If the complaint alleges a violation of 18 U.S.C. § 1962(d), describe in detail the alleged conspiracy.

15. Describe the alleged injury to business or property.

16. Describe the direct causal relationship between the alleged injury and the violation of the RICO statute.


To summarize some of the content contained in **Statement of Claims** Section: ***An Anchor and a Pitchfork:***


## *XX: MODUS OPERANDI:*

XX. Aussie INTEL said in 2015 about Australia's Counterterrorism Strategy[81] that: they would "work closely with the community: families, friends and community members are often in the best position to identify individuals who are at risk of radicalisation and help steer them away from violent extremism. Our aim is to prevent extremists from exploiting vulnerable Australians and robbing them of their futures."[82]

---

[81] https://www.nationalsecurity.gov.au/what-australia-is-doing-subsite/Files/australias-counter-terrorism-strategy-2015.pdf
[82] Id.

XX. Part of Aussie INTEL'S efforts in combatting counterterrorism are "complemented by coordinated international action to make the global environment less conduce to terrorism. Australia works with international partners, including through the United Nations, to challenge terrorism. We also engage with a wide number of partner countries to build capacity and capability, undertake joint operations, and exchange information to assist partner governments in detecting, monitoring and responding to terrorism…Given the absolute focus on saving lives, agencies will prioritise early disruption of a planned attack over waiting to gather further evidence for a successful prosecution. Early disruption is also used to stop activities that support or facilitate terrorism, but which may fall short of specific attack planning. There are a range of methods that can be used to send a message to individuals that their activities have attracted the attention of authorities in an attempt to dissuade them from further action."[83]

XX. Let us see if Aussie INTEL and their police are "skilled in investigation, negotiation, tactical response, crisis management, and hostage recovery, enabling effective responses to terrorist attacks across all jurisdictions."[84]

XX. Aussie INTEL continued: "in the event of a terrorist attack, we will work calmly and efficiently to bring the perpetrators to justice and to ensure that we can all return to our everyday activities with confidence. A range of government agencies and community organisations are prepared to assist the community in an effective recovery."[85]

XX. Aussie INTEL lied in paragraph XX because they provided no assistance to PLAINTIFF because of the terrorist activity HILLARY CLINTON ordered against PLAINTIFF in which she and CGI still have terrorist bank accounts in Australia.

XX. Furthermore, Aussie INTEL said they work with international partners to stop the illegal flow of funds to terrorists through front organisations, registered financial institutions or not-for-profits. Terrorist groups also use a range of financing methods. These include taxing goods and wages, controlling resources such as oil, gas, crops, and minerals; kidnapping for ransom; theft and selling stolen antiquities."[86]

XX. Aussie INTEL failed at the previous paragraph because of Paragraph XX.

XX. Aussie INTEL said and knew that what caused people to so called terrorist acts is "social isolation, a longing for a sense of purpose or belonging, long-term unemployment, criminality, or perceived political grievances." Furthermore, Aussie INTEL said they would "identify and divert at-risk individuals and deradicalize those already influenced by violent extremism."[87]

---

[83] https://www.nationalsecurity.gov.au/what-australia-is-doing-subsite/Files/australias-counter-terrorism-strategy-2015.pdf

[84] https://www.nationalsecurity.gov.au/what-australia-is-doing-subsite/Files/australias-counter-terrorism-strategy-2015.pdf

[85] https://www.nationalsecurity.gov.au/what-australia-is-doing-subsite/Files/australias-counter-terrorism-strategy-2015.pdf

[86] https://www.nationalsecurity.gov.au/what-australia-is-doing-subsite/Files/australias-counter-terrorism-strategy-2015.pdf

[87] https://www.nationalsecurity.gov.au/what-australia-is-doing-subsite/Files/australias-counter-terrorism-strategy-2015.pdf

XX. If Aussie INTEL was truly in the business of stopping terrorism and future so-called terrorists in which they have PINE GAP with NSA and CIA, allowing An Anchor and a Pitchfork to happen which would immediately cause social isolation, create the biggest longing for a sense of purpose or belonging after having a terrorist activity committed against PLAINTIFF, having long-term unemployment, and allowing criminality by DEFENDANTS, Aussie INTEL absolutely failed in their goals.

Because of *Miki's Tea Party*, PLAINTIFF was a political and legal liability to DEFENDANTS: HILLARY CLINTON, BILL CLINTON, JEH JOHNSON, JANET N.XX, ROBERT MUELLER III, LEON PANETTA, JAMES COMEY, and DHS on

Starting around January or February 2015, HILLARY CLINTON made her intentions known within the DC Bubble that she was going to run as president, which became official to the public around March 2015 or April 2015.

DEFENDANTS…. Knew that PLAINTIFF was residing at 773 John Henry Ave, Baton Rouge, LA. 70820 from October 2014 through May 2015. DEFENDANTS: DHS, CIA, FBI, and/or NSA had unconstitutionally installed surveillance tools inside the home. DEFENDANTS Apple Inc, AT&T, and Cox Communications aided and abetted DEFENDANTS XX where DEFENDANTS provided information they knew would enable inquirer to commit murder or other RICO predicate act).

PLAINTIFF and WARWICK ALLEN, both based on their Title VI features of sarcastic humor, would routinely have nearly sarcastic political discussions and discussions about whatever came up in the privacy of our home. During these First Amendment protected sarcastic musings, PLAINTI

PLAINTIFF was a journalist at the time having submitted an article for a LGBT magazine in Nashville describing state issues involving legalized gay marriage. PLAINTIFF had HILLARY CLINTON'S emails and wanted to write a story about HILLARY CLINTON'S corruption. PLAINTIFF had the material; but little did he know of the importance of Miki's Tea Party to DEFENDANTS XX.  DEFENDANTS XX

PLAINTIFF and WARWICK ALLEN, both based on their Title VI features of sarcastic humor, would routinely have nearly sarcastic political discussions and discussions about whatever came up in the privacy of our home. During these First Amendment protected sarcastic musings, PLAINTI…. DEFENDANTS had a copy of the Angel's Email in Count XX Angel that they had shared and stored to be used maliciously against PLAINTIFF. PLAINTIFF, when discussing about past farming practices of the 1800s, talked about child marriage and how revolting that

was, and how it was stereotypical that latinos got married at an early age between 10-15 or so years old and how that was vile.

More specifically, PLAINTIFF having no reason to believe he was being recorded at all times, gave the details of what PLAINTIFF calls *Miki's Nightmare*. PLAINTIFF orally explained how to commit the perfect hate crime against PLAINTIFF on the basis of PLAINTIFF'S disabilities (autism and other disabilities) in which PLAINTIFF would not recognize the danger that was unfolding in front of PLAINTIFF in time due to psycho-social factors associated with autism and ADD, the psychological phenomenon of the anchoring effect, and depriving PLAINTIFF of sleep. *Miki's Nightmare* was the perfect way to destroy PLAINTIFF permanently because *Miki's Nightmare* gave the exact fabricated conditions needed to destroy PLAINTIFF permanently; due to the level of specificity of the details of *Miki's Nightmare*, it could not have existed in reality *but for* DEFENDANTS intentional implementation of it against PLAINTIFF. PLAINTIFF specifically explained and elaborated that committing Miki's Nightmare against PLAINTIFF was far worse to PLAINTIFF than murdering PLAINTIFF because murdering PLAINTIFF would have been merciful and would have put an end to PLAINTIFF, but implementing Miki's Nightmare would be for all of his life and eternity.  JEH JOHNSON, JOHN O. BRENNAN, JAMES COMEY, ANDREW MCCABE, JAMES CLAPPER, Chief Justice JOHN ROBERTS, BARACK OBAMA, VALERIE JARRETT, and/or XX violated Executive Order 11905, Executive Order 12036, and Executive Order 12333 because they all knew implementing *Miki's Nightmare* was worse than murder to PLAINTIFF.

DEFENDANTS having utilized USA PATRIOT ACT Section 507 numerous times before obtained a psychological profile on PLAINTIFF and had utilized their own psychological profile against PLAINTIFF.

The NSA has NSANet, which is a classified intranet network that connects Aussies and British Intel and shares intelligence data between NSA, British Intel, and Aussies. Money was/is spent on creating NSANet, maintaining NSANet, and utilizing NSANet that sends, receives, and processes information and data on NSANet, and British Intel utilized NSANET and transmitted the entirety of the factual circumstances of *Miki's Tea Party and An Anchor and a Pitchfork* in which an act of international and domestic terrorism against an American occurred that was not reported nor was anyone subsequently punished for their failure in doing so nor did anyone stop it having information from at least 5 months before that it was likely to occur against PLAINTIFF. At all relevant times, British Intel and NSA had immediate and direct communication with each other at all times in *Miki's Tea Party* & An Anchor and a Pitchfork and did not do anything to stop RICO Enterprise 1. Even having direct and completely unimpeded access to National Security Operations Center (NSOC) in which all information about *Miki's Tea Party* and *An Anchor and a Pitchfork* was sent, received, and processed in which NSOC's core function is to handle time sensitive issues obtained via sigint—neither British Intel nor NSA did anything despite being made aware of RICO Enterprise 1 from at least September 2010 and letting it happen in March 2011,and therefore, at a minimum, aided and abetted and facilitated RICO Enterprise 1 (as well as RICO Enterprise 2).
NSA and Aussies have a prior relationship in which NSA operates out of Geraldton, Pine Gap (which the CIA also operates out of) and Shoal Bay, Australia. Based on information and belief, when PLAINTIFF was less than 7 years old, he had gone numerous times to the Balkans during

the Yugoslav war; and it is from these 1990s Balkan visits that Pine Gap picked up information concerning PLAINTIFF as a little boy. So PLAINTIFF entered into the Pine Gap computer systems from the early 1990s.

When PLAINTIFF was in London in 2011, information about PLAINTIFF was submitted, sent, received, and processed through Pine Gap eventually making its way back to Washington DC and American Intel in which unknown CIA, NSA, Aussie DEFENDANTS directed what to do with PLAINTIFF'S information that was part of the mail and wire fraud scheme. This was in violation of XX. Furthermore, PLAINTIFF is alleging Aussies, CIA, and NSA shared information about all factual circumstances that happened in *Miki's Tea Party* on NSANET.

When PLAINTIFF was in both Baton Rouge, Louisiana and Tokyo, Japan in 2015, information about PLAINTIFF concerning his time in both Baton Rouge, LA and Tokyo, Japan was submitted, sent, received, and processed through Pine Gap eventually making its way back to Washington DC and American Intel in which unknown CIA, NSA, Aussie DEFENDANTS directed what to do with PLAINTIFF'S information that was part of the mail and wire fraud scheme. NSA, CIA, and Aussies transmitted the entirety of all the factual circumstances *An Anchor and a Pitchfork* to JOHN O. BRENNAN, JEH JOHNSON, NSA HEAD, XX in which no one took any remedial measures nor prevented anyone from furthering RICO Enterprise 1.

PLAINTIFF is alleging Aussies and NSA shared information about all factual circumstances that happened in *An Anchor and a Pitchfork* on NSANET in violation of:

XX. Not once did NSA, CIA, or Aussies attempt to stop *An Anchor and a Pitchfork* from happening in which they hid material information in which NSA, CIA, and Aussies had complete access to PLAINTIFF at all times when he was in Japan in Summer 2015. Even having direct and completely unimpeded access to National Security Operations Center (NSOC) in which all information about *An Anchor and a Pitchfork* was sent, received, and processed in which NSOC's core function is to handle time sensitive issues obtained via sigint—no Aussies nor NSA did anything despite being made aware of RICO Enterprise 1 and therefore aided and abetted and facilitated RICO Enterprise 1 (as well as RICO Enterprise 2). Therefore, XX DEFENDANTS violated: XX

XX. NSA, CIA, and Japanese DEFENDANTS have a relationship in which NSA operates out of Misawa, Japan in which NSA, CIA, and Japanese DEFENDANTS shared, submitted, and received information concerning all the factual circumstances involved in *An Anchor and a Pitchfork*. Some of this data was transmitted through ORION 3, ORION 5, and ORION 7 from Japan to CIA and NSA headquarters in and around WASHINGTON DC that processed all the information from sources like *City and County of San Francisco*, 575 U.S. 600 (2015), BILL CLINTON'S visit with SHINZO ABE in March 2015, correspondence between CHIEF JUSTICE JOHN ROBERTS and the Japanese supreme court from March 2015 to July 2015, and HILLARY CLINTON'S speech on 06/26/2015 in their computers that was relayed also to the WHITE HOUSE. Everyone in NSA and CIA were intentionally unaware of the impending danger despite having every reason to know that it was going to happen in which they made An Anchor and a Pitchfork happen the way they did. CIA and NSA were in direct contact with PLAINTIFF at all times in Japan in Summer 2015 in which there was an affirmative duty to

prevent RICO Enterprise 1 from furthering in which NSA, CIA, and Japanese DEFENDANTS all failed in furthering RICO Enterprise 1 in which they committed mail and wire fraud and other crimes in the process.

XX. PLAINTIFF is alleging DEFENDANTS violated 18 U.S. Code § 2523 (b)(4)(A) in which one of the following occurred: 1)The United States directed British Intel, Qatari Intel, Indian Intel, Aussie Intel, Japanese Intel, or German Intel, to intentionally target PLAINTIFF or 2) Indian Intel, British Intel, Qatari Intel, Japanese Intel, German Intel, or Aussie Intel, intentionally targeted PLAINTIFF because of RICO Enterprise 1 and shared the information with the United States Government.

XX. DHS and NSA have a partnership in which DHS and NSA utilize NSA'S Threat Operations Center (NTOC), which is the primary NSA/CSS partner for Department of Homeland Security response to cyber incidents. In an Anchor and a Pitchfork, a blackmail email was sent to PLAINTIFF in which American Intel and British Intel and Aussies necessarily had PLAINTIFF under surveillance in which they all knew of the liability PLAINTIFF posed to the CLINTONS and SCOTUS. At all times, DHS and NSA via the NTOC forecasted the incident to occur from at least 06/27/2015 in *an Anchor and a Pitchfork* and 09/27/2010 in *Miki's Tea Party*. Alerts were sent to both DHS and NSA. They could have easily and readily attributed the malicious activity being undertaken against PLAINTIFF in *An Anchor and a Pitchfork* and *Miki's Tea Party*. DHS and NSA did nothing and aided and abetted RICO Enterprise 1 and RICO Enterprise 2 and furthered the objectives of RICO Enterprise 1. By having received, sent, and processed all of the information concerning PLAINTIFF in *Miki's Tea Party* and *An Anchor and a Pitchfork* at the NTOC in which information was obtained in Tennessee, England, Washington DC/Fort Meade, Illinois, Japan, and other locations, this is part of the requirement constituting furthering mail and wire fraud and other RICO predicate acts in furtherance of RICO Enterprise 1 and RICO Enterprise 2.

XX. The United States, India, United Kingdom, Germany, Japan, Australia, and Qatar, all violated 18 U.S. Code § 2523 (b)(1)(B)(iii) which requires that under data sharing, it must adhere to applicable international human rights obligations and commitments or demonstrates respect for international universal human rights in which DEFENDANTS violated the The Convention On the Rights of Persons With Disabilities-- was all signed by United States, India, United Kingdom, Germany, Japan, Australia, and Qatar--that violated Article 13: Access to justice; Article 14: Liberty and security of person; Article 15: Freedom from torture or cruel, inhuman or degrading treatment or punishment; Article 16: Freedom from exploitation, violence and abuse; Article l7: Protecting the integrity of the person; Article 18:Liberty of movement; Article 21 Freedom of expression and opinion, and access to information; Article 22 Respect for privacy; Article 24 Education; Article 25 Health States Parties recognize that persons with disabilities have the right to the enjoyment of the highest attainable standard of health without discrimination on the basis of disability.

XX. DEFENDANTS violated 18 U.S. Code § 2523 (b)(4)(A) in which one of the following occurred: 1)The United States directed British Intel, Qatari Intel, Indian Intel, Aussie Intel, Japanese Intel, or German Intel, to intentionally target PLAINTIFF or 2) Indian Intel, British Intel, Qatari Intel, Japanese Intel, German Intel, or Aussie Intel, intentionally targeted

PLAINTIFF because of RICO Enterprise 1 and shared the information with the United States Government.

XX. Information pertaining to JAPLAN, PLAINTIFF, ANGIE ORTIZ, SHINZO ABE, HILLARY CLINTON, JEH JOHNSON, ROBERT MUELLER, JOHN O. BRENNAN, JAY CARNEY, BILL CLINTON, CHIEF JUSTICE JOHN ROBERTS, were transmitted through one of the CIA'S cloud data centers in Japan.

XX. Information that concerns *JAPLAN*, PLAINTIFF, ANGIE ORTIZ, HILLARY CLINTON, JOHN O. BRENNAN, BILL CLINTON, Chief Justice JOHN ROBERTS, JEH JOHNSON, ANDREW MCCABE, SHINZO ABE, and ROBERT MUELLER that relate to RICO Enterprise 1 was received, sent, and processed through one of the Japanese data centers to CIA HQ in furtherance of RICO Enterprise 1 and the scheme throughout the Spring and Summer of 2015. Therefore, a violation of 18 U.S.C. 1343 and 18 U.S.C. 1962(d).

XX. Because of XX, Unknown CIA officers, employees, and officials necessarily became aware of the events in JAPLAN and did nothing.

XX. JAMES FERGUSON "JAY" CARNEY became aware of JAPLAN and PLAINTIFF during the course of his employment as Amazon's Senior Vice President of Global Corporate Affairs from 2015 to 2022.

XX. JAMES FERGUSON "JAY" CARNEY worked for the Obama White House.

XX. JAMES FERGSON "JAY" CARNEY knew of the CIA'S cloud contract with Amazon and Amazon Web Services and knew details about CIA'S Cloud.

XX. JAMES FERGUSON "JAY" CARNEY, during his employment at Amazon, aided and abetted RICO Enterprise 1 in which he transmitted data about PLAINTIFF and RICO Enterprise 1 over the wires to individuals such as JEH JOHNSON, JOHN O. BRENANN, ROBERT MUELLER, American INTEL, and/or 5 EYES DEFENDANTS.

XX. Unknown officers and employees in CIA 1) knew how much the United States Government paid to allow *JAPLAN* to happen, 2) how much the Government of Japan received from any one in, or directly from, the United States Government, the Indian government, the Qatari government, and the British government because of JAPLAN, 3) who else within the United States Government besides HILLARY & BILL CLINTON (technically they were private actors), ANDREW MCCABE, SHINZO ABE (not in the united states government but was a key figure), JEH JOHNSON, JOHN O. BRENNAN, HAROLD HONGJU KOH, CHIEF JUSTICE JOHN ROBERTS, JUSTICE SAMUEL ALITO, the Estate of ANTON SCALIA, and ROBERT MUELLER wanted *JAPLAN* to happen and were a part of it, 4) how much the Japanese government received when the United States Government wanted to abuse legal process and prosecute PLAINTIFF in Japan, and/or 5) anyone else who were actors and participants in JAPLAN from the following DEFENDANTS: Indian DEFENDANTS, Indian INTEL, Qatari DEFENDANTS, Qatari INTEL, British DEFENDANTS, BRITISH INTEL, German DEFENDANTS, German INTEL, JAPANESE DEFENDANTS, and JAPANESE INTEL.

XX. Therefore, unknown officers and employees in the CIA aided and abetted and/or became accessories after the fact and/or became material participants and actors in all of HILLARY and BILL CLINTON'S crimes against PLAINTIFF, which include, but are not limited to: 18 U.S.C. 1961 section 1343, 18 U.S.C. 2340, 18 U.S.C. 2441, 18 U.S.C.§1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C.§1961 section 1513, 18 U.S.C.§1961 sections 1581–1592, 18 U.S.C.§1961(F) any act which is indictable under the <u>Immigration and Nationality Act</u>, section 274 (relating to bringing in and harboring certain aliens), section 277 (relating to aiding or assisting certain aliens to enter the United <u>States)</u>, or section 278 (relating to importation of alien for immoral purpose) if the act indictable under such section of such Act was committed for the purpose of financial gain (which CGI did gain financially as well as India, Britain, Japan, and/or Qatar and in which *Miki's Tea Party* is necessarily based upon), 18 U.S.C.§1961 section 2339(a) because that was an international act of terrorism in which unknown officials, employees, and officers in NSA, Indian INTEL and Indian DEFENDANTS, Qatari DEFENDANTS and Qatari INTEL, and British DEFENDANTS and INTEL provided material support to terrorism abroad.

XX. 5 EYES DEFENDANTS became aware of JAPLAN in Spring and Summer of 2015.

XX. 5 EYES DEFENDANTS therefore aided and abetted JAPLAN against PLAINTIFF.

XX. 5 EYES DEFENDANTS know who committed *JAPLAN* against PLAINTIFF.

XX. NSA unit S2C51 intercepted calls and data from the Japanese Finance Ministry, Japanese Financial Monetary Affairs Department, and Japanese Financial International Department, that concerned Japanese Economic Developments, the home number of HIDESHIMA.

XX. NSA unit S2C51 intercepted calls and data from the JAPANESE Minister of Economy, Trade, and Industry's office.

XX. NSA unit S2C41 intercepted calls and data from the Japanese Government VIP Line.

XX. NSA units S2C41 and S2C51 intercepted calls, data, emails, reports, cables, etc. from February 01st, 2015 to December 31st, 2016 that talked about: 1) Hillary Clinton, 2) Bill Clinton, 3) PLAINTIFF, 4) Angie Ortiz, 5) Shinzo Abe, and/or 6) any combination of the previous individuals.

XX. Unknown NSA officers and employees in NSA units S2C41 and S2C51 necessarily processed, reviewed, heard, transmitted information over the wires about the content of the phone calls, emails, reports, cables, etc. that discussed RICO Enterprise 1.

XX. Furthermore, the content of the phone calls, emails, reports, cables that discussed RICO Enterprise 1 was transmitted over the wires in NSANet.

XX. Because of XX and XX, unknown NSA officers and employees in NSA units S2C41 and S2C51 aided and abetted:

XX. By doing NOTHING about the war-crimes, torture, and RICO Enterprise 1 when they had direct knowledge of such, unknown officers and employees in NSA unites S2C41 and S2C51 violated 42 U.S.C. 1985(2), 42 U.S.C. 1985(3), 18 U.S.C. 241, 42 U.S.C. 1986, and 18 U.S.C. 1962(d).

XX. Unknown officers and employees in NSA Units S2C41 and S2C51 1) knew how much the United States Government paid to allow *JAPLAN* to happen, 2) how much the Government of Japan received from any one in, or directly from, the United States Government, the Indian government, the Qatari government, and the British government because of JAPLAN, 3) who else within the United States Government besides HILLARY & BILL CLINTON (technically they were private actors), ANDREW MCCABE, JEH JOHNSON, JOHN O. BRENNAN, HAROLD HONGJU KOH, CHIEF JUSTICE JOHN ROBERTS, JUSTICE SAMUEL ALITO, the Estate of ANTON SCALIA, and ROBERT MUELLER wanted JAPLAN to happen and were a part of it, 4) how much the Japanese government received when the United States Government wanted to abuse legal process and prosecute PLAINTIFF in Japan, and/or 5) anyone else who were actors and participants in JAPLAN from the following DEFENDANTS: Indian DEFENDANTS, Indian INTEL, Qatari DEFENDANTS, Qatari INTEL, British DEFENDANTS, BRITISH INTEL, German DEFENDANTS, German INTEL, JAPANESE DEFENDANTS, and JAPANESE INTEL.

XX. Therefore, unknown officers and employees in NSA Units S2C41 and S2C51 aided and abetted and/or became accessories after the fact and/or became material participants and actors in all of HILLARY and BILL CLINTON'S crimes against PLAINTIFF, which include, but are not limited to: 18 U.S.C. 1961 section 1343, 18 U.S.C. 2340, 18 U.S.C. 2441, 18 U.S.C.§1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C.§1961 section 1513, 18 U.S.C.§1961 sections 1581–1592, 18 U.S.C.§1961(F) any act which is indictable under the Immigration and Nationality Act, section 274 (relating to bringing in and harboring certain aliens), section 277 (relating to aiding or assisting certain aliens to enter the United States), or section 278 (relating to importation of alien for immoral purpose) if the act indictable under such section of such Act was committed for the purpose of financial gain (which CGI did gain financially as well as India, Britain, Japan, and/or Qatar and in which *Miki's Tea Party* is necessarily based upon), 18 U.S.C.§1961 section 2339(a) because that was an international act of terrorism in which unknown officials, employees, and officers in NSA, Indian INTEL and Indian DEFENDANTS, Qatari DEFENDANTS and Qatari INTEL, and British DEFENDANTS and INTEL provided material support to terrorism abroad.

XX. ANDREW MCCABE, JOHN O. BRENNAN, JEH JOHNSON, PETER STRZOK and/or Chief Justice JOHN ROBERTS shared the details of *Miki's Nightmare* to HILLARY CLINTON on top of sharing private conversations said in the home to HILLARY CLINTON regularly throughout Spring 2015 and Summer 2015 in which HILLARY CLINTON directly referenced PLAINTIFF'S speech on June 26th, 2015. ANDREW MCCABE, JOHN O. BRENNAN, JEH JOHNSON, PETER STRZOK, and/or Chief Justice JOHN ROBERTS violated 18 U.S.C. §1962(d); 18 USC §2; 18 USC §1961 sections 2251, 2251A, 2252, and 2260 (relating to sexual exploitation of children) if ANGIE ORTIZ was a child; 18 USC §1961 sections 1581–1592; 18 USC §1961 section 1503; 18 USC §1961 section 1951; 18 U.S.C. § 956(a)(1); 18 USC §1961

section 1512; 18 USC §1961 section 1510; 18 U.S.C. §2340; 18 U.S.C § 2441; 42 U.S.C. §1983; 42 U.S.C. §1985; 42 U.S.C. §1986; Title VI of the Civil Rights Act; RFRA; 42 U.S.C. §242.

XX. PLAINTIFF was a liability to Chief Justice JOHN ROBERTS because of *Star Chambers*. On or around March 17th, 2015, BILL CLINTON goes to Japan and meets with Prime Minister SHINZO ABE and unknown Japanese Intel Defendants and government officials, and they conspire against PLAINTIFF in violation of 18 U.S.C. §§ 1962(d) in which they sought to implement *Miki's Nightmare* and prosecute PLAINTIFF in Japan because BILL CLINTON knew PLAINTIFF was a legal and political liability to HILLARY CLINTON in violation of 18 U.S.C. § 956(a)(1), 18 U.S.C. §2332, 18 U.S.C. §2340A, 18 U.S.C. 2441,   XX

XX. Then CHIEF JUSTICE JOHN ROBERTS and the CHIEF JUSTICE of the Japanese Supreme Court XX start having conversations around late March 2015 in which Chief Justice JOHN ROBERTS shared the details *Miki's Nightmare* and how they could ensure that PLAINTIFF would be prosecuted in Japan in violation of 18 U.S.C. §1962(d); 18 USC §241; 18 USC §1961 sections 2251, 2251A, 2252, and 2260 (relating to sexual exploitation of children) if ANGIE ORTIZ was a child; 18 USC §1961 sections 1581–1592; 18 USC §1961 section 1503; 18 USC §1961 section 1951; 18 U.S.C. § 956(a)(1); 18 USC §1961 section 1512; 18 USC §1961 section 1510; 18 U.S.C. §2340; 18 U.S.C § 2441; 42 U.S.C. §1983; 42 U.S.C. §1986; Title VI of the Civil Rights Act; RFRA; 42 U.S.C. §242.These actions were done to further RICO Enterprise 1 and RICO Enterprise 2. Furthermore, as elaborated upon in Miki's Tea Party, CGI would obtain more funds in which the amount of donations would dramatically decrease if HILLARY CLINTON did not win in 2016, which is exactly what happened and Bill and Hillary Clinton took the actions in part because they knew they would receive less money in CGI.

XX. DEFENDANTS Chief Justice JOHN ROBERTS and Justice ANTONIN SCALIA necessarily approved of DEFENDANTS JOHN BRENNAN, JEH JOHNSON, JAMES COMEY, ANDREW MCCABE, HILLARY CLINTON'S plan to implement *Miki's Nightmare* and absolve all future federal officials of liability for intentionally implementing *Miki's Nightmare* by ruling the *City and County of San Francisco v. Sheehan*, 575 U.S. 600 (2015) on May 18th, 2015 that served as legal direction for aforementioned DEFENDANTS to absolve themselves and ensure a conviction as PLAINTIFF explained in *Star Chambers* in violation of 18 U.S.C. §1962(d); 18 USC §241; 18 USC §1961 sections 2251, 2251A, 2252, and 2260 (relating to sexual exploitation of children) if ANGIE ORTIZ was a child; 18 USC §1961 sections 1581–1592; 18 USC §1961 section 1503; 18 USC §1961 section 1951; 18 U.S.C. § 956(a)(1); 18 USC §1961 section 1512; 18 USC §1961 section 1510; 18 U.S.C. §2340; 18 U.S.C § 2441; 42 U.S.C. §1983; 42 U.S.C. §1985; 42 U.S.C. §1986; Title VI of the Civil Rights Act; RFRA; 42 U.S.C. §242. These actions were done to further RICO Enterprise 1 and RICO Enterprise 2.

XX. JEH JOHNSON and DEFENDANTS in DHS, who has oversight of CBP and ICE, knew of *JAPLAN, and under their complete watch and assistance, XX, in violation of:* 18 U.S.C. §§ 1962(d)

XX. JOHN BRENNAN, Indian INTEL,4 and DEFENDANTS in CIA knew of *JAPLAN,* 18 U.S.C. §§ 1962(d)

XX. When DEFENDANTS JEH JOHNSON, JOHN O. BRENNAN, etc. implemented *JAPLAN* against PLAINTIFF in Tokyo, Japan, they violated: 18 USC §1961 section 1510, 18 USC §1961 section 1512,

XX. When DEFENDANTS JEH JOHNSON, JOHN O. BRENNAN XX, etc. trafficked ANGIE ORTIZ as part of implementing *Miki's Nightmare*, they utilized a fake passport in which PLAINTIFF relied on in violation 18 USC §1961section 1028. When aforementioned DEFENDANTS implemented *Miki's Nightmare*, they had previously conspired to implement *Miki's Nightmare*; and by fully implementing *Miki's Nightmare* and doing nothing for a whole month and not stopping it from occurring after May 18th, 2015, aforementioned DEFENDANTS violated: 18 U.S.C. §1962(d); 18 USC §241; 18 USC §1961 sections 2251, 2251A, 2252, and 2260 (relating to sexual exploitation of children) if ANGIE ORTIZ was a child; 18 USC §1961 sections 1581–1592; 18 USC §1961 section 1503; 18 USC §1961 section 1951; 18 U.S.C. § 956(a)(1); 18 USC §1961 section 1512; 18 USC §1961 section 1510; 18 U.S.C. §2340; 18 U.S.C § 2441; 42 U.S.C. §1983; 42 U.S.C. §1985; 42 U.S.C. §1986; Title VI of the Civil Rights Act; RFRA; 42 U.S.C. §242; 18 USC §1961 sections 1581–1592;  These actions were done to further RICO Enterprise 1 and RICO Enterprise 2.

XX. When XX DEFENDANTS either trafficked ANGIE ORTIZ around June 26th, 2015 or prior to June 26th, 2015 to Japan, having prior agreements with Japanese Immigration officials, they managed to circumvent those agreements and were intentionally and willfully ignorant of ANGIE ORTIZ'S immigration status. Furthermore, from the moment that PLAINTIFF met ANGIE ORTIZ on the street in front of his guest house and by necessarily having PLAINTIFF under surveillance at that time, aforementioned DEFENDANTS ran ANGIE ORTIZ's information through their systems in which they knew she was trafficked and still did nothing in violation of: 18 U.S.C. §1962(d); 18 USC §241; 18 USC §1961 sections 2251, 2251A, 2252, and 2260 (relating to sexual exploitation of children) if ANGIE ORTIZ was a child; 18 USC §1961 sections 1581–1592; 18 USC §1961 section 1503; 18 USC §1961 section 1951; 18 U.S.C. § 956(a)(1); 18 USC §1961 section 1512; 18 USC §1961 section 1510; 18 U.S.C. §2340; 18 U.S.C § 2441; 42 U.S.C. §1983; 42 U.S.C. §1985; 42 U.S.C. §1986; Title VI of the Civil Rights Act; RFRA; 42 U.S.C. §242; 18 USC §1961 sections 1581–1592; These actions were done to further RICO Enterprise 1 and RICO Enterprise 2.


On June 26th, 2015 exactly at the same time PLAINTIFF became even more vulnerable to *Miki's Nightmare,* HILLARY CLINTON gave a speech at the Jackson-Jefferson Fund Raising Gala for her presidential run in 2016 (hereon: Jackson-Jefferson Speech). HILLARY CLINTON'S Jackson-Jefferson Speech served as *a' hit' against PLAINTIFF and* contained numerous RICO predicate acts, directions on furthering RICO Enterprise 1,used the exact same and specific jokes PLAINTIFF made and said in the privacy of PLAINTIFF'S home in Baton Rouge in the Spring of 2015 thereby making it Federal and thereby establishing a factual nexus that connects the content of politically connected speech to retaliation against PLAINTIFF and the fact that PLAINTIFF posed a liability in which the only way HILLARY CLINTON learned about PLAINTIFF'S speech was through one of the DEFENDANTS having given her that information in violation of the law, in violation of revealing information in the course of an ongoing

*investigation, policies, or other illegal ways or methods unknown to PLAINTIFF. See: United States v. Miller*, 116 F.3d 641 (2d Cir. 1997) (act involving murder need not be actual murder as long as the act directly concerned murder, and facilitation of murder was a proper RICO predicate because accessorial offenses described in the New York State statutory provisions involved murder <u>within the meaning of RICO where defendant provided information he knew would enable inquirer to</u> commit murder or other RICO predicate act).

XX. The 'hit' against PLAINTIFF to further implement *Miki's Nightmare* was conveyed in the Jackson-Jefferson Speech when HILLARY CLINTON stated: "and the Hispanic child who still lives in the shadow of deportation" in which HILLARY CLINTON angrily stared at someone in the crowd who received the orders. This phrase was a command to an unknown DEFENDANT and member of the RICO Enterprise to commit one of the most heinous acts known to man.

XX. PLAINTIFF could not find open sources that stipulated ANDREW MCCABE was in the crowd that night at Jackson-Jefferson Speech on 06/26/2015; however, given the fact that it was his wife that was running as a state senator in Virginia and based on the content of Jackson-Jefferson Speech, PLAINTIFF has information and belief to allege ANDREW MCCABE was there. Due to ANDREW MCCABE'S actions that involved PLAINTIFF when PLAINTIFF was in Tokyo, Japan in Summer 2015 in which ANDREW MCCABE necessarily knew everything that was happening from the moment PLAINTIFF arrived in Tokyo, Japan, ANDREW MCCABE would be promoted twice in 3 months at the FEDERAL BUREAU OF INVESTIGATION after 07/31/2015 in order for ANDREW MCCABE'S wife (JILL MCCABE) to gain funds from TERRY MCAULIFFE in JILL MCCABE'S failed run as a state senator in Virginia; the vast majority of the financing for JILL MCCABE'S state senate run was given by DEFENDANTS after July 31st, 2015. ANDREW MCCABE violated:

XX. PLAINTIFF is alleging Britain, Qatar, Japan, Germany, Australia, and/or India issued an order to obtain information about PLAINTIFF to provide to the United States in violation of 18 U.S. Code § 2523 (b)(4)(C) in furtherance of RICO Enterprise 1 and in violation of 18 U.S.C. 1964(d) and 18 U.S.C. 241 and 18 U.S.C. 242; 42 U.S.C. 1983; 42 U.S.C. 1985(2); and 42 U.S.C. 1985 (3). PLAINTIFF is alleging that the provision within 18 U.S. Code § 2523 (b)(4)(C) of "nor shall the foreign government be required to share any information produced with the United <u>States</u> Government or a third-party government" is unconstitutional because it can cover up a RICO Enterprise and PLAINTIFF is alleging they are doing just that when they would utilize this provision to deny discovery requests.

XX. DEFENDANTS violated 18 U.S. Code § 2523 (b)(4)(A) in which one of the following occurred: 1)The United States directed British Intel, Qatari Intel, Indian Intel, Aussie Intel, Japanese Intel, or German Intel, to intentionally target PLAINTIFF in violation of 18 U.S.C. §2339(a) in providing material support to terrorists, 18 U.S.C. § 956(a)(1), 18 U.S.C. 1341, 18 U.S.C. 1343, 18 USC §1961 section 1510; 18 USC §1961 section 1512, 18 USC §1961 section 1513, 18 U.S.C. §2340, 18 U.S.C § 2441, 42 U.S.C. §1983, 42 U.S.C. §1985(2), 42 U.S.C. §1985(3), 42 U.S.C. §1986, Title VI of the Civil Rights Act, 18 U.S.C. §2339 (by harboring the terrorists that perpetuated the act of terrorism against PLAINTIFF), 18 U.S.C. §249, 18 U.S.C. §250, 42 U.S.C. §2000aa, 18 USC §1961 section 1951;18 USC §1961 sections 1581–1592;

XX. DEFENDANTS violated 18 U.S. Code § 2523 (b)(4)(A) Indian Intel, British Intel, Qatari Intel, Japanese Intel, German Intel, or Aussie Intel, intentionally targeted PLAINTIFF in furtherance of RICO Enterprise 1 and shared the information with the United States Government and violated: 18 USC. §2339(a) in providing material support to terrorists, 18 U.S.C. § 956(a)(1), 18 U.S.C. 1341, 18 U.S.C. 1343, 18 USC §1961 section 1510; 18 USC §1961 section 1512, 18 USC §1961 section 1513, 18 U.S.C. §2340, 18 U.S.C § 2441, 42 U.S.C. §1983, 42 U.S.C. §1985(2), 42 U.S.C. §1985(3), 42 U.S.C. §1986, Title VI of the Civil Rights Act, 18 U.S.C. §2339 (by harboring the terrorists that perpetuated the act of terrorism against PLAINTIFF), 18 U.S.C. §249, 18 U.S.C. §250, 42 U.S.C. §2000aa, 18 USC §1961 section 1951; 18 USC §1961 sections 1581–1592;

XX. The United States, India, United Kingdom, Germany, Japan, Australia, and Qatar, all violated 18 U.S. Code § 2523 (b)(1)(B)(iii) which requires that under data sharing, it must adhere to applicable international human rights obligations and commitments or demonstrates respect for international universal human rights in which DEFENDANTS violated the The Convention On the Rights of Persons With Disabilities-- was all signed by United States, India, United Kingdom, Germany, Japan, Australia, and Qatar--that violated Article 13: Access to justice; Article 14: Liberty and security of person; Article 15: Freedom from torture or cruel, inhuman or degrading treatment or punishment; Article 16: Freedom from exploitation, violence and abuse; Article l7: Protecting the integrity of the person; Article 18:Liberty of movement; Article 21 Freedom of expression and opinion, and access to information; Article 22 Respect for privacy; Article 24 Education; Article 25 Health States Parties recognize that persons with disabilities have the right to the enjoyment of the highest attainable standard of health without discrimination on the basis of disability.

XX. aforementioned DEFENDANTS intentionally broke PLAINTIFF'S heart with BRIANA DRESCHER increasing the psychological need to find a woman in Japan.


**XX. YOSHIHIDE SUGA talked directly to HUNTER BIDEN AND JIM BIDEN about PLAINTIFF.**

**XX.**

**XX. YOSHIHIDE SUGA "worked" at the Tokyo Roppongi Patent and Law office.**

**XX. YOSHIHIDE SUGA knew about PLAINTIFF from June 26th, 2015.**

**XX. YOSHIHIDE SUGA conspired with American INTEL and Japanese INTEL involving PLAINTIFF.**

**XX. YOSHIHIDE SUGA and SHINZO ABE conspired against PLAINTIFF and furthered RICO Enterprise 1 in violation of 18 U.S.C. 1962(d) from May 2015 through August 2015.**

**XX. SANAE TAKAICHI and SHINZO ABE conspired against PLAINTIFF and furthered RICO Enterprise 1 in violation of 18 U.S.C. 1962(d) from May 2015 through August 2015.**

XX. The National Security Council of Japan **has hotlines to its American and British counterparts and were in existence between March 2015 through December 2016.**

XX. XX, XX, and XX all shared information about PLAINTIFF and *JAPLAN* was transmitted over the wires through the hotlines mentioned in paragraph XX.

XX. Therefore,

XX. HILLARY CLINTON, JOHN O. BRENNAN, JEH JOHNSON, BILL CLINTON, SHINZO ABE, ROBERT MUELLER, ANDREW MCCABE, Prime Minister MODI, American INTEL, Japanese INTEL, British INTEL, German INTEL, Canadian INTEL, and/or Indian INTEL all knew of PLAINTIFF'S issues involving fine and gross motor skills in which PLAINTIFF had to overcompensate by needing to perform cunnilingus as much as possible to satisfy a woman.

XX. HILLARY CLINTON, JOHN O. BRENNAN, JEH JOHNSON, BILL CLINTON, SHINZO ABE, ROBERT MUELLER, ANDREW MCCABE, Prime Minister MODI, American INTEL, Japanese INTEL, British INTEL, German INTEL, Canadian INTEL, Indian INTEL, and other unknown conspirators directed ANGIE ORTIZ throughout the summer of 2015.

XX. HILLARY CLINTON, JOHN O. BRENNAN, JEH JOHNSON, BILL CLINTON, BEN RHODES, ANDREW MCCABE, ROBERT MUELLER, GEORGE BUSH, SHINZO ABE, Prime Minister MODI, American INTEL, Japanese INTEL, British INTEL, German INTEL, Canadian INTEL, Indian INTEL, and other unknown conspirators

XX.

XX. Because of the previous paragraph, HILLARY CLINTON, JOHN O. BRENNAN, JEH JOHNSON, ROBERT MUELLER, ANDREW MCCABE, BILL CLINTON, SHINZO ABE, BEN RHODES, GEORGE BUSH, LEON PANETTA, Prime Minister MODI, American INTEL, Japanese INTEL, British INTEL, German INTEL, Canadian INTEL, Indian INTEL, and other unknown conspirators violated 18 U.S.C. 2340 and 18 U.S.C. 2441.

XX. Because of the previous two paragraphs DEFENDANTS aided and abetted HILLARY CLINTON and became accessories after the fact in which they all violated all of the laws that PLAINTIFF alleged HILLARY CLINTON violated at the beginning of this count.

XX. *"Trade is in the offing" was about CONTINOUS and ONGOING better trade relationships between America and India.* "Developing countries that belong to the WTO and participate in more Preferential Trade Agreements experience greater Foreign Direct Investment (FDI) inflows than otherwise, controlling for many factors *including domestic policy preferences*

and taking into account possible endogeneity."[88] When talking about Foreign Direct Investment, Princeton Economists said the following: "FDI involves the acquisition or creation of productive capacity (i.e. more capacity in airports) which implies a long-term perspective and involves some assets that cannot be moved without considerable loss. This (variable but always positive) specificity of the investment has long given rise to concerns about the "obsolescing bargain" (Vernon 1971): once a firm undertakes a foreign direct investment, **some bargaining power shifts to the host country government, which has an incentive to change the terms of the investment to reap a greater share of the benefits**. This problem is exacerbated by the time-inconsistency problem faced by governments. Even governments that want to attract further FDI—and therefore have a long-run economic incentive not to violate the trust of current foreign investors—have in the short run incentives to change the terms of existing foreign investments when the short-run benefits exceed the long-term costs (Tomz 1997, 3f). *And resource-strapped developing country governments may have an even greater incentive than governments in advanced industrialized countries to discount the long term.*"[89] So India and Qatar both have an incentive to change the terms of the investment by participating in "the offing" in "trade is in the offing" to reap a greater share of the benefits of the increased future trade. And well, if HILLARY CLINTON is going to be president, makes sense to be part of *Japlan* in *An Anchor and a Pitchfork* because there would be no long term cost to *Britain*, Japan, India or Qatar when PLAINTIFF is immediately disposed of in 2015 in which they not only got four years of more economic development, but even more trade when HILLARY CLINTON is in the White House and that materially benefits America as well. So the SpiceJET deal—it was a preferential trade agreement because INDIA was developing their infrastructure and wanted more capacity in airports all around India that was at the direction of SINGH.  GE locomotive deal-- preferential trade agreement as to get more exports out to shipping ports and transport new products received from trade is in the offing in India's growing railroad industry (as opposed to America's decreasing trackage). So even if it wasn't just for domestic policy preferences, the actual products involved, INDIA preferred, and they got better deals by BOEING and GE and Hillary Clinton. GE even has their own India subdivision now.

18 USC §1961 sections 1581–1592;

18 U.S.C. §2339(a) in providing material support to terrorists

18 U.S.C. § 956(a)(1) (relating to conspiracy to murder, kidnap, or maim persons abroad),

18 U.S.C. §2422,

[88]https://www.princeton.edu/~hmilner/forthcoming%20papers/ButheMilner_AJPS_PoliticsOfForeignDirectInvestmentIntoDevelopingCountries.pdf
[89]https://www.princeton.edu/~hmilner/forthcoming%20papers/ButheMilner_AJPS_PoliticsOfForeignDirectInvestmentIntoDevelopingCountries.pdf

18 U.S.C. §2423;

18 U.S.C §2331;

18 U.S.C §2332b;

18 USC §1961section 1028 (relating to fraud and related activity in connection with identification documents) in which Angie Ortiz was given a fake passport to enter the country,

18 USC §1961 section 1029 (relating to fraud and related activity in connection with access devices) in which FBI, ANDREW MCCABE, JEH JOHNSON etc. hacked PLAINTIFF'S devices to record extortion in Japan,

18 USC §1961 sections 1581–1592 (relating to peonage, slavery, and trafficking in persons) in which it further guaranteed that PLAINTIFF would not receive anything from Miki's Tea Party and ensuring that PLAINTIFF would be arrested in JAPAN thereby effectively robbing him of the chance to be a lawyer in which he knowingly and willingly trafficked Angie Ortiz;

18 USC §1961 section 1951 (relating to interference with commerce, robbery, or extortion) that would derive from ANGIE ORTIZ,

18 USC §1961 sections 2251, 2251A, 2252, and 2260 (relating to sexual exploitation of children) if ANGIE ORTIZ was a child; bribery as ANDREW MCCABE would be paid more for committing the acts and being a part of the scheme;

18 USC §1961 section 1503 (relating to obstruction of justice) having ANDREW MCCABE promoted in the FBI after the incident to get me and other reasoning,

18 USC §1961 section 1510 (relating to obstruction of criminal investigations) (entrapment and staged blackmail and extortion against PLAINTIFF),

18 USC §1961 section 1511 (relating to the obstruction of State or local law enforcement) eventual prosecution of PLAINTIFF for DEFENDANTS' RICO ACTS,

18 USC §1961 section 1512 (relating to tampering with a witness, victim, or an informant) because it was a war crime/torture,

18 USC §1961 section 1513 (relating to retaliating against a witness, victim, or an informant),

18 U.S.C. §2340 & 18 U.S.C § 2441 (Cruel or inhuman treatment—The act of a person who commits, or conspires or attempts to commit, an act intended to inflict severe or serious physical or mental pain or suffering (other than pain or suffering incidental to lawful sanctions), including serious physical abuse, upon another within his custody or control). Because of

DEFENDANTS Torture and War Crimes, PLAINTIFF engages in autistic self-harm behavior and picks at himself. *See*: pictures below for resultant damage. <u>*See:*</u> *United States v. Miller,* 116 F.3d 641 (2d Cir. 1997) (act involving murder need not be actual murder as long as the act directly concerned murder, and facilitation of murder was a proper RICO predicate because accessorial offenses described in the New York State statutory provisions involved murder <u>within the meaning of RICO where defendant provided information he knew would enable inquirer to</u> *commit murder or other RICO predicate).* Violated: *Stanford v. Texas*, 379 U.S. 476 (1965);

42 U.S.C. §1983;

42 U.S.C. §1985;

42 U.S.C. §1986.

Title VI of the Civil Rights Act.

The acts BILL CLINTON, HILLARY CLINTON, and other DEFENDANTS did were in violation of &, which served as a command to "deport" ANGIE ORTIZ to PLAINTIFF in which it would bring out the worst parts of human nature (shadow) through drugging PLAINTIFF, limiting PLAINTIFF'S mental capacity through known and unknown mechanisms and schemes, directing actors to commit war crimes against PLAINTIFF which DEFENDANTS had the knowledge of how to do so based on DEFENDANTS sharing information with DEFENDANTS; and this plausibly very well could have produced the result of deporting PLAINTIFF out of the United States because of DEFENDANTS RICO Enterprise. DEFENDANTS DEFILED PLAINTIFF'S SOUL. Some of the crimes DEFENDANTS did:

Then after BILL and HILLARY CLINTON directed the hit against PLAINTIFF in JAPAN in 2015, HILLARY CLINTON then had effective control over DHS as a private individual from at least Spring 2015 because of what DHS did in *Miki's Tea Party* where she, as a private individual, directed DHS to target PLAINTIFF in which DHS had an interest to do so from at least October, 31st, 2010 onwards.

This is how DEFENDANTS' MAIMED PLAINTIFF BECAUSE OF THEIR ACTIONS ABROAD and how they violated The Convention On the Rights of Persons With Disabilities because PLAINTIFF engages in self-harm by compulsively picking at himself because of what DEFENDANTS' did to PLAINTIFF and PLAINTIFF has lost all sense of himself and his personality and has not been right and okay despite trying his best to overcome what was done to him in that time.

"In conjunction with previous paragraphs, the war crime of completely dehumanizing PLAINTIFF and religiously defiling PLAINTIFF'S soul when CHERYL MILLS and

DEFENDANTS wrote on 07/31/2015: "With fingers crossed, the old rabbit's foot out of the box in the attic, I will be sacrificing a chicken in the backyard to Moloch…" in a context of a State Department email about Honduras. DEFENDANTS committed numerous RICO predicate acts and trafficked ANGIE ORTIZ--who probably was from Honduras in which PLAINTIFF does not know real age of to this day and may have been a child—for sexual exploitation and blackmail and extortion purposes against PLAINTIFF in Tokyo, Japan in late June 2015 and July 2015 and afterwards. DEFENDANTS referred to me as "a chicken" thus dehumanizing me in which my purpose was for me to serve as their sacrifice to their devil Moloch. PLAINTIFF, as an Orthodox Christian, having this done to him violates every single religious belief that PLAINTIFF has, it was completely demoralizing, and DEFENDANTS had prior knowledge that this was the way to perfectly harm PLAINTIFF against PLAINTIFF's conscience, beliefs, and dignity.

17. List the damages sustained for which each defendant is allegedly liable.

**See: some of DEFENDANTS' crimes of:**

- 18 USC §2

- 18 USC §1961 section 1503 (relating to obstruction of justice)

- 18 USC §1961 section 1510 (relating to obstruction of criminal investigations)

- 18 USC §1961 section 1511 (relating to the obstruction of State or local law enforcement)

- 18 USC §1961 section 1512 (relating to tampering with a witness, victim, or an informant)

- 18 USC §1961 section 1513 (relating to retaliating against a witness, victim, or an informant)

- 18 U.S.C. §2422

- 18 U.S.C. §2423

- 18 U.S.C §2331

- 18 U.S.C §2332b

- 18 U.S.C §1961 section 1029 (relating to fraud and related activity in connection with access devices)

- 18 U.S.C §1961 section 1951 (relating to interference with commerce, robbery, or extortion)

- 18 U.S.C. §2340

- 18 U.S.C § 2441

- 18 USC 2331 1(B)(iii) and 5(B)(iii)

- DEFENDANTS shared the information amongst each other in this episode. *See:* *United States v. Miller, 116 F.3d 641, 674-75 (2d Cir. 1997) (act involving murder need not be actual murder as long as the act directly concerned murder, and facilitation of murder was a proper RICO predicate because accessorial offenses described in the New York State statutory provisions involved murder* <u>within the meaning of RICO where defendant provided information he knew would enable inquirer to</u> *commit murder or other RICO violations).*

- Section 504 of the REHABILITATION ACT of 1973.

- ADAAA.

- RFRA violations.

- Constitutional Violations:
  - 1st Amendment
  - 4th Amendment
  - 5th Amendment
  - 6th Amendment
  - 7th Amendment
  - 8th Amendment
  - 9th Amendment
  - 10th Amendment
  - 13th Amendment
  - 14th Amendment.

- 18 U.S.C. §1961

- 18 U.S.C. §1962 (a),

- 18 U.S.C. §1962(b),

- 18 U.S.C. §1962(c),

- 18 U.S.C. §1962(d)

- 18 U.S.C. §1962(f)

- 18 U.S.C. §249

- 18 U.S.C. §250.

- 42 U.S.C. §2000aa;

- 42 U.S.C. §1983

- 42 U.S.C. §1985

- 42 U.S.C. §1986

- 18 U.S.C §241

- 18 U.S.C. §242.

- Title VI of the Civil Rights Act.

- Laws of Louisiana (Louisiana Civil Code: §1756; §1757; §1760; §1761; §1948; §1949; §1950-1956; §1959);

- International Treaties, the Geneva Convention;

- 18 U.S.C. §1961 section 1341 (relating to mail fraud)

- 18 U.S.C. §1961 section 1343 (relating to wire fraud)

20. Provide any additional information potentially helpful to the Court in adjudicating your RICO claim


**Count XXIV:** The More Things Change, The More They Stay the Same Way.

all parties asserting claims pursuant to the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1961, must file and serve upon the opposing party a RICO Statement in the following form within twenty days of filing the pleading asserting the RICO claim.

The RICO Statement shall include the facts the party is relying upon to assert the RICO claim as a result of the "reasonable inquiry" required by Rule 11, Fed.R.Civ.P.

The Statement shall be in a form that uses the numbers and letters set forth below, and shall state the following information in detail.

1. State whether the alleged unlawful conduct is in violation of 18 U.S.C. §§ 1962(a), (b), (c), and/or (d).

2. List each defendant and state the alleged misconduct and basis of liability of each defendant.

3. List the alleged wrongdoers, other than the defendants, and state the misconduct of each wrongdoer.

4. List the alleged victims and state how each victim was allegedly injured.

5. Describe in detail the pattern of racketeering activity or collection of unlawful debts alleged for each RICO claim.
The description of the pattern of racketeering shall include the following information:
(a) List the alleged predicate acts and the specific statutes that were allegedly violated;
(b) Provide the dates of, the participants in, and a description of the facts surrounding the predicate acts;
(c) If the RICO claim is based on the predicate offenses of wire fraud, mail fraud, or fraud in the sale of securities, the "circumstances constituting fraud or mistake shall be stated with particularity." Fed.R.Civ.P. 9(b).

Identify the time, place and contents of the alleged misrepresentations, and the identity of persons to whom and by whom the alleged misrepresentations were made;

(d) State whether a predicate act is based upon a criminal conviction;

(e) State whether civil litigation has resulted in a judgment with regard to the predicate acts;

(f) Describe how the predicate acts form a "pattern of racketeering activity";

and (g) State whether the alleged predicate acts relate to each other as part of a common plan.

If so, describe in detail.

6. Describe in detail the alleged enterprise for each RICO claim. A description of the enterprise shall include the following information:

(a) State the names of the individuals, partnerships, corporations, associations, or other legal entities that allegedly constitute the enterprise;

(b) Describe the structure, purpose, function and course of conduct of the enterprise;

(c) State whether any defendants are employees, officers or directors of the alleged enterprise;

(d) Statewhether any defendants are associated with the alleged enterprise;

(e) State whether you are alleging that the defendants are individuals or entities separate from the alleged enterprise, or that the defendants are the enterprise itself, or members of the enterprise; and

(f) If any defendants are alleged to be the enterprise itself, or members of the enterprise, explain whether such defendants are perpetrators, passive instruments, or victims of the alleged racketeering activity.

7. State and describe in detail whether you are alleging that the pattern of racketeering activity and the enterprise are separate or have merged into one entity.

8. Describe the alleged relationship between the activities of the enterprise and the pattern of racketeering activity. Discuss how the racketeering activity differs from the usual and daily activities of the enterprise, if at all.

9. Describe what benefits, if any, the alleged enterprise receives from the alleged pattern of racketeering.

10. Describe the effect of the activities of the enterprise on interstate or foreign commerce.

11. If the complaint alleges a violation of 18 U.S.C. § 1962(a), provide the following information:

(a) State who received the income derived from the pattern of racketeering activity or through the collection of an unlawful debt; and

(b) Describe the use or investment of such income.

12. if the complaint alleges a violation of 18 U.S.C. § 1962(b), describe in detail the acquisition or maintenance of any interest in or control of the alleged enterprise.

13. If the complaint alleges a violation of 18 U.S.C. § 1962(c):

(a) State who is employed by or associated with the enterprise, and

(b) State whether the same entity is both the liable "person" and the "enterprise" under § 1962(c).

14. If the complaint alleges a violation of 18 U.S.C. § 1962(d), describe in detail the alleged conspiracy.

15. Describe the alleged injury to business or property.

16. Describe the direct causal relationship between the alleged injury and the violation of the RICO statute.

17. List the damages sustained for which each defendant is allegedly liable.

John Giacalone

Mr. Strzok. -- that satisfies your information. There are a variety of sections, which are headed by Senior Executive Service section chiefs, which address a variety of threats globally from a counterintelligence perspective. Those are both by region as well as by nature of the threat. So there are three Deputy Assistant Directors within the Counterintelligence Division. My branch at the time had, I believe -- let's see, two, three, four -- five or six section chiefs who handled a variety of both geographic/regional threats as well as topical threats.

Q Okay. Before you were promoted to Deputy Assistant Director, you, yourself, were a section chief. A That's correct. Q And what section did you supervise? A The espionage section. Q Okay. Very generally and very succinctly, what does the Counterintelligence Division do? What does a counterintelligence agent do? I mean, in an unclassified -- just for people that might not understand what the difference in those types of investigations are from someone who's maybe working bank robberies. A Absolutely. So there's a blend of both intelligence-type work and investigations that go on as well as criminal work. The way the Bureau looks at counterintelligence is, broadly, any foreign adversary, any foreign nation who is working to clandestinely work against American interests, whether that is the Government of America, the executive branch, the legislative branch, or into areas of private industry through things like economic espionage. So the mission of the FBI domestically is to protect America, not only the government but America broadly, against any number of foreign actors -- the Government of China, the Government of Russia, anybody who has a foreign intelligence service working against us.

Q So he was an EAD at the beginning of this investigation that was code name Midyear. A Yes. Q And your role at the very beginning was at what rank? A I was an Assistant Special Agent in Charge in the Washington field office when I -- Midyear predated --it started before I became involved.

What was your initial role in Midyear Exam? PETER STRZOK: My initial role, I was an Assistant Special Agent in Charge at FBI's Washington field office. The case had been opened out of headquarters by then-Assistant Director Coleman. I know Section Chief Sandy Kable was also involved in the effort. At some point, I would say months in, maybe less than 2 months, but certainly after some time of running, they reached out to the FBI's Washington field office and said they needed greater staffing based on what they were looking at, based on some of the investigative steps that were under consideration, that they wanted to bring in field elements to work on that investigation. And so that was my first exposure to it and my entry into the investigation.

So why would this matter or this case have been opened up by FBI headquarters as the office of origin, for lack of a better term, and not opened up at the Washington field office? PETER STRZOK: I don't know, because I was not present when it occurred. My understanding is that decision was made by senior executives at the FBI, certainly at and likely above Assistant Director Coleman's level. But I don't know what the reasoning or discussion was as to why that occurred.

Q Are you aware of how many agents in total were brought over from WFO (about mid-year)? PETER STRZOK I am -- I could be aware with a review of materials. Speaking from recollection -- and this is going to be kind of vague -- there was a supervisory special agent, a significant portion of his squad made up of both agents and analysts, augmented by various computer forensic personnel, analytic personnel. So, roughly -- and it varied throughout the course of the investigation, anywhere from 10 to 20 WFO personnel. But that's a vague recollection, and I wouldn't want to say I'm absolutely certain about that number.

Q So Mr. McCabe, running the office in the Washington field office, would he be aware why individuals were leaving WFO to go to headquarters to run a case? A My recollection in this case is that he was not. I would defer to my boss, the - - I think it was SAC Greg Cox, I believe -- about any discussions, but I did not have a discussion with Mr. McCabe about what we were doing at headquarters. Q So you left WFO, went to headquarters. You did not discuss the reasons why you were leaving an office to go to headquarters with Mr. McCabe.

Q We've entertained some questions and tried to figure out what the term means that has been associated with this particular investigation, a "special," a "headquarters special." What is that designation as it is assigned to an investigation that the FBI is doing? A So I think "special" is a term that was used in previous, earlier Bureau times. And that was something where a task force would be created, my recollection is, that there was frequently with a special - - a particular costing and administrative process would be set up so that resources could be tracked and funded as part of supporting that special. Again, my recollection is that was something that was done much earlier in the FBI and that we don't tend to -- the formal structure of a special is not the same as, you know, kind of, the colloquial use of it. So I certainly have heard that used. I would say it is more accurate simply to say that it was an investigation where the personnel were at FBI headquarters, they were largely made up of Washington field and FBI headquarters personnel. Q So, to be clear, it sounds like the term "special," either in an older FBI, and maybe the term has just carried over, it meant how something administratively was done with the case, not the subject matter of the case. A Both. I mean, typically, I think it was an administrative process, but there was also a recognition that, you know, if there was a major terrorist event or if there was a major kidnapping or violent crime or something, where you were creating an investigation that merited a special process, which I can't define to you today. I'm sure if we pulled out an old MAOP or MIOG, documents that haven't existed for 20 years, they might define "special," but it was a not-unprecedented practice to create an entity like that to investigate. Q So you were recruited for the Midyear Exam investigation? Did they solicit applications? How did you come to be on the team? A My understanding is that Assistant Director Coleman asked for me and a

team to come over. But that is -- that's secondhand information. I do n 't know that Mr. Coleman ever told me -- I don't know that I know exactly how it came to be that I was selected and directed to go to headquarters.

Q I have heard that you are regarded as the number-one counterintelligence agent in the world. Comment on that? A That's kind for whoever said it. I believe there are a number of very competent, qualified FBI agents who have spent their careers working counterintelligence, love the work, love protecting America, and I would count myself in that group. Q So you would be a logical resource for the FBI to go to for a matter that ended up in the Counterintelligence Division. A Yes.

LESLIE WOLF

Q At any time, either yourself or anybody else that came onto the team, was there any assessment, other than your expertise in particular violations, was there ever an assessment of political bias or political activity beyond what would just be normal for a rank-and-file employee anywhere, to, you know, go and vote or participate in the process like that? A Are you asking were political beliefs taken into account in a staffing perspective? Q Yes. A No, they were not. Q Okay. What was your understanding, in general terms for now, of what the Midyear Exam investigation was about? You're on it now; what's it about? A My understanding, broadly, was at least, one, whether or not classified information came to be placed on Secretary Clinton's servers and email accounts; if so, how that came to be; and, if so, whether or not that information had been compromised or otherwise accessed by a foreign power.

Mr. Strzok-- My initial role was as a supervisor over a series of subordinate supervisors and elements who were conducting the investigation. At the time, I was a section chief and was shortly thereafter promoted to Deputy Assistant Director.

Mr. Ratcliffe. I have no problem with that. Alls I'm asking for is confirmation that the work that was done, whatever that work was done -- he's related decisions were made, actions were taken, evidence was gathered and collected -- that the sum and substance of that, at least in part, transferred over or became part of the consideration of the special counsel. Ms. Besse. To the extent you know the answer, Pete. Mr. Strzok. I -- so would you restate the question? Mr. Ratcliffe. Yeah. I 'm just asking you to confirm whether the information or evidence that was gathered and collected as part of the Russia investigation, where you were making decisions and taking actions, whether any of that became part of the special counsel's probe and consideration. Mr. Strzok. Yes.


Mr. Strzok. There was a debate -- if I may, sir, finish, because it's important to understanding the context of what I said. The debate was how aggressively to pursue investigation, given that aggressive pursuit might put that intelligence source at risk. And there were some who looked and said, well, the polls are overwhelmingly in Secretary Clinton's favor; we can not risk this source by just not really investigating that aggressively. And my perspective was, you know, we need to do our job. We're the FBI. We need to investigate. The country deserves this. If there is a problem within the membership of the Trump campaign, that, if they are elected, that those

people might be named to senior national security positions, and that is something, certainly, that the American people deserve and, indeed, candidate Trump might want to know. So my use of the phrase "insurance policy" was simply to say, while the polls or people might think it is less likely that then-candidate Trump would be elected, that should not influence -- that should not get in the way of us doing our job responsibly to protect the national security.

PETER STRZOK ignoring PLAINTIFF'S Constitutional intent and purpose in RICO Enterprise 2: Our look, which was still ongoing and, I believe to be still ongoing, it was not clear to me based on the investigators' skepticism whether we didn' t know what we had, whether this was a large coordinated activity, whether this was a group of people pursuing their own agendas or, you know, their own motivations or desires and not knowing at that point whether or not -- what that interaction might have been or what it was.

Section 702 via Memo and Angie Ortiz. Continuing.

Mr. Strzok, as you -- as I am sure you're aware, there has been a litany of attacks from the highest levels of government accusing the FBI and D01 of conducting investigations driven by political bias instead of just facts and the rule of law. The question is this: Are you aware of any FBI or DOD investigations motivated by political bias?

# Section IV: LEGAL HOUSE KEEPING.

Section IV Legal House Keeping serves two functions for the Court: 1): it provides a list of most of the issues to be ruled upon and 2): refutes possible defenses for DEFENDANTS as to quickly and effectively rule in PLAINTIFF'S favor on DEFENDANTS' Defenses.

#1: PLAINTIFF is asking the Court to rule on the following issues in addition to other issues that the Court may come across in the complaint:

- An Obstruction of Justice violation occurs under 18 U.S.C. §1961 Section 1503 when a Constitutional Right violation or deprivation is made by an official or officer of the United States Government or is directed to be undertaken by a official or officer in the United States Government that a Court can reasonably rule a Constitutional Violation occurred regardless of whether or not it was a clearly established statutory right or constitutional right.

- There is a Constitutional Right to be left alone under the 9th and 10th and 14th Amendments.

- Sarcastic humor is a trait of Serbians and that violating one's sense of humor or utilizing sarcasm maliciously can be a basis of a Title VI claim against the United States Government and any of its agencies or officers or officials.

- Title VI applies to Slavic and/or Balkan people as they are a distinct group that Congress necessarily included in 1866.

- That one making jokes or engaging in sarcastic humor is a 1st Amendment protected activity. America needs to learn to laugh again. That violating one's sense of humor or utilizing sarcasm maliciously or fraudulently in the Court by an official, officer, or agency of the United States Government is a 1st Amendment violation.

- Words are not physically violent acts under the 1st Amendment. Put in another way, words are not violence under the 1st Amendment.

- There is a federally protected right underneath the 9th and 10th Amendment in the sanctity of marriage and preventing the United States Government from defiling the sanctity of the marriage.

- To rule on the principle that the United States Government can violate or defile's one soul and for it to be a legally cognizable and addressable harm that one has standing to sue over against the United States Government under the United States Constitution as one of the following rights under the Constitution--1st, 4th, 5th, 8th, 9th, 10th, 13th, and 14th Amendments, under the following laws: Title VI of the Civil Rights Act, Section 504, RICO, 18 U.S.C. 241, 18 U.S.C. 249, 42 U.S.C. 1983, 42 U.S.C. 1985, 42 U.S.C. 1986, 18 U.S.C. 2340, and 18 U.S.C. 2441.

- Under the 8th Amendment, it shall constitute cruel and unusual punishment for a United States Agency, judge, or officer to knowingly utilize an individual's disability adversely against their own Constitutional Interests through entrapment or other malicious scheme.

- There is neither Qualified Immunity nor Absolute Immunity for ANY state or federal government official, employee, or subcontractor.

- There is neither qualified immunity nor absolute immunity for committing war crimes, torture, and/or terrorism against an American by ANY state or federal government official, employee, or subcontractor.

- DEFENDANTS get no absolute or qualified immunity for engaging in RICO predicate acts.

- In Article II Section 4 of the Constitution, the word bribery in the following sentence--"The President, Vice President and all civil Officers of the United

States, shall be removed from Office on Impeachment for, and Conviction of, Treason, **Bribery**, or other high Crimes and Misdemeanors" necessarily includes and means RICO as well.

- Racketeering is not diplomacy. It may be in corrupt countries, but it is not in America. Look, PLAINTIFF understands the realities of the world in which we live in where non-corrupt counties want to make their own country prosperous and better, which in turn, requires them to do business in places in the world where corruption is a normal occurrence in which that situation becomes really gray. This lawsuit is not about that really gray area in life; and the facts of this case don't need to address that really gray area of existence.

- A United States officer or official engaging in a RICO predicate act falls outside their defined scope of duties and powers.

- *The Court in Southway v. Central Bank of Nigeria*, 198 F.3d 1210 (10th Cir. 1999) said that when Congress passed RICO, "Congress expressly instructed *courts to liberally construe its provisions "to effectuate its remedial purpose*." Pub.L. No. 91-452, § 904(a), 84 Stat. 947 (1970). RICO's "`remedial purposes' are nowhere more evident than in the provision of a private action for those injured by racketeering activity," *Sedima, S.P.R.L. v. Imrex Co., Inc.*, 473 U.S. 479, 498 (1985)." Whether or not the current Congress from 2008-2023 would want the Court to liberally construe RICO'S provisions to effectuate its remedial purposes, is immaterial. The Congress back in 1970 instructed the Court to construe RICO's provisions liberally. PLAINTIFF is asking the Court to rule on PLAINTIFF'S following liberal construction of RICO:

  o That because of the wanton, intentional, malicious, & completely unaccountable and unpunished actions of the DOJ and employees of the DOJ, American Intel, and the remaining DEFENDANTS in regard to RICO Enterprise 1, the Court shall grant PLAINTIFF'S liberal construction and request that PLAINTIFF in a Civil RICO lawsuit be allowed to use all of the powers of 18 U.S.C.§1963, the 18 U.S.C.§1963 caselaw PLAINTIFF cited, and 18 U.S.C. §1964 as remedial measures in the interest of justice. Congress in 1970 inherently presumed and understood that in granting DOJ those powers under 18 U.S.C.§1963 to combat corruption means that Congress in 1970 would have never thought possible that the very leadership of the DOJ and SCOTUS would be the ones perpetuating massive amounts of corruption and legal fraud against their own citizens, committing international and domestic terrorism against American citizens, and committing war crimes against their American citizens the way DEFENDANTS outrageously did against PLAINTIFF between 2008-2022 thereby granting DOJ that amazing power in 1970. Precisely because of the legal fraud and corrupt acts, enabling of war-crimes and torture of certain Solicitor Generals and Attorney Generals of the DOJ that were undertaken over the last 15 years

that was directed against an American citizen without Due Process of law, DOJ lost that privilege of them having that power just for themselves because they were entrusted not to be corrupt; and because they lost that privilege through their actions, PLAINTIFF and future Americans have an affirmative obligation and duty to America to stop the evils of war crimes, corruption, torture, and legal fraud at the hands of DOJ by using the same powers against them when the DOJ acted the way they did. Justice demands and requires the Court to grant that in order to punish the corruption that knowingly happened under their own leadership—there is no better deterrent to prevent corruption than using their own powers against them when they lost their actions. How can one root out corruption if one doesn't have the tools to root out corruption? By the Court granting this, this will ensure DOJ will be less corrupt in the future because the DOJ would necessarily know their own powers can be used against them, which provides DOJ a major incentive not to be corrupt. Here is the thing. DOJ should have absolutely no problem with the proposition PLAINTIFF just proposed and should welcome it completely. Why? If corruption is not going to be a problem in the future in DOJ, then there are going to be no cases that are going to use this precedent against DOJ in the future. DOJ should not cower in fear of the opportunity to redeem themselves by not being corrupt in the future. If they fight against this proposition, then that ruins the image of the DOJ leading to distrust and degradation of the very institutions Americans hold sacred. Sure, there can be stipulations to exactly how far and much the power under 18 U.S.C.§1963 could be used against DOJ, which PLAINTIFF discusses below.

o In light of the previous point, PLAINTIFF is asking the Court to rule that when a civil RICO lawsuit includes a current or former DOJ attorney or employee as a defendant, a PLAINTIFF is allowed to utilize 18 U.S.C.§1963 against the current or former DOJ employee in which PLAINTIFF can fully subsequently use 18 U.S.C.§1963 against any additional party or company in the lawsuit that was part of the racketeering within appropriate limits. In regards to utilizing 18 U.S.C.§1963 against the former or current employee of the DOJ, it can be utilized against the DOJ to the extent of the amount of resources that the current or former employee of the DOJ used to perpetuate the RICO Enterprise against the PLAINTIFF, wages and benefits of the current or former employee of the DOJ obtained through the course of employment, and any and all agreements or payments to any third party that was used to perpetuate the RICO Enterprise against a PLAINTIFF by the current and former employee, but 18 U.S.C.§1963 does not apply to the entirety of the organization. So this is holding corrupt DOJ attorneys accountable for their actions but not at the complete financial detriment of the DOJ as an organization. Which is considerate and fair and that balances the interests of all parties when the corruption committed by Attorney

Generals, Solicitor Generals, and DOJ Attorneys is the biggest detriment to the DOJ as an institution. After the case, it can't apply retroactively as to eviscerate court resources in the future.

o   PLAINTIFF heard through the grapevine there is no legal precedent for this. Well, there kind of is. When an emergency is created by the executive branch of such extreme and profound legal importance to save the republic, the following: 1) George Washington. 2)Louisiana law is technically a part of American law; and the Louisiana civil code is based in part on the French civil code, which was based in part of the roman civil code. Therefore, there is a precedent in which one man is given extreme power only to relinquish the power back to the government and go back to his farm (or airport, train yard, or home in Plaintiff's case): Cincinnatus; although Cincinnatus and PLAINTIFF are on extreme polar ends when it comes to the rights of indentured servants and the plebians the way PLAINTIFF loves the plebians and indentured servants, there is a principle that when the machinations of the government are so outrageously antithetical to the *People*, some remedial steps must be undertaken to preserve the foundations of the country and to continue for the plebians and the People to trust the government. It is a necessary infusion of restoration of principles in America. There is talk amongst some elitists as to completely disband the constitution in which stupid people are going along with those elitists conspiracies and scheme to make America worse off and to rewrite a new constitution to deprive the *People* of their freedoms and PLAINTIFF says fuck that. PLAINTIFF is just reinvigorating the constitution back to life. Yes, we are at a critical junction in determining how free America should be in the future.

o   For 20 years, PLAINTIFF has lived a life in that has been completely defined by the absolute lawlessness of a completely uncontrolled and absolute power by the United States Government and his parents—war crimes, torture, outrageous examples of abuse, exploitation, unequal treatment, intentional malice on characteristics PLAINTIFF had no control over since birth, constitutional violations of every single amendment in which the only things that mattered was absolute power, money, and the completely indeterminable and capricious whims of a select few, some of which are not even American. Out of anyone in America right now that has a conceptual grasp of understanding the miserable life that it entails that the Founding Fathers would never have wanted for any American and PLAINTIFF would never wish it on his worst enemies, PLAINTIFF KNOWS IT because PLAINTIFF LIVED IT. PLAINTIFF understands that there are always going to be private abuses and government abuses in the future in which PLAINTIFF knows he can't completely rid this earth of the evils listed above; however, it is about how to address it when it does happen again in the future and mitigate it from happening again in the future. America is a country about

individualism and the ones that experienced the worst crimes should have their voices heard.

- USA PATRIOT ACT violates at least: *Ex Parte Jackson*, 96 U.S. 727 (1877) (Prohibition of obtaining, seizing, and opening and reading emails/mails "whilst" in the transport or transmission of data that must necessarily "have a warrant, issued upon similar oath or affirmation particularly describing the thing to be seized, as is required when papers are subjected to search in one's own household.")

- That based on the entirety of this complaint, the USA PATRIOT ACT as well as the FISA Court Act are completely unconstitutional in which all of these provisions of the USA PATRIOT ACT are necessarily included as being unconstitutional: §115, §120, §121, §212, §213, §214, §215, §321, §322 §428, §501, §508, and §702. FISA Court

- In regards to the previous point, PLAINTIFF is making the following factual allegations and presumptions involving American Intel (FBI, CIA, et. al) DEFENDANTS: At least one or more semesters starting around Fall 2007 to Spring 2011 when PLAINTIFF attended SEWANEE, they used a TITLE II or a different Title search under the USA PATRIOT ACT against PLAINTIFF. This was necessarily unconstitutionally done in which legal fraud was committed on the court and by the court. DEFENDANTS utilized the FISA Court unconstitutionally against PLAINTIFF since either Fall 2007 or Spring 2008 in which legal fraud was committed against the FISA court by DEFENDANTS. American Intel DEFENDANTS from Fall 2007 to Spring 2011 utilized national security letters against companies that had information on PLAINTIFF—these were all necessarily unconstitutionally done in which legal fraud was perpetuated based on these unconstitutional national security letters (in which some of them were utilized against Co-DEFENDANTS like Apple, Meta, Cox Communications, etc.). American Intel DEFENDANTS unconstitutionally used USA PATRIOT ACT provisions: §115, §120, §121, §212, §213, §214, §215, §321, §322 §428, §501, §508, §702, and §896 against PLAINTIFF starting from around Fall Semester 2007 or Spring Semester 2008 and has not stopped utilizing it against PLAINTIFF since that initial time they started using the USA PATRIOT ACT unconstitutionally against PLAINTIFF. Furthermore, American Intel DEFENDANTS used any other relevant and applicable Presidential Directive or Executive Order against PLAINTIFF between Fall 2007 to Present in regard to having seized, searched, detained, tortured, taken, PLAINTIFF'S person and property and in addition, violated PLAINTIFF'S constitutional rights by American Intel DEFENDANTS.

- That whenever justice so demands it in which officials in the United States government engaged in such horrific constitutional abuses that violated every single sense of traditional notions of justice and fairness in which the conscience is shocked, a PLAINTIFF can request the Court either exclude certain case law in which prejudice and fraud upon the Court occurred or that the Court can only

utilize a certain era of caselaw to ensure fairness and Due Process to the PLAINTIFF to prevent the abuses from occurring in the future.

- That Civil Asset Forfeiture is unconstitutional in which the United States Government fails to provide notice of the proceeding to the owner of the property and that a criminal conviction and finding of guilty is needed to utilize Civil Asset Forfeiture against property.

- That the IRS requirement of reporting of transactions in which $10,000 or more in US Dollars from overseas that is brought to America is unconstitutional; and if Congress has a problem with that, it can create exceptions to that law's applicability. That reporting any online transactions in which $600 or more is spent is also unconstitutional.

- That all of PLAINTIFF'S demands in the PRAYER for Relief Section are completely reasonable.

- That this litigation is not vexatious and not biased or prejudicial against the DEFENDANTS.

- That it is a material 4th and 5th Amendment violation for any American intelligence agency to use a foreign intelligence agency anywhere in the world against an American subject when ANY American intelligence agency has a reason to know they are doing so when any agency has committed a constitutional violation against the American subject in the process of investigating the subject; are constitutionally compromised by their own actions; are retaliating against an American subject; that the taint of American Intelligence agencies is not removed once they utilized an independent foreign source; and other conditions to be determined. That there is a de-facto presumption prohibiting the United States government in using any foreign intelligence against an American subject; that there is a de-facto presumption against the United States government from obtaining any evidence against an American subject by a foreign intelligence agency; for Constitutional purposes, a foreign intelligence agency will never be viewed as an independent source outside of the United States Government and the United States government can never argue that a foreign intelligence agency being utilized against an American is an independent source from the foreign intelligence agency they utilized.

- That it is completely unconstitutional to utilize Title II of the USA Patriot Act against a 20 year old who had an open can of Coors Light.

- That any American subject to a FISA ruling must have been necessarily told and made aware of the proceedings used against him in which the Court must afford an American an opportunity to defend himself, engage in cross-examination, bring witnesses, and more; and that a failure to do these things are completely unconstitutional.

- Law Enforcement utilizing an independent source under *United States v. Leon*, 468 U.S. 897 (1984) is unconstitutional as applied in this case.

- National Security Letters are Unconstitutional.

- That precisely because of the extraordinary events that occurred in this Complaint under *Star Chambers* in which there will never be a similar situation in United States history, that the Court issue a mandamus to Congress to necessarily declare the following cases as unconstitutional as they are necessarily and irrevocably constitutionally compromised, tainted, and corrupted; and that any cases and issues that come in the future cannot be ruled in the same exact
- manner:

Some of the legal issues:

#2: Due, in part, to PLAINTIFF's parents' questionable behavior prior to 2003 & afterwards, PLAINTIFF's standardized testing scores, PLAINTIFF'S disabilities and psychological and physiological features of Autism, Learning Disability, Developmental Delays, ADD, fine & gross motor skills delays, sleep walking/doing things while asleep, and other disabilities and physical attributes, Pre-Crime Analysis, DEFENDANTS' over zealousness on pursuing alleged domestic "terrorists", FBI'S PLANS under DEFENDANT ROBERT MUELLER between 2001-2008, DEFENDANTS complete desire to make America a surveillance state that had no jurisdictional limit, and other causes to be explained, the following by defendants (which is not an exclusive list of all known crimes):

- 20+ COUNTS of RICO violations in which all DEFENDANTS committed or aided and abetted one of the following under 18 U.S.C. §1961, 18 U.S.C. §1962 (a), 18 U.S.C. §1962(b), 18 U.S.C. §1962(c), 18 U.S.C. §1962(d), and/or 18 U.S.C. 1962(f) (such as, but not a complete list, which factually include): 18 U.S.C §1961: section 933 (relating to trafficking in firearms), 18 U.S.C §1961 section 1028 (relating to fraud and related activity in connection with identification documents), 18 U.S.C §1961sections 891–894 (relating to extortionate credit transactions), 18 U.S.C §1961 section 1503 (relating to obstruction of justice), 18 U.S.C §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 U.S.C §1961 section 1512 (relating to tampering with a witness, victim, or an informant), 18 U.S.C §1961 section 1513 (relating to retaliating against a witness, victim, or an informant), 18 U.S.C §1961 section 1542 (relating to false statement in application and use of passport), 18 USC §1961section 1543 (relating to forgery or false use of passport), 18 U.S.C §1961 section 1544 (relating to misuse of passport), 18 U.S.C §1961 section 1546 (relating to fraud and misuse of visas, permits, and other documents, 18 U.S.C §1961sections 1581–1592 (relating to peonage, slavery, and trafficking in persons).

- Primarily and arguably, this started in PLAINTIFF'S Freshman year at the University of the South in Fall 2007 and Spring 2008 though there are exceptions.

- Numerous Free Speech and Retaliations for having engaged in Free Speech violations starting around 2007 to present.

- RFRA/Freedom of Religion violations that occurred from 2006, 2008-2011, 2015-2017, & 2023

- Utilizing DEFENDANT foreign intelligence and foreign government, private security firms, and/or data brokers to circumvent PLAINTIFF'S 1st, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, and 14th Amendment constitutional rights, stealing PLAINTIFF'S intellectual property to profit of PLAINTIFF, and using illegally obtained information in creating situations to deny rights, limit rights, and obstruct justice in furtherance of DEFENDANTS RICO Enterprise;

- Numerous unreasonable search & seizures against PLAINTIFF'S 4th Amendment rights from at least 2006 to present—and all of the unconstitutional actions involving the following sections within USA PATRIOT ACT: §115, §120, §121, §212, §213, §214, §215, §321, §322 §428, §501, §508, §702, and §896. FISA Court. Foreign intelligence. USA PATRIOT ACT: "makes it far easier for the authorities to gain access to records of citizens' activities being held by a third party. At a time when computerization is leading to the creation of more and more such records, Section 215 of the Patriot Act allows the FBI to force anyone at all – including doctors, libraries, bookstores, universities, and Internet service providers – to turn over records on their clients or customers."[90] "The reach of an already overbroad definition of terrorism would be expanded – individuals engaged in civil disobedience could risk losing their citizenship (§ 501); their organization could be subject to wiretapping (§120, §121) and asset seizure (secs §428). Americans could be extradited, searched and wiretapped at the behest of foreign nations, whether or not treaties allow it (§321, §322)."[91]

    o For all intents and purposes, sometimes the way the DC bubble and intelligence bubble/circle talk about National Security/Intelligence matters is actually through talking about the ADAAA and Section 504 in disability issues as a lot of the terms, numerical phrasing, and intelligence authorities are the same. Title II, Section 504, etc, etc.

    o USA PATRIOT ACT violates at least: *Ex Parte Jackson*, 96 U.S. 727 (1877) (Prohibition of obtaining, seizing, and opening and reading emails/mails "whilst" in the transport or transmission of data that must necessarily "have a warrant, issued upon similar oath or affirmation particularly describing the thing to be seized, as is required when papers are subjected to search in one's own household.")

[90] https://www.aclu.org/documents/surveillance-under-usapatriot-act. Last Checked. 07/31/2023. 8:40am.
[91] https://www.aclu.org/documents/aclu-fact-sheet-patriot-act-ii. Last Checked. 07/31/2023. 8:43am.

- DEFENDANTS could have at any time utilized §212 of the USA PATRIOT ACT to inform PLAINTIFF that DEFENDANTS were furthering their RICO Enterprise in JAPAN in the Summer of 2015, but they didn't; also violated Article 15 and Article 16 of the "The Convention On the Rights of Persons With Disabilities" in which all DEFENDANT governments were signatories at the time of at least 90% of the factual issues took place.

- PLAINTIFF has standing to show the horrific constitutional abuses that occur under the FISA COURT and USA PATRIOT ACT §115, §120, §121, §212, §213, §214, §215, §321, §322 §428, §501, §508, §702, and §896. PLAINTIFF is alleging that all of these Sections within the USA PATRIOT ACT were utilized against PLAINTIFF in furtherance of the RICO Enterprise between 2008 to Present.

- Numerous 5th Amendment violations, such as compelling PLAINTIFF to confess against his legal interests even when PLAINTIFF had a law school education and wanted to become a criminal defense attorney, coercing PLAINTIFF into signing a blank confession or be kicked out of school, and other violations that occurred from at least 2006 onwards.

- Invasion of privacy and violation of home as castle doctrine to create crimes and exploit PLAINTIFF. Primarily everything that happened at 773 John Henry, Baton Rouge, LA in 2014/2015.

- For American INTEL DEFENDANTS in any time in the complaint, PLAINTIFF is alleging violated: USSID 18.

- Using PLAINTIFF's disabilities against his constitutional and legal interests to obstruct justice for the United States Government's ideological goals and purposes to limit the rights of all Americans thereby making United States Government officials domestic terrorists. DEFENDANTS knew of PLAINTIFF'S autism and disability issues from a minimum at 2007; physical limitations either caused by Cerebral Palsy or Autism in which PLAINTIFF is unable to unhook a bra quickly or would need extensive physical therapy in repeating the same task of unhooking a bra over and over again (and autistic people don't get laid often) to plausibly do so, having to perform cunnilingus to satisfy a woman and using that against PLAINTIFF.

- Numerous judicial decisions in which PLAINTIFF was denied access to the court, evidence, access to counsel, and access to the proceedings; FISA court exceeding their authority in rulings without PLAINTIFF'S ability to appeal or be part of the rulings or process.

- Numerous Due Process violations from at least 2006 onwards.

- Numerous acts making PLAINTIFF an indentured servant from at least 2007 onwards in violation of *Kozminski v. United States*, 487 U.S. 931 (1987) and 18 U.S.C §1961 sections 1581–1592 (relating to peonage, slavery, and trafficking in persons).

- Numerous acts constituting torture, terrorism, and war crimes from at least 2011 onwards;

- Numerous 4th, 5th, 8th Amendment, Geneva Convention violations, even Terrorism by DEFENDANTS. Around April or May 2017 after an assassination attempt by DEFENDANTS, PLAINTIFF went looking for help to correctly diagnose PLAINTIFF with Autism and for PLAINTIFF to get help with his Autism. DEFENDANTS violating 18 USC §1961 section 1029 (relating to fraud and related activity in connection with access devices) since they had complete access to my laptop and cellphone from at least Spring 2015 directed PLAINTIFF to DEFENDANTS in a sting operation (instead of a real professional that could diagnose and help me with Autism) to falsely label PLAINTIFF has having a certain mental disorder to conform to prior SCOTUS precedent. DEFENDANTS interrogated me and psychologically profiled PLAINTIFF when PLAINTIFF needed psychological help and treatment. Why would ANDREW MCCABE deny me an opportunity to receive the proper help PLAINTIFF needed when PLAINTIFF went to a doctor only to discover it was a false sting operation to falsely psychologically profile me? They corruptly used the MMPI in order for me to falsely factually conform to *City & County of S.F. v. Sheehan*, 575 U.S. 600 (2015)'s decision and DOJ's brief submitted in that case for their obstruction efforts. Doing so, they denied me getting the help PLAINTIFF needed as an autistic man having been tortured under their watch against my 8th Amendment interests and other constitutional interests. The stupid thing about the whole entire episode is PLAINTIFF's mother got involved and went to one of the interrogation sessions and met ANDREW MCCABE; so not only did DEFENDANTS FBI and ANDREW MCCABE mess this up, but my mom lied and all of them hid information from me).

- Unjust taking in violation of 4th, 5th, 13th, and 14th Amendment rights by stealing Plaintiff's Intellectual Property, by either purchasing it from data brokers or obtaining it illegally through unconstitutional and illegal warrants or hacking, using materially false and misleading information to utilize asset seizure under USA PATRIOT ACT §428, and utilizing PLAINTIFF'S Intellectual Property without credit or permission in the WHITE HOSUE, DISNEY, NETFLIX, (Hollywood), etc. in violations of: 18 U.S.C §1961 sections 1581–1592 (relating to peonage, slavery, and trafficking in persons); 18 U.S.C §1961 section 2319 (relating to criminal infringement of a copyright), (either DEFENDANTS intentionally did that or they were aware of it being done by China in violation of 18 U.S.C. §2 and did absolutely nothing to notify PLAINTIFF or help PLAINTIFF in anyway and continue the exploitation of PLAINTIFF for their profits in furtherance of the RICO ENTEPRISE).

- GOOGLE/ALPHABET, COX COMMUNICATIONS, XFINITY, AMAZON WEB SERVICES, AT&T, VERIZON, META, APPLE, etc. being arms of the United States Government and bound to each other by PINKERTON liability and other ways by having

provided information to aid & abet the Enterprise in which at least at one time materially false evidence was used on warrants to those companies. PLAINTIFF has sent requests to those companies such as APPLE and AT&T giving them some awareness of some of the issues and they have not provided PLAINTIFF with the requested information nor undertaken any steps in light of PLAINTIFF'S requests and information to them. Furthermore, by providing DEFENDANTS PLAINTIFF'S information that was obtained via the RICO Enterprise, DEFENDANTS violated: 18 U.S.C. § 2339A (providing material information obtained in the course of DEFENDANT'S Enterprise to provide material support to terrorists in furtherance of RICO ENTERPRISE. Violating: 18 USC §1961 sections 891–894 (relating to extortionate credit transactions); 18 USC §2 by providing DEFENDANTS PLAINTIFF'S information in which DEFENDANTS obtained information either in Bad Faith or knowingly doing so with the intent to further their RICO enterprise. *See* *United States v. Miller, 116 F.3d 641 (2d Cir. 1997) (act involving murder need not be actual murder as long as the act directly concerned murder, and facilitation of murder was a proper RICO predicate because accessorial offenses described in the New York State statutory provisions involved murder* <u>within the meaning of RICO where ***defendant provided information*** he knew would enable inquirer to</u> *commit murder or other rico predicate act).*

- DEFENDANTS continue to harbor DEFENDANTS Terrorists that violates *18 U.S.C. § 2339 (relating to harboring terrorists) after their terrorist activities committed in March 11th, 2011 in LONDON/WASHINGTON D.C. and* their terrorist activities in TOKYO, JAPAN in SUMMER 2015. Specifically, and more shockingly, DEFENDANTS committed Air Piracy 49 U.S.C.§46502 thereby violating: 18 USC 2331 1(B)(iii) and 5(B)(iii) in which they did so in order "to affect the conduct of a government by kidnapping."


- DEFENDANTS completely knowing about PLAINTIFF'S Autism and knowingly and intentionally utilizing it against PLAINTIFF to harm PLAINTIFF and knowingly, intentionally, and conveniently ignoring PLAINTIFF'S psychological issues as not protect him because he was a liability; DEFENDANTS knew my susceptibility or was of interest to foreign powers (that could be included in this complaint, but it is outside my knowledge) and knew of the likelihood they would compromise me in the future, DEFENDANTS absolutely failed in their job; and other constitutional violations and abuses  in violation of: "The Convention On the Rights of Persons With Disabilities"

- Because of the torture, coercion to do things against my will (like having been routinely forced and coerced into signing contracts because either the United States Government or maybe even PLAINTIFF's parents too), been routinely taken advantage of. Never being made aware of what was happening in my life, maltreatment throughout the years. Overall environment of complete unjustified suspicion & mischaracterization of PLAINTIFF'S actions.

#2. PLAINTIFF even gave DEFENDANTS FBI a diagram of the assassination attempt on PLAINTIFF in Feb/March 2017 within the last couple of years in a tweet in which PLAINTIFF even explained to them how to identify who did it, and even this *was completely ignored by* DEFENDANTS. See: *United States v. Pimentel*, 346 F.3d 285 (2d Cir. 2003) (attempted murder); "…conspiracies or attempts to commit subdivision A[92] and D[93] crimes as proper RICO predicates because these crimes "involve" the specified types of conduct"[94] More importantly, the tweets deriving from PLAINTIFF'S twitter accounts of mikikotevski or miki_kotevski all contain information in support of the claims stated here or were part of factual pattern/nexus of the issues today and PLAINTIFF requests they be admitted as evidence into the case. PLAINTIFF filed a specific request seeking all data transmitted about PLAINTIFF when PLAINTIFF was in JAPAN in 2015 from DEFENDANTS via a FOIA request (the importance of which is documented in one of the points below). This request has gone ignored for more than 2 years.

#3. In Article II Section 4 of the Constitution: "The President, Vice President and all civil Officers of the United States, shall be removed from Office on Impeachment for, and Conviction of, Treason, Bribery, or other high Crimes and Misdemeanors." The second most egregious crime the Founding Fathers thought the Executive Branch would partake in was BRIBERY, which would be prosecuted under RICO, which is only below Treason. There is no way that any Executive Branch official or DEFENDANTS did not know BRIBERY/RICO was one of the only crimes they could be held liable for and be punished for in engaging and directing. DEFENDANTS ALL KNEW bribery was a RICO predicate act; and if they knew that, they knew about RICO. Arguably, the Founding Fathers knew that Treason and RICO (yes, PLAINTIFF is using Bribery and RICO interchangeably here because there is really no significantly important legal distinction between Bribery from RICO since Bribery falls under RICO) where the only two that truly mattered to the Founding Fathers and are truly the only two that matter to--and tremendously impacts-- the stability and national security of the country (outside of foreign powers and foes); and engaging in those two acts imperils the country hence the need for removal and punishment. The phrase of: "and conviction of" necessarily entails including any reasonable claims or allegations that pass an Iqbal standard of pleading that the officers of the United States engaged in Bribery/RICO acts. Period. You cannot have "a conviction" of RICO without it necessarily including the process of including an allegation and complaint of RICO against a United States officer.

#4. In conjunction with the previous paragraph (Paragraph #3) the actions in the complaint concern the Court with whether or not officials in both the judicial and executive branch had acted within their scope and limits of their constitutional and statutory duties. PLAINTIFF alleges DEFENDANTS did not. There is no qualified or absolute immunity for any executive branch or judicial branch officials and judges that involve RICO. Period. The Founding Fathers

---

[92] "*United States v. Pimentel*, 346 F.3d 285, 303-04 (2d Cir. 2003); United States v. Ruggiero, 726 F.2d 913, 919 (2d Cir. 1984) (conspiracy to murder in violation of state law is an "act or threat involving murder" under 18 U.S.C. § 1961(1)(A)); United States v. Licavoli, 725 F.2d 1040, 1045 (6th Cir. 1984) (same); United States v. Welch, 656 F.2d 1039, 1063 n.32 (5th Cir. 1981) (same) (dictum); United States v. Dellacroce, 625 F. Supp. 1387, 1392 (E.D.N.Y. 1986)

[93] United States v. Brooklier, 685 F.2d 1208, 1216 (9th Cir. 1982) (conspiracy to extort money under 18 U.S.C. § 1951;" https://www.justice.gov/archives/usam/file/870856/download:

[94] DOJ RICO HANDBOOK. https://www.justice.gov/archives/usam/file/870856/download:

specifically and reasonably enumerated that the two crimes that warranted dismissal were treason and RICO (PLAINTIFF is just limiting argument to RICO in this complaint and not including treason here though it is possible after *Miki's Tea Party*). *Kendall v. United States*, 12 Pet. 524 (1838) held that: "The executive power is vested in a President; and as far as his powers are derived from the constitution, he is beyond the reach of any other department, ***except in the mode prescribed by the constitution*** **through** *the impeaching power*"). This means that any conduct committed by judicial or executive branch that constitutes RICO predicate acts (that is a mode prohibited by Article II, Section IV) falls outside the scope their defined statutory and constitutional limits. Put in another way, engaging in RICO falls outside the scope of duties for any executive branch and judicial branch officials. Absolute or qualified immunity only applies to acts that fall within the scope of executive authority. Allegations of those officials engaging in behavior that exceeded the scope and limits of their authority must necessarily be included. Therefore, Qualified or Absolute Immunity does not apply for RICO predicate acts committed by any Executive or Judicial Branch official. Justice BURGER in the concurring opinion said in *Nixon v. Fitzgerald*, 457 U.S. 731 (1982) agrees with PLAINTIFF'S interpretation: "I fully agree that the constitutional concept of separation of independent coequal powers dictates that a President be immune from civil damages actions based on acts ***within the scope*** of Executive authority while in office." Further support for PLAINTIFF'S contention can be found with *United States v. Brewster*, 408 U. S. 501 (1972), in which the Court held that the Speech and Debate Clause did not prohibit prosecution of a Senator for accepting a bribe (i.e. a RICO Predicate act) designed to influence his legislative acts (while he was in office) within the scope of his Congressional authority in office. Furthermore, another court backed up PLAINTIFF'S propositions when they said in *United States v. Kelly*, 707 F.2d 1460 (D.C. Cir. 1983) "dishonest public officials, responsive more to money than to their obligations to the nation, *may cause grave harm to our society*."

Even more and further support can be found when The Court in *State of Mississippi v. Johnson, President, The*, 71 U.S. (4 Wall.) 475 (1867) ruled on the extremely important ***principle***: "If the chief executive officer of a State is liable to be controlled by the courts of the State in the discharge of ministerial duties, for much stronger reasons is the chief executive officer of the United States liable to be controlled by this court under the provisions of the Federal Constitution. In Greene v. .Mumford, the Supreme Court of Rhode Island said, in regard to officers: "If they are departing from the power which the law has vested in them*, if they are assuming to themselves a power over property which the law does not give them, this court no longer considers them as acting under their commission,* but treats them as individuals." **By the same principle,** *the President, when acting in opposition to the Federal Constitution, may be treated as an individual.***" By being part of a RICO Enterprise in which the Constitution is explicit that by engaging in RICO requires removal, an executive or judicial branch official acts in opposition to the Constitution and to asserting a power over property that the Constitution does not give them, and therefore, they do not have any immunity for their actions.

#5. No Executive Privilege, No Absolute Immunity, and No Qualified Immunity to RICO conduct or anything done in furtherance of RICO Enterprise 1 made in this complaint. If DEFENDANTS are going to go there and say that provisions like the USA PATRIOT ACT absolve them of liability that is not true. USA PATRIOT ACT was created *to prevent* terrorism

and not have DEFENDANTS *engage in TERRORISM* or *aid and abet TERRORISM* and be absolved of any liability in the process.

#6. Treaties are the Supreme Law of the land (but not above the United States Constitution). In 2006, the following treaty was implemented and executed: "The Convention On the Rights of Persons With Disabilities." All countries named as DEFENDANTS: (United States, India, United Kingdom, Japan, Australia, etc.) are all signatories. Therefore, all of the following applies to DEFENDANTS:

- Recognizing also that discrimination against any person on the basis of disability is a violation of the inherent dignity and worth of the human person;

- Recognizing the need to promote and protect the human rights of all persons with disabilities, including those who require more intensive support;

- Recognizing the importance of international cooperation for improving the living conditions of persons with disabilities in every country, particularly in developing countries;

- Recognizing the valued existing and potential contributions made by persons with disabilities to the overall well-being and diversity of their communities, and that the promotion of the full enjoyment by persons with disabilities of their human rights and fundamental freedoms and of full participation by persons with disabilities will result in their enhanced sense of belonging and in significant advances in the human, social and economic development of society and the eradication of poverty;

- Considering that persons with disabilities should have the opportunity to be actively involved in decision-making processes about policies and programmes, including those directly concerning them;

- Concerned about the difficult conditions faced by persons with disabilities who are subject to multiple or aggravated forms of discrimination on the basis of race, colour, sex, language, religion, political or other opinion, national, ethnic, indigenous or social origin, property, birth, age or other status;

- Highlighting the fact that the majority of persons with disabilities live in conditions of poverty, and in this regard recognizing the critical need to address the negative impact of poverty on persons with disabilities;

- Recognizing the importance of accessibility to the physical, social, economic and cultural environment, to health and education and to information and communication, in enabling persons with disabilities to fully enjoy all human rights and fundamental freedoms;

- Convinced that a comprehensive and integral international convention to promote and protect the rights and dignity of persons with disabilities will make a significant contribution to redressing the profound social disadvantage of persons with disabilities

and promote their participation in the civil, political, economic, social and cultural spheres with equal opportunities, in both developing and developed countries,

#7. Throughout the entirety of this Complaint, Treaties being part of the Supreme Law of the land of the United States (but not above the United States Constitution), In 2006, "The Convention On the Rights of Persons With Disabilities" became law. All countries named as DEFENDANTS: (United States, India, United Kingdom, Japan, Australia, etc.) are all signatories. PLAINTIFF has provided most of the relevant sections of the complaint to the applicable sections (some may be missing). Therefore, all of the following applies to DEFENDANTS in this complaint:

- Article 13: Access to justice
    - States Parties shall ensure effective access to justice for persons with disabilities on an equal basis with others, including through the provision of procedural accommodations--Entire complaint; *Incident IV: Star Chamber*
    - In order to help to ensure effective access to justice for persons with disabilities, States Parties shall promote appropriate training for those working in the field of administration of justice, including police and prison staff—Entire Complaint; *MID-YEAR*, *Trespass Incident #3, Peachy Miami*, *This Side of the Street*, *Incident IV: Star Chamber*

- Article 14: Liberty and security of person
    - States Parties shall ensure that persons with disabilities, on an equal basis with others: (a) Enjoy the right to liberty and security of person—Entire complaint.
    - Are not deprived of their liberty unlawfully or arbitrarily…and that the existence of a disability shall in no case justify a deprivation of liberty—Entire complaint.

- Article 15: Freedom from torture or cruel, inhuman or degrading treatment or punishment
    - 1. No one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment. In particular, no one shall be subjected without his or her free consent to medical or scientific experimentation. *Miki's Tea Party, Incident IV: Star Chamber, & Incident V: An Anchor and A Pitchfork.*

    - 2. States Parties shall take all effective legislative, administrative, judicial or other measures to prevent persons with disabilities, on an equal basis with others, from being subjected to torture or cruel, inhuman or degrading treatment or punishment. *Miki's Tea Party & Incident V: An Anchor and A Pitchfork*

- Article 16: Freedom from exploitation, violence and abuse
    - States Parties shall take all appropriate legislative, administrative, social, educational and other measures to protect persons with disabilities, both within and outside the home, from all forms of exploitation, violence and abuse—Entire complaint; *Miki's Tea Party, TAR, Incident IV: Star Chamber, Incident V: An Anchor and A Pitchfork*

- States Parties shall also take all appropriate measures to prevent all forms of exploitation, violence and abuse by ensuring, inter alia, appropriate forms of gender- and age-sensitive assistance and support for persons with disabilities—Entire complaint; *Miki's Tea Party, TAR, Incident IV: Star Chamber, Incident V: An Anchor and A Pitchfork*

- States Parties shall take all appropriate measures to promote the physical, cognitive and psychological recovery, rehabilitation and social réintégration of persons with disabilities who become victims of any form of exploitation, violence or abuse, including through the provision of protection services. Such recovery and reintergration shall take place in an environment that fosters the health, welfare, self-respect, dignity and autonomy of the person and takes into account gender- and age-specific needs—Entire Complaint. Entire complaint; *Miki's Tea Party, TAR, Incident IV: Star Chamber, Incident V: An Anchor and A Pitchfork; Incident VIII,*

- Article l7: Protecting the integrity of the person.
  - Every person with disabilities has a right to respect for his or her physical and mental integrity on an equal basis with others—Entire Complaint; *Incident V: An Anchor and A Pitchfork.*

- Article 18: Liberty of movement.

  - States Parties shall recognize the rights of persons with disabilities to liberty of movement…Are free to leave any country, including their own…Are not deprived, arbitrarily or on the basis of disability, of the right to enter their own country—*Meth, Miki's Tea Party, The Devil Reincarnate, An Anchor and a Pitchfork*

- Article 21 Freedom of expression and opinion, and access to information
  - States Parties shall take all appropriate measures to ensure that persons with disabilities can exercise the right to freedom of expression and opinion, including the freedom to seek, receive and impart information and ideas on an equal basis with others and through all forms of communication of their choice—Entire Complaint. Core issue—pervades everything in this Complaint.

- Article 22 Respect for privacy
  - 1. No person with disabilities, regardless of place of residence or living arrangements, shall be subjected to arbitrary or unlawful interference with his or her privacy, family, home or correspondence or other types of communication or to unlawful attacks on his or her honor and reputation. Persons with disabilities have the right to the protection of the law against such interference or attacks—*Sewanee: An Era of Drugs*, *Star Chamber*, *An Anchor and a Pitchfork,*

- - 2. States Parties shall protect the privacy of personal, health and rehabilitation information of persons with disabilities on an equal basis with others—Miki's Tea Party, *Incident V: An Anchor and A Pitchfork*

- Article 24 Education
  - States Parties recognize the right Of persons with disabilities to education. With a view to realizing this right without discrimination and on the basis of equal opportunity, States Parties shall ensure an inclusive education system at all levels and lifelong learning directed to: (a) The full development of human potential and sense of dignity and self-worth, and the strengthening of respect for human rights, fundamental freedoms and human diversity. Entire complaint; *Financial Terrorism*.

  - The development by persons with disabilities of their personality, talents and creativity, as well as their mental and physical abilities, to their fullest potential—*TAR, Financial Terrorism,*

  - Enabling persons with disabilities to participate effectively in a free society.

  - In realizing this right, States Parties shall ensure that:

    - Reasonable accommodation of the individual's requirements is provided;

    - Effective individualized support measures are provided in environments that maximize academic and social development, consistent with the goal of full inclusion.

  - States Parties shall enable persons with disabilities to learn life and social development skills to facilitate their full and equal participation in education and as members of the community.

  - States Parties shall ensure that persons with disabilities are able to access general tertiary education, vocational training, adult education and lifelong learning without discrimination and on an equal basis with others. To this end, States Parties shall ensure that reasonable accommodation is provided to persons with disabilities.

- Article 25 Health States Parties recognize that persons with disabilities have the right to the enjoyment of the highest attainable standard of health without discrimination on the basis of disability.
  - States Parties shall Provide those health services needed by persons with disabilities specifically because of their disabilities, including early identification and intervention as appropriate, and services designed to minimize and prevent further disabilities, including among children and older persons;

  - Provide these health services as close as possible to people's own communities.

o  Prevent discriminatory denial of health care or health services or food and fluids on the basis of disability.

*#8.* The COURT would agree that a telecom company using a satellite that transmits data engages in interstate and foreign commerce. With that in mind, DEFENDANTS, having utilized "PROJECT RAINFALL" necessarily engaged in interstate and foreign commerce in the creation, positioning, continual and ongoing maintenance, utilization, and transmission of data via ORION 3, ORION 5, and ORION 7 satellites that transmitted PLAINTIFF'S data, that included emails and communications, between the years of 2007 through 2023 between and amongst DEFENDANTS and/or was received by DEFENDANTS to perpetuate and further their War Crimes, Torture, PLAINTIFF'S Legal and Constitutional Violations, and RICO Enterprise 1 in furtherance of some of the following crimes: 18 USC §1961 1028 (relating to fraud and related activity in connection with identification documents), 18 USC §1961 section 1029 (relating to fraud and related activity in connection with access devices), 18 USC §1961 section 1503 (relating to obstruction of justice), 18 USC §1961 section 1510 (relating to obstruction of criminal investigations), 18 USC §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 USC §1961 section 1512 (relating to tampering with a witness, victim, or an informant), 18 USC §1961 section 1513 (relating to retaliating against a witness, victim, or informant), 18 USC §1961 section 1542 (relating to false statement in application and use of passport), 18 USC §1961 section 1543 (relating to forgery or false use of passport), 18 USC §1961 section 1544 (relating to misuse of passport), 18 USC §1961 section 1546 (relating to fraud and misuse of visas, permits, and other documents), 18 USC §1961 sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), 18 USC §1961 section 1951 (relating to interference with commerce, robbery, or extortion), 18 USC §1961 section 2319 (relating to criminal infringement of a copyright), 18 USC §1961 sections 891–894 (relating to extortionate credit transactions). The Court said *LAMONT, DBA BASIC PAMPHLETS v. POSTMASTER GENERAL,* 381 U.S. 301 (1965) that concerned interstate and foreign commerce, the POST OFFICE sending and receiving foreign mail (which is analogous to emails) in the case that concerned the transmission of ideas and speech in which the Government violated the First Amendment rights of the PLAINTIFF (which DEFENDANTS did do here because there is a nexus to CIA, HILLARY CLINTON, and PLAINTIFF'S protected speech) through utilizing ORION 3, ORION 5, and ORION 7 when the Court ruled: "We conclude that the Act as construed and applied is unconstitutional because it requires an official act as a limitation on the unfettered exercise of the addressee's First Amendment rights. As stated by Mr. Justice Holmes in *Milwaukee Pub. Co.* v. *Burleson,* 255 U. S. 407, 437 (dissenting): "The United States may give up the Post Office when it sees fit, but while it carries it on the use of the mails is almost as much a part of free speech as the right to use our tongues . . . ." Right to use our tongues will be discussed later.

#9. DEFENDANTS who are in "5 Eyes" are an association for RICO purposes since they themselves define 5 Eyes as: "The Council members exchange views on subjects of mutual interest and concern; compare best practices in review and oversight methodology; explore areas where cooperation on reviews and the sharing of results is permitted where appropriate; encourage transparency to the largest extent possible to enhance public trust; and maintain contact with political offices, oversight and review committees, and countries as appropriate." DEFENDANTS in 5 eyes had a financial monetary interest in furtherance of this RICO

Enterprise typically when the United State Intelligence Community gave monetary funds to different DEFENDANTS. Furthermore, there were multiple conferences, such as in June 2016[95] that further enabled the Enterprise and Conspiracy against PLAINTIFF to continue, in multiple countries in which 5 EYES DEFENDANTS had spent money on in support of the scheme in which money was spent in hotels, lodging, transportation, etc[96] thereby affecting interstate and foreign commerce. *See*: 18 USC §2 by providing DEFENDANTS PLAINTIFF'S information in which DEFENDANTS obtained information either in Bad Faith or knowingly doing so with the intent to further their RICO enterprise. For example, PLAINTIFF submitted a FOIA request to FBI seeking the following on 08/11/2023: "Any and all documents, records, memos, that would show a dollar amount the FBI gave or contributed to any and all BRITISH intelligence agencies in the following fiscal years: 2009; 2010; 2015; 2017; 2018; 2019" in which the FBI did not provide the information requested on that FOIA request because the FBI knows the amount they spent would be shocking and would necessarily be a part of this litigation.

#10. Foreign DEFENDANTS, primarily in the sections of *Financial Terrorism, Miki's Tea Party, and An Anchor and a Pitchfork,* can be held to account for their actions that took place abroad but was directed by Americans in America: *See*: *Southway v. Central Bank of Nigeria*, 198 F.3d 1210, 1216 (10th Cir. 1999). (The Tenth Circuit has ruled that the Foreign Sovereign Immunities Act ("FSIA") confers subject-matter jurisdiction over civil RICO claims against foreign states, their agencies, and their instrumentalities when the commercial activity exception, or another exception contained in the FSIA, applies); *United States v. Noriega*, 746 F. Supp. 1506 (S.D. Fla. 1990) ("Given the Act's broad construction and equally broad goal of eliminating the harmful consequences of organized crime, it is apparent that Congress was concerned with the effects and not the locus of racketeering activities."), aff'd, 117 F.3d 1206 (11th Cir. 1997); *Liquidation Comm'n of Banco Intercontinental, S.A. v. Renta*, 530 F.3d 1339 (11th Cir. 2008) (holding that RICO applied extraterritorially where conduct in furtherance of the RICO conspiracy occurred in the United States but the effects of the conspiracy were felt elsewhere); *Alfadda v. Fenn*, 935 F.2d 475 (2d Cir. 1991) (holding that the defendants' commission of some predicate acts within the United States provided a basis for subject matter jurisdiction for the RICO claims, and noting that there is "no indication that Congress intended to limit [RICO] to infiltration of domestic enterprises. The mere fact that the corporate defendants are foreign entities does not immunize them from the reach of RICO").

#11. Under 28 U.S.C. 1605A(1) there is no immunity for DEFENDANTS: "A foreign state shall not be immune from the jurisdiction of courts of the United States or of the States in any case not otherwise covered by this chapter in which money damages are sought against a foreign state for personal injury or death that was caused by an act of torture, extrajudicial killing, aircraft sabotage, hostage taking, or the provision of material support or resources for such an act if such act or provision of material support or resources is engaged in by an official, employee, or agent of such foreign state while acting within the scope of his or her office, employment, or agency." This applies to DEFENDANTS: MI6, BUNDESNACHRICHTENDIENST, 公安調査庁, kōanchōsa-chō, FOREIGN INTELLIGENCE OF UKRAINE (SZRU), AUSTRALIAN

[95] https://vault.fbi.gov/five-eyes-law-enforcement-group-meeting/five-eyes-law-enforcement-group-meeting-part-01-of-02/view Last checked. 07/31/2023. 7:39am
[96] https://www.gov.uk/government/news/home-secretary-hosts-five-eyes-security-summit. Last checked. 07/31/2023.

#12. Under FSIA 28 U.S.C. §1605B, "A foreign state shall ***not*** be immune from the jurisdiction of the courts of the United States in any case in which money damages are sought against a foreign state for physical injury to person or property or death occurring in the United States and caused by— (1) an act of international terrorism in the United States; and (2): a tortious act or acts of the foreign state, or of any official, employee, or agent of that foreign state while acting within the scope of his or her office, employment, or agency, regardless where the tortious act or acts of the foreign state occurred." See also: *Southway v. Central Bank of Nigeria*, 198 F.3d 1210 (10th Cir. 1999); *Rux v. Republic of Sudan*, 495 F. Supp. 2d 541 (E.D. Va. 2007). "Individuals can also qualify as an "agency or instrumentality" when acting in an official capacity." *Chalabi v. Hashemite Kingdom of Jordan*, 503 F. Supp. 2d 267 (D.D.C. 2007)

28 U.S.C. 1604 defines foreign state as: a) a foreign state includes a political subdivision of a foreign state or an agency or instrumentality of a foreign state as defined in subsection (b).
(b): an agency or instrumentality of a foreign state means any entity
  1)Which is a separate legal person, corporate, or otherwise, and
  2) which is an organ of a foreign state or political subdivision thereof….

**For the Government of Qatar:**

Qatar Investment Authority (hereon: QIA) (QIA; **Arabic**: جهاز قطر للإستثمار) is a separate legal entity from the government of manages the Government of Qatar's wealth thereby making it an organ of the state.

Because QIA is an organ of the state of Qatar, QIA owns 100% of Qatar Holding LLC. Therefore, Qatar Holding LLC is an organ of the state of Qatar. Because either QIA or Qatar Holding LLC is an organ of the state in which either QIA or Qatar Holding LLC owns and manages Qatar Airways Company Q.C.S.C, Qatar Airways Company Q.C.S.C. therefore is an organ of the state of Qatar. PLAINTIFF is just arguing and alleging just in case he needs to that Qatar National Bank, Qatar Islamic Bank (Q.P.S.C.), and QIB-UK are conceivably organs of the State of Qatar.

*Southway v. Cent. Bank of Nigeria* , 198 F.3d 1210 (10th Cir. 1999) (holding that "the FSIA confers subject-matter jurisdiction upon the district court over civil RICO claims against foreign states, their agencies, and instrumentalities, *provided that* the commercial activity exception, or another exception contained in §§ 1605–07 of the FSIA applies") (emphasis added).

**For the Government of the United Kingdom.**

BOEING would eventually make a sale of BOEING aircraft to British Airways, the government operation against PLAINTIFF under British Jurisdiction in the aviation industry necessarily implicates British Airways Boeing orders that occurred after the trade is in the offing because British government were part of it when the plan was approved against PLAINTIFF under their watch. The merger occurred during tacit approval of the British Government/British Airways in which RICO Enterprise 1 was done. The Boeing orders were finalized in at BOEING in CHICAGO, IL. The Boeing planes at issue were part of trade is in the offing deal in 2011 and 2012.

*Southway v. Cent. Bank of Nigeria* , 198 F.3d 1210  (10th Cir. 1999) (holding that "the FSIA confers subject-matter jurisdiction upon the district court over civil RICO claims against foreign states, their agencies, and instrumentalities, *provided that* the commercial activity exception, or another exception contained in §§ 1605–07 of the FSIA applies") (emphasis added).

Defendant Air France, a French corporation which is 98 percent owned by the Republic of France, is a foreign state under § 1603 and, therefore, is entitled to the protection afforded by the FSIA.

Under RICO, the Government of Qatar, Qatar Airways, the government of the United Kingdom, are all considered persons since the definition of persons under RICO "drafted by Congress does not exempt instrumentalities of a foreign sovereign or limit "persons" to those connected with "organized crime." *Lode v. Leonardo,* 557 F. Supp. 675, (N.D.Ill. 1982). Similarly, the legislative history of RICO fails to support any such exemption or limitation. With RICO, "Congress chose to attack the problem of organized crime in terms of patterns of behavior characteristic of racketeers rather than attempt definition of the amorphous concept `organized' crime and to make membership therein unlawful." *Hunt International Resources Corp. v. Binstein,* 559 F. Supp. 601, 602 (N.D.Tex.1982). Thus, RICO must be given the broad effect mandated by its plain language. *Morgan v. Bank of Waukegan,* 804 F.2d 970, 974 (7th Cir.1986)….defendants are still "persons" amenable to suit…Moreover, none of the post-*Goldfarb* cases on which defendants rely that expand the *Parker v. Brown* doctrine to include foreign sovereigns exempts foreign sovereigns from liability under antitrust laws for activity which is not cognizable as an act of state… defendants claim that interests of comity dictate that a foreign sovereign should not be considered a person under RICO. As previously discussed, a foreign sovereign or an agency thereof is not afforded immunity from suit under the Foreign Sovereign Immunities Act when the suit is based on its commercial activity conducted in the United States…The instant action is not predicated on any act of State but, rather, is based on the commercial acts of a foreign corporation." *American Bonded Warehouse Corp. v. Compagnie Nationale Air France,* 653 F. Supp. 861 (N.D. Ill. 1987). In one hand, PLAINTIFF is arguing the trade is in the offing is necessarily a commercial act in which the BOEING orders were finalized in America at BOEING in Chicago; and in the other, if it is not, it is a state directed action that was done in furtherance of an act of international and domestic terrorism that provided material support in furtherance of RICO Enterprise 1.

PLAINTIFF makes two arguments. Either the State of Qatar directed their representative in London to "off" PLAINTIFF off their plane and direct him to go to the Embassy of India or the State of Qatar allowed British Intel or American Intel to pose as one of their employees (with the

assistance of Heathrow Holding Company) to "off" PLAINTIFF off the plane and direct him to go to the Indian Embassy. This would be a state action in furthering an international and domestic act of terrorism by providing material support to the act of international and domestic terrorism. Boeing was part of it in which Qatar airways got benefits from BOEING and American Intel in doing so therefore subjecting Qatar Airways The boeing planes at issue were part of trade is in the offing deal in 2010 and 2011.

In, *Compania Mex. De Aviacion v. U.S. Dist. Court*, 859 F.2d 1354 (9th Cir. 1988), Mexicana Airlines alleged they were immune from lawsuits under FSIA. Mexicana Airlines, owned by the Mexican government, was immune unless: "(1) it has waived its immunity; (2) the action is based upon a commercial activity carried on in the United States; upon an act performed in the United States in connection with a commercial activity of the foreign state elsewhere; or upon an act outside the territory of the United States in connection with a commercial activity of the foreign state elsewhere and that act causes a direct effect in the United States; or (3) the action is based upon a treaty conferring jurisdiction and that treaty pre-dates enactment of the FSIA. *See* 28 U.S.C. § 1604, 1605." *Id.*

The Court discussed what were things that concerned the tickets on whether Mexicana Airlines waived their FSIA protection when they said that "A recent amendment to the waiver language makes clear that the intent behind the waiver is to give United States courts jurisdiction over cases "that have substantial contact with the United States." ... The decedents in the present case were <u>all flying on tickets purchased within Mexico</u> for passage between points of origin and destination within Mexico. The tickets, which are the governing contracts of carriage, <u>demonstrate no contact with the United States</u>. <u>Mexicana's operations that are the subject of this action did not occur "under [the] permit" issued by the U.S. Department of Transportation</u>." *Id*.

So PLAINTIFF purchased a ticket in America that means those tickets that PLAINTIFF purchased had contact with the United States because the Qatar Airways ticket processing and purchasing system in America was done on the permit issued by the U.S. Department of Transportation. So Qatar Airways did not waive FSIA based on selling PLAINTIFF'S tickets in America.

Furthermore, the Court said: "Under The same result obtains under the governing international treaty, the Warsaw Convention, 49 U.S.C. App. §1502 Note. The Convention defines international transport according to the contract made by the parties. All the tickets involved in this case were for domestic Mexican flights, not for international air transport. Warsaw Convention, Article 1(2). <u>Moreover, Article 28 of the Convention</u> establishes exclusive jurisdiction before either the court of the domicile of the carrier or its principal place of business, **or the place of business where the contract was made**, or the place of destination. The place of destination is the final destination according to the contract of carriage." *Compania Mex. De Aviacion v. U.S. Dist. Court*, 859 F.2d 1354, 1359 (9th Cir. 1988)

The place of business where the contract was made was in America in the State of Illinois. Therefore, Qatar Airways waived their FSIA immunity based on at least the ticket purchase on top of the fact that Qatar Airways regularly had flights from Chicago to Doha in 2011. This is

enough to establish general in-personam-jurisdiction and a waiver of FSIA immunity in the State of Illinois.

"In Trajano v. Marco, we held that the FSIA applies to a foreign official acting in an official capacity, but does not apply to an official acting beyond the scope of the actor's authority. 978 F.2d 493, 497 (9th Cir. 1992) (citing Chuidian v. Philippine Nat'l Bank, 912 F.2d 1095, 1103-06 (9th Cir. 1990) (holding that government officials fall within the definition of an "agency or instrumentality of a foreign state")), cert. denied, 508 U.S. 972 (1993). In Trajano, we defined "beyond the scope of the official's authority" to include anything the sovereign has not empowered the official to do." *Phaneuf v. Republic of Indonesia*, 106 F.3d 302 (9th Cir. 1997) upon an act outside the territory of the United States in connection with a commercial activity of the foreign state elsewhere and that act causes a direct effect in the United States.

#13. Under FSIA 28 U.S.C. §1606: "As to any claim for relief with respect to which a foreign state is not entitled to immunity under section 1605 or 1607 of this chapter, the foreign state shall be liable *in the same manner and to the same extent as a private individual* under like circumstances."  Foreign DEFENDANTS shall be liable in the same manner and to the same extent as a private individual under 18 U.S.C. 1961 et. al. RICO. See also: *Southway v. Central Bank of Nigeria*, 198 F.3d 1210  (10th Cir. 1999); *Rux v. Republic of Sudan*, 495 F. Supp. 2d 541 (E.D. Va. 2007).  If RICO falls outside the scope of duties for any American employee, it must necessarily be true in any foreign country listed as a DEFENDANT because they all have laws concerning prohibitions on racketeering and terrorism. So any foreign government employees that perpetuated the harm against PLAINTIFF in furtherance of RICO Enterprise 1 in the sections of *Financial Terrorism, Miki's Tea Party,* and *An Anchor and a Pitchfork* had their acts fall outside the scope their employment duties in which "An individual employed by a foreign state enjoys no FSIA immunity for acts that are "beyond the scope" of her official responsibilities. *Cabiri v. Assasie-Gyimah*, 921 F. Supp. 1189 (S.D.N.Y. 1996)

#14. Racketeering is not diplomacy. It may be in corrupt countries, but not in America. The Act of State Doctrine does *not* apply in this case. *Kirkpatrick & Co. v. Evtl. Tectonics*, 493 U.S. 400 (1990) is established precedent that concerned bribery (i.e. RICO) by a foreign government involving an American that ruled judicial inquiry is appropriate [partly based on prior Department of State arguments in which the Department of State has argued] that "judicial inquiry *into the purpose behind* the act of a foreign sovereign would not produce the unique embarrassment, and the particular interference with the conduct of foreign affairs, that may result from the judicial determination that a foreign sovereign's acts are invalid." Furthermore and especially in regards to *Miki's Tea Party* and *An Anchor and a Pitchfork*, some "exceptions to application of the [act of state] doctrine, where one or both of the foregoing policies would seemingly not be served: an exception, for example, *for acts of state that consist of commercial transactions, since neither modern international comity nor the current position of our Executive Branch accorded sovereign immunity to such acts*, see Alfred Dunhill of London, Inc. v. Republic of Cuba,* 425 U. S. 682 (1976)." *Id.*  No sovereign immunity for *Miki's Tea Party.* As BARACK OBAMA admitted at the time of *Miki's Tea Party* on November 8th, 2010 with the specific Indian audience in mind: "Today, the United States is once again playing a leadership role in Asia (and INDIA and QATAR)." HILLARY CLINTON and AMERICAN DEFENDANTS/CIA/FBI/DHS directed their actions against PLAINTIFF in AMERICA to be

undertaken by America, Britain, Qatar, and India. America is necessarily always a party in which it was America's leadership and direction that directed INDIAN, QATAR, and BRITISH leadership to do something on behalf of the United States that involved commerce. Payments were paid by the Foreign Government in addition to Private Companies to American companies in which their money was deposited into American Bank Accounts. An Act of State doctrine automatically presumes the foreign government did an act independent of American decision-making, but QATAR, INDIA, and BRITAIN were directed to do their actions against an American in which their acts were necessarily created by and started from an American decision. What the Court's decisions come down to in regarding act of state is whether or not the foreign actor or foreign government were acting within the scope of their authority as agents of the foreign government. The scope of authority that is applicable in the Act of State doctrine is necessarily understood by the Court to mean that the actions at issue were done *completely independent* of any American direction to direct the actions because it no longer becomes just the foreign government's actions.  RICO is outside the scope of authority of American decision-making and furthering a RICO Enterprise is outside the scope of authority of a foreign government, especially when "a state chooses to go into the business of buying and selling commodities, its right to do so may be conceded so far as the Federal Constitution is concerned; but the exercise of the right is not the performance of a governmental function. . . . When a state enters the market place seeking customers it divests itself of its *quasi* sovereignty *pro tanto,* and takes on the character of a trader. . . ." *Ohio v. Helvering,* 292 U. S. 360, (1934). It is thus a familiar concept that "there is a constitutional line between the State as government and the State as trader. . . ."*New York v. United States,* 326 U. S. 572 (1946).

#15.  Part of this case revolves around this quote The Court in *Brown v. Mississippi,* 297 U.S. 278 (1936) said: "Coercing the supposed state's criminals into confessions and using such confessions so coerced from them against them in trials has been the curse of *all countries*. In *Fisher v. State,* 145 Miss. 116, 134, 110 So. 361, 365, the court said: "Coercing the supposed state's criminals into confessions and using such confessions so coerced from them against them in trials has been the curse of all countries. It was the chief inequity, the crowning infamy, of the Star Chamber and the Inquisition, and other similar institutions. The constitution recognized the evils that lay behind these practices, and prohibited them in this country. . . . The duty of maintaining constitutional rights of a person on trial for his life rises above mere rules of procedure, and wherever the court is clearly satisfied that such violations exist, it will refuse to sanction such violations and will apply the corrective."

#16. In *Frank v. Mangum,* 237 U. S. 309, (1915) "it was recognized, of course, that if, in fact, a trial is dominated by a mob so that there is an actual interference with the course of justice, there is a departure from due process of law, and that, "if the State, supplying no corrective process, carries into execution a judgment of death or imprisonment based upon a verdict thus produced by mob domination, the State deprives the accused of his life or liberty without due process of law." DEFENDANTS are the mob. **DEFENDANTS are the mob** because: they have unfettered discretion to amass more than 50,000 employees of FBI, CIA, NSA, DEPARTMENT of DEFENSE, MI6, et al. from every inch of the skies above to a tiniest part of a leaf outside your very front door and yard to completely surround your yard and home at will with those 50,000+ employees (how does curtilage even apply anymore when DEFENDANTS can see a part of a leaf from space) to every single detail inside your home anytime they want to via cell phones

cameras and wifi routers that can be used as sonars that reveal everything[97] in a second in which DEFENDANTS are everywhere in the world with a prodigious amount of guns in their arsenal and different weapons at their disposal that the public doesn't have access to in which they never have to leave the office or headquarters in doing so. Now with all this power, you telling me DEFENDANTS were so incompetent as to allow what happened in TOKYO, JAPAN in the Summer of 2015 to happen without their knowledge? Friends and countrymen that give a damn about you would never allow something like that to happen to you. No one gave a damn about PLAINTIFF.

#17. To restore trust in the government requires some form of accountability and that requires ruling Qualified Immunity and Absolute Immunity are unconstitutional doctrines based on the facts of this case. PLAINTIFF is requesting that the Court completely overrule Absolute or Qualified Immunity in this case and when it involves a Constitutional violation. PLAINTIFF is seeking to invalidate portions of the USA PATRIOT ACT & CIVIL ASSET FORFEITURE LAWS, and tax placed on someone if they carry more than $10,000 on their person from overseas, all of which: facilitated, enabled, and caused the RICO Enterprise and constitutional violations and deprivations to occur.

**#18. If the Court does not do #17 and rules and grants qualified immunity for war crimes, acts of terrorism, and torture that DEFENDANTS participated in against an American citizen domestically and internationally, America will no longer be a beacon of freedom in the world and will be on par with America's enemies. America from this ruling on will have become a dictatorship.**

#19. PLAINTIFF was routinely forced to sign contracts by DEFENDANTS (HUNTER BIDEN, JIM BIDEN (July 2015), and THAO BUI (May 2016)) to which PLAINTIFF did not understand/know the contents thereof/were completely unconscionable. This was a routine part of PLAINTIFF'S history as DEFENDANTS knew PLAINTIFF'S parents had regularly made PLAINTIFF sign contracts without being told what it contained. See: 18 USC §1961: sections 891–894 (relating to extortionate credit transactions). 18 USC §1961 section 1951 (relating to interference with commerce, robbery, or extortion). Violation of Louisiana Civil Code: §1948. Consent may be vitiated by error, fraud, or duress; §1949. Error vitiates consent only when it concerns a cause without which the obligation would not have been incurred and that cause was known or should have been known to the other party (PLAINTIFF would not have incurred anything from 2008 and PLAINTIFF only truly figured it all out this year); §1953. Fraud is a misrepresentation or a suppression of the truth made with the intention either to obtain an unjust advantage for one party or to cause a loss or inconvenience to the other. Fraud may also result from silence or inaction. (this applies from 2008 onwards); Art. 1954. Fraud does not vitiate consent when the party against whom the fraud was directed could have ascertained the truth without difficulty, inconvenience, or special skill (PLAINTIFF could not have determined the fraud because it was extremely difficult, extremely inconvenient, and required a special skill that PLAINTIFF only started learning and acquiring from 2017.

#20: PLAINTIFF is requesting the Court to rule on this issue and principle of law: a constitutional violation or deprivation necessarily entails a violation of 18 U.S.C. §1961 §1503

---

[97] https://www.techradar.com/news/your-wi-fi-router-could-spot-exactly-where-you-are-in-a-room

(relating to obstruction of justice) as well. _This has to be legally true_. An Obstruction of Justice violation occurs under 18 U.S.C. §1961 §1503 when a Constitutional Right violation or deprivation is made by an American DEFENDANTS. Period. It may also be true that a Obstruction of Justice violation occurs under 18 U.S.C. §1961 §1503 when a Constitutional Right violation or deprivation is made by Foreign DEFENDANTS against an American. However, what PLAINTIFF is asking the Court to rule is this principle that Obstruction of Justice violation occurs under 18 U.S.C. §1961 §1503 when a Constitutional Right violation or deprivation is made by an American DEFENDANT. This has to be legally true since the 8th and 14th Amendment prohibits cruel or unusual punishment and torture. Torturing and Committing War Crimes and Terrorism Against PLAINTIFF violates RICO'S statute of including 18 U.S.C. 2340 and 18 U.S.C. 2441 respectively; which is also the same as Tampering with or Retaliating against PLAINTIFF (thereby violating 18 USC §1961 §1512 (relating to tampering with a witness, victim, or an informant) or 18 USC §1961 §1513 (relating to retaliating against a witness, victim, or an informant) because torturing a witness, victim, informant, etc is the same as tampering with or retaliating against a witness, victim, informant, etc. Furthermore, a violation of 18 U.S.C. §1961 §1503 would occur because of a violation of at least: _Napue v. Illinois,_ 360 U.S. 264 (1959) in which materially false evidence would obstruct justice and using testimony in which "certain individual's testimony, taken as a whole, gives a false impression that became seriously prejudicial to PLAINTIFF in which facts that refute DEFENDANTS claim are either ignored or are materially misleading" under _Alcorta v. Texas,_ 355 U.S. 28 (1957) would obstruct justice. So any Constitutional Right violation or deprivation that occurred by DEFENDANTS against PLAINTIFF's Constitutional RIGHTS necessarily entails a violation of obstructing justice under 18 U.S.C. §1961 §1503. Furthermore, if these Constitutional violations were not made known in warrants, FISA applications and rulings, and to PLAINTIFF, etc. this was also obstruction of justice 18 U.S.C. §1961 §1503.

With that said and proven, PLAINTIFF'S assumption is that 18 U.S.C. §1961 section 1503 (relating to obstruction of justice), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 U.S.C. §1961 section 1512 (relating to tampering with a witness, victim, or an informant), or 18 U.S.C. §1961 section 1513 (relating to retaliating against a witness, victim, or an informant); or any other relatable and conceivable RICO violations occur when DEFENDANTS violated or did one of the following constitutionally repugnant acts as made known in the course of this complaint:[98]

- Violating _Napue v. Illinois,_ 360 U.S. 264 (1959) in using materially false evidence.

- Violating _Mooney v. Holohan_, 294 U.S. 103 (1935) in "using perjured testimony known by DEFENDANTS to be perjured and knowingly used by DEFENDANTS in order to procure the conviction " since a State may not, "through the action of its officers, contrive a conviction through the pretense of a trial which, in truth, is "but used as a

---

[98] Whenever PLAINTIFF alleges any RICO violation--in addition to that—PLAINTIFF is also necessarily alleging a violation of at least one of the cases listed here or any case concerning a liberty interest and/or conceivably a disability right violation under The Convention On the Rights of Persons With Disabilities of throughout the Complaint.

means of depriving a defendant of liberty through a deliberate deception of court and jury by the presentation of testimony known to be perjured;"

- Violating the principle that "the dignity of the United States Government will not permit the conviction of any person on tainted testimony per *Mesarosh v. United States*, 352 U.S. 1 (1956);

- Using testimony in which "certain individual's testimony, taken as a whole, gives a false impression that became seriously prejudicial to PLAINTIFF in which facts that refute DEFENDANTS claim are either ignored or are materially misleading" *Alcorta v. Texas,* 355 U.S. 28 (1957);

- Violating *Brown v. Mississippi,* 297 U.S. 278 (1936) by using "confessions shown to have been extorted by [DEFENDANTS] by torture of the PLAINTIFF";

- Denying to the accused the aid of counsel in violation of: *Powell v. Alabama,* 287 U. S. 45. (1932).

- The due process clause requiring "that state action, whether through one agency or another, shall be consistent with the fundamental principles of liberty and justice which lie at the base of all our civil and political institutions" in which DEFENDANTS violated *Hebert v. Louisiana,* 272 U. S. 312, (1926);

- The State/Government "allowing an accused to be hurried to conviction under mob domination -- where the whole proceeding is but a mask -- without supplying corrective process" in violation of: *Moore v. Dempsey,* 261 U. S. 86, (1923);

- Violating: *Brady v. Maryland,* 373 U.S. 83 (1963) in which DEFENDANTS failed to turn over all evidence that might exonerate PLAINTIFF;

- Violating: *In re Murchison*, 349 U.S. 133 (1955) in which judges have created a situation that results in such a denial of due process, especially when done in secretive chambers.

- Violating: *Hampton v. United States,* 425 U.S. 484 (1976) (discussing the Outrageous Government Conduct defense and the applicability to such concerning 1st, 4th, 5th, 13th, 14th Amendment Rights);

- Violating: *Haynes v. Washington*, 373 U.S. 503 (1963) holding: "that petitioner's written confession was obtained in, and was the result of, an atmosphere of substantial coercion and inducement created by statements and actions of state authorities, which made its admission in evidence violative of due process" in which the written confession was induced by police threats and promises."

- Violating: *Wong Sun v. United States,* 371 U.S. 471 (1963) (In order to make effective the fundamental constitutional guarantees of sanctity of the home and inviolability of the person, *Boyd v. United States,* 116 U. S. 616, this Court held nearly half a century ago

that evidence seized during an unlawful search could not constitute proof against the victim of the search. *Weeks v. United States,* 232 U. S. 383. The exclusionary prohibition extends as well to the indirect as the direct products of such invasions. *Silverthorne Lumber Co. v. United States,* 251);

- Violating: *Ex Parte Jackson*, 96 U.S. 727 (1877) (Prohibition of obtaining, seizing, and opening and reading emails/mails "whilst" in the transport or transmission of data that must necessarily "have a warrant, issued upon similar oath or affirmation particularly describing the thing to be seized, as is required when papers are subjected to search in one's own household.");

- Violating: *United States v. Lard*, 734 F.2d 1290 (8th Cir. 1984) citing Sherman that "The function of law enforcement is the prevention of crime and the apprehension of criminal. Manifestly, that function does not include the manufacturing of crime;"

- Violating: *Simmons v. United States,* 348 U.S. 397 (1955) in which a failure to provide a report by DOJ/FBI when requested violates Due Process and/or when PLAINTIFF is not given the opportunity to refute the contents of a report that the DEFENDANTS DOJ/FBI used in a hearing violates Due Process.

- Violating: *Ferguson v. Charleston*, 532 U.S. 67 (2001) (holding: *a state sanctioned agency or facility's use* of a diagnostic test to obtain evidence of a patient's criminal conduct for law enforcement purposes is an unreasonable search if the patient has not consented to the procedure. A key factor was the fact that The invasion of privacy in the case here was extremely substantial in which there could be a complete misunderstanding about the purpose of the test or the potential use of the test results (especially if they are erroneous). Some factors in determining reasonableness was whether there were protections against the dissemination of the results to third parties and whether the immediate objective of the searches was to generate evidence for law enforcement purposes).

- Violating: *Stanford v. Texas*, 379 U.S. 476 (1965) (prohibitions on generalized warrants relating to search and seizure of PLAINTIFF relating to PLAINTIFF'S First Amendment activities)

- Violating: *Lee Art Theatre, Inc. v. Virginia,* 392 U.S. 636 (1968) (having a warrant issued solely upon the conclusory assertion of the police officer without any inquiry by a judge into the factual basis for the officer's conclusions was not a procedure designed to focus searchingly on the question of [illegal activity] as it related to PLAINTIFF'S First Amendment protected activity, and therefore fell short of constitutional requirements demanding necessary sensitivity in regards to PLAINTIFF'S First Amendment protected conduct.)

- Violating: *Fahy v. Connecticut,* 375 U.S. 85 (1963) (Holding that based on the record in a case, the erroneous admission of this illegally obtained evidence was so fundamentally

prejudicial to the petitioner that it could not be called harmless error in which the conviction was overturned."

- Violating *Hamilton et al. v. Regents of the University of California et al.,* 293 U.S. 245 (1934) (establishing an affirmative American constitutional duty to the Country that men who enlisted with the Selective Service are required to learn about some military tactics).

- *Violating: United States v. Gardner*, 658 F. Supp. 1573 (W.D. Pa. 1987) in which Due Process was violated when: "by virtue of the fact that he was badgered, implored, inveigled and purposely set up by an agent of the Government in order to allow the government to prosecute and convict him… the government here through its informant created crime rather than uncovered crime and as such <u>engineered and directed the criminal enterprise from start to finish</u>….<u>the government initiated and was actively involved in the criminal enterprise itself.</u> Although the government did not supply the drugs in the case, it supplied the other necessary ingredients, <u>the money</u> to ferment criminal activity…that the crime alleged by the Government in the indictment in the above-captioned case would not have occurred <u>but for the Government's assistance in manufacturing the crime;</u> and further, this Court finds that up to the time of the inception of the alleged crime now before this Court, the Defendant was *not* involved in any prior ongoing criminal activity of any kind…the Government Agent persisted over a period of time in inducing and persuading the Defendant to commit the crime in question with sole motive and intention of overcoming the obvious reluctance of the Defendant to commit the alleged crime in question." *Id. <u>But for</u>* causation is applicable when any 18 U.S.C. 2 *violations* are alleged.

- Violating: *Fikes v. Alabama*, 352 U.S. 191 (1957), *Held:* the circumstances of pressure applied against the power of resistance of this petitioner, who was weak of will or mind, deprived him of due process of law contrary to the Fourteenth Amendment.

- Violating: *Wilson v. Seiter,* 501 U.S 294 (1994) (holding for purposes of 8th Amendment and 14th Amendment violations: one claiming that the conditions of his confinement violate the Eighth Amendment must show a culpable state of mind on the part of officials; the "wantonness" of conduct depends not on its effect on the individual, but on the constraints facing the official;  there must be "*deliberate indifference" to one's "serious" medical needs").*

- Violating: *Rochin v California,* 342 U.S. 165 (1952): "Due Process Clause of the Fourteenth Amendment (as well as the 5th Amendment) proscribes State Government conduct and "empowers the Court to nullify any state law if its application 'shocks the conscience,' offends 'a sense of justice' or runs counter to the 'decencies of civilized conduct.'"

- Violating: *Rochin v. California,* 342 U.S. 165 (1952): "we may ***<u>SOME DAY</u>*** be presented with a situation in which the conduct of law enforcement agents <u>is so outrageous</u> that due process principles would absolutely bar the government from invoking judicial processes to obtain a conviction,*"*



***TODAY IS THE DAY!***

Like PLAINTIFF mentioned in Footnote 18: Simply when PLAINTIFF alleges a RICO violation when PLAINTIFF will state—"*See*: some of Defendants crimes: (or a variation thereof)"-- PLAINTIFF is necessarily incorporating and alleging a violation of one of the previously listed SCOTUS cases and respective constitutional violation in conjunction with the RICO violation as well.

#21. Like PLAINTIFF made the argument earlier in #20. Torturing PLAINTIFF, Committing War Crimes, and committing domestic and international acts of terrorism against PLAINTIFF (thereby violating 18 U.S.C. 2340 and 18 U.S.C. 2441 respectively) is the same as Tampering with or Retaliating against PLAINTIFF (thereby violating 18 USC §1961 section 1512 (relating to tampering with a witness, victim, or an informant) or 18 USC §1961 section 1513 (relating to retaliating against a witness, victim, or an informant)).

#22. When discussing Outrageous Government Conduct, the closest and relevant applicable standard the court analysis should be based on--when it comes to the allegations in *An Anchor and a Pitchfork*--is through OGC cases on prostitution. Therefore, the following standard is applicable because prostitution and trafficking of people for sexual purposes are nearly indistinguishable and can be construed as one and of the same: "Because, in this prostitution investigation, the government engaged in outrageous conduct in violation of the guarantees of due process in the United States and Minnesota constitutions when **the investigating officer initiated and permitted the escalation of sexual contact that was unnecessary to any reasonable investigation**, appellant's conviction is reversed." *State v. Burkland*, 775 N.W.2d 372, (Minn. Ct. App. 2009).

#23. Yes, according to the 7th Circuit when it comes to OGC, ""Stillborn" might be a better term, for it never had any life; and it certainly has no support in the decisions of this court, which go out of their way to criticize the doctrine. United States v. Okey,47 F.3d 238, 240 n. 2 (7th Cir. 1995); United States v. Nava-Salazar,30 F.3d 788, 800 (7th Cir. 1994); United States v. Cyprian,23 F.3d 1189, 1197 (7th Cir. 1994); United States v. Van Engel, supra,15 F.3d at 631-32; United States v. Olson,978 F.2d 1472, 1481-82 (7th Cir. 1992); United States v. Miller,891 F.2d 1265, 1271-73 (7th Cir. 1989) (concurring opinion). Today we let the other shoe drop, and hold that the doctrine does not exist in this circuit. U.S. v. Boyd, 55 F.3d 239 (7th Cir. 1995). But this is not the 7th Circuit.

But under the 10th Circuit: "Outrageous government conduct can violate a defendant's constitutional right to due process and require dismissal of the charges against him. *United States v. Leal*, 32 F.4th 888 (10th Cir. 2022). United States v. Dyke, 718 F.3d 1282 (10th Cir. 2013) (noting that even though the Tenth Circuit still recognizes the outrageous government conduct defense, it has not found "a single case where the defense applies")…"The defendant bears the burden of proving the government's conduct was outrageous. The defendant must show that the conduct was "'shocking' and 'clearly intolerable' in light of the totality of the circumstances." *United States v. Leal*, 32 F.4th 888 (10th Cir. 2022) (quoting United States v. Mosley, 965 F.2d 906, 910 (10th Cir. 1992)). To meet that high threshold, the government must have either been excessively involved in creating the crime or significantly coerced the defendant to commit the crime. Id. at 896…Although the Tenth Circuit has not formulated a specific rule to determine what level of government involvement is outrageous, it has provided "some general guidelines." Mosley, 965 F.2d at 911. The government must have "essentially generate[d] new crime for the purpose of prosecuting it or induce[d] a defendant to become involved for the first time in certain criminal activity . . . ." Leal, 32 F.4th at 896 (quoting Mosley, 965 F.2d at 911). That said, as long as the government does not "engineer and direct the criminal enterprise from start to finish," it may suggest illegal activity, "induce a defendant to repeat or continue a crime," or "induce [a defendant] to expand or extend previous criminal activity." Id. (quoting Mosley, 965 F.2d at 911) (quotations omitted).XX

"Selective prosecution by the United States violates the defendant's due process right guaranteed by the Fifth Amendment. United States v. Deberry, 430 F.3d 1294, 1299 (10th Cir. 2005) (citing Wayte v. United States, 470 U.S. 598, 608 n. 9 (1985)). The government selectively prosecutes a defendant when its choice to prosecute was "invidious or in bad faith and was based on impermissible considerations such as . . . the desire to prevent the exercise of constitutional rights." United States v. Davis, 339 F.3d 1223, 1228 n.3 (10th Cir. 2003) (quoting United States v. Salazar, 720 F.2d 1482, 1487 (10th Cir. 1983)). The defendant bears the burden of showing selective prosecution. United States v. Griffith, 928 F.3d 855, 866 (10th Cir. 2019). The standard is "a demanding one" and requires the claimant to "demonstrate that the federal prosecutorial policy had a discriminatory effect and that it was motivated by a discriminatory purpose." United States v. Glaub, 910 F.3d 1334, 1340 (10th Cir. 2018) (quoting United States v. Armstrong, 517 U.S. 456, 463, 465 (1996)). To show the prosecution had a discriminatory effect, the defendant must demonstrate that similarly situated individuals were not prosecuted. United States v. Alcaraz-Arellano, 441 F.3d 1252, 1265 (10th Cir. 2006). Individuals are similarly situated when no legitimate factors distinguish them enough to justify the difference in prosecution. Deberry, 430 F.3d at 1301. The defendant must do more than identify similarities he shares with other individuals, United States v. DeChristopher, 695 F.3d 1082, 1096–97 (10th Cir. 2012), or simply assert that other similar individuals were not prosecuted, Griffith, 928 F.3d at 867. Instead, a defendant must show that the only distinguishing features between them would be unconstitutional bases for differential treatment. DeChristopher, 695 F.3d at 1097. The defendant must also demonstrate that "discriminatory intent was a 'motivating factor in the decision' to enforce the criminal law against the defendant." Alcaraz-Arellano, 441 F.3d at 1264 (quoting Marshall v. Columbia Lea Reg'l Hosp., 345 F.3d 1157, 1168 (10th Cir. 2003)). The government must have chosen to prosecute "at least in part 'because of,' not merely 'in spite of,' [that decision's] adverse effects upon an identifiable group." Wayte v. United States, 470 U.S. 598,

608 (1985) (quoting Pers. Adm'r Of Mass. v. Feeney, 422 U.S. 256, 279 (1979)). The defendant may show this by either direct or circumstantial evidence. Alcaraz-Arellano, 441 F.3d at 1264."

#24. PLAINTIFF believes the way this all really started was prior to PLAINTIFF'S birth. SCOTUS through *Smith v. Maryland*, 442 U.S. 735 (1979) and SCOTUS' terrible 4th and 5th Amendment rulings throughout the 1980s that intentionally enabled the United States to create a system that allowed the UNITED STATES Government to create a "Pre-Crime" Data Base and "Pre-Crime" Analysis Data Centers (which they are probably known today as DATA FUSION Centers) in which the Government has absolved themselves of all responsibility and liability for when it goes wrong. PLAINTIFF, through characteristics he was born with and could not fix from birth, would eventually get swept into a dragnet and algorithms utilized and would thereby be selected against PLAINTIFF'S will, interests and Constitutional Rights. For the sake of brevity, PLAINTIFF must have done something as a child during BILL CLINTON'S presidency that trigged the algorithm to be used against PLAINTIFF. This will be talked about in the *Upbringing* Section.

#25. Overrule: *Wilkie v. Robbins,* 551 U.S. 537 (2007) as SCOTUS were completely wrong in opinion when they said that caselaw "is completely barren of an example of extortion under color of official right undertaken for the sole benefit of the Government." This lawsuit is the exception to the case. Or in the alternative, *Wilkie v. Robbins,* 551 U.S. 537 (2007*)* is completely distinguishable on the facts of this case are completely filled with examples of RICO acts under color of official right undertaken for the benefit of the Government and is therefore not applicable here.

#26. *Pandick, Inc. v. Rooney*, 632 F. Suppa 1430 (N.D. Ill. 1986) states a conspiracy charge involving a corporation and its employees is available in a civil RICO action. DEFENDANTS meet the definition of an unincorporated association, which is generally defined as "a body of persons acting together and using certain methods for prosecuting a special purpose or common enterprise." Motta v. Samuel Weiser, Inc., 768 F.2d 481, 485 (1st eir.), cert. denied, 106 S. ct. 596 (1985).

#27. PLAINTIFF understands this appears to be "political" and some DEFENDANTS may allege PLAINTIFF is going after Democrats. This is so far from the truth. What PLAINTIFF is doing is using a case against the Democrats in which "*Kay v. Bruno*, 605 F. Suppa 767 (D. N.H. 1985), held "that the New Hampshire Democratic Party was an unincorporated association. The court found that the common understanding of most citizens of New Hampshire was that there was in existence a New Hampshire Democratic Party, commonly referred to and contributed to as such, which met regularly in **_convention_**. Under these definitions and holdings, it appears that a group such as an organized crime "family" would be recognized by a court as an unincorporated association."[99] to make this argument that DEFENDANTS are an unincorporated association: whether it is DEFENDANTS who are in intelligence putting themselves in DEFENDANTS social media companies,[100] whether it is DEFENDANTS in intelligence that commonly become members of CONGRESS,[101] whether it is MICROSOFT, AWS, and other

[99] https://www.ojp.gov/pdffiles1/Digitization/131338NCJRS.pdf
[100] https://nypost.com/2022/12/22/facebook-twitter-stocked-with-ex-fbi-cia-officials/
[101] https://www.cnn.com/2021/03/14/politics/congress-security-intelligence-background-lawmakers/index.html

companies that does work for the United States Government that exceeds billions of dollars in which probably every single United States Government has Microsoft Word on it,[102] DEFENDANT INTELLIGENCE AGENCIES regularly meet at conventions as do other branches of the United States Government via 5 Eyes, WASHINGTON DC having an elite insider social scene in which people in WASHINGTON DC are still tied together by money and memberships/participation in one of the following in which they have conventions and speeches and lunch-ins: freemasons/illuminati, Bohemian Grove, CFR, Bilderberg, Trilateral Commission, etc. and, finally, this homogenous unincorporated association is completely out of touch and out of prosecutable reach[103] with the rest of America and regularly act like it. It is for all intents and purposes, an unincorporated associate on that meaningfully engages in intrastate commerce, interstate commerce, and foreign commerce at every local city, town, state, and country.

#27. How PLAINTIFF learned of unincorporated association in RICO ENTERPRISE 1 is the following story. KEN STARR (now deceased) was at a Federalist Society lunch-in that PLAINTIFF attended in Spring 2017 in CHICAGO, IL. PLAINTIFF met KEN STARR; and before PLAINTIFF even had the chance or opportunity to say anything about himself, including PLAINTIFF'S own name, KEN STARR knew who PLAINTIFF was; KEN STARR knew at least some of PLAINTIFF'S issues and tribulations that happened in 2015 & 2016 all without saying a word—that man knew. PLAINTIFF, for all intents and purposes, was a source of pleasure of DEFENDANTS' sadistic treatment or was a 'retarded' source of entertainment for DEFENDANTS or a thing to be manipulated & abused for DEFENDANTS' agendas. PLAINTIFF from that moment on, knew he had been blacklisted by the elite in DC, blacklisted within the legal profession, and there was, and probably is, nothing PLAINTIFF could do about it because it has already been decided no matter what PLAINTIFF does. But PLAINTIFF is still trying something.

#28. At all times between 2008-Present Moment, DEFENDANTS utilized numerous warrants against PLAINTIFF'S Constitutional Rights and Interests in which DEFENDANTS' warrants contained numerous constitutional deficiencies, were legally fraudulent, were constitutionally deficient within the four corners of the application; had denied PLAINTIFF a Franks Hearing via *Franks v Delaware*, 438 U.S. 154 (1978) (***PLAINTIFF is demanding a Franks hearing to every single warrant made against PLAINTIFF***); violated *Stanford v. Texas*, 379 U.S. 476 (1965) as the warrants, national security letters, purchase of data, request of data, etc. were so generalized as to make them generalized warrants; and having utilized 5 Eyes against PLAINTIFF, DEFENDANTS were in fact utilizing 5 eyes as a means of a general writs of assistance against PLAINTIFF in which the following reasoning in *Stanford v. Texas*, 379 U.S. 476 (1965) applies to PLAINTIFF'S case because DEFENDANTS warrants were necessarily tied to and related to PLAINTIFF'S First Amendment Protected Conduct and Speech, some of which was dependent on the basis of his disability, that occurred from at least 2008 and this is what the Court ruled on in *Stanford v. Texas*, 379 U.S. 476 (1965):

"For we think it is clear that this warrant was of a kind which it was the purpose of the Fourth Amendment to forbid a general warrant…It is now settled that the fundamental protections of the Fourth Amendment are guaranteed by the Fourteenth Amendment against invasion by the

[102] https://www.nytimes.com/2022/12/07/business/pentagon-cloud-contracts-jwcc.html,
[103] https://www.politico.com/story/2010/07/poll-dc-elites-a-world-apart-039809

States. *Wolf* v. *Colorado,* 338 U. S. 25, 27; *Mapp* v. *Ohio,* 367 U. S. 643; *Ker* v. *California,* 374 U. S. 23. The Fourth Amendment provides that "no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and *particularly describing* the place to be searched, and the persons or *things to be seized.*" (Emphasis supplied.)" *Id.*

"These words are precise and clear. They reflect the determination of those who wrote the Bill of Rights that the people of this new Nation should forever "be secure in their persons, houses, papers, and effects" from intrusion and seizure by officers acting under the unbridled authority of a general warrant. Vivid in the memory of the newly independent Americans were those general warrants known **as writs of assistance** under which officers of the Crown had so bedeviled the colonists. The hated writs of assistance had given customs officials blanket authority to search where they pleased for goods imported in violation of the British tax laws. They were denounced by James Otis as "the worst instrument of arbitrary power, the most destructive of English liberty, and the fundamental principles of law, that ever was found in an English law book," because they placed "the liberty of every man in the hands of every petty officer." The historic occasion of that denunciation, in 1761 at Boston, has been characterized as "perhaps the most prominent event which inaugurated the resistance of the colonies to the oppressions of the mother country. `Then and there,' said John Adams, `then and there was the first scene of the first act of opposition to the arbitrary *482 claims of Great Britain. Then and there the child Independence was born.' " *Boyd* v. *United States,* 116 U. S. 616, 625. But while the Fourth Amendment was most immediately the product of contemporary revulsion against a regime of writs of assistance, its roots go far deeper. Its adoption in the Constitution of this new Nation reflected the culmination in England a few years earlier of a struggle against oppression which had endured for centuries. The story of that struggle has been fully chronicled in the pages of this Court's reports,[5] and it would be a needless exercise in pedantry to review again **the detailed history of the use of general warrants as instruments of oppression** from the time of the Tudors, through the **Star Chamber**,[104] the long Parliament, the Restoration, and beyond." *Id.*

"What is significant to note is that this history is largely a history of conflict between the Crown and the press. It was in enforcing the laws licensing the publication of literature and, later, in prosecutions for seditious libel that general warrants were systematically used in the sixteenth, seventeenth, and eighteenth centuries. In Tudor **England officers of the Crown were given roving commissions to search**[105] where they pleased in order to suppress and destroy the literature of dissent, both Catholic and Puritan.[6] In later years warrants were sometimes more specific in content, but they typically authorized the arrest and search of the premises of all persons connected with the publication of a particular libel, or the arrest and seizure of all the papers of a named person thought to be connected with a libel." *Id.*

"It was in the context of the latter kinds of general warrants that the battle for individual liberty and privacy was finally won in the landmark cases of *Wilkes v. Wood* and *Entick v. Carrington*. The *Wilkes* case arose out of the Crown's attempt to stifle a publication called The North Briton, anonymously published by John Wilkes, then a member of Parliament particularly issue No. 45 of that journal. Lord Halifax, as Secretary of State, issued a warrant[106] ordering four of the King's messengers "to make strict and diligent search for the authors, printers, and publishers of a seditious and

---

[104] See: *Star Chamber*
[105] See: 5 Eyes
[106] See: Miki's Tea Party and *An Anchor and a Pitchfork*

treasonable paper, entitled, The North Briton, No. 45, . . . and them, or any of them, having found, <u>to apprehend and seize</u>, together with their papers." "Armed with their roving commission, they set forth in quest of unknown offenders; and unable to take evidence, **<u>listened to rumors,</u>** idle tales, and curious guesses. They held in their hands the liberty of every man whom they were pleased to suspect." Holding that this was "a ridiculous warrant against the whole English nation," the Court of Common Pleas awarded Wilkes damages against the Secretary of State. John Entick was the author of a publication called Monitor or British Freeholder. A warrant was issued specifically naming him and that publication, and authorizing his arrest for seditious libel and the seizure of his "books and papers." The King's messengers executing the warrant ransacked Entick's home for four hours and carted *484 away quantities of his books and papers. In an opinion which this Court has characterized as a wellspring of the rights now protected by the Fourth Amendment,[13] Lord Camden declared the warrant to be unlawful. "This power," he said, "so assumed by the secretary of state is an execution upon all the party's papers, in the first instance. His house is rifled; his most valuable secrets are taken out of his possession, before the paper for which he is charged is found to be criminal by any competent jurisdiction, and before he is convicted either of writing, publishing, or being concerned in the paper." *Entick* v. *Carrington.* Thereafter, the House of Commons passed two resolutions condemning general warrants, the first limiting its condemnation to their use in cases of libel, and the second condemning their use generally." *Id.*

"This is the history which prompted the Court less than four years ago to remark that "[t]he use by government of the power of search and seizure as an adjunct to a system for the suppression of objectionable publications is not new." *Marcus* v. *Search Warrant,* 367 U. S. 717, at 724. "This history was, of course, part of the intellectual matrix within which our own constitutional fabric was shaped. **<u>The Bill of Rights was fashioned against the background of knowledge that unrestricted power of search and seizure could also be an instrument for stifling liberty of expression.</u>**" [107]*Id.,* at 729. As MR. JUSTICE DOUGLAS has put it, "The commands of our First Amendment *485 (as well as the prohibitions of the Fourth and the Fifth) reflect the teachings of *Entick* v. *Carrington, supra.* These three amendments are indeed closely related, safeguarding not only privacy and protection against self-incrimination but `conscience and human dignity and freedom of expression as well.' *Frank* v. *Maryland,* 359 U. S. 360, 376 (dissenting opinion).
In short, what this history indispensably teaches is that the constitutional requirement that warrants must particularly describe the "things to be seized" is to be accorded the most scrupulous exactitude when the "things" are books, and the basis for their seizure is the ideas which they contain.[16] See *Marcus* v. *Search Warrant,* 367 U. S. 717; *A Quantity of Books* v. *Kansas,* 378 U. S. 205. No less a standard could be faithful to First Amendment freedoms. The constitutional impossibility of leaving the protection of those freedoms to the whim of the officers charged with executing the warrant is dramatically underscored by what the officers saw fit to seize under the warrant in this case.[108]" *Id.*

"The requirement that warrants shall particularly describe the things to be seized makes general searches under them impossible and prevents the seizure of one thing under a warrant describing another. As to what is to be taken, nothing is left to the discretion of the officer executing the warrant."... <u>The indiscriminate sweep of that language is constitutionally intolerable.</u> To hold

---

[107] Everything in this complaint applies to this sentence.
[108] Everything in this complaint applies to this sentence.

otherwise would be false to the terms of the Fourth Amendment, false to its meaning, and false to its history." *Id*

#29. PLAINTIFF alleges that some SCOTUS cases from March 2008 and onwards are necessarily compromised and would violate Due Process if utilized against PLAINTIFF and there is no telling the extent of which SCOTUS cases are compromised. At least 3 are compromised: *City & County of S.F. v. Sheehan*, 575 U.S. 600 (2015), *Ashcroft v. Al-Kidd*, 563 U.S. 731 (2011), and *Holder v. Humanitarian Law Project*, 561 U.S. 1 (2010) PLAINTIFF requests Court not to use SCOTUS cases that occurred after 2008 as it would deny Due Process. This argument is made in mostly in *Star Chambers* and the discussion of *Ashcroft v. Al-Kidd*, 563 U.S. 731 (2011) in *Miki's Tea Party.*

#30. Rule 17 of the Federal Rules of Civil Procedure allows PLAINTIFF to argue that it provides that a partnership, or other unincorporated association "may sue or be sued in its common name for the purpose of enforcing for or against it substantive rights existing under the Constitution or laws of the United States" and PLAINTIFF is utilizing that rule.

#31. TO DEFENDANTS: VERIZON, AT&T, ROTHSCHILD, META, MICROSOFT, APPLE, COX COMMUNICATION, WALT DISNEY/DISNEY, NETFLIX-- *Temple University v. Salla Bros., Inc.,* 656 F. Supp. 97, 103 (E.D. Pa. 1986) (under Section 1962(a), "the liable person may be a corporation using the proceeds of a pattern of racketeering activity in its operations. This approach to subsection (a) thus makes the corporation-enterprise liable under RICO when the corporation is actually the direct or indirect beneficiary of the pattern of racketeering activity." In *United States v. McNary*, 620 F.2d 621, 628-29 (7th Cir. 1980), the court upheld a conviction under Section 1962(a), holding that "evidence of indirect investment of the proceeds of racketeering activity into an enterprise affecting interstate commerce is sufficient to establish a violation of Section 1962(a)." In McNary, it was sufficient to prove that the defendant's receipt of an amount of racketeering income permitted him to invest an equivalent amount of money in the enterprise." *See*: DOJ RICO Criminal Handbook (2016).

#32. DEFENDANTS "racketeering acts need not be similar or directly related to each other; rather, [in this case] the racketeering acts are related in some way to the affairs of the charged enterprise, including that the racketeering acts furthered the goals of or benefitted the enterprise, the enterprise or the defendant's role in the enterprise enabled the defendant to commit, or facilitated the commission of, the racketeering acts, the racketeering acts were committed at the behest of, or on behalf of, the enterprise, and the racketeering acts had the same or similar purposes, results, participants, victims, and methods of commission."[109]

#33. In this case, the threat of continuity exists as predicate acts or offenses are part of an ongoing entity's regular way of doing business in some respects, yes because there seems to be an average of one terrorist attack by DEFENDANTS every five years; these events having at least factually started from 2008 (if not before then). Thus, the threat of continuity exists in a certain way since these acts can be attributed to DEFENDANTS as part of an ongoing operation and association that exists for criminal purposes.

---

[109] DOJ RICO HANDBOOK. https://www.justice.gov/archives/usam/file/870856/download:

#34. PLAINTIFF is suing PLAINTIFF'S parents because there is no way the tragedy that happened without PLAINTIFF'S parents routinely deceiving PLAINTIFF or significantly contributing to the problems by lying and omitting things from PLAINTIFF. PLAINTIFF has had enough of shit treatment. For their failure to tell PLAINTIFF the truth, hiding things, and fucking PLAINTIFF up emotionally for life because PLAINTIFF'S love interests spent more time talking to his parents than actual PLAINTIFF, PLAINTIFF'S parents are listed as DEFENDANTS. Furthermore, PLAINTIFF is suing his parents as to end all association with parents so that DEFENDANTS can't say PLAINTIFF is furthering an Enterprise that PLAINITFF has no idea about with the restitution PLAINTIFF is owed.

#35. For 18 U.S.C. 1962(B) crimes alleged herein: *United States v. Godwin, 765 F.3d 1306 (11th Cir. 2014) states* "(to establish a nexus, the predicate acts need not affect the everyday operations of the enterprise, as long as they are related by *distinguishing characteristics* and are not isolated events). The distinguishing characteristics that connect it here is PLAINTIFF, PLAINTIFF's facts (or deliberate inclusion of misconstrued facts thereof), PLAINTIFF'S Characteristics and the But For causation of numerous acts of retaliation and agenda driven motives against PLAINTIFF, utilization of foreign intelligence against PLAINTIFF by American Intelligence when they knew they had committed RICO conduct before, and these requisites are applicable in the Section: *Miki's Tea Party*, *an Anchor and a Pitchfork*, and other sections.

#36. For the ESTATE of ANTONIN SCALIA, JUSTICE SAMUEL ALITO, CHIEF JUSTICE JOHN ROBERTS, the ESTATE of JOHN PAUL STEVENS, and any FISA JUDGES, See: United States v. Grubb, 11 F.3d 426, 438-39 (4th Cir. 1993) (The court stated that "[w]e also have a defendant (a judge) who undeniably is employed by and operates or manages the enterprise within the meaning of Reves v. Ernst & Young." The applicable standard in a RICO conspiracy to violate 18 U.S.C. § 1962(c), see Section III(D)(3.) In describing its "operation or management" test, the Supreme Court stated: "Once we understand the word "conduct" to require some degree of direction and the word "participate" to require some part in that direction, the meaning of § 1962(c) comes into focus. In order to "participate, directly or indirectly, in the conduct of such enterprise's affairs," one must have some part in directing those affairs. Reves, 507 U.S. at 179."[110] The Supreme Court necessarily did this in Al Kidd and City and County of San Francisco v. Sheehan, 575 U.S. 600 (2015). A ruling provides some degree of direction in which JUDGES participated in the direction of the Star Chamber applicable to PLAINTIFF by deciding the case the way SCOTUS did by directing DOJ how to prosecute PLAINTIFF based on facts made known to them by the DOJ and the DOJ'S Solicitor General's office and the FISA Court. For example, DOJ's *Sheehan's Brief* clearly provided direction for a decision for SCOTUS in *City and County of San Francisco v. Sheehan*, 575 U.S. 600 (2015)[111] and violated at least *In re Murchison*, 349 U.S. 133 (1955) and *United States v. Shotwell Mfg. Co.*, 355 U.S. 233 (1957); Deceased SCOTUS judges have no expectation of privacy to their work and their work will reveal crimes committed by them against PLAINTIFF and that is what discovery will prove.

---

[110] DOJ RICO Handbook.
[111] https://www.justice.gov/sites/default/files/crt/legacy/2015/01/21/sheehansctbrief.pdf

#37. In *Salinas v. United States, 522 U.S. 52, 61-66 (1997),* the Supreme Court held that to establish a RICO conspiracy offense under Section 1962(d), there is no requirement that the defendant "himself committed or agreed to commit the two predicate acts requisite for a substantive RICO offense under § 1962(c)." Id. The Supreme Court explained: *"A conspiracy may exist even if a conspirator does not agree to commit or facilitate each and every part of the substantive offense. The partners in the criminal plan must agree to pursue the same criminal objective and may divide up the work, yet each is responsible for the acts of each other. If conspirators have a plan which calls for some conspirators to perpetrate the crime and others to provide support, the supporters are as guilty as the perpetrators."* Id. at 63-64." [112] This applies primarily in *Miki's Tea Party* and *An Anchor and a Pitchfork.*

DEFENDANTS, take heed in the following: "The Court in *Salinas v. United States, 522 U.S. 52, 61-66 (1997),* added that: *"A conspirator must intend to further an endeavor which, if completed, would satisfy all of the elements of a substantive criminal offense, but it suffices that he adopt the goal of furthering or facilitating the criminal endeavor. He may do so in any number of ways short of agreeing to undertake all of the acts necessary for the crime's completion. One can be a conspirator by agreeing to facilitate only some of the acts leading to the substantive offense. It is elementary that a conspiracy may exist and be punished whether or not the substantive crime ensues, for the conspiracy is a distinct evil, dangerous to the public, and so punishable in itself. It makes no difference that the substantive offense under § 1962(c) requires two or more predicate acts. The interplay between subsections (c) and (d) does not permit us to excuse from the reach of the conspiracy provision an actor who does not himself commit or agree to commit the two or more predicate acts requisite to the underlying offense."*[113] *See also: United States v. Miller, 116 F.3d 641, 674-75 (2d Cir. 1997) (*act involving murder need not be actual murder as long as the act directly concerned murder, and facilitation of murder was a proper RICO predicate because accessorial offenses described in the New York State statutory provisions involved murder within the meaning of RICO **where defendant provided information he knew would enable** inquirer to *commit murder or other RICO predicate). Sharing information illegally obtained and amongst DEFENDANTS furthers the endeavor against PLAINTIFF*

#38. BILL and HILLARY CLINTON'S primary motivations and purposes against PLAINTIFF were some of the following: PLAINTIFF posed a legal liability on multiple fronts to the CLINTONS, PLAINTIFF would be a liability in HILLARY CLINTON'S presidency, and CLINTON GLOBAL INTIATIVE'S contributions would decrease after 2016 if HILLARY CLINTON did not win the presidency in 2016, which in fact did happen when CGI received $62.9 million in 2016 and then only received $16.3 million in 2020.[114] The same can be said about DONALD TRUMP'S presidency.

#39. The following prior precedent establishes RICO Predicate Acts that are applicable to every fact and allegation made in this complaint under 18 U.S.C. 1961 all using DOJ'S Handbook:

- 18 U.S.C. 1951. Extortion: *See*:  United States v. Garcia, 754 F.3d 460 (7th Cir. 2014); United States v. Ivezaj, 568 F.3d 88 (2d Cir. 2009); United States v. Peter Gotti, et. al.,

---

[112] DOJ RICO Handbook.

[113] DOJ RICO Handbook. https://www.justice.gov/archives/usam/file/870856/download:

[114] https://www.axios.com/2021/12/01/clinton-foundation-donations-plummet last checked. 08/11/2023. 12:13pm

459 F.3d 296 (2d Cir. 2006); Robbins v. Wilkie, 433 F.3d 755 (10th Cir. 2006); United States v. Watchmaker, 761 F.2d 1459, 1468-69 (11th Cir. 1985); United States v. Delker, 757 F.2d 1390 (3d Cir. 1985); United States v. Brooklier, 685 F.2d 1208 (8th Cir. 1982);[115]

- 18 U.S.C. 2. Conspiracy: *See*: United States v. Biaggi, 672 F. Supp. 112, 122 (S.D.N.Y. 1987) (RICO conspiracy may be based on conspiracy predicates); United States v. Santoro, 647 F. Supp. 153, 177 (E.D.N.Y. 1986) (conspiracy to violate Hobbs Act proper RICO predicate), rev'd on other grounds, 845 F.2d 1151 (2d Cir. 1988); United States v. Dellacroce, 625 F. Supp. 1387, 1392 (E.D.N.Y. 1986) (conspiracy can be predicate act); United States v. Persico, 621 F. Supp. 842, 856 (S.D.N.Y. 1985) (conspiracy is proper RICO predicate and does not cause duplicity).[116]

- Aiding and Abetting. *See*: United States v. Shifman, 124 F.3d 31, 36 (1st Cir. 1997) ("aiding and abetting one of the activities listed in Section 1961(1) as racketeering activities makes one punishable as a principal and amounts to engaging in that racketeering activity"); United States v. Pungitore, 910 F.2d 1084, 1132-34 (3d Cir. 1990) (explaining principle of aiding and abetting and applying it to the facts of a RICO predicate offense).[117]

- 18 U.S.C. Section 1503 (relating to obstruction of justice). *See*: United States v. Abbell, 271 F.3d 1286, 1300-01 (11th Cir. 2001); United States v. Russotti, 717 F.2d 27 (2d Cir. 1983); United States v. Romano, 684 F.2d 1057 (2d Cir. 1982); United States v. Triumph Capital Group, 260 F. Supp. 2d 470 (D. Conn. 2003); United States v. Vitale, 635 F. Supp. 194 (S.D.N.Y. 1986), dismissed on other grounds, 795 F.2d 1006 (2d Cir. 1986).[118]

- 18 U.S.C. Section 1510 (relating to the obstruction of a federal criminal investigation). *See*: United States v. Peacock, 654 F.2d 339 (5th Cir. Aug. 1981), vacated in part on rehearing by United States v. Peacock, 686 F.2d 356 (5th Cir. Unit B 1982); United States v. Smith, 574 F.2d 308 (5th Cir. 1978).[119]

- 18 U.S.C. Section 1511 (relating to the obstruction of state or local law enforcement). See: United States v. Welch, 656 F.2d 1039 (5th Cir. Unit A Sept. 1981); United States v. Feliziani, 472 F. Supp. 1037 (E.D. Pa. 1979), aff'd, 633 F.2d 580 (3d Cir. 1980).[120]

- 18 U.S.C. Sections 1512-1513 (relating to witness/victim/informant tampering or retaliating against a witness, victim or informant). *See*: United States v. Gotti, 459 F.3d 296, 342-43 (2d Cir. 2006); Mruz v. Caring, Inc., 991 F. Supp. 701 (D.N.J. 1998).[121]

[115] DOJ RICO HANDBOOK. https://www.justice.gov/archives/usam/file/870856/download:
[116] DOJ RICO HANDBOOK. https://www.justice.gov/archives/usam/file/870856/download:
[117] DOJ RICO HANDBOOK. https://www.justice.gov/archives/usam/file/870856/download:
[118] DOJ RICO HANDBOOK. https://www.justice.gov/archives/usam/file/870856/download:
[119] DOJ RICO HANDBOOK. https://www.justice.gov/archives/usam/file/870856/download:
[120] DOJ RICO HANDBOOK. https://www.justice.gov/archives/usam/file/870856/download:
[121] DOJ RICO HANDBOOK. https://www.justice.gov/archives/usam/file/870856/download:

- 18 U.S.C. Section 1952 (relating to interstate or <u>foreign travel</u> or use of such facilities or the mail in aid of unlawful activity). *See*: United States v. Edwards, 303 F.3d 606 (5th Cir. 2002); United States v. Griffith, 85 F.3d 284 (7th Cir. 1996); United States v. Stern, 858 F.2d 1241 (7th Cir. 1988); United States v. Muskovsky, 863 F.2d 1319 (7th Cir. 1988); United States v. Hunt, 749 F.2d 1078 (4th Cir. 1984); United States v. Mazzei, 700 F.2d 85 (2d Cir. 1983).[122]

- 18 U.S.C. 1961 Sections 2318-2320 (relating to copyright infringement and counterfeiting in the performance and entertainment and audiovisual and computer industries).[123]

- 18 U.S.C. 1961 Sections 2421-2424 (relating to transportation for illegal sexual activity). See: United States v. Clemones, 577 F.2d 1247 (5th Cir. 1978), opinion modified by 582 F.2d 1373 (5th Cir. 1978).[124]

- See: 18 U.S.C. Section 1961(1)(F): section 278 (relating to importation of aliens for immoral purposes) if the act indictable under such section of such Act was committed for the purpose of financial gain; Clinton Global Initiative and increase of funds during DEFENDANT HILLARY CLINTON'S time as Secretary of State and decrease after losing the 2016 Election.

- Representative cases charging terrorism related offenses: United States v. Marzook, 426 F. Supp. 2d 820 (N.D. Ill. 2006); United States v. Al-Arian, 308 F. Supp. 2d 1322 (M.D. Fla. 2004), mot. to modify denied, 329 F. Supp. 2d 1294 (M.D. Fla. 2004); United States v. Arnaout, 236 F. Supp. 2d 916 (N.D. Ill. 2003).[125]

#40. "First off for the record, PLAINTIFF never murdered anyone, PLAINTIFF never ordered anyone to be murdered, PLAINTIFF was never an accomplice to murder; PLAINTIFF never drugged anyone against their will, PLAINTIFF never raped anyone, PLAINTIFF never robbed anyone of more than $20, PLAINTIFF never trafficked human beings nor actively sought prostitutes, PLAINTIFF never requested or ordered anyone to be trafficked to him; PLAINTIFF did not travel to JAPAN for women but was to study abroad and take in Japanese culture; PLAINTIFF is not in any cartels nor is he a spy for any foreign country; PLAINTIFF was never hostile to the United States; and PLAINTIFF was never in a gang or cartel.

#41. PLAINTIFF wants to let this go so badly & move on with his life. PLAINTIFF's AUTISM and PTSD primarily prevent him from taking the basic step of letting it go. PLAINTIFF's mind has been in a fight or flight mode from June 26th, 2015. It was already realistic to expect autistic individuals like myself not to have a lot of friends; but PLAINTIFF even lost the friends PLAINTIFF had because of DEFENDANTS actions. PLAINTIFF has alienated people and cannot relate to people anymore (when PLAINTIFF was able to do so despite his autism). because the basis of "relateability" has been broken. PLAINTIFF has lost career opportunities.

---

[122] DOJ RICO HANDBOOK. https://www.justice.gov/archives/usam/file/870856/download:
[123] DOJ RICO HANDBOOK. https://www.justice.gov/archives/usam/file/870856/download:
[124] DOJ RICO HANDBOOK. https://www.justice.gov/archives/usam/file/870856/download:
[125] DOJ RICO HANDBOOK. https://www.justice.gov/archives/usam/file/870856/download:

PLAINTIFF can barely do legal tasks despite graduating from law school (thanks to LSU LAW) after what DEFENDANTS did to PLAINTIFF in which PLAINTIFF was capable of earning the best score amongst his peers in a class. PLAINTIFF will never forget the email from one of the administrators from the Texas Bar that said PLAINTIFF received one of the lowest scores he has even seen in his extensive (if PLAINTIFF recalls correctly 20+ years) time as a Texas Bar administrator. PLAINTIFF has patiently waited for years to resolve issues & hoped for DEFENDANTS to have an iota of integrity to own up to what they did only to really find out within the last year (2023) what the most outrageous thing they were hiding & why they refused to meaningfully talk to PLAINTIFF and work with PLAINTIFF. PLAINTIFF has pleaded, begged, called, emailed, tweeted, submitted, wrote, visited, and other actions to find an amicable resolution to all of this. DEFENDANTS are absolutely capable of resolving the issues if they truly wanted to, but they are deliberately not doing so. PLAINTIFF can barely live with himself after what DEFENDANTS did to PLAINTIFF or allowed to happen to PLAINTIFF. PLAINTIFF, despite years of trying to fix his disabilities and autism that the DEFENDANTS knew about, cannot fix himself anymore and desperately needs ketamine treatment and will probably need it for the rest of his life in addition to ongoing medical treatment. PLAINTIFF completely lost his-- at times-- happy and charismatic self, his joking abilities and humorous side of himself, his loving nature, and his unconditional trust of others and to look for the best in people. PLAINTIFF now lives in a constant state of paranoia, fear, and dread; wondering when the United States Government is plotting to do something against him in the future like a lawless tyrannical monster unhinged from any notions of morality, ethics, constitutional and legal orders and mandates, and more importantly, any sense of shame.

#42. There were 2 RICO Enterprises PLAINTIFF has come across within the last 15 or so years. RICO Enterprise Part 1: Most of the Complaint (except for RICO Enterprise 2, which is being included because it started to be discovered in *What Saved Plaintiff's Life*. The thing about RICO Enterprise 2 and RICO Enterprise 1 is that even though they can involve some of the same people, they are so far apart from one another in nature and scope and so factually distinct and different from one another that PLAINTIFF could not have reasonably, let alone plausibly, connected RICO Enterprise 1 and RICO Enterprise 2. For this Complaint, RICO Enterprise 1 and RICO Enterprise 2 are two distinct and separate RICO Enterprises.

In regards to RICO Enterprise 2: The documentation that talks about RICO Enterprise #2 can be summarized and it is shown in **Exhibit B. *RICHARDS PAPER***. Members of RICO Enterprise 2 include DEFENDANTS: JOCELYN SAMUELS, TOM PEREZ, RUSSLYNN ALI, CATHERINE LHAMON, ANURIMA BHARAGAVA, NATIONAL WOMEN'S LAW CENTER, MARCIA GREENBERGER, GEORGE SOROS, OSI, DEPARTMENT of EDUCATION, DEPARTMENT of JUSTICE, etc. when it came to certain Department of Education and Department of Justice Guidances and University of Montana letter of findings in which there is precedent in PLAINTIFF'S favor even by the DEPARTMENT OF JUSTICE's standards: *United States v. International Boxing Federation (IBF),* Civ. No. 99-5442 (JWB) (filed November 22, 1999, D.N.J.). PLAINTIFF is keeping his word about RICO Enterprise 2 as he and DOJ nearly 95% resolved said issues concerning that. At the Court's request, PLAINTIFF can provide documentation of RICO Enterprise 2.



PLAINTIFF tried to settle with DEFENDANT GEORGE SOROS but DEFENDANTS got in the way of that when PLAINTIFF sent GEORGE SOROS certified letter above that PLAINTIFF had sent via USPS, which was partially reasonable and partially humorous/trolling by PLAINTIFF. Like PLAINTIFF said earlier, PLAINTIFF can provide the Court immediate notes and documentation concerning RICO Enterprise 2 but it is not that RICO Enterprise PLAINTIFF is primarily concerned with and about in this litigation though it has contributed greatly to the issue. PLAINTIFF is just incorporating it and DEFENDANTS as part of the totality of circumstances involving PLAINTIFF and DEFENDANT as not to leave any viable claims deriving from RICO Enterprise 2 as inapplicable. PLAINTIFFS really should have really just settled then, but did not. So RICO ENTERPRISE 2 is on the table.

#43. PLAINTIFF was routinely taken advantage of by PLAINTIFF's parents in which his parents violated Article 16 in which PLAINTIFF'S parents constantly withheld information from PLAINTIFF concerning legal issues, habitually manipulated and lied to PLAINTIFF, coerced PLAINTIFF into committing things against his will, and used PLAINTIFF for their own financial purposes. To PLAINTIFF'S intuition and understanding, the situation partly escalated the way it did because of PLAINTIFF'S parents' contributions to the entirety of the situation in a

small respect and there is no way PLAINTIFF can avoid that issue. Considering PLAINTIFF'S demands in the Prayer of Relief section and how the figures were calculated and the complete generosity to DEFENDANTS, no amount should be taken away from the demands made in PLAINTIFF'S Prayers For Request section because of what PLAINTIFF was forced to endure and made to do over the years by PLAINTIFF'S parents because that would even shock the conscience and violate every single sense of traditional justice and fairness. So, whatever happened in regards to PLAINTIFF'S finances, the real culprit is PLAINTIFF'S parents. That is why PLAINTIFF is suing his parents (but not including monetary damages against them) to effectively end association with PLAINTIFF'S parents. PLAINTIFF'S father intentionally ignored what was important to PLAINTIFF in 2016 or 2017 even after PLAINTIFF informed him of such. True, there were times that PLAINTIFF committed questionable acts along the way to get PLAINTIFF to graduate from college and law school, but the odds of an autistic man making it on his own in the world today and the consequences of abuse that would occur and did occur (when PLAINTIFF failed out of LSU Law by 0.01 of a GPA in 2014) contributed in making PLAINTIFF take the risks even though PLAINTIFF personally disapproved of his own actions and wished there would have been better ways and solutions along the way to have avoided it. Yea, PLAINTIFF did some things and has some regrets along the way and PLAINTIFF even owned up to one of his mistakes in which he could have been necessarily denied a Juris Doctorate even considering the importance of *the story* to PLAINTIFF and what PLAINTIFF had to overcome and endure to that point of time; PLAINTIFF, for his part, constantly owned up to actual mistakes and transgressions he has done over the years that he had control over. DEFENDANTS are going to falsely label PLAINTIFF as a charlatan, lone wolf terrorist, predator, insert malicious branding here by DEFENDANTS, to try to absolve themselves of what they did; but facts are facts.

#44. Even if we attempt to grant DEFENDANTS' false and malicious arguments in which they know that PLAINTIFF is filing a RICO lawsuit against them and then they would countersue and accuse me of RICO as well, the absolute max amount that PLAINTIFF could have ever conceivably obtained through his actions would be $2,000,000 whether it was the homes on Arbor Ct, Lynsee, etc. even though PLAINTIFF to his autistic understanding in which PLAINTIFF never had control over the money in which there were numerous things PLAINTIFF would have done like getting breast reduction surgery for his man-boobs and saving money for his graduate school education and training in which PLAINTIFF would not have had to utilize Federal Loans. Compared to the depth of the amount of legal fraud and fraud perpetuated against PLAINTIFF, the following case is dispositive in which the Court if they were to grant DEFENDANTS lies should be in proportion to what PLAINTIFF may or may not have committed: *United States v. Carpenter, 317 F.3d 618 (6th Cir. 2003)* (court should compare the value of the property not to the street value of the drugs actually confiscated on the property, but to the scope and sophistication of the entire drug operation; court may also look to the maximum fine as one factor in determining the gravity of the offense; forfeiture that is within the range specified by the Sentencing Guidelines—when the fines that could have been imposed on each codefendant are added together—is not grossly disproportional to the offense), aff'd en banc, 360 F.3d 591 (6th Cir. 2004). *United States v. One Parcel 45 Claremont St., 395 F.3d 1 (1st Cir. 2004)* (forfeiture of family home where defendant's wife and children reside not grossly disproportional to drug offense measured by value of drugs sold and maximum statutory term of imprisonment and fine).

#45. "PLAINTIFF claims self-defense per Louisiana Revised Statutes (Louisiana Civil Code) RS:14 §22 for any acts done in 2013-2017 that may be applicable during PLAINTIFF'S residence in Louisiana or situations arising from the nexus of facts that started in Louisiana and occurred in Illinois such as the GoFundMe legal defense fees.

#46. It was so manifestly unfair and biased against PLAINTIFF in which the important people in DC knew about PLAINTIFF from 2008. SCOTUS and DOJ/FBI did from 2008; PLAINTIFF had reason to know Congress, DOJ/FBI, and SCOTUS knew about him from 2017 related to RICO Enterprise 2. FISA from 2020 in RICO Enterprise 1 & 2. Yet PLAINTIFF from 2008 is all but a giant ghost wondering the streets, halls, and secret chambers in DC in which DEFENDANTS are necessarily referring to PLAINTIFF, but refuse to acknowledge PLAINTIFF'S existence, and are undercutting PLAINTIFF at every single opportunity because they're covering up for their own abuses and legal fraud committed against PLAINTIFF. PLAINTIFF had hope in Spring 2017 that CONGRESS was really going to do better in the future. PLAINTIFF really did have that hope in Spring 2017. But CONGRESS and DC DEFENDANTS have been working against him every single day for at least the last 6 years. For instance, Congressional Research Services happens to come out with research about the State Security Doctrine and release it on PLAINTIFF'S birthday (04/28) in 2022[126] that are trying to prevent PLAINTIFF from seeking redress because of what DEFENDANTS did against PLAINTIFF in which SCOTUS on two separate times before spited PLAINTIFF on his birthday in things that were important to him in at least 2010 and 2022 that PLAINTIFF will conclusively prove later on *Star Chambers*. DEFENDANTS necessarily knew when PLAINTIFF'S birthday was from at least 2010, PLAINTIFF had the same phone number from at least 2008 onwards, but yet, not a single DEFENDANT (besides Thao Bui for a while) ever called or texted PLAINTIFF wishing him a Happy Birthday.

#49. Speaking of State Secrets Doctrine. It is completely inapplicable, and the Court must hear this complaint and case.

5 U.S.C. § 706 provides in pertinent part:
"Scope of review"
"To the extent necessary to decision and when presented, the reviewing court shall decide all relevant questions of law, interpret constitutional and statutory provisions, and determine the meaning or applicability of the terms of an agency action. The reviewing court shall -- "
"(1) compel agency action unlawfully withheld or unreasonably delayed; and"
"(2) hold unlawful and set aside agency action, findings, and conclusions found to be -- "
"(A) arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law;"
"(B) contrary to constitutional right, power, privilege, or immunity;"
"(C) in excess of statutory jurisdiction, authority, or limitations, or short of statutory right;"
"(D) without observance of procedure required by law."

PLAINTIFF is alleging that the fundamental basis on which this complaint rests and is applicable throughout the complaint, the Agency action was so intentionally withheld and completely unreasonably delayed from 2008 onwards. There were so many arbitrary, capricious,

---

[126] https://crsreports.congress.gov/product/pdf/R/R47081

and an abuse of discretions that occurred that were not in accordance of the law. Everything, as PLAINTIFF will demonstrate, was contrary to constitutional right, power, privilege, and immunity.  It was in excess of any limitation known to man. So much procedure was ignored in regards to PLAINTIFF in searches and seizures.

"The APA's comprehensive provisions, set forth in 5 U.S.C. §§ 701-706 (1982 ed. and Supp. IV), allow any person "adversely affected or aggrieved" by agency action to obtain judicial review thereof, so long as the decision challenged represents a "final agency action for which there is no other adequate remedy in a court." Typically, a litigant will contest an action (or failure to act) by an agency on the ground that the agency has neglected to follow the statutory directives of Congress. Section 701(a), however, limits application of the entire APA to situations in which judicial review is not precluded by statute, *see* § 701(a)(1), and the agency action is not committed to agency discretion by law, *see* § 701(a)(2)." *Webster v. Doe*, 486 U.S. 592 (1988). "Section 702 of the A.P.A.  provides judicial review to any "person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute." There is no State Security Privilege. The court, in which review is an issue, will not "be had if the statute is drawn so that a court would have no meaningful standard against which to judge the agency's exercise of discretion." *Webster v. Doe*, 486 U.S. 592 (1988). There are meaningful standards against which to judge the agency's exercise of discretion can be based at an absolute minimum: RICO, Geneva Convetion, Convention on the Rights of Disabled XX, and more

There is no allowable discretion afforded to multiple directors in multiple agencies' actions in allowing DEFENDANTS to engage in two acts of international (1 international) and domestic terrorism  (2 domestic) (one incident constituted both international and domestic terrorism) against an American for political purposes because PLAINTIFF necessarily posed a liability to HILLARY CLINTON at the exact time the actions were undertaken by DEFENDANTS and DEFENDANTS obtained more than $14,900,000,000 in the process in which legal fraud was maliciously perpetuated over the years that PLAINTIFF was routinely denied the opportunity to access court. Were there procedures that allowed an American to tell DEFENDANTS: "hey dipshits, don't commit acts of international and domestic terrorism against a special needs American internationally and on domestic soil and get paid more than $14,900,000,000 in the process. It's a very bad look for you." PLAINTIFF was not made of the agency action in allowing DEFENDANTS to commit acts of international and domestic terrorism against an American; and if given the opportunity, PLAINTIFF would have said the same exact thing to their faces prior to 03/11/2011 and Feb/March 2016.

50. In the Sections of *The Narcoterrorism Era* and *Pravus Pravda*, PLAINTIFF is alleging that the NSA utilized the PRISM and Cottonmouth programs against PLAINTIFF in furtherance of RICO Enterprise 1, utilized personnel and resources in Tailored Access operations that gained access to PLAINTIFF'S laptop, used Title I, Title II, Title IX against PLAINTIFF unconstitutionally. By having utilized PRISM against PLAINTIFF, it directly impacted PLAINTIFF in which NSA had complete unfettered access to PLAINTIFF'S Facebook, YouTube, Skype, AOL (AIM), and APPLE accounts in which NSA and certain coconspirators and DEFENDANTS necessarily obtained all of PLAINTIFF'S personal data that included emails, logins, videos, photos, VoIP chats, file transfers, location history, current location, access

to PLAINTIFF'S camera and microphone on PLAINTIFF'S laptop. NSA used Boomerang Routing against PLAINTIFF to cause PLAINTIFF to believe certain lies perpetuated against PLAINTIFF in furtherance of RICO Enterprise 1 by visiting certain websites, reading certain articles, etc. in which an ordinary person surfing on the web could not have ascertained the falsities of particular websites PLAINTIFF visited. NSA'S Tailored Access Operations allowed NSA to gain access to PLAINTIFF'S laptop, gain access to SEWANEE & LSU Law's routers and servers, allowed NSA to install malicious network hardware or altered the hardware on PLAINTIFF'S laptop in furtherance of RICO Enterprise 1. PLAINTIFF is alleging by NSA and American INTEL necessarily having done all the above, it was done in furtherance of RICO Enterprise 1 in which NSA and American INTEL violated 18 U.S.C §1961 section 1029 (relating to fraud and related activity in connection with access devices). DEFENDANTS META, ALPHABET, MICROSOFT, AOL TIMEWARNER, and APPLE necessarily became coconspirators and aided and abetted RICO Enterprise 1.

NSA unconstitutionally utilized Metadata Analysis Center (MAC) and the Advanced Analysis Division (AAD) that analyzed all of PLAINTIFF'S Content, PLAINTIFF'S metadata and cellphone metadata as part of furthering RICO Enterprise 1 from September 2006 to Present. Part of the "offing" email in *Miki's Tea Party* referred to "sigint," which is signals intelligence by American Intel, British Intel, Indian Intel, and Qatari Intel that was utilized against PLAINTIFF in furtherance of RICO Enterprise 1.

DoD and NSA, as well as the rest of American INTEL DEFENDANTS, violated Signals Intelligence Directive 18, or USSID 18 that should have barred the overseas surveillance of PLAINTIFF in *Financial Terrorism*, *Miki's Tea Party*, and *An Anchor and a Pitchfork*.

51. *United States v. Turkette*, 452 U.S. 576 (1981), the Court held: "The term "enterprise," as used in RICO, encompasses both legitimate and illegitimate enterprises." The Court discussed how RICO had the "section describes two separate categories of associations that come within the purview of an "enterprise" -- the first encompassing organizations such as corporations, partnerships, and other "legal entities," and the second covering "any union or group of individuals associated in fact although not a legal entity." The second category is not a more generalized description of the first, and hence the rule of *ejusdem generis* cannot be properly applied to hold that the second category should be limited by the specific examples enumerated in the first." The Court said "With respect to § 1962(c), an "enterprise" is not a "pattern of racketeering activity," but is an entity separate and apart from the pattern of activity in which it engages. In order to secure a conviction, the Government must prove both the existence of an "enterprise" and the connected "pattern of racketeering activity."

52. Political question doctrine does not apply: "Though a court will not undertake to construe a treaty in a manner inconsistent with a subsequent federal statute, no similar hesitancy obtains if the asserted clash is with state law." Well PLAINTIFF found the one exception—Louisiana Civil Code. Louisiana Civil Code in Louisiana is a civil law system that can incorporate French law (foreign law). It can relate to foreign relations and there have been decisions that have been decided by US Federal Districts Courts that have incorporated the Louisiana Civil Code. Then based on the very nature of the allegations of this complaint, there is no way that this case can be decided on the political question doctrine in which if the Court decides on that basis, it will allow

the United States Government to commit war crimes, acts of terrorism, against their own citizens domestically and abroad so long as it implicates foreign relations. There has to be a line drawn on the executive's branches power and the court is absolutely required to decide that some areas like the United States government committing RICO, war crimes, and terrorism is not acceptable. "*Political Questions.* Bribetaking, theft, embezzlement, extortion, fraud, and conspiracy to do these things are all acts susceptible of concrete proofs that need not involve political questions... But questions of foreign law are not beyond the capacity of our courts." *Republic of the Philippines v. Marcos*, 862 F.2d 1355 (9th Cir. 1988).

The six factors in *Baker v. Carr* on political justiciability: 1: there is no constitutional commitments by either Congress or the Executive branch that would allow for the perpetuation of war-crimes and torture and RICO syndicalism that involves foreign countries: that falls outside the scope of acceptable limits of executive branch authority; 2: there are judicially discoverable and manageable standards for resolving it; 3: courts have ruled on similar issues in the case and it doesn't preclude this court from deciding the case on its merits; 4: do you know what respect is due to coordinate branches of government? One's that define limits of power. If the Court doesn't decide the case, there are going to be people that are going to undergo the worst treatments that can be conducted by the United States Government domestically and abroad. The proper respect owed is defining applicable limits of power; 5: the fact that unusual and unacceptable decisions were already made means that there is no unusual need for unquestioning adherence to those completely unacceptable and unusual decisions made (an unusual need would arise if the decisions were legal and not in furtherance of a RICO Enterprise); 6: there is not a potentially of embarrassment from multifarious pronouncements by various departments on one question—it is the fact that various departments came to a unanimous agreement in multiple instances in which no one objected nor did anything that caused the embarrassment to themselves.

Therefore, political question doctrine does not apply.

#54. "As an alternative to vacating Matiz's conviction based on the Government's violation of her Due Process rights, Matiz requests that this court use its supervisory power to reverse her conviction. **Guided by considerations of justice, federal courts may exercise on a limited basis their supervisory power to "formulate procedural rules not specifically required by the Constitution or the Congress."** *United States v. Hasting,* 461 U.S. 499 (1983). **The Supreme Court has recognized only three legitimate purposes for the exercise of a court's supervisory power: "To implement a remedy for violation of recognized rights, to preserve judicial integrity, . . . and finally, as a remedy designed to deter future illegal conduct.**" *Id.* (citations omitted)." *U.S. v. Matiz*, 14 F.3d 79 (1st Cir. 1994)

#55. "*See* U.S. Attorneys' Manual § 9-11.260 (1985) (the Justice Department "continues its longstanding internal practice to advise witnesses who are known `targets' of the investigation that their conduct is being investigated for possible violation of federal criminal law")." *U.S. v. Martino*, 825 F.2d 754, 758 n.3 (3d Cir. 1987). PLAINTIFF called TREY GOWDY because he started to learn about DC DOUBLE SPEAK and not being a member of Congress anymore, PLAINTIFF thought TREY GOWDY could relay to PLAINTIFF information about Russia investigation because PLAINTIFF was completely confused as to why he was being associated

with the Russia investigation after acquiring DC Double-Speak. It wasn't because PLAINTIFF understood that he was a part of it nor did PLAINTIFF have any knowledge of what the Russians were doing, PLAINTIFF asked information to understand why it was he was being associated with the Russia investigation as to affirmatively and truthfully deny that PLAINTIFF had any part in it.

#56: For Tech DEFENDANTS: the basis of your liability is the following: *United States v. Miller, 116 F.3d 641, 674-75 (2d Cir. 1997) (act involving murder need not be actual murder as long as the act directly concerned murder, and facilitation of murder was a proper RICO predicate because accessorial offenses described in the New York State statutory provisions involved murder* within the meaning of RICO where defendant provided information he knew would enable inquirer to *commit murder or other RICO violations. Furthermore, United States v. Perrin*, 580 F.2d 730  (5th Cir. 1978) highlighted the following: "Perrin was a consulting geologist who had to interpret and analyze data stolen from one of the co-defendants. The court said: "We simply need not determine if the gravity maps were an essential part of the scheme. Since it is undisputed by the appellants that the gravity maps would have been used to exploit the stolen data, the requirements for jurisdiction under the Travel Act are met. There is no requirement that the use of interstate facilities be essential to the scheme: it is enough that the interstate travel or the use of interstate facilities makes easier or facilitates the unlawful activity." Whenever any employee of APPLE, AT&T, VERIZON, XFINITY, etc. shared any information about PLAINTIFF when American INTEL DEFENDANTS requested it in furtherance of their Enterprise, Tech DEFENDANTS then became co-conspirators under 18 U.S.C. 1962(d), 18 U.S.C. 241, 42 U.S.C. 1985 (2), 42 U.S.C. 1985 (3) aided and abetted RICO Enterprise 1 and are therefore substantively liable for the co-conspirators actions under Pinkerton, etc.

#57: PLAINTIFF has absolutely no intention of making an email sent between Dr. Jerry Shepherd, Dr. Nikolay Dobrinov, and PLAINTIFF become a factual reality in 2024 and especially in 2016. As PLAINTIFF had repeatedly maintained, PLAINTIFF wrote the email in May 2016 in which it would have been impossible for PLAINTIFF to know or have any reason to believe PLAINTIFF mattered that much in Washington D.C at the time. PLAINTIFF did not have any direct contact with any Russian between 2011-May 2016 that PLAINTIFF directly or indirectly knew about at the exact time of composing that email. PLAINTIFF was venting and had no serious intent. PLAINTIFF was so far obsessed with RICO Enterprise 2 and after having been tortured by DEFENDANTS that he was upset with RICO Enterprise 2 because RICO Enterprise 2 had conspired to deprive PLAINTIFF from becoming an attorney on an exact issue of *Midyear*. That would have been the second time DEFENDANTS attacked PLAINTIFF on the basis of his writing disability (autism) in school. What PLAINTIFF'S serious intent was that day was getting justice for RICO Enterprise 2 in which PLAINTIFF awkwardly phrased the notion of petitioning his government seeking redress for the harms they did. PLAINTIFF firmly believes and knows deep down in his heart that every vote matters and not once did PLAINTIFF argue with anyone about why they should vote for a particular candidate. If PLAINTIFF never even took that step, that means he had no serious intent to do what he said in the email between Dr. Shepherd, Dr. Nikolay Dobrinov, and PLAINTIFF. In the process of learning D.C. Double-Speak, PLAINTIFF--through some completely unknown connection that PLAINTIFF had no direct part in-- tracked the words of PETER STRZOK to his email he sent to Dr. Nikolay Dobrinov and Dr. Jerry Shepherd to Russia somehow. This deeply shocked and upset

PLAINTIFF to be associated with Russia. Furthermore, even after dropping off information to Senator James Lankford about RICO Enterprise 2, PLAINTIFF was aghast at the "leper-like" treatment he received at Senator Lankford's office in which he said something to the effect of PLAINTIFF doesn't understand why they're treating him like a Russian agent or something like that. Through PLAINTIFF'S obsession with RICO Enterprise 2, he lost the Mens Rea necessary to act in accordance with Dr. Shepherd/Nikolay Dobrinov email of May 2016. Then PLAINTIFF was trying to learn DC Double Speak and may have come across some FBI files and may have created a false connection associating PLAINTIFF with Russia in which PLAINTIFF was never in any Russian military nor intelligence foreign agency. PLAINTIFF made a joke in his petition about having Russia fuck America in which the context of the joke was a condemnation of having the government have complete control over bodily and sexual anatomy. This was completely known to DEFENDANTS when PLAINTIFF sent a copy of the petition he was working on to Asim Shrestha at the end of June 2016 in which DEFENDANTS read it and understood PLAINTIFF'S actions had nothing to do with the election but was to seek redress for RICO Enterprise 2. Then whatever PLAINTIFF told Kristina in 2018 was not on behalf of her ***nor Russia*** as PLAINTIFF was looking for any human connection after having been tortured and living in deplorable conditions.

**Graham v. Connor, 490 U.S. 386 (1989)**
All claims that law enforcement officials have used excessive force -- deadly or not -- in the course of an arrest, investigatory stop, or other "seizure" of a free citizen are properly analyzed under the Fourth Amendment's "objective reasonableness" standard, rather than under a substantive due process standard.

"Instead, we agree with those courts that have steered a middle course between these two extremes. In order to be sufficiently continuous to constitute a pattern of racketeering activity, the predicate acts must be ongoing over an identified period of time so that they can fairly be viewed as constituting separate transactions, *i.e.,* "transactions `somewhat separated in time and place.'" Relevant factors include the number and variety of predicate acts and the length of time over which they were committed, the number of victims, the presence of separate schemes and the occurrence of distinct injuries. ***However, the mere fact that the predicate acts relate to the same overall scheme or involve the same victim does not mean that the acts automatically fail to satisfy the pattern requirement.*** The doctrinal requirement of a pattern of racketeering activity is a standard, not a rule, and as such its determination depends on the facts and circumstances of the particular case, with no one factor being necessarily determinative." *Morgan v. Bank of Waukegan*, 804 F.2d 970 (7th Cir. 1986)

*Illinois Department of Revenue v. Phillips,* 771 F.2d 312 (7th Cir. 1985), we concluded that the plaintiff sufficiently alleged a pattern of racketeering activity. In *Phillips,* the defendant mailed nine separate fraudulent state sales tax returns to the state over a nine-month period. These mailings were clearly distinct transactions ongoing over a period of time: each tax return was a separate lie and resulted in a separate underpayment, independent of the other lies and underpayments. *Morgan v. Bank of Waukegan*, 804 F.2d 970 (7th Cir. 1986)

18 U.S. Code § 1351 - Fraud in foreign labor contracting; 18 U.S. Code § 1911 - Receiver mismanaging property

**DOJ:** 18 U.S. Code § 1905 - Disclosure of confidential information generally


Bank for International Settlements CLINTON transfer to Qatar. CLINTON Got Chase Bank; HSBC;


In *Sheppard* v. *Maxwell,* 384 U. S. 333 (1966), we reminded that "[t]he press . . . guards against the miscarriage of justice by subjecting the police, prosecutors, and judicial processes to extensive public scrutiny and criticism."


"The prohibition against vague regulations of speech is based in part on the need to eliminate the impermissible risk of discriminatory enforcement, *Kolender* v. *Lawson,* 461 U. S. 352, 357-358, 361 (1983); *Smith* v. *Goguen,* 415 U. S. 566, 572-573 (1974), for history shows that speech is suppressed when either the speaker or the message is critical of those who enforce the law."

*ates* v. *State Bar of Arizona,* 433 U. S. 350 (1977); *Peel* v. *Attorney Registration and Disciplinary Comm'n of Ill.,* 496 U. S. 91 (1990); *Ohralik* v. *Ohio State Bar Assn.,* 436 U. S. 447 (1978); and *Seattle Times Co.* v. *Rhinehart,* 467 U. S. 20 (1984),


"As a general matter, we have indicated that in public debate our own citizens must tolerate insulting, and even outrageous, speech in order to provide "adequate `breathing space' to the freedoms protected by the First Amendment…. A "dignity" standard, like the "outrageousness" standard that we rejected in *Hustler,* is so inherently subjective that it would be inconsistent with "our longstanding refusal to [punish speech] because the speech in question may have an adverse emotional impact on the audience."

At the same time, it is well established that "no agreement with a foreign nation can confer power on the Congress, or on any other branch of Government, which is free from the restraints of the Constitution." *Reid* v. *Covert,* 354 U. S. 1, 16 (1957). See 1 Restatement of Foreign Relations Law of the United States § 131, Comment *a,* p. 53 (Tent. Draft No. 6, Apr. 12, 1985) ("[R]ules of international law and provisions of international agreements of the United States are subject to the Bill of Rights and other prohibitions, restrictions or requirements of the Constitution and cannot be given effect in violation of them").

Following rules were violated by DOJ through the years: Rule 3.3: Candor to Tribunal; Rule 3.4: Fairness to Opposing Party and Counsel; Rule 3.5: Impartiality and Decorum of the Tribunal; Rule 3.8: Special Responsibilities of a Prosecutor; Rule 8.4: Misconduct

**Upbringing**

**BIG BROTHER BIG SISTER.**

**PEACHY MIAMI**

**Victoria Flight:**

**Whoopsie:**

**An Anchor and a Pitchfork.**

"We recognize due process bars the government from invoking judicial process to obtain a conviction when the investigatory conduct of law enforcement agents is outrageous." *U.S. v. Jacobson*, 916 F.2d 467, 469 (8th Cir. 1990). "If the government's conduct in the investigation through a sting operation is so active that its conduct fabricated elements of the offense, it might be considered a violation of due process to prosecute the defendant." *U.S. v. Steinhorn*, 739 F. Supp. 268, 271 (D. Md. 1990).

"Appellants rely on the Supreme Court's "penalty cases" in support of this argument. In those cases "the state not only compelled an individual to appear and testify, but also sought to induce him to forgo the Fifth Amendment privilege by threatening to impose economic or other sanctions." *Minnesota v. Murphy*, 465 U.S. 420 (1984). When the state of New York threatened to disbar an attorney for refusing to testify in his disciplinary proceeding, the Court reasoned that the resultant "loss of professional standing, professional reputation, and of livelihood" was an impermissible penalty on the right against self-incrimination. *Spevack v. Klein*, 385 U.S. 511 (1967). A common thread in these cases is a "nexus between remaining silent and the consequences that follow." *McKune v. Lile*, 536 U.S. 24 (2002). If they "involve situations where, if a defendant took no action that would incriminate himself, the government would exact or increase punishment." *United States v. Mourning*, 914 F.2d 699 (5th Cir. 1990).

**Miki's Tea Party.**

*U.S. v. Matiz*, 14 F.3d 79 (1st Cir. 1994) ruled on the proposition that an act of perjury can be an act of obstruction of justice under 18 U.S.C. 1961 Section 1503 since "The findings (of obstruction of justice) encompass all the elements of perjury — falsity, materiality, and willfulness. The only matter about which the court was not explicit was whether Matiz's testimony was material. A sentencing court, however, is not required to address each element of perjury in a separate and clear finding. *See id.* In fact, the Court in *Dunnigan* affirmed a district court's finding that did not use the term willful…*Dunnigan* only requires that a sentencing court's findings encompass all of the factual predicates for a finding of perjury." "The Supreme Court has stated that a witness testifying under oath commits perjury if "she gives false testimony concerning a material matter with the willful intent to provide false testimony, rather than as a result of confusion, mistake, or faulty memory." *United States v. Dunnigan,* 113 S.Ct. 1111 (1993)." *U.S. v. Matiz*, 14 F.3d 79 (1st Cir. 1994). *U.S. v. Ashland Oil Inc.*, 705 F. Supp. 270 (W.D. Pa. 1989) discussed what constituted materiality: "A concise summary of this materiality requirement is set forth in Justice Stevens' concurring opinion in *Youngblood:* Our cases make clear that "[t]he proper standard of materiality must reflect our overriding concern with the justice of the finding of guilt," and the State's failure to turn over (or preserve) potentially exculpatory evidence therefore "must be evaluated in the context of the entire record." *United States v. Agurs,* 427 U.S. 97 (1976) (footnotes omitted); see also *California v. Trombetta,* 467 U.S. 479 (1984) (duty to preserve evidence "must be limited to evidence that might be expected to play a significant role in the suspect's defense")." "By limiting §1503 to acts having the "natural and probable effect" of interfering with the due administration of justice, the Court effectively reads the word "endeavor," which we said in *Russell* embraced "any effort or essay" to obstruct justice out of the omnibus clause, leaving a prohibition of only actual obstruction and competent attempts…A §1503 violation occurs when "an act is done corruptly if it's done voluntarily and intentionally to bring about either an unlawful result or a lawful result by some unlawful method, with a hope or expectation of either financial gain or other benefit to oneself or a benefit of another person." *United States v. Aguilar*, 515 U.S. 593 (1995).

"We recognize due process bars the government from invoking judicial process to obtain a conviction **when the investigatory conduct of law enforcement agents is outrageous**." *U.S. v. Jacobson*, 916 F.2d 467 (8th Cir. 1990). "This Circuit recognized the outrageous conduct defense in *United States v. Graves,* 556 F.2d 1319 (5th Cir. 1977)*, supra,* in which we wrote: "`[A]part from any question of predisposition of a defendant to commit the offense in question, governmental participation may be so outrageous or fundamentally unfair as to deprive the defendant of due process of law or to move the courts in the exercise of their supervisory jurisdiction over the administration of criminal justice to hold that the defendant was "entrapped" as a matter of law.'" 556 F.2d at 1322 (quoting *United States v. Quinn,* 543 F.2d 640, 647-48 (8th Cir. 1976))." *United States v. Yater*, 756 F.2d 1058 (5th Cir. 1985). "If the government's conduct in the investigation through a sting operation is so active that its conduct fabricated elements of

the offense, it might be considered a violation of due process to prosecute the defendant." *U.S. v. Steinhorn*, 739 F. Supp. 268, 271 (D. Md. 1990).

*United States v. Cook,* 793 F.2d 734 (5th Cir. 1986) ("[b]oth the fact of conspiracy and a defendant's participation in it may be proved by circumstantial evidence." 793 F.2d at 736). "As was the case in *United States v. Postal,*589 F.2d 862 (5th Cir.) … "the mere fact that [defendant] made the statement is relevant to the issues of [his] knowledge of the conspiracy and his participation in it."...As Professor McCormick explains: "Proof that one talks about a matter demonstrates on its face that he was conscious or aware of it, and his veracity simply does not enter into the situation." *[omitted]."U.S. v. Jones*, 839 F.2d 1041 (5th Cir. 1988). "If the government's conduct in the investigation through a sting operation is so active that its conduct fabricated elements of the offense, it might be considered a violation of due process to prosecute the defendant." *U.S. v. Steinhorn*, 739 F. Supp. 268, 271 (D. Md. 1990).

*Michalowski v. Rutherford*, 82 F. Supp. 3d 775 (N.D. Ill. 2015) highlighted: "As for Michalowski's unpaid labor, courts may look to state law to determine whether a particular interest constitutes property, and Illinois law recognizes that "individuals…have a compensable property interest in their toil and labor."…see also *Doe I v. The Gap, Inc.,* No. CV-01-0031, 2001 WL 1842389, at *4 & n.5 (D.N.Mar.I. Nov 26, 2001)(collecting cases and finding plaintiffs' allegations that they were forced to work with no pay sufficient to show injury to property for purposes of RICO standing)."

"The integrity of the courtroom is so vital to the health of our legal system that no violation of that integrity, no matter what its motivation, can be condoned or ignored. Although arising out of a different context, we find apposite the words of Mr. Justice Brandeis in *Olmstead v. United States*, 277 U.S. 438 (1928) (dissenting opinion): "Decency, security and liberty alike demand that government officials shall be subjected to the same rules of conduct that are commands to the citizen. In a government of laws, existence of the government will be imperilled if it fails to observe the law scrupulously. Our Government is the potent, the omnipresent teacher. For good or for ill, it teaches the whole people by its example. Crime is contagious. If the Government becomes a law-breaker, it breeds contempt for law; it invites every man to become a law unto himself; it invites anarchy. To declare that in the administration of the criminal law the end justifies the means — to declare that the Government may commit crimes in order to secure the conviction of a private criminal — would bring terrible retribution. Against that pernicious doctrine this Court should resolutely set its face." Respondent's contention that no alternative methods were available to insure the successful prosecution of corrupt attorneys is also unpersuasive. As the above-quoted language indicates, even if no other ways existed to ferret out bribery, the respondent would still not be privileged to engage in unethical (and perhaps illegal) conduct. Moreover, in the present case alternatives were available to investigate and prosecute the suspected attorneys." *In re Friedman*, 76 Ill. 2d 392 (Ill. 1979)

"At trial, Defendant readily admitted he could be categorized as a user. Prior to the transactions with Detective Lucas, Defendant would generally buy $20 worth of cocaine for himself whenever he could afford it. Although the district court never explicitly made such a factual finding, it would be a rational inference to conclude Defendant was addicted to cocaine. The record further indicates Defendant had accumulated no money or possessions of any value,

possessed no scales or any other paraphernalia associated with cocaine distribution, and was unaware of the amount of cocaine he would receive for $20. Moreover, Defendant contends he engaged in the transactions because he was promised he would receive a large enough cut of the cocaine to make it worth his while. Therefore, Defendant would most accurately be categorized as an addict whose sole motivation for arranging the transactions for Detective Lucas was to obtain some cocaine for himself…We sympathize with the district court's uneasiness regarding the facts of this case, but we perceive the troubling aspects of the government's conduct in a different light than the district court. Where the district court was offended by the government's active role in the distribution of narcotics, our concern focuses on the government's repeated transactions with an addict, in which the addict was given cocaine as compensation. It was apparent to the detective that Defendant was merely a user, yet the government instigated transactions a second and third time arguably stacking charges against the Defendant. Certainly, due process concerns would prevent the government from arranging such transactions indefinitely, as the addict would continue to take as much cocaine as the government makes available. We must now consider on appeal whether these facts constitute outrageous government conduct…In ruling on a discovery motion, the court in *United States v. Diggs,* 801 F. Supp. 441, 448 (D.Kan. 1992), held that "[e]vidence indicating that the government may have overborne defendant's will by taking advantage of his drug addiction is relevant to the defense of outrageous government conduct." Applying the outrageous conduct framework from the aforementioned cases, we must determine whether the facts in this case are egregious enough to violate due process. We hold that they are not. Undoubtedly, it should not be an encouraged police practice to entice addicts into drug transactions using the lure of controlled substances. In this case, there is a factual dispute as to who initially suggested the method of compensation. Defendant admits, however, that he had no interest in obtaining cash as compensation. Thus, from Detective Lucas' point of view, the deal depended upon giving the Defendant a cut for his participation. As in both *Ford* and *Valona,* the Defendant here was given a relatively small amount of cocaine. Because payment in kind was a typical way of transacting business on the streets, Detective Lucas let the deal progress as arranged. By way of comparison, Detective Lucas' conduct was no more egregious than the government conduct held not to be outrageous in the *Ford, Valona,* and *Barrera-Moreno* cases. Although Detective Lucas may have enticed the Defendant to participate in the transaction, he was not coerced to the point of outrageousness." *U.S. v. Harris*, 997 F.2d 812 (10th Cir. 1993).

*United States v. Ramirez,* 765 F.2d 438 (5th Cir. 1985)(First, he must make a *prima facie* showing that he has been singled out for prosecution although others "similarly situated who have committed the same acts have not been prosecuted."… He then must demonstrate that the government's selective prosecution of him was "actuated by constitutionally impermissible motives ... such as racial discrimination… A showing of discriminatory purpose requires the defendant to demonstrate that the government selected or reaffirmed a particular course of action at least in part "because of" — not merely "in spite of" — its adverse effects on an identifiable group."

"A review of the common law of this state shows that discretionary investigative enforcement measures extend beyond a tolerable level when *by design* the government uses continued pressure, appeals to friendship or sympathy, threats of arrest, an informant's vulnerability, sexual favors, or procedures which escalate criminal culpability. All of these traditional inducements are

absent from the facts of this case. We conclude that the furnishing of contraband by the government is insufficient to induce or instigate the commission of a crime by the average person, similarly situated to these defendants, who is not ready and willing to commit it. We also note that this is not a case where the government's furnishing of narcotics was for the purpose of trying to escalate the criminal culpability of defendants. *People v Killian*, 117 Mich. App. 220; 323 N.W.2d 660 (1982)." *People v. Jamieson*, 436 Mich. 61 (Mich. 1990). "The Supreme Court has stated that a witness testifying under oath commits perjury if "she gives false testimony concerning a material matter with the willful intent to provide false testimony, rather than as a result of confusion, mistake, or faulty memory." *United States v. Dunnigan*, 113 S.Ct. 1111 (1993)." *U.S. v. Matiz*, 14 F.3d 79 (1st Cir. 1994)

"As an alternative to vacating Matiz's conviction based on the Government's violation of her Due Process rights, Matiz requests that this court use its supervisory power to reverse her conviction. **Guided by considerations of justice, federal courts may exercise on a limited basis their supervisory power to "formulate procedural rules not specifically required by the Constitution or the Congress."** *United States v. Hasting,* 461 U.S. 499 (1983). **The Supreme Court has recognized only three legitimate purposes for the exercise of a court's supervisory power: "To implement a remedy for violation of recognized rights, to preserve judicial integrity, . . . and finally, as a remedy designed to deter future illegal conduct.**" *Id.* (citations omitted)." *U.S. v. Matiz*, 14 F.3d 79 (1st Cir. 1994)

"Although there is no infallible means of divining a defendant's predisposition to commit a crime after the fact, there are several factors recognized as relevant in making this determination. We start with the observation that predisposition is, by definition, "the defendant's state of mind and inclinations *before his initial exposure to government agents*." *United States v. Jannotti,* 501 F. Supp. 1182 (E.D.Pa. 1980), *rev'd on other grounds,* 673 F.2d 578 (3rd Cir.)...This answers defendant's bizarre contention that "the agents literally entrapped him into a state of predisposition." One is either predisposed to commit a crime before coming into contact with the Government or one is not, so the argument that one could be entrapped into having a state of predisposition is meaningless. **We now turn our attention to the factors relevant in determining predisposition**. Among these are the character or reputation of the defendant, including any prior criminal record; ***whether the suggestion of the criminal activity was initially made by the Government;*** **whether the defendant was engaged in the criminal activity for profit; whether the defendant evidenced reluctance to commit the offense**, **overcome only by repeated Government inducement or persuasion**; **and the nature of the inducement or persuasion supplied by the Government.** While none of the factors alone indicates either the presence or absence of predisposition, the most important factor . . . is whether the defendant **evidenced reluctance to engage in criminal activity which was overcome by repeated Government inducement**…" *United States v. Kaminski*, 703 F.2d 1004 (7th Cir. 1983)

"Duress requires the defendant to show (1) that he was under an unlawful, present, imminent, and impending threat that would induce "a well-grounded apprehension of death or serious bodily injury," (2) that he had not recklessly or negligently placed himself in the situation at issue, (3) that he had no legal and reasonable alternative to violating the law, and (4) that it was reasonable to anticipate that the avoidance of harm directly caused the criminal action. *United States v. Posada–Rios*, 158 F.3d 832 (5th Cir. 1998). "In other words, there must be evidence

that the defendant was in imminent danger "at the moment he [committed the offense]." *United States v. Harper*, 802 F.2d 115 (5th Cir. 1986).

**Pop Goes the Weasel.**

**LAW ENFORCEMENT INTERVENTION:**

**MIDYEAR:**

**THIS SIDE OF THE STREET:**
*United States v. Cook,* 793 F.2d 734 (5th Cir. 1986) ("[b]oth the fact of conspiracy and a defendant's participation in it may be proved by circumstantial evidence." 793 F.2d at 736). "As was the case in *United States v. Postal,*589 F.2d 862 (5th Cir.) … "the mere fact that [defendant] made the statement is relevant to the issues of [his] knowledge of the conspiracy and his participation in it."...As Professor McCormick explains: "Proof that one talks about a matter demonstrates on its face that he was conscious or aware of it, and his veracity simply does not enter into the situation." *[omitted]."U.S. v. Jones*, 839 F.2d 1041 (5th Cir. 1988).

"This Circuit recognized the outrageous conduct defense in *United States v. Graves,* 556 F.2d 1319 (5th Cir. 1977)*, supra,* in which we wrote: "`[A]part from any question of predisposition of a defendant to commit the offense in question, governmental participation may be so outrageous or fundamentally unfair as to deprive the defendant of due process of law or to move the courts in the exercise of their supervisory jurisdiction over the administration of criminal justice to hold that the defendant was "entrapped" as a matter of law.'" 556 F.2d at 1322 (quoting *United States v. Quinn,* 543 F.2d 640, 647-48 (8th Cir. 1976))." *United States v. Yater*, 756 F.2d 1058 (5th Cir. 1985).

"The integrity of the courtroom is so vital to the health of our legal system that no violation of that integrity, no matter what its motivation, can be condoned or ignored. Although arising out of a different context, we find apposite the words of Mr. Justice Brandeis in *Olmstead v. United States*, 277 U.S. 438 (1928) (dissenting opinion): "Decency, security and liberty alike demand that government officials shall be subjected to the same rules of conduct that are commands to the citizen. In a government of laws, existence of the government will be imperilled if it fails to observe the law scrupulously. Our Government is the potent, the omnipresent teacher. For good or for ill, it teaches the whole people by its example. Crime is contagious. If the Government becomes a law-breaker, it breeds contempt for law; it invites every man to become a law unto himself; it invites anarchy. To declare that in the administration of the criminal law the end justifies the means — to declare that the Government may commit crimes in order to secure the conviction of a private criminal — would bring terrible retribution. Against that pernicious

doctrine this Court should resolutely set its face." Respondent's contention that no alternative methods were available to insure the successful prosecution of corrupt attorneys is also unpersuasive. As the above-quoted language indicates, even if no other ways existed to ferret out bribery, the respondent would still not be privileged to engage in unethical (and perhaps illegal) conduct. Moreover, in the present case alternatives were available to investigate and prosecute the suspected attorneys." *In re Friedman*, 76 Ill. 2d 392 (Ill. 1979)

"Although there is no infallible means of divining a defendant's predisposition to commit a crime after the fact, there are several factors recognized as relevant in making this determination. We start with the observation that predisposition is, by definition, "the defendant's state of mind and inclinations *before his initial exposure to government agents.*" *United States v. Jannotti,* 501 F. Supp. 1182 (E.D.Pa. 1980), *rev'd on other grounds,* 673 F.2d 578 (3rd Cir.)...This answers defendant's bizarre contention that "the agents literally entrapped him into a state of predisposition." One is either predisposed to commit a crime before coming into contact with the Government or one is not, so the argument that one could be entrapped into having a state of predisposition is meaningless. **We now turn our attention to the factors relevant in determining predisposition**. Among these are the character or reputation of the defendant, including any prior criminal record; ***whether the suggestion of the criminal activity was initially made by the Government;* whether the defendant was engaged in the criminal activity for profit; whether the defendant evidenced reluctance to commit the offense**, overcome only by repeated Government inducement or persuasion; **and the nature of the inducement or persuasion supplied by the Government.** While none of the factors alone indicates either the presence or absence of predisposition, the most important factor . . . is whether the defendant **evidenced reluctance to engage in criminal activity which was overcome by repeated Government inducement**…" *United States v. Kaminski*, 703 F.2d 1004 (7th Cir. 1983)

"It is clear that the full discretion accorded to the police to determine whether the suspect has provided a "credible and reliable" identification necessarily "entrust[s] lawmaking *to the moment-to-moment judgment of the policeman on his beat.'*" Smith, supra, at 415 U. S. 575 (quoting Gregory v. Chicago, 394 U. S. 111 (1969) (Black, J., concurring)). [the law at issue] "furnishes a convenient tool for harsh and discriminatory enforcement by local prosecuting officials, against particular groups deemed to merit their displeasure,'" *Papachristou,* 405 U.S. at 405 U. S. 170 (quoting *Thornhill v. Alabama,* 310 U. S. 88 (1940)), and "confers on police a virtually unrestrained power to arrest and charge persons with a violation." *Lewis v. City of New Orleans,* 415 U. S. 130 (1974)." *Kolender v. Lawson*, 461 U.S. 352 (1983).

"The settled principles of that doctrine require no extensive restatement here. The doctrine incorporates notions of fair notice or warning. Moreover, it requires legislatures to set reasonably clear guidelines for law enforcement officials and triers of fact in order to prevent "arbitrary and discriminatory enforcement." Where a statute's literal scope, unaided by a narrowing state court interpretation, is capable of reaching expression sheltered by the First Amendment, the doctrine demands a greater degree of specificity than in other contexts. The statutory language at issue here, "publicly . . . treats contemptuously the flag of the United States . . . ," has such scope, *e.g., Street v. New York,* 394 U. S. 576 (1969) (verbal flag contempt), and at the relevant time was without the benefit of judicial clarification. In its terms, the language at issue is sufficiently

unbounded to prohibit, as the District Court noted, "any public deviation from formal flag etiquette. . . ." 343 F. Supp. at 167. Unchanged throughout its 70-year history, the "treats contemptuously" phrase was also devoid of a narrowing state court interpretation at the relevant time in this case. We are without authority to cure that defect. Statutory language of such a standardless sweep allows policemen, prosecutors, and juries to pursue their personal predilections. Legislatures may not so abdicate their responsibilities for setting the standards of the criminal law. *E.g., Papachristou v. City of Jacksonville,* 405 U. S. 156, 405 U. S. 165-169 (1972). In *Gregory v. City of Chicago,* 394 U. S. 111, 394 U. S. 120 (1969), Mr. Justice Black, in a concurring opinion, voiced a concern, which we share, against entrusting lawmaking "to the moment-to-moment judgment of the policeman on his beat."… Where inherently vague statutory language permits such selective law enforcement, there is a denial of due process. Appellant's arguments that the "treats contemptuously" phrase is not impermissibly vague, or at least should not be so held in this case, are unpersuasive." *Smith v. Goguen*, 415 U.S. 566 (1974).

**METH:**

"Generally speaking, a plea is involuntary if "the accused does not understand the nature of the constitutional protections that he is waiving, or because he has such an incomplete understanding of the charge that his plea cannot stand as an intelligent admission of guilt." *Henderson v. Morgan* , 426 U.S. 637, 645 n.13, 96 S.Ct. 2253, 49 L.Ed.2d 108 (1976) (citation omitted). A plea is also involuntary when it has been procured through threats of physical harm, mental coercion, or "state-induced emotions so intense that the defendant was rendered unable to weigh rationally his options with the help of counsel." *Matthew v. Johnson* , 201 F.3d 353, 365 (5th Cir. 2000)… The requirement that a plea be voluntary is rooted in three different constitutional rights... By pleading guilty, a criminal defendant waives his right against self-incrimination… his right to go to trial…and his right to confront his accusers, id...Thus, "a plea of guilty is more than an admission of conduct; it is a conviction." *United States v. Vasquez-Hernandez*, 314 F. Supp. 3d 744 (W.D. Tex. 2018)

**HILLARY TRAVELING: 18 U.S.C. 1952**

"The *Russell* court went on to state that in order to rise to the level of outrageous, the misconduct must be of such a nature that it violates "`fundamental fairness, shocking to the universal sense of justice,' mandated by the Due Process Clause of the Fifth Amendment." [omitted]." *People v. Ming*, 316 Ill. App. 3d 1274 (Ill. App. Ct. 2000).

*United States v. Ramirez,* 765 F.2d 438 (5th Cir. 1985)(First, he must make a *prima facie* showing that he has been singled out for prosecution although others "similarly situated who have committed the same acts have not been prosecuted."… He then must demonstrate that the government's selective prosecution of him was "actuated by constitutionally impermissible motives ... such as racial discrimination… A showing of discriminatory purpose requires the defendant to demonstrate that the government selected or reaffirmed a particular course of action at least in part "because of" — not merely "in spite of" — its adverse effects on an identifiable group."

"Entrapment has been defined as the "conception and planning of an offense by an officer, and his procurement of its commission by one who would not have perpetrated it except for trickery, persuasion, or fraud of the officer." *Sorrells v United States*, 287 U.S. 435, 454; 53 S Ct 210; 77 L Ed 413 (1932). To determine whether entrapment has been established, a distinction is made between a trap for the "unwary innocent" and a trap for the "unwary criminal." *Sherman v United States*, 356 U.S. 369 (1958). There is no entrapment if a policeman merely furnishes an opportunity for the commission of a crime by one ready and willing to commit the activity. The mere fact of deceit will not defeat prosecution. *United States v Head*, 353 F.2d 566 (CA 6, 1965). The purpose of the defense of entrapment is to at least prevent unlawful government activity in instigating criminal activity." The function of law enforcement is the prevention of crime and the apprehension of criminals. . . . [T]hat function does not include the manufacturing of crime." *Sherman v United States, supra* at 372." *People v. Jamieson*, 436 Mich. 61 (Mich. 1990)

"A review of the common law of this state shows that discretionary investigative enforcement measures extend beyond a tolerable level when *by design* the government uses continued pressure, appeals to friendship or sympathy, threats of arrest, an informant's vulnerability, sexual favors, or procedures which escalate criminal culpability. All of these traditional inducements are absent from the facts of this case. We conclude that the furnishing of contraband by the government is insufficient to induce or instigate the commission of a crime by the average

person, similarly situated to these defendants, who is not ready and willing to commit it. We also note that this is not a case where the government's furnishing of narcotics was for the purpose of trying to escalate the criminal culpability of defendants. *People v Killian*, 117 Mich. App. 220; 323 N.W.2d 660 (1982)." *People v. Jamieson*, 436 Mich. 61, 89-90 (Mich. 1990).

*U.S. v. Matiz*, 14 F.3d 79 (1st Cir. 1994) ruled on the proposition that an act of perjury can be an act of obstruction of justice under 18 U.S.C. 1961 Section 1503 since "The findings (of obstruction of justice) encompass all the elements of perjury — falsity, materiality, and willfulness. The only matter about which the court was not explicit was whether Matiz's testimony was material. A sentencing court, however, is not required to address each element of perjury in a separate and clear finding. *See id.* In fact, the Court in *Dunnigan* affirmed a district court's finding that did not use the term willful…*Dunnigan* only requires that a sentencing court's findings encompass all of the factual predicates for a finding of perjury."

## (FBI authorized to investigate "crimes against the United States" and to
conduct other investigations "regarding official matters under the control of the Department of Justice and the Department of State");

*United States v. Tilton*, 610 F.2d 302 (5th Cir. 1980) (Reasoning that the defendant "can be held responsible for the substantive offenses committed by the co-conspirators if acts were committed in furtherance of a conspiracy even though [the defendant] neither participated in the act . . . nor actually knew about it." Because the evidence is sufficient to demonstrate that Tilton was a member of a conspiracy to commit mail fraud, he can also be convicted of the substantive offense based upon acts committed by a co-conspirator in furtherance of the conspiracy as long as the acts fall within the scope of the conspiracy and could reasonably be foreseen as a necessary or natural consequence of the unlawful agreement. *Pinkerton v. United States,* 328 U.S. 640, 66 S.Ct. 1180, 90 L.Ed. 1489 (1946); *United States v. Moreno,* 588 F.2d 490 (5 Cir.), *cert. denied,* 441 U.S. 936, 99 S.Ct. 2061, 60 L.Ed.2d 666 (1979); *United States v. Michel,* 588 F.2d 986 (5 Cir. 1979). **A party to a continuing conspiracy can be held responsible for the substantive offenses committed by the co-conspirators if acts were committed in furtherance of a conspiracy even though Tilton neither participated in the act of mailing the padded invoices nor actually knew about it**… The mailing of the inflated invoices furthered the conspiracy and was a natural consequence of the unlawful agreement since the bribe money would have to be generated from some source. The most likely source was Sea-Land since UTS agreed to pay the bribe in exchange for a profitable contract. Consistent with this thinking, one could reasonably foresee that the money would not come from the reserves of UTS but from Sea-Land in the form of overcharges."

"However, this circuit has never defined what is required of a criminal defendant's own "claim" of surveillance. We tend to agree with the Second, Ninth and D.C. Circuits that a "mere assertion" of unlawful surveillance is enough to trigger the government's obligation to affirm or deny. However, such an "assertion" must be, at a minimum, a positive statement that unlawful

surveillance has taken place. A generalized motion based on the possibility of such surveillance, which is all that is present here, is not a "claim" within the meaning of 18 U.S.C. § 3504(a)(1). *United States v. Tucker*, 526 F.2d 279 (5th Cir. 1976)

*United States v. Rosenthal*, 793 F.2d 1214 (11th Cir. 1986) "Holding that district court did not err by limiting evidence of, and not failing instructing jury on, public authority defense based on alleged instructions from CIA officials, who lack power to authorize violations of federal law, because "a defendant may only be exonerated on the basis of his reliance on real and not merely apparent authority and rejecting CIA'S intelligence gathering defense."

This case is extraordinary. The facts are many and sometimes complex. They include things that normally come only out of Hollywood—coded emails among Donziger and his colleagues describing their private interactions with and machinations directed at judges and a court appointed expert, their payments to a supposedly neutral expert out of a secret account, a lawyer who invited a film crew to innumerable private strategy meetings and even to *ex parte* meetings with judges, an Ecuadorian judge who claims to have written the multibillion dollar decision but who was so inexperienced and uncomfortable with civil cases that he had someone else (a former judge who had been removed from the bench) draft some civil decisions for him, an 18–year old typist who supposedly did Internet research in American, English, and French law for the same judge, who knew only Spanish, and much more. The evidence is voluminous. The transnational elements of the case make it sensitive and challenging. Nevertheless, the Court has had the benefit of a lengthy trial. It has heard 31 witnesses in person and considered deposition and/or other sworn or, in one instance, stipulated testimony of 37 others. It has considered thousands of exhibits. It has made its findings, which of necessity are lengthy and detailed. *Chevron Corp. v. Donziger*, 974 F. Supp. 2d 362, 384 (S.D.N.Y. 2014)

**18 U.S.C. Section 1349**
1349--The elements for honest services fraud are: (1) a public official; (2) in a scheme or plan to defraud; (3) accepts a bribe or kickback; (4) in exchange for official action (the quid pro quo); and (5) violated his duty of honest services to the public by using mail or interstate wires to carry out the scheme.

***The United States of America vs. Josef Altstötter, et al.*** (holding judges and attorneys liable for: 1) Participating in a common plan or conspiracy to commit war crimes and crimes against humanity; 2) War crimes through the abuse of the judicial and penal process, resulting in mass murder, torture, plunder of private property; 3) Crimes against humanity on the same grounds, including slave labor charges; 4) Membership in a criminal organization, the NSDAP or SS leadership corps).

# Section IV: INJURIES

- "DEFENDANTS defiled and permanently damaged PLAINTIFF's soul (18 U.S.C. §2340; 18 U.S.C. §2441)

- Loss of $14,900,000,000 in 2011 through fraudulent concealment.

- DEFENDANTS caused PLAINTIFF to gain over 150lbs from May 2016 to the time of filing this lawsuit in which PLAINTIFF weighs approximately 365lbs even after having been down to around 215 or 220 lbs. in March or April 2016 in which PLAINTIFF now has obesity health related problems (18 U.S.C. §2340; 18 U.S.C. §2441);

- DEFENDANTS' torture and RICO acts have caused severe scarring on PLAINTIFF'S mind & body (some of which was inflicted through PLAINTIFF'S autistic self-compulsion after having been tortured);

- PLAINTIFF'S loss of ability to trust & seek relationships (disrupt profoundly the senses or the personality/severe physical or mental pain or suffering);

- Loss of family and interest in dating and love life despite wanting to do it again

- Destruction of reputation;

- Being placed on a freemason/CFR/BILDERBURG/Bohemian Grove blacklist and other United States Government blacklists in the prevention of obtaining employment;

- Loss of employment & future economic opportunity;

- Loss of sense of self and purpose (disrupt profoundly the senses or the personality/severe physical or mental pain or suffering);

- Numerous health issues starting from 2006 & medical bills (disrupt profoundly the senses or the personality/severe physical or mental pain or suffering);

- Becoming an indentured servant after being a victim of domestic and international terrorism by DEFENDANTS;

- Killing the "specialness" of a former special education student becoming a lawyer despite the odds against PLAINTIFF;

- Loss of privacy around the world;

- Loss of friends;

- diminished intellectual capacity & intelligence (disrupt profoundly the senses or the personality/severe physical or mental pain or suffering);

- Loss of recognition/credit of having PLAINTIFF's Intellectual Property used in Hollywood and in the White House;

- Diminished utilitarian value of self to improving and making society better (disrupt profoundly the senses or the personality/severe physical or mental pain or suffering);

- Inability to further my dreams in helping others, especially autistic individuals (disrupt profoundly the senses or the personality/severe physical or mental pain or suffering);

- Knowing that I was always going to be a pariah to people I respected & within the legal community no matter what I did to overcome & work against false presumptions and labels and other actions undertaken by DEFENDANTS (disrupt profoundly the senses or the personality/severe physical or mental pain or suffering);

- Deep embarrassment;

- Social exclusion;

- Not knowing how to support myself and/or future family with a diminished brain capacity and intelligence in which it was already hard enough as it is for autistic individuals to be able to be independent of their parents or Social Security (let alone starting, maintaining, and having a family);

- Never being able to bring a woman as a girlfriend/wife to 3 grandparents when they were alive (& unfortunately seems like my last grandparent won't meet her either) after what DEFENDANTS did to me emotionally and spiritually;

- Contributing to PLAINTIFF'S autistic self-harm where he did not want any of his family (because they were hiding information from PLAINTIFF & did not support PLAINTIFF nor believe PLAINTIFF when PLAINTIFF needed them the most in Spring 2017) to go to his law school graduation nor did PLAINTIFF attend graduation when given an opportunity after all he had been through (compounding these issues was the fact that Louis Freeh, director of WILLIAM J. CLINTON'S FBI, was giving the speech and I wouldn't attend after what DEFENDANTS CLINTON DID TO ME);

- Knowing world leaders and U.S. Politicians routinely talk about you all the time & refuse to talk to you as a person or individual outside of their stupid fucking doublespeak in which they pursued their own interests at my expense without me ever having a real say in my life (dehumanizing);

- Being completely broken and destitute as an autistic man (disrupt profoundly the senses or the personality/severe physical or mental pain or suffering);

- Never being privy to my own life;

- Violating PLAINTIFF'S religious beliefs numerous times.

- And other damages & harm not herein expressed, but within the knowledge of PLAINTIFF or DEFENDANTS

# Section V: PRAYERS OF RELIEF:

**PLAINTIFF PRAYS FOR THE FOLLOWING RELIEF:**

**PLAINTIFF will not be an independent contractor if an agreement can be reached on paper prior to filing a lawsuit for *Miki's Tea Party but expects the full value of the restitution with Miki's Tea Party and An Anchor and a Pitchfork. Leshrug***

## (A): RESTITUTION: Miki's Tea Party and/or an Anchor and a Pitchfork:

**(1): It shall be law that in every presidential election cycle, whenever *the People* vote, part of the ballot will include the Constitutional Freedom Initiative where an American can vote on the current state of constitutional freedoms in America where an American can select the option of filling out & selecting which constitutional freedoms Congress must discuss on the very first days of the elected president's tenure that must pass a 10% threshold in which one whole day must be spent on talking about just one constitutional issue selected by *the People* in which Congress reviews SCOTUS decisions and caselaw or in light of historical events that occurred. Legislation must be proposed within 6 months of the discussion date of the issue in which the underlying presumption has the basis that freedom should not be restricted nor curtailed. Maybe the issue to increase voter satisfaction with DC is not just about candidates in a political party--it is showing that Congress has necessarily heard *the People's* voices on issues that impact them the most.**

**This should significantly reduce the chances of this**

**situation happening again.**

**You want to bridge the gap in political polarity in this country, show that the vast majority of American's voices are heard in which you show a common understanding of priorities amongst *the People*.**
**Here is an example of a list that can be included:**

- 1st Amendment:
    - Free Speech
    - Freedom of Religion
    - Freedom of Association

- 2nd Amendment:
    - Gun Rights.

- 4th Amendment:
    - Searches
    - Seizures

- 5th Amendment
    - Takings
    - Due Process

- 6th Amendment:

- 7th Amendment

- 8th Amendment

- 9th Amendment

- 10th Amendment

- 13th Amendment

- 14th Amendment.

- Government Accountability

- Qualified Immunity

- Healthcare

- Economy

- Issues in the workplace.

- Limits on powers.

- Law Enforcement

- Bureaucracy issues.

- Abortion

- LGBT Rights

- Civil Rights

- Disability Rights

- Government Funding

- **Appropriation (especially this one).**

  - Then create a ranked list based on funding priorities that *the People* want THEIR MONEY spent on the most that CONGRESS must acknowledge and directly address. If you actually want the People to believe that Congress cares about the People, this is the way to do it. Fuck lobbyists, that is why. They can still retain their power, but you gotta balance out the People's interests first and then hear the lobbyists.

- Taxes

- Climate Change

- State Rights

- National Security

- War

- Property Rights

- Antitrust

- Immigration

- Litigation

- Defense

- Transportation

- Science

- Educational Priorities.

- The role of state and federal governments in their lives.

- Research Priorities.

  - Then create a ranked list based on research priorities that *the People* want THEIR MONEY spent on the most that CONGRESS must acknowledge and directly address. If you actually want the People to believe that Congress cares about the People, this is the way to do it.

- Proposed New Constitutional Freedoms.

  - A fill in the blank option that any American can fill in which technological advances can categorize it

**Truly having the People's voices heard on election day shows that America is for *the People*, by *the People*.**

# (2): The Check: $9,364,100,000 non-taxable.

# (3): MKT Airlines and MKT Macedonian Airlines

PLAINTIFF, with his restitution money from the egregious abuses by DEFENDANTS, is creating MKT Airlines and MKT Macedonian Airlines to provide competition in the marketplace to serve American consumers as well in provide competition to airlines like Delta Airlines, American Airlines, Spirit Airlines, and United Airlines that have a monopolized control on cities and routes. True, there will be a partnership to a limited extent with Delta and United, but enough distinctness and separateness to be treated as effective competitors. MKT Airlines would probably not join an airline alliance to remain as effective competitors. The MKT Airlines plan is initial profitability on medium to large cities and international traffic **and *then to expand inward to rural markets in America.*** PLAINTIFF is considering asking Boeing if they can make a 737 Max 7 Combi plane for the rural markets in America for MKT Airlines in which it consists of half cargo plane and half passenger plane. That way, MKT Airlines will save on pilot costs as well as maintenance costs.

| What PLAINTIFF is Asking For & Legally Entitled To: Conditions listed below* | What PLAINTIFF Is Actually Legally Entitled To & The Total Amount owed to PLAINTIFF & the amount PLAINTIFF Is Saving DEFENDANTS |
| --- | --- |
| Already saving $363,208,450 from the following Aircraft: | Aircraft: |
| 1: BOEING 787-9 to Air Serbia or 1: Airbus A330-900neo (4 y.o >x).[127] 1: Airbus A320neo & 2 A321neo to Air Serbia (10 y.o >x).[128] | 696 BOEING MAX 737 Aircraft-SpiceJET (Treble damages from SpiceJET deal since 2010) (a total of $84,216,000,000) 276 BOEING MAX 737 Aircraft—Jet Airways. |
| 14: BOEING 787-9 to MKT Airlines New 2: BOEING 787-8 to MKT Airlines New | 30 BOEING 777-300ERs at $11,265,000,000 or 30 new Boeing 787-10s and $1,113,000,000 (6 from British Airways/24 from Qatar Airways) |
| 4: BOEING 787-10 to MKT Airlines New | 15 BOEING 777F (or 15 BOEING 777-8F) new (Qatar Airways) at a total of $5,374,500,000 |
| 3: BOEING 737-7 Max to MKT Macedonian Airlines New. | |
| 11: BOEING 737-8 Max to MKT Airlines. New | Total Aircraft: 972 BOEING 737 MAX Aircraft. 30 BOEING 777-300ERs; 15 BOEING 777Fs. 696 BOEING 737 would make MKT Airlines 2nd largest owner of BOEING 737 aircraft in the world. |
| 5: BOEING 777-8F to MKT Airlines. New | Ryanair w/ current & owed aircraft is at 770 BOEING 737s (Max and NG) |
| 5: BOEING 737-10 Max to MKT Airlines New 2: BOEING 737-7 Max to MKT Airlines New | For Reference: SpiceJET owns 143 BOEING 737 Max aircraft. [129] QATAR AIRWAYS total A350, 777, & 787: Current total: 122 or so |
| Options: MKT Airlines 2 BOEING Apache Helicopters (fully armored and ready to go. New) Total: | BRITISH AIRWAYS total A350, 777. & 787: Current total: 109 or so 66 New BOEING Apache Helicopters. Qatar and British Airways current total: 231 or so (MKT: 19 787 & 5 777-8(F) (around 10%) |

[127] One from Qatar Airways. Gratis.
[128] One from Qatar Airways and two from Delta Airlines. Gratis.
[129] https://en.wikipedia.org/wiki/List_of_Boeing_737_MAX_orders_and_deliveries. Last Checked. 08/19/2023

MKT Oil

**130

Total: 50 Aircraft

**43: Boeing: MKT Airlines**
**7: Air Serbia & MKT Macedonian Airlines**
**2 BOEING Apache Helicopters**
**Total in Damage: $14,900,000,000**
Took out $3 Billion from compensation 09/23/2023. $11,900,000,000
Some Stock In Boeing, Lockheed Martin, and Rayethon.

| Total Owed Aircraft: 696 BOEING 737 MAX
| 296 737 Max Options
| 30 BOEING 777-300ERs.
| 15 BOEING 777Fs.
| Total: 741 Boeing Aircraft.
|
| 6 Airbus A320neo or A321neo (less than 10 years
| old)
|
|*treble damages of: $62,476,920,000* (from $14.9

.

| *Saving DEFENDANTS: $47,576,920,000 out of*
| *the $14,900,000,000 appraisal by the WH*
|
|*Saving DEFENDANTS: $363,208,450 just on the*
|*aircraft order*.
|
|
| *Saving DEFENDANTS: 1,001 BOEING planes*
| *4 Airbus A320neos or A321neos.*
| **Saving DEFENDANTS: complete ownership:**
|**BOEING, IAG, Qatar Airways, United Airlines,**
|**SpiceJET, Delta Airlines, Lockheed Martin, etc.**

LET PLAINTIFF PUT IT IN THE MOST RESPECTABLE COSTS TO DEFENDANTS COMBINED:

MKT Airline Order (at list prices) all new:
11—Boeing 737 Max 8= $1,331,000,000
5—Boeing 737 Max 7=$495,000,000
5—Boeing 737 Max 10= $674,500,000,
14—Boeing 787-9=$4,095,000,000
4—Boeing 787-10=$1,353,600,000
2—Boeing 787-8= $496,600,000
5—Boeing 777-8F= $1,791,500,000.
Total: $10,237,200,000 at list prices. However, it has been reported that planes purchased in bulk are half off list prices so realistic cost: $5,118,600,000 (or so for airplanes) + (check). At absolute most for locomotives and railcars: $340,000,000. $11,922,700,000, and services.
$10,823,400,000 Total

---

130 stipulations PLAINTIFF included about MKT Airlines & DEFENDANTS included there.

Total Appropriated by DNI to combat Terrorism, War Crimes, and Torture between 2007-2015 in which they allowed it to happen: $646,500,000,000. $12 Billion out of $646.5 Billion is 1.86%.

335,471,000 Population of America
1,431,665,000 Population of India
67,000,000 Population of United Kingdom
3,000,000 Population of Qatar
123,160,000 Population of Japan
26,439,000 Population of Australia
83,285,000 Population of Germany.

Population between all countries. 2 billion or so. If it was just a Taxpayer paying it of all the countries at issue: 1 Nickel and 1 Penny.  $0.06.

America GDP: 25,460,000,000,000
British GDP: 3,070,670,000,000
Japan GDP: 4,230,000,000,000
German GDP: 3,867,500,000,000 Euros (same conversion rate 1:1)
Qatar GDP: 237,300,000,000
Australia GDP: 1,718,000,000,000

Total GDP: 38,583,470,000,000.  Percent of Total GDP: 0.03%.

Total Assets of JP Morgan Chase: $3,665,743,000,000. 9 billion out of 3+ Trillion=
Total Percent based on assets of JP Morgan Chase: 0.327%

Allianz Insurance. 1 Trillion in assets. 12 billion out of 1 Trillion= 1.2%

TRIA: P.L. 110-160 extended TRIA to the end of 2014, but no extension legislation was enacted in this timeframe. Thus, the program expired for 12 days until P.L. 114-1 was signed by the President in January 2015. This law extended the program nearly six years, until the end of 2020, while reducing the government's share of the losses compared with the program as it was in 2014. Specifically, P.L. 114-1 gradually (1) increased the program trigger from $100 million to $200 million, (2) reduced the government share of the losses from 85% to 80%, and (3) increased the insurer aggregate retention amount from $27.5 billion to $37.5 billion and indexed it to the sum of insurer deductibles in years thereafter. P.L. 116-94 extended TRIA to the end of 2027, leaving the rest of the law essentially unchanged.

**Apple Total Assets: $335,038,000,000 in 2023.**

**United Airlines Total Assets: $73,341,000,000**

British Airways Total Assets: about $25,000,000,000

Qatar Airways Total Assets: or so $40,000,000,000

AT&T Total Assets: $408,453,000,000

Verizon Total Assets: $379,955,000,000

Xfinity/Comcast Total Assets: $262,147,000,000

Amazon Total Assets: $477,607,000,000

Boeing Total Assets: $134,774,000,000.

Delta Airlines Total Assets: $**73,497,000,000**

**Microsoft Total Assets: $**411,976,000,000

TOTAL ASSETS of Apple, United, British Airways, Qatar Airways, Delta, Verizon, Xfinity, Amazon, Boeing, etc.: $2,621,788,000,000
Total Assets of JP Morgan Chase: $3,665,743,000,000.
In Sum: $6,287,531,000,000.

12,000,000,000 and future services and products (at cost plus 17.45% so long as it is cheaper than retail prices. If it is not cheaper, than at actual cost only) for MKT Companies existence For Life=0.19%

**PLAINTIFF says, come on, no matter what way you look at it, what PLAINTIFF is asking for is less than 0.2% of Total Assets and/or 1 Nickel and 1 Penny and/or less than 2% of the amount to be appropriated to DNI over 8 years is not that unreasonable.**

Based on that consideration:
MKT Airlines, aircraft, stipulations, and DEFENDANTS will do all they can to have MKT Airlines run for a minimum of 15+ years and be successful.

a) So the following aircraft order.

- o 11 new Boeing 737-8 Max (two Mexican shiba livery) (two 'Murica Shiba livery) (7 regular shiba livery)

- o 5 new BOEING 737-10 Max (one 'Murica shiba livery) (two texas shiba livery) (one regular shiba livery) (one tennessee shiba livery)

- o 5 new BOEING 737-7 Max (one LSU shiba paint livery) (one shiba paint livery) (3 MKT Macedonian Airlines).

- o 14 new BOEING 787-9 (two Mexican shiba livery) (one Qatar shiba livery) (one british shiba livery) (8 regular shiba livery) (one Yugoslav shiba livery) (one mafioso shiba livery. Aircraft name: RICO)

- 4 new Boeing 787-10 (one free speech shiba paint livery) (2 regular shiba livery) (one aussie shiba livery)

- 2 new Boeing 787-8 kawaii one and one veteran shiba livery.

- 5 new Boeing 777-8F (one military livery).

- 1 Boeing 787-9 or Airbus A330neo that is four years old or less to be paid by Qatar Airways to be given to Air Serbia. 1 Airbus A320neo that is less than 10 years old to be given to Air Serbia (paid for by Qatar Airways) and 2 Airbus A321neo that are less than 10 years old (paid for by Delta Airlines) to be given to Air Serbia.

- 2 BOEING APACHE HELICOPTERS FULLY LOADED AND ARMED. Ready to go and spare parts.

- All basic economy seat pitch in the 737 and 787 Boeing will be minimum of 32".

- Free WiFi

- **737s** (the 737 Max 10s unless otherwise noted):

  - 1 row of MKT Super Suites--1-1
    - 2 Passengers
  - 3 rows of Shiba Business--2-2
    - 12 Passengers
  - 4 rows of Premium economy--3-3
    - 24 Passengers
  - 2 rows of Emergency Exit
    - 6 Passengers
  - Total Passengers: 146 Passengers
  - Point of Service for food and drinks from Entertainment Screens or on phone with app. Instead of calling crew to seat with the button (that will be there too), you can order what you want on your phone or entertainment screen in front of you and have crew bring it to you.
  - Special purpose MKT Charter 737 Max 8 will be in whatever style the government needs it. (all economy)
  - 2 new 737 Max 7 will be combi planes (with options to include more if successful. half passenger half cargo) (see diagram below).
    - Instead of buying small aircraft like Embraer ERJ 145s,[131] it'll save on costs and provide superior passenger experience and comfort.

---

[131] PLAINTIFF is not foreclosing the possibility of purchasing Embraer 175s or Embraer 190s if the combi plane is not successful

- PLAINTIFF knows that rural markets will never be able to completely fill a 737 Max 7. So PLAINTIFF will take the leftover space and fill it with cargo instead of flying with empty seats and space not being put to economic use.
- PLAINTIFF will work a deal with Amazon to provide logistics on behalf of Amazon in the combi 737 Max 7s. PLAINTIFF will contact UPS, FEDEX, and USPS as well.



- **In 787-9s and 787-10s,**
  - Have two or three rows of MKT Super Suites (1-2-1) like Qatar Airways
  - Shiba Suites in rest of business (1/3 of available plane) 2-2-2 like Oman Air's layout on their 787s.
  - Premium economy—2-3-3.
  - Rest: Economy—2-4-2.
  - 32" pitch. Economy.
  - Pet Access Door always remains locked. Passenger must give proof of pet on plane (with a ticket or stub) to crew to open the door.
  - Point of Service for food and drinks from Entertainment Screens or on phone with app. Instead of calling crew to seat with the button (that will be there too), you can order what you want on your phone or entertainment screen in front of you and have crew bring it to you.

- **Boeing 787-8 Veterans Unit/DoD Charter**
  - All economy features on 787s applicable.

- **Kawaii One. Boeing 787-8.**
  - 3 Shiba Super Suites
  - 18 Business Suites
  - 13 Premium Economy
  - 4 Handicap/Premium Economy
  - 154 Economy.

- # **DoD/Charter. Boeing 787-9**
  - 12 Business Seats
  - 4 Handicap Seats
  - 210 Economy
  - 226 Total.

- Tote-Bags: Business & Premium Economy
  - Premium Blanket.
  - Ear Plugs
  - Eye Mask
  - Neck Pillow
  - Slippers
  - Toiletries
  - Available for purchase in Economy.
- Basic Economy (domestic)
  - Free drinks
  - Blanket.
  - Snacks
- Basic Economy (international)
  - Free drinks
  - Blanket
  - Snack
  - Decent meal
- Premium Economy (domestic) (less than 4.5 hours)
  - Basic Economy
  - 1.25x miles.
  - Better seats. Quicker boarding.
- Premium Economy (international and domestic more than 5 hours)
  - Basic Economy
  - 1.25 miles.
  - Better seats. Quicker boarding.
  - Premium meal.

- There will be a compartment by the galley to closest to the door connecting to the Air Bridge where every single kid can be given a Shiba Plushie or MKT Airlines model plane when they board or leave. This also applies to severally disabled individuals who request one as well (influencers, etc).

- Pilot retention and acquisition plan: with the money saved on gas with MKT Oil, better benefits, disability benefits, and promise to pay a pilot with relevant 737-8/10 Max Certification and 787-8/9/10 certification 15% more than they are currently being paid.

- Hybrid spoke and hub and point to point model for MKT Airlines

  - The 787s will be used domestically and internationally.

- 787s based/hub in cities that have a demand for international travel like Austin, Nashville, Chicago O'Hare, etc.
- Domestic per plane: 1 set of pilots: 6am to 2pm-ish. 1 set of pilots 2pm to 10pm-ish
- Canadian and Mexico/Central America Flights are points.
- International (Europe, Middle East, and Asia): concentrate international flight times a little after step 4 from hubs.
- Domestic: analysis to determine profitability of midnight flights.
- Domestic/International 787s: if possible fly from major city to hub then to 2) international city and back to 3) hub then 4)major city with 4 Boeing 787-9s & 2 787-10
- Middle East & Asia—2 Boeing 787-9s and 1 Boeing 787-10.

- *Kawaii One* and 1 Boeing 737-8 Max on spare.

- Current Boeing 737 MAX plan: City 1 to City 2 to base/Hub to City 3 to base/Hub to City 4 to City 5 (optional). Daily utilization:
  - 1 Boeing 737-8 Max. 4 or 5 Cities and 1 or 2 hub/base
  - 1 Boeing 737-8 Max. 4 or 5 Cities and 1 or 2 hub/base.
  - 1 Boeing 737-8 Max. 4 or 5 Cities and 1 or 2 hub/base
  - 1 Boeing 737-8 Max. 4 or 5 Cities and 1 or 2 hub/base.
  - Minimum: 16 cities and 1 hub/base daily.
  - Minimum: 48 flights daily
  - Maximum: 20 cities and 2 hub/base daily.
  - Maximum: 80 flights daily
  - Pilot Set A: Point to Point to Hub
  - Pilot Set B: Hub to Point to Hub to Point (or additional point)
  - two flights: Daily: Chicago O'Hare/Midway to Tampa (the Winnie/Raymer Flight) and Tampa to Chicago O'Hare/Midway
    - 1) Chicago O'Hare, (hub)
    - 2) Chicago-Midway,
    - 3)Tampa
    - 4) Houston Intercontinental or Hobby,
    - 5) Dallas DFW or Love,
    - 6) Austin (base)
    - 7) Nashville (base)
    - 8) Atlanta,
    - 9) New Orleans,
    - 10) Milwaukee,
    - 11) San Antonio,
    - 12) Salt Lake City,
    - 13) Miami,
    - 14) Bozeman, Missoula, or Kalispell—Montana. Part of #25.

- 15) Midland/Odessa?
- 16) El Paso,
- 17) Phoenix,
- 18) Raleigh (RDU),
- 19) Fort Lauderdale,
- 20) Orlando,
- 21) New York JFK or Newark,
- **22) Ontario (California),**
- **23) Las Vegas**
- **24) Small towns and markets via EAS and the two 737 Max 7. Stimulate demand**
  - **Chattanooga**
  -

- International Point:
  - 26) Mexico City,
  - 27) Mexicali,
  - 28) **Queretaro,**
  - **29) Cancun,**
  - **30) Bogota,**
  - **31) Toronto,**
  - **32) Montreal,**

- **International:**
  - **33) Chongqing,**
  - **34) Zhengzhou,**
  - **35) London,**
  - **36) Delhi,**
  - **37) Tokyo (Haneda or Narita),**
  - **38) Frankfurt,**
  - **39) Moscow,**
  - **40) Guangzhou Baiyun International Airport,**
  - **41) Doha**
  - **42) Africa—stimulate demand.**
    - **Lagos**
    - **Algiers**
    - **Abuja**
    - **Tunis**
    - **Marrakesh**
    - **Plaisance**
    - **Dar Es Salaam**
    - **Luanda**
    - **Hurghada**
- **Cargo operations based in Rockford.**

- Spoke and hub for MKT Macedonian Airlines

  - 1) London-Heathrow,

- 2) Frankfurt,
- 3) Zurich,
- 4) Rome,
- 5)Ljubljana,
- 6) Berlin,
- 7) Copenhagen,
- 8) Athens,
- 9) Vienna,
- 10) Istanbul,
- 11) Paris,
- 12) Munich,
- 13) Madrid,
- 14) Brussels,
- 15) Amsterdam

- Dog friendly 737s and 787s:
  - Allow passengers to go to dog storage area in belly of plane to check up on their dogs.
  - In the 787s at least, a dog pee and poo area by the dog storage area accessible down in the belly of the plane.
  - Pet access door locked at all times; must present proof with tag or stub showing pet in belly of the plane.

**b)** The following option: at exact cost to BOEING, MKT AIRLINES future BOEING purchase up to a limit of $3,379,500,000 in 2023 dollars at list prices and a combination of one of the following aircraft not to exceed the financial threshold above:

- BOEING 737 Max 7
- BOEING 737 Max 8
- BOEING 737 Max 10
- BOEING 787-8
- BOEING 787-9
- BOEING 787-10
- BOEING 777-8F

**c) The Stipulations:**

All Contracts between Qatar Airways, British Airways, SpiceJET United Airlines, Lufthansa, Delta Airlines, J.P Morgan Chase, Microsoft, Apple, Amazon, AT&T, Verizon, Boeing, Xfinity/Comcast, Cox Communications, Alphabet, all United States Government departments, agencies, and entities, and all foreign government entities, departments, and agencies are completely irrevocable.

(1): BOEING and DEFENDANTS will provide PLAINTIFF--and will receive input from PLAINTIFF and will necessarily consider and incorporate PLAINTIFF'S input--a highly

reputable design team to design MKT Airlines brand identity, livery, crew uniforms, interior of the plane, mascot 'kawaii' shiba inu, etc. to make MKT Airlines successful.

- o The mascot will be a Shiba Inu

- o MKT Airlines callsign will be: Shiba.

- o DEFENDANTS will assist in creating MKT Airlines by filing all of the paperwork expected in the following stipulations.

  - o DEFENDANTS will provide PLAINTIFF a highly reputable design team with BOEING's assistance to design MKT Airlines brand identity, livery, crew uniforms, interior of the plane, mascot 'kawaii' shiba inu, etc. to make MKT Airlines successful (as well as MKT Macedonian Airlines). PLAINTIFF will pay for this out of his restitution.

  - o MKT Airlines will be an ACMI Operator as well as be given and properly certified the AOC under 14 CFR 121, 14 CFR 135, and 14 CFR 145. PLAINTIFF will pay for this out of his restitution.

  - o DEFENDANTS will provide the training, resources, knowledge, acquire and maintain government certifications (AOC), registration, and private financial backers necessary to get the airline off the ground, maintain

(2) SpiceJET, Boeing, British Airways, Qatar Airways, United Airlines, Lufthansa, and Delta Airlines DEFENDANTS will do the following for MKT Airlines:

- o provide a team of their own employees in which they will all together formulate a plan, give the knowledge, and will provide PLAINTIFF the training, education, and knowledge necessary to start MKT Airlines

- o provide a team of their own employees in which they will all together formulate a plan, give the knowledge, and will provide PLAINTIFF how to manage, run and maintain MKT Airlines,

- o provide a team of their own employees to choose routes for the airline to get off on its feet (for 5 years and then MKT Airlines will go on their own afterwards).

- o Allow MKT Airlines business ticket passengers or premium paying members to utilize lounges at airports in which one of the aforementioned DEFENDANTS fly to and has a lounge at that respective airport; and once MKT builds lounges in the airports it will fly to in the future, the aforementioned DEFENDANTS can allow their customers (business and premium paying customers) to use MKT Airlines lounges so long as MKT Airlines exists in which it is completely irrevocable.

- Management and leaders from United Airlines, Delta Airlines, Qatar Airways, and/or British Airways will always be available to talk to PLAINTIFF about growing pains learned in MKT Airlines as unofficial advisors for 15 years.

- Delta Airlines, Qatar Airways, British Airways, and United Airlines will all form a technical partnership with MKT Airlines so long as MKT Airlines exists in which it is completely irrevocable.

- MKT Airlines will be an official partner to: United Airlines, Delta Airlines, British Airways, SpiceJET, and Qatar Airways so long as MKT Airlines exists in which it is completely irrevocable.

- MKT Airlines will have the ability to operate flights on behalf of United Airlines, Delta Airlines, Lufthansa, British Airways, SpiceJET, and Qatar Airways so long as MKT Airlines exists in which it is completely irrevocable.

- MKT Airlines will be fully integrated into the systems and booking systems of United Airlines, Lufthansa, Delta Airlines, British Airways, SpiceJET and Qatar Airways so long as MKT Airlines exists in which it is completely irrevocable.

- MKT Airlines will have a contract with United Airlines, Delta Airlines, Qatar Airways, Lufthansa, SpiceJET, and British Airways in which MKT Airlines will provide ACMI services (wet leasing)—so long as MKT Airlines exists for Delta Airlines, United Airlines, SpiceJET, Qatar Airways, Lufthansa, and British Airways based on their need and demand and MKT Airlines aircraft availability so long as MKT Airlines exists in which it is completely irrevocable.

- United Airlines, Delta Airlines, British Airways, Lufthansa, SpiceJET, and Qatar Airways will have a contract with MKT Airlines to service and maintain aircraft when requested by MKT Airlines in which MKT Airlines will pay for the reasonable cost of maintenance so long as MKT Airlines exists in which it is completely irrevocable.

- MKT Airlines will be able to use United Airlines and Delta Airlines training facilities until MKT Airlines develops their own.

- PLAINTIFF will pay for half the costs of being integrated into United Airlines, Qatar Airways, Delta Airlines, SpiceJET, Lufthansa, and British Airways systems.

- To quickly get off the ground after getting all the certifications necessary, MKT Airlines will be allowed to trade places with United Airlines, Delta Airlines, Qatar Airways, SpiceJET, Lufthansa, or British Airways in line at BOEING to attain new aircraft to get the airline off the ground. PLAINTIFF will not abuse his privileges in which he will at most make a request 2 times within an individual airline.

- Regarding MKT Macedonian Airlines.

a. DEFENDANTS will provide PLAINTIFF a highly reputable design team to design MKT Macedonian Airlines' brand identity, livery, crew uniforms, interior of the plane, etc. to make MKT Macedonian Airlines successful. PLAINTIFF will pay for this out of his restitution

b. DEFENDANTS will provide The Northern Macedonian Government training on how to properly start, run, manage, and maintain the airline to ensure MKT Macedonian Airline's survival and profitability in the tough aviation market of North Macedonia based on American standards by Delta Airlines and United Airlines and/or Qatar Airways & British Airways standards and/or Lufthansa standards. No crappy North Macedonian corruption will inflict MKT Macedonia Airlines nor North Macedonian mentality of how to run it.

c. 1) United Airlines, Qatar Airways, and/or Delta Airlines can provide initial pilot training and access to 737 Max simulator to MKT Macedonian Airlines pilots until MKT Macedonian Airlines can get their own pilot training center and flight training center for MKT Macedonian Airlines flight crews. 2) United Airlines, Qatar Airways, Delta Airlines, and/or British Airways can provide 737 Max and 787 initial pilot training and access to 737 Max and/or 787 Dreamliner simulators until MKT builds their own.

d. BOEING will provide MKT Macedonian Airlines all the resources, future support, and spare parts necessary to ensure its survival.

e. Provide a team of their own employees to choose routes for the airline based on aircraft fleet.

f. Air Serbia will be a technical partner to MKT Macedonian Airlines and will aid when need be.

g. The North Macedonian government will not be able to sell the 3 Boeing 737-7 Max aircraft to anyone for any purpose and will do everything in its complete control to ensure MKT Macedonian Airlines survives.

o Air Serbia:
   a. If the day comes that Air Serbia shall no longer want nor desire to be supported by Etihad Airways, Qatar Airways will fill that role and have ownership in Air Serbia and support Air Serbia.
   b. Air Serbia will be a partner to Qatar Airways, British Airways, United Airlines, and Delta Airlines
   c. Boeing will provide all the resources and support necessary to have JAT Tehnika to completely service and maintain Boeing 737 Max and 787 Aircraft under FAA regulations.
   d. MKT Airlines, MKT Macedonian Airlines, and Air Serbia will be technical partners.

e. Upon BOEING certification for JAT TEHNIKA to service BOEING 737 Max aircraft, MKT Macedonian Airlines will utilize their services.

o Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone at Delta Airlines in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between Delta Airlines & PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

o Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone at United Airlines in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between United Airlines & PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

o Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone at British Airways in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between British Airways & PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

o Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone at Delta Airlines in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between Qatar Airways & PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

o Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone at Lufthansa in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap

and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between Lufthansa & PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

o Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone at SpiceJET in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between SpiceJET & PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

o Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone at Air Serbia in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between Air Serbia & PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

**(3):** Boeing will provide MKT Airlines the resources, training, and future support and spare parts necessary to ensure MKT Airlines' survival. 3) Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in Boeing in the future, Boeing shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between BOEING, PLAINTIFF, PLAINTIFF'S family, and MKT Companies representatives and employees.

**(4):** There will be a government division of MKT Airlines under MKT Airlines Charter Division that will provide the United States Government the following so long as MKT Airlines exists in which it is completely irrevocable for PLAINTIFF'S natural life or the existence of MKT Airlines (whichever is longer). This is not false procurement of a government contract but as a restitution for DoD taking actions against PLAINTIFF or failing to assist PLAINTIFF.

(A): MKT Airlines will be a part of the Civil Reserve Air Fleet & Patriot Express Operators on behalf of the United States Government in all of the following categories:

International Segment (Long Range Section), International Segment (Short Range Section), and National Segment (domestic section).

MKT Airlines, United States Transportation Command, Scott Air Force Base, and AMC will establish a division of Scott Air Force Base at O'Hare Airport in which MKT Airlines Government Division will be directly connected to DoD, United States Transportation Command, and Scott Air Force Base.

- o The United States Government needs to learn that PLAINTIFF was not a threat in which they are going to necessarily have to work with PLAINTIFF even in matters involving Defense and National Security and they're going to do so with MKT Airlines. They intentionally, maliciously, and falsely placed PLAINTIFF on the wrong side of things and the proper remedy is to put PLAINTIFF back on the right side of things where the United States Government can trust PLAINTIFF.

- o PLAINTIFF'S 2 Boeing 777-8F will be custom made to haul military equipment meeting the requirements of an aircraft of a similar type under the Air Mobility Command in addition to civilian cargo needs on behalf of DoD.

o AMC & MKT Airlines will establish an office/hub in Chicago O'Hare Airport in addition to the current one at BWI (Baltimore Airport).

- o Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in AMC in the future, AMC SHALL interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between AMC, PLAINTIFF, PLAINTIFF'S family, and MKT Companies representatives and employees.

- o Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in DoD in the future, you should interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between DoD, PLAINTIFF, PLAINTIFF'S family, and MKT Companies representatives and employees.

- MKT Charter division: will consist of the subset of MKT Airlines' minimum fleet requirements.
  - 3 Boeing 737-8 Max (1 for special purposes*)
  - *Kawaii One* Boeing 787-8 (in emergencies)
  - 1 Boeing 787-8 (exclusively for DoD and U.S. Government use)
  - 1 BOEING 787-9 (exclusively for DoD and U.S Government use)
  - 2 BOEING 777-8F (exclusively for DoD and U.S. Government use)

- Under MKT Airline's charter division, The United States Government shall enter a contract for PLAINTIFF'S entire natural life and/or so long as MKT Airlines exists (whichever is longer) that is completely irrevocable under any condition.

- The 2 BOEING 737-8 Max, 2 Boeing 777-8F, one Boeing 787-9, and *Kawaii One* will be based in Chicago O'Hare as that is the closest major airport to Scott Air Force Base. The special purpose 737-8 MAX will go wherever it is needed. Special Purpose: MKT Airlines will have a subsection for the United States Government in which MKT Airlines would be a new additional COMCO, JANET AIRLINES, and Con Air/JPATS with the following aircraft: 1 BOEING 737-8 Max.

- *Kawaii One* will be made available for PLAINTIFF'S family for personal use and travel anywhere in the world-- in which PLAINTIFF, PLAINTFF'S Family, and authorized individuals that obtained proper permission from only PLAINTIFF prior to departure-- that can accommodate the aircraft with notice to the Government.  two week notice will be given ahead of time for scheduling purposes for personal use if available; if any aircraft are available in the case of an emergency, that aircraft can be used by PLAINTIFF, PLAINTIFF'S family, or authorized individual with proper permission of PLAINTIFF.

- The paint job will be the most 'Murica paintjob to have ever existed on a plane and it will include MKT 'kawaii' Shiba Inu mascot on the tail doing the most 'Murican thing: drinking beer and shooting an AR-15 in the air with the constitution and flag waving in the background and more.

(B): Charter Division. To Be Determined.

**(5):** Profits, Disability Accessibility, and Outreach Programs.

- **45% of profit to maintain and expand the company. 5% of profit to savings in case of an emergency. 50% of profits to outreach programs.**

- The Outreach programs will be funded by the amount MKT Airlines saves on fuel and 50% profits thus negating any anti-trust allegations. Yea, MKT Airlines plans on being a little cheaper, but not enough to bring anti-trust litigation or undercut current competitors illegally.

- Outreach Programs will include:

- PLAINTIFF'S MKT Airlines will specifically reach out to the Autism community and provide numerous jobs for Autistic individuals.

- Part of MKT Airlines' profit will go to creating *Miki's* (Autism Centers) in rural areas and locations to where MKT Airlines fly to all across America in addition to: Belgrade, Skopje, Doha, and major cities across India because let's be honest, autistic people there need as much help as they can get.

- MKT Airlines will hire their own crew of aircraft cleaners at whatever destinations MKT Airlines flies to domestically in America in which the aircraft cleaners will be individuals with down syndrome, intellectual disability, developmental disability, and/or autism under the supervision of two supervisors and PLAINTIFF will pay them full hours and provide them with insurance and healthcare even though it would be on a part time basis in which MKT Airlines will transport them from their home to the airport and back home if they need a ride via carpool.

- MKT Airlines foodbanks.

- MKT Airlines will start the "Hood to Good" program where MKT Airlines will pay for pilot training of disenfranchised African Americans and Latinos in the inner city and provide employment opportunities; there will be Balkan Hood to Good program providing the same services.

- Orphanages to help children & to help victims of children sexual trafficking.

- Hiring Veterans and Retaining Veterans and providing mental health services to veterans with PTSD (i.e. Ketamine). Specifically recruiting Air Force pilots to MKT Airlines. Furthermore, establishing veteran care centers near bases and towns in which MKT Airlines would fly to in order to help veterans retain thet same doctors and psychologists.

- Call of Shiba: Shooting Clubs and civic duty organizations for adhering to SCOTUS case in XX for protection of the country teaching the importance of American values.

- Shiba Rescue: adoption and rescue agency of Shiba Inus.

- DEFENDANTS will assist in making PLAINTIFF'S MKT Airlines website even more accessible and up to a higher standard that is required under the ADA and Section 504.

**(6):** PLAINTIFF wants to build a $25,000,000 factory near Baton Rouge, LA, Waukegan, IL, or Grundy County, TENNESSEE that will make things for MKT Airlines like free shiba plushies and model toy aircrafts for kids and autistic adults and disabled adults and some adults, MKT airlines merchandise for purchase like shirts, crew uniforms, plastic containers, etc. that the airline etc. pretty much a factory producing everything MKT airlines would need. If it is in Grundy County, TN, PLAINTIFF will have to build a railroad spur line from Grundy County (wherever the factory may be to connect with CSX around Tullahoma (i.e. the shortest possible distance from the factory to csx's mainline) (maybe like what 20 miles at $2,000,000 a mile so $40,000,000) and get the products out to Nashville airport and/or through csx's system.

**(7):** a) under no conditions will Kawaii One ever be subject to civil or criminal forfeiture or bankruptcy proceedings. 2) the rest of MKT Airlines initial Aircraft will not be subject to criminal or civil forfeiture by the United States Government nor any other government.

**(8):** no state nor federal taxes on MKT'S Airlines initial aircraft order; any aircraft afterwards, yes. For all intents and purposes, the initial aircraft order and aircraft doesn't exist for IRS purposes.

**(9):** for IRS purposes,

**(10):** No Airport Fees for MKT Airlines for 10 years at any United States airport, Doha International Airport, and LONDON-HEATHROW Airport. No Taxes for 15 years by Britain and Qatar on MKT Airlines and MKT Macedonian Airlines.

**(11):** London Heathrow Holdings and British and Qatari Government:

Of course, PLAINTIFF wants some of his new 787s from MKT Airlines and MKT Macedonian Airlines to make regularly scheduled flights to London-Heathrow Airport. PLAINTIFF understands there are some capacity issues, but that didn't stop DEFENDANTS from taking advantage of PLAINTIFF'S capacity. This shouldn't be a problem for Qatar Airways as they essentially own London-Heathrow.

- MKT Airlines and MKT Macedonian Airlines will have their own gate at London-Heathrow in one of the main terminals solely for MKT Airlines and MKT Macedonian Airlines' own use (if Air Serbia wants to join in, they can) and in case of an emergency or non-use, he will allow different airlines to use the gate so long as it does not interfere with MKT Airlines operations and MKT Macedonian Airlines operations; and MKT Airlines will have their own gate at DOHA (in which Air Serbia can join if they want to).
  - o Whatever terminal PLAINTIFF was prevented from boarding his flight to Doha shall be where the gate is located.
  - o The Custom MKT Gate at Doha will have the following:
    - New carpet (probably a black, white, and orange or red carpet).
    - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
    - Custom MKT Airlines backdrop

- - Custom MKT Airlines ticket counter will be installed at the gate.

    - o The Custom MKT Gate at London-Heathrow will have the following:
        - New carpet (probably a black, white, and orange or red carpet).
        - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
        - Custom MKT Airlines & MKT Macedonian Airlines backdrop
        - Custom MKT Airlines & MKT Macedonian Airlines ticket counter will be installed at the gate.

- Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in Heathrow Holdings, Qatar Government, and British Government in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between Qatar Government, British Government, Heathrow Holdings, PLAINTIFF, PLAINTIFF'S family, and MKT Companies representatives and employees. No bureaucratic or government bullshit or malfeasance by the British and Qatari Government against PLAINTIFF, PLAINTIFF'S Family, and MKT Companies.

- PLAINTIFF understands there are issues with landing slots at London-Heathrow. So as an initial basis, PLAINTIFF is demanding:
    - o 3 landing time-slots available for MKT Airlines (one of which has to be between 10am-5pm) (one between 6pm-12pm) (one between (6am-10am)
    - o 1 landing timeslot for MKT Macedonian Airlines at London-Heathrow (between 10am-8pm).

**(12):** Cox Communications and/or Xfinity will provide high speed internet in applicable locations at cost plus 17.45% (so long as it is cheaper than the listed retail price). If it is not cheaper than retail listed prices, than actual cost only. **2)** MKT Airlines & MKT Macedonian Airlines will be incorporated into Cox Communications and Xfinity/Comcast's employees' perks reward programs at Cox Communications and Xfinity; and if none exist, create one. MKT Airlines will be one of the preferred airlines for Cox Communications and Xfinity/Comcast corporate and employee travel. **3)** Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone at Cox and/or Xfinity in the future, you should interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions

between Cox Communications and Xfinity/Comcast, PLAINTIFF, PLAINTIFF'S family, and MKT Companies representatives and employees.

**(13):** Apple will provide 1) Apple Computers, Tablets, Apple TV, Apple warranties, and other Apple Products for MKT Airlines, MKT Macedonian Airlines, MKT Oil, and MKT Railroad at cost plus 17.45% (so long as it is cheaper than the listed retail price). If it is not cheaper than retail listed prices, than actual cost only. 2) MKT Airlines & MKT Macedonian Airlines will be incorporated into Apple's employees' perks reward programs at Amazon; and if none exist, create one. MKT Airlines will be one of the preferred airlines for Amazon corporate and employee travel. 3) Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in Apple in the future, you should interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between Apple, PLAINTIFF, PLAINTIFF'S family, and MKT Companies representatives and employees.

**(14):** Microsoft will provide 1) software and programs for MKT Airlines, MKT Macedonian Airlines, MKT Oil, and MKT Railroad at cost plus 17.45% (so long as it is cheaper than the listed retail price). If it is not cheaper than retail listed prices, than actual cost only. 2) MKT Airlines & MKT Macedonian Airlines will be incorporated into Microsoft's employees' perks reward programs at Microsoft; and if none exist, create one. MKT Airlines will be one of the preferred airlines for Microsoft corporate and employee travel. 3) Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in Microsoft in the future, you should interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between Microsoft, PLAINTIFF, PLAINTIFF'S family, and MKT Companies representatives and employees.

**(15):** Because of disgorgement, PLAINTIFF could ask for the values of the computer and data servers DoD, CIA, NSA, FBI, MI5, MI6, GCHQ, etc. stored data on PLAINTIFF that facilitated RICO Enterprise 1 as it was an essential part of the wire fraud; however, PLAINTIFF is reasonable, CIA, DoD, or NSA will develop and give computer and data server systems as well as Cloud Servers for MKT Airlines and MKT Railroad gratis for PLAINTIFF'S life that is on the same level of computing technology that CIA, NSA, or DoD possess at the time. They will be responsible for maintaining the servers. Same goes for Cloud Servers as well. This is not unreasonable by any stretch of the imagination. DNI's total appropriated budget from 2007-2011 was $368,280,000,000 and is PLAINTIFF to believe that some cuts here and there within DNI, CIA, NSA, or DoD are not possible to create, host, maintain, etc. MKT Airlines and MKT Railroad servers? PLAINTIFF will say that a third-party handles MKT Airlines, MKT Macedonian Airlines, MKT Oil, and MKT Railroad servers.

**(15A):** 1) in the alternative in regards to cloud computing, Amazon/Amazon Web Services will provide MKT companies the cloud computing servers and necessary at cost plus 17.45% profit for PLAINTIFF'S life. The following are required: 2) MKT Airlines & MKT Macedonian Airlines will be incorporated into Amazon's employees' perks reward programs at Amazon; and if none exist, create one. MKT Airlines will be one of the preferred airlines for Amazon corporate and employee travel. 3) Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in Amazon in the future, you should interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between Amazon, PLAINTIFF, PLAINTIFF'S family, and MKT Companies representatives and employees. 4) MKT Airlines will provide services to Amazon in delivering Amazon's cargo to some of the rural market airports that MKT Airlines combi 737 Max 7s will fly to.

**(16):** Qatar Energy/QIA and MKT Airlines/MKT Railroad agree to the plans and purposes of MKT Oil.

**(17):** Because of the Title VI retaliation against PLAINTIFF and Balkan people in which HILLARY CLINTON intentionally forced PLAINTIFF to labor without compensation in "trade is in the offing" and in which she testified to Congress that "[she] cut economic assistance to Central and Eastern Europe, to the Caucasus, to Central Asia. We cut development assistance to over 20 countries by more than half,"[132] at least when it comes to Qatar and Serbia and Qatar and North Macedonia, the paltry amount of trade of just "In 2020, the total value of the realized exchange of goods was 5,945,000 euros, whereof Serbian exports accounted for 5,605,000 euros, and imports for 340,000 euros" is nowhere near good enough. It is great that Qatar and Serbia are doing things like things in the footnote.[133] Qatar/QIA, United Kingdom, Germany, Japan, Canada, India, Australia, and the United States will increase trade and diplomatic relations between themselves and Serbia and North Macedonia governments in which Qatar, QIA, United Kingdom, Germany, Japan, Canada, India, Australia, and the United States will invest in Serbia and North Macedonia an initial amount of $5,925,640,000 (the difference in the rate of inflation between the $14.9 Billion of 2011 and the actual value of it being $20+ billion in 2023 dollars) to be invested in infrastructure projects and humanitarian aid in Serbia and North Macedonia in which no cuts will be made to current levels of aid received by Serbia and North Macedonia by any DEFENDANTS in which the average rates of both imports and exports between Serbia and North Macedonia and United States, Qatar, Japan, India, Germany, Canada, and United Kingdom shall increase at a minimum rate of 17.45% yearly in which only in catastrophic conditions that can cause the rates go down. Like Tracy Lawrence said, you'll find out who your friends are, and your friends are in Serbia and North Macedonia as well as PLAINTIFF. Again: PLAINTIFF, Serbia, and North Macedonia want to work with you all.

---

[132] https://2009-2017.state.gov/secretary/20092013clinton/rm/2011/03/158004.htm
[133] https://www.qna.org.qa/en/News-Area/News/2023-05/24/0056-the-state-of-qatar-signs-mou-with-serbia-on-communications-and-it

**(18):** PLAINTIFF is incorporating his restitution stipulated in Prayers for Relief and *An Anchor and a Pitchfork* [here].

**(19):** Contact Avelo Airlines, Allegiant Air, Skywest, iAero and/or Sun Country Airlines see if they are interested in making an IAG type organization where Avelo Airlines, Skywest, iAero, Sun Country Airlines, Allegiant Air, or MKT Airlines are separate but under the same banner. This is just a consideration and not actual demand. PLAINTIFF knows he can't just outright build an airline without some cooperation with smaller airlines to bring more competition to the marketplace. MKT Airlines would just be another failed airline in America like Air Florida, ATA, AirTran Airways, Braniff, Capital Airlines, Eastern Airlines, Independence Air, Legend Airlines, Miami Air International, North American Airlines, Tower Air, etc. without some cooperation with a smaller airline or other airlines, PLAINTIFF'S chances at succeeding are low and PLAINTIFF wants to be successful.

**(20):** Aussies, Canadians, and Germans:

- No airport fees for 10 years and no country tax fee for MKT Airlines[134] for a minimum of 15 years in the following airports in which regulators in the respective countries will grant MKT Airlines permission to land in and fly to, and build custom gate(s) like the stipulations made for London Heathrow and LONDON Heathrow Holdings, (except for Canadian and Aussie airports dont include MKT Macedonian Airlines in the backdrop or ticket counter), the following:
  - Frankfurt International Airport, (as well as MKT Macedonian Airlines)
    - The Custom MKT Gate at Frankfurt International Airport will have the following:
      - New carpet (probably a black, white, and orange or red carpet).
      - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
      - Custom MKT Airlines & MKT Macedonian Airlines backdrop
      - Custom MKT Airlines & MKT Macedonian Airlines ticket counter will be installed at the gate.

  - Munich Franz Josef Strauss Airport (as well as MKT Macedonian Airlines)
    - The Custom MKT Gate at Munich Airport will have the following:
      - New carpet (probably a black, white, and orange or red carpet).
      - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
      - Custom MKT Airlines & MKT Macedonian Airlines backdrop
      - Custom MKT Airlines & MKT Macedonian Airlines ticket counter will be installed at the gate.

  - Berlin Brandenburg Airport (as well as MKT Macedonian Airlines)

---

[134] And MKT Macedonian Airlines in German Airports.

- The Custom MKT Gate at Berlin Airport will have the following:
    - New carpet (probably a black, white, and orange or red carpet).
    - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
    - Custom MKT Airlines & MKT Macedonian Airlines backdrop
    - Custom MKT Airlines & MKT Macedonian Airlines ticket counter will be installed at the gate.
- Option of Düsseldorf Airport (as well as MKT Macedonian Airlines)
    - The Custom MKT Gate at Dusseldorf Airport will have the following:
        - New carpet (probably a black, white, and orange or red carpet).
        - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
        - Custom MKT Airlines & MKT Macedonian Airlines backdrop
        - Custom MKT Airlines & MKT Macedonian Airlines ticket counter will be installed at the gate.
- Sydney Airport
    - The Custom MKT Gate at Sydney International Airport will have the following:
        - New carpet (probably a black, white, and orange or red carpet).
        - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
        - Custom MKT Airlines backdrop
        - Custom MKT Airlines ticket counter will be installed at the gate.

- Melbourne Airport
    - The Custom MKT Gate at Melbourne International Airport will have the following:
        - New carpet (probably a black, white, and orange or red carpet).
        - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
        - Custom MKT Airlines & MKT Macedonian Airlines backdrop
        - Custom MKT Airlines & MKT Macedonian Airlines ticket counter will be installed at the gate.
- Toronto Pearson International Airport
    - The Custom MKT Gate at Toronto Pearson International Airport will have the following:
        - New carpet (probably a black, white, and orange or red carpet).
        - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).

- - - Custom MKT Airlines & MKT Macedonian Airlines backdrop
      - Custom MKT Airlines & MKT Macedonian Airlines ticket counter will be installed at the gate.
  - Vancouver International Airport
    - The Custom MKT Gate at Vancouver International Airport will have the following:
      - New carpet (probably a black, white, and orange or red carpet).
      - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
      - Custom MKT Airlines & MKT Macedonian Airlines backdrop
      - Custom MKT Airlines & MKT Macedonian Airlines ticket counter will be installed at the gate.

  - Montreal-Trudeau International Airport
    - The Custom MKT Gate at Montreal-Trudeau International Airport will have the following:
      - New carpet (probably a black, white, and orange or red carpet).
      - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
      - Custom MKT Airlines & MKT Macedonian Airlines backdrop
      - Custom MKT Airlines & MKT Macedonian Airlines ticket counter will be installed at the gate.

  - Option: Calgary International Airport
    - The Custom MKT Gate at Calgary International Airport will have the following:
      - New carpet (probably a black, white, and orange or red carpet).
      - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
      - Custom MKT Airlines & MKT Macedonian Airlines backdrop
      - Custom MKT Airlines & MKT Macedonian Airlines ticket counter will be installed at the gate.

  - Option: Edmonton Airport
    - The Custom MKT Gate at Edmonton International Airport will have the following:
      - New carpet (probably a black, white, and orange or red carpet).
      - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
      - Custom MKT Airlines & MKT Macedonian Airlines backdrop

- Custom MKT Airlines & MKT Macedonian Airlines ticket counter will be installed at the gate.

- Whenever PLAINTIFF, PLAINTIFF'S family, and/or MKT Companies employees and representatives interacts with anyone in the German Government, Canadian Government, and Australian Government in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between the German Government, Canadian Government, and Australian Government & PLAINTIFF and MKT Companies representatives and employees. No bureaucratic or government bullshit or malfeasance by the German, Canadian, and Australian Government against PLAINTIFF, PLAINTIFF'S Family, and MKT Companies.


**(21):** Because the Indians and Japan were even more part of it, this an additional HILLARY CLINTON FEE:
- Japan will be held as equally responsible for "trade is in the offing" in order to pay for MKT Airlines Aircraft Orders
- No bureaucratic or government bullshit or malfeasance by the Indian and Japanese Government against PLAINTIFF, PLAINTIFF'S Family, and MKT Companies.
- No Airport or Country Tax Fee for a minimum of 15 years in the following airports in which regulators in the respective countries will grant MKT Airlines permission to land in and fly to, and build custom gate(s) the following:
  - Tokyo Haneda Airport
    - The Custom MKT Gate at Tokyo Haneda Airport will have the following:
      - New carpet (probably a black, white, and orange or red carpet).
      - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
      - Custom MKT Airlines & MKT Macedonian Airlines backdrop
      - Custom MKT Airlines & MKT Macedonian Airlines ticket counter will be installed at the gate.

  - Tokyo Narita Airport
    - The Custom MKT Gate at Tokyo Narita Airport will have the following:
      - New carpet (probably a black, white, and orange or red carpet).
      - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).

- Custom MKT Airlines & MKT Macedonian Airlines backdrop
- Custom MKT Airlines & MKT Macedonian Airlines ticket counter will be installed at the gate.

- Option: New Chitose Airport
    - The Custom MKT Gate at New Chitose International Airport will have the following:
        - New carpet (probably a black, white, and orange or red carpet).
        - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
        - Custom MKT Airlines & MKT Macedonian Airlines backdrop
        - Custom MKT Airlines & MKT Macedonian Airlines ticket counter will be installed at the gate.

- Option: Fukuoka Airport
    - The Custom MKT Gate at Fukuoka International Airport will have the following:
        - New carpet (probably a black, white, and orange or red carpet).
        - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
        - Custom MKT Airlines & MKT Macedonian Airlines backdrop
        - Custom MKT Airlines & MKT Macedonian Airlines ticket counter will be installed at the gate.

- Option: New Kansai International Airport
    - The Custom MKT Gate at New Kansai International Airport will have the following:
        - New carpet (probably a black, white, and orange or red carpet).
        - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
        - Custom MKT Airlines & MKT Macedonian Airlines backdrop
        - Custom MKT Airlines & MKT Macedonian Airlines ticket counter will be installed at the gate.

- Indira Gandhi International Airport (Dehli)
    - The Custom MKT Gate at Dehli International Airport will have the following:
        - New carpet (probably a black, white, and orange or red carpet).
        - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
        - Custom MKT Airlines & MKT Macedonian Airlines backdrop

- Custom MKT Airlines & MKT Macedonian Airlines ticket counter will be installed at the gate.

- o Chhatrapati Shivaji Maharaj International Airport (Mumbai)
  - ▪ The Custom MKT Gate at **Chhatrapati Shivaji Maharaj International Airport** will have the following:
    - New carpet (probably a black, white, and orange or red carpet).
    - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
    - Custom MKT Airlines & MKT Macedonian Airlines backdrop
    - Custom MKT Airlines & MKT Macedonian Airlines ticket counter will be installed at the gate.

- o Option: Chennai International Airport
  - ▪ The Custom MKT Gate at **Chennai International Airport** will have the following:
    - New carpet (probably a black, white, and orange or red carpet).
    - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
    - Custom MKT Airlines & MKT Macedonian Airlines backdrop
    - Custom MKT Airlines & MKT Macedonian Airlines ticket counter will be installed at the gate.

- o Rajiv Ghandi International Airport—Hyderabad
  - ▪ The Custom MKT Gate at **Rajiv Ghandi International Airport** will have the following:
    - New carpet (probably a black, white, and orange or red carpet).
    - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
    - Custom MKT Airlines & MKT Macedonian Airlines backdrop
    - Custom MKT Airlines & MKT Macedonian Airlines ticket counter will be installed at the gate.

- o Option: Kempegowda International Airport—Bengaluru.
  - ▪ The Custom MKT Gate at **Kempegowda International Airport** will have the following:
    - New carpet (probably a black, white, and orange or red carpet).
    - New benches (black, white, and orange or red with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
    - Custom MKT Airlines & MKT Macedonian Airlines backdrop

- Custom MKT Airlines & MKT Macedonian Airlines ticket counter will be installed at the gate.

- Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in the Japanese Government and Indian Government in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between the Japanese Government and Indian Government & PLAINTIFF, PLAINTIFF'S family, and MKT Companies.
  - 

**(22):** AT&T or Verizon shall provide 1) communication services for MKT Companies at cost plus 17.45%; if not is not cheaper than retail list prices, then at actual cost only. MKT Airlines & MKT Macedonian Airlines will be incorporated into AT&T and VERIZON'S employees' perks reward programs at AT&T and VERIZON; and if none exist, create one. MKT Airlines will be one of the preferred airlines for AT&T and VERIZON corporate and employee travel. 2) Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone at AT&T and VERIZON in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between AT&T and VERIZON & PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

**(23):** MKT Airlines & MKT Macedonian Airlines will be incorporated into United States Government's employees' perks reward programs at any federal agency or department in the United States Government; and if none exist, create one. MKT Airlines will be one of the preferred airlines for United States Government employee travel.

**(24):** MKT Airlines & MKT Macedonian Airlines will be incorporated into the following Government's employees' perks reward programs at any agency or department of the following governments: Qatar, United Kingdom, Japan, Australia, Canada, and Germany; and if none exist, create one.

**(25):** Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in the United States Government or contractors with the United States Government in the future, aforementioned shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall

govern such interactions between anyone in the United States Government & PLAINTIFF, PLAINTIFF'S family, and MKT Companies. No bureaucratic or government bullshit or malfeasance by the United States Government against PLAINTIFF, PLAINTIFF'S Family, and MKT Companies..

**(26):** 1) J.P. Morgan Chase will be co-partners with MKT Airlines Credit Union (MKT CU) and with MKT CU in creating a MKT Airlines Credit Card. 2) J.P. Morgan Chase will work with MKT Airlines to create an Airline Rewards Program that is in the top 5 of the United States. 3)Whenever PLAINTIFF, PLAINTIFF'S family, and/or MKT Companies employees and representatives interacts with anyone at J.P Morgan Chase in the future, you shall interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between J.P Morgan Chase & PLAINTIFF, PLAINTIFF'S family, and MKT Companies.

(27): Alphabet Inc. will provide MKT Companies: 1) optimal SEO search results, ROI, and Google Ad Sense. 2) MKT Airlines & MKT Macedonian Airlines will be incorporated into Alphabet's employees' perks reward programs at Amazon; and if none exist, create one.  MKT Airlines will be one of the preferred airlines for Alphabet Inc.'s corporate and employee travel. 3) Whenever PLAINTIFF and PLAINTIFF'S family and/or MKT Companies employees and representatives interacts with anyone in Alphabet Inc. in the future, you should interact with us like we are your best friends. Talk all the crap and shit you want behind our backs, but not to us directly. Joking is welcomed. Furthermore, there shall be no conspiracies nor intentional actions nor unintentional actions to retaliate against nor make it an iota more difficult than usual with PLAINTIFF, PLAINTIFF'S family, and employees/representatives of MKT Companies. An Honor Code shall govern such interactions between Alphabet Inc., PLAINTIFF, PLAINTIFF'S family, and MKT Companies representatives and employees.

# (4): MKT Railroad

- o The United States Government will provide a team to help establish and create new MKT Railroad.

- o The United States Government will assist in the negotiations and ask BNSF if they are interested in bringing back to life the impossible railroad and to connect Mexicali to San Diego depending on feasibility studies.

- o PLAINTIFF will take part of the billions in restitution and purchase a few short line railroads and rehabilitate them. Such shortlines (and companies to purchase them from) may include one of the following:

    - o Texas Pacifico (ideal)*
    - o Fort Worth & Western Railroad
    - o West Texas & Lubbock Railway
    - o Texas & New Mexico Railway

- New Orleans and Gulf Coast Railway Company for MKT Oil.*
- Louisiana and Delta Railroad for MKT Oil* Targeted one for purchase. Gotta purchase it from BNSF?
  - Contact BNSF about completely purchasing the line.
- Additional short lines that need repair that the U.S. Government says needs to be helped possible.
- Two ideal: Texas Pacifico and Louisiana and Delta Railroad with Impossible Railroad if it is feasible so long as the total for all three is less than two billion out of PLAINTIFF'S restitution of 6 billion.

- MKT Railroad will purchase old rolling stock like boxcars and turn it into homes for homeless veterans and homes for homeless people. Essentially the way trailer homes and shipping container homes are created and made.

- Each day PLAINTIFF was in Tokyo, JAPAN from May 26th, 2015 to August 2nd, 2015 (or so), which is 68 days, India, GE, and USA had a 1000 GE locomotive deal for trade is in the offing and an Anchor and a Pitchfork, India and the United States shall pay for MKT Railroad's:
  - 24 new GE ET44AC/ET44C4 locomotives (ask Serbia Cargo Railway if they want 3 and convert it to European coupling standards)
  - 24 new EMD SD70Ace-T4P4 or EMD SD70ACe-T4.
  - 20 new Wabtec SD23T4 (ask Serbia Cargo Railway if they want 3 and convert it to European coupling standards)
  - 68 New Trinity Rail Hourglass Auto Racks,
  - 204 Tanker cars specially designed to transport jet fuel safely wherever it is needed across the country.
  - 204 Oil tank cars to take oil from the boat and into MKT Oil.
  - The United States Government will help get trackage rights on existing railroads to get the oil from the boat to MKT Oil and wherever MKT railroad may go in the country.

**(B):** PLAINTIFF asks Court to affirm the right to say and receive                    [X] YES
offensive information is a constitutionally protected right.

**(C):** PLAINTIFF asks the Court to affirm that saying something          [    ] Granted
offensive in the workplace is not a terminable offense under               [    ] Denied
the First Amendment

**(D):** PLAINTIFF asks the Court to 1) affirm the First Amendment          [    ] Granted
protected right to say any joke or offensive joke anywhere is protected    [    ] Denied
under the First Amendment and one can be retaliated against on the
basis of a joke for 1st Amendment purposes, and
2) saying any joke or any offensive joke in-and-of-itself is not an

actionable act that contributes to a hostile environment under
Title VI, Title VII, Title IX, and Section 504/ADA.

**(E):** PLAINTIFF asks the Court to affirm the principle that      [   ] Granted
words are not violence under the First Amendment.      [   ] Denied

**(F):** PLAINTIFF asks Court to have the following DEFENDANTS or      [   ] Granted
Individuals give a written, sincere, and meaningful apology      [   ] Denied
to PLAINTIFF by: CHIEF JUSTICE JOHN ROBERTS; JUSTICE
ALITO; POTUS 43-46; & DOJ/ATTORNEY GENERAL.

**(G):** Plaintiff asks the Court to have United States Government      [   ] Granted
and PLAINTIFF to work beneficially, amicably, and peacefully together      [   ] Denied
for solutions so that this never occurs again in United States history.

**(H):** PLAINTIFF asks the Court to prohibit any future retaliation by      [   ] Granted
any DEFENDANTS against PLAINTIFF'S family members and      [   ] Denied
any of PLAINTIFF'S remaining & future friends and property.

**(I):** PLAINTIFF prays for the following legal requirement out of      [   ] Granted
American INTEL and all U.S. Federal Agencies in the future.      [   ] Denied
PLAINTIFF calls it ***Miki's Objection:*** **1)** When there are any
significant actions undertaken against an individual American
that necessarily *implicates* an American's constitutional rights
at issue by officers or employees US Administrative Agency,
White House, or Intelligence agency,
a written reasonable explanation must be provided as to why the
federal actions directed at the individual would not violate
any constitutional right of the individual at issue in which there
is a defacto presumption of unconstitutionality;
**2)** In any field operation that constitutes a sting or an operation
that *implicates* any targeted American's constitutional
rights by Federal law enforcement, IRS, or US Federal
intelligence agency, a written explanation as to why the federal law
enforcement, IRS, or US federal intelligence agency's operation
or sting would not violate the rights of the targeted American
individual must be given in which there is a presumption of
defacto unconstitutionality.

**(J):** PLAINTIFF asks the Court to have DEFENDANTS implement      [   ] Granted
***Miki's Step*** in future investigations in DEFENDANTS' agencies.      [   ] Denied

1): It will require an affirmative legal obligation for DEFENDANTS
to assist and help individuals known to have mental disabilities like
autism whether that is providing information; preventing the abuse
thereof; not engaging in set up operations because suspects are
autistic/disabled;
2): also includes a step that exculpatory evidence must be
affirmatively documented and utilized in the course of an ongoing
investigation. DEFENDANTS AND PLAINTIFF will come to
an agreement what *Miki's Step* looks like in reality and practice
on a later date.

**(K):** PLAINTIFF asks the Court to rule that whenever property
is seized by any DEFENDANTS, the owners of the property must
be informed of said seizure and that seizure can only happen after
a judgment is issued against the property in a court in which
the owner's of the property must be in the courtroom during
the ruling.

[  ] Granted
[  ] Denied

**(L):** This is *Miki's anti-corruption action* (akin to a Biven
action in Court) to be found under 18 U.S.C. 1961 and
42 U.S.C. 1983.  That when any local, state, or federal judge
or any US federal official or any US Federal employee has a
reasonable suspicion to know that a state or federal government
employee, official, or subcontractor (the party) during anytime in
litigation, during the course of an investigation of a targeted
American, during the course of decision-making concerning that
implicates the targeted American's constitutional rights, or at any
time files anything in court in which the party used perjured
testimony that painted a sharply different picture of the entire affair
against the targeted American, materially omitted certain facts that
painted a sharply different picture of an affair of the targeted
American, utilized a known fabricated narrative or materially
misleading narrative that painted a sharply different picture of
an affair of the targeted American, fails to include exculpatory
evidence that casts a reasonable shadow upon the truthfulness of
the affair of the targeted American, or fails to directly notify the
targeted American of the party's actions undertaken against the
targeted American, that is fraud upon the Court or a violation of
Due Process of the targeted American at issue. Every local, state,
or federal judge has a legal, ethical, and professional duty to remedy
the situation at once; a judge's failure in remedying the issue
constitutes a RICO predicate act against the targeted American,
and when taken in sum, constitutes a pattern of racketeering under
RICO and a Due Process violation. Any US federal official or any

[  ] Granted
[  ] Denied

US Federal employee's failure in remedying the situation involving the targeted American constitutes a Due Process violation and constitutes a pattern of racketeering under RICO.

**(M):** PLAINTIFF asks the Court to rule that there exists an affirmative legal duty to be properly informed of the situation if one is under legal guardianship that substantially effects the liberty and financial interests of said individuals.

[  ] Granted
[  ] Denied

**(N):** PLAINTIFF asks the Court to rule in his favor on all the legal arguments PLAINTIFF made in Section IV: Legal House Keeping:

[  ] Granted
[  ] Granted in part.
[  ] Denied in part.
[  ] Denied

1) An Obstruction of Justice violation occurs under 18 U.S.C. §1961 Section 1503 when a Constitutional Right violation or deprivation is made by an official or officer of the United States Government or is directed to be undertaken by a official or officer in the United States Government that a Court can reasonably rule a Constitutional Violation occurred regardless of whether or not it was a clearly established statutory right or constitutional right.

2) There is a Constitutional Right to be left alone under the 9th and 10th and 14th Amendments. Finding the Constitutional Right to be left alone exists under the 9th or 10th Amendment per *Olmstead v. United States*, 277 U.S. 438 (1928) utilizing the reasoning in Justice Brandeis' nearly 100% correct dissent (except for the part JUSTICE BRANDIES justifies *Buck v. Bell*) that is applicable in this case. The PLAINTIFF asks the Court to use this section from the dissent and make it valid law (especially the sections in bold emphasis below):

   a. "Legislation, both statutory and constitutional, is enacted, it is true, from an experience of evils, but its general language should not, therefore, be necessarily confined to the form that evil had theretofore taken. Time works changes, brings into existence new conditions and purposes. Therefore, a principle, to be vital, must be capable of wider application than the mischief which gave it birth. This is peculiarly true of constitutions. They are not ephemeral enactments, designed to meet passing occasions. They are, to use the words of Chief Justice Marshall 'designed to approach immortality as nearly as human institutions can approach it.' The future is their care, and provision for events of good and bad tendencies of which no prophecy can be made. In the application of a constitution, therefore, our contemplation cannot be only of what has been, but of what may be. Under any other rule, a constitution would indeed be as easy of application as it would be deficient in efficacy and power. Its general principles would have little value, and be converted by precedent into impotent and lifeless formulas. Rights declared in words might be lost in reality.

b. When the Fourth and Fifth Amendments were adopted, "the form that evil had theretofore taken" had been necessarily simple. **Force and violence were then the only means known to man by which a Government could directly effect self-incrimination. It could compel the individual to testify -- a compulsion effected, if need be, by torture. It could secure possession of his papers and other articles incident to his private life -- a seizure effected, if need be, by breaking and entry. Protection against such invasion of "the sanctities of a man's home and the privacies of life" was provided in the Fourth and Fifth Amendments by specific language.** *[omitted]* **But "time works changes, brings into existence new conditions and purposes." Subtler and more far-reaching means of invading privacy have become available to the Government. Discovery and invention have made it possible for the Government, by means far more effective than stretching upon the rack, to obtain disclosure in court of what is whispered in the closet.**

c. Moreover, "in the application of a constitution, our contemplation cannot be only of what has, been but of what may be." The progress of science in furnishing the Government with means of espionage is not likely to stop with wiretapping. **Ways may someday be developed by which the Government, without removing papers from secret drawers, can reproduce them in court, and by which it will be enabled to expose to a jury the most intimate occurrences of the home. Advances in the psychic and related sciences may bring means of exploring unexpressed beliefs, thoughts and emotions.** "That places the liberty of every man in the hands of every petty officer" was said by James Otis of much lesser intrusions than these. To Lord Camden, a far slighter intrusion seemed "subversive of all the comforts of society." Can it be that the Constitution affords no protection against such invasions of individual security?

d. A sufficient answer is found in *Boyd v. United States,* 116 U. S. 616, 116 U. S. 627-630, a case that will be remembered as long as civil liberty lives in the United States. This Court there reviewed the history that lay behind the Fourth and Fifth Amendments. We said there with reference to Lord Camden's judgment in *Entick v. Carrington,* 19 Howell's State Trials 1030:"The principles laid down in this opinion affect the very essence of constitutional liberty and security. They reach farther than the concrete form of the case there before the court, with its adventitious circumstances; **they apply to all invasions on the part of the Government and its employes of the sanctities of a man's home and the privacies of life**. It is not the breaking of his doors, and the rummaging of his drawers, that constitutes the essence of the offence; **but it is the invasion of his indefeasible right of personal security, personal liberty and private property, where that right has never been forfeited by his conviction of some public offence -- it is the invasion of this sacred right which underlies and constitutes the essence of Lord Camden's judgment. Breaking into a house and opening boxes and drawers are circumstances of aggravation; but any forcible and compulsory extortion of a man's own testimony or of his private**

papers to be used as evidence of a crime or to forfeit his goods is within the condemnation of that judgment. In this regard, the Fourth and Fifth Amendments run almost into each other."

e.  In *Ex parte Jackson,* 96 U. S. 727, it was held that a sealed letter entrusted to the mail is protected by the Amendments. The mail is a public service furnished by the Government. The telephone is a public service furnished by its authority. There is, in essence, no difference between the sealed letter and the private telephone message. As Judge Rudkin said below: "True, the one is visible, the other invisible; the one is tangible, the other intangible; the one is sealed, and the other unsealed, but these are distinctions without a difference."

f.  The evil incident to invasion of the privacy of the telephone is far greater than that involved in tampering with the mails. Whenever a telephone line is tapped, the privacy of the persons at both ends of the line is invaded and all conversations between them upon any subject, and, although proper, confidential and privileged, may be overheard. Moreover, the tapping of one man's telephone line involves the tapping of the telephone of every other person whom he may call or who may call him. **As a means of espionage, writs of assistance and general warrants are but puny instruments of tyranny and oppression when compared with wiretapping.** *[omitted]*.

g.  The narrow language of the Amendment has been **consistently construed in the light of its object, "to insure that a person should not be compelled, when acting as a witness in any investigation, to give testimony which might tend to show that he himself had committed a crime. The privilege is limited to criminal matters, but it is as broad as the mischief against which it seeks to guard."** *[Omitted]*

h.  Decisions of this Court applying the principle of the *Boyd* case have settled these things. Unjustified search and seizure violates the Fourth Amendment, whatever the character of the paper; whether the paper when taken by the federal officers was in the home, in an office, or elsewhere; whether the taking was effected by force, by fraud, or in the orderly process of a court's procedure. **From these decisions, it follows necessarily that the Amendment is violated by the officer's reading the paper without a physical seizure, without his even touching it, and that use, in any criminal proceeding, of the contents of the paper so examined -- as where they are testified to by a federal officer who thus saw the document, or where, through knowledge so obtained, a copy has been procured elsewhere-- any such use constitutes a violation of the Fifth Amendment.**

i.  **The protection guaranteed by the Amendments is much broader in scope. The makers of our Constitution undertook to secure conditions favorable to the pursuit of happiness. They recognized the significance of man's spiritual nature, of his feelings, and of his intellect. They knew that only a part of the**

pain, pleasure and satisfactions of life are to be found in material things. They sought to protect Americans in their beliefs, their thoughts, their emotions and their sensations. They conferred, as against the Government, the right to be let alone -- the most comprehensive of rights, and the right most valued by civilized men. To protect that right, every unjustifiable intrusion by the Government upon the privacy of the individual, whatever the means employed, must be deemed a violation of the Fourth Amendment. And the use, as evidence in a criminal proceeding, of facts ascertained by such intrusion must be deemed a violation of the Fifth.

j.  Applying to the Fourth and Fifth Amendments the established rule of construction, the defendants' objections to the evidence obtained by wiretapping must, in my opinion, be sustained. It is, of course, immaterial where the physical connection with the telephone wires leading into the defendants' premises was made. And it is also immaterial that the intrusion was in aid of law enforcement. **Experience should teach us to be most on our guard to protect liberty when the Government's purposes are beneficent. Men born to freedom are naturally alert to repel invasion of their liberty by evil-minded rulers. The greatest dangers to liberty lurk in insidious encroachment by men of zeal, well meaning but without understanding.**

k.  "Here we are concerned with neither eavesdroppers nor thieves. Nor are we concerned with the acts of private individuals. . . . **We are concerned only with the acts of federal agents whose powers are limited and controlled by the Constitution of the United States.**"**The** Eighteenth **Amendment has not, in terms, empowered Congress to authorize anyone to violate the criminal laws of a State. And Congress has never purported to do so.** *Compare Maryland v. Soper,* 270 U. S. 9. **The terms of appointment of federal** prohibition agents **do not purport to confer upon them authority to violate any criminal law.** Their superior officer, the Secretary of the Treasury, has not instructed them to commit crime on behalf of the United States. It may be assumed that the Attorney General of the United States did not give any such instruction.

l.  **Decency, security and liberty alike demand that government officials shall be subjected to the same rules of conduct that are commands to the citizen. In a government of laws, existence of the government will be imperiled if it fails to observe the law scrupulously. Our Government is the potent, the omnipresent teacher. For good or for ill, it teaches the whole people by its example. Crime is contagious. If the Government becomes a lawbreaker, it breeds contempt for law; it invites every man to become a law unto himself; it invites anarchy. To declare that, in the administration of the criminal law, the end justifies the means -- to declare that the Government may commit crimes in order to secure the conviction of a private criminal -- would bring terrible retribution. Against that pernicious doctrine this Court should resolutely set its face.**

3) Sarcastic humor is a trait of Serbians and that violating one's sense of humor or utilizing sarcasm maliciously can be a basis of a Title VI claim against the United States Government and any of its agencies or officers or officials.

4) Title VI applies to Slavic and/or Balkan people as they are a distinct group that Congress necessarily included in 1866.

5) That one making jokes or engaging in sarcastic humor is a 1st Amendment protected activity. America needs to learn to laugh again. That violating one's sense of humor or utilizing sarcasm maliciously or fraudulently in the Court by an official, officer, or agency of the United States Government is a 1st Amendment violation.

6) Words are not physically violent acts under the 1st Amendment. Put in another way, words are not violence under the 1st Amendment.

7) The principle is legally valid: the United States Government can violate or defile's one soul and for it to be a legally cognizable and addressable harm that one has standing to sue over against the United States Government under the United States Constitution as one of the following rights under the Constitution--1st, 4th, 5th, 8th, 9th, 10th, 13th, and 14th Amendments, under the following laws: Title VI of the Civil Rights Act, Section 504, RICO, 18 U.S.C. 241, 18 U.S.C. 249, 42 U.S.C. 1983, 42 U.S.C. 1985, 42 U.S.C. 1986, 18 U.S.C. 2340, and 18 U.S.C. 2441.

8) Under the 8th Amendment, it shall constitute cruel and unusual punishment for a United States Agency, judge, or officer to knowingly utilize an individual's disability adversely against their own Constitutional Interests through entrapment or other malicious scheme or operation.

9) There is neither qualified immunity nor absolute immunity for committing war crimes, torture, and/or terrorism against an American by ANY state or federal government official, employee, or subcontractor abroad or domestically.

10) DEFENDANTS get no absolute or qualified immunity for engaging in RICO predicate acts.

11) In Article II Section 4 of the Constitution, the word bribery in the following sentence-- "The President, Vice President and all civil Officers of the United States, shall be removed from Office on Impeachment for, and Conviction of, Treason, **Bribery**, or other high Crimes and Misdemeanors" necessarily includes and means RICO as well.

12) Racketeering is not diplomacy. It may be in corrupt countries, but it is not in America.

13) A United States officer or official engaging in a RICO predicate act falls outside their defined scope of duties and powers.

14) Under RICO:

a. That because of the wanton, intentional, malicious, & completely unaccountable and unpunished actions of the DOJ and employees of the DOJ, American Intel, and the remaining DEFENDANTS in regard to RICO Enterprise 1, the Court shall grant PLAINTIFF'S liberal construction and request that PLAINTIFF in a Civil RICO lawsuit be allowed to use all of the powers of 18 U.S.C.§1963, the 18 U.S.C.§1963 caselaw PLAINTIFF cited, and 18 U.S.C. §1964 as remedial measures in the interest of justice. Congress in 1970 inherently presumed and understood that in granting DOJ those powers under 18 U.S.C.§1963 to combat corruption means that Congress in 1970 would have never thought possible that the very leadership of the DOJ and SCOTUS would be the ones perpetuating massive amounts of corruption and legal fraud against their own citizens, committing international and domestic terrorism against American citizens, and committing war crimes against their American citizens the way DEFENDANTS outrageously did against PLAINTIFF between 2008-2022 thereby granting DOJ that amazing power in 1970. Precisely because of the legal fraud and corrupt acts, enabling of war-crimes and torture of certain Solicitor Generals and Attorney Generals of the DOJ that were undertaken over the last 15 years that was directed against an American citizen without Due Process of law, DOJ lost that privilege of them having that power just for themselves because they were entrusted not to be corrupt; and because they lost that privilege through their actions, PLAINTIFF and future Americans have an affirmative obligation and duty to America to stop the evils of war crimes, corruption, torture, and legal fraud at the hands of DOJ by using the same powers against them when the DOJ acted the way they did. Justice demands and requires the Court to grant that in order to punish the corruption that knowingly happened under their own leadership—there is no better deterrent to prevent corruption than using their own powers against them when they lost their actions. How can one root out corruption if one doesn't have the tools to root out corruption? By the Court granting this, this will ensure DOJ will be less corrupt in the future because the DOJ would necessarily know their own powers can be used against them, which provides DOJ a major incentive not to be corrupt. Here is the thing. DOJ should have absolutely no problem with the proposition PLAINTIFF just proposed and should welcome it completely. Why? If corruption is not going to be a problem in the future in DOJ, then there are going to be no cases that are going to use this precedent against DOJ in the future. DOJ should not cower in fear of the opportunity to redeem themselves by not being corrupt in the future. If they fight against this proposition, then that ruins the image of the DOJ leading to distrust and degradation of the very institutions Americans hold sacred. Sure, there can be stipulations to exactly how far and much the power under 18 U.S.C.§1963 could be used against DOJ, which PLAINTIFF discusses below.

b. In light of the previous point, PLAINTIFF is asking the Court to rule that when a civil RICO lawsuit includes a current or former DOJ attorney or employee as a defendant, a PLAINTIFF is allowed to utilize 18 U.S.C.§1963 against the current or former DOJ employee in which PLAINTIFF can fully subsequently use 18 U.S.C.§1963 against any additional party or company in the lawsuit that was part

of the racketeering within appropriate limits. In regards to utilizing 18 U.S.C.§1963 against the former or current employee of the DOJ, it can be utilized against the DOJ to the extent of the amount of resources that the current or former employee of the DOJ used to perpetuate the RICO Enterprise against the PLAINTIFF, wages and benefits of the current or former employee of the DOJ obtained through the course of employment, and any and all agreements or payments to any third party that was used to perpetuate the RICO Enterprise against a PLAINTIFF by the current and former employee, but 18 U.S.C.§1963 does not apply to the entirety of the organization. So this is holding corrupt DOJ attorneys accountable for their actions but not at the complete financial detriment of the DOJ as an organization. Which is considerate and fair and that balances the interests of all parties when the corruption committed by Attorney Generals, Solicitor Generals, and DOJ Attorneys is the biggest detriment to the DOJ as an institution. After the case, it can't apply retroactively as to eviscerate court resources in the future.

15) USA PATRIOT ACT violates at least: *Ex Parte Jackson*, 96 U.S. 727 (1877) (Prohibition of obtaining, seizing, and opening and reading emails/mails "whilst" in the transport or transmission of data that must necessarily "have a warrant, issued upon similar oath or affirmation particularly describing the thing to be seized, as is required when papers are subjected to search in one's own household.")

16) That based on the entirety of this complaint, the USA PATRIOT ACT as well as the FISA Court Act are completely unconstitutional in which all of these provisions of the USA PATRIOT ACT are necessarily included as being unconstitutional: §115, §120, §121, §212, §213, §214, §215, §321, §322 §428, §501, §508, and §702. FISA Court

17) In regards to the previous point, PLAINTIFF is making the following factual allegations and presumptions involving American Intel (FBI, CIA, et. al) DEFENDANTS: At least one or more semesters starting around Fall 2007 to Spring 2011 when PLAINTIFF attended SEWANEE, they used a TITLE II or a different Title search under the USA PATRIOT ACT against PLAINTIFF. This was necessarily unconstitutionally done in which legal fraud was committed on the court and by the court. DEFENDANTS utilized the FISA Court unconstitutionally against PLAINTIFF since either Fall 2007 or Spring 2008 in which legal fraud was committed against the FISA court by DEFENDANTS. American Intel DEFENDANTS from Fall 2007 to Spring 2011 utilized national security letters against companies that had information on PLAINTIFF—these were all necessarily unconstitutionally done in which legal fraud was perpetuated based on these unconstitutional national security letters (in which some of them were utilized against Co-DEFENDANTS like Apple, Meta, Cox Communications, etc.). American Intel DEFENDANTS unconstitutionally used USA PATRIOT ACT provisions: §115, §120, §121, §212, §213, §214, §215, §321, §322 §428, §501, §508, §702, and §896 against PLAINTIFF starting from around Fall Semester 2007 or Spring Semester 2008 and has not stopped utilizing it against PLAINTIFF since that initial time they started using the USA PATRIOT ACT unconstitutionally against PLAINTIFF. Furthermore, American Intel DEFENDANTS used any other relevant and applicable Presidential Directive or Executive Order against PLAINTIFF between Fall

2007 to Present in regard to having seized, searched, detained, tortured, taken, PLAINTIFF'S person and property and in addition, violated PLAINTIFF'S constitutional rights by American Intel DEFENDANTS.

18) That whenever justice so demands it in which officials in the United States government engaged in such horrific constitutional abuses that violated every single sense of traditional notions of justice and fairness in which the conscience is shocked, a PLAINTIFF can request the Court either exclude certain case law in which prejudice and fraud upon the Court occurred or that the Court can only utilize a certain era of caselaw to ensure fairness and Due Process to the PLAINTIFF to prevent the abuses from occurring in the future.

19) That Civil Asset Forfeiture is unconstitutional in which the United States Government fails to provide notice of the proceeding to the owner of the property and that a criminal conviction and finding of guilty is needed to utilize Civil Asset Forfeiture against property.

20) That the IRS requirement of reporting of transactions in which $10,000 or more in US Dollars from overseas that is brought to America is unconstitutional; and if Congress has a problem with that, it can create exceptions to that law's applicability. That reporting any online transactions in which $600 or more is spent is also unconstitutional.

21) That this litigation is not vexatious and not biased or prejudicial against the DEFENDANTS.

22) That it is a material 4th and 5th Amendment violation for any American intelligence agency to use a foreign intelligence agency anywhere in the world against an American subject when ANY American intelligence agency has a reason to know they are doing so when any agency has committed a constitutional violation against the American subject in the process of investigating the subject; are constitutionally compromised by their own actions; are retaliating against an American subject; that the taint of American Intelligence agencies is not removed once they utilized an independent foreign source; and other conditions to be determined. That there is a de-facto presumption prohibiting the United States government in using any foreign intelligence against an American subject; that there is a de-facto presumption against the United States government from obtaining any evidence against an American subject by a foreign intelligence agency; for Constitutional purposes, a foreign intelligence agency will never be viewed as an independent source outside of the United States Government and the United States government can never argue that a foreign intelligence agency being utilized against an American is an independent source from the foreign intelligence agency they utilized.

23) That it is completely unconstitutional to utilize Title II of the USA Patriot Act against a 20 year old who had an open can of Coors Light.

24) That any American subject to a FISA ruling must have been necessarily told and made aware of the proceedings used against him in which the Court must afford an American

an opportunity to defend himself, engage in cross-examination, bring witnesses, and more; and that a failure to do these things are completely unconstitutional.

25) Law Enforcement utilizing an independent source under *United States v. Leon*, 468 U.S. 897 (1984) is unconstitutional as applied in this case.

26) National Security Letters are Unconstitutional.

27) That precisely because of the extraordinary events that occurred in this Complaint under *Star Chambers* in which there will never be a similar situation in United States history, that the Court issue a mandamus to Congress to necessarily declare the following cases as unconstitutional as they are necessarily and irrevocably constitutionally compromised, tainted, and corrupted; and that any cases and issues that come in the future cannot be ruled in the same exact manner:

**(P):** PLAINTIFF asks the court to rule that modern iterations of          [  ] Granted
*Star Chambers* are unconstitutional as they adversely effect              [  ] Denied
every single notion of traditional justice and fairness in the law
and in court.

**(Q):** PLAINTIFF requests the Court to allow PLAINTIFF to own            [  ] Granted
and operate the following weaponry—handguns/pistols, shotguns,            [  ] Denied
rifles, rockets and rocket launchers, and Boeing Apache Helicopters.
Those are necessary to repel DEFENDANTS
from committing another terrorist act against PLAINTIFF again
on PLAINTIFF'S properties.

**(R):** If any variation of (A) is denied, PLAINTIFF asks                 [  ] Granted
the Court to grant PLAINTIFF'S request that                               [  ] Denied
DEFENDANTS pay for PLAINTIFF'S Medical & Psychological
care for life at PLAINTIFF'S complete direction and discretion
because of everything in this complaint, particularly:
*Miki's Tea Party*
*An Anchor and a Pitchfork*

**(S):** PLAINTIFF has a right to travel anywhere in the world            [  ] Granted
In which private individuals like HILLARY CLINTON                         [  ] Denied
or government actors cannot dictate where PLAINTIFF
and his family are allowed to travel to in the future.
Furthermore, no DEFENDANT countries will prohibit
PLAINTIFF from entering into the country and will ensure

PLAINTIFF'S safe travels and time in respective countries

**(T):** Social Credit Systems that function similarly to the       [  ] Granted
Social Credit System (社会信用体系) in China are unconstitutional      [  ] Denied
the in the United States of America.

**(U):** PLAINTIFF asks the Court to grant the request that PLAINTIFF       [  ] Granted
shall have no income & property tax for life (which also includes      [  ] Denied
all of PLAINTIFF's future heirs and their children and heirs) for
up to 3 generations that can't be transferred to anyone else.
In addition, PLAINTIFF asks the Court to grant the request that
there shall be no income & property tax for life for PLAINTIFF'S
extended family (up to 3 degrees of blood relatedness) for up to 3
future generations and their heirs that can't be transferred to anyone
else. PLAINTIFF and his heirs should not have to pay the
US Government for committing terrorism, war crimes, and torturing
PLAINTIFF against PLAINTIFF'S Constitutional and Legal Rights.

**(V):** PLAINTIFF asks court to 1) denounce eugenics in the opinion       [  ] Granted
and expressly stating that eugenics is unconstitutional, and 2)      [  ] Denied
sterilizing one or allowing one to undergo any sex change procedure
under the age of 18 on the basis of their disability is unconstitutional.
Plaintiff asks the Court to affirm there exists a substantive
liberty for disabled individuals to marry and procreate.

**(W):** Congress and the Court shall create a new part of the
legal definition of domestic terrorism in which it shall include:
any plot, artifice, operation, or scheme undertaken by two or more
united states federal employees or officials or at the behest of them that
crosses state or international lines for political or legislative purposes
in which conspirators willfully, intentionally, and knowingly target and deprive
an American of their constitutional rights and violate that
American's constitutional rights in the process of their operation,
scheme, plot, or artifice by force, coercion, abuse of legal process,
kidnapping, malicious prosecution, torture, sex trafficking of children,
entrapment, bribery, fabrication and utilization of materially misleading
narratives or evidence, or murder, in order to deprive any
additional American of their constitutional rights.

Any Executive Orders issued by the President, any orders
from high ranking members of the White House, or any orders
issued by any managers or leaders in any US Intelligence
agency or DoD or having any foreign intelligence agency or military
or private third parties conduct the scheme, plot, artifice,
or operation at the request of the American conspirators is covered

by the definition.

The penalty of this shall be a minimum of 25 years in jail without parole or death

**(X):** Disability issues that impact substantive liberty issues will not be decided on Rational Decision Basis but on a higher standard.

[ ] Granted
[ ] Denied

**(Y):** PLAINTIFF asks the court to prohibit any future retaliation, surveillance, and torture by any foreign intelligence service or military service and the United States Government.

[ ] Granted
[ ] Denied

**(Z):** PLAINTIFF asks the Court to have DEFENDANTS give PLAINTIFF credit for Intellectual Property used and stolen without PLAINTIFF'S permission or consent, especially in the White House permission or consent, especially in the White House.

[ ] Granted

[ ] Denied

**(D1):** PLAINTIFF asks the Court to rule that there is a substantiative constitutional right in the sanctity of marriage via the 9th or 10th Amendment that can't be infringed upon by the US Government. This is direct response to the assault DEFENDANTS committed on PLAINTIFF in regards to the sanctity of his marriage.

[ ] Granted
[ ] Denied

**(B1):** PLAINTIFF and the United States Government will create a private public partnership in assisting special needs kids at schools all across the country. Additionally help at risk youth.

**(E1):** PLAINTIFF requests the COURT give him full ownership of ANDREW MCCABE or PETER STRZOK'S home & whoever else murdered Sparky or accused PLAINTIFF of burning down his home to obtain a warrant so that PLAINTIFF can donate them for FBI to use in SWAT training. If not, donate and give said homes & have the local Fire Department burn down their homes in which PLAINTIFF will sit directly in front of ANDREW MCCABE and PETER STRZOK and whoever else falsely alleged PLAINTIFF burned down his home in a warrant who must attend watching their homes burn down, for a minimum of two minutes in which PLAINTIFF will get to stand in front of the individual while their homes burn behind PLAINTIFF for having routinely accused PLAINTIFF of burning

[ ] Granted
[ ] Denied

down his home and killing his cat Sparky, whom PLAINTIFF
loved dearly DEFENDANTS tarnished my cat's memory and
but for the false allegation in Spring 2015 and obstruction
of justice act, DEFENDANTS would not have been able to know
about JAPLAN.
This is in remembrance of Sparky.


**(F1):** PLAINTIFF asks the Court to allow PLAINTIFF to                     [  ] Granted
purchase requisite chemicals and have the ability to manufacture            [  ] Denied
his own Adderall and Ketamine in the confines of PLAINTIFF'S
home or properties—not for individual sale or use or distribution
outside of any of PLAINTIFF'S properties or self—because
DEFENDANTS routinely denied PLAINTIFF the proper help
and medication when he desperately needed under the 8th Amendment.
Therefore, PLAINTIFF should have emergency access to
lifesaving medication whenever PLAINTIFF needs it.


**(G1):** PLAINTIFF asks the Court that **a):** on the day that Air Serbia will   [  ] Granted
receive one of their BOEING 787 or A330neo, and/or A321neos,                      [  ] Denied
PLAINTIFF'S 'Kawaii One'will also be right behind the
"new" aircraft for Air Serbia in which HILLARY CLINTON,
BILL CLINTON, ANDREW MCCABE, JAMES COMEY,
JOHN O. BRENNAN, JEH JOHNSON, CHIEF JUSTICE
JOHN ROBERTS, MICHAEL HAYDEN, GEORGE W BUSH,
BARACK OBAMA, LEON PANETTA, and HAROLD KOH will be
on it and they all will have to make a funny and classy Serbian "*Itan*"
music video in Serbia to the song of: *Avionu Slomicu Ti Krila* by Riblja
Corba. DEFENDANTS will spend no more than 2 days max in Serbia
and fly back on 'Kawaii One' or Air Serbia to America.
Aforementioned (except muslims) all must necessarily
drink Domaca both days they are in Serbia.
**b):** In transfer party of the aircraft acquired in (A) to Air Serbia
following will be given to PLAINTIFF:
**three nicely furnished wooden framed sets of:**
<u>One set:</u> 1 $20 dollar bill (JACKSON) and 1 $2 bill (JEFFERSON)
with a meaningful letter of apology from HILLARY CLINTON &
BILL CLINTON.
<u>Second set:</u> 1 $20 dollar bill (JACKSON) and 1 $2 bill (JEFFERSON)
with a meaningful letter of apology from
ANDREW MCCABE, ROBERT MUELLER, JOHN BRENNAN,
& PETER STRZOK.
<u>Third set:</u> An official meaningful letter of apology by
CHIEF JUSTICE JOHN ROBERTS in which the Court officially
recognizes that the ruling of

*City and County of San Francisco v. Sheehan*, 575 U.S. 600 (2015)
was one of the most unconstitutional rulings ever made within the last
50 years in which it is declared null and void by SCOTUS
(also declare *Korematsu* as unconstitutional as well).


**(H1):** PLAINTIFF asks the Court to find the following laws,                    [X] YES
principles, and cases unconstitutional:
USA PATRIOT ACT;
Qualified and Absolute Immunity;
Star Chambers;


**(J1):** PLAINTIFF asks the Court to discharge any disabled students' college          [  ] Granted
loans because of how adverse DEFENDANTS were against disabled                    [  ] Denied
individuals between 2008-2016.


**(K1):** Plaintiff requests for the Courts to have DEFENDANTS assist in          [  ] Granted
creating a bigger & better version of the Miniatur Wunderland in                 [  ] Denied
Hamburg, Germany and have an American version of it in which
PLAINTIFF owns outright in which DEFENDANTS cannot take,
cannot take, seize, or tax in any way or capacity forever.
Assisting includes finding a suitable location in a big American city,
electronics, layout, etc. Details To Be Determined Later.
This primarily stems from DEFENDANTS stealing PLAINTIFF'S
Flash drive to continue their Enterprise from PLAINTIFF'S HO Scale
Intermodal Container in Summer and Fall 2016 that he hid in
the train club near Baton Rouge, Louisiana.

**(M1):** Any use future, new, or existing technology that
can pierce the walls, roof, and windows of one's own home,
apartment, residence, place of business or employment that
gives an ability to listen, view, monitor or to analyze the
individuals inside the aforementioned locations shall be
presumed to be unconstitutional.

**(N1):** the utilization of using any foreign intelligence service to
watch, monitor, analyze, surveil, search, and seize, an American
in the United States is unconstitutional.

**(O1):** Pre-Crime Analysis and Profiling is unconstitutional.

**(P1):** American Intelligence or Defense's use of super computers
that created a predictive analysis and course of action and their
subsequent usage of that analysis and course of action to impede

an American's right to seek redress in any court, any
federal administrative agency or department, the U.S. military,
and any local or state government for any constitutional wrong
is unconstitutional, prohibited, and is a tort in which a cause of
action can be found under at least
18 U.S.C. 241, 42 U.S.C. 1983, 42 U.S.C. 1985,
any Civil Rights law, and the 1st, 2nd, 3rd, 4th, 5th,
6th, 7th, 8th, 9th, 10th, 13th, and 14th Amendment.

**(Q1):** Any reports, analysis, and research in which American
Intelligence, law enforcement or Defense used any super
computers about an American shall be disclosed to the
American upon request via FOIA or in any Court.
Failure to provide the report upon request is a
1st Amendment, 4th Amendment, 5th Amendment,
8th Amendment, 9th Amendment, 10th Amendment,
13th Amendment, and 14th Amendment violation and a
cause of action can be found under any one of those
amendments as well any Civil Rights law, 42 U.S.C. 1983,
and 42 U.S.C. 1985

**(R1):** Any reports, analysis, and research about an American
that was created by a private third party or any foreign intelligence
service in which the United States government received or
utilized the report, analysis or research shall be unconstitutional.
Such reports shall be disclosed to any American upon request.

**(S1):** An American Intelligence or Defense's use of super
computers to create a pre-crime analysis and place any American
on a potential domestic terrorist watch list is defacto unconstitutional.
Any American placed on that list shall have the ability to be taken
off the list upon request or in court. Being placed on the list is a
defacto deprivation of life, liberty, and pursuit of happiness. The
United States government shall have the burden to prove
beyond a reasonable doubt why the person is on the list in which
the US Government cannot use any fabricated, materially
misleading, or government induced ploys in their justifications.

**(T1):** That during any investigation or operation
conducted by any local, state, or American law enforcement agency,
there shall be a moment in which they are forced to ask
themselves the question of: 1) are we the baddies?
2) ***Miki's Cool Down Period:*** that when any local, state, or
federal law enforcement or intelligence agency, and any foreign
intelligence agency at the behest of any American intelligence
agency or law enforcement or local or state law enforcement

does one the following constitutional wrongs in the course of
an investigation or operation against an American, they are
no longer allowed to continue the investigation or operation
against an American.

- o Torture
- o War Crimes
- o 2 RICO Predicate Acts
- o Utilizing known perjured testimony in a warrant
- o Utilizing fabricated materially misleading narratives
- o Intentionally omitting facts that paint a different picture
- o Being significantly mistaken on law & constitutional rights
- o Being willfully blind to constitutionally protected rights and law
- o Taking action against someone on the basis of their legally
  protected status under Title VI, Title IX, ADEA, and Section 504
  /ADA/IDEA.

Furthermore, it shall be a showing of malice and prejudice
by any local, state, or federal intelligence or law enforcement
agency that deprived an American of Due Process
under the 4th, 5th , and 14th Amendment in the previous instance
in which they cannot  justify continuing an investigation
based on a misdemeanor or any violation of federal law in
which the punishment of such would not exceed five years.

"Plaintiff wishes it would have never got to this point, sincerely regrets that it did get this
far, takes no joy in this complaint, and loathes that it got this far in which I wish I got the proper
help earlier with my autism and finding an amazing support group like Autism Speaks. I could
have never in my wildest dreams or imagination imagined it would have gotten this far and I am
still shocked and in disbelief. Tyranny must be stopped, and lines must be drawn to prevent the
encroachment of tyranny on to the lives of all Americans. Now that a precedent has been set by
DEFENANTS, it must be a line of what DEFENDANTS shall never venture into again."

To enhance growth globally, the Prime Minster and President highlighted both nations'
interests in an ambitious and balanced conclusion to the WTO's Doha Development Agenda
negotiations, and in having their negotiators accelerate and expand the scope of their
substantive negotiations bilaterally and with other WTO members to accomplish this as soon
as possible.  They agreed to work together in the G-20 to make progress on the broad range of
issues on its agenda, including by encouraging actions consistent with achieving strong,
balanced, and sustainable growth, strengthening financial system regulation, reforming the
international financial institutions, enhancing energy security, resisting protectionism in all its

forms, reducing barriers to trade and investment, and implementing the development action plans.

# COMPLAINT PART 2:

# Section I: *UPBRINGING.*

As per PLAINTIFF'S 8th Amendment claims, 18 USC §2340, and 18 USC §2441 claims, the cornerstone of that this complaint rests on, and as well as **Prejudicial Lobotomy**, PLAINTIFF must give the true and proper psychological profile that DEFENDANTS intentionally ignored to conform to RICO Enterprise 1.

 A: The Proper Psychological Profile. Twice Exceptional with Autism and Major Depressive Disorder.

PLAINTIFF grew up in a home where his parents lied about PLAINTIFF'S disabilities; that means that PLAINTIFF'S parents always viewed that there was something wrong with PLAINTIFF because PLAINTIFF has Asperger's; and quite honestly, they would never fully love nor accept PLAINTIFF because there was something wrong with PLAINTIFF since PLAINTIFF has Aspergers. PLAINTIFF'S parents are extremely manipulative liars, abusive, concepts of right and wrong didn't exist, where PLAINTIFF didn't have his own individuality because PLAINTIFF was coerced into believing he was an extension of his parents and never his own person, and the amount of lies PLAINTIFF'S parents told were too numerous. PLAINTIFF to escape the tyrannical abuse and controlling nature of his parents would escape into a world of books and trains. There, PLAINTIFF developed his love for history and trains. DEFENDANTS knew that a huge part of why PLAINTIFF wanted to become a Free Speech lawyer and Disability Rights lawyer was precisely because PLAINTIFF wanted to be respected for speaking truth and protecting and helping people who were in positions like PLAINTIFF. PLAINTIFF'S father is a compulsive liar that literally cannot keep track of the lies that come out of his mouth within a 5 minute time span and PLAINTIFF'S mother on numerous occasions says she has no problem with lying, does not feel bad for lying, and will do so when she thinks is 'right' in which that means PLAINTIFF'S parents regularly lied to PLAINTIFF. PLAINTIFF'S parents will do actions that concern PLAINTIFF'S life or his supposed best interests but is actually for their own self-interests; will refuse to talk about what they did concerning PLAINTIFF and will not share it with PLAINTIFF; will lie to PLAINTIFF when it comes to admitting that they've done anything wrong without PLAINTIFF knowing what they did in which their issues are some of the very same concerns and issues in this case; and then on top of their abuse, PLAINTIFF is expected to say: that is what loving parents will do or be abused further. If PLAINTIFF doesn't say that or go along with their actions, PLAINTIFF faces severe repercussions for doing so that includes such things like physical punishments and/or psychologically manipulative/abusive tactics. <u>If PLAINTIFF'S *father* or mother ever interfered in his life, PLAINTIFF doesn't think there is a</u>

single part of them that would *regret* ever doing so; and if there was anything so important in PLAINTIFF'S life, they wouldn't have the decency to tell PLAINTIFF what they did to harm my interests and own up to their mistakes in PLAINTIFF'S life. PLAINTIFF believes that the situation did not escalate the way it did without his parents' intentional contributions and omissions; but in light of what the United States Government and PLAINTIFF'S parents did to PLAINTIFF, nothing should be denied in PLAINTIFF'S prayers for relief section because of what his parents had routinely done to PLAINTIFF over the years. If PLAINTIFF had to put a ratio of issues United States Government caused and what PLAINTIFF'S parents caused, it would be 85% to 15% respectively.

To be my own person, PLAINTIFF has to tell the truth with no one's approval.

PLAINTIFF needs to discuss his personal history of psychological/disability issues. Because of the abuse, PLAINTIFF from time to time has engaged in self-injurious and self-destructive behavior, which is even more likely with people who are on the autism spectrum. PLAINTIFF understands there is going to be a huge debate over PLAINTIFF'S diagnosis. PLAINTIFF knows that he is disabled. Adderall and Ketamine have been a God-send when it comes to helping PLAINTIFF and PLAINTIFF'S disabilities. **PLAINTIFF doesn't regret a single thing PLAINTIFF did with Adderall.** Would PLAINTIFF repeat some of the same mistakes that involve Adderall? No. PLAINTIFF never did anything malicious with Adderall and always had a pure and good heart with Adderall.

In PLAINTIFF'S factual and historical psychological analysis, which PLAINTIFF believes summarizes who he is a man, the first time PLAINTIFF found the diagnosis of gifted (twice exceptional) was on April 19th, 2017 at 10:22PM in which PLAINTIFF sent TRACY BLANCHARD an email that said: "Tracy, I'm super serious when I say this. I think i finally--9 days short of my 28th birthday-- figured out what was wrong with me/ the proper diagnosis. I'm a gifted child. I was at Northwestern today and came across this book--https://www.amazon.com/Misdiagnosis-Diagnoses-Gifted-Children-Adults/dp/0910707677?SubscriptionId=AKIAILSHYYTFIVPWUY6Q&tag=duckduckgo-d-20&linkCode=xm2&camp=2025&creative=165953&creativeASIN=0910707677-- and the more I read, the more it made perfect sense to me."\

**PLAINTIFF'S research found that Dr. MELANIE JOHNSON HAYES provided the following text and criteria for identifying 2e children and adults that she wrote on September 19th, 2016:** "As with any comprehensive list of characteristics, these characteristics are not shared by all 2e children. It is difficult to place characteristics in "ability" and "disability" or "strengths" and "weaknesses" categories, because oftentimes, what could be considered a weakness in one setting, might be considered a strength in another. For example, debating with an adult about the morality of personal choices could be admired in a social setting and punished in a school setting. Or the ability to hyper focus on intellectual pursuits could be a strength at school, but a weakness at home when parents need chores done. This is the criteria from Dr. MELANIE JOHNSON HAYES:

**Intellectual**

- highly curious, divergent thinker[135]
- intellectually advanced
- creative problem solvers
- **insatiable need for information/learning[136]**
- learns "systems" to a high degree of competency
- can see obscure connections not easily seen by others
- **advanced creativity**
- strong metacognitive (thinking about their thinking) skills
- unique insight into complex issues[137]
- has different, often unusual perspectives[138]
- likes to explore wide ranging, often esoteric, subjects
- can rapidly accelerate learning to high levels of expertise
- **advanced, wicked, often bizarre sense of humor**
- extraordinary perceptions and/or abilities in one or more areas
- autodidactic (ability to successfully teach one's self)
- responds well to academic flexibility and self-directed learning
- may seem introverted, spends a lot of time daydreaming/thinking
- **long attention span when working in areas of high interest**
- passionate about areas of interest, fully focused and invested
- persistent
- demonstrated superior spatial skills
- enjoys codes, puzzles, games of strategy
- good at developing compensatory strategies
- **may have difficulty with auditory instructions/learning**
- advanced reader, can read and understand highly complex material
- superior vocabulary
- unusual imagination
- very motivated to achieve mastery, may abandon subject due to perfectionism/unrealistic expectations
- **hyper-focus, often to the exclusion of all else**
- likes to see big picture first and then fill in details, dismissive of details in quest for big picture
- asynchronous intellectual development
- often have learning dis/abilities
- dislikes linear learning or rote practice
- overreaction to timed tests
- ___slower processing speed___ than displayed by typical children
- ### ___tendency to over think questions___; may take a long time to answer a question

**Physical**
- **___issues with food, multiple food aversions, need for eating rituals___[139]**

---

[135] *See*: GRIFFIN FRY
[136] Hence the reason why I bullshit around a lot is because I learn a lot through talking and bullshitting.
[137] See: GRIFFIN FRY and VICTORIA and FRESHMAN YEAR AT SEWANEE.
[138] *ID*.
[139] To Be Discussed Later in Sewanee section.

- **problems with digestion, gut health, food allergies**[140]
- **sensory processing issues**
- likes to handle items, may have oral fixation
- can be hypersensitive to touch, often do not like to be touched; conversely, they may be hyposensitive to touch, and seek rough physical interaction
- extremely sensitive to stimuli
- unusual sleep cycles, difficulty sleeping, less need for sleep
- **trouble controlling body movements, awkward, clumsy**
- **poor fine motor skills**
- ***trouble with modulating voice levels***
- difficulty sitting still, standing in line, walking with group
- difficulty with personal hygiene and managing personal care
- may not be aware of physical sensations or needs (forget to eat, drink, sleep, go to bathroom)
- even if appearing chaotic or messy, needs underlying system of order and routine
- may have **weak muscle tone, poor gross motor skills**, or asynchronous physical development[141]

**Emotional**

- # empathetic
- deeply connect to those they love
- often mature beyond their years
- ***intense feelings***, may be confused by their emotions
- asynchronous emotional development
- overwhelmed by other's emotions and emotional intensity
- very sensitive, easily wounded emotionally
- may have existential sorrow/depression
- perfectionist
- compulsive, obsessive
- …
- have issues with anxiety, phobias
- unrealistic expectations of themselves
- low self-esteem, feel like an imposter
- emotional response out of sync with what is typical
- **rigid about rules and fairness,** struggle with gray areas, inflexibility
- may need time to prepare for changes to routine, surprises may be difficult for them to manage
- arrogant, or may appear arrogant
- bored, frustrated, feel held back by traditional pacing and learning practices
- less interested in typical external motivators and reward systems
- falls apart under pressure
- has trouble understanding facial expressions and body language

**Social**

---

[140] I had diverticulitis in 2020.
[141] See: LMR. To be discussed later

- ***often feel lonely***, out of sync with others
- ***asynchronous social development***
- concern for social justice
- has a mature understanding of world problems and social injustice
- cares deeply about the future of the world
- questions status quo, comes up with creative alternatives
- often outwits adults
- sensitive to patronizing or hypocritical behavior, may confront adults in authority on their own behavior
- may not follow rules for rules sake; may challenge underlying logic/illogic of rules, even if punished for doing so
- may have trouble with authority; ***can be oppositional and argumentative***
- may want to be the center of attention in some instances; conversely, may have high social anxiety in other instances
- comments and actions are out of sync with what others are doing
- may have extremes with imaginative play: difficulty understanding imaginative play, or obsessively engage in imaginative play throughout childhood
- may struggle to express themselves verbally
- <u>gullible, <span style="font-size:2em">socially awkward,</span> often bullied</u>
- <u>gets along with adults, as well as with much younger/much older children</u>
- behavioral issues often resolve when intellectually or creatively satisfied
- love to challenge themselves and/or others
- <u>often misunderstood, ***ostracized***</u>
- <u>confused by social protocol</u>
-

       There is an inherent issue to PLAINTIFF'S personality and exhibition of autistic and 2E features. The 2E features PLAINTIFF is talking about is "may have…depression; rigid about rules and fairness; concern for social justice, may have trouble with authority; can be oppositional and argumentative; outwits adults (verbally); sensitive to patronizing or hypocritical behavior, may confront adults in authority on their own behavior; may not follow rules for rules sake; may challenge underlying logic/illogic of rules, even if punished for doing so; and hyper-focus, often to the exclusion of all else." Mix in the gas of autism and anger rumination in an autistic youth's life, PLAINTIFF will explain how it impacted his life.

       PLAINTIFF through the years learned to control his autistic anger rumination. Anger rumination tends to occur more often in an autistic youth's life. Where and how PLAINTIFF expressed himself in a state of PLAINTIFF'S autistic anger rumination was that he would talk back and argue (i.e. verbally outwit) and was rigid about rules of fairness those features above mixed in some aspects of autism and anger rumination was a recipe for so much of what happened in this complaint. When Cops or DEFENDANTS who had committed legal wrongs and had it pointed out to them and knew they were wrong based on what PLAINTIFF said, this was especially construed as "hostile," "threatening," and "disobedient." This autistic trait of anger rumination in which anger rumination in autistic individuals is necessarily correlated with age and depression. PLAINTIFF was never physically violent as his educational records will

prove such that he never got into fights as a youth. It occurred in PLAINTIFF'S youth whenever he was being subject to some unequal type of treatment, when people were lying to him, being subject to malicious behavior, or was on the receiving end of unequal or unfair treatment. You can actually see how it still impacts PLAINTIFF in the length of this complaint.

Anger Rumination tends to occur a lot more often when Autistic individuals are in their youth: "Many individuals with autism spectrum disorder (ASD) have a tendency to focus intently and excessively on one thing, a trait known as perseveration (Liss et al., 2001). In addition, accumulating evidence, including a recent meta-analysis, indicates that individuals with ASD have difficulty with inhibitory control (Geurts et al., 2014). This is noteworthy in light of experimental studies in typically developing (TD) and depressed samples demonstrating that poor inhibitory control contributes to increased rumination (e.g. Joormann and Gotlib, 2010). Thus, given both the propensity for perseveration in ASD and problems with inhibitory control, **_one might expect to find a greater tendency to ruminate about negative emotional experiences in this population_** (Mazefsky et al., 2012)… Both adolescents (Gotham et al., 2014) and adults ([] et al., 2013) with ASD report engaging in more frequent thoughts about their own depressive symptoms (i.e. depressive rumination) than TD controls. Similar to non-ASD populations, these studies found a moderate to high positive correlation between depressive rumination and depression symptom severity ([] et al., 2013; Gotham et al., 2014), but neither examined whether this relationship remains after controlling for ASD symptomatology."[142]

DEFENDANTS could not ascertain what was going on with PLAINTIFF psychologically and it caused a lot of issues even though they had warehouses and electronic databases full of literature documenting autism, 2e features, and anger rumination. Most importantly, PLAINTIFF does not meet the criteria of anti-social personality disorder nor psychopathy nor sociopathy. PLAINTIFF has a soul and heart that he regularly listens to and he deeply cares about people. DEFENDANTS outrageously set up a sting operation in April or May 2017 and made an intentionally false and misleading narrative in falsely labeling PLAINTIFF as a sociopath or psychopath or as having schizoid personality disorder in order to conform to their obstructive RICO predicate acts done in *City & County of San Francisco v. Sheehan*, 575 U.S. 600 (2015) and prior to, instead of acknowledging the truth that PLAINTIFF is autistic, depressed, and twice exceptional. PLAINTIFF will explain later in *Miki's Tea Party, Star Chambers*, and *An Anchor and a Pitchfork.* DEFENDANTS between 2008 through Present were intentionally, deliberately, and willfully ignorant of PLAINTIFF'S true psychological features and characteristics of Autism, ADD, Depression, and 2E.

Even if DEFENDANTS can make some sort of argument that they were unaware or had no reason to know PLAINTIFF was autistic when he attended SEWANEE (which is completely untrue), DEFENDANTS necessarily knew from 2014 that PLAINTIFF was autistic. As my former special ed teacher, Ms. Joyce Donev, wrote to the LSU Law Admissions Committee on June 9th, 2014  in the section of "*Second Chance*," she stated: "**When Miki entered my classroom he presented as a child that was on the autistic spectrum**. He had delays in all the areas associated with a child on the spectrum. Miki demonstrated delays in language, behavior, and social interactions and cognition. Even though Miki came from a dual language household,

---

[142] https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6070295/

his delays were not attributed to that but rather to a language disorder delay[143]…Behaviorally Miki demonstrated **overt reactions to new and unsettling situations**…When presented with other situations that were fearful to him or out of his control, he would cry, throw, **run away**, or simply refuse. Miki did not demonstrate repetitive behaviors, however he did get **stuck** on routines and play objects…" Much of that behavior has not changed. Behaviors of mine that may fall in the autism spectrum include: being stuck on an issue, ability to wear one type of outfit and not caring, lack of social skills to a certain extent (pursuing things further than necessary), going to speech therapy, extremely picky eater, and more. DEFENDANTS had Ms. Joyce Donev's letter in their possession via USA PATRIOT ACT Section 508, they did not utilize it in any way as exculpatory evidence to help PLAINTIFF or to actually help PLAINTIFF in a time of need.

When PLAINTIFF was a kid and now, if PLAINTIFF really didn't want to do something, PLAINTIFF *really* didn't want to do it to such an extreme level. There was a time as a youth PLAINTIFF was at a water-park in Wisconsin Dells, Wisconsin. PLAINTIFF'S mother wanted PLAINTIFF to go on a water-ride and PLAINTIFF was adamant that PLAINTIFF didn't want to go. It was that upsetting to PLAINTIFF that PLAINTIFF's nose started profusely bleeding because PLAINTIFF willed it (not because PLAINTIFF, or anyone else, did anything physical to get PLAINTIFF'S nose to bleed). Through the years, PLAINTIFF had learned how to manage his autism to some extent. PLAINTIFF wants to emphasize how much of a struggle life was for PLAINTIFF. What was so frustrating is that there came a time where PLAINTIFF couldn't write what PLAINTIFF wanted to express and would rely on PLAINTIFF's oral skills. Less than 20% of students that had an Individualized Education Plan (IDEA) graduate from college; less than 1% of students that were served under IDEA graduate from law school. PLAINTIFF is part of that less than 1% and PLAINTIFF worked his butt off to overcome it all despite any contention made otherwise. So many nights PLAINTIFF remembers in high school and in college that PLAINTIFF didn't go out in which PLAINTIFF had to figure out ways to express myself on paper; and PLAINTIFF labored, over and over again, to find a way, and PLAINTFF did. But there was so much time and effort spent making PLAINTIFF *have the ability to* express himself on paper.

PLAINTIFF want to point out some very important criteria above when it came to physical issues. PLAINTIFF had trouble controlling body movements, PLAINTIFF was physically awkward and clumsy, PLAINTIFF had major and poor fine motor skills issues, possibly has cerebral palsy, and, most importantly, PLAINTIFF had weak muscle tone, poor gross motor skills, or asynchronous physical development. If PLAINTIFF wanted to uncouple a bra quickly, PLAINTIFF physically could not. There was an issue of having weak muscle tone and it is called hypotonia. As a child, every night, PLAINTIFF had to be wakened by mother in the middle of the night and taken to the bathroom so PLAINTIFF wouldn't piss the bed. There came a point where PLAINTIFF would still be 'asleep' when she would take me where PLAINTIFF would be 'awake' when PLAINTIFF went to the bathroom and PLAINTIFF would have conversations with her in which PLAINTIFF would have no recollection of having gone to the bathroom and having a conversation with her in the morning. As an adult, if PLAINTIFF is placed in a poor sleep environment and if PLAINTIFF is stressed out, these behaviors in the middle of the night while "asleep" tends to increase. There is proof of this in text messages sent to

---

[143] There is no way I could have faked anything back then. I think US intel is going to allege that I'm not autistic and this is the fact that would disprove their lie.

friends and PLAINTIFF'S therapist throughout college, law school, and after graduating from LSU Law. DEFENDANTS necessarily know this. Furthermore, because PLAINTIFF knows he had physical coordination issues, sex is an activity that requires a lot of physical coordination. PLAINTIFF being a pleaser, PLAINTIFF wanted a woman to feel great after sex; and what PLAINTIFF had to learn was how to perform cunnilingus great in order to compensate for a lack of physical coordination required for intercourse—this fact would be used against PLAINTIFF.

PLAINTIFF thinks of major importance is the fact that PLAINTIFF was constantly bullied, harassed, and tormented through the years. At least once every other week or so when PLAINTIFF was in High School, PLAINTIFF would get scooped by A.N in which A.N would scoop PLAINTIFF'S manboobs and do this high pitched voice and say "sscccooop" and walk away. PLAINTIFF routinely told A.N to stop, he did not. When PLAINTIFF'S home burned down and the family had money and after telling PLAINTIFF'S parents about A.N and what he did to PLAINTIFF, PLAINTIFF wanted to get breast reduction surgery because even when PLAINTIFF was skinny, he had noticeably large man boobs. PLAINTIFF begged his parents for the money to get rid of the things that caused him harm and they said no. When you have a psychologically absent father, like PLAINTIFF, that never accepted PLAINTIFF for being autistic, routinely demeaned PLAINTIFF; PLAINTIFF'S father you that you should be treated worse than the family dog in which the family dog is told more often than you that he loves it (more than his own son); physically abuses you and makes you eat your own vomit on a particular instance as a child; and your brother ends up being a snitch against you to your parents and your brother becomes completely unemotionally supportive in which both your father and brother do not respect a single thing you say, you just want to be fundamentally left alone because _**that is not love.**_ One time, on either December 31st, 1996 or December 31st, 1997, PLAINTIFF was either 7 or 8 at the time (PLAINTIFF remembers the day of December 31st). PLAINTIFF'S father kept verbally abusing PLAINTIFF in the hotel room on their way down to Florida. PLAINTIFF told his father to stop and kept arguing because it was abusive. PLAINTIFF'S father would not cease after abusing his own child when his child told him stop. PLAINTIFF, in wanting the abuse to stop, started punching his father to get him to stop. PLAINTIFF'S father did not appreciate this one bit and knew of the physical disabilities and weakness PLAINTIFF had and he punched PLAINTIFF and grabbed PLAINTIFF and threw PLAINTIFF half way across the hotel room. PLAINTIFF vowed never to speak to his father for the rest of the year after that (just 1 day). There comes a point in PLAINTIFF'S life where even despite his physical limitations, he could not stand the psychological abuse for another second and would have received a physical beating in trying to get the abuse to stop. It is like battered spouse syndrome where after years of abuse, sometimes people lose it because they can't deal with the abuse any longer.

PLAINTIFF'S father and brother never listened to PLAINTIFF and were abusive towards PLAINTIFF. PLAINTIFF through the years: reasoned, plead, argued, commanded, talked to them to stop from when PLAINTIFF was a child all the way up to like 2017 and 2018-- in which they had been arrested (father numerous times) and they abused drugs and alcohol-- and even those things were not good enough to get them to change their minds and come to see the error in their ways up until like 2018. PLAINTIFF would bring up his autism characteristics routinely with his brother and his brother would completely ignore it, berate PLAINTIFF for telling him the truth about PLAINTIFF'S characteristics, or completely discount PLAINTIFF. When PLAINTIFF told both of them in 2017 that PLAINTIFF was involved in major shit that

was happening and going down, PLAINTIFF'S father and brother completely bucking dismissed PLAINTIFF and said PLAINTIFF was being paranoid. When PLAINTIFF needed his family's support the most growing up as an autistic child, it was not there. When PLAINTIFF needed the U.S. Federal Government's support the most, it was not there. Until PLAINTIFF is proven wrong, the only things that were ever truly there for PLAINTIFF to get PLAINTIFF through his struggles was Adderall, Ketamine, his brain, *sometimes* a friend, and God.



PLAINTIFF wants to tell a brief story about the picture to the left. PLAINTIFF is in the middle row, middle student in his Special Education section at Spaulding School in Gurnee, ILLINOIS back in the early 1990s. Fellow student PATRICK YAPPO is in the bottom row, 3rd student from left/2nd from right. When PLAINTIFF was in SEWANEE in either his Junior or Sophomore year, PLAINTIFF was home in Gurnee, IL on break in either 2008/2009/2010 when he went to Jewel-Osco (grocery store) and saw PATRICK YAPPO as a bagger at Jewel-Osco. PLAINTIFF felt so bad and an incredible amount of guilt. BUT PLAINTIFF ask God: "why me God?" God answered that there would be a day in which PLAINTIFF would be called and obligated to help disabled students, disabled kids, and disabled individuals. DEFENDANTS all knew of this story; and PLAINTIFF routinely talked about this story to friends, colleagues, and others. It is **_that_** important and significant to PLAINTIFF and PLAINTIFF'S Heart and Soul. PLAINTIFF doesn't have a full copy of the Special Education Photo, but either this one or another one says Spaulding School E.C. It is provable from at least ANDREW MCCABE and PETER STRZOK'S perspective that the FBI regularly referred to PLAINTIFF on the basis of his disability. PLAINTIFF alleges that the following memo is about him because it is called: EC sent or received by Valeri Caproni.[144] It is from 2004 PLAINTIFF would have been either a freshman or sophomore at the time attending Northridge Prep. It talks about enclosure. It is either PLAINTIFF alleges it or loses it so PLAINTIFF alleges that this EC email was referring to what JOE BELLO did to PLAINTIFF in his basement or something PLAINTIFF did as to what the FBI would possibly allege, PLAINTIFF has no idea except for the possibility that it was pre-crime analysis. PLAINTIFF would have only been 14 years old at the time**.**

---

[144] https://www.aclu.org/sites/default/files/torturefoia/released/46.pdf

Cory Stafford was one of PLAINTIFF'S best childhood friends growing up. We were young, PLAINTIFF wants to say around 4th or 5th grade, when Cory Stafford's dad died in his office at a food processing plant on Sunset Ave in Gurnee, IL. Cory Stafford moved to California. PLAINTIFF kept somewhat in contact with him after he moved to California. However, PLAINTIFF to the best of his recollection visited Cory Stafford in California in either 2002, 2003, 2004, or 2005 or so. CBP and TSA and DHS have records of that. The point being, from what PLAINTIFF can infer, by having flew into California, this gave in-personam jurisdiction over PLAINTIFF in the Central District of California. PLAINTIFF swears to God on his life that he did not do anything criminal in his life at that time and was not going down the wrong road in life. GLENN A. FINE, the Inspector General of the Department of Justice in 2010, testified to Congress on April 14th, 2010 concerning National Security Letters and exigent circumstances. PLAINTIFF alleges that GLENN A. FINE'S testimony to Congress in 2010 documented how the FBI from 2003 had PLAINTIFF'S text messages and AIM messages. There was not a single time or exigent circumstance between 2003 through 2010 that the FBI needed PLAINTIFF'S text messages, AIM messages, META messages, MySpace messages, etc. and that includes *Peachy Miami*. **So when PLAINTIFF says DEFENDANTS FBI, CIA, NSA, etc had text messages, phone calls, etc in proving PLAINTIFF'S factual allegations, they had it at the time. Period. That testimony to Congress is PLAINTIFF'S source.**

# FBI Under DEFENDANT ROBERT MUELLER III'S leadership. What led up to 2008.

The FBI released a document called: "A New Era of National Security, 2001-2008."[145] The following excerpts from it  what is relevant to the case today: When talking about 9/11 in which air piracy happened, DEFENDANTS FBI said: "In the world of crime, you'd call it first-degree murder: deliberate, **premeditated**, cold-blooded…The terrorist attacks that unfolded on the morning of 9/11—carried out by al Qaeda operatives under orders from Usama bin Laden—

---

[145] https://www.fbi.gov/history/brief-history/a-new-era-of-national-security

were that and much more. They were the largest mass murder in American history, <u>a calculated slaughter of civilians, an overt act of aggression</u> and war that took more lives and did more damage than the sneak attack at Pearl Harbor."[146] We going to find out what FBI did to stop pre-mediated acts of terrorism from happening on multiple occasions.

## "For the FBI—and the nation—a new era of national security had begun."[147]

"That reality was certainly clear to Robert Mueller—the newly-minted director of the FBI. He'd walked in the door on September 4, 2001 with a mandate to reform and modernize the Bureau…(talked about shoddy record keeping here)…But exactly one week later, his job description underwent a seismic shift. On the morning of 9/11 and in his days that followed, Mueller focused the energies of the Bureau on the unfolding, around-the-clock investigation—soon to be the largest in its history, with a quarter of all FBI agents and personnel directly involved—and more importantly, into making sure that a second wave of terrorists wasn't waiting in the wings to strike the country again. The FBI succeeded on both counts." [148]

But the Director also knew that when the dust settled, the FBI would never be the same again. If 9/11 was a failure of imagination—as journalist Tom Friedman put it, referring to America's inability to conceive of such a horrific plot—Mueller and his top brass recognized that they would have to re-imagine the FBI for the 21st century. The Bureau's range of capabilities and its tactical response to the crime and crisis of the moment were still first rate…The FBI needed to be more forward-leaning, ***more predictive***, a step ahead of the next germinating threat. And most importantly, it needed to become <u>adept at preventing</u> terrorist attacks, not just investigating them after the fact."[149] We're going to find out just how adept the FBI was in stopping actual terrorism and horrific plots from happening in which pre-crime analysis was used from 2008-Present.

---

[146] *Id.*
[147] *Id.*
[148] *Id.*
[149] *Id.*

"The key to that new mandate, Director Mueller knew, was intelligence—the holy grail of national security work, **the ability to collect** and connect the dots, to know your enemies and the threats they pose inside and out, to arm everyone from **leaders in the Oval Office** to police **officers on the street** with information that enables them to stop terrorist and criminal plots before they are carried out."[150]



We are going to find out what DEFENDANT FBI'S PRIORITIES WERE, ESPECIALLY what #1, #4, #5, #9 meant to ROBERT MUELLER, ANDREW MCCABE, PETER STRZOK, other FBI DEFENDANTS in reality.

"The Bureau has been in the intelligence business since its earliest days. It used intelligence and intelligence-led strategies to knock out emerging threats in World War I; to dismantle Nazi and Soviet spy rings in the U.S. during World War II and the Cold War; to penetrate and take down entire organized crime families; and to head off dozens of terrorist plots before 9/11."[151] We're going to find out just how well DEFENDANT FBI adhered to their prior history.

"But, over the years, the FBI had often focused on making quick arrests rather than turning suspects into opportunities to collect every scrap of information about a threat…on developing comprehensive cases rather than on making prevention the overarching prime directive behind all cases. Because of longstanding neglect of information technology, the Bureau lacked the capacity to "know what it knows"—to turn all the bits of intelligence streaming in from around the world into meaningful assessments and actionable information. And it wasn't generating nearly enough quality analysis or sharing information as much as it could both inside and outside its own walls." [152] We're going to find out just how FBI shared information.

---

[150] https://www.fbi.gov/history/brief-history/a-new-era-of-national-security
[151] *Id.*
[152] *Id.*

"the FBI immediately started reshaping itself into an intelligence-driven agency and strengthening its counterterrorism operations."[153]

"The Directorate has since spearheaded new outreach initiatives with private industry and public partners to build awareness and encourage information sharing,[154] **_including teaching companies and universities_** what they need to know to help prevent WMD attacks and providing them with vulnerability assessments. The Directorate has also developed proactive, multi-layered preparedness strategies with academic, government agencies, and strategic global allies and integrated intelligence to…counter evolving threats."[155]

Counterterrorism operation was reorganized and expanded, with FBI Headquarters taking on oversight of terrorism cases nationwide….they had the mandates of having any agent "run down any and all leads and to become intelligence-gathering hubs…The FBI had a dedicated team of financial experts to fellow terrorist money trials…the Bureau had electronic warehouses of terrorism data…field offices would take raw information from local cases and make big-picture sense of it…sharing information more widely at all levels, connecting dots in ways it could have never done before…"[156]

"The Bureau is now free to coordinate intelligence operations and criminal cases and to use the full range of investigative tools against a suspected terrorist. **The right hand now knows what the left hand is doing—an imperative for prevention**."[157] PLAINTIFF is going to use this example so much in this complaint.

"Another imperative is partnerships. The FBI has spent a century building many positive law enforcement and intelligence-based relationships across every level of government and even across borders. Since 9/11, thanks to a new collective determination to defeat terrorism and the growing globalization of crime, these relationships are broader and deeper than ever before. They've improved at every level: with state, local, and tribal law enforcement; with foreign governments; with intelligence community partners like the CIA; with the U.S. military; and with the private sector and academia. Today, more information and intelligence is shared more freely with more partners. More agents and officers and analysts physically sit together, including in dozens of intelligence fusion centers nationwide and in the new multi-agency National Counterterrorism Center. Joint investigations and joint task forces are the norm, especially in the U.S. and increasingly overseas, and the FBI is working alongside U.S. forces in war zones overseas for the first time in history. Effective partnerships don't make news, but they have truly been a game changer for the FBI and its colleagues across the globe."[158]

DEFENDANT FBI then talks about major operational successes in the U.S. and overseas… in which they joined in on dangerous raids overseas…Then the FBI talked about how "the Bureau's work helped prevent dozens of terrorist strikes around the globe" and made a specific referenced to Richard Reid that involved an airplane over the Atlantic ocean.

---

[153] *Id.*
[154] *See: TECH DEFENDANTS.*
[155] https://www.fbi.gov/history/brief-history/a-new-era-of-national-security
[156] *Id.*
[157] *Id.*
[158] *Id.*

DEFENDANTS FBI then elaborated they work with colleagues "at every level of government—local, state, tribal, federal, even international."[159] They talked about working with local law enforcement in which they said local law enforcement is an intergral part of FBI counterterrorism efforts. See: FBI and Sewanee Police Department later. Then FBI talked about DEFENDANTS FBI and CIA "working off the same page—literally--…through regular briefings with other members of the intelligence community. The two agencies have intergrated not only their intelligence, BUT ALSO THEIR OPERATIONS…"[160] DEFENDANTS FBI talked about working the U.S. Military to "interview detainees, collect fingerprints and DNA samples, gather intelligence, analyze information and explosive devices,…"[161] FBI talked about international liasons in which "they provided vital bits of intelligence investigating bombings in **the United Kingdom**."[162]

DEFENDANTS FBI then elaborated how "Public corruption, deemed the FBI's top criminal priority because it tears at the fabric of American democracy, continued to rear its ugly head, with FBI cases finding evidence of graft and greed among sitting U.S. Congressmen, state governors, and big city mayors."[163] DEFENDANTS FBI talked about "helping rescue kidnapped Americans."[164] Even the FBI described themselves as an ENTERPRISE: "On a larger scale, **the Bureau** began accelerating its evolution into a single, unified law enforcement and intelligence **enterprise** by standardizing operations and processes in the field and integrating intelligence activities into all investigative efforts. Each Bureau field office was tasked to systematically identify threats and vulnerabilities in their domain, to proactively direct resources to collect against those threats, to quickly share information with partners locally and nationally, and to evaluate the implications of that information on the larger threat picture. Through this continuous intelligence cycle and feedback loop, the FBI has been better able to adapt itself to emerging and evolving threats."[165] Thank you for calling FBI an Enterprise.

"What will the next century bring for the FBI? Only time will tell, but the men and women of the Bureau move forward building on a solid foundation—on a century's worth of innovation and leadership, on a track record of crime-fighting that is perhaps second to none. Along the way, the FBI has shown that it is resilient and adaptable, able to learn from its mistakes…It has built up a full complement of investigative and intelligence capabilities that can be applied to any threat. And it has gained plenty of experience in balancing the use of its law enforcement powers with the need to uphold the cherished rights and freedoms of the American people. The FBI can look back proudly on a long history of protecting the people and defending the nation…and it can look confidently to the future, ready for the challenges ahead."[166] Laugh out loud funny for what is to come.

---

[159] *Id.*
[160] *Id.*
[161] *Id.*
[162] *Id.*
[163] *Id.*
[164] *Id.*
[165] *Id.*
[166] *Id.*

PLAINTIFF has figured out through observation that people who have done wrongs in DC get moved around in the revolving door of bureaucracy where they would continue to retain immunity and they get moved around because they will do whatever for the DC bubble at the expense of the PEOPLE. PLAINTIFF started to recognize this phenomenon with JOCELYN SAMUELS. PLAINTIFF is including DOD as being a party to everything that happened when PLAINTIFF was at SEWANEE because of JEH JOHNSON. JEH JOHNSON would become the director of DHS. JANET NAPOLITANO in which *An Anchor and a Pitchfork* happened. Since JEH JOHNSON was a party an *Anchor and a Pitchfork* and knowing the way of shielding malevolent actors that would do anything on behalf of any administration at the cost of the People, JEH JOHNSON is one of those and there was no way that JEH JOHNSON or DOD didn't know about *Miki's Tea Party*. That's why PLAINTIFF is including JEH JOHNSON and DOD.

PLAINTIFF would ask DEFENDANT ROBERT MUELLER III the following questions in a deposition:

#1: When DEFENDANT lived in San Francisco for 15+ years in which he necessarily met those in the tech and legal sector, how many of the previous connections or former employer was DEFENDANT still in contact with in 2015? If DEFENDANT was in contact, who did DEFENDANT talk to in the Department of Justice and FBI in the San Francisco area and what did DEFENDANT talk about that concerns PLAINTIFF

#2: Having lived in San Francisco for 15+ years, did ROBERT MUELLER III ever hear of Bohemian Grove? If so, did he ever attend? If he did not attend, did he ever consider Bohemian Grove could meet the definition of Domestic Terrorists?

#3: Having been the US Attorney for the Northern District of California from 1998-2001, how often did ROBERT MUELLER III interact with tech companies? If so, did ROBERT MUELLER learn about Pre-Crime Analysis software capabilities and possibilities at this time.

#4: Having a mindset of changing the FBI's direction to intelligence gathering, did that include pre-crime analysis by tech companies that could offer software to implement ROBERT MUELLER'S vision.

#5: How many cripples did ROBERT MUELLER help in his life?

#6: If ROBERT MUELLER had confirmation bias in falsely testifying to Congress about WMD's in IRAQ, would that be a pattern of behavior of lying to Congress about potential threats when there was no evidence of such (that would demonstrate itself with me)?

#7: DEFENDANT GEORGE W. BUSH wanted to get more domestic terrorists. ROBERT MUELLER at one time said: "If they [suspects] don't commit a crime, it would be difficult to identify and isolate" them. Vice President Dick Cheney objected by saying, "That's just not good enough. We're hearing this too much from the FBI." Did this impact ROBERT MUELLER'S perception of things in 2007/2008 and did this create an incentive to fabricate crimes against me?

#8: ROBERT MUELLER, your wife Ann worked with Special Needs children. Am I, PLAINTIFF, to believe that not once did the MUELLER household talk about disabled children and autistic kids and individuals? Why were so blind to PLAINTIFF'S autism?

#9: It was stated that law enforcement "must stay a step ahead of criminals and terrorists." Wouldn't one step ahead be framing individuals based on obstruction of justice and the possibility that they would never find out?

**Before Sewanee, some high school info and relevant autistic anger issues (and autistic anger rumination) issues. This is addressing some of the elephants in the room.**

# XX. The Beginnings of RICO Enterprise 1:

PLAINTIFF alleges that in either 1995 or 1996, the United States Government or Department of Defense subjected PLAINTIFF to pre-crime analysis or pre-judgment of sorts in which they intentionally chose PLAINTIFF against a completely undeterminable and unascertainable criteria. PLAINTIFF'S constitutional rights were violated when he was selected and never had the chance to develop as a man without the United States Government continuously surveilling PLAINTIFF. Part of it was probably done through Pine Gap whenever PLAINTIFF was in the Balkans during the 1990s. So PLAINTIFF alleges that Pine Gap transmitted information about PLAINTIFF between 1992-2000; and in so doing, DoD picked up information about PLAINTIFF and prejudged PLAINTIFF to pre-crime analysis. Louis Freeh of the FBI would then learn about PLAINTIFF in 1995, 1996, or 1997. In spite of PLAINTIFF being a disabled Yugoslavian American child, LOUIS FREEH and then ROBERT MUELLER would continue to subject PLAINTIFF to unconstitutional treatment on the basis of PLAINTIFF'S disability and nationality.

You fundamentally have to understand something with autistic teens growing up in which we are routinely bullied, harassed, and are forced to go along with things even when PLAINTIFF objected. No matter how many times PLAINTIFF objected, said doing certain things were wrong, protested and made it well known that PLAINTIFF did not approve, PLAINTIFF was never respected or listened to in that way by the Nedanovskis, his brother, the "Waukegan" group of friends, or more. PLAINTIFF was always an outsider with those groups—he never fully fit in. Sure, they're good people, but PLAINTIFF felt like he never belonged because he was autistic. PLAINTIFF would have rather been alone reading or painting NASCARs on the computer or have been given the resources to finish his train track or just drive at like 80mph on the interstate instead of doing the wrong things. That is who PLAINTIFF was at that time.

What the fundamental issue was in high school when this all started was the following: PLAINTIFF'S social developmental delays and autism. PLAINTIFF is alleging what happened in American Intel, especially with ANDREW MCCABE, PETER STRZOK, ROBERT MUELLER, and JAMES COMEY, is misattribution errors and issues in autism/aspergers and psychopathy where FBI/ANDREW MCCABE/JAMES COMEY/PETER STRZOK falsely attributed PLAINTIFF'S autistic features as being psychopathic features in which those FBI officers fundamentally did not understand the difference in the root causes between

autism/aspergers on one hand and psychopathy/sociopathy on the different hand. If you were truly objective and watched PLAINTIFF, what you would have seen is the following which is an exact match for Asperger's Syndrome:[167]

- Inappropriate or minimal social interactions
- Conversations that almost always revolve around themselves or a certain topic, rather than others
- Not understanding emotions well or having less facial expression than others
- Speech that sounds unusual, such as flat, high-pitched, quiet, loud, or robotic
- Not using or understanding nonverbal communication, such as gestures, body language and facial expression
- An intense obsession with one or two specific, narrow subjects
- Becoming upset at any small changes in routines
- Memorizing preferred information and facts easily
- Clumsy, uncoordinated movements, including difficulty with handwriting
- Difficulty managing emotions, sometimes leading to verbal or behavioral outbursts, self-injurious behaviors or tantrums
- Not understanding other peoples' feelings or perspectives
- Hypersensitivity to lights, sounds and textures

So what happened, as PLAINTIFF is alleging, amongst the FBI, ANDREW MCCABE, CIA, PETER STRZOK, JAMES COMEY, ROBERT MUELLER, et al. is autism/aspergers was misconstrued as psychopathy such as "inappropriate or minimal social interactions" were misconstrued as being those of a lone wolf terrorist; not understanding emotions well can be falsely misconstrued as having no empathy, becoming upset at small changes and difficulty in managing emotions can be misconstrued as impulse control issues, and on and on it goes. PLAINTIFF did not have sexual pervasions of any sort never fantasized on harming people, didn't have intrusive thoughts about harm and murder, etc. So, when those aforementioned individuals became stuck on their false beliefs instead of ACCEPTING the truth, it became a form of severe confirmation bias in which they went looking for the signs that were never there. **This is what gets lost in the picture of things (and is a major theme in PLAINTIFF'S life) and this is what American INTEL did to further the situation**. It is the intentional omission of exculpatory facts and circumstances in which American Intel made fabricated or misleading narratives about PLAINTIFF. If discovery so warrants, American Intel can bring up whatever socially awkward situation that PLAINTIFF did not include in this complaint, and that's fine because they are going to try to discredit PLAINTIFF. All PLAINTIFF asks before they do is the following: was this a misunderstanding based on PLAINTIFF'S autism/aspergers.

Here is another issue. PLAINTIFF talked so much shit about sex as a youth and in college in which PLAINTIFF was attempting to mimic what guys and reddit posts--who had been successful in having sex--talked to PLAINTIFF about and how they talked to PLAINTIFF about it and how he read about it. All of these elaborate stories of gang bangs, inserting things in vagina, was just all bullshit and lies. PLAINTIFF talked shit because PLAINTIFF had to over-compensate for the damage they did to PLAINTIFF in high school. PLAINTIFF autistically

[167] https://www.nationwidechildrens.org/conditions/aspergers-syndrome#:~:text=Inappropriate%20or%20minimal%20social%20interactions,%2C%20quiet%2C%20loud%2C%20or%20robotic

inferred that talking about things with sex got people's attention. PLAINTIFF never said he inserted things into woman's vaginas—PLAINTIFF heard those things and was relaying what he had previously probably read on reddit. It was mimicry of bullshit PLAINTIFF had come across and had heard or seen in his life at that point in time. PLAINTIFF never inserted his penis into a woman's vagina in college. Period. This is all of PLAINTIFF'S somewhat sexual things on Sewanee campus or deriving from Sewanee's campus—eating out Maxine Johnson in which law enforcement coerced her into lying about the consensual nature of such, making out with Erica around Chattanooga, touching Rebecca Wetherbee's boobs and then stopping when requested, giving Griffin Fry a back massage, PLAINTIFF fingering and giving a massage to Kristina Khomova and that is it at Sewanee to the best of PLAINTIFF'S recollection. Then at LSU Law it was Ashley Maiden and all of it was consensual. The way PLAINTIFF treated Yuri is the same the way PLAINTIFF treated Lauren and is the same as the way PLAINTIFF treated Ashley and is the same of the way PLAINTIFF treated Bri. PLAINTIFF swears to god on his soul that is the truth. If it wasn't for DEFENDANTS depravity, then somethings would not have happened in which their acts are the but for cause of such.

Simply, PLAINTIFF has to show PLAINTIFF'S actual innocence, PLAINTIFF will make a gateway showing PLAINTIFF should have never been utilized in counterterrorism precedent, and that the use of PLAINTIFF in counterterrorism precedent was so manifestly prejudicial and biased that it became criminal beyond a reasonable doubt. If one is suspected to be a domestic terrorist, then objectively necessarily requires considering the question of why the same person isn't a domestic terrorist.<--that's the actual and legal standard and not a habeas standard. In PLAINTIFF'S case, that standard was completely ignored.

So a case on point: *Munchinski v. Wilson,* 694 F.3d 308 (3d Cir. 2012) that highlights a bunch of the same issues in this complaint.

In *Munchinski v. Wilson,* 694 F.3d 308 (3d Cir. 2012), an innocent man was convicted of murder. Part of the Pennsylvania Due Process laws afforded to people in Pennsylvania was the PCRA. Three times Mr. Munchinski went to the PCRA court. There, the PCRA III court concluded that: "(1) despite the PCRA I Court's conclusion to the contrary, the recorded statement referred to in the omitted paragraph of the Goodwin Report did exist, and was intentionally withheld by prosecutors; (2) even if no recorded statement existed, Warman's intentional editing of the Goodwin Report violated *Brady;* (3) Kopas intentionally committed prosecutorial misconduct in violation of *Brady* when he failed to turn over the entire police file, as ordered during the PCRA I proceedings; (4) Solomon and Warman both committed prosecutorial misconduct and numerous *Brady* violations leading up to and during the First Trial and the Retrial; and (5) Warman intentionally misled the jury during the Retrial when he stated that all Bowen received in exchange for his testimony was immunity, because he was aware that Bowen also received leniency as to a number of probation and parole violations in Westmoreland County."

One of the main witnesses, Mr. Bowen, was used to falsely convict Mr. Munchinski. Mr. Bowen's statements only implicated a different codefendant; then material facts about where Mr. Bowen was located during the incident and what Mr. Bowen saw were materially fabricated; Mr. Bowen's trail testimony was markedly different than the stories he told the police; Mr. Bowen's

testimony was also at odds with certain facts that were elicited at trial; there were issues with Mr. Bowen's testimony involving a vehicle. Later on, Mr. Bowen testified that he fabricated his trial testimony, and admitted that he was not in Pennsylvania on the night of the murders. Mr. Bowen claimed/testified that "police and prosecutors had threatened him. If he did not testify against Munchinski and [codefendant], Bowen said, "they would have someone come along and say that they were present and that I had done the shootings." *Id.*

Mr. Bowen also explained why his fabricated account of the murders changed over time. Specifically, he testified that he would rehearse his story with Trooper Goodwin. Trooper Goodwin told Mr. Bowen to give what Trooper Goodwin wanted because he had witnesses prior statements and wanted Mr. Bowen to conform and affirm to what the prior witnesses said. Mr. Goodwin coerced Mr. Bowen to sign a prepared document or face severe consequences. Mr. Bowen changed his story to have Mr. Bowen be in a specific location at a specific time. Out of a different case, Trooper Goodwin was convicted of third-degree murder. Mr. Bowen testified that Trooper Goodwin provided Mr. Bowen confidential material in the course of an on-going investigation such as Trooper Goodwin showing Mr. Bowen several photos of the crime scene. Then Trooper Goodwin gave him details about a car at issue and told him to include the car in the details. Mr. Munchinski's obtained a September 1982 report by Trooper Goodwin that was intentionally edited to conceal a reference to a recorded statement by Mr. Bowen. The two prosecutors in the case testified about the Goodwin Report in which one of the prosecutors (Mr. Warman) admitted to intentionally editing the Goodwin Report to remove a paragraph referencing a recorded statement from Mr. Bowen and that he spliced together paragraphs before and after the removed Bowen text in order to conceal the removal. The prosecutor testified he intentionally removed the relevant paragraph because no statement from Mr. Bowen was ever transcribed or recorded and that the reference would be "misleading."

The *Munchinski* Court highlighted: "Unfortunately, though the Superior Court's opinion is lengthy, its reasoning is opaque. The memorandum is confusing, and at times internally inconsistent. As best we can understand, the Superior Court concluded that certain articles of evidence listed in the PCRA III petition as undisclosed by the prosecution were not raised on a timely basis, and thus could not be raised as independent claims. Nonetheless, because some of Munchinski's claims were timely, the court concluded that it was required to consider *all* of the evidence raised in the PCRA III petition. In analyzing the merits of Munchinski's *Brady* claims, the court considered each article of evidence in isolation, never considering the aggregate materiality of all of the withheld evidence." *Munchinski v. Wilson*, 694 F.3d 308 (3d Cir. 2012).

The Court's role in deciding the issues is that "the distinction that must be made is whether a particular *claim* is timely and whether that claim is supported by sufficient evidence of record, no matter when that evidence was acquired."*Munchinski v. Wilson*, 694 F.3d 308 at 324 (3d Cir. 2012)

"Rather, equitable tolling is appropriate when "principles of equity would make the rigid application of a limitation period unfair." *Miller v. N.J. State Dep't of Corr.,* 145 F.3d 616, 618 (3d Cir.1998)"  "Generally speaking, a petitioner is entitled to tolling if he shows: (1) " 'that some extraordinary circumstance stood in his way' and prevented timely filing"; and (2) that "he has been pursuing his rights diligently." *Id.* at 2562 (quoting *Pace v. DiGuglielmo,*544 U.S. 408,

418, 125 S.Ct. 1807, 161 L.Ed.2d 669 (2005)).” *Munchinski v. Wilson*, 694 F.3d 308, 329 (3d Cir. 2012). “When the facts allegedly constituting an extraordinary circumstance are not in dispute, “a District Court's decision on the question whether a case is sufficiently ‘extraordinary’ to justify equitable tolling should be reviewed de novo.” *Brinson v. Vaughn,* 398 F.3d 225, 230 (3d Cir.2005)” *Munchinski v. Wilson*, 694 F.3d 308, 329 (3d Cir. 2012).

“The extraordinary circumstances prong requires that the petitioner “in some extraordinary way be[ ] prevented from asserting his or her rights.” *Brown v. Shannon,* 322 F.3d 768, 773 (3d Cir.2003). “One ... potentially extraordinary situation is where a court has misled a party regarding the steps that the party needs to take to preserve a claim.” *Brinson,* 398 F.3d at 230. That is precisely what happened here. The facts before us are remarkably similar to those in *Urcinoli v. Cathel,* 546 F.3d 269, 273 (3d Cir.2008). In both cases, a court erroneously dismissed pending petitions amidst confusion over recent caselaw.” *Munchinski v. Wilson*, 694 F.3d 308 (3d Cir. 2012)

“We thus conclude, as we did in *Urcinoli,* that the PCRA II court's dismissal of Munchinski's pending petition, with its implicit suggestion that Munchinski refile once his federal appeal was resolved, was sufficiently misleading as to constitute an extraordinary circumstance because “it later operate[d] to prevent [Munchinski] from pursuing his rights.” *Id.* at 275. *Munchinski v. Wilson*, 694 F.3d 308, 330 (3d Cir. 2012)

The diligence required of a habeas petitioner seeking equitable tolling “is reasonable diligence, not maximum feasible diligence.” *Holland,* 130 S.Ct. at 2565 (internal quotation marks and citations omitted). The Commonwealth argues that by failing to appeal the PCRA II court's erroneous dismissal of his petition, Munchinski did not demonstrate the “reasonable diligence” necessary to permit equitable tolling.” *Munchinski v. Wilson*, 694 F.3d 308, 330 (3d Cir. 2012).

“Rather, “[t]o determine if a petitioner has been [reasonably] diligent in pursuing his petition, courts consider the petitioner's overall level of care and caution in light of his or her particular circumstances.” *Doe v. Busby,* 661 F.3d 1001, 1013 (9th Cir.2011); *see also Schlueter v. Varner,* 384 F.3d 69, 74 (3d Cir.2004) (“Due diligence ... require[s] reasonable diligence in the circumstances.”). In other words, the diligence inquiry is fact-specific and depends on the circumstances faced by the particular petitioner; there are no bright line rules as to what conduct is insufficient to constitute reasonable diligence. If a petitioner “did what he reasonably thought was necessary to preserve his rights ... based on information he received ..., then he can hardly be faulted for not acting more ‘diligently’ than he did.” *Holmes v. Spencer,* 685 F.3d 51, 65 (1st Cir.2012).” *Munchinski v. Wilson*, 694 F.3d 308 (3d Cir. 2012)

“Munchinski's evidence clearly and convincingly shows that the murders *could not* have happened as the Commonwealth proposed at trial…The Powell Report and the Goodwin/Powell Report both suggest that the Commonwealth's timeline is inconsistent with the physical evidence from the autopsy. The Bates Report II suggests that Bowen, the only witness who could provide any details supporting the Commonwealth's theory of the case, was not even in Pennsylvania the night of the murders, and makes clear that the police were aware of this fact.” *Munchinski v. Wilson*, 694 F.3d 308 (3d Cir. 2012)

"The Commonwealth would essentially be asking the jury to convict based on: (1) an implausible theory of the case inconsistent with other evidence in the record; (2) self-serving testimony from three acquaintances whose testimony kept Dahlmann's ex-husband from becoming a target in the investigation; and (3) testimony from a jailhouse informant. Critically, the jury would be left without a theory of the case to explain the actual murder itself—testimony from Dahlmann, Lexa, Furr, and Thomas was limited to what happened after the murders, and did not provide the jury with a detailed account of what actually transpired in Bear Rocks." *Munchinski v. Wilson*, 694 F.3d 308 (3d Cir. 2012)

The Court summarized the issue with the State's case in which they "would essentially be asking the jury to convict based on: (1) an implausible theory of the case inconsistent with other evidence in the record; (2) self-serving testimony from three acquaintances whose testimony kept Dahlmann's ex-husband from becoming a target in the investigation; and (3) testimony from a jailhouse informant. Critically, the jury would be left without a theory of the case to explain the actual murder itself—testimony from Dahlmann, Lexa, Furr, and Thomas was limited to what happened after the murders, and did not provide the jury with a detailed account of what actually transpired in Bear Rocks." *Munchinski v. Wilson*, 694 F.3d 308, 337 (3d Cir. 2012)

'On the other hand, Munchinski would have offered the jury alternative theories of the case without the problematic inconsistencies in Bowen's account. Considering all of the evidence that would have been presented to the jury, Munchinski has clearly and convincingly demonstrated that but for the Commonwealth's *Brady* violations, no reasonable juror could rationally believe beyond a reasonable doubt that Munchinski committed the Bear Rocks Murders." *Munchinski v. Wilson*, 694 F.3d 308 (3d Cir. 2012)


Because of how bad PLAINTIFF has been abused by the government and PLAINTIFF is only disclosing the following because of the abuse PLAINTIFF experienced, how it was used against PLAINTIFF, and PLAINTIFF has the expectancy that it will stop. PLAINTIFF, by no stretch of the imagination, is perfect and PLAINTIFF committed numerous mistakes in his life. One thing that has defined PLAINTIFF is that he always learned through his mistakes. PLAINTIFF a lot of times has had bad luck. But what has remarkably defined PLAINTIFF'S life is that once the United States Government become involved in his life, PLAINTIFF got screwed and was put on a rack and screw and tortured by the United States Government. Then the timing of the incidents worsened the severity of harm to PLAINTIFF. PLAINTIFF never had the best circumstances in his life and it was a recipe for disaster.

Since Pre-Crime analysis was used, DEFENDANTS violated: *Ferguson v. Charleston*, 532 U.S. 67 (2001) (holding: *a state sanctioned agency or facility's use* of a diagnostic test to obtain evidence of a patient's criminal conduct for law enforcement purposes is an unreasonable search if the patient has not consented to the procedure. A key factor was the fact that The invasion of privacy in the case here was extremely substantial in which there could be a complete misunderstanding about the purpose of the test or the potential use of the test results (especially if they are erroneous). Some factors in determining reasonableness were whether there were protections against the dissemination of the results to third parties and whether the immediate objective of the searches was to generate evidence for law enforcement purposes). Pre-Crime

Analysis precisely creates an objective and reason to generate evidence to conform to what the computer and algorithm would say and thereby deprive Due Process rights; and when the algorithm is wrong, then that provides a huge reason for law enforcement to fabricate evidence against someone who pre-crime analysis was falsely used on. Pre-Crime Analysis effectively becomes an artificial and robotic judge to condemn a child to a life deprived of freedom and liberty in which law enforcement would always surveil that child that was falsely alleged to be "predisposed" in which law enforcement would selectively take bits and pieces to conform to a false allegation made by a computer and robot in which the evidence selected would be materially misleading and fabricated against an individual. Robots are not *the People's* overlords. PLAINTIFF also alleges that Pre-Crime Analysis violates 42 U.S.C. 1985(2) & 18 U.S.C. 241.

American Intel had PLAINTIFF'S parents under surveillance for whatever reason, PLAINTIFF does not know. It has come to PLAINTIFF'S recollection the following: Tony Bello, Mary Bello, and her son Joseph Bello (along with one sister or two sisters) moved into the neighborhood. PLAINTIFF believes and alleges the Bellos were undercover in some capacity. What the relationships between PLAINTIFF'S parents and Tony and Mary Bello were, it was irrelevant to PLAINTIFF. But what is relevant is American Intel did a profile of PLAINTIFF'S family around 2004 or 2005 or so, if not before. When American Intel did a profile about PLAINTIFF, PLAINTIFF is alleging they obtained PLAINTIFF's medical records for sure around 2005 or 2006. It is from this analysis that American Intel, beyond any reasonable doubt, knew PLAINTIFF was autistic. Joseph Bello and David Kotevski were in the same grade and were friends. PLAINTIFF would occasionally from time-to-time tag along with Joe Bello and David Kotevski. Here is the thing. Joe Bello had a younger sister who was attending, to the best of PLAINTIFF'S recollection, Viking Junior High School when PLAINTIFF was in High School at Northridge Prepatory. PLAINTIFF did not want to hang out with her when he was in high school because she was too young for PLAINTIFF to hang out with in high school. From PLAINTIFF'S perspective, Joe Bello and David Kotevski were always the reckless ones and doing stupid crazy shit. PLAINTIFF was not about that life in high school.

"The danger that high federal officials will disregard constitutional rights in their zeal to protect the national security is sufficiently real to counsel against affording such officials an absolute immunity." *Mitchell v. Forsyth*, 472 U.S. 511 (1985)

PLAINTIFF did enjoy talking about history with Joe Bello. Sometimes, he would follow along with and participate in talking about the military. What PLAINTIFF really didn't like from JOE BELLO was this fanaticism about 9/11. This fanaticism was a "RA RA RAH. Bang head and arms on shield and there is a terrorist around every corner" zeal that was common 5 or so years after 9/11 in which JOE BELLO firmly believed in his heart (based on PLAINTIFF'S perspective) that there was a terrorist around every corner. PLAINTIFF had even argued with JOE BELLO something to the effect that there was NOT a terrorist around every corner. BECAUSE OF THAT DISAGREEMENT, JOE BELLO could not tolerate that view in his mind. JOE BELLO did another thing that involved someone in the neighborhood that was outrageous in which consent was not obtained.

One day, one of the Bellos (PLAINTIFF believes it was JOE BELLO) texts or calls or induces PLAINTIFF to go over to the Bello household. DEFENDANTS have this information. This incident took place before the night involving BRI, PLAINTIFF, and KYLE. PLAINTIFF is a minor and is there by himself—no parents, no brother, alone as an autistic individual by himself. JOE BELLO starts rambling about 9/11--and then even text messages will verify some of this for sure—and PLAINTIFF becomes uncomfortable with this situation. JOE BELLO takes PLAINTIFF to the basement of their home (that was unfinished with just a couple of lights in the basement) and JOE BELLO coerces PLAINTIFF into declaring allegiance for Al-Qaeda or Taliban when PLAINTIFF told him numerous times he wouldn't. JOE BELLO led PLAINTIFF to believe that PLAINTIFF was not free to leave. JOE BELLO told PLAINTIFF to repeat multiple times declaring allegiance to Al-Qaeda or the Taliban. To rationalize the abuse, PLAINTIFF conceived of the notion that JOE BELLO and PLAINTIFF were being sarcastic and joking. JOE BELLO necessarily knew that PLAINTIFF in *no way shape or form meant* what he said because there was no proof of affirming what PLAINTIFF said because PLAINTIFF was not an extremist and did not want to harm the United States in anyway and there was nothing in the entire time PLAINTIFF knew JOE BELLO that showed any indication of possible hostility to the United States. Period. JOE BELLO knew PLAINTIFF was an Orthodox Christian and would not convert to Islam. Being a Muslim is fine; but PLAINTIFF would never convert to Islam and the way PLAINTIFF comes to understand God is through being an Orthodox Christian. PLAINTIFF in high school expressed no serious intent nor cared to know how explosive devices work. There was no tangible or physical piece of evidence that would convey PLAINTIFF was a terrorist unless pre-crime analysis falsely accused PLAINTIFF of such being a child. So, it is the intentional omission of known facts that if FBI and CIA utilized that recording against PLAINTIFF from that moment on, everything became prejudicial towards PLAINTIFF. JOE BELLO knew that PLAINTIFF loved America and would regularly read about history and the constitution. PLAINTIFF was skeptical of policies and George W. Bush. Outside of Pine Gap, California False Exigent Circumstances, and Pre-Crime Analysis, it is from this moment on FBI and American Intel embed themselves in PLAINTIFF'S life. If anything, what this demonstrates is that when PLAINTIFF questioned the basis of claims such as he did with JOE BELLO, there would only be retaliation in which PLAINTIFF would be accused of doing the things that the United States Government was doing against PLAINTIFF. PLAINTIFF expressed to his mother via text message or someone in the family that he was uncomfortable with the whole entire situation.

Here is the thing. American Intel DEFENDANTS knew that JOE BELLO'S coercion against PLAINTIFF, PLAINTIFF'S complete reluctance, and the recording itself was inherently unconstitutional and a complete fabrication based on material lies. Knowing these facts, American INTEL most definitely had undercover agent MATT at Bulldog pull the same trick in which PLAINTIFF thought it was not serious as it was something friends would do, and to PLAINTIFF'S best recollection, either had Griffin Fry and/or Rebecca Wetherbee pull the same schtick. So, PLAINTIFF tried to rationalize and understand an inherently unjust action undertaken by JOE BELLO and try to make it into a positive later where he could joke about it with what PLAINTIFF understood at the time to be PLAINTIFF'S friends of Griffin Fry, Rebecca Wetherbee, and Matt at Bulldog (so whatever came out of bulldog is completely constitutionally tainted and unconstitutional).

So "Mary Bello" and "Tony Bello" allegedly divorced and moved away, to the best of PLAINTIFF'S recollection, when PLAINTIFF was a senior in high school in 2006 or 2007. Where this gets weird is that "Mary Bello" appeared in PLAINTIFF'S life again between April 2020 through June 2020 when he was working with autistic youth. American Intel would not stop ruining PLAINTIFF'S life at any time from 2005 onwards. They robbed PLAINTIFF of his childhood. PLAINTIFF has no qualm about preventing terrorism, but when you coerce an autistic man that had no interest in 9/11 in order to get the most coercive surveillance known to man, that is not preventing terrorism, that is creating terrorists when PLAINTIFF was never predisposed to terrorism. But somewhere in some profile with some precrime analysis bullshit they falsely labeled PLAINTIFF a threat. Instead of doing what they were legally required to do and help people in which they could have guided PLAINTIFF'S life correctly if he posed such a pre-crime analysis threat instead of fabricating and coercing a confession out of PLAINTIFF and making a false domestic terrorist. **One of the actual ways to prevent terrorism is for the United States Government not to make false domestic terrorists out of nothing.** American INTEL DEFENDANTS could have been the proper guide in PLAINTIFF'S life if they were so interested in preventing terrorism, but they did not want that. American Intel knew the potential PLAINTIFF had in his smarts and knowing history so well and they could have used that beneficially for the country instead of starting all the problems that they did. So the Bellos gave to the FBI or CIA the fabricated and coercive confession in which they used Title II against PLAINTIFF and his family.

So the way it started from American INTEL's perspective was through Pine Gap, Pre-Crime Analysis, and American INTEL necessarily knowing and utilizing perjured testimony when they had reason to believe the witnesses were lying about a certain situation. American INTEL became entrenched a case of absolute confirmation bias, prejudice, and malice based on a secret algorithm determined when PLAINTIFF was a child that was enabled by the Supreme Court. On top of that, American INTEL DEFENDANTS necessarily knew that PLAINTIFF was the weakest link in his family because PLAINTIFF was autistic, and DEFENDANTS could attack PLAINTIFF'S parents through attacking PLAINTIFF as a vulnerable autistic teenager not living in the most conducive circumstances for PLAINTIFF'S autism. Based on what DEFENDANTS necessarily did in *Midyear,* PLAINTIFF is alleging that DEFENDANTS fabricated issues and omitted key exculpatory evidence that would have refuted their false and misleading narrative concerning how PLAINTIFF lost his virginity around Fall 2006 in violation of a minimum 1st Amendment/Religious Liberty, 4th Amendment, 5th Amendment, and 14th Amendment rights.

This brings up another interesting and relevant point. So what do you do with certain pieces of information. Joe Bello knew that PLAINTIFF was a Yugoslavian American Orthodox Christian, but yet, Joe Bello made PLAINTIFF falsely declare allegiance to ISIS or Al-Qaeda. PLAINTIFF'S email address and America Online Instant Messenger (AIM) account back in the day were: mikdashrink@msn.com and theyugomob1 respectively. Now what may have been more of a *possibility* back in the day was that American INTEL DEFENDANTS could have alleged back then that PLAINTIFF had the potential to be like Radovan Karadžić since he was a serb and a psychiatrist and--technically true--critical of some US policies in which American INTEL Defendants would have utilized pre-crime analysis and PLAINTIFF'S intentional reference to wanting one day to be a psychiatrist in his email account of mikdashrink@msn.com

and his nationality. PLAINTIFF regularly traveled back and forth between Yugoslavia and America as a child and the actions of PLAINTIFF growing up in a Yugoslavian household would factor into that. Fine; and **even then, PLAINTIFF would not grant that false assumption to American INTEL DEFENDANTS**. What PLAINTIFF is necessarily and just arguing here is that Yugoslavian scenario was more of a *possibility* than PLAINTIFF ever joining ISIS or Al-Qaeda. Furthermore, it is deep within Serbian and Macedonian culture and identity to rather fight and die against muslim terrorists that would necessarily have to come through turkey to invade Serbia and Macedonia to cause chaos and destruction in Serbia and Macedonia. So what PLAINTIFF is alleging is that even with facts that presented completely contradictory evidence and conclusions in which if we even grant the erroneous presumption pre-crime analysis is justified, American INTEL DEFENDANTS were so manifestly biased as to prevent them from being objective that what FBI/CIA wanted so badly was an American domestic terrorist declaring allegiance to Al-Qaeda and/or ISIS so that they could expand their surveillance tools domestically in which American INTEL would absolutely and necessarily use fabricated and misleading evidence and narratives to do so. This is exactly the case.

Something came up as of late in September 2023 and PLAINTIFF is saying the following rings a bell somewhere deep deep deep inside PLAINTIFF'S mind. So PLAINTIFF is alleging the following. Whether it was in this debate with Griffin Fry, Rebecca Wetherbee, or another time, there may have been a time where PLAINTIFF was being sarcastic and joking and declared allegiance to ISIS because PLAINTIFF had sarcastically joked about it in the course of the debate (that doesn't include Matt). The problem is Mens Rea yet again and this is Serbian 'Itan'. For an Orthodox Christian Serbian or a non-Albanian Orthodox Christian Macedonian to have declared allegiance to a Muslim terrorist organization in which that Serbian or Macedonian Orthodox Christian would have necessarily renounced his Orthodox Christian faith and did not die trying to stop an advancing a Muslim terrorist organization advancing into the Balkans from the Turkey (based on the history of the Balkans), that was so completely unrealistic and implausible it had to be Serbian "*Itan*" and nothing else. Now PLAINTIFF will give American Intel a little bit of credibility if it was a Bosnian Muslim, a Muslim Kosovar (ignoring that Kosovo is not an independent country), or a Muslim Macedonian and did that, maybe in that circumstance, "*Itan*" would be questioned a little bit. *See*: *Rux v. Republic of Sudan*, 495 F. Supp. 2d 541 (E.D. Va. 2007) "Al-Qaeda has supported terrorists in Afghanistan, Bosnia, Chechnya, Tajikistan, Somalia, Yemen, and Kosovo, and has trained terrorists from countries including the Philippines, Algeria, and Eritrea." But is American Intel's intentional and willful blindness to the totality of the circumstances. PLAINTIFF is alleging that American Intel falsely alleged PLAINTIFF declared allegiance to a muslim terrorist organization in which there was no way in hell would PLAINTIFF ever truthfully done so in warrants and to FISA in which American Intel did not provide exculpatory evidence of Mens Rea and PLAINTIFF'S history.

This brings up a Title VI claim. So are Balkans/Yugoslavians a protected nationality under Title VI. The answer is absolutely. In *Shaare Tefila Congregation v. Cobb*, 481 U.S. 615 (1987), the question of the Case was "did the white defendants exhibit racially motivated discrimination in violation of the federal statute?" The PLAINTIFFs were Jewish and it was whether or not TITLE VI applied to Jewish people, who are white. Judaism is based on Moses and the Exodus of Jewish people, who were slaves, under the Pharaoh. The Court unanimously held that "*Held:* 1) A charge of racial discrimination within the meaning of § 1982 cannot be

made out by alleging only that the defendants were motivated by racial animus. It is also necessary to allege that that animus was directed toward the kind of group that Congress intended to protect when it passed the statute. 2) Jews can state a § 1982 claim of racial discrimination, since they were among the peoples considered to be distinct races, and hence within the protection of the statute at the time it was passed. They are not foreclosed from stating a cause of action simply because the defendants are also part of what today is considered the Caucasian race." So the issue for the Court was that "We agree with the Court of Appeals that a charge of racial discrimination within the meaning of §1982 cannot be made out by alleging only that the defendants were motivated by racial animus; it is necessary as well to allege that defendants' animus was directed towards ***the kind of group* that Congress *intended to protect* WHEN it passed the statute***. To hold otherwise would unacceptably extend the reach of the statute." So what did Congress know during the Reconstruction Era in 1866 in regards to groups of slaves and descendants of slaves is the question. Congress intended on protecting former Slaves and descendants of slaves in passing §1982 and the Civil Rights Law during the reconstruction era. Slave is derived from the word Slav, which refers to Eastern European people. Congress, around 1866, unequivocally and fundamentally knew that Judaism is based on Moses having led the exodus of slaves to a free land in which they passed by a large body of water like a sea in the process--Facts are facts. During the Reconstruction Era, congress would have known that the Ottoman Empire existed in which slavery was still legal at that time. From 500-1500 A.D., Islamic slave trade dominated European slave trade in which empires like the Ottoman Empire demanded and needed slaves. An Italian slave market in Venice had established a thriving slave trade. "When the sale of Christians to Muslims was banned (*pactum Lotharii*[10]), the Venetians began to sell Slavs and other Eastern European non-Christian slaves in greater numbers. Caravans of slaves traveled from Eastern Europe, through Alpine passes in Austria, to reach Venice... Eunuchs were especially valuable, and "castration houses" arose in Venice, as well as other prominent slave markets, to meet this demand."[168] In the Ottoman Empire, "The main sources of slaves were wars and politically organized enslavement expeditions in the Caucasus, Eastern Europe, Southern Europe, Southeast Europe, and Africa. It has been reported that the selling price of slaves decreased after large military operations. In Constantinople (present-day Istanbul), the administrative and political center of the Ottoman Empire, about a fifth of the 16th- and 17th-century population consisted of slaves…Even after several measures to ban slavery in the late 19th century (i.e. during the time of the Reconstruction in the United States), the practice of slavery continued largely unabated into the early 20th century (i.e. the 1900s, more than 20 years after the Reconstruction Era in which the Civil Rights laws were passed). As late as 1908, female slaves were still sold in the Ottoman Empire. Sexual slavery was a central part of the Ottoman slave system throughout the history of the institution…" [169] Black folk, that consisted of Ethiopians and Central African People (Zanj Slaves), and Slavic/Balkan People were on the same exact legal level in the Ottoman Empire; but unfortunately, the Turks considered the Zanj slaves inferior;[170] but still the same legally nonetheless. Any person from the Balkans will tell you about how the Turks came to their lands and abducted their children. This was done in "the *devşirme*, which connotes "draft", "blood tax" or "child collection", young Christian boys from the Balkans and Anatolia were taken from their homes and families, forcibly converted to Islam, and enlisted into the most famous branch of

---

[168] https://en.wikipedia.org/wiki/Slavery_in_medieval_Europe Last Checked. 08/22/2023.
[169] https://en.wikipedia.org/wiki/Slavery_in_the_Ottoman_Empire Last Checked. 08/22/2023
[170] *Id.*

the *Kapıkulu*, the Janissaries, a special soldier class of the Ottoman army that became a decisive faction in the Ottoman invasions of Europe."[171]  The Marine Corp actually explicitly referred to and never condemned of what the Janissaries did to Balkan families and how they obtained Balkan people in 2000 in an article published by the United States Naval Institute in March 2000, Proceedings Vol. 126/3/1,165.[172] This was a year after America bombed Yugoslavia in 1999. The US was in the U.S. Barbary wars in which the United States were trying to stop piracy in the Aegean Sea. By 1831, more than 40 years before the Reconstruction Era and 1866, the U.S. sent its first officially approved envoy to the Ottoman Empire. The first Ottoman Empire/Turkish Consulate opened in 1858, about eight years before the Reconstruction Era and 1866. Literally, between the 1850s through 1866, *Slavery was all the rage* in America. Because it was all the rage and had been discussed so often, politicians and ambassadors in DC would necessarily know where countries stood in regard to slavery and where those countries got their slaves from because it was that much of a social issue in those days. There was not a single way from the 1830's through 1866 in which American Officials and Congress did not know of the issues of slavery in the Ottoman Empire during the time of Reconstruction and 1866 in the United States. Period. Therefore, at the exact time the Civil Rights Laws were passed during the Reconstruction Era in 1866, Slavic/Balkan people were necessarily included as a group of slaves that the Civil Rights laws were applicable to.  If PLAINTIFF digs hard enough, he could probably find some reference by Congress about the Janissaries between the 1830s through 1866 or Ottoman slaves in that same time period. Furthermore, the Court said: "It is evident from the legislative history of the section reviewed in *Saint Francis College*, a review that we need not repeat here, that Jews and *Arabs* were among the peoples then considered to be distinct races, and hence within the protection of the statute." *Id.* Arabs include the Turks/Ottoman Empire. The Turks had Balkan people as slaves. Ergo it applies. The Ottoman empire collapsed around WWI in which slavery was legal up to that point of the 1910s. PLAINTIFF'S grandpa on his mother's side was born in 1929; PLAINTIFF'S Grandparents on PLAINTIFF'S father side were born in the 1930s, just 20 years after the collapse of the Ottoman empire in which slavery was legal. Therefore, when PLAINTIFF'S grandparents crossed the Atlantic Ocean were the first generation of family who were free and not slaves under the Ottoman Empire, that is completely factually analogous to Moses and the Jews and puts Slavic/Balkan people on the same exact legal footing as the Jewish people in *Shaare Tefila Congregation v. Cobb*, 481 U.S. 615 (1987). Therefore, Title VI applies to Balkan/Slavic people. Period.

Serbians/BALKAN people are loud and proud people. Serbians are one of the most hospitable and caring people around and food and alcohol pervades Serbian culture. Serbians make their own home made alcohol whether it is wine or Plumb Brandy called: rakija (which homemade plumb brandy is called: Domaca). Serbians are physical in their mannerisms and touch is expected in conversations. Since they are quite physical in their expressions, touch is the norm in demonstrating care by giving a ton of hugs or pecs on the cheek in which it is routine and custom for adults to hug and give a pec to both adults and kids and for it not to be considered malicious or malignant in nature. Southern Slavic people absolutely know the line between hugging and pecs for sexual gratification and ones that demonstrate care. ITALIANS, GREEKS,

[171] *Id.*
[172] https://www.usni.org/magazines/proceedings/2000/march/americas-janissaries#:~:text=Comparing%20the%20US%20armed%20forces,recruitment%20and%20work%20on%20retention. Last Checked 08/22/2023.

and BALKANS all do this thing of "OPA!" when expressing positive exuberance (as well as a negative Opa in some contexts but is oddly done in such a way to give comfort like something bad happened, but that's okay, itll be better, OPA!). PLAINTIFF is absolutely and unequivocally not alleging a TITLE VI violation *on that aspect of PLAINTIFF'S Balkan characteristics of physical expression or OPA-esque conduct* for that issue is immaterial to the issues in this complaint and falls outside of the scope of the issues presented that the Court should rule on; there will probably be one day in the future after this case is decided upon in a completely unrelated case to PLAINTIFF (after the Court rules that TITLE VI applies to Southern Slavic/Balkan people), that it may be at issue; but for litigation in this case, it absolutely is not and this case is not the proper *vehicle* (pun intended) to decide that issue. Serbians love sarcasm and humor. One of the most important concepts that is deeply engrained the genetics, blood, and mind of all Serbians is called "*Inat.*" "*Inat*" is a behavioral trait and is a verbal trait that makes you do or say something OR not say or not do something just because you can't or just because you can say it. In a way, it includes a certain aspect of rebelliousness like if you told a Serbian not to go climb a tree—not only will that Serbian be like "who are you to tell me I can't go climb a tree? Screw You," in which that Serbian will then go climb that tree and drink some rakija in the process. Of course, there are *reasonable Serbian limits in which "Inat" does not apply* such as in actually engaging in physical violence (that is not at issue in this case); physical violence happens when you talk about a Serbian's mother. If you tell a Serbian not to say a word, not only will that Serbian say that word or phrase but will find three different ways of saying it and make it appropriate in the process. Part of Serbian life and culture includes people going out to cafes and sitting in front of local stores and debating with one another and shooting shit in which "*Inat*" is done and said. "*Inat*" can be viewed as oppositional and defiant to American authorities but it is not to Serbians. "*Inat*" can be understood, in part, as running along the same lines of "hold my beer," but with more umph and rebelliousness included in it. PLAINTIFF is arguing and alleging that DEFENDANTS violated my Serbian sense of humor and/or "*Inat*" and that serves as a basis of the complaint in Title VI. PLAINTIFF is specifically asking the Court to rule and base PLAINTIFF'S TITLE VI claim on the fact: that sarcastic humor is a trait of Serbians, violating a sense of humor can be a basis of a Title VI claim; deliberately misconstruing "Inat" can be a Title VI violation; omitting the mental requisite as it relates to "*Inat*" violates Title VI; and a Title VI violation can occur on the basis of a vehicle, which would also prevent further discrimination undertaken against different minorities such as African-Americans and Latinos outside of Balkan/Southern Slavic individuals.

PLAINTIFF is alleging that some features and behaviors of Slavic/Balkan culture were utilized against PLAINTIFF to cause PLAINTIFF to be subject to discrimination that caused a disparate impact by DEFENDANTS in which DEFENDANTS utilized "*Itan*" and PLAINTIFF'S car maliciously against PLAINTIFF in violation of TITLE VI.

The FBI recognizes that Balkan people are a distinct group, which brings up ANDREW MCCABE. "In 2003, ANDREW MCCABE began work as a supervisory special agent at the Eurasian Organized Crime Task Force. This is when ANDREW MCCABE started to learn about BALKAN people.  Later, McCabe held management positions in the FBI Counterterrorism Division, the FBI National Security Branch and the FBI's Washington Field Office. In 2009, he served as the first director of the High-Value Detainee Interrogation Group, a program to research interrogation techniques that was created after the Department of Defense Directive 2310 ban of waterboarding and other interrogation techniques." It is from this moment that PLAINTIFF believes and alleges ANDREW MCCABE came into PLAINTIFF'S life.


Federal Bureau of Investigation (.gov)
https://archives.fbi.gov › archives › news › testimony ⋮

## Eurasian, Italian, and Balkan Organized Crime

This allows agents to thwart **Eurasian organized criminal** enterprises before they reach the United States. The **task force** has established itself as the most ...

PLAINTIFF needs to talk about his first car and the best car he has ever had in his life—his 2003 Audi A4 (1.8T). (See: *Picture Below*. The Corvette and PLAINTIFF'S Audi A4 in 2007). PLAINTIFF'S father purchased the *used* Audi A4 for PLAINTIFF as his first car when PLAINTIFF was in high school, and it was probably one of the best gifts PLAINTIFF'S father ever gave to PLAINTIFF.  It is a commonly accepted reality in which people from the Balkans/Slavs routinely purchase used German cars (BMW, AUDI, or Mercedes-Benz) and have that car for the next 10, 15, 20 or so years.



This is so much so and so and is so fundamentally engrained in Slavic and Balkan culture (in which memes reflect cultural attributes of a given people), on 08/23/2023, PLAINTIFF google searched the following: "Balkan car meme." *See*: Screenshots below. They could have included the YUGO in the first few posts, which a few do, but the second image that came up was the meme below:



Here is a meme (below) from an unknown TV Show demonstrating "*Itan*" and Balkan people and cars. The car bottom is a car full of individuals from the Balkan. Note the guy with a black shirt and a gold chain. Guy in the back wearing is wearing black leather jacket. The punchline of "It's good for the environment" is an example of "*Itan*."



What PLAINTIFF can say in his self-defense is the following. **There were times in PLAINTIFF'S life that he was pushed beyond the bounds of all human decency.** It is precisely when PLAINTIFF is pushed beyond limits of human decency that PLAINTIFF responded back that caused some of the issues. PLAINTIFF, to the absolute best of his recollection never got into a serious physical fight with anyone (outside his brother), let alone any type of physical fight, between the time PLAINTIFF was in Special Education/Kindergarten to 12th Grade. Records from Spaulding, O'Plaine, Viking, and Northridge Prep (where PLAINTIFF went to school between K-12th Grade) would prove this to be a fact. PLAINTIFF didn't commit physical harm on anyone or harm animals or anything of that nature when PLAINTIFF was growing up between K-12. PLAINTIFF may have expressed the fact that he really didn't like cows after a cow chased him one time as a child, but never harmed animals. PLAINTIFF never tortured a squirrel or killed a squirrel until the last couple of years in which he tried to avoid a squirrel running across the road but ran it over.

PLAINTIFF can't make his argument in *Meth* and especially in *Miki's Tea Party* without bringing up the issue of a gun in which PLAINTIFF knows that American Intel DEFENDANTS are going to introduce the following story as relevant evidence one way or another because American Intel DEFENDANTS always get their way in that respect through the Courts of years allowing it to happen in PLAINTIFF'S opinion. PLAINTIFF just wants to state that he was a member of a shooting club in Butte, Montana when he lived in Butte, MT. PLAINTIFF can be trusted around fully loaded shotguns and firearms and not pose a legitimate threat to people when he was armed with a shotgun. So, considering the previous facts, the High School Gun incident. As much as it may be inculpatory in some respects, it is as equally exculpatory in some respects. PLAINTIFF, PLAINTIFF'S brother (David), and the Nedanovski cousins were in David's bedroom. David was a high school athlete who didn't suffer any of the same physical issues or ailments as PLAINTIFF did. David necessarily knew that PLAINTIFF was physically weaker than PLAINTIFF having carried far more weight doing construction with PLAINTIFF and PLAINTIFF'S father in PLAINTIFF'S father's construction and management company when he would flip houses and commercial facilities. There is not a single doubt in David's mind that David is far more physically stronger and physically agile than PLAINTIFF. PLAINTIFF and David got into an extremely heated argument in front of the Nedanovski cousins that day.

Throughout the course of the argument, David berates PLAINTIFF and PLAINTIFF continuously keeps telling him stop doing so, pleads, begs, commands, does everything in his power to get David to stop. David's anger does not cease when David was commanded by PLAINTIFF to stop berating and abusing PLAINTIFF--it increases. This argument was not like any previous argument David and PLAINTIFF had ever had. PLAINTIFF, suffering from something akin to battered spouse syndrome, reached a point in his life where he had enough and he started physically fighting his far more athletically and physically stronger brother (PLAINTIFF may have been taller, but was weaker) to get David to cease because there were numerous times PLAINTIFF pleaded, begged, and commanded David to stop and he did not. The Nedanovski cousins observing all of this did not stop nor intervene after PLAINTIFF pleaded, begged, and commanded David to stop. David and PLAINTIFF savagely fought and then PLAINTIFF and David stopped physically fighting. This should have ended the incident, but it did not. David did not stop escalating the situation. This physical fight only fueled David's aggression against PLAINTIFF and David kept it up and started to become even more psychologically abusive. PLAINTIFF couldn't turn to his parents because they would have taken David's side and that would have perpetuated even more psychological abuse and a beating against PLAINTIFF. The Nedanovskis did nothing to stop nor did they quell David even after PLAINTIFF and David's physical fight in which David kept up his abusive and berating comments knowing that it had just caused a physical fight. David listened to no one except himself. With the berating and abusive comments continuing to rise in which the far more physically weaker PLAINTIFF (who was physically drained from the fight) couldn't physically stop any more harm to himself, did what he had to do. If no one was going to stop more physical harm from befalling upon PLAINTIFF'S parents would have for sure beaten PLAINTIFF and the Nedanovski cousins doing nothing to intervene, and no one was of immediate physical assistance, PLAINTIFF had to grab a weapon to defend himself because PLAINTIFF couldn't physically defend himself any longer because *there was an actual imminent danger* and/or clear and present danger to PLAINTIFF that more physical harm would befall upon PLAINTIFF. PLAINTIFF could not have physically restrained his brother to prevent further harm from happening. The only thing that PLAINTIFF could have grabbed to defend himself in David's bedroom was a mini souvenir bat that was like a foot long and less than an inch thick in diameter and that would have done nothing to stop David from assaulting PLAINTIFF again. With nothing nearby, PLAINTIFF either 1) could have ran downstairs and grabbed a kitchen knife, 2) run to the garage which was further away from the kitchen and grabbed some tool and then run back upstairs, or 3) PLAINTIFF did what he did and went to his parent's bedroom, grabbed his mom's small handgun, put it in his jeans pocket in which the gun was so small that it was completely concealed in PLAINTIFF'S pocket, and went back and ***immediately commanded his brother* *to stop*** in which PLAINTIFF pointed to his jeans pocket. PLAINTIFF'S actions were solely to stop his brother from physically assailing him when PLAINTIFF had every reason to believe that despite numerous commands to stop, and along with bystander intervention failure, PLAINTIFF was going to be subject to more physical harm (that at minimum would have required hospitalization) and did what he had to do to get David to stop. *So even when PLAINTIFF was at his most justifiably angriest state he had ever been in his life at that time* (in which numerous times before PLAINTIFF, jails across America are filled with people who were in an extremely similar situation and took out the gun and shot someone or with a battered spouse, shooting their abusive partner and walked free), PLAINTIFF never even took the gun out of his pocket when *PLAINTIFF was doing it for self-defense purposes*

*only*. There is a definite and appropriate line that could be ascertained on PLAINTIFF'S conduct even when he was in high school in which he would have matured over the years--even when posed with a clear and present danger to PLAINTIFF'S physical safety, *PLAINTIFF resorted to dialogue and speech to stop* a further escalation of the situation *as not to physically harm the other individual and PLAINTIFF* when PLAINTIFF'S immediate physical well-being was at issue. PLAINTIFF texted THAO BUI the story so American Intel or DoD have it. But what PLAINTIFF can say is the following. In Summer 2010, PLAINTIFF told his story at Camp Wayne to campers to prevent bullying and harassment in the future in which he told his campers that the way to end bullying was by talking to people and to help the weird and sketchy kids in school. PLAINTIFF expressed sincere remorse that the incident occurred in Summer 2010 (which is extremely important to *Miki's Tea Party*) and took it as a learning lesson to help others in need not to repeat the same mistakes he had made. American Intel knew the story and the context of it because they obtained PLAINTIFF'S cell phone records. You will see in Section II (SEWANEE) how this story was misconstrued against PLAINTIFF. That was super embarrassing and to keep up the embarrassing theme to PLAINTIFF, the following.

**Because of the *maliciousness* of the *United States Government against PLAINTIFF and solely because of that reason*, PLAINTIFF will invoke his Fifth Amendment rights when it comes to the night that he lost his virginity to BRI and KYLE.** PLAINTIFF is alleging that this was the first of many examples of American INTEL of having knowingly used perjured testimony, fabricating materially misleading narratives and evidence, seeking to destroy PLAINTIFF on the basis of his disability, violated RFRA, attacked PLAINTIFF on the basis of his nationality, and so much more. RUSSELL BYRD was part of the conspiracy in which he barely saw anything. PLAINTIFF alleges that ROBERT MUELLER started a pattern of violating PLAINTIFF' constitutional rights by obstructing justice that was facilitated by unknown FBI and CIA officers against PLAINTIFF in which ROBERT MUELLER knew of the obstruction of justice acts that his staff underneath him did in which BRI and KYLE were forced to change their testimony about the night with PLAINTIFF to conform to a false factual pattern in providing materially misleading and fabricated evidence and did nothing to remedy the issues. Therefore, they violated: 18 U.S.C. §1961 Section 1503, 18 U.S.C. §1961 Section 1510, 18 U.S.C. §1961 Section 1511, 18 U.S.C. §1961 Section 1512, 18 U.S.C. §1961 Section 1513. 18 U.S.C. §1961 section 1341 (relating to mail fraud); 18 U.S.C. §1961 section 1343 (relating to wire fraud); 42 U.S.C. §1983.

PLAINTIFF alleges that law enforcement acted through the middleman of KYLE. PLAINTIFF alleges that a government agent specifically targeted PLAINTIFF because of Pre-Crime Analysis and having been coerced by Joe Bello. PLAINTIFF alleges that a government agent told and directed KYLE to undertake his actions against PLAINTIFF. The government necessarily wanted to violate PLAINTIFF'S religious beliefs to conform to Joe Bello's manufactured and fabricated narrative. Therefore, there was entrapment because: "Thus after *Rogers*, the law in this circuit permits an entrapment instruction involving a middleman when there is evidence that (1) a government agent specifically targeted the defendant in order to induce him to commit illegal conduct; (2) the agent acted through the middleman after other government attempts at inducing the defendant had failed; (3) the government agent requested, encouraged, or instructed the middleman to employ a specified inducement, which could be found improper, against the targeted defendant; (4) the agent's actions led the middleman to do

what the government sought, even if the government did not use improper means to influence the middleman; and (5) as a result of the middleman's inducement, the targeted defendant in fact engaged in the illegal conduct." *U.S. v. Luisi*, 482 F.3d 43 (1st Cir. 2007) PLAINTIFF was entrapped when it came to KYLE. Furthermore, "The courts of appeals that have considered this sort of claim in similar contexts, however, note that it would succeed only if the government "consciously set out to use sex as a weapon in its investigatory arsenal" or at least "acquiesce[d] in such conduct for its own purposes upon learning that such a relationship existed." *United States v. Cuervelo*, 949 F.2d 559 (2d Cir. 1991)." *United States v. Therrien*, 847 F.3d 9, 15 (1st Cir. 2017). The United States Government/American INTEL set sex out to be a weapon when they fabricated materially misleading and false narratives about a consensual encounter the night PLAINTIFF lost his virginity. To be falsely accused of violence the night you became introduced to consensual sex is one of the biggest weapons involving sex that the United States Government can use against you. That constituted an act of torture against PLAINTIFF.

Do you know the sadistic cruelty that it would require by some government actor to do that to an innocent man? People like YOO, ROBERT MUELLER, and the CIA. PLAINTIFF was coerced into recording that statement against his will by JOE BELLO; and because PLAINTIFF was coerced, it was a material omission and PLAINTIFF would not have made the statement. It was a problem because President George Bush shortly thereafter on July 20th, 2007 gave the following Executive Order 13440 in which he declared that any "associated forces are unlawful enemy combatants who are not entitled to the protections that the Third Geneva Convention provides to prisoners of war. I hereby reaffirm that determination." PLAINTIFF was a child that was coerced and the United States Government denied an American child his constitutional right to be free from torture.

PLAINTIFF needs to demonstrate PLAINTIFF'S autistic Mens Rea as that is exactly what is in issue in this case that underlies all of the issues. There was an internship called Canale that PLAINTIFF obtained while he was at SEWANEE. A sorority (via CALLIE SADLER) had agreed to assist PLAINTIFF in an endeavor. Then something happened, probably and as PLAINTIFF is alleging, DEFENDANTS told or coerced CALLIE SADLER or the sorority didn't want to help PLAINTIFF after what DEFENDANTS did to PLAINTIFF as he was still a pariah, that the sorority would not be helping when there was a de-facto legal agreement in place. PLAINTIFF got highly upset. This was also an *HONOR CODE* violation as it necessarily required CALLIE SADLER to lie and act dishonorably. PLAINTIFF tried to calmly explain why it was wrong (why it was legally wrong) and then it was only afterwards after an appeal to reason and facts that PLAINTIFF then threatened (in the case of CALLIE SADLER threatened to legally sue CALLIE SADLER and the sorority) *as a legal bluff.* PLAINTIFF used the $1,000 figure PLAINTIFF said it was about dirt research but PLAINTIFF using "dirt research" was immaterial as the point of it was emphasizing the figure of $1,000 having already been spent on furthering the project when there was a legal wrong committed against PLAINTIFF (thereby not violating the HONOR CODE) and a violation of the HONOR CODE occurred by CALLIE SADLER in which PLAINTIFF did not sue. PLAINTIFF wanted to sue because PLAINTIFF was helping kids by raising funds for a playground (the importance of which will be understood even further in *Big Brothers Big Sisters*) because PLAINTIFF loved mentoring kids at that time. You have to push PLAINTIFF beyond all reasonable bounds of human decency and push him maliciously and unjustly in the process for him to lose his cool.

The main point involving CALLIE SADLER and KYLE regarding PLAINTIFF is that whenever there was a serious legal wrong committed against PLAINTIFF in which PLAINTIFF took the time to truthfully and calmly explain why they were wrong in which the person at issue was necessarily and unequivocally lying in the process that was in response to a violation of PLAINTIFF'S honor or unjust treatment against PLAINTIFF (whether it is KYLE lying about the nature of the circumstances of PLAINTIFF losing his virginity that necessarily implicated PLAINTIFF'S honor and CALLIE SADLER and her HONOR CODE violation), that is when it caused PLAINTIFF to lose his cool *by becoming very frustrated* (it was frustrating to PLAINTIFF because the truth and reason should prevail) which in turn caused PLAINTIFF to autistically and angrily ruminate, and then, and only then, that is when PLAINTIFF would resort to bluffs or using extremely strong and absolute worded statements. It wasn't all the time as there would be numerous times that legal wrongs were committed against PLAINTIFF and PLAINTIFF did not overreact and angrily ruminate then, it just happened sometimes in which there was a correlation to when PLAINTIFF especially knew it was legally, ethically, or morally wrong and fundamentally unjust and unfair.

It wasn't because PLAINTIFF had committed a legal wrong, ***it was when a legal wrong was committed by different actors against PLAINTIFF and were lying about it in the process***. This will come up again in *Rhetoric* and *The Devil Reincarnate*—REBECCA WETHERBEE.

The Court in *United States v. Kaminski*, 703 F.2d 1004 (7th Cir. 1983) "Although there is no infallible means of divining a defendant's predisposition to commit a crime after the fact, there are several factors recognized as relevant in making this determination. We start with the observation that predisposition is, by definition, "the defendant's state of mind and inclinations *before his initial exposure to government agents*." *United States v. Jannotti,* 501 F. Supp. 1182 (E.D.Pa. 1980), *rev'd on other grounds,* 673 F.2d 578 (3rd Cir.)...This answers defendant's bizarre contention that "the agents literally entrapped him into a state of predisposition." One is either predisposed to commit a crime before coming into contact with the Government or one is not, so the argument that one could be entrapped into having a state of predisposition is meaningless. **We now turn our attention to the factors relevant in determining predisposition**. Among these are the character or reputation of the defendant, including any prior criminal record; ***whether the suggestion of the criminal activity was initially made by the Government;*** **whether the defendant was engaged in the criminal activity for profit; whether the defendant evidenced reluctance to commit the offense**, **overcome only by repeated Government inducement or persuasion**; **and the nature of the inducement or persuasion supplied by the Government.** While none of the factors alone indicates either the presence or absence of predisposition, the most important factor . . . is whether the defendant **evidenced reluctance to engage in criminal activity which was overcome by repeated Government inducement**…"  It was only after repeated Government inducement when PLAINTIFF explained the truth in the night involving BRI that a middleman was used to suggest criminal activity and the nature of the false accusation in which PLAINTIFF repeatedly gave his truthful account that then PLAINTIFF became entrapped.

"As an alternative to vacating Matiz's conviction based on the Government's violation of her Due Process rights, Matiz requests that this court use its supervisory power to reverse her conviction. **Guided by considerations of justice, federal courts may exercise on a limited basis their supervisory power to "formulate procedural rules not specifically required by the**

**Constitution or the Congress."** *United States v. Hasting,* 461 U.S. 499 (1983). **The Supreme Court has recognized only three legitimate purposes for the exercise of a court's supervisory power: "To implement a remedy for violation of recognized rights, to preserve judicial integrity, . . . and finally, as a remedy designed to deter future illegal conduct**." *Id.* (citations omitted)." *U.S. v. Matiz*, 14 F.3d 79 (1st Cir. 1994)

*U.S. v. Matiz*, 14 F.3d 79 (1st Cir. 1994) ruled on the proposition that an act of perjury can be an act of obstruction of justice under 18 U.S.C. 1961 Section 1503 since "The findings (of obstruction of justice) encompass all the elements of perjury — falsity, materiality, and willfulness. The only matter about which the court was not explicit was whether Matiz's testimony was material. A sentencing court, however, is not required to address each element of perjury in a separate and clear finding. *See id.* In fact, the Court in *Dunnigan* affirmed a district court's finding that did not use the term willful…*Dunnigan* only requires that a sentencing court's findings encompass all of the factual predicates for a finding of perjury." "The Supreme Court has stated that a witness testifying under oath commits perjury if "she gives false testimony concerning a material matter with the willful intent to provide false testimony, rather than as a result of confusion, mistake, or faulty memory." *United States v. Dunnigan,*113 S.Ct. 1111 (1993)." *U.S. v. Matiz*, 14 F.3d 79 (1st Cir. 1994). *U.S. v. Ashland Oil Inc.*, 705 F. Supp. 270 (W.D. Pa. 1989) discussed what constituted materiality: "A concise summary of this materiality requirement is set forth in Justice Stevens' concurring opinion in *Youngblood:* Our cases make clear that "[t]he proper standard of materiality must reflect our overriding concern with the justice of the finding of guilt," and the State's failure to turn over (or preserve) potentially exculpatory evidence therefore "must be evaluated in the context of the entire record." *United States v. Agurs,* 427 U.S. 97 (1976) (footnotes omitted); see also *California v. Trombetta,* 467 U.S. 479 (1984) (duty to preserve evidence "must be limited to evidence that might be expected to play a significant role in the suspect's defense")." "By limiting §1503 to acts having the "natural and probable effect" of interfering with the due administration of justice, the Court effectively reads the word "endeavor," which we said in *Russell* embraced "any effort or essay" to obstruct justice out of the omnibus clause, leaving a prohibition of only actual obstruction and competent attempts…A §1503 violation occurs when "an act is done corruptly if it's done voluntarily and intentionally to bring about either an unlawful result or a lawful result by some unlawful method, with a hope or expectation of either financial gain or other benefit to oneself or a benefit of another person." *United States v. Aguilar*, 515 U.S. 593 (1995).

PLAINTIFF is setting a bar for himself based on the standards of a habeas petition standard under 28 U.S.C. 2244 just as a practical baseline to prove the point in saying that even under the standards of habeas, PLAINTIFF far exceeded what was required out of him in a preponderance of the evidence level in regards to certain issues in this complaint. PLAINTIFF is specifically not asking the court to utilize a habeas baseline standard regarding PLAINTIFF'S claims. So PLAINTIFF is showing how he could plausibly reach a habeas standard threshold to certain issues in this complaint.

**There is not a single person on this planet that could have gone through everything I've gone through in my life and not crack afterwards. They had legitimately no reason to be listening in on my phone during privileged discussions.**

# Section II. Sewanee. 2007-2011.
# NARCOTERRORISM
### PRELUDE:

Section II is all to the best, honest, and complete PLAINTIFF'S recollection as of 09/27/2023 and is not misleading as PLAINTIFF has revealed things that are not in his legal interest for full truthful disclosure and things that are completely prejudicial to PLAINTIFF; and it was a difficult endeavor to fully remember most of the facts since some of the incidents took place more than 15 years ago. PLAINTIFF, when he left to go attend SEWANEE, was naïve and held this hope out that the US administration of justice would be fair. PLAINTIFF knows the abuse and bullying PLAINTIFF suffered through as a kid wasn't fair, and PLAINTIFF just had high hopes that there would have been something in PLAINTIFF'S life as an adult that would be fair and just when he entered SEWANEE. **PLAINTIFF was so incredibly wrong**.

When PLAINTIFF uses the word: SEWANEE, it could reference Sewanee, TN because the entire town of Sewanee, TN is in the entire campus of The University of the South (aka: Sewanee) or just the University of the South that is also referred to just by Sewanee.

More than anything what PLAINTIFF needed the most at SEWANEE was to have someone recognize that PLAINTIFF needed help for his autism and that someone could protect PLAINTIFF knowing his autistic vulnerabilities. PLAINTIFF got absolutely no help for his autism from the 2nd grade to pretty much the rest of his life; instead of helping, DEFENDANTS (as well as PLAINTIFF'S parents) exploited it for their own malicious purposes and furthered RICO Enterprise 1 in the process. PLAINTIFF does not know exactly when RICO Enterprise 1 started, it had major roots in Upbringing; however, it fully sprouted into fruition in Sewanee in 2007. What PLAINTIFF can tell the Court is that from PLAINTIFF'S current understanding and from his perspective, it really molded and formed into place by April 2008. PLAINTIFF can you how it was fueled from the beginning by DOJ, NSA, CIA, and FBI though--PAUL CLEMENT and the Bush War on Terror. In PLAINTIFF'S simplest terms based on his current understanding and from his perspective on how RICO Enterprise 1 started and the basis of this complaint was that PLAINTIFF'S constitutional, property, legal, and liberty interests were trampled on completely and relentlessly for counterterrorism precedent by DEFENDANTS who necessarily had to do so in order to cover up legal fraud and constitutional violations by DEFENDANTS in which PLAINTIFF'S property interests were stolen and liberty deprived. Each Chapter in Narcoterrorism is a different scheme in furtherance of RICO Enterprise 1. Another way of seeing it, ironically, is DEFENDANTS were stuck in their own autistic--and especially corrupt--feedback loop in which DEFENDANTS had to fabricate something to coverup their legal fraud by establishing counterterrorism precedent that SCOTUS enabled, which in turn, required DEFENDANTS to coverup the legal fraud and fabrication that the previous precedent was established on so DEFENDANTS created new fabrications and committed more legal fraud so that they could coverup their previous legal fraud and fabrications with the prior precedent and get new counterterrorism precedent that SCOTUS enabled; which in turn, required DEFENDANTS to coverup the fabrication that the previous precedent was established on so they created new fabrications and committed more legal fraud so that they could coverup their previous legal fraud and fabrications with the prior precedent and get new counterterrorism

precedent in the process tin which SCOTUS enabled them; which in turn,…." It culminated to billions and billions of dollars by 2010/2011 and then into such completely horrific and unimaginable horrors in 2015.

**FRESHMAN YEAR SEWANEE. Tragedy:**

FBI: ROBERT MUELLER. CIA: MICHAEL HAYDEN. DOJ Attorney General: Michael Mukasey. DOD General Counsel: JEH JOHNSON. DHS. XX. DOJ Solicitor General: Paul Clement. DOJ Northern District of Georgia (Atlanta): SALLY YATES.



First and most importantly, on Feb 23rd, 2008, PLAINTIFF's godchild, CAIU RODRIGUEZ, was killed in a fire in St. Louis, Missouri. PLAINTIFF was shocked and this was the first real traumatic loss of a loved one; especially as an Orthodox Christian to lose a godchild in which it is of extreme religious significance. The problem with being abused is that after a while, to save face in front of your abuser, you can hold in the pain and just bury it deep down inside--That is what PLAINTIFF did with CAIU'S death. Yes, it took me a few days to process the situation, and yes, PLAINTIFF visited friends around this time at a different University in which PLAINTIFF partied. However, when PLAINTIFF couldn't bury it deep down inside anymore, PLAINTIFF became even more severely depressed and emotionally volatile from March 2008 onwards PLAINTIFF consulted and tried to talk to PLAINTIFF'S brother about what he was feeling and experiencing and got nowhere at the time. PLAINTIFF felt betrayed by his brother especially amidst all of the different issues presented in this section. PLAINTIFF should have gone to psychological counseling at that time, but with PLAINTIFF'S parent's obsession that made him distrust psychologists at that time, PLAINTIFF did not to go.

## FRESHMAN YEAR SEWANEE. 2007-2008

# MIDYEAR Exam (MYE) /MID-YEAR

FBI: ROBERT MUELLER. CIA: MICHAEL HAYDEN. DOJ Attorney General: MICHAEL MUKASEY. DOJ Solicitor General: Paul Clement. DOJ Northern District of Georgia (Atlanta): SALLY YATES.

Second and of extreme importance, this occurred in 2008 and PLAINTIFF will do the best he can to put the following chapters in chronological order.

PLAINTIFF had a class with a very liberal political science professor named Professor SCHNEIDER in Spring of 2008 (probably around March 2008). She did not like PLAINTIFF in any way because of PLAINTIFF'S views on politics in which PLAINTIFF leaned on the conservative and libertarian side of things (this has not changed since 2008) though he can agree with liberals on certain issues. PLAINTIFF spoke in class as part of class discussions as it was a

benefit he paid for, and Professor SCHNEIDER routinely disagreed with PLAINTIFF because PLAINTIFF made his voice heard and utilized the 1st Amendment doing so. #protectedspeech. Furthermore, because Professor SCHNEIDER so readily disagreed with PLAINTIFF on his political views (i.e. his political speech said in the course of a class debate or participation), she intentionally would call on anyone else besides PLAINTIFF. Messages at the time would prove this to be true and DEFENDANTS knew and had those messages that demonstrated such (whether it was facebook or text message, they used the USA PATRIOT Act to obtain such and therefore PLAINTIFF is alleging a constitutional violation based on that).

PLAINTIFF could not have connected American INTEL to PROFESSOR SCHNEIDER in the following incident at the time, but it struck PLAINTIFF as very peculiar and PLAINTIFF expressed such and there may be proof of my impression within American Intel somewhere. So, after PLAINTIFF had expressed the fact that Professor SCHNEIDER did not like PLAINTIFF on the basis of his political views said in class (and didn't like conservative views) either in messages (Facebook or text) or whether PLAINTIFF said it to informants like GRIFFIN FRY or WESLEY CRANE, American Intel knew about the 1st Amendment issue concerning PLAINTIFF and PROFESSOR PAIGE SCHNEIDER. PLAINTIFF is alleging that American Intel directed PROFESSOR SCHNEIDER to give a full denial to PLAINTIFF'S observations in class--that came completely out of nowhere and was so unprompted as to give an inference of suspiciousness—to "refute" _the fact_ that PROFESSOR SCHNEIDER liked liberal views far more than conservative/libertarian views and would only call on students because they were liberal. PLAINTIFF even at one time gave her a review in ratemyprofessor.com (in which it wouldn't surprise PLAINTIFF if he talked about her liberalness and probably did mention her liberalness in his review) and there is one post that talks about the liberalness of Professor PAIGE SCHNEIDER. PLAINTIFF alleges that DEFENDANTS directed or had talked to Professor PAIGE SCHNEIDER about PLAINTIFF's view, American Intel knew the legal basis PLAINTIFF had in alleging that if Professor Schneider were to retaliate in some form, PLAINTIFF'S defense would be it was a retaliation on the basis of his political speech, American Intel knew of the core 1st Amendment values at stake and how PLAINTIFF was denied benefits to participate in class because of his political views, and then American Intel had directed Professor PAIGE SCHNEIDER to retaliate against PLAINTIFF on the basis of his autism (in which she allegedly "refuted" PLAINTIFF'S claims) in the following incident:

One day, this occurred after most of _Peachy Miami had occurred, after GIVE ME LIBERTY and GIVE ME BEER had occurred, after most of Big Brother Big Sisters had occurred,_ Professor SCHNEIDER falsely accused PLAINTIFF of plagiarism, which occurred after PLAINTIFF pointed out the 1st Amendment issues (i.e. retaliation again). Why and what were some of the issues? First off, PLAINTIFF has a writing disability and writing issues and autism are nearly always present and prevalent. Talk to any one of PLAINTIFF'S teachers growing up, they would have all told you the same thing—PLAINTIFF is smart, but he has writing issues. PLAINTIFF had written expressive issues--seeing how PLAINTIFF is on the autism spectrum n' all--and sometimes PLAINTIFF is not going to get the forms down correctly, quickly at first. However, PLAINTIFF has relentlessly worked on this issue through the years and has fixed the issue. PLAINTIFF explained his prior writing issues prior to the incident in which she would have had a reason to know it could be disability related issue. PLAINTIFF and Professor Schneider then had a meeting about the plagiarism issue. Professor SCHNEIDER'S

basis for concluding that PLAINTIFF had allegedly committed plagiarism was that PLAINTIFF had not "properly cited" sources even though PLAINTIFF gave a complete list of all the sources PLAINTIFF used on the "Mid-Year" exam or a paper (PLAINTIFF cannot recall which one) and PLAINTIFF did not claim credit for those statements or pass it off as his own because he put an entire sentence in quotation marks with a list of the sources in the paper. Put in another way, in PLAINTIFF put the statements in quotes to indicate that those statements were not his own on the Mid-Year exam or paper. Sources were listed on the paper. PLAINTIFF understands if he did not include a source, but PLAINTIFF included all of his sources. If there was another plausible and reasonable explanation of it of what was going on PLAINTIFF'S mind at the time, PLAINTIFF probably organized it the way he did as to clean up the paper where PLAINTIFF'S autism and ADD would get PLAINTIFF distracted and unable to comprehend the paper when papers went along the lines of: [point][long source cite][point][long source cite][point][multiple long sources cites]. If anything, what that shows PLAINTIFF was trying to make it easier for Professor PAIGE SCHNEIDER to read his paper. PLAINTIFF tried to explain to her that PLAINTIFF understood that PLAINTIFF had not plagiarized because PLANTIFF had in fact given credit to the author's work that he cited and it was just not in the proper form. So remember, this is the second time PLAINTIFF brought up his writing disability issues. There were other numerous SEWANEE professors who were fully aware of PLAINTIFF'S writing issues such as Dr. Charles Peyser. LSU LAW would become aware of PLAINTIFF'S writing issues by 2013/2014.  PLAINTIFF doesn't remember what else happened with this situation because PLAINTIFF believed and knew to be true that he did not plagiarize and could not have reasonably foreseen or known at the time what American Intel would do to PLAINTIFF on the basis of his political speech and autism.

     ***One of the significant points about Midyear that PLAINTIFF doesn't fully understand yet, but PLAINTIFF based upon information, reason, and belief knows that somehow in some conceivably direct way, Hillary Clinton's email server scandal gets attached to Midyear and becomes one of the facets of Midyear.*** PLAINTIFF has tried racking his brain to make a connection, but it was only because of the facet of *Midyear* that PLAINTIFF was directly privy to at Sewanee in which PLAINTIFF understood that since it is true in respect of *Midyear* being an administrative issue that implicated PLAINTIFF'S free speech and disability rights, FBI having called and associated the Hillary Clinton email server scandal with *Midyear*, that there is a factual nexus and must be necessarily true that Hillary Clinton knew about PLAINTIFF from around 2008 or so.

     Besides the disability issues and free speech issues, **the main point** of **Mid-Year** is the following. FBI could have called PLAINTIFF'S case anything they wanted or FBI could have utilized a random name generator to make a case-name in regards to PLAINTIFF (they did not do this). What FBI/ANDREW MCCABE/PETER STRZOK intentionally, knowingly, and willingly chose to do was refer to PLAINTIFF as MIDYEAR and this is what the FBI and American Intel, British Intel, Indian Intel, etc. will necessarily continue to refer to PLAINTIFF by from 2008-Present and/or at some point in March 2015 stop referring to PLAINTIFF as Midyear because they intentionally chose not to any more because they had a reason in mind why FBI/ANDREW MCCABE/PETER STRZOK shouldn't (See: *An Anchor and a Pitchfork*).

So, the issues in *Midyear* were that an authority figure didn't like PLAINTIFF'S speech that were inextricably intertwined with issues of PLAINTIFF'S autism and his writing disability in which American Intel/FBI/ANDREW MCCABE/PETER STRZOK intentionally, knowingly, maliciously, and willingly *retaliated* against PLAINTIFF by attacking PLAINTIFF *on the basis of PLAINTIFF'S autism* <u>because of</u> PLAINTIFF'S *political speech*. These are irrefutable facts. DEFENDANTS knew these facts DEFENDANTS start referring to PLAINTIFF solely based on their hatred and contempt for PLAINTIFF on the basis of his disability and speech when DEFENDANTS intentionally attacked PLAINTIFF on the basis of his disability (attacking PLAINTIFF's writing issues because of his autism to deny him education opportunities and in class participation in education when DEFENDANTS knew of PLAINTIFF'S intelligence and desire to learn and would be devastating to PLAINTIFF if he couldn't learn) and would be of a similar nature of one leaving a blind person in the middle of a road, kicking a cane from underneath a disabled individual with mobility issues, etc. DEFENDANTS in 2008 had no issue of attacking PLAINTIFF on the basis of his disability because of his political speech. PLAINTIFF has an extremely manifest issue with this because American Intel/ANDREW MCCABE/PETER STRZOK'S hatred never ceases and it necessarily and irrevocably prejudices PLAINTIFF from that moment on as to deny Due Process to PLAINTIFF because DEFENDANTS explicitly approve and justify attacking a disabled person on the basis of their disability as completely acceptable behavior to be tolerated because that is how they named PLAINTIFF's case. American Intel/FBI/ANDREW MCCABE/PETER STRZOK directed Professor PAIGE SCHNEIDER to do this and as the Court in *Adickes v. S.H. Kress & Co.*, 398 U.S. 144 (1970) said, about the nature of their actions: "[w]hen the State has commanded a particular result, it has saved to itself the power to determine that result and thereby to a 'significant extent' has 'become involved' in it." Since the issue in Mid-Year necessarily involved the *Honor Code*, they have become involved in the *HONOR CODE* and the U.S Constitution therefore completely applies to this incident and the *HONOR CODE* despite it occurring in a private university. Therefore, DEFENDANTS cannot say that they were so independent of SEWANEE, the HONOR CODE, or committing a hate crime against PLAINTIFF as retaliation against PLAINTIFF on the basis of his disability as to effectively absolve DEFENDANTS of any Constitutional violations that they had directed against PLAINTIFF when he was attending SEWANEE.

This is how PETER STRZOK described MIDYEAR: "It wasn't that Midyear didn't deserve our investigative efforts; rather it was a sense of disappointment that we didn't have the resources to major counterintelligence cases under investigation at the same time that involved Russia, China, and other countries. Those cases at least involved bona fide threats from a foreign adversary. **Midyear Exam was proving to be what would otherwise have been more of an administrative issue**."[173]

When PLAINTIFF was in high school and this is to the absolute best of his recollection, the only two plausible connections to PLAINTIFF and Russia and China is the following: to an autistic high schooler, this is all he could fathom or understand at the time. PLAINTIFF volunteered at Cancer Treatment Centers of America (PLAINTIFF'S mom worked there too) and there was a woman named Shirley from Delaware who was undergoing cancer treatment, she was very small, but not a midget, and she had adopted two boys from China. Her 2 sons and

---

[173] Strzok, Peter. *Compromised*. Counterintelligence and the Threat of Donald J. Trump.

Shirley visited PLAINTIFF'S home one day. PLAINTIFF did not interact with them at all besides really the cordial hello. That's it. Nothing else involving the Chinese except for one Chinese student at Sewanee. PLAINTIFF'S father managed an office building in which one of the tenants was truck driving school owned by a Russian or was a Russian-American. PLAINTIFF never meaningfully interacted with the owner of the truck-driving school. PLAINTIFF had no other connections to Russia and China by 2008 that he knew about.

Now think about what PETER STRZOK just said there because PETER STRZOK is a stupid man. ANDREW MCCABE admits himself that *Midyear* lasted from 2008 through March 2015 (will be talked about later). There would be something PLAINTIFF would say that pissed off PETER STRZOK so badly (i.e. *Peachy Miami*) that he would justify his decision just based on one statement that made him completely lose all of his objectivity in which resources were directed against PLAINTIFF that should have been directed elsewhere against PLAINTIFF for more than 7 years in which there were actual, legitimate, cases that needed the attention of FBI/ANDREW MCCABE/PETER STRZOK ignored at great peril to this country. Ironically, as PLAINTIFF will say and prove in *Peachy Miami*, PETER STRZOK'S very own actions made the FBI and America that more vulnerable.

PLAINTIFF is extremely riveted and so happy PETER STRZOK brought up and wrote how Midyear was an administrative issue because of the following. SEWANEE is a private institution that receives federal funds. FBI/ANDREW MCCABE/PETER STRZOK became so intertwined that it necessarily raises a 14th Amendment Due Process issue as stated above as well as every other Constitutional Amendment. SEWANEE has an Honor Code (hereon: *HONOR CODE*)-- which is a specific administrative issue at SEWANEE--that every student that attends SEWANEE must abide by or be kicked out of school. The basis of MIDYEAR exam was a potential violation of the *HONOR CODE*. Thereby establishing a nexus to PETER STRZOK, DEFENDANTS, and the HONOR CODE from 2008.  DEFENDANTS necessarily and admittedly knew about the *HONOR CODE* from 2008 and used it in that instance in Sewanee for MID-YEAR in 2008. Since DEFENDANTS have the prerequisite knowledge of the *HONOR CODE*, DEFENDANTS necessarily must use the *HONOR CODE* in all other instances at SEWANEE that involve DEFENDANTS and PLAINTIFF. There are no exceptions to this rule. *THE HONOR CODE* APPLIES AND GOVERNS FROM AUGUST 2007 to MAY 2011. Not only that, but PLAINTIFF is double binding himself by swearing under oath the testimony he is providing is true, and is at the same time, swearing to the truthfulness of the events PLAINTIFF incorporated in this complaint that occurred to the absolute best of his recollection when PLAINTIFF was at SEWANEE in which PLAINTIFF was bound by the *HONOR CODE.*

28 U.S. Code § 1746 – provides for unsworn declarations under penalty of perjury, which states in pertinent part: "Wherever, *under any law of the United States* or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), **such matter may, with like force and effect, be supported, evidenced, established, or proved by the __unsworn declaration,__** certificate, verification, or statement, in writing of such

person which is subscribed by him, ***as true under penalty of perjury***, and dated, in substantially the following form…" The HONOR CODE meets the stipulations under 28 U.S. Code § 1746.

When a SEWANEE student signs the HONOR CODE, they have the right to 'honor' under *Goss v. Lopez,* 419 U.S. 565 (1975) and *Wisconsin v. Constantineau*, 400 U. S. 433 (1971) OR it is a requirement made pursuant to the law of contracts in which Sewanee students sign the HONOR CODE which is a sworn declaration that covers conduct in which Sewanee students say that they must adhere to the following:

- First, that any adequate conception of honor demands that ***an honorable person*** ***shall not lie*** or cheat or steal.

- Second, that membership in the student body carries with it a peculiar responsibility for the **punctilious observance of those standards of conduct** which govern an honorable person in every walk of life.

Therefore, under 28 U.S. Code § 1746, the HONOR CODE is an applicable as an unsworn declaration of the truthfulness of everything said and conduct undertaken by penalty of perjury. For this lawsuit, PLAINTIFF is arguing that a violation under the *HONOR CODE* occurs when it is a significant lie or material omission for it to apply because a significant lie or material omission would not occur under punctilious adherence to the standards of the *HONOR CODE*; and by lying, the natural probable consequence of such would lead to an obstruction of justice. Now of course every single little white lie here and there happens and that is why the *HONOR CODE* says punctilious observance instead of absolute observance. Furthermore, an honorable person can be sarcastic as sarcasm is not treated as a material lie for the *HONOR CODE*. However, when sarcasm is treated as truth, then it becomes a material lie because it excludes the Mens Rea that would obstruct justice. An Honorable individual necessarily considers the Mens Rea of a person at Sewanee; for the failure to include Mens Rea of the speaker would be lying about the individual.

Do you know what PRESIDENT BUSH AND OBAMA, JEH JOHNSON and/or PAUL CLEMENT and ERIC HOLDER (and their staff) necessarily become under 50 U.S.C. 1802 involving PLAINTIFF at his time in Sewanee and any Sewanee students under the *HONOR CODE*? They were acting as a complaining witness rather than a lawyer when they executed the certification to the court under penalty of perjury. As 50 U.S.C. 1802 clearly states: (a)(1) Notwithstanding any other law, the President, *through the Attorney General*, may authorize electronic surveillance without a court order under this subchapter to acquire foreign intelligence information for periods of up to one year if *the Attorney General **certifies** **in writing under oath***…" They are complaining witnesses to the Court under *Kalina*. The President and Attorney General (and their staff) would testify that a Sewanee's student perjured testimony was truth in which they had reason to know it was perjured.

President BUSH and OBAMA, PAUL CLEMENT and ERIC HOLDER and their respective staff and whoever they may have appointed were performing investigative functions under Title II and under SCOTUS' ruling in *Buckley*: "When a prosecutor performs the investigative functions normally performed by a detective or police officer, it is 'neither appropriate nor justifiable that, for the same act, immunity should protect the one and not the other.' *Hampton* v. *Chicago,* 484 F.2d 602  (CA7 1973) (internal quotation marks omitted), cert.

denied, 415 U. S. 917 (1974). Thus, if a prosecutor plans and executes a raid on a suspected weapons cache, he 'has no greater claim to complete immunity than activities of police officers allegedly acting under his direction.' 484 F. 2d, at 608-609." *Id.,* at 273-274."

So because a significant lie or material omission under the HONOR CODE that would occur on campus at Sewanee is a form of perjury and a form of obstruction of justice under 18 U.S.C. 1961 Section 1503, PLAINTIFF wants to talk about a major problem of what FBI, CIA, and DOJ got themselves into based on the HONOR CODE. PLAINTIFF calls this the *Kalina Problem* based on *Kalina v. Fletcher*, 522 U.S. 118 (1997) (*Kalina*). As the Court said: "The critical question, however, is whether she was acting as a complaining witness rather than a lawyer when she executed the certification "[u]nder penalty of perjury." *Id.* PETER STRZOK, ROBERT MUELLER, and ANDREW MCCABE all knew of the HONOR CODE; and therefore, they knew of the consequences of such when they would have a reason to know they knowingly utilized perjured testimony. Then any DOJ attorney that utilized any of PETER STRZOK, ROBERT MUELLER, and/or ANDREW MCCABE'S known perjured testimony than certified that perjured testimony was the truth as a complaining witness. PAUL CLEMENT or ERIC HOLDER (or their respective staff) when they served as a complaining witness under TITLE II to the Court in getting FISA or another court to search PLAINTIFF at Sewanee, they all had reason to know that perjured testimony was utilized. ***Therefore, PLAINTIFF demands a Franks v Delaware, 438 U.S. 154 (1978) hearing and under 18 U.S.C. § 3504 in regard to every single application made and granted for TITLE II and the FISA Court when PLAINTIFF was at Sewanee because there is enough reason, factual support, and legal analysis to conclude that PAUL CLEMENT, LEON PANETTA, MICHAEL HAYDEN, ERIC HOLDER, ANDREW MCCABE, ROBERT MUELLER, and PETER STRZOK all knowingly used perjured testimony.***

As the Court in *Kalina* said: "However, petitioner was acting as a complaining witness rather than a lawyer when she executed the certification "[u]nder penalty of perjury," and, insofar as she did so, § 1983 may provide a remedy for respondent. Since the Fourth Amendment requirement that arrest warrants be based "upon probable cause, supported by Oath or affirmation" may not be satisfied by the mere filing of an unsworn information signed by the prosecutor… Although the exercise of an advocate's professional judgment informed petitioner's other actions, ***that judgment could not affect the truth or falsity of the factual statements contained in the certification***. **Testifying about facts is the function of the witness**, not of the lawyer. No matter how brief or succinct it may be, the evidentiary component of an application for an arrest warrant is a distinct and essential predicate for a finding of probable cause. ***Even when the person who makes the constitutionally required "Oath or affirmation" is a lawyer, the only function that she performs is that of a witness.***" One of the lies she told the court was that there was someone who had identified the man at issue based on a photo montage when in fact that someone did not identify the man at issue. This is key for later in *False Identification*.

**Under 18 U.S. Code §1623, it is a crime for anyone** under oath (or in any declaration, certificate, verification, or statement under penalty of perjury as permitted under section 1746 of title 28 United States Code (as PLAINTIFF proved the HONOR CODE is permitted under that section)) **in any proceeding before** or ancillary to any court or grand jury of the United States **knowingly makes any false material declaration or makes or uses any other information,** including any book, paper, document, record, recording, or other material**, knowing the same to**

**contain any false material declaration**, shall be fined under this title or imprisoned not more than five years, or both." So yes, there were criminal legal repercussions for violating the HONOR CODE (but the statute of limitations has run on that). HOWEVER, DOJ and PAUL CLEMENT and ERIC HOLDER aided and abetted, if not themselves committed, a violation of 18 U.S. Code §1623. A violation of, or aiding and abetting someone who violates, 18 U.S. Code §1623 gives rise to a violation of 18 U.S.C. §1961 Section 1503 because violating 18 U.S. Code §1623 has the natural and probable effect of interfering with the due administration of justice under 18 U.S.C.§1961 section (1503). "By limiting §1503 to acts having the "natural and probable effect" of interfering with the due administration of justice, the Court effectively reads the word "endeavor," which we said in *Russell* embraced "any effort or essay" to obstruct justice out of the omnibus clause, leaving a prohibition of only actual obstruction and competent attempts…A §1503 violation occurs when "an act is done corruptly if it's done voluntarily and intentionally to bring about either an unlawful result or a lawful result by some unlawful method, with a hope or expectation of either financial gain or other benefit to oneself or a benefit of another person." *United States v. Aguilar*, 515 U.S. 593 (1995). Therefore, **every single time a TITLE II warrant was issued or used or a FISA ruling was ruled on is a predicate act of RICO in PLAINTIFF'S complaint because PLAINTIFF alleges that based on the incidents PLAINTIFF described herein, known perjured testimony was used.**

Next, the applicability of what the *HONOR CODE* covers. The applicability of the *HONOR CODE* is that "**It exists in the HUMAN SPIRIT** and it lives **in the *RELATIONS BETWEEN HUMAN BEINGS.*"** This necessarily means that if the *HONOR CODE* exists within the human spirit, damage to the human spirit is a legally recognizable harm, the *HONOR CODE'S* applicability is to things that are both metaphysical, physical, spiritual and to the soul (which makes it a religious issue as well), & to relationships between persons on campus, which means that it applies to all relationships, physical, & metaphysical things on the 13,000+ acre campus. For example, if GRIFFIN FRY and WES CRANE or BRITTANY ROSE or TED ROBINSON were actually informants, they would have been under disguise, and PLAINTIFF has reason to believe that DEFENDANTS utilized at least GRIFFIN FRY'S, WES CRANE'S, and BRITTANY ROSE'S perjured testimony and in addition omitted material facts from PLAINTIFF and DEFENDANTS and that would violate the metaphysical and spiritual relationship between HUMAN BEINGS on campus and that would violate the HONOR CODE. PLAINTIFF specifically paid not to have the relationships between human beings on SEWANEE be utilized maliciously or himself be dishonored in relations between people on campus as it would violate PLAINTIFF'S metaphysical sense of well-being, and therefore, the *HONOR CODE.*

As SCOTUS ruled in *Goss v. Lopez,* 419 U.S. 565 (1975): "The Due Process Clause also forbids arbitrary deprivations of liberty. "Where a person's good name, reputation, *HONOR*, or integrity is at stake because of what the government is doing to him," the minimal requirements of the Clause must be satisfied. Wisconsin v. Constantineau, 400 U. S. 433, 400 U. S. 437 (1971)" Two cases to support PLAINTIFF so a person's *HONOR* per SCOTUS is bound by the *HONOR CODE* at SEWANEE which necessarily and legally means there is a liberty and property interest in HONOR and in the *HONOR CODE* that is paid in tuition, fees, etc. etc. Importantly, these legal cases of *Wisconsin v. Constantineau,* 400 U. S. 433 (1971) and *Goss v. Lopez,* 419 U.S. 565 (1975) provide the two legal foundations and applicability of damages to

the human soul and spirit via the *HONOR CODE* and the express limits contained therein through the inclusion of "honor," which is a liberty interest in those cases, and that applies to the *HONOR CODE* in which PLAINTIFF not only has a liberty interest in the *HONOR CODE*, but also paid for the tuition in which he knew all the remaining students of SEWANEE would necessarily have to follow the *HONOR CODE* in their interactions with PLAINTIFF.

   *Slaughter v. Brigham Young University*, 514 F.2d 622 (10th Cir.), cert. denied, 423 U.S. 898 (1975), held that "it is apparent that some elements of the law of contracts are used and should be used in the analysis of the relationship between PLAINTIFF and the University." The *HONOR CODE* and a violation of it would necessarily be construed as part of the customary disciplinary practice at SEWANEE[174] in which the Court in *Pride v. Howard Univ.*, 384 A.2d 31 (D.C. 1978), found "the customary disciplinary practices in force at the time of a student's admission to be incorporated into the student-university contract;" and therefore, the *HONOR CODE* must necessarily be a customary disciplinary practice that was incorporated into the student contract between PLAINTIFF and SEWANEE under prior precedent. By having it be a contract, that means PLAINTIFF paid for the HONOR CODE to apply and govern conduct wherever on SEWANEE. Therefore, PLAINTIFF has a liberty and property interest in the *HONOR CODE* in which if one violated the Honor Code, then … A violation of the HONOR CODE would occur under Section 2 which states that a student at SEWANEE has an affirmative duty and responsibility for the "punctilious" adherence to the standards of conduct under Section 1 in which a person shall not lie or cheat or steal. Furthermore, as the *HONOR CODE* applies to all relationships between SEWANEE Students (and staff), when one SEWANEE student lies about another SEWANEE student, that violates the instigator's HONOR CODE because by its terms lying about another Sewanee student was not done in a punctilious adherence to the duty to conform themselves in the appropriate manner and it violated the property and liberty interest of the person that was lied about because that SEWANEE student intentionally and deliberately paid not to be lied about by another SEWANEE student. A fraudulent representation (misrepresentation), intentional lie, or omission by a SEWANEE student would constitute an act of lying under the Honor Code in which that student had an affirmative duty in the punctilious adherence of conforming themselves to the HONOR CODE.

   Put in another way, Every single one of the students at SEWANEE (a private university) pays tuition so they have a vested property right interest in attending SEWANEE and the previous paragraph applies to them. Their (Sewanee student) property and liberty interest necessarily entails them to specific stipulations per the *HONOR CODE*. A violation of the *HONOR CODE* necessarily relinquishes a student's property or liberty interest (i.e. lying or lack of honor) in attending SEWANEE, which was a violation or breach of the contract. PLAINTIFF is alleging that DEFENDANTS necessarily allowed certain people to lie about PLAINTIFF in which DEFENDANTS allowed those *HONOR CODE* violators to continue in those aforementioned students' education in which those students necessarily lost their property and liberty interests in attending the University at the exact moment the *HONOR CODE* violations

---

[174] There is an event every single year in which all Sewanee Students must sign the HONOR CODE. As Sewanee themselves said about the HONOR CODE on their website (last checked 08/28/2023): "For more than a hundred years the Honor System has been one of Sewanee's most cherished institutions." When something existed for more than 100 years and was a form of a disciplinary and conduct system, it necessarily entails that it was a customary disciplinary practice because customs are traditional and old ways of conducting oneself.

occurred. The important thing to note is that the *HONOR CODE* is the same exact thing as and operates exactly as statements made under oath because there is a legal penalty that is included in lying and violating the *HONOR CODE*, which operates exactly like swearing testimony under oath because there is a penalty involved in lying under oath. This creates mail and wire fraud, and in furtherance of this fraudulent scheme, DEFENDANTS utilized those HONOR CODE violators' perjured testimony against PLAINTIFF,  which violated at least some of the following: 18 U.S.C. §1961 section 1503 (relating to obstruction of justice), 18 U.S.C §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 U.S.C §1961 section 1513 (relating to retaliating against a witness, victim, or an informant). 18 U.S.C. §1951 (Extortion). 18 U.S.C. §1961, 18 U.S.C. §1962 (a), 18 U.S.C. §1962(b), 18 U.S.C. §1962(c), 18 U.S.C. §1962(d), and/or 18 U.S.C. 1962(f); 18 U.S.C. §1961 section 1341 (relating to mail fraud) and 18 U.S.C. §1961 section 1343 (relating to wire fraud).

For terms of establishing proximate cause in how violating the HONOR CODE would be a proximate cause of the RICO Enterprise of part of PLAINTIFF'S injury, in *Sandwich Chef of Texas, Inc. v. Reliance National Indemnity Insurance Co*., 319 F.3d 205 (5th Cir. 2003), the important issue the Court ruled on when it comes to RICO and Mail and Wire Fraud in proving proximate cause by DEFENDANTS that harmed PLAINTIFF was that reliance upon a fraudulent representation or omission by a third person was sufficient if the PLAINTIFF was injured as a result. The Court held "Thus, the PLAINTIFF "could establish proximate cause by demonstrating that the [PLAINTIFFS] were injured by the regulators [DEFENDANTS] reliance on DEFENDANTS' misrepresentations and omissions." So if a third party (i.e. Sewanee Student) lies to a regulator (i.e. government official) about: 1) what PLAINTIFF said or did; 2) omitted key facts to a government official about PLAINTIFF or the interactions between PLAINTIFF and the SEWANEE Student; or 3) fraudulently misrepresented what happened or what was said between a Sewanee student and PLAINTIFF, these would all necessarily be a proximate cause of a violation of PLAINTIFF'S HONOR CODE in which he was denied his property and liberty interests by both the SEWANEE Student and the government official. When the United States official used a Sewanee Student's fraudulent representation or omission (which constituted lying under the HONOR CODE) and presented it as truth, not only was that done on the basis of perjured testimony, it was done in furtherance of a RICO Enterprise because it went to further deprive PLAINTIFF of his liberty and property interests. Furthermore, all DEFENDANTS knew about the HONOR CODE which means that by utilizing a violation of the HONOR CODE, DEFENDANTS knowingly, willingly, and intentionally used perjured testimony whether that was in a warrant, any administrative action, etc. and that was done in furtherance of the RICO Enterprise depriving PLAINTIFF of his liberty and property interests. So by doing this, the government official uses the lies and misrepresentations against a PLAINTIFF for mail and wire fraud purposes in RICO. The proximate cause of the injury is the omission or misrepresentation by a third party that furthered the RICO Enterprise and was a proximate cause of PLAINTIFF'S property and liberty interests. Furthermore, *Summit Properties Inc. v. Hoechst Celanese Corp,* 214 F.3d 556 (5th Cir. 2000), held that proximate causation could be established where "a plaintiff has either been the target of a fraud or has relied upon the fraudulent conduct of the defendants" which means that for mail and wire fraud purposes in RICO claim, proximate causation can further be established when PLAINTIFF relied upon the fraudulent conduct of the DEFENDANTS or been the target of the fraud by DEFENDANTS

This scheme was done across state lines with multiple defendants across multiple states, which makes it federal in nature. ALL DEFENDANTS necessarily knew about applicability of the *HONOR CODE*.

*SIMPLY, BY VIOLATING PLAINTIFF'S CONTRACT IN WHICH HE PAID FOR THE HONOR CODE TO APPLY ON SEWANEE THEREBY DEPRIVING HIM OF HIS CONSTITUTIONAL AND LIBERTY INTERESTS, DEFENDANTS GAINED MATERIAL BENEFITS IN OBTAINING MORE COUNTERTERRORISM RESOURCES AND MORE COUNTERTERRORISM PRECEDENT.* THIS forms part of the basis of 18 U.S.C. 1962(d); 18 U.S.C. 1962(c), 18 U.S.C. 1962 (b), and 18 U.S.C. 1962 (a) via 18 U.S.C. §1951 (Extortion). Furthermore, under,

*Sedima, S.P.R.L. v. Imrex Co.*, 473 U.S. 479 (1985) said: "Mail and Wire Fraud found to have occurred: Courts have sanctioned prosecutions based on deprivations of such intangible rights as a shareholder's right to "material" information, *United States* v. *Siegel*, 717 F.2d 9, 14-16 (CA2 1983); a client's right to the "undivided loyalty" of his attorney, *United States* v. *Bronston*, 658 F.2d 920, 927 (CA2 1981), cert. denied, 456 U.S. 915 (1982); an employer's right to the honest and faithful service of his employees, *United States* v. *Bohonus*, 628 F.2d 1167, 1172 (CA9), cert. denied, 447 U.S. 928 (1980); and a citizen's right to know the nature of agreements entered into by the leaders of political parties, *United States* v. *Margiotta*, 688 F.2d 108, 123-125 (CA2 1982), cert. denied, 461 U.S. 913 (1983)."

*United States v. Margiotta*, 688 F.2d 108 (2d Cir. 1982) held: "From these cases, **a basic principle may be distilled: a public official may be prosecuted under 18 U.S.C. § 1341 when his alleged scheme to defraud has as its sole object the deprivation of intangible and abstract political and civil rights of the general citizenry.** The definition of fraud is thus construed broadly to effectuate the statute's fundamental purpose in prohibiting the misuse of the mails to further fraudulent enterprises of all kinds…fraudulent schemes designed to cause losses of an intangible nature clearly come within the terms of the statute." *United States v. Margiotta*, 688 F.2d 108 (2d Cir. 1982). An abstract political and civil right of the general citizenry, which includes PLAINTIFF is the HONOR CODE and the money PLAINTIFF paid for the *HONOR CODE* to be used and governed amongst all students at Sewanee, faculty, and staff at Sewanee. PLAINTIFF'S use of his money-- that occurred over federal lines in which the FBI is well aware of this—that was bequeathed to him by his grandparents when they gave him money from 5/3 Bank in Illinois and from Serbia (freshman through junior year) and brought those funds into Tennessee makes it interstate commerce. When FBI, CIA, and DOJ knowingly utilized perjured testimony by Sewanee students against PLAINTIFF, they deprived

"Because the Amendment now affords protection against the uninvited ear, oral statements, if illegally overheard, and their fruits are also subject to suppression. *Silverman v. United States,* 365 U. S. 505 (1961); *Katz v. United States,* 389 U. S. 347 (1967)"

*Mitchell v. Forsyth*, 472 U.S. 511 (1985) ruled: "We conclude that the Attorney General is not absolutely immune from suit for damages arising out of his allegedly unconstitutional conduct in performing his national security functions." In this case using the exact phrasing of *Mitchell v. Forsyth*, 472 U.S. 511 (1985), Because ERIC HOLDER/PAUL CLEMENT/LORETTA LYNCH were not acting in a prosecutorial capacity in this case, the situations in which we have applied a functional approach to absolute immunity questions provide scant support for blanket immunization of their performance of the "national security function." As the Court observed in *Keith*, the label of "national security" may cover a multitude of sins: "National security cases often reflect a convergence of First and Fourth Amendment values not present in cases of 'ordinary' crime. Though the investigative duty of the executive may be stronger in such cases, so also is there greater jeopardy to constitutionally protected speech. History abundantly documents the tendency of Government -- however, benevolent and benign its motives -- to view with suspicion those who most fervently dispute its policies. The danger to political dissent is acute where the Government attempts to act under so vague a concept as the power to protect 'domestic security.' Given the difficulty of defining the domestic security interest, the danger of abuse in acting to protect that interest becomes apparent."

"While we conclude that there are limitations on the application of the mail fraud statute to violations of the intangible right to "good government," we believe that the statute reaches the conduct evidenced by the appellant in this case." *United States v. Margiotta*, 688 F.2d 108, 120 (2d Cir. 1982) In the private sector, it is now a commonplace that a breach of fiduciary duty in violation of the mail fraud statute may be based on artifices which do not deprive any person of money or other forms of tangible property. *See United States v. Barta, supra,* 635 F.2d at 1005-06 (deprivation of employer's right to employee's honest and faithful services); *United States v. Margiotta*, 688 F.2d 108, 121 (2d Cir. 1982) "fraudulent schemes designed to cause losses of an intangible nature clearly come within the terms of the statute. *See United States v. Bronston,* 658 F.2d 920 (2d Cir. 1981)" *United States v. Margiotta*, 688 F.2d 108, 121 (2d Cir. 1982) "A number of courts have approved the prosecution of allegedly corrupt politicians who did not deprive the citizens of anything of readily identifiable economic value. *See, e.g., United States v. Mandel, supra; United States v. Keane,* 522 F.2d 534 (7th Cir. 1975)" *United States v. Margiotta*, 688 F.2d 108, 121 (2d Cir. 1982)

"A violation of § 1962(c), the section on which Sedima relies, requires (1) conduct (2) of an enterprise (3) through a pattern (4) of racketeering activity. The plaintiff must, of course, allege each of these elements to state a claim…It is this factor of *continuity plus relationship* which combines to produce a pattern… Any recoverable damages occurring by reason of a violation of § 1962(c) will flow from the commission of the predicate acts…The fact that RICO has been applied in situations not expressly anticipated by Congress does not demonstrate ambiguity. It demonstrates breadth." *Haroco, Inc*. v. *American National Bank Trust Co. of Chicago, supra*, at 398." *Sedima, S.P.R.L. v. Imrex Co.*, 473 U.S. 479, 499 (1985) "The acts must demonstrate both a continuity and a relationship to constitute a pattern of racketeering activity. However, the proposition that the predicate acts must always occur as part of separate schemes in order to satisfy the continuity aspect of the pattern requirement focuses excessively on continuity, and therefore cannot be accepted as a general rule. Otherwise defendants who commit a large and ongoing scheme, albeit a single scheme, would automatically escape RICO

liability for their acts, an untenable result." *Morgan v. Bank of Waukegan*, 804 F.2d 970 (7th Cir. 1986).

*United States v. Cook,* 793 F.2d 734 (5th Cir. 1986) ("[b]oth the fact of conspiracy and a defendant's participation in it may be proved by circumstantial evidence." 793 F.2d at 736). "As was the case in *United States v. Postal,* 589 F.2d 862 (5th Cir.) … "the mere fact that [defendant] made the statement is relevant to the issues of [his] knowledge of the conspiracy and his participation in it."...As Professor McCormick explains: "Proof that one talks about a matter demonstrates on its face that he was conscious or aware of it, and his veracity simply does not enter into the situation." *[omitted]." U.S. v. Jones*, 839 F.2d 1041 (5th Cir. 1988).

*U.S. v. Matiz*, 14 F.3d 79 (1st Cir. 1994) ruled on the proposition that an act of perjury can be an act of obstruction of justice under 18 U.S.C. 1961 Section 1503 since "The findings (of obstruction of justice) encompass all the elements of perjury — falsity, materiality, and willfulness. The only matter about which the court was not explicit was whether Matiz's testimony was material. A sentencing court, however, is not required to address each element of perjury in a separate and clear finding. *See id.* In fact, the Court in *Dunnigan* affirmed a district court's finding that did not use the term willful…*Dunnigan* only requires that a sentencing court's findings encompass all of the factual predicates for a finding of perjury." "The Supreme Court has stated that a witness testifying under oath commits perjury if "she gives false testimony concerning a material matter with the willful intent to provide false testimony, rather than as a result of confusion, mistake, or faulty memory." *United States v. Dunnigan,* 113 S.Ct. 1111 (1993)." *U.S. v. Matiz*, 14 F.3d 79 (1st Cir. 1994). *U.S. v. Ashland Oil Inc.*, 705 F. Supp. 270 (W.D. Pa. 1989) discussed what constituted materiality: "A concise summary of this materiality requirement is set forth in Justice Stevens' concurring opinion in *Youngblood:* Our cases make clear that "[t]he proper standard of materiality must reflect our overriding concern with the justice of the finding of guilt," and the State's failure to turn over (or preserve) potentially exculpatory evidence therefore "must be evaluated in the context of the entire record." *United States v. Agurs,* 427 U.S. 97 (1976) (footnotes omitted); see also *California v. Trombetta,* 467 U.S. 479 (1984) (duty to preserve evidence "must be limited to evidence that might be expected to play a significant role in the suspect's defense")." "By limiting §1503 to acts having the "natural and probable effect" of interfering with the due administration of justice, the Court effectively reads the word "endeavor," which we said in *Russell* embraced "any effort or essay" to obstruct justice out of the omnibus clause, leaving a prohibition of only actual obstruction and competent attempts…A §1503 violation occurs when "an act is done corruptly if it's done voluntarily and intentionally to bring about either an unlawful result or a lawful result by some unlawful method, with a hope or expectation of either financial gain or other benefit to oneself or a benefit of another person." *United States v. Aguilar*, 515 U.S. 593 (1995).

"A review of the common law of this state shows that discretionary investigative enforcement measures extend beyond a tolerable level when *by design* the government uses continued pressure, appeals to friendship or sympathy, threats of arrest, an informant's vulnerability, sexual favors, or procedures which escalate criminal culpability. All of these traditional inducements are absent from the facts of this case. We conclude that the furnishing of contraband by the government is insufficient to induce or instigate the commission of a crime by the average person, similarly situated to these defendants, who is not ready and willing to commit it. We also

note that this is not a case where the government's furnishing of narcotics was for the purpose of trying to escalate the criminal culpability of defendants. *People v Killian*, 117 Mich. App. 220; 323 N.W.2d 660 (1982).” *People v. Jamieson*, 436 Mich. 61 (Mich. 1990). “The courts of appeals that have considered this sort of claim in similar contexts, however, note that it would succeed only if the government "consciously set out to use sex as a weapon in its investigatory arsenal" or at least "acquiesce[d] in such conduct for its own purposes upon learning that such a relationship existed." United States v. Cuervelo, 949 F.2d 559 (2d Cir. 1991).” *United States v. Therrien*, 847 F.3d 9, 15 (1st Cir. 2017)

“This Circuit recognized the outrageous conduct defense in *United States v. Graves,* 556 F.2d 1319 (5th Cir. 1977), *supra,* in which we wrote: "`[A]part from any question of predisposition of a defendant to commit the offense in question, governmental participation may be so outrageous or fundamentally unfair as to deprive the defendant of due process of law or to move the courts in the exercise of their supervisory jurisdiction over the administration of criminal justice to hold that the defendant was "entrapped" as a matter of law.'" 556 F.2d at 1322 (quoting *United States v. Quinn,* 543 F.2d 640, 647-48 (8th Cir. 1976)).” *United States v. Yater*, 756 F.2d 1058 (5th Cir. 1985).

*United States v. Ramirez,* 765 F.2d 438 (5th Cir. 1985)(First, he must make a *prima facie* showing that he has been singled out for prosecution although others "similarly situated who have committed the same acts have not been prosecuted."… He then must demonstrate that the government's selective prosecution of him was "actuated by constitutionally impermissible motives ... such as racial discrimination… A showing of discriminatory purpose requires the defendant to demonstrate that the government selected or reaffirmed a particular course of action at least in part "because of" — not merely "in spite of" — its adverse effects on an identifiable group.”


PLAINTIFF alleges that GRIFFIN FRY, WES CRANE, and BRITTANY ROSE from 2007 and 2008 all violated the HONOR CODE and were not subject to any proceedings because they were working for DEFENDANTS, had provided information to DEFENDANTS that was materially false and misleading, were assisting or conspiring with DEFENDANTS, had routinely lied to PLAINTIFF, and other acts that violated the HONOR CODE in which GRIFFIN FRY, WES CRANE, and BRITTANY ROSE violated the terms of their HONOR CODE and Contract with SEWANEE and violated PLAINTIFF'S Contract with SEWANEE and knowing that GRIFFIN FRY, WES CRANE, and BRITTANY ROSE had done this, DEFENDANTS furthered RICO Enterprise 1 when they necessarily knew that GRIFFIN FRY, WES CRANE, and BRITTANY ROSE were subject to HONOR CODE proceedings and would have been expelled if the school had them, which would have been an involuntary dismissal from SEWANEE..and based on DEFENDANTS actions, the 14th Amendment and 5th Amendment applies to PLAINTIFF'S contract and then having a reason to know that the contract was violated by GRIFFIN FRY, WES CRANE, and BRITTANY ROSE in which they lost their property and liberty interests, they should have been expelled and were not in which they enabled fraud to occur based on a contract violation.

For example, as PLAINTIFF will explain later in *Peachy Miami*, every single time DEFENDANTS used GRIFFIN FRY and her testimony when she knowingly violated the *HONOR CODE*, that omission would be considered material and perjures the PLAINTIFF, which is lying and shows a lack of honor in violation of the HONOR CODE. So from every single semester from GRIFFIN FRY'S freshman year, she had lost her property interest in graduating and attending SEWANEE. PLAINTIFF is presuming not only did DEFENDANTS facilitate allowing GRIFFIN FRY to get a degree at the cost of $100,000 or so or more, but also paid GRIFFIN FRY for her perjured testimony to obstruct justice as a witness against PLAINTIFF. See some of DEFENDANT'S relevant crimes of: USC §1961 section 1503 (relating to obstruction of justice), 18 U.S.C §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 U.S.C §1961 section 1513 (relating to retaliating against a witness, victim, or an informant). 18 U.S.C. §1951 (Extortion). 18 U.S.C. §1961, 18 U.S.C. §1962 (a), 18 U.S.C. §1962(b), 18 U.S.C. §1962(c), 18 U.S.C. §1962(d), and/or 18 U.S.C. 1962(f); 18 U.S.C. §1961 section 1341 (relating to mail fraud) and 18 U.S.C. §1961 section 1343 (relating to wire fraud).

Furthermore as another example, guns were prohibited on campus. PLAINTIFF knew and understood this important fact. If PLAINTIFF brought a gun on campus, that would have violated the *HONOR CODE* for acting dishonorably. PLAINTIFF'S mother was a sheriff in which she taught PLAINTIFF that once you point a gun that you know to be a gun at someone that is as good as shooting that individual. If the following is the right recollection and PLAINTIFF can't fully remember how and all the details of this, but the parts he included happened. MICK SHEEDY necessarily violated the *HONOR CODE* by bringing a gun to campus and tried selling the gun to PLAINTIFF. Knowing one can't violate the *HONOR CODE* by having a gun on campus and selling and transporting a gun across state lines for purchase when he was completely prohibited from doing so on campus, PLAINTIFF had an objective basis in thinking it MICK SHEEDY's gun and whole scenario was a toy and complete bullshit because it would have violated the *HONOR CODE* on campus if he had a real gun on campus and was so outlandish in nature to PLAINTIFF'S understanding at the time. So if one is prohibited from bringing a gun on campus and one has an item that bears complete resemblance to it, then the only plausible explanation for having something that looks like a gun is that it is a good toy replica of a gun. Furthermore, if MICK SHEEDY initiates illegal activity in which it would violate the HONOR CODE, then PLAINTIFF has an objective basis in thinking it was sarcastic bullshit and not an actual sale of a real gun & PLAINTIFF played along with it to conform to the idea that it must necessarily follow the *HONOR CODE* or else PLAINTIFF would lose all of his property and liberty interests and violate the *HONOR CODE*. PLAINTIFF recalls his parents talking to him about it and having to write a statement about this incident. PLAINTIFF makes this point in the Section Law Enforcement Intervention, but if PLAINTIFF was truly in the Yugoslavian Mafia from at least the 6th Grade, PLAINTIFF would have most definitely owned multiple guns; and seeing how PLAINTIFF was not in the Yugoslavian Mafia as a 6th Grader, he would not need to purchase a gun But PLAINTIFF cannot recall any more details at this time on 08/11/2023. See DEFENDANT'S relevant crimes of at least: 18 U.S.C. §2, USC §1961 section 1503 (relating to obstruction of justice), 18 U.S.C §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 U.S.C §1961 section 1513 (relating to

retaliating against a witness, victim, or an informant). 18 U.S.C. §1951 (Extortion). 18 U.S.C. §1961, 18 U.S.C. §1962 (a), 18 U.S.C. §1962(b), 18 U.S.C. §1962(c), 18 U.S.C. §1962(d), and/or 18 U.S.C. 1962(f). In a case in which the court found for the DEFENDANT in OGC, the Court said the following was dispositive: "The record indicates that before [an agent] met [DEFENDANT], the latter had not engaged in any prior criminal conduct and had no record of making or dealing in any firearms — let alone pipe bombs or similar such "destructive-device" firearms." *United States v. Lard*, 734 F.2d 1290  (8th Cir. 1984)—same applies here.

So with MICK SHEEDY, 4 years minimum of DEFENDANTS allowing racketeering activity to occur and facilitating it by allowing MICK SHEEDY to Graduate after 4 years in furtherance of the enterprise: A minimum of: $125,000.
Treble Damages. $375,000.
Total Damages: $3,375,000.

Here is another aspect about MID-YEAR that DEFENDANTS sunk themselves into.

Section 504 of the Rehabilitation Act of 1973 explicitly states: "***No otherwise qualified individual with a disability in the United States***, as defined in section 705 (20) of this title, ***shall, solely by reason of his or her disability,*** be excluded from the participation in, be denied the benefits of, or ***be subjected to discrimination under any*** program or activity receiving Federal financial assistance or under any program ***or* activity conducted by any Executive agency** or by the United States Postal Service." So Any of DEFENDANTS' activities relating to PLAINTIFF between August 2007 and the end of MAY 2011 means anything they did was necessarily based on prejudice, malice, and an animus for solely referring to PLAINTIFF on the basis of his disability by calling MID-YEAR, MID-YEAR which was based on PLAINTIFF'S disability, thereby DEFENDANTS have no plausible objectiveness or impartiality. This malice and prejudice hindered relationships between persons on campus, violated PLAINTIFF's metaphysical sense of well-being and his soul as PLAINTIFF knows he is more than just his disability and DEFENDANTS couldn't see him for anything less than that, and it was dishonorable by DEFENDANTS to prejudice PLAINTIFF in that manner. Therefore, it violated the HONOR CODE and therefore deprived PLAINTIFF of his liberty and property interests. Simply, ANDREW MCCABE and FBI/DEFENDANTS subjected PLAINTIFF to discrimination by calling the investigation (an activity conducted by an Executive agency) MIDYEAR that was SOLELY on the basis PLAINTIFF'S writing and communication issues having Autism. That prejudiced PLAINTIFF and PLAINTIFF'S Constitutional Rights every single step DEFENDANTS undertook thereafter.

Minimum Damage: All 4 years of SEWANEE Tuition (at least $160,000) for PLAINTIFF.
Treble Damage: $480,000
Total Damages: $3,855,000

The Court in *Alexander v. Choate*, 469 U.S. 287 (1985)(hereon: *Choate*) said: "Discrimination against the handicapped was perceived by Congress to be most often the product, not of invidious animus, but rather of *thoughtlessness and indifference*-of benign neglect. Thus, Representative Vanik, introducing the predecessor to §504 in the House, described the treatment of the handicapped as one of the country's "shameful oversights," which caused the

handicapped to live among society "shunted aside, hidden, and ignored." Similarly, Senator Humphrey, who introduced a companion measure in the Senate, asserted that "we can no longer tolerate the invisibility of the handicapped in America ...." And Senator Cranston, the Acting Chairman of the Subcommittee that drafted §504, described the Act as a response to "previous societal neglect." Well Congress knew there would be exceptions as going after a PLAINTIFF on the basis of their writing disability/Autism and naming an investigation on the basis of such thereafter was on the basis of invidious animus. DEFENDANTS actions through the years reflected not only thoughtlessness and indifference of benign neglect of the law, it also reflected one of the worst modern day cases of invidious animus on the basis of disability that the Court has ever seen after Section 504 and the ADA were made into law. If there was ever a set of actions that exemplified the most often product of discrimination SCOTUS discussed in *Choate* that reflects thoughtlessness and indifference, it would be the Educational Opportunities Section at the Department of Justice between 2009-2012 (which was part of PLAINTIFF discovering RICO ENTERPRISE 2). A reasonable modification would have entailed that DEFENDANTS not name their investigation into PLAINTIFF on the basis of PLAINTIFF'S disability. See: *Nathanson v. Med. Coll. of Pennsylvania*, 926 F.2d 1368 (3d Cir. 1991) ("In so holding, however, the *Alexander* Court also made clear two points. First, the Court emphasized that the *Rehabilitation Act was directed particularly at unintentional conduct because "[d]iscrimination against the handicapped was perceived by Congress to be most often the product, not of invidious animus, but rather of thoughtlessness and indifference—of benign neglect*." Thus, a plaintiff need not establish that there has been an intent to discriminate in order to prevail under § 504...*see also NAACP v. Medical Center, Inc.,* 657 F.2d 1322, 1331–32 (3d Cir.1981) (noting that § 504 pertains to disparate-impact discrimination, whether or not it is intentional). Second, the Court noted that *Southeastern*'s use of the terms "affirmative action" refers to "those 'changes,' 'adjustments,' or 'modifications' to existing programs that would be 'substantial' ... or that would constitute 'fundamental alteration[s] in the nature of a program' ... rather than to those changes that would be reasonable accommodations.")

PLAINTIFF didn't violate the HONOR CODE when it came to MID-YEAR and say the FBI/DEFENDANTS argue there was a rational basis for naming MIDYEAR on the basis of PLAINTIFF'S disability, *The court in Pushkin v. Regents of Univ. of Colorado,* 658 F.2d 1372 (10th Cir. 1981), would completely shoot down their argument since: "the rational basis test of equal protection must be applied when considering  s 504" because "the rational basis test is not applicable where there is an alleged violation of a statute, s 504, which prohibits discrimination on the basis of handicap. That statute by its very terms does not provide that a recipient of federal financial assistance [or an executive agency] may act in an unreasonable manner to promote legitimate government means, even if discrimination should be the result. *Rather, the statute provides that a recipient of federal financial assistance [or an executive agency] may not discriminate on the basis of handicap, regardless of whether there is a rational basis for so discriminating. The inquiry has to be on whether the University [or executive agency] **has, in fact, discriminated on the basis of handicap**. The mere fact that the University[or an executive agency] acted in a rational manner is no defense to an act of discrimination…The standards for determining the merits of a case under s 504 are contained in the statute."* DEFENDANTS absolutely did not act in a rational manner when it came to PLAINTIFF as this complaint will demonstrate. Period.

Related to this case, but not caused by PLAINTIFF to PLAINTIFF'S current understanding, the Court in *Lane v. Peña*, 518 U.S. 187 (1996) held Congress has not waived the Government's sovereign immunity against monetary damages awards for § 504(a) violations. So this case was a significant factor in pushing the snowball down the hill creating the avalanche in this complaint. Why would the FBI, CIA, NSA, and DOJ have to ever inform people like ROBERT MUELLER, ANDREW MCCABE, MICHAEL HAYDEN, PETER STRZOK, etc why it is wrong from them to attack disabled individuals on the basis of their disabilities--that most did not have control over since birth--if theyre not going to be held accountable in Court and punished in which they would not have to pay nor the federal government would have to pay for the actions of their officers in attacking individuals on the basis of their disability. Sure it may have been illegal, but with no punitive measures for violating the law, they had the free will to do it. Suppose you had a chemical plant that wanted to dump chemical waste in nearby lake and all the government said was that doing so was illegal and that they would not be subject to any punitive financial measures. 100% of the time that lake is going to be polluted. Same thing. So that is a contributing factor in why they retaliated against PLAINTIFF because they were free to do so. See and there is an inference that is true because that's the route and method they took.

The Court in "*Withrow v. Larkin*, 421 U.S. 35 (1975) said: "Not only is a biased decision maker constitutionally unacceptable but our system of law has always endeavored to prevent even the probability of unfairness." 421 U.S. at 47. But the Court continued: "The contention that the ***combination of investigative and adjudicative functions necessarily creates an unconstitutional risk of bias in administrative adjudication***…must overcome a presumption of honest and integrity in those serving as adjudicators; and it must convince that, **under a realistic appraisal of psychological tendencies and human weakness,** conferring investigative and adjudicative powers on the same individuals poses ***such a risk of actual bias or prejudgment*** that the practice must be forbidden if the guarantee of due process is to be adequately implemented." PLAINTIFF got prejudged by DEFENDANTS (via pre-crime analysis as alluded to earlier) and there was so much actual bias against PLAINTIFF that started from the beginning that it created such an extreme and severe unconstitutional risk of bias that became a reality of bias and hatred and constitutional deprivations because that bias made its way to the FISA court and infected the decisions through RICO Predicate Acts and up the ladders of leadership within the DOJ/FBI/DEFENDANTS in which the leadership of this country acted upon the initial prejudicial bias that caused PLAINTIFF serious and severe harm and rampant constitutional violations.

In, *Yamaha Motor Corp v. Riney*, 21 F.3d 793 (8th Cir. 1994), the court disqualified an agency decision maker in circumstances in which he had numerous serious sources of bias in which there was significant evidence that his decision-making process was infected by his obvious bias. The Arkansas Motor Vehicle Commission imposed sanctions against Yamaha for allegedly violating a state statute that requires motor vehicle manufacturers to compensate their dealers for warranty work in a particular manner. Commissioner Jones consistently and successfully urged his colleagues to impose severe sanctions against Yamaha and to refuse even to consider Yamaha's claim that the statute did not apply to the conduct at issue. Commissioner Jones is a motorcycle dealer who sells a competing brand and President of the Arkansas Motorcycle Dealer's Association. He also retained and paid his nephew to represent the dealer in

the dispute with Yamaha before his own commission."[175] DEFENDANTS ANDREW MCCABE and PETER STRZOK should have been disqualified from the very beginning and it is clear that their decision making processes was drenched, covered, and smothered in actual bias and prejudice.

Damages were done because of DEFENDANTS malice and prejudice against PLAINTIFF. PLAINTIFF will incorporate the damage from such in different sections.

**18 U.S. Code § 2234 - Authority exceeded in executing warrant; 18 U.S. Code § 2235 - Search warrant procured maliciously; 18 U.S. Code § 2236 - Searches without warrant.**

Total Damages: $3,855,000

<div style="text-align:center">

**FRESHMAN YEAR SEWANEE.** *Whoopsie.*

</div>

FBI: ROBERT MUELLER. CIA: MICHAEL HAYDEN. DOJ Attorney General: Michael Mukasey. DOJ Solicitor General: Paul Clement. DOJ Northern District of Georgia (Atlanta): SALLY YATES.

This is very important chronologically. *Whoopsie* occurred <u>*before*</u> *Big Brother Big Sister.*

This happened around the very beginning months of PLAINTIFF'S time at SEWANEE. PLAINTIFF came across RACHAEL SANDERS a day or two before the start of PLAINTIFF'S Freshman year at SEWANEE. The first time PLAINTIFF saw her, PLAINTIFF had a Kramer like reaction of shock of how beautiful RACHAEL SANDERS was: brunette, big boobs, and one of the most stunning blue eyes PLAINTIFF ever across at that time. RACHAEL SANDERS was from Wexford, PA; which is right outside Pittsburg, PA. Through getting to know her a little bit, RACHAEL SANDERS had an interest in Russian language and culture (which was awesome to PLAINTIFF as Yugoslavians and Russians are a lot alike), she had a fascination with muscle cars, which PLAINTIFF loved; she enjoyed sarcastic and crude humor, which PLAINTIFF loved; and she was more conservative, which PLAINTIFF liked as PLAINTIFF was always a Libertarian. What seemed irrelevant at the time, but actually had major importance is that sometime after *Whoopsie* occurred, RACHAEL SANDERS and MAXINE JOHNSON were no longer roommates. PLAINTIFF believes that RACHAEL SANDERS and MAXINE JOHNSON had an argument about PLAINTIFF and *whoopsie* because MAXINE JOHNSON had lied in the TITLE IX complaint and RACHAEL SANDERS had confirmed PLAINTIFF'S story to be true. MAXINE JOHNSON changed her story multiple times because DEFENDANTS coerced her into making perjured testimony. So after this, RACHAEL SANDERS then becomes roommates with DEFENDANT THAO BUI their Freshman year; and it is around this time of THAO BUI and RACHAEL SANDERS being roommates that the following story happens: in the romantic pursuit of RACHAEL SANDERS, PLAINTIFF decides one day to make it interesting and puts a cryptic message on the whiteboard outside her dorm room door. From this message, PLAINTIFF makes a very sarcastic joke that he is a KGB agent in either a text message or Facebook message to RACHAEL SANDERS. PLAINTIFF at no time in his life ever stepped foot into RUSSIA, did

---

[175] Pierce, Jr. Richard J. *Administrative Law Treatise.* 4th Edition. Volume I. Aspen Law & Business. 2002

not know meaningfully know any Russians at this point of PLAINTIFF'S life; there were no direct ties connecting PLAINTIFF to RUSSIA in PLAINTIFF'S Freshman year. Period. PLAINTIFF is a sarcastic 18-year-old autistic man with a very sophisticated and deep sense of humor that includes crude humor that is just bullshitting in his romantic pursuits. If there was anything to connect PETER STRZOK to PLAINTIFF to RUSSIA, it would have been that message and how PETER STRZOK was in FBI'S Counterintelligence unit in 2007/2008 and how PETER STRZOK "had been a lead agent in the FBI's "Operation Ghost Stories" against Andrey Bezrukov and Yelena Vavilova, a Russian spy couple who were part of the Illegals Program, a network of Russian sleeper agents who were arrested in 2010."[176] The one bad thing about the US Army (PETER STRZOK served from 1991-1996) is that there are barely anyone who has Autism in the Army; anyone who has a mental or cognitive disability is most likely unqualified and therefore PETER STRZOK would have barely come across people who were dealing with cognitive disabilities and autism.

In PLAINTIFF'S opinion, the following consensual encounter was deliberately misconstrued. PLAINTIFF swears to God on his soul, this is the truth. In PLAINTIFF's freshman year of Sewanee, PLAINTIFF was at a frat party and dancing on the dance floor. This was memorable because as an autistic male, we don't get a lot of female attention (and that's perfectly okay if we don't because we aren't entitled to it anyway) and PLAINTIFF was being grinded on by two women (MAXINE BELL/JOHNSON and JOANIE INGLES) at the same time in which both of them were grinding their butts into my legs, and this was awesome to PLAINTIFF as an 18-year-old autistic male. Drinks are had, and PLAINTIFF decides to go back with MAXINE to her room around 2:30am-ish. MAXINE JOHNSON may have asked PLAINTIFF to pick her up on the way back to the dorm; however, she was on the heftier side and PLAINTIFF did not have the physical strength to pick her up. Little did PLAINTIFF know MAXINE is engaged to a different man at this time and they're still married to this day based on information and belief (PLAINTIFF guesses she never told him about this night ¯\_(ツ)_/¯. whoopsie, I know). So MAXINE and PLAINTIFF arrive in MAXINE'S dorm room and then MAXINE and PLAINTIFF kiss, take off our clothes, PLAINTIFF performs cunnilingus, she climaxes, and then PLAINTIFF calls it a night in which *MAXINE got all the love and attention*. PLAINTIFF aims to please. PLAINTIFF leaves MAXINE's room and then something happened as PLAINTIFF was leaving. In order to exit out of MAXINE's room in Hunter Dormitory at Sewanee, you had to go through her roommate's bedroom to get to the front door. MAXINE's roommate, RACHAEL SANDERS—who I had been pursuing romantically at the time because she was much much more PLAINTIFF'S type, *whoopsie again*—was standing in her bedroom and we made eye contact. PLAINTIFF blushed and said good night and PLAINTIFF left. On a subsequent day (either the day after or two days after) and to the best of PLAINTIFF'S recollection, MAXINE gets a hold of PLAINTIFF and requests that PLAINTIFF goes with her to find her leg brace; PLAINTIFF agrees. MAXINE and PLAINTIFF called the SEWANEE's bus service on campus (Bacchus) to see if it was left on any of the buses in which they said no; PLAINTIFF says okay, lets go on campus, look for it; so MAXINE and PLAINTIFF retraced some of our steps from the previous night or few nights in the fraternity that we were dancing in and back to her dorm, and then we start looking for her leg brace around campus. MAXINE and PLAINTIFF couldn't find her leg brace. Then, as the search was winding down or sometime afterwards (it has been 15 years afterall), MAXINE makes the comment either in person or on

[176] https://en.wikipedia.org/wiki/Peter_Strzok

Facebook that PLAINTIFF should pay for MAXINE'S leg brace because "PLAINTIFF helped her lose it." PLAINTIFF said something along the lines of "what the hell are you talking about I didn't help you lose it and I'm sorry I can't afford it even though I know it is expensive for you. I wish I could give you the money." PLAINTIFF at no time in his whole entire time spent with MAXINE the night before told her to leave the leg brace behind or hid the leg brace or did anything remotely sinister involving the leg brace. The leg brace only came to PLAINTIFF'S attention after performing cunnilingus on MAXINE in which Maxine cheated on her fiancé. MAXINE and PLAINTIFF then walked back to her dorm and then PLAINTIFF walked back to his dorm; and we didn't have contact after that. PLAINTIFF thinks, if PLAINTIFF recalls correctly, MAXINE filed a TITLE IX complaint against PLAINTIFF in which MAXINE changed her story multiple times at the direction of the University, American INTEL DEFENDANTS, MICHAEL HAYDEN, and/or ROBERT MUELLER; and PLAINTIFF told the truth then as PLAINTIFF is now. What, PLAINTIFF'S is alleging, the *See*: Screenshot Below of the message between PLAINTIFF and MAXINE JOHNSON/BELL was deliberately



misconstrued by DEFENDANTS to further their Enterprise. PLAINTIFF recalls that PLAINTIFF saw MAXINE and RACHAEL SANDERS enter the dining hall at McClurg on campus the next day. PLAINTIFF felt *guilty* seeing *them together* so PLAINTIFF apologized and said sorry because PLAINTIFF was hoping that MAXINE would have told RACHAEL that PLAINTIFF felt *guilty* because PLAINTIFF *was romantically inclined towards RACHAEL SANDERS* to save any chance of dating RACHAEL in the future to redeem PLAINTIFF. MAXINE said it shouldn't have happened, and PLAINTIFF agreed; however, ***we fundamentally agreed based on entirely different reasons***. PLAINTIFF agreed because he very much would have liked RACHAEL SANDERS to have been his girlfriend at the time and MAXINE agreed because she was not faithful and had cheated on her fiancé *and* *not* because the encounter was non-consensual (it was all completely consensual). MAXINE expressed a lot of self-hatred and shame for her infidelity. PLAINTIFF, based on information and belief, has reason to believe DEFENDANTS either made MAXINE write multiple fake stories to their preconformed facts or utilized known perjured testimony that came from MAXINE on this incident in which they had reason to know she was not being truthful. See DEFENDANTS relevant crimes of: 18 U.S.C. §1951 (Extortion). 18 U.S.C §1961 section 1503 (relating to obstruction of justice), 18 U.S.C §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 U.S.C §1961 section 1513 (relating to retaliating against a witness, victim, or an informant). 18 U.S.C.§ 2.

PLAINTIFF alleges that ROBERT MUELLER, PETER STRZOK, and ANDREW MCCABE in continuing a pattern of obstructing justice unknown FBI and CIA officers against PLAINTIFF knew of the obstruction of justice acts that his staff underneath him did in which MAXINE JOHNSON was forced to change her testimony about the night with PLAINTIFF to conform to a false factual pattern in providing materially misleading and fabricated evidence and did nothing to remedy the issues in which MAXINE JOHNSON perjured herself on her Title IX complaint against PLAINTIFF thereby violating 18 U.S.C. §1961 Section 1503, 18 U.S.C. §1961 Section 1510, 18 U.S.C. §1961 Section 1511, 18 U.S.C. §1961 Section 1512, 18 U.S.C. §1961 Section 1513. 18 U.S.C. §1961 section 1341 (relating to mail fraud); 18 U.S.C. §1961 section 1343 (relating to wire fraud); 42 U.S.C. 1983.

"The courts of appeals that have considered this sort of claim in similar contexts, however, note that it would succeed only if the government "consciously set out to use sex as a weapon in its investigatory arsenal" or at least "acquiesce[d] in such conduct for its own purposes upon learning that such a relationship existed." United States v. Cuervelo, 949 F.2d 559 (2d Cir. 1991)." *United States v. Therrien*, 847 F.3d 9, 15 (1st Cir. 2017)

"As an alternative to vacating Matiz's conviction based on the Government's violation of her Due Process rights, Matiz requests that this court use its supervisory power to reverse her conviction. **Guided by considerations of justice, federal courts may exercise on a limited basis their supervisory power to "formulate procedural rules not specifically required by the Constitution or the Congress."** *United States v. Hasting,* 461 U.S. 499 (1983). **The Supreme Court has recognized only three legitimate purposes for the exercise of a court's supervisory power: "To implement a remedy for violation of recognized rights, to preserve judicial integrity, . . . and finally, as a remedy designed to deter future illegal conduct.**" *Id.* (citations omitted)." *U.S. v. Matiz*, 14 F.3d 79 (1st Cir. 1994)

"Although there is no infallible means of divining a defendant's predisposition to commit a crime after the fact, there are several factors recognized as relevant in making this determination. We start with the observation that predisposition is, by definition, "the defendant's state of mind and inclinations *before his initial exposure to government agents.*" *United States v. Jannotti,* 501 F. Supp. 1182 (E.D.Pa. 1980), *rev'd on other grounds,* 673 F.2d 578 (3rd Cir.)...This answers defendant's bizarre contention that "the agents literally entrapped him into a state of predisposition." One is either predisposed to commit a crime before coming into contact with the Government or one is not, so the argument that one could be entrapped into having a state of predisposition is meaningless. **We now turn our attention to the factors relevant in determining predisposition**. Among these are the character or reputation of the defendant, including any prior criminal record; ***whether the suggestion of the criminal activity was initially made by the Government;* whether the defendant was engaged in the criminal activity for profit; whether the defendant evidenced reluctance to commit the offense**, **overcome only by repeated Government inducement or persuasion**; **and the nature of the inducement or persuasion supplied by the Government.** While none of the factors alone indicates either the presence or absence of predisposition, the most important factor . . . is whether the defendant **evidenced reluctance to engage in criminal activity which was overcome by repeated Government inducement**…" *United States v. Kaminski*, 703 F.2d 1004 (7th Cir. 1983)

*U.S. v. Matiz*, 14 F.3d 79 (1st Cir. 1994) ruled on the proposition that an act of perjury can be an act of obstruction of justice under 18 U.S.C. 1961 Section 1503 since "The findings (of obstruction of justice) encompass all the elements of perjury — falsity, materiality, and willfulness. The only matter about which the court was not explicit was whether Matiz's testimony was material. A sentencing court, however, is not required to address each element of perjury in a separate and clear finding. *See id.* In fact, the Court in *Dunnigan* affirmed a district court's finding that did not use the term willful…*Dunnigan* only requires that a sentencing court's findings encompass all of the factual predicates for a finding of perjury." "The Supreme Court has stated that a witness testifying under oath commits perjury if "she gives false testimony concerning a material matter with the willful intent to provide false testimony, rather than as a result of confusion, mistake, or faulty memory." *United States v. Dunnigan,*113 S.Ct. 1111 (1993)." *U.S. v. Matiz*, 14 F.3d 79 (1st Cir. 1994). *U.S. v. Ashland Oil Inc.*, 705 F. Supp. 270 (W.D. Pa. 1989) discussed what constituted materiality: "A concise summary of this materiality requirement is set forth in Justice Stevens' concurring opinion in *Youngblood:* Our cases make clear that "[t]he proper standard of materiality must reflect our overriding concern with the justice of the finding of guilt," and the State's failure to turn over (or preserve) potentially exculpatory evidence therefore "must be evaluated in the context of the entire record." *United States v. Agurs*, 427 U.S. 97 (1976) (footnotes omitted); see also *California v. Trombetta*, 467 U.S. 479 (1984) (duty to preserve evidence "must be limited to evidence that might be expected to play a significant role in the suspect's defense")." "By limiting §1503 to acts having the "natural and probable effect" of interfering with the due administration of justice, the Court effectively reads the word "endeavor," which we said in *Russell* embraced "any effort or essay" to obstruct justice out of the omnibus clause, leaving a prohibition of only actual obstruction and competent attempts…A §1503 violation occurs when "an act is done corruptly if it's done voluntarily and intentionally to bring about either an unlawful result or a lawful result by some unlawful method, with a hope or expectation of either financial gain or other benefit to oneself or a benefit of another person." *United States v. Aguilar*, 515 U.S. 593 (1995).


Minimum Damage for utilizing Maxine Johnson and Rachael Sanders to further RICO Enterprise 1: $10,000,000
Treble Damages: $30,000,000
Total Damages: $30,000,000


## FRESHMAN YEAR SEWANEE. GIVE ME BEER and GIVE ME LIBERTY.

FBI: ROBERT MUELLER. CIA: MICHAEL HAYDEN. DOJ Attorney General: MICHAEL MUKASEY. DOJ Solicitor General: Paul Clement. DOJ Northern District of Georgia (Atlanta): SALLY YATES.

From DEFENDANTS DOJ themselves: "The right to free expression and law enforcement's desire to control dissent and challenges to authority pose vexing problems for police officials. By combining police sanction concepts, citizen demeanor literature, and case law on civil liability, the author shows how police officers increase liability risks by arresting or otherwise retaliating against vocal critics, uncooperative suspects, and citizens with an attitude

problem. After identifying the retaliation standard articulated by the U.S. Supreme Court in Mt. Healthy City School District Board of Education v. Doyle (1977), the author examines lower cases pursuant to Mt. Healthy's three-pronged test: (1) whether plaintiff conduct is protected by the first amendment; (2) whether plaintiff's protected first amendment activity is a substantial or motivating factor in police officer conduct; and (3) whether a police officer would respond the same in the absence of the protected first amendment activity. He concludes that police officers need more training in anger management and interpersonal communication to avoid liability for violating the first amendment right of citizens to verbally confront and challenge the police."[177]

Early on in FALL 2007 before *Big Brothers Big Sisters* happened to the best of PLAINTIFF'S recollection, PLAINTIFF and his friends went to a frat party on campus in which the frat was giving away beer in a keg. PLAINTIFF'S underage friends had acquired beer. Sewanee Police Department officers approached PLAINTIFF and his friends in which they asked friends how old they were. PLAINTIFF protecting his friends from future legal repercussions for an innocuous harm of drinking beer at 18 years old, PLAINTIFF informed friends they didn't have to answer per their 5th Amendment rights. This is when the official beef between Sewanee Police Department and PLAINTIFF starts. Sewanee Police Department Officers remembered this incident, were upset with PLAINTIFF that he told fellow students their rights, TKL retaliated against PLAINTIFF because he knew some of his rights in *Big Brothers Big Sisters,* and then DEFENDANTS created a retaliatory situation in *This Side of the Street* because of such. *See:* Some of DEFENDANTS crimes of: 18 U.S.C §1961 section 1503 (relating to obstruction of justice), 18 U.S.C §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 U.S.C §1961 section 1513 (relating to retaliating against a witness, victim, or an informant). 18 U.S.C.§ 2. Damages from this incident will be included in *This Side of the Street.*

## FRESHMAN YEAR SEWANEE. Peasants Revolt Against the King.

FBI: ROBERT MUELLER. CIA: MICHAEL HAYDEN. DOJ Attorney General: MICHAEL MUKASEY. DOJ Solicitor General: Paul Clement. DOJ Northern District of Georgia (Atlanta): SALLY YATES.

PLAINTIFF didn't believe as a freshman in college that having alcohol on campus in his room where 85% of the student body is in Greek life was that big of a deal. PLAINTIFF doesn't believe it is wrong for an 18 year old to possess and drink beer—if you can die for the country in the military at 18, you can have a beer at 18. At the time, PLAINTIFF especially didn't think having alcohol in his room would allow people to break into his room and violate his privacy rights—PLAINTIFF'S roommate, TED ROBINSON, felt much the same way, even more so. After an incident with MICK SHEEDY (next door neighbor to PLAINTIFF'S ROOMMATE and PLAINTIFF who had a reason to direct to direct PLAINTIFF and TED that way in which TED and PLAINTIFF told MICK at one point or another that privacy of our room was essential) and having told MICK about my father's opioid issues at the time in which PLAINTIFF would discover PLAINTIFF'S father lying on his stomach completely passed out whenever PLAINTIFF was on home from break (PLAINTIFF'S Father had back problems), MICK

[177] https://www.ojp.gov/ncjrs/virtual-library/abstracts/police-civil-liability-and-first-amendment-retaliation-against

SHEEDY told PLAINTIFF that, JOSH KING/Resident Advisor, had gone into TED and PLAINTIFF'S room and searched through the room for alcohol when TED and PLAINTIFF weren't around. This violated PLAINTIFF'S well-being and this especially violated TED'S well-being. TED and PLAINTIFF tracked down JOSH KING who went through our room and TED and PLAINTIFF physically assaulted JOSH KING because JOSH KING did it when TED AND PLAINTIFF were not around. PLAINTIFF in the assault was more the stander-by and had kicked JOSH KING once or twice to go along with TED to show that PLAINTIFF had TED'S back as a roommate and to be friends with TED, the rest of the beating of JOSH KING was done by TED. TED and PLAINTIFF are still somewhat social til this day. No Damages from this incident, but to Josh King, possibly.

## FRESHMAN YEAR SEWANEE. Confidential Papers.

FBI: ROBERT MUELLER. CIA: MICHAEL HAYDEN. DOJ Attorney General: MICHAEL MUKASEY. DOJ Solicitor General: Paul Clement. DOJ Northern District of Georgia (Atlanta): SALLY YATES.

One time for a psychology class, my fellow classmate LIZA (if PLAINTIFF recalls correctly, if not her freshman year roommate, then) and PLAINTIFF (along with other students) had conducted research that contained confidential information about the personal psychology of students on campus. PLAINTIFF had the confidential information research and PLAINTIFF was supposed to drop off the confidential information by LIZA's room where LIZA or her roommate was supposed to be there waiting for PLAINTIFF to acquire confidential paperwork. LIZA and PLAINTIFF had agreed to meet at a certain time; and being punctual as PLAINTIFF had other things to do that day, PLAINTIFF goes to LIZA'S room at that time. PLAINTIFF knocks on the door; and no one is there. SEWANEE, at that time, had barely cellphone service in which it was all but guaranteed that anyone would not have had cell phone service. Being bound by the HONOR CODE,[178] PLAINTIFF asks himself what is he going to do? PLAINTIFF had things to do, and PLAINTIFF was not going to leave confidential information outside LIZA's door in a publicly accessible place. The door was unlocked. PLAINTIFF decides to walk in her room and drop off the paperwork on her desk; PLAINTIFF puts it on a desk in the room, and PLAINTIFF immediately leaves the room and does nothing else in the room. PRECISELY BECAUSE PLAINTIFF WAS BEING HONEST AND BEING BOUND BY THE HONOR CODE, PLAINTIFF then informed LIZA in a Facebook message what PLAINTIFF had factually done the soonest opportunity PLAINTIFF could have done so. PLAINTIFF specifically mentioned the HONOR CODE issue to LIZA concerning this incident (to the best of PLAINTIFF'S recollection). LIZA was upset with PLAINTIFF that PLAINTIFF had gone into her room and done so. PLAINTIFF told her she shouldn't have lied to PLAINTIFF; PLAINTIFF also thought as an autistic individual that it was more wrong for PLAINTIFF to leave psychological research about people on campus that was protected info available and open the public when PLAINTIFF conformed himself to the HONOR CODE because it would have been dishonorable for the public at large to know the psychological issues of students at SEWANEE. Irony, upon irony, will come up later during the LSU Law Era.

---

[178] I will discuss the HONOR CODE more a little bit.

# FRESHMAN YEAR SEWANEE: Big Brothers Big Sisters.

FBI: ROBERT MUELLER. CIA: MICHAEL HAYDEN. DOJ Attorney General: MICHAEL MUKASEY. DOJ Solicitor General: Paul Clement. DOJ Northern District of Georgia (Atlanta): SALLY YATES.

PLAINTIFF thinks that's the name of the organization on campus at Sewanee PLAINTIFF was a member of. Students would do activities with the local elementary and middle school in SEWANEE, TENNESSEE. Each male college student that volunteered was also paired with a female college student that volunteered; PLAINTIFF'S partner was JESSE AYERS. Furthermore, JESSE AYERS and PLAINTIFF were paired with the ALVAREZ kids (a brother (JOSH) and JOSH'S sister whose name PLAINTIFF cannot recall). PLAINTIFF is alleging before the ALVAREZ kids were paired with PLAINTIFF and JESSE AYERS in September 2007, PLAINTIFF is alleging that DEFENDANTS intentionally hacked into SEWANEE'S computer system and made sure that JESSE AYERS and PLAINTIFF were paired with the ALVAREZ kids for malicious purposes against PLAINTIFF as PLAINTIFF will explain later or DEFENDANTS told, paid, or coerced the Administrator/person in charge of pairing Sewanee students with the local kids that PLAINTIFF was to be paired with the ALVAREZ kids. Mr. ALVAREZ works for NATIONAL GEOGRAPHIC (or commonly known as: NAT GEO) PLAINTIFF can't remember all the details on this one, but this is the best PLAINTIFF can recollect something from 15+ years ago. There was an activity that took place during school in which PLAINTIFF believes the ALVAREZ parents were supposed to pick up their kids afterwards. Based on a prior discussion that JESSE AYERS and PLAINTIFF had with the ALVAREZs in which JESSE and PLAINTIFF met the ALVAREZ parents in person at their home--which was highly encouraged by the organization-- the ALVAREZ'S gave JESSE and PLAINTIFF oral permission to drive their kids from school to their home since PLAINTIFF had a car. It was PLAINTIFF'S belief at the time, and still very much so, that it was the parent's say that rules on what could be done in their childrens' best interest that mattered more than what the school thought. So, PLAINTIFF went along with what the ALVAREZ'S had EXPLICTLY approved of and thought it was honorable to follow the permission of the parents as per the *HONOR CODE.* Furthermore, PLAINTIFF was never going to drive those kids by himself without there being someone else in the car with PLAINTIFF—<u>PLAINTIFF may be autistic, but PLAINTIFF understands to some degree of what is socially acceptable and not and PLAINTIFF wasn't going to do anything like that</u>. More importantly, PLAINTIFF has tried his best to recollect this fact, but PLAINTIFF doesn't think there was ever a single dispute where PLAINTIFF disobeyed what a parent told PLAINTIFF what they wanted for their kids when they talked to PLAINTIFF directly.

During one of the events, JESEE AYERS and PLAINTIFF attended an after hours school sanctioned event with the ALVAREZ kids. JESSE AYERS AND PLAINTIFF, to the best of PLAINTIFF'S recollection, either PLAINTIFF and JESSE AYERS did not have the responsibility to watch "TYLER" during the event or something happened in which JESSE AYERS and PLAINTIFF were supposed to watch TYLER. Parents and the Principal had informed PLAINTIFF and JESSE AYERS that TYLER had only *ADHD/ADD* and to keep a close eye on him as he liked to escape. This was fine as it entailed that just preventing a kid from escaping once or twice (PLAINTIFF thought). Also, TYLER said the word firetruck a lot; which

PLAINTIFF understood and related to as an autistic man. On this particular day, TYLER was an absolutely out-of-control child. PLAINTIFF understated just how extremely out of control TYLER was that day and what happened this doomed PLAINTIFF. Since TYLER was so wickedly out of control, PLAINTIFF watched TYLER while JESSE watched the ALVAREZ kids. Teachers, students, SEWANEE students, and parents at the school had all commented that TYLER was out of control, that TYLER being out of control was in line with past examples, and some of them had talked to PLAINTIFF and JESSE AYERS about TYLER'S dangerousness to fellow students. The PRINCIPAL even knew of episodes of how out of control TYLER could be to other students. Essentially, everyone at the school outside of Sewanee students knew of the issue. This is the first time PLAINTIFF interacted with TYLER. Local parents blamed TYLER'S mother, who was a single mother, and treated her like a pariah in which her parenting skills were supposedly worse than those parents parenting skills (this is a common occurrence across school districts all across the country); and PLAINTIFF did not like that blame at all in regards to TYLER'S mom and had commented to JESSE AYERS about that.

The first moments PLAINTIFF and JESSE AYERS start watching TYLER that day, TYLER tries to escape. This prompted the PRINCIPAL and other teachers to do an immediate IEP behavioral intervention, which is completely reasonable and appropriate, and PLAINTIFF eagerly approves of such actions. However, this day, it added fuel to TYLER'S fire. After this moment on for more than the next 15+ minutes, teachers, the principals, and parents are busy and preoccupied and nowhere to be found. After the IEP behavioral intervention, TYLER does one of the following: TYLER tries escaping again (if you are in the gym, there is an exit by the bottom left-hand corner of the school that connects to the rest of the school and TYLER tried to escape through these doors and/or attempts to slap a classmate. PLAINTIFF pulls TYLER back in the school and prevents the slap if it occurred. The speed in which TYLER would slap one of his classmates were like cobra strikes and PLAINTIFF is not exaggerating of the nature of them—TYLER could be walking normally, appear not to be physically agitated, walk next to a classmate or classmates, and then out of complete nowhere, instantaneously slap whoever was next to TYLER. TYLER is extremely displeased that this new man in TYLER'S life is preventing him from escaping and TYLER makes it known. TYLER takes a few steps in the gym and then slaps another girl and then tries to slap her friend next to her. PLAINTIFF intervenes and stops the last slap from occurring. There are 3 times, if PLAINTIFF recalls correctly, minimum of two for sure, that TYLER slaps or attempts to slap his classmates; and TYLER then makes his way to the top left-hand corner of the gym where there is an exit and TYLER tries to flee again. At this point, JESSE AYERS is watching the ALVAREZ kids and PLAINTIFF is watching TYLER as we had agreed this was the most prudent course of action. So, PLAINTIFF intervenes and prevents TYLER from escaping out of the gym. TYLER is *extremely upset* at this intervention by PLAINTIFF and now TYLER is in what autistic people know and understand to be in an anger rumination stage; TYLER was most likely autistic as well as having ADHD like PLAINTIFF. Tyler then pushed PLAINTIFF, slapped and hit PLAINTIFF, kicked PLAINTIFF, and spit on PLAINTIFF, and then proceeded to try to slap another girl next to PLAINTIFF. At every single one of these stages, PLAINTIFF tells Tyler it is not okay to slap his classmates or escape. TYLER does not listen to what PLAINTIFF is telling TYLER. PLAINTIFF intervenes yet again after the slap attempt and holds TYLER by the wrists this time as to prevent further physical assault from happening. PLAINTIFF after observing all the harm that TYLER was wrecking upon mostly innocent little girls and some little boys that day, then

PLAINTIFF starts to be in his own anger rumination cycle because PLAINTIFF did not like bullies and TYLER is not listening after PLAINTIFF begged, pleaded, and tried talking with TYLER not to do any more harm and gave warnings not to do any more harm. It is beyond clear at this moment that the previous behavior intervention for TYLER didn't work. PLAINTIFF discussed with JESSE AYERS what to do in the situation. JESEE AYERS and PLAINTIFF then looked for the principal or teachers or parents and they are not there or are occupied. PLAINTIFF then makes a <u>joke</u> about tying TYLER <u>to a chair</u> to a fellow SEWANEE student from BELIZE named DERRY ROBERSON because what DERRY ROBERSON sees is part of the interaction and not the entirety. PLAINTIFF believes that DERRY ROBERSON then started to spread the malicious rumors that PLAINTIFF was abusive towards children in violation of the *HONOR CODE* amongst the female student body at SEWANEE. PLAINTIFF will explain what happened and how it harmed PLAINTIFF seriously and became extremely prejudiced against PLAINTIFF.

So, PLAINTIFF after the series of events and preventing harm, wants to alleviate stress by making a joke and for PLAINTIFF to jokingly reflect a frustration about a lack of solutions to the problem because the IEP didn't work, holding TYLER'S wrists didn't work, there were no more available peaceful options (except for one that PLAINTIFF and JESSE AYERS tried to do), etc. PLAINTIFF asks JESSE AYERS if we had TYLER's mother's phone number because it was clear TYLER posed that much of a risk to fellow students, it was an immediate emergency, and faculty, teachers, the principal, and parents of the school were not of assistance and were not available to assist. These are extraordinary factual circumstances that day and far exceed what the Court talked about in *Ingraham v. Wright*, 430 U.S. 651 (1977) because neither teachers, nor parents, nor the principal were available to sanction PLAINTIFF'S conduct. From the time of the IEP intervention, more than 15 minutes passed in which TYLER did not stop. If PLAINTIFF would have let TYLER go and roam free after attempting to escape at least twice and slapping or attempting to slap more than 3 students, PLAINTIFF would have caused the school to be liable to the state created danger claim in which in Tennessee at the time entailed:"(1) an affirmative act by the state which either created or increased the risk that the plaintiff would be exposed to an act of violence by a third party; (2) a special danger to the plaintiff wherein the state's actions placed the plaintiff specifically at risk, as distinguished from a risk that affects the public at large; and (3) the state knew or should have known that its actions specifically endangered the plaintiff." *Cartwright v. City of Marine City,* 336 F.3d 487 (6th Cir. 2003)." *Lopez v. Metropolitan Government*, 646 F. Supp. 2d 891, 909 (M.D. Tenn. 2009). "With regard to the affirmative act, where there is "opportunity for reflection and unhurried judgment," plaintiff must show deliberate indifference, meaning that the state actor was "`aware of facts from which the inference could be drawn that a substantial risk of serious harm exists, and he must also draw the inference." *Arledge v. Franklin County,* 509 F.3d 258 (6th Cir. 2007) (citations omitted). In the state-created danger context, the critical issue is whether government officials "did anything `affirmative' to `embolden' the person causing harm to another." *Brooks v. Knapp,* 212 Fed. Appx. 402, 406 (6th Cir. 2008) (citing, *Jones v. Reynolds,* 438 F.3d 685, 703 (6th Cir. 2006)). Thus, failure to act, as opposed to affirmative conduct, does not cause a "state-created danger" to arise. <u>Id.</u> However, because it may be difficult for a court to distinguish between action and inaction, the Sixth Circuit has refined the test by focusing on "`whether [the victim] was safer before the state action than he was after it." <u>Cartwright</u>, 336 F.3d at 493. If a plaintiff cannot identify conduct by the state actor which either created or increased the risk of harm to which plaintiff was exposed, then the conduct is said to "fall[] on the inaction side of the line." *Koulta v. Merciez,* 477 F.3d 442, 446 (6th Cir. 2007) (collecting cases). Likewise, if a victim is not

identifiable at the time of the state action or inaction, a claim under the state-created danger exception will not apply. Id. at 447." *Lopez v. Metropolitan Government*, 646 F. Supp. 2d 891 (M.D. Tenn. 2009).

There were NO TEACHERS OR PRINCIPAL ANYWHERE IN SIGHT AND IN THE GYM to take Tyler too in the course of 15 minutes back in 2007 so caselaw should reflect that time era. If PLAINTIFF would have said, okay TYLER, go do your thing and let TYLER go, TYLER would have run out and continued to slap his classmates. Guaranteed beyond any reasonable doubt. PLAINTIFF was not going to call the cops and then have the cops commit far more harm to TYLER because PLAINTIFF guarantees you that TYLER would have been still angrily ruminating in which he would have struck a cop. Guaranteed. PLAINTIFF did TYLER a favor by not calling the cops. Sadly, an applicable defense is one in which "Plaintiffs must show Defendants had knowledge of the alleged abuse and were deliberately indifferent to it. Evidence that Defendants had knowledge of J.J.'s behavioral history would be relevant to showing that Defendants had ignored the elevated risk posed by J.J.'s conduct. " *C.R. v. Novi Cmty. Sch. Dist.*, Case No. 14-14531, 5 (E.D. Mich. Jan. 12, 2016). There were far more examples of worse behavior by different teachers and even special education teachers and assistants that did far worse than PLAINTIFF ever did with TYLER. Furthermore, when 10th Circuit decided Garcia by Garcia v. Miera, 817 F.2d 650 (10th Cir. 1987) in which "Miera (the principal) responded by calling defendant J.D. Sanchez, a teacher at the school, for assistance. Sanchez held Garcia upside down by her ankles while Miera struck Garcia with a wooden paddle. *Id.* at 105. The paddle "was split right down the middle, so it was two pieces, and when it hit, it clapped [and] grabbed." *Id.* at 165. Miera hit Garcia five times on the front of the leg between the knee and the waist. *Id.* at 277-78. After the beating, Garcia's teacher, Ruth Dominez, "noticed blood coming through [Garcia's] clothes," *id.* at 106, and, on taking Garcia to the restroom, was shocked to see a "welt" on Garcia's leg. *Id.* at 268. The beating made a two-inch cut on her leg, *id.* at 176, that left a permanent scar." *Garcia by Garcia v. Miera*, 817 F.2d 650 (10th Cir. 1987). TYLER had no cuts nor did PLAINTIFF hang TYLER upside down by his feet. Simply, if anything, it was unwise excess of zeal by PLAINTIFF to prevent future harm to TYLER'S students in the gym that day. Holloman V. Unified School District 259, Case No. 05-1180 JTM (D.Kan. June 15th, 2006) (holding: that a single slap from a teacher that left no scars and required no medical attention does not amount to a substantive due process claim, noting that slap appeared to be an unwise level of force that was inappropriate and regrettable." *Williams v. Berney*, 519 F. 3d 1216 (10th Cir. 2008)(holding that a business-license inspector who without provocation pushed, shoved, and repeatedly struck the owner of a doggie day care for not photocopying something fast enough did not shock the conscience. Thomas v. Board of Educ. of West Greene School, 467 F. Supp 2d 483 (W.D. Pa. 2006)(Finding that claims of minor bruising and tenderness very clearly do not rise to the level of serious injury) *Peterson v. Baker*, 504 F.3d 1331 (11th Cir. 2007) (squeezing student's neck after the student pushed the teacher did not shock the conscience).

On one hand, you had parents at the school talked sh** about TYLER and TYLER'S mom but refused to be part of the solution and try to help because standing on the side and talking sh** is far easier than doing anything at all, and PARENTS always need a blacksheep of "bad" parents at the school. PLAINTIFF, to the best of PLAINTIFF'S recollection that day, knew that JESSE AYERS had to ask multiple parents for TYLER'S mom's number, and it was

only after she managed to find a parent on the third or fourth try in which JESSE AYERS was successful. Not a lot of parents wanted to be associated with TYLER and TYLER'S mom and therefore didn't have her number. PLAINTIFF, to the best of his recollection, and JESSE AYERS obtained TYLER'S mom's number. If PLAINTIFF and JESSE AYERS had the number, then either JESSE AYERS and PLAINTIFF attempted to call TYLER'S mother and phone records with DEFENDANT AT&T or VERIZON would prove such. Even if we erroneously grant the assumption DEFENDANTS could have used §215 of the USA PATRIOT ACT during PLAINTIFF'S Freshman year at SEWANEE, DEFENDANTS would have acquired PLAINTIFF'S call logs or JESSE AYERS' call logs via PLAINTIFF'S cellphone number that has not changed in the last 15+ years and prove these facts to be true. The problem at the time in Sewanee is that there was barely any cell phone reception and service on campus. Ask any SEWANEE staff who have been around from 2007/2008 and they can all confirm that to be true. JESSE and PLAINTIFF attempted to call, but then TYLER's mother did not answer the phone. After these futile attempts, TYLER then attempts to slap another child and PLAINTIFF doesn't remember what occurred between then and when JESSE and PLAINTIFF took ALVAREZ children home that day. **Telling TYLER in that Karen-esque tone of "stop doing that" was never going to be effective in addressing TYLER'S behavior that day or at any time in the encounter. IEP's were not going to be effective that day.** PLAINTIFF couldn't take TYLER off somewhere to the side and put him in timeout in a gym because PLAINTIFF had to watch TYLER and the ALVAREZ kids along with JESSE AYERS and then that would have denied the ALVAREZ kids the benefits. PLAINTIFF also talked to LUKE ARMISTEAD in which LUKE ARMISTEAD saw a lot more of the whole TYLER incident and he agreed with PLAINTIFF as to the nature of the harm that TYLER was inflicting.

Even if PLAINTIFF at one time said or texted that he may have punched or kicked Tyler because PLAINTIFF was upset or PLAINTIFF said Tyler deserved it, PLAINTIFF did so jokingly or did so in response to Tyler throwing multiple punches, kicks and spitting on PLAINTIFF in which two autistic individuals were stuck in an anger rumination cycle and PLAINTIFF was trying to stop further harm and chaos from occurring. Even assuming if PLAINTIFF did, and to the best of PLAINTIFF'S recollection, PLAINTIFF did not, as the court in *Hudson v. McMillian*, 503 U.S. 1 (1992) said that quoted: "that is not to say that every malevolent touch by a prison guard gives rise to a federal cause of action. See: *Johnson v. Glick,* 481 F. 2d, at 1033 ("Not every push or shove, even if it may later seem unnecessary in the peace of a judge's chambers, violates a prisoner's constitutional rights"). The Eighth Amendment's prohibition of "cruel and unusual" punishments necessarily excludes from constitutional recognition *de minimis* uses of physical force, provided that the use of force is not of a sort" 'repugnant to the conscience of mankind.'" PLAINTIFF'S actions regarding TYLER were Constitutional per: *Ingraham v. Wright*, 430 U.S. 651 (1977), primarily because no parents provided major assistance (besides providing a phone number), teachers were unavailable to help, the Principal was preoccupied, numerous SEWANEE students witnesses the destructive acts of TYLER and did nothing to help PLAINTIFF and JESSE AYERS, and TYLER kept presenting an imminent harm to numerous children even after numerous interventions and IEP behavioral interventions. PLAINTIFF also tweeted an explanation about this incident exploring the autistic related issues and anger rumination to DEFENDANTS.

Then another problem happened in which a future TITLE VI necessarily derives from and is started here. The event ended at the school. Just as a FYI, SEWANEE at this time did not have good cell phone service so actually getting a hold of someone and maintaining a call on a cell phone was rare. So back at the school, parents, students, and faculty all left the gym in which JESSE AYERS and PLAINTIFF and the ALVAREZ kids were one of the only remaining individuals in the gym after 20 or so minutes after the event ended. PLAINTIFF and JESSE AYERS just can't tell the kids, "well, this was fun, see you later" and leave them with no one in the gym. You know this is so sad to say, *but if PLAINTIFF would have abandoned the ALVAREZ kids that day at the gym,* PLAINTIFF would have been far better off in life. So, JESSE AYERS and PLAINTIFF either called the ALVAREZs once or repeatedly to see where the ALVAREZ parents were and when they were going to pick up their kids. DEFENDANT AT&T or VERIZON would have records proving this to be true as well as via §215. The ALVAREZ parents did not show up and JESSE AYERS and PLAINTIFF had absolutely no reasonable way to know when they were going to get there. JESSE AYERS and PLAINTIFF had permission from the ALVAREZ parents to drive their kids home and so JESSE AYERS and PLAINTIFF left the gym and walked to PLAINTIFF's AUDI A4. The PRINCIPAL then runs up to us and asks where we are going. PLAINTIFF informs PRINCIPAL that JESSE AYERS and PLAINTIFF are taking the ALVAREZ kids home. PLAINTIFF is acting in accordance to the *HONOR CODE*. PRINCIPAL says No. PLAINTIFF says YES and that we can because we have ALVAREZ's parents' permission. So, the PRINCIPAL has a clipboard and a piece of paper on it. PRINCIPAL scribbles PLAINTIFF'S license plate number (it was either Illinois plate: 7176190 or Miks A 4); but PLAINTIFF starts to leave and sees that the Principal omits to write PLAINTIFF told PRINCIPAL that JESSE AYERS and PLAINTIFF had ALVAREZ's permission to do so. JESSE AYERS, PLAINTIFF, and ALVAREZ kids continue walking to PLAINTIFF'S car and get into the car. PLAINTIFF alleges that DEFENDANTS/SEWANEE PD and Principal allege at one time or another that PLAINTIFF'S car in-and-of-itself is completely suspicious and this is what violates Title VI because it will be referenced by law enforcement at another time. JESSE AYERS and PLAINTIFF drive ALVAREZ children straight home from the school with no detours. PLAINTIFF and JESSE AYERS stops in front of the ALVAREZ parents home and the ALVAREZ kids get out of the car. JESSE AYERS and PLAINTIFF then ensures ALVAREZ children safely enter their home (ALVAREZ parents were not home). PLAINTIFF then calls ALVAREZ parents for a minimum of a third time informing ALVAREZ parents that their children are home safe in which either PLAINTIFF or JESSE AYERS LEAVES A VOICEMAIL with the ALVAREZs let them know their kids are at home safe. IF PLAINTIFF recalls correctly, either after dropping ALVAREZ children at home or on the way in taking the kids home (which was less than a five minute drive), JESSE AYERS and PLAINTIFF is followed by SEWANEE PD, who turn around when they see PLAINTIFF'S car. PLAINTIFF makes an "*Itan*" joke about police following JESSE AYERS and PLAINTIFF when PLAINTIFF at the time believed he committed no legal wrong and had conformed himself to the HONOR CODE. That was the one and only time PLAINTIFF drove the ALVAREZ kids home.

Now what happened with this event is that the totality of the facts was omitted or deliberately phrased to be intentionally misleading where PLAINTIFF would eventually be falsely accused of kidnapping children and trafficking children. PLAINTIFF is alleging that American Intel, British Intel, German Intel, Japanese Intel, Indian Intel, did just that in this scenario. See: some of the relevant DEFENDANT crimes: 18 U.S.C §1961 section 1503

(relating to obstruction of justice), 18 U.S.C §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 U.S.C §1961 section 1513 (relating to retaliating against a witness, victim, or an informant). 18 U.S.C.§ 2, 18 U.S.C. §1961, 18 U.S.C. §1962 (a), 18 U.S.C. §1962(b), 18 U.S.C. §1962(c), 18 U.S.C. §1962(d), and/or 18 U.S.C. 1962(f)

One time (either at that event or most likely, a different Big Brothers Big Sisters Event that occurred prior to or after the TYLER incident), JOSH ALVAREZ was having a panic attack in the gym. This was in full sight of everyone in the gym in which there were more than 50 people at the gym and numerous people standing next to PLAINTIFF, JESSE AYERS, and the ALVAREZ kids. This necessarily brings up how PLAINTIFF would run to the gym to provide solace to himself when he was in special education and instinctually knew (as it had been hard wired in PLAINTIFF at this point from numerous experiences of finding solace himself in the gym as an autistic youth) when it became "too much", PLAINTIFF had an obligation to provide solace to JOSH ALVAREZ who was having an emotional crisis in a gym. Knowing how to manage anxiety as an autistic man when situations become "too much," the principals of something like a weighted blankets in restriction can be, paradoxically, oddly comforting and distracting a person's mind from the trigger of the source causing the anxiety/panic attack by counting numbers has been psychologically proven to reduce anxiety in individuals from at least 1993[179] and 2021[180] (as well as reduce anger). So, JOSH ALVAREZ is having a panic attack in the gym, and instead of seeing JOSH ALVAREZ, a child, hurt or suffer because PLAINTIFF can't stand to see the sight of a kid suffering, PLAINTIFF holds JOSH ALVAREZ tight, but not too tight, and has JOSH ALVAREZ listen to PLAINTIFF'S heart to distract him from the source of anxiety and stop having a panic attack by making him count the beats of PLAINTIFF'S heart. After about 30 seconds or so, JOSH ALVAREZ stops having a panic attack. Great success PLAINTIFF thought! So, PLAINTIFF gives JOSH a pec on the top of his head to show comedic exuberance of a job well done overcoming a panic attack in addition to PLAINTIFF having physically manifested an expression of comedic exuberance on his face, flailed his arms, as well as saying other words of affirmation, exuberance, and support to both JESSE AYERS and JOSH ALVAREZ. Like PLAINTIFF would have told you _then_ and now, if it was just PLAINTIFF and JOSH _alone in the school_ (PLAINTIFF should have been immediately arrested right then and there if that was the case)—but those were not the material facts and context that this incident occurred. BUT given PLAINTIFF'S history involving "too much" and how PLAINTIFF did it in public in a gym full of people where all what PLAINTIFF at the end of the day did was hug a child who was having an emotional crisis at that time, there must have must have necessarily been numerous witnesses to JOSH ALVAREZ having a panic attack at the time and had seen PLAINTIFF'S exuberant and comedic expression and his arms that were flailing around happily. Those key material facts were intentional and deliberate omissions by DEFENDANTS (PLAINTIFF is alleging). PLAINTIFF thinks that's it and that can't be maliciously misconstrued; but DEFENDANTS did in fact maliciously misconstrue it all. DEFENDANTS falsely labeled PLAINTIFF as a pedophile because PLAINTIFF stopped a kid from having a panic attack based on psychological research and had hugged a child who was experiencing an emotional crisis. This will come up two years later: _See_: DEFENDANTS HILLARY CLINTON and HUMA ABEDIN'S email on 10/24/2010: "Tonite: - the **_natgeo_** **people** will present you with

---

[179] https://pubmed.ncbi.nlm.nih.gov/8326690/l; Last checked 07/31/2023
[180] https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7882153/ Last checked 07/31/2023

the world **map** you admired but they think its a surprise to you..."[181]  See DEFENDANTS relevant crimes of: 18 U.S.C.§ 2, 18 U.S.C §1961 section 1503 (relating to obstruction of justice), 18 U.S.C §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 U.S.C §1961 section 1513 (relating to retaliating against a witness, victim, or an informant). 18 U.S.C. §1951 (Extortion). 18 U.S.C. §1961, 18 U.S.C. §1962 (a), 18 U.S.C. §1962(b), 18 U.S.C. §1962(c), 18 U.S.C. §1962(d), and/or 18 U.S.C. 1962(f).

Then in one of the other events with the organization or the same day in Big Brother Big Sister, TAYLOR (not TYLER from above) (TAYLOR's name may actually be Tyler as well but PLAINTIFF is using TAYLOR to distinguish between the two tylers) was a student of the elementary school who demanded that PLAINTIFF give him a piggy back ride. So, PLAINTIFF places TAYLOR on his shoulders and gives him a piggyback ride for like more than 5 minutes (he was up there for a while). PLAINTIFF and TAYLOR start to walk around the room.  Since TAYLOR was up there for a while and didn't want to come down because he was having fun up there (since PLAINTIFF was one of the tallest men in the room where TAYLOR could oversee everyone), PLAINTIFF had been talking to other SEWANEE students and JESSE AYERS the entire time that PLAINTIFF was giving TAYLOR a piggyback ride. Witnesses to the event would have necessarily seen PLAINTIFF giving Taylor a piggyback ride and walking around the room. PLAINTIFF stops giving TAYLOR a piggyback ride as he is talking to another student. TAYLOR starts to rock side to side to get PLAINTIFF to keeping moving so PLAINTIFF could keep going around the room. In the course of rocking side to side, TAYLOR then starts to slide down PLAINTIFF'S shoulder where he is no longer safe. Now PLAINTIFF was in special ed, and you know PLAINTIFF knows being dropped on my head a few times hurts! So making sure TAYLOR didn't fall and hurt himself as TAYLOR was 6 feet off the ground while PLAINTIFF was having a conversation as not to end the conversation, PLAINTIFF, instinctively, raises his arm UP and straight out in front of him as to prevent TAYLOR from sliding any further; and then PLAINTIFF curled the front part of PLAINTIFF'S arm holding on to the middle of TAYLOR's stomach (core) as TAYLOR rode PLAINTIFF's arm like a saddle with TAYLOR'S legs hanging out of each side of PLAINTIFF's arms. That was the safest way to actually stop TAYLOR from hurting himself because if PLAINTIFF would have used his opposite arm, it would have accelerated the slide further because his arm that TAYLOR was on would have dropped even lower to compensate for PLAINTIFF moving his other arm to grab TAYLOR. PLAINTIFF, during the conversation he was having, was obviously distracted (happens with ADD) in the conversation he was having with someone in which it could not have been more than 5 minutes and held TAYLOR there. TAYLOR was laughing and giggling and having a good time in which TAYLOR had shouted yeehaw while TAYLOR was up there because he kept doing that when PLAINTIFF walked around the gymnasium. PLAINTIFF subsequently put TAYLOR down on the ground. Then as soon as PLAINTIFF did that, PLAINTIFF looked up to two SEWANEE female freshman (to the best of his recollection) to see ELEANOR CLAIBORNE and CHETNA CHANDRASEKARAN[182] standing along the wall, (or different

---

[181] https://wikileaks.org/clinton-emails/emailid/30647

[182] Side note: In light of what happened in *Miki's Tea Party*, the following is very well possible: CHETNA CHANDRASEKARAN (who was always cold towards PLAINTIFF) is an Indian who regularly communicates with family, some of whom live back in India. Having the tools given to them by American Intel in *Miki's Tea Party*, Indian Intel could search the entirety of CHETNA CHANDRASEKARAN'S phone records specifically looking for

Sewanee Freshman females like CHARLOTTE MYERS, JENNY ROBB KING, DERRY ROBERSON, or SARA HILDEBRAND) in PLAINTIFF'S vicinity in which one of them (ELEANOR CLAIBORNE & CHETNA CHANDRASEKARAN or another female Sewanee Student like MAUREEN RUSSELL, SARA HILDEBRAND, DAISEY BLOM, JENNY ROBB KING) whispered to the other that PLAINTIFF was a pedophile (for having TAYLOR sit on PLAINTIFF'S arm that way) or falsely made the accusation. PLAINTIFF is making his best guess on who most likely made the false accusation. What PLAINTIFF knows for certain is the results of a female Sewanee freshman student having made that false accusation. PLAINTIFF is not a pedophile. PLAINTIFF absolutely does not derive any sexual gratification or any pleasure from hugging and other physical acts from kids. This is exactly when all of the shit at Sewanee started. This is a complete *HONOR CODE* violation. MAUREEN RUSSELL, ELEANOR CLAIBORNE, CHETNA CHANDRASEKARAN, SARA HILDEBRAND, DAISEY BLOM, JENNY ROBB KING, or another Sewanee female student had no legitimate basis in making that false accusation—it was neither a mistake nor were they confused. It was not in punctilious adherence to the *HONOR CODE*; and their perjury was material, false, and willful because they did nothing to correct it nor apologize to PLAINTIFF. When ELEANOR CLAIBORNE, MAUREEN RUSSELL, CHETNA CHANDRASEKARAN, DAISEY BLOM, JENNY ROBB KING, or another female Sewanee student violated the HONOR CODE by making that type of false and malicious accusation against PLAINTIFF based on the nature of it, the natural and probable effect and consequence of their false accusation--in a student body and town that is bound by the HONOR CODE in which there is an automatic presumption of the truthfulness—is an incendiary bomb to PLAINTIFF forever burning PLAINTIFF. Side note: PLAINTIFF alleges that SARA DUFFUS talked to DOJ/FBI in San Francisco around the beginning of June 2015 in furtherance of RICO Enterprise 1 in violation of 18 U.S.C. 1962(d).

Let PLAINTIFF explain a psychological phenomenon that happened involving PLAINTIFF, Big Brothers and Big Sisters, and MAUREEN RUSSELL, ELEANOR CLAIBORNE, CHETNA CHANDRASEKARAN, SARA HILDEBRAND, DAISEY BLOM, JENNY ROBB KING, or another female Sewanee student that PLAINTIFF believes and argues to be true, in a small town in the south, and why PLAINTIFF got necessarily screwed based on his gender; and this is a TITLE IX claim. First and most importantly, the fact that every student was bound by the HONOR CODE in which he/she would give perjured testimony if he/she lied and would no longer be able to attend the University means that it is a legal guarantee to the truthfulness of their statement. To refute a legal guarantee of the truthfulness is tantamount to prosecuting someone for perjury. Now with a defacto guarantee of truthfulness, it makes everyone in Sewanee automatically believe the truthfulness of their statements. Now, if you add the factor that with the inherent trust given by the community that was bound by the HONOR CODE for a century, the community will automatically presume that the person making that type of malicious (and false) accusation did so through punctilious and rigorous observation and having an objective reason and basis for making that type of accusation *beyond a reasonable doubt*. That is why it would be so hard for anyone in the community at Sewanee to have doubt after hearing that false accusation. Second, there is a manifest bias against men if they play with kids; men are automatically viewed as suspicious for playing with kids. Third, so PLAINTIFF is

---

any references to PLAINTIFF that could be used against PLAINTIFF. PLAINTIFF alleges that either American Intel did that and/or Indian Intel did just that around the same time of when *Miki's Tea Party* was happening.

bucking TAYLOR around when PLAINTIFF is giving TAYLOR a piggyback ride for more than 5+ minutes in which PLAINTIFF goes walking around the auditorium. PLAINTIFF is necessarily out of MAUREEN RUSSELL, ELEANOR CLAIBORNE, CHETNA CHANDRASEKARAN, or another female Sewanee student's vision when PLAINTIFF is walking around the room giving TAYLOR a piggyback ride—they are not watching PLAINTIFF the entire time. So then PLAINTIFF walks to the vicinity of ELEANOR CLAIBORNE and CHETNA CHANDRASEKARAN with TAYLOR still on PLAINTIFF'S shoulders. So **it must be one of the following in which-- either way--results in an HONOR CODE violation:** 1) MAUREEN RUSSELL, ELEANOR CLAIBORNE, SARA (HILDEBRAND) DUFFUS, JENNY ROBB KING, and/or CHETNA CHANDRASEKARAN were so distracted with their own conversation that they did not see TAYLOR start to rock back and forth and start to fall off/slide down PLAINTIFF'S shoulder and PLAINTIFF preventing him from falling in which they only saw PLAINTIFF holding TAYLOR by his core in which PLAINTIFF was talking to someone else or 2) MAUREEN RUSSELL, SARA (HILDEBRAND) DUFFUS, ELEANOR CLAIBORNE, JENNY ROBB KING, and/or CHETNA CHANDRASEKARAN saw TAYLOR rock back and forth on PLAINTIFF'S shoulders and start to fall off/slip down PLAINTIFF'S shoulders--in which most women seeing a child start to fall would absolutely never turn away when that was happening—and then saw PLAINTIFF stop TAYLOR from harm and then saw PLAINTIFF got distracted while talking to someone. If it is 1), making that type of false accusation based on those facts is not punctilious adherence and has no objective basis or 2) making that type of false accusation is a complete lie because they knew the truth and intentionally disregarded it.

Whether it is for TYLER or TAYLOR, then the following: so in Big Brothers and Big Sisters, for 15+ minutes, PLAINTIFF is trying to prevent harm from befalling upon TYLER'S classmates and prevent harm to TYLER by preventing TYLER from escaping with no principal or teacher around to help in a gymnasium full of Sewanee students and loud ruckus. Necessarily in both the TAYLOR and TYLER incident, PLAINTIFF is mobile and is walking all around the gym, PLAINTIFF ONLY appears in the field of vision of Sewanee students for bits and pieces of a time. What those Sewanee students never saw was the totality of circumstances nor did those Sewanee students ever care to know the totality of the circumstances because it was against their social interest in Sewanee after the false accusations are made. The TAYLOR and TYLER incidents took place where friendships at Sewanee are starting to being formed on campus. What happens in that dynamic is that in-group confirmation bias starts to form and build up because bonds are created when a group determines who the black sheep of the Class of 2011 is going to be at Sewanee. Say DERRY ROBERSON tells Student A that "PLAINTIFF held TYLER by the wrists" and that was PLAINTIFF abusing TYLER—DERRY did not say nor see how much of a threat TYLER had posed to children at the time and that fact gets ignored. Student A tells Student B the same thing. Student C when talking to Student B on a different day talks about how Student C observed "TYLER was running away from PLAINTIFF and PLAINTIFF physically prevented TYLER from going anywhere" and then Student B tells Student C what Student A said, Student E tells Student D what Student A said and then Student C talks to Student D and falsely confirms such, DERRY ROBERSON talks to Student C to falsely confirm her suspicions, and this is how a form of in-group confirmation bias starts to develop against a single individual. Through this pattern of confirmation-bias amongst all the students at SEWANEE that are bound by the HONOR CODE, it forms bonds between in-group members

and verifies the false impression about PLAINTIFF that is determined to be the black sheep of Sewanee like the way Tyler's mother was treated. JESSE AYERS, for her social inclusion, may one day become privy to a conversation one day in which Student C and Student D (who are both female) falsely accuse PLAINTIFF of being a child-abuser (because it makes for good gossip) and that provides a reason for JESSE AYERS not to say anything demonstrating the truth of the entire situation because JESSE AYERS can't go against what the SEWANEE women's false impressions are about PLAINTIFF that were falsely confirmed through confirmation bias in which she risks becoming isolated from Sewanee women unless she becomes ostracized as well. Sewanee bros go along with whatever the SEWANEE females say because they're trying to form friendships and hookup with the same women. PLAINTIFF got burnt and that ought to have been all there is too it. But the way it was formed created a manifest prejudice against PLAINTIFF. Now if there are select pieces here and there that falsely conform to the allegation that PLAINTIFF is abusive towards children, it can work in any other circumstance as well. Say MAUREEN RUSSELL, SARA (HILDEBRAND) DUFFUS, CHETNA CHANDRASEKARAN, or ELEANOR CLAIBORNE continue to make the false accusation about PLAINTIFF being a pedophile to Student C and then Student C tells how Student C observed how "TYLER was running away from PLAINTIFF and PLAINTIFF physically prevented TYLER from going anywhere," using the same way the false child-abuser accusations are made about PLAINTIFF, this just falsely confirmed their false allegations in Student C's and CHETNA CHANDRASEKARAN's mind. It spreads the same way as the false child-abusers accusations go. This phenomenon is also at play and operates the same way within the FBI, CIA, NSA, American Intel, British Intel, etc. So, PLAINTIFF not only gets burned in Sewanee, but he also gets burned by James Comey, Andrew McCabe, Jeh Johnson, et. al. Exculpatory evidence is completely omitted because it doesn't confirm to their false beliefs.

Suppose even if PLAINTIFF reported MAUREEN RUSSELL, ELEANOR CLAIBORNE, SARA (HILDEBRAND) DUFFUS, JENNY ROBB KING, or CHETNA CHANDRASEKARAN (or other student) for their comments to the *HONOR CODE* disciplinary committee about the malicious and false accusation that PLAINTIFF was a pedophile because of TAYLOR incident. Suppose PLAINTIFF proved his case beyond a reasonable doubt to the *HONOR CODE* committee. How was PLAINTIFF supposed to overcome what everyone in the community at SEWANEE falsely believed to be "legally true" based on a false accusation that was in *actual legal fact to be legally false*? The natural and probable consequence of that type of false accusation in the community is that PLAINTIFF would be burned the entire time he was in Sewanee and was a leper (so to speak) in the community. MICHAEL HAYDEN, ANDREW MCCABE, ROBERT MUELLER, PETER STRZOK, CIA, NSA, and FBI etc. then necessarily relied on the good faith the community had established through a century of trust to suit their own malicious purposes in which they believed the false accusation because it suited their malicious purposes.

It may have been MAUREEN RUSSELL, JENNY ROBB KING, and SARA (HILDEBRAND) DUFFUS that made the false accusation against PLAINTIFF and here is why. GEORGE BUSH on December 9th, 2008. Executive Order 13481—Providing an Order of Succession Within the Department of Justice. So after using coerced confession by JOE BELLO, DOJ found themselves in a bind. What to do? Big Brother Big Sister presented an opportunity to absolve themselves of having used a coerced confession. So the Executive Order is about

Attorney General succession in which DOJ leadership would not be able to continue their leadership positions; a person in DOJ leadership would not be able to continue if they willingly and knowingly used perjured testimony or coerced confessions and completely violated the rights of an American child and tortured him. So George Bush knew that all top brass at DOJ were constitutionally compromised so he needed to relay a plan on how to attack PLAINTIFF. He did so through the E.O. 13481. By listing the following United States Attorney, he was directing people to certain Sewanee students who would fall within the geographic bounds of the following three United States Attorneys: (a) United States Attorney for the District of Maryland; (b) United States Attorney for the Southern District of Alabama; and (c) United States Attorney for the Northern District of Georgia. First one is Maureen Russell because she was from Baltimore. Third one is Griffin Fry because she was from Atlanta which is in the Northern District of Georgia. If PLAINTIFF had to make a guess who was from the Southern District of Alabama, which is Mobile, Alabama, Sara Robertson? PLAINTIFF'S roommate sophomore year was Sean McKenzie who was from the Northern District of Alabama.

As the *U.S. v. Matiz*, 14 F.3d 79 (1st Cir. 1994) ruled on the proposition that an act of perjury can be an act of obstruction of justice under 18 U.S.C. 1961 Section 1503 since "The findings (of obstruction of justice) encompass all the elements of perjury — falsity, materiality, and willfulness…In fact, the Court in *Dunnigan* affirmed a district court's finding that did not use the term willful…*Dunnigan* only requires that a sentencing court's findings encompass all of the factual predicates for a finding of perjury." "The Supreme Court has stated that a witness testifying under oath commits perjury if "she gives false testimony concerning a material matter with the willful intent to provide false testimony, rather than as a result of confusion, mistake, or faulty memory." *U.S. v. Matiz*, 14 F.3d 79 (1st Cir. 1994). *U.S. v. Ashland Oil Inc.*, 705 F. Supp. 270 (W.D. Pa. 1989) discussed what constituted materiality: "A concise summary of this materiality requirement is set forth in Justice Stevens' concurring opinion in *Youngblood:* Our cases make clear that "[t]he proper standard of materiality must reflect our overriding concern with the justice of the finding of guilt," and the State's failure to turn over (or preserve) potentially exculpatory evidence therefore "must be evaluated in the context of the entire record." "By limiting §1503 to acts having the "natural and probable effect" of interfering with the due administration of justice, the Court effectively reads the word "endeavor," which we said in *Russell* embraced "any effort or essay" to obstruct justice out of the omnibus clause, leaving a prohibition of only actual obstruction and competent attempts…A §1503 violation occurs when "an act is done corruptly if it's done voluntarily and intentionally to bring about either an unlawful result or a lawful result by some unlawful method, with a hope or expectation of either financial gain or other benefit to oneself or a benefit of another person." *United States v. Aguilar*, 515 U.S. 593 (1995).

Anything that derived from the TAYLOR and TYLER incidents is necessarily based on an act of obstruction of justice and in furtherance of RICO Enterprise 1. Every time any DEFENDANT like ANDREW MCCABE, PETER STRZOK, ROBERT MUELLER, MICHAEL HAYDEN, etc transmitted or sent the incidents, it necessarily became an act of wire fraud under 18 U.S.C. §1961 section 1343 (relating to wire fraud) because it was an HONOR CODE violation. So together the acts are both18 U.S.C. §1961 section 1503 and 18 U.S.C. §1961 section 1343 (if not 18 U.S.C. §1961 section 1510 and 1511 as well because there is a reliance on perjured testimony).

Even more sinister in nature, PLAINTIFF is alleging from the very moments before he stepped foot on campus at SEWANEE and before he was directed to sign up for Big Brother Big Sister because it would be an opportunity for PLAINTIFF to meet a lot of SEWANEE women, PLAINTIFF alleges that American Intel DEFENDANTS knew PLAINTIFF signed up for Big Brother Big Sister in August 2007 and had hacked SEWANEE'S IT system in which they intentionally paired JESSE AYERS and PLAINTIFF with the ALVAREZS for malicious purposes. WHY? If you think of the first few things that are associated with National Geographic (Nat Geo), one of those things will necessary be a MAP in which in every issue of Nat Geo there are always MAPS that exist. MAP could also mean: minor attracted person (i.e. a pedophile) So, PLAINTIFF is alleging that American Intel DEFENDANTS intentionally wanted to sabotage and frame PLAINTIFF from the very beginning by having MAP so closely associated to PLAINTIFF and have it associated with PLAINTIFF in future reports to frame PLAINTIFF as a pedophile when he was not a monster nor a predator from before.

PLAINTIFF will bet his life on it that DEFENDANTS having utilized Title II and USA PATRIOT ACT and FISA against PLALINTFF had possessed or currently possess text messages by PLAINTIFF from that time that confirm the truth because PLAINTIFF'S story has been the exact same because it is the complete truth. After this, the ALVAREZ parents become cold and very distant to PLAINTIFF. The ALVAREZs who live in Sewanee have to go along with what the town believes because they would become outcasts too if they don't. PLAINTIFF is forever burnt.

 "If the government's conduct in the investigation through a sting operation is so active that its conduct fabricated elements of the offense, it might be considered a violation of due process to prosecute the defendant." *U.S. v. Steinhorn*, 739 F. Supp. 268, 271 (D. Md. 1990). "A review of the common law of this state shows that discretionary investigative enforcement measures extend beyond a tolerable level when *by design* the government uses continued pressure, appeals to friendship or sympathy, threats of arrest, an informant's vulnerability, sexual favors, or procedures which escalate criminal culpability. All of these traditional inducements are absent from the facts of this case. We conclude that the furnishing of contraband by the government is insufficient to induce or instigate the commission of a crime by the average person, similarly situated to these defendants, who is not ready and willing to commit it. We also note that this is not a case where the government's furnishing of narcotics was for the purpose of trying to escalate the criminal culpability of defendants. *People v Killian*, 117 Mich. App. 220 N.W.2d 660 (1982)." *People v. Jamieson*, 436 Mich. 61 (Mich. 1990).

Because of what happened to PLAINTIFF on the act of racketeering and when the US Government used the TAYLOR and TYLER incident, whenever any investigative effort happens to PLAINTIFF again in Sewanee in which they use PLAINTIFF or his friends to target PLAINTIFF, it was by design because they knew PLAINTIFF was a leper in Sewanee and would be even more vulnerable to social coercion on top of being vulnerable as an autistic man who doesn't have great social skills.

 "Although there is no infallible means of divining a defendant's predisposition to commit a crime after the fact, there are several factors recognized as relevant in making this determination. We start with the observation that predisposition is, by definition, "the defendant's

state of mind and inclinations *before his initial exposure to government agents.*" *United States v. Jannotti,* 501 F. Supp. 1182 (E.D.Pa. 1980), *rev'd on other grounds,* 673 F.2d 578 (3rd Cir.)...This answers defendant's bizarre contention that "the agents literally entrapped him into a state of predisposition." One is either predisposed to commit a crime before coming into contact with the Government or one is not, so the argument that one could be entrapped into having a state of predisposition is meaningless. **We now turn our attention to the factors relevant in determining predisposition**. Among these are the character or reputation of the defendant, including any prior criminal record; ***whether the suggestion of the criminal activity was initially made by the Government;*** **whether the defendant was engaged in the criminal activity for profit; whether the defendant evidenced reluctance to commit the offense, overcome only by repeated Government inducement or persuasion**; **and the nature of the inducement or persuasion supplied by the Government.** While none of the factors alone indicates either the presence or absence of predisposition, the most important factor . . . is whether the defendant **evidenced reluctance to engage in criminal activity which was overcome by repeated Government inducement**…" *United States v. Kaminski*, 703 F.2d 1004 (7th Cir. 1983).

　　PLAINTIFF was not predisposed. The messed up thing about this is that the US Government can argue based on PLAINTIFF'S reputation in the community at Sewanee he would be "predisposed" in which that was only possible because of an act of obstruction of justice and the trust placed on the person making the false accusation in Sewanee against PLAINTIFF. Because of the malicious and false accusations against PLAINTIFF undertaken by SEWANEE students like ELEANOR CLAIBORNE and DEFENDANTS and with the whole entire town that despised PLAINTIFF, PLAINTIFF had to find a way to disprove the malicious accusations. PLAINTIFF had to prove through action the truth because actions should have spoken louder than words. There was a club called Middle School Mentoring that was for at risk youth and PLAINTIFF was an active member of this group for two years in which he mentored a lot of at risk youth and not once did PLAINTIFF commit any faux pax during his entire time at Middle School Mentors (to the best of his recollection). ROBBY SHAUL was the leader of Middle School Mentoring. Look if you were in PLAINTIFF'S spot you could call it whatever you like, but PLAINTIFF had to develop some social connections to mitigate the hatred PLAINTIFF was experiencing at the time. PLAINTIFF may have called it "bribing" as a tongue-n-cheek manner of being sarcastic, but he had to establish a deep relationship with ROBBY SCHAUL in order to disprove the false malicious rumors that had been spread about PLAINTIFF.  So PLAINTIFF took ROBBY SCHAUL, (either: LAUREN CROASDALE or CAITLIN ADFLER) (PLAINTIFF can't remember which one), and CECILY MILLEN and we went to a Tennessee Titans *v.* Cleveland Browns football game in which Chris Johnson of the Titans scored a lot in the game. SCOTUS alleges that this is a kickback scheme. It is not. How does an 18+ autistic man who is despised by his community prove himself to be innocent? You reestablish trust and prove that PLAINTIFF is not a bad guy and PLAINTIFF gives his gratitude to ROBBY SCHAUL for letting PLAINTIFF be in Middle School Mentoring in which the whole town hated PLAINTIFF and to establish a friendship on campus. The thing that gets lost on SCOTUS and DEFENDANTS is not once do they ask: how is an 18+ year old autistic man to overcome a town's hatred against him? What are the social things he must do to change a whole entire town's perception and mindset? DEFENDANTS alleged it was bribery, but that is false because PLAINTIFF was attempting to remedy on his own some of the damage that DEFENDANTS committed against PLAINTIFF without legally suing everyone. So if there is

evidence that refutes a prior mindset, that should go to refuting the false and malicious accusations; which means PLAINTIFF can undermine the hate he experienced on campus. Middle School Mentoring came to an end in May 2009 because the federal grant that was given was not renewed because of DEFENDANTS malice for PLAINTIFF—DEFENDANTS knew that PLAINTIFF had committed no wrong (to the best of PLAINTIFF'S recollection) in Middle School Mentoring through two years and that provided years' worth of exculpatory evidence that completely undermined DEFENDANTS case against PLAINTIFF.

PLAINTIFF will talk about this more later (in *Star Chambers*), there is a case that SCOTUS ruled on in 2010 that seems completely irrelevant to the issues at hand, but it was two years after 2008 in which SCOTUS in 2010 knew PLAINTIFF'S story at this time. The case was granted on October 13th, 2009 and was decided on June 24th, 2010--*Skilling v. United States*, 561 U.S. 358 (2010). What PLAINTIFF wants to point out temporarily is that from June 24th, 2010, SCOTUS necessarily knew how much the town of SEWANEE despised PLAINTIFF after these scenarios. For example, if you look in the 2010-2011 SEWANEE YEARBOOK,[183] which was even more stunning for PLAINTIFF because of Footnote 89, despite having graduated from SEWANEE his senior year, PLAINTIFF is not even listed as a student in the Senior Section/Class of 2011 section nor is there a picture of PLAINTIFF or his name listed anywhere in the yearbook. PLAINTIFF took a picture of the yearbook where PLAINTIFF should be in the spot of Selena Landers and right next to Zoey Kortz. *See: Below*. Oh you can see the twerp Josh King in the top right photo from the section *Peasants Revolt Against the King*. PLAINTIFF believes there is not a single picture or mention of PLAINTIFF in the 2010/2011 yearbook. George Orwell from ***1984*** knows exactly what it is like: "Every record has been destroyed or falsified, every book rewritten, every picture has been repainted, every statue and street building has been renamed, every date has been altered. And the process is continuing day by day and minute by minute. History has stopped. Nothing exists except an endless present in which the Party is always right."

---

[183] PLAINTIFF was part of the yearbook group at Viking Junior High School and loved it. You can see his influences in the yearbook.



Waqas Keen  Ann Kennedy  Danbee Kim  Jo...

Jared Knight  Zoey Kortz  Selena Landers  Ha...

SEWANEE received funds from the United States Government from 2007-2011; and SEWANEE PD received funds from SEWANEE and/or from the United States Government between 2007-2011. Therefore, Title VI and DOJ/FBI Regulations involving TITLE VI applies to their conduct in regard to PLAINTIFF and his national origin. DEFENDANTS/DOJ/FBI Title VI regulations § 42.104 Discrimination prohibited[184] prohibits the following: "(ii) Providing any disposition, service, financial aid, o*r benefit to an individual which is different, or is provided in a different manner, from that provided to others under the program*;" and (iii) Subject an individual to segregation or separate treatment in any matter related to his receipt of any disposition, service, financial aid, or benefit under the program." Recipients, in addition to actors in the DOJ and FBI, may not, directly or through other arrangements, utilize methods of administration which have the effect of subjecting individuals to discrimination because of their

---

[184] https://www.govinfo.gov/content/pkg/CFR-2011-title28-vol1/pdf/CFR-2011-title28-vol1-part42-subpartC.pdf Last Checked. 08/22/2023. PLAINTIFF is assuming that Title VI regulations in 2007 were not that much different than the ones in 2011

national origin, or have the effect of defeating or substantially impairing accomplishment of the objectives of the program as respects individuals of a particular national origin under TITLE VI. The Court ruled that discriminatory intent is not an essential element of a Title VI violation in Guardians Assn. v. Civil Svc. Comm'n, 463 U.S. 582 (1983). The Court also held "Moreover, soon after the passage of Title VI, the Department of Justice, which had helped draft the legislation, assisted seven agencies in the preparation of regulations incorporating the disparate impact standard of discrimination. These regulations were early interpretations of the statute by the agencies charged with its enforcement, and we should not reject them absent clear inconsistency with the face or structure of the statute, or with the unmistakable mandate of the legislative history." In administering their program that DOJ and FBI are necessarily bound by in which TITLE VI discrimination occurred against PLAINTIFF on his national origin by DEFENDANTS in 2008, the recipient must take affirmative action to overcome the effects of prior discrimination. DOJ and FBI did not do this at any point from when *Big Brother Big Sisters* occurred to the Present.

Because of the incidents and GIVE ME LIBERTY AND GIVE ME BEER and profiling PLAINTIFF in violation of TITLE VI on the car, the University's security officer, who was not a member of the Sewanee PD but was a member of the Franklin County, Tennessee Sheriff's office, DEFENDANT *TIMOTHY KEITH-LUCAS* (HEREON: TKL),[185] approached PLAINTIFF to talk about the incidents. TKL had a piece of paperwork that was a blank statement. PLAINTIFF didn't want to write a statement. TKL then coerced PLAINTIFF to sign a blank statement against PLAINTIFF'S will, liberty interests, constitutional interests, and property interests (in tuition) in which TKL threatened to permanently kick PLAINTIFF out of SEWANEE if PLAINTIFF did not sign the blank statement. When TKL did this in which he would have necessarily utilized perjured testimony because it was his words that he was filling out and not PLAINTIFF'S, this necessarily violated PLAINTIFF'S *HONOR CODE*, which means this act was one of the first of many acts that constituted mail and wire fraud. PLAINTIFF will explain more in *Mid-Year* about Mail and Wire Fraud involving the *HONOR CODE*. TKL violated PLAINTIFF'S 1st, 4th, 5th, 6th, and 14th Amendment rights. See Some of DEFENDANTS crimes of: 18 U.S.C. §1961 section 1503 (relating to obstruction of justice), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1511 (relating to the obstruction of State or local law enforcement). 18 U.S.C. §1951 (Extortion). 18 U.S.C. §1961, 18 U.S.C. §1962 (a), 18 U.S.C. §1962(b), 18 U.S.C. §1962(c), 18 U.S.C. §1962(d), and/or 18 U.S.C. 1962(f); 18 U.S.C. §1961 section 1341 (relating to mail fraud) and 18 U.S.C. §1961 section 1343 (relating to wire fraud). DEFENDANTS violated *Haynes v. Washington*, 373 U.S. 503 (1963) holding: "that petitioner's written confession was obtained in, and was the result of, an atmosphere of substantial coercion and inducement created by statements and actions of state authorities, which made its admission in evidence violative of due process" in which the written confession was induced by police threats and promises." Defendants violated *Arizona v. Fulminate*, 499 U.S 279 (1991) in which it was not a harmless error when there was an inducement by a government informant in which he admitted to a crime against his constitutional interests. There was a coercion in his confession in violation of the 5th and 14th amendments. Court found there was a legitimate fear of and credible threat of physical violence and after the constitutional violation occurred, there was evidence that was obtained afterwards that was prejudicial to the individual that concerned "associations" known to the

---

[185] He will come up over and over again.

individual. So there was an imminent fear of harm that would be undertaken against the subject in which there was prejudicial evidence introduced on an association known to the individual that was prejudicial to the individual. Those were the totality of the circumstances in the case.

*DEFENDANTS here violated: BANTAM BOOKS, INC., et al. v. SULLIVAN et al.,* 372 U.S. 58 (1963) is on point about TKL because : "Silverstein was "free" to ignore the Commission's notices, in the sense that his refusal to "cooperate" would have violated no law. But it was found as a fact and the finding, being amply supported by ***the record, binds us that Silverstein's*** **compliance** with the Commission's directives was _not voluntary_. **People do not lightly disregard public officers' thinly veiled threats to institute** criminal **proceedings against them if they do not come around**, _and Silverstein's reaction, according to uncontroverted testimony, was no exception to this general rule_. The Commission's notices, phrased ***virtually as orders,*** reasonably understood to be such by the distributor, ***invariably followed up by police visitations,*** in fact stopped the circulation of the listed publications *ex proprio vigore*. It would be naive to credit the State's assertion that **these blacklists** are in the nature of mere legal advice, when they plainly serve _as instruments of regulation_…" DEFENDANTS and SEWANEE PD regularly followed up with visitations to PLAINTIFF after this incident occurred; a lot of which concerned PLAINTIFF'S constitutionally protected speech.

.

**SEXTORTION: WHERE IT STARTED. FRESHMAN YEAR. SEWANEE.**

Sometime mid Freshman year, HANNAH showed her ginger nudes off (showing her huge ass in the shower) to the freshman in Humphrey's dorm. TED ROBINSON managed to come across and obtain both Julia Bates' nudes as well as a picture of Lizzie McCleskey's vagina. PLAINTIFF was not the type that received nudes often so the probability of PLAINTIFF being given a nude was near zero, especially what happened after *Big Brother Big Sister*. TED talked about sextortion. From my autistic 18-year-old understanding, TED shared and received nudes in which other students at Sewanee had ALSO received the same nudes in line with what HANNAH had done earlier that year. PLAINTIFF thought at the time that once nudes are out, they are out regardless of whether PLAINTIFF decided to share them <u>in which PLAINTIFF did not share the nudes with anyone on campus to the best of his recollection at that time.</u> PLAINTIFF told Lizzie McCleskey this fact on the way nudes spread once they're leaked, they are out there for everyone to see. Apparently to PLAINTIFF'S understanding, Lizzie told her mom the false allegations against PLAINTIFF because of Big Brother Big Sister and then misinterpreted what PLAINTIFF said because *PLAINTIFF told her bluntly that once nudes are leaked, they are out there for everyone to see* in which she interpreted that as PLAINTIFF having *the intent* of leaking the nudes on campus when PLAINTIFF <u>did NOT have the intent to leak the nudes on campus</u> and did not do so to *the best of PLAINTIFF'S recollection*. There was an issue about who leaked Lizzie McCleskey's nudes because how would Ted Robinson obtain a picture of her vagina because it wasn't PLAINTIFF that got the nude first. What this shows is how a manifest false accusation against PLAINTIFF was believed and then PLAINTIFF was presumed and found guilty even before the truth came out.

What ended up happening the most in PLAINTIFF'S life is the following: PLAINTIFF was innocent, then PLAINTIFF got corrupted somehow by different people in which he got branded through the hot searing burns of horrendously corrupt and evil acts that were being perpetuated against PLAINTIFF. It is through the maliciousness of different people that PLAINTIFF malformed in which PLAINTIFF tried his best at all times to fix himself. Somewhere, in that transition from childhood to adulthood, it really did not go smoothly in which the adult things were always at issue. Whether that was self-defense, alcohol, nudes, fighting, etc. The egg always came first and then PLAINTIFF came later as a Chicken (one of PLAINTIFF'S nicknames) For example, JOE BELLO coerced PLAINTIFF into declaring allegiance to ISIS and got falsely labeled a terror threat; PLAINTIFF tried to be friendly and learn what guy code was in the south, PLAINTIFF followed the direction of TED ROBINSON at three different critical junctions: *Sewanee sabotage, nudes, and josh king*. Got falsely labeled as violent for all those acts. There is the underlying theme here and causation that was willfully and intentionally ignored.

**Lauren Hallerud lied to PLAINTIFF about being a law enforcement officer then. It was not on good faith and that was an issue always raised from the beginning.**

End Section

Connecting financial terrorism to miki's tea party. They were using it as evidence for future prosecutions in which someone had legal authority over someone (mom lying about scope of power of attorney).

---

There is no other appropriate place for PLAINTIFF to bring this up in the complaint besides here and PLAINTIFF does not like he has to do so and separated it from the previous section. Yes, PLAINTIFF acknowledges, it looks bad for PLAINTIFF. But here is the thing. If American Intel wanted to prove beyond a reasonable doubt today that PLAINTIFF is in fact not a pedophile, they could do it right now. They have the technological tools available to them to prove PLAINTIFF is correct. American Intel through having unconstitutionally utilized TITLE II and the USA PATRIOT ACT for at least a decade and more have the thousands of links of porn videos PLAINTIFF has ever viewed, the close to hundreds of thousands of hours of PLAINTIFF having watched porn (which was a waste of PLAINTIFF'S life honestly), and specifically the adult only porn he downloaded through the years (which conveys which adult only porn were PLAINTIFF'S favorite and most sexually arousing to PLAINTIFF). ***This is twenty years of empirical and verifiable data***. ANDREW MCCABE and FBI had access to PLAINTIFF'S laptop in Spring 2015 and American Intel had access to PLAINTIFF'S hard drives and cloud storage that contained all of PLAINTIFF'S adult only porn he downloaded and stored on his laptop through the years. If DEFENDANTS just utilized a merging feature where they took all the features of the women in PLAINTIFF'S favorite porn for the past 20 or so years PLAINTIFF watched porn and made a composite of the ideal woman out of all the porn PLAINTIFF has ever watched in his life, PLAINTIFF will bet his life on it that the woman does not even remotely look like anyone under twenty years old—the ideal woman would probably be in her mid-twenties brunette white woman with at least C Cups with a little tan and not completely pale white. American Intel can ascertain how old the vast majority of the women porn stars at the time of the particular clips were viewed because there is the age reporting requirement that would allow them to ascertain how old she was when she filmed the clips.

Furthermore, American Intel DEFENDANTS in 2008 did in fact utilize Title II against PLAINTIFF and they utilized Section 215 and 507, which means American Intel DEFENDANTS had PLAINTIFF'S complete browsing history. American Intel could have seen all the links to porn PLAINTIFF had been watching on Sewanee's servers in 2007 and 2008, which would have provided some exculpatory evidence. Furthermore, PLAINTIFF would have actually welcomed having NSA utilize *SEXINT* to prove PLAINTIFF correct here. HOWEVER, big HOWEVER, PLAINTIFF is alleging in the alternative that NSA should not have utilized SEXINT against PLAINTIFF in *An Anchor and a Pitchfork.*

<div align="center"><strong>FRESHMAN YEAR SEWANEE. ANARCHY</strong>.</div>

FBI: ROBERT MUELLER. CIA: MICHAEL HAYDEN. DOJ Attorney General: MICHAEL MUKASEY. DOJ Solicitor General: Paul Clement. DOJ Northern District of Georgia (Atlanta): SALLY YATES.

To save on ink, paper, and space, PLAINTIFF is alleging that DEFENDANTS violated the following through the entirety of: **An Anchor and a Pitchfork:**
**See: some of DEFENDANTS' crimes of:**

In this section, the following applies: The "War on Terror" after 9/11 has no definitive end date (which is unconstitutional because Congress hasn't declared war, but nonetheless assuming arguendo that it is), and for all intents and purposes and assuming DEFENDANTS are correct in their reasoning (which they're not), the United States was at "war" between 2007-2011 since the United States occupied both Afghanistan and Iraq at the time; most of the fighting in Iraq and Afghanistan consisted of guerilla warfare. The view that America was at war was readily believed by JEH JOHNSON, and more importantly for later, HAROLD HONGJU KOH, who was a Legal Adviser to the State Department in the Obama administration between 2009-2012 and he was the senior legal adviser to Secretary of State Hillary Clinton. He said in 2010 that "there was an existence of this "ongoing armed conflict" grants legal authority to the United States to protect its citizens through the use of force, including lethal force, as a matter of self-defense."[186] So glad HAROLD HONGJU KOH and PLAINTIFF would agree, there are current hostilities abroad, but this works absolutely in PLAINTIFF'S favor. So, PLAINTIFF could have been called at any time to go fight overseas. PLAINTIFF scored in the top 5% of the country in the A.P United States History exam in either 2006 or 2007 when PLAINTIFF scored a 795 out of 800. In order to score that high on the A.P United States History Exam, it necessarily entails one having some knowledge and interest in strategies in war, which PLAINTIFF had. PLAINTIFF had registered to be in the Selective Service prior to SEWANEE and was registered in the Selective Service for the entirety of his duration in SEWANEE. DEFENDANTS cannot argue that The University of the South does not have a military influence over it with the following facts: 1)During World War II, the University of the South was a university that took part in the V-12 Navy College Training Program;[187] 2) Furthermore, the University of the South had an such interlocking relationship with one of the boarding schools there, which was known as Sewanee Military Academy for 64 years of its existence that served as a feeder to SEWANEE.[188] *See*: Below.[189]



[186] https://www.insidejustice.com/intl/2010/03/27/asil_koh_drone_war_law/
[187] http://www.ibiblio.org/hyperwar/USN/Admin-Hist/115-8thND/115-8ND-23.html. Last Checked. 08/15/2023
[188] https://www.heraldchronicle.com/news/local/new-book-march-on-gives-fascinating-history-of-sewanee-s-preparatory-school-divisions/article_1759dbf2-16af-11ea-8eac-33ff5644b404.html Last Checked. 08/15/2023
[189] *Id.*

Next, PLAINTIFF downloaded a pdf version of the *Anarchist Cookbook*. PLAINTIFF read it. However, PLAINTIFF cannot remember anything from it because PLAINTIFF never took any meaningful step to take what was on paper in the book to make it a reality. PLAINTIFF, primarily, had it for mere intellectual curiosity. *See*: PLAINTIFF'S 2e twice exceptional personality features above. BUT as PLAINTIFF routinely maintained through the years, this being 6 years after 9/11, PLAINTIFF wanted to know what types of explosive devices looked like for protection purposes because PLAINTIFF may come across the scenario or situation in his life as an EMT. That if PLAINTIFF ever spotted anything like it in public, PLAINTIFF could alert the authorities and keep my family and PLAINTIFF safe. Additionally, PLAINTIFF was training to be an EMT during his freshman year so responding to—God forbid—an incident that a bomb was used wasn't so far-fetched. Why would PLAINTIFF want harm people and use the *Anarchist Cookbook* if PLAINTIFF was training to be an EMT? Furthermore, PLAINTIFF was pre-med so PLAINTIFF at this time was training and learning on how *to help people in the future*. Questions that could have been used to evaluate PLAINTIFF and the book at the time include that would have shown some exculpatory value: did PLAINTIFF spend time training as an EMT (PLAINTIFF even passed the State of Tennessee EMT-IV test, but not the national one)?, did PLAINTIFF go out to the community in Grundy County, TN far more often than fellow emt classmates in the program? YES, Yes Plaintiff did. That shows PLAINTIFF'S willingness to help because PLAINTIFF WENT ABOVE AND BEYOND. Even if PLAINTIFF was sitting in his room alone and on his computer, NSA, CIA, FBI, et. al can see his internet browsing history via Section 507 and see how much time PLAINTIFF devoted to school and whatever exact interests PLAINTIFF had at that time. Again, these actions should speak louder than words or mere curiosity ever could. *The Anarchist Cookbook* is available for purchase on Amazon as of 02/20/2023. By the way, the author of the *Anarchist Cookbook* said the only way he was able to write the book was when he used War Department/DoD materials that were available to him. Can't separate the military history out of the Anarchist Cookbook, can you American Intel and DoD?

In *Hamilton et al. v. Regents of the University of California et al.,* 293 U.S. 245 (1934), which is still valid law, the issue was of religious objectors taking a compulsory military course that occurred before WWII, but WWI. The important thing to note is that even when this case was decided, the United States was not even in war (declared by Congress). This case was decided 16 years after the end of WWI. But nonetheless, carrying on. The Court did not rule in favor of the religious objectors. The following are the most relevant parts of the opinion that are applicable in the situation: "The regents require[d] enrollment and participation of able-bodied male students who are citizens of the United States." *Id.* So an able-bodied American man in college that is registered in Selective Service—applies to PLAINTIFF. "These courses include instruction in rifle marksmanship, *scouting and patrolling*, drill and command, musketry, combat principles, and use of automatic rifles. *Arms, equipment* and uniforms for use of students in such courses are furnished by the War Department of the United States Government…" So scouting and patrolling necessarily entails looking for danger and dangerous objects, which necessarily includes arms, equipment, *and bombs*; and combat principles include guerilla warfare; scouting and patrolling in guerilla warfare—Applies to PLAINTIFF as PLAINTIFF back in 2007/2008 repeatedly said he downloaded it so he knows what bombs look like in the course of becoming an EMT and, derivatively, where an enemy conducting guerilla warfare may place a bomb; therefore, PLAINTIFF got a copy of the *Anarchist Cookbook*. The Court continues how

funding was received by the University from the U.S. Federal Government—applies to PLAINTIFF as SEWANEE received U.S. Government funds in 2007/2008. The funds the University of California received in the case were tied to the education that included other scientific and classical studies "and including military tactics, to teach such branches of learning as are related to agriculture and the mechanic arts, in such manner as the legislatures of the States may respectively prescribe, in order to promote the liberal and practical education of the industrial classes in the several pursuits and professions in life…" PLAINTIFF has strong suspicions to believe that somewhere in SEWANEE'S history it necessarily included a grant or funds that involved military training and that it very well could have been true that there was some military funding Sewanee received in 2007 and 2008. The Court noted how they "take judicial notice of the long-established voluntary cooperation between federal and state authorities in respect of the military instruction given in the [land] grant colleges. The War Department _has not been empowered to determine or in any manner to prescribe the military instruction in these institutions_." VERY IMPORTANT here: If the War Department (i.e. DoD) does not have the power to determine or prescribe the military instruction in universities, who has been empowered to determine the military instruction in these institutions? SCOTUS left that power of determination to the States, which may run into a little problem here and there, but it doesn't matter. This works out great anyway for PLAINTIFF. What does a normal college professor always give students? Homework. Reading Assignments. _Reading assignments that a man would take to his home or dormitory and reads and learns on that man's own time_. Does the ROTC on college campuses not give out homework in college???? Do they (ROTC) not give out homework assignments for their students (i.e. cadets) to read at home outside of class???? Do you start to see what PLAINTIFF is getting at? How would a State, let alone in 1934, prohibit a man who is registered in the selective service from learning about things related to war and combat strategies? Now at the time in 1934, the books that were primarily prohibited were obscenity and absolutely were not military strategies and war. Go ahead DoD, FBI, CIA, et. al., prove in 1934 that any state in the United States prohibited a man from learning about military strategies and war. Go right on ahead. Its not even possible because SCOUTS didn't even think the state's had the power to do so. So, the Court here absolutely does not exclude a man at a university learning military instruction on his own voluntariness and will and volition. It would probably be more of an imperative to do so when the country is at war. The Court continues: "The furnishing of officers, men and equipment conditioned upon the giving of courses and the imposing of discipline deemed appropriate, recommended or approved by the Department does not support the suggestion that the training **is not exclusively prescribed and given under the authority of the State**." _Id_.  So if the War Department can't exclusively dictate how one should learn about military strategies in universities and the state doesn't have exclusive authority to do so, what are realistically the only two options left if it is neither DoD/Fed Government nor the State Government? The only two: the university and a man on his own who is free to learn at school about military strategies. The Court here does not even exclude the ability of a student to train himself in these matters. A man in college is free to learn on his own anything that concerns: scouting and patrolling, drill and command, musketry, combat principles, use of automatic rifles, arms, and equipment. Period. **The Court damn well knows**, and they fundamentally understand, **the difference _in one learning about those things_** and ones _utilizing_ those things.

The Court continues: "The States are _interested in the safety of the United States_, the strength of its military forces and its readiness to defend them in war and against every attack of public enemies. _[Omitted]_ Undoubtedly every State has authority to train its able-bodied male citizens of suitable age _appropriately_ to develop fitness, should any such duty be laid upon them, to serve in the

United States army or in state militia (always liable to be called forth by federal authority to execute the laws of the Union, <u>suppress insurrection or repel invasion</u>, [omitted] <u>or as members of local constabulary forces</u>, or as officers needed effectively to police the State. And, when made possible by the national government, the State in order more effectively **to teach and train its citizens for these and like purposes**, may avail itself of the services of officers and equipment belonging to the military establishment of the United States. So long as its action is within retained powers and not inconsistent with any exertion of the authority of the national government, and transgresses no right safeguarded to the citizens by the Federal Constitution, the State is the sole judge of the means to be employed and the amount of training to be exacted for the effective accomplishment of these ends. Second Amendment.'' *Id.*

So, what is that DoD and American Intel? PLAINTIFF can't hear you because the State has a safety interest in ensuring their citizens or students living in the state attending a university in their state can learn about military strategies and tactics in which they themselves can give the materials or the materials are available to those students to learn.  Seeing how registering in the Selective Service means that one would be called forth to protect the United States, the United States Government would be at a complete and severe disadvantage if their all of their able-bodied men did not have some knowledge and aptitude in military affairs, which means that those able-bodied men--at one time or another--trained themselves. This is in the complete interest of the United States Government and the State Government since every "**citizen owes the reciprocal duty**, according to his capacity, to support and defend government against all enemies." *Id.* Succinctly, "Plainly there is no ground for the contention that the regents' order, requiring able-bodied male students under the age of twenty-four as a condition of their enrollment to take the prescribed instruction in military science and tactics, transgresses any constitutional right asserted by these appellants." *Id*. **Whats that DoD, FBI, CIA et. al? Can't hear you over SCOTUS ruling that says there is an affirmative legal and constitutional duty REQUIRING a man to learn–based on his own capacity--about military tactics, military science, and military strategies to defend against all enemies.** There was a time where the United States Government didn't view every single American citizen living within its borders as an enemy; PLAINTIFF actually remembers that era which existed prior to 9/11. Then 9/11 happened by terrorists who were from Saudi Arabia--*not Americans*—and then the United States Government started treating their own citizens who had no part in 9/11 as enemies for their own failures in intelligence. That's not PLAINTIFF'S fault. That is their fault. Maybe, just maybe, it would do the United States Government some good by not treating every single one of their own citizens as enemies of the country they live in who have an actual duty to America via the selective service and have a duty to learn about military tactics, military science, and military strategies so that he could be equipped to defend against all enemies. My God, the hypocrisy of the United States government.

PLAINTIFF just wants to repeat the following: if the Court was completely okay with compulsory military training that did not violate any constitutional right, the Court must necessarily be okay with an individual student who was registered for the Selective Service learning about military tactics to protect his country; and if he does not, it violates that American's man reciprocal duty owed to his countrymen and United States Government to support and defend the United States Government against all enemies, foreign and domestic. So, guess what DEFENDANTS? PLAINTIFF had a constitutional duty to his country and the method he chose was by reading the *Anarchist Cookbook* his freshman year at SEWANEE. Therefore, DEFENDANTS who utilized the *Anarchist Cookbook* against PLAINTIFF alleging he was a threat to the Country violated that duty PLAINTIFF owed to the United States Government, which then DEFENDANTS further violated PLAINTIFF'S 1st and 14th

Amendment Rights. See: Some of DEFENDANTS crimes of: 18 U.S.C. §1961 section 1503 (relating to obstruction of justice), 18 U.S.C §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 U.S.C §1961 section 1513 (relating to retaliating against a witness, victim, or an informant). 18 U.S.C. §1961, 18 U.S.C. §1962 (a), 18 U.S.C. §1962(b), 18 U.S.C. §1962(c), 18 U.S.C. §1962(d), and/or 18 U.S.C. 1962(f)

Actually, it'll do the Department of Defense a lot of good again to increase dwindling enrollment numbers by starting to teach everyday students about the Military, Military Tactics, Military Science, Military Strategy, and the use of equipment and war in schools again.

This is portion is called: *Sewanee Sabotage*. To supplement the previous argument and historical references, this will be relevant and will be talked about in a bit in Law Enforcement Intervention, after Big Brothers Big Sisters in which PLAINTIFF was on the out. PLAINTIFF started to recognize that PLAINTIFF was being ignored and shunned on campus. It is in this atmosphere, the accusations started flying around in which students in SEWANEE started socially sabotaging each other. This occurred in Humphrey Dorm and on campus after *Big Brother Big Sister*. Not knowing how to be back on the "in" in the social scene, PLAINTIFF started arguing about why he shouldn't have been on the "out" and how people had sabotaged PLAINTIFF socially. So, PLAINTIFF took a portion from a book, took a picture of a relevant section to show what sabotage consisted of and how it was defined, to demonstrate PLAINTIFF'S point that he had been socially sabotaged in an intellectual argument had with fellow students hoping to appeal to reason. The argument was that PLAINTIFF had been socially sabotaged at that point because of *Big Brothers Big Sisters*. PLAINTIFF provided an example of how to commit social sabotage against him or anyone on campus in which you would plant things in their car or their dorm room because all cars and dorms were left open because of the *HONOR CODE*. PLAINTIFF never said or advocated for anyone to do that nor did PLAINTIFF say he would act on it nor was there any verbal statements said by PLAINTIFF that expressed any desire to imminently do that against the *HONOR CODE*. PLAINTIFF never acted on it. PLAINTIFF never acted on it because he fundamentally knew a) it was an *HONOR CODE* violation and that would get PLAINTIFF kicked out of SEWANEE and b) having been socially sabotaged himself and knowing and experiencing the actual psychological effects of such, he wouldn't do it onto others because being sabotaged hurt and PLAINTIFF would not hurt anybody. This would come back and bite PLAINTIFF in the ass as students were not done sabotaging PLAINTIFF. Furthermore, sabotage is a part of Guerilla Warfare and PLAINTIFF was killing two birds with one stone here and learning about that in the process.

*See*: ROBERT MUELLER, ANDREW MCCABE, PETER STRZOK, MICHAEL HAYDEN, ERIC HOLDER, and PAUL CLEMENT and unknown officials in American INTEL'S relevant crimes to the situation: USC §1961 section 1503 (relating to obstruction of justice), 18 U.S.C §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 U.S.C §1961 section 1513 (relating to retaliating against a witness, victim, or an informant). 18 U.S.C. §1961, 18 U.S.C. §1962 (a), 18 U.S.C. §1962(b), 18 U.S.C. §1962(c), 18 U.S.C. §1962(d), and/or 18 U.S.C. 1962(f); 18 U.S. Code § 2234 - Authority exceeded in executing warrant; 18 U.S. Code § 2235 - Search warrant procured maliciously; 18 U.S. Code § 2236 - Searches without warrant.

But assuming arguendo and granting DEFENDANTS' Constitutional shortsightedness here, the following issues then arise. The two most important and relevant aspects from the Anarchist Cookbook _saga_ is the following because of the exculpatory value: PLAINTIFF either completely cleaned his hard drive on his laptop in MAY 2008 or FALL (SEPTEMBER OR OCTOBER) 2008 when PLAINTIFF was roommates with SEAN MCKENZIE. When PLAINTIFF did so, this means that PLAINTIFF'S copy of the _Anarchist Cookbook_ was deleted along with the rest of the files on PLAINTIFF'S laptop. _DEFENDANTS_ _knew_ PLAINTIFF'S laptop had been cleaned or wiped sometime either in 2008 or 2009 which means DEFENDANTS knew PLAINTIFF no longer had a copy of the Anarchist's Cookbook from at least OCTOBER 2008. Unless DEFENDANTS completely made this fact up, but at least to the most favorable grant of time to DEFENDANTS here, after OCTOBER 2008, PLAINTIFF did not have the knowledge to make an explosive device. There is not a single piece of evidence that shows PLAINTIFF purchased any bomb making materials or substances needed to make that type of device precisely because PLAINTIFF never made any purchases, never took any meaningful or substantial steps, nor ever had the intent on ever making an explosive device at any time in PLAINTIFF'S life. Furthermore, a search of PLAINTIFF's laptop at any time in 2008 or 2009 or the beginning part of 2010 would have shown just how often PLAINTIFF opened the _Anarchist Cookbook_ on his laptop via Adobe PDF because Adobe PDF keeps a historical record of how many times a document was opened. If DEFENDANTS would have done so, DEFENDANTS would have seen the fact that PLAINTIFF, to the best of his recollection, did not open the Anarchist Cookbook more than three times. (even though he probably should have opened it up more and thoroughly learned everything from it). These are all material facts that were intentionally omitted. DEFENDANTS knew this because they utilized TITLE II against PLAINTIFF in 2008 and 2009 and more years.

Furthermore, as PLAINTIFF will repeat in _Peachy Miami_ below, the following critical point: PLAINTIFF, in 2007/2008, _did at least some of the same exact amount of facts_ when it came to actual "terrorism" as any prepared screen-writer for Hollywood, journalist for a newspaper, or author would do by writing for T.V shows or Movies that were made before 2008 such as 24, Team America, True Lies, Spy Game, anyone writing about the Richard Jewell and FBI saga, Patriot Games, World Trade Center, Speed, Die Hard, Body of Lies, Face/Off, Die Hard, Naked Gun 1, 2, 33 1/3, Collateral Damage, Déjà Vu, NCIS, James Bond/007 movies, Sleeper Cell, and writers and people _talking about the details of the plot_ in the books and movies with fellow co-writers, friends, staff, psychologists, or researchers of the shows, movies, and/or books. DEFENDANTS like the CIA, FBI, NSA, etc. routinely utilize those people all the time for their own propaganda purposes. Furthermore, more money and resources were spent on depicting hypothetical terrorism than PLAINTIFF ever did, which means they took more of substantial step than PLAINTIFF ever did. Yet DEFENDANTS did not do to those individuals what they did to PLAINTIFF in regards to PLAINTIFF'S speech. PLAINTIFF is alleging selective and malicious prosecution in which DEFENDANTS'S violated PLAINTIFF'S duty to the country.

_See_: ROBERT MUELLER, PETER STRZOK, ANDREW MCCABE, ERIC HOLDER, PAUL CLEMENT, MICHAEL HAYDEN'S and unknown officers and employees in American INTEL'S crimes include:18 USC §1961 section 1503 (relating to obstruction of justice), 18 USC §1961 section 1510 (relating to obstruction of criminal investigations), 18 USC §1961 section

1511 (relating to the obstruction of State or local law enforcement). Constitutional Violations: 1st, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, and 14th Amendment. 18 U.S.C. §1961, 18 U.S.C. §1962 (a), 18 U.S.C. §1962(b), 18 U.S.C. §1962(c), 18 U.S.C. §1962(d); 18 U.S.C. §1961 section 1343 (relating to wire fraud); 18 U.S. Code § 2234 - Authority exceeded in executing warrant; 18 U.S. Code § 2235 - Search warrant procured maliciously; 18 U.S. Code § 2236 - Searches without warrant.

Total Damages from **ANARCHY**: $10,000,000.
Treble Damages: $30,000,000.
Total Minimum Damages so far: $33,855,000.

## FRESHMAN YEAR. SEWANEE. POP GOES THE WEASEL.

FBI: ROBERT MUELLER. CIA: MICHAEL HAYDEN. DOJ Attorney General: MICHAEL MUKASEY. DOJ Solicitor General: Paul Clement. DOJ Northern District of Georgia (Atlanta): SALLY YATES.



Curly. Punch Drunk. Three Stooges. Copyright to whoever has it.

The worst person PLAINTIFF could have met at the time was WESLEY CRANE, who lived in Humphrey's dorm with PLAINTIFF. His impression of WES CRANE after knowing him for a couple of months in the 'friendship,' and now, was that WES CRANE is a sniveling little weasel that loved creating drama and manipulating people that could be charming when he wanted to be. WES CRANE started bullying PLAINTIFF and sharing information that PLAINTIFF had shared with him about GRIFFIN FRY, a different woman PLAINTIFF was interested in at that time. PLAINTIFF tried to separate himself from WES CRANE multiple times and PLAINTIFF couldn't because his friends were my 'friends' during the beginning and middle of freshman year at SEWANEE and since PLAINTIFF is autistic, PLAINTIFF doesn't quickly and rapidly make new friends.

This is: TRESPASSING INCIDENT #1. One time, PLAINTIFF, mostly an introvert autistic man, wanted to be left alone around the middle of Freshman year at SEWANEE. WES CRANE came into PLAINTIFF'S room and being the little sniveling little weasel that WES CRANE was at the time, WES CRANE tried to get PLAINTIFF to come out. PLAINTIFF said no, asked WES CRANE to leave his room, and WES CRANE then became a trespasser. This is an *HONOR CODE* violation. Instead of respecting anything PLAINTIFF wanted or said, WES

CRANE just kept staying in PLAINTIFF'S room. PLAINTIFF yet again told WES CRANE to get out of his room. WES CRANE did not do so. After multiple commands for WES CRANE to get out, WES CRANE kept ignoring PLAINTIFF; so, PLAINTIFF grabbed WES by the shirt and told him to get out. WES CRANE then swung at PLAINTIFF and missed. Now PLAINTIFF has a right to defend himself inside his room. PLAINTIFF immediately headbutted WES CRANE and then dragged CRANE'S ass out of PLAINTIFF'S room, closed the door, and locked it. PLAINTIFF didn't want to get SEWANEE PD involved because PLAINTIFF thought they had better things to do. This incident necessarily violated the *HONOR CODE* because it denied the use and enjoyment of my room in which there was no legitimate reason to be in the room, violated PLAINTIFF'S rights, and violated PLAINTIFF'S sense of well-being. Thereby, WES CRANE lost all property and liberty interests in attending SEWANEE from this moment on. Constitutional Violations: 1st, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, and 14th Amendment. 18 U.S.C. §1961, 18 U.S.C. §1962 (a), 18 U.S.C. §1962(b), 18 U.S.C. §1962(c), 18 U.S.C. §1962(d), and/or 18 U.S.C. 1962(f).

This is: TRESPASSING INCIDENT #2. WES CRANE did not learning anything in Trespass Incident #1 in which PLAINTIFF would make numerous reasonable requests and then would resort to a physical measure only after PLAINTIFF *was physically instigated* by WES CRANE. Another day, WES CRANE was in PLAINTIFF'S room and WES CRANE had overstayed his welcome. PLAINTIFF told WES to leave as WES CRANE had overstayed his welcome and WES CRANE was pestering PLAINTIFF. Not wanting to have another physical altercation like in TRESPASS INCIDENT #1, PLAINTIFF decided the best course of action at this time was to leave his dormitory because WES CRANE was bothering PLAINTIFF. PLAINTIFF is trying so hard to avoid a physical confrontation from happening again so PLAINTIFF states that he is leaving. PLAINTIFF then starts to go outside and leaves his room, and, sniveling little weasels do what they do, WES CRANE ran around PLAINTIFF in the hallway and got in front of PLAINTIFF in order to block the egress to go outside. PLAINTIFF told WES CRANE to move (from the entrance/exitway) as he was blocking the egress. PLAINTIFF wanted to leave. WES CRANE didn't move after being told nicely once. PLAINTIFF then commanded WES CRANE to move and get out of the way two more times. WES CRANE did not move from the entry way. Technically this is kidnapping by WES CRANE as PLAINTIFF was not free to leave. If this took place anywhere in the city or in America, PLAINTIFF guarantees you the vast majority of people's response to the situation would have been the same as mine. But PLAINTIFF digresses. *So PLAINTIFF pushes WES CRANE enough so PLAINTIFF could step outside and out of the entrance/exit.* It really wasn't hard of a push; however, WES CRANE awkwardly falls backwards and lands on his arm/wrist, thereby breaking WES CRANE'S wrist/arm. Even when SCOTUS has ruled on a few times in Free Speech cases that people can't prevent block the egress whether that was in *Cox v. Louisiana*, 379 U.S. 536 (1965) or *Shuttlesworth v. City of Birmingham*, 382 U.S. 87 (1965) in which the Petitioner and a group of his friends were "standing near a street intersection on a Birmingham, Alabama, sidewalk which a policeman thrice requested them to clear for pedestrian passage. After the third request, all but petitioner, who had been questioning the policeman about his order, had begun to walk away, and the policeman arrested petitioner… In other decisions subsequent to petitioner's conviction, § 1142 was construed by the Alabama Court of Appeals as applicable only to standing, loitering or walking on a street or sidewalk so as to *obstruct free passage, and refusing to obey an officer's request to move*

_on_."[190] So there is completely different treatment against PLAINTIFF because of this incident. This will be referenced in _Star Chambers_.

Before the next incident and vital to know, it is clear that in 2008, DEFENDANTS were actively watching and monitoring PLAINTIFF via Title II of the USA PATRIOT ACT/FISA. SOME DEFENDANTS were out to get PLAINTIFF at this time for some of the mistakes DEFENDANTS committed and were utilizing former friends like GRIFFIN FRY and WES CRANE against PLAINTIFF as informants in creating numerous situations, crimes, and obstructions of justice to get PLAINTIFF. Furthermore, this is extremely important in regards to some DEFENDANTS' actions with _City and County of San Francisco v. Sheehan,_ 575 U.S. 600 (2015). Violating: _United States v. Lard_, 734 F.2d 1290 (8th Cir. 1984); _United States v. Gardner_, 658 F. Supp. 1573 (W.D. Pa. 1987); _United States v. Leal_, 32 F.4th 888 (10th Cir. 2022).

More pertinently, WES CRANE and GRIFFIN FRY and DEFENDANTS, came up with a scheme to make PLAINTIFF look bad and get PLAINTIFF falsely prosecuted for their crimes. GRIFFIN FRY one day comes up to PLAINTIFF in Spring 2008 _and says she is need of some money_ and has these one or two checks. PLAINTIFF says ok and PLAINTIFF doesn't know what he is supposed to do to help GRIFFIN FRY get money and it is not his responsibility because GRIFFIN FRY and PLAINTIFF were not in a dating relationship or anything like that. Then conveniently, WES CRANE tells PLAINTIFF how to 'kite' checks. At this time, PLAINTIFF was not a fraudster and had no idea how to scam banks via kiting. PLAINTIFF tells GRIFFIN the information WES CRANE told him. PLAINTIFF also relayed to GRIFFIN FRY how PLAINTIFF thought it wasn't right and that GRIFFIN FRY shouldn't do it; but PLAINTIFF was interested in her romantically and that evaded my better judgment when PLAINTIFF told her how to kite through using WES CRANE's words. Then something happens to GRIFFIN FRY and the checks (that PLAINTIFF wishes he could recall) and then PLAINTIFF gets blamed for it as though it is completely PLAINTIFF'S fault that it all went wrong and then PLAINTIFF is falsely labeled as a fraudster. It is likely GRIFFIN FRY and WES CRANE at this time were working on behalf of DEFENDANTS and conspired and concocted this scheme. This violated the _HONOR CODE_ as it was dishonorable by DEFENDANTS. Violating: _United States v. Lard_, 734 F.2d 1290 (8th Cir. 1984); _United States v. Gardner_, 658 F. Supp. 1573 (W.D. Pa. 1987); _United States v. Leal_, 32 F.4th 888 (10th Cir. 2022).

To establish a repeat pattern of offender behavior to obstruct justice (to prove my joke said at Big Brothers Big Sister was serious intent and not a joke), DEFENDANTS did the following with GRIFFIN FRY and WES CRANE. Shockingly, WES CRANE ties up and binds GRIFFIN FRY to a chair for _their reasons_ that PLAINTIFF cannot recall now—PLAINTIFF watches this happen, but in __no way__ does PLAINTIFF participate in these activities because binding up people by rope for fun deeply disturbs PLAINTIFF and is shocked at the whole incident. PLAINTIFF hates seeing people bound up in rope or restraining devices. The incident comes to an end and is later talked about in the _Law Enforcement Intervention_ section below. Violating: _United States v. Lard_, 734 F.2d 1290 (8th Cir. 1984); _United States v. Gardner_, 658 F. Supp. 1573 (W.D. Pa. 1987); _United States v. Leal_, 32 F.4th 888 (10th Cir. 2022). In _U.S. v. Jones_, 839 F.2d 1041(5th Cir. 1988), "The question, then, is whether Hagler can point to

[190] https://www.thefire.org/supreme-court/shuttlesworth-v-city-birmingham

sufficient evidence at trial to show that the jury could have had a reasonable doubt concerning entrapment…Hagler's burden has two parts: he must point to evidence indicating (1) governmental inducement that might cause him to act criminally where he otherwise would not, and (2) his lack of intent, before contact by governmental agents, to commit the crime charged." The Government kept trying to induce PLAINTIFF to commit acts that he would have never committed.

## Then **TRESPASS INCIDENT #3.** This incident

served as a fundamental basis for *City & County of San Francisco v. Sheehan*, 575 U.S. 600 (2015). This incident occurred after the *False Identification* event that will be talked about in *Law Enforcement Interventions*. How DEFENDANTS committed RICO predicate acts from this incident is shocking. How it was misconstrued by DEFENDANTS afterwards legally shocks the conscience. After TRESPASS INCIDENT #1, TRESPASS INCIDENT #2, after the death of CAIU RODRIGUEZ (so this is about March or April 2008), and all of the other things that happened freshman year (some of which will be explained upon further), PLAINTIFF was in his bed by himself, super depressed, wanting to be left alone in his dorm room (room 106) at Humphrey's Dorm.

*In United States v. Lentz*, 624 F.2d 1280 (5th Cir. 1980): "Regardless of the undercover devices employed, it could hardly shock anyone's conscience to see an elected law enforcement official prosecuted for willfully and knowingly breaking a law designed to protect citizens from just such conduct. While Lentz came into the plan late, he seems to have embraced it wholeheartedly, provided some of the means by which to carry it out, and taken part with full knowledge of the plan's illegality. The fact that Lentz was merely helping the police in their alleged efforts to catch criminals should not make prosecution of him unfair if he voluntarily and knowingly employed illegal methods. To hold otherwise, would be tantamount to giving police carte blanche to ignore laws passed to protect all citizens against improper invasions of their rights by police conduct. Since the discussions about the proposed break-in were almost hopelessly intertwined with conversations about the wiretapping, we believe that the break-in evidence was necessary to the government in its attempt to tell the whole story of the crime. The government draws support from *United States v. Beechum*, 582 F.2d 898 (5th Cir. 1978) (en banc), which approved of proof of extrinsic offenses under a common scheme or *res gestae* analysis "if the uncharged offense is `so linked together in point of time and circumstances with the crime charged that one cannot be fully shown without proving the other.'" *Id.* at 911-12, n. 15 (quoting Slough Knightly, *Other Vices, Other Crimes,* 41 Iowa L.Rev. 325, 331 (1956)). We believe that, since Lentz was brought into the law enforcement group by Hullum both to perform the wiretap and to commit the break-in, evidence of the break-in would be relevant and admissible under *Beechum.*"

Prior to WES CRANE knocking on the door, WES CRANE and SEWANEE PD/American Intel had conspired together to have WES CRANE come into PLAINTIFF'S room to instigate trouble and provoke more trouble. The outcome was reasonable as PLAINTIFF paid for the right to have his room undisturbed under the *HONOR CODE* and there were previous physical altercations in TRESPASS INCIDENT #1 and TRESPASS INCIDENT #2; this was done to provide a justification to deprive PLAINTIFF of his constitutional and liberty interests.

PLAINTIFF alleges that American Intel had called SEWANEE PD prior to the incident because of the evidence that American Intel had fabricated with both the "Mick Sheedy" incident and in the *False Identification* event that occurred prior to this event was necessarily tainted and based on perjured testimony, was materially misleading, and blatantly unconstitutional. American Intel needed material proof that PLAINTIFF allegedly posed some type of threat, and they would introduce that as evidence to prosecute PLAINTIFF and coverup their previous actions by getting a conviction on a fraudulent basis. The best and most perfect evidence American Intel could obtain to prosecute PLAINTIFF on that basis would be if that evidence came from a different police department and a police officer that would be allegedly untainted in which the word of law enforcement officers are instantaneously trusted. Furthermore, American Intel and Sewanee PD needed to cover up what TKL did *in Big Brothers Big Sisters* in threatening to deprive PLAINTIFF of his constitutional and liberty interests. There are two demonstrable times that DEFENDANTS/SEWANEE PD unconstitutionally coerced PLAINTIFF into either being falsely identified as having perpetuated a crime (*False Identification*) or being coerced into confessing a crime in which PLAINTIFF is forced to sign a blank confession (*Big Brothers Big Sisters*). Furthermore, this is after MIDYEAR to the best of PLAINTIFF'S recollection and all of the issues that it brings. So, American Intel needed new evidence against PLAINTIFF and intentionally took advantage of a man grieving the passing of his godchild who was severely depressed in the process taking advantage yet again of the harm they had wrecked upon PLAINTIFF and exploiting his disability. Sewanee PD, who after talking to DOJ/FBI/CIA/American INTEL, had called or contacted WES CRANE, who at this time, was a paid informant for SEWANEE PD and American Intel. Together, they concocted a scheme to fraudulently convey their intended and false and misleading narrative in having WES CRANE "be the friendly" who was concerned about PLAINTIFF and PLAINTIFF'S well being who then contacted SEWANEE PD who then contacted DOJ/American Intel about the false "threat" that PLAINTIFF posed because DEFENDANTS DOJ/FBI/CIA had lied to a court and had obstructed justice concerning PLAINTIFF before this incident concerning *Peachy Miami* (next section) and the *False Identification* event (upcoming section) in which DEFENDANTS needed to cover up their fraud by fabricating new additional evidence against PLAINTIFF. DEFENDANTS' mistake involved TITLE II of the USA PATRIOT ACT in which DEFENDANTS obtained court approval to surveil PLAINTIFF on fraudulent grounds (in which probably a DOJ lawyer lied to the court) and constitutional violations in *Peachy Miami* and the *False Identification* event in which PLAINTIFF would have had standing to sue and have it declared unconstitutional at this exact time. Probably because this involved PLAINTIFF'S sarcastic text message to RACHAEL SANDERS in *whoopsie* and omitted key facts about it.

*United States v. Cook,* 793 F.2d 734 (5th Cir. 1986) ("[b]oth the fact of conspiracy and a defendant's participation in it may be proved by circumstantial evidence." 793 F.2d at 736). "As was the case in *United States v. Postal,* 589 F.2d 862 (5th Cir.) … "the mere fact that [defendant] made the statement is relevant to the issues of [his] knowledge of the conspiracy and his participation in it."...As Professor McCormick explains: "Proof that one talks about a matter demonstrates on its face that he was conscious or aware of it, and his veracity simply does not enter into the situation." *[omitted]."U.S. v. Jones*, 839 F.2d 1041 (5th Cir. 1988). "If the government's conduct in the investigation through a sting operation is so active that its conduct fabricated elements of the offense, it might be considered a violation of due process to prosecute the defendant." *U.S. v. Steinhorn*, 739 F. Supp. 268, 271 (D. Md. 1990).

This was around late March or early April 2008. WES CRANE knocks at the door and says it is him at the door. PLAINTIFF wanted to be left alone and WES CRANE was the last motherfucking person PLAINTIFF wanted to see at that time. PLAINTIFF is alleging DEFENDANTS knew that PLAINTIFF'S god child had died, they knew issues involving WES CRANE and PLAINTIFF, knew that PLAINTIFF was grieving and depressed after all the crap they pulled over the years concerning PLAINTIFF as he had become a pariah (in a large part because of their actions) and PLAINTIFF is alleging that in 2008, it was that ascertainable that PLAINTIFF was autistic that American Intel knew about by having plugged in PLAINTIFF'S behavioral characteristics in their pre-crime analysis and intentionally manipulated PLAINTIFF yet again to get the outcome that American Intel/FBI/ANDREW MCCABE/PETER STRZOK wanted to try to obstruct justice and fabricate crimes to coverup their own misdeeds. PLAINTIFF would have rather had the Devil show up (well close enough) than have WES CRANE show up at his door that late day in March or April 2008.

So, WES CRANE knocks on the door and says it is him. "More generally, private parties have been held liable for conspiring with public authorities to effectuate an arrest, see, *e.g.*, *Adickes v. S.H. Kress Co.*, 398 U.S. 144 (1970)." PLAINTIFF specifically does not answer nor acknowledge that he is there because PLAINTIFF intentionally does not welcome WES CRANE into the room (i.e. home) *as to avoid trouble* and let PLAINTIFF have some peace. Normally, when one goes to another's home, knocks on the front door, *and hears no reply,* it necessarily means one of two things: 1) the individual(s) are not there or 2) that person is not welcome to come in at that moment—it means that they can't come into the home.[191] DEFENDANTS know that WES CRANE had not gained the proper permission to enter into PLAINTIFF'S room from that exact moment on; and by having been so intertwined with all the events at SEWANEE, this is of the exact legal consequence of an FBI agent/CIA officer/law enforcement officer entering into a home without probable cause in which there were absolutely no exigent circumstances, PLAINTIFF wasn't a drug user so no actual smells of drugs would emit under PLAINTIFF'S door (except the neighbor on the right of PLAINTIFF was known to partake in drugs), PLAINTIFF did not scuffle around to destroy evidence or anything of the sort, no exigent circumstance. Period. Furthermore, this is supplemented by the facts that WES CRANE necessarily knew PLAINTIFF and WES CRANE were not on good terms at the time and PLAINTIFF especially despised WES CRANE barging into his room and had issues with WES CRANE being in PLAINTIFF'S room. There is not a single reason for WES CRANE to be in the room or enter the room like PLAINTIFF had to in *Confidential Papers* in which that would have allowed any random passerby to view detailed psychological research information about their own classmates. PLAINTIFF left the door unlocked since he was in the room and had normally left the door unlocked because of the *HONOR CODE* and would have welcomed nearly everyone else *except for WES CRANE and Law Enforcement*. WES CRANE barges in the room.

---

[191] Whether it is the Amazon or UPS driver that drops off a package and rings the doorbell or one being preoccupied with a task inside the home and doesn't hear a knock at the door or doesn't hear the doorbell or is alerted to a guest at the front door with a dog, etc, it results in the same conclusion: that person is not welcome at that moment. True, there are times when one is EXPECTING one to come over and they can welcome themselves in or they were that friendly with one another where they understood they didn't need to knock and could welcome themselves in, but those two exceptions did not apply at all.

As previously stated, WES CRANE was the last person PLAINTIFF wanted to see to cheer up PLAINTIFF after WES CRANE'S numerous betrayals through the year and predicate RICO acts. PLAINTIFF is completely unarmed sitting on his bed with no weapons in sight. PLAINTIFF kindly asks WES CRANE to immediately leave. WES CRANE refuses and gives some spiel about trying to help PLAINTIFF in which PLAINTIFF necessarily knew this gesture was completely fraudulent and completely insincere regardless of PLAINTIFF not knowing the actual purpose behind it. WES CRANE never apologized for Trespass Incident #1 and Trespass Incident #2. WES CRANE never did anything to PLAINTIFF'S knowledge to help him socially after his betrayals. PLAINTIFF is now in a state of anger rumination. PLAINTIFF becomes even more irritated over the complete fraudulent nature and intention of WES CRANE because of the overall level of manipulativeness and insincerity of WES CRANE exhibited through the months at Sewanee in which a major contributing factor to PLAINTIFF'S downfall was necessarily caused by WES CRANE betraying PLAINTIFF'S confidence and trust; and for that weasel to come in PLAINTIFF'S home and continue to take advantage of PLAINTIFF'S kindness and heart for malicious and fraudulent purposes and ulterior motives, that was completely unacceptable to PLAINTIFF (let alone any reasonable person). That violated the *HONOR CODE*.  This is a complete provocation by Sewanee PD and American Intel. Even in light of these facts, PLAINTIFF wanting to avoid all physical confrontation and not have a repeat of TRESPASS INCIDENT #1 & TRESPASS INCIDENT #2, grabs WES CRANE by the shirt with both hands and escorts and guides WES CRANE out of the room after being told to leave multiple times by PLAINTIFF in which WES CRANE refuses. PLAINTIFF, during the entire encounter--and to the best of his recollection-- never told WES CRANE anything that would indicate that PLAINTIFF would harm himself, harm WES CRANE, or harm fellow SEWANEE students.

Here is the thing, even if we grant the fallacious argument that PLAINTIFF was armed with a knife (as will be alleged later) on his actual person, WES CRANE would have necessarily seen either: 1) PLAINTIFF discard a knife on his bed in getting up off the bed in order for both of PLAINTIFF'S hands to be free to grab WES CRANE and escort WES CRANE out of the room or 2) PLAINTIFF was armed with a large knife and then grabbed WES CRANE by the shirt with both hands with the knife in hand and somehow managed to guide WES CRANE with both hands with a large knife in one of his hand (which would have been awkward for PLAINTIFF) that WES CRANE would have necessarily seen the knife. But WES CRANE never saw a knife because PLAINTIFF did not have a knife in his possession at any time of the day. PLAINTIFF is kind of happy that WES CRANE is gone at this moment since PLAINTIFF *avoided the physical severity* of TRESPASS INCIDENTS #1 & #2 and thinks this is finally over. It only just begun.

So, PLAINTIFF closes the door and gets seconds of peace. Then a knock at the door is heard. American Intel/Sewanee PD officer enters the room and does a well-being check. Here is the thing, suppose PLAINTIFF truly threatened WES CRANE when WES CRANE was in the room--and that it wasn't a sting operation against PLAINTIFF— and WES CRANE falsely told the officer that PLAINTIFF threatened WES CRANE, Sewanee PD when presenting themselves at PLAINTIFF'S door would not have said it was a well-being check. An allegation of an assault and a well-being check are two entirely completely different things. Sure, there are times where they can necessarily intersect, but the probable cause would have been an assault and not a well-

being check. Just because PLAINTIFF may have granted Sewanee PD officer entrance to do a well being check does not make the rest of the encounter untainted and constitutionally permissible. *See*: *Fahy v. Connecticut,* 375 U.S. 85 (1963) Allegations are later made that PLAINTIFF was wearing the same clothes all the time and didn't shower; but if you check PLAINTIFF'S class attendance at the time, PLAINTIFF was going to class at the time in which he would have taken a shower to be presentable in class. What the issue was is that PLAINTIFF likes to only wear a certain type of clothes (because he is autistic) and *people became accustomed* to his style because it was <u>*repetitive*</u>. PLAINTIFF allows the Sewanee PD officer in for the well-being check only and has only his consent on that issue. As PLAINTIFF is alleging, since it was part of a fraudulent scheme, the one act of granting an officer to enter his room for a wellbeing check does not eliminate the taint of the fraud that was being perpetuated against PLAINTIFF. HOWEVER, it is what happened afterwards that PLAINTIFF has issues with. PLAINTIFF alleges American Intel gave the Sewanee PD the form to induce PLAINTIFF to fill out the form in a particular way to conform to the nature of the fraudulent scheme. The Sewanee PD officer asks the standard questions and PLAINTIFF informs him of the truth that PLAINTIFF has absolutely no intention on harming anyone and has absolutely no intention on harming himself. The DEFENDANT/OFFICER asks if PLAINTIFF has any weapons on his possession or in the room and PLAINTIFF tells him <u>**NO**</u> all the while the DEFENDANT/OFFICER is looking at and pointing to roommate TED ROBINSON'S custom and large envelope opener that looked like a dagger on roommate TED ROBINSON'S desk that is about 5 or 6 inches big. PLAINTIFF is alleging, just in case, that TED ROBINSON was part of this fraudulent scheme in which American Intel/Sewanee PD gave TED ROBINSON the custom and large envelope opener dagger as to induce one to believe that there was always a weapon in the room that was prominently displayed on TED ROBINSON'S desk. PLAINTIFF denies it is his and then the Sewanee PD officer becomes belligerent and accuses PLAINTIFF of possessing that "weapon." Not only does PLAINTIFF tell the Sewanee PD officer again that the envelope opener is not PLAINTIFF'S, PLAINTIFF also then even informs the Sewanee PD officer that he will not use it on anyone or himself anyway. PLAINTIFF then kindly asks the OFFICER to leave as DEFENDANT/OFFICER no longer has probable cause to be in the room after conducting a well-being check in which he received PLAINTIFF'S truthful word that no harm will befall upon anyone or himself in conducting himself and conforming himself under the *HONOR CODE* as that governed the relationship between Sewanee PD and PLAINTIFF. So, the Sewanee PD officer leaves the room and PLAINTIFF "retreated" into his room and no longer wanted additional governmental intrusion after PLAINTIFF established probable cause to prove that PLAINTIFF did not pose a threat to himself or others. This was constitutional as "the right of a man to retreat into his own home and there be free from unreasonable governmental intrusion stands at the very core of the Fourth Amendment," *Silverman* v. *United States,* 365 U. S. 505 (1961). At this exact moment, that should have been the end of the encounter. But it wasn't. If the Sewanee PD officer had worn a body camera, this would have been proven to be true beyond a reasonable doubt.

Sewanee PD officer leaves, but because he doesn't have any new fabricated evidence needed to be utilized against PLAINTIFF after their initial encounter or as part of American Intel and Sewanee PD's fraudulent scheme, then comes back with paperwork within a matter of minutes to be used against PLAINTIFF. PLAINTIFF recalls that Sewanee PD officer asks if he was on any psychiatric medication and the Sewanee PD officer asks *how disabled PLAINTIFF*

*was at the time*. The form, the coercion, the conspiracy against PLAINTIFF in furtherance of their RICO Enterprise 1 were the biggest issues. The form is just a single piece of paper. The top half of the form asked about a doctor's name and medication issues, but it is the bottom half of the form that is at issue. There are four boxes for PLAINTIFF to indicate on the form, and to the best of PLAINTIFF'S recollection, these were the following options: threat to self; threat to others; not disabled; gravely disabled. To the best of PLAINTIFF'S recollection, there was not a portion on the form where PLAINTIFF could have given his truthful recollection/statement or indicate the actual level of severity of his disability at that moment. At one time in the coercion, PLAINTIFF had asked the officer if he could use the back of the paper to give a statement and the officer said NO. PLAINTIFF believes there may have been a time where PLAINTIFF started writing on the back of the form to give his statement and was prevented from doing so. Then DEFENDANT coerces PLAINTIFF into signing paperwork through some coercive argument that PLAINTIFF, to the best of his recollection, went along the lines of what TKL did to PLAINTIFF earlier that year in which PLAINTIFF had to sign it to continue to attend or to be even allowed to stay in SEWANEE. To the best of PLAINTIFF'S recollection, text messages at this time will reflect the truth of the following: DEFENDANT officer gives PLAINTIFF a pen to fill out the application and he takes the same pen with him when he leaves.  At this time, PLAINTIFF was conforming himself to what the *HONOR CODE* required of him and under duress and coercion with answering and having to explain how disabled (i.e. depressed) PLAINTIFF was at the time and indicating that he had not posed a threat to others and self. As alluded to earlier, there was no option of "severely depressed" or an option of filling out a statement describing the severity of his disability at the time and PLAINTIFF would have chosen that answer if it was presented or provided his written statement (but that was not allowed or the cops had prevented PLAINTIFF from providing it); however, the closest concept of "severely depressed" on the form was "gravely disabled" and that is what PLAINTIFF indicated.

When filling out the form, PLAINTIFF did not indicate or check nor would have on his free accord indicate that he was a threat to others or himself because that would have been an *HONOR CODE* violation and a lie.  DEFENDANTS have PLAINTIFF'S text messages that explain what happened in 2008. What PLAINTIFF has come to be made aware of is that the "threat to others" box was indicated. Only two explanations for this are possible: 1) the Sewanee PD officer in question after taking back the same pen he had given to PLAINTIFF, had taken the same pen and marked the box to indicate that PLAINTIFF was a threat to others after PLAINTIFF had signed the paperwork or 2) had forced PLAINTIFF under extreme duress necessarily putting his future at stake in SEWANEE in which PLAINTIFF had to indicate he was so in order for PLAINTIFF to stay on campus and continue his education in furtherance of RICO Enterprise 1 and the fraudulent scheme against PLAINTIFF; the only way PLAINTIFF would have consciously allowed himself to indicate he was "a threat to others" under threat of expulsion was by the understanding that there was *a remotely small possibility that PLAINTIFF could  pose a threat to others* and ***not*** that PLAINTIFF was actually an imminent and legal threat to others. Furthermore, this provides an additional proof of coercion because PLAINTIFF could not have understood that by indicating he was a threat to others that would in fact provide Sewanee the justification to expel PLAINTIFF precisely because he indicated he "posed a threat to others." When Sewanee PD and American Intel did this fraudulent scheme against PLAINTIFF, they necessarily used perjured testimony, committed mail and wire fraud, obstructed justice, and a whole host of different crimes and RICO crimes. This is all to the best

of PLAINTIFF'S recollection on 08/23/2023 and PLAINTIFF'S text messages from 2008 would indicate the truth as PLAINTIFF understands it. Again, the issues are the form, lack of ability to properly fill out the form and indicate PLAINTIFF'S true level of disability and provide a statement that was not done in an atmosphere of coercion or forced by DEFENDANTS. PLAINTIFF is alleging that DEFENDANTS' coercion against PLAINTIFF was done because it would have provided a legally justifiable proof or evidence that DEFENDANTS needed against PLAINTIFF in furtherance of their RICO Enterprise 1 because they had lied, used perjured testimony, and omitted material facts against PLAINTIFF at this time. This all violated *Silverman* v. *United States,* 365 U. S. 505 (1961). TRESPASS INCIDENT #3 was born out of 18 U.S.C. §2, 18 U.S.C §1961 section 1503 (relating to obstruction of justice), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C §1961 section 1511 (relating to the obstruction of <u>State</u> or local law enforcement), 18 U.S.C. §1961 section 1512 (relating to tampering with a witness, victim, or an informant), 18 U.S.C. §1961 section 1513 (relating to retaliating against a witness, victim, or an informant). Constitutional Violations: 1st, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, and 14th Amendment. 18 U.S.C. §1962 (a), 18 U.S.C. §1962(b), 18 U.S.C. §1962(c), 18 U.S.C. §1962(d), and/or 18 U.S.C. 1962(f); 18 U.S.C. §1961 section 1341 (relating to mail fraud) and 18 U.S.C. §1961 section 1343 (relating to wire fraud); 18 U.S.C §241. Violating: *United States v. Lard*, 734 F.2d 1290 (8th Cir. 1984); *United States v. Gardner*, 658 F. Supp. 1573 (W.D. Pa. 1987); *United States v. Leal*, 32 F.4th 888 (10th Cir. 2022). What TRESPASS INCIDENT 3 evolved into in 2015 was horrific. DEFENDANTS violated *Haynes v. Washington*, 373 U.S. 503 (1963) holding: "that petitioner's written confession was obtained in, and was the result of, an atmosphere of substantial coercion and inducement created by statements and actions of state authorities, which made its admission in evidence violative of due process" in which the written confession was induced by police threats and promises." This is the third time DEFENDANTS violated *Arizona v. Fulminate*, 499 U.S 279 (1991) in which it was not a harmless error when there was an inducement by a government officer in which PLAINTIFF was force to admit in a confession to a certain aspect (that was materially untrue) to a crime against his constitutional interests. This violated *Fikes v. Alabama*, 352 U.S. 191 (1957). There was a coercion in PLAINTIFF'S confession in violation of the 5th and 14th Amendments. Those were the totality of the circumstances.

18 U.S.C §241 makes it a crime to "go in disguise... on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—." Preventing and hindering the free exercise and enjoyment of my dorm room would violate the HONOR CODE as it was dishonorable. Trespassing prevents and hinders the enjoyment and use of property. DEFENDANTS and WES CRANE prevented and hindered the enjoyment and use of my property and violated my metaphysical sense of well being. So there existed a conspiracy before and committing a wanton violation of the law, which gives credence that there should have been a necessary delay in entry before entering PLAINTIFF's dorm room. For later and Foreshadowing: Therefore, committing these acts against PLAINTIFF created a significant reason to doubt an immediate entrance into PLAINTIFF'S room for the second time and the Constitutional violations that stem from WES CRANE'S and UNKNOWN OFFICER'S conspiracy prior to them entering PLAINTIFF'S dorm room in *Trespass Incident #3*. The Court when discussing an 18 U.S.C §241 violation stated that in order "to bring this case under the operation of the statute, therefore, it must appear that the right, the enjoyment of which the conspirators intended to hinder or prevent, **was one granted or secured by the constitution or laws** of the United

States." *United States v. Cruikshank et al.* 92 U.S. 542 (1876)--trespassing is illegal in Tennessee and Louisiana, Louisiana has a statutory right of self-defense, and as per the MID-YEAR section argument made earlier: "As SCOTUS ruled in *Goss v. Lopez,* 419 U.S. 565 (1975): "The Due Process Clause also forbids arbitrary deprivations of liberty. "Where a person's good name, reputation, **_HONOR_**, or integrity is at stake because of what the government is doing to him," the minimal requirements of the Clause must be satisfied. Wisconsin v. Constantineau, 400 U. S. 433, 400 U. S. 437 (1971)" A person's *HONOR* per SCOTUS is bound by the *HONOR CODE* at SEWANEE, which means there is a liberty and property interest in HONOR and in the *HONOR CODE*." There existed a conspiracy to violate PLAINTIFF'S rights and metaphysical sense of well-being, DEFENDANTS violated PLAINTIFF'S rights in the process in which the OFFICER lied in a report about the incident (which violated the *HONOR CODE*), and DEFENDANTS committed unconstitutional acts in HUMPHREY'S Dorm Room #106, which is on SEWANEE'S campus; this in sum violated PLAINTIFF'S metaphysical sense of well-being, violated good relationships amongst people on campus, constituted egregious unconstitutional and illegal actions, and therefore violated the *HONOR CODE*; and therefore, these actions in sum constituted a RICO violation as PLAINTIFF was denied his property and liberty interests because of the *HONOR CODE* violation committed by DEFENDANTS. Furthemore when it comes to Sheehan's Brief and City and County of San Francisco v. Sheehan, 600 U.S. 575 (2015), DOJ and DEFENDANTS had a conflict of interest resulting in personal gain from TRESPASS Incident #3 and other incidents in this episode. 18 U.S.C. 1346 defines the "scheme to defraud" element in the fraud statutes to include a scheme "to deprive another of the intangible right of honest services." Some courts have said that honest services fraud in the public sector typically occurs in either of two situations: (1) bribery, where a public official was paid for a particular decision or action; or (2) failure to disclose a conflict of interest resulting in personal gain. Thereby, DEFENDANTS started to commit Mail and Wire Fraud from 2008 as this was done for their financial gain and was not honest services.

*U.S. v. Matiz*, 14 F.3d 79 (1st Cir. 1994) ruled on the proposition that an act of perjury can be an act of obstruction of justice under 18 U.S.C. 1961 Section 1503 since "The findings (of obstruction of justice) encompass all the elements of perjury — falsity, materiality, and willfulness. The only matter about which the court was not explicit was whether Matiz's testimony was material. A sentencing court, however, is not required to address each element of perjury in a separate and clear finding. *See id.* In fact, the Court in *Dunnigan* affirmed a district court's finding that did not use the term willful…*Dunnigan* only requires that a sentencing court's findings encompass all of the factual predicates for a finding of perjury." "The Supreme Court has stated that a witness testifying under oath commits perjury if "she gives false testimony concerning a material matter with the willful intent to provide false testimony, rather than as a result of confusion, mistake, or faulty memory." *United States v. Dunnigan,* 113 S.Ct. 1111 (1993)." *U.S. v. Matiz*, 14 F.3d 79 (1st Cir. 1994). *U.S. v. Ashland Oil Inc.*, 705 F. Supp. 270 (W.D. Pa. 1989) discussed what constituted materiality: "A concise summary of this materiality requirement is set forth in Justice Stevens' concurring opinion in *Youngblood:* Our cases make clear that "[t]he proper standard of materiality must reflect our overriding concern with the justice of the finding of guilt," and the State's failure to turn over (or preserve) potentially exculpatory evidence therefore "must be evaluated in the context of the entire record." *United States v. Agurs,* 427 U.S. 97 (1976) (footnotes omitted); see also *California v. Trombetta,* 467 U.S. 479 (1984) (duty to preserve evidence "must be limited to evidence that

might be expected to play a significant role in the suspect's defense").” “By limiting §1503 to acts having the "natural and probable effect" of interfering with the due administration of justice, the Court effectively reads the word "endeavor," which we said in *Russell* embraced "any effort or essay" to obstruct justice out of the omnibus clause, leaving a prohibition of only actual obstruction and competent attempts…A §1503 violation occurs when "an act is done corruptly if it's done voluntarily and intentionally to bring about either an unlawful result or a lawful result by some unlawful method, with a hope or expectation of either financial gain or other benefit to oneself or a benefit of another person." *United States v. Aguilar*, 515 U.S. 593 (1995).

“A review of the common law of this state shows that discretionary investigative enforcement measures extend beyond a tolerable level when *by design* the government uses continued pressure, appeals to friendship or sympathy, threats of arrest, an informant's vulnerability, sexual favors, or procedures which escalate criminal culpability. All of these traditional inducements are absent from the facts of this case. We conclude that the furnishing of contraband by the government is insufficient to induce or instigate the commission of a crime by the average person, similarly situated to these defendants, who is not ready and willing to commit it. We also note that this is not a case where the government's furnishing of narcotics was for the purpose of trying to escalate the criminal culpability of defendants. *People v Killian*, 117 Mich. App. 220; 323 N.W.2d 660 (1982).” *People v. Jamieson*, 436 Mich. 61 (Mich. 1990).

“Thus after *Rogers*, the law in this circuit permits an entrapment instruction involving a middleman when there is evidence that (1) a government agent specifically targeted the defendant in order to induce him to commit illegal conduct; (2) the agent acted through the middleman after other government attempts at inducing the defendant had failed; (3) the government agent requested, encouraged, or instructed the middleman to employ a specified inducement, which could be found improper, against the targeted defendant; (4) the agent's actions led the middleman to do what the government sought, even if the government did not use improper means to influence the middleman; and (5) as a result of the middleman's inducement, the targeted defendant in fact engaged in the illegal conduct.” *U.S. v. Luisi*, 482 F.3d 43 (1st Cir. 2007).

“Thus, what is presented is that after months of investigation revealed no criminal activity, Agent Sullivan, based upon a philosophical remark by Ralph Finno as to his thoughts on what are classically considered "victimless crimes", decided to set up a loanshark operation. ” the tapes reveal, most cogently to the matter at bar, that Eddie Wasco, another government agent, had to "sit down and give lessons" to the Finnos on how to lend FDLE money to FDLE agents to receive FDLE interest in return so that they could then be arrested and charged. The agent admitted the loansharking scheme was his idea… The state presented no evidence of ongoing criminal activity by the defendants, nor did it establish or suggest that Mr. Ralph Finno was engaged in criminal activity. Indeed, the opposite appears from the record. The video tape of Wasco telling the Finnos how to engage in the loanshark business belies the criminality the state would like to suggest. Even if the conduct of the government did not violate due process, we think that this case must still be resolved by affirming the trial court in light of *Munoz* on subjective entrapment grounds. In order to prove the subjective test of entrapment, Munoz establishes three questions to be asked: (1) did an agent of the government induce the accused to

commit the offense charged; (2) was the accused predisposed to commit the offense charged; and (3) should the case of entrapment be submitted to the jury. In the instant case, there is no question that the government induced the appellees to commit the offense. The state does not dispute this. As to the second point, the trial court mentioned appellee Ralph Finno's "philosophical remark . . . as to his thoughts on what are classically considered `victimless crimes.'" That the defendant may philosophically or theoretically think that some act should not be criminal cannot amount to predisposition to commit the crime. To claim that is to say that a newspaper editor, for instance, is predisposed to commit drug crimes because the editor has argued for legalization of drugs. Such advocacy does not amount to criminal predisposition. Thus, appellee's lack of concern for victimless crimes does not amount to predisposition." *State v. Finno*, 643 So. 2d 1166 (Fla. Dist. Ct. App. 1994).

*Wilkes v. Wood*, 98 Eng. Rep. 489 (1763) (held that the Secretary of State committed an act of trespass by entering an individual's home and destroying his property with a general administrative warrant). *Entick v. Carrington*, 95 Eng. Rep. 807 (1765) (concluding that messengers of the King had no authority to enter into the private home of an individual and seize his papers and effects without a judicial warrant and probable cause). This applies.

WES CRANE completes his Sewanee freshman year and then transfers to St. Louis University.

**18 U.S. Code § 2234 - Authority exceeded in executing warrant; 18 U.S. Code § 2235 - Search warrant procured maliciously; 18 U.S. Code § 2236 - Searches without warrant.**

At least a minimum of DEFENDANTS Racketeering Cost Here for allowing WES CRANE to finish his Freshman year at Sewanee: $30,000 in Tuition. Plus Treble Damages. $90,000. *Damages arising from Trespass Incident #3 are not included in Star Chambers.* There is an unspecified amount of damage that PLAINTIFF will determine what should come of this based on Trespass Incident #3 that is really hard to calculate and determine or give a reasonable price to as it probably never existed in US jurisprudence in which a Star Chamber was used against PLAINTIFF based on it. Total Minimum Damages so far: $33,945,000.

# FRESHMAN YEAR. SEWANEE. PEACHY MIAMI.

FBI: ROBERT MUELLER. CIA: MICHAEL HAYDEN. DOJ Attorney General: MICHAEL MUKASEY. DOJ Solicitor General: Paul Clement. DOJ Northern District of Georgia (Atlanta): SALLY YATES.

Let PLAINTIFF give GRIFFIN FRY'S M.O and how DOJ/American Intel used GRIFFIN FRY against PLAINTIFF. One day in late Spring Semester 2008, GRIFFIN FRY made up some shit about PLAINTIFF having allegedly stabbed her (*HONOR CODE violation*)(PLAINTIFF will explain later) or that PLAINTIFF was at complete fault about in which GRIFFIN FRY would completely blame PLAINTIFF knowing it was Griffin Fry's fault. PLAINTIFF and GRIFFIN FRY got into an argument one day and GRIFFIN FRY texts PLAINTIFF falsely accusing PLAINTIFF of having something to the effect of having "so much

blood on my hands" and that is how GRIFFIN FRY operated. Griffin Fry initiated the problem by falsely accusing PLAINTIFF of something and PLAINTIFF had to become defensive, and this repeatedly happened throughout Freshman year at SEWANEE. How this escalated through American Intel and Sewanee PD is the following: Griffin Fry knowingly and intentionally perjured an allegation that PLAINTIFF had cut/stabbed her. Then what American Intel would do is merge and combine the two completely different and completely separate incidents (both of which were necessarily perjured) and then make it out to be one incident or false narrative and accuse PLAINTIFF of that crime. This is obstruction of justice, retaliation, mail and wire fraud, etc. GRIFFIN FRY is from ATLANTA in which GRIFFIN FRY, PLAINTIFF is alleging, cooperated with the White House (Cheryl Mills and other staff members of both the George Bush White House and DOJ and Barack Obama White House and DOJ) and/or DOJ Northern District of Georgia (Atlanta) and FBI'S Atlanta field office. PLAINTIFF is alleging that Both the DOJ Northern District of Georgia (Atlanta) and FBI'S Atlanta Field Office (as well as FBI Headquarters) had paid GRIFFIN FRY for her perjured testimony and utilized it against PLAINTIFF that perpetuated Mail and Wire Fraud. GEORGE W. BUSH and his staff had interacted with DOJ Northern District of Georgia and FBI'S Atlanta Field Office in this time and had been part of the conspiracy against PLAINTIFF. Furthermore, MARK F. GIULIANO was part of the enterprise from at least PEACHY MIAMI under 18 U.S.C. 1962(d), 42 U.S.C. 1985(2) and 18 U.S.C. 241.

Mark F. Giuliano, from 2005 to 2010, "Giuliano served in the FBI Atlanta Field Office, Atlanta, Georgia, and during his tenure there, he served in Afghanistan as the FBI Commander on the scene. From 2010 to 2011, he served as the assistant director of the FBI Counterterrorism Division within the National Security Branch. From 2011 to 2012, he has served as the executive assistant director of the FBI National Security Branch. From August 2012 to November 2013, he served as the Special Agent in Charge (SAC) of the FBI Atlanta Field Office. Deputy Director from December 1st, 2013 to Feb 1st, 2016."[192] Mark F. GIULIANO is part of the ladder and chain of command of how this went up so high involving PLAINTIFF in which he was part of the scheme under 18 U.S.C. 1962(d), 42 U.S.C. 1985(2) and 18 U.S.C. 241.

PLAINTIFF was initially romantically interested in GRIFFIN FRY. GRIFFIN FRY and PLAINTIFF were good friends at first; PLAINTIFF and GRIFFIN were in the same classes, had the same career desires where we wanted to be doctors (PLAINTIFF wanted to be a psychiatrist) and both GRIFFIN FRY and PLAINTIFF majored in psychology later on, and GRIFFIN FRY and PLAINTIFF talked a lot. GRIFFIN and PLAINTIFF talked about everything light and everything dark; we joked about dark things as well. *See*: PLAINTIFF'S 2e twice exceptional personality features above. Furthermore, since we joked about things in which sarcastic dark humor was a necessary part of the humor between GRIFFIN FRY and PLAINTIFF, Title VI is implicated. Griffin Fry and PLAINTIFF talked a lot about criminal justice issues.

The important thing to note about the relationship between GRIFFIN FRY and PLAINTIFF is that PLAINTIFF was autistic and naïve; PLAINTIFF understood at the time that when you talk about psychology with someone (especially psychology majors), you are bound to talk about *the dark sides of human psychology,* that includes crimes. Furthermore, wanting to be a future psychiatrist at the time, necessarily having to work with patients that have mental

---

[192] https://en.wikipedia.org/wiki/Mark_F._Giuliano

disorders or who are criminals or who have abnormal psychology. PLAINTIFF was intellectually curious about things and PLAINTIFF wanted to understand GRIFFIN FRY'S psychology completely (that included her dark side). *See*: PLAINTIFF'S 2e twice exceptional personality features above. PLAINTIFF worked out with GRIFFIN FRY a lot; PLAINTIFF encouraged her to join the rowing team and PLAINTIFF and GRIFFIN would regularly go on the row machines at Fowler Gym, work out, and PLAINTIFF would help push her to be the best rower and do her best academically in full support of TITLE IX. PLAINTIFF one time drove far to a regatta to support her in which none of her other friends had come out to support her. As stated earlier, PLAINTIFF would regularly help her in her academics as well.

GRIFFIN FRY and PLAINTIFF, probably at the fabricating evidence direction of GRIFFIN FRY and DEFENDANTS, talked about **_terrorism_** one day. If PLAINTIFF had to make a best guess of where and when this took place, it would have been in PLAINTIFF'S Dorm or a Dorm Room in Humphrey's from like the Middle of PLAINTIFF'S Freshman year (October, November 2007 or January or February 2008), but what PLAINTIFF is absolutely certain of and knows is that it took place somewhere on SEWANEE and that the content of the conversations had were had PLAINTIFF'S Freshman year between GRIFFIN FRY and PLAINTIFF. Talking about terrorism can be entertaining and that is why it is included in a lot of movies. Knowing the details of a plot shows the details of the person—any decent storyteller will tell you that to be true. *How* talking about terrorism *came up* and *where* it came up, PLAINTIFF does not recall, but being psychology majors and having interest in criminal justice/crime, it was a topic that did in fact come up one day and it was *talked* about. *See*: PLAINTIFF'S 2e twice exceptional personality features above.

One day after bringing up the topic of terrorism, <u>GRIFFIN FRY</u> (to the best of PLAINTIFF'S recollection) <u>explained how she would commit a terrorist act</u> (which DEFENDANTS completely ignored and omitted key factual material, PLAINTIFF is alleging because Griffin Fry was a paid informant in which American Intel needed fabricated evidence against PLAINTIFF) and she gave some details on how she would do it.  PLAINTIFF also elaborated upon how and where he would do it in the conversation with GRIFFIN FRY in which PLAINTIFF explained _**IF**_ _**\*\*hypothetical\*\***_ PLAINTIFF were to do it (as a hypothetical), it would be in MIAMI and blow up the retaining walls keeping water of the city and other details (even a recent BATMAN movie depicted the same thing in Gotham City in which a seriously autistic Riddler had planned such an act and coincidentally also talked about corruption in a prominent family in the political elite and crimes and hypocrisy of the elite, PLAINTIFF wonders where they got that idea from? Retaining walls keeping water out of the city is critical infrastructure. PLAINTIFF, trying to demonstrate his intelligence and strategy seeing how he was in the top 5% of the country and arguments made in *Anarchy* in how to be successful, <u>*necessarily included*</u> <u>in his</u> <u>debate</u> with GRIFFIN FRY, a fellow student, about terrorism <u>**an inherent and existent**</u> <u>**weakness in the FBI**</u> in which certain and different FBI field offices all have different priorities and, would thereby, spend more resources and attention related to their differing and main priorities and *would not pay as much attention to the other priorities.* In 2007, anyone committing a terrorist act in Florida was far lower than in any major American city like New York, Washington D.C., Los Angeles, etc., In conjunction with that previous point, PLAINTIFF got in the mind of a stereotypical middle eastern terrorist and said where a middle eastern

terrorist would likely *not commit a terrorist act* and PLAINTIFF chose a location where a stereotypical middle eastern terrorist would likely not commit a terrorist act--MIAMI. Miami is too nice and if a terrorist even did come to Miami, would be awestruck on how beautiful Miami is with their night life, beaches, and especially the ladies, and would have stopped anyway. These facts and observations pissed off and enraged FBI'S PETER STRZOK, ANDREW MCCABE, and AMERICAN INTEL to such an extent that it made them completely unable to be objective down the road in any future investigations or activity. PLAINTIFF did not violate 18 U.S.C. 231 in those discussions.

First off, the Supreme Court ruled that the Fourth Amendment does not permit the use of warrantless wiretaps in cases involving domestic threats to the national security. *United States v. United States District Court,* 407 U. S. 297 (1972). So even if there was a threat, which there wasn't, DEFENDANTS violated *United States v. United States District Court,* 407 U. S. 297 (1972). "This point is perhaps best illustrated by the determination that the senior law enforcement official in the Nation-the Attorney General of the United States-is protected only by qualified, rather than absolute, immunity when engaged in the performance of national defense functions rather than prosecutorial functions." *Mitchell* v. *Forsyth,* 472 U. S. 511 (1985). So when PAUL CLEMENT and ERIC HOLDER utilized TITLE II erroneously, their immunity is only at a qualified level; and of course the Attorney General of the United States has to know of prior SCOTUS precedent.

This is the most important point about *Miami*. In *Bartnicki v. Vopper*, 532 U.S. 514 (2001) (decided May 2001), a case that has some relevance, but PLAINTIFF is going to point something out with this case. PLAINTIFF argues that it is immaterial if this case was decided prior to 9/11. SCOTUS was factually confronted with the following statement in the case that dealt with wire interception: "At one point, Kane said: "'If they're not gonna move for three percent, we're gonna have to go to their, their homes . . . . To blow off their front porches, we'll have to do some work on some of those guys. (PAUSES). Really, uh, really and truthfully because this is, you know, this is bad news. (UNDECIPHERABLE))." Kane had a specific financial motivation to place a bomb in a specific location at specific individual's home with a possible threat to the physical well-being of the specific individuals at issue—that is not absolutely not a mischaracterization. Right? Right. Now PLAINTIFF presumes no actual bombs were placed and Kane didn't take any steps to make or place the bomb and no physical harm befell upon the individuals at issue. Kane sued Vopper and PLAINTIFF is presuming that Kane was not in jail for saying that at the time. *Mitchell* v. *Forsyth,* 472 U. S. 511 (1985) that dealt with wire interception and an actual group of Americans threatening places and to make bombs and SCOTUS decided it 16 years earlier and *Watts* involving true threats was decided before that. So, the Court really can't say they were that oblivious to the issues that involved groups planning terrorism and wire interception and the amount necessary to evaluate the issues involving those issues. Now when SCOTUS in 2001were confronted with those specific facts, *they didn't even question it.* SCOTUS had the complete discretion to say that based on the specific facts dealing with wire interception that the question presented was improvidently granted because they could have dealt with the scenario of proper interception when it came to an American allegedly making "true threats" that were far more legitimate and detailed than PLAINTIFF ever gave in *Peachy Miami*. **<u>BUT SCOTUS DID NOT DO THIS</u>**. Then it makes no sense why Americans and their free speech rights are attacked because of what Saudi Arabians did on 9/11. The United States Government did not do to Kane what they did to PLAINTIFF. **So then what is the issue?** It absolutely cannot be

the level specificity PLAINTIFF said in *Miami* because SCOTUS had the opportunity and chance to address that issue in at least *Bartnicki v. Vopper*, 532 U.S. 514 (2001) which SCOTUS didn't even think the level of specificity involving a far more detailed true threat, Americans, bombs, and wire interception as Title II was available back then. So, if it is not SCOTUS, not actual law, not actual steps undertaken, then the issue necessarily must be the judgment of PETER STRZOK, ROBERT MUELLER, MICHAEL HAYDEN, and ANDREW MCCABE.

PETER STRZOK became an absolute 'man-baby' about *Miami*. Instead of rationally and reasonably understanding that it was a problem; and that the FBI should be thankful that someone who did NOT have an actual or serious intent to commit that act and pointed out a problem; and that the FBI could actually do their job and make sure it wasn't a problem in the future thereby keeping our country safe. What was far more consequential to the country is what DEFENDANTS did afterwards because of PETER STRZOK'S judgment.

The whole point of Freedom of Speech and listening to divergent views is that every once in a while, divergent views point a problem and create a solution to a problem to better mankind. Like Nikola Tesla and Ignaz Semmelweis before him, PLAINTIFF got absolutely destroyed by DEFENDANTS when PLAINTIFF pointed out a problem (and actually had a solution to it) DEFENDANTS were not capable of seeing or understanding and creating a solution for it. PETER STRZOK the 'man-baby' continued to harbor a deep resentment for PLAINTIFF for his speech because he justified all of their torture, racketeering, and war-crimes on it and connected HILLARY CLINTON to PLAINTIFF'S MIAMI speech. See Text Message below from 07/27/2016:

| 2016-07-27 00:52:32, Wed | INBOX | More than a reference. Two points: terrorism Miami St Bernadino everywhere we're vigilant; second, HRC. Right decision. You may disagree but don't you dare think or say it was biased. |
| --- | --- | --- |

"Everywhere we're vigilant" was in regards to PLAINTIFF'S argument about FBI resources and priorities made earlier. Sending a text message about PLAINTIFF that had information from when he was in Tennessee about RICO Enterprise 1 makes it cross state line and is wired or communicated interstate. Miami is obvious as that connects to the city PLAINTIFF said. This is a factual nexus establishing retaliation based on constitutionally protected speech. Executive Order 13584 issued by BARACK OBAMA on 09/11/2011, said the following: (vi) identifying shortfalls in U.S. capabilities in any areas relevant to the Center's mission and recommending necessary enhancements or changes. **So necessarily, PLAINTIFF did exactly what the Government and employees were required to do; BUT YET, DEFENDANTS ROBERT MUELLER, MICHAEL HAYDEN, LEON PANETTA, JOHN O. BRENNAN, PETER STRZOK, ANDREW MCCABE, KEPT COMING AFTER PLAINTIFF even five years after E.O. 13584 was issued and justified their unconstitutional treatment on things they were required to do under President Obama. That is UNEQUAL TREATMENT UNDER THE LAW.**

As stated before, relevantly, PLAINTIFF scored in the top 5% of all students across the country in the A.P US History exam when he was in high school. Knowing history means knowing strategies as history is won by winners because you can't know history without

knowing strategies. GRIFFIN FRY or someone else in PLAINTIFF'S life, to the best of PLAINTIFF'S recollection, furthered the conversation and asked what PLAINTIFF how one would justify getting a terrorist. PLAINTIFF said something along the lines of since the United States was at war at the time, to use military law and rules of engagement as a base. If it wasn't with Griffin Fry, it was with someone else.

What PLAINTIFF demands the Court to recognize in the ruling is the following at this absolute and key juncture—the difference in how PLAINTIFF never acted upon plans in which DEFENDANTS not only acted upon 2 key plans PLAINTIFF had talked about 4 separate times (1 plan--3 times and 1 plan--1 time), but DEFENDANTS created far more sophisticated and deeper plans that PLAINTIFF could have never imagined or conceived of at that time that was in furtherance of RICO Enterprise 1 in which DEFENDANTS murdered PLAINTIFF'S cat and committed acts of domestic and international terrorism against an American. DEFENDANTS are complete savage hypocrites here.

"The danger that high federal officials will disregard constitutional rights in their zeal to protect the national security is sufficiently real to counsel against affording such officials an absolute immunity." *Mitchell v. Forsyth*, 472 U.S. 511 (1985). "Because the Amendment now affords protection against the uninvited ear, oral statements, if illegally overheard, and their fruits are also subject to suppression. *Silverman v. United States,* 365 U. S. 505 (1961); *Katz v. United States,* 389 U. S. 347 (1967)"

In *Gooding, Warden v. Wilson,* 405 U.S. 518 (1972), appellee was convicted of using opprobrious words and abusive language in violation of Georgia Code Ann. § 26-6303 that provides: "Any person who shall, without provocation, use to or of another, and in his presence . . . opprobrious words or abusive language, tending to cause a breach of the peace . . . shall be guilty of a misdemeanor." The statute "punishes only spoken words." So since PLAINTIFF did not in fact take any substantial steps in furthering MIAMI, it is not a conspiracy nor is it conduct. Therefore, the closest thing to PLAINTIFF'S actual words involving MIAMI was that PLAINTIFF'S words were opprobrious that could cause a breach of the peace because part of the speech involved demonstrating one of FBI's weaknesses (and to them, that could plausibly be construed as contemptuous, scornful, etc. to the FBI). Even the Court used Webster's Third New International Dictionary (1961) to define "opprobrious" as "conveying or intended to convey disgrace" *Id.* That is how PETER STRZOK perceived it because he was insulted by it because it brought disgrace to the FBI; well the only thing that brings disgrace to the FBI in reality is DEFENDANTS RICO Enterprise. Simply, PLAINTIFF would be punished for PLAINTIFF'S words and speech on the basis of a Title VI violation. Period. The Court found the Statute and the PUNISHMENT unconstitutional. PETER STRZOK was obviously offended. Well the Court in, *Cohen v. California,* 403 U.S. 15 (1971) *found the statute that "*maliciously and willfully disturb[ing] the peace or quiet of any neighborhood or person by offensive conduct" as unconstitutional. Cohen, The defendant, "did not engage in, nor threaten to engage in, nor did anyone as the result of his conduct in fact commit or threaten to commit any act of violence." *Id.* The Court highlighted that Cohen's conviction "quite clearly rests upon the asserted offensiveness of the *words* Cohen used to convey his message to the public. The only "conduct" which the State sought to punish is the fact of communication. Thus, we deal here with a conviction resting solely upon "speech," cf. *Stromberg* v. *California,* 283 U. S. 359 (1931), not upon any separately identifiable

conduct which allegedly was intended by Cohen to be perceived by others as expressive of particular views but which, on its face, does not necessarily convey any message and hence arguably could be regulated without effectively repressing Cohen's ability to express himself." *Id.* PETER STRZOK not only hated PLAINTIFF on the basis of his disability, but PETER STRZOK/JAMES COMEY, et al. DEFENDANTS were so offended by PLAINTIFF about MIAMI that they willingly and intentionally allowed international and domestic terrorism, war crimes, and torture to take place against PLAINTIFF simply because PLAINTIFF pointed out a weakness and on the basis of PLAINTIFF'S disability because they were offended. There was no other way or manner to talk about a weakness that the FBI had than by simply talking about the weakness the FBI had and that is all what PLAINTIFF did. The Court reversed Cohen's punishment/conviction. PAUL CLEMENT and ERIC HOLDER don't get qualified immunity.

In *Healy et al. v James et al.,* 408 U.S. 169 (1972), there were numerous Free Speech issues for the Court to rule on and it primarily involved a group getting recognition from Campus Administrators. One of the questions administrators asked of the group was: "How would you respond to issues of violence as other S. D. S. chapters have?" So how would the FBI/PETER STRZOK/JAMES COMEY/ANDREW MCCABE, SEWANEE, GRIFFIN FRY, and PLAINTIFF respond to THE DISCUSSION OF ISSUES OF VIOLENCE/TERRORISM that America experienced is on point, relevant, and applicable. The Court talked about how "The college classroom with its surrounding environs is peculiarly the "marketplace of ideas,' " and how the Court "break no new constitutional ground in reaffirming this Nation's dedication to safeguarding academic freedom..." The Court found a substantial hinderance in: "the organization's **ability to participate in the intellectual give and take of campus debate**, and to pursue its stated purposes, is limited by denial of access to the customary media for communicating with the administration, members, and other students. **Such impediments cannot be viewed as insubstantial…**" *Id.* There was an issue in the district court in which "that court's view all that was denied petitioners was the "administrative seal of official college respectability."[ A majority of the Court of Appeals agreed that petitioners had been denied only the "college's stamp of approval."" *Id.* The Court ruled in favor of the students in which "These fundamental errors discounting the existence of a cognizable First Amendment interest and misplacing the burden of proof require that the judgments below be reversed." Specifically, when it came to a group's view on violence, the Court ruled that "The government has the burden of establishing a knowing affiliation with an organization possessing unlawful aims and goals, and a specific intent to further those illegal aims." Furthermore, when the Court talked about The President of the School denying respectability, "President James[193] in an alumni periodical, and made a part of the record below, he announced his unwillingness to "sanction an organization that openly advocates the destruction of the very ideals and freedoms upon which the academic life is founded." He further emphasized that the petitioners' "philosophies" were "counter to the official policy of the college." The mere disagreement of the President with the group's philosophy affords no reason to deny it recognition. As repugnant as these views may have been, especially to one with President James' responsibility, the mere expression of them would not justify the denial of First Amendment rights. *Whether petitioners did in fact advocate a philosophy of "destruction" thus becomes immaterial.* The College, acting here as the instrumentality of the State, may not restrict speech or association simply because it finds the views expressed by any group to be abhorrent. As Mr. Justice Black put it most simply and clearly: "I do not believe that it can be too often repeated that the freedoms of speech, press, petition and assembly guaranteed by the First Amendment must be accorded to the ideas we hate or sooner or later they will

---

[193] Coincidentally enough for JAMES COMEY.

be denied to the ideas we cherish." *Communist Party* v. *SACB,* 367 U. S. 1, 137 (dissenting opinion) (1961)." Like PLAINTIFF has constantly argued. This took place at Sewanee in college in a debate with Griffin Fry. DEFENDANTS, JAMES COMEY, ANDREW MCCABE, and PETER STRZOK cannot factually point to anything in these conversations that conveyed an actual serious intent by PLAINTIFF on furthering and acting upon the talk that presented itself as a clear and present danger nor was PLAINTIFF'S speech an call to commit imminent lawlessness and violence. PERIOD. PLAINTIFF took absolutely no substantial steps in furthering the falsely alleged MIAMI plot. DEFENDANTS never took into consideration PLAINTIFF'S Mens Rea and omitted that from FISA rulings and Warrants. All the warrants that utilized MIAMI were done on violations of PLAINTIFF'S First Amendment Protected Speech and were therefore prejudicial. From every moment after PLAINTIFF talked about MIAMI, 18 U.S.C 1512(d) applies in which it prohibits harassing federal witnesses and PLAINTIFF was necessarily a witness to DEFENDANTS RICO Enterprise at this time. DEFENDANTS found PLAINTIFF'S speech offensive or opprobrious and PLAINTIFF would be constantly punished for pointing out a weakness that the FBI had. Period. Every single FISA ruling concerning PLAINTIFF was prejudiced on the grounds of DEFENDANTS' hatred for PLAINTIFF and his disability and DEFENDANTS routinely retaliating against PLAINTIFF on the basis of his speech. Is that going to be DEFENDANTS' position now that when there is a debate about terrorism in FBI'S Quantico or the Barn in CIA in their classrooms that is not protected under the Constitution? That debates about terrorism are not protected speech in universities all across the country? That is a constitutionally reckless and abhorrent position by DEFENDANTS. The ideas of fixing one's weaknesses to prevent further harm should have been cherished by DEFENDANTS. BUT DEFENDANTS did the exact opposite with PLAINTIFF in Summer 2015 in *An Anchor and a Pitchfork* and utilized it and acted upon it like actual terrorists. PAUL CLEMENT and ERIC HOLDER don't get qualified immunity.

Debating is entertaining to a Twice Exception individual as that is intellectually stimulating as well as common practice with Serbians. *See*: *Upbringing.* This section is also applicable to the argument made about Hollywood screenwriters earlier. In a way, depiction and talk of terrorism can be viewed as entertaining. Suppose texting and sending a text message is the same as distributing or transmitting a publication and are equal. If PLAINTIFF texted or sent on Facebook GRIFFIN the MIAMI details, then the following applies. The Court in *Winters v. New York,* 333 U.S. 507 (1948) said "The line between the informing and the entertaining is too elusive for the protection of that basic right. Everyone is familiar with instances of propaganda through fiction. *What is one man's amusement, teaches another's doctrine.* Though we can see nothing of any possible value to society in these magazines, they are as much entitled to the protection of free speech as the best of literature." The issue in the case was that "The subsection of the New York Penal Law, as now interpreted by the Court of Appeals, prohibits distribution of a magazine principally made up of *criminal* news or *stories of deeds of bloodshed or lust, so massed as to become vehicles for inciting violent and depraved crimes against the person*…" The Miami incident was a hypothetical story of deeds of bloodshed, and as DEFENDANTS would probably argue and have argued, "became a vehicle for inciting violent and depraved crimes against the person." The Court found that "the specification of publications, prohibited from distribution, too uncertain and indefinite to justify the conviction of this petitioner. Even though all detective tales and treatises on criminology are not forbidden, and though publications made up of criminal deeds not characterized by bloodshed or lust are omitted from the interpretation of the Court of Appeals, we think fair use of collections of pictures and stories would be interdicted because of the

utter impossibility of the actor or the trier to know where this new standard of guilt would draw the line between the allowable and the forbidden publications." The Court specifically called out the constitutional abhorrence of how a violation of the law in the case that concerned Free Speech occurred in which "No intent or purpose is required." So the Court necessarily talked about that there needs to be a specific intent, purpose, and mens rea in mind; and failure to include this requisite was a constitutional violation; and arguably, a exculpatory evidence violation. Furthermore, and in conclusion, the Court said: "Where a statute is so vague as to make criminal an innocent act, a conviction under it cannot be sustained. *Herndon* v. *Lowry*, <u>301</u> <u>U.S.</u> <u>242</u>, 259." PETER STRZOK used the MIAMI example in FISA and FISA ruled against PLAINTIFF'S Constitutional Interests. PLAINTIFF is alleging that all exculpatory evidence of PLAINTIFF'S Mens Rea was deliberately and intentionally ignored and thereby caused a violation of PLAINTIFF'S 1st, 5th, and 14th Amendment Rights when it came to the MIAMI discussion/entertaining/debate with GRIFFIN FRY.

The critical point being and this applies to the Section Anarchy/Anarchist Cookbook above, PLAINTIFF, in 2007/2008, did the same exact amount of facts when it came to "terrorism" as any prepared screen-writer for Hollywood, journalist for a newspaper, or author would do by writing for T.V shows or Movies that were made before 2008 such as 24, Team America, True Lies, Spy Game, writing about the Richard Jewell saga, Patriot Games, World Trade Center, Speed, Die Hard, Body of Lies, Face/Off, Die Hard, Naked Gun 1, 2, 33 1/3, Collateral Damage, Déjà Vu, The World is Not Enough, NCIS, James Bond/007 movies, Sleeper Cell, and *talking about the details of the plot* with fellow co-writers or staff or psychologists or researchers of the shows, movies, or books and can Constitutionally do so under *Winters v. New York,* 333 U.S. 507 (1948). Yet DEFENDANTS did not do to those individuals what they did to PLAINTIFF. PETER STRZOK used these messages against PLAINTIFF and cited it to the FISA court and other courts sometime between 2008-2023 and completely omitted material facts and misled the court in the process. The most important thing to note is that PLAINTIFF <u>had no actual intent</u> on ever committing such a heinous act as it was PLAINTIFF'S intellectual curiosity to know GRIFFIN's dark psyche, how GRIFFIN FRY thinks and processes things, how GRIFFIN FRY would do it, and all PLAINTIFF was doing was sharing his thoughts to keep a conversation going because INDIVIDUALS ARE MADE AND KNOWN IN THE DETAILS. It was one of those things of if you had to do it, how would you do it hypothetical conversations that was not actually serious. DEFENDANTS omitted the relevant MENS REA. and did some of the following crimes after GRIFFIN and PLAINTIFF had this conversation. PAUL CLEMENT and ERIC HOLDER don't get qualified immunity.

PLAINTIFF conclusively proves that no substantial step was undertaken. PLAINTIFF did not purchase any components to make or build a bomb. PLAINTIFF never cleared his desk and attempted to build one, there was nothing PLAINTIFF ever did or said that conveyed a real substantial step was undertaken besides learning about it in Anarchist Cookbook. "A substantial step must be something more than mere preparation, yet may be less than the last act necessary before the actual commission of the substantive crime. . .In order for behavior to be punishable as an attempt, it need not be incompatible with innocence, yet it must be necessary to the consummation of the crime and be of such a nature that a reasonable observer, viewing it in context could conclude beyond a reasonable doubt that it was undertaken in accordance with a design to violate the statute." *United States v. Manley,* 632 F.2d 978 (2d Cir. 1980). Where there may be a substantial step is in the following when someone wanted to create a drug lab to make

meth: "Appellant's ordering and possession of the specific combination of chemicals required to manufacture methamphetamine can hardly be said to be an innocent coincidence; rather the ordering and possession of the particular combination of chemicals "brand the enterprise as criminal and [is] incompatible with innocent purposes." Appellant does not suggest that he ordered these chemicals for a purpose other than to manufacture methamphetamine; on the contrary, appellant admits his illicit design for the chemicals. Additionally, the appellant possessed a book entitled "Speed" which described the manufacturing process for the illicit drug. A government chemist testified that although it would be difficult for someone without prior training in chemistry to manufacture methamphetamine with the aid of the book, it would not be impossible." *United States v. Mazzella*, 768 F.2d 235 (8th Cir. 1985). Under these conditions, not a single substantial step was undertaken and therefore, there wasn't even a reasonable suspicion nor probable cause.

In *Groh v. Ramirez*, 540 U.S. 551 (2004), the Court *held: "Warrants, and any searches derived therefrom, are invalid when it failed to "particularly describe the persons or things to be seized in which key material facts were omitted that failed to adequately describe the things or persons to be seized. The warrant was deficient in particularity because it provided no description of the type of evidence sought.* Petitioner was not entitled to qualified immunity despite the constitutional violation because "it would be clear to a reasonable officer that his conduct was unlawful in the situation he confronted." Here is the thing with PETER STRZOK, DEFENDANTS, and MIAMI. PLAINTIFF is alleging numerous warrants labeled PLAINTIFF as some sort of counterterrorist threat. When any DEFENDANTS had to fill out the "things to be seized" section in a warrant against PLAINTIFF, it necessarily would have made DEFENDANTS think and consider on what actual and real things—that concerned PLAINTIFF'S alleged Counterterrorist activities—DEFENDANTS were going to seize via the warrant because there must have multiple tangible items that would give a magistrate or judge a credible reason to believe that PLAINTIFF posed some sort of counterterrorist threat. PLAINTIFF did not have access to any components to make a real bomb and did not purchase anything to make a bomb. So, what 'things' did DEFENDANTS include in "things to be seized" section because there was not anything? Therefore, PLAINTIFF is necessarily alleging that in any and all warrants DEFENDANTS utilized against PLAINTIFF there must have existed material omissions of confirming that PLAINTIFF did not possess the materials or that the warrants contain material fabrications on things to be seized. So, if DEFENDANTS can't physically point to any tangible item, then it was necessarily done based on PLAINTIFF'S speech; and PLAINTIFF proved why his speech about MIAMI was constitutional above. Furthermore, without the MIAMI incident, 5 Eyes would not have been able to be utilized against PLAINTIFF—every single action that concerns 5 Eyes necessarily started from a RICO Enterprise and pattern of racketeering and from the very onset, 5 EYES had no independent legitimate legal basis and therefore furthered the Enterprise when 5 Eyes was used against PLAINTIFF. PAUL CLEMENT and ERIC HOLDER don't get qualified immunity.

The NDAA of 2010 talks about in regard to terrorism in which it could be triable when person "knows or intends that they are [the plans] to be used in preparation for…" What PLAINTIFF knew in the course of an academic debate and said a hypothetical that it was just that—a hypothetical said in the course of an academic debate in which you can have academic debates anywhere on campus. PLAINTIFF at ***absolutely*** ***NO*** ***conceivable time*** INTENDED it to

be used in *preparation* for anything. The fact it was a hypothetical is demonstrated when PLAINTIFF told GRIFFIN FRY during the debate how is it that a stereotypical middle eastern terrorist would act—not PLAINTIFF. A shocking display of incompetence can be necessarily seen and understood because investigators never asked themselves this one question that should have come across their mind at the time: did PLAINTIFF at any time view himself to be a middle eastern terrorist? What were the specific things PLAINTIFF did daily that would have remotely conveyed he viewed himself as a middle eastern terrorist. There is __no__ evidence. Period. DEFENDANTS and PETER STRZOK cannot factually point to any affirmative statement that PLAINTIFF said or made in these conversations that conveyed an actual serious intent by PLAINTIFF on furthering and acting upon the talk that presented itself as a clear and present danger nor was PLAINTIFF'S speech an actual call to commit imminent lawlessness and violence against anyone. PERIOD. PLAINTIFF took no substantial steps in furthering any details of MIAMI anyway. DEFENDANTS falsely alleged *MIAMI* plot or *Sewanee Sabotage* (or *Miki's Nightmare* in *An Anchor and a Pitchfork*). PERIOD. DEFENDANTS did all of those plans except for, god bless them that they didn't commit it, the Miami plot. But they'll be condemned in hell for An Anchor and a Pitchfork. PLAINTIFF never once bought any materials necessary to further the *MIAMI* plot or *Sewanee Sabotage* or *Miki's Nightmare*. PERIOD. PAUL CLEMENT and ERIC HOLDER don't get qualified immunity.

*U.S. v. Matiz*, 14 F.3d 79 (1st Cir. 1994) ruled on the proposition that an act of perjury can be an act of obstruction of justice under 18 U.S.C. 1961 Section 1503 since "The findings (of obstruction of justice) encompass all the elements of perjury — falsity, materiality, and willfulness. The only matter about which the court was not explicit was whether Matiz's testimony was material. A sentencing court, however, is not required to address each element of perjury in a separate and clear finding. *See id.* In fact, the Court in *Dunnigan* affirmed a district court's finding that did not use the term willful…*Dunnigan* only requires that a sentencing court's findings encompass all of the factual predicates for a finding of perjury." "The Supreme Court has stated that a witness testifying under oath commits perjury if "she gives false testimony concerning a material matter with the willful intent to provide false testimony, rather than as a result of confusion, mistake, or faulty memory." *United States v. Dunnigan,*113 S.Ct. 1111 (1993)." *U.S. v. Matiz*, 14 F.3d 79 (1st Cir. 1994). *U.S. v. Ashland Oil Inc.*, 705 F. Supp. 270 (W.D. Pa. 1989) discussed what constituted materiality: "A concise summary of this materiality requirement is set forth in Justice Stevens' concurring opinion in *Youngblood:* Our cases make clear that "[t]he proper standard of materiality must reflect our overriding concern with the justice of the finding of guilt," and the State's failure to turn over (or preserve) potentially exculpatory evidence therefore "must be evaluated in the context of the entire record." *United States v. Agurs,* 427 U.S. 97 (1976) (footnotes omitted); see also *California v. Trombetta,* 467 U.S. 479 (1984) (duty to preserve evidence "must be limited to evidence that might be expected to play a significant role in the suspect's defense")." "By limiting §1503 to acts having the "natural and probable effect" of interfering with the due administration of justice, the Court effectively reads the word "endeavor," which we said in *Russell* embraced "any effort or essay" to obstruct justice out of the omnibus clause, leaving a prohibition of only actual obstruction and competent attempts…A §1503 violation occurs when "an act is done corruptly if it's done voluntarily and intentionally to bring about either an unlawful result or a lawful result by some unlawful method, with a hope or expectation of either financial gain or other benefit to oneself or a benefit of another person." *United States v. Aguilar*, 515 U.S. 593 (1995).

*United States v. Cook,* 793 F.2d 734 (5th Cir. 1986) ("[b]oth the fact of conspiracy and a defendant's participation in it may be proved by circumstantial evidence." 793 F.2d at 736). "As was the case in *United States v. Postal,* 589 F.2d 862 (5th Cir.) … "the mere fact that [defendant] made the statement is relevant to the issues of [his] knowledge of the conspiracy and his participation in it."...As Professor McCormick explains: "Proof that one talks about a matter demonstrates on its face that he was conscious or aware of it, and his veracity simply does not enter into the situation." *[omitted]."U.S. v. Jones,* 839 F.2d 1041 (5th Cir. 1988). "If the government's conduct in the investigation through a sting operation is so active that its conduct fabricated elements of the offense, it might be considered a violation of due process to prosecute the defendant." *U.S. v. Steinhorn,* 739 F. Supp. 268, 271 (D. Md. 1990).

"Thus after *Rogers*, the law in this circuit permits an entrapment instruction involving a middleman when there is evidence that (1) a government agent specifically targeted the defendant in order to induce him to commit illegal conduct; (2) the agent acted through the middleman after other government attempts at inducing the defendant had failed; (3) the government agent requested, encouraged, or instructed the middleman to employ a specified inducement, which could be found improper, against the targeted defendant; (4) the agent's actions led the middleman to do what the government sought, even if the government did not use improper means to influence the middleman; and (5) as a result of the middleman's inducement, the targeted defendant in fact engaged in the illegal conduct." *U.S. v. Luisi*, 482 F.3d 43 (1st Cir. 2007).

"This Circuit recognized the outrageous conduct defense in *United States v. Graves,* 556 F.2d 1319 (5th Cir. 1977)*, supra,* in which we wrote: "`[A]part from any question of predisposition of a defendant to commit the offense in question, governmental participation may be so outrageous or fundamentally unfair as to deprive the defendant of due process of law or to move the courts in the exercise of their supervisory jurisdiction over the administration of criminal justice to hold that the defendant was "entrapped" as a matter of law.'" 556 F.2d at 1322 (quoting *United States v. Quinn,* 543 F.2d 640, 647-48 (8th Cir. 1976))." *United States v. Yater*, 756 F.2d 1058 (5th Cir. 1985).

"The integrity of the courtroom is so vital to the health of our legal system that no violation of that integrity, no matter what its motivation, can be condoned or ignored. Although arising out of a different context, we find apposite the words of Mr. Justice Brandeis in *Olmstead v. United States*, 277 U.S. 438 (1928) (dissenting opinion): "Decency, security and liberty alike demand that government officials shall be subjected to the same rules of conduct that are commands to the citizen. In a government of laws, existence of the government will be imperilled if it fails to observe the law scrupulously. Our Government is the potent, the omnipresent teacher. For good or for ill, it teaches the whole people by its example. Crime is contagious. If the Government becomes a law-breaker, it breeds contempt for law; it invites every man to become a law unto himself; it invites anarchy. To declare that in the administration of the criminal law the end justifies the means — to declare that the Government may commit crimes in order to secure the conviction of a private criminal — would bring terrible retribution. Against that pernicious doctrine this Court should resolutely set its face." Respondent's contention that no alternative methods were available to insure the successful prosecution of

corrupt attorneys is also unpersuasive. As the above-quoted language indicates, even if no other ways existed to ferret out bribery, the respondent would still not be privileged to engage in unethical (and perhaps illegal) conduct. Moreover, in the present case alternatives were available to investigate and prosecute the suspected attorneys." *In re Friedman*, 76 Ill. 2d 392 (Ill. 1979)

"A review of the common law of this state shows that discretionary investigative enforcement measures extend beyond a tolerable level when *by design* the government uses continued pressure, appeals to friendship or sympathy, threats of arrest, an informant's vulnerability, sexual favors, or procedures which escalate criminal culpability. All of these traditional inducements are absent from the facts of this case. We conclude that the furnishing of contraband by the government is insufficient to induce or instigate the commission of a crime by the average person, similarly situated to these defendants, who is not ready and willing to commit it. We also note that this is not a case where the government's furnishing of narcotics was for the purpose of trying to escalate the criminal culpability of defendants. *People v Killian*, 117 Mich. App. 220; 323 N.W.2d 660 (1982)." *People v. Jamieson*, 436 Mich. 61, 89-90 (Mich. 1990)

"As an alternative to vacating Matiz's conviction based on the Government's violation of her Due Process rights, Matiz requests that this court use its supervisory power to reverse her conviction. **Guided by considerations of justice, federal courts may exercise on a limited basis their supervisory power to "formulate procedural rules not specifically required by the Constitution or the Congress."** *United States v. Hasting,* 461 U.S. 499 (1983). **The Supreme Court has recognized only three legitimate purposes for the exercise of a court's supervisory power: "To implement a remedy for violation of recognized rights, to preserve judicial integrity, . . . and finally, as a remedy designed to deter future illegal conduct.**" *Id.* (citations omitted)." *U.S. v. Matiz*, 14 F.3d 79 (1st Cir. 1994)

*U.S. v. Matiz*, 14 F.3d 79 (1st Cir. 1994) ruled on the proposition that an act of perjury can be an act of obstruction of justice under 18 U.S.C. 1961 Section 1503 since "The findings (of obstruction of justice) encompass all the elements of perjury — falsity, materiality, and willfulness. The only matter about which the court was not explicit was whether Matiz's testimony was material. A sentencing court, however, is not required to address each element of perjury in a separate and clear finding. *See id.* In fact, the Court in *Dunnigan* affirmed a district court's finding that did not use the term willful…*Dunnigan* only requires that a sentencing court's findings encompass all of the factual predicates for a finding of perjury." "The Supreme Court has stated that a witness testifying under oath commits perjury if "she gives false testimony concerning a material matter with the willful intent to provide false testimony, rather than as a result of confusion, mistake, or faulty memory." *United States v. Dunnigan,* 113 S.Ct. 1111 (1993)." *U.S. v. Matiz*, 14 F.3d 79 (1st Cir. 1994). *U.S. v. Ashland Oil Inc.*, 705 F. Supp. 270 (W.D. Pa. 1989) discussed what constituted materiality: "A concise summary of this materiality requirement is set forth in Justice Stevens' concurring opinion in *Youngblood:* Our cases make clear that "[t]he proper standard of materiality must reflect our overriding concern with the justice of the finding of guilt," and the State's failure to turn over (or preserve) potentially exculpatory evidence therefore "must be evaluated in the context of the entire record." *United States v. Agurs,* 427 U.S. 97 (1976) (footnotes omitted); see also *California v. Trombetta,* 467 U.S. 479 (1984) (duty to preserve evidence "must be limited to evidence that might be expected to play a significant role in the suspect's defense")." "By limiting §1503 to acts having the "natural and probable effect" of interfering with the due administration of justice,

the Court effectively reads the word "endeavor," which we said in *Russell* embraced "any effort or essay" to obstruct justice out of the omnibus clause, leaving a prohibition of only actual obstruction and competent attempts…A §1503 violation occurs when "an act is done corruptly if it's done voluntarily and intentionally to bring about either an unlawful result or a lawful result by some unlawful method, with a hope or expectation of either financial gain or other benefit to oneself or a benefit of another person." *United States v. Aguilar*, 515 U.S. 593 (1995).

"Although there is no infallible means of divining a defendant's predisposition to commit a crime after the fact, there are several factors recognized as relevant in making this determination. We start with the observation that predisposition is, by definition, "the defendant's state of mind and inclinations *before his initial exposure to government agents*." *United States v. Jannotti,* 501 F. Supp. 1182 (E.D.Pa. 1980), *rev'd on other grounds,* 673 F.2d 578 (3rd Cir.)…This answers defendant's bizarre contention that "the agents literally entrapped him into a state of predisposition." One is either predisposed to commit a crime before coming into contact with the Government or one is not, so the argument that one could be entrapped into having a state of predisposition is meaningless. **We now turn our attention to the factors relevant in determining predisposition**. Among these are the character or reputation of the defendant, including any prior criminal record; ***whether the suggestion of the criminal activity was initially made by the Government;* whether the defendant was engaged in the criminal activity for profit; whether the defendant evidenced reluctance to commit the offense**, overcome only by repeated Government inducement or persuasion; and the nature of the inducement or persuasion supplied by the Government.** While none of the factors alone indicates either the presence or absence of predisposition, the most important factor . . . is whether the defendant **evidenced reluctance to engage in criminal activity which was overcome by repeated Government inducement**…" *United States v. Kaminski*, 703 F.2d 1004 (7th Cir. 1983)

*As the Court in Beck v. Prupis*, 529 U.S. 494 (2000) cited cases that talked about conspiracies in 2000: "*Chapman* v. *Pollock*, 148 F. Supp. 769, 772 (WD Mo. 1957) (holding that a plaintiff who charged the defendants with "conspiring to perpetrate an unlawful purpose" could not recover because ***the defendants committed no unlawful act***); *Olmsted, Inc.* v. *Maryland Casualty Co.,* 218 Iowa 997, 998, 253 N. W. 804 (1934) **("[A] conspiracy cannot be the subject of a civil action unless something is done pursuant to it which, without the conspiracy, would give a right of action");** *Adler* v. *Fenton,* 24 How. 407, 410 (1861) ("[T]he act must be tortious, and there must be consequent damage").**" PLAINTIFF committed no unlawful act with MIAMI and his speech was constitutionally protected. Period. PLAINTIFF'S speech did not fall in the true threats category or under the auspices of** *Brandenburg v. Ohio*, **395 U.S. 444 (1969).** PAUL CLEMENT and ERIC HOLDER don't get qualified immunity.

Part of the 'True Threats' doctrine entails whether or not "a speaker consciously disregarded a substantial risk that their speech would place another in fear of serious physical harm." PLAINTIFF did not believe he was being investigated by the FBI at the time and did not have an actual serious intent; it was said in the course of a debate in which a hypothetical was given and the reason why. Also PLAINTIFF just said it for the sake of saying it and having a conversation. There was not a single thing PLAINTIFF conveyed to GRIFFIN FRY that PLAINTIFF that would have put her into fear of serious physical harm or that PLAINTIFF hated the wonderful, vibrant, and beautiful city of

MIAMI in which PLAINTIFF had always wanted to go to MIAMI for fun and the culture only. In PLAINTIFF'S mind, MIAMI was said in the course of a conversation that was part of an intellectual debate in which a hypothetical was presented and a justification given for that hypothetical that PLAINTIFF had no factual basis or intent on implementing in reality thereby making it completely unreasonable and unobjective that it would have placed anyone in serious fear of physical harm. Furthermore, GRIFFIN FRY knew that PLAINTIFF had rowed to lose weight in the Summer of 2007 and loved the water and found comfort in water. GRIFFIN FRY knew that PLAINTIFF was a huge a NASCAR fan in which PLAINTIFF told the memory of PLAINTIFF having gone to Daytona Beach, Florida in which PLAINTIFF loved DAYTONA BEACH and FLORIDA because of the NASCAR track and the beaches and water. MIAMI by the way has a NASCAR track. Doesn't make sense to destroy the things PLAINTIFF loves. DEFENDANTS use this speech to justify utilizing TITLE II in violation of PLAINTIFF'S Constitutional Rights.

PLAINTIFF is going to be completely real here because these are some of the inherent underlying and unspoken issues concerning the Court today in this complaint. Admittedly, PLAINTIFF'S speech about *MIAMI*—*completely on its own and independent of anything else in the world*—*may* raise an eyebrow of suspicion in the atmosphere of complete distrust and paranoia the United States Government/American Intel completely cultivated after 9/11 to implement the Surveillance State—but context matters. PLAINTIFF will give DEFENDANTS that much. BUT what PLAINTIFF will not give nor cede to DEFENDANTS is the following: The United States Government through the years after 9/11 has talked about international and domestic terrorism non-stop. Actually, before 9/11 in the 1960s and 1970s, hijackings were far more prevalent and oddly, a typical news occurrence back then than they are today (which is good). Probably, as American Intel completely has the AI tools to do this analysis, hijacking and terrorism was probably talked about far more often or on equal level on the news in the 1960s and 1970s as what happened on the news after 9/11. What didn't happen in the 1960s and 1970s was that American Intel did not cultivate a fear of distrust and paranoia amongst their own citizens. When American Intel/United States Government constantly bombard people with the message of terrorism, a natural consequence of such is that *the People* are going to talk about the message of terrorism with their friends and family at one point or another. If PLAINTIFF says don't talk about the cat in the room, everyone is going to look for the cat.  Talking about terrorism doesn't have to be often, but it will occur at one point or another. PLAINTIFF is sure your honor has talked about terrorism before, correct? PLAINTIFF is just saying *talked* about terrorism. Should the government punish your honor for doing so? But when the DEFENDANTS/Government induces one to talk about terrorism and terrorism is talked about no matter the depth of details that are actually provided for in the talk, expect people to give as much details as they so please about terrorism in their free country because that is their right to do so and it is still not a legally cognizable action and only becomes cognizable when actual and substantial steps are undertaken and there is a meaningful conveyance of serious intent.

There are lines the United States Government maliciously, completely, and intentionally, crossed though in furtherance of RICO Enterprise 1. When American Intel/United States Government pay friends of someone to induce them to talk about terrorism and that someone gets punished for doing so in which the evidence would show that the friend was the one that started talking about terrorism first, that is a manufactured crime. When you create an atmosphere of punishing innocent talk and turning friends and neighbors against each other and backstabbing people in the process, that is an atmosphere of tyranny. When material omissions are omitted that are deliberately misleading to a court,

that is unconstitutional and mail and wire fraud is perpetuated in PLAINTIFF'S case. When American Intel/UNITED STATES Government induces an American with an inalienable right to speak freely to talk about terrorism at whatever depths he so pleases without any real intent on committing the acts and no substantial steps undertaken in doing so in which American Intel punishes PLAINTIFF for doing so, it is completely outrageous because **_DEFENDANTS do it all the time at a far deeper and far more sophisticated level and are complete savage hypocrites in this respect._** Right now, deep inside the halls of the FBI, Department of Defense, and CIA, et. al. in field offices and stations and bases all around the world, employees are actively creating sabotage plans against real and perceived foes (some of which they created themselves). In case of the FBI, they may call it a Sting Operation like they did against PLAINTIFF; but PLAINTIFF calls it Constitutional Sabotage. The depths of the sabotage plans DEFENDANTS necessarily talk about is far deeper than what PLAINTIFF did in MIAMI because DEFENDANTS explore every possibility and consider what would realistically happen in order to be successful in their own sabotage plans. Right now, deep within the halls of CIA, FBI, and Department of Defense, American Intel are learning about terrorism in great depths and are necessarily talking about terrorism and sabotage plans in great depths inside their own classrooms. Right now, discussions on terrorism are being had in their classrooms. Not once do American Intel considers that one of their own employees could snap and commit the act. Not once do American Intel utilizes TITLE II against their own _for talking about terrorism or sabotage._ When the UNITED STATES Government punishes their own citizens for talking about the very same things they do at a far less sophisticated and deeper level than what American Intel ordinarily do on a daily basis, that is tyranny. When the Solicitor General, Attorney General, and Supreme Court in secret sessions plan to sabotage against an American because of the crimes DEFENANTS committed and furthered in imposing a Surveillance State in America, that is tyranny. When citizens are punished and can't talk about what the United States government does in an ordinary day, that is tyranny. This brings up so many constitutional issues as well as Title VI issues.

Furthermore and more importantly, MIAMI was "_Itan_" in conversation because PLAINTIFF was just saying it for the sake of saying it. As stated before, GRIFFIN FRY in fact also talked about doing an act of terrorism as well. This necessarily brings up Title VI because it necessarily arises out of disparate treatment and completely unequal treatment for the same type and content of speech in which GRIFFIN FRY did not have a single SCOTUS case ruled against her nor was subject to invasive TITLE II searches because of her speech; furthermore, she was paid to say that then or paid at a later date for doing so by American Intel and PLAINTIFF was not which only perpetuated Mail and Wire fraud against PLAINTIFF. DEFENDANTS CIA/FBI and DOJ/ATTORNEY GENERAL HOLDER/CLEMENT utilized MIAMI against PLAINTIFF but did not do so for GRIFFIN FRY when she did the same exact thing in the course of a debate. The distinguishing factor here is necessarily a Title VI violation. DOJ'S and FBI'S regulations under TITLE VI 42.104 Discrimination prohibited[194] prohibits the following: "(ii) Providing any disposition, service, financial aid, o_r benefit to an individual which is different, or is provided in a different manner, from that provided to others under the program_;" and DOJ and FBI completely (iii) Subjected PLAINTIFF to segregation and separate treatment in any matter related to the benefit under the program." Recipients, along with anyone in the DOJ and FBI, may not, directly or through other arrangements, utilize methods of administration which have the effect of subjecting individuals

---

[194] https://www.govinfo.gov/content/pkg/CFR-2011-title28-vol1/pdf/CFR-2011-title28-vol1-part42-subpartC.pdf Last Checked. 08/22/2023. PLAINTIFF is assuming that Title VI regulations in 2007 were not that much different than the ones in 2011

to discrimination because of their national origin, or have the effect of defeating or substantially impairing accomplishment of the objectives of the program as respects individuals of a particular national origin under TITLE VI." That is what the FBI and DOJ did so this violated TITLE VI against PLAINTIFF because the "*Itan*" was done and said in the course of a debate that is a benefit the Court recognized exists under the law when one attends a University. PAUL CLEMENT and ERIC HOLDER don't get qualified immunity.

There is something else that PLAINTIFF is alleging. PLAINTIFF is including it, based on the probability of it being 85% Sure, 15% unsure true that this likely occurred. There is some doubt, but PLAINTIFF is 85% sure that PLAINTIFF talked about the SRI LANKA Tigers with GRIFFIN FRY or messaged her about it or PLAINTIFF had read an article about the Sri Lankan Tigers and talked it somewhere on campus about the Sri Lankan Tigers or had read some of the briefs of the case of *Holder v. Humanitarian Law Project*, 561 U.S. 1 (2010) and discussed the issues of the case with different people on campus or PLAINTIFF had messaged someone else from campus about the Sri Lanka Tigers and Kurds. Either way, PLAINTIFF will say there is a 100% chance that PLAINTIFF talked about the Sri Lankan Tigers when he was at Sewanee. PLAINTIFF'S speech is necessarily implicated. PLAINTIFF is also 70% sure PLAINTIFF talked about the Kurds on campus at SEWANEE.  Regardless, there is a 95% chance that ERIC HOLDER or PAUL CLEMENT knew PLAINTIFF talked about the Sri Lanka Tigers and/or talked about the Kurds at one time or another when PLAINTIFF was on campus. PLAINTIFF believes he had talked about one of the following categories with GRIFFIN FRY: "training," "expert advice or assistance," "service," and "personnel" that were at issue in the case. ELENA KAGAN argued the case to SCOTUS so this connects PLAINTIFF to KAGAN to HOLDER to TITLE II to speech about "Terrorist" activity. PLAINTIFF is 95% sure this is one of the many factual nexus that connects ERIC HOLDER to PLAINTIFF to the USA PATRIOT ACT/FISA and TITLE II surveillance.

Here is a derivative fact that would be used against PLAINTIFF maliciously. It was so inconsequential to PLAINTIFF at the time that PLAINTIFF can't recall exactly when it happened, but PLAINTIFF is alleging that it must have happened prior to May 31ˢᵗ, 2011 based on how he figured out how SCOTUS operates in one of the following cities: Washington DC, downtown Chicago, or New York City when PLAINTIFF hailed a cab. Most probably, Chicago. This is how ridiculous it all became. In one of the Naked Gun Movies, there is the taxi scene[195] in which Frank Drebin is in desperate need to radio the police squad. He finds three taxis and the premise of the joke (which is still universally accepted to this day) is that all the taxicab drivers are foreigners who don't speak English well (except for the completely foreign looking driver in the last cab in which the joke is made because he spoke English perfectly and with a sophisticated English accent).

One day when PLAINTIFF was a student at SEWANEE, but was home in Chicago or visiting somewhere, this happened at night (probably in Chicago), PLAINTIFF is standing on the street and he hails a cab. Out of all of the fucking taxis driving in Chicago that night and out of all the infinite possibilities that exist in this world in which two people would coincidentally meet in which PLAINTIFF did not call a taxi cab company (to the best of PLAINTIFF'S recollection) (Section 215 would prove this to be true)(even if PLAINTIFF did, PLAINTIFF did not ask for a Sri Lankan driver that much is true for sure) that night in which PLAINTIFF hailed

---

[195] https://www.youtube.com/watch?v=nD__Pw1r-I8



down a random taxi, PLAINTIFF by pure luck hailed down the taxi in which the driver was fresh off the boat from Sri Lanka. The statistical probability of that happening Your Honor must be at least a 1/1000 (in which there would be one taxi driver from Sri Lanka out of at the least one thousand taxis or more driving around Chicago that night). Now, if PLAINTIFF hailed down the following cab that night (See: Below), PLAINTIFF may give a little credence and credibility to DEFENDANTS that there was a chance that PLAINTIFF *maybe* shouldn't have got into the cab, but there was no cab was like this at all. And even then, there are going to be people, like PLAINTIFF, who are going to see that spectacle above and say: "hmm, I want to see where this goes" and will hail down that cab and will get into the cab for the sake of mere morbid curiosity. The Supreme Court will use the fact and probability that out of the thousand or so taxi drivers that night in Chicago.

PLAINTIFF just by chance hailed down the one being driven by a Sri Lankan and simply passing time in the cab and trying to find a subject to talk about, PLAINTIFF decided he will talk to a Sri Lankan about issues that are relevant to the populous of Sri Lanka. SCOTUS will use that against PLAINTIFF to construe terrorism against PLAINTIFF in *Miki's Tea Party and in al-Kidd*. Your Honor, PLAINTIFF is not sure that you know this, but probably 97% of the people in the United States can't locate where Sri Lanka is on a map and 97% of the American populous probably don't know a single thing about Sri Lanka. What PLAINTIFF did ask his Sri Lankan taxi driver while driving PLAINTIFF is what did *the people of Sri Lanka think* about the Sri Lankan Tigers because PLAINTIFF was intellectually curious and wanted to know the issue from all perspectives (which is what the Government does on a daily basis). The Driver may or may not have liked or supported the Sri Lankan Tigers, but what the initial and primary first question was about was trying to understand how the general populous of a country viewed the Sri Lankan Tigers because PLAINTIFF was intellectually curious about an issue and was not seeking to go become part of the Sri Lankan Tigers and commit terrorism. PLAINTIFF never said he was going to support the Sri Lankan Tigers or anything like that. The government if they have that recording will confirm that to be true that the first and primary question was what the people of Sri Lanka thought about the Sri Lankan Tigers. Again, what this comes down to is the completely tyrannical lengths the United States Government will go to in order to catch PLAINTIFF for their fabricated crimes and purposes and using speech against PLAINTIFF.

BUT DEFENDANTS cognitive biases, manifest hatred of disabled individuals, need for precedent, and RICO Enterprise furthered illegal and unconstitutional actions against PLAINTIFF and thought and did otherwise not realizing the true extent of damage they were inflicting upon themselves in the process. In 2008, PLAINTIFF is alleging that the Supreme Court covered up the actions of PAUL CLEMENT, and later on, ERIC HOLDER, in regard to PLAINTIFF and TITLE II in which legal fraud and unconstitutional fraud was committed on the Court in 2008 that PLAINTIFF is alleging and will be explained in *Star Chambers*. CHIEF JUSTICE JOHN ROBERTS and all of the Solicitor Generals at that time all knew about it and covered it up once. But when you cover up something once, it necessarily requires you to cover the cover up; and from there, you cover the cover up of the cover up; and from then there, you cover up the cover up of the cover up of the cover up and on and on it goes. PAUL CLEMENT and ERIC HOLDER don't get qualified immunity.


PLAINTIFF completely understands that there was no way that any of the Supreme Court Justices didn't engage in some type of politicking in order to ascend up the ladder and make their way on to the Supreme Court being at the absolute zenith of prestige and respect in the legal profession. PLAINTIFF gets it. What PLAINTIFF does not cede nor gets is having the DOJ and DEFENDANTS committing legal fraud on the Court and CHIEF JUSTICE JOHN ROBERTS necessarily knowing about it allowing it to happen against an American in which those people that perpetuated legal fraud were unpunished. The Court knew the dangerousness of that precedent before in 1957 and immediately kicked it out of the halls when the Supreme Court actually had integrity as will be talked about in *Star Chambers.*

Back to it. DEFENDANTS will try to argue that PETER STRZOK was referring to the PULSE Night Club shooting here in 2016 as this message occurred two months after that massacre occurred. Nay! Nay! There is a fundamental difference between ORLANDO, FLORIDA where the PULSE Night club shooting took place that was an actual act of terrorism and MIAMI, FLORIDA, where PLAINTIFF talked about it in the context of a conversation he had with GRIFFIN FRY. "everywhere we're vigilant" is a reference to different field offices having different priorities. Then PETER STRZOK justifies all of HILLARY CLINTON'S actions that she committed from 2010-2015 that will shock the conscience in light of PLAINTIFF'S speech on MIAMI. PLAINTIFF will talk about this later in: *Miki's Tea Party* and *An Anchor and a Pitchfork.* Not once do DEFENDANTS/PETER STRZOK actually include PLAINTIFF'S true MENS REA in any report, any exculpatory evidence that PLAINTIFF loved FLORIDA, the beach, and water, NASCAR, and PLAINTIFF'S completely true inaction in acquiring any bomb making material in the entirety of PLAINTIFF'S life so that they could further the Enterprise and further the false allegation. Title II is used against PLAINTIFF in which they relied on perjured testimony and material omissions.

Violating: *United States v. Lard*, 734 F.2d 1290 (8th Cir. 1984); *United States v. Gardner*, 658 F. Supp. 1573 (W.D. Pa. 1987); *United States v. Leal*, 32 F.4th 888 (10th Cir. 2022); Violating *Napue v. Illinois,* 360 U.S. 264 (1959) in using materially false evidence; violating *Mooney v. Holohan*, 294 U.S. 103 (1935) in "using perjured testimony known by DEFENDANTS to be perjured and knowingly used by DEFENDANTS in order to procure the conviction " since a State may not, "through the action of its officers, contrive a conviction

through the pretense of a trial which, in truth, is "but used as a means of depriving a defendant of liberty through a deliberate deception of court and jury by the presentation of testimony known to be perjured;" violating the principle that "the dignity of the United States Government will not permit the conviction of any person on tainted testimony per *Mesarosh v. United States*, 352 U.S. 1 (1956) in which they knew GRIFFIN FRY'S testimony was tainted because she herself had discussed how she'd commit a terrorist act and had reason to believe she lied on numerous occasions; DEFENDANTS used testimony in which "certain individual's testimony, taken as a whole, gives a false impression that became seriously prejudicial to PLAINTIFF in which facts that refuted DEFENDANTS claim are either ignored or are materially misleading" *Alcorta v. Texas,* 355 U.S. 28 (1957); violating: *Brady v. Maryland,* 373 U.S. 83 (1963) in which DEFENDANTS failed to turn over all evidence that might exonerate PLAINTIFF concerning MIAMI; violating: *Ex Parte Jackson*, 96 U.S. 727 (1877) (Prohibition of obtaining, seizing, and opening and reading emails/mails "whilst" in the transport or transmission of data that must necessarily "have a warrant, issued upon similar oath or affirmation particularly describing the thing to be seized, as is required when papers are subjected to search in one's own household.") in which they acquired all the information and utilized the unconstitutional USA PATRIOT ACT against PLAINTIFF; violating: *United States v. Lard*, 734 F.2d 1290 (8th Cir. 1984) citing Sherman that "The function of law enforcement is the prevention of crime and the apprehension of criminal. Manifestly, that function does not include the manufacturing of crime" in which DEFENDANDS manufactured a conspiracy born out of a hypothetical that PLAINTIFF had no serious intent on committing; violating: *Simmons v. United States,* 348 U.S. 397 (1955) in which a failure to provide a report by DOJ/FBI when requested violates Due Process and/or when PLAINTIFF is not given the opportunity to refute the contents of a report that the DEFENDANTS DOJ/FBI used in multiple hearings concerning PLAINTIFF and DEFENDANTS about MIAMI; MOST IMPORTNATLY, violating: *Stanford v. Texas*, 379 U.S. 476 (1965) (prohibitions on generalized warrants relating to search and seizure of PLAINTIFF relating to PLAINTIFF'S First Amendment activities) in which generalized warrants and utilization of the USA PATRIOT ACT was completely dependent on PLAINTIFF'S speech that was in retaliation to PLAINTIFF'S speech; violating: *Lee Art Theatre, Inc. v. Virginia,* 392 U.S. 636 (1968) (having a warrant issued solely upon the conclusory assertion of the police officer without any inquiry by a judge into the factual basis for the officer's conclusions was not a procedure designed to focus searchingly on the question of [illegal activity] as it related to PLAINTIFF'S First Amendment protected activity, and therefore fell short of constitutional requirements demanding necessary sensitivity in regards to PLAINTIFF'S First Amendment protected conduct); and finally violating "*Withrow v. Larkin*, 421 U.S. 35 (1975) in which DEFENDANTS had "the combination of investigative and adjudicative functions necessarily creates an unconstitutional risk of bias in administrative adjudication" in which DEFENDANTS were completely failed to give **"a realistic appraisal of psychological tendencies and human weakness"** that posed ***such a risk of actual bias or prejudment*** against PLAINTIFF and this in fact did happen since PLAINTIFF got prejudged by DEFENDANTS (via pre-crime analysis as alluded to earlier and their hatred of PLAINTIFF on PLAINTIFF'S disability) in which there was so much actual bias against PLAINTIFF that it created an unconstitutional risk of bias that became a reality of bias that made its way up to the FISA and the Supreme Court through the years and infected their decisions with their RICO Enterprise because of PLAINTIFF'S speech concerning MIAMI and a weakness of the FBI. 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act; 18 U.S.C. §1961 section 1341 (relating to mail fraud) and 18 U.S.C. §1961 section 1343 (relating to wire fraud). 42 U.S.C.

1983/1985/1986. PAUL CLEMENT, ROBERT MUELLER, ANDREW MCCABE, PETER STRZOK, and ERIC HOLDER don't get qualified immunity.

Another aspect of Miami. PLAINTIFF alleges because of the Miami Speech, DEFENDANTS in 2008 had hacked into PLAINTIFF'S computer and emails (email account: kotevmm0@sewanee.edu) with or without a proper warrant or necessarily if they used a warrant it was done fraudulently. Here is the thing as well in *Midyear*, PLAINTIFF talks about Hillary Clinton and an email server. Sewanee was running on a system that was nicknamed "snail mail" in which, if PLAINTIFF had to guess, wasn't as up to as high of a security standard as say GMAIL. Now if NSA could use prism and get access to gmail servers regularly, what do you think would happen with NSA and PRISM go against a small liberal arts college in rural Tennessee in which the town at the time barely had cell phone service? A walk in the park for NSA and PRISM in which PLAINTIFF alleges NSA used PRISM to get PLAINTIFF'S emails and hacked into the server.

How does PLAINTIFF necessarily know ERIC HOLDER was after PLAINTIFF for talking about Miami and *Big Brother Big Sister* from at least 02/21/2014 (which was six years after PLAINTIFF just talked about Miami)? ERIC HOLDER'S 02/21/2014 memo about prosecuting journalists. See: exhibits. PLAINTIFF will talk about his journalism later, but there is a part of the memo that shows you what they were after PLAINTIFF: "There are limited exceptions to use of the News Media Review Committee. A subpoena may be issued to a member of the news media… if a Deputy Assistant Attorney General for the Criminal Division determines that the exigent use of such law enforcement tool or technique is necessary to prevent or mitigate an act of terrorism; other acts that are reasonably likely to cause significant and articulable harm to national security; death; kidnapping; substantial bodily harm; conduct that constitutes a criminal offense that is a <u>specified offense against a minor, as defined by 42 U.S.C. 16911(7)</u> (that's driving the Alvarez kids home after having permission from their parents in *big brother big sister*); or <u>incapacitation (BRI)</u> or **destruction of critical infrastructure, as defined by 42 U.S.C. 5195c(e) (that's Miami)…** while it is expected ERIC HOLDER will make use of the committee for cases that fall within the scope defined in the previous paragraph, the Attorney General may choose to by pass the Committee review process upon a finding that the time required to conduct review will cause significant harm to the investigation." What they are getting it is: Big Brother Big Sister, Miami, and the night PLAINTIFF lost his virginity on.

So who was the Deputy Assistant Attorney General for the Criminal Division between 2007-2008? John Roth who current works for DHS (In 2007, he served as Deputy Assistant Attorney General for the Criminal Division and became chief of staff to the Deputy Attorney General in 2008). Also at play here are: Alice Fisher united states assistant attorney general for the criminal division until May 23rd, 2008, Mythili Raman, and Brian Benczkowski. PLAINTIFF alleges that John Roth, Brian Benczkowski, Mythili Raman, and/or Alice Fisher all knowingly used fabricated and misleading narratives against PLAINTIFF in warrants and the Court in furtherance of RICO Enterprise 1.

ANDREW MCCABE, PETER STRZOK, GEORGE W. BUSH, ROBERT MUELLER, violated *Alderman v. United States,* 394 U.S. 165 (1968) in Peachy Miami which held: "A petitioner would be entitled to the suppression of evidence violative of the Fourth Amendment

where the Government unlawfully overheard conversations of the petitioner himself, or where the conversations occurred on his premises, whether or not he was present or participated therein" and "If the surveillance is found to have been unlawful, and if a petitioner is found to have standing, the Government must disclose to him the records of those overheard conversations which the Government was not entitled to use in building its case against him."

FINALLY concerning the MIAMI incident: 18 U.S.C §241 makes it a crime to "go in disguise... on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—." PLAINTIFF, based on some circumstances, believes and is alleging that at one point or another in 2007 or 2008, GRIFFIN FRY had started working with DEFENDANTS and had started to conspire against PLAINTIFF; and that by conspiring against PLAINTIFF, she was going in disguise against PLAINTIFF'S interests. Preventing and hindering the free exercise and enjoyment of SEWANEE'S Campus that necessarily includes participating in civil debates would violate the HONOR CODE as it would be dishonorable to prevent PLAINTIFF from enjoying and exercising his 1st Amendment Rights in the acquisition of intellectual stimulation, knowledge, and/or entertainment on campus. Committing RICO Predicate Acts that violated 18 U.S.C. §1503 or violating PLAINTIFF'S Constitutional and Legal Rights prevents and hinders the enjoyment and use of PLAINTIFF'S property he paid for in the tuition of the year of 2007-2008 and all the acts done in furtherance of the RICO Enterprise based on MIAMI. DEFENDANTS and GRIFFIN FRY prevented and hindered the enjoyment and use of PLAINTIFF'S property, and therefore, violated PLAINTIFF'S metaphysical sense of well-being. So there existed a conspiracy before and committing numerous wanton violations of the law concerning MIAMI in which a reasonable assessment of PLAINTIFF'S Speech would have determined it was just speech thereby not justifying the use of it against PLAINTIFF in furthering the RICO Enterprise. The Court when discussing an 18 U.S.C §241 violation stated that in order "to bring this case under the operation of the statute, therefore, it must appear that the right, the enjoyment of which the conspirators **intended to hinder or prevent, <u>was one granted or secured by the constitution or laws</u>** of the United States." *United States v. Cruikshank et al.* 92 U.S. 542 (1876)—Freedom of Speech, Freedom of Expression, Unreasonable Search and Seizures, and not being subject to a RICO Enterprise by DEFENDANTS were hindered and prevented by DEFENDANTS that was secured or granted by the United States Constitution or Laws "As SCOTUS ruled in *Goss v. Lopez,* 419 U.S. 565 (1975): "The Due Process Clause also forbids arbitrary deprivations of liberty. "Where a person's good name, reputation, **_HONOR_**, or integrity is at stake because of what the government is doing to him," the minimal requirements of the Clause must be satisfied. Wisconsin v. Constantineau, 400 U. S. 433, 400 U. S. 437 (1971)" A person's *HONOR* per SCOTUS is bound by the *HONOR CODE* at SEWANEE, which means there is a liberty and property interest in HONOR and in the *HONOR CODE*." There existed a conspiracy to violate PLAINTIFF'S rights and metaphysical sense of well-being, DEFENDANTS violated PLAINITFF'S rights in the process in which PETER STRZOK and DEFENDANTS lied in numerous reports about the incident in which they committed the previously listed constitutional violations. This in sum violated PLAINTIFF'S metaphysical sense of well-being, violated good relationships amongst people on campus, constituted egregious unconstitutional and illegal actions, and therefore violated the *HONOR CODE*; and therefore, these actions in sum constituted the beginning of a series of different RICO violations as PLAINTIFF was denied his property and liberty interests because of the *HONOR CODE* violation committed by DEFENDANTS. This was a beginning of a series of 18

U.S.C. 1346 violations in which the "scheme to defraud" element in the fraud statutes to include a scheme "to deprive another of the intangible right of honest services" by DEFENDANTS in which DEFENDANTS either committed bribery, where a public official was paid for a particular decision or action concerning MIAMI; or (2) failing to disclose a conflict of interest resulting in personal gain from decisions related to MIAMI. Thereby, DEFENDANTS started to commit 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1511 (relating to the obstruction of State or local law enforcement), and 18 U.S.C. §1961 section 1343 (wire fraud). Furthermore, DEFENDANTS knew GRIFFIN FRY had lied multiple times and omitted material evidence that was utilized against PLAINTIFF. Lying is an honor code violation that would get you expelled from Sewanee thereby losing your attendance privileges at SEWANEE. By allowing GRIFFIN FRY to graduate after she lost her property interests in attending Sewanee from 2007 or 2008 and DEFENDANTS conspired to allow her to graduate from SEWANEE knowing she had lost her interests and that her graduation was contingent on furthering the RICO Enterprise. Furthermore, without the MIAMI incident, 5 Eyes would not have been able to be utilized against PLAINTIFF—every single action that concerns 5 Eyes necessarily started from a RICO Enterprise and pattern of racketeering and from the very onset, 5 EYES had no independent legitimate legal basis and therefore furthered the Enterprise when 5 Eyes was used against PLAINTIFF.

GRIFFIN FRY continued to fabricate crimes against PLAINTIFF because this occurred after the MICK SHEEDY incident to the best of PLAINTIFF'S recollection. What DEFENDANTS absolutely desired at the deepest parts of their soul was to fabricate enough evidence to falsely paint a picture of PLAINTIFF acting on his words. This is material. One time, PLAINTIFF explained the lengths PLAINTIFF would go to in a conditional situation of protecting PLAINTIFF's family from harm and protecting PLAINTIFF himself from harm while having pizza at CRUST's with GRIFFIN FRY. In this setting and conversation, the topic of Gun Control also came up in this conversation because there was a discussion of when and how one should be allowed to use a gun (i.e. gun control); and therefore, whatever PLAINTIFF said in regards to protecting himself or family from imminent harm through the use of a gun, ***it necessarily and legally made the conversation political in nature***. PLAINTIFF talked about using a firearm to protect PLAINTIFF'S family from harm in which PLAINTIFF said that PLAINTIFF would **_ONLY_** use firearms in the situations of self-defense and protection of PLAINTIFF'S family. The fact that PLAINTIFF said it was perfectly acceptable to use a firearm for self-defense purposes was used against PLAINTIFF by DEFENDANTS. *PLAINTIFF said that if it came down to it in which PLAINTIFF would need to protect himself or family from harm, PLAINTIFF would drive across state lines with a firearm to protect himself and/or his family from imminent harm* and **_ONLY IN THAT SCENARIO_**. PLAINTIFF never said at any time he was going to do so for any different reason *outside of protection of self and family in imminent harm*. PLAINTIFF said it was only applicable in the scenario that it necessitated PLAINTIFF to do it, which was protection of self or family. ***Most importantly*** and even then, ***it was an impossible condition for PLAINTIFF to fulfill and a legal impossibility for PLAINTIFF to fulfill.*** PLAINTIFF was the only one in PLAINTIFF'S family members to have been in Tennessee. The rest of PLAINTIFF'S family were in the Chicagoland area, California, Wisconsin, Arizona, or Europe. So PLAINTIFF would not have driven back down from WADSWORTH, IL to SEWANEE, TN because he would have had no family to protect in SEWANEE, TN. Then the question remains about an imminent harm to PLAINTIFF in

SEWANEE, TN. This means that in the scenario that PLAINTIFF, who was an imminent harm, would have had to escape the imminent harm and driven a minimum of 19 hours (From SEWANEE, TN to WADSWORTH, IL and back down to SEWANEE, TN) thereby the imminent harm would have ceased to exist when PLAINTIFF escaped the harm by driving away and it having taken 19+ hours to come back thereby making it an impossible condition for PLAINTIFF to meet since there was no imminent harm. *So PLAINTIFF'S condition on exercising his protected 2nd Amendment rights was not even possible.*

DEFENDANTS not thinking about the factual circumstances of PLAINTIFF'S Speech and the Constitutionally protected nature thereof, had a specific conspiracy in mind in which DEFENDANTS furthered their RICO Enterprise, GRIFFIN had PLAINTIFF draw out a map of where PLAINTIFF would get a gun to falsely allege that PLAINTIFF had different, far more sinister, plans to commit harm to innocent people and that PLAINTIFF had active plans to do so when PLAINTIFF WOULD NEVER HAVE SUCH PLANS OR IMPLEMENT SUCH PLANS. This was necessarily a political debate engaging in the marketplace of ideas with GRIFFIN FRY, a fellow student on SEWANEE'S Campus. What DEFENDANTS did with that evidence are material omissions and fabrications and completely misleading.

This incident and the way it was used by DEFENDANTS most definitely violated *Alcorta v. Texas,* 355 U.S. 28 (1957) in which "certain individual's testimony, taken as a whole, gives a false impression that became seriously prejudicial to PLAINTIFF in which ***facts*** that ***refuted DEFENDANTS claim were ignored by DEFENDANTS*** **and the fabricated crime was *materially misleading.*"** As PLAINTIFF argued, there is a liberty and property interest in HONOR and in the *HONOR CODE*." A conspiracy to violate PLAINTIFF'S rights occurred, DEFENDANTS violated PLANITIFF'S rights in the process, and DEFENDANTS committed unconstitutional acts in Crust Pizza, which is on SEWANEE'S campus; this in sum violated PLAINTIFF'S metaphysical sense of well-being, violated good relationships amongst people on campus, and therefore violated the *HONOR CODE*; and therefore, these actions in sum constituted a RICO violation as PLAINTIFF was denied his property and liberty interests because of the *HONOR CODE* violation committed by DEFENDANTS.

In *Watts v. United States,* 394 U.S. 705 (1969) that concerned an avenue and an intersection of true threats and politically connected speech, the Petitioner said the following that got him into some initial legal trouble: "They always holler at us to get an education. And now I have already received my draft classification as 1-A and I have got to report for my physical this Monday coming. I am not going. If they ever make me carry a rifle the first man I want to get in my sights is L. B. J." "They are not going to make me kill my black brothers."  The Court ruled in Petitioner's favor and said Petitioner's speech was politically protected speech by the First Amendment. The Court ruled and said: "The language of the political arena, like the language used in labor disputes, see *Linn* v. *United Plant Guard Workers of America,* 383 U. S. 53, 58 (1966), is often vituperative, abusive, and inexact. We agree with petitioner that his only offense here was "a kind of very crude offensive method of stating a political opposition to the President." **Taken in context,** and regarding the ***expressly conditional nature of the statement*** and the reaction of the listeners, we do not see how it could be interpreted otherwise." Unless GRIFFIN FRY posed a threat to PLAINTIFF, she knew by the very words PLAINTIFF were using that it was inapplicable to her. There is no reasonable interpretation otherwise that PLAINTIFF'S Speech in Crust's Pizza was political speech because it concerned an

impossible condition to meet and was political in nature in which no one could have had a different reaction; and therefore, was protected by the First Amendment and did not constitute a true or legitimate threat based on what the Court ruled in *Watts v. United States,* 394 U.S. 705 (1969). Period.

In a continuation of a pattern of fabricating evidence against PLAINTIFF's Constitutional interests, one time, GRIFFIN and PLAINTIFF were in Humphrey Dorm's kitchen and GRIFFIN had cut herself with a knife while cutting something. Wanting to distract her from the embarrassment of having her cut herself in which PLAINTIFF knew she would be particularly hard on herself because GRIFFIN FRY had confided to PLAINTIFF her personal psychology that she took things too personally and was always hard on herself; knowing such, PLAINTIFF made an awkward joke, and then that got transformed into a false accusation of me having allegedly cutting her, which PLAINTIFF did not ever physically assault GRIFFIN FRY; a report was filed about the incident. There existed a conspiracy to violate PLAINTIFF'S rights, DEFENDANTS violated PLANITIFF'S rights in the process in which GRIFFIN FRY lied on paper about the incident (which violated the *HONOR CODE*), and DEFENDANTS committed unconstitutional acts in HUMPHREY'S Dorm, which is on SEWANEE'S campus; this in sum violated PLAINTIFF'S metaphysical sense of well-being, violated good relationships amongst people on campus, and therefore violated the *HONOR CODE*; and therefore, these actions in sum constituted a RICO violation as PLAINTIFF was denied his property and liberty interests because of the *HONOR CODE* violation committed by DEFENDANTS.

So next thing, PLAINTIFF was trying to be the best friend PLAINTIFF could have imagined himself to be in the fall of 2007 and early part of 2008. PLAINTIFF forgets when GRIFFIN FRY rejected PLAINTIFF romantically, PLAINTIFF handled it okay factually looking back on it now, but GRIFFIN FRY had done other things that made PLAINTIFF upset with her. One time, GRIFFIN and PLAINTIFF had arranged to go together, along with others, on a spring break trip somewhere; and spring break came around, and they all went together on the spring break trip in which PLAINTIFF was disinvited. Then, one day in April 2008 (if PLAINTIFF is not mistaken) being in the nadir of social exclusion, trauma, depression, bullying, false reports, fabricating evidence, obstruction of justice efforts by GRIFFIN FRY and DEFENDANTS, PLAINTIFF got pushed to a point and then lashed out at GRIFFIN FRY on a Facebook message. But more importantly in that message, PLAINTIFF never threatened her or placed her in reasonable apprehension of future bodily harm. PLAINTIFF may have, through the years, expressed sorrow and regret for verbally lashing out against GRIFFIN FRY on this one time and there is proof of this. A non-contact order is put in place, and PLAINTIFF completely complies with the order, and then PLAINTIFF completely ignores GRIFFIN FRY from freshman year on out. To the best of his recollection, PLAINTIFF did not violate Title IX when it came to GRIFFIN FRY. But the damage was done at this point in the year in April 2008 or so; PLAINTIFF gets falsely labeled a creep and stalker, and his social life at Sewanee is ruined. PLAINTIFF never stalked GRIFFIN FRY nor any woman in my life; but false accusations are made of that nature.  PLAINTIFF considers transferring, but because PLAINTIFF's grades were low, that was not a possibility. The next three years at SEWANEE consists of PLAINTIFF trying to salvage his life and social life at SEWANEE.

There may be something here and PLAINTIFF can't remember fully, but PLAINTIFF thinks he got in trouble by law enforcement for posting something else on Facebook at the time and falsely labeled a threat for posting a ***comedian* *singer's* COMEDIC** song lyrics as a Facebook status. The song and artist: *Fuck Everything* by Jon Lajoie. The lyrics:

> You know what? Fuck the word "fuck," I don't need to use it
> I'll replace it with the word "chainsaw" for this chorus/
> I don't give a chainsaw/
> About anything, chainsaw everyone and chainsaw everything, what
> I don't give a chainsaw/
> I literally don't give a chainsaw 'bout anything/

First, a DEPUTY CONSTABLE (i.e. a law enforcement officer or an employee of a police force) said the following in regards to President Reagan after his assassination attempt: "But then after I said that, and then Lawrence said, yeah, he's cutting back medicaid and food stamps. And I [McPhreson] said, yeah, welfare and CETA. I said, shoot, if they go for him again, I hope they get him." *Rankin et al. v. McPhreson*, 483 U.S. 378 (1987). Law enforcement could conceivably argue that "shoot" conveyed a real intent as a "command" prior to a hypothetical. That is exactly what DEFENDANTS would have done with PLAINTIFF because DEFENDANTS hated PLAINTIFF on the basis of his disability. Furthermore, McPhreson's statements were far more specific than a comedian's song lyrics that PLAINTIFF posted. McPhreson's statements conveyed a real harm to a specific individual. How was PLAINTIFF supposed to chainsaw everyone and chainsaw everything? Its so general that it loses its specificity and reasonableness harm would befall upon someone. PLAINTIFF didn't have access to a chainsaw at Sewanee and PLAINTIFF did not buy a chainsaw. How does one interpret "I don't give a chainsaw" maliciously? If cops were actually serious about their jobs when PLAINTIFF posted a comedian's song lyrics, they could have posted the song lyrics in google and watched the music video leading to the fundamental conclusion that it was a comedian's song lyrics. Obviously, it was not a threat directed to anyone and no reasonable person would conclude that imminent harm was going to befall upon anyone. The Court ruled that McPhreson should not have been terminated for her speech, which is a damning conclusion for DEFENDANTS. If SCOTUS ruled that an employee in a law enforcement agency should not have been fired for a far more specific threat than what PLAINTIFF posted in which law enforcement officers understood that it wasn't a threat to the subject, then why did DEFENDANTS (PETER STRZOK, SEWANEE PD, ANDREW MCCABE, etc.) punish PLAINTIFF for something far less serious. It is about equal treatment under the law and PLAINTIFF was not treated equally and faced far more severe repercussions for posting a comedian's song lyrics.

PLAINTIFF alleges that at some point, DEFENDANTS hacked into PLAINTIFF'S laptop either via TITLE II, USA PATRIOT ACT, or SEWANEE cooperating with the FBI and CIA and allowing them to access SEWANEE'S network to access PLAINTIFF'S laptop. PLAINTIFF was kind of contrast like in nature in which he wanted to know the opposite side's arguments to all issues. See 2E above. So this was after the Taylor/Tyler incident in Big Brothers Big Sister. As previously mentioned, PLAINTIFF at this time wanted to become a psychiatrist and he talked to GRIFFIN FRY about psychology issues a lot. One of PLAINTIFF'S

fascinations at the time was Abnormal Psychology. PLAINTIFF wanted to talk about it to understand it. So PLAINTIFF is alleging that DEFENDANTS hacked PLAINTIFF'S laptop in which they created a website or provided links to papers that DEFENDANTS themselves had placed knowing the beyond likelihood that PLAINTIFF would read it because he wanted to know opposing view points. PLAINTIFF doesn't recall exactly how it came up, but if PLAINTIFF had to make a guess to the best of his recollection, read an article either for classwork/homework or it came up on his internet feed somehow in which PLAINTIFF regularly read all sorts of random things; it may have been an article related to criminal justice as PLAINTIFF regularly read articles about criminal justice issues. PLAINTIFF doesn't remember exactly what the article was about, but the content of the article contained content about Pedophiles or MAPS as the article called them (Minor Attracted Person). PLAINTIFF can't recall what he said about the article; but what PLAINTIFF knows it was that was maliciously used against PLAINTIFF. BUT WHAT PLAINTIFF can tell you is that PLAINTIFF never supported Pedophiles or think it was in any way justifiable. PLAINTIFF may have expressed sympathy in which they were hardwired to be that way, but PLAINTIFF never said their actions were acceptable. **There is a huge difference between understanding and acceptability**. One can understand how criminals operate and be fascinated with criminals by understanding them, but those same individuals don't become that type of criminal nor would those same individuals *accept* the criminals' actions. That is all what PLAINTIFF is getting at. SCOTUS talks about this in *Skilling v. United States* in which they spend a lot of time talking about McNally; Rand McNally are MAPS (producers) so MCNALLY and MAPS can refer to specific point.  So SCOTUS talks about PLAINTIFF and DEFENDANTS case against PLAINTIFF prior to reading an article that was intentionally placed by DEFENDANTS for PLAINTIFF to read so that they could get PLAINTIFF to talk about the issues because PLAINTIFF wanted to read about abnormal psychology and have an opposing viewpoint and try to understand it further through talking about it. PLAINTIFF will take it one step further.

As the FBI said between 2001-2008, they had massive "electronic warehouses of terrorism data." So if they had that much terrorism data, then they had the following data in which DEFENDANTS DOJ/FBI knew all of the following facts via Simone Roberts Et. Al., Indicators of School Crime and Safety: 2010. (U.S. Dep't of Educ. & U.S. Dep't of Justice, Nov. 2010)." The Bureau of Justice Statistics created both the aforementioned study in November 2010 and *the study in December 2010*--the data is pretty comparable between the two studies. The average violent victimization rates for non-disabled people based on the general population for 12-24 year olds is 36.8 per 1,000 in 2008. The average violent victimization rates for disabled people based on a general population for 12-24 year olds is 97.3 per 1,000 in 2008—this is about 2.5 times more likely for a disabled person than a non-disabled person. Disabled people are twice as likely to be victims of rape than non-disabled people based on a general population. Most importantly, disabled men with cognitive disabilities are more than twice as likely to be victims of violence based on violent victimization rates when compared to non-disabled women: 36.6 per 1,000 (age-adjusted) compared to 17.7 per 1,000 respectively. (this data was used and discovered when it came to RICO Enterprise 2). The point being, with all of that data, DEFENDANTS completely failed to act in a manner (and help) on who they themselves knew was the most likely group of people to be a victim of violent crime—*disabled men with cognitive disabilities.* That's precisely the type of discrimination the Court in *Alexander v. Choate*, 469 U.S. 287

(1985) said was perceived by Congress to be most often the product of *thoughtlessness and indifference*-of benign neglect.

PLAINTIFF, based on information and belief, believes DEFENDANTS regularly utilized GRIFFIN FRY'S known perjured testimony and racketeering testimony throughout the years of 2008-Present.

**18 U.S. Code § 2234 - Authority exceeded in executing warrant; 18 U.S. Code § 2235 - Search warrant procured maliciously; 18 U.S. Code § 2236 - Searches without warrant.**

Minimum amount of allowing GRIFFIN FRY to Graduate after 4 years of Racketeering Activity: $125,000 for 4 years of Tuition. Plus Treble Damages. $375,000.

Damage deriving from all things related to GRIFFIN FRY. Incalculable at the present moment as so much started from GRIFFIN FRY and was derived from GRIFFIN FRY'S and PLAINTIFF'S interactions; the extent of which PLAINTIFF cannot fathom within DEFENDANTS intelligence world.
With Treble Damages. $30,000,000 Total Minimum Damages so far: $70,465,000.

### FRESHMAN YEAR. SEWANEE.  Victoria and a flight.



FBI: ROBERT MUELLER. CIA: MICHAEL HAYDEN. DOJ Attorney General: MICHAEL MUKASEY. DOJ Solicitor General: Paul Clement. DOJ Northern District of Georgia (Atlanta): SALLY YATES.

"The danger that high federal officials will disregard constitutional rights in their zeal to protect the national security is sufficiently real to counsel against affording such officials an absolute immunity." *Mitchell v. Forsyth*, 472 U.S. 511 (1985). "Because the Amendment now affords protection against the uninvited ear, oral statements, if illegally overheard, and their fruits are also subject to suppression. *Silverman v. United States,* 365 U. S. 505 (1961); *Katz v. United States,* 389 U. S. 347 (1967)"

Okay, the way PLAINTIFF'S life has gone so far, the "Miki Victoria Sudo" in the DOJ/FBI news release above in which she called in a false bomb threat to US Airways on 09/11/2010 is the same Victoria at issue here in Sewanee and is a key piece of evidence for *Miki's Tea Party* as to exonerate PLAINTIFF. PLAINTIFF alleges that DEFENDANTS intentionally tampered with "Miki Victoria Sudo" in some way in which DEFENDANTS coerced her into doing that action because of the story below in order to cover up for their Title II violations to the Court. DEFENDANTS violated 18 U.S.C. 1962(d), 18 U.S.C. 241,

During the 1980s, one of the most popular bands in Yugoslavia was Riblja Čorba. The lead singer of Riblja Čorba, Mr. Đorđević, was awarded the Order of Karađorđe's Star (one of the highest civilian honors) by the President of Serbia, Aleksandar Vučić, for his contribution to Serbian culture.

Most millennials of a Yugoslavian ancestry (Slovenia, Bosnia, Croatia, Serbia, Macedonia, etc.) would have heard this song by Riblja Čorba and their parents would have most definitely heard the song of *"Avionu slomiću ti krila"* as well. The whole point PLAINTIFF is making about the song is that it is an *"Itan"* example of Yugoslavian culture where singing and saying things that constitute terrorism means that the people of Yugoslavia (and under Title VI) inherently understand one singing or saying terrorism acts do **_not_** actually have the mental requisite intent in committing terrorism acts.

Song: Avionu slomiću ti krila
Artist: Riblja Čorba
Track 6 on the album: *Priča o ljubavi obično ugnjavi*

**Here are the lyrics in Serbian:**
[Tekst pesme "Avionu, slomiću ti krila"]

[Strofa 1]
Bivao sam sa jednom i drugom/
Muvao se sa onom i ovom/
Družio se sa srećom i tugom/
A ti ode s prvim avionom/
Teoretski ljubav lepo zvuči/
Malčice je drukčije u praksi/
Mnogo toga još uvek se uči/
'Ajmo dole, stigao je taksi/

Avionu, slomiću ti krila/
Da ne letiš, ona bi tu bila/
Joj, ako ti uhvatim pilota/
Lišiću ga njegovog života/
Avionu, slomiću ti krila/
Da ne letiš, ona bi tu bila/
Joj, ako ti uhvatim pilota/
Lišiću ga njegovog života/

Ćutim i kroz staklo gledam/
Boeing 747/
Ti si jedina, ti si dragocena/
Čista desetka, to ti je ocean/

Avionu, slomiću ti krila/
Da ne letiš, ona bi tu bila/
Joj, ako ti uhvatim pilota/
Lišiću ga njegovog života/
Avionu, slomiću ti krila/
Da ne letiš, ona bi tu bila/
Joj, ako ti uhvatim pilota/
Lišiću ga njegovog života/

Avionu, slomiću ti krila/
Da ne letiš, ona bi tu bila/
Joj, ako ti uhvatim pilota/
Lišiću ga njegovog života/
Avionu, slomiću ti krila/
Da ne letiš, ona bi tu bila/
Joj, ako ti uhvatim pilota/
Lišiću ga njegovog života/

[Završetak]
Lišiću ga njegovog života/


Now, here are the song lyrics in English (via Google Translate):

I've been with both (gals)/
Flirt with that one and this one/
He socialized with happiness and sadness/
And you leave on the first plane/
In theory, love sounds nice/
It's a little different in practice/
Much is still being learned/
'Let's go down, the taxi has arrived/

Airplane, I'll break your wings/
If you didn't fly, she would be there/
Oh, if I catch your pilot/
I will deprive him of his life/
Airplane, I'll break your wings/
If you didn't fly, she would be there/
Oh, if I catch your pilot/
I will deprive him of his life/

I keep silent and look through the glass/
Boeing 747/
You are the only one, you are precious/
Pure ten*, that's your ocean/ *plaintiff believes he says DC-10, which JAT Airlines had.

Airplane, I'll break your wings/
If you didn't fly, she would be there/
Oh, if I catch your pilot/
I will deprive him of his life/
Airplane, I'll break your wings/
If you didn't fly, she would be there/
Oh, if I catch your pilot/
I will deprive him of his life/

Airplane, I'll break your wings/
If you didn't fly, she would be there/
Oh, if I catch your pilot/
I will deprive him of his life/
Airplane, I'll break your wings/
If you didn't fly, she would be there/
Oh, if I catch your pilot/
I will deprive him of his life/

[End]
I will deprive him of his life

PLAINTIFF alleges that he watched on Youtube the song Avionu slomiću ti krila by Riblja Čorba and/or he talked about the song with someone in his dorm room. This necessarily brings up a Title VI claim. Furthermore, as PLAINTIFF will allege, because he talked about the song in his freshman year of Sewanee or beyond a reasonable doubt in high school, PLAINTIFF alleges that DEFENDANTS maliciously used the song against PLAINTIFF in which they sent in Victoria. In the following news article, this Victoria may have been the Victoria at issue: https://www.justice.gov/archive/usao/nv/news/2011/05192011.html (See: Screenshot Above).

In conjunction with *Peachy Miami*, PLAINTIFF does not recall how exactly PLAINTIFF was introduced/got in contact with an Asian woman named Victoria (PLAINTIFF can't

remember how it spelled or her last name and if it is sudo as per the article). For all intents and purposes, VICTORIA quite literally just happened to suddenly appear in PLAINTIFF'S dorm at Humphrey's one day—completely out of the blue-- and PLAINTIFF welcomed her in. She is in PLAINTIFF'S room and starts having a conversation with PLAINTIFF about airplanes. PLAINTIFF loves airplanes and started talking about airplanes with her. PLAINTIFF alleges that DEFENDANTS had told and directed VICTORIA to talk about wanting to stop an aircraft to frame PLAINTIFF and she did so under disguise so that DEFENDANTS could fabricate evidence to be used against PLAINTIFF. *See*: PLAINTIFF'S 2e twice exceptional personality features above.  At this time, mind you PLAINTIFF is an 18-year-old autistic male that loved flying, so PLAINTIFF knew a lot about planes then because PLAINTIFF loved airplanes, cars, trains, and trucks. Victoria poses the question of how would PLAINTIFF stop a plane in flight if PLAINTIFF could and PLAINTIFF tells her numerous ways to do so; and one of those ways you could stop a plane is that you could call in a bomb threat even though it is completely illegal. **<u>PLAINTIFF specifically told VICTORIA that</u> she <u>shouldn't do it</u> <u>because it was illegal</u>**. ←
This piece of evidence was intentionally omitted. So not only does PLAINTIFF tell her not to do it, but PLAINTIFF also lists other ways of how a plane could stop midflight. It never came across PLAINTIFF'S mind that VICTORIA would have followed through on it if she did. So that is a component of the racketeering scheme in which PLAINTIFF does not have the Mens Rea to actively encourage nor direct anyone to committing the act—PLAINTIFF was not part of the criminal syndicate underworld being an 18-year-old autistic man in which PLAINTIFF had no actual gang associations or mob associations. PLAINTIFF has a pure heart and would never commit criminal acts and would not expect anyone to do the same. This gets deliberately misconstrued as FBI falsely alleges that PLAINTIFF is some mafioso terrorist figure in which they continue to commit these acts to harm PLAINTIFF maliciously.

The problem is that essentially what an autistic individual like PLAINTIFF understands is only <u>the factual question being asked and</u> *<u>not the **next** social considerations that derive from the facts</u>* on how the information that is relayed to the receiver/asker of question will be received or contemplated or processed or if that the person would use the information in a malicious manner. It took PLAINTIFF years of awkward experiences to come to understand the next social consideration and PLAINTIFF still has trouble with that at times, especially when it comes to politics. Autistic individuals like PLAINTIFF don't believe the worst in people whereas law enforcement and intelligence come from the standpoint of believing the worst in an individual because that is who *they r*egularly interact with. Autistic individuals like PLAINTIFF can be, and are, too naïve and innocent for our own good. Autistic people like myself fundamentally don't believe the information we have will be used against us for sharing what we know and all PLAINTIFF was doing was sharing something his autistic knowledge and had no intent or desire that she utilize it in the manner she did. Autistic people like myself don't believe the information will be used maliciously. So PLAINTIFF relays to Victoria/Viktoria information that was being asked that can be easily acquired through a myriad of different sources or was commonly known and understood anyway. *See*: PLAINTIFF'S 2e twice exceptional personality features above. PLAINTIFF doesn't consider how much sharing is too much to get law enforcement involved. PLAINTIFF did not have reason to believe at any time she was serious and would have actually utilized the information and implemented the information, but she did to PLAINTIFF'S horror if that was actually the same VICTORIA. After this conversation, VICTORIA leaves and PLAINTIFF never sees her again.

PLAINTIFF believes it was an agent sent by American INTEL (FBI, CIA, NSA, or DHS) for the sole purpose of fabricating materially misleading information and evidence against PLAINTIFF. This brings up the following:

If DEFENDANTS utilized any of the Victoria conversation, they violated: 18 U.S. Code § 2234; 18 U.S. Code § 2235; 18 U.S. Code § 2236. 18 U.S.C. 241, 42 U.S.C. 1985(2), 18 U.S.C. 1962 (d), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 U.S.C. §1961 section 1343 (wire fraud), and 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"). In *U.S. v. Matiz*, 14 F.3d 79 (1st Cir. 1994) ruled on the proposition that an act of perjury can be an act of obstruction of justice under 18 U.S.C. 1961 Section 1503 since "The findings (of obstruction of justice) encompass all the elements of perjury — falsity, materiality, and willfulness. The only matter about which the court was not explicit was whether Matiz's testimony was material. A sentencing court, however, is not required to address each element of perjury in a separate and clear finding. *See id.* In fact, the Court in *Dunnigan* affirmed a district court's finding that did not use the term willful…*Dunnigan* only requires that a sentencing court's findings encompass all of the factual predicates for a finding of perjury." "The Supreme Court has stated that a witness testifying under oath commits perjury if "she gives false testimony concerning a material matter with the willful intent to provide false testimony, rather than as a result of confusion, mistake, or faulty memory." *United States v. Dunnigan,* 113 S.Ct. 1111 (1993)." *U.S. v. Matiz*, 14 F.3d 79 (1st Cir. 1994). *U.S. v. Ashland Oil Inc.*, 705 F. Supp. 270 (W.D. Pa. 1989) discussed what constituted materiality: "A concise summary of this materiality requirement is set forth in Justice Stevens' concurring opinion in *Youngblood:* Our cases make clear that "[t]he proper standard of materiality must reflect our overriding concern with the justice of the finding of guilt," and the State's failure to turn over (or preserve) potentially exculpatory evidence therefore "must be evaluated in the context of the entire record." *United States v. Agurs,* 427 U.S. 97 (1976) (footnotes omitted); see also *California v. Trombetta,* 467 U.S. 479 (1984) (duty to preserve evidence "must be limited to evidence that might be expected to play a significant role in the suspect's defense")." "By limiting §1503 to acts having the "natural and probable effect" of interfering with the due administration of justice, the Court effectively reads the word "endeavor," which we said in *Russell* embraced "any effort or essay" to obstruct justice out of the omnibus clause, leaving a prohibition of only actual obstruction and competent attempts…A §1503 violation occurs when "an act is done corruptly if it's done voluntarily and intentionally to bring about either an unlawful result or a lawful result by some unlawful method, with a hope or expectation of either financial gain or other benefit to oneself or a benefit of another person." *United States v. Aguilar*, 515 U.S. 593 (1995).

PLAINTIFF is alleging that DEFENDANTS (ROBERT MUELLER, FBI, CIA, MICHAEL HAYDEN, NSA, and DHS) intentionally omitted the fact that PLAINTIFF said not to tamper with an aircraft and said it was illegal. The fact that Victoria came and left so quickly out of PLAINTIFF'S life means that it was a complete set-up to fabricate materially misleading evidence and false evidence.

Case law provides the following. In, *United States v. Cook,* 793 F.2d 734 (5th Cir. 1986) ("[b]oth the fact of conspiracy and a defendant's participation in it may be proved by circumstantial evidence." 793 F.2d at 736). "As was the case in *United States v. Postal,* 589 F.2d 862 (5th Cir.) … "the mere fact that [defendant] made the statement is relevant to the issues of [his] knowledge of the conspiracy and his participation in it."...As Professor McCormick explains: "Proof that one talks about a matter demonstrates on its face that he was conscious or aware of it, and his veracity simply does not enter into the situation." *[omitted]."U.S. v. Jones*, 839 F.2d 1041 (5th Cir. 1988). "If the government's conduct in the investigation **through a sting operation is so active that its conduct fabricated elements of the offense**, it might be considered a violation of due process to prosecute the defendant." *U.S. v. Steinhorn*, 739 F. Supp. 268, 271 (D. Md. 1990). DEFENDANTS (ROBERT MUELLER, FBI, CIA, MICHAEL HAYDEN, NSA, and DHS) and therefore violated PLAINTIFF'S Fifth and Fourteenth Amendment Rights with the Victoria situation and violated 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1511 (relating to the obstruction of State or local law enforcement), and 18 U.S.C. §1961 section 1343 (wire fraud).

"The question, then, is whether Hagler can point to sufficient evidence at trial to show that the jury could have had a reasonable doubt concerning entrapment…Hagler's burden has two parts: he must point to evidence indicating (1) governmental inducement that might cause him to act criminally where he otherwise would not, and (2) his lack of intent, before contact by governmental agents, to commit the crime charged." *U.S. v. Jones*, 839 F.2d 1041(5th Cir. 1988). PLAINTIFF had no serious intent on directing someone to commit an act of terrorism because he said not to do it. If it wasn't for Victoria inducing PLAINTIFF to talk about it, PLAINTIFF wouldn't have done it because PLAINTIFF loved flying. "This Circuit recognized the outrageous conduct defense in *United States v. Graves,* 556 F.2d 1319 (5th Cir. 1977)*, supra,* in which we wrote: "'[A]part from any question of predisposition of a defendant to commit the offense in question, governmental participation may be so outrageous or fundamentally unfair as to deprive the defendant of due process of law or to move the courts in the exercise of their supervisory jurisdiction over the administration of criminal justice to hold that the defendant was "entrapped" as a matter of law.'" 556 F.2d at 1322 (quoting *United States v. Quinn*, 543 F.2d 640, 647-48 (8th Cir. 1976))." *United States v. Yater*, 756 F.2d 1058 (5th Cir. 1985). The whole entire event was a complete form of entrapment and therefore violations of 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 U.S.C. §1961 section 1343 (wire fraud), and 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services").

"Although there is no infallible means of divining a defendant's predisposition to commit a crime after the fact, there are several factors recognized as relevant in making this determination. We start with the observation that predisposition is, by definition, "the defendant's state of mind and inclinations *before his initial exposure to government agents.*" *United States v. Jannotti,* 501 F. Supp. 1182 (E.D.Pa. 1980), *rev'd on other grounds,* 673 F.2d 578 (3rd Cir.)...This answers defendant's bizarre contention that "the agents literally entrapped him into a state of predisposition." One is either predisposed to commit a crime before coming into contact with the Government or one is not, so the argument that one could be entrapped into having a state of predisposition is meaningless. **We now turn our attention to the factors relevant in determining predisposition**. Among these are the character or reputation of the defendant,

including any prior criminal record; ***whether the suggestion of the criminal activity was initially made by the Government;*** **whether the defendant was engaged in the criminal activity for profit; whether the defendant evidenced reluctance to commit the offense**, **overcome only by repeated Government inducement or persuasion**; **and the nature of the inducement or persuasion supplied by the Government.** While none of the factors alone indicates either the presence or absence of predisposition, the most important factor . . . is whether the defendant **evidenced reluctance to engage in criminal activity which was overcome by repeated Government inducement**…" *United States v. Kaminski*, 703 F.2d 1004 (7th Cir. 1983). There was no predisposition by PLAINTIFF. PLAINTIFF had a complete reluctance and was not part of a conspiracy to be undertaken. BUT FOR DEFENDANTS (ROBERT MUELLER, FBI, CIA, MICHAEL HAYDEN, NSA, and DHS) sending in Victoria in PLAINTIFF'S dorm, completely unannounced and not knowing how she got there, it was complete repeated Government inducement and was part of a similar set of circumstances in Peachy Miami.

Under Title VI, *United States v. Ramirez,* 765 F.2d 438 (5th Cir. 1985)(First, he must make a *prima facie* showing that he has been singled out for prosecution although others "similarly situated who have committed the same acts have not been prosecuted."… He then must demonstrate that the government's selective prosecution of him was "actuated by constitutionally impermissible motives ... such as racial discrimination… A showing of discriminatory purpose requires the defendant to demonstrate that the government selected or reaffirmed a particular course of action at least in part "because of" — not merely "in spite of" — its adverse effects on an identifiable group." BUT FOR DEFENDANTS (ROBERT MUELLER, FBI, CIA, MICHAEL HAYDEN, NSA, and DHS) hating "Itan" culture and Yugoslavians and especially autistic individuals, PLAINTIFF would not have been subject to such outrageous conduct at the behest of the United States Government and therefore a violation of 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 U.S.C. §1961 section 1343 (wire fraud), and 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services").

In another Government Entrapment claim, "Thus, what is presented is that after months of investigation revealed no criminal activity, Agent Sullivan, **based upon a philosophical remark** by Ralph Finno as to his thoughts on what are classically considered "victimless crimes", decided to set up a loanshark operation. " the tapes reveal, most cogently to the matter at bar, that Eddie Wasco, another government agent, had to "sit down and give lessons" to the Finnos on how to lend FDLE money to FDLE agents to receive FDLE interest in return so that they could then be arrested and charged. The agent admitted the loansharking scheme was his idea… The state presented no evidence of ongoing criminal activity by the defendants, nor did it establish or suggest that Mr. Ralph Finno was engaged in criminal activity. Indeed, the opposite appears from the record. The video tape of Wasco telling the Finnos how to engage in the loanshark business belies the criminality the state would like to suggest. Even if the conduct of the government did not violate due process, we think that this case must still be resolved by affirming the trial court in light of *Munoz* on subjective entrapment grounds. In order to prove the subjective test of entrapment, Munoz establishes three questions to be asked: (1) did an agent of the government induce the accused to commit the offense charged; (2) was the accused predisposed to commit the offense charged; and (3) should the case of entrapment be submitted

to the jury. In the instant case, there is no question that the government induced the appellees to commit the offense. The state does not dispute this. As to the second point, the trial court mentioned appellee Ralph Finno's "philosophical remark . . . as to his thoughts on what are classically considered `victimless crimes.'" **That the defendant may philosophically or theoretically think that some act should not be criminal cannot amount to predisposition to commit the crime. To claim that is to say that a newspaper editor, for instance, is predisposed to commit drug crimes because the editor has argued for legalization of drugs. Such advocacy does not amount to criminal predisposition. Thus, appellee's lack of concern for victimless crimes does not amount to predisposition."** *State v. Finno*, 643 So. 2d 1166 (Fla. Dist. Ct. App. 1994). This is exactly what the case is about. PLAINTIFF'S philosophical or political thoughts did not amount to criminal predisposition in which FOR DEFENDANTS (ROBERT MUELLER, FBI, CIA, MICHAEL HAYDEN, NSA, and DHS) equivocated PLAINTIFF'S philosophical and political thoughts as actual predisposition. Therefore, PLAINTIFF'S 5th and 14th Amendment Due Process rights were violated in which a Title VI violation also occurred. PLAINTIFF will explain more of this in the next Chapter.

# FRESHMAN YEAR. SEWANEE.
# LAW ENFORCEMENT INTERVENTIONS:

FBI: ROBERT MUELLER. CIA: MICHAEL HAYDEN. DOJ Attorney General: MICHAEL MUKASEY. DOJ Solicitor General: Paul Clement. DOJ Northern District of Georgia (Atlanta): SALLY YATES.

As alluded to earlier in *Anarchy* about *Sewanee Sabotage*, DEFENDANTS knowingly used the picture from the book to materially mislead the Court that PLAINTIFF was acting on sabotage in Sewanee in which it was seriously prejudicial to PLAINTIFF. *See*: PLAINTIFF'S 2e twice exceptional personality features above. Mind you, it is only in the context and reference to how friends and acquaintances were socially backstabbing one another at the time (especially PLAINTIFF), in which PLAINTIFF was ostracized after being falsely labeled a pedophile for getting distracted and holding the kid on the stomach to keep him safe, and the picture from the book was not applicable in any other scenario at the time. As alluded to in *Sewanee Sabotage*, PLAINTIFF can't remember who the conversation was with; however, what PLAINTIFF remembers is the content on the conversation. PLAINTIFF acknowledged the fact that cars were regularly left unlocked in Sewanee because of the HONOR CODE. Because PLAINTIFF was always defensive in his life having been bullied and abused, PLAINTIFF always looked at ways at preventing future abuse and being bullied and was providing an example of what sabotage would have consisted of on campus and not to do that. Therefore, PLAINTIFF ***only talked***— *PLAINTIFF never in legal fact committed the following*—about how easy it would be to get access to the interior of a car since the cars were unlocked at Sewanee and one would place things in someone's car to frame that car's owner.

Before PLAINTIFF elaborates what happens next, the following needs to be conveyed. PLAINTIFF created a MySpace page and profile in High School. PLAINTIFF'S screenname was "TheYugoMob1,"which was the same exact name from PLAINTIFF'S AOL screenname (AIM Messenger) of the same screenname as "TheYugoMob1" that was created sometime

before PLAINTIFF was in the 7th grade because PLAINTIFF remembers his AIM was the TheYugoMob1 in the 7th grade, which was in 2001. The Mafia was a large part of the Eastern European/Balkan culture after the USSR fell in the 1990s. The Marine Corp actually explicitly referred to and never condemned of what the Janissaries did to Balkan families and how they obtained Balkan people in 2000 in an article published by the United States Naval Institute in March 2000, Proceedings Vol. 126/3/1,165.[196] This was a year after America bombed Yugoslavia in 1999, which is around the same exact time that PLAINTIFF created and made his screenname. For all intents and purposes under Title VI, having the screenname of "BlackMob1" and "TheYugoMob1" are on and of the same. PLAINTIFF doesn't feel like it is fully necessary for PLAINTIFF to explain that immature boys make stupid screennames or humorous screennames to them. No 1st Generation Yugoslavian-American sixth grader is in the Yugoslavian Mafia. This is clearly "*Itan*." It was a young kid making a stupid joke on the internet in the early 2000s in which around 2000, barely anyone in the former Yugoslavia had a computer. Okay? Okay. Let's grant the completely absurd notion that PLAINTIFF was in the Yugoslavian Mafia from the 6th grade and had created their social network profile (in which it was a completely illogical conclusion to PLAINTIFF at the time because the Yugos did not own computers hence the joking nature of it) in which PLAINTIFF administered and had control over it from High School, PLAINTIFF would have owned numerous guns between the time PLAINTIFF if he had been inducted in the Yugoslavian mob in the 6th Grade (2000), would have no actual need to purchase any guns in 2008, and the following incident that occurred in 2008 that involved police. Again, all of this is based on "*Itan*." Lets continue.

This happened around the Middle of Freshman year so either October or November 2007 or February or March 2008 that involved PLAINTIFF'S car. See: Upbringing about Title VI and PLAINTIFF'S car. So *United States v. Brignoni-Ponce*, 422 U.S. 873 (1975), the Court talked about how cops can pull over someone for suspicion of being an illegal immigrant, which is basically asking someone about a nationality status under Title VI. The Court said a CBP officer may question the driver and passengers **about their citizenship and immigration status, and he may ask them to explain suspicious circumstances, but any further detention or search must be based on consent or probable cause.** *Id.*

PLAINTIFF is alleging that GRIFFIN FRY was either paid by DEFENDANTS as an informant in *Peachy Miami* or had been directed by DEFENDANTS to get PLAINTIFF to talk about *Peachy Miami*. DEFENDANTS had paid and dropped off Victoria in PLAINTIFF'S room to intentionally fabricate evidence against PLAINTIFF. DEFENDANTS at this time were aware of the content and conversation of *Peachy Miami*, were aware of the content of *Victoria's Flight*, and were aware of the content of *Sewanee Sabotage* (See: *Anarchy*). Two of these scenarios were necessarily created by DEFENDANTS to induce autistic PLAINTIFF to talk about those things to fabricate evidence against PLAINTIFF like having utilized coerced recordings against PLAINTIFF'S will in *Upbringing*. DEFENDANTS, especially the FBI, were on the hunt for "domestic terrorists." PLAINTIFF was on the "out" socially. There would be no social repercussions for what they did to PLAINTIFF and it was in their interest to cover it up.

---

[196] https://www.usni.org/magazines/proceedings/2000/march/americas-janissaries#:~:text=Comparing%20the%20US%20armed%20forces,recruitment%20and%20work%20on%20retention. Last Checked 08/22/2023.

PLAINTIFF is alleging that DEFENDANTS in the CIA/FBI/etc. called SEWANEE POLICE DEPARTMENT one day or visited them in person and talked about how to fabricate evidence against PLAINTIFF. CIA/FBI/et. al needed to create materially misleading evidence and narratives to be used against PLAINTIFF. DEFENDANTS knew that PLAINTIFF was not predisposed to the crimes as PLAINTIFF did not have a criminal record, had never had even the suggestion that he had committed carjackings or had broken into cars before, nor did he ever break into cars as a youth; nor was he known by any police department in high school has having breaking into cars or being associated with anyone that regularly did that. There was not an iota of evidence that PLAINTIFF was predisposed to do this. DEFENDANTS had either paid for the testimony involving those topics or had unconstitutionally obtained such during an unconstitutional investigation that was based on perjured testimony and fraud upon the Court. Knowing the reward to DEFENDANTS in establishing precedent to be used against PLAINTIFF in which they would get more resources, more control, and more power once they had the ability to punish people for their speech, they concocted a scheme with SEWANEE POLICE DEPARTMENT and SEWANEE POLICE DEPARTMENT OFFICERS and had directed two students to falsely identify PLAINTIFF as having acted upon his speech (in this instance, falsely identify PLAINTIFF of having acted upon Sewanee Sabotage as it was a specific plan in a specific place and they needed the evidentiary overlap to fraudulently prove their case). In so doing and having necessarily directed those individuals to falsely identify PLAINTIFF, DEFENDANTS necessarily relied on perjured testimony that violated the *HONOR CODE* and these were substantive RICO Predicate acts. ALL DEFENDANTS were aware that their actions were wrong at the time. To DEFENDANTS, these unconstitutional actions were just but a temporary "inconvenience" to DEFENDANTS in the long run in which DEFENDANTS necessarily knew they had a completely willing and enabling Supreme Court to cover up their actions, reduce the scope of protection afforded to *the People* of their constitutional rights, and prevent DEFENDANTS from ever being held accountable for their transgressions. That is what PLAINTIFF is alleging.

So PLAINTIFF, sometime after *Big Brother Big Sister* happened, after specifically having these conversations about why sabotaging relationships and friendships is harmful (and engaging in sabotage behavior violated the *HONOR CODE*) with some students living in Humphrey's dorm, the following incident occurred after DEFENDANTS conspiracy. PLAINTIFF had been in his room for more than an hour. If DEFENDANTS would have actually utilized USA PATRIOT ACT §507 or §215 (seeing how, as plaintiff is alleging, they committed fraud on the court in utilizing §219 against PLAINTIFF in which they used materially misleading evidence, fabricated facts, and perjured testimony against PLAINTIFF or had requested the data through a national security letter on Facebook and searched PLAINTIFF prior to this incident because of *Peachy Miami*) what they could have proven beyond a reasonable doubt was that PLAINTIFF had been in his room on his laptop scrolling on the internet for at least an hour or more (to the best of PLAINTIFF'S recollection) by obtaining the browsing history of PLAINTIFF online on SEWANEE'S Internet prior to DEFENDANTS/SEWANEE PD knocking on his door asking PLAINTIFF to come outside because they were in need of some "assistance." These are intentional and material omissions because they needed to fabricate a materially false narrative against PLAINTIFF (this is after *Peachy Miami*, but prior to *Trespass Incident #3* to the best of PLAINTIFF'S recollection).

PLAINTIFF believes to the best of his recollection, the following: TED ROBINSON took PLAINTIFF outside to a random car in Humphrey's parking lot after PLAINTIFF having talked to TED ROBINSON about Sewanee Sabotage and TED ROBINSON broke into a car by opening the door to an unlocked car; PLAINTIFF alleges TED ROBINSON and DEFENDANTS (FBI, ROBERT MUELLER, CIA, MICHAEL HAYDEN, DHS, NSA) had conspired with TED ROBINSON in violation of 18 U.S.C. 1962(d), 18 U.S.C. 241, 42 U.S.C. 1983, 42 U.S.C. 1985(3), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 U.S.C. §1961 section 1343 (wire fraud), and 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services").in which aforementioned DEFENDANTS needed a witness to fabricating a materially misleading narrative. TED ROBINSON violated the *HONOR CODE*. PLAINTIFF also alleges that DEFENDANTS planted evidence in PLAINTIFF'S unlocked car, which was a violation of the *HONOR CODE*.

As part of the previous scheme, DEFENDANTS (FBI, ROBERT MUELLER, CIA, MICHAEL HAYDEN, DHS, NSA) had conspired with Sewanee PD to fabricate materially misleading narratives against PLAINTIFF in violation of 18 U.S.C. 1962(d), 18 U.S.C. 241, 42 U.S.C. 1985(2), 42 U.S.C. 1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 U.S.C. §1961 section 1343 (wire fraud), and 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services").So, PLAINTIFF willingly and gladly goes out to provide Sewanee PD some assistance. PLAINTIFF was outside and standing next to some police officers in the parking lot of Humphrey's after being directed to go outside and help/provide assistance to law enforcement by DEFENDANTS. PLAINTIFF had not committed any crimes that day and had not been outside his dorm room for more than an hour before the cops came. Let's grant the false lie to be true for the sake of argument of what DEFENDANTS had accused PLAINTIFF of. PLAINTIFF goes outside to a car that is not his own and plants things inside the car and then goes back inside in which PLAINTIFF is allegedly seen from a second-floor window and a first-floor window. If this happened, both those witnesses would have called the cops then and SEWANEE PD would have necessarily arrived in less than 5 minutes. SEWANEE is a very small town despite being on a huge campus. It would have taken less than 5 minutes for an officer to show up somewhere on central campus and to be in the parking lot of Humphrey's dorm as Humphrey's dorm was on the inner and central periphery of the campus. Like PLAINTIFF said, for a cop to go from the Police station to go to Humphrey's dorm would have taken less than 5 minutes max. Even if (as there were four officers involved) all four of them get the call, one of them would have appeared within five minutes and apprehended PLAINTIFF. For four police officers to arrive to Humphrey's and take the statement of two individuals of what happened would have taken less than 20 minutes and they would have then apprehended PLAINTIFF. Period. But that is not what happened. PLAINTIFF had done nothing wrong at this point of time because he was in his dorm room for more than an hour that day on the computer and thought nothing nefarious was happening. DEFENDANTS have the record of this because of PLAINTIFF'S internet browsing history. PLAINTIFF had never broken into anyone's car at any point of time in PLAINTIFF'S life and had never planted things inside their cars although PLAINTIFF, admittedly, had talked about it prior to this incident.

PLAINTIFF is standing in the parking lot and is talking to DEFENDANTS SEWANEE POLICE DEPARTMENT, and they start grilling PLAINTIFF about his supposed gang associations while pointing at PLAINTIFF'S car nearby. The cops spend more than 5 minutes grilling PLAINTIFF outside. PLAINTIFF is completely flanked on both sides by police officers in which PLAINTIFF can't retreat back but can only run away forward which is illegal. Three officers are standing next to or behind PLAINTIFF in the vicinity of PLAINTIFF in the parking lot in which they position themselves in such a way as to place themselves between the door/curtilage of the dorm and the parking lot. PLAINTIFF would have had to ask an officer to move or completely walk around them to go back into the dorm. If anyone views three police officer being behind a subject and encircling the subject from behind in which none of them stand in front of PLAINTIFF, that is the most guilty presumption that can be visually created because the three officers are in the perfect position to instantaneously place handcuffs on the Subject/PLAINTIFF. This is extremely suggestive. For all intents and purposes, PLAINTIFF could not have left because they were grilling PLAINTIFF and PLAINTIFF had not "helped them" on their fishing expedition and was confused as to when he would be of immediate assistance to law enforcement. PLAINTIFF had necessarily been seized by law enforcement and no miranda warnings were given and this identification procedure was unconstitutionally coercive and suggestive. DEFENDANTS were standing in the way of PLAINTIFF getting back into the dorm. This grilling is not friendly, it is hostile. PLAINTIFF was not in the mob. PLAINTIFF was not in a gang. The only factually ascertainable way based on the entirety of PLAINTIFF'S existence at that time in which DEFENDANTS could have had acquired that presumption of PLAINTIFF allegedly being in a mob or gang was that law enforcement had stumbled across PLAINTIFF'S MySpace name of: TheYugoMob1. That's it. No other way conceivable. So this is a Title VI violation and a violation of *United States v. Brignoni-Ponce*, 422 U.S. 873 (1975) as it was necessarily done on the basis of PLAINTIFF'S nationality because of the screenname, "*Itan*" in the creation of such, and PLAINTIFF'S car. It was intentional because no other reasonable inferences can be made because it was on the basis of PLAINTIFF'S car, 'Itan' and joke name. Necessarily, when DEFENDANTS would be asked how PLAINTIFF came to be known as associated with a "gang," they would necessarily have to justify their actions on PLAINTIFF'S AIM and MySpace account name so it was intentional on that basis as well as the car. Period. So, DEFENDANTS are grilling PLAINTIFF on the basis of his nationality to find any reasonable suspicion or probable cause in which they had no reason or proof to believe that PLAINTIFF committed a crime that day. PLAINTIFF believes DEFENDANTS are trying to cover up their constitutional violations and *HONOR CODE* Violations in furtherance of RICO Enterprise 1 and arrest PLAINTIFF for anything. Obviously this meets the requirements under *United States v. Ramirez,* 765 F.2d 438 (5th Cir. 1985). So after a minimum of 5 or 10 minutes, of these conversations, then PLAINTIFF looks behind himself inside the dorm and someone from inside the dorm, who is standing next to another cop, points at PLAINTIFF from a window. PLAINTIFF is standing there wondering like what the fuck was that. This is an extremely suggestive and unconstitutional police identification line up and identification and a false identification at that. PLAINTIFF has been unconstitutionally seized and not made aware of it. It is now to PLAINTIFF'S understanding it was a trap, and PLAINTIFF was sabotaged for the conversations he had earlier because the police needed to falsely identify PLAINTIFF because *DEFENDANTS took PLAINTIFF'S words after PLAINTIFF said them and implemented a plan of constitutional sabotage against PLAINTIFF to*

*frame PLAINTIFF as having acted on his words in a specific location with a specific plan in mind*.[197] Pause. PLAINTIFF is going to repeat that again:

**From 2008:** ___DEFENDANTS took PLAINTIFF'S specific words that were illegally obtained through committing fraud on the Court after PLAINTIFF said them and implemented a plan of constitutional sabotage against PLAINTIFF to frame PLAINTIFF and create the materially false narrative they needed for PLAINTIFF as having acted upon his words in a specific location with a specific plan in mind___.[198]

That was their one and only true intent and motive in mind involving PLAINTIFF because they needed to cover up for the fraud they had committed on the Court and needed the completely hypocritical precedent in place in which PLAINTIFF refused to actually commit the crime. It absolutely not an issue of: if you do the crime, you do the time; to DEFENDANTS in regards to PLAINTIFF, it was even if you absolutely don't want to do the crime, we lie about you to judges and magistrates and say you did the crime by fabricating evidence against you so you could do the time. If it wasn't their one and true motive here and if FBI were truly all about the fair administration of law and rooting out corruption in the local police departments across the country as they are legally required to do under the law, DEFENDANTS would have caught and arrested Sewanee P.D. for violating PLAINTIFF'S rights, but no one went punished for their actions here.

*People v. Jamieson*, 436 Mich. 61 (Mich. 1990) discussed when entrapment occurred and government misconduct in an investigation: "A review of the common law of this state shows that discretionary investigative enforcement measures extend beyond a tolerable level when *by design* the government ___uses continued pressure, appeals to friendship___ or sympathy, threats of arrest, an informant's vulnerability, sexual favors, **or procedures which escalate criminal culpability**. All of these traditional inducements are absent from the facts of this case. We conclude that the furnishing of contraband by the government is insufficient to induce or instigate the commission of a crime by the average person, similarly situated to these defendants, who is not ready and willing to commit it. We also note that this is not a case where the government's furnishing of narcotics was for the purpose of trying to escalate the criminal culpability of defendants. *People v Killian*, 117 Mich. App. 220; 323 N.W.2d 660 (1982)." DEFENDANTS (FBI, ROBERT MUELLER, CIA, MICHAEL HAYDEN, DHS, NSA, and unknown Sewanee PD officers) utilized TED ROBINSON in which they used PLAINTIFF'S friendship against him; There were false and coercive procedures in identifying PLAINTIFF by DEFENDANTS (FBI, ROBERT MUELLER, CIA, MICHAEL HAYDEN, DHS, NSA, and unknown Sewanee PD officers) such as aforementioned DEFENDANTS having violated *Coleman v. Alabama*, 399 U.S. 1 (1970) in which the police line-up/identification procedure was so unfairly suggestive that it violated due process under the 14th Amendment because they had the intent on fabricating evidence to be utilized against PLAINTIFF. DEFENDANTS violated *Arizona v. Fulminate*, 499 U.S 279 (1991) because they were attempting to coerce yet another confession in light of "PLAINTIFF'S supposed associations" in violation of TITLE VI in which it was not a harmless error when there was an inducement by a government officials to be falsely

[197] See: *Meth* and *An Anchor and a Pitchfork*
[198] See: *Meth* and *An Anchor and a Pitchfork*

identified as having committed a crime against his constitutional interests. There was a coercion in his confession in violation of the 5th and 14th amendments. Court found there was a legitimate fear that PLAINTIFF was going to be deprived of liberty and property interests, and there was evidence that was obtained afterwards that was prejudicial to the individual that concerned "associations" known to the individual like trying to connect PLAINTIFF to being in the Yugo mob when he was never in the Yugo mob. So, there was an imminent fear of harm that would be undertaken against PLAINTIFF in which there was prejudicial evidence introduced on an association known to the individual that was prejudicial to the individual. Those were the totality of the circumstances in the case. Therefore, DEFENDANTS (FBI, ROBERT MUELLER, CIA, MICHAEL HAYDEN, DHS, NSA, and unknown Sewanee PD officers) violated 18 U.S.C. 1962(d), 42 U.S.C. 1985(2), 42 U.S.C 1983, 18 U.S.C. 241, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 U.S.C. §1961 section 1343 (wire fraud), and 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services").

DEFENDANTS (FBI, ROBERT MUELLER, CIA, MICHAEL HAYDEN, DHS, NSA, and unknown Sewanee PD officers) criminal scheme was done in absolute constitutional and legal abhorrence to the rule of law. In *United States v. Twigg,* 588 F.2d 373 (3d Cir. 1978) the Court said: "Government agents approached Neville, who was not then engaged in any illicit [drug] activities and, said the court, "deceptively implanted the criminal design in Neville's mind (albeit they were PLAINTIFF'S). They set him up, encouraged him, provided the essential supplies and technical expertise, and when he and [the government informant] *encountered difficulties in consummating the crime,* **they assisted him in finding solutions**. *This egregious conduct on the part of government agents generated new crimes by the defendant merely for the sake of pressing criminal charges against him,* when, as far as the record reveals, **he was lawfully and peacefully minding his own affairs**. Fundamental fairness does not permit us to countenance such actions by law enforcement officials and prosecution for a crime *so fomented by them* will be barred." That is exactly what happened in this instance.

The Court in *NIEMOTKO v. MARYLAND*, 340 U.S. 268 (1951) talked about how a conviction could not stand since it related to the free speech of the appellants when: "At the time of the arrest of each of these appellants, there was no evidence of disorder, threats of violence or riot. There was no indication that the appellants conducted themselves in a manner which could be considered as detrimental to the public peace or order. *On the contrary, there was positive testimony by the police that each of the appellants had conducted himself in a manner beyond reproach*." Having cooperated with police on two separate times (one of which PLAINTIFF's rights were completely violated) would be some exculpatory evidence that PLAINTIFF had conducted himself in a manner beyond reproach that was a factor in deciding that a conviction was not warranted. True there may have been some other issues, but the point being, cooperation with police is exculpatory evidence and PLAINTIFF is alleging there was a complete omission of this evidence.

Furthermore, "However, in *People v Turner, supra*, this Court renounced the subjective test followed by the United States Supreme Court and a majority of states, reasoning that the objective test is preferable because: "[B]y definition, the entrapment defense cannot arise unless the defendant actually committed the proscribed act, that defendant is manifestly covered by the terms of the criminal statute involved. "Furthermore, to say that such a defendant is 'otherwise

innocent' or not 'predisposed' to commit the crime is misleading, at best. The very fact that he has committed an act that Congress has determined to be illegal demonstrates conclusively that he is not innocent of the offense. . . . "The purpose of the entrapment defense, then, cannot be to protect persons who are 'otherwise innocent.' Rather, it must be to prohibit unlawful governmental activity in instigating crime." [ *Id.* at 20, quoting *Russell, supra* at 442.] The *Turner* Court held that the defendant was entrapped as a matter of law. It stated that the agent engaged in overreaching conduct by pursuing the defendant after the first investigation did not turn up any evidence. Turner was not a drug dealer, and the agent played upon Turner's sympathy as a friend. The law enforcement officer went beyond merely creating an opportunity for the commission of a crime. California case, *People v Barraza*, 23 Cal.3d 675; 153 Cal.Rptr. 459; 591 P.2d 947 (1979), also provides a rationale for adopting the objective approach instead of the subjective test. The *Barraza* court stated: "[A] test that looks to the character and predisposition of the defendant rather than the conduct of the police loses sight of the underlying reason for the defense of entrapment. No matter what the defendant's past record and present inclinations to criminality, or the depths to which he has sunk in the estimation of society, certain police conduct to ensnare him into further crime is not to be tolerated by an advanced society. . . . Human nature is weak enough . . . and sufficiently beset by temptations without government adding to them and generating crime." [ *Id.* at 687, quoting *Sherman, supra* at 382-384.] Further the *Barraza* court gives examples of impermissible police conduct which would constitute entrapment under the objective test. The court listed as examples the following: (1) an appeal by police because of friendship or sympathy rather than for personal gain; (2) inducement that would make the commission of crime unusually attractive to a normal "law-abiding person," *id.* at 689; (3) a guarantee that the act was not illegal; (4) an offer of exorbitant consideration or similar enticement. [W]hile the inquiry must focus primarily on the conduct of the law enforcement agent, that conduct is not to be viewed in a vacuum. . . We reiterate, however, that under this test such matters as the character of the suspect, his predisposition to commit the offense, and his subjective intent are irrelevant. [ *Id.* at 690-691.]" *People v. Jamieson*, 436 Mich. 61 (Mich. 1990) "As we repeatedly have held, "a due process violation will be found only in the rarest and most outrageous [of] circumstances." *United States v. Nissen,* 928 F.2d 690 (5th Cir. 1991).

*In U.S. v. Matiz*, 14 F.3d 79 (1st Cir. 1994) ruled on the proposition that an act of perjury can be an act of obstruction of justice under 18 U.S.C. 1961 Section 1503 since "The findings (of obstruction of justice) encompass all the elements of perjury — falsity, materiality, and willfulness. The only matter about which the court was not explicit was whether Matiz's testimony was material. A sentencing court, however, is not required to address each element of perjury in a separate and clear finding. *See id.* In fact, the Court in *Dunnigan* affirmed a district court's finding that did not use the term willful…*Dunnigan* only requires that a sentencing court's findings encompass all of the factual predicates for a finding of perjury." "The Supreme Court has stated that a witness testifying under oath commits perjury if "she gives false testimony concerning a material matter with the willful intent to provide false testimony, rather than as a result of confusion, mistake, or faulty memory." *United States v. Dunnigan,* 113 S.Ct. 1111 (1993)." *U.S. v. Matiz*, 14 F.3d 79 (1st Cir. 1994). *U.S. v. Ashland Oil Inc.*, 705 F. Supp. 270 (W.D. Pa. 1989) discussed what constituted materiality: "A concise summary of this materiality requirement is set forth in Justice Stevens' concurring opinion in *Youngblood:* Our cases make clear that "[t]he proper standard of materiality must reflect our overriding concern

with the justice of the finding of guilt," and the State's failure to turn over (or preserve) potentially exculpatory evidence therefore "must be evaluated in the context of the entire record." *United States v. Agurs,* 427 U.S. 97 (1976) (footnotes omitted); see also *California v. Trombetta,* 467 U.S. 479 (1984) (duty to preserve evidence "must be limited to evidence that might be expected to play a significant role in the suspect's defense")." "By limiting §1503 to acts having the "natural and probable effect" of interfering with the due administration of justice, the Court effectively reads the word "endeavor," which we said in *Russell* embraced "any effort or essay" to obstruct justice out of the omnibus clause, leaving a prohibition of only actual obstruction and competent attempts…A §1503 violation occurs when "an act is done corruptly if it's done voluntarily and intentionally to bring about either an unlawful result or a lawful result by some unlawful method, with a hope or expectation of either financial gain or other benefit to oneself or a benefit of another person." *United States v. Aguilar*, 515 U.S. 593 (1995).

DEFENDANTS (FBI, ROBERT MUELLER, CIA, MICHAEL HAYDEN, DHS, NSA, and unknown Sewanee PD officers) knowingly violated the HONOR CODE in having a witness falsely identify PLAINTIFF in which aforementioned DEFENDANTS knew PLAINTIFF did not commit such an act. So not only was perjured testimony used by aforementioned DEFENDANTS, they themselves perjured themselves when they knew the incidents at issue were not caused by PLAINTIFF. PLAINTIFF had extreme difficulty in consummating the crime because PLAINTIFF had no actual intent on committing the crime at any point of PLAINTIFF'S life. Because PLAINTIFF had not meaningfully undertaken any substantial steps in furtherance of MIAMI, government agents generated new crimes for the sake of merely pressing criminal charges against PLAINTIFF after legal fraud had been committed on the Court by DEFENDANTS in which they needed to *create an intentionally and materially false narrative and had fabricated evidence in the process and relied on perjured testimony to show that PLAINTIFF had acted upon his words in a specific location with a specific plan in mind.* The purpose of doing this was providing irrefutable proof and a justification by DEFENDANTS in Court and in warrants in which DEFENDANTS would introduce the evidence of how local police had identified and apprehended an individual that had talked about a specific plot occurring at a specific location mentioned by the individual prior to it occurring thereby painting the false picture that PLAINTIFF would act on his words and previous plans in which the FBI and DEFENDANTS would have had all of the proof necessary to falsely allege that PLAINTIFF had serious intent on committing *Peachy Miami*. Aforementioned DEFENDANTS knowingly utilized perjured testimony and false identification in which evidence was planted by DEFENDANTS to cover up the legal fraud they had committed on the Court. So that is two counts of obstruction of justice under 18 U.S.C. §1503 because it was material and a probable consequence of their actions was obstructing justice and violations of 18 U.S.C. §1962(d), 42 U.S.C. §1985(2), 18 U.S.C. §241, 42 U.S.C. §1983, Title VI, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 U.S.C. §1961 section 1343 (wire fraud), and 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services").

In *Fahy v. Connecticut,* 375 U.S. 85 (1963), the Court held that the admission of unconstitutionally obtained evidence was prejudicial and that the error was not harmless and deprived the individual of his constitutional rights. *Fahy v. Connecticut,* 375 U.S. 85 (1963) explained the facts of the case as: "On February 1, 1960, swastikas were painted with black paint

on the steps and walls of a Norwalk synagogue. At about 4:40 a.m., Officer Lindwall of the Norwalk police saw an automobile being operated without lights about a block from the synagogue. Upon stopping the car, Lindwall found that Fahy was driving and Arnold was a passenger. Lindwall questioned Fahy and Arnold about their reason for being out at that hour, and they told him they had been to a diner for coffee and were going home. Lindwall also checked the car and found a can of black paint and a paint brush under the front seat. Having no reason to do otherwise, Lindwall released Fahy and Arnold…Officer Lindwall followed the car to Fahy's home. Later the same morning, Lindwall learned of the painting of the swastikas. Thereupon, he went to Fahy's home and -- ***without having applied for or obtained an arrest or search warrant*** -- entered the garage under the house and removed from Fahy's car the can of paint and the brush. About two hours later, Lindwall returned to the Fahy home, this time in the company of two other Norwalk policemen. Pursuant to a valid arrest warrant, the officers arrested Fahy and Arnold." So there is a moment in time that the officers don't have probable cause to believe that a crime has been committed nor is there is an imminent danger to anyone. The cops were supposed to go on their way after pulling the subjects over at issue and all Officer Lindwall objectively has is just a hunch about something in which he doesn't have an objective basis in knowing how the black paint was used in the case or the possibility that the black paint was going to be used in the future. Then he breaks into the home by the requisite knowledge of a different officer and/or was being directed by another officer to do so to unconstitutionally obtain material evidence the police needed in a warrant. In *Trespass Incident #3,* the officers/DEFENDANTS necessarily know perjured testimony was used before, knew of the unconstitutional nature of their actions, which made it even more prejudicial to PLAINTIFF.

The evidence obtained in the case was incriminating in which it was used to corroborate the testimony of an officer about an important part of the alleged crime. Without that evidence, there is no case to be had. Like PLAINTIFF in *Trespass Incident #3* and *False Identification*, there is no identification without a materially known use of perjured testimony and there is no evidence of being a threat to anyone without being coerced by the officer in *Trespass Incident #3* in which he had no constitutional basis to be in the room; without either one of these incidents, there is no case nor is there any plausible or justifiable reason to utilize Title II or FISA against PLAINTIFF. Then without these two specific pieces of materially fabricated evidence, DEFENDANTS (FBI, ROBERT MUELLER, CIA, MICHAEL HAYDEN, DHS, NSA, and unknown Sewanee PD officers) can't use the opinion testimony of the officers or anyone within the DEFENDANTS (FBI, ROBERT MUELLER, CIA, MICHAEL HAYDEN, DHS, NSA, and unknown Sewanee PD officers)organization to confirm their materially false and fabricated narrative they justified to the Court in their Title II authorization or NSL letters.

Even in *Fahy v. Connecticut,* 375 U.S. 85 (1963), yes indeed, there was an aspect of the case that concerned the subject's humor and why he did something in the course of an interrogation by the police which would go to determining whether or not his actions fell within the scope prohibited behavior by the statute, the following is from the Court questioning the cop who had interrogated him: "Q. Did you have any further conversation with Fahy before you reached the police station that you remember? " "A. I asked him what the reason was for painting the swastikas, and he said it was only a prank, and I asked him why, and he said for kicks." Now even the difference between PLAINTIFF and Mr. Fahy is that PLAINTIFF never acted upon his humor or "*Itan*" in which it was all purely verbal and PLAINTIFF'S Mens Rea is necessarily at

issue. If it wasn't for the cumulative prejudicial acts that occurred throughout PLAINTIFF'S freshman year, the court would not have had the fabricated evidence utilized against PLAINTIFF to circumstantially falsely prove and falsely allege PLAINTIFF'S Mens Rea at issue without ever having to ask for PLAINTIFF'S Mens Rea. The Court talked about the interrogation in which they said: "Nor can we ignore the cumulative prejudicial effect of this evidence upon the conduct of the defense at trial. It was only after admission of the paint and brush and only after their subsequent use to corroborate other state's evidence and only after introduction of the confession that the defendants took the stand, admitted their acts, and tried to establish that the nature of those acts was not within the scope of the felony statute under which the defendants had been charged. We do not mean to suggest that petitioner has presented any valid claim based on the privilege against self-incrimination. We merely note this course of events as another indication of the prejudicial effect of the erroneously admitted evidence." *Id.* So whatever the DEFENDANTS did in regard to PLAINTIFF his ENTIRE Freshman year is fundamentally unconstitutional based on *Fahy v. Connecticut,* 375 U.S. 85 (1963).

PLAINTIFF is including his argument about the issue of DEFENDANTS' (FBI, ROBERT MUELLER, CIA, MICHAEL HAYDEN, DHS, NSA, and unknown Sewanee PD officers) intentional and deliberate omission of exculpatory evidence regarding PLAINTIFF'S Mens Rea concerning *Peachy Miami* and *Sewanee Sabotage* made in the section *TAR* [here].

PLAINTIFF alleges a violation (42 U.S.C. § 1983) for this action in falsely identifying PLAINTIFF (which was also a Title VI violation) and a violation of *Monroe v. Pape*, 365 U.S. 167 (1961). In, *Monroe v. Pape*, 365 U.S. 167 (1961), the issue of the Court was whether the Civil Rights Act (42 U.S.C. § 1983) could hold state police officers liable for their actions. The Court ruled in the affirmative. The held "Misuse of power possessed by virtue of state law and made possible only because the wrongdoer is clothed with the authority of state law is action taken "under color of" state law within the meaning of § 1979. *United States v. Classic,* 313 U. S. 299; *Screws v. United States,* 325 U. S. 91. Pp. 365 U. S. 183-187." In deciding the case and the applicability of such to the present situation, SCOTUS utilized the following passage from a politician from Illinois to convey the crucial point of: "If the State Legislature pass a law discriminating against any portion of its citizens, or if it fails to enact provisions equally applicable to every class for the protection of their person and property, it will be admitted that the State does not afford the equal protection. But if the statutes show no discrimination, yet, in its judicial tribunals, one class is unable to secure that enforcement of their rights and punishment for their infraction which is accorded to another, or, if secret combinations of men are allowed by the Executive to band together to deprive one class of citizens of their legal rights without a proper effort to discover, detect, and punish the violations of law and order, the State has not afforded to all its citizens the equal protection of the laws."

In late Spring 2008 (probably April 2008) because of how crazy the entire first floor was in Humphrey's dorm and the entire Humphrey's dorm had been acting that year, there is a first-floor meeting—a law enforcement intervention of sorts--with all the freshmen in Humphrey's dorm with law enforcement officers present and PLAINTIFF presumes Sewanee PD taking notes. Questions and conversations are had and PLAINTIFF told the truth then and PLAINTIFF apologized when he had been wrong because PLAINTIFF took responsibility for his actions when appropriate. DEFENDANTS then try to paint PLAINTIFF as having enjoyed tying up

GRIFFIN FRY in which PLAINTIFF vehemently denied and had told the cops that it was GRIFFIN FRY and WES CRANE'S idea and direction to do that against GRIFFIN FRY. Then Sewanee PD placed PLAINTIFF in a "*damned if I do, damned if I don't*" scenario based on the HONOR CODE when asked by law enforcement a question that would implicate some students and possibly get them in trouble. The problem was if PLAINTIFF lied to law enforcement and covered for fellow students, then PLAINTIFF would have gotten myself deeper in trouble with law enforcement and would have violated the HONOR CODE. If PLAINTIFF answered in the affirmative, PLAINTIFF would have got some fellow students in more trouble and been ostracized even further. PLAINTIFF made the right decision and answered in the affirmative. After telling the truth and working cooperatively with law enforcement, BRITTANY ROSE then sends PLAINTIFF a message on Facebook and calls PLAINTIFF "a terrorist" that very night because PLAINTIFF'S answer implicated BRITTANY ROSE—PLAINTIFF is socially ostracized even further for telling the truth. PLAINTIFF believes that DEFENDANTS had encouraged or paid BRITTANY ROSE to do this in violation of the honor code to provide materially misleading evidence to the court. Additionally, because of PLAINTIFF'S autism and sometimes eccentric behavior and prior to this incident, BRITTANY ROSE sends PLAINTIFF a message on Facebook accusing PLAINTIFF of being on drugs. PLAINTIFF truthfully denies such allegations; however, this will come up later in which, PLAINTIFF is alleging, that Law Enforcement used BRITTANY ROSE'S perjured testimony against PLAINTIFF accusing him of being a drug user and SCOTUS used perjured testimony because the words were sent on Campus in which the HONOR CODE applied. So in PLAINTIFF'S freshman year, *PLAINTIFF is called a terrorist because PLAINTIFF worked with law enforcement*. *Irony upon Irony*. PLAINTIFF, upon information and belief, DEFENDANTS would eventually use that Facebook message by BRITTANY ROSE to falsely label me as a terrorist or extremist without giving the court the full context of the message. So that is two counts of obstruction of justice under 18 U.S.C. §1503 because it was material and a probable consequence of their actions was obstructing justice and violations of 18 U.S.C. §1962(d), 42 U.S.C. §1985(2), 18 U.S.C. §241, 42 U.S.C. §1983, Section 504, ADA, Title VI, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 U.S.C. §1961 section 1343 (wire fraud), and 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services").

**SOPHOMORE/JUNIOR YEAR. SEWANEE.**

# JAPLAN EMAIL.

FBI: ROBERT MUELLER and JAMES COMEY. CIA: LEON E. PANETTA. JOHN BRENNAN.  DHS. JANET NAPOLITANO. DOD GENERAL COUNSEL: JEH JOHNSON. DHS JEH JOHNSON. DOJ Solicitor General: ELENA KAGAN. DOJ Northern District of Georgia (Atlanta): SALLY YATES

LEON PANETTA was the head of the CIA from about February 2009 through April 17th, 2011. LEON PANETTA earned his Juris Doctorate from Santa Clara and was also a professor at Santa Clara. LEON PANETTA was most definitely a Clinton friend in which he was BILL CLINTON'S WHITE HOUSE CHIEF OF STAFF. 1994-1997. Professor at Santa Clara University. LEON PANETTA was confirmed by the Senate in February 2009 through April 17th, 2011. On April 28, 2011, Obama announced the nomination of Panetta as defense secretary to replace the

retiring Robert Gates. According to author Nigel Hamilton, "Panetta replaced McLarty for the rest of Clinton's first term—and the rest is history. To be a great leader, a modern president must have a great chief of staff—and in Leon Panetta, Clinton got the enforcer he deserved." Panetta was appointed White House Chief of Staff on July 17, 1994, and he held that position until January 20, 1997. He was a key negotiator of the 1996 budget, which was another important step toward bringing the budget into balance. On April 28, 2011 (on PLAINTIFF'S birthday), President Obama announced the nomination of LEON PANETTA as United States Secretary of Defense as a replacement for retiring Secretary Robert Gates. On June 21, 2011, the Senate confirmed Panetta in an unusual 100–0 vote. Congress unanimously against PLAINTIFF. He was inaugurated on July 1, 2011. Leon Panetta was a speaker on Day 3 of the 2016 Democratic National Convention in which Hillary Clinton was nominated to run as the Democratic candidate in the presidential election that year. He lives on his family's 12-acre (4.9 ha) walnut farm in Carmel Valley, California.

The important point of this section, and the only point of this section on top of introducing LEON PANETTA is the following. PLAINTIFF sometime around his sophomore or junior year at Sewanee wrote an email (hereon: JAPLAN email) that served as a factual nexus and piece of evidence to be materially misleading in *An Anchor and a Pitchfork*. The JAPLAN email was written: completely outside the confines of Sewanee, necessarily was not connected to any event that occurred in Sewanee, was protected by privilege (that wasn't in regards to any legal proceeding), and the JAPLAN email referred to a very specific stage in development. Now here is the thing. Beyond any reasonable doubt because of what the DOJ did PLAINTIFF'S freshman year and before in furtherance of RICO Enterprise 1 and what they would eventually do in *Miki's Tea Party* and *An Anchor and a Pitchfork*, DEFENDANTS had to have a way to destroy PLAINTIFF. DEFENDANTS knew of the extreme value of how intentionally and materially misleading it could be if a very select portion out of the totality of the email (PLAINTIFF would say 5 words, one of which could also be a name) was utilized as evidentiary proof to maliciously and wantonly prosecute PLAINTIFF and charge him for a crime he did not commit to absolve themselves of the prior acts DEFENDANTS committed against PLAINTIFF. **The name: Angel.** Without the JAPLAN email, *An Anchor and a Pitchfork* could not have happened.

Where part of the RICO Enterprise happened that perpetuated mail and wire fraud was that this JAPLAN email was stored somewhere on the servers and computers of American Intel, Indian Intel, British Intel, Qatari Intel, or another Intel service. Say if it was India/Indian Intel, Japan/Japan Intel, Britain/British Intel that did JAPLAN; **_but for_** an unknown American Intel officer or American Intel agency having sent the JAPLAN email over wires to India/Indian Intel/British Intel/Japanese Intel/any intel agency that did JAPLAN, there is no way that JAPLAN could have happened. Additionally, but for India/Indian Intel, Japan/Japan Intel, Britain/British Intel or America/American Intel/John O. Brennan/Hillary Clinton/Jeh Johnson, having utilized the JAPLAN email against PLAINTIFF, *An Anchor and a Pitchfork* would not have happened.

The totality of *An Anchor and a Pitchfork* is incorporated [here]. Specifically, the 100+ federal crimes PLAINTIFF argued in *An Anchor and a Pitchfork* are incorporated [here].

PLAINTIFF alleges that DEFENDANTS in violating, 18 U.S.C. §1962(d), 18 U.S.C §241, 42 U.S.C. §1985(2), 42 U.S.C.§1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C §2234 - Authority exceeded in executing warrant, 18 U.S. Code §2235 - Search warrant procured maliciously, and/or 18 U.S.C § 2236 - Searches without warrant obtained the *JAPLAN* email.

PLAINTIFF will incorporate the minimum amount of damage deriving from the JAPLAN email in *Miki's Tea Party* or *An Anchor and a Pitchfork* because it was the necessary and requisite materially misleading evidence DEFENDANTS all could have ever hoped for in their torture and vendetta against PLAINTIFF and was used maliciously against PLAINTIFF in SUMMER 2015 that was shared across the wires.

## JUNIOR YEAR. SEWANEE. *This Side of the Street*.

FBI: ROBERT MUELLER. CIA: LEON PANETTA. DHS. JANET NAPOLITANO. DOD GENERAL COUNSEL. JEH JOHNSON. DOJ Attorney General: ERIC HOLDER. DOJ Solicitor General: ELENA KAGAN. DOJ Northern District of Georgia (Atlanta): SALLY YATES.

"The danger that high federal officials will disregard constitutional rights in their zeal to protect the national security is sufficiently real to counsel against affording such officials an absolute immunity." *Mitchell v. Forsyth*, 472 U.S. 511 (1985). "Because the Amendment now affords protection against the uninvited ear, oral statements, if illegally overheard, and their fruits are also subject to suppression. *Silverman v. United States,* 365 U. S. 505 (1961); *Katz v. United States,* 389 U. S. 347 (1967)"

11/23/2010

email id: 1044461

Bolivia Leader Rebukes U.S. In Front Of Robert Gates (Los Angeles Times) By David S. Cloud Bolivian President Evo Morales on Monday accused the United States of undermining democratic government in Latin America in a speech about purported plots and conspiracies originating in Washington, as U.S. Defense Secretary Robert M. Gates listened only a few feet away https://wikileaks.org/gifiles/docs/10/1044461_marine-corps-times-early-bird-brief-.html

From DEFENDANTS **DOJ** themselves: "The right to free expression and law enforcement's desire to control dissent and challenges to authority pose vexing problems for police officials. By combining police sanction concepts, citizen demeanor literature, and case law on civil liability, the author shows how police officers increase liability risks by arresting or otherwise retaliating against vocal critics, uncooperative suspects, and citizens with an attitude problem. After identifying the retaliation standard articulated by the U.S. Supreme Court in Mt. Healthy City School District Board of Education v. Doyle (1977), the author examines lower

cases pursuant to Mt. Healthy's three-pronged test: (1) whether plaintiff conduct is protected by the first amendment; (2) whether plaintiff's protected first amendment activity is a substantial or motivating factor in police officer conduct; and (3) whether a police officer would respond the same in the absence of the protected first amendment activity. He concludes that police officers need more training in anger management and interpersonal communication to avoid liability for violating the first amendment right of citizens to verbally confront and challenge the police."[199] ANDREW MCCABE would regularly discuss this incident and utilize this against PLAINTIFF; for example, in Fall 2015, ANDREW MCCABE said in regards to a feud between DOJ and FBI: "If someone on our ***side of the street*** felt slowed down by someone on their **side of the street**, someone would ask, what have we become, the federal bureau of ***matters***?"[200] Yes, plaintiff knows from experience and personal knowledge that the FBI and DOJ headquarters in WASHINGTON DC are across from one another; however, it is the inclusion of the word "matters," the time of Fall 2015, and in addition to "side of the street" that all occur in the same sentence that makes it a direct reference to PLAINTIFF as they were talking about certain episodes in PLAINTIFF'S Life (that PLAINTIFF will elaborate upon).

# THIS IS EXTREMELY IMPORTANT. THE FIRST TIME "MATTER" COMES UP IS IN THIS CHAPTER AND THEN LATER COMES UP AGAIN IN THE DEVIL INCARNATE. Thereby, any and all incidents that involve a "matter" come up from this incident. Chronologically speaking, this true because GIVE ME LIBERTY AND GIVE ME BEER OCCURRED ***BEFORE*** *BIG BROTHER and BIG SISTER.* It is as PLAINTIFF has conclusively proven about the nature of this case is that is pure malicious and restrained retaliation. So ***This Side of the Street*** occurred **BEFORE** the ***Devil Incarnate***.

On April 7th, 2009, DHS (Janet Napolitano) and FBI (Robert Mueller) co-created: *Rightwing Extremism: Current Economic and Political Climate Fueling Resurgence in Radicalization and Recruitment*. It was prepared by the Extremism and Radicalization Branch, Homeland Environment Threat Analysis Division with the FBI. "The DHS/Office of Intelligence and Analysis (I&A) has no specific information that domestic rightwing terrorists are currently planning acts of violence, but rightwing extremists may be gaining new recruits by playing on their fears about several emergent issues. The economic downturn and the election of the first African American president present unique drivers for rightwing radicalization and recruitment. Threats from white supremacist and violent antigovernment groups during 2009 have been largely rhetorical and have not indicated plans to carry out violent acts. Nevertheless, the consequences of a prolonged economic downturn—including real estate foreclosures, unemployment, and an inability to obtain credit—could create a fertile recruiting environment

---

[199] https://www.ojp.gov/ncjrs/virtual-library/abstracts/police-civil-liability-and-first-amendment-retaliation-against
[200] McCabe, Andrew. *The Threat. How the FBI Protects America in the Age of Terror and Trump.* 2019.

for rightwing extremists and even result in confrontations between such groups and government authorities similar to those in the past…. but they have not yet turned to attack planning."[201] In inducing a paranoid climate, On December 6, 2010, Walmart announced it was partnering with the DHS. The partnership included a video message from Napolitano on TV screens in Walmart stores playing a "public service announcement" to ask customers to report suspicious activity to a Walmart manager. Napolitano compared the undertaking to "the Cold War fight against communists."

Did PLAINTIFF have even more trouble with law enforcement during Sewanee? Yes. One day in the beginning part of the Fall 2009 semester, PLAINTIFF was trying to be social and go to fraternity parties when PLAINTIFF was not a regular party drinker because PLAINTIFF wanted friends where the vast majority of the students in SEWANEE are in Greek life. You do what the vast majority of students do to have friends to fit in. PLAINTIFF was walking down the _side of the road_ going against traffic from one fraternity to another. It was common practice by DEFENDANT SEWANEE POLICE DEPARTMENT between August 2007 and the day before this incident in Fall 2009 to allow students to walk from one party to another with drinks in hand and not get in trouble for it as long as they were not causing any problems. Records in citations concerning open beverages between 2007-2009 and an increase in open container violations from 2009-2011 will prove the increase that happened because DEFENDANTS were covering up what they did to PLAINTIFF. PLAINTIFF had consumed only two or three beers at this point of the night so PLAINTIFF is not intoxicated by any stretch of the imagination. There were no sidewalks for PLAINTIFF to walk on and PLAINTIFF would have walked on a sidewalk if they were available. SEWANEE is a small, isolated town, there were no cars on the road at the time. Prior to this incident, DEFENDANTS SEWANEE PD, FBI, and other unnamed DEFENDANTS conspired to retaliate against PLAINTIFF and continue the RICO Enterprise and created this incident to fabricate evidence against PLAINTIFF and other RICO Acts. On that Fall 2009 night, PLAINTIFF is just minding his own business as a 20-year-old, and PLAINTIFF, who having been encouraged to leave one party at a fraternity to go to another frat party, makes his way to another party to find friends and is walking on the side of the road with an open can of Coors Light in his hand. The sounds of **whoop whoop** comes from the _other side of the road_. The first question that is bellowed from the police car is: "**hey how $OLD$ are you**." It is clear that this is _retaliatory action_ from the incident of _Freshman Year. Sewanee. GIVE ME LIBERTY and GIVE ME BEER_ because it is about an underage person having a beer at 20 years old.

It was obvious that OFFICER ROLLINS/DEFENDANTS knew PLAINTIFF and knew how old PLAINTIFF was at the time. PLAINTIFF shouldn't have been a smart-ass, but PLAINTIFF does what PLAINTIFF does from time to time, and PLAINTIFF says why does that

_**matter**_ to you in response to the earlier incident. DEFENDANT/OFFICER ROLLINS comes out of his car, and commands PLAINTIFF to come to the car. PLAINTIFF complies. PLAINTIFF is standing right next to the rear passenger door on the left side of the police car and then DEFENDANT OFFICER ROLLINS slams PLAINTIFF against the police car with all of his might and tells PLAINTIFF to get in the backseat. PLAINTIFF, like a good patriotic

[201] _https://irp.fas.org/eprint/rightwing.pdf_

American, held on to his beer after being slammed into the cop car. So PLAINTIFF is still holding an open can of Coors Light when OFFICER ROLLINS seizes PLAINTIFF and places PLAINTIFF in the back of the cop car; and from this moment on, PLAINTIFF is arrested and seized. ***At no point does OFFICER ROLLINS read or give PLAINTIFF his Miranda warning/rights that night.***

One of the most important facts that night that gives a complete inference this was an operation to fabricate materially misleading and falsified narratives at the behest of DEFENDANTS is that, to the best of PLAINTIFF'S recollection though PLAINTIFF could be wrong (giving this a 60/40% of being true), at no time does OFFICER ROLLINS meaningfully pat down PLAINTIFF because Officer Rollins slams PLAINTIFF against the car and tells PLAINTIFF to get into the backseat. PLAINTIFF distinctly always remembered having the can of Coors Light in his hand that night. This is all extremely ironic because--let PLAINTIFF assume arguendo DEFENDANTS malicious and false accusations against PLAINTIFF that he was a threatening or violent individual--for a law enforcement officer to NOT put an allegedly violent individual in handcuffs at the time of arrest and put his hands behind his back and to NOT willingly pat down an allegedly violent individual and check him for weapons like DEFENDANTS falsely accused PLAINTIFF of possessing and having in *Trespass Incident #3* is either that gross incompetence or DEFENDANTS always knew that PLAINTIFF was unarmed and non-violent. PLAINTIFF alleges DEFENDANTS always knew PLAINTIFF was non-



violent, but DEFENDANTS needed the materially misleading and fabricated evidence and false narrative against PLAINTIFF by having created this operation against PLAINTIFF. So PLAINTIFF alleges, aforementioned DEFENDANTS violated 18 U.S.C. 241, 18 U.S.C. 1962(d), 42 U.S.C. 1983, 42 U.S.C. 1985(3), 18 U.S.C. 1962 Section 1503, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 U.S.C. §1961 section 1343 (wire fraud), and 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services") as it had been directed from Washington D.C to Sewanee, Tennessee in which the commands to do this operation was done via wires.

As PLAINTIFF and OFFICER ROLLINS are driving back, OFFICER ROLLINS says some retaliatory comments about recycling and consuming the beer that are made to PLAINTIFF

in the back of the Ford Crown Victoria. PLAINTIFF/OFFICER ROLLINS then drives to PLAINTIFF's dorm called Quintard and parks in the front of Quintard. From the closest intersection that PLAINTIFF got assaulted by Officer ROLLINS to PLAINTIFF's Dorm Room #404 in Quintard is exactly 0.5 miles away. *See*: map above. PLAINTIFF doesn't have a lot of friends in Sewanee at the time and it is not reasonably foreseeable that a lonely autistic man would have someone in his dorm room.  DEFENDANTS had no probable cause or any exigent circumstances to search PLAINTIFF'S dorm room. Again, this gives an inference it was an operation to fabricate a false narrative in violation of 18 U.S.C. 1961 Section 1503, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 U.S.C. §1961 section 1343 (wire fraud), and 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services").  An open container of beer in which PLAINTIFF came out of a frat party and the frat house would be the probable cause of, probable location, and probable source of where PLAINTIFF got the beer since PLAINTIFF probably opened it while at the frat party and had not finished the beer there and probably did not walk initially to the frat party with the same open can of beer and departed the party with the same open can of beer (though that's *possible*, it is not *probable*). The probable cause or reasonable suspicion of where PLAINTIFF got the beer was at the frat party (or PLAINTIFF had carried a closed can of beer in his pockets) and not his dorm room that was 0.5 miles away. But DEFENDANTS did know PLAINTIFF regularly left his dorm room unlocked because of the *HONOR CODE.* PLAINTIFF did not mention that PLAINTIFF had any more beers in his room (to the best of his recollection); and even if PLAINTIFF did, PLAINTIFF had not been mirandized by OFFICER ROLLINS when PLAINTIFF was arrested and seized thereby any statements used to justify the search would be inadmissible and any fruits gathered from the illegal search made inadmissible under *Wong Sun*. PLAINTIFF was not a known drug user at this time and no known exigent circumstances existed at the time. PLAINTIFF also believes that a 20-year-old possessing beer in Tennessee is a misdemeanor and not a felony. *Mincey* v. *Arizona,* 437 U. S. 385 (1978) ruled that exigent circumstances do not justify search where police guard at door could prevent loss of evidence. Either way, the actions were unconstitutional and in furtherance of RICO Enterprise 1; and PLAINTIFF had not been read or given his *Miranda* Rights.

PLAINTIFF is sitting in the back of the car and then unknown SEWANEE PD officer or OFFICER ROLLINS starts to maliciously and falsely badger PLAINTIFF that PLAINTIFF was allegedly being belligerent and drunk. PLAINTIFF--with some basic understanding and notion that something is seriously constitutionally astray-- believes DEFENDANTS have a purpose of creating fabricated evidence against PLAINTIFF and that it is only going to go downhill from here. PLAINTIFF states to the DEFENDANTS: "no I'm not. Please let me do a breathalyzer test to show you **that I'm not intoxicated**" because PLAINTIFF is not being belligerent so that he could immediately refute the allegations with provable and scientific data and facts. PLAINTIFF then demands to be tested by breathalyzer at least 3 more separate times to prove his innocence with actual scientific and exculpatory evidence that PLAINTIFF is not intoxicated. Officer ROLLINS and unknown Sewanee PD officer rejects his request to provide immediate exculpatory evidence in violation of *Brady*. DEFENDANTS refuse to do so as they have concocted a plan to intentionally and deliberately label PLAINTIFF as being drunk and <u>*belligerent*</u> to obstruct justice in future proceedings in furtherance of their Enterprise—this is an HONOR CODE violation as well as it constitutes lying about PLAINTIFF and is dishonorable

actions by DEFENDANTS, SEWANEE POLICE DEPARTMENT and OFFICER ROLLINS. As PLAINTIFF argued, there is a liberty and property interest in HONOR and in the *HONOR CODE*." A conspiracy to violate PLAINTIFF'S rights occurred, DEFENDANTS violated PLAINITFF'S rights in the process, and DEFENDANTS committed unconstitutional acts in PLAINITFF'S dorm room and in front of Quintard dorm and other areas on campus; this in sum violated PLAINITFF'S metaphysical sense of well-being, violated good relationships amongst people on campus, and therefore violated the *HONOR CODE*; and therefore, these actions in sum constituted a RICO violation as PLAINITFF was denied his property and liberty interests because of the *HONOR CODE violation*. So PLAINTIFF is arguing because he wants immediate exculpatory evidence to be introduced to refute allegations. DEFENDANTS/OFFICER ROLLINS calls DEFENDANT University Dean MARY BETH BANKSON WILLIAMS to come to Quintard dorm as PLAINTIFF is still in the back of the cop car. MARY BETH BANKSON WILLIAMS comes to the cop car, looks at PLAINTIFF, and then she starts badgering and lying about PLAINTIFF being <u>belligerent</u> and drunk when PLAINTIFF is not. PLAINTIFF immediately demands a breathalyzer test and for her to ask DEFENDANTS to give PLAINTIFF one to prove PLAINTIFF'S innocence. DEFENDANTS deny PLAINTIFF'S requests. PLAINTIFF is extremely upset that they trying to coerce PLAINTIFF into admitting something that he is not by fabricating allegations and obstructing justice yet again.

Around the same time, UNKNOWN DEFENDANTS/OFFICERS/ DEFENDANTS (ROBERT MUELLER, JEH JOHNSON, MICHAEL HAYDEN, ANDREW MCCABE, PETER STRZOK, FBI, CIA, NSA, DHS etc) go into PLAINTIFF's dorm room. This is unconstitutional. PLAINTIFF gets arrested on suspicion on having an open can of beer about half a mile away from his dorm room leaving a fraternity party for an open can of beer. PLAINTIFF is unarmed and this incident has no connection to PLAINTIFF'S Dorm Room. Then at least one more OFFICER/DEFENDANT goes to PLAINTIFF'S room in which PLAINTIFF can't see what at least two or three DEFENDANT OFFICERS are doing in PLAINTIFF's room at the time. At least 30-45 minutes pass in which PLAINTIFF is in the car that three DEFENDANT OFFICERS have complete access to PLAINTIFF'S laptop and dorm room. PLAINTIFF alleges that the CIA, FBI, ROBERT MUELLER, JEH JOHNSON, MICHAEL HAYDEN, NSA, DHS, etc. had access to PLAINTIFF'S laptop and having their ability to bypass PLAINTIFF'S password and they have full and complete access to PLAINTIFF'S laptop. PLAINTIFF alleges aforementioned DEFENDANTS install software to track and monitor PLAINTIFF and do to a search of PLAINTIFF'S laptop in which they find NOTHING illegal. Even if there was anything, which to the best of PLAINTIFF'S recollection there was not anything illegal at the time, any search from this Chapter on of PLAINTIFF'S laptop is necessarily constitutionally tainted and compromised in violation of *Wong Sun*. There was not a single terrorist thing on PLAINTIFF'S laptop in Fall 2009. Period. Not an iota of anything terrorist like in nature. PLAINTIFF alleges they installed listening devices in PLAINTIFF'S room at the time. PLAINTIFF also alleges that they may have brought fabricated evidence and planted it in PLAINTIFF'S room and took pictures of such and utilized it in warrants to the Court in which they necessarily obstructed justice in violation of 18 U.S.C. 1961 Section 1503 and knowingly utilized fabricated narratives, false evidence, and perjured testimony in violation of PLAINTIFF'S 4th, 5th, and 14th Amendment Rights. See the thing is PLAINTIFF alleges that they did not conduct a search in the 30-45 minutes PLAINTIFF was down stairs because of the next paragraph.

DEFENDANTS would not have had access to PLAINTIFF'S dorm room if it wasn't for the *HONOR CODE* because PLAINTIFF left his dorm room open. Then one more DEFENDANT OFFICERS takes PLAINTIFF out of the car and takes PLAINTIFF to his dorm room in which multiple DEFENDANT officers goes into PLAINTIFF'S dorm room and does a complete search of the room with PLAINTIFF in there. This is completely unconstitutional and a RICO violation in violation of 18 U.S.C. 241, 18 U.S.C. 1962(d), 42 U.S.C. 1983, 42 U.S.C. 1985(3), 18 U.S.C. 1962 Section 1503, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 U.S.C. §1961 section 1343 (wire fraud), and 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"). When PLAINTIFF talks about a complete search, PLAINTIFF means DEFENDANT officers are opening drawers and rummaging through every conceivable inch of PLAINTIFF's dorm room (unconstitutional), no miranda warnings are given, nothing but pure malice with the intent on fabricating evidence. Most importantly to prove exculpatory evidence was ignored, while PLAINTIFF is in the room during this unconstitutional search by DEFENDANTS, no drugs nor any weapons nor guns nor anything extremist or terrorist in nature are found. Period. This piece of exculpatory evidence is omitted because PLAINTIFF was not a violent terrorist drug dealer and did not own a gun. PLAINTIFF alleges that DEFENDANTS took pictures of false evidence in the 30-45 minute time span in which DEFENDANTS misled the court and said PLAINTIFF was in the room when that fabricated evidence was discovered by DEFENDANTS. DEFENDANT Officers then leave for the night with PLAINTIFF completely aghast as to just what went down in violation of in violation of 18 U.S.C. 241, 18 U.S.C. 1962(d), 42 U.S.C. 1983, 42 U.S.C. 1985(3), 18 U.S.C. 1962 Section 1503, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 U.S.C. §1961 section 1343 (wire fraud), and 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services").

Having been directed the previous night or being told the next day or on one of the following days, PLAINTIFF is told to go to University Dean MARY BETH BANKSON WILLIAMS office to discuss the incident the following Monday or so after it occurred on Saturday. During that visit, MARY BETH BANKSON WILLIAMS continues furthering the RICO Enterprise in which she continues to badger PLAINTIFF on being belligerently drunk when in fact PLAINTIFF was not. PLAINTIFF demands that she factually include in her report that PLAINTIFF demanded a breathalyzer test on at least 3 or 4 separate occasions that night; MARY BETH BANKSON WILLIAMS completely denies this request outright in which it is an intentional and material omission of exculpatory evidence. PLAINTIFF tells her PLAINTIFF was upset that DEFENDANTS kept falsely accusing PLAINTIFF of being belligerently drunk when he was not. MARY BETH BANKSON WILLIAMS kept up the same badgering false accusations and then PLAINTIFF remembers his cheeks were getting so flamboyantly hot and red that PLAINTIFF felt the hotness radiate from his cheeks down to the rest of PLAINTIFF's face and neck. DEFENDANT MARY BETH BANKSON WILLIAMS obviously sees this red-hot indication of PLAINTIFF being pissed off in the course of the racketeering activity being committed by her in furtherance of the RICO Enterprise against PLAINTIFF in which she says: "are you mad at me?" If PLAINTIFF would have truthfully said YES because MARY BETH

BANKSON WILLIAMS was being abusively and legally belligerent, lying to PLAINTIFF, and committing RICO predicate acts against PLAINTIFF, PLAINTIFF would have then given her a false factual justification she needed to have supported her claims of PLAINTIFF was being belligerent because PLAINTIFF was pissed off at her in furtherance of RICO Enterprise 1; _PLAINTIFF was coerced to lie to end the furthering acts of the RICO Enterprise in this episode, in the interests of liberty and justice because, **ironically,** she was being **belligerent and legally abusive**_, and PLAINTIFF said: "no I'm fine." PLAINTIFF is then given community service and PLAINTIFF completes the community service hours to the best of his recollection. The record has been expunged, but PLAINTIFF is bringing it back to life. PLAINTIFF is then placed on probation for the entirety of his JUNIOR year and that should have been the end of this story and RICO Enterprise. But DOJ in _Sheehan's brief_ [202] in 2015 that was submitted to SCOTUS acknowledged the existence of these predicate RICO acts against PLAINTIFF in which DEFENDANTS continued to aid and abet the enterprise when DEFENDANTS had actual factual and legal knowledge of these racketeering acts being committed against PLAINTIFF. This is a deprivation of liberty and property in which Dean MARY BETH BANKSON WILLIAMS violated 18 U.S.C. 241, 18 U.S.C. 1962(d), 42 U.S.C. 1983, 42 U.S.C. 1985(3), 18 U.S.C. 1962 Section 1503, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 U.S.C. §1961 section 1343 (wire fraud), and 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services").

_United States v. Lentz_, 624 F.2d 1280 (5th Cir. 1980): "Regardless of the undercover devices employed, it could hardly shock anyone's conscience to see an elected law enforcement official prosecuted for willfully and knowingly breaking a law designed to protect citizens from just such conduct. While Lentz came into the plan late, he seems to have embraced it wholeheartedly, provided some of the means by which to carry it out, and taken part with full knowledge of the plan's illegality. The fact that Lentz was merely helping the police in their alleged efforts to catch criminals should not make prosecution of him unfair if he voluntarily and knowingly employed illegal methods. **To hold otherwise, would be tantamount to giving police carte blanche to ignore laws passed to protect all citizens against improper invasions of their rights by police conduct**. **Since the discussions about the proposed break-in were almost hopelessly intertwined with conversations about the wiretapping,** we believe that the break-in evidence was necessary to the government in its attempt to tell the whole story of the crime. The government draws support from _United States v. Beechum,_ 582 F.2d 898 (5th Cir. 1978) (en banc), which approved of proof of extrinsic offenses under a common scheme or _res gestae_ analysis "if the uncharged offense is `so linked together in point of time and circumstances with the crime charged that one cannot be fully shown without proving the other.'" _Id._ at 911-12, n. 15 (quoting Slough Knightly, _Other Vices, Other Crimes,_ 41 Iowa L.Rev. 325, 331 (1956)). We believe that, since Lentz was brought into the law enforcement group by Hullum both to perform the wiretap and to commit the break-in, evidence of the break-in would be relevant and admissible under _Beechum. "_ PLAINTIFF alleges Officer Rollins was manifestly part of the retaliatory RICO scheme and RICO Enterprise 1 in which CIA/FBI/NSA/ ROBERT MUELLER, ANDREW MCCABE, PETER STRZOK, LEON PANETTA, etc. had planned this event so that they could install recording devices and listening devices into PLAINTIFF'S dorm room as well as software on PLAINTIFF'S laptop. Based on wire fraud in

---

[202] https://www.justice.gov/sites/default/files/crt/legacy/2015/01/21/sheehansctbrief.pdf

violating PLAINTIFF'S rights and the inner sanctity of his dorm room, therefore, this is a HONOR CODE violation; and therefore, violating 42 U.S.C. 1985(2), 42 U.S.C. 1983, 18 U.S.C. 241, 18 U.S.C. 1962(d); 18 U.S.C. 1962 (a); 18 U.S.C. 1962 (b); and 18 U.S.C. 1962 (c); 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 U.S.C. §1961 section 1343 (wire fraud), and 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services").

There was an 18 U.S.C §241 conspiracy violation that was done over the wires from Washington D.C. to Sewanee, TN in which the Court stated that in order "to bring this case under the operation of the statute, therefore, it must appear that the right, the enjoyment of which the conspirators intended to hinder or prevent, **was one granted or secured by the constitution or laws** of the United States." *United States v. Cruikshank et al.* 92 U.S. 542 (1876). There existed a conspiracy amongst DEFENDANTS to violate PLAINTIFF'S rights and metaphysical sense of well-being; DEFENDANTS violated PLANITIFF'S rights in the process in which the OFFICERS slammed PLAINTIFF against the COP CAR, failed to give PLAINTIFF his Miranda rights, illegally and unconstitutionally searched and ransacked PLAINTIFF'S dorm-room, lied in multiple reports about the incident, and lied about PLANTIFF'S drunken belligerence to fabricate evidence against PLAINTIFF, all of which violated the *HONOR CODE*, and DEFENDANTS committed unconstitutional acts in PLAINTIFF'S Quintard Dorm Room, which is on SEWANEE'S campus; this in sum violated PLAINTIFF'S metaphysical sense of well-being, violated good relationships amongst people on campus, constituted egregious unconstitutional and illegal actions, and therefore violated the *HONOR CODE*; and therefore, these actions in sum constituted multiple RICO violations as PLAINTIFF was denied his property and liberty interests because of the *HONOR CODE* violations committed by DEFENDANTS. *See:* Some of DEFENDANTS relevant crimes include: 18 U.S.C. §1961 section 1503 (relating to obstruction of justice), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1511 (relating to the obstruction of State or local law enforcement). 18 U.S.C §1961 section 1512 (relating to tampering with a witness, victim, or an informant), 18 U.S.C §1961 section 1513 (relating to retaliating against a witness, victim, or an informant). Constitutional Violations: 1st, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, and 14th Amendment. 18 U.S.C. §1961, 18 U.S.C. §1962 (a), 18 U.S.C. §1962(b), 18 U.S.C. §1962(c), 18 U.S.C. §1962(d), and/or 18 U.S.C. 1962(f); *See: United States v. Miller, 116 F.3d 641, 674-75 (2d Cir. 1997) (act involving murder need not be actual murder as long as the act directly concerned murder, and facilitation of murder was a proper RICO predicate because accessorial offenses described in the New York State statutory provisions involved murder* within the meaning of RICO where defendant provided information he knew would enable inquirer to *commit murder or other RICO violations);* Violation of: *Monroe v. Pape*, 365 U.S. 167 (1961); 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C. §1961 section 1343 (wire fraud), and 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), and 42 U.S.C. 1983/1985(2)/1986.

Officers actions violated *Maryland v. Buie*, 494 U.S. 325 (1990), which Held: "The Fourth Amendment permits a properly limited protective sweep in conjunction with an in-home arrest when the searching officer possesses a reasonable belief based on specific and articulable facts that the area to be swept harbors an individual posing a danger to those on the arrest scene."

PLAINTIFF was not arrested in his home, but outside a frat house ½ mile away. DEFENDANTS knew that Room #404 in Quintard was a single, that PLAINTIFF did not have a girlfriend, and that PLAINTIFF was a lonely man on campus. No one posed a danger as PLAINTIFF was locked up in a cop car and could not escape to commit harm or destroy evidence. No exigent circumstances existed. Chimel concerned a threat Therefore, it was completely unconstitutional. See: Some of DEFENDANTS crimes: 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act; 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 U.S.C. §1961 section 1343 (wire fraud), and 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"). 42 U.S.C. 1983/1985/1986.

In *United States v. Twigg,* 588 F.2d 373 (3d Cir. 1978) the Court said: "Government agents approached Neville, who was not then engaged in any illicit [drug] activities and, said the court, "deceptively implanted the criminal design in Neville's mind. They set him up, encouraged him, provided the essential supplies and technical expertise, and when he and [the government informant] encountered difficulties *in consummating the crime*, **they assisted in finding solutions**. ***This egregious conduct on the part of government agents generated new crimes by the defendant merely for the sake of pressing criminal charges against him,*** when, as far as the record reveals, **he was lawfully and peacefully minding his own affairs**. Fundamental fairness does not permit us to countenance such actions by law enforcement officials and prosecution for a crime ***so fomented by them*** will be barred." So after fabricating the False Identification event earlier, Trespass Incident #3, coercing PLAINTIFF to sign a blank confession, DEFENDANTS did it again in *This Side of the Street*. This is called habitual and repeat offender status in constitutional deprivations and in violation of: 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S.C. §1962(d)

PLAINTIFF doesn't know what happened in the 30-45 minutes the cops were in PLAINTIFF'S room; but PLAINTIFF is alleging that they installed listening devices and planted drugs in PLAINTIFF'S room. As the Court discussed in *Alderman v. United States,* 394 U.S. 165 (1968): "Indeed, if the police, instead of installing a device, secreted themselves on the premises, they could neither testify about nor use against the owner anything they saw or carried away, but would be free to use against him everything they overheard except his own conversations. And should police overhear third parties **describing narcotics** which **they have discovered in the owner's desk drawer, the police could not then open the drawer and seize the narcotics,** but they could secure a warrant on the basis of what they had heard and forthwith seize the narcotics pursuant to that warrant. **These views we do not accept. We adhere to the established view in this Court that the right to be secure in one's house against unauthorized intrusion is not limited to protection against a policeman viewing or seizing tangible property -- "papers" and "effects."** Otherwise, the express security for the home provided by the Fourth Amendment would approach redundancy. The rights of the owner of the premises are as clearly invaded when the police enter and install a listening device in his house as they are when the entry is made to undertake a warrantless search for tangible property, and the prosecution as surely employs the fruits of an illegal search of the home when it offers overheard third-party conversations as it

does when it introduces tangible evidence belonging not to the homeowner, but to others. "This Court has never held that a federal officer may, without warrant and without consent, physically entrench into a man's office or home, there secretly observe or listen, and relate at the man's subsequent criminal trial what was seen or heard."

Sewanee PD, FBI, CIA, NSA, PETER STRZOK, ANDREW MCCABE, ROBERT MUELLER III, MICHAEL HAYDEN, LEON PANETTA, JEH JOHNSON, etc. all knew of the *Alderman v. United States,* 394 U.S. 165 (1968) in regard to national security and drugs, but they were looking for a way to get around *Alderman v. United States,* 394 U.S. 165 (1968) in which aforementioned DEFENDANTS violated of: 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S.C. §1962(d) So, with a new similar and factual pattern in PLAINTIFF, they could get SCOTUS to distinguish the applicability of *Alderman v. United States,* 394 U.S. 165 (1968) to obstruct justice. Therefore, DEFENDANTS violated *Alderman v. United States,* 394 U.S. 165 (1968). PLAINTIFF is making the same argument applicable in *An Anchor and a Pitchfork.*

### JUNIOR YEAR. SEWANEE. *Meth*.

FBI: ROBERT MUELLER. CIA. LEON PANETTA. DHS. JANET NAPOLITANO. DOJ Attorney General: ERIC HOLDER. DOJ Solicitor General. ELENA KAGAN.

"The danger that high federal officials will disregard constitutional rights in their zeal to protect the national security is sufficiently real to counsel against affording such officials an absolute immunity." *Mitchell v. Forsyth*, 472 U.S. 511 (1985). "Because the Amendment now affords protection against the uninvited ear, oral statements, if illegally overheard, and their fruits are also subject to suppression. *Silverman v. United States,* 365 U. S. 505 (1961); *Katz v. United States,* 389 U. S. 347 (1967)"

- 18 U.S.C §1961: section 933 (relating to trafficking in firearms)

As a college journalist and a researcher for my psychology professor, Dr. Bethany Lohr, PLAINTIFF wrote an article for my school's newspaper describing the local meth situation in Franklin County, TN and justice surrounding incarcerated individuals that got involved in drugs. PLAINTIFF must say that he never bought, made, sold, distributed, transported, possessed in large quantities, etc. meth in my life. But something odd happened and PLAINTIFF is going to admit to a crime against his legal interests for full truthful disclosure.

At SEWANEE as previously mentioned, there is an *HONOR CODE* that binds the students to certain acts of conduct. With the *HONOR CODE* in place and when PLAINTIFF was

there between 2007-2011, the dorm rooms were regularly left unlocked, cars were left unlocked, keys remained in the vehicle, and classrooms were left unlocked because there <u>was trust place in the community</u> being bound by the HONOR CODE. As previously stated, ***<u>In PLAINTIFF's Junior year at Sewanee (Fall 2009/Spring 2010), PLAINTIFF regularly left his dorm room unlocked and regularly left his 1995 burgundy Chevy pickup truck unlocked with the keys still inside it because he was bound by the HONOR CODE.</u>*** PLAINTIFF did so, despite some suspiciousness that did arise his FRESHMAN year in which DEFENDANTS ignored the racketeering activity, PLAINTIFF had done nothing to warrant malicious behavior then because PLAINTIFF understood at the time he had legitimately not been doing anything illegal in his life nor did he have anything to do with any cartels and the criminal underworld. PLAINTIFF <u>may have talked about things like that my freshman year,</u> but PLAINTIFF never committed things like that--the difference between talk and action. But when the United States Government comes around, they have a natural habit of ruining good things for their own malicious purposes.

Unfortunately, all PLAINTIFF can remember is that the following incidents happened after *This Side of the Street* incident in which there was no snow on the ground. The timing of these events is extremely important. This took place after *This Side of the Street* in the beginning part of Fall Semester 2009 and possibly before *Financial Terrorism* that occurred around or about November 15th, 2009, DEFENDANTS (FBI, CIA, NSA, PETER STRZOK, ANDREW MCCABE, ROBERT MUELLER III, MICHAEL HAYDEN, LEON PANETTA, JEH JOHNSON, etc) were intent on furthering RICO Enterprise 1 and falsely labeling PLAINTIFF as a violent drug dealer to prosecute PLAINTIFF in which they were in the process of framing PLAINTIFF. Because aforementioned DEFENDANTS had knowingly utilized perjured testimony and fabricated and materially misleading evidence and narratives from before, they had to create a new situation and would continue obstructing justice under 18 U.S.C. 1961 Section 1503. Aforementioned DEFENDANTS needed to falsely label PLAINTIFF as violent to cover up their past unconstitutional deeds and DEFENDANTS conspiring together and violating 18 U.S.C. 1962(d), 18 U.S.C. 241, 42 U.S.C. 1985(2), 42 U.S.C. 1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1511 (relating to the obstruction of <u>State</u> or local law enforcement), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, and 18 U.S.C. §1962(d) they concocted a new scheme.

Unbeknownst to PLAINTIFF, unknown DEFENDANTS had entered into PLAINTIFF'S room without permission on a fateful day in his Junior year at Sewanee--after not having found any weapons nor drugs nor anything criminal in nature besides a 20 year old having some cans of beer-- after having left the door unlocked. Unknown DEFENDANTS, if they would have looked up to PLAINTIFF'S ceiling, would have seen PLAINTIFF'S ceiling was black and white star wallpaper. Unknown DEFENDANTS walked about 3 paces in the room, and on the right-hand side of the room, there was the dresser/armour. Unknown DEFENDANTS had opened the very bottom drawer and planted a little baggie of what appeared to be crystal meth (also known as ice). PLAINTIFF didn't know what it was because PLAINTIFF never used the drug in his life and was not a drug dealer. PLAINTIFF did not know how long that little baggie of presumed meth remained in his drawer for, but PLAINTIFF found it one day, and PLAINTIFF freaked the fuck out when PLAINTIFF discovered it since PLAINTIFF was on probation after DEFENDANTS rico laden and corrupt acts constituting: *This Side of the Street* and having that

type of drug on campus would have caused PLAINTIFF to be expelled. Weed and Cocaine, maybe a little more allowable on Sewanee, but not Meth, Crack, Heroin, things like that. So, across the dresser was PLAINTIFF's closet. PLAINTIFF got extremely suspicious after finding one baggie in which PLAINTIFF believed there very well could have been more. So, PLAINTIFF starts rummaging through his closet and desk to find more to determine the extent of DEFENDANTS RICO predicate acts. PLAINTIFF found at least another little baggie of meth planted in his closet. It is possible that PLAINTIFF discovered more than 2 baggies at a maximum of 4 baggies in which one of the baggies would have been in his desk, but PLAINTIFF factually recalls there being at least two baggies. DEFENDANTS submitted to SCOTUS in *Sheehan's Brief* [203] that DEFENDANTS knew of this incident and intended on defending against it not only violating the law, but numerous rules and regulations involving attorney conduct that will be explained in **Star Chambers**.

With at least two baggies discovered, PLAINTIFF was absolutely terrified and mortified since: he was under probation, this *Side of the Street,* having been coerced into signing a false confession PLAINTIFF'S freshman year by law enforcement officer TKL, and TRESPASS INCIDENT #3. PLAINTIFF had three options at that time: 1) do nothing and leave the drugs there and hope nothing happens; 2) call the police and then risk the chance of them saying PLAINTIFF "*belligerently*"[204] told them "Hey officers, here is some meth PLAINTIFF found in his room, can you take it away? It isn't mine though!" and then *gets arrested for telling the truth yet again to DEFENDANTS that on three separate occasions violated PLAINTIFF'S Constitutional Rights even after PLAINTIFF had cooperated with them before on three separate occasions*; or, doing what PLAINTIFF ultimately chose to do, 3) PLAINTIFF was *coerced into ending the acts that furthered DEFENDANT'S RICO Enterprise in this episode by destroying the baggies* thereby not violating the HONOR CODE in which PLAINTIFF went straight across the hallway into the floor's dorm room bathroom and flushed at least the two baggies down the toilet and the remaining two if they were there in which PLAINTIFF did not have a single baggie on him or in his room after that. One of the thoughts and justifications PLAINTIFF had doing this at that time was seeing how incarcerated people can't get jobs after being arrested, and wanting to live according to who PLAINTIFF was as a non-violent individual that wanted no part of the criminal underworld or be a drug dealer, PLAINTIFF didn't want the life of selling drugs to financially support himself in the future for being framed as a drug dealer. Yes, PLAINTIFF destroyed evidence because PLAINTIFF had been framed and wanted the RICO Enterprise to end and did not want to get DEFENDANTS any more involved in his life (where PLAINTIFF just wanted to be left the fuck alone) and would have violated probation for telling the truth of what happened and been kicked out of school. PLAINTIFF informed SEWANEE student DYLAN RHEA/RHEE the truth of what happened to PLAINTIFF after flushing the baggies down the toilet.

On a different day, with the baggies of drugs now gone and with GRIFFIN FRY's history involving Crust Pizza in mind, DEFENDANTS then or around the same time planted a gun in PLAINTIFF's truck in order for PLAINTIFF to transport a gun across state lines the next time PLAINTIFF drove his truck home from TENNESSEE to ILLINOIS during break thereby trafficking firearms. DEFENDANTS knew PLAINTIFF was not going to check the interior of

---

[203] https://www.justice.gov/sites/default/files/crt/legacy/2015/01/21/sheehansctbrief.pdf
[204] Sarcasm. There will be additional times I'm sarcastic in here.

his truck for illegally planted items prior to departing as it would be an absurd notion that every driver in America has an obligation to check for RICO Predicate acts being done to PLAINTIFF. PLAINTIFF swears to God on his soul, he never put any gun in the vehicles he was using or driving at any time in his life. <u>PLAINTIFF was not a drug dealer; so he didn't need a gun for self-defense purposes because PLAINTIFF was not living a life of crime and was not a violent offender.</u> PLAINTIFF was forced to traffic the firearm from TENNESSEE to ILLINOIS in furtherance of the DEFENDANTS' RICO Enterprise. If PLAINTIFF recalls correctly, PLAINTIFF was absolutely mortified when he discovered the gun in his truck and had texted one of his best friends LEISHA ESTEP (MEADE) informing her of such, how PLAINTIFF was freaked out about it, which would give a present sense impression of the situation. DEFENDANTS have the exculpatory texts and should have been made aware that a RICO predicate act had occurred in which DEFENDANTS intentionally ignored it despite having requisite knowledge of it.

Even if PLAINTIFF incriminated himself with the story above, it would be unconstitutional and the admissibility of the gun and the discussion as evidence would be unconstitutional: In *Bumper v. North Carolina,* 391 U.S. 543 (1968). Petitioner was charged with rape in which a gun that was allegedly used in the commission of the crime was used was admitted into evidence. the petitioner contended that the .22-caliber rifle introduced in evidence against him was obtained by the State in a search and seizure violative of the Fourth and Fourteenth Amendments. Petitioner lived with his grandmother in a rural area. One of four officers came to the house and "He just told [Petitioner's Grandmother] he had a search warrant, but he didn't read it to me. He did tell me he had a search warrant." The officers did not have a warrant (or a valid warrant) and therefore the seizure of the gun was unconstitutional. DEFENDANTS would not have been able to introduce evidence of This Side of the Street as that had permanently tainted and ended up being so prejudicial against PLAINTIFF because it was obstruction of justice, retaliation of witness, and other RICO Predicate acts against PLAINTIFF. Furthermore, what is demonstrably provable from this incident is that if any warrants introduced any evidence relating to a gun after this incident, it was necessarily fraudulent and had no admissible basis. Therefore, PLAINTIFF is alleging that in at least one of DEFENDANTS' warrants utilized against PLAINTIFF between Fall 2009 through at least Summer of 2020, DEFENDANTS necessarily misled the court and committed fraud upon the court when they introduced that gun as evidence or used it in the affidavit to the Court.

There was an 18 U.S.C §241 conspiracy violation in which the Court stated that in order "to bring this case under the operation of the statute, therefore, it must appear that the right, the enjoyment of which the conspirators intended to hinder or prevent, **was one granted or secured by the constitution or laws** of the United States." *United States v. Cruikshank et al.* 92 U.S. 542 (1876). There existed a conspiracy amongst DEFENDANTS to violate PLAINTIFF'S rights and metaphysical sense of well-being; DEFENDANTS violated PLANITIFF'S rights in the process in DEFENDANTS illegally planted a gun in PLAINTIFF'S truck that had been parked in one of Quintard's parking lots, all of which violated the *HONOR CODE*, and DEFENDANTS committed unconstitutional acts in PLAINTIFF'S truck in a Quintard parking lot, which is on SEWANEE'S campus; this in sum violated PLAINTIFF'S metaphysical sense of well-being, violated good relationships amongst people on campus, constituted egregious unconstitutional and illegal actions, and therefore violated the *HONOR CODE*; and therefore, these actions in

sum constituted multiple RICO violations as PLAINTIFF was denied his property and liberty interests because of the *HONOR CODE* violations committed by DEFENDANTS. *See:* Some of DEFENDANTS crimes in violation of: 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S.C. §1962(d)

*U.S. v. Matiz*, 14 F.3d 79 (1st Cir. 1994) ruled on the proposition that an act of perjury can be an act of obstruction of justice under 18 U.S.C. 1961 Section 1503 since "The findings (of obstruction of justice) encompass all the elements of perjury — falsity, materiality, and willfulness. The only matter about which the court was not explicit was whether Matiz's testimony was material. A sentencing court, however, is not required to address each element of perjury in a separate and clear finding. *See id.* In fact, the Court in *Dunnigan* affirmed a district court's finding that did not use the term willful…*Dunnigan* only requires that a sentencing court's findings encompass all of the factual predicates for a finding of perjury." "The Supreme Court has stated that a witness testifying under oath commits perjury if "she gives false testimony concerning a material matter with the willful intent to provide false testimony, rather than as a result of confusion, mistake, or faulty memory." *United States v. Dunnigan,* 113 S.Ct. 1111 (1993)." *U.S. v. Matiz*, 14 F.3d 79 (1st Cir. 1994). *U.S. v. Ashland Oil Inc.*, 705 F. Supp. 270 (W.D. Pa. 1989) discussed what constituted materiality: "A concise summary of this materiality requirement is set forth in Justice Stevens' concurring opinion in *Youngblood:* Our cases make clear that "[t]he proper standard of materiality must reflect our overriding concern with the justice of the finding of guilt," and the State's failure to turn over (or preserve) potentially exculpatory evidence therefore "must be evaluated in the context of the entire record." *United States v. Agurs,* 427 U.S. 97 (1976) (footnotes omitted); see also *California v. Trombetta,* 467 U.S. 479 (1984) (duty to preserve evidence "must be limited to evidence that might be expected to play a significant role in the suspect's defense")." "By limiting §1503 to acts having the "natural and probable effect" of interfering with the due administration of justice, the Court effectively reads the word "endeavor," which we said in *Russell* embraced "any effort or essay" to obstruct justice out of the omnibus clause, leaving a prohibition of only actual obstruction and competent attempts…A §1503 violation occurs when "an act is done corruptly if it's done voluntarily and intentionally to bring about either an unlawful result or a lawful result by some unlawful method, with a hope or expectation of either financial gain or other benefit to oneself or a benefit of another person." *United States v. Aguilar*, 515 U.S. 593 (1995).

and in violation of: 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S.C. §1962(d)

"To establish that Jones and Patronelli violated 21 U.S.C. § 843(b), the government must prove the knowing or intentional use of a communication device to commit, cause, or facilitate the commission of a narcotics offense. *See United States v. Phillips,* 664 F.2d 971, 1032 (5th Cir. 1981), *cert. denied,* 457 U.S. 1136, 102 S.Ct. 2965, 73 L.Ed.2d 1354 (1982). It shall be unlawful

for any person knowingly or intentionally to use any communication facility in committing or in causing or facilitating the commission of any act or acts constituting a felony under any provision of this subchapter or subchapter II of this chapter.

"At trial, Defendant readily admitted he could be categorized as a user. Prior to the transactions with Detective Lucas, Defendant would generally buy $20 worth of cocaine for himself whenever he could afford it. Although the district court never explicitly made such a factual finding, it would be a rational inference to conclude Defendant was addicted to cocaine. The record further indicates Defendant had accumulated no money or possessions of any value, possessed no scales or any other paraphernalia associated with cocaine distribution, and was unaware of the amount of cocaine he would receive for $20. Moreover, Defendant contends he engaged in the transactions because he was promised he would receive a large enough cut of the cocaine to make it worth his while. Therefore, Defendant would most accurately be categorized as an addict whose sole motivation for arranging the transactions for Detective Lucas was to obtain some cocaine for himself…We sympathize with the district court's uneasiness regarding the facts of this case, but we perceive the troubling aspects of the government's conduct in a different light than the district court. Where the district court was offended by the government's active role in the distribution of narcotics, our concern focuses on the government's repeated transactions with an addict, in which the addict was given cocaine as compensation. It was apparent to the detective that Defendant was merely a user, yet the government instigated transactions a second and third time arguably stacking charges against the Defendant. Certainly, due process concerns would prevent the government from arranging such transactions indefinitely, as the addict would continue to take as much cocaine as the government makes available. We must now consider on appeal whether these facts constitute outrageous government conduct…In ruling on a discovery motion, the court in *United States v. Diggs,* 801 F. Supp. 441, 448 (D.Kan. 1992), held that "[e]vidence indicating that the government may have overborne defendant's will by taking advantage of his drug addiction is relevant to the defense of outrageous government conduct." Applying the outrageous conduct framework from the aforementioned cases, we must determine whether the facts in this case are egregious enough to violate due process. We hold that they are not. Undoubtedly, it should not be an encouraged police practice to entice addicts into drug transactions using the lure of controlled substances. In this case, there is a factual dispute as to who initially suggested the method of compensation. Defendant admits, however, that he had no interest in obtaining cash as compensation. Thus, from Detective Lucas' point of view, the deal depended upon giving the Defendant a cut for his participation. As in both *Ford* and *Valona,* the Defendant here was given a relatively small amount of cocaine. Because payment in kind was a typical way of transacting business on the streets, Detective Lucas let the deal progress as arranged. By way of comparison, Detective Lucas' conduct was no more egregious than the government conduct held not to be outrageous in the *Ford, Valona,* and *Barrera-Moreno* cases. Although Detective Lucas may have enticed the Defendant to participate in the transaction, he was not coerced to the point of outrageousness." *U.S. v. Harris*, 997 F.2d 812 (10th Cir. 1993).

"However, in *People v Turner, supra*, this Court renounced the subjective test followed by the United States Supreme Court and a majority of states, reasoning that the objective test is preferable because: "[B]y definition, the entrapment defense cannot arise unless the defendant actually committed the proscribed act, that defendant is manifestly covered by the terms of the

criminal statute involved. "Furthermore, to say that such a defendant is 'otherwise innocent' or not 'predisposed' to commit the crime is misleading, at best. The very fact that he has committed an act that Congress has determined to be illegal demonstrates conclusively that he is not innocent of the offense. . . . "The purpose of the entrapment defense, then, cannot be to protect persons who are 'otherwise innocent.' Rather, it must be to prohibit unlawful governmental activity in instigating crime." [ *Id.* at 20, quoting *Russell, supra* at 442.] The *Turner* Court held that the defendant was entrapped as a matter of law. It stated that the agent engaged in overreaching conduct by pursuing the defendant after the first investigation did not turn up any evidence. Turner was not a drug dealer, and the agent played upon Turner's sympathy as a friend. The law enforcement officer went beyond merely creating an opportunity for the commission of a crime.  California case, *People v Barraza*, 23 Cal.3d 675; 153 Cal.Rptr. 459; 591 P.2d 947 (1979), also provides a rationale for adopting the objective approach instead of the subjective test. The *Barraza* court stated: "[A] test that looks to the character and predisposition of the defendant rather than the conduct of the police loses sight of the underlying reason for the defense of entrapment. No matter what the defendant's past record and present inclinations to criminality, or the depths to which he has sunk in the estimation of society, certain police conduct to ensnare him into further crime is not to be tolerated by an advanced society. . . . Human nature is weak enough . . . and sufficiently beset by temptations without government adding to them and generating crime." [ *Id.* at 687, quoting *Sherman, supra* at 382-384.] Further the *Barraza* court gives examples of impermissible police conduct which would constitute  entrapment under the objective test. The court listed as examples the following: (1) an appeal by police because of friendship or sympathy rather than for personal gain; (2) inducement that would make the commission of crime unusually attractive to a normal "law-abiding person," *id.* at 689; (3) a guarantee that the act was not illegal; (4) an offer of exorbitant consideration or similar enticement. [W]hile the inquiry must focus primarily on the conduct of the law enforcement agent, that conduct is not to be viewed in a vacuum. . . . We reiterate, however, that under this test such matters as the character of the suspect, his predisposition to commit the offense, and his subjective intent are irrelevant. [ *Id.* at 690-691.]" *People v. Jamieson*, 436 Mich. 61, 72-73 (Mich. 1990)

"Although there is no infallible means of divining a defendant's predisposition to commit a crime after the fact, there are several factors recognized as relevant in making this determination. We start with the observation that predisposition is, by definition, "the defendant's state of mind and inclinations *before his initial exposure to government agents.*" *United States v. Jannotti,* 501 F. Supp. 1182 (E.D.Pa. 1980), *rev'd on other grounds,* 673 F.2d 578 (3rd Cir.)...This answers defendant's bizarre contention that "the agents literally entrapped him into a state of predisposition." One is either predisposed to commit a crime before coming into contact with the Government or one is not, so the argument that one could be entrapped into having a state of predisposition is meaningless. **We now turn our attention to the factors relevant in determining predisposition**. Among these are the character or reputation of the defendant, including any prior criminal record; ***whether the suggestion of the criminal activity was initially made by the Government;*** **whether the defendant was engaged in the criminal activity for profit; whether the defendant evidenced reluctance to commit the offense**, **overcome only by repeated Government inducement or persuasion**; **and the nature of the inducement or persuasion supplied by the Government.** While none of the factors alone indicates either the presence or absence of predisposition, the most important factor . . . is whether the defendant

**evidenced reluctance to engage in criminal activity which was overcome by repeated Government inducement**…" *United States v. Kaminski*, 703 F.2d 1004 (7th Cir. 1983)

"Likewise, the fact that the agents overstated the possible sentence Norman faced if convicted did not render his consent invalid under the wiretap statute. Our court has stated that consent may be invalid under § 2511(2)(c) if the informant's cooperation is secured by threats of "prosecutorial action which had no realistic foundation." *Kolodziej,* 706 F.2d at 595 (quoting *United States v. Horton,* 601 F.2d 319, 323 (7th Cir.), *cert. denied,* 444 U.S. 937, 100 S.Ct. 287, 62 L.Ed.2d 197 (1979)). Whatever the degree of exaggeration necessary to render otherwise voluntary participation invalid, however, the agents' statements here do not rise to such a level." *U.S. v. Jones*, 839 F.2d 1041 (5th Cir. 1988)

"This Circuit recognized the outrageous conduct defense in *United States v. Graves,* 556 F.2d 1319 (5th Cir. 1977)*, supra,* in which we wrote: "`[A]part from any question of predisposition of a defendant to commit the offense in question, governmental participation may be so outrageous or fundamentally unfair as to deprive the defendant of due process of law or to move the courts in the exercise of their supervisory jurisdiction over the administration of criminal justice to hold that the defendant was "entrapped" as a matter of law.'" 556 F.2d at 1322 (quoting *United States v. Quinn,* 543 F.2d 640, 647-48 (8th Cir. 1976)).” *United States v. Yater*, 756 F.2d 1058 (5th Cir. 1985).

**18 U.S. Code § 2234 - Authority exceeded in executing warrant; 18 U.S. Code § 2235 - Search warrant procured maliciously; 18 U.S. Code § 2236 - Searches without warrant.**

Minimum amount of damage deriving from this incident. $20,000,000
With Treble Damages. $60,000,000
Total Minimum Damages so far: $508,465,000.

## JUNIOR YEAR. SEWANEE. TAR.

FBI: ROBERT MUELLER, JAMES COMEY, ANDREW MCCABE. CIA. LEON PANETTA, DAVID PETREAUS, JOHN BRENNAN, MIKE POMPEO. DOD GENERAL COUNSEL. JEH JOHNSON. DHS. JANET NAPOLITANO. and JEH JOHNSON. DOJ Attorney General: ERIC HOLDER, LORETTA LYNCH, SALLY YATES, JEFF SESSIONS. DOJ Solicitor General:

- 18 U.S.C §1961 section 2319 (relating to criminal infringement of a copyright)

"The danger that high federal officials will disregard constitutional rights in their zeal to protect the national security is sufficiently real to counsel against affording such officials an absolute immunity." *Mitchell v. Forsyth*, 472 U.S. 511 (1985).  "Because the Amendment now affords protection against the uninvited ear, oral statements, if illegally overheard, and their fruits are

also subject to suppression. *Silverman v. United States,* 365 U. S. 505 (1961); *Katz v. United States,* 389 U. S. 347 (1967)"


PLAINTIFF wrote the following poem called: TAR. This was done on Fall Semester 2010. PLAINTIFF sent it to the woman he had in mind and she responded back with the following message In December 9th 2010: "Do you just happen to know when the right time is to send me a pick me up???lolollol. thank you" and December 10th, 2010:"again, that is why you are the best :-*" PLAINTIFF named it *TAR* for a woman he had been romantically pursuing at the time--VERA Poch*__TAR__*ev. ← Do you see how PLAINTIFF derived TAR from PochTARev?!. Part of the poem, as you'll read below included discussing a lake (black diamond lake in the poem) with a completely flat surface that it formed a mirror in which the protagonist in the poem is looking for their lover underneath the surface (and for any signs of her) and then there is a part that the main character ends up floating to the sky being smacked by tree branches and after which the protagonist and his lover embrace and kiss in the surface/water.

PLAINTIFF'S way of presenting the content in the way he submitted for a grade in class was shorter where it would go along the lines of:
"I will never know love.
Walking through the corridor…"

But it is the content at issue that matters. Here is the poem written and published around December 9th, 2010:
Tar:
Miki  Kotevski
I:   I will never know love. Walking through the corridor, With an unprecedented amount of trees, I walk down the path To see a black light of hope. The sun rains down rays of hope, The battering of the rays already add on, To my less than enlightened mind, That is burning with thoughts of you. Why am I walking down this path? I'll never know. I question, I dwell, I obsess, In the warmth that you provide. I think of everything about you, How our eyes simmer when they gaze into each other, How our eyes tell of so much, and of so little. I think about your smile, When we laugh. That fluorescent smile blinds my path, Blinds me of any thoughts Other than you. I cannot see where I am going, I understand where I am heading. Further down the path I go, Being led blindly through this bright corridor By our heart's flame.

 II:   I continue blindly down this corridor I feel something lift my toes, I feel the pads of my feet start to leave the path, What is forcing me up? I drift towards the sky, The limbs hit me Tries to smack sense into me. I float higher and higher The pain fuels my ascent Higher and higher.   Floating in the air, The wind turns me, Tosses me to the emotional flight That has been our experiences Our happiness Our lows Our highs,   I now see where I must head The shore of the black diamond lake, Shores are the infinite beyond That continues our journey To a place beyond knowing To a place of understanding.

 III:   I reach the shore, To find a pool of black tar, Many have come to lie in this black diamond Which has preserved their life. I am now in doubt, My toes become heavy My pads are

cemented. But they move forward, Moments of dread and despair set in, I struggle, I fight, I am losing to the current That is pulling me closer to a shallowly tomb I can no longer fight it, I see my toes go in I see my arms go in I see myself go in. The current has a hold of me It pulls me to an inevitable doom towards the middle of the lake The tide seems to be going quicker and quicker Finally I reach the middle of my tomb Lying barely below the surface, The airy sensations are keeping me close to the surface, I want to sink in, I want to submerge myself, But I have to float to wait for you. I see everything.

IV:  I see you at the shore, You sense that I am near, But nowhere to be seen I lie beneath the surface. You take a step on the shore. Good! Take one more step and see How the tar will not pull you. Take the step See how you stand on the surface, How you can walk on the surface. Make your way towards me, That's it Closer and Closer. I pray that you can find me, I beseech that you take those extra steps, That leads you closer to me. Closer and Closer You make you way towards me, Slowly and ever so elegantly, You stop You're right on top of me. Kneel down on top of me, Pray that our love Makes you happy and Gives you everything to which I can barely give you. You sense the warmth that lies beneath the surface, Lie down with me.   You don't know where I am; You understand where I am.

 V:  I see you I'm submerged. Trapped in this black diamond. I am so close to you, Come closer The surface is smooth as a mirror. In this two-way dark mirror, I see you but you cannot see me, But you feel me Feel us. Damn this tar, Not even this perfect black mirror Is able to catch Your presence, Your inner beauty, Your perfection, It distorts you. Nothing in this world No words No pictures No diamonds are able to Truly show you.   Quick help me, I am lost for words, Lost of breath, I am drowning. The tar is filling my lungs I struggle, I swallow the painful tar, I feel the air on the surface, One last gulp before I fade. I painstakingly take the last gulp My lips are polished black, You see my lips, You come closer to my lips, I haven't breathed for the longest time I haven't lived for the longest time Slowly you see me, You come even closer, I see the simmer, the passion In your eyes Our lips touch, Our lips caress Our lips understand,   We understand our love."


The actual influence of this part of the poem was derived from PLAINTIFF's time having rowed in a canoe at Sterling Lake/Van Patten Woods in Wadsworth/Zion, Illinois at the end of his senior year of high school (Summer 2007). ***See***: pictures below that demonstrate examples of this influence.





     Because of that poem, this became an international issue. PLAINTIFF was falsely accused of having sold black tar heroin or heroin by DEFENDANTS based on that poem. PLAINTIFF never has knowingly touched, purchased, produced, consumed, used, injected, transported, or sold any form of heroin in his life. Period. Apparently and maliciously to PLAINTIFF'S understanding, DEFENDANTS completely *misinterpreted the poem* (it happens

with poetry, who would have known?) and intentionally misled the Court in which PLAINTIFF completely and unintentionally somehow also described the sensation of being high on heroin instead of DEFENDANTS interpreting the intention and facts of a romantic poem and romantic bliss. Exculpatory evidence be damned apparently. As a side note, PLAINTIFF understood VERA POCHTAREV at that time to be a Russian-American woman who was born on April 13th, 1988 and met on April 19th, 2009; she was attending University of Wisconsin and majoring in psychology to become a doctor (we had planned on doing the same thing before PLAINTIFF switched to law). PLAINTIFF felt at the time like she was one of my best friends and was neither a prostitute nor a spy to his knowledge. So, DEFENDANTS utilized *TAR* by completely mischaracterizing the poem in support of their false allegation PLAINTIFF was a heroin junkie or seller of it.

But as explained later, there is a bittersweet situation involving *TAR* is how PLAINTIFF told VERA POCHTAREV'S parents in 2019 (PLAINTIFF believes) about how, DEFENDANT DISNEY used *Tar* to make *Lava (explained below)*. If VERA POCHTAREV, would have watched, she would have had the same reaction. PLAINTIFF asked VERA'S parents if they could relay the video to VERA and if VERA could get back in contact with PLAINTIFF after not having talked to her since August 2011 on PLAINTIFF'S knowledge. VERA didn't. Honestly, the whole entire VERA POCHTAREV issue and situation bewilders PLAINTIFF and PLAINTIFF is completely unsure of what the truth is involving VERA POCHTAREV. All PLAINTIFF knows is that VERA POCHTAREV, IRENE POCHTAREV, PLAINTIFF'S PARENTS, and DEFENDANTS all went behind PLAINTIFF'S back and fucked with PLAINTIFF'S heart and relationships.

Do you want to know how much more messed up the *Tar* poem scenario became? In the beginning part of Spring 2017, a Navy, possible Naval Intelligence, officer named MICHAEL



Disney Music – Lava (Official Lyric Video from "Lava")

LONESOME shows PLAINTIFF a Youtube video. MICHAEL LONESOME was a friend and did nothing wrong to PLAINTIFF'S knowledge, but had to include him to get to the truth of the matter. The video: "*Disney Music—Lava (official lyric video from "Lava")* that was published on ***September 16th*, 2015**."[205] *TAR* was published 4 years prior to *LAVA*. PLAINTIFF had said nothing to Mr. LONESOME about PLAINTIFF liking Disney videos or anything of the sort (even though PLAINTIFF absolutely loves DISNEY). This was all completely unprompted by PLAINTIFF; but was all completely prompted by MICHAEL LONESOME. Either Mr. LONESOME had the intention on completely fucking with PLAINTIFF and causing PLAINTIFF to stop researching DEFENDANTS RICO Enterprise #2 PLAINTIFF found out about around the time and what PLAINTIFF was researching in 2017 or Mr. LONESOME knew about some things that were going on that involved PLAINTIFF'S intellectual property because PLAINTIFF is adamant in his belief that Mr. LONESOME would not have shown LAVA to PLAINTIFF out of the blue (pun intended). Mr. LONESOME knew it would absolutely cause



PLAINTIFF to erupt, like a volcano, emotionally and derail all progress that was being made



concerning RICO Enterprise #2. PLAINTIFF doesn't know why, but prior to watching LAVA for the first time, PLAINTIFF gets jittery. As PLAINTIFF is watching LAVA, so many things come to the forefront of his mind. But for our discussion and more relevantly, as PLAINTIFF is watching this video, in my heart and soul, PLAINTIFF knew it was *TAR* being brought to life 4 years after *TAR* was created and published in 2010. The fundamental and substantive basis of *Lava* was *TAR*. PLAINTIFF even did some of his own research and saw where DISNEY supposedly say they got their influence. PLAINTIFF visited the site above in August 2023 and took pictures demonstrating how LAVA took the physical characteristics of this mountain and utilized it for LAVA. DISNEY copied the mountain in UTAH near Zion National Park, they copied the substance of TAR for themselves without credit given to PLAINTIFF.

One of the horrific aspects of this is because at some point DEFENDANTS labeled PLAINTIFF--through RICO Enterprise--a violent drug dealer, DEFENDANTS stole *TAR* and utilized *TAR* in a warrant against PLAINTIFF'S Constitutional Interests and/or utilized the USA PATRIOT ACT in utilizing §428 and stealing *TAR* to further their RICO enterprise, seized/stole PLAINTIFF'S IP, made a profit off it to DEFENDANT DISNEY, and DEFENDANT DISNEY made it without giving PLAINTIFF any credit. PLAINTIFF doesn't want the money from the video; and if PLAINTIFF's allegations are proven legally to be true, PLAINTIFF is so happy that a video was based on his work that has nearly 300 million views on YouTube that made lovers feel love for their partners and were happy and felt in love, and for that, PLAINTIFF is forever thankful. Just give PLAINTIFF credit for that.

PLAINTIFF'S problem is this. The seizure/theft utilizing §428 of the USA PATRIOT ACT or Civil Asset Forfeiture happened on at least one provable instance with *TAR* in Hollywood, it must have occurred numerous times; the extent of which PLAINTIFF cannot fathom or understand, but inherently understands there are numerous more examples of this occurring in Hollywood/Entertainment Industry and in the WHITE HOUSE. PLAINTIFF can recognize it in and see it in TV SHOWS (if the court requests to know), but because certain TV

Shows are comedic and PLAINTIFF loves humor, did not list those shows as DEFENDANTS. Similarly, PLAINTIFF found some Presidential Proclamations and knew the substance of the President Proclamations by President OBAMA to be PLAINTIFF's own material. PLAINTIFF "called out" DEFENDANTS on this on his original twitter account/handle mikikotevski sometime between 2017-2019 which PLAINTIFF could not obtain a copy of the tweets. Not once did the DEFENDANTS inform PLAINTIFF of the theft or seizure or use of PLAINTIFF'S Intellectual Property in furtherance of their RICO Enterprise when DEFENDANTS had a reason to know that such thefts or seizures or use had occurred in the course of their RICO Enterprise. Not once did any DEFENDANTS tell PLAINTIFF the extent of how much PLAINTIFF had been exploited for profit and used through the years making PLAINTIFF an indentured servant/peon in the process while they profited tremendously off of PLAINTIFF through their RICO Enterprise and implemented agendas that violated the Constitutional Rights of all Americans implementing their Surveillance State. Not even once. PLAINTIFF inherently now understands that he was used in which DEFENDANTS used PLAINTIFF'S Intellectual Property/IDEAS/STORIES for the value of entertainment, because in entertainment, you need entertaining stories, my life was that despite PLAINTIFF's absolute desire for it not to be, and PLAINTIFF's mind having created and conveyed so many instances of entertainment and providing deep insight on issues. *See*: PLAINTIFF'S personality and 2e characteristics. DEFENDANTS NETLIX, BARACK and MICHELLE OBAMA,[206] and SUSAN RICE (a board member of NETFLIX in which utilization of PLAINTIFF'S Intellectual Property and confidential information obtained through the USA PATRIOT ACT that was publicly used for profit and racketeering)[207](PLAINTIFF sent an email/request for DEFENDANT SUSAN RICE to explain herself during her tenure at NETFLIX in either 2017, 2018, or 2019 which went ignored) all have a demonstrated financial relationship with one another and stole or obtained through RICO predicate acts PLAINTIFF'S Intellectual Property and made money off of it. PLAINTIFF is a peon and an indentured servant in every conceivable sense of the word and definition to the US Federal Government.  wrongfully and criminally utilizing asset seizure under USA PATRIOT ACT §428 through RICO Predicate acts to further the Enterprise in which confidential information was made public for profit as well as PLAINTIFF'S Intellectual Property having been stolen, seized, and used at this time, utilizing PLAINTIFF'S Intellectual Property without credit or permission in the White House, Disney, Netflix, (Hollywood), etc., making PLAINTIFF a peon and slave for all intents and purposes in violation of 18 U.S.C §1961 section 2319 (relating to criminal infringement of a copyright) through the ENTERPRISES' racketeering activity. It is either those things or DEFENDANTS intentionally did that and/or they were aware of it being done by China and did absolutely nothing to notify me, help me, in anyway and continue the exploitation of PLAINTIFF for their profits even when DEFENDANTS had the knowledge of it occurring thereby 18 U.S.C.§2, CHINA.

Look honestly, PLAINTIFF, in a way, is blessed and honored that DEFENDANTS used PLAINTIFF to alleviate the pains of living through providing entertainment that was substantively inspired by PLAINTIFF to distract People from the harm and evil that befalls upon them daily. PLAINTIFF likes the fact his ideas were used and was glad to have bolstered the image of the branches of government to make them look good since we are an amazing country in America. This section is not about the money; it is about giving PLAINTIFF some

[206] https://www.cbsnews.com/news/obama-netflix-deal-barack-and-michelle-sign-film-series-production-agreement/
[207] https://variety.com/2020/biz/news/susan-rice-exits-netflix-board-biden-administration-1234850756/

appreciation. To have gone through all that PLAINTIFF did, starting from Special Education and all the RICO predicate acts committed against him; and more importantly, having to work daily at such a higher and harder level in order to actually express himself as an autistic man and to be robbed of the dignity of having some appreciation for PLAINTIFF by taking his ideas and words and passing it off as their own without anything to show for it is cruel, inhumane, and the indication of the true corrupt psychopathy that infects and sickens this country when PLAINTIFF was treated worse than a slave.

Maybe that wasn't that bad with *Tar, you may be thinking,* as PLAINTIFF found the silver lining of it when it inspired love in those who watched it. True; however, you also may be thinking, it can't get worse? WRONG. This is how PETER STRZOK described it two different times from 2015 and from 2016; the first from 2016: "Counterintelligence work frequently feels like studying a placid pond, searching for the slightest ripple on the surface. This was like a 300-pound cannonball screaming into the still water."[208] Ain't that something? A love poem is utilized in counterintelligence. Did PLAINTIFF weigh around 300 lbs—most of the time in law school, PLAINTIFF did and did not; however, there was a time from Summer 2015-Spring 2016 that PLAINTIFF lost a considerable amount of weight. Why is PETER STRZOK referring to screaming? Probably, to PLAINTIFF'S understanding, in Fall 2016, there was a time where PLAINTIFF screamed Vera in his highly emotional volatile state because of what was being done to PLAINTIFF or had been done to PLAINTIFF. So what you're telling the Court is that this one poem was not only used to make PLAINTIFF out to be a violent drug dealer, but was

| 2015-10-17 00:15:43, Sat | OUTBOX | Was thinking about it more, I think you could totally start the poem tomorrow by saying "Reading poetry, out loud, before a room full of people isn't exactly what FBI agents excel at, so we ask your forgiveness for any stumbles along the way" or something like that. |
|---|---|---|

also used to falsely label PLAINTIFF a counterintelligence threat, and DEFENDANT DISNEY stole it and used it without giving PLAINTIFF credit? Yep. *Get outta here,* for real? FOR REAL.

You know what, PETER STRZOK'S and DEFENDANTS message above pisses off PLAINTIFF. It seems to be an admittance they misused the poem in furtherance of their RICO Enterprise because there were stumbles along the way involving the nature and use of it. PLAINTIFF wants to make a point. DEFENDANTS clearly saw potential in PLAINTIFF concerning his writing and creativity skills and insight into issues and entertainment value. If it was truly DEFENDANTS goals on stopping terrorism, you know what they could have done: they could have created an opportunity to reward PLAINTIFF in putting to use his good skills that PLAINTIFF clearly exhibited that DEFENDANTS knew about and DEFENDANTS did nothing. Classical conditioning is a very good way on rewarding positive social behavior in which they could have done this at any step of the way but DEFENDANTS completely failed at this too and took complete advantage of PLAINTIFF because of his talents making PLAINTIFF a slave and peon to them. 18 U.S.C §1963(a)(3) forfeiture of proceeds or property derived from proceeds obtained in violation of RICO. DEFENDANTS are required to forfeit the amount of illicit proceeds as determined by the Court even if the funds used to satisfy the forfeiture are not tainted or if the defendant no longer possesses the tainted funds.

---

[208] Strzok, Peter. *Compromised.* Counterintelligence and the Threat of Donald J. Trump.

*See*: Some of DEFENDANTS relevant crimes include: 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S.C. §1962(d) wrongfully and criminally utilizing asset seizure under USA PATRIOT ACT §428 through RICO Predicate acts to further the Enterprise in which confidential information was made public for profit as well as PLAINTIFF'S Intellectual Property having been stolen, seized, and used at this time, utilizing PLAINTIFF'S Intellectual Property without credit or permission in the White House, Disney, Netflix, (Hollywood), etc., making PLAINTIFF a peon in violation of 18 U.S.C §1961 sections §1581–1592 (relating to peonage, slavery, and trafficking in persons); 18 U.S.C §1961 section §2319 (relating to criminal infringement of a copyright) through the ENTERPRISES' racketeering activity. It is either those things or DEFENDANTS intentionally did that and/or they were aware of it being done by China and did absolutely nothing to notify me, help me, in anyway and continue the exploitation of PLAINTIFF for their profits even when DEFENDANTS had the knowledge of it occurring thereby 18 U.S.C.§2, CHINA.

A derivative of PLAINTIFF'S writing, from having written TAR, was the fact that PLAINTIFF was a journalist for the SEWANEE PURPLE.

What gets missing in the picture is letting the Court know who PLAINTIFF was at that time in 2010. So let DEFENDANT THAO BUI describe who PLAINTIFF was. These are two messages THAO BUI sent PLAINTIFF from June 9th, 2010 and August 24th, 2010: "hmm i forgot to tell you. Come to TN, I'll clean my shed (has two floors) and you can live in it and be close to me <3 lol." and "sooooo where is you? I just put up the flash cards you drew me in my new room and smiling because you're a dork for drawing them :p"

Between 2009 through 2011, PLAINTIFF was a journalist for the Sewanee Purple (the college's newspaper). PLAINTIFF had some success in the Purple and enjoyed being a journalist at that time. PLAINTIFF was being directed the right ways in life at the time in expressing himself and learning how to express himself. Some are the things that were important to PLAINTIFF in regards to the Purple below: NIKOLAY DOBRINOV. 02/17/2010: "I just read your article in the purple and I loved it. But then you have to have a part two in enxt issue to tell people how to find the good things about themselves. But point well taken, article very well written with good examples. Reminds me a little for the way Gladwell writes. The examples are so strong and precise that you get your point across clearly." October 5th, 2010: Miki Kotevski likes "On attractiveness: appearance is not everything" on the Sewanee Purple. On November 22nd, 2010, PLAINTIFF said on Facebook he "is ecstatic that my article on political correctness is the most popular article on the Purple's website. Hell yea!" On 12/06/2010, Miki Kotevski likes "Humble Hilarious Honesty" on The Sewanee Purple. "Humble Hilarious Honesty", "on political correctness" (being one of the most popular articles at the time) and "on: attractiveness: appearance is not everything." PLAINTIFF is including the article on Political Correctness (a draft of it in which the content is 100% the same, but that include the formatting of when it was included in the newspaper) so the Court can get a vibe on who DEFENDANT was at that time and it is relevant to a different section in this complaint. But there are some ironic parts in the draft that was from September 20th, 2010, just in course of their scheme of *Miki's Tea Party*

On Political Correctness. Miki Kotevski: Senior Staff Writer.

"Political Correctness (PC) allows people to consciously view some form of human suffering as more acceptable, and when PC tries to include everyone, it excludes everyone. Nazis used PC to hide true intentions and to make people believe that bad things are more acceptable. Political correctness obscures truth by desensitizing us to true emotions. When the truth is obscured, that allows people to find normally unacceptable things as acceptable; this is, how educated German people allowed the Holocaust to take place. When Jews were forced out of the ghetto, they were "evacuated" from the ghetto. When Jews were herded into cattle cars and sent to death camps, they were abzutransportieren (transported out). Goebbels, along with Hitler, discussed slaughtering Jews as simply herausdrangen(squeezing) them from Germany or they were liquidiert (liquidating) Jews. While Jews were in camp, they received Sonderbehandlung (special treatment)—receiving special treatment meant they were going to get executed. Mass murder of Jews was never called mass murder or mass slaughter; rather it was referred to as Endlosung (final solution). When Jews were given badges of the yellow star, they were never labeled or stigmatized as being Jews; rather, they were ausgeschieden (excluded) from the German people. The public life did not have to be purged of Jews; rather, the public life had to be quickly gereinigt (cleaned) of Jews. The Nazis dehumanized their atrocious actions that should have incited emotional outrage and quelled feelings through the usage of inoffensive language--America is guilty of doing the same thing.

The economy is not horrible; rather, the aggregate demand has decreased, thus causing a significant shortage of capital. Truck stops are not truck stops; they are travel plazas. Prostitutes and gigolos are not prostitutes or gigolos (whore, slut, hustler, etc), they are commercial sex workers. A handicap person is not handicap; they are physically impaired or handicapable. A mentally retarded person is not retarded; they are mentally challenged. Things are not free; they are complimentary. That poor, poverty stricken neighbor is not broke as Hell; but their residual income is far below the average threshold. An illegal immigrant is not illegal; he is an undocumented worker. National ID cards are the "papers" that Nazi's demanded from conquered citizens. Three million children lack sufficient food security—3 million kids, or a quarter of those killed in the Holocaust, in this country are starving. So what do we do about those children? Do we actually acknowledge that they are starving? No, we don't because we replaced starving with security. So to increase the children's "security", we build higher fences around those 3 million kids in the form of political correctness; we solved their problem—we hide their malnourished bodies from our consciousness by increasing our own security by not having a guilty conscience. It is more acceptable to us when children's food security is threatened over children are starving. We hide the problems in the form of political correctness and bicker about what to call it rather than actually implementing a solution. PC is a stupid concept in itself because when it tries to describe something, it contradicts itself. Is a person retarded or mentally challenged? A lot of things are mentally challenging—for instance, how the Twilight series is actually romantic. Since I cannot answer that question on an emotional, logical, or literary level because that question is mentally challenging, I am thus mentally challenged in this instance. Those who believe that Twilight—a series about an indecisive necrophiliac, zoophiliac, teen who cannot pick between a wolf and a dead vampire who falls in love with a vampire and has a baby with a corpse—is somehow a romantic series that is worthy of being called a classic are mentally…. How about if we designate someone as being differently abled? Everyone is

differently abled—I am not able to be a man whore and Mike The Situation is not able to have a life. How about the Premature Ejaculator? Saying that does not take long enough. Commercial Sex Worker or Whore? Obviously the name matters so much when I get locked up for soliciting prostitutes and having that stark realization that cream is not helping my cold sores go away anytime soon. Black or African-American? Did we neglect to see who the person is on the inside and what he represents instead continually looking on the outside and trying to figure out if he would be offended if I called him black? God help us if we ever care about and see who a person is on the inside. How about if a Boer emigrated from South Africa to America? Uh-Oh! A white guy from Africa! Not an African-American is he? So why do we call only the oriental (Japan, Vietnam, China etc) people of Asia as Asian-American. What about the billion people from India? *__I guess those are not the only Indians that were excluded__*. Weed or medicinal marijuana? Does it really matter what you call it when the only thing on your mind is how you are going to devour four cheesy bean burritos, two gordita supremes, and a Mountain Dew at Taco Bell? Fat or Obese? if it takes a person more time to find a lost cheeto than for him to find a stoner at Taco Bell, he is a fat ass. He got that way because fat people eat fatty food—they don't eat obese food. Police officer or Policeman? If someone threatens our community's well-being, is it really that important who protects us (man or woman) as long as someone protects us in the end? Obviously, when I call 911 in my assured and calm state, I am going to say that I only want Car Ramrod to come save me. PC denies us the chance to live in a true reality where the truth matters—we deserve to live truthfully, feel offended, and to feel true emotions. Can we start offending already?"

PLAINTIFF was not a drug user; he was making fun of drug users. He talked about INDIANS positively and wondered about the unequal treatment in how Indians were referred to in 2010. There was nothing malicious, nothing xenophobic, etc. PLAINTIFF talked about the necessity of calling the cops and not about the abuses PLAINTIFF was subject to by the Cops. PLAINTIFF always tried to find the positive outlooks in life.

Most importantly and more relevantly as this specifically addresses PLAINTIFF'S Mens Rea in *Peachy Miami* and *False Identification/SEWANEE Sabotage* in which PLAINTIFF had no way of ascertaining about the FBI and Title II hounding his life at the time, *__PLAINTIFF unequivocally condemned actual and real harm when it occurred__* and was teaching the audience or his listeners *__about how harms were committed__* **__AS TO AVOID THEM__** and not to implement them. PLAINTIFF'S specific question at the end of "can we start offending already" was an imminent call to action to *__avoid harm__* by *__doing the exact opposite of the harm__*.  If they are being honest, DEFENDANTS will tell you that PLAINTIFF did not change much in terms of mentality, outlook, and how PLAINTIFF processed life in regard to his speech when he was at SEWANEE and as a journalist. PLAINTIFF was very much the autistic same self. If anything could define PLAINTIFF, it was the fact that when PLAINTIFF started taking philosophy courses and after his house had burned down in May 2010, it solidified who he was as a person to emphasize the good in PLAINTIFF and to avoid harm. DEFENDANTS intentionally omitted anything exculpatory on how PLAINTIFF viewed life when he was talking about philosophy because that would have 100% proven their false narrative to be fabricated having already committed legal fraud upon the Court and intentionally avoided correcting their actions regarding the legal fraud they committed and perpetuated upon the Court.

Side Note.

Just for the sake of inclusion. PLAINTIFF is asking the court to watch *Lava* on Youtube and read TAR to see the uncanny resemblances between the two that could have only happened after DISNEY ripped off *TAR*. For example, the chubby looking volcano is completely dejected only to find his lover that is living in the sea below. See Screenshot below. So PLAINTIFF can go through Lava on Youtube and TAR and show you how Disney ripped off PLAINTIFF. BUT the point of all of this is to show you how PLAINTIFF was being economically abused and manipulated for ulterior motives in which there was no appreciation for PLAINTIFF. PLAINTIFF is not asking for money for HOLLYWOOD using PLAINTIFF the way they did, he just wants some appreciation from Hollywood and DEFENDANTS like Netflix, Disney, like a thank you would be nice, here is some credit for your ideas, here is a pool party with hot chicks that are interested in talking to you, you know shit like that. Would you happen to have any more ideas that we can use that we can give you credit for? You know, shit like that is all PLAINTIFF is asking for. But PLAINTIFF is asking for credit and acknowledgment how DEFENDANTS



like BARACK OBAMA stole PLAINTIFF'S words and did not appreciate PLAINTIFF or give thanks. PLAINTIFF just wants a little thanks, a little appreciation, a little acknowledgment he wrote the stuff and it was necessarily seized and stolen when DEFENDANTS committed legal fraud upon the Court.

**18 U.S. Code § 2234 - Authority exceeded in executing warrant; 18 U.S. Code § 2235 - Search warrant procured maliciously; 18 U.S. Code § 2236 - Searches without warrant.**

Your Honor must be thinking this is all extremely outrageous! But PLAINTIFF barely discussed money so what about ***MONEY***? How does **MONEY** figure into all of this happening at SEWANEE, SANTA CLARA, and LSU LAW. Great question your honor! This gets even more outrageous, the likes of which the Court has never seen:

## JUNIOR YEAR. SEWANEE. "FINANCIAL TERRORISM."

FBI: ROBERT MUELLER. CIA: LEON PANETTA. DOD General Counsel: JEH JOHNSON. DHS. JANET NAPOLITANO.. DOJ Attorney General: ERIC HOLDER. DOJ Northern District of Georgia (Atlanta): SALLY YATES.

"The danger that high federal officials will disregard constitutional rights in their zeal to protect the national security is sufficiently real to counsel against affording such officials an absolute immunity." *Mitchell v. Forsyth*, 472 U.S. 511 (1985). "Because the Amendment now affords protection against the uninvited ear, oral statements, if illegally overheard, and their fruits are also subject to suppression. *Silverman v. United States,* 365 U. S. 505 (1961); *Katz v. United States,* 389 U. S. 347 (1967)" 18 U.S. Code § 2234 - Authority exceeded in executing warrant; 18 U.S. Code § 2235 - Search warrant procured maliciously; 18 U.S. Code § 2236 - Searches without warrant.

To the best of PLAINTIFF'S current understanding, through numerous points along PLAINTIFF'S way from Fall 2007 through Fall 2009, PLAINTIFF gets the attention of DEFENDANTS' High-Ranking Leadership and Leaders in DEFENDANTS FBI, CIA, etc. In PLAINTIFF'S honest opinion and belief, what DEFENDANTS see in PLAINTIFF is a non-likeable, socially vulnerable, autistic smart-ass that appears to be on the fringe with some of his libertarian ideas that has good entertainment value and enough talents for DEFENDANTS to leech off of in which DEFENDANTS wanted to label and give the label of domestic terrorism to expand their power and reach in which PLAINTIFF had no means of defending himself, no one to protect PLAINTIFF, and no social acceptance by society thereby easily vilifying PLAINTIFF thereby making him the perfect fodder or material (i.e. pawn or slave) DEFENDANTS could use at any time to enrich themselves, making themselves more powerful, and create an agenda or narrative that they saw fit. PLAINTIFF was a peon and a slave for all intents and purposes.

Next, PLAINTIFF'S *grandparents* on his mother's side paid for PLAINTIFF'S tuition in his Freshman and Sophomore year at SEWANEE via accounts made at 5/3rd Bank in which *grandparents* were construction home builders. The month of November 2009 was one of the most traumatic months in PLAINTIFF'S life. PLAINTIFF'S parents were in a deep financial crisis and had declared bankruptcy at this point in when PLAINTIFF was in SEWANEE. PLAINTIFF didn't have the credit score necessary to get private student loans. US Government financial aid would not have been given due to PLAINTIFF'S parents' income situation at the time.[209] PLAINTIFF received a notice from school around the beginning of November 2009 that PLAINTIFF was two weeks away from being kicked out of SEWANEE due to non-payment of tuition. PLAINTIFF'S father's grandparents could not afford to help PLAINTIFF. The only people in PLAINTIFF'S life who could have plausibly helped PLAINTIFF continue his education at that time were PLAINTIFF's mother's parents (hereon: *grandparents*).

So PLAINTIFF maxed out one of his Chase credit cards in which the other one was maxed out too in order to go to Serbia. PLAINTIFF took two days off from his class schedule,

---

[209] I will explain if necessary, but not necessary from my stand point for this purposes.

drove from SEWANEE to ***ATLANTA (same state GRIFFIN FRY is from)***, boarded a Lufthansa flight to Germany on an Airbus A330 around November 15th, 2009, and then continued on to Serbia, and visited my *grandparents*. In Serbia, PLAINTIFF described to his *grandparents* the dire financial situation he found himself in. PLAINTIFF'S *grandparents* didn't believe the financial situation PLAINTIFF was in because they thought PLAINTIFF's parents were doing so well financially at that time and that PLAINTIFF's parents had the money to pay for PLAINTIFF's tuition. PLAINTIFF'S *grandparents* then berated PLAINTIFF and said PLAINTIFF could have earned the $36,000 needed for tuition (not possible because PLAINTIFF was forced to work by his parents, and they kept the money and PLAINTIFF was disabled) and other expenses needed at the time. PLAINTIFF showed his *grandparents* the bill SEWANEE sent PLAINTIFF. After talking to PLAINTIFF'S *grandparents* further, PLAINTIFF'S *grandparents* agreed to cover his tuition and give a little extra on the side for that year. If PLAINTIFF recalls correctly, PLAINTIFF and his grandfather went to Alfabank (yes the same one Trump and his Russia issues) in Serbia and PLAINTIFF's grandfather and PLAINTIFF wired Sewanee the limit of approximately $26,000+ or so from Alfabank.

But the night before PLAINTIFF'S flight home, as PLAINTIFF was laying in bed, PLAINTIFF'S grandma came to his room. PLAINTIFF'S grandma came in her silky yellow/beige night gown and made it a point to be known how much she was sacrificing for PLAINTIFF. PLAINTIFF'S grandma told PLAINTIFF to stand up and get out of bed, so PLAINTIFF did. PLAINTIFF's grandma then lifted her night gown, exposing her completely naked body underneath. PLAINTIFF stood there, shocked, as PLAINTIFF saw her hideously scarred body and what appeared to be a 'S' shaped scar that went from her right shoulder, through the middle of her breasts, and ended down her lower stomach area in which she received those scars after multiple recent surgeries. PLAINTIFF's grandmother died the following Spring in 2010. That is precisely the last memory PLAINTIFF has of his grandmother while she was still alive--PLAINTIFF begging for money to continue his education and that sight forever shockingly burned into his mind for life. Absolutely traumatized, PLAINTIFF had to go back to SEWANEE in which PLAINTIFF holds on for dear life not to completely break down and have an autistic episode in the plane or anywhere on the way back. PLAINTIFF'S flight goes from Belgrade to Frankfurt (thereby giving DEFENDANT **BUNDESNACHRICHTENDIENST** in-personam-jurisdiction and thereby making **BUNDESNACHRICHTENDIENST** a party from the time of this incident who participated/aided in abetted the RICO Enteprise) once PLAINTIFF steps foot into Frankfurt Airport and then on to ATLANTA in which DEFENDANT'S FBI's ATLANTA FIELD OFFICE then gets jurisdiction for anything that arises once PLAINTIFF steps foot into ATLANTA. **BUNDESNACHRICHTENDIENST** shared information about PLAINTIFF amongst DEFENDANTS from this point forward thereby making them a party. <u>*See:*</u> *United States v. Miller, 116 F.3d 641, 674-75 (2d Cir. 1997) (act involving murder need not be actual murder as long as the act directly concerned murder, and facilitation of murder was a proper RICO predicate because accessorial offenses described in the New York State statutory provisions involved murder* <u>within the meaning of RICO where defendant provided information he knew would enable inquirer to</u> *commit murder or other RICO violations).*

BUT PLAINTIFF has yet another extremely and very big problem he is dealing with at the time and is revealing multiple crimes PLAINTIFF committed against his legal interests because how unjust it was and what PLAINTIFF had to go through in addition to the previous

paragraphs. PLAINTIFF must transport more than $10,000 in cash on his person from Serbia to the United States. Correct. Why is this so much of a problem? Well, here is the clash. Congresses' poorly thought-out law in the guise of "financial terrorism" and protecting the country where DEFENDANTS really want is just money and control regardless of intent, facts, legality, and purposes of having that much cash on you. IRS/DEFENDANTS demand 40% of $10,000 or more of that cash if one travels from *overseas* and then enters the United States with it and they require you to report it. This is an unconstitutional taking. This law was made under the guise of *FINANCIAL TERRORISM* and would subject PLAINTIFF unjustly to the USA PATRIOT ACT. IRS would not consider the cash a gift.[210] So if PLAINTIFF followed the law, PLAINTIFF would have had to forfeit over $4,000+ and be left with $6,000+ or so? Correct. This was not enough to cover PLAINTIFF'S tuition, let alone other additional expenses in which PLAINTIFF was in need of at the time of clothing, food, and had maxed out CHASE credit cards in which PLAINTIFF wanted to continue to make payments on those credit cards and did make payments on them, etc. PLAINTIFF couldn't get private loans because PLAINTIFF had poor credit rating after PLAINTIFF's parent's business went under in 2007/2008 and were in bankruptcy. *Grandparents* couldn't give PLAINTIFF any more than what they gave. PLAINTIFF was not going to sell drugs, then, or at any time afterwards, or do anything illegal to cover tuition or to use any proceeds from selling drugs at any time in his life to cover tuition. PLAINTIFF did what he had to do then and PLAINTIFF *continued his education*. PLAINTIFF did what he had to do to survive and there was no hostility against the United States in me continuing PLAINTIFF'S education. This episode was used against PLAINTIFF in furthering the RICO Enterprise.

So to continue on the factual story, PLAINTIFF knowing the abuses of CIVIL ASSET FORFEITURE and asset forfeiture under USA ==PATRIOT ACT §428 in== which DEFENDANTS would rob the People of their legal money is petrified he won't have enough for his tuition if PLAINTIFF is seized at the airport or afterwards. As mentioned, PLAINTIFF, on the flights, has more than $10,000+ cash on him in his person and this makes PLAINTIFF extremely susceptible to continue being abused by DEFENDANTS and will deny PLAINTIFF the opportunity to continue his education. So PLAINTIFF keeps most of the cash on him in his wallet and rolls over $2,000+ or so (but less than $5,000) and places it in the area between his testicles and anus to end DEFENDANTS' Rico Enterprise because knowledge is power and without doing that then, PLAINTIFF would have dropped out and not been allowed to learn law and fulfill the PATRICK YAPPO story. PLAINTIFF does not have an autistic episode and held on for long enough even with this additional pressure and the trauma of the previous paragraph. After PLAINTIFF paid off the rest of the tuition for that year at SEWANEE, PLAINTIFF took whatever remaining amount was left over and drove to Chattanooga to deposit the rest of it in a Bank of America branch (like a 45-minute drive from school). But PLAINTIFF'S troubles did not end there, in a way, it just started.

If all of that is not bad enough, it gets worse!

The situation gets even more worse! PLAINTIFF believes, based on some factual knowledge, PLAINTIFF's aunt (PLAINTIFF's mom's sister) and her daughter (PLAINTIFF's

---

[210] "A foreign gift does not include amounts paid for qualified tuition or medical payments made on behalf of the U.S. person." https://www.irs.gov/businesses/gifts-from-foreign-person

1st cousin) had plausibly committed elder fraud against my *grandparents and their estate* when *my grandparents* were still alive from the time PLAINTIFF had gone through SEWANEE in 2009 to their deaths in 2010 and 2018 respectively. DEFENDANTS/FBI would have necessarily had to have gone through PLAINTIFF'S *grandparents'* finances to get an accurate picture of PLAINTIFF'S finances at SEWANEE because PLAINTIFF'S *grandparents* funded 3 years of his education at Sewanee. The FBI would have easily discovered-- in the course of their investigation--that the "signatures" of my grandparents at 5/3 Bank (that was used in PLAINTIFF'S freshman and sophomore years) were plausibly credible forgeries in which PLAINTIFF'S aunt and cousin to his understanding coerced his grandparents into signing or PLAINTIFF'S aunt and cousin signed. Furthermore, PLAINTIFF told undercover DHS or DEA Agent MATT about this situation. *DEFENDANTS did nothing.* DEFENDANTS all knew of this information involving elder financial abuse and they *did nothing*. You think PLAINTIFF is making this up? No. It is confirmed by PETER STRZOK, who was the head of Counterterrorism, in which PETER STRZOK himself stated:: "The FBI can and does gather credible allegations ***from overseas*** including *counterintelligence information*. The information can come from an intelligence agency (i.e. DEFENDANTS), from a newspaper, or from an alert businessman, a suspicious scientist, your neighbor, or ***your grandmother***."[211] Okay PETER STRZOK, what else: "If our team was trying to get our ***subject's financial records, we didn't want that person's bank telling him about it.***"[212]  Ah, so PETER STRZOK and the *FBI knew victims were being scammed* as they had access to the financial records, *and the FBI still did nothing.*

So what about the *HONOR CODE* here. Well, your honor, for *HONOR CODE* purposes, the cash fell out of a Lufthansa Airbus A330. Lol. But seriously, there was honor in ending DEFENDANTS' RICO Enterprise through PLAINTIFF'S education thereby making it conform to the requisites and stipulations of the *HONOR CODE.* PLAINTIFF also had an honorable obligation to help students like PATRICK YAPPO and continue his education; and therefore did not violate the Honor Code. Having been lied to numerous times by the US Government and numerous RICO predicate acts committed at this point, using funds to continue my education was far more honorable than giving them money to deny my obligation to help disabled students in the future. Therefore, no *HONOR CODE* violation.

 DEFENDANTS wanted to maliciously and falsely paint PLAINTIFF as a terrorist or violent drug dealer, so they did through RICO Predicate Acts and their Enterprise. They utilized these facts/financials on one of the most traumatic events in PLAINTIFF'S life to do so. Now to bring back previous sections to the forefront of your mind, the importance of *This Side of the Street* and *Meth* are vital in DEFENDANTS continuing the Enterprise against PLAINTIFF'S constitutional and legal interests. What would the following material misstatement of the following facts paint in a reasonable jurist's mind: DEFENDANTS found evidence of meth in PLAINTIFF'S dorm room, found a gun in his vehicle, and PLAINTIFF went overseas and magically discovered over $30,000 in a foreign overseas trip? It falsely paints the image of PLAINTIFF being a terrorist violent drug dealer in which fabricated evidence would be used to convict PLAINTIFF in court in which DEFENDANTS would only be able to depict PLAINTIFF that way through a miscarriage of justice and their RICO Enterprise.

---

[211] Strzok, Peter. *Compromised*. Counterintelligence and the Threat of Donald J. Trump.
[212] Strzok, Peter. *Compromised*. Counterintelligence and the Threat of Donald J. Trump.

Part of the cash was supposed to be paid in taxes. DEFENDANTS knew this and then sought to prosecute me for that. Since DEFENDANTS were absolutely watching me and had commented on my issues without fixing the material omissions and fabrications, it necessarily would have been a State Department matter that arose through international ways. So in a March 08th, 2011 email entitled HILLARY CLINTON INVITATION LETTER, the following: "1 agree on **the irs thing**, they dont like when people like hrc interfere...[213]" and as PLAINTIFF previously mentioned: HILLARY CLINTON's email discussing the AP article of: "Mexican *Lake* Victim Hartley Possibly ***Mistaken For Drug Runner***"[214] in which DEFENDANTS and HILLARY CLINTON knew of the issues of DEFENDANTS having mischaracterized the intent and purpose of *TAR* and/or my requisite knowledge at the time. So PLAINTIFF has these policy makers deciding on whether or not to prosecute PLAINTIFF for simply wanting to continue his education.


**SOPHOMORE/JUNIOR YEAR. SEWANEE. Calm Down, Man.**


FBI: ROBERT MUELLER. CIA. LEON PANETTA, MICHAEL HAYDEN. DHS. JANET NAPOLITANO. DOJ Attorney General: MICHAEL MUKASEY.

Just for disclosure. Sophomore year at SEWANEE. PLAINTIFF has 4 or so expired pain killers in his room. PLAINTIFF is disgusted by it because the pills are expired and autistic people have strong aversion and hyper focus to disgusting things.[215] SARAH CROSBY initiates discussion about it and offers money for the expired pills. PLAINTIFF agrees thinking she is going to dispose of them because they were disgusting to PLAINTIFF and PLAINTIFF did not care about the amount he got as long as he got something for the disposal. At no time prior to this incident did PLAINTIFF ever sell drugs. Period. *PLAINTIFF personally never* bought, *grew*, sold, distributed, transported, etc. weed in PLAINTIFF'S life and explicitly condemned when he knew about it.

In *Sherman v. United States*, 356 U.S. 369 (1958) the court found that entrapment occurred when: "It is patently clear that petitioner was induced by Kalchinian. The informer himself testified that, believing petitioner to be undergoing a cure for narcotics addiction, he nonetheless sought to persuade petitioner to obtain for him a source of narcotics. In Kalchinian's own words we are told of the accidental, yet recurring, meetings, the ensuing conversations concerning mutual experiences in regard to narcotics addiction, and then of Kalchinian's resort to sympathy. One request was not enough, for Kalchinian tells us that additional ones were necessary to overcome, first, petitioner's refusal, then his evasiveness, and then his hesitancy in order to achieve capitulation. Kalchinian not only procured a source of narcotics but apparently also induced petitioner to return to the habit. Finally, assured of a catch, Kalchinian informed the authorities so that they could close the net. The Government cannot disown Kalchinian and insist it is not responsible for his actions. Although he was not being paid, Kalchinian was an active

[213] https://wikileaks.org/clinton-emails/emailid/31962
[214] https://wikileaks.org/clinton-emails/emailid/1428
[215] https://www.nature.com/articles/srep19381?error=cookies_not_supported&code=ca1f909d-d3e6-44ee-9806-4b56c57c1136

government informer who had but recently been the instigator of at least two other prosecutions. Undoubtedly the impetus for such achievements was the fact that in 1951 Kalchinian was himself under criminal charges for illegally selling narcotics and had not yet been sentenced. It makes no difference that the sales for which petitioner was convicted occurred after a series of sales. They were not independent acts subsequent to the inducement but part of a course of conduct which was the product of the inducement. In his testimony the federal agent in charge of the case admitted that he never bothered to question Kalchinian about the way he had made contact with petitioner. The Government cannot make such use of an informer and then claim disassociation through ignorance."

If the United States Government brings up anything involving PLAINTIFF'S Adderall, then *Sherman v. United States*, 356 U.S. 369 (1958) applies. If there were times that PLAINTIFF gave Adderall to help his friends study, it absolutely wasn't for the profit of selling drugs, it was to help his friends succeed in school in which--PLAINTIFF is alleging--that even many DOJ'S attorneys when they were in college and law school utilized Adderall during finals. PLAINTIFF was not in the drug dealing business. Actually, what this incident and METH will show is that PLAINTIFF didn't want to be even around certain drugs. If DEFENDANTS are being honest, they necessarily have to affirm the truth of what PLAINTIFF just said. So any utilization was in violation of *Sherman v. United States*, 356 U.S. 369 (1958). Furthermore, "It is manifest that these arguments rest entirely upon the letter of the statute. They take no account of the fact that its application in the circumstances under consideration is foreign to its purpose; that such an application is so shocking to the sense of justice that it has been urged that it is the duty of the court to stop the prosecution in the interest of the Government itself, to protect it from the illegal conduct of its officers and to preserve the purity of its courts…*But* can an application of the statute having such an effect — creating a situation so contrary to the purpose of the law and so inconsistent with its proper enforcement as to invoke such a challenge — fairly be deemed to be within its intendment? *Sorrells v. United States*, 287 U.S. 435 (1932)

**JUNIOR/SENIOR YEAR. SEWANEE.  THE ROOF. THE ROOF IS ON FIRE.**

FBI: ROBERT MUELLER. CIA. LEON PANETTA. DHS. JANET NAPOLITANO. DoD General Counsel. JEH JOHNSON. DOJ Solicitor General: ELENA KAGAN (1 or 2 days after this incident, she would leave the DOJ.). SALLY YATES: DOJ in Northern District of Georgia (Atlanta).

"The danger that high federal officials will disregard constitutional rights in their zeal to protect the national security is sufficiently real to counsel against affording such officials an absolute immunity." *Mitchell v. Forsyth*, 472 U.S. 511 (1985).  "Because the Amendment now affords protection against the uninvited ear, oral statements, if illegally overheard, and their fruits are also subject to suppression. *Silverman v. United States,* 365 U. S. 505 (1961); *Katz v. United States,* 389 U. S. 347 (1967)"

- "However, the line must be drawn where, as here, a government agent lures the unwary innocent and then implants a law-breaking disposition that was not theretofore present. In

such cases, the government takes on the unwholesome appearance of the consummate manufacturer of crime. The continuing vitality and integrity of our "government of laws" would be imperiled if we sanctioned the manufacturing of crime by those responsible for upholding and enforcing the law." *United States v. Lard*, 734 F.2d 1290 (8th Cir. 1984)

**18 U.S. Code § 2234 - Authority exceeded in executing warrant; 18 U.S. Code § 2235 - Search warrant procured maliciously; 18 U.S. Code § 2236 - Searches without warrant.**

On May 10th, 2010, President BARACK OBAMA nominates ELENA KAGAN to the Supreme Court. May 17th, 2010 was the last day ELENA KAGAN served as DOJ'S Solicitor General. Confirmations hearings were had concerning ELENA KAGAN's nomination to the Supreme Court on June 28th, 2010 and on August 5th, 2010 she was confirmed to SCOTUS. During ELENA KAGAN'S 15 months as Solicitor General, ELENA KAGAN only argued six cases. 4 cases that SCOTUS ruled with her on were (two of which most definitely concerned PLAINTIFF: Buono and Holder): *Salazar v. Buono*, 559 U.S. 700 (2010), *Holder v. Humanitarian Law Project*, 561 U.S. 1 (2010), *United States v. Comstock* 560 U.S. 126 (2010), and *Free Enterprise Fund v. Public Company Accounting Oversight Board*, 561 U.S. 477 (2010).

So back to it.

On or about May 14th, 2010, PLAINTIFF goes to California with PLAINTIFF'S parents to attend PLAINTIFF'S brother's graduation from Pomona College. WHO might be giving the convocation speech at Pomona College in May 2010? Why, it is DHS' very own JANET NAPOLITANO of course. While attending the graduation, a neighbor and a family friend at the time, Dr. CHRIS STEPHENSON calls PLAINTIFF in the middle of dinner at an Italian restaurant and informs PLAINTIFF that PLAINTIFF'S home is currently burning down to the ground. PLAINTIFF in no way causes, aids or abets, contributes, starts, etc. the home burning down to the ground on May 14th, 2010. Remember, PLAINTIFF did not have the knowledge or material to make a fire incendiary device as he had deleted his copy of Anarchist's Cookbook long before the house burned down. PLAINTIFF had told his parents repeatedly--during the numerous times PLAINTIFF went home on break from SEWANEE between 2008-2010 and had arguments about the financial situation with his parents during those visits--that it would be perfectly okay to let the bank take the house (as the house was in foreclosure) and for the family to move on. DEFENDANTS necessarily knew this through their unconstitutional searches and had intentionally ignored the exculpatory evidence PLAINTIFF routinely told his parents at the time. PLAINTIFF'S cat Sparky is killed in the fire. PLAINTIFF thought, and still thinks to this very day, that PLAINTIFF'S cat Sparky is worth more than the value of the insurance settlement derived from the house burning down. The important thing to note is the following. It is a **Seven-Alarm** Fire, although it at times was reported as a Six-Alarm Fire, which is one of the highest and rarest responses fire departments can give to a fire. Local News notes this extreme rarity as well.[216] It becomes a federal issue as firefighters from Wisconsin cross over state lines and into Illinois to battle the blaze. But most importantly and relevantly, ABC7 News of SAN FRANCISCO reports that explosions were reported in the fire.[217] ABC7 NEWS of San Francisco

---

[216] https://www.nbcchicago.com/news/local/wadsworth-fire/1895950/. Last Checked 08/12/2023.
[217] https://abc7news.com/archive/7443519/



did get a certain aspect of their reporting wrong though because PLAINTIFF was injured because of DEFENDANTS' actions afterwards PLAINTIFF in which DEFENDANTS killed PLAINTIFF'S beloved Sparky. The connection to San Francisco is that it is ROBERT MUELLER'S home base and the tech industry's home base in which there was probably a fight against PLAINTIFF by DEFENDANTS in which DEFENDANTS were trying to coverup their crimes and they knew that computers and the internet were going to be the next frontiers for DEFENDANTS at the time and that is what PLAINTIFF alleges. Knowing full well that exculpatory evidence about PLAINTIFF is intentionally omitted, DEFENDANTS/FBI/WHITE HOUSE somehow manage to get a warrant in 2015 (through legal fraud again) in which DEFENDANT ANDREW MCCABE references the house fire and search and seizure of PLAINTIFF'S laptop when he says: "The laptop[218] was a find, but finding the laptop was not self-evidently **a six-alarm situation.**[219] PLAINTIFF believes and alleges DEFENDANTS thought PLAINTIFF was the culprit and used this false fabrication against PLAINTIFF in Court proceedings or warrants or administrative actions in light of *Peachy Miami* and *Sewanee Sabotage.* This is pretty much all PLAINTIFF ever said on his Facebook account regarding the fire/ 05/16/2010: "you can always find positive things even in the worst things." May 28th, 2010: "official cause of the house burning down: undetermined." Finally, 05/30/2010: Added a new photo. R.I.P. Senor Sparko. Took two weeks for me to grieve. There is an extended period of time PLAINTIFF needed to full grieve a huge loss in his life (*See: Tragedy*)

PLAINTIFF alleges that DEFENDANTS committed arson and murdered PLAINTIFF'S cat Sparky as witness retaliation and witness tampering. More importantly, PLAINTIFF alleges that DEFENDANTS planned their sabotage against PLAINTIFF in far more exorbitant detail than PLAINTIFF could have ever plausibly thought of at the time of Peachy Miami because DEFENDANTS exorbitant plans was in furtherance of RICO Enterprise 1 because they were

---

[218] Plaintiff's laptop
[219] DEFENDANTS are trying to find evidence of and pinpoint insurance fraud on PLAINTIFF when he didn't commit insurance fraud when DEFENDANTS knew PLAINTIFF'S laptop had been cleaned in 2008 or 2009.

completely looking to convict and frame PLAINTIFF yet again because they necessarily knew and understood *Sewanee Sabotage* was tainted that contained numerous RICO predicate acts and knew that *Peachy Miami* was necessarily tainted that contained numerous RICO predicate acts and needed clean slate. Even though they knew *Sewanee Sabotage* and *Peachy Miami* were constitutionally tainted and were RICO acts, they still planned to utilize those against PLAINTIFF. Seeing how much FBI, CIA, et al hated PLAINTIFF at the time from at least 2008 through 2010 (Present), PLAINTIFF is alleging that DEFENDANTS intentionally burned PLAINTIFF'S home (that was owned by PLAINTIFF'S parents) to the ground and intentionally and savagely killed PLAINTIFF'S cat, Sparky, because it would conform to what they did in *Sewanee Sabotage* and *Peachy Miami* thereby creating yet another false allegation and false narrative against PLAINTIFF because it was reported that there were sounds of gun shots and explosions coming from the home when the home was burning down to the ground.. DEFENDANTS knew that the cost of burning the home down and killing PLAINTIFF'S beloved Sparky was far less than the actual value they would obtain in falsely convicting PLAINTIFF to coverup their false and misleading narratives. DEFENDANTS needed this because PLAINTIFF unfortunately was maliciously selected to be part of establishing precedent against so called domestic terrorists at home and abroad: this was extreme value and importance to DEFENDANTS. So what is a million dollar payout to PLAINTIFF'S parents and killing PLAINTIFF'S beloved cat, Sparky in which they could obtain that precedent? One of the most important things is that fire investigators could not determine what was the cause of the fire and it was left as undetermined. By necessarily having the fire investigators leave the cause of "undetermined," it would allow DEFENDANTS to falsely prove what was the cause of the fire by circumstantial evidence, which would include their material fabrications in Sewanee Sabotage and Peachy Miami. Just the act of leaving the cause undetermined was witness retaliation against PLAINTIFF, obstruction of justice because it would naturally allow DEFENDANTS to use perjured testimony and materially misleading evidence against PLAINTIFF, and it was witness tampering because they murdered Sparky. ==DEFENDANTS violated: 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S.C. §1962(d)==

PLAINTIFF is incorporating the discussion on *Ashcroft v. al-Kidd*, 563 U.S. 731 (2011) [here] as it relates to PLAINTIFF and the home burning down. The evidentiary value of that was seen in *Ashcroft v. al-Kidd*, 563 U.S. 731 (2011) in which SCOTUS (as PLAINTIFF will explain in *Miki's Tea Party*) necessarily knew that leaving the cause undetermined was beneficial to DEFENDANTS and DEFENDANTS intentionally utilized it against PLAINTIFF. So let PLAINTIFF further allege the following. PLAINTIFF knows DEFENDANTS are going to falsely allege some type of insurance fraud scheme against PLAINTIFF; well DEFENDANTS were the ones that burned the home down to the ground. So, by DEFENDANTS having done so, PLAINTIFF could not have perpetuated any type of insurance fraud scheme. PLAINTIFF'S cat was worth more to him than the home. DEFENDANTS knew that a counterterrorism conviction to coverup their fraud upon the court in furtherance of RICO Enterprise 1 was worth more than the value of the home. So the cost of a payout was meaningless to both PLAINTIFF and DEFENDANTS in terms of different values. In the extreme alternative, in the case that DEFENDANTS and PLAINTIFF'S parents worked out a deal in which DEFENDANTS blamed

PLAINTIFF, PLAINTIFF was never informed and there were substantial and significant reasons in which PLAINTIFF was deceived. Motherfuckers murdered Sparky.

. R.I.P. Sparky (*See*: bottom left). *See*: PLAINTIFF'S house burning & PLAINTIFF'S burgundy 1995 Chevy Pickup Truck (below) from *Meth*[220] (Home fire pictures copyright below in footnote). Since Sparky was technically PLAINTIFF'S property, PLAINTIFF places a value of Sparky of $100,000,000. PLAINTIFF was deprived of property under RICO in furtherance of RICO Enterprise 1.



For PLAINTIFF'S cat Sparky, in the Prayers for Relief section, PLAINTIFF has made some requests for the Court besides recognizing that he was one of the best cats ever.



# JUNIOR YEAR. SEWANEE.
## *MIKI'S TEA PARTY.*

FBI: ROBERT MUELLER. DOD GENERAL COUNSEL, JEH JOHNSON. CIA: LEON PANETTA. DHS. JANET NAPOLITANO. DOJ Attorney General: ERIC HOLDER. DOJ Solicitor General: Neal Katyal.



---

[220] https://olkee.smugmug.com/FIres/Mabas-Division-4-Lake-County/Newport-Fire-Dept/Newport-Fire-Protection-1/



PLAINTIFF has to get this completely out of the way by factually distinguishing the applicability of certain facts in this chapter: actual defense trade between America and India was not corrupt and was completely untainted in regard to the issues in this Chapter which is even supported by certain facts that PLAINTIFF will explain (i.e. Indian betrayal of not purchasing certain military aircraft). SO ACTUAL DEFENSE TRADE BETWEEN AMERICA, INDIA, QATAR, and UNITED KINGDOM FALLS OUTSIDE THE SCOPE OF LITIGATION IN THIS COMPLAINT and is therefore inapplicable except for the instances in which PLAINTIFF proves at least at a clear and convincing evidence standard that certain things may be labeled as "defense trade," but there is evidence that shows it wasn't about *legitimate defense trade*. Furthermore, whether it was DoD or CIA is immaterial, there were events that took place on November 8th, 2018 that PLAINTIFF is still very much pissed off about that either CIA or DoD did as a pure form of intimidation and retaliation in which no other plausible explanation can be attributed for their actions. As a punitive measure, PLAINTIFF is requesting two boeing apache helicopters fully loaded and/or anti-aircraft defense systems because of what either CIA or DoD did to PLAINTIFF on November 8th, 2018 in XX; and to ensure that if DoD or CIA are going to disobey the court permanent injunction that PLAINTIFF requests, there will be punitive repercussions for their actions when PLAINTIFF will defend himself and his property from that type of occurrence again. But DoD would train PLAINTIFF on how to be proficient on an Apache Helicopter or how to use anti-air craft system on their own planes if they so choose to intimidate, tamper with, and retaliate against PLAINTIFF when there was no legitimate cause to do so in the first place.

"The danger that high federal officials will disregard constitutional rights in their zeal to protect the national security is sufficiently real to counsel against affording such officials an absolute

immunity." *Mitchell v. Forsyth*, 472 U.S. 511 (1985). "Because the Amendment now affords protection against the uninvited ear, oral statements, if illegally overheard, and their fruits are also subject to suppression. *Silverman v. United States,* 365 U. S. 505 (1961); *Katz v. United States,* 389 U. S. 347 (1967)" 18 U.S. Code § 2234 - Authority exceeded in executing warrant; 18 U.S. Code § 2235 - Search warrant procured maliciously; 18 U.S. Code § 2236 - Searches without warrant.

What PLAINTIFF is alleging is that certain civilian trade between America, India, Qatar, and United Kingdom is necessarily tainted and corrupted. Period. So PLAINTIFF is not holding DoD responsible or as a party to that corruption as that was more State and the White House. Let me be clear on something. It was the decision made to incorporate PLAINTIFF. What goes on in the sketchy parts of the world, PLAINTIFF understands and has absolutely no desire to have this case be a precedent in that respect, but it was DEFENDANTS' actual decision to do what they did against PLAINTIFF.

**PLAINTIFF will fight to his every last appealable decision that based on what DEFENDANTS did to PLAINTIFF and how they killed his dream of becoming a lawyer in this Chapter as well as in *An Anchor and a Pitchfork*, PLAINTIFF wants his childhood dreams to come true when he is legally correct in saying they will come true.**

In all relevant times in *Miki's Tea Party*, PLAINTIFF alleges that NSA and British Intel cooperated, conspired, plotted, and undertook numerous unconstitutional actions concerning PLAINTIFF in which they aided and abetted and facilitated an act of international and domestic terrorism and failed to properly inform PLAINTIFF of the "offing." They did this through having utilized NSA's operation at RAF Menwith Hill in North Yorkshire, United Kingdom and at GCHQ Bude in Morwenstow, United Kingdom. NSA and British Intel have had a long and long running relationship via: Echelon. Together, NSA and British Intel did one of the enumerated actions in the definition of NSA and British Intel during all times of *Miki's Tea Party.*

PLAINTIFF alleges DHS and NSA have a partnership in which DHS and NSA utilize NSA'S Threat Operations Center (NTOC), which is the primary NSA/CSS partner for Department of Homeland Security response to cyber incidents. In an Anchor and a Pitchfork, a blackmail email was sent to PLAINTIFF in which American Intel and British Intel and Aussies necessarily had PLAINTIFF under surveillance in which they all knew of the liability PLAINTIFF posed to the CLINTONS and SCOTUS. At all times, DHS and NSA via the NTOC forecasted the incident to occur from at least 06/27/2015 in *an Anchor and a Pitchfork* and 09/27/2010 in *Miki's Tea Party*. Alerts were sent to both DHS and NSA. They could have easily and readily attributed the malicious activity being undertaken against PLAINTIFF in *An Anchor and a Pitchfork* and *Miki's Tea Party*. DHS and NSA did nothing and aided and abetted RICO Enterprise 1 and RICO Enterprise 2 and furthered the objectives of RICO Enterprise 1. By having received, sent, and processed all of the information concerning PLAINTIFF in *Miki's Tea*

*Party* and *An Anchor and a Pitchfork* at the NTOC in which information was obtained in Tennessee, England, Washington DC/Fort Meade, Illinois, Japan, and other locations, this is part of the requirement constituting furthering mail and wire fraud and other RICO predicate acts in furtherance of RICO Enterprise 1 and RICO Enterprise 2.

PLAINTIFF alleges that NSA and GCHQ work together at Menwith Hill in England and have done so through the entirety of this complaint. NSA paid GCHQ over £100 Million (over $125,000,000) between 2009 and 2012. Part of the funds went to a codenamed operation Karma Police in which NSA utilized, sent, received, and process the data from that operation; and NSA allowed GCHQ to use PRISM from at around the inception of Miki's Tea Party in 09/24/2010 that allowed GCHQ to have easy access to the systems of Google, Facebook, Microsoft, Apple, Yahoo, and Skype.

PLAINTIFF alleges that from 2007-2008 or most definitely from at least 2010-2011 through 2016 (if not longer), PLAINTIFF served as some sort of Indian "Hundi" between the Americans and Indians in which they would pass PLAINTIFF off back and forth in violation of PLAINTIFF'S 13th Amendment rights and in violation of RICO.

Executive Order 12333 states: "The Director of the Central Intelligence Agency shall coordinate the clandestine collection of foreign intelligence collected through human sources such as 'moles' or other human-enabled means and counterintelligence activities outside the United States" and National Security Council Intelligence Directive No. 5 (NSCID 5) provides that: "The Director of Central Intelligence shall conduct all organized Federal espionage operations outside the United States and its possessions for the collection of foreign intelligence information required to meet the needs of all Departments and Agencies concerned, in connection with the national security, except for certain agreed activities by other Departments and Agencies." Therefore, Leon Panetta is directly liable for the actions undertaken here and alleges such.

The United States, India, United Kingdom, Germany, Japan, Australia, and Qatar, all violated 18 U.S. Code § 2523 (b)(1)(B)(iii) which requires that under data sharing, it must adhere to applicable international human rights obligations and commitments or demonstrates respect for international universal human rights in which DEFENDANTS violated the The Convention On the Rights of Persons With Disabilities-- was all signed by United States, India, United Kingdom, Germany, Japan, Australia, and Qatar--that violated Article 13: Access to justice; Article 14: Liberty and security of person; Article 15: Freedom from torture or cruel, inhuman or degrading treatment or punishment; Article 16: Freedom from exploitation, violence and abuse; Article l7: Protecting the integrity of the person; Article 18:Liberty of movement; Article 21 Freedom of expression and opinion, and access to information; Article 22 Respect for privacy; Article 24 Education; Article 25 Health States Parties recognize that persons with disabilities have the right to the enjoyment of the highest attainable standard of health without discrimination on the basis of disability.

PLAINTIFF is alleging DEFENDANTS violated 18 U.S. Code § 2523 (b)(4)(A) in which one of the following occurred: 1)The United States directed British Intel, Qatari Intel, Indian Intel, Aussie Intel, Japanese Intel, or German Intel, to intentionally target PLAINTIFF or 2) Indian Intel, British Intel, Qatari Intel, Japanese Intel, German Intel, or Aussie Intel, intentionally

targeted PLAINTIFF because of RICO Enterprise 1 and shared the information with the United States Government

- 18 U.S.C §1961 section 1546 (relating to fraud and misuse of visas, permits, and other documents).

- 18 U.S.C. § 2339 (relating to harboring terrorists).

- "However, the line must be drawn where, as here, a government agent lures the unwary innocent and then implants a law-breaking disposition that was not theretofore present. In such cases, the government takes on the unwholesome appearance of the consummate manufacturer of crime. The continuing vitality and integrity of our "government of laws" would be imperiled if we sanctioned the manufacturing of crime by those responsible for upholding and enforcing the law." *United States v. Lard*, 734 F.2d 1290 (8th Cir. 1984)

- PLAINTIFF is alleging is a violation of: *United States v. Curtiss-Wright Export Corp.,* 299 U. S. 304 (1936)

- 49 U.S.C.§46502

- 18 USC 2331 1(B)(iii) and 5(B)(iii).

- 18 U.S.C. §1961 section 1341 (relating to mail fraud)

- 18 U.S.C. §1961 section 1343 (relating to wire fraud).

- 18 U.S.C. §§ 1963(a)(1)-(3)

- Warsaw Convention.

"The danger that high federal officials will disregard constitutional rights in their zeal to protect the national security is sufficiently real to counsel against affording such officials an absolute immunity." *Mitchell v. Forsyth*, 472 U.S. 511 (1985).  "Because the Amendment now affords protection against the uninvited ear, oral statements, if illegally overheard, and their fruits are also subject to suppression. *Silverman v. United States,* 365 U. S. 505 (1961); *Katz v. United States,* 389 U. S. 347 (1967)"

18 U.S. Code § 2331 defines international and domestic terrorism as having occurred when one does an act that is dangerous to human life in violation of the criminal laws of the United States or any state (or would be a criminal violation if committed within the jurisdiction of the United States or any state) 1): acts dangerous to human life that are a violation of the criminal laws of the United States or of any State, or that would be a criminal violation if committed within the jurisdiction of the United States or of any State and 2) appear to be intended to influence the policy of a government by intimidation and/or coercion OR appears to be intended to affect the government by kidnapping.

18 U.S. Code § 2332(b)(a)(1)(A) stipulates acts of terrorism that transcend boundaries occurs when one: kills, kidnaps, maims, commits an assault resulting in serious bodily injury, or assaults with a dangerous weapon any person within the United States; or

18 U.S. Code § 2332(b)(a)(1)(B) stipulates acts of terrorism that transcend boundaries occur when one: "creates a substantial risk of serious bodily injury to any other person by damaging any conveyance (i.e. plane) or other real or personal property within the United States or by attempting or conspiring to destroy or damage any conveyance (plane), or other real or personal property within the United States." So this means that when 1) one that damages a plane in London that in itself creates a substantial risk of serious bodily injury or 2) one attempts to or conspire in damaging a plane from within the United States that occurs in London, either one of those two acts constitutes an act of terrorism that transcend boundaries. Sabotaging a plane is in itself an act that creates a serious risk to people. period.

18 U.S.C. 2339 prohibits concealing or harboring terrorists.
18 U.S.C. 2339(a) prohibits providing material resources to terrorists.


        In Summer 2010, PLAINTIFF met an INDIAN man named SURESH in Pennsylvania at CAMP WAYNE in Preston Park, PA. SURESH and PLAINTIFF became friends at Camp Wayne and SURESH had invited PLAINTIFF to come to the state of Gujarat in INDIA.  The only two Indians whom PLAINTIFF ever interacted with for more than 10 minutes was Chetna (See: *Big Brothers and Big Sisters*) and Suresh. PLAINTIFF decides to take SURESH up on his offer. PLAINTIFF throughout the Fall Semester of 2010 and throughout the Spring Semester of 2011 maintains contact with Suresh in which PLAINTIFF has an unrelenting desire to go to India. PLAINTIFF, to the best of his recollection, may have flown into London in August 2010 because of his grandmother's 6 month passing and had to go to Serbia. To the best of PLAINTIFF'S recollection, there was a time that PLAINTIFF had tried to go to INDIA in Fall 2010 and had to cancel; and conceivably that is where it starts. Section 215 would reveal if PLAINTIFF purchased tickets and had to cancel them in Fall 2010 or what he told Suresh on META in Fall 2010. PLAINTIFF in this time period gets into arguments with his mother about going to India, hence the reason for cancelation. PLAINTIFF relentlessly tries to go to India during his breaks Senior Year at Sewanee (Fall 2010/Senior 2011). So as PLAINTIFF makes plans to go to INDIA, DEFENDANTS in turn, make plans and conspire to use against PLAINTIFF. PLAINTIFF talks to British woman LAUREN DELLER (who he met at Camp Wayne) about coming to London in December 2010. The point being, DEFENDANTS made a plan involving PLAINTIFF in Fall 2010 in which there is ample evidence on the record PLAINTIFF was doing everything he could to come to or go from LONDON/INDIA since FALL 2010. SCOTUS knowing DEFENDANTS' numerous plans against PLAINTIFF in FALL 2010, took an extremely long time in deciding *Ashcroft v. al-Kidd*, 563 U.S. 731 (2011) when they granted cert to the case on: October 18th, 2010 (after DEFENDANTS plans were formalized in which ERIC HOLDER knew about them), DEFENDANTS knew that from 02/27/2011 PLAINTIFF had intended on gong to INDIA because he sent Suresh the following on 02/27/2011 at 02:29am: "My dear apologies Suresh for not talking to you as of late; this semester, to say the least, has been tumultuous as in matters regarding the self, matters of my

existence, etc, **_and I have acquired some funds that would allow me to come visit you, that is, if you have the time to._** I would arrive on the 9th and return back home on the 16th/17th. I have done some research and would love to see somethings….", *Miki's Tea Party* went down on March 11th, 2011, *Ashcroft v. al-Kidd*, 563 U.S. 731 (2011) is argued by DOJ Solicitor General NEAL KATYAL in March 2011 who has an office in the Supreme Court the entire time between October 2010-May 2011, and *Ashcroft v. al-Kidd*, 563 U.S. 731 (2011) was decided in May 31st, 2011 because they would absolve ERIC HOLDER and different Solicitor Generals and Attorney Generals concerning their past conduct regarding PLAINTIFF. But what is *Miki's Tea Party* exactly?

As PLAINTIFF said plans are constantly made in which he plans to go to INDIA and buys airfare at sometime his Senior Year at Sewanee (probably Chase Bank will confirm the purchase date via Qatar Airlines). As a youth and maybe up until the last 4 or 5 years and this can be proven with testimony from PLAINTIFF'S family, whenever PLAINTIFF traveled as a youth, PLAINTIFF did not fall asleep on airplanes and stayed awake the whole entire flight. DEFENDANTS having had listened in on PLAINTIFF's life from at least 2008, would have necessarily come across any conversations PLAINTIFF had with his family or friends that stipulated he was surprised that he had fallen asleep on the airplane (from at least 2018).

Side note: PLAINITIFF is not alleging a violation of *United States v. Verdugo-Urquidez*, 494 U.S. 259 (1990) as that involved non-citizens and constitutional rights; but what PLAINTIFF is alleging is a violation of: *United States v. Curtiss-Wright Export Corp.,* 299 U. S. 304 (1936), that "[*n]either the Constitution nor the laws* passed in pursuance of it have _any force_ in foreign territory **_unless in respect of our own citizens_**," PLAINTIFF is alleging there was a search of PLAINTIFF in Germany, United Kingdom, India, Australia, and Japan. More importantly with the phrase of "in respect of our own citizens" means that as it relates to or involves an American citizen. So any searches that relate to or involve PLAINTIFF in which DEFENDANTS all have agreements with one another; so any shared communications amongst DEFENDANTS that related to or involved PLAINTIFF in any way (regardless of who sent them—american or non-american alike) means by prior precedent are entitled to at least 4th Amendment Protections because the content of the message is in respect to PLAINTIFF; and as *Stanford v. Texas and Ex Parte Jackson* so elegantly demonstrated, generalized warrants against PLAINTIFF'S 4th Amendment interests are unconstitutional when the content of the message is seized on the basis of PLAINTIFF'S protected speech in the course of transmission of message without a warrant. Therefore, any shared communications about PLAINTIFF'S obtained by foreign DEFENDANTS are unconstitutional. DEFENDANTS taint from 2008 most definitely existed at this time and DEFENDANTS' taint became immortalized from the entirety of the circumstances in *Miki's Tea Party* in which DEFENDANTS could not have absolved themselves of any unconstitutional taint and been in good faith or constituted an independent source because DEFENDANTS were all tainted.

Before starting this, PLAINTIFF has an issue on the dates of when all of this happened and applied. PLAINTIFF below took pictures of his passport that he had on him in 2017 or afterwards. This passport was used in *Financial Terrorism* and *Miki's Tea Party*



These are some of the most important pages of where immigration stamps were placed into the passport:



The Red Boxes Confirm the Flight Dates on or about 11/11/2009 and 11/15/2009 in *Financial* Terrorism and Arrival back into Atlanta on November 15th, 2009. The greenbox confirms PLAINTIFF went to Serbia around August 12th, 2010 for the Serbian Orthodox Church requirement of going 6 months to a graveyard after a family passed (I.e. PLAINTIFF'S grandma in 2010 in which she died in February 2010) in which DHS interacted with PLAINTIFF on 08/19/2010. The turquoise box and another box are at issue. PLAINTIFF reported his passport had been fraudulently obtained by a scammer to the Department of State, FBI, and MI5 around the beginning part of 2012; but, PLAINTIFF was allowed to fly and used a compromised passport that DHS and Department of State necessarily knew about in which PLAINTIFF even then gave the same passport to DHS on August 7th, 2012, which strikes PLAINTIFF as quite peculiar and only affirms it was British Intel that compromised PLAINTIFF'S passport in 2012. This gives an inference that DHS and Department of State did not view the passport as compromised because DEFENDANTS allowed PLAINTIFF to use it and because how could have the passport been compromised if the compromise was committed by a friendly foreign intelligence service like Scotland Yard/MI5/MI6, etc?  So here is another page:



The pink box is at issue in *Miki's Tea Party*. It says 03/10/2011. But 10/31/2010 is also extremely similar. So the event either took place on 03/10/2011 or 10/31/2010. PLAINTIFF is alleging it could have happened on 10/31/2010 just in case because that could have been a fabricated date. So when PLAINTIFF alleges the date of 03/10/2011, he is also alleging 10/31/2010 in the alternative just in case as not to lose the claim. What PLAINTIFF distinctly remembers about the days of the flight in Miki's Tea Party was that there was a '3' and '1' next to each other in which there were lots of 1's and 0's. 10/31/2010 and 03/11/2011 all fit that criteria. So to PLAINTIFF'S best recollection, it was either 10/31/2010, 03/10/2011, or 03/11/2011

As a precursor in which PLAINTIFF alleges the financial basis of *Miki's Tea Party* is the following: "On the margins of the President's trip, trade transactions were announced or showcased, exceeding $14.9 billion in total value with $9.5 billion in U.S.

# export content."[221] The total $14,900,000,000 is at issue with *Miki's Tea Party.*

So in the Spring 2011, on or about 03/10/2011, PLAINTIFF takes stand-by on United Airlines from Chicago to London. PLAINTIFF does so because PLAINTIFF'S aunt works for United Airlines and their policy--at the time--allowed for stand-by travel for family and relatives. PLAINTIFF lands in London-Heathrow with United Airlines in which DEFENDANT BRITISH AIRWAYS aids in guiding PLAINTIFF'S plane to land, directs the plane to the gate, and in which they would be watching and monitoring the movement of the plane of United Airlines Flight #925 and know about the incident that would take place at their hub. So BRITISH AIRWAYS violated 42 U.S.C. §1985(3); 18 U.S.C. §241; 18 U.S.C. §226, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S.C. §1962(d).

PLAINTIFF is in LONDON-HEATHROW AIRPORT on or about 03/10/2011. PLAINTIFF deboards his plane from Chicago and has to go through a security checkpoint in which a British immigration officer verifies that it is a legitimate passport, but he doesn't inform PLAINTIFF about the peculiar circumstances of that day so then British Immigration officer stamps PLAINTIFF'S passport and allows PLAINTIFF to go to the Qatar Airways ticket counter. You know what, PLAINTIFF recalls that around a 75% probability this is true, there may have been a text message PLAINTIFF sent concerning an issue of dyslexia and the date that was stamped by the London Immigration officer. So even if it says 03/11/2011, it may not have been even the right day anyway.

At no time on his flight from CHICAGO to LONDON-HEATHROW did PLAINTIFF fall asleep on the plane. While at LONDON-HEATHROW, PLAINTIFF was then supposed to go from London and connect in Doha via Qatar Airlines, and then continue to INDIA with Qatar Airlines. Having landed in LONDON-HEATHROW and having stepped foot into LONDON, this gives 5 EYES, MI6, SCOTLAND YARD, and the rest of British Intelligence DEFENDANTS in-personam jurisdiction over PLAINTIFF and thereby makes them a party from this moment on; and this gives American DEFENDANTS a way to circumvent PLAINTIFF'S Constitutional Rights and a way to further their RICO Enterprise. Because now DEFENDANTS in America can get "allegedly" untainted evidence from BRITISH DEFENDANTS knowing that American DEFENDANTS' evidence is necessarily tainted and unconstitutionally compromised

Based on PLAINTIFF'S google search history he acquired (PLAINTIFF'S use of google and YouTube in Fall 2010 and Spring 2011 are included in the exhibits),[222] PLAINTIFF

---

[221] https://obamawhitehouse.archives.gov/the-press-office/2010/11/08/us-india-partnership-fact-sheets. Last Checked 08/17/2023

[222] And even then it is a problem because prior to like March 2011 or so, the records PLAINTIFF obtained were really screwy and seemed compromised which further substantiates the possibility that it could have been on 10/31/2010. PLAINTIFF had some facebook messages that corroborated such, but even then, PLAINTIFF doesn't have a record of the communications between Suresh in Fall 2010 and some of LAUREN DELLER'S in Fall 2010.

searched on March 5th if he needed medical shots or immunizations to go to India. America always having one of the strongest passports in the world (especially in 2010/2011) and having traveled to numerous European countries before, all PLAINTIFF thought was required to go to INDIA at the time was a passport and PLAINTIFF based on his experiences in Europe did not think PLAINTIFF needed a visa application that PLAINTIFF was supposed to fill out prior to arriving in INDIA. PLAINTIFF searched on google "India visa" on March 17th, 2011 just to verify the truth of the INDIAN embassy because he was pissed about what was to come. PLAINTIFF would verify a material misrepresentation but ascertain the truth. INDIA is apparently super bureaucratic because INDIA allegedly required a visa application at that time.

So while in London-Heathrow, PLAINTIFF goes to the Qatar Airways ticket counter. PLAINTIFF remembers where it was because it struck PLAINTIFF as peculiar. It has come recently to PLAINTIFF'S attention that Qatar Airways had around 3-5 flights daily from London to Doha. The ticket counter in which PLAINTIFF went to was at some ticket counter all the way in the back and left side of the hall in which Qatar Airways had just like two or four stations, which struck PLAINTIFF as odd at the time because they flew big planes and for the little amount of stations for one plane, struck PLAINTIFF as odd. PLAINTIFF remembers it was in the back left corner because PLAINTIFF had at times looked to his left to see the wall and the windows outside that were upward. The question becomes: what PLAINTIFF would infer at the time. PLAINTIFF traveled primarily to Serbia and from O'Hare. International airlines could have as little as two to four stations, but also could have had a lot more as in the case of Lufthansa and ANA in Terminal 1 at O'Hare. It varied and it could depend. There was reason to believe this was in line with PLAINTIFF'S previous experience, but just a little bit odd. What PLAINTIFF most definitely did not know at the time was how big an impact Qatar had in London at the time. Sure there may have been a video where middle-easterners flew their cars from the middle east to London during the summer, but what that means is that the cars came on a cargo flight in which PLAINTIFF assumed rich people flew in on private jets with their cars nearby in flight and not on Qatar Airways. But for PLAINTIFF to have had a credible reason to be actually suspicious of the circumstances in which it would cause an ordinary person in PLAINTIFF'S shoes to believe fraud was being perpetuated against him by Qatar Airways and British Intel, Indian Intel, American Intel, no way back then in 2011. So, the gate location, was peculiar as something that would cause one to just shrug their shoulders and move on with their life, but not something that demanded an investigation into the highest levels of government concerning fraud against PLAINTIFF.

The Qatar Airways representative pulls up PLAINTIFF'S reservation on their computer. The Qatar Airways never issues PLAINTIFF a ticket and this is extremely important. Qatar Airways in their conditions of carriage says that stopovers may be permitted at agreed stopping places subject to government requirements and their regulations and article 5 says the following in regards to routing: if there is more than one routing at the same fare, you may specify the routing prior to the issue of the ticket. If no routing is specified, we will determine the routing. The Qatar Airways "representative" then informs PLAINTIFF that he is being denied access to the flight to India in London because, and only because, of "visa issues."

PLAINTIFF, not having been issued a ticket even after paying full price for roundtrip tickets from London to India with a stopover in Doha, specifically asked the fact and question to

the Qatar Airways representative if PLAINTIFF could continue on to at least Doha and fix the visa issues in Doha because PLAINTIFF had traveled so far already; and because PLAINTIFF didn't want to turn back home when he was in London, he specifically asked if he could just only go to Doha *to see Doha* and *fix the visa issues there in Doha* because PLAINTIFF had never been in Doha; and if PLAINTIFF couldn't get a trip to India, he could get a trip to Doha and that was PLAINTIFF'S M.O and thinking at the time; and to PLAINTIFF at the time, PLAINTIFF would rather have seen anything and not be disappointed and turn back around in London. There was absolutely no problem with this request because Qatar Airways' conditions of carriage did not prohibit 'skiplagging' (even if you can call that skiplagging) and PLAINTIFF had negotiated with Qatar Airways representative as to the limitations of the ticket that he paid for in which he would utilize part of the ticket he paid for prior to Qatar Airways in issuing the ticket. The Qatar Airways representative denies PLAINTIFF the chance to go to just Doha. Furthermore, there is a decent probability that PLAINTIFF asked if he needed a visa to go to Doha prior to landing in Doha as an American in which immigration would check PLAINTIFF'S passport and allow PLAINTIFF into Qatar. Qatar Airways representative, to the best of PLAINTIFF'S recollection, said that is how it works. So PLAINTIFF negotiated with Qatar Airways in which PLAINTIFF'S requests were completely legal and in accordance with Qatar Airways policy and PLAINTIFF was still turned away. This request to go to Doha was denied by the Qatar Airways representative as the Qatar Airways representative gave some bullshit answer. Here are some underlying and unspoken problems with PLAINTIFF here: 1)PLAINTIFF is creative where he can create things in which an explanation could be plausible in which PLAINTIFF would create or think as to why it could be true; 2) because PLAINTIFF dealt with bullshit justifications involving his school administrators whether that was in *Rhetoric, Midyear, Trespass Incident #3, TKL*, and more, in which Sewanee representatives always gave PLAINTIFF bullshit answers. Sadly, this works to PLAINTIFF'S detriment to diminish his capacity where at that time, even if there was a reason to believe this was suspicious enough to justify further investigation, but for American Intel's interventions in creating bullshit in Sewanee in which PLAINTIFF received so many bullshit answers in the past from "customer service representatives" by Sewanee, PLAINTIFF very well would have thought it was just an <u>*ordinary day*</u> to PLAINTIFF in which stupid bullshit ruined the day. This is especially more so when autistic individuals look for repetitive behaviors and having it had repeated so much in PLAINTIFF'S life, PLAINTIFF thought it was normal.

Not once does the Qatar Airways representative inform PLAINTIFF that any government, whether it was the British, American, or Qatari Government prohibited PLAINTIFF from flying from London to Doha as PLAINTIFF understood his passport had no restrictions at the time. Therefore, Qatar Airways (as well as American Intel, British Intel, and Qatari Intel) violated violated 42 U.S.C. §1985(3); 18 U.S.C. §241; 18 U.S.C. §226, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (**to deprive another of the intangible right of honest services**"), 18 U.S.C. §1961 Section 1503, 18 U.S.C. §1962(d) when they had conspired and went in disguise at London Heathrow Airport for the purpose of depriving PLAINTIFF equal protection of the laws, equal privileges and immunities under the laws and willfully and maliciously conspired, planned, and agreed to block the passage of PLAINTIFF in going to Doha in which they stopped and detained PLAINTIFF to  commit an international and domestic act of terrorism against PLAINTIFF. 1985(3) provides a cause of action for damages

against the conspirators in Qatar Airways, Qatar Airways, QIA, Qatar, Leon Panetta, Robert Mueller, Hillary Clinton, etc. XX. Furthermore, this is the first act of kidnapping or false imprisonment in the incident in which Qatar Airways violated: Louisiana Revised Statues §46 which defines False Imprisonment as "the intentional confinement or detention of another, without his consent and without proper legal authority." PLAINTIFF requested not to be confined or detained in London by going to Doha in which PLAINTIFF paid for that ability to do so and had negotiated in good faith with Qatar Airways. If you falsely imprison someone, you kidnap someone. Furthermore, Illinois defines Kidnapping under 720 ILCS 5/10-1 as when one "knowingly and secretly confines another against his or her will." PLAINTIFF was confined to London-Heathrow and had informed his complete intent on exercising his option to go to Qatar and Qatar Airways denied PLAINTIFF'S opportunity in which Qatar Airways did not inform PLAINTIFF the reason why he was not allowed to go to Doha.

Furthermore, the Qatar Airways representative was one part of the mail and wire fraud undertaken against PLAINTIFF since under Louisiana Civil Code Article 1953, fraud "is a misrepresentation or a suppression of the truth made with the intention either to obtain an unjust advantage for one party or to cause a loss or inconvenience to the other. Fraud may also result from silence or inaction." Louisiana Civil Code Article 1955 states that "Error induced by fraud need not concern the cause of the obligation to vitiate consent, but *it must concern a circumstance that has substantially influenced that consent*." Louisiana Civil Code Article 1956 states that "Fraud committed by a third person vitiates the consent of a contracting party if the other party knew or should have known of the fraud." PLAINTIFF does not have to prove the fraud directly and all PLAINTIFF has to do under Louisiana Civil Code Article 1957 states that "Fraud need only be proved by a preponderance of the evidence and may be established by circumstantial evidence." Louisiana courts tend to scrutinize cases involving a merchant and a layman for facts upon which to raise an inference of fraud, the essence of which is said to be unjust advantage. *Cotton States Chem. Co. v. Larrison Enters., Inc*., 342 So. 2d 1212 (La. App. 2d Cir. 1977); *Altex Ready-Mixed Concrete Corp. v. Employees Commercial Union Ins. Co.*, 308 So. 2d 889 (La. App. 1st Cir. 1975).

Now here is an inference. If an American would be allowed to go from London to Doha with just his passport without obtaining a visa prior to departure, it shows that Qatar Airways intentionally prevented PLAINTIFF from going to Doha in which PLAINTIFF paid for that ticket. DEFENDANTS kidnapped PLAINTIFF when he was free to leave and continue on to Doha in which they intentionally in disguise prevented the free movement of PLAINTIFF. The only reason for denying that request was if there was a completely different scheme afoot and PLAINTIFF could not have known at the time of the scheme against PLAINTIFF. So, the Qatar Airways "representative" then tells PLAINTIFF "if he goes to the INDIAN EMBASSY in LONDON, that PLAINTIFF could possibly board the next day's flights." As a side note: PLAINTIFF lost some of his hearing in his ears via numerous surgeries on his ears; PLAINTIFF can sometimes have a hard time modulating his voice. PLAINTIFF may have inadvertently been perceived as having raised PLAINTIFF'S voice in which in the discussion. PLAINTIFF never yelled or was belligerent to the Qatar Airways representative, maybe accidentally just raised his voice a little bit (to the point of being loud, but not yelling) once, but that's it. State Department even in 2023 said about "Travelers with Disabilities: The law in Qatar prohibits discrimination against persons with physical, sensory, intellectual, or mental disabilities, **the law is not**

**enforced.** Social acceptance of persons with disabilities in public is not as prevalent as in the in the United States. Expect accessibility to be limited in public transportation, lodging, communication/information, and general infrastructure." So, given the advice by the Qatar Airlines "Representative," PLAINTIFF went to the INDIAN embassy to try to get an immediate visa for the next day. This endeavor fails and PLAINTIFF then returns back to LONDON HEATHROW AIRPORT. PLAINTIFF spends money taking transportation to the INDIAN embassy thereby this affects interstate and foreign commerce.

PLAINTIFF needs to make a brief argument about his financial situation at the time. PLAINTIFF did not have a full time or part time job outside of campus. He had a work-study in which he was a grounds keeper for Sewanee. PLAINTIFF, in his senior year at Sewanee, received reduced tuition in which his mother paid the portion of his tuition from some of the insurance settlement money when DEFENDANTS murdered his cat. DEFENDANTS knew that around this time in March 2011, PLAINTIFF in his own Bank Of America account could not have had more than $2,000. To the absolute best of PLAINTIFF'S recollection, it would shock him if he had more than $2,000 in his Bank of America bank account. PLAINTIFF'S Bank of America or Chase credit card were not paid down significantly. PLAINTIFF, to the best of his recollection, would not have been able to purchase a single one-way ticket to Chicago on either British Airways or American Airlines as those would be the only two airlines that would have gone directly to Chicago at that time at Heathrow in addition to United Airlines. DEFENDANTS necessarily knew the only option for PLAINTIFF based on his financial resources was that he was going to have to take United Airlines back to Chicago. For all intents and purposes, PLAINTIFF was a broke college student on March 10th, 2011 or March 11th, 2011. In Louisiana unconscionability cases, courts have necessarily included the factor of whether or not DEFENDANTS knew of PLAINTIFF'S financial issues and DEFENDANTS in this case beyond any reasonable doubt knew of PLAINTIFF'S financial issues on how he was a broke college student. *See*: *First Progressive Bank v. Costanza*, 427 So. 2d 594 (La. App. 5th Cir. 1983) (applying Civil Code article 1897 to seller's knowledge of buyer's financial problems) *Carter v. Foreman*, 219 So. 2d 21 (La. App. 4th Cir. 1969): when talking about unconscionability, the case talked about how "there was financial figure was not disclosed to PLAINTIFF by the home improvement contractor. The contract was not properly performed by the contractor"' but more importantly, the contractor was aware of Carter's educational deficiencies and knew that Carter's income was only $200 per month, primarily derived from Social Security. This produced an inference of fraud and a vitiation of consent."

In the course of the saga, PLAINTIFF informs his aunt of the issues via a Facebook message or texts and asks what UNITED flights are available via stand-by from LONDON to get PLAINTIFF back home to CHICAGO (CHICAGO-O'HARE). PLAINTIFF'S aunt informs him that the only option available is the flight from LONDON-HEATHROW to DULLES and then on to CHICAGO. PLAINTIFF, left with no other way to get back home to CHICAGO-O'HARE with the cost going to be astronomical with a one-way ticket to a broke college student with any other airlines, agrees with his aunt and then PLAINTIFF'S aunt places PLAINTIFF on stand-by on UNITED AIRLINES FLIGHT 925; BOEING 777-200 with the Aircraft Registration of: XX. UNITED AIRLINES FLIGHT 925 on 03/11/2011 or 10/31/2010 is *initially delayed once*; then the same flight *is DELAYED even further for a second time*. PLAINTIFF asks and inquires multiple times what was the exact reason PLAINTIFF'S plane was being delayed and the United

Airlines "representative" (or DEFENDANTS) said vague things and no definite answers were provided to PLAINTIFF as to why UNITED AIRLINES FLIGHT 925 on 03/11/2011 or 10/31/2010 was being delayed so many times. Article 19 of the Warsaw Convention applies to the delay of United Airlines Flight 925 on 03/10/2011. At no time when PLAINTIFF was at LONDON-HEATHROW did PLAINTIFF get any sleep. Having been up for at least a day straight, PLAINTIFF gave all he could in trying to determine what were the issues with the plane. When flights are delayed, that costs the airline and the economy money[223] therefore it affects interstate and intrastate commerce. In terms of knowledge of what any reasonable person could ascertain at that given moment, all PLAINTIFF knew was that his plane had delayed multiple times. Neither PLAINTIFF nor any reasonable person in PLAINTIFF'S position at the time could infer malicious reasoning or purpose. It is not a reasonable and prudent course of logical thinking or belief to believe that the delay was caused by DEFENDANTS in furtherance of RICO Enterprise 1 in which DEFENDANTS tampered with the plane. PLAINTIFF now, within the last month of 08/19/2023, was able to ascertain and know beyond a preponderance of evidence level standard, that the true purpose of the delays was in furtherance of DEFENDANTS RICO Enterprise via air piracy, domestic terrorism, and international terrorism.

The timing connection period between landing in DULLES/Washington D.C. and getting on PLAINTIFF'S connecting flight to Chicago O'Hare decreases dramatically where PLAINTIFF--even before getting on the flight to DULLES--knows there is now a substantial chance PLAINTIFF might not going to make his connection in DULLES/Washington D.C and expresses such in communications that day to either PLAINTIFF'S aunt or PLAINTIFF'S mother or someone else to give a present sense impression in either text message or Facebook messages, which DEFENDANTS know and have. DEFENDANTS completely intended on delaying United Airlines aircraft N794UA (if it was 10/31/2010) in order to increase the substantial chance and probability that PLAINTIFF would not make his connecting flight, but still have an "alternate" explanation as to why DEFENDANTS did not make his connecting flight. PLAINTIFF alleges that DEFENDANTS, knowing of PLAINTIFF's prior circumstances and DEFENDANTS prior RICO Predicate acts undertaken in furtherance of the scheme, deliberately ensured or was that reasonably calculated that UNITED AIRLINES Flight 925 on 03/11/2011 would be PLAINTIFF'S only way to leave LONDON to get back to CHICAGO in which DEFENDANTS had established a prior plan to delay UNITED AIRLINES Flight 925 on 03/11/2011, or DEFENDANTS hacked UNITED'S booking system and showed that to be the only flight open was United Airlines Flight 925 or purchased all the remaining seats on other United Airlines Flights that could have plausibly got PLAINTIFF to Chicago, or some other method to ensure this was the flight for PLAINTIFF. PLAINTIFF absolutely did not want to spend the night in DC because PLAINTIFF had no business there, had no friends there, had no money, had absolutely no will or desire to be in DC outside of the reason of simply connecting on to Chicago, etc. PLAINTIFF alleges DEFENDANTS intentionally made the flight late that day to get in-personam jurisdiction over PLAINTIFF in WASHINGTON D.C, further their RICO Enterprise, and commit air piracy and international/domestic terrorism for political motivations (as will be explained and proven) and for retaliation purposes and an agenda via air piracy.

---

[223] https://www.jstor.org/stable/24396355 (Last checked: 08/01/2023)

Do you want to know where this gets sinister as well? PLAINTIFF affirmatively established he was known amongst the highest levels of FBI, and if he was known at the highest levels of the FBI, he was known at the highest levels of DHS and CIA. If he was known in the highest levels of CIA, he was known in highest levels of MI5 and MI6, GCHQ, etc. Now PLAINTIFF is in the UK and he "called" his "Aunt." What if, PLAINTIFF is alleging, American Intel and British Intel were using computer software to hack into PLAINTIFF'S cell phone and made PLAINTIFF believe he was talking to his aunt using a voice modulator. This is plausible as NSA had PRISM and could hack into Alphabet's servers; what is one special ed student's cell phone in comparison to 5 different intelligence agencies? Having done this, American Intel and British Intel posed as PLAINTIFF'S aunt and told PLAINTIFF the only flight that was available was the DC flight knowing PLAINTIFF didn't have the money to purchase a one-way ticket with any airline, let alone on United Airlines. This was done over phone in which there is not a written record (to the best of PLAINTIFF'S recollection).

49 U.S. Code § 46502 defines aircraft piracy as: (a)"seizing or exercising control of an aircraft in the special aircraft jurisdiction of the United States by force, violence, threat of force or violence, or any form of intimidation, and with wrongful intent" and (B) "an attempt to commit aircraft piracy is in the special aircraft jurisdiction of the United States although the aircraft is not in flight at the time of the attempt if the aircraft would have been in the special aircraft jurisdiction of the United States had the aircraft piracy been completed." PLAINTIFF is arguing that United Airlines Flight #925 being parked at London-Heathrow was within the special aircraft jurisdiction of the United States. You know what law prohibits intimidation against a witness against certain United States officials racketeering? RICO. So American Intel, British Intel, Indian Intel seized and exercised control over an aircraft for the purpose of intimidating PLAINTIFF and had the intent of furthering RICO Enterprise 1 in which they violated 42 U.S.C. §1985(3); 18 U.S.C. §241; 18 U.S.C. §226, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S.C. §1962(d)

So, UNITED AIRLINES Flight 925 departs London-Heathrow at XX on 03/11/2011 according to the FOIA request PLAINTIFF attached below. PLAINTIFF obtained the following data through that FOIA request. Out of the more than 100 flights (117 to be exact) of UNITED AIRLINES Flight #925 from 09/01/2010 through 12/31/2010, UNITED AIRLINES FLIGHT 925 on 10/31/2010 is the **_ONLY_** United Airlines flight from LONDON to DULLES that departed in the 9 pm hour slot from LONDON-HEATHROW, which was less than 1% of the total flights in a 4 month period. The 2 other flights United Airlines flights from London-Heathrow to DULLES departed LONDON-HEATHROW after 10pm. All of the remaining 114 United Airlines Flight #925 from LONDON-HEATHROW to DULLES between 09/01/2010 through 12/31/2010 departed in the 6pm, 7pm, or 8pm hour slot from LONDON-HEATHROW; the vast majority of which were in the 7pm time slot at 84.6% of flights.[224] PLAINTIFF is alleging just in

---

[224] 99 out of 117 departs in the 7pm time slot (84.6%).
9 out of 117 flights departs in the 6pm timeslot (7.7%).
6 out of 117 flights departs in the 8pm time slot. (5.1%).
1 flight out of 117 departs in the 9pm time slot.  (<1%).

case of the 10/31/2010 that some of the factual circumstances involving the timing of the plane and record keeping issues makes it enough of a plausible alternative date. PLAINTIFF is alleging aircraft N794UA on 10/31/2010 or XX on 03/10/2011 at LONDON-HEATHROW was tampered with by DEFENDANTS at LONDON-HEATHROW or DEFENDANTS within 5 EYES, management in London Heathrow Airport, and BRITISH INTELLIGENCE, and other DEFENDNATS made it deliberately late on 03/11/2011 or 10/31/2010 by DEFENDANTS in order to commit domestic and international terrorism and furthering their RICO Enterprise; DEFENDANTS conspired to intentionally make United Airlines Flight #925 late and have it depart at the 9pm hour slot on 03/11/2011 or 10/31/2010; then after landing in DULLES, DEFENDANTS had conspired with DULLES airport management authority and/or air traffic control to slow the plane's progress to DULLES, to the gate, and had parked the plane as far away as possible from the Dulles-Chicago Flight PLAINTIFF was supposed to connect on in furtherance of their RICO Enterprise, and other unknown means and methods. So PLAINTIFF is alleging based on those facts that DEFENDANTS conspired to commit domestic and international terrorism via air piracy in furtherance of their scheme.

Dandenis Muñoz Mosquera was prosecuted for blowing up Avianca Airlines Flight #203. Specifically, Dandeny Munoz-Mosquera the Court convicted Dandeny Munoz-Mosquera of "participating and conspiring to participate in a racketeering enterprise in violation of 18 U.S.C. § 1962(c) and (d); engaging in a continuing criminal enterprise in violation of 21 U.S.C. § 848(a); various offenses relating to the bombing of a civilian airliner in violation of 18 U.S.C. § 32(b)(2), 32(b)(3), and 371; and the extraterritorial murder of two citizens of the United States in violation of 18 U.S.C. §§ 2332(a)(1) and 2332(b)(2)." The important and relevant issue is that Dandenis Muñoz Mosquera never directly tampered with the airplane at issue; he ordered it to be tampered with to kill suspected informants as the ultimate form of witness intimidation. This applies here. DEFENDANTS ordered the plane to be tampered with—in part—because PLAINTIFF was necessarily a witness to government corruption in which they could do "trade is in the offing." So just under this precedent, Hillary Clinton, Barack Obama, Leon Panetta, Andrew McCabe, XX can be held as part of a conspiracy to tamper with United Airlines Flight #925 on 10/31/2010, 03/10/2011, or 03/11/2011

The flight from LONDON to DULLES goes smoothly and lands in DULLES. PLAINTIFF does not fall asleep in the flight from London to Dulles that night. PLAINTIFF has been up for a minimum of 36 hours. In the alternative and in case PLAINTIFF erred, even if PLAINTIFF had fallen asleep at anytime during this saga, it would have amounted to less than 2 hours of sleep. PLAINTIFF is tired. PLAINTIFF requested DULLES records concerning and documenting PLAINTIFF'S time in Dulles on that day. PLAINTIFF has a very short amount of time to go from one side of DULLES to the other side of DULLES for his connecting flight. PLAINTIFF "didn't" make it on time to his connecting flight to Chicago. PLAINTIFF was "two minutes" "short" of making it according to the United Airlines "representative." When PLAINTIFF arrives at the gate, PLAINTIFF still sees the airbridge connected the plane that is still parked at the gate and the United Airlines representatives won't open the door. PLAINTIFF begs them to let him on the plane, says please a few times, and begs them to open the door to the airbridge and plane. They do not. Through the entirety of this encounter and to the best of PLAINTIFF'S recollection, the plane remains attached to the airbridge at the gate and

---

2 flights out of 117 departs in the 10pm timeslot. (1.7%).

PLAINTIFF leaves when the plane leaves the gate. PLAINTIFF then becomes extremely irate and starts yelling in frustration (not directly at United Airlines "representatives") and starts kicking benches nearby. If there has ever been a clearer intent of kidnapping or false imprisonment in which PLAINTIFF did not want to stay or be in Washington DC for the night and had solely intended on just passing through DULLES that night that PLAINTIFF through his conduct conveyed, that was it. PLAINTIFF'S consent, in light of the extremely narrow connecting time period that DEFENDANTS had concocted, was only limited to deboarding UNITED AIRLINES Flight 925 and making it on time to the gate of the United Airlines flight to CHICAGO (which PLAINTIFF did) and go into the plane and sit in his seat on the plane that was going to CHICAGO on the night of 03/11/2011and leave DULLES/DC—*no more, no less*.

Here is another facet of the case. DEFENDANTS knew PLAINTIFF was on UNITED AIRLINES Flight 925 on 03/10/2011 or 10/31/2010 when it landed in WASHINGTON DC/DULLES. Is PLAINTIFF to believe that DEFENDANTS lacked the ability, capability, or capacity to contact actual United Airlines staff and inform them that PLAINTIFF was on the flight and to hold the plane for less than 5 minutes so that PLAINTIFF could make it to Chicago (that PLAINTIFF was supposed to connect on) and not commit an act of air piracy (and domestic and international terrorism) in which DEFENDANTS intentionally tampered with and delayed the plane in LONDON for a minimum of 2+ hours seeing how the plane was still at the gate and connected to the air bridge when PLAINTIFF arrived at the gate and left the gate? It is quite possible the "United Airlines Representatives" at the gates were not United Airlines employees but were DEFENDANTS in American Intelligence that knew the plan and aided and abetted the plan. All DEFENDANTS had to do to stop acts of domestic and international terrorism to stop the RICO Enterprise was make one call to the "United Airlines staff" at the gate and have them open two doors (one to the air bridge and one on the plane if it was closed) or contact the pilots of the flight telling the pilots to do so in which they would open two doors for PLAINTIFF. That is all it took to stop an act of domestic and international terrorism by DEFENDANTS in which one of them or one of their employees who had the knowledge could have stopped the Enterprise from furthering their plots—one call/communication and opening two doors. That's it--One call, opening two doors. DEFENDANTS did not do this. Were there communication issues in the cockpit of United Airlines flight to CHICAGO that PLAINTIFF was supposed to connect to on that night on 03/10/2011? Absolutely not. The plane would not have been allowed to leave the gate without ATC approval. DEFENDANTS could have stopped and prevented their act of international and domestic terrorism, but DEFENDANTS did not. Since this happened under DHS' jurisdiction, they are liable for this; this will be talked about later.

Here is the proper scenario and legal basis that further supplements the issue. Suppose a FBI Agent, DHS Officer (this is especially applicable to DHS as airports are their jurisdiction), CIA officer, etc. and PLAINTIFF were on a thoroughfare. FBI AGENT/DHS Officer/CIA Officer is standing in front of PLAINTIFF'S escape route. If PLAINTIFF asks the FBI agent, DHS Officer, or CIA officer: "*am I free to leave?*" (i.e. can you open two doors for me) seeing the means of escape and freedom behind the FBI Agent/DHS Officer/CIA officer just waiting there and the FBI Agent/DHS Officer/CIA officer says "no, PLAINTIFF is not free to leave." At that exact moment, for all intents and purposes, not only has PLAINTIFF been seized, PLAINTIFF has been kidnapped based on at least one of the following definitions of kidnapping:

- Louisiana Revised Statues §45 is defines kidnapping as "The intentional and forcible seizing and carrying of any person from one place to another without his consent;" or §46: False Imprisonment "is the intentional confinement or detention of another, without his consent and without proper legal authority." If you falsely imprison someone, you kidnap someone. PLAINTIFF was falsely imprisoned in DC. There are no proper legal authorities on committing acts of terrorism.

- Illinois defines Kidnapping under 720 ILCS 5/10-1) (from Ch. 38, par. 10-1) when "a) a person "commits the offense of kidnapping when he or she knowingly: (1) and secretly confines another against his or her will; (2) by force or threat of imminent force carries another from one place to another with intent secretly to confine that other person against his or her will; OR (3) by deceit or enticement induces another to go from one place to another with intent secretly to confine that other person against his or her will." Defendants' actions satisfy this definition.

PLAINTIFF pleads and argues the following: for the terrorism accusations against DEFENDANTS, when PLAINTIFF started to kick and scream (LOUDLY) when he was unconstitutionally seized in preventing PLAINTIFF from being able to continue to Chicago at DULLES, kicking and screaming loudly when one is intentionally prevented from going somewhere is the clearest manifestation that PLAINTIFF could have ever exhibited at the time that he had in fact been legally kidnapped (in which it was done for political purposes). Simply and in the alternative, DEFENDANTS illegally seized and kidnapped PLAINTIFF without probable cause, jurisdiction and valid consent at DULLES Airport after tampering with the plane in London-Heathrow, and PLAINTIFF was not free to go about his business. By obtaining the jurisdiction in DEFENDANTS' (FBI, CIA, DHS, White House, etc.) hometown of WASHINGTON DC in which they could effectively question PLAINTIFF by forcing him to DC and utilize procedures to surveil PLAINTIFF since DEFENDANTS acting in full accordance of Soviet style KGB tactics and Lavrentiy Beria principles: they have officially found the man in DC and now it was time to find any crime to coverup and perpetuate RICO Enterprise 1.

If the United Airlines representative was a DHS officer, which PLAINTIFF is alleging, the following applies: "taking into account all of the circumstances surrounding the encounter, the police conduct would 'have communicated to a reasonable person that he was not at liberty to ignore the police presence and go about his business.'" *Florida* v. *Bostick,* 501 U. S. 429. More importantly, DEFENDANTS have an actual video recording of the incident demonstrating PLAINTIFF'S genuine reaction in being forced to stay in WASHINGTON DC against his will and wishes by kicking and screaming loudly that constituted an act of kidnapping as it was without proper legal and constitutional justification and done for political purposes as well as financial purposes; and therefore, DEFENDANTS committed air piracy; and therefore, DEFENDANTS committed domestic and international terrorism. PLAINTIFF yet again requested via FOIA on 08/24/2023. PLAINTIFF has requested via the FAA and DULLES AIRPORT the following information in a previous request: all United Airlines flights departing from London-Heathrow from 01/01/2011 through 05/31/2011 and the scheduled depart time, actual depart time, scheduled arrival time, actual arrival time, registration and type of BOEING aircraft that flew the routes (07/31/2010).

Back to the story, PLAINTIFF doesn't have money to go to a hotel on 03/11/2011 because all of the money from the house burning down was under the control of PLAINTIFF'S parents and was not PLAINTIFF'S money to spend; PLAINTIFF was not unemployed at the time (canale internship had paid PLAINTIFF long before this incident and would therefore have no money from that payment). To the best of PLAINTIFF's recollection, he was going to use a credit card in INDIA (whether that was his mother's or PLAINTIFF'S, PLAINTIFF cannot recall) PLAINTIFF calls/texts his mother since he doesn't have money on him and PLAINTIFF must use his mother's credit card to the best of his recollection. PLAINTIFF doesn't have family or friends in D.C at that time to come pick him up and spend the night by them.

As Tracy Lawrence so elegantly sang in his song *Find Out Who Your Friends Are*:

> You'll find out who your friends are
> Somebody's gonna drop everything
> Run out and crank up their car
> Hit the gas, get there fast
> Never stop to think "What's in it for me?"
> Or "It's way too far"
> They just show on up
> With their big old heart
> You'll find out who your friends are.

Now any one of the DEFENDANTS could have run out and cranked up their car, hit the gas, got their fast, picked up PLAINTIFF as PLAINTIFF was literally in town and nearby after having an act of international and domestic terrorism committed against PLAINTIFF right then and there, asked for forgiveness, not once think what's in it for DEFENDANTS, and do the right thing, where they'd just show up with their big old heart and PLAINTIFF could have found out who his friends are, and let PLAINTIFF spend the night at their home knowing full God Damn well PLAINTIFF didn't pose any legitimate threat to them (that DEFENDANTS themselves didn't manufacture or fabricate). But PLAINTIFF had no friends amongst DEFENDANTS in DC in 2010 or anytime afterwards. PLAINTIFF doesn't forget.

The question becomes, would have Michelle and Barack Obama have opened up their doors to visitors when they were in Washington D.C.? WHY DOESN'T PLAINTIFF LET BARACK OBAMA SPEAK FOR HIMSELF in SEPTEMBER 2010:

Barack Obama and Michelle Obama would "throw[] open the doors of our White House to young people from all different backgrounds, letting them know that we believe in their promise, letting them know that the White House is the people's house, and letting young people know that they're not that far away from all the power and prestige and decisions that are made, that, in fact, this is something they can aspire to, they can be a part of, because we are a government of and by and for the people."[225]

---

[225] Barack Obama speech. New York City on September 23rd, 2010 at the Clinton Global Initiative Meeting. https://obamawhitehouse.archives.gov/the-press-office/2010/09/23/remarks-president-and-first-lady-clinton-global-initiative-annual-meetin

PLAINTIFF is a simple man and it was the simple things that could have put a stop to the RICO Enterprise; and because DEFENDANTS didn't show up with their big old heart when PLAINTIFF needed them to in DC on March 11ᵗʰ, 2011 where the WHITE HOUSE could have opened their doors to PLAINTIFF after just making $14.9 billion in total value with $9.5 billion in U.S. export content"[226] on PLAINTIFF and let him spend the night there that night after what they did to PLAINTIFF or DEFENDANTS could have made one call and open two doors. DEFENDANTS did not do this. They knew what they did and watched it happen and they did nothing in which broke PLAINTIFF had to spend money via his mom's credit card. It is just greed and malice for PLAINTIFF.  So back to 03/11/2011, PLAINTIFF leaves DULLES and spends the night in WASHINGTON DC having called and used a taxi to leave and return to the airport and spending money for a hotel room and taxi fare. That's at a minimum some

**The quintessential case on freedom of movement is: _United States v. Guest_, 383 U.S. 745 (1966). The Court ruled that:** "The constitutional right to travel from one State to another, and necessarily to use the highways <u>and other instrumentalities of interstate commerce in doing so (i.e. airplanes and airports),</u> occupies a position fundamental to the concept of our Federal Union. It is a right that has been firmly established and repeatedly recognized. In _Crandall v. Nevada,_ 6 Wall. 35, invalidating a Nevada tax on every person leaving the State by common carrier, the Court took as its guide the statement of Chief Justice Taney in the _Passenger Cases,_ 7 How. 283, 48 U. S. 492: "For all the great purposes for which the Federal government was formed, we are one people, with one common country. We are all citizens of the United States; and, as <u>members of the same community, must have the right to pass and repass through every part of it</u> _<u>**without interruption**</u>_, as freely as in our own States." _See_ 6 Wall. at 73 U. S. 48-49. Although the Articles of Confederation provided that "the people of each State shall have free ingress and regress to and from any other State," that right finds no explicit mention in the Constitution. The reason, it has been suggested, is that a right so elementary was conceived from the beginning to be a necessary concomitant of the stronger Union the Constitution created. In any event, freedom to travel throughout the United States has long been recognized as a basic right under the Constitution. _[omitted]._ In _Edwards v. California,_ 314 U. S. 160, _**invalidating**_ a California law _**<u>which impeded the free interstate passage of the indigent</u>**_, **<u>the Court based its reaffirmation of the federal right of interstate travel upon the Commerce Clause. This ground of decision was consistent with precedents firmly establishing that the federal commerce power surely encompasses the movement in interstate commerce of persons as well as commodities</u>**. _[omitted]._ It is also well settled in our decisions that the federal commerce power authorizes Congress to legislate for the protection of individuals from violations of civil rights that impinge on their free movement in interstate commerce. _[omitted]._"

_<mark>In furtherance of RICO ENTERPRISE 1, JEH JOHNSON, XX DEFENDANTS</mark>_ violated 42 U.S.C. §1985(3); 18 U.S.C. §241; 18 U.S.C. §226, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud),

---

[226] https://obamawhitehouse.archives.gov/the-press-office/2010/11/08/us-india-partnership-fact-sheets. Last Checked 08/17/2023

18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S.C. §1962(d) 18 U.S.C. §201 (bribery); 18 U.S.C. 373,  18 U.S.C. §872 (Extortion by officer); 18 U.S. Code § 875 (fraud); 18 U.S. Code § 880 (receives proceeds of extortion)

It wasn't a extradition because PLAINTIFF had not been charged with a crime at the time. So if American DEFENDANTS argue it was an extradition, then: *Brown v. Nutsch*, 619 F.2d 758 (8th Cir. 1980) (Holding 42 U.S.C. 1983 provides a remedy for improper extradition in violation of the extradition clause and statute).

# PLAINTIFF, you're going to allege a conspiracy beyond a clear and convincing standard, aren't you? CORRECT

What PLAINTIFF is doing in this section is the following and DOJ should not have any reasonable basis to object to what PLAINTIFF is doing. In the Mafia Commission Trials in the 1980s in New York, DOJ prosecuted Italian Mobsters. The phrase of "*forget about it*" (i.e. fuggedaboutit) was a very context specific word in which its meaning could drastically change based on the context the word was used in. There is not a single FBI or DOJ officer or attorney that will tell you otherwise. For all intents and purposes, RICO Enterprise 1 had their own Mafioso language and PLAINTIFF is doing just what DOJ did before him and is showing the court how the Mafioso language operated in RICO Enterprise 1.

Like the mob, the first thing you have to know about a Top-Level US Federal Government Conspiracy is the following. DEFENDANTS are smart and don't want to get caught. They routinely engage in obfuscation of the truth, but still need to convey the message somehow to co-conspirators and DEFENDANTS who aided and abetted the actions and were accessories after the fact. RICO Enterprise 1's Mafioso language is what PLAINTIFF calls as DC double-speak. It is vague on purpose and contingent on associational facts in which two meanings can be derived from the message specifically because DEFENDANTS have insider knowledge of the associational and duplicative facts, and therefore DEFENDANTS have plausible deniability in Court. Not anymore. So, DEFENDANTS are not going to outright speak about someone as DEFENDANTS need some plausible deniability for their actions so DEFENDANTS don't get arrested or caught for the stupidly corrupt and psychotic things DEFENDANTS do in violation of the law and against PLAINTIFF'S Constitutional rights.

As a primer on how they committed the conspiracy is the following. DEFENDANTS cannot outright say PLAINTIFF's name for that is the key identifying feature needed to identify PLAINTIFF. What they do have at their disposal is the use of the media (which CIA effectively controls in America via Operation Mockingbird) and DEFENDANTS use similarly situated factual stories in regards to PLAINTIFF. The similar facts of one story applies in a different story to an individual/PLAINTIFF and that's how they communicate about PLAINTIFF. Sure, there are somethings and some facts here and there may not line up perfectly from time to time in

those stories (DEFENDANTS don't need it to); however, the vast majority of the important facts are still the same and are still applicable. Put in another way, DEFENDANTS' system of talking about PLAINTIFF in their communications, or someone similarly situated as PLAINTIFF, requires them to use stories that have *the same underlying factual pattern, factual issues, or facts behind it* to reference someone else completely while maintaining plausible deniability if confronted about it. Then DEFENDANTS have an added layer of protection via social isolation and social derision in which they would falsely and maliciously accuse PLAINTIFF or someone of being psychologically delusional, ill, narcissistic, etc. when PLAINTIFF or someone figures out it is about him and makes it out to be about him (when it is in fact about him) and DEFENDANTS will do things to ensure that DEFENDANTS will label PLAINTIFF as crazy to discredit PLAINTIFF. DEFENDANTS already destroyed PLAINTIFF socially between 2008-2011 so it is easy to do things against people DEFENDANTS caused the individual to be hated in his community. It is PLAINTIFF'S intent on showing you the inescapable factual conclusions derived from circumstantial evidence on how this works. It is not PLAINTIFF cherry-picking information; it is because PLAINTIFF *went through this garbage* and remembers the past vividly to show you what it is all about. It is either that or PLAINTIFF that is crazy and is psychologically ill and is in that much of a desperate need of KETAMINE as his PTSD has become too severe and is looking for threats that no longer exist in which DEFENDANTS through their RICO Enterprise made PLAINTIFF that way. Either way, PLAINTIFF needs his Ketamine treatment.

PLAINTIFF is alleging that at an absolute latest, INR/STATE knew PLAINTIFF personally after *Financial Terrorism* in November 2009 because Germany and German INTEL shared with INR/STATE all the whereabouts of PLAINTIFF concerning his trip in *Financial Terrorism.* PLAINTIFF was on their radar regardless.

*United States v. Cook,* 793 F.2d 734 (5th Cir. 1986) ("[b]oth the fact of conspiracy and a defendant's participation in it may be proved by circumstantial evidence." 793 F.2d at 736). "As was the case in *United States v. Postal,*589 F.2d 862 (5th Cir.) … "the mere fact that [defendant] made the statement is relevant to the issues of [his] knowledge of the conspiracy and his participation in it."...As Professor McCormick explains: "Proof that one talks about a matter demonstrates on its face that he was conscious or aware of it, and his veracity simply does not enter into the situation." *[omitted]."U.S. v. Jones*, 839 F.2d 1041 (5th Cir. 1988). "If the government's conduct in the investigation through a sting operation is so active that its conduct fabricated elements of the offense, it might be considered a violation of due process to prosecute the defendant." *U.S. v. Steinhorn*, 739 F. Supp. 268, 271 (D. Md. 1990).

New York Times published an article around January 2011[227] documenting the Cablegate leaks that occurred in Fall 2010. The article was talking about the State Department and Boeing and how they fundamentally interact with certain business and world leaders: "The cables describe letters from presidents, state visits as bargaining chips and a number of leaders making big purchases based, at least in part, on how much the companies will dress up private planes. The documents also suggest that demands for bribes, or at least payment to suspicious intermediaries who offer to serve as "agents," still take place."[228] So there are documents when PLAINTIFF has full discovery that would

---

[227] https://www.nytimes.com/2011/01/03/business/03wikileaks-boeing.html?_r=1
[228] *Id.*

document that demands for bribes has taken place between Boeing, Qatar, the United States, *especially* India, and the United Kingdom. Whether it is directly or not, PLAINTIFF at least has given enough evidence to prove that a conspiracy existed, and when there is smoke, there is fire.

The article continued: "Boeing says it is committed to avoiding any such corrupt practices. State Department and Boeing officials, in interviews last month, acknowledged the important role the United States government plays in helping them sell commercial airplanes, despite a trade agreement signed by the United States and European leaders three decades ago intended to remove international politics from the process."[229] Whether or not Boeing says it is committed to avoiding such corrupt practices doesn't mean that it did not in fact occur in 2010 and 2011.

Some of the feature quotes for *Miki's Tea Party* are: "The United States economy, said Robert D. Hormats, undersecretary for economic affairs at the State Department, increasingly relies upon exports to the fast-growing developing world nations like China **_and India,_** as well as those in Latin America **_and the Middle East…_** Boeing earns about 70 percent of its commercial plane sales from foreign buyers, and is the single biggest exporter of manufactured goods in the United States. Every $1 billion in sales and some of these deals carry a price tag of as high as $10 billion translates into an estimated 11,000 American jobs, according to the State Department… "That is the reality of the 21st century; governments are playing a greater role in supporting their companies, and we need to do the same thing,"[230] Mr. Hormats, a former top executive at Goldman Sachs, said in an interview… One example of the horse-trading involved Saudi Arabia, which in November announced a deal with Boeing to buy 12 777-300ER airliners, with options for 10 more, a transaction worth more than $3.3 billion at list prices." Based on how the United States Government treated PLAINTIFF in *The Roof Is On Fire*, there was a complete financial motive by the United States Government in which Boeing and the American DEFENDANTS would base their sales in India and Qatar; a necessary derivative fact of such means that if American DEFENDANTS placed a condition on the sale of aircraft to India and/or Qatar, BOEING and American DEFENDANTS necessarily cooperated with one another to lower the price or provide any meaningful incentives for Indian and Qatari customers to do the one condition. This is demonstrated to be true because governments, whether it is the British, Qatari, Indian, and American Government, played a role and interacted with Boeing in which the American DEFENDANTS supported Boeing. That is how the kickback scheme worked in this case. PLAINTIFF is noting how much 12 Boeing 777-300ER airliners (with options for 10 more) cost: more than $3,300,000,000 at list price.

PLAINTIFF, to the best of his recollection, believes he purchased a set of airplane tickets via Qatar Airways prior to 09/22/2010 or, to DEFENDANTS, it was readily obvious that PLAINTIFF wanted to go to INDIA and/or LONDON during both Fall 2010 and January, February, and March 2011 in messages they obtained under TITLE II or the USA PATRIOT ACT in order for PLAINTIFF to go to India in which PLAINTIFF talked to people like LAUREN DELLER and SURESH MAURYA about going abroad in Facebook. There was either a phone call or a meeting between former British Prime Minister TONY BLAIR, HUMA ABEDIN, and HILLARY CLINTON on 09/22/2010[231] (before the key important date of 09/27/2010) in which TONY BLAIR would have been made aware of DEFENDANTS plot

---

[229] *Id.*
[230] *Id.*
[231] https://wikileaks.org/clinton-emails/emailid/1677 Last Checked 07/31/2023

undertaken against PLAINTIFF. TONY BLAIR, as the former Prime Minister of United Kingdom, would still have his security contacts, connections, and knowledge of DEFENDANTS British Intel organizations after he left office as well as contacts he made that involved India and Qatari interests. So American DEFENDANTS used a "friend" in the BRITISH GOVERNMENT that has had prior relationships to ensure DEFENDANTS plan comes to fruition to commit an act against PLAINTIFF in furtherance of RICO Enterprise 1.

PLAINTIFF took a screenshot of email ID: 21428 on August 30th, 2023. What kind of matters, but the content is still the same nonetheless, but if the formatting of the email in WikiLeaks was the exact same as the one HILLARY CLINTON sent in Email ID: 21428 that was written on 09/27/2010 at 04:02pm, and is displayed correctly below, the formatting gives further support to the allegations PLAINTIFF made regarding the content of the email.



Email Id: 21428 also stipulated: "Global Issues Forum with India featured interest in cooperation on democracy/governance, disaster management, and women in science. UNGA breakfast on water issues was successful" and also, the exact formatting of the following:
"India

Legal"

Now there is going to be a great debate this, PLAINTIFF understands. What PLAINTIFF is alleging is that based on the totality of the circumstances, is that DEFENDANTS were talking about *Miki's Tea Party* and the legality of it (which is ironic and a devastating blow to them as you will see) and what would transpire between India, United Kingdom, and United States. So the key issue and part is the following part that is formatted as it appeared on screen:

"**Indians** continue to make progress in quieting recent Kashmir unrest, but **need to do more. <u>Indian Embassy</u>**

<u>luncheon</u> in honor of Defense Minister Antony this week will include <u>reps</u> from **Boeing** and Lockheed Martin —
a <u>rare</u> <u>development</u> that could <u>signal</u> better <u>U.S.-India defense</u> ***trade*** ***<u>is in the</u>*** ***<u>offing</u>***."[232]

       Obviously, Kashmir is an issue and PLAINTIFF is not denying that; but what
PLAINTIFF is getting at is that HILLARY CLINTON expressed her complete desire and intent
that Indians need to do more on behalf of America. Implicit in having multiple meanings
construed, a "rare development" in sum also conveyed the meaning of a rare opportunity; and
with there being a rare opportunity (against PLAINTIFF), DEFENDANTS necessarily
understood DEFENDANTS and HILLARY CLINTON had to take advantage of the rare
opportunity against PLAINTIFF. One would take actions when there is a need and when there
are "rare" developments (i.e. rare developments are rare opportunities) and India and America
would do just that. Furthermore, the specific use of the word "development" is a direction and
intention that the rare opportunity be directed at the *development*(al) delays man (i.e.
PLAINTIFF) seeing how American DEFENDANTS already referred to PLAINTIFF on the basis
of his disabilities in *Midyear* before and would keep attacking PLAINTIFF on the basis of his
disability. The luncheon is had, and conspiracies are solidified and sales are made.

       But PLAINTIFF, you are thinking, there are no definite times. That is immaterial because
there are reasonable inferences that can be made at the time and especially if you already know
the plan and have inside knowledge of the plan. The United Airlines flight from Chicago to
London typically arrives in the morning in London-Heathrow, probably sometime between
9:30am-11am. If anyone who arrived at London-Heathrow between 9:30am-11am had to go to
the Indian Embassy in London, they would arrive at the Indian Embassy just prior or during
lunchtime. More importantly, DEFENDANTS knew there was always going to be a line outside
the Indian Embassy in London which meant that even if someone got there before lunch, they
would by the sheer fact of waiting probably step into the embassy around lunchtime. So after
PLAINTIFF landed in the morning in London-Heathrow and after the direction by the Qatar
Airways "representative," PLAINTIFF would have necessarily gone to the Indian Embassy
around lunchtime (which PLAINTIFF did in fact go to the Indian Embassy around lunchtime to
the best of PLAINTIFF'S recollection) and waited in line outside the Indian Embassy. Why
would PLAINTIFF not try to do something in order to continue on his journey after literally
crossing over an entire ocean?  Makes no sense, therefore, DEFENDANTS knew the most
probable probability that PLAINTIFF was going to do what they had suggested (at their creation
in violation of *United States v. Gardner*, 658 F. Supp. 1573 (W.D. Pa. 1987) in order for
PLAINTIFF to continue on his way to INDIA.

       So the luncheon hour had representatives of BOEING in it; PLAINTIFF's plane on the
way from London-Heathrow to Washington D.C. DULLES was a BOEING 777 and, in 2010,
UNITED AIRLINES *only* operated and utilized BOEING aircraft to and from LONDON-
HEATHROW. As PLAINTIFF alleges with DEFENDANTS, if you have the technical know-
how via BOEING and the United States Government is so intertwined with Boeing, you could

---

[232] https://wikileaks.org/clinton-emails/emailid/21428 Last Checked 07/31/2023

cause a Boeing aircraft to be tampered with in order to make sure a certain Boeing 777 plane departs late from London-Heathrow around an exact time in which Boeing shared with American DEFENDANTS ways to delay a Boeing 777 by tampering with the Boeing 777. In the alternative, American DEFENDANTS already possessed the knowledge on how to do so and BOEING didn't share the information on how to tamper with the plane at that time or allowed American DEFENDANTS to utilize Boeing systems to delay the plane, but Boeing was still a necessary and integral part of the conspiracy. Furthermore, there was some an unknown scheme to delay the BOEING 777 that DEFENDANTS had concocted.

DEFENDANTS may allege that with no definite times, there was no conspiracy and therefore no RICO violation. Along the lines, that it is material as to having a definite time as to when the corruption or kickback scheme starts, and PLAINTIFF says yet again, that is immaterial. It is the fact that a plan was in place on 09/24/2010. You can still have and make a plan from before in which you utilize the plan when there is reason to know that the subject of the plan is going to be at a certain place around a certain time. So as soon as DEFENDANTS knew PLAINTIFF was going to London, the plan started. Concerning the timing on when the "better trade" started, it started from at least the actual luncheon or as PLAINTIFF is arguing and alleging, the exact moment the plans are made or affirmed on 09/24/2010 in which better trade will be done in the future in which India wants to cooperate on "governance" issues. By necessarily giving the approval to "the offing," the better trade starts at the exact time the "offing" plan is made because it is about prospective trade in which there are no limits as to when and how much are at issue. Typically, when you do trade with someone and have a good relationship with them, you tend to want to do *even more trade* with that same person in the future--this is just basic human behavioral economic psychology; this is even more likely when the parties engaged in illegal behavior and have a reason to keep working together and have an incentive to keep quiet about what was done. Technically, there are no limits as to the termination period after the approval "the offing" plan is made because it is completely conditional in nature and if there is more trade (i.e. better trade) that occurs in the time period the plan is approved and after words, the conditionality of the time period applies and there is not a definite end because better trade will continue on to the future after the "offing." Assuming arguendo (as that is what PLAINTIFF expects DEFENDANTS to do) that the termination period ends when PLAINTIFF completes his tasks in "the offing" and started when the email was sent on 09/24/2010, DEFENDANTS never stopped engaging in better trade afterwards amongst each other which means they necessarily understood that the condition of "the offing" was necessarily just a part of an ongoing better trade in the future in which those countries and America derived benefits from (which makes it an ill-gotten gain). You could say it was a condition undertaken to ensure better trade in the future would occur in the future and the price on that can be seen in arms sales and planes sales between September 2010 and the entirety of 2011 and America providing more resources to DEFENDANTS. Furthermore, even if it can be alleged that the conditionality of "better trade in the future" is too indeterminable, that is immaterial because PLAINTIFF alleges that DEFENDANTS necessarily understood that phrase to mean that DEFENDANTS would get better trade in the future so long as they did the specific event involving PLAINTIFF. The fact that better trade did in fact happen between USA and India, USA and Britain, Britain and Qatar, and USA and Qatar afterwards shows they inherently understood that there would be benefits provided to them on doing the specific event as part of the RICO Enterprise.

The most important fact of the email is the following for RICO Enterprise 1. There would be financial monetary gain given to the INDIANS in doing whatever condition HILLARY CLINTON stipulated because there would be increased (defense) _trade_ (which means more money to the INDIANS) (this affects foreign, interstate, and intrastate commerce) in which the Indians needed to do more. In case HUMA ABEDIN wrote it, HUMA ABEDIN earned her Bachelor of Arts from Georgetown University. Georgetown University is ranked #62 in best universities in America and would know basic grammar in order to graduate from Georgetown University; and having worked in the CLINTON White House in which she would have to know some aspects of the law, HUMA ABEDIN inherently understood what a condition was at the time this email was sent and wouldn't add unnecessary things to a sentence that completely changes the meaning of a sentence unless it was intentional. The same applies to HILLARY CLINTON. HILLARY CLINTON graduated from Yale Law School in 1973. Yale is one of the best law schools in the country in which every single graduate of Yale knows a condition when they see a condition. HILLARY CLINTON knows what a condition is, knew what a condition was at the time the email was sent, knew the binding and stipulating nature of what happens when someone places a condition on a legal premise to do something, and HILLARY CLINTON wouldn't add unnecessary things to a sentence that completely changes the meaning of a sentence unless _it was intentional by placing a condition in it_. This is supported by HAROLD KOH who said on March 25th, 2010: "I have extraordinary clients and you just saw one, Secretary Hillary Clinton, who is a remarkably able lawyer. Of course, another client of mine, the President, is also an outstanding lawyer, as are both Deputy Secretaries, the Department's Counselor, the Deputy Chief of Staff, and a host of Under Secretaries and Assistant Secretaries."[233]There is no conceivable or plausible way that HILLARY CLINTON or her army of lawyers can deny the knowledge or existence of a condition when it does in fact exist or occurs. This is even more so because HILLARY CLINTON initially formulated (as will be explained later) in her Congressional confirmation to be the Secretary of State in early 2009 or so that increasing trade with India was an Obama White House priority in regards to India (which is fine, PLAINTIFF has no problem with that and is not seeking to impede on US-Indian commerce); however, what changed from 2009 to 2010 was a convergence of factors in which the condition became an issue by 09/27/2010.

So in light of the previous paragraphs, here is the thing with the phrase "a rare development that could signal better U.S.-India defense _trade_ is _in_ the _offing_." Whether or not PLAINTIFF says "defense trade" or "trade," it is immaterial as DEFENDANTS themselves disregarded that factual argument because it was not only about defense trade, but it was in part about all trade.  If the issues were genuinely about developing trade in that rare opportunity, then the last part of "is in the offing" is absolutely not a necessary condition or requisite part of such because the point of developing trade is made by simply stating that it is "a rare development that could signal better U.S.-India defense _trade._" without including "is in the offing." PLAINTIFF alleges all of the following: HILLARY CLINTON intentionally put the condition of "is the offing," HILLARY CLINTON was directed to put "is in the offing" by the White House, HILLARY CLINTON was directed to put "is in the offing" by either ROBERT MUELLER III (head of FBI at the time) or by Leon E. Panetta (head of CIA at the time) or Jeh Johnson

---

[233] https://2009-2017.state.gov/s/l/releases/remarks/139119.htm

(counsel of DOD), or that there was significant pressure by Congress and/or DOJ to do so because PLAINTIFF was the only one they could utilize after their fraud before because PLAINTIFF had particular specialized services to them. Either way, PLAINTIFF alleges,

HILLARY CLINTON put it in there or was directed to put "is in the offing" in there. ***There is a necessary legal condition made by HILLARY CLINTON that** is intentionally and deliberately created through the purposeful and willful inclusion of the phrase "is in the offing*."* In *Saudi Arabia v. Nelson*, 507 U.S. 349 (1993), the Supreme Court held that the commercial activity exception requires that the "tortious conduct itself" must qualify as "commercial activity"; the commercial activity that forms the basis for jurisdiction must also serve as the predicate for the substantive cause of action. The tortious conduct is the condition of "in the offing;" as PLAINTIFF will discuss in a bit, it was a commercial activity because it required PLAINTIFF'S services or labor in which DEFENDANTS forced labor out of PLAINTIFF. This condition was in furtherance of RICO Enterprise 1 and made in her official capacity in which she lost the privilege of immunity. Furthermore, circumstantial evidence provided by CRS INDIA (Congressional Research Service) in October 2010 demonstrated the Obama White House and Hillary Clinton all had the imperative of developing all-encompassing trade with India the future *See*: *CRS India below* and *Legal House Keeping* above. However, even with that imperative, Hillary Clinton and State still decided to put the condition of "is in the offing" *which shows Hillary Clinton and State intentionally, knowingly, and willfully placed a monetary value in "the offing*."

"Where **there is a clause in a contract**, *and that clause is the agreement of the parties, the defense of a lack of knowledge of its existence is untenable*. Courts are not created to relieve men of their bad bargains made. Where a clause of a contract is clear and unambiguous, "the letter of it should not be disregarded, under the pretext of pursuing the spirit." *Lama v. Manale*, 218 La. 511, (La. 1951)

In Louisiana, the Civil Code "does not presume an equality between the bargaining parties; rather, it requires disclosures by the [creator of the contract] that are intended to assure the person accepted to the terms of the contract are freely given as to a matter understood by him." Louisiana Civil Code. Article 1819…Under the jurisprudence of Civil Code articles 2474 and 1958, virtually all of the unconscionability cases involving [creator of the contract]…or other [Hillary Clinton's/State's] obligations would be resolved favorably to the [PLAINTIFF] in Louisiana, by virtue of the [State Department/Hillary Clinton's] use of obscure or ambiguous language or by her failure to clearly explain the extent of her own obligations or draw the consumer's attention to language clearly making that explanation."[234] In Louisiana, when the Court would utilize Louisiana Civil Code Articles 1945 and 1950, Article 1950 requires the court to endeavor what is the common intention of the parties (as opposed to just adhering to the literal sense of the terms). Under article 1945, **the courts are bound to give legal effect to a contract according to "the true intent" of the parties,** determined by the words of the contract.

---

[234] https://core.ac.uk/download/pdf/235284251.pdf

PLAINTIFF is just going to get this following argument out of here as it is a complete non-starter. That what HILLARY CLINTON meant by "offing" is that it refers very most distant part of the ocean on the horizon. So the sentence would read: "a rare development that could signal better U.S.-India defense trade is in the part of the sea visible from shore that is very distant or beyond anchoring ground."[235] Ummm, no. Just no. That in light of the context of airplanes, doesn't make much sense to incorporate a reference to what sailors would see. There are far too many double meaning contexts that cannot be explained away like how "signal" meant "signal intelligence." PLAINTIFF will prove that it was about signal intelligence and both President Barack Obama and Prime Minister Singh came to security agreements just before then and after "the offing" email that involved those things. PLAINTIFF will prove that it is not just about "defense trade." That in light of everything alleged, for it to be construed as having that meaning is completely implausible. Next,

Unconscionability cases such as involving the enforceability of clauses limiting a creator of a contract's liability for consequential damages are meaningless in Louisiana. Although lenders, lessors, _and contractors of work, labor, and services_ are not "sellers," Louisiana Civil Code article 2474 provides an explanation in which work, labor, an services can be extended to caselaw involving suppliers by analogy in Louisiana jurisprudence. The creator of the contract must provide the necessary explanation for the other party involved in the contract. The one makes the form or contract is more knowledgeable and an explanation is necessary. "By article 2474, a seller "is bound to explain himself clearly respecting the extent of his obligations: any obscure or **ambiguous clause is construed against him**. Article 1958 requires, in reference to cases in which the intent of the parties is unclear or not clearly expressed (as to which article 1957 lays **down the general rule that the agreement is interpreted against him who has contracted the obligation**) that if the "**doubt or obscurity arise for the want of necessary explanation which one of the parties ought to have given, or from any other negligence or fault of his, the construction most favorable to the other party shall be adopted**, whether he be obligor or obligee."[236] The manufacturer of a contract is presumed to know the defects of the contract which it creates and therefore is deemed to be in bad faith. _J. H. Jenkins Contractor v. City of Denham Springs,_ 216 So. 2d 549, 554-55. (La. App. 1st Cir. 1979) that "the fact that an informed and experienced person does not usually and customarily bind himself to unjust and unreasonable obligations, is a serious factor that must be considered the very backbone of the doctrine of unconscionable contracts: "one such as no man in his senses and not under a delusion would make on the one hand, and as no honest and fair man would accept on the other." This very idea can be found in Civil Code article 1934(4): "If the creditor . . ., at the time of making [the contract] ...knew of any facts that must prevent or delay its performance, and concealed them from the debtor, he is not entitled to damages."

Illinois Compiled Statutes 735 ILCS 5/13-215 provides the following--Fraudulent concealment:  If a person liable to an action fraudulently conceals the cause of such action from the knowledge of the person entitled thereto, the action may be commenced at any time within 5 years after the person entitled to bring **the same discovers that he or she has such cause of action, and not afterwards.** PLAINTIFF did not discover "the offing" until August 2023 when he was in Illinois. American Intel, British Intel, Indian Intel, Qatari Intel necessarily know that is

---

[235] https://wikileaks.org/clinton-emails/emailid/21428 Last Checked 07/31/2023
[236] https://core.ac.uk/download/pdf/235284251.pdf

the truth after having PLAINTIFF under surveillance since 2011. Not once did PLAINTIFF directly bring up "the offing" until August 2023.

PLAINTIFF will talk about a Congressional Research Service Report later about India (SEE: CRS INDIA below), but what is relevant to know from that "As part of her confirmation hearing to become Secretary of State, Clinton told Senators she would work to fulfill President Obama's commitment to "establish a true strategic partnership with India, increase our military cooperation, *trade,* and support democracies around the world"[237] It confirms that from January 2009, there was going to be increase in military cooperation and trade (and, hey, if they intersected, cool, that's fine PLAINTIFF doesn't have a problem with this type of interaction). HILLARY CLINTON knew what she had to do in January 2009 in regard to American-Indian trade (i.e. increase it), but yet, if trade was her only one of her true priorities, she would not have included the condition of "in the offing." Someone, somewhere, for some reason justified to HILLARY CLINTON that "in the offing" should be included, should happen, and it became a part of American-Indian trade. It is the fact that "in the offing" was made a condition that involved PLAINTIFF and is the nexus. PLAINTIFF would not have been harmed economically had it just been the case where "in the offing" did not happen. But it impacted PLAINTIFF'S business, economic, and property interests when Hillary Clinton included "is in the offing." PLAINTIFF was the go to guy on "in the offing." That further shows the condition "in the offing" falls outside the scope of her duties of increasing trade between America and India. At no time did India, Indian Intel, Britain, Britain Intel, Qatar, Qatari Intel, White House, nor American DEFENDANTS really have to do "is in the offing" to get more trade. BUT THEY INTENTIONALLY CHOSE TO DO SO and they cannot free and absolves themselves of their decisions to do so.

PLAINTIFF is going to make a temporary detour in this complaint to explain a major contributing factor to this issue as to how it happened. Say hypothetically that HILLARY CLINTON lacked the capacity to legally understand what happens when one puts a condition in a sentence for legal purposes. Regardless of whether she knew it was a condition (which she did), the question becomes who was her legal advisor *that also should have recognized or understood the importance of putting the condition of "in the offing"*? As Hillary Clinton's legal advisor in 2010 was in current good standing with the Bar association, the question becomes what would have been going on in the mind of Hillary Clinton's legal advisor when he would have seen or advised Hillary Clinton to the condition of "the offing." The same individual wrote two things as: "The Legal Adviser's Duty to Explain," 41 Yale J. Int'l Law 189 (2016) and "The Legal Adviser's Duty to Explain," The Role of Legal Advisers in International Law (Andraz Zidar & JeanPierre Gauci eds. 2016). Albeit it was 6 years in the future, PLAINTIFF would argue this was somewhat important and relevant to Hillary Clinton's legal advisor: HAROLD HONGJU KOH.

So who is Harold Koh, what is important to him, and what was going on daily in his time at State? He is quite a prolific published writer so ascertaining what was important to him is quite easy and keeping it relevant to the issues at hand. Harold Koh said in March 2010 during a State Deparment speech: "that each day we tackle extraordinarily fascinating legal questions. When I was a professor, I would spend a lot of time trying to think up exam questions. For those

---

[237] CRS India.

of you who are professors, this job literally presents you with a new exam question every single day. For example, I had never really thought about the question: "can you attach a panda?"" PLAINTIFF loved pandas and he is talking about attaching a panda or attaching someone as a condition. American INTEL DEFENDANTS absolutely knew that PLAINTIFF loved pandas and that is quite a coincidence, but not enough to support it was about PLAINTIFF. KOH discussed how in regard to foreign policy, from administration to administration, there will always be more continuity than change; you simply cannot turn the ship of state 360 degrees from administration to administration every four to eight years, nor should you. But, I would argue—and these are the core of my remarks today-- to say that is to understate the most important difference between this administration and the last: and that is with respect to its approach and attitude toward international law." So KOH acknowledges that if the administration got stuck in their RICO Enterprise 1 ways during BUSH 2008, that would continue to occur under OBAMA too.

In discussing what was important to him, he talked about the "Emerging "Obama-Clinton Doctrine," which is based on four commitments: to: 1. *Principled Engagement;* 2. Diplomacy as a Critical Element of *Smart Power;* 3. *Strategic Multilateralism; and* 4. the notion that *Living Our Values* Makes us Stronger and Safer, by Following *Rules of Domestic and International Law; and Following Universal Standards, Not Double Standards…* Second, a commitment to what Secretary Clinton calls "smart power"—a blend of principle and pragmatism" that makes "intelligent use of all means at our disposal," including promotion of democracy, development, technology, and human rights and international law to place diplomacy at the vanguard of our foreign policy…And fourth and finally, a commitment to living our values by respecting the rule of law, **As I said, both the President and Secretary Clinton are outstanding lawyers**, and they understand that by **imposing constraints on government action**, **law legitimates and gives credibility to governmental action**. As the President emphasized forcefully in his National Archives speech and elsewhere, the American political system was founded on a vision of common humanity, universal rights and rule of law. Fidelity to [these] values" makes us stronger and safer…And in her December speech on a 21st Century human rights agenda, and again two weeks ago in introducing our annual human rights reports, Secretary Clinton reiterated that "a commitment to human rights starts with universal standards and with holding everyone accountable to those standards, including ourselves."[238] Okay, Court, you clearly heard what Hillary Clinton and Barack Obama just said—holding everyone accountable to those standards— including Hillary Clinton and Barack Obama. So both Barack Obama and Hillary Clinton talk about and know about imposing constraints on government action, law legitimates, and giving credibility to government action. Now how would one give additional credibility to government action after knowingly utilizing perjured testimony and material fabrications? You make more of it!

Harold Koh continued: "Now in implementing this ambitious vision—this Obama-Clinton doctrine based on principled international engagement, smart power, strategic multilateralism, and the view that global leadership flows to those who live their values and obey the law and global standards—I am reminded of two stories. The first, told by a former teammate is about the late Mickey Mantle of the American baseball team, the New York Yankees, who, having been told that he would not play the next day, went out and got terrifically drunk (as he was wont to do). The next day, he arrived at the ballpark, somewhat impaired, but in the late

---

[238] https://2009-2017.state.gov/s/l/releases/remarks/139119.htm

innings was unexpectedly called upon to pinch-hit. After staggering out to the field, he swung wildly at the first two pitches and missed by a mile. But on the third pitch, he hit a tremendous home run. And when he returned to the dugout, he squinted out at the wildly cheering crowd and confided to his teammates, "[t]hose people don't know how hard that really was." Another reference to PLAINTIFF perhaps? But that is okay. Carrying on.

"In this maze of bureaucratic politics, you are only one lawyer, and there is only so much that any one person can do. Collective government decision-making creates enormous coordination problems. We in the Legal Adviser's Office are not the only lawyers in government: On any given issue, my office needs to reach consensus decisions with all of the other interested State Department bureaus, but our Department as a whole then needs to coordinate its positions not just with other government law offices, which include: our lawyer clients (POTUS/SecState/DepSecState); White House Lawyers (WHCounsel/NSC Legal Counsel/USTR General Counsel); DOD Lawyers (OGC, Jt Staff, CoComs, Services, JAGs); DOJ Lawyers (OLC, OSG, Litigating Divisions-Civ., Crim, OIL, NSD); IC Lawyers (DNI, CIA); DHS Lawyers, not to mention lawyers in the Senate and House."[239] PLAINTIFF is just establishing he interacted with POTUS Barack Obama, Hillary Clinton, DoD attorneys, DOJ Lawyers, CIA Lawyers, DNI Lawyers, DHS Lawyers, and Congress. PLAINTIFF is alleging HAROLD HONGJU KOH is necessarily part of the CIA, DNI, DHS, DoD, DOJ definition as a party to them. *See: United States v. Cook,* 793 F.2d 734 (5th Cir. 1986) ("[b]oth the fact of conspiracy and a defendant's participation in it may be proved by circumstantial evidence." 793 F.2d at 736). "As was the case in *United States v. Postal,* 589 F.2d 862 (5th Cir.) … "the mere fact that [defendant] made the statement is relevant to the issues of [his] knowledge of the conspiracy and his participation in it."...As Professor McCormick explains: "Proof that one talks about a <mark>matter demonstrates on its face that he was conscious or aware of it, and his veracity simply does not enter into the situation." *[omitted]. "U.S. v. Jones*, 839 F.2d 1041 (5th Cir. 1988). "If the government's conduct in the investigation through a sting operation is so active that its conduct fabricated elements of the offense, it might be considered a violation of due process to prosecute the defendant." *U.S. v. Steinhorn*, 739 F. Supp. 268, 271 (D. Md. 1990). See DEFENDANTS having **violated 42 U.S.C. §1985(3); 18 U.S.C. §241; 18 U.S.C. §226, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S.C. §1962(d)**</mark>

HAROLD HONGJU KOH earlier talked about fascinating legal questions. So the questions become: what was of interest to Harold Koh and what was some of his legal reasoning. HAROLD HONGJU KOH should have been an ally to disabled former special education student PLAINTIFF because he wrote: *The International Human Rights of Persons with Intellectual Disabilities: Different but Equal* (Oxford University Press 2002) (with Stanley Herr and Lawrence Gostin, eds) and "*A Dismal Record on Executing the Retarded*," New York Times (June 14, 2001). Okay, so there is some background that gives an inference that he cares about disabled folks, which is great! Furthermore and more importantly, HAROLD HONGJU KOH was an author of: "*International Human Rights of Persons with Mental Disabilities*," 63 Md. L. Rev. 1 (2004). Okay, so HAROLD KOH wrote 6 years before March 2010 about international

---

[239] https://2009-2017.state.gov/s/l/releases/remarks/139119.htm

human rights of persons with mental disabilities that would include things like Autism. Furthermore, HAROLD HONGJU KOH wrote: "*The New Global Slave Trade*," Displacement, Asylum, Migration 232 (Oxford Amnesty Lectures) (Kate Tunstall ed. 2006). This would include things like peonage, indentured servitude. **So within 6 years of September 2010, what was fresh in** HAROLD HONGJU KOH'S **mind necessarily included issues involving disabled individuals and global slave trade. Okay? Okay!**

PLAINTIFF would argue that on a value ranking system, that was nowhere near as important to HAROLD HONGJU KOH as *national jurisdiction issues* and terrorism in which he wrote: "Transnational Legal Process and the 'New' New Haven School of International Law," International Legal Theory: Foundations and Frontiers, Jeffrey Dunoff & Mark Pollack eds., forthcoming Cambridge, "Civil Remedies for Uncivil Wrongs: Combatting Terrorism Through Transnational Public Law Litigation," 22 Texas Int'l.L.J. 169 (1987), "Commentary" in Michael W. Doyle, Striking First: Preemption and Prevention in International Conflict 99 (2008), "Transnational Legal Process After September 11," 22 Berkeley J. Int'l L. (2004), and "American Diplomacy and the Death Penalty" (with Thomas Pickering) 80 Foreign Service Journal 19 (October 2003). So in HAROLD HONGJU KOH'S mind: terrorism and transnational jurisdiction > (more important than) disabled individuals and global slave trade. Okay? Okay!

Too bad HAROLD HONGJU KOH didn't know about these two cases. When the United States Government artificially manufactured jurisdiction--whether it was through deceit, fraud, or deception is immaterial--a court can rule the government doing so violates constitutional rights in which the court can dismiss a case on the grounds of artificially created jurisdiction. For example, in a case that SCOTUS affirmed, *United States v. Perrin,* 580 F.2d 730 (5th Cir. 1978), *aff'd,* 444 U.S. 37 (1979) (hereon: *Perrin*), the court in *Perrin* recognized the validity of the defense in a proper case when it stated that the "defendants' argument that the government improperly obtained jurisdiction is for the court to determine as a matter of law, . . ." *Id.* This was confirmed by *United States v. Marcello,* 508 F. Supp. 586, 592 (E.D. La. 1981) as well. So no, HAROLD HONGJU KOH, what you aided and abetted was unconstitutional because the United States Government can't manufacture jurisdiction artificially. Jurisdiction provides necessary lines, limits, and boundaries. If they were followed, this case wouldn't have gotten this far.

Finally, most relevantly which you can infer how HAROLD HONGJU KOH would think and process issues that involved money and diplomacy in which terrorism and transnational jurisdiction > (more important than) disabled individuals and global slave trade to HAROLD HONGJU KOH that all implicate Miki's Tea Party and "the offing": "*Dollar Diplomacy/Dollar Defense: The Fabric of Economics and National Security Law*," 26 International Lawyer 715 (1992) (with JC Yoo), which contained the following points that PLAINTIFF will elaborate upon:

> "national security policy regularly requires the use of economic power as a tool, either as a stick to sanction hostile nations *or as a carrot to encourage the economic growth and development of friendly ones*... *National security may require that U.S. economic controls apply with sufficient force* not just to

adversaries, but also _to allies, so as to ensure implementation of a unified and coordinated national policy_… Although the Constitution assigns Congress the task of regulating foreign and domestic commerce, more often than not the executive branch has won the dominant hand in setting policy in these areas... More explicit acceptance of power-sharing as a constitutional norm would not only enhance the democratic nature of foreign policymaking, but would also recognize the indispensable checking function that other branches and international allies play vis-A-vis the exercise of U.S. economic and national security power… Although Youngstown reaffirmed the constitutional vision of balanced institutional participation in economics and national security policy, developments within each branch have promoted a policy trend toward growing presidential dominance. **First, the executive has seized the initiative in policy making, primarily because it is the best structured to operate in a unified, swift, and secret manner**… Even when Congress does legislate to check presidential discretion, it all too often leaves statutory loopholes that the president exploits to unlock sweeping delegated powers… Post-Vietnam era statutes sought to place a number of controls **on presidential discretion, including requirements of fact findings** and public declarations, committee oversight, legislative vetoes, and reporting and consultation with Congress… However, **these obstacles** have proven to be of surprising little weight, _allowing Presidents to evade them_ either _by exploiting their definitional limits, procedures, and substantive terms, or by challenging their constitutionality in court_… in the post-Vietnam years the federal judiciary has steadily deferred to, if not expressly affirmed, executive claims of national security power. the Burger and Rehnquist Court's statutory interpretation techniques have eliminated the various limitations in congressional delegations, thereby granting the President unrestrained access to broad delegated powers over the economy and national security… Taken together, these cases have sharply limited the role of courts as arbiter of the national policy making process and endorsed, rather than countered, a decision-making system increasingly characterized by presidential activism and congressional acquiescence… the export laws have provided another powerful economic weapon for the .pursuit of national security goals, which the President may wield largely at his own discretion.[240]

So to HAROLD HONGJU KOH, when you mix national security and economic diplomacy, trade is a carrot to encourage the economic growth and development of friendly nations in which-- based on some secret unascertainable reason known only to the executive branch--National security requires U.S. economic controls apply with sufficient force to allies to

[240] https://scholar.smu.edu/cgi/viewcontent.cgi?article=2903&context=til

ensure implementation of a unified and coordinated national policy. Put in another way, <u>Harold Koh would agree that the United States can force a foreign country to implement a unified and coordinated policy by dangling economic incentives and products to encourage economic growth and development of that foreign country</u>. Okay? Okay.

To HAROLD HONGJU KOH, Congress can't do jack shit against the Executive Branch when it comes to national security and policy (i.e. international trade and domestic trade) because Congress gave up that power and even when Congress tries to do something, the Executive Branch exploits loopholes anyway that tries to provide some ascertainable limits to their power. The judicial branch is not going to do jack shit because SCOTUS kept giving more and more deferential power to the Executive Branch. So Congress=can't do shit. Judicial branch=won't do shit. Well that's not very good for checks and balances.

In HAROLD HONGJU KOH'S mind, the executive branch can completely evade legal obstacles (to him) like definitional limits, procedures, substantive terms, IGNORE REQUIREMENTS INVOLVING FINDINGS OF FACT in which the executive branch will operate in a unified manner, swift manner (i.e. rushed uninformed decisions in which findings of fact is completely ignored), and most importantly those decisions are done in a secret manner in which the courts won't do shit and Congress can't do shit involving national security and policy.

What the hell did PLAINTIFF just say?

PLAINTIFF said:

**In HAROLD HONGJU KOH'S mind, it is completely 100% acceptable that the executive branch can completely evade legal obstacles (to him) like definitional limits, procedures, substantive terms, IGNORE REQUIREMENTS INVOLVING FINDINGS OF FACT in which the executive branch will operate in a unified manner, swift manner (i.e. rushed uninformed decisions in which findings of fact is completely ignored), and most importantly those decisions are done in a secret manner in which the courts won't do shit and Congress can't do shit involving national security and policy. PLAINTIFF is alleging that HAROLD KOH advised HILLARY CLINTON that "trade is in the offing" was constitutional and legal in which numerous people would benefit except for PLAINTIFF**. This was in complete violation of: violated 42 U.S.C. §1985(3); 18 U.S.C. §241; 18 U.S.C. §226, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S.C. §1962(d), 18 U.S.C §201 (bribery); 18 U.S.C. §872 (Extortion by officer); 18 U.S. Code § 875 (mail fraud argument); 18 U.S. Code § 880 (receives proceeds of extortion)

That is HILLARY CLINTON'S personal and senior legal advisor who taught at YALE at one point or another in his career.

Let PLAINTIFF wrap this up succinctly: if you **put in your left hand** HAROLD HONGJU KOH'S beliefs that 1) the United States can force a foreign country to implement a unified and coordinated policy by dangling economic incentives and products to encourage

economic growth and development of that foreign country and 2) the executive branch can completely evade legal obstacles (to him) like definitional limits, procedures, substantive terms, _IGNORE/EVADE REQUIREMENTS INVOLVING FINDINGS OF FACT_ in which the executive branch will operate in a unified manner, swift manner (i.e. make rushed uninformed decisions involving findings of fact in which they would rely on materially false fabrications and perjured testimony), and most importantly those decisions are done in _a secret manner_ in which the courts won't do shit and Congress can't do shit involving national security and policy; and then **put in your right hand** HAROLD HONGJU KOH'S priorities that terrorism and transnational jurisdiction > (more important than) disabled individuals and global slave trade and work with the CIA and FBI who agree the same in which _Midyear_ happened that is done in a secret echo chamber; and **put your hands together and mesh all of those inside** HAROLD KOH'S mind along with American INTEL: that's exactly how _**you illegally justify Miki's Tea Party.**_



Back to it.

So INDIANS must do something that "is in the offing." What is "in the offing?" Simply and as PLAINTIFF is alleging: "is in the offing" is the DEFENDANTS' PLAN in which QATAR/BRITIAN/AMERICA/INDIANS/DEFENDANTS are _offing_ PLAINTIFF _off_ the plane

to INDIA, making PLAINTIFF go to the Indian embassy during lunchtime, tampering with the United Airlines plane on 03/11/2011 to make it late on purpose, and illegally seizing and kidnapping PLAINTIFF in DC in furtherance of RICO Enterprise 1. There would be kickbacks and quid pro quos done between all parties. This can be inherently understood when the phrase "is in the offing" includes the phrase 'in' as a double reference point to a location and the abbreviation of India (IN). One can be IN the INDIAN EMBASSY; one can be IN the airport, etc. etc. Next, "Is in the offing" refers to one singular plan. It is not plural: offings where it could be construed as the two flights on 03/11/2011, but that is not the case. But it is singular: offing. **"Offing" is the plan**. "Offing" necessarily a stipulated time performance and applicability—it is whenever PLAINTIFF performs it at the direction of DEFENDANTS. The phrase "is in" makes it even that much more conditional and dependent. The brevity and conciseness of including "is in" makes the phrase highly more specific *and direct* to the implementation of a singular plan (the offing). How it really could be read as to demonstrate the extreme conciseness, directness, and conditionality of the 'offing' plan involving PLAINTIFF is the following: "trade is in the offing." So the phrase "development" is also a reference to PLAINTIFF in which PLAINTIFF has "developmental" delays and DEFENDANTS like the FBI have consistently and constantly referred to PLAINTIFF on the basis of his disability from at least 2008 (See: *Midyear* in which they retaliated against PLAINTIFF on the basis of his disability) and therefore became a habit and routine practice by DEFENDANTS in doing so and conveyed the rare opportunity of the moment. "Signal" means *signal intelligence* gained overseas in BRITIAN by BRITISH AND INDIAN DEFENDANTS that were assisted by Qatar. once DEFENDANT BRITISH INTELLIGENCE AGENCIES, INDIAN DEFENDANTS, and 5 EYES have in-personam-jurisdiction over PLAINTIFF in London-Heathrow. By DEFENDANTS necessarily having incorporated PLAINTIFF in the condition of "is in the offing," DEFENDANTS necessarily placed a monetary value of $14,900,000,000 that was completely contingent on PLAINTIFF when the "offing" of PLAINTIFF happened and was executed by DEFENDANTS. ***There is no factual or legal way to distinguish or separate PLAINTIFF here that is independent of the $14,900,000,000 DEFENDANTS necessarily obtained because of "the offing***." DEFENDANTS necessarily and unequivocally placed a value on PLAINTIFF of $14,900,000,000 in what they did to PLAINTIFF on 03/11/2011 in furtherance of kickback schemes and quid pro quos that will be proved later on. Period. By DEFENDANTS/HILLARY CLINTON making it so so so so so so conditional on PLAINTIFF, PLAINTIFF became a victim of their fraud and shall be compensated for being a victim of their fraud. PLAINTIFF was never given an ability to negotiate the terms and the fraud occurred when DEFENDANTS denied the opportunity for PLAINTIFF to negotiate and prevent him from knowing he was actually a party in the incident. Trade is all and well and a vital and necessary part of life, but by committing terrorism in obtaining trade, that is fraudulent. So in light of the conditionality of "is in the offing," PLAINTIFF had to necessarily agree and consent to the conditions of the "offing" that DEFENDANTS placed on PLAINTIFF by following through and executing "the offing." **No PLAINTIFF and the "offing," no $14,900,000,000 or more that was acquired by DEFENDANTS.**  PLAINTIFF alleges that this scheme is a quid pro quo between the DEFENDANTS: Americans, Qataris, British, and Indians in which they violate:

See: *Neder v. United States*, 527 U.S. 1 (1999)(fraud occurs on a misrepresentation or concealment of material fact) (*Sandwich Chef of Texas, Inc. v. Reliance National Indemnity Insurance Co*., 319 F.3d 205 (5th Cir. 2003) and *Summit Properties Inc. v. Hoechst Celanese*

*Corp,* 214 F.3d 556 (5th Cir. 2000)(proximate causation could be established where "a plaintiff has either been <u>the target of a fraud</u> or <u>has relied upon the</u> <u>fraudulent conduct of the defendants</u>; 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act; This was in complete violation of: 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); **42 U.S.C. §1981**; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); **42 U.S.C. §1986;** 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion).

Louisiana Civil Code Article 2451 states that "A hope may be the object of a contract of sale. Thus, a fisherman may sell a haul of his net before he throws it. In that case the buyer is entitled to whatever is caught in the net, according to the parties' expectations, and even if nothing is caught the sale is valid." So even if the "offing" can be construed as a conditional hope that would occur in the future, it still can be the object of a contract of the sale. DEFENDANTS may allege that there was no definite price at the time, and well, under Louisiana Civil Code Art. 2465, a definite price was stipulated by a third person, BARACK OBAMA, when he stated "$14,900,000,000" in his presidential announcement. Furthermore, PLAINTIFF will explain the actual value of "better trade" in a little bit. But better trade necessarily means and includes trade at a previous level and more trade.  You can't just have "better trade" *without current trade*.

Louisiana Civil Code article 2474 recognizes and understands the importance of disparity in knowledge and sophistication between buyer and seller in its requirement that "the seller is bound to explain himself clearly respecting the extent of his own obligations" and that "any obscure or ambiguous clause is construed against him." Louisiana courts have applied the principle of article 2474, by analogy, to contractors, lessors, and other suppliers." Louisiana Civil Code article 1958 likewise recognizes the disparity in the positions of suppliers and consumers **by providing that in a supplier-prepared contract, any doubt or obscurity arising for want of a necessary explanation calls for the adoption of the construction most favorable to the consumer.** See: *Alexander v. Burroughs Corp.*, 359 So. 2d 607 (La. 1978): (Louisiana Supreme Court stated a manufacturer "is presumed to know of the defects of the thing which it manufactures and therefore is deemed to be in bad faith. Hence, article 2545 is applicable."

As a refresher, on 09/27/2010 at 04:02pm, HILLARY CLINTON and HUMA ABEDIN sent the following email: "Indians continue to make progress in quieting recent Kashmir unrest, but need to do more. <u>Indian Embassy</u> <u>luncheon</u> in honor of Defense Minister Antony this week will include reps from <u>Boeing</u> and Lockheed Martin — a rare <u>development</u> that could <u>signal</u> better <u>U.S.-Indian defense</u> *trade* <u>*is in the offing*</u>."<sup>241</sup> 35 minutes pass in which the plans against PLAINTIFF were continued to be formulated at 04:37pm and approved of in the email between HUMA ABEDIN and HILLARY CLINTON with subject line of "FYI" (For Your Information): "but ds took your luggage out of van to <u>go ahead to airport</u>. Very odd and *they just told me they did it*. Not sure why, I told them *to return* the os<u>car *gowns*</u> to van and *all little bags* are still in

---

<sup>241</sup> https://wikileaks.org/clinton-emails/emailid/21428 Last Checked 07/31/2023

van too."[242] Part of this message is justifying signal intelligence against PLAINTIFF in which DEFENDANTS had planted baggies in PLAINTIFF'S room in *Meth* as there is a talking about little bags (as in baggie of drugs. See: *Meth*) in which DEFENDANTS aided and abetted the RICO Enterprise because the perpetrators of obstruction of justice of whomever placed the drugs in PLAINTIFF'S room (in violation of the HONOR CODE) were not apprehended and the "little baggies" are included to maliciously malign PLAINTIFF as a violent drug dealer and utilization of signal intelligence and 5 eyes against PLAINTIFF. Furthermore, JANET NAPOLITANO referenced ICE (as another name for meth) on February 2nd, 2011 thereby connecting that meeting of the minds on February 2nd, 2011 to "trade is in the offing" and the go ahead to airport plan. There is talk about PLAINTIFF'S grandma's "gown" thereby using USA PATRIOT ACT because of FINANCIAL TERRORISM. The most important aspect of this email was that the DEFENDANTS' 'offing' plan and conspiracy was officially sanctioned and approved of in this email and the "go ahead" to 'offing' plan was granted thereby initiating a plan of domestic and international terrorism with the phrase "go ahead to airport." This was in complete violation of: 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act; This was in complete violation of: 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); **42 U.S.C. §1981**; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3), 42 U.S.C. §1986, 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion).

About three weeks after granting "the *offing airport* conspiracy plan" alleged in the previous paragraphs, HILLARY CLINTON and HUMA ABEDIN had an email[243] on 10/19/2010 that talked about the specific facts of: "an American man being convicted," "a deep plan of an assault" (i.e. See: *Peachy Miami* and *Sewanee Sabotage*), INDIA, spies, a cash amount of around $25,000 (being given by a foreign intelligence service), and, most importantly and relevantly, "having returned to a location or being forced to go to a location." The amount PLAINTIFF wired in *FINANCIAL TERRORISM* was $26,000+ , which is damn near close to the $25,000 talked about in the article. The $26,000+ was given to PLAINTIFF from his grandfather, who was not a spy and was a home builder, was not given this money by a foreign intelligence service, and who had built homes for a living. *See*: *Financial Terrorism*. The problem with DEFENDANTS' manner of talking (DC double-speak) is that material facts that serve as exculpatory evidence get omitted, which only then reinforces a lie in DEFENDANTS minds because pre-conceived double-speak and agenda/plans refuses to acknowledge the existence of exculpatory truth or valid exceptions; these factors contribute to enabling and furthering obstruction of justice through routine Constitutional Violations. PLAINTIFF factually explained all of this exculpatory truth in the previous sections and all of it was omitted and willfully and intentionally ignored because DEFENDANTS had a specific agenda/plan in mind and needed a peon/slave to make their plans happen. They chose PLAINTIFF. Then this is when 18 USC §1961 section 1503 (relating to obstruction of justice) violations occur because material omissions and exculpatory evidence are not considered because they cease to exist in double-speak; especially when you have DEFENDANTS that are so power hungry and have a preset

---

[242] https://wikileaks.org/clinton-emails/emailid/1576 Last Checked 07/31/2023
[243] https://wikileaks.org/clinton-emails/emailid/1438 Last Checked 07/31/2023

agenda in mind that they're willing to destroy an innocent autistic man's life in their pursuit of power, agenda, and money. DEFENDANTS violated: 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); **42 U.S.C. §1981**; 42 U.S.C.§1983, 42 U.S.C.§1985(2); 42 U.S.C. §1985(3); **42 U.S.C. §1986;** 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion).

"We recognize due process bars the government from invoking judicial process to obtain a conviction **when the investigatory conduct of law enforcement agents is outrageous**." *U.S. v. Jacobson*, 916 F.2d 467 (8th Cir. 1990). "This Circuit recognized the outrageous conduct defense in *United States v. Graves,* 556 F.2d 1319 (5th Cir. 1977)*, supra,* in which we wrote: "'[A]part from any question of predisposition of a defendant to commit the offense in question, **governmental participation may be so outrageous or fundamentally unfair as to deprive the defendant of due process of law or to move the courts in the exercise of their supervisory jurisdiction over the administration of criminal justice to hold that the defendant was "entrapped" as a matter of law.**'" 556 F.2d at 1322 (quoting *United States v. Quinn,* 543 F.2d 640, 647-48 (8th Cir. 1976))." *United States v. Yater*, 756 F.2d 1058 (5th Cir. 1985). "If the government's conduct in the investigation through a sting **operation is so active that its conduct fabricated elements of the offense, it might be considered a violation of due process to prosecute the defendant."** *U.S. v. Steinhorn*, 739 F. Supp. 268, 271 (D. Md. 1990).

A HILLARY CLINTON email three days later talks about INDIA when DEFENDANTS say in email on 10/22/2010:  "India Bill wraps up his visit to Inda today; hgopes *to steer Menon to a better place* on nuclear liability."[244] PLAINTIFF can't make sense of this one at this time, but it is relevant, and PLAINTIFF is including in just in case; but PLAINTIFF is making the allegation it could apply since they're talking about INDIA and steering someone to a right direction (through RICO).  DEFENDANTS violated: 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); **42 U.S.C. §1981**; 42 U.S.C.§1983, 42 U.S.C.§1985(2); 42 U.S.C. §1985(3); **42 U.S.C. §1986;** 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion).

HILLARY CLINTON and HUMA ABEDIN then sent emails on 10/27/2010[245] & 10/28/2010[246] that respectively talked about "Planes," "Chicago," "Britain," and "Bombs." The purpose of talking about it this way was to obstruct justice and utilize the USA PATRIOT ACT, signal intelligence, and gain in-personam-jurisdiction for their plot in furtherance of the RICO Enterprise against PLAINTIFF'S Constitutional Interests when PLAINTIFF posed no legitimate

---

[244] https://wikileaks.org/clinton-emails/emailid/13221
[245] https://wikileaks.org/clinton-emails/emailid/21562
[246] https://wikileaks.org/clinton-emails/emailid/1303

threat at the time in which exculpatory evidence was intentionally omitted and not included. In *ANARCHY*, PLAINTIFF established he did not have a copy of the Anarchist Cookbook from October 2008, which was exactly two years prior to this email being sent, PLAINTIFF, at no time in the entirety of PLAINTIFF'S existence, purchased any bomb making materials, and PLAINTIFF took absolutely no substantial step on committing any act of terrorism at this time. Furthermore, unknown DEFENDANTS reported that explosions were heard when PLAINTIFF'S home burned down in May 2010—what PLAINTIFF can allege on a good faith basis is that PLAINTIFF didn't burn down his home but PLAINTIFF is willing to allege unknown DEFENDANTS falsely alleged that PLAINTIFF made a bomb to burn down his home and utilized that fabricated evidence.  DEFENDANTS had no probable cause to utilize the USA PATRIOT ACT against PLAINTIFF at this time. DEFENDANTS violated: 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); **42 U.S.C. §1981**; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); **42 U.S.C. §1986;** 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion).

"Trade is in the offing" is necessarily obstruction of justice. It is a thing that tends to influence as a court could not hear a claim against PLAINTIFF unless their jurisdiction gets extended beyond national jurisdictional limits. If there is no jurisdiction, there is no ability to bring or have a claim heard in court.

Jeffrey Feltman emailed William Burns and Jake Sullivan on 10/01/2010 in which the email said: "Ops center just called us to ask for HbJ's mobile phone number for [CENSORED] wants to call him." Jacob Sullivan forwarded the email to Hillary Clinton. From this moment on the State Department operations center, CIA, Jake Sullivan, and Hillary Clinton all have HbJ's personal cell phone for the conspiracy. PLAINTIFF is alleging that from 10/01/2010 through 03/11/2011, Jake Sullivan, unknown officers in the CIA and State Department operations center, and Hillary Clinton personally called HbJ on his personal cell phone over the wires to further the mail and wire fraud perpetuated against PLAINTIFF in "trade is in the offing" and further the 18 U.S.C.§1962(d), 18 U.S.C. §241; 42 U.S.C. 1985(2) and 42 U.S.C.1985(3) conspiracy against PLAINTIFF.

On 12/11/2010, HUMA ABEDIN, HAROLD HONGJU KOH, HILLARY CLINTON, WILLIAMS BURNS, were all privy to an email[247] that talked about the IC (Intelligence Community), Sec of Defense Robert Gates, "This note is to give you a brief update on "homework" that is emerging from the New START resolution of ratification, which will have to be completed before the Treaty can enter into force," "the IC informed us this week that they have completed a first draft, which we've been reviewing. I believe this report will be completed in good time for EIF. 2. Brief, separate Presidential certifications on **telemetry** and missile **defense issues** will have to be completed before EIF; they are dependent on the exact form and content of the final resolution of ratification. ***State L*** informs me that it will not be a long

---

[247] https://wikileaks.org/clinton-emails/emailid/13205

drafting process to draw up these certifications, once they know what's in the final resolution" and this little section right here: "3. The Defense Department will owe two reports, one on the Conventional Prompt Global Strike Program and **one on the two-stage Ground-Based Interceptor (GBI).** These reports will have to be provide prior to EIF, although they are not currently linked up to Presidential certifications. I understand from talking to OSD that they plan to have these reports completed so that SecDef Gates can review them prior to his departure on December 20. Once interagency clearance is in hand for each of these items In terms o in eragency omewor owever, •e ieve t at we are in good shape to be prepared for entry into force. Please let me know if you have any questions, and thank you once again—a thousand times—for your help and support on New START Treaty ratification."

So PLAINTIFF alleges this is another email about the "offing." When the media reports about "New Start," they really only talk about from the missile defense way. What gets ignored or swept under the rug is **telemetry defense issues**. How the CIA/DoD/FBI/DHS can access computers from anywhere around the world and how they can do their "predictive" behavior analysis. The CIA/FBI/DHS et al. had to give a report to the President in which they would certify why actions should be undertaken against PLAINTIFF in "the offing," which of course, would necessarily rely on perjured testimony, fabricated and misleading narratives, wire fraud, RICO Acts, etc. PLAINTIFF alleges that the "nis report" discussed in the email included a report about PLAINTIFF that discovery would produce. As a reminder: 1) *False Identification*— constitutionally tainted and RICO Act by American INTEL; 2) *Peachy Miami*—constitutionally tainted and RICO Act by American INTEL; 3) *Sewanee Sabotage*—constitutionally tainted and RICO Act by American INTEL; 4) *Trespass Incident #3*—constitutionally tainted and RICO Act by American INTEL; 5) *This Side of the Street*—constitutionally tainted and RICO Act by American INTEL; 6) *METH*—constitutionally tainted and RICO Act by American INTEL. *The Devil Incarnate (Rebecca Wetherbee)*—constitutionally tainted and RICO Act by American INTEL; 7) *Victoria Flight*—constitutionally tainted and RICO Act by American INTEL; 8) *Anarchy*—constitutionally tainted and RICO Act by American INTEL. Every single one of those are drenched in illegal, unconstitutional, and RICO racketeering activity. Now when they talk about "Homework" above, PLAINTIFF is alleging they are referring to *The Roof, The Roof is on Fire.* American INTEL and/or DoD murdered PLAINTIFF'S beloved cat, Sparky. PLAINTIFF is alleging that "State L" is actually referring to the State Department/Embassy in London or State Legal department—those two are the most plausible explanation as these are the following countries that start with the letter 'L' obtained from the State Department: Laos, Latvia, Lebanon, Lesotho, Lew Chew (Loochoo)* (Japan-ish), Liberia, Libya, Liechtenstein, Lithuania, Luxembourg. So part of the certification would be that that would falsely prosecute PLAINTIFF for burning down his home because there were "reports of explosions" and they wanted to frame PLAINTIFF with all of the necessarily compromised listed incidents above as being the originator. Then with the previous emails involving a "bomb," "plane," and "Chicago," it creates enough fabricated materially misleading narratives that they wanted to utilize against PLAINTIFF. Then you have: "one on the two-stage Ground-Based Interceptor (GBI)."—right, so this is the "offing" in which there was ground based interception of PLAINTIFF with GBI (Great Britain Intelligence) in London-Heathrow in which it was one of two stages between London and Dulles.

Under *National Organization for Women, Inc. v. Joseph Scheidler*. 510 U.S. 249 (1994),

"RICO does not require proof that either the racketeering enterprise or the predicate acts of racketeering in § 1962(c) were motivated by an economic purpose. Nowhere in either § 1962(c) or in § 1961's definitions of "enterprise" and "pattern of racketeering activity" is there any indication that such a motive is required. While arguably an enterprise engaged in interstate or foreign commerce would have a profit-seeking motive, § 1962(c)'s language also includes enterprises whose activities "affect" such commerce. Webster's Third New International Dictionary defines "affect" as "to have a detrimental influence on"; and an enterprise surely can have such an influence on commerce without having its own profit-seeking motives. The use of the term "enterprise" in subsections (a) and (b), where it is arguably more tied in with economic motivation, also does not lead to the inference of an economic motive requirement in subsection (c). In subsections (a) and (b), an "enterprise" is an entity acquired through illegal activity or the money generated from illegal activity: the victim of the activity. By contrast, the "enterprise" in subsection (c) connotes generally the vehicle through which the unlawful pattern of racketeering activity is committed. Since it is not being acquired, it need not have a property interest that can be acquired nor an economic motive for engaging in illegal activity; it <u>need only be an association in fact that engages in a pattern of racketeering activity</u>. Nor is an economic motive requirement supported by the congressional statement of findings that prefaces RICO and refers to activities that drain billions of dollars from America's economy… since 1984 <u>***amendments broadened the focus of RICO prosecutions***</u> from those association-in-fact enterprises that exist "for the purpose of maintaining operations directed toward an economic goal" <u>***to those that are "directed toward***</u> an economic <u>***or other identifiable goal***</u>." In addition, the statutory language is unambiguous, and there is no clearly expressed intent to the contrary in the legislative history that would warrant a different construction… Section 1962(c) makes it unlawful "for any person employed by or associated with any enterprise engaged in, or the activities of which affect, interstate or foreign commerce, to conduct or participate, directly or indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activity or collection of unlawful debt." **Section 1961(1) defines "pattern of racketeering activity" to include conduct that is "chargeable" or "indictable" under a host of state and federal laws.** RICO broadly defines "enterprise" in § 1961(4) to "includ[e] any individual, partnership, corporation, association, or other legal entity, and any union or group of individuals associated in fact although not a legal entity." Nowhere in either § 1962(c) or the RICO definitions in § 1961 is there any indication that an economic motive is required."

American INTEL'S identifiable goals in "the offing" had three core elements: 1) increase in economic trade, 2) telemetry defense/counter-terrorism purposes, and 3) intentional and wanton violation of constitutional rights eroding the People's liberty. Motherfuckers murdered PLAINTIFF'S cat on fabricated evidence and racketeering. 9 different examples in which American INTEL wanted to erase the lines of constitutionally protected activity to go from somewhat questionable to illegal. The privacy inside your home? Gone. The curtilage outside your home? Gone. Your ability to defend yourself? Gone. The ability to question? Gone.  To have meaningful conversations? Gone. To have a divergent view? Gone. To always be under their microscope? Yes. Therefore, there exists an association-in-fact and an enterprise under 18 U.S.C. §1962(c) and 18 U.S.C. §1961(4) amongst DEFENDANTS that had a defined purpose in which they would stop at nothing. American INTEL may not have caused An Anchor and a Pitchfork, but it was in their interest to allow it to happen not truly understanding that what was in their interest was to meaningfully talk to PLAINTIFF and not do to PLAINTIFF what they did and would allow to happen to PLAINTIFF.

Under *National Organization for Women, Inc. v. Joseph Scheidler*. 510 U.S. 249 (1994), "The phrase "The "enterprise" referred to in subsections (a) and (b) is thus something acquired through the use of illegal activities or by money obtained from illegal activities. The enterprise in these subsections is the victim of unlawful activity and may very well be a "profit-seeking" entity that represents a property interest and may be acquired. But the statutory language in subsections (a) and (b) does not mandate that the enterprise be a "profit-seeking" entity; it simply requires that the enterprise be an entity that was acquired through illegal activity or the money generated from illegal activity. By contrast, the "enterprise" in subsection (c) connotes generally the vehicle through which the unlawful pattern of racketeering activity is committed, rather than the victim of that activity. Subsection (c) makes it unlawful for "any person employed by or associated with any enterprise... to conduct or participate . . . in the conduct of such enterprise's affairs through a pattern of racketeering activity...." Consequently, since the enterprise in subsection (c) is not being acquired, it need not have a property interest that can be acquired nor an economic motive for engaging in illegal activity; it need only be an association in fact that engages in a pattern of racketeering activity. Nothing in subsections (a) and (b) directs us to a contrary conclusion. We also think that the quoted statement of congressional findings is a rather thin reed upon which to base a requirement of economic motive neither expressed nor, we think, fairly implied in the operative sections of the Act. As we said in *H. J. Inc.* v. *Northwestern Bell Telephone Co.,* 492 U. S. 229, 248 (1989): "The occasion for Congress' action was the perceived need to combat organized crime. But Congress for cogent reasons chose to enact a more general statute, one which, although it had organized crime as its focus, was not limited in application to organized crime…The parallel to the present case is apparent. Congress has not, either in the definitional section or in the operative language, required that an "enterprise" in § 1962(c) have an economic motive. We therefore hold that petitioners may maintain this action if respondents conducted the enterprise through a pattern of racketeering activity. The questions whether respondents committed the requisite predicate acts, and whether the commission of these acts fell into a pattern, are not before us. We hold only that RICO contains no economic motive requirement."

Therefore, at least from the American DEFENDANTS perspective, these are at a minimum some of the following people that were an association who were in an enterprise that would meet the purposes stipulated under SCOTUS in *National Organization for Women, Inc. v. Joseph Scheidler*. 510 U.S. 249 (1994): ROBERT MUELLER, LEON PANETTA, HUMA ABEDIN, HAROLD HONGJU KOH, HILLARY CLINTON, WILLIAMS BURNS, JEFFREY FELTMAN, JAKE SULLIVAN, ANDREW MCCABE, JEH JOHNSON, PETER STRZOK, unknown White House Lawyers (WHCounsel/NSC Legal Counsel/USTR General Counsel), unknown DOD Lawyers (OGC, Jt Staff, CoComs, Services, JAGs), unknown DOJ Lawyers (OLC, OSG, Litigating Divisions-Civ., Crim, OIL, NSD), unknown IC Lawyers (DNI, CIA), and DHS Lawyers in which they all worked together (hooray for reaching across the aisle and across multiple agencies—talk about unity! lol) to violate: 18 U.S.C §1951 (EXTORTION; Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); **42 U.S.C. §1981**; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C §1985(3); **42 U.S.C. §1986;** 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), 18 U.S.C. §1961 section

1512, 18 U.S.C. §1961 section 1513, 18 U.S.C. §1961 section 1951, Section 504; Title VI; PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.

Furthermore, to credibly alleged the actual domestic terrorism by American INTEL and British INTEL that took place between 2008-2015, one of the most damning piece of circumstantial evidence that proves DEFENDANTS connection to PLAINTIFF via email in which issues would only continue on in the future is the following email written on either 01/28/2011 or 1/29/2011 from HUMA ABEDIN to HILLARY CLINTON that said: "Person we discussed apparently ***holed up*** in ***__LONDON__*** and **avoiding people**."[248] This is perfect in three ways to describe PLAINTIFF and only PLAINTIFF. First, DEFENDANTS are intelligent and competent enough know the difference between singular and plural; and well, it says an individual person and not persons so they're only describing *one* individual. Secondly, DEFENDANTS are continuing their obstruction in materially misrepresenting *TRESPASS INCIDENT #3* in which DEFENDANTS can describe it as PLAINTIFF having "holed up" in his room and was avoiding people in his room when he was in isolation. Furthermore and in addition to the previous point, PLAINTIFF was going to be holed up (as in the homophone of HOLD up) by DEFENDANTS in LONDON by DEFENDANTS on purpose when they intentionally held PLAINTIFF there by committing international and domestic terrorism on PLAINTIFF. You may be thinking that this is a silly distinction and PLAINTIFF says to the Court NAY NAY!. Luckily PLAINTIFF just happily caught this (*See*: above) during the early part of his investigation and having much like a Vinny moment in *My Cousin Vinny* showing that homophones and CLINTONS do truly matter in Intel based on the following snapchat by PLAINTIFF from a book either written by JAMES CLAPPER or JEH JOHNSON. Finally, there is the specific location of LONDON. Out of all the places HILLARY CLINTON could have said, she specifically chose LONDON in which "the offing" took place in London. This violated: 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18



RUSSIAN ROULETTE

closed doors. Owned by Wall St and Politicians, HRC is not with you."

September had not been kind to Clinton. Early in the month she had ~~homophones~~, xenophobes, and Islamophobes, and she remarked that half of Trump supporters were a "basket of deplorables"— a phrase that backfired against her politically. And then in New York City... pneumonia... 9/11... but had kept that a secret. Donna Brazile, the interim DNC chief, would later write that she was so concerned about Clinton's health that she began thinking of ways to replace her on the Democratic ticket. Moreover, the polls tightened at the start of the month, though Clinton still maintained a close but respectable lead.

Both campaigns were now planning for their first showdown—the first of three debates. This one would be at Hofstra University on Long Island. There was no question the Russia issue would come up. About two-thirds of the way into the contentious debate, the moderator, NBC News anchor Lester Holt, asked Clinton: What could be done to thwart cyberattacks on the United States?

Homophones or homophobes? Two completely different things.

---

248 https://wikileaks.org/clinton-emails/emailid/32008

U.S.C.§1862 (a); **42 U.S.C. §1981**; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); **42 U.S.C. §1986;** 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, Title VI, PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.

Then on February 1st, 2011, HILLARY CLINTON, HILDA L. SOLIS, ERICH HOLDER, JANET NAPOLITANO, and ROBERT MUELLER (probably LEON PANETTA was there too) were all in the same room together just about one month or so before "trade is in the offing" occurred. PLAINTIFF alleges HILLARY CLINTON, HILDA L. SOLIS, ERIC HOLDER, JANET NAPOLITANO, ROBERT MUELLER had a meeting of the minds concerning "trade is in the offing" all violated 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), 18 U.S.C. §1961 section 1512; 18 U.S.C. §1961 section 1513, 18 U.S.C. §1961 section 1951, Section 504,Title VI, PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.

Doing DC double-speak, the meeting was about "the President's Interagency Task Force to Monitor and Combat Trafficking in Persons." Wow, PLAINTIFF, so those DEFENDANTS knew that Human Trafficking was wrong. But PLAINTIFF wants to draw your attention to the actual name itself. So there is a coordinated effort between DOJ, DHS, FBI, State, and Labor (and probably NSA and CIA was in the crowd). Part of the purpose of was to MONITOR. You would monitor someone via signal intelligence through their cell phones! Okay? Okay. Now take the phrase "combat trafficking" what else could that mean. Say would DEFENDANTS like to MONITOR a falsely accused "combatant" that would be going overseas? WHY YES! It is DC double-speak. So this task force has two purposes—actual human trafficking and monitoring PLAINTIFF and establishing precedent by using PLAINTIFF based on perjured testimony, fabricated narratives, and coercion undertaken against PLAINTIFF. So let PLAINTIFF have HILLARY CLINTON describe the purpose:

HILLARY CLINTON: "This is, as you probably saw on your schedules, the President's Interagency Task Force to Monitor and Combat Trafficking In Persons. This is mandated by the Congress because it is an issue of such great and grave importance that Congress wanted as many members of the Cabinet and the heads of agencies to come together to discuss it once a year…Anywhere from 12 to 27 million people are currently held in forced labor, bonded labor, or forced prostitution. That's equivalent to <u>all the people who live in **London**</u> at the low end and the combined populations of <u>New York City,</u> <u>San Francisco,</u> and <u>Washington, D.C. at the high end</u>." Now why the heck would HILLARY CLINTON chose London of all places when talking

about human trafficking in the United States? Do you know where actual human trafficking takes place in America? On the border in Texas, California, New Mexico, and Arizona. HILLARY CLINTON doesn't say Los Angeles or San Diego in California that are impacted by immigration and human trafficking, HILLARY CLINTON says San Francisco (where the tech hub is in America) which is more than 6 hours by car.

So HILLARY CLINTON continues: "The victims range from the men and women enslaved in fields, factories, and brothels to the girls and boys whose childhoods have been shattered and stolen, to the parents whose children have vanished. Whether they are far from home or in their own villages, they need and deserve our help and the help of the world… Today, I hope we can hear how we will take this work to the next level, how we can ensure that trafficking is an issue we continue to address within our agencies and throughout our government, and I hope we'll take on another important task – **ending the practice of punishing the victims of human trafficking.** For all the millions who are held in servitude, fewer than 50,000 have been officially identified as victims. Too many others are either ignored, or even worse, treated as criminals. So we need to do more to identify the true victims of human trafficking and help restore them to participation in our society… **I just want to kick off by describing several of our State Department initiatives.** First and foremost, we will publish another edition of our annual Trafficking in Persons Report. <u>Some countries have been downgraded and may be downgraded again automatically from Tier 2 Watch List to Tier 3, because they have not taken steps adequately to address trafficking.</u> <u>Now, this is an uncomfortable position for them to be in and for us.</u> And as **I travel around talking to heads of state and governments and ministers, they watch this very closely**, and **they often raise questions about their position on this list**… And finally, we are working with many partners to develop a voluntary international code of conduct for private security service providers. **Companies that sign the code** commit to not engage in human trafficking **and report allegations to competent authorities**. To date, nearly 60 private security companies have signed the code, including many that contract with the U.S. Government."[249]

This is sinister: so HILLARY CLINTON admits there is "several" State Department Initiatives; one of which is "trade is in the offing." Then PLAINTIFF doesn't fully understand what Tier system they are talking about, it could mean one of a few things: it could mean they are talking about how PLAINTIFF would undertake steps between different terminals in which tiers are the same thing as terminals, which makes sense to PLAINTIFF, but PLAINTIFF can't remember what terminals he was at in London and it was uncomfortable for PLAINTIFF because PLAINTIFF was prevented from leaving. The Prime Ministers and Heads of State (David Cameron, Singh, the Qatari sheiks, etc.) would want to do what HILLARY CLINTON wanted and their positions in how to execute the "offing" against PLAINTIFF. …… AT&T would report PLAINTIFF for trafficking via signal intelligence. PLAINTIFF alleges HILLARY CLINTON, HILDA L. SOLIS, ERIC HOLDER, JANET NAPLOLITANO, 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); **42 U.S.C. §1981**; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); **42 U.S.C. §1986;** 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961

---

[249] https://2009-2017.state.gov/secretary/20092013clinton/rm/2011/02/155831.htm

section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.

ATTORNEY GENERAL HOLDER got a chance to speak as well: "Well, I apologize to everyone for being late. **Bob** (inaudible) **had given me a task that took a little longer than I anticipated.** (Laughter.) But thank you, Secretary Clinton. It's an honor and a privilege to join my colleagues to mark the many breakthroughs that we've made over the past year and the momentum that we have generated for the year ahead in our fight to end human trafficking. Now this past year, and for the third year in a row, the Department of Justice has prosecuted more human trafficking cases than ever before. This modern day slavery is an affront to human dignity. And each and every case that we prosecute should send a powerful signal that human trafficking will not be tolerated in or by the United States… But we have more to do, and we have farther to go. On the 10th anniversary of the Trafficking Victims Protection Act last fall, I committed that the Justice Department would be launching a human trafficking enhanced enforcement **initiative to take our counter-trafficking enforcement efforts to the next level by building on the most effective tool in our anti-trafficking arsenal: partnerships**. Well, today, I am pleased to announce the launch of this initiative, which will streamline federal criminal investigations **and prosecutions** of human trafficking. The Departments of Homeland Security and Department of Labor have collaborated closely with the Justice Department in this historic effort, and I want to thank Secretaries Napolitano and Solis for their expertise and for their shared commitment… Now, as part of this fight against human trafficking, specialized anti-trafficking coordination teams, known as ACT teams, will be convened in a number of **pilot** districts nationwide. Under the leadership of the highest-ranking federal law enforcement officials in the district, these teams will bring together federal agents and prosecutors across agency lines to combat human trafficking threats, dismantle human trafficking networks, and bring traffickers to justice. The launch of these ACT teams will enable us to leverage the assets and the expertise of each federal enforcement agency more effectively than ever before. But we will not rest until this **unprecedented collaboration** translates into the results that matter most, the liberation of victims and the prosecution of traffickers…"[250]

        PLAINTIFF alleges that the 'BOB' ERIC HOLDER is referring to was indeed ROBERT MUELLER. The task that ROBERT MUELLER had given him was looking over "trade is the offing" because PLAINTIFF had previously canceled (to the best of his knowledge) his previous plan and it would take a while from the time PLAINTIFF canceled to the time PLAINTIFF actually went to London. PLAINTIFF wants to make a specific allegation here. PLAINTIFF made a joke involving REBECCA WETHERBEE (next section) and that concerned human trafficking on top of the Alvarez story. If you note ERIC HOLDER'S exact phrasing, they had an initiative to take COUNTER trafficking (counter-terrorism) enforcement to the next level (i.e. next stop or stop in an airport: LONDON) in which their most effective tool was partnerships with British Intel, Indian Intel, and Qatar Airways. So ERIC HOLDER wanted to prosecute PLAINTIFF on fabricated evidence and materially misleading evidence in which they knowingly

---

[250] https://2009-2017.state.gov/secretary/20092013clinton/rm/2011/02/155831.htm

have used perjured testimony before. Then their ACT team would PILOT (i.e. aircrafts and pilots) PLAINTIFF to DC in which the highest ranking officials in America would prosecute PLAINTIFF for having arrived in Dulles. ERIC HOLDER, JANET NAPOLITANO, HILLARY CLINTON, LEON PANETTA, AND ROBERT MUELLER all violated: 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.

SECRETARY NAPOLITANO: Well, thank you. And thank you, Secretary, for hosting this meeting. We are, indeed, proud to play a strong role in combating human trafficking as demonstrated by ICE's arrest last week at the JFK airport of a human trafficker who was one of its top ten most wanted persons. This past year, ICE, working with DOJ, initiated its highest ever number of cases with a nexus to human trafficking. Our success in combating human trafficking continues to be rooted in strong partnerships. This includes not only the partnership represented around this table today, but also state, local, tribal, international, nongovernmental, and private sector partners who see this problem every day on the ground… This is a fight that all of us around this table are committed to do. So I look forward to continuing on this work with my Cabinet colleagues and on all of our partners in order to combat this terrific problem.[251]

ERIC HOLDER/JANET NAPOLITANO: To establish that Jones and Patronelli violated 21 U.S.C. § 843(b), the government must prove the knowing or intentional use of a communication device to commit, cause, or facilitate the commission of a narcotics offense. *See United States v. Phillips,* 664 F.2d 971, 1032 (5th Cir. 1981), *cert. denied,* 457 U.S. 1136, 102 S.Ct. 2965, 73 L.Ed.2d 1354 (1982). It shall be unlawful for any person knowingly or intentionally to use any communication facility in committing or in causing or facilitating the commission of any act or acts constituting a felony under any provision of this subchapter or subchapter II of this chapter.

JANET NAPOLITANO is talking about DHS' playing a strong role in regards to domestic "enemy" "combatants." It is a TERRific or TERRoist problem. So remember in *METH* that PLAINTIFF alleged that he was framed with bags of Meth in his dorm room Junior year, that is exactly what they referring to here. So the planted bags of Meth in *METH* was being used to prosecute PLAINTIFF. They talked about local partnerships so PLAINTIFF is alleging that Sewanee PD and Franklin County Sheriff's office were in on the scheme against PLAINTIFF in METH in which it was the FBI and DHS that planted drugs in PLAINTIFF'S room in *METH*. Do you know what that also gives an inference to as well? If they were willing to plant false accusations against PLAINTIFF in METH, wouldn't it be in their interest to further the malicious and false accusations against PLAINTIFF in Big Brother Big Sister in which they intentionally set up PLAINTIFF with the Alvarez's for Nat Geo and MAP purposes? I believe

[251] https://2009-2017.state.gov/secretary/20092013clinton/rm/2011/02/155831.htm

so. International partners would include the United Kingdom and Germany. Kristina Khomova and Vera Pochtarev were probably snitches as well as Thao Bui and Ashley Macon. JANET NAPOLITANO violated: 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.

The Fifth Circuit has ruled, twice, that a defense of governmental misconduct, which is separate and distinct from 'Entrapment,' may bar a criminal prosecution on due process grounds in *United States v. Marcello*, 508 F. Supp. 586 (E.D. La. 1981) (holding: governmental overreaching presents a cognizable and legitimate defense) and *United States v. Graves,* 556 F.2d 1319 (5th Cir. 1977), the court ruling that "[t]here is still available in appropriate cases a governmental misconduct defense grounded on the dual principles of due process and the supervisory powers of the court, but such a defense does not fall within the narrow confines of `entrapment' as that term has been explicated in Russell and Hampton."

It is known that the Emir of Qatar visited Washington DC in February 2011, exactly one month prior to "trade is in the offing." Mail and wires were used to call Emir to come from Qatar to Washington DC in furtherance of the mail and wire fraud committed against PLAINTIFF and to further the following violations and conspiracy against PLAINTIFF in which they affirmed their plans to undertake their actions against PLAINTIFF in violation of 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.

02/20/2011: On 02/20/2011, there was some meeting with senior Qatari govt' officials (Minister of the Interior and Minister of Commerce) and the State Department. Part of the "good session" included talking about issues "from near term 'tactical' concerns." PLAINTIFF alleges the near term tactical concern was about PLAINTIFF and "trade is in the offing." Mails and/or wires were used to call the Qatari Minister of the Interior and the Qatari Minister of Commerce, which is exactly in his domain of "trade is in the offing,"  in which the mail and wire fraud committed against PLAINTIFF was furthered as well as violations of 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18

U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights against PLAINTIFF, as well as furthering RICO Enterprise 1.

Therefore, any business that concerns BOEING and Qatar is necessarily included in "trade is in the offing."

HAROLD HONGJU KOH wrote on January 6th, 2011 to Hillary Clinton: "Hooray! That was an unbelievably complex and difficult meeting, but you are an absolutely amazing lawyer. You deftly got us to every position we have been trying to get to for months. And you were utterly forthright in speaking up for Principle and the Rule of Law. As always, I am so proud to know you and to work with you. Harold Hongju Koh The Legal Adviser."[252] Now PLAINTIFF is arguing that in this meeting HAROLD HONGJU KOH spoke of, they were talking about legally justifying "trade is in the offing." The only way HILLARY CLINTON and HAROLD HONGJU KOH could have got themselves to the position they were trying to get to for months in approving "trade is in the offing" against PLAINTIFF is the FACT that fabricated material evidence and fabricated materially misleading evidence was justified and relied upon. PLAINTIFF showed that with the cases he presented and argued, HILLARY CLINTON, ROBERT MUELLER, ERIC HOLDER, HAROLD HONGJU KOH, could not have reached the decision they reached. So HILLARY CLINTON, HAROLD HONGJU KOH, and unknown State and CIA officials violated 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.

In January 2011, HILLARY CLINTON said the following remarks to the Embassy while in Qatar--"How can we work more closely and effectively with the United States?" Others, still, working to enhance bilateral security. Still others, working to strengthen trade between our countries. More than 120 American companies already operate in Qatar. Two-way trade with the United States has nearly tripled since 2003, and it even grew 40 percent, despite the global recession… And I hope *you'll think about new ways we can do it even better*….So, **before the planes fly away, we are going to have a chance** -- I'd like to say hello to all of you. If you kind of just -- I will start down there, and just come on up, and I will meet as many of you as I can **before I head to the airport**." [253]

---

[252] https://wikileaks.org/clinton-emails/emailid/29242
[253] https://2009-2017.state.gov/secretary/20092013clinton/rm/2011/01/154593.htm

HILLARY CLINTON reaffirmed the plans in Qatar at the United States Embassy in which the employees of the United States Embassy in Qatar and Qatari representatives would ensure "trade in the offing" as she made a specific reference to increased trade and that there would be new ways they could do EVEN BETTER. HILLARY CLINTON violated: 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights. These statements directly tie Hillary Clinton, unknown others in working in strengthening trade between the United States and Qatar, and Qatar in "trade is in the offing." There goes HILLARY CLINTON talking about PLANES flying away (before PLAINTIFF can board) in which there was a rare development in the "trade is in the offing" email and here she is talking about how they are going to have the chance to do something. This is furtherance of 18 U.S.C. 1962(d) and 42 U.S.C. 1985 (3) in "the offing." Furthermore, two names are included: Joseph LeBaron and Mahmoud Kandathil (ph). Next,

CNN Article: 02/16/2011: There was an email Hillary Clinton received on 02/16/2011 that talked about her and her foreign policy that was written by CNN, the following are excerpts from it: "**Clinton worked the phones the whole ride down to Haiti, talking to Defense Secretary Robert Gates, CIA Director Leon Panetta, National Security Adviser Tom Donilon, and British Foreign Secretary William Hague, [254]**among others, about Egypt… It was a fallout she herself had warned of just two weeks earlier. **In a dramatic speech in Qatar, Clinton warned Arab leaders their regimes would "sink in the sand" if they did not reform their autocratic governments and create opportunities for their young citizens[255]**… It is perhaps her toughest test yet as the nation's top diplomat. For two years, she has traveled the globe, talking about the need for countries to become more democratic, more open to technology, more open to the demands of the young… There is never a meeting where she is not the best prepared, there is never a meeting where she has not thought just about this meeting itself, but about what follows this meeting," said Kurt Campbell, assistant secretary of state for East Asia. "There is just an incredible mastery of the details. It's not just the legal brief -- you have to figure out how the world works, how it functions, how the issues are integrated."… "Hillary Clinton brought much-needed good balance and judgment to counter some of the starry-eyed dreamers surrounding the president, who tend to reinforce his worst instincts about how fast any given situation can change," said Aaron David Miller, a Mideast negotiator for six secretaries of state and author of "The Much Too Promised Land," about the history of failed U.S. efforts in the Mideast peace process… The last few weeks have illustrated the complexities of diplomatic sausage-making inside the U.S. government, but since taking office, Clinton has kept her head down, proving herself to be a team player and tireless defender of the administration. She has been deferential to Obama in both public and private,

---

[254] PLAINTIFF makes an allegation below.
[255] HILLARY CLINTON threatened Qatar to do as she pleased to their complete devastation and destruction which shows only coercion against Qatar at the behest of the diabolical HILLARY CLINTON

never suggesting in any way she had an agenda other than his. "It's amazing that when she became secretary, every reporter in Washington was waiting for one inch of daylight (between her and Obama). That one inch of daylight would become one mile of daylight, which would then become a chasm of daylight," said Sandy Berger, former national security adviser in the Clinton administration and a close friend and adviser of Hillary Clinton's. "The fact there is no distance between them, in a town where division and conflict is the name of the game, I think is an enormous tribute to her… While acknowledging Clinton's considerable efforts to restore America's image, some critics have charged she has done little to consolidate these gains into advancing major foreign policy issues… Smart power means focusing on a package of national security challenges that don't fit easily into classic foreign policy boxes -- like women's empowerment, human trafficking, poverty, disease, internet freedom and climate change. These challenges, Clinton has argued, will do more to shape the 21st century than conflicts between states."

HILLARY CLINTON, LEON PANETTA, TOM DONILON, WILLIAM HAGUE, ALISTAIR BURT, were not just talking about Egypt in which they were talking about PLAINTIFF and "Trade is the offing." They used the wires to further RICO ENTERPRISE 1 and to wire fraud against PLAINTIFF in violation of 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.. If ALISTAIR BURT was not on the call in this instance, then there were numerous times that WILLIAM HAGUE had provided ALISTAIR BURT and vice-a-versa information about "trade is in the offing" through the wires in violation of the aforementioned crimes that furthered RICO Enterprise 1 as well as violating the aforementioned crimes in *An Anchor and a Pitchfork*.

Anne-Marie Slaughter sent an email on 03/06/2011 in which the content of which is completely censored except for the subject line of "Thank You." Hillary Clinton sent a response back that said: "it was my pleasure—and delight to meet her and all your family. And kudos to your tech trip. Only good reports." March 08th, 2011. Tony Blair's office sends Jake Sullivan and Hillary Clinton and Huma Abedin a censored email.

Jeffrey D. Feltman emailed Jacob Sullivan in which Jacob Sullivan was informed "that Hamad Bin Jassim (of Qatar) (HbJ) and Jeffrey D. Feltman had talked about Arabs and No Fly Zones." Jacob Sullivan forwarded the email to Hillary Clinton at 11:05 a.m on 03/10/2011. This occurred either on the same day or day prior to in which PLAINTIFF alleges that it confirms HbJ was in on "trade is in the offing" because PLAINTIFF would not be allowed to fly in their zones.

On 03/10/2011, Jacob Sullivan emails Hillary Clinton and Huma Abedin about how Jeffrey D. Feltman "initiated notifications on the embassy suspicion so we can say we are "in the process." The rest of this should work. Note that we are not "suspending our relationship." TWO

GENERAL FRAMES: with a question that is posed "Where do you stand on the No Fly Zone. Below some censored portions is the following list: "UNSCR, Arms embargo, asset freezes, travel bans, humanitarian action, outreach to the opposition, active planning for a range of contingencies, awacs 24-7 surveillance, suspending embassy operations."

PLAINTIFF is alleging this was in reference to PLAINTIFF in which DEFENDANTS/State had PLAINTIFF under 24/7 surveillance at all time of the incident and did nothing to stop it. They talk about asset freezes like PLAINTIFF being frozen to prevented from flying, travel bans in which PLAINTIFF was "banned" from flying in Qatar and British zones, outreach to the opposition in which Qatar Airways reached out to PLAINTIFF directing PLAINTIFF at all times, they had meticulously planned Miki's Tea Party (far more than PLAINTIFF ever did in Peachy Miami), and most importantly, there were FRAMES as if PLAINTIFF had been FRAMED or prevented from leaving two locations.

On March 10th, 2011, HILLARY CLINTON testified to Congress. It of course revolved around money and foreign policy. These are her remarks to Congress: "Thank you very much. I want to congratulate the Chairman upon assuming this important post at such a critical moment in world history, not just American history… I want to say a few words about these remarkable changes occurring across the Middle East [i.e. Qatar]. Yes, it's exciting and it also presents very significant challenges to America's position, to our security, and to our long-term interests...[In the context of middle east] I will be meeting with their **transitional** leaders, and I intend to convey strong support of the Obama Administration and the American people that we wish to be a partner in the important work that lies ahead, as they embark on a **transition** to a genuine democracy." The very next sentence HILLARY CLINTON says after talking about a transition ( The 'Offing' is a transition): "We know how difficult that will be. **This is the kind of challenge** that we have seen in other parts of the world. Some countries, such as most of those in the former Soviet Union and **Eastern** and Central **Europe, navigated those challenges successfully; others have not.**"[256] Yea of course it is a fucking challenge if 4 governments are conspiring against you and you still attempt to travel and live on in your life. PLAINTIFF at no time

Carrying on: "And this is an unfolding example of how we are using the combined assets of diplomacy, development, and defense to protect our interests and advance our values. This integrated approach is not just how we respond to crises. It is the most effective – and cost-effective – way to sustain and advance our security. And it is only possible with a budget that supports all the tools in our national security arsenal. Now, I want to join my voice to those of the Chairwoman, who has made it very clear that the American people have a right to be justifiably concerned about our national debt. I am, too. But I know that we have so many tough decisions that we're facing right now, that the American people also want us to be smart about the decisions we make and the investments that we are making in the future. Just two years ago, I asked that we renew our investment in development and diplomacy, and we are seeing tangible results… The FY 2012 budget is a budget that will allow us to continue pressing forward. We think it is a lean budget for lean times. I launched the first-ever Quadrennial Diplomacy and Development Review to help us maximize the impact of every dollar. We scrubbed this budget and we made painful but responsible cuts. **We cut economic assistance** to Central and **Eastern**

[256] https://2009-2017.state.gov/secretary/20092013clinton/rm/2011/03/158004.htm

**Europe**, to the Caucasus, to Central Asia. We cut development assistance to over 20 countries by more than half."[257]

DING DING DING. TITLE VI. So not only would HILLARY CLINTON force PLAINTIFF into labor because he was of Yugoslavian/Balkan ancestry in which she further continued to retaliate against PLAINTIFF in violation of 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights. PLAINTIFF alleges that HILLARY CLINTON took her actions against the Governments of Serbia and North Macedonia in 2011 as an additional retaliatory measure against PLAINTIFF because HILLARY CLINTON, ROBERT MUELLER, JEH JOHNSON, LEON PANETTA, etc would rob, steal, and fraudulently conceal PLAINTIFF'S work and hated everything about PLAINTIFF in which innocent people would be harmed because of features that PLAINTIFF had no control over from birth whether that was his autism or his Yugoslavian nationality.  As a reminder, Bill and Hillary Clinton bombed Serbia in 1999. So, the people of Serbia and North Macedonia experienced an economic harm because of Hillary Clinton's retaliatory actions against PLAINTIFF that was fueled by her animus against autistic and/or Yugoslavian people. Therefore, PLAINTIFF will include things that would benefit the Serbian and North Macedonian people as part of PLAINTIFF'S restitution because the harm flows from "trade is in the offing."

"Fourth, we are committed to making our foreign policy a force for domestic economic renewal. We work very hard on this to bring jobs back to the United States, to create more economic growth here at home. To give you one example, the eight open skies agreements we have signed over the last two years will open dozens of new markets to American carriers overseas. The Dallas-Fort Worth Airport, Madam Chairman, will support – which already supports 300,000 jobs, will see billions of dollars in new business. And I know that Chairwoman Granger calls that the economic engine of north Texas…. We have diplomatic relations with 190 countries. Having served in the Senate for eight years, I know what it's like to get a phone call when an American citizen somewhere is in trouble in one of those 190 countries. And I know what it's like to be told as Secretary of State that somebody's in trouble in a country where we don't have adequate diplomatic relations. We have political officers defusing crises, development officers expanding opportunity, and economic officers working to make deals for American business… Generations of Americans have grown up successful and safe because we've stepped up. We think that in the world today we have more than we can say grace over, but we are positioned to try to deal with it. And we cannot do it unless we remember that our national security depends not just on defense, but on diplomacy and development working together unlike anything we've ever done historically today, to really deliver on America's security, our interests, and our values."[258]

---

[257] https://2009-2017.state.gov/secretary/20092013clinton/rm/2011/03/158004.htm
[258] https://2009-2017.state.gov/secretary/20092013clinton/rm/2011/03/158004.htm

On 03/11/2011 Hillary Clinton at PRESIDENT'S EXPORT COUNCIL (PEC)(CEOS), she said: "I hope that we can do more to encourage more small and medium-sized businesses. When I do travel, *I try to do a commercial diplomacy event in many places*. I was in Australia where we did an event with Caterpillar, John Deere, Harley Davidson, **and GE.** When I was in Russia, I visited the Boeing engineering facility in Moscow and witnessed firsthand the extraordinary cooperation, not only between Russians and Americans but between Moscow, Chicago, and Seattle…"[259] First off, look at the name: PRESIDENT EXPORT. PLAINTIFF was exported and important from Chicago to London to Dulles. Hillary Clinton affirms that she was doing commercial diplomacy in my places and "trade is in the offing" can be commercial diplomacy, but ended up being corrupt commercial diplomacy. It affirms the GE indirectly benefitted from "trade is in the offing" as well as implicating Australia in "trade is in the offing." So, any GE service or product is possible; however, PLAINTIFF will just limit it to locomotives and aviation for later on. Here is an interesting twist as there could be so many interpretations. Most, if not all, of United Airlines' Boeing 777-200s were powered by a General Electric GE90 engines. Now if the British and British INTEL needed plausible deniability that they tampered with the plane's GE90 engines, have the Aussies come in and do it. So PLAINTIFF will allege that if it wasn't American INTEL nor British INTEL, then it was the Aussies. The British and Aussies both, as PLAINTIFF discussions in the restitution section below, donated twice and three times as much to CGI in which they would have a financial interest in ensuring the outcome of "trade is in the offing."

Hillary Clinton at PRESIDENT'S EXPORT COUNCIL (PEC)(CEOS) said: "One of my big pleas to the Congress in my testimony over the last two weeks was if you cut our budget, which of course we know everything will be cut, but if we cut our personnel, our biggest personnel load is in consular affairs. And when it comes to visa waivers, there are very strict standards that have to be met by the Department of Homeland Security. China, India, and Brazil do not meet them, and that's where a huge increase in visa applications are coming from." [260]PLAINTIFF alleges that Hillary Clinton caused some employees to be fired in consular affairs because they were fundamentally a part of "trade is in the offing." Then Hillary Clinton says: India do not meet them and that is where a huge increase in visa applications are coming from. That refers to PLAINTIFF'S trip to the Indian Embassy and DHS (as well as CIA, FBI) undertaking the operation against PLAINTIFF. PLAINTIFF is alleging that two days afterwards, PHILIP J. CROWLEY (the assistant secretary of state for public affairs) resigned. PLAINTIFF is alleging that he got fired because of PLAINTIFF and "trade is in the offing."

PLAINTIFF just said that India "does not meet them" and DHS meets them. Later on, Hillary Clinton at PRESIDENT'S EXPORT COUNCIL (PEC)(CEOS) says: "Senator Kerry and Senator McCain introduced bipartisan legislation in the Senate yesterday. We want to be able *to fund those enterprise zones*. We're going to use some OPIC dollars, some ExIm support. We are looking at the full range of our tools, but nothing beats private sector investments. **So *we hope that even in the midst of the uncertainty people who are there will stay there (dulles, London, etc)*** and people who aren't there will take a look at what we think will be a really promising

[259] https://2009-2017.state.gov/secretary/20092013clinton/rm/2011/03/158181.htm
[260] https://2009-2017.state.gov/secretary/20092013clinton/rm/2011/03/158181.htm

**market if we can get some of the burdens off of the consumers and the business sector**."[261] PLAINTIFF alleges this is absolutely in reference to PLAINTIFF and "trade is in the offing." Now here is another thing PLAINTIFF is alleging: Since Smith v. Maryland in 1979, SCOTUS ruled there was no expectation of privacy of data held by third parties (for all intents and purposes); now instead of the cost being imposed on private parties like Alphabet, AT&T, Verizon, etc, what if the Government can come in with one fell swoop and not have the burden of forcing third parties to produce the data (i.e. Patriot Act) in which different foreign intelligence agencies can come in with one fell swoop and obtain the data in third parties to be an independent source in which they could all share data with no repercussions and especially no pesky thing called the 4th Amendment prohibiting unreasonable searches and seizures of documents held within third parties and foreign countries? That was part of the "trade is in the offing." So that means Tech DEFENDANTS necessarily have a financial interest because it would decrease the cost they spend on production in litigation, litigation itself, etc in regards to data held and stored by Tech DEFENDANTS. The scheme works by this: say American Intel is tainted and American intel needed my documents to prosecute PLAINTIFF; they need the evidence; so how can they get it? well why not have the Brits without a warrant access Alphabet's servers in the UK and in America in which the Brits give American Intel "untainted" evidence to be used against PLAINTIFF. That's obstruction of justice. On top of that, they enrich themselves so it's a win-win for DEFENDANTS with no liability to them as they have effectively ruined PLAINTIFF'S life in which no one would want to side with PLAINTIFF.

On 03/11/2011, Hillary Clinton's schedule consisted of: receiving a presidential daily brief; having a daily senior staff meeting at State; allegedly filming a tape for "Patrons of Diplomacy;" at 10:30 Hillary Clinton had Meeting w/ PRESIDENT'S EXPORT COUNCIL (PEC)(CEOS) (PLAINTIFF is alleging this is a meeting about PLAINTIFF); PLAINTIFF cannot account for HILLARY CLINTON in what she is doing between 11-12 at State seems to be like bullshit at the State Department on 03/11/2011; eventually, she would wind her way up to New York LaGuardia Airport; then around 7:45pm, she would arrive at the United Nations and then end up back at her private home in New York at 10pm."

Jumping a little back as this email is so important because of its applicability in different sections: on 02/18/2011: Huma Abedin wrote to HILLARY CLINTON: [Subject: last min note on abbas): DANIEL suggested the following idea: if we could get the Emir of Qatar (not HbJ) to immediately convene a meeting of the **AL-Follow**-up Committee in Doha for today or tommrow that would allow the arabs to consider and to try to further negotiate the package, and the committee would request the UNSC to delay a vote until Monday, that would give 72 hours for the P's to work with the US on the package."

What PLAINTIFF is alleging is since SCOTUS granted cert to *Ashcroft v. al-Kidd*, 563 U.S. 731 (2011) in October 2010 and didn't decide it until May 2011, two months after "trade is in the offing" occurred, whomever this DANIEL they are referring to is, it shows and establishes the connection between ERIC HOLDER, SCOTUS, NEAL KATYAL, "trade is in the offing," in which SCOTUS would absolve Qatar and NEAL KATYAL, HAROLD KOH, and ERIC HOLDER and any other attorneys involved in "trade is in the offing" of the constitutional deprivations that occurred that they authorized to happen. Similarly, PLAINTIFF is alleging that

---

[261] https://2009-2017.state.gov/secretary/20092013clinton/rm/2011/03/158181.htm

HILLARY CLINTON, HUMA ABEDIN, "DANIEL," wanted to interact with the Emir of Qatar instead as to prevent PLAINTIFF from holding the Emir of Qatar liable in which it would be argued that he should be given head of state immunity under FSIA.

The same day of the "trade is in the offing" occurs on 03/11/2011, Hillary Clinton goes to the UN and PLAINTIFF alleges she talked to Indian representatives, Qatar representatives, or British representatives about "trade is in the offing" in furtherance of RICO Enterprise 1 in which everyone she talked to has now become an accessory after the fact.

As PLAINTIFF will allege and argue later in the *Restitution* section, HbJ and the Emir both know that Qatar and Qatar Airways must "further negotiate the package" in which it means they are inducing PLAINTIFF to act in a certain way at London-Heathrow airport because package is referring to PLAINTIFF and they must necessarily talk to PLAINTIFF in order to commit legal fraud upon PLAINTIFF.

Furthermore, when Huma Abedin wrote it would allow "P's to work with the US on the package" (note: package (singular) and not plural), it meant getting PETER STRZOK involved with "trade is in the offing."

On 03/11/2011, CHERYL MILLS was privy to an email in which Nicole A. Wilett sent the following email: "hang tight folks-waiting on availability from a few here before we lock in time, ideally before 12. After that Mary and others head into an afternoon of meetings. I am assuming we can do this on an open line given access issues for some involved unless **anyone shouts**." PLAINTIFF shouted and screamed at DULLES and the lock in time of 12 referred to the luncheon in the "trade is in the offing" email. Furthermore, if there are access issues, PLAINTIFF had access issues throughout his experience at London-Heathrow and Dulles in which DEFENDANTS had access to PLAINTIFF'S phone and had directed him to take the Flight to Dulles as previously alleged. PLAINTIFF alleges CHERYL MILLS violated: 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.

Stephen Mull sent Cheryl Mills an email on 03/11/2011at 5:57pm that said: [censored subject line] Has decided to quit the State Department. So he won't get any teachable moment with us. Cheryl Mills sent an email at 03/11/2011 that said: "FYI—the former [censored previous email] desk hand who caused the fervor."   PLAINTIFF is just including it because it seems important and PLAINTIFF can't tell who they are referring it but PLAINTIFF alleges it is him.

The Incident Happened on either 03/10/2011 03/11/2011. So from now on, view the dates and how the tone of the emails changed after their terrorist act was accomplished and completed and their emphasis on a job well done.

HILLARY sent CHERYL MILLS an email with the subject line of: "Jake says Jim took the job?" on 03/13/2011. The content of the mail says: "Yes--he told me Friday he was leaning but not there yet and said he would decide for sure Monday. I will give you what details I gleaned when we talk next.  Is the P.I announcement out yet? Also, I told Bill about the Zuma call and he is willing." PLAINTIFF is alleging the Jim they are referring to is: James Comey in which New York would prosecute PLAINTIFF after "trade is in the offing" in which a tribunal would be utilized against PLAINTIFF because of what PLAINTIFF alleges HbJ said in restitution below.

April 13th, 2011 it was reported that Emir Sheikh Hamad bin Khalifa al-Thani is meeting with Vice President Joe Biden on Wednesday and with President Barack Obama at the White House on Thursday.[262]

Secretary Gates met with Amir of Qatar Amir Hamad bin Khalifa Al-Thani on April 14th, 2011 at the Four Season's Hotel In Washington D.C.

On 03/19/2011 (PLAINTIFF will discuss these two emails more in depth in the *Devil Reincarnate*), DEFENDANTS HILLARY CLINTON sent HUMA ABEDIN on 03/19/2011 at 08:43 am the following email with the subject line "Re: Need to talk - pls call:" The Content of the email: "Can you get my *berry* and charge. I don't think the socket in the room worked."[263] HUMA ABEDIN and HILLARY CLINTON had this email on 04/11/2011: "also, seems like we are all on the same page regarding no qatar? its also too tough logistically without blowing up your schedule. and you would have to make *hbj delay* the meeting when all other ministers are asking him to make it earlier and earlier. the whole thing would be a mess."[264] PLAINTIFF alleges HILLARY CLINTON, HBJ, and HUMA ABEDIN violated: 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights. PLAINTIFF is alleging these two emails are in reference in trying to charge PLAINTIFF with some unknown crime after his "offing" in London and DULLES in which DEFENDANTS got richer. So something came up between 03/19/2011 and 04/11/2011 in which a post-analysis of the legal implications of their actions was done and probably that is why they decided not to charge PLAINTIFF with anything. So DEFENDANTS burned down

---

[262] https://www.reuters.com/article/uk-qatar-usa/analysis-visit-highlights-qatars-growing-role-as-u-s-ally-idUKTRE73C5T320110413
[263] https://wikileaks.org/clinton-emails/emailid/28438
[264] https://wikileaks.org/clinton-emails/emailid/31791

PLAINTIFF'S home in which some anonymous people reported explosions in which PLAINTIFF did not do anything to burn down his home in which DEFENDANTS murdered his cat in May 2010. Then DEFENDANTS tried to get PLAINTIFF for selling drugs (which was false in *METH*) thereby falsely making a case under narcoterrorism. All their actions were so necessarily prejudicial against PLAINTIFF and a complete continuation and fabrication scheme against PLAINTIFF to rob him of his constitutional interests, make him an indentured servant, and more atrocious actions.

Jake Sullivan wrote to Hillary Clinton on 04/08/2011 with the "Subject: QATAR." The email is the following format:[265]

"I talked to Bill at some length. We reached the same conclusion tentatively that you do not need to go to Doha. I

say tentatively because this one could go either way.

both Bill and I will
entirely understand. But pushed to a bottom line, we both come out on the don't-go side."


Subject: Mini Schedule 4/12/11 Tuesday 8:45 am DEPART Private Residence *En route Four Seasons Hotel.[266] What was that saying by 'Q' or DONALD TRUMP or MIKE PENCE? Follow the lodestar. That is it. So PLAINTIFF will follow the lode star Justification of "trade is in the offing" and what to talk about with BIN KHALIFA AL-THANI.

#1: 9:00 am BKFST w/HIS HIGHNESS SHEIKH HAMAD BIN KHALIFA AL-THANI,
#2: 10:00 am AMIR OF QATAR, Four Season Hotel Room*Camera spray preceding.
#3: 10:05 am DEPART Four Seasons Hotel *En route State Department
#4: 12:10 pm YANDONG Madison/Monroe Room *Pooled camera spray.
#5: 4:50 pm DEPART State Department *En route White House.
#6: 5:35 pm DEPART White House *En route State Department
#7: 8:20 pm DEPART Kennedy Center *En route Mellon Auditorium
#8: 9**: t5** pm DEPART Mellon Auditorium *En route Private Residence

This is a stretch, but it would make sense.
**#1:** BKFST= **BK** (Branko Kotevski or Bankruptcy) **FS** (FISA) **T** "Terrorism"  (false allegation that home burned down because of parents' Bankruptcy in Roof, Roof is on Fire)(so false coercion and confessions by Joe Bello and *Peachy Miami*) along with HIS HIGHNESS=false allegations using Britney Rose message, *TAR*, and *METH*.

**#2:**Is it AMIR or EMIR? AM=Ashley Macon & IR interracial dating preferences at the time. State Department knows the difference between AMIR and EMIR.
(camera spray preceding can be interpreted as the following) a legal preceding before or about:
Camera= **CA**lifornia**ME**(midyear exam)**RA**(residential advisor Josh King or Peter M.). Spray= **SP** special person **Ray**? WRAY? Or ocean SPRAY for Dad.
Pooled (POO led).

[265] https://wikileaks.org/clinton-emails/emailid/28184
[266] https://wikileaks.org/clinton-emails/emailid/28138

**#3:** DEPART= **DE**(Germany and Financial Terrorism) **PA**(Pennsylvania and Camp Wayne) **RT**= **R**ussia and **T**errorism. EN route=English route (i.e. trade is in the offing)

**#4:**

**#5:** DEPART= **DE**(Germany and Financial Terrorism) **PA**(Pennsylvania and Camp Wayne) **RT**= **R**ussia and **T**errorism. EN route=English route (i.e. trade is in the offing)

**#6:** DEPART= **DE**(Germany and Financial Terrorism) **PA**(Pennsylvania and Camp Wayne) **RT**= **R**ussia and **T**errorism. EN route=English route (i.e. trade is in the offing). Coordination and conspiracy with the White House and shared info about PLAINTIFF and Hillary Clinton and EMIR SHEIKH Qatar conspiracy.

**#7:** En Route "trade is the offing" and PLAINTIFF'S melon shaped head and *big brothers big sisters* in the auditorium.

**#8:** T5= Terminal 5 at O'Hare so CBP and DHS. 9= Title IX allegations by Maxine Johnson and Griffin Fry in *Whoopsie* and *Peachy Miami*.

Do you want to know how irony in PLAINTIFF'S life played itself out? PLAINTIFF specifically remembers when discussing with WARWICK ALLEN in *An Anchor and a Pitchfork* one of the reasons why PLAINTIFF deleted HILLARY CLINTON'S emails was that because of something to the effect of: "what am I going to do with her schedule or why do I need her schedules." American INTEL would most definitely had PLAINTIFF saying that and recorded PLAINTIFF saying that.


So PLAINTIFF is alleging that HILLARY CLINTON, JAKE SULLIVAN, JOHN O. BRENNAN, LEON PANETTA, ROBERT MUELLER, JANET NAPOLITANO, ERIC HOLDER, HAROLD HONGJU KOH knew PLAINTIFF requested to go to DOHA and was rejected in which "this one could go either way." Either way, both of them acknowledge and know they intentionally kidnapped PLAINTIFF and committed an act of international and domestic terrorism against PLAINTIFF.

What did BARACK OBAMA tell the British Parliament in May 2011? The following: "Together, we have met great challenges. But as we enter this new chapter in our shared history, *profound challenges stretch before us*. In a world where the prosperity of all nations is now inextricably linked, a new era of cooperation is required to ensure the growth and stability of the global economy. As new threats spread across borders and oceans, we must dismantle terrorist networks and stop the spread of nuclear weapons, confront climate change and combat famine and disease. And as a revolution races through the streets of the Middle East and North Africa, the entire world has a stake in the aspirations of a generation that longs to determine its own destiny. These challenges come at a time when the international order has already been reshaped for a new century. Countries like China, **India**, and Brazil are growing by leaps and bounds. We should welcome this development, for it has lifted hundreds of millions from poverty around the globe, and created new markets and opportunities for our own nations...

And even as more nations take on the responsibilities of global leadership, our alliance will remain indispensable to the goal of a century that is more peaceful, more prosperous and more just. <u>At a time when threats and challenges require nations to work in concert with one another</u>, we remain the greatest catalysts for global action. <u>In an era defined by the rapid flow of commerce and information,</u> it is our free market tradition, our openness, fortified by our commitment to basic security for our citizens, that offers the best chance of prosperity that is both strong and shared…. That begins with our economic leadership. Adam Smith's central insight remains true today: **There is no greater generator of wealth and innovation** <u>than a system of free enterprise that unleashes the full potential of individual men and women</u>. That's what led to the Industrial Revolution that began in the factories of Manchester. That is what led to the dawn of the Information Age that arose from the office parks of Silicon Valley. That's why countries like China, **India** and Brazil are growing so rapidly -- **because in fits and starts, they are moving toward market-based principles that the United States and the United Kingdom have always embraced… *In other words, we live in a global economy that is largely of our own making.*** And today, the competition for the best jobs and industries favors countries that are free-thinking and forward-looking; countries with the most creative and innovative and entrepreneurial citizens… But in today's economy, such threats of market failure can no longer be contained within the borders of any one country… And we share a common interest in development that advances dignity and security. To succeed, we must cast aside the impulse to look at impoverished parts of the globe as a place for charity. Instead, we should empower the same forces that have allowed our own people to thrive: We should help the hungry to feed themselves, the doctors who care for the sick. **We should support countries that confront corruption,** and allow their people to innovate. And we should advance the truth that nations prosper when they allow women and girls to reach their full potential."[267]

Confirmed. "trade is in the offing" was counterterrorism precedent in which both countries would obtain more commerce and wealth in which PLAINTIFF was to be used like a slave in which they fabricated material lies against PLAINTIFF and enriched themselves in the process.

HAROLD HONGJU KOH, HILLARY CLINTON, and Larry (last name unknown) wrote on October, 20th, 2011: "I'm so happy things have worked out thus far as they did in Lybia, Harold -- happy for the people there, happy for NATO, happy for the administration, and happy for you personally. It's true that I was among the people who were unpersuaded by your and the WH's legal view of what constitute "hostilities," anIknow hindsight can be 20/20, but in retrospect I have to say that your view of the matter may have been the wiser one. We obviously can't know precisely what the future there will hold, but thus far it's a marvelous triumph and one that sacrificed no American lives and relatively little American treasure. Larry Sent from my iPhone."[268] So HAROLD HONGJU KOH, HILLARY CLINTON, and the White House were all in agreement of what constituted "hostilities." But PLAINTIFF alleges that fabricated evidence

---

[267] https://obamawhitehouse.archives.gov/the-press-office/2011/05/25/remarks-president-parliament-london-united-kingdom
[268] https://wikileaks.org/clinton-emails/emailid/5430

and materially false evidence was used in which there was no way they could have reached the conclusion they did with PLAINTIFF except for relying on perjured testimony and instances of DEFENDANTS murdering PLAINTIFF'S cat, conspiring with Sewanee PD, fabricating evidence repeatedly.

The Court in *Sedima, S.P.R.L. v. Imrex Co.*, 473 U.S. 479 (1985) discussed and necessarily approved of the following: "Mail and Wire Fraud found to have occurred: Courts have sanctioned prosecutions based on deprivations of such intangible rights as a shareholder's right to "material" information, *United States* v. *Siegel*, 717 F.2d 9, 14-16 (CA2 1983); a client's right to the "undivided loyalty" of his attorney, *United States* v. *Bronston*, 658 F.2d 920, 927 (CA2 1981), cert. denied, 456 U.S. 915 (1982); an employer's right to the honest and faithful service of his employees, *United States* v. *Bohonus*, 628 F.2d 1167, 1172 (CA9), cert. denied, 447 U.S. 928 (1980); and a citizen's right to know the nature of agreements entered into by the leaders of political parties, *United States* v. *Margiotta*, 688 F.2d 108, 123-125 (CA2 1982), cert. denied, 461 U.S. 913 (1983)."

The Court in *United States v. Margiotta*, 688 F.2d 108 (2d Cir. 1982) found and ruled on the basic principle: "fraudulent schemes designed to cause losses of an intangible nature clearly come within the terms of the statute. *See United States v. Bronston,* 658 F.2d 920 (2d Cir. 1981)…A number of courts have approved the prosecution of allegedly corrupt politicians who did not deprive the citizens of anything of readily identifiable economic value. *See, e.g., United States v. Mandel, supra; United States v. Keane,* 522 F.2d 534 (7th Cir. 1975)… "From these cases, a basic principle may be distilled: ***a public official may be prosecuted under 18 U.S.C. § 1341 when his alleged scheme to defraud has as its sole object the deprivation of intangible and abstract political and civil rights of the general citizenry. The definition of fraud is thus construed broadly to effectuate the statute's fundamental purpose in prohibiting the misuse of the mails to further fraudulent enterprises of all kinds."*" *United States v. Margiotta*, 688 F.2d 108 (2d Cir. 1982)."

The *United States v. Margiotta*, 688 F.2d 108 (2d Cir. 1982) court cited *United States v. Keane*, 522 F.2d 534 (7th Cir. 1975) in their ruling. The *United States v. Keane*, 522 F.2d 534 (7th Cir. 1975) provided the following facts in which the court found mail fraud had been committed: "On May 2, 1974, a 21-count indictment was returned against the defendant Keane (a former Alderman in Chicago). The indictment alleged a mail fraud scheme in violation of 18 U.S.C. § 1341 in which Keane would purchase through nominees, ***in some case with advance information,*** tax delinquent properties at the Cook County scavenger *sale* in 1966; that ***these properties*** would be ***held*** in various land trusts without ***disclosure of the beneficiaries***; that they would receive favorable treatment, in having certain ***encumbrances removed***, by the City Council and its various committees and subcommittees, without ***disclosure*** of ***Keane's interest*** in the properties and with Keane voting on matters that favorably affected his interest; that Keane would vote to authorize the acquisition of parcels in areas in which there were properties in which he had an interest ***and that he used his position and influence to aid in the sale of the properties to various private and governmental interests***."

PLAINTIFF is going to call these the *Keane* facts:
    1) you had a government official,

2) who had advanced information,
3) that involved sales of properties or assets of poor people,
4) that there was material information that was intentionally withheld or omitted that furthered the scheme that would reveal the ownership of the properties and reveal the scheme and/or that there was money from the scheme was deposited into an account or a trust at bank in which material facts were omitted
5) that the schemers would receive favorable treatment through the removal of obstacles by government officials
6) that someone's interest was intentionally omitted and withheld from government officials to further the scheme in which decisions were made on material omissions
7) that because of #1, #4, #5, and #6, the government official, through their trust and power bestowed upon that government official by the people, had an ability to take actions that would create benefits for that official in the area they had control over
8) the government official used their influence to aid in the sale of the properties to various private and governmental interests."

# XX. "TRADE IS IN THE OFFING" IS BOTH A COMMERCIAL ACTIVITY AND/OR A STATE ACT UNDER FSIA.

The fundamental next question becomes **what exactly is the *legal nature* of "trade is in the offing" from a legal perspective.** The facts are the following: DEFENDANTS came to an agreement by 09/24/2010 as to the nature and purpose of the "trade is in the offing" plan—initial trade (i.e. commercial acts) in addition to a political purpose to which India, Britain, Qatar, and United States came into an agreement about in which they would derive even more commercial products and acts. Commercial acts are not political decisions. Two things can be true at once—it is both commercial and political. So legally this creates a little quaqmire is it commercial or is a state decision. ODEFENDANTS devised a plan for PLAINTIFF to take a series of intentionally created steps in which DEFENDANTS necessarily coerced PLAINTIFF into taking when they knew how much PLAINTIFF had PLAINTIFF'S financial means didn't have the money or means

PLAINTIFF is going to argue that whether "trade is in the offing" is a commercial act or if it is a state decision, it leads to the same result. PLAINTIFF is arguing that it is both commercial act and/or a state decision in which there is no immunity over.

# (1)XX: "TRADE IS IN THE OFFING" IS A COMMERCIAL ACTIVITY UNDER FSIA.

First, "trade is in the offing" is a commercial act under FSIA in which government officials created it and decided it is immaterial in this case. Trade is in the offing was about trade that would happen both *before and after* "the offing" occurred in which DEFENDANTS would get even more trade. The underlying theme is that from start to finish was about trade (commercial activity) with an intermediate step in between that was both commercial and political in nature.

The dual nature of the intermediate step does not negate the nature of the commercial activity prior to and after "the offing" occurred. Say you own an ice cream shop and listed on the menu is an ice cream sundae. It is a "secret" condition that a cherry would be put on top of the ice cream sundae when it is being created, made, sold, and presented to a customer in which in the course of making the sundae, a cherry is put on top of the sundae. Putting a cherry on top of a sundae doesn't make the sundae a fruit salad. It's still a sundae and it's still commercial activity. Even more so, the court in *Southway v. Central Bank of Nigeria*, 198 F.3d 1210 (10th Cir. 1999) (hereon: *Southway*), the court discussed *Cicippio v. Islamic Republic of Iran*, 30 F.3d 164 (D.C. Cir. 1994) (hereon: *Cicippio*) in which the *Southway* Court said the court in *Cicippio* suggested that the illegal character of alleged acts may be irrelevant in judging their commercial character under the FSIA. Even if it can be argued that act of trade is in the offing was a state act, there is no doubt as to the illegality of the state act in trade is in the offing; and if the illegality of the decision is irrelevant in determining the commercial activity under FSIA, then "trade is in the offing" is commercial activity under FSIA. Furthermore, the *Southway* court said: "FSIA defines "commercial activity" as "either a regular course of commercial conduct or a particular commercial transaction or act. The commercial character of an activity shall be determined by reference to the nature of the course of conduct or particular transaction or act, *rather than by reference to its purpose*." 28 U.S.C. §1603(d). In *Republic of Argentina v. Weltover*, 504 U.S. 607 (1992), the Supreme Court further explained the meaning of "commercial" as used in the FSIA: we believe that illegal acts may be done "in connection with" a commercial activity as to invoke the FSIA's commercial activity exception. [W]hen a foreign government acts, not as regulator of a market, ***but in the manner of a private player within it,*** the foreign sovereign's actions are "commercial" within the meaning of the FSIA. . ." [B]ecause the Act provides that the commercial character of an act is to be determined by reference to its "nature" rather than its "purpose," 28 U.S.C. § 1603(d), **the question is not whether the foreign government is acting with** a profit motive or **instead with the aim of fulfilling uniquely sovereign objectives.** Rather, the issue is whether the particular actions that the foreign state performs (whatever the motive behind them) are the *type* of actions by which a private party engages in "trade and traffic and commerce." *Southway v. Central Bank of Nigeria*, 198 F.3d 1210, 1217 (10th Cir. 1999). Furthermore, this is supported by the following: In addition, the Supreme Court has made it clear that the sovereign's motive for the commercial activity may not be considered: "it is irrelevant *why* [a sovereign] participated in [a commercial market] in the manner of a private actor; it matters only that it did so." *Id.*, 504 U.S. at 617 (emphasis in original). As our Court of Appeals recently noted, "in practice [this standard] means **rejecting any argument that rests on the foreign state's *reasons* for undertaking the activity alleged to be commercial.**" *El-Hadad v. United Arab Emirates*, 469 F.3d 658, No. 06-7075, 2007 WL 2141943, at *14 (D.C. Cir. Jul. 27, 2007) (emphasis in original). *Chalabi v. Hashemite Kingdom of Jordan*, 503 F. Supp. 2d 267 (D.D.C. 2007). It is immaterial if "trade is in the offing purpose was political," The United States, Qatar, India, and United Kingdom were all private players in the marketplace in "trade is in the offing" in the commercial marketplace partaking in commercial activity.

Because "trade is in the offing" is a commercial act, materially and more importantly, the plan of "the offing" necessarily required the indispensable PLAINTIFF to affirmatively act in accordance to and follow *DEFENDANTS' proscribed and directed manner and tasks* in which DEFENDANTS would obtain $14,900,000,000, BOEING got to sell planes, defense companies sold arms, Qatar Airways would receive cheaper planes, parts, and services from BOEING,

British Airways would receive cheaper planes, parts, and services from BOEING, INDIA got the "deliverables" they wanted, BRITAIN/5 Eyes got more 5 Eyes resources from the Americans, and further additional benefits, so long as the completely indispensable PLAINTIFF completed his tasks according to their proscribed and directed manner--this completion of tasks done in the direction of DEFENDANTS for their complete benefit in which no one else could have done their tasks the way PLAINTIFF did because of what he meant to DEFENDANTS necessarily makes it employment by DEFENDANTS. PLAINTIFF at no time was offered the ability to negotiate his salary in his completion of tasks in which DEFENDANTS necessarily omitted the benefit DEFENDANTS would derive from PLAINTIFF'S employment/work for them. For all intents and purposes, this is called Slavery where one is legally forced to work at the direction of someone and having an act of international and domestic terrorism against PLAINTIFF in the process. Simply, PLAINTIFF labored for DEFENDANTS. So now PLAINTIFF is seeking compensation for his employment and work for DEFENDANTS knowing the true value and the complete conditionality of "trade is in the offing" in which PLAINTIFF was worth more than $14,900,000,000 and numerous aircraft sales to Qatar, India, and Britain and Boeing because that is the exact price DEFENDANTS placed on PLAINTIFF at the time for his employment for PLAINTIFF'S labor. Whether or not PLAINTIFF consented to "the offing" is immaterial. It is the fact that proscribed and directed steps were undertaken and performed beautifully by PLAINTIFF in which PLAINTIFF labored for DEFENDANTS by providing his services to DEFENDANTS[269] at their direction in which DEFENDANTS committed mail and wire fraud by not informing PLAINTIFF of the terms of the employment and they necessarily lied to PLAINTIFF to specific parts of their proscribed methods and directed manner in which they never informed him of the material benefit they would derive from PLAINTIFF.

As PLAINTIFF said: **No PLAINTIFF and the "offing," no $14,900,000,000 or more that was acquired by DEFENDANTS. That is how conditions work.** PLAINTIFF is alleging that, ironically, because of how indispensable he was to DEFENDANTS at the time, DEFENDANTS could not have used anyone else in "the offing." The question remains why was PLAINTIFF a central figure and completely indispensable to DEFENDANTS in "the offing" in which no one else could have pulled off "the offing" for them the way PLAINTIFF did? PLAINTIFF was indispensable because of their history, PLAINTIFF'S history, and their need to further RICO Enterprise 1. Since "the offing" is necessarily derived from RICO Enterprise 1 in which DEFENDANTS violated the HONOR CODE thereby perpetuating mail and wire fraud against PLAINTIFF, it necessarily entails that the $14,900,000,000 and any sales to INDIA involving defense and aviation are necessarily ill-gotten proceeds from DEFENDANTS' prior acts (therefore, because of how materially indispensable PLAINTIFF was in the "offing," it is a business and/or property interest). What was material is that DEFENDANTS routinely fabricated malicious narratives concerning *Sewanee Sabotage* in which DEFENDANTS falsely established the precedent that allegedly PLAINTIFF acted on his specific words in specific plans in specific locations in which it was DEFENDANTS that did the harm and fabricated material evidence to support that proposition against PLAINTIFF'S constitutional, liberty, and property interests. It was DEFENDANTS who induced PLAINTIFF to talk about Terrorism in *Peachy Miami*. It was DEFENDANTS who furthered RICO Enterprise 1 that planted drugs and a gun in

---

[269] This is a pecuniary and proprietary interest in which *Robbins v. Wilkie*, 300 F.3d 1208 (10th Cir. 2002) (held: economic injury from interference with business and property damage)

*This Side of the Street* and *Meth* and used the facts of *Financial Terrorism* to falsely establish PLAINTIFF'S belligerence and that PLAINTIFF was allegedly a violent drug dealer in a completely misleading and fabricated narrative. It was DEFENDANTS who coerced PLAINTIFF into signing the document in *Trespass Incident #3* falsely alleging that PLAINTIFF posed a threat to the community. It was DEFENDANTS who intentionally sent Victoria (who was probably a cia/fbi/dod/nsa/dhs undercover officer) in to talk to PLAINTIFF about how to stop a plane in mid-air knowing PLAINTIFF routinely flew overseas (which is just allegedly another plot/plan that PLAINTIFF was falsely going to act on). **This leads to just one completely and absolutely irrefutable conclusion: DEFENDANTS themselves knew how indispensable PLAINTIFF was to DEFENDANTS because DEFENDANTS--themselves-- necessarily made PLAINTIFF to be indispensable to them.**

It was the fact that in DEFENDANTS intentional and willing fabrications to make PLAINTIFF indispensable to them that are drenched with RICO Predicate Acts against PLAINTIFF and significant and major constitutional deprivations and legal fraud perpetuated against the Court that SCOTUS knew about. SCOTUS would only enable DEFENDANTS. So with SCOTUS laying the way to prevent PLAINTIFF from holding any government officers or officials accountable through 2 years of granting cases that were completely adverse to PLAINTIFF that necessarily denied PLAINTIFF access to the Courts, who was going to hold them accountable? HAROLD KOH, BARACK OBAMA, and HILLARY CLINTON all knew Congress couldn't do jackshit and the courts would probably not do jackshit. Since American DEFENDANTS knew that, they relayed such to Indian, Qatari, and British DEFENDANTS. DEFENDANTS knew that PLAINTIFF kind of lived in his own little autistic world and would be the perfect patsy to further their extremely unconstitutional counterterrorism plans, one of which necessarily required them to extend their jurisdiction over Americans anywhere in the world. DEFENDANTS knew PLAINTIFF routinely traveled overseas and it was highly likely and probable PLAINTIFF would do so again. DEFENDANTS knew they had to get the help of the British to establish the overseas precedent because GEORGE SOROS cucked the entire country of England in the 1990s and made Britain America's own patsy to do whatever in the world. DEFENDANTS especially needed India and Qatar because of Qatar and the Military and Navy and INDIA to establish a base to monitor everything upcoming in India and Pakistan (and conceivably the Middle East). The cherry on top of the sundae was the fact that America would make $14,900,000,000 in the process furthering RICO Enterprise 1, what is a terrorist act committed by DEFENDANTS against an American they fabricated everything about from 2008 to 2010? Furthermore, DEFENDANTS needed to coverup their crimes committed against PLAINTIFF. Furthermore, the argument that PLAINTIFF's significance to DEFENDANTS was immaterial to "the offing" is wrong, completely unfounded, and not supported by the facts. If there is an argument that one person can't make third parties rich at the detriment to the original person, that is absolutely wrong. Just imagine if Nike or the Chicago Bulls never paid Michael Jordan and completely denied Michael Jordan from negotiating his salary and payment in Nike. There is a whole movie on the importance of the new precedent Michael Jordan established when it came to payment for his services. Just imagine the loss of revenue the NBA would experience if Michael Jordan or Lebron James never played. Just imagine if Sprite never paid Lebron James and completely used Lebron James without giving Mr. James the ability to negotiate nor pay him for his services. Fine, PLAINTIFF would pose the question to the Court if PLAINTIFF was so immaterial to SCOTUS, have SCOTUS overnight declare all the cases that

materially involved PLAINTIFF overruled (PLAINTIFF provides a list of such cases in *Star Chambers*). These are all converging factors that met in PLAINTIFF in *Miki's Tea Party*.

As PLAINTIFF argued earlier: DEFENDANTS could have at any time negotiated with DEFENDANTS, but DEFENDANTS refused to do so. The necessary question to have asked between 09/24/2010 and 03/10/2011 is: would PLAINTIFF have consented to the terms of "trade is in the offing" since it effects his labor, business, and property interests and if there was an injury to those? If DEFENDANTS approached PLAINTIFF in 2010/2011 and said you will be part of "the offing" in which an act of international and domestic terrorism would be committed against you and in the process of doing so we will pay you [amount requested in Prayer for Relief Section] and everything stipulated about airlines and planes in the [Prayer for Relief Section] and we will end RICO Enterprise 1 against you once and for all, PLAINTIFF would have told them then that a deal has nearly been reached. Even if we assumed that DEFENDANTS did what they always did back then and omit the facts and circumstances in which DEFENDANTS posed the following to PLAINTIFF: "if you do the "offing" and spend the night in DC on your mom's credit card, we will get $14,900,000,000+ and more in BOEING Aircraft sales, arms sales, and in the process, further our political and unconstitutional goals," PLAINTIFF would have considered it for a few minutes in which PLAINTIFF would have then asked "does PLAINTIFF have a seat at the table from now on" after being intentionally socially screwed over by DEFENDANTS in SEWANEE for the last three years at that time because it wasn't only just about the money to PLAINTIFF then, there was like a 20% chance that PLAINTIFF would have said yes *when PLAINTIFF had the ability to negotiate and include that condition to compensate for the damage they did to him already*. But had PLAINTIFF been informed how DEFENDANTS unconstitutionally labeled him a counterterrorism threat, DOJ having committed legal fraud upon the Court in which the Court would continue to maliciously undermine 4th Amendment Search and Seizure precedent and prevent PLAINTIFF from holding anyone in DOJ accountable at that time, maliciously take advantage of PLAINTIFF'S disability and punish PLAINTIFF at every waking second in his life for PLAINTIFF'S speech, enable to have 3 different and/or foreign intelligence agencies watch PLAINTIFF every second of the day for 24 hours a day and 7 days a week, commit international and domestic terrorism against PLAINTIFF, penalize PLAINTIFF for *Financial Terrorism,* continue to have law enforcement fuck with PLAINTIFF'S life further and harm PLAINTIFF, PLAINTIFF will become a slave to DEFENDANTS and become an indentured servant to DEFENDANTS, continue to treat PLAINTIFF cruelly, unequally, maliciously, and unfairly, further RICO Enterprise 1, and in which DEFENDANTS would acquire will get $14,900,000,000+ and more in BOEING Aircraft sales, arms sales because of PLAINTIFF and DEFENDANTS have the ability to extend their completely out of control power anywhere in the world and harm additional people the way they did to PLAINTIFF with no repercussions for their actions and their extremely extensive and detailed plans, PLAINTIFF would have told them via "*Itan*" "It seems like my bomb has already made you blow it out of your fucking asses."

That is where the fraud is as well and in PLAINTIFF is arguing in the alternative. By necessarily having committed legal fraud before between 2008-2011 that was not remedied by any stretch of the imagination against PLAINTIFF, *Miki's Tea Party* was done to furtherance of that fraud and RICO Enterprise 1 in which DEFENDANTS would DERIVE an additional $14,900,000,000 because of their actions regarding PLAINTIFF. PLAINTIFF was the only

person the United States Government could have justified doing that to in 2011 after their plans had been created in 2010 because of their material fabrications and obstructions about PLAINTIFF in SEWANEE in which the fraud was perpetuated against PLAINTIFF on the basis of the HONOR CODE violations, law enforcement constitutional deprivations, and legal court proceedings that violated numerous PLAINTIFF'S constitutional rights that PLAINTIFF could have been compensated for at the time. DEFENDANTS were wrong at the time and they had SCOTUS rule the way they did on purpose in regards to PLAINTIFF to prevent PLAINTIFF from deriving any compensation or additional property interests (after they violated PLAINTIFF'S property interest in the HONOR CODE) from the incidents that DEFENDANTS themselves had directed. So back to March 10th, 2011:

PLAINTIFF did all the reasonable due diligence he could that day and before regarding his role "is in the offing." He regularly checked his cell phone at all hours of the day when he was awake (and even sleeping for that matter), he regularly checked his social media profiles daily, he checked his school's mailbox once a week or so, and checked his email accounts at least four to five times daily--DEFENDANTS necessarily knew PLAINTIFF'S cell phone number having unconstitutionally and illegally obtained all the information contained in his phone via the USA PATRIOT ACT and TITLE II, DEFENDANTS necessarily knew his social media accounts (Facebook) via having unconstitutionally and illegally utilized the USA PATRIOT ACT and TITLE II, DEFENDANTS knew PLAINTIFF'S home address & school address and furthermore knew the exact dormitory and room he was living in at SEWANEE (Elliott 31) in 2010 and 2011; DEFENDANTS knew PLAINTIFF'S primary school email account via having unconstitutionally and illegally utilized the USA PATRIOT ACT and TITLE II against PLAINTIFF. These are facts. At no time between 09/24/2010 and 03/11/2011 did DEFENDANTS notify PLAINTIFF of the plans and the cost of "is in the offing" via mail, text message, phone call, Facebook message, email, or even dropping off the paperwork in PLAINTIFF'S dorm room (in which DEFENDANTS had broken into numerous times before and knew PLAINTIFF left it unlocked because of the *HONOR CODE* and had unconstitutionally and illegally installed surveillance tools in PLAINTIFF'S room at Elliott 31 via Title II and the USA PATRIOT ACT/FISA from either: 01/01/2011-03/11/11 or 09/01/2010 to 12/31/2010 and they could have dropped off the paperwork in PLAINTIFF'S room if they wanted to). Lets be honest here, DEFENDANTS are not above doing things illegally and unconstitutionally here via Title II and the USA PATRIOT ACT so even with their nature at no time between 09/24/2010 and 03/11/2011 did DEFENDANTS hack into PLAINTIFF'S MacBook Pro laptop and leave a document on PLAINTIFF'S desktop with arrows surrounding the document that said "read me" and provide notice or information to PLAINTIFF about the details of "in the offing" to PLAINTIFF on how his services and himself were worth an estimated additional (on top of the fraud they committed before) $14,900,000,000 to DEFENDANTS for him to sign or look over. DEFENDANTS did not notify PLAINTIFF via email, text message, phone call, or text message in London at anytime on 03/11/2011 of "is in the offing" even when they knew his exact whereabouts at all times during that day. At no time did DEFENDANTS contact SEWANEE (seeing how they conspired with numerous SEWANEE officials before) and have SEWANEE officials inform PLAINTIFF of "is in the offing" nor did DEFENDANTS contact PLAINTIFF'S parents and have them inform PLAINTIFF of "is in the offing" (or they did do so, and PLAINTIFF'S parents did not tell PLAINTIFF about it). Absolutely no notice was given to PLAINTIFF about "is in the offing" and how he was in legal fact worth an additional

$14,900,000,000 to DEFENDANTS. ***Absolutely at no time did DEFENDANTS directly inform PLAINTIFF about "is in the offing*.***"

This is intentional concealment and omission by DEFENDANTS. *See: Neder v. United States*, 527 U.S. 1 (1999)(fraud occurs on a misrepresentation or concealment of material fact) (*Sandwich Chef of Texas, Inc. v. Reliance National Indemnity Insurance Co*., 319 F.3d 205 (5th Cir. 2003) and *Summit Properties Inc. v. Hoechst Celanese Corp,* 214 F.3d 556 (5th Cir. 2000)(proximate causation could be established where "a plaintiff has either been the target of a fraud or has relied upon the fraudulent conduct of the defendants; 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.

PLAINTIFF did all the reasonable due diligence that could have been expected from him at the time when PLAINTIFF landed at London-Heathrow involving PLAINTIFF. When PLAINTIFF initially landed and talked to the Qatar Airways representative, she did not inform PLAINTIFF of the true cause of why he would not be allowed to continue to India, which was "in the offing," and she had directed PLAINTIFF to the Indian embassy. After denying the ability of PLAINTIFF to board the aircraft, the Qatar Airways "representative" did not inform PLAINTIFF of is "in the offing" at that exact time. The Qatar Airways "representative" knew that she had to inform PLAINTIFF on where to go that day at the behest of DEFENDANTS. Whether it was a Qatar Airways representative or Qatar Airways allowing a DEFENDANT officer to pose as a Qatar Airways representative to direct PLAINTIFF to the Indian Embassy, Qatar Airways had legally and necessarily been part of the plan of "is in the offing" prior to and during PLAINTIFF'S time in London and after. This constituted fraud and was aiding and abetting RICO Enterprise 1 by Qatar Airways. Had Qatar Airways been truthful to PLAINTIFF and notified PLAINTIFF about "is in the offing" in addition to the alleged "visa issues" in which Qatar Airways intentionally omitted "is in the offing" from PLAINTIFF that Qatar Airways necessarily knew about, PLAINTIFF would have still gone to the INDIAN embassy anyway BUT necessarily having *not* consented to "is in the offing" in which PLAINTIFF would have had the express purpose of finding a solution to being able to allow PLAINTIFF to go to India because PLAINTIFF did not consent to "is in the offing."  PLAINTIFF was in the Indian embassy and had talked to an Indian there trying to get an immediate visa to India. The Indian embassy did not inform PLAINTIFF of "trade is in the offing" having necessarily known of the plans from September 24th, 2009, purchasing certain aircraft in October 2009, DEFENDANTS like BARACK OBAMA going to India in which they talked about "trade is in the offing" in November 2009 in which BARACK OBAMA heard of the SpiceJET deal, and more. Even when PLAINTIFF inquired about the ***business*** visa at the Indian Embassy that allegedly would have allowed PLAINTIFF to go to India the next day based on what the Indian Embassy

representative told PLAINTIFF, that Indian Embassy representative necessarily having talked about business/trade and being allowed to go to India would have immediately brought up "trade is in the offing" as that was the quickest way for PLAINTIFF to go to India because PLAINTIFF did not consent to "trade is in the offing." The Indian embassy intentionally and materially omitted telling PLAINTIFF about "trade is in the offing" when they had an exact reason, the proper circumstances, and an exact time to inform PLAINTIFF of "trade is in the offing" that would have allowed PLAINTIFF to consent or not to consent to "trade is in the offing." DEFENDANTS (INDIANS) could have granted the visa, informed PLAINTIFF of "trade is in the offing," and negotiate with PLAINTIFF because PLAINTIFF would not have consented to "trade is in the offing" had he been informed of such in which he and his services were worth an additional $14,900,000,000 to DEFENDANTS. The fact that PLAINTIFF after doing all the reasonable due diligence in attempting to get the business visa shows that PLAINTIFF did not consent to "trade is in the offing." DEFENDANTS omitted telling the truth about "trade is in the offing." The head of the INDIAN Embassy or one of his representatives could have talked to PLAINTIFF because they knew PLAINTIFF was going to be there and asked for his consent of "is in the offing," but DEFENDANTS did not do this. When PLAINTIFF got to the Indian Embassy that DEFENDANTS necessarily knew he was going to go to for more than a day prior, they could have had one employee in the Indian Embassy wait for him in the entrance and usher him into a room or talk to him as he was waiting in line outside for more than an hour that day and ushered him into a room to look over the details of "is in the offing" and given his consent, but DEFENDANTS did not. This involved all American DEFENDANTS, BRITISH DEFENDANTS, INDIAN DEFENDANTS, and QATAR DEFENDANTS. There are more than 5 opportunities and chances to have properly conveyed "the offing" to PLAINTIFF and DEFENDANTS intentionally failed at each and every single step and opportunity on purpose.

*See: Neder v. United States*, 527 U.S. 1 (1999)(fraud occurs on a misrepresentation or concealment of material fact) (*Sandwich Chef of Texas, Inc. v. Reliance National Indemnity Insurance Co*., 319 F.3d 205 (5th Cir. 2003) and *Summit Properties Inc. v. Hoechst Celanese Corp,* 214 F.3d 556 (5th Cir. 2000)(proximate causation could be established where "a plaintiff has either been the target of a fraud or has relied upon the fraudulent conduct of the defendants; Title VI of the Civil Rights Act; Violation of: Louisiana Civil Code Article 1953, Louisiana Civil Code Article 1955, Louisiana Civil Code Article 1956; 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.

PLAINTIFF did all the due diligence that could have been expected from at the time he arrived back to London-Heathrow after coming from the Indian embassy involving PLAINTIFF. At the exact time that PLAINTIFF had inquired (whether it was the first time the flight was delayed and especially after the second time the flight was delayed further) into why United Airlines Flight #925 was delayed in departing from London-Heathrow in which DEFENDANTS

tampered with the plane to make it late, the United Airlines "representative" could have told PLAINTIFF that info and that would have given cause to investigate it further, but DEFENDANTS did not. Had the United Airlines "representative" in London-Heathrow been truthful and intentionally deceitful and omit from PLAINTIFF the details of "is in the offing" that DEFENDANDS necessarily knew about on two separate and distinct occasions, PLAINTIFF would not have consented to "is in the offing" had he been informed of such in which he and his services were worth $14,900,000,000 to DEFENDANTS. PLAINTIFF inquired the first time into why the plane was delayed and then inquired into why the plane was delayed a second time at London Heathrow. PLAINTIFF could have done what DEFENDANTS always did to PLAINTIFF and enter into prohibited areas and broken into secured areas to figure out the cause, but PLAINTIFF did not. PLAINTIFF could not have committed illegal acts in the course of due diligence and breached security and gone down to the plane to inspect the plane for himself and determine through talking to ground workers on what the exact issues of the plane was that day in which DEFENDANTS tampered with the plane. BRITISH DEFENDANTS could have talked to PLAINTIFF in the 5+ hours he had been in London Heathrow that day in which they had so much CCTV as to know where PLAINTIFF was located at the exact moment inside London-Heathrow, BRITISH DEFENDANTS did not do so. PLAINTIFF is recognizable and doesn't blend well in the crowd. These are four separate acts of fraud in furthering RICO ENTERPRISE 1 involving AMERICAN DEFENDANTS, UNITED AIRLINES, BRITISH DEFENDANTS, and INDIAN DEFENDANTS. So this is at minimum at least nine total times that PLAINTIFF inquired or DEFENDANTS had the opportunity to inform PLAINTIFF of "is in the offing."

    See: Neder v. United States, 527 U.S. 1 (1999)(fraud occurs on a misrepresentation or concealment of material fact) (Sandwich Chef of Texas, Inc. v. Reliance National Indemnity Insurance Co., 319 F.3d 205 (5th Cir. 2003) and Summit Properties Inc. v. Hoechst Celanese Corp, 214 F.3d 556 (5th Cir. 2000)(proximate causation could be established where "a plaintiff has either been **the target of a fraud** or has relied upon the fraudulent conduct of the defendants; 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights, Violation of: Louisiana Civil Code Article 1953, Louisiana Civil Code Article 1955, Louisiana Civil Code Article 1956

    PLAINTIFF did exactly all the reasonable due diligence that was exactly required out of PLAINTIFF at the exact right time to determine his actions accordingly. DEFENDANTS knew the exact time the plane departed from London-Heathrow and landed at DULLES. PLAINTIFF landed in DULLES. PLAINTIFF got of the plane in which DEFENDANTS had tampered with the plane to make it late to Dulles because PLAINTIFF was worth an additional estimated $14,900,000,000 to DEFENDANTS. At no time in the flight did United Airlines communicate with PLAINTIFF about the details of "is in the offing" in which PLAINTIFF would not have

consented. In the alternative, at no time did DEFENDANTS inform United Airlines (had they truly not known) about details of "is in the offing" that day in London or during the flight in which they would have necessarily become a party to it in which United Airlines could have informed PLAINTIFF and United Airlines could have not consented to it. Had United Airlines staff informed PLAINTIFF of "is in the offing" during 1-4 hours in the flight, PLAINTIFF would not have consented and would have asked the pilots to increase speed of the aircraft to get PLAINTIFF to land in Dulles 10 minutes early so he could have made his connecting flight (let alone being informed at the gate about whether or not he would consent to "is in the offing.)" DEFENDANTS did not communicate to the United Airlines in the course of the flight (between 1-4 hours in the flight) to make the plane arrive 10 minutes early to allow PLAINTIFF to make his connecting flight since they became a party to it and to inform PLAINTIFF of "is in the offing" at the gate to allow PLAINTIFF to make a decision that United Airlines and DEFENDANTS knew about at that time. DEFENDANTS did not do this.  This is more than 10 times that day that things could have gone differently, but DEFENDANTS intentionally did not do these actions.

*See: Neder v. United States*, 527 U.S. 1 (1999)(fraud occurs on a misrepresentation or concealment of material fact) (*Sandwich Chef of Texas, Inc. v. Reliance National Indemnity Insurance Co*., 319 F.3d 205 (5th Cir. 2003) and *Summit Properties Inc. v. Hoechst Celanese Corp,* 214 F.3d 556 (5th Cir. 2000)(proximate causation could be established where "a plaintiff has either been the target of a fraud or has relied upon the fraudulent conduct of the defendants; 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights and violation of: Louisiana Civil Code Article 1953, Louisiana Civil Code Article 1955, Louisiana Civil Code Article 1956; 18 U.S.C. §226; 18 U.S.C. §241

PLAINTIFF did exactly all the reasonable due diligence that was exactly required out of PLAINTIFF at the exact right time to determine his actions accordingly. At no time did DEFENDANTS take any affirmative step or action of allowing PLAINTIFF to make his flight to Chicago from the moment PLAINTIFF landed in Dulles. When PLAINTIFF deboarded the flight from London-Heathrow, there was no one that informed him at that gate of the plans of "is in the offing" in which he would not have consented because he would not have wanted DEFENDANTS to make an additional $14,900,000,000 in which he would have been seized by DEFENDANTS that made him a slave to DEFENDANTS. PLAINTIFF would have ran like his life had depended on it and would have pissed himself in the process to make the connecting flight to Chicago had he been made aware of "is in the offing." Speaking of running, DEFENDANTS knew that "Miki Kotevski does not run"—DEFENDANTS knew that from *Peachy Miami*, PLAINTIFF lost weight by rowing (but was a little chonky at this point in 2010 weighing around 240ish), DEFENDANTS having observed PLAINTIFF routinely knew he never jogged, never ran for fun as a hobby, his cardio at the gym would be but a certain

guarantee of PLAINTIFF being on the elliptical, bike, or row machine, PLAINTIFF never ran outside of Fowler Gym at SEWANEE the entire time he was in college (even if by miracle out of the infinitely small possibility that PLAINTIFF did run anywhere on campus in conjunction with the infinitely small possibility that DEFENDANTS had recorded in some way, it couldn't have been more than 10 seconds max). DEFENDANTS knew PLAINTIFF his entire junior year biked from Quintard to central campus. PLAINTIFF did not run then. Period. Even if it could be plausibly argued that DEFENDANTS didn't have to inform PLAINTIFF about "trade is in the offing" (which is a lie because of the express conditionality of it because it was absolutely conditioned on PLAINTIFF that required his knowledge as not to perpetuate the fraud further), PLAINTIFF did something completely out of character for PLAINTIFF to show that he did not consent to "trade is in the offing." PLAINTIFF ran. PLAINTIFF uncharacteristically ran in Dulles trying to make the connection, but attempts were had and PLAINTIFF tried. PLAINTIFF did multiple short bursts of running trying to make the connecting flight. To PLAINTIFF, at a minimum, it was completely beyond his reasonable due diligence required of him trying to make the connection in Chicago that was only made possible by DEFENDANTS schemes.

*See: Neder v. United States*, 527 U.S. 1 (1999)(fraud occurs on a misrepresentation or concealment of material fact) (*Sandwich Chef of Texas, Inc. v. Reliance National Indemnity Insurance Co*., 319 F.3d 205 (5th Cir. 2003) and *Summit Properties Inc. v. Hoechst Celanese Corp,* 214 F.3d 556 (5th Cir. 2000)(proximate causation could be established where "a plaintiff has either been the target of a fraud or has relied upon the fraudulent conduct of the defendants; 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights and in violation of: Louisiana Civil Code Article 1953, Louisiana Civil Code Article 1955, Louisiana Civil Code Article 1956; 18 U.S.C. §226; 18 U.S.C. §241.

PLAINTIFF ran at those bursts because PLAINTIFF did not consent to "trade is in the offing." When PLAINTIFF arrived at the gate and observed one or two United Airlines "representatives" still at the gate for the flight to Chicago. PLAINTIFF still sees the United Airlines aircraft attached to the airbridge and is still at the gate. The "United Airlines" "representative" only informed that he was just short of making the flight. The "United Airlines" "representative" did not inform PLAINTIFF of "trade is in the offing" because DEFENDANTS intentionally omitted the truth from PLAINTIFF as to why he was not allowed to board the aircraft after he requested to get on the aircraft at the gate.  All the due diligence required here was that PLAINTIFF ask to be allowed on the flight. PLAINTIFF did. PLAINTIFF then demanded to open the door and gate. DEFENDANTS did not. If PLAINTIFF acted like DEFENDANTS through the years (especially in 2008 and 2009), PLAINTIFF should have kicked down the door at the gate and barge right on in to the aircraft and PLAINTIFF should have seized the aircraft without a warrant or probable cause. So PLAINTIFF is asking for that

plane as well. PLAINTIFF kicked and screamed showing that he had not consented to "trade is in the offing" after having performed all reasonable due diligence required out of him at the time from being directed by Qatar Airways "representative" to go to the Indian embassy, having gone to the Indian embassy in which there were at least 15 times and more than 8 hours to have properly notified PLAINTIFF of "trade is in the offing." DEFENDANTS intentionally did not in order to derive an additional $14,900,000,000 and future income.

*See: Neder v. United States*, 527 U.S. 1 (1999)(fraud occurs on a misrepresentation or concealment of material fact) (*Sandwich Chef of Texas, Inc. v. Reliance National Indemnity Insurance Co*., 319 F.3d 205 (5ᵗʰ Cir. 2003) and *Summit Properties Inc. v. Hoechst Celanese Corp,* 214 F.3d 556 (5ᵗʰ Cir. 2000)(proximate causation could be established where "a plaintiff has either been the target of a fraud or has relied upon the fraudulent conduct of the defendants; 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1ˢᵗ, 4ᵗʰ, 5ᵗʰ, 6ᵗʰ, 8ᵗʰ, 9ᵗʰ, 10ᵗʰ, 13ᵗʰ, and 14ᵗʰ Amendment rights, and in violation of Louisiana Civil Code Article 1955, Louisiana Civil Code Article 1956.

The deliberate omission of "trade is in the offing" necessarily related to trade and it was not to honest government services. Therefore, it necessarily constituted mail and wire fraud. PLAINTIFF would not have consented had he been informed of the true causes after performing reasonable due diligence at the exact time it was required. Necessarily, DEFENDANTS obtained $14,900,000,000 via mail and wire fraud and committed an international and domestic act of terrorism against PLAINTIFF in the process.

# XX. Was PLAINTIFF'S kidnapping in "the offing" commercial in nature or was it a state act for FSIA purposes? Either/or.

Here is an intriguing question: was the kidnapping a commercial act under FSIA?

18 U.S. Code § 2331 defines international and domestic terrorism as having occurred when one does an act that is dangerous to human life in violation of the criminal laws of the United States or any state (or would be a criminal violation if committed within the jurisdiction of the United States or any state) in which that individual acts in a manner dangerous to human life that is a violation of the criminal laws of the United States or of any State, or that would be a criminal violation if committed within the jurisdiction of the United States or of any State and appears to be intended to affect the government by kidnapping. 18 U.S.C. §226

So there's no way that the United States Government can argue that aircraft sabotage is not illegal or is an act dangerous to human life. Then American Intel and British Intel kidnapped PLAINTIFF in DULLES to INTENTIONALLY AFFECT the conduct of the United States

Government, British Government, Qatar Government, and Indian Government. That's international and domestic terrorism. So is it possible to construe the act of international and domestic terrorism against PLANITIFF as commercial in nature under FSIA for the United Kingdom (as well as Qatar and India)? There is a case on point:

"Insisting that a given act be judged in context before concluding whether it is commercial activity is not inconsistent with eschewing consideration of purpose. The provision of the statute which requires us to ignore purpose was obviously designed to prevent the foreign sovereign from casting a governmental purpose, which always can be found, as a cloak of protection over typical commercial activities, not to reach out to cover all sorts of alleged nefarious acts that are grist for John Le Carre novels. Here the kidnapping *by itself* cannot possibly be described as an act typically performed by participants in the market (unless one distorts the notion of a marketplace to include a hostage bazaar). That money was allegedly sought from relatives of the hostages could not make an ordinary kidnapping a commercial act any more than murder by itself would be treated as a commercial activity merely because the killer is paid. Perhaps a kidnapping of a commercial rival could be thought to be a commercial activity. If so, it would not be because the kidnappers demanded a ransom, ***but because the kidnapping took place in a commercial context.***" *Cicippio v. Islamic Republic*, 30 F.3d 164, 168 (D.C. Cir. 1994)

British Intel and American Intel's cover ended up being a double-edged sword for the United Kingdom, Qatar, and India. Precisely because American Intel, British Intel, etc cover was in a commercial context of PLAINTIFF'S flights, it ended up becoming commercial in nature. The Supreme Court in 1993 would have agreed with PLAINTIFF'S analysis because:

"[B]ecause [FSIA] provides that the commercial character of an act is to be determined by reference to its `nature,' rather than its `purpose,' the question is not whether the foreign government is acting with a profit motive or instead with the aim of fulfilling uniquely sovereign objectives. Rather, the issue is whether the particular actions that the foreign state performs (whatever the motive behind them) are the *type* of actions by which a private party engages in `trade and traffic or commerce.'"…Therefore, had the hospital retaliated against Nelson by hiring thugs to do the job, I assume the majority — no longer able to describe this conduct as "a foreign state's exercise of the power of its police,"--would consent to calling it "commercial." For, in such circumstances, the state-run hospital would be operating as any private participant in the marketplace, and respondents' action would be based on the operation by Saudi Arabia's agents of a commercial business." *Saudi Arabia v. Nelson*, 507 U.S. 349 (1993)

So, if it is not terrorism for state purposes, then PLAINTIFF'S kidnapping could be construed as commercial in nature. "The offing" could be construed as a necessary economic condition to occur and any purpose could be vitiated for commercial activity purposes under FSIA. Therefore, PLAINTIFF'S "the offing" is economically connected to the trade between the United Kingdom, United States, Qatar, and India and that trade would have occurred but for PLAINTIFF'S economic interests in "trade is in the offing." PLAINTIFF acquired his economic interests when he was kidnapped in which his economic interests were worth $14,900,000,000.

# XX. What was the nature of the "offing"

So if the offing is not a state act terrorism against PLAINTIFF and if there was no economic interests in kidnapping, then PLAINTIFF has this even more valid legal argument saying PLAINTIFF had an extreme economic interest in "the offing."

Here is an intriguing question: was the kidnapping a commercial act under FSIA? As PLAINTIFF has proven thus far, American INTEL treated PLAINTIFF like a rival or separatist (when he wasn't in the first place based on PLAINTIFF'S actions). PLAINTIFF will grant their erroneous assumption based on their actions.

If American Intel, British Intel, Indian Intel, Qatari Intel, White House, xx et. al say they arrested PLAINTIFF or seized PLAINTIFF in Washington D.C, they all had the specific intent on placing and returning PLAINTIFF to a condition of peonage in which they violated 18 U.S. Code § 1581. They violated 18 U.S. Code § 1581 when they HELD PLAINTIFF in Washington D.C. and in London to a condition of peonage in which they made $14,900,000,000 in the process by holding PLAINTIFF in both London and Washington DC and PLAINTIFF received nothing and is in over $325,000 in debt to the United States Government. When PLAINTIFF left London, they placed PLAINTIFF to a condition of peonage. Every single person within American Intel, British Intel, Indian Qatari Intel has obstructed and at a minimum attempted to obstruct as to prevent the enforcement of 18 U.S. Code §1581 because they never informed PLAINTIFF and when given the opportunity within the applicable statute of limitations, they intentionally withheld PLAINTIFF from knowing about trade is in the offing, and never paid PLAINTIFF for his services and labor. Furthermore, when PLAINTIFF was in Washington D.C. and went to visit with DOJ, CIA, FBI, and FISA court, they all turned him away and that was within the applicable statute of limitations in which they could have informed PLAINTIFF of "trade is in the offing." That is obstruction because they all knew PLAINTIFF was in town with the intent on visiting them in person and they still withheld information. Because of this peonage in created in "trade is in the offing," they kidnapped PLAINTIFF in the process, DEFENDANTS would later commit aggravated sexual abuse in *An Anchor and a Pitchfork* partly because of *"trade is in the offing,"* and attempted to kill PLAINTIFF in 2017 because of *Miki's Tea Party*, *An Anchor and a Pitchfork*, and PLAINTIFF having discovered RICO Enterprise 2 in 2016 and 2017.

If the "trade in the offing" incident wasn't a seizure and if it wasn't a job, then it was slavery. Then—sorry United Airlines and Delta Airlines-- American Intel, British Intel, Indian Intel, Qatari Intel, White House, xx et. al. violated 18 U.S. Code § 1582, it is illegal for: "Whoever, whether as master, factor, or owner, builds, fits out, equips, loads, or otherwise prepares or sends away any vessel, in any port or place within the United States, or causes such vessel to sail from any such port or place, for the purpose of procuring any person from any foreign kingdom or country to be transported and held, sold, or otherwise disposed of as a slave, or held to service or labor, shall be fined under this title or imprisoned not more than seven years, or both." So they being a factor fit out, equipped, loaded and prepared an aircraft by sabotaging it in London and then loaded PLAINTIFF into their intentionally selected aircraft and made it land in Washington D.C. to get $14,900,000,000 and to obtain beyond jurisdiction. Because of this slavery, they kidnapped PLAINTIFF in the process, DEFENDANTS would later commit aggravated sexual abuse in *An Anchor and a Pitchfork* partly because of *Miki's Tea Party*, and

attempted to kill PLAINTIFF in 2017 because of Miki's Tea Party, An Anchor and a Pitchfork, and PLAINTIFF having discovered RICO Enterprise 2.

If the "trade in the offing" incident wasn't a seizure and if it wasn't a job/forced labor, then it constituted slavery. Then—sorry United Airlines and Delta Airlines-- American Intel, British Intel, Indian Intel, Qatari Intel, White House, xx et. al. violated 18 U.S. Code § 1583 in which they kidnapped and carried away PLAINTIFF with the intent that PLAINTIFF be sold into involuntary servitude by selling PLAINTIFF at $14,900,000 and they kidnapped and carried away PLAINTIFF with the intent that PLAINTIFF be held in Washington D.C for them to obtain $14,900,000,000 and PLAINTIFF received nothing from that and is in over $325,000 in debt to the United States Government.  But for Qatar Airways inducing PLAINTIFF to go to the Indian Embassy, but for the Indian Embassy and India agreeing with Hillary Clinton, Harold Koh, Huma Abedin, and Barack Obama with trade is in the offing plan, but for British Intel sending PLAINTIFF out of the country to Washington DC, and but for DEFENDANTS inducing PLAINTIFF to board the aircraft to go to Washington DC in which they all had the specific intent that PLAINTIFF be made or held as a slave and/or sent PLAINTIFF out of the United Kingdom to be made or so held as a slave. Every single person within American Intel, British Intel, Indian Qatari Intel has obstructed and at a minimum attempted to obstruct as to prevent the enforcement of 18 U.S. Code § 1583 because they never informed PLAINTIFF and when given the opportunity within the applicable statute of limitations and when trade is in the offing was planned and when PLAINTIFF was in United Kingdom on March 11, 2011, they intentionally withheld PLAINTIFF from knowing about trade is in the offing. Furthermore, when PLAINTIFF was in Washington D.C. and went to visit with DOJ, CIA, FBI, and FISA court, they all turned him away and that was within the applicable statute of limitations in which they could have informed PLAINTIFF of "trade is in the offing." That is obstruction because they all knew PLAINTIFF was in town with the intent on visiting them in person and they still withheld information. Because of this slavery, they kidnapped PLAINTIFF in the process, DEFENDANTS would later commit aggravated sexual abuse in *An Anchor and a Pitchfork* partly because of *Miki's Tea Party*, and attempted to kill PLAINTIFF in 2017 because of Miki's Tea Party, An Anchor and a Pitchfork, and PLAINTIFF having discovered RICO Enterprise 2.

If the "trade in the offing" incident wasn't a seizure and if it wasn't a slavery, then it was job and forced labor. Then American Intel, British Intel, Indian Intel, Qatari Intel, White House, xx et. al. violated 18 U.S. Code § 1584 in which they knowingly and willfully held PLAINTIFF to involuntary servitude or they sold PLAINTIFF into a condition of involuntary servitude in which they planned "trade is in the offing" in the United States and then brought PLAINTIFF from the United Kingdom to the United States and held PLAINTIFF in a condition of involuntary servitude in which they obtained $14,900,000,000 and PLAINTIFF received nothing and is in over $325,000 in debt to the United States Government in which harm will continue to befall upon PLAINTIFF. Every single person within American Intel, British Intel, Indian Qatari Intel has obstructed and at a minimum attempted to obstruct as to prevent the enforcement of 18 U.S. Code § 1584 because they never informed PLAINTIFF and when given the opportunity within the applicable statute of limitations, when "trade is in the offing" was planned, and when PLAINTIFF was in United Kingdom on March 11, 2011, they all intentionally withheld PLAINTIFF from knowing about "trade is in the offing," which is obstruction. Furthermore, when PLAINTIFF was in Washington D.C. and went to visit with DOJ, CIA, FBI, and FISA

court, they all turned him away and that was within the applicable statute of limitations in which they could have informed PLAINTIFF of "trade is in the offing." That is obstruction because they all knew PLAINTIFF was in town with the intent on visiting them in person and they still withheld information about "trade is in the offing." Because of this involuntary servitude, they kidnapped PLAINTIFF in the process, DEFENDANTS would later commit aggravated sexual abuse in *An Anchor and a Pitchfork* partly because of *Miki's Tea Party*, and attempted to kill PLAINTIFF in 2017 because of Miki's Tea Party, An Anchor and a Pitchfork, and PLAINTIFF having discovered RICO Enterprise 2.

The DEFENDANTS in *U.S. v. Kaufman*, 546 F.3d 1242 10th Cir. 2008), are very much like DEFENDANTS in this complaint in regard to *An Anchor and a Pitchfork* and *Miki's Tea Party.* The Kaufman's exploited disabled individuals who were forced to live in squalid conditions and work for them taking full advantage of their disabilities. The court in *U.S. v. Kaufman*, 546 F.3d 1242 10th Cir. 2008) talked about the definition of "involuntary servitude," "labor," or "services:"

> "Neither statute defines the terms "involuntary servitude," "labor," or "services."
> However, Instruction 14C, which explained the involuntary servitude counts, stated that:
> The term "involuntary servitude" means a condition of compulsory service in which the alleged victim is compelled to perform labor or services against the victim's will for the benefit of a defendant due to the use or threat of physical restraint or physical injury, or by the use or threat of coercion through law or the legal process. Rec. vol. 5, doc. 305, instr. 14C.
> Instruction 16 informed the jury that, in deciding whether the Kaufmans had violated the forced labor statute,
> [Y]ou must decide whether the defendant obtained the labor or services of another person, namely, the alleged victim named in that particular count of the indictment. "Obtain" means to gain, acquire, or attain. "Labor" means the expenditure of physical or mental effort. "Services" means conduct or performance that assists or benefits someone or something."

The Court went off on the Kaufman's for alleging those aforementioned definitions were too broad in which the court said:

"First, as the government observes, the jury instructions' definitions of "labor" and "services" set forth the ordinary meaning of those terms. *See* 8 OXFORD ENGLISH DICTIONARY 559 (2d ed. 1989) (defining "labour" as "[e]xertion of the faculties of the body or mind, esp. when painful or compulsory; bodily or mental toil"); 15 OXFORD ENGLISH DICTIONARY 34, 36 (2d ed. 1989) (defining "service" as "[t]he condition of being a servant; the fact of serving a master" and as "[t]he action of serving, helping, or benefitting; conduct tending to the welfare or advantage of another"); *see also Hackwell v. United States*, 491 F.3d 1229, 1233-34 (10th Cir. 2007) (relying

on the RANDOM HOUSE DICTIONARY OF THE ENGLISH LANGUAGE'S definition of services as "the performance of any duties or work for another").

Moreover, the authorities on which the Kaufmans rely do not establish that "labor" and "services" under the involuntary servitude and forced labor statutes are limited to "work in an economic sense." In *Kozminski* 487 U.S. at 945, 108 S.Ct. 2751, the Supreme Court considered the "involuntary" component of the phrase "involuntary servitude" in § 1584. The Court concluded that Congress had borrowed the phrase from the Thirteenth Amendment, and it therefore interpreted the statute "in a way consistent with the understanding of the Thirteenth Amendment that prevailed at the time of § 1584's enactment." *Id.* at 945, 108 S.Ct. 2751. Rejecting the government's argument, the Court held that "compulsion of services by the use or threatened use of physical coercion is a necessary incident of a condition of involuntary servitude." *Id.* at 952, 108 S.Ct. 2751. *Kozminski* thus addressed the means by which services are coerced, but it did not determine what kinds of services are covered by § 1584. *See id.* at 942, 108 S.Ct. 2751 (stating that "while the general spirit of the phrase `involuntary servitude' is easily comprehended, the exact range of conditions it prohibits is harder to define").

As to the forced labor statute, § 1589, we note that Congress enacted it as part of the Trafficking Victims Protection Act of 2000, a subset of the Victims of Trafficking and Violence Protection Act of 2000, Pub.L. No. 106-386, 114 Stat. 1464 (2000). *See United States v. Bradley*, 390 F.3d 145, 150 (1st Cir. 2004) (discussing § 1589). The stated purpose of the Trafficking Victims Protection Act is to "combat trafficking in persons, a contemporary manifestation of slavery whose victims are predominantly women and children, to ensure just and effective punishment of traffickers, and to protect their victims." 22 U.S.C. § 7101(a).

The legislative history reveals that, in enacting § 1589, Congress sought to expand *Kozminski's* limited definition of coercion under § 1584, stating that "[s]ection 1589 will provide federal prosecutors with the tools to combat severe forms of worker exploitation that do not rise to the level of involuntary servitude as defined in *Kozminski."* *See* H.R. Conf. Rep. No. 106-939, at 101, *as reprinted* in 2000 U.S.C.C.A.N. 1380, 1393. There is no indication that Congress sought to limit the scope of "labor or services" in the manner suggested by the Kaufmans.

We acknowledge that many cases invoked by the Kaufmans and interpreting the Thirteenth Amendment, § 1584, and § 1589 involve "work that was economic in nature" and describe slavery and involuntary servitude in economic terms. *See, e.g., Pollock v. Williams*, 322 U.S. 4, 17, 64 S.Ct. 792, 88 L.Ed. 1095 (1944) ("The undoubted aim of the Thirteenth Amendment as implemented by the Antipeonage Act was not merely to end slavery but to maintain a system of completely free and voluntary labor throughout the United States."). Nevertheless, the authorities invoked by the Kaufmans also describe slavery and involuntary servitude in a broader fashion. For example, in *Bailey v. Alabama*, 219 U.S. 219, 31 S.Ct. 145, 55 L.Ed. 191 (1911), the Court stated that [t]he words involuntary servitude [in the 13th Amendment] have a larger meaning than slavery. . . . The plain intention was to abolish slavery *of whatever name and form and all its badges and incidents;* to render impossible *any state of bondage;* to make labor free, by prohibiting that control by which the personal service of one man is disposed of or coerced for another's benefit, which is the essence of involuntary servitude.

*Id.* at 241, 31 S.Ct. 145 (emphasis added) (internal quotation marks omitted).

Moreover, the fact that these various authorities describe slavery in economic terms does not mean that was all there was to the institution or that the Thirteenth Amendment and the

subsequent legislation implementing it apply only to economic relationships. Indeed, scholars have discerned a broader meaning in the condition of slavery and the legislation that abolished it. In Professor Amar's assessment, "many slaves were in fact the victims of sadism and torture rather than being put in the fields[,] . . . and yet they were surely covered by the core of the Thirteenth Amendment." Akhil Reed Amar, *Remember the Thirteenth*, 10 CONST. COMMENT. 403, 405 (1993); **Neal Kumar Katyal, *Men Who Own Women: A Thirteenth Amendment Critique of Forced Prostitution*, 103 YALE L.J. 793, 796, 811 (1993) (observing that "the context of coerced prostitution, which involves compelled sexual chores, surrounds the Thirteenth Amendment's prohibition against forced labor")**. That analysis supports the government's contention that §§ 1584 and 1589 are applicable here. In our view, if an antebellum slave was relieved of the responsibility for harvesting cotton, brought into his master's house, directed to disrobe and then engage in the various acts performed by the Kaufman House residents on the videotapes ( *e.g.*, masturbation and genital shaving), his or her condition could still be fairly described as one of involuntary servitude and forced labor." *U.S. v. Kaufman*, 546 F.3d 1242, 1261-62 (10th Cir. 2008)

For all intents and purposes, Hillary Clinton, Harold Koh, etc. XX were PLAINTIFF'S masters. The inescapable conclusion was that they were my masters. Why? If PLAINTIFF was not their servant or slave, then PLAINTIFF would have been allowed to have gone to Doha after having paid for the trip to go to Doha from London. DEFENDANTS XX coerced PLAINTIFF through "law" and "legal process" in which they falsely alleged and concluded PLAINTIFF did not have a specific right to travel to Doha--in which PLAINTIFF paid to exercise that right to Qatar Airways-- and denied PLAINTIFF through "legal process" of not giving him the ticket he paid for allowing PLAINTIFF to go to Doha. PLAINTIFF was forced to serve his masters when they denied him the ability to freely leave in their XX and XX conspiracies. Suppose even if PLAINTIFF called the cops on Qatar Airways, would the cops in London have taken PLAINTIFF'S side or would they have gone along with what MI5 and MI6 had directed them to do via XX. Then Qatar Airways via their Qatar Airways representative falsely asserted that the only legal process for PLAINTIFF was for PLAINTIFF to go to the Indian Embassy when it was not his only legal option. PLAINTIFF obeyed his masters and servants wishes and provided the service of going to the Indian Embassy, interacting with the Indian Embassy, leaving the Indian Embassy, and then returning back to London-Heathrow. Then DEFENDANTS either: hacked into PLAINTIFF'S phone directing PLAINTIFF into taking United Airlines Flight #925 to Dulles flight and/or DEFENDANTS tampered with the United Airlines Boeing 777 and/or its GE90 Engines via access given to them through United Airlines, GE, Heathrow/BAA plc, and/or BOEING. PLAINTIFF provided the services of waiting in Heathrow and obeying his masters' wishes of having him take the flight to Dulles because it was exactly what my masters' had planned and wished. Furthermore, tampering with the plane or united airlines system is a physical compulsion against PLAINTIFF but for the physical intrusion on to the United Airlines BOEING 777, that flight would not have been delayed and physically forced PLAINTIFF into waiting. PLAINTIFF had no other means of escape nor money to leave Heathrow. So PLAINTIFF leaves London-Heathrow and flight goes smoothly. Then PLAINTIFF does one of the few things he never did at that time and started running AS TO TECHNICALLY ESCAPE HIS MASTERS. PLAINTIFF ran for one of the only few times in his life during Sewanee and he made it to the gate on time. Then PLAINTIFF'S masters prohibited him from escaping his masters and their devious plans when all they had to do was make a brief phone call and open

two doors—that's all they had to do. PLAINTIFF'S masters knew PLAINTIFF disobeyed them by not following protocol by running to escape them and they still denied him the escape he desired. PLAINTIFF'S masters at any time could have told the United Airlines flight to hurry from London to Dulles. PLAINTIFF'S masters prevented him from leaving Washington DC thereby ensuring "trade is in the offing" would occur. PLAINTIFF mentally toiled and exerted himself in two different countries and performed services of the mind and body. Therefore, PLAINTIFF provided compulsory service in which PLAINTIFF was compelled to perform labor and services against PLAINTIFF's will for the benefit of PLAINTIFF'S masters due to actual physical restraint, physical injury, and prohibition on exercising PLAINTIFF'S constitutional rights to leave in which PLAINTIFF'S masters coerced PLAINTIFF to do so through law and legal process against his rights. PERIOD.

U.S. Code § 1587 prohibits: Whoever, being the captain, master, or commander of any vessel found in any river, port, bay, harbor, or on the high seas [i.e. over the Atlantic ocean] within the jurisdiction of the United States, or hovering off the coast thereof, **and having on board any person for the purpose of** selling such person as a slave, or with intent ***to land*** such person for that purpose. American, British, Indian, and Qatari Defendants/American Intel were essentially captains and commanders of the plane because American intel intentionally made it late which shows control over the aircraft/vessel because of their actions to it. Yea when you seek to have United States jurisdiction go beyond borders, this includes America obtaining jurisdiction over the entire Atlantic ocean and in London (and Tokyo as well). So they violated U.S. Code § 1587.

If it was not a job in which the masters (i.e. American Intel, India, Britain, Qatar) would receive $14,900,000,000 in trade on the condition of PLAINTIFF, then PLAINTIFF became a slave. 18 U.S. Code § 1588 prohibits Whoever, being the master or owner or person having charge of any aircraft (in which they had charge by making it late in arriving in Washington D.C.), receives on board any other person with the knowledge or intent that such person is to be carried from any place within the United States to any other place to be held or sold as a slave (PLAINTIFF was sold for a price tag of $14,900,000,000 in trade is in the offing), or carries away from any place within the United States any such person with the intent that he may be so held or sold as a slave (in which DEFENDANTS HELD ME after having sold PLAINTIFF for $14,900,000,000), shall be fined under this title or imprisoned not more than 10 years, or both. American Intel violated U.S. Code §1588.

If it was a job in which forced labor was used, then DEFENDANTS violated 18 U.S. Code § 1589 - Forced labor because 1) they used force to sabotage the aircraft in London and then they physically restrained PLAINTIFF in Washington DC in which PLAINTIFF was not free to leave after performing work for them in which they prevented PLAINTIFF from continuing on to Chicago; 2) used means of serious harm against PLAINTIFF when they committed an act of international and domestic terrorism against PLAINTIFF and that is a serious harm; 3) American Intel/India/Indian Intel abused legal process and law by extending national jurisdiction beyond limits in which American Intel/India/Indian Intel got jurisdiction through an act of international and domestic terrorism beyond jurisdiction limits (which is an abuse of legal process and law; 4) had devised a scheme, plan, and pattern that physically restrained PLAINTIFF in Washington D.C. because of the plan and scheme of "trade is in the

offing" by American Intel and Hillary Clinton and Harold Koh. American Intel, British Intel, Qatar, Indian Intel, India knowingly benefited from trade is in the offing, financially benefitted from trade is in the offing and received numerous things of value from participation in a venture which has engaged in the providing or obtaining of labor or services by any of the means described above.

American INTEL violated 18 U.S. Code §1590. American Intel knowingly harbored, transported, obtained by fraudulent means PLAINTIFF when they sabotaged the aircraft in which they needed PLAINTIFF'S labor and/or services in the Indian Embassy in London by being there in person so that Indians could get jurisdiction over PLAINTIFF, in London because PLAINTIFF had to travel and go in London to get to the Indian Embassy, in Heathrow to get to the gate on time, wait at the gate, and board the aircraft, and Washington D.C in which he necessarily had to be there and be prevented from going anywhere with PLAINTIFF'S concocted background that American Intel significantly contributed in creating based on racketeering from before.

Under 18 U.S. Code §1592, it is a crime for DEFENDANTS to "knowingly destroys, conceal, removes confiscate, or possess any actual or purported passport or other immigration document, or any other actual or purported government identification document, of another person" in the course of a violation of section 1581, 1583, 1584, 1589, 1590, 1591, or 1594(a) with the intent to violate section 1581, 1583, 1584, 1589, 1590, or 1591.

Under 18 U.S. Code § 1593, Notwithstanding section 3663 or 3663A, and in addition to any other civil or criminal penalties authorized by law (i.e. RICO), the court shall order restitution for any offense under this chapter. The order of restitution under this section shall direct the defendant to pay the victim (through the appropriate court mechanism) the full amount of the victim's losses, as determined by the court under paragraph (3) of this subsection.

18 U.S. Code § 1593A makes it a crime to any DEFENDANT that "knowingly benefits, financially or by receiving anything of value, from participation in a venture which has engaged in any act in violation of this chapter, knowing or in reckless disregard of the fact that the venture has engaged in such violation."

True, under 18 U.S. Code § 1595, there is a 10-year statute of limitations. However, Illinois Compiled Statutes 735 ILCS 5/13-215 provides the following--Fraudulent concealment: If a person liable to an action fraudulently conceals the cause of such action from the knowledge of the person entitled thereto, the action may be commenced at any time within 5 years after the person entitled to bring **the same discovers that he or she has such cause of action, and not afterwards.** PLAINTIFF did not discover "the offing" until August 2023 when he was in Illinois. American Intel, British Intel, Indian Intel, Qatari Intel necessarily know that is the truth after having PLAINTIFF under surveillance since 2011. Not once did PLAINTIFF directly bring up "the offing" until August 2023.

In the alternative, there was a contract, then Louisiana Civil Code Art. 1939. "When an offeror invites an offeree to accept by performance and, according to usage or the nature or the terms of the contract, it is contemplated that the performance will be completed if commenced, a

contract is formed when the offeree begins the requested performance." As soon as PLAINTIFF started to talk to the Qatar Airways representative that was directed by Hillary Clinton, Shiek Qatar, Alistair Burt, PLAINTIFF had accepted the terms of the condition of the contract through PLAINTIFF'S performance. Under Louisiana Civil Code Article Art. 1940: "When, according to usage or the nature of the contract, or its own terms, an offer made to a particular offeree can be accepted only by rendering a completed performance, ***the offeror cannot revoke the offer***, <u>once the offeree has begun to perform</u>, for the <u>reasonable time necessary to complete the performance</u>. The offeree, however, is not bound to complete the performance he has begun." PLAINTIFF wasn't bound to complete the performance PLAINTIFF began when he started to talk to the Qatar Airways representative, but he completed it as they had so directed. Louisiana Civil Code Article 1942 states: "When, because of special circumstances, the offeree's silence leads the offeror reasonably to believe that a contract has been formed, the offer is deemed accepted. Hillary Clinton, et al knew PLAINTIFF as the offeree had accepted the terms and completed the task as soon as he finished kicking the benches at Dulles and screaming in Dulles. They had PLAINTIFF under surveillance and monitored PLAINTIFF'S progress from the moment he landed in London-Heathrow through leaving Dulles. If there was a contract, *Tenet v. Doe*, 544 U.S. 1 (2009) does not apply because the central and core case *Tenet v. Doe*, 544 U.S. 1 (2009) relied upon was a spy in the rebel army who had contracted his services with the Union Army; and in that case, the spy actually had the opportunity to negotiate his terms of employment prior to engaging in the work. In PLAINTIFF'S case, there was no consideration under Louisiana law, no meeting of the minds, it was completely unconscionable, etc.

In support of PLAINTIFF'S allegations that American Intel, the White House, State Department, British Intel, Indian Intel, Qatari Intel, India, Qatar, and the United Kingdom violated 18 U.S. Code § 1581, 18 U.S. Code § 1582, 18 U.S. Code §1583, 18 U.S. Code §1584, U.S. Code § 1587, 18 U.S. Code § 1588, 18 U.S. Code §1589, and 18 U.S. Code §1590, and PLAINTIFF'S 13th Amendment Rights. 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1[st], 4[th], 5[th], 6[th], 8[th], 9[th], 10[th], 13th, and 14th Amendment rights, and 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage) to do so, the case of *United States v. Kozminski*, 487 U.S. 931 (1988) is so important to PLAINTIFF and PLAINTIFF'S case. It is especially applicable in *An Anchor and a Pitchfork*.

*United States v. Kozminski*, 487 U.S. 931 (1988) held that "for purposes of criminal prosecution under 18 U.S.C. §241 or 18 U.S.C. §1584, the term "involuntary servitude" necessarily means a condition of servitude in which the victim is forced to work **for the defendant by the use** or threat **of physical restraint** or physical injury **or by the use or threat of coercion through law or the legal process.** This definition encompasses cases in which the defendant holds the victim in servitude by placing him or her in fear of such physical restraint or injury or legal coercion."

The facts of *United States v. Kozminski*, 487 U.S. 931 (1988) are the following: Two individuals in the case--Robert Fulmer and Louis Molitoris--both had a form of a cognitive disability—an intellectual disability (developmental disabilities/*developmental delays* are intertwined with the issues of an intellectual disability in which there are varying degrees of such)—in which Robert and Louis were found in poor health, in squalid conditions, and in relative isolation from the rest of society on a farm. The two owners of the farm were husband and wife (Mr.and Mrs. Kozminski) along with their son (John Kozminski). Robert had a different job in a different farm, but Mrs. Kozminski picked up Robert when he—too--was walking down the *Side of the Street* in which Mrs. Kozminski committed a legal act on his behalf by writing his former employer a note (probably never telling Robert) that Robert had gone." *Id.*

PLAINTIFF is alleging just in case--because he doesn't believe his mother and father--that they were not informed of issues concerning PLAINTIFF and American Intel in Sewanee. For example, PLAINTIFF'S memory was that part of the proceeds of the Roof Is On Fire was forced to be deposited in PLAINTIFF'S name in which American Intel DEFENDANTS can attest to PLAINTIFF never went on any shopping sprees, did not buy a lot of clothes, shoes, etc. PLAINTIFF'S mother and father both routinely subject PLAINTIFF to physical abuse and assault involving matters of money when PLAINTIFF was in SEWANEE and so did American Intel DEFENDANTS. They routinely subject PLAINTIFF to issues involving money in which everyone all benefitted except for PLAINTIFF.

"Louis and Robert both lived and worked on the farm for 7 days a week, 24 hours a day (often working 17 hours a day). The Kozminskis subjected the two men to physical and verbal abuse for failing to do their work, and instructed herdsmen employed at the farm to do the same. The Kozminskis directed Robert and Louis to never leave the farm, and on several occasions when the men did leave, the Kozminskis or their employees brought the men back and discouraged them from leaving again. On one occasion, John Kozminski threatened Louis with institutionalization if he did not do as he was told. The Kozminskis failed to provide Fulmer and Molitoris with adequate nutrition, housing, clothing, or medical care. They directed the two men not to talk to others, and discouraged the men from contacting their relatives. At the same time, the Kozminskis discouraged relatives, neighbors, farm hands, and visitors from contacting Fulmer and Molitoris. Fulmer and Molitoris asked others for help in leaving the farm, and eventually a herdsman hired by the Kozminskis was concerned about the two men and notified county officials of their condition. County officials assisted Fulmer and Molitoris in leaving the farm, and placed them in an adult foster care home." *Id.*

PLAINTIFF routinely worked for PLAINTIFF'S parents such as at 1616 Grand Ave, Waukegan, IL in which PLAINTIFF'S parents abused PLAINTIFF into having effective control of all the money he earned and abused him while working. American Intel DEFENDANTS were very well aware of these facts. PLAINTIFF--a graduate from law school--was abused numerous times into being prevented from leaving the home in any cars that were legally under his name. American Intel DEFENDANTS knew this. American Intel knew they could abuse PLAINTIFF too. After PLAINTIFF arrived back home from law school in January 2017 in which American Intel/DOJ made it impossible for PLAINTIFF to ever be a lawyer in the future, PLAINTIFF tried explaining the factual circumstances of RICO Enterprise 2 to his parents in which both his

parents, Dr. Best, and his brother had argued to PLAINTIFF that he needed to be institutionalized for pointing out the truth of RICO Enterprise 2 in which when PLAINTIFF was trying to get help for his autism (as well as the torture ANDREW MCCABE/FBI/CIA/DHS subjected PLAINTIFF to), they prevented PLAINTIFF from getting the proper help he needed when ANDREW MCCABE/FBI/CIA/DHS furthered this treatment when they falsely diagnosed PLAINTIFF with having schizoid personality disorder because of what happened in *Star Chambers* and *An Anchor and a Pitchfork*. American Intel, et al. never provided PLAINTIFF with any housing in which they made $14,900,000,000 off of him in which he had to pay back the housing costs with interest when he was in law school, DEFENDANTS necessarily having violated the sanctity of his dorm rooms every year in Sewanee. The conditions of Sakura House in *An Anchor and a Pitchfork* were squalid. When PLAINTIFF arrived home from law school, the conditions of his home were squalid in which racoons had broken into the home, made a den above PLAINTIFF'S bedroom, and the raccoons pissed and shit all over PLAINTIFF'S ceilings in which he begged his father to clean it up and kick out the raccoons. PLAINTIFF and his father got into a heated argument in which PLAINTIFF'S father so abused PLAINTIFF that he completely denied what PLAINTIFF was seeing and this Snapchat (See: Right) gives a present sense impression and fact of what PLAINTIFF and his father had argued about. Numerous times, PLAINTIFF begged his father to kick out the raccoons and clean up the squalid conditions and PLAINTIFF'S father said **_no_** as PLAINTIFF'S father enjoyed the fact that raccoons were living in his home and did not give a single fuck that the racoons were pissing and shitting on PLAINTIFF'S ceiling. The raccoons were in the ceiling for at least a year. American INTEL knew all of this and did nothing.

PLAINTIFF brought up the fact in *Upbringing* that if he really didn't want to do something as a child, he could make his nose bleed. PLAINTIFF became so stressed out because the torture American Intel subjected PLAINTIFF to over the years that he couldn't even sleep without his nose bleeding. (See: Below).





No there's nothing there—fuck outta here



6:13

A A M

3 People

That is half a million dollars your mother and I took from them and NOW they leave in Macedonia because they can't afford to leave here. YOUR CRUEL MOTHER says she didn't take a penny and not returning a penny. We will see, it's call prison 😳 o, let's not forget the $120,000+ in charge card debt

Verice, YOU WILL ROT in PRISON and HELL!!! Oooo, wait, that's why you cancelled your health insurance and got life insurance, so you kill me and kill your self. Sorry hun, it doesn't work that way🤭😳😂😢

If I was any of you, I would be very careful. By the end of tonight all of you check your e mails, so you can see who really your mother is🤮😢

By the way i have the live recordings of what Verica and Miki how they threaten me every day how they will call the police and make all these fake reports and based on my fucked up past that Verica created on me by making up story after story, they will have me arrested in no time. These are sick individuals

iMessage

PLAINTIFF"S father being such an abusive delusional psychotic piece of shit would go on these harangues-- in which one time, that PLAINTIFF has video evidence of, PLAINTIFF'S father threatened to kill PLAINTIFF—making these false accusations that PLAINTIFF allegedly threatened him every day and would blame everyone in which between 2017-2023, the police routinely came to PLAINTIFF'S house in which domestic violence occurred between PLAINTIFF'S Father and PLAINTIFF'S mother. Furthermore, he thought PLAINTIFF was sick when PLAINTIFF was telling the truth to him. American INTEL knew of all the abuse PLAINTIFF was being subject to and American Intel did nothing.

PLAINTIFF does not give a single fuck when DEFENDANTS are going to accuse PLAINTIFF of being a fraudster, you would do anything to leave the man on the left. You can infer the financial abuse PLAINTIFF'S father subjected PLAINTIFF to over the years and it is excusable because it was done under duress. What American Intel defendants knew is that PLAINTIFF always tried to pay back his credit cards and had major issues with PLAINTIFF"S father's financial abuse. Furthermore, PLAINTIFF alleges that his father and mother did something involving PLAINTIFF because there is no fucking way a U.S. Federal Bankruptcy Court make a bankruptcy case with numerous creditors magically disappear into thin air unless the United States and PLAINTIFF'S parents came to some sort of agreement about something. PLAINTIFF is alleging PLAINTIFF'S parents fucked over PLAINTIFF legally at the direction of the United States Government/American Intel to absolve American Intel in their wrong doing.

More medical issues? This is PLAINTIFF'S toe over the course of a year and a half after the torture in which this occurred in 2017 or 2018:





Toe injury— still going on after year and a half

More medical issues? PLAINTIFF had diverticulitis in which that is only common for old people. PLAINTIFF owes money to Northwestern Hospital and has medical debt collectors hounding him in which after torturing PLAINTIFF in Japan in Summer of 2015, American Intel/DOJ tried to arrest PLAINTIFF for allegedly committing medical insurance fraud when PLAINTIFF was trying to get help for some of his medical issues: *Star Chambers* will explain that. That is just the tip of the medical iceberg.

The Court in *United States v. Kozminski*, 487 U.S. 931 (1988) went explained further: "Unlike § 1584, which by its terms prohibits holding to involuntary servitude, § 241 prohibits conspiracies to interfere with rights secured "by the Constitution or laws of the United States," and thus incorporates the prohibition of involuntary servitude contained in the Thirteenth Amendment. *See United States v. Price,* 383 U. S. 787, 383 U. S. 805 (1966)… This judgment is confirmed when we turn to our previous decisions construing the Thirteenth Amendment. **Looking behind the broad statements of purpose to the actual holdings, we find that, in every case in which this Court has found a condition of involuntary servitude, the victim had no available choice but to work or be subject to legal sanction…**Similarly, in *United States v. Reynolds,* 235 U. S. 133 (1914), **the Court held that "[c]ompulsion of . . . service by the constant fear of imprisonment under the criminal laws" violated "rights intended to be secured by the Thirteenth Amendment.**" T he Court has also invalidated state laws subjecting debtors to prosecution and criminal punishment for failing to perform labor after receiving an advance payment. *Pollock v. Williams,* 322 U. S. 4 (1944); *Taylor v. Georgia,* 315 U. S. 25 (1942); *Bailey v. Alabama,* 219 U. S. 219 (1911). The laws at issue in these cases made failure to perform services for which money had been obtained *prima facie* evidence of intent to defraud. The Court reasoned that "the State could not avail itself of the sanction of the criminal law to supply the compulsion [to enforce labor] any more than it could use or authorize the use of physical force." Moreover, in *Robertson v. Baldwin,* 165 U. S. 275 (1897), the Court observed that the Thirteenth Amendment was not intended to apply to "exceptional" cases well established in the common law at the time of the Thirteenth Amendment, such as "the right of parents and guardians to the custody of their minor children or wards," *id.* at 165 U. S. 282, or laws preventing sailors who contracted to work on vessels from deserting their ships. *Id.* at 165 U. S. 288." Id.

PLAINTIFF had no choice but to work in which American Intel/DOJ/White House/ et. al. subjected PLAINTIFF to FISA rulings, numerous unconstitutional search and seizures, planting bugs in PLAINTIFF'S dorm rooms, routinely had the cops after him, never had a cop help PLAINTIFF, had their jurisdiction extended to subject PLAINTIFF to legal sanctions. There was always a constant fear of imprisonment because of what DEFENDANTS intentionally did to PLAINTIFF—no reasonable person in PLAINTIFF'S position could tell you otherwise. Someone approved physical force to be exerted against PLAINTIFF in Miki's Tea Party and in the offing. PLAINTIFF is alleging that PLAINTIFF'S parents have abusing PLAINTIFF into signing numerous power of attorney intentionally withheld information from PLAINTIFF and PLAINTIFF'S parents had no right to be PLAINTIFF'S guardian because it was done fraudulently in which PLAINTIFF was never informed of any of the issues and American Intel can affirm that to be true because they were always motherfucking watching PLAINTIFF at all times between 2008 through 2023.

The Court in *United States v. Kozminski*, 487 U.S. 931 (1988) continued: "The other precursor of §1584, the Padrone statute, reflects a similarly limited scope. The <u>"padrones" were men who took young boys away from their families</u> in Italy, <u>brought them to large cities in the United States, and put them to work</u> as street musicians or **<u>beggars</u>**. Congress enacted the Padrone statute in 1874 "to prevent [this] practice of enslaving, buying, selling, or using Italian children." 2 Cong.Rec. 4443 (1874) (Rep. Cessna). **The statute provided** that **"whoever shall knowingly and wilfully bring into the United States . . . any person inveigled or forcibly kidnapped in any other country, with intent to hold such person . . . in confinement or to any involuntary service,** and whoever shall knowingly and wilfully sell, or cause to be sold, **into any condition of involuntary servitude, any other person for any term whatever, and every person who shall knowingly and wilfully hold to involuntary service any person so sold and bought, shall be deemed guilty of a felony."Id.**

This is exactly what fucking happened in "Trade Is In The Offing."

The Court *United States v. Kozminski*, 487 U.S. 931 (1988) continued: "This statute, too, was aimed only at compulsion of service through physical or legal coercion. To be sure, use of the term "inveigled" indicated that the statute was intended to protect persons brought into this country by other means. But the statute drew a careful distinction between the manner in which persons were brought into the United States and the conditions in which they were subsequently held, which are expressly identified as "confinement" or "involuntary servitude." Our conclusion that Congress believed these terms to be limited to situations involving physical or legal coercion is confirmed when we examine the actual physical conditions facing the victims of the padrone system. **<u>These young children were literally stranded in large, hostile cities</u>** in a foreign country. They were given no education or other assistance toward self-sufficiency. Without such assistance, without family, and without other sources of support, these children had no actual means of escaping the padrones' service; they had no choice but to work for their masters or risk physical harm. **The padrones took advantage of the special vulnerabilities of their victims, placing them in situations where they were physically unable to leave**."

American Intel, British Intel, Indian Intel, etc all took advantage of the special vulnerabilities of PLAINTIFF and placed PLAINTIFF in situations in which PLAINTIFF was unable to leave whether that was in Dulles, An Anchor and a Pitchfork, and anytime after 2017 in which they all made more than $14,900,000,000. DC was absolutely hostile to PLAINTIFF in which PLAINTIFF was literally stranded. American Intel intentionally deprived PLAINTIFF of any assistance toward self-sufficiency in An Anchor and a Pitchfork and that is what this complaint necessarily includes.

*United States v. Kozminski*, 487 U.S. 931 (1988) continued: "The history of the Padrone statute **reflects Congress' view that a victim's** age or **special vulnerability may be relevant in determining whether a particular type or a certain degree of physical or legal coercion is sufficient to hold that person to involuntary servitude.** For example, a child who is told he can go home late at night in the dark through a strange area may be subject to physical coercion that results in his staying, although a competent adult plainly would not be. **Similarly, it is possible that threatening an incompetent with institutionalization or an immigrant with deportation could constitute the threat of legal coercion that induces involuntary servitude,**

**even though such a threat made to an adult citizen of normal intelligence would be too implausible to produce involuntary servitude**. But the Padrone statute does not support the Court of Appeals' conclusion that involuntary servitude can exist absent the use or threatened use of physical or legal coercion to compel labor. Moreover, far from broadening the definition of involuntary servitude for immigrants, children, or mental incompetents, §1584 eliminated any special distinction among, or protection of, special classes of victims."

You know who previously took advantage of PLAINTIFF'S special vulnerabilities in regard to his writing issues in ***Midyear?*** *PETER STRZOK, ANDREW MCCABE, FBI, CIA, et al.*

*United States v. Kozminski*, 487 U.S. 931 (1988) "Absent change by Congress, we hold that, for purposes of criminal prosecution under § 241 or § 1584, the term "involuntary servitude" necessarily means a condition of servitude in which the victim is forced to work for the defendant by the use or threat of physical restraint or physical injury, or by the use or threat of coercion through law or the legal process. This definition encompasses those cases in which the defendant holds the victim in servitude by placing the victim in fear of such physical restraint or injury or legal coercion. Our holding does not imply that evidence of other means of coercion, or of poor working conditions, or of the victim's special vulnerabilities is irrelevant in a prosecution under these statutes. As we have indicated, the vulnerabilities of the victim are relevant in determining whether the physical or legal coercion or threats thereof could plausibly have compelled the victim to serve. In addition, a trial court could properly find that evidence of other means of coercion or of extremely poor working conditions is relevant to corroborate disputed evidence regarding the use or threatened use of physical or legal coercion, the defendant's intention in using such means, or the causal effect of such conduct."

The concurring opinion *United States v. Kozminski*, 487 U.S. 931 (1988) is far more illustrative for PLAINTIFF'S case and the following excerpts are from the concurrence:

"for the use of the master's whip and the power of the State to compel one human to labor for another were clearly core elements of slavery that the Thirteenth Amendment and its statutory progeny intended to eliminate. As the Government points out, however, the language of both the Thirteenth Amendment and §1584 simply prohibits "involuntary servitude," and contains no words limiting the prohibition to servitude compelled by particular methods. "[The Thirteenth] amendment denounces a status or condition, irrespective of the manner or authority by which it is created." *Clyatt v. United States,* 197 U. S. 207, 197 U. S. 216 (1905). <u>To the contrary, it would seem that certain psychological, economic, and social means of coercion can be just as effective as physical or legal means, particularly where the victims are especially vulnerable, such as the mentally disabled victims in this case.</u> **Surely threats to burn down a person's home (*See*: The Roof is on Fire)** or business **or to rape or kill a person's spouse or children (*See*: An Anchor and a Pitchfork)** can have greater coercive impact than the mere threat of a beating, **yet the coercive impact of such threats turns not on any direct physical effect that would be felt by the laborer, but on the psychological, emotional, social, or economic injury the laborer would suffer as a result of harm to his or her home, business, or loved ones**. And drug addiction **or the weakness resulting from a lack of food, sleep, or medical care can eliminate the will to resist as readily as the fear of a physical blow (See: An Anchor and a Pitchfork and everything after 2017).** Hypnosis, ***blackmail, fraud, deceit, and isolation*** (See:

the entirety of *Narcoterrorism, Star Chambers, and An Anchor and a Pitchfork*) are also illustrative methods -- but it is unnecessary here to canvas the entire spectrum of nonphysical machinations by which humans coerce each other. It suffices to observe that one can imagine many situations in which nonphysical means of private coercion can subjugate the will of a servant. **Indeed, this case and others readily reveal that the typical techniques now used to hold persons in slave-like conditions (See: Miki's Tea Party, An Anchor and a Pitchfork, and everything after 2017) are not limited to physical or legal means**. ***The techniques in this case, for example, included: disorienting the victims with frequent verbal abuse and complete authoritarian domination; inducing poor health by denying medical care and subjecting the victims to substandard food, clothing, and living conditions;*** working the victims from 3 a.m. to 8:30 p.m. with no days off, ***leaving them tired*** and without free time to seek alternative work; ***denying the victims any payment for their labor; and active efforts to isolate the victims from contact with outsiders who might help them.*** Without considering these techniques (and their particular effect on a mentally disabled person), one would hardly have a complete picture of whether the coercion inflicted on the victims was sufficient to make their servitude involuntary. ***Other involuntary servitude cases have also chronicled a variety of nonphysical and nonlegal means of coercion including: trickery; isolation from friends, family, transportation or other sources of food, shelter, clothing, or jobs; denying pay or creating debt that is greater than the worker's income by charging exorbitant rates for food, shelter, or clothing; disorienting the victims by placing them in an unfamiliar environment, barraging them with orders, and controlling every detail of their lives; and***

## _weakening the victims with drugs, alcohol, or by lack of food, sleep, or proper medical care._ _See, e.g., United States v. Warren,_ 772 F.2d 827 (CA11 1985); _United States v. Mussry,_ 726 F.2d 1448 (CA9 1984); _United States v. Ingalls,_ 73 F. Supp. 76 (SD Cal.1947). One presumes these methods of coercion would not reappear with such depressing regularity if they were ineffective." _Id._

All those coercive techniques happened to PLAINTIFF in the Sections of _Narcoterrorism_ and _Pravus Pravda_ (at least from 2006 through 2023) and those coercive techniques that were all undertaken against PLAINTIFF and those techniques had never stopped being a part of PLAINTIFF'S life in the entire 34 years he lived on this earth..

_United States v. Kozminski_, 487 U.S. 931 (1988) continued: "The solution, however, lies not in ignoring those forms of coercion that are perhaps less universal in their effect than physical or legal coercion, but in focusing on the "slave-like" conditions of servitude Congress most clearly intended to eradicate. That the statute prohibits "involuntary servitude," rather than "involuntary service," provides no small insight into the central evil the statute unambiguously aimed to eliminate. **For "servitude" generally denotes a relation of complete domination and lack of personal liberty resembling the conditions in which slaves were held prior to the Civil War.** Thus, in 1910 and 1949, Webster's defined "servitude" as the "[c]ondition of a slave; slavery; **serfdom; bondage; state of compulsory subjection to a master.** . . ." _Id._

"In French and English Colonies of the 17th and 18th centuries, the condition of transported or colonial laborers who, under contract or by custom, rendered service with temporary and limited loss of political and personal liberty." _Id._ PLAINTIFF was transported by the American Government rendered service with a loss of political and personal liberty in the process.

"Webster's New International Dictionary of the English Language. And in 1913 and 1944, Funk and Wagnalls defined "servitude" as "[t]he condition of a slave; a state of subjection to a master **or to arbitrary power of any kind,"** and cited the same colonial practice. Funk and Wagnalls, New Standard Dictionary of the English Language. Our cases have expressed the same understanding." The word servitude is of larger meaning than slavery, as the latter is popularly understood in this country, and the obvious purpose was to forbid all shades and conditions of African slavery." _Slaughter-House Cases,_ 16 Wall. 36, 83 U. S. 69 (1873). "[T]he term involuntary servitude was intended to cover those forms of compulsory labor akin to African slavery which, in practical operation, would tend to produce like undesirable results."

Do you know who argued that the State Department's and White House's power was arbitrary in which Congress couldn't do anything because State and WH kept evading the limits that would have prevented arbitrary power from happening and the Courts would defer to State and WH? HAROLD KOH did before he approved "trade is in the offing."

"I thus conclude that whatever irresolvable ambiguity there may be in determining (for forms of coercion less universal than physical or legal coercion) the degree of coercion Congress would have regarded as sufficient to render any resulting labor "involuntary" within the meaning of §

1584, Congress clearly intended to encompass coercion of any form that actually succeeds in reducing the victim to a condition of servitude resembling that in which slaves were held before the Civil War. While no one factor is dispositive, **complete domination over all aspects of the victim's life, oppressive working and living conditions, and lack of pay or personal freedom are the hallmarks of that slave-like condition of servitude.** Focusing on such a slave-like condition not only accords with the type of servitude Congress unambiguously intended to eliminate, but also comports well with the policies behind the statute, for the concern that coerced laborers will be unable to relieve themselves from harsh work conditions by changing employers is less likely to be implicated if that laborer has a normal job with time off, personal freedom, and some money, and has contact with other people." *Id.*

Do you know who had complete domination over all aspects of the PLAINTIFF'S life and subjected and knowingly allowed PLAINTIFF to be subject to oppressive working and living conditions in which PLAINTIFF did not see even a dime of the $14,900,000,000+ DEFENDANTS made off of him? American Intel, White House, British Intel, Britain, Qatar, India, and Indian Intel—that is the hallmark of slave like condition of servitude.

**Do you know who even the State Department said in March 2010 had a problem with human trafficking, routinely exploited the indentured,[270] and had the police/intelligence apparatus engage in extrajudicial killings of people in custody and committed acts of torture and rape by police/intelligence? _INDIA._** This will come up again in *An Anchor and a Pitchfork.*

*DEFENDANTS all knew. They absolutely did not give a single fuck.*

     *United States v. Kozminski*, 487 U.S. 931 (1988) continued: "Because the coercive impact of legal or physical coercion is less individualized than other forms of coercion, we need be less concerned about selective or arbitrary enforcement; **and the defendant who intentionally employs physical or legal means to coerce labor has fair notice his acts may be criminal.** The ambiguity justifying a restrictive reading is, moreover, not present when the means of coercion are those at the heart of the institution of slavery, and it seems clear that Congress would have regarded a victim working under a legal or physical threat as serving in a condition of servitude, however limited in time or scope. In sum, I conclude that § 1584 reaches cases where the defendant intentionally coerced the victim's labor by the use or threat of legal or

---

[270] Disabled and broke people are the most likely to be in the bottom of India's caste system and would have no problem doing that against someone with those characteristics so it could help enrich the upper caste in India.

physical means or the defendant intentionally coerced the victim into a slave-like condition of servitude by other forms of coercion or by rendering the defendant incapable of rational choice. I therefore concur in the judgment."

Just in case things go sideways in which DoD and American Intel argue it was part of the selective service. NO. PLAINTIFF does not disagree that CONGRESS and POTUS have the power to *raise armies* nor does he disagree there is a right to call an army into existence counting alone upon the willingness of the citizen to do his duty in time of public need, that is, in time of war. That is all fine and well, where PLAINTIFF draws the line is that not once was PLAINTIFF ever notified he was officially undertaking missions on behalf of the DoD. Say beyond some stretch of the imagination that PLAINTIFF was somehow in the military during Sewanee. PLAINTIFF doesn't disagree with the notion that compelled military service is neither repugnant to a free government nor in conflict with the constitutional guaranties of individual liberty. Indeed, it may not be doubted that the very conception of a just government and its duty to the citizen includes the duty of the citizen to render military service in case of need, and the right of the government to compel it. PLAINTIFF is fine with the line. What PLAINTIFF is not fine with is if DoD conducted operations against PLAINTIFF in which PLAINTIFF was not made aware of the operation being undertaken against him. PLAINTIFF is going to look at some Army Manuals later, but PLAINTIFF doesn't believe the Army field manual would allow the United States Government to commit an act of international and domestic terrorism against their own soldier in which they would benefit $14,900,000,000 of that one act and all the future additional derivative proceeds from that.

It would be such an intolerable, incomprehensible, and completely unconstitutional argument that the United States Government be allowed to commit mail and wire fraud against PLAINTIFF and then force PLAINTIFF to labor for them, fraudulently conceal the value of his work from 2011 through the present moment, and then the United States Government themselves be allowed to utilize civil asset forfeiture and seize the value of the work that was fraudulently concealed by the United States Government. Even if it could be argued that there was a taking, PLAINTIFF never got just compensation of it.

**Statute of Limitations Issues:**

PLAINTIFF is filing his case in 2023 and "trade is in the offing" occurred in 2011, which puts PLAINTIFF out of the statute of limitations by two years. The key important facts are the following:

When PLAINTIFF left London-Heathrow, eventually got to Chicago, and from Chicago, ended up back in Sewanee, that is when PLAINTIFF decided to take a gander about the possible visa issue. What the true nature of the visa is about is the fact that it was just a giant red herring to keep PLAINTIFF distracted. All PLAINTIFF could have understood at the time concerning the 'fraud' of "trade is in the offing" was the allegation he had been denied continuing his flight on Qatar Airways because of an alleged visa issue red herring. That means Qatar Airways had PLAINTIFF'S school email account at kotevmm0@sewanee.edu or another one of PLAINTIFF'S email accounts and  PLAINTIFF'S cell phone number which has not changed from 2008 (to the best of his recollection). In Qatar Airways system, what would have shown up

is that PLAINTIFF bought tickets from London to India. PLAINTIFF listed his American address on the ticket and used an American passport. So PLAINTIFF purchased the tickets on Qatar Airways' website most likely than not (though there is a possibility it was a fabricated CIA website). PLAINTIFF probably had to put his passport number on the tickets he purchased on Qatar Airways' website. Now PLAINTIFF has no idea how Qatar Airways website system worked back then but wouldn't there be an alert system signifying to Qatar Airways prior to PLAINTIFF'S check-in at least the day before that PLAINTIFF was not clear to fly because of a visa issue? It would strike PLAINTIFF as most peculiar that the status of PLAINTIFF'S visa issues was only determinable in a post 9/11 world only at the exact time PLAINTIFF presented himself to the Qatar Airways check-in counter at London Heathrow airport and the Qatar Airways representative checked in PLAINTIFF in London when he purchased the tickets at least two weeks before. PLAINTIFF believes he got no email from Qatar Airways informing him of his visa issues any time before departure, but doesn't know for sure. Now PLAINTIFF could understand if the visa issues didn't come up only because he bought his tickets at the ticket counter to India right then and there, but that isn't the case here. So, if Qatar Airways' computer system alerted the Qatar Airways' representative then and only then, why didn't it alert PLAINTIFF or any internal mechanisms inside Qatar Airways any time before? What DEFENDANTS did know is that when PLAINTIFF purchased tickets to go to Europe prior to this, all PLAINTIFF did was put his information and passport number at the time of the sale in which the immigration check point was done at the immigration control point in the airport. Furthermore, it may have necessarily required Indian Intel to convey to Qatar Airways in London PLAINTIFF was not clear to fly.

DEFENDANTS are going to rely on the fact that maybe PLAINTIFF needed a visa, but that is not what the fraud was about and there was no way PLAINTIFF could have understood what the fraud was about in "trade is in the offing." PLAINTIFF searching for the visa was a red herring.

From the DOJ themselves: "Under the Federal doctrine of fraudulent concealment, the statutory limitations period will begin to run when the cause of action is discovered, or should have been discovered, by the exercise of due diligence. What one must plead and show to establish fraudulent concealment depends on the circumstances of each case. In actions not based on fraud, the plaintiff must plead with particularity and show (1) fraudulent concealment by the defendant; (2) the ignorance of the plaintiff as to the cause of action prior to the running of the limitations period before the commencement of the suit; and (3) that once on notice of the possible cause of action, the plaintiff exercised due diligence in discovering the facts of the claim. In actions based on fraud, the plaintiff need not plead fraudulent concealment if the concealment claim is based on the substantive fraud because the defendant is on notice of the fraud claim. When the defendant claims that the statute of limitations bars the suit, the plaintiff must establish the last two aforementioned elements. If the concealment does not involve the substantive fraud, the plaintiff must establish all three elements. For all types of cases, leave to amend is liberally granted with few exceptions."[271]

---

[271] https://www.ojp.gov/ncjrs/virtual-library/abstracts/federal-doctrine-fraudulent-concealment-techniques-investigation

First off, PLAINTIFF specifically asked the Indian embassy worker about the business visa. Whether a low level employee was manifestly aware of "trade is in the offing" in the Indian Embassy is up for debate; however,

This approach is exemplified by the case of *New York v. Hendrickson Bros., Inc.*, 840 F.2d 1065 (2d Cir. 1988). held that "proof of the conspiracy itself sufficed to prove concealment by the coconspirators." *Id.* at 1084. The self-concealing conspiracy approach is thus distinguishable from the other two approaches to fraudulent concealment, which both require a plaintiff to plead explicit acts of concealment carried out by the defendant.

The standard is exemplified by the case of ***State of Colo. ex rel. Woodard v. Western Paving Const. Co.***, 630 F.Supp. 206 (D. Colo. 1986), which involved an **alleged bid-rigging conspiracy** among highway construction companies. The court explicitly drew a line between "acts of concealment" and "acts taken in carrying out the conspiracy itself," holding that fraudulent concealment requires that the defendant "[take] affirmative steps *in addition to the original wrongdoing*." *Id.* at 210. (Emphasis added).

The court listed several acts that it considered to be part of the conspiracy itself: an executive's nondisclosure of the existence of the conspiracy to employees not involved with the conspiracy, the submission of a bid giving the appearance of regularity in the bidding process, and the creation by an employee of a secret competitor contact list for purposes of coordinating bidding.

In a Louisiana unconscionability case, *Succession of Molaison*, 34 So. 2d 897 (La. 1948), the main point of the case was that a very disabled plaintiff was given a false belief about a certain transaction that was worth far more to the plaintiff than plaintiff could have ever understood at the time. The plaintiff. When the transaction happened, plaintiff testified that she did not know the value of the transaction. There was a judge who knew about the plaintiff in which "Judge Edwards did not explain to plaintiff her rights or the value of the [transaction]. Judge Edwards admits that he did not explain to her what her interests [were valued in the transaction]. He also admits that he did not show her the will or tell her the value of the [transaction]. She testified in effect that she relied on Judge Edwards to look after her interest in the matter. As we view Judge Edwards' testimony, he was evidently relying on the information he had received from the deceased and what [third parties] had told him. He did not discuss with the plaintiff her interests or inform her of the value of the [transaction]. He was evidently acting for the [the third party], because he could not be the attorney for opposing parties... At the time it was signed no inquiry was made of the plaintiff to ascertain whether she understood her rights or the effect of the instrument she was signing... The plaintiff testified that shortly thereafter she heard rumors to the effect that she had been defrauded of her rights. Upon hearing these rumors, she went to one of the attorneys representing her in this case and secured his services to investigate the matter for her... It appears that the attorney made several attempts to see the instrument and after being referred back and forth without avail, the attorney then brought proceedings in the court and secured an order and it was only after the instrument had been produced by order of court that he had an opportunity to see its contents." *Id.*

The Court highlighted how the woman who had directed the transactions to be undertaken by her single act (i.e. death in this case and Hillary in "the offing") that there was no doubt in the court's mind that the woman who had directed the transactions did not want the plaintiff to participate in the transaction. At least in Molinson, the court noted how if the plaintiff displeased [the woman who directed the transactions] that she would receive nothing in which the plaintiff received something meaningful based on her financial circumstances. The court said: "It must be borne in mind that the plaintiff did not voluntarily go to the notary and the witnesses to pass the act and that, at the time it was passed, there was no inquiry made of the plaintiff to ascertain whether or not she understood her rights in the premises, or the import of the instrument she signed. The testimony of the notary and the two witnesses undoubtedly corroborates the plaintiff's testimony and they are disinterested witnesses. The notary would not state that the plaintiff understood the act. One of the witnesses states that the plaintiff, when requested to sign the instrument, said, "I suppose so." While the plaintiff was under the impression that Judge Edwards was representing her interests, it was error on her part because Judge Edwards could not represent her and those opposed to her interests at that time. In view of all the facts and the hasty manner and the circumstances prevailing at the time that the instrument was executed without the plaintiff having the advice of an attorney, this instrument should be annulled and set aside and the parties placed back in the position they occupied before it was executed. All the parties involved in this suit, except the plaintiff, have had extensive business experience and the plaintiff has had practically none. It may be that much was taken for granted when it was executed, but this does not relieve the situation because the plaintiff had a decided inferior mental capacity to the other parties." *Id.* The Court ruled in the plaintiff's favor in *Succession of Molaison*, 34 So. 2d 897 (La. 1948).

 XX

"The doctrine of unconscionability is used by the courts to protect those who are unable to protect themselves and to prevent injustice, both in consumer and nonconsumer areas… [U]nequal bargaining powers and the absence of a meaningful choice on the part of one of the parties, together with contract terms which unreasonably favor the other party, may spell out unconscionability." *(Seabrook v Commuter Housing Co.,*72 Misc.2d 6, 10-11; *Frostifresh Corp. v Reynoso,*54 Misc.2d 119.) In this case, the defendant had a limited knowledge of the English language and no knowledge of the technical or legal tools of English. The plaintiff never provided an interpreter to explain the contract. The bargaining positions, therefore, were unequal. The defendant was and is, under these facts, unable to protect himself. Since he cannot protect himself, the court must protect him and thus this court declares the contract unconscionable and a nullity." *Brooklyn Union Gas v. Jimeniz*, 82 Misc. 2d 948 (N.Y. Civ. Ct. 1975). PLAINTIFF, for all intents and purposes, did not know of the DC Double Speak and he may as well have been an immigrant from a foreign country in DC when DC Double Speak was actively happening and ongoing. DEFENDANTS never provided PLAINTIFF an interpreter how to understand the DC Double Speak nor provided PLAINTIFF information about "trade is in the offing." The bargaining positions between Hillary Clinton & Harold Koh and PLAINTIFF were completely unequal and PLAINTIFF was not able to protect himself. If there is a contract, PLAINTIFF should be compensated for his work and DEFENDANTS are currently in breach of their contract by forcing PLAINTIFF to work for them without pay.



Now that the commercial activity under FSIA argument has been made, Let's grant arguendo "trade is in the offing" is a state act or decision.

# 2(XX). In the Alternative: "Trade Is In The Offing" was a State Act under FSIA.

Undoubtedly, the purpose of Defendants CBN and RN's alleged scheme was to defraud Plaintiffs (and perhaps Defendants Brown and Tomicich), and steal from them. *Southway v. Central Bank of Nigeria*, 198 F.3d 1210, 1217 (10th Cir. 1999)

## 2(A)XX: America's Political Purpose: Beyond Jurisdiction and Counterterrorism Jurisdiction and Precedent.

PLAINTIFF argued terrorism in the Chapter. So, terrorism could be done for political means and ideology that affected the course and conduct of government, which brings up a very important case on point. PLAINTIFF is intentionally, slightly, altering the vocabulary about a case because he doesn't want to be prejudiced by the case without the court understanding what PLAINTIFF is getting at by choosing that case. An action arose when there was an international act of terrorism committed against an American that was traveling somewhere else and had made a temporary stop at the location. The Plaintiffs in the case alleged that the foreign government at issue was liable for damages from the attack because it provided material support and assistance to the actors that undertook the act in which the organization's operatives planned and carried out the attack. The Plaintiffs in the case brought an action pursuant to the Foreign Sovereign Immunities Act ("FSIA"), *inter alia,* 28 U.S.C. § 1605(a)(7), which established subject matter jurisdiction for personal injury from acts of state-sponsored terrorism. The Court ruled in favor of the Plaintiffs finding DEFENDANTS liable for an international act of terrorism under these slightly altered facts in a certain case that PLAINTIFF will reveal below so that the Court could assess the reasonability of PLAINTIFF'S argument in light of a known case in which 95% of the facts are the same and are material in which any facts not included were immaterial so that the Court can be objective in evaluating PLAINTIFF'S claim.

PLAINTIFF is not going to say Individual 1's name as that would necessarily prejudice the claim.[272] "Individual 1 "relocated to a foreign country in the early 1990s, where he was welcomed by their President. Individual 1 lived in the foreign country from the early 1990s until the middle of the middle of the 1990s, when he was expelled from the country under international pressure. The President of the host country and Individual 1 shared a common ideological outlook. The President, who was dean at the foreign country's law school at one time, envisioned some balance to counteract a different individual's rights via powers granted militarily, economically, and politically. As the de facto leader, the President sought to impose *a*

---

[272] DEFENDANTS and the Court can read the case and figure out who Individual 1 was in the case. PLAINTIFF is intentionally not using the name as to prevent prejudice in utilizing the case.

*specific type of law*, as the only source of law, a goal shared by Individual 1. Individual 1 agreed to help the President in the regime's ongoing war against a "Christian separatist" in the South (cough University of the South), and to invest the country's infrastructure. In exchange, the President provided Individual 1 with a sanctuary with complete legal immunity in the country within which it could freely meet, organize, and train individuals for operations such as an operation undertaken against a Christian "separatist" in the South." [273]

The Court in holding DEFENDANTS responsible for providing material support to a terrorist activity documented how: "Individual 1 established several joint business ventures with the Country's government that began to flourish [in which his company would regularly interact with the Country's government]. A State Department report highlighted that Individual 1 "formed symbiotic business relationships with wealthy [government] members by undertaking civil infrastructure development projects on the [country's] behalf." Individual 1's businesses in the country included 1) a company that built a highway and the country's modern international airport; (2) another construction company specializing in infrastructure to the country and a different modern international airport near a port city; (3) An import-export firm, along with a different company, that had cooperation of prominent government officials in which they secured a near monopoly over a country's exports; and 4) a real estate holding company that had large tracts of land near the capital and different parts of the foreign country. These businesses provided income to Individual 1, as well providing cover for the procurement of technical equipment and for the travel of Individual 1's employees. Even after leaving, Individual 1 continued to maintain his substantial business interests and facilities in the country."[274]

The foreign country enabled the act of terrorism because the Court discussed how "The foreign country allowed its banking institutions (or different institutions) to be used by Individual 1 to launder money or engage in regular commerce. The banking institution received a donation from Individual 1 in the value of approximately $50,000,000 in the 1990s. In the late 1980s, the country developed an institutional system that lacked the rigorous accounting standards or other standards. The lack of scrutiny associated with this system was ideal for Individual 1 because it allowed the group to move large sums of money in support of its operations without detection. Individual 1 couldn't have operated with that degree of freedom and openness if they had not been sanctioned by the central government to do so."[275]
The Case: *Rux v. Republic of Sudan*, 495 F. Supp. 2d 541 (E.D. Va. 2007).

18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion),

[273] *See: Below.*
[274] *Rux v. Republic of Sudan*, 495 F. Supp. 2d 541 (E.D. Va. 2007)
[275] *Rux v. Republic of Sudan*, 495 F. Supp. 2d 541 (E.D. Va. 2007)

Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights, and

<mark>So what was going on in Washington D.C in 2010 that relates to "the offing."</mark>

<mark>Of importance to note is that BARACK OBAMA was going to INDIA on November 5th or 6th, 2010 or so, which means all White</mark> House staff knew about INDIA, "is in the offing" because it will be talked about, and any issues arising therefrom. Therefore, BEN RHODES, VALERIE JARRETT, CHERYL MILLS, et. al. can be all included from this moment on. Nothing in the prior emails PLAINTIFF referenced talked about, referenced directly or indirectly, PRESIDENT BARACK OBAMA leading up to 03/11/2011 or his trip to INDIA. It was all about "trade is in the offing."

On Novmeber 2nd, 2010, DEFENDANTS HUMA ABEDIN, CHERYL MILLS, HILLARY CLINTON in an email/had a meeting that talked about INDIA, talked about "TRIP THREATS," then talked about "More frequent meetings of EMBASSY emergency action committees in light of threat from parcel bombs" thereby utilizing emergency powers under USA PATRIOT ACT against PLAINTIFF, talked about how "Blackhawk helos will be ready <u>for transfer to India"</u>  So the 22 Blackhawk Apache Helicopters were part of the "defense trade is in the offing." Part of the "defense trade is in the offing" email was that the Indian military would receive Apache Blackhawk helicopters.[276]  PLAINTIFF believes that based on the article, it was 22 Apache Blackhawk helicopters. The 22 Blackhawk Apache Helicopters deal was made in full approval of Boeing Military Aircraft President Christopher M. Chadwick. **What is extremely important later for _An Anchor and a Pitchfork_ is the following: "WHA Costa Rica is reporting border dispute with Nicaragua to OAS."[277]** This is the documented connection to _An Anchor and a Pitchfork_ and INDIA and _Miki's Tea Party._

DoD and US ARMY'S Law of Land Warfare (Field Manual 27-10) States:
   31. Assassination and Outlawry.
It is especially forbidden * * * to kill or wound treacherously individuals belonging to the hostile nation or army. [Article 23(b) of the 1907 Hague Regulations][208]
This article is construed as prohibiting assassination, proscription, or outlawry of an enemy, or putting a price upon an enemy's head, as well as offering a reward for an enemy "dead or alive". It does not, however, preclude attacks on individual soldiers or officers of the enemy whether in the zone of hostilities, occupied territory, or elsewhere.

That doesn't seem relevant. But oh no, it is for this section as well as _An Anchor and a Pitchfork._

---

[276] https://www.dsca.mil/press-media/major-arms-sales/india-support-direct-commercial-sale-ah-64d-block-iii-apache The President of BOEING's Military Aircraft division was Michael Chadwick.
[277] https://wikileaks.org/clinton-emails/emailid/21033

Enter the three stooges. JOHN BRENNAN, JEH JOHNSON, and HAROLD HONGJU KOH.

ERIC HOLDER: "In the face of a threat so grave, we cannot afford to be passive. Rather, we need the benefit of investigative and prosecutorial tools that allow us to be preemptive in our approach to confronting this problem," Holder said… "If we wait for our nations' citizens to travel to Syria or Iraq, to become radicalized and to return home, it may be too late to adequately protect our national security," he said. Holder called for a four-part approach to the problem, urging all countries to emulate the U.S. in adopting laws against conspiracy and enabling better undercover operations. In what has been a sticking point for some countries, he urged each nation to share traveler information through Interpol, the international police organization. Holder also urged an emphasis on community outreach. "We must seek to stop individuals from becoming radicalized in the first place by putting in place strong programs to counter violent extremism in its earliest stages," Holder said."[278]

Second, to talk about HAROLD HONGJU KOH.

On June 24th, 2009, the senate confirmed HAROLD HONGJU KOH to be a legal adviser to the State Department in the Obama Administration and a senior legal adviser to the Secretary of State, HILLARY CLINTON. HAROLD HONGJU KOH wrote a book entitled: *Transnational Legal Problems* (with Harry Steiner and Detlev Vagts, Foundation Press, 1994). PLAINTIFF doesn't even have to read it and knows it involves issues of national jurisdiction. HAROLD HONGJU KOH left the State Department on December 12, 2012.

HAROLD HONGJU KOH made the argument and identified three elements that the United States Government considers when determining whether to authorize a specific targeted drone killing. What is a drone? It is a thing that can fly over national boundaries, lands in foreign countries, departs from foreign countries, or does activity within a foreign country--there seems to be some sort of aft relevant factual metaphor here.

What is a thing that can depart from the United States, flies over land, seas, and oceans, transcends national borders, does things in a foreign country, comes back home, and can involve counterterrorism and terrorism. HHHHHMMMMMMM. HHHHMMMMMMM.

PLANES

HAROLD HONGJU KOH made an argument that identified three elements that the United States considers when determining whether to authorize a specific targeted drone killing:

- Imminence of the threat
- Sovereignty of other States involved; and
- Willingness and ability of those States to suppress the threat the target poses.

---

[278] https://www.latimes.com/world/middleeast/la-fg-holder-syria-terrorism-20140707-story.html

Now before DoD and American Intel freaks "the fuck out" and tries to assassinate PLAINTIFF because PLAINTIFF has the right to challenge this, but PLAINTIFF says to them slow your roll, calm down, and please don't do that because PLAINTIFF doesn't pose an imminent threat to America. PLAINTIFF is trying to show some good faith here by not challenging it completely, PLAINTIFF is just asking for the admittance it wasn't appropriate in PLAINTIFF'S utilization and that there should be some lines drawn in the law to prevent its future abuse against Americans on American soil. That's all.

As HAROLD HONGJU KOH argued, "he concluded that the existence of this "ongoing armed conflict" grants legal authority to the United States to protect its citizens through the use of force, including lethal force, as a matter of self-defense…He reiterated the widely accepted conceptualization of an "organized terrorist enemy" as one that does not have conventional forces. Instead, such an enemy plan and executes its attacks while hiding among civilian populations, he said. As such, "that behavior simultaneously makes the application of international law more difficult and more critical for the protection of innocent civilians."[279]

HAROLD HONGJU KOH stated that "the "rules" of targeting operations used by the United States are consistent with principles under the laws of war. He cited two well-known principles that govern the State's use of force during an armed conflict: distinction and proportionality. These principles are designed to protect civilians once armed conflict has begun. They are recognized under customary international law as part of *jus in bello* (conduct during war). Yet, Koh omitted any reference to the role of distinction and proportionality in assessing the third principle of military necessity. He provided the well-established legal rules related to the two principles:

- **Distinction**
  Requires that attacks be limited to military objectives and that civilians or civilian objects shall not be the object of the attack.
- **Proportionality**
  Prohibits attacks that may be expected to cause incidental loss of civilian life, injury to civilians, damage to civilian objects, or a combination thereof, that would be excessive in relation to the concrete and direct military advantage anticipated.

Koh said that the United States adheres to these standards and that the United States takes great care in the "planning and execution to ensure that only legitimate objectives are targeted and that collateral damage is kept to a minimum."[280]

It is not so bad in a lot of respects. Gotta keep the country safe, fine, PLAINTIFF agrees. PLAINTIFF can understand, but when you have PLAINTIFF'S history and ERIC HOLDER, JOHN BRENNAN, JEH JOHNSON making comments like these, there is a constitutional and legal line that is crossed that is not acceptable:

ERIC HOLDER said: "The unfortunate reality is that our nation will likely continue to *face terrorist threats that at times originate with our own citizens*," Holder said in prepared text

---

[279] https://www.insidejustice.com/intl/2010/03/27/asil_koh_drone_war_law/
[280] https://www.insidejustice.com/intl/2010/03/27/asil_koh_drone_war_law/

released by the Justice Department. "When such individuals take up arms against this country and join al-Qaida in plotting attacks designed to kill their fellow Americans there may be only one realistic and appropriate response. We must take steps to stop them in full accordance with the Constitution. *In this hour of danger, we simply cannot afford to wait until deadly plans are carried out -- and we will not…* "*Any decision to use lethal force against a United States citizen -- even one intent on murdering Americans* and who has become an operational leader of al-Qaida in a foreign land -- is among the gravest that government leaders can face," Holder said. "The American people can be -- and deserve to be -- assured that actions taken in their defense are consistent with their values and their laws.""[281]

So this necessarily brings up *Peachy Miami, Sewanee Sabotage,* and *Victoria Flight*. Now let me give you the facts of the situation. In one of those, a woman comes completely out of the blue never to be seen again in which she asks PLAINTIFF what are some ways to stop a plane in which PLAINTIFF provides facts and tells her not to do it; GRIFFIN FRY induced *Peachy Miami* in which the DOJ and American Intel utilize perjured testimony, omitted facts, and used fabricated material against PLAINTIFF in Court and on warrants that SCOTUS subsequently covered up, and *Sewanee Sabotage* is about when PLAINTIFF gave an example of sabotage on campus in fighting back against false accusations in which American Intel and DOJ in which SEWANEE PD necessarily fabricated materially false evidence to support their accusation against PLAINTIFF and furthered RICO Enterprise 1. This should give some fucking pause about how unjust it was, but nonetheless continuing on with ERIC HOLDER:

"To these ends, the President has approved, and senior members of the Executive Branch have briefed to the Congress, written policy standards and procedures that formalize and strengthen the Administration's rigorous process for reviewing and approving operations to capture or employ lethal force against terrorist targets outside the United States and outside areas of active hostilities."[282] What the rigorous process was that American Intel DEFENDANTS utilized against PLAINTIFF was framing and fabricating materially false evidence to sustain convictions in Court to coverup how they furthered RICO Enterprise 1. Their rigorous processes for reviewing and approving operations were not rigorous, for if it was, it would have necessarily caught legal fraud in which American Intel would have apologized directly to PLAINTIFF. BUT THEY NEVER DID.

Maybe WARWICK ALLEN, to be discussed in *An Anchor and a Pitchfork*, was a foreign friendly New Zealand spy that worked on behalf of the United States as a member of 5 Eyes which is now a distinct possibility. That being said, WARWICK ALLEN and PLAINTIFF, to the best of PLAINTIFF'S recollection, actually watched this John Brennan clip in Fall 2014/Spring 2015. Either way, PLAINTIFF remembers watching it at least once, if not twice or more, prior to watching the clip again in August 2023, when John Brennan discussed the following at the Wilson Center on April 30th, 2012:  (a year and a month after *Miki's Tea Party*)

[281] https://www.foxnews.com/politics/holder-defends-killings-of-american-citizens-overseas-as-part-of-war-on-terrorism
[282] https://www.foxnews.com/politics/holder-defends-killings-of-american-citizens-overseas-as-part-of-war-on-terrorism

"[Obama] said that we would carry on this fight while upholding the laws and our values, and that we would work with allies and partners whenever possible. <u>But he also made it clear that he would not hesitate to use military force against terrorists who pose a direct threat to America.</u>  And he said that if he had actionable intelligence about high-value terrorist targets, including in Pakistan, he would act to protect the American people… And <u>we have seen lone individuals, including American citizens,</u> often inspired by al-Qaida's murderous ideology, <u>kill innocent Americans and seek to do us harm.</u> <u>It is a direct result of intense efforts made over more than a decade,</u> across two administrations, <u>across the U.S. government and in concert with allies and partners.</u>  This includes the comprehensive counterterrorism strategy being directed by President Obama, a strategy guided by the President's highest responsibility, to protect the safety and the security of the American people. In this fight, **we are harnessing every element of American power: intelligence, military, diplomatic, development, economic, financial, law enforcement, homeland security, and the power of our values, including our commitment to the rule of law.**  That's why, for instance, in his first days in office, President Obama banned the use of enhanced interrogation techniques, which are not needed to keep our country safe. Staying true to our values as a nation also includes upholding the transparency upon which our democracy depends."

So, DoD was utilized force against PLAINTIFF because of *Peachy Miami, Victoria Flight, and Sewanee Sabotage* and that is where JEH JOHNSON and PLAINTIFF intersect. What if that actionable intelligence is pure fabrication against someone, like PLAINTIFF in which legal fraud was perpetuated against PLAINTIFF? Do you see the caveat in the following sentence: "<u>we have seen lone individuals, including American citizens,</u> often inspired by al-Qaida's murderous ideology, <u>kill innocent Americans and seek to do us harm.</u>" So there are lone Americans, who have not been inspired by Al-Qaida's ideology, that have been framed by CIA and American Intel utilizing fabricated narratives in which they alleged that an American had an intent to kill. This is too close for comfort and applies to plaintiff in the respect of plans (and not actual murder because PLAINTIFF never murdered anyone). Do you know what <u>is</u> a result of intense efforts made across the United States Government and in concert with foreign allies and partners like India, Qatar, and Britain?  THE OFFING. This is actually supported when JOHN BRENNAN elaborates further: there is counterterrorism strategy being directed by President Obama. Next, the previous allegations are true and everything PLAINTIFF alleged earlier is true because JOHN BRENNAN said: "**we are harnessing every element of American power: intelligence, military, diplomatic, development, economic, financial, law enforcement, homeland security**..." So American Intel harnessed with DoD that worked with foreign diplomats in England, Qatar, and India, development (i.e. PLAINTIFF) and "a rare development" in trade in which CIA/American Intel relied upon the materially fabricated *False Identification* in which perjured testimony and RICO predicate acts were necessarily relied upon to allege that PLAINTIFF would commit a specific plan in a specific place and use local law enforcement to booster the credibility of the false fabrication in which it was done under the auspices of DHS' jurisdiction in DULLES. Do carry on JOHN O. BRENNAN, director of the CIA after LEON PANETTA who rejoined DoD on PLAINTIFF'S birthday on 4/28 and was part of Clintons' Friends.

"A few months after taking office, the president travelled to the National Archives where he discussed how national security requires a delicate balance between secrecy and

transparency.  He pledged to share as much information as possible with the American people "so that they can make informed judgments and hold us accountable."  He has consistently encouraged those of us on his national security team to be as open and candid as possible as well. Earlier this year, Attorney General Holder discussed how our counterterrorism efforts are rooted in, and are strengthened by, adherence to the law, including the legal authorities that allow us to pursue members of al-Qaida, including U.S. citizens, and to do so using technologically advanced weapons… **Stephen Preston**, the general counsel at the CIA, has discussed how the agency operates under U.S. law."[283] PLAINTIFF was not shared a single piece of information in the "offing"  and PLAINTIFF absolutely did not make an informed judgment. Thanks for proving JOHN BRENNAN lies. Can American Intel after reading everything above say that they adhered to the law and legal authorities? PLAINTIFF says Nay Nay! PLAINTIFF alleges that Stephen Preston did not read a single constitutional law book. Carrying On.

"These speeches build on a lecture two years ago by **Harold Koh, the State Department legal adviser,** who noted that "U.S. targeting practices, including lethal operations conducted with the use of unmanned aerial vehicles, comply with all applicable law, including the laws of war." Given these efforts, I venture to say that the United States government has never been so open regarding its counterterrorism policies and their legal justification.  Still, there continues to be considerable public and legal debate surrounding these technologies and how they are sometimes used in the fight against al-Qaida."[284] Sometimes they are only used against Al Qaeda, who else did they do it to? The 'offing' in Miki's Tea Party. PLAINTIFF alleges that based on JOHN BRENNAN'S statements that LEON PANETTA, JEH JOHNSON, and HAROLD KOH were integral parties in "the offing." Carrying on.

"I think the American people expect us to use advanced technologies, for example, to prevent attacks on U.S. forces and to remove terrorists from the battlefield.  We do, and it has saved the lives of our men and women in uniform. **<u>What has clearly captured the attention of many, however, is a different practice,</u>** beyond hot battlefields like Afghanistan, **identifying specific members** of al-Qaida and **then targeting them** with lethal force, often using **<u>aircraft remotely</u> operated** by **pilots who can be hundreds, if not thousands, of miles away.**  And this is what I want to focus on today. **Jack Goldsmith,** a former assistant attorney general in the administration of George W. Bush and now a professor at Harvard Law School, captured the situation well.  He wrote: "The government needs a way to credibly convey to the public that its decisions about who is being targeted, especially when the target is a U.S. citizen, are sound. First, the government can and should tell us more about the process by which it reaches its high-value targeting decisions. The more the government tells us about the eyeballs on the issue and the robustness of the process, the more credible will be its claims about the accuracy of its factual determinations and the soundness of its legal ones.  All of this information can be disclosed in some form without endangering critical intelligence."

So lets see: American Intel harnessed their powers in conjunction with DoD that worked with foreign diplomats in England, Qatar, and India in which RICO predicate acts were necessarily relied upon to falsely allege that PLAINTIFF would commit a specific plan in a specific place and use local law enforcement like British Intel to booster the credibility of the false fabrication

[283] https://www.wilsoncenter.org/event/the-efficacy-and-ethics-us-counterterrorism-strategy
[284] https://www.wilsoncenter.org/event/the-efficacy-and-ethics-us-counterterrorism-strategy

in which it was done under the auspices of DHS' jurisdiction in DULLES and British Intel's in HEATHROW in which American Intel identifies a specific member who can be a U.S. Citizen and targeted him by using aircraft operated by pilots who can be hundreds, if not thousands, of miles away from Washington DC. Carrying on the next part of the speech:



**"Well, President Obama agrees."** Case closed.

JOHN BRENNAN continued: "And that is why I am here today. I stand here as someone who has been involved with our nation's security for more than 30 years. I have a profound appreciation for the **truly remarkable capabilities of our counterterrorism professionals, and our relationships with other nations,** and _we must never compromise them_. **I will not discuss the sensitive details of any specific operation today.** I will not, nor will I ever, publicly divulge sensitive intelligence sources and methods. For when that happens, our national security is endangered and lives can be lost. At the same time, we reject the notion that any discussion of these matters is to step onto a slippery slope that inevitably endangers our national security. Too often, that <u>fear can become an excuse for saying nothing at all</u>, which creates a void that is then filled with myths and falsehoods. That, in turn, can erode our credibility with the American people and with foreign partners, and it can undermine the public's understanding and support for our efforts. In contrast, President Obama believes that done carefully, deliberately and responsibly we can be more transparent and still ensure our nation's security."[285]

Too bad American Intel DEFENDANTS compromised PLAINTIFF in which they may or may not have damaged their own institutions by furthering RICO Enterprise 1 in the process. Thank you John Brennan for confirming that American Intel and British Intel Defendants intentionally failed to inform PLAINTIFF anything of "the offing" plan that was utilized against him thereby committing mail and wire fraud in the process. "Fear can become an excuse for saying nothing at all" did American Intel fear the truth involving PLAINTIFF and not inform him of anything or accept the truth of the facts. No falsehoods here, just truth. Thank You JOHN BRENNAN for confirming the deliberate and intentional acts of BARACK OBAMA. Carrying on.

"First, these targeted strikes are legal. **Attorney General Holder, Harold Koh, and Jeh Johnson have all addressed this question at length.** To briefly recap, as a matter of domestic law, the Constitution empowers the president to protect the nation from any imminent threat of attack. The Authorization for Use of Military Force, the AUMF, passed by Congress after the September 11th attacks authorized the president "to use all necessary and appropriate forces"

---

[285] https://www.wilsoncenter.org/event/the-efficacy-and-ethics-us-counterterrorism-strategy

against those nations, organizations, and individuals responsible for 9/11. There is nothing in the AUMF that restricts the use of military force against al-Qaida to Afghanistan.

As a matter of international law, the United States is in an armed conflict with al-Qaida, the Taliban, and associated forces, in response to the 9/11 attacks, and we may also use force consistent with our inherent right of national self-defense. There is nothing in international law that bans the use of remotely piloted aircraft for this purpose or that prohibits us from using lethal force against our enemies outside of an active battlefield, **at least when the country involved consents** or is unable or unwilling to **take action against the threat**.

**Second, targeted strikes are ethical. _Without question,_ the ability to target a specific individual, from hundreds or thousands of miles away, raises profound questions. Here, I think it's useful to consider such strikes against the basic principles of the law of war that govern the use of force."²⁸⁶**

**"Without question," there goes American Intel and DOJ again stifling dissent. PLAINTIFF has a question: "is it in accordance of the laws of America to further RICO Enterprise 1 on materially false fabrications against an American that poses no actual imminent threat to the United States and is completely out of proportion to anything that American has ever done in his life, in which American Intel's review process completely omitted legal fraud and truth in their decision to target that American in the United Kingdom with the consent of UK, India, and Qatar in which $14,900,000,000 would be made? The previous 200+ pages might disagree with JOHN BRENNAN.**

**"Targeted strikes conform to the principle of necessity, the requirement that the target have definite military value. In this armed conflict, individuals who are part of al-Qaida or its associated forces are legitimate military targets."**

How did the strike against PLAINTIFF conform to any principle of necessity? Was the necessity in furthering RICO Enterprise 1? What substantial steps did PLAINTIFF take? What materials did he buy? The specific imminent plans PLAINTIFF had when he messaged Suresh on Facebook on February 27ᵗʰ, 2011 just a few days before March 10ᵗʰ, 2011 are the following:

> "I would arrive on the 9th and return back home on the 16th/17th. I have done some research and would love to see somethings. Places I would love to see: Jama Masjid Sabarmati ashram of Mahatma Gandhi Swaminarayan Temple Sidi Sayed Mosque Jhulta Minara Adalaj Step-Well But the main thing is to experience the people, experience new ideas, experiencing the great things that made you, you. The simplitude of rural Tennessee, as lovely as it sometimes, does not help me understand truth further. I really do hope you have the time to allow me to come visit you, please let me know if you would enjoy my company. I really cannot thank you enough, Miki."

What terrorist plan did PLAINTIFF exhibit? If we are talking about Victoria's Flight, even if we grant American Intel their completely misleading claim about Victoria's Flight, what part of the

---

²⁸⁶ https://www.wilsoncenter.org/event/the-efficacy-and-ethics-us-counterterrorism-strategy

message above conveyed PLAINTIFF had intended on stopping the flight?  There is a specific arrival date and a specific date to return home. Is visiting a temple now considered terrorist activity? Is experiencing the people of India now considered terrorist acts? What terrorist camp was PLAINTIFF going to? What foreign allegiance did PLAINTIFF declare? Is experiencing new ideas now terrorism?  Ironic PLAINTIFF talks about wanting to understand truth further, maybe JOHN BRENNAN, JEH JOHNSON, LEON PANETTA, HILLARY CLINTON, HAROLD KOH, American Intel, British Intel, Indian Intel should have picked up on the cue, but they did not. Actually there is an inference that American Intel and Indian Intel were sabotaging PLAINTIFF'S terrorist plans of experiencing the culture, people, and new ideas (itan) in which PLAINTIFF was prevented from talking to Suresh "Miki Kotevski Wednesday, March 2, 2011 at 7:31pm CST: Suresh! call me back. My cellular service dropped the call....... it is very annoying!!!! I tried calling you, but my service does not allow for it."

Let us have JOHN BRENNAN continue: "With the <u>unprecedented ability</u> of remotely <u>piloted aircraft to precisely target a military objective while minimizing collateral damage, one could argue that never before has there been a weapon that allows us to distinguish more effectively between</u> an al-Qaida terrorist <u>*and innocent civilians*</u>."[287]

What the hell is JOHN BRENNAN talking about. Is PLAINTIFF to believe that within every single branch listed in American Intel that every single employee all unanimously arrived to a degree of high confidence that now purchasing plane tickets and having the intent to go to and come back from a place in which you would experience the culture, people, and new ideas is now Al-Qaeda terrorist ideology?  CONGRESS appropriated ~~STOLE~~ $368,800,000,000 from the taxpayer to DNI between 2007-2011 in which ALL American Intel DEFENDANTS possessed the complete inability to distinguish the difference between Al-Qaeda terrorism ideology and someone who purchased plane tickets and had the complete specific plan and intent to go to and come back from for the purpose of experiencing the culture, people, and new ideas of a country he had never been to before….

Let me say that again because PLAINTIFF doesn't believe you understood the point: CONGRESS appropriated ~~STOLE~~ $368,800,000,000 from the taxpayer to DNI between 2007-2011 in which not a single American Intel DEFENDANT possessed the ability to distinguish the difference of Al-Qaeda terrorism ideology and someone who purchased plane tickets and had the complete specific plan and intent to go to and come back from a place for the purpose of experiencing the culture, people, and new ideas of a country he had never been to before….Carrying on.

**"Targeted strikes conform to the principle of proportionality, the notion that the anticipated collateral damage of an action cannot be excessive in relation to the anticipated military advantage.  By targeting an individual terrorist** or small numbers of terrorists **with ordnance that can be adapted to avoid harming others in the immediate vicinity, it is hard to imagine a tool that can better minimize the risk to civilians than remotely piloted aircraft."** So, committing an act of international and domestic terrorism against a PLAINTIFF who had the complete specific plan and intent to go to and come back from a place for the purpose of experiencing the culture, people, and new ideas of a country he had never been to

[287] https://www.wilsoncenter.org/event/the-efficacy-and-ethics-us-counterterrorism-strategy

before conforms to the principle of proportionality? Is that right? So here is the thing. American Intel, British Intel, Indian Intel, Qatari Intel, all knew what they were doing. These DEFENDANTS never viewed PLAINTIFF as an American with rights.

**"Of course, even if a tool is legal and ethical, that doesn't necessarily make it appropriate or advisable in a given circumstance.. Targeted strikes are wise. Remotely piloted aircraft in particular can be a wise choice because of geography, with their ability to fly hundreds of miles over the most treacherous terrain, strike their targets with astonishing precision, and then return to base. They can be a wise choice because of time, <u>when windows of opportunity can close quickly and there just may be only minutes to act.</u>"**[288]

PLAINTIFF alleges American Intel, British Intel, Heathrow, Britain, Indian Intel, State, HILLARY CLINTON, India, Qatar were all part of "the offing" in which there was a specific window of opportunity for them in which that quickly closed PLAINTIFF not to be subject to RICO Enterprise 1 and an act of international and domestic terrorism.

"I acknowledge that we, as a government, along with our foreign partners, can and must do a better job of addressing the mistaken belief among some foreign publics that we engage in these strikes casually, as if we are simply unwilling to expose U.S forces to the dangers faced every day by people in those regions. For, as I'll describe today, there is absolutely nothing casual about the extraordinary care we take in making the decision to pursue an al-Qaida terrorist, and the lengths to which we go to ensure precision and avoid the loss of innocent life.
Still, there is no more consequential a decision than deciding whether to use lethal force against another human being, even a terrorist dedicated to killing American citizens. So in order to ensure that our counterterrorism operations involving the use of lethal force are legal, ethical, and wise, President Obama has demanded that we hold ourselves to the highest possible standards and processes.

This reflects his approach to broader questions regarding the use of force. In his speech in Oslo accepting the Nobel Peace Prize, the president said that "all nations, strong and weak alike, must adhere to standards that govern the use of force." And he added:
"Where force is necessary, we have a moral and strategic interest in binding ourselves to certain rules of conduct. And even as we confront a vicious adversary that abides by no rules, I believe the United States of America must remain a standard bearer in the conduct of war. That is what makes us different from those whom we fight. That is a source of our strength."

The United States is the first nation to regularly conduct strikes using remotely piloted aircraft in an armed conflict. Other nations also possess this technology, and any more nations are seeking it, and more will succeed in acquiring it. President Obama and those of us on his national security team are very mindful that as our nation uses this technology, we are establishing precedents that other nations may follow, and not all of those nations may -- and not all of them will be nations that share our interests or the premium we put on protecting human life, including innocent civilians.

---

[288] https://www.wilsoncenter.org/event/the-efficacy-and-ethics-us-counterterrorism-strategy

If we want other nations to use these technologies responsibly, we must use them responsibly. If we want other nations to adhere to high and rigorous standards for their use, then we must do so as well. We cannot expect of others what we will not do ourselves. President Obama has therefore demanded that we hold ourselves to the highest possible standards, that, at every step, we be as thorough and as deliberate as possible.

This leads me to the final point I want to discuss today, **the rigorous standards and process of review** to which we hold ourselves today when considering and authorizing strikes against a specific member of al-Qaida outside the hot battlefield of Afghanistan. **What I hope to do is to give you a general sense, in broad terms, of the high bar we require ourselves to meet when making these profound decisions today.** That includes not only whether a specific member of al-Qaida can legally be pursued with lethal force, **but also whether he should be.**
Over time, we've worked to refine, clarify, and strengthen this process and our standards, and we continue to do so. If our counterterrorism professionals assess, for example, that a suspected member of al-Qaida poses such a threat to the United States to warrant lethal action, they may raise that individual's name for consideration. **The proposal will go through a careful review and, as appropriate, will be evaluated by the very most senior officials in our government for a decision.**"[289]

The previous 250+ pages PLAINTIFF elaborated upon shows their rigorous standards and process of review was fraudulent. Did American Intel, White House, British Intel, India, UK, Indian Intel, Qatar, and Qatari intel all reach the decision that it was fair, well considered, included FACTS, and more? No way.

There is a case that PLAINTIFF loves in this complaint: *In Re Murchison*, 349 U.S. 133 (1955), PLAINTIFF makes the following argument (in *Star Chambers*) based on the case (but instead of a judge, he is incorporating American Intel leadership): It is impossible for Robert Mueller, Leon Panetta, Harold Koh, Jeh Johnson, etc. to free himself or herself of the influence he or she would obtain in a secret session in which it would ultimately come down to the subject's attitude. Bias that denies Due Process under law is created when it necessarily involves secret sessions in which those DEFENDANTS grow to hate the subject because of a biased and completely fraudulent presentation of the subject's attitude by law enforcement and DOJ in which perjured testimony was used against PLAINTIFF in which they would obtain more power and a minimum of $14,900,000,000."

"First and foremost, the individual must be a legitimate target under the law." Instead of just talking about a legitimate target under the law, how about a legitimate purpose that used actual facts under the law.

"Earlier, I described how the use of force against members of al-Qaida is authorized under both international and U.S. law, including both the inherent right of national self-defense and the 2001 Authorization for Use of Military Force, which courts have held extends to those who are part of al-Qaida, the Taliban, and associated forces. If, after a legal review, we determine that the

[289] https://www.wilsoncenter.org/event/the-efficacy-and-ethics-us-counterterrorism-strategy

individual is not a lawful target, end of discussion.  We are a nation of laws, and we will always act within the bounds of the law."[290]



"Of course, the law only establishes the outer **limits** of the authority in which counterterrorism professionals can operate.  Even if we determine that it is lawful to pursue the terrorist in question with lethal force, it doesn't necessarily mean we should.  There are, after all, literally thousands of individuals who are part of al-Qaida, the Taliban, or associated forces, thousands upon thousands.  Even if it were possible, going after every single one of these individuals with lethal force would neither be wise nor an effective use of our intelligence and counterterrorism resources.As a result, we have to be strategic.  Even if it is lawful to pursue a specific member of al-Qaida, <u>**we ask ourselves whether that individual's activities rise to a certain threshold for action, and whether taking action will, in fact, enhance our security**</u>."[291]

WHAT WERE THE SPECIFIC ACTS THAT PLAINTIFF DID THAT RAISED A THRESHOLD FOR ACTION. ARTICULATE TO PLAINTIFF WITH DEMONSTRABLE AND TRUE FACTS WHAT SPECIFIC ACTS PLAINTIFF DID THAT RAISED THE THRESHOLD FOR ACTION. PLAINTIFF is not talking about speech as speech is protected. ARTICULATE THE SPECIFIC AND TRUE ACTS. DEFENDANTS CANNOT DO THIS.

"For example, when considering lethal force we ask ourselves whether the individual poses a significant threat to U.S. interests.  This is absolutely critical, and it goes to the very essence of why we take this kind of exceptional action.  We do not engage in legal action -- in lethal action in order to eliminate every single member of al-Qaida in the world.  Most times, and as we have done for more than a decade, we rely on cooperation with other countries that are also interested in removing these terrorists with their own capabilities and within their own laws.  Nor is lethal action about punishing terrorists for past crimes; we are not seeking vengeance.  Rather, we conduct targeted strikes because they are necessary to mitigate an actual ongoing threat, to stop plots, prevent future attacks, and to save American lives.

And what do we mean when we say significant threat? **I am not referring to some hypothetical threat,** the mere possibility that a member of al-Qaida might try to attack us at some point in the

---

[290] https://www.wilsoncenter.org/event/the-efficacy-and-ethics-us-counterterrorism-strategy
[291] https://www.wilsoncenter.org/event/the-efficacy-and-ethics-us-counterterrorism-strategy

future. A significant threat might be posed by an individual who is an operational leader of al-Qaida or one of its associated forces. Or perhaps the individual is himself an operative, in the midst of actually training for or planning to carry out attacks against U.S. persons and interests. Or perhaps the individual possesses unique operational skills that are being leveraged in a planned attack. The purpose of a strike against a particular individual is to stop him before he can carry out his attack and kill innocents. The purpose is to disrupt his plans and his plots before they come to fruition."[292]

ALL AMERICAN INTEL HAD WERE HYPOTHETICAL POSSIBLE THREATS. That's it. Nothing else. Nothing more.

"In addition, our unqualified preference is to only undertake lethal force when we believe that capturing the individual is not feasible. I have heard it suggested that the Obama Administration somehow prefers killing al-Qaida members rather than capturing them. Nothing could be further from the truth. **It is our preference to capture suspected terrorists whenever and wherever feasible.**" AMERICAN INTEL KIDNAPPED PLAINTIFF IN WASHINGTON DC and LONDON.

"**For one reason, this allows us to gather valuable intelligence that we might not be able to obtain any other way.** In fact, the members of al-Qaida that we or other nations have captured have been one of our greatest sources of information about al-Qaida, its plans, and its intentions. And once in U.S. custody, we often can prosecute them in our federal courts or reformed military commissions, both of which are used for gathering intelligence and preventing future terrorist attacks."[293]

So furthering RICO Enterprise 1 is a justifiable basis in which PLAINTIFF had no articulable or relevant knowledge to American Intel?

"**You see our preference for capture** in the case of Ahmed Warsame, a member of al-Shabaab who had significant ties to al-Qaida in the Arabian Peninsula. **Last year, when we learned that he would be traveling** from Yemen to Somalia, **U.S. forces captured him in route and we subsequently charged him in federal court**."[294]

That is called repeat behavior by CIA and American INTEL. PLAINTIFF was accused of no crime, had no actual plots, was literally just studying at a University.

"The reality, however, is that since 2001 such unilateral captures by U.S. forces outside of hot battlefields, like Afghanistan, have been exceedingly rare. This is due in part to the fact that in many parts of the world our counterterrorism partners have been able to capture or kill dangerous individuals themselves. Moreover, after being subjected to more than a decade of relentless pressure, al-Qaida's ranks have dwindled and scattered. These terrorists are skilled at seeking remote, inhospitable terrain, places where the United States and our partners simply do not have

---

[292] https://www.wilsoncenter.org/event/the-efficacy-and-ethics-us-counterterrorism-strategy
[293] https://www.wilsoncenter.org/event/the-efficacy-and-ethics-us-counterterrorism-strategy
[294] https://www.wilsoncenter.org/event/the-efficacy-and-ethics-us-counterterrorism-strategy

the ability to arrest or capture them.  At other times, our forces might have the ability to attempt capture, but only by putting the lives of our personnel at too great a risk.  Oftentimes, attempting capture could subject civilians to unacceptable risks.  There are many reasons why capture might not be feasible, in which case lethal force might be the only remaining option to address the threat, prevent an attack, and save lives. Finally, when considering lethal force we are of course mindful that there are important checks on our ability to act unilaterally in foreign territories.  **We do not use force whenever we want, wherever we want."**[295]

**Let me repeat what JOHN BRENNAN just said: "We do not use force whenever we want, wherever we want."**[296]



Yes, JOHN BRENNAN, American DEFENDANTS surely followed the law in *Miki's Tea Party.*

"International legal principles, including respect for a state's sovereignty and the laws of war, impose constraints.  The United States of America respects national sovereignty and international law. Those are some of the questions we consider; the high standards we strive to meet. And in the end, we make a decision, we decide whether a particular member of al-Qaida warrants being pursued in this manner.  Given the stakes involved and the consequences of our decision, we consider all the information available to us, carefully and responsibly. We review the most up-to-date intelligence, drawing on the full range of our intelligence capabilities.  And we do what sound intelligence demands, we challenge it, we question it, including any assumptions on which it might be based.  If we want to know more, we may ask the intelligence community to go back and collect additional intelligence or refine its analysis so that a more informed decision can be made."[297]

[295] https://www.wilsoncenter.org/event/the-efficacy-and-ethics-us-counterterrorism-strategy
[296] https://www.wilsoncenter.org/event/the-efficacy-and-ethics-us-counterterrorism-strategy
[297] https://www.wilsoncenter.org/event/the-efficacy-and-ethics-us-counterterrorism-strategy

"We listen to departments and agencies across our national security team. We don't just hear out differing views, we ask for them and encourage them. We discuss. We debate. We disagree. We consider the advantages and disadvantages of taking action. We also carefully consider the costs of inaction and whether a decision not to carry out a strike could allow a terrorist attack to proceed and potentially kill scores of innocents. Nor do we limit ourselves narrowly to counterterrorism considerations. We consider the broader strategic implications of any action, including what effect, if any, an action might have on our relationships with other countries. And we don't simply make a decision and never revisit it again. Quite the opposite. Over time, we refresh the intelligence and continue to consider whether lethal force is still warranted."[298]

Let me say that again because PLAINTIFF doesn't believe you understood the point: CONGRESS appropriated ~~STOLE~~ $368,800,000,000 from the taxpayer to DNI between 2007-2011 in which not a single American Intel DEFENDANT possessed the ability to distinguish the difference of Al-Qaeda terrorism ideology and someone who purchased plane tickets and had the complete specific plan and intent to go to and come back from a place for the purpose of experiencing the culture, people, and new ideas of a country he had never been to before….Carrying on.

"In some cases, such as senior al-Qaida leaders who are directing and planning attacks against the United States, the individual clearly meets our standards for taking action. In other cases, individuals have not met our standards. Indeed, there have been numerous occasions where, after careful review, we have, working on a consensus basis, concluded that lethal force was not justified in a given case. As President Obama's counterterrorism advisor, I feel that it is important for the American people to know that these efforts are overseen with extraordinary care and thoughtfulness. The president expects us to address all of the tough questions I have discussed today. Is capture really not feasible? Is this individual a significant threat to U.S. interests? Is this really the best option? Have we thought through the consequences, especially any unintended ones? Is this really going to help protect our country from further attacks? Is this going to save lives? Our commitment to upholding the ethics and efficacy of this counterterrorism tool continues even after we decide to pursue a specific terrorist in this way. For example, we only authorize a particular operation against a specific individual if we have a high degree of confidence that the individual being targeted is indeed the terrorist we are pursuing. This is a very high bar. Of course, how we identify an individual naturally involves intelligence sources and methods, which I will not discuss. Suffice it to say, our intelligence community has multiple ways to determine, with a high degree of confidence, that the individual being targeted is indeed the al-Qaida terrorist we are seeking."[299]

"In addition, we only authorize a strike if **we have a high degree of confidence** that innocent civilians will not be injured or killed, except in the rarest of circumstances. The unprecedented advances we have made in technology provide us greater proximity to target for a longer period of time, and as a result allow us to better understand what is happening in real time on the ground in ways that were previously impossible. We can be much more discriminating and we can make

[298]https://www.wilsoncenter.org/event/the-efficacy-and-ethics-us-counterterrorism-strategy
[299] https://www.wilsoncenter.org/event/the-efficacy-and-ethics-us-counterterrorism-strategy

more informed judgments about factors that might contribute to collateral damage. I can tell you today that there have indeed been occasions when we decided against conducting a strike in order to avoid the injury or death of innocent civilians. **This reflects our commitment to doing everything in our power to avoid civilian casualties, even if it means having to come back another day to take out that terrorist, as we have done previously.** And I would note that these standards, for identifying a target and avoiding the loss of innocent -- the loss of lives of innocent civilians, e**xceed what is required as a matter of international law on a typical battlefield**. That's another example of the high standards to which we hold ourselves."[300]

"Ensuring the ethics and efficacy of these strikes also includes regularly informing appropriate members of Congress and the committees who have oversight of our counterterrorism programs. Indeed, our counterterrorism programs, including the use of lethal force, have grown more effective over time because of congressional oversight and our ongoing dialogue with members and staff. This is the seriousness, the extraordinary care, that President Obama and those of us on his national security team bring to this weightiest of questions: Whether to pursue lethal force against a terrorist who is plotting to attack our country.
**When that person is a U.S. citizen, we ask ourselves additional questions. Attorney General Holder has already described the legal authorities that clearly allow us to use lethal force against an American citizen who is a senior operational leader of al-Qaida. He has discussed the thorough and careful review, including all relevant constitutional considerations, that is to be undertaken by the U.S. government when determining whether the individual poses an imminent threat of violent attack against the United States.
To recap, the standards and processes I've described today, which we have refined and strengthened over time, reflect our commitment to: ensuring the individual is a legitimate target under the law; determining whether the individual poses a significant threat to U.S. interests; determining that capture is not feasible; being mindful of the important checks on our ability to act unilaterally in foreign territories; having that high degree of confidence, both in the identity of the target and that innocent civilians will not be harmed; and, of course, engaging in additional review if the al-Qaida terrorist is a U.S. citizen.**
Going forward, we'll continue to strengthen and refine these standards and processes. As we do, we'll look to institutionalize our approach more formally so that the high standards we set for ourselves endure over time, including as an example for other nations that pursue these capabilities. **As the president said in Oslo, in the conduct of war, America must be the standard bearer."[301]**

"I would just like to close on a personal note. I know that for many people in our government and across the country the issue of targeted strikes raised profound moral questions. **It forces us to confront deeply held personal beliefs and our values as a nation.** If anyone in government who works in this area tells you they haven't struggled with this, then they haven't spent much time thinking about it. **I know I have, and I will continue to struggle with it as long as I remain in counterterrorism."[302]**
.

[300] https://www.wilsoncenter.org/event/the-efficacy-and-ethics-us-counterterrorism-strategy
[301] https://www.wilsoncenter.org/event/the-efficacy-and-ethics-us-counterterrorism-strategy
[302] https://www.wilsoncenter.org/event/the-efficacy-and-ethics-us-counterterrorism-strategy

**"Until that finally happens, however, there are still terrorists in hard-to-reach places who are actively planning attacks against us. If given the chance, they will gladly strike again and kill more of our citizens. And the president has a Constitutional and solemn obligation to do everything in his power to protect the safety and security of the American people. Until that happens, as President Obama said here five years ago, if another nation cannot or will not take action, we will. And it is an unfortunate fact that to save many innocent lives we are sometimes obliged to take lives, the lives of terrorists who seek to murder our fellow citizens.** On behalf of President Obama and his administration, I am here to say to the American people that we will continue to work to safeguard this nations -- this nation and its citizens responsibly, adhering to the laws of this land and staying true to the values that define us as Americans, and thank you very much."[303]

**"Well, as I said, one of the considerations that we go through is the feasibility of capture. We would prefer to get these individuals so that they can be captured. Working with local governments, what we like to be able to do is provide them the intelligence that they can get the individuals, so it doesn't have to be U.S. forces that are going on the ground in certain areas.** But if it's not feasible, either because it's too risky from the standpoint of forces or the government doesn't have the will or the ability to do it, then we make a determination whether or not the significance of the threat that the person poses requires us to take action, so that we're able to mitigate the threat that they pose. I mean, these are individuals that could be involved in a very active plot, and if it is allowed to continue, you know, it could result in attacks either in Yemen against the U.S. embassy, or here in the homeland that could kill, you know, dozens if not hundreds of people. So what we always want to do, though, is look at whether or not there is an option to get this person and bring them to justice somehow for intelligence collection purposes, as well as to try them for their crimes."[304]

       PLAINTIFF doesn't have the energy to go through all of what JOHN BRENNAN said but is including it.

       HILLARY CLINTON in her own words and emails specifically mentioned "better defense trade" for INDIA and the UNITED STATES. PLAINTIFF is alleging that INDIA received better trade (and therefore more money) from the UNITED STATES in furtherance of their RICO Enterprise and Act of International and Domestic Terrorism. Therefore, TERRORISM RISK INSURANCE ACT (TRIA) applies: (iii) to have resulted in damage within the United States, or outside of the United States in the case of— *an air carrier*--this condition was met as it delayed United Airlines Flight 925, and as previously stated, delayed flights cost money and effect interstate and intrastate commerce; and it seriously harmed the PLAINTIFF. If DEFENDANTS allege that PLAINTIFF was not psychologically harmed by this scenario, first off, they're lying, and then that means PLAINTIFF had no psychological problems at this time, and this seriously undercuts any reason or presumptions DEFENDANTS may have given about surveilling PLAINTIFF at this time. Therefore, this incident caused damage in the United States and outside the United States thereby affecting interstate and intrastate commerce. Then the next section in TRIA is that "and to have been committed by an individual or individuals acting on

---

[303] https://www.wilsoncenter.org/event/the-efficacy-and-ethics-us-counterterrorism-strategy
[304] https://www.wilsoncenter.org/event/the-efficacy-and-ethics-us-counterterrorism-strategy

behalf of any foreign person or **foreign interest**, as part of an effort **to coerce the civilian population** of **the United States** or <u>**to influence the policy or affect the conduct of the United States Government by coercion**</u>. Post Trigger Federal Assistance: When program is triggered, Federal government is to pay 90% of insured terrorism losses in excess of individual insurer trigger/deductibles while the insurer pays 10%. In 2007, this rises to 85%/15%. In 2016, this 85% shall decrease by 1 percentage point per calendar year until equal to 80% (15 U.S.C. §6701 note, §103(e)(1)(A) of the Terrorism Risk Insurance Act of 2002 (15 U.S.C. 6701 note)). "BETTER TRADE" FOR INDIA and 5 Eyes budget increase and resources and expansion of their power for DEFENDANTS BRITISH Intelligence after act was committed for British Interest and therefore that meets the criteria that is done for foreign interest. Nowhere in the statute does it say that it could be a possibility of helping UNITED STATES' interests in the process—that is irrelevant and inapplicable to the text of the law that Congress decided upon and wrote. Just because it may possibly help the United States interest in some contrived way that furthered a RICO Enterprise does not negate the fact that it is helping foreign interests. Does the court really want to rule that if there is a conceivable way that an act of terrorism could help American's interests that it is legally allowable and forgivable? Boy do some actual terrorists want to talk to you about that legal precedent you would be setting. Lol.  The statute says an individual or individuals without regard to nationality requirements as Congress intentionally omitted the nationality requirement because it wanted to apply to both Americans and non-Americans alike. HILLARY CLINTON clearly specified it was for INDIA'S interest; and deriving from this, BRITAIN'S and 5 Eyes interest as well. PLAINTIFF was coerced in the process as kidnapping or false imprisonment constitutes a coercive act committed against PLAINTIFF, and it was because of an air carrier that it applies. This all clearly influenced the policy and affected the conduct of the UNITED STATES government because PLAINTIFF was coerced and UNITED STATES government by having concocting it, implementing it, and talking about it, it all affected the conduct of the UNITED STATES Government. Therefore, those conditions are all met. TRIA applies. Therefore, no FSIA immunity for DEFENDANTS UNITED KINGDOM and INDIA.

Ah yes, PLAINTIFF'S last line of defense: TIMOTHY ROEMER. TIMOTHY ROEMER was the United States Ambassador to India during "trade is in the offing." Maybe he could have put a stop to "trade is in the offing." How did President Obama describe him? "my great friend, Tim Roemer."[305] Shit. This is his biography from May 2008: The Honorable Timothy J. Roemer, President, Center for National Policy: "From the floor of the U.S. Congress to the chambers of the 9/11 Commission, Tim Roemer has dedicated his professional career to strengthening national security and improving education in America…After the attacks of September 11th, Roemer used his position on the Permanent Select Committee on Intelligence to support the work of a Joint Congressional Inquiry into the nature of the attacks.  Roemer also was the key sponsor of legislation to establish the National Commission on Terrorist Attacks Upon the United States, known as "The 9/11 Commission." Since leaving Congress in 2003, Roemer has continued to work on developing ways to strengthen national security as President of the Center for National Policy…As a Distinguished Scholar at the Mercatus Center at George Mason University, Roemer works with Members of Congress and staff to improve public policy outcomes by teaching on the legislative branch and policy analysis."[306] Furthermore

---

[305] https://obamawhitehouse.archives.gov/the-press-office/remarks-president-us-india-strategic-dialogue-reception
[306] https://web.archive.org/web/20080515153432/http://www.cnponline.org/ht/d/sp/i/1321/pid/1321

"Ambassador Roemer is charged with leading one of America's largest diplomatic missions. Under the leadership of President Obama and Secretary of State Hillary Rodham Clinton, Ambassador Roemer has principal responsibility for broadening and deepening the multi-faceted U.S.-India partnership, as the world's oldest and the world's largest democracies address the challenges of the 21st century... In addition, Roemer served on the Washington Institute's Presidential Task Force on Combating the Ideology of Radical Extremism. As a Distinguished Scholar at the Mercatus Center at George Mason University, Ambassador Roemer worked with Members of Congress and staff to improve public policy outcomes by teaching on the legislative branch and policy analysis."[307] He would have completely allowed it because it was about "National Security" regardless of the fact it was based entirely on fabricated lies.

"On the margins of the President's trip, trade transactions were announced or showcased, exceeding $14.9 billion in total value with $9.5 billion in U.S. export content."[308]

Being a victim of international and domestic terrorism by DEFENDANTS and allowing it to happen by DEFENDANTS in which all it took to prevent it from happening was one phone call and opening two doors and for their failure in not showing up at Dulles with their Big Old Heart. PLAINTIFF is symbolically making the figure of $XX for the act of kidnapping PLAINTIFF and committing domestic and international terrorism against PLAINTIFF (but PLAINTIFF is not done yet calculating the damages with this incident) on the night of 03/11/2011 as PLAINTIFF'S symbolism reflects the odds of the 1 out of 117 flights that occurred in the 9pm time slot between 01/01/2011-05/31/2011.

For having committed an act of international and domestic terrorism against PLAINTIFF: Damages of: 300,112,011. That is symbolic of the date of 3/11/2011.
(*That is just for the act*. That figure does not include the trade associated with the act.)

DEFENDANTS violated: 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights. *United States v. Cook,* 793 F.2d 734 (5th Cir. 1986) ("[b]oth the fact of conspiracy and a defendant's participation in it may be proved by circumstantial evidence." 793 F.2d at 736). "As was the case in *United States v. Postal,* 589 F.2d 862 (5th Cir.) … "the mere fact that [defendant] made the statement is relevant to the issues of [his] knowledge of the conspiracy and his participation in it."...As Professor McCormick explains: "Proof that one talks about a matter demonstrates on its face that he was conscious or aware of it, and his veracity simply does not enter into the situation." *[omitted]."U.S. v. Jones*, 839 F.2d 1041 (5th

[307] https://iop.harvard.edu/fellows/timothy-roemer
[308] https://obamawhitehouse.archives.gov/the-press-office/2010/11/08/us-india-partnership-fact-sheets. Last Checked 08/17/2023

Cir. 1988). "If the government's conduct in the investigation through a sting operation is so active that its conduct fabricated elements of the offense, it might be considered a violation of due process to prosecute the defendant." *U.S. v. Steinhorn*, 739 F. Supp. 268, 271 (D. Md. 1990).

And because DEFENDANTS through the years factually and legally knew deep down inside that PLAINTIFF never posed any threat to them (that they themselves didn't create, manufacture, and/or perpetuate) in which one of the DEFENDANTS on the night of March 11th, 2011 could have picked up a poor PLAINTIFF and let PLAINTIFF spend the night in one of their homes after getting $14,900,000,000 in the process, PLAINTIFF is justified in including treble damages from the aforementioned act of international and domestic terrorism (that does not include any trade derived from the act or the $14,900,000,000 itself):

18 U.S.C §1963(a)(1) clearly applies to any interest, legitimate or illegitimate, which the defendant acquired or maintained either in the course of engaging in racketeering activity or as the result of racketeering activity in violation of 18 U.S.C. 1962. 18 U.S.C §1963(a)(3) applies to forfeiture of proceeds or property derived from proceeds obtained in violation of RICO. DEFENDANTS are required to forfeit the amount of illicit proceeds as determined by the Court even if the funds used to satisfy the forfeiture are not tainted or if the defendant no longer possesses the tainted funds.

PLAINTIFF, you may be thinking, $XX is an outrageous figure and PLAINTIFF says no. PLAINTIFF got more argument.

*Under, United States v. DeFries, 129 F.3d 1293 (D.C. Cir. 1997), Court held that RICO forfeiture includes federal taxes paid on salaries earned through racketeering activity.* So, if forfeiture includes federal taxes paid on salaries earned though racketeering activity, then any TSA Fees that were paid are also subject to forfeiture because those fees and any integrity by DHS should have stopped DEFENDANTS from committing an act of international and domestic terrorism involving planes that happened under their direct jurisdiction that they knowingly allowed to happen. So in light of *United States v. DeFries*, Next, according to some figures, "the United States Government spends or collects $14.5 million per day in TSA fees…"[309] "In Congressional testimony last summer, the group's senior vice president revealed that in 2017 alone special taxes on airlines and their customers totaled over $24 billion—more than $66 million per day."[310] If PLAINTIFF gives a lowball figure that the United States Government collected $10,000,000 a day for TSA fees from 01/01/2002 to 03/11/2011 for a total of 3357 days that was gathered in order to prevent air piracy, domestic terrorism, and international terrorism from actually occurring under their watch, supervision, and control, the total cost in just TSA Fees gathered in that time was: $33,570,000,000. $33.57 Billion Dollars spent on preventing air piracy, domestic terrorism, and international terrorism from occurring in which DEFENDANTS coordinated it to happen in which PLAINTIFF necessarily paid into that amount for his safety in not being a victim of air piracy, domestic terrorism, and international terrorism. PLAINTIFF could ask for treble damages on that, which would be over $1,000,000,000,000+ because that was the amount spent that the US Government/DHS gathered for the purpose of preventing air piracy, domestic terrorism, and international terrorism from occurring in which

---

[309] https://www.judicialwatch.org/billions-in-tsa-9-11-security-fees-diverted-by-congress-for-other-causes/
[310] *Id.*

DEFENDANTS/DHS intentionally allowed air piracy to happen under their direct coordination, supervision, and approval. DNI in 2011 was appropriated: $78,600,000,000[311] (78.6 Billion) on National Security, which necessarily includes preventing air piracy, domestic terrorism, and international terrorism from occurring.

The total amount appropriated to DNI between 2007-2011, who has a mission of preventing international and domestic terrorism from occurring, preventing air piracy, and other crimes was $368,800,000,000

2007—63,500,000,000
2008—70,400,000,000
2009—76,200,000,000
2010—80,100,000,000
2011—78,600,000,000
Total: 2007-2011: $368,800,000,000

2012—75,400,000,000
2013—67,600,000,000
2014—67,900,000,000
2015—66,800,000,000
Total: 2012-2015: $277,700,000,000

Total 2007-2015: $646,500,000,000

Let PLAINTIFF put it in a perspective you can understand of the magnitude of their decisions involving PLAINTIFF because of DEFENDANTS actions. The total amount, at a minimum, the United States spent thwarting a preventable act of air piracy in 2011 through the collection of $33.57 Billion in TSA Fees from 01/01/2002 to 03/11/2011 and the total amount appropriated to DNI between 2007-2011 was $368,800,000,000 Billion. Those two figures in sum, equals: $402,370,000,000 spent on National Security and DEFENDANTS could not have stopped or prevented air piracy from occurring on 03/11/ because it was DEFENDANTS THEMSELVES that committed and undertook acts of international and domestic terrorism against PLAINTIFF and United Airlines Flight 925 on 03/11/2011. If you do treble damages on the previous figure, the total amount would be $1,207,110,000,000 at a bare minimum. More than a trillion dollars in damages. There was not a single DEFENDANT in any of the 10+ DEFENDANT intelligence agencies in America, 4 DEFENDANT intelligence agencies in the United Kingdom, in the intelligence agencies and Government of INDIA, and within the Government of QATAR that owns Qatar Airlines that said: "hey America spending and acquiring at least $402,370,000,000 through the years and allowing air piracy to happen in which we ourselves commit an act of international and domestic terrorism against an American special needs man is not a good look for us. MAYBE WE SHOULD ACTUALLY DO OUR JOBS." in which not a single DEFENDANT understood the ramifications of their actions in doing what they did against PLAINTIFF and the AMERICAN TAXPAYER. DEFENDANTS SHOULD HAVE JUST LET PLAINTIFF GO TO INDIA.

---

[311] https://www.dni.gov/index.php/what-we-do/ic-budget

$300,112,011 less than 1% of the total amount DEFENDANTS spent to thwart air piracy, domestic terrorism, and international terrorism between 2007-2010 in appropriations and travelers' fees and taxes and DEFENDANTS intentionally, willfully, and knowingly committed air piracy, domestic terrorism, and international terrorism against PLAINTIFF in the process acquiring and spending more than at least $322,450,000,000 that was spent from stopping those incidents from occurring. Period. If PLAINTIFF wanted to be a dick, he would ask for $322,450,000,000, but he is not.

In *Neder v. United States*, 527 U.S. 1 (1999) (hereon: *Neder*), the Court confirmed that the mail fraud statute incorporated well-settled common law requirement that a fraud claim can be based on a "misrepresentation or concealment of material fact." The Court in distinguishing *Neder* from *Durland* talked about how they: "Instead, we construed the statute to "include everything designed to defraud by representations as to the past or present, or suggestions and promises as to the future." Although Durland held that mail fraud statute reaches conduct that would not have constituted "false pretenses" at common law, it did not hold…that the statute encompasses more than common-law fraud." The Court in *Neder* said that Mail Fraud and Wire Fraud do not require proof of reliance or damages, because those statutes are designed to strike preemptively, as well as retrospectively, at the fraud.

# XX. India, UK, Qatar, and America's AGREEMENT

David Cameron was Prime Minister of UK from: May 11th, 2010 to July 13th, 2016. On July 2010, it was reported that David Cameron wants to build a new 'special relationship' with India. "**David Cameron will lead a senior cabinet delegation to New Delhi later this month to build a new "special relationship" with India in an attempt to boost trade.** Foreign Secretary William Hague, Chancellor George Osborne and Business Secretary Vince Cable will be among ministers who will accompany him to help create an 'enhanced partnership' with one of the world's fastest growing economies…. Mr Cameron and Indian prime minister Manmohan Singh are expected to issue a joint statement heralding the new 'special relationship' while leading business figures said they hoped each minister would use the trip to discuss practical measures to increase trade and investment."[312] Jeremy Richard Browne and Henry Campbell Bellingham, Baron Bellingham were involved in some way and that is what PLAINTIFF alleges in which they worked with their American and Qatari counterparts such as HILLARY CLINTON in "trade is in the offing" in violation of 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.

---

[312]https://web.archive.org/web/20100721012315/http://www.telegraph.co.uk/news/newstopics/politics/conservative/7877719/Ministers-to-build-a-new-special-relationship-with-India.html

British Parliament talked about their priorities in December 2010, 3 months after "trade is in the offing:"

The British Foreign Commonwealth Office (FCO) Business Plan included: "shaping a distinctive British foreign policy, build stronger bilateral relations with key selected countries to enhance British security and prosperity." Three of those key selected countries: United States, India, and Qatar. So the Brits said that they "recognized that to adapt and respond to national security threats and opportunities, the UK needs an active foreign policy and strong representation abroad. It agreed that the UK needs to maintain its global diplomatic network, which is sharply focused on promoting Britain's national security and prosperity. It sets out a clear direction for the FCO which: Confirms the FCO's core priorities of pursuing an active and activist foreign policy, working with other countries and strengthening the rules-based international system in support of our values to safeguard the UK's national security; **the Brits placed a new emphasis on commercial diplomacy;**"[313] the UK would refocus resources on those countries most important to UK security and prosperity—India, Qatar, and United Kingdom. The British advocated using 'soft power' to promote British values, advance development, and contribute to the welfare of developing countries. The Foreign Secretary leads on at least two priority areas for them: Building Stability Overseas (Foreign Policy) and State Threats and Counter-Proliferation.

Brits talked about the first fruits of this new commercial diplomacy in which they highlighted "successful Prime Ministerial visits to China and India which strengthened our bilateral relationship with these key partners and delivered £1.25 billion of contracts."[314] "The Prime Minister took the largest British trade delegation ever to India in July 2010. He witnessed the signing of a Hawk aircraft contract worth £500 million. During this visit he established a CEO Forum to make recommendations to both Governments on how to increase levels of trade, and committed to an ambitious programme of co-operation on education, science and research."[315] Since this occurred in December 2010, part of that was "trade is in the offing" with America, India, and United Kingdom. "When any Minister travels overseas they are working with the FCO to advance common economic and foreign policy goals as well as their own departmental objectives. This is a planned process to secure the UK's economic recovery and to address international challenges even more effectively, using the FCO's diplomatic resources to the full to project our influence and deliver services to British citizens in a networked world."[316]

"Over the last six months, the Foreign and Commonwealth Office under the leadership of XX has been giving an energetic lead to this new foreign policy. Examples include: **The Foreign Secretary Alistair Burt has established a solid and substantive relationship with US Secretary of State Hillary Clinton through a number of contacts including two visits to Washington** (May and **November 2010**)." PLAINTIFF alleges that: Alistar James Hendrie Burt was delegated by William Hague responsibilities dealing with Qatar and Counterterrorism.

---

[313] https://publications.parliament.uk/pa/cm201011/cmselect/cmfaff/writev/fcogov/m12.htm
[314] https://publications.parliament.uk/pa/cm201011/cmselect/cmfaff/writev/fcogov/m12.htm
[315] https://publications.parliament.uk/pa/cm201011/cmselect/cmfaff/writev/fcogov/m12.htm
[316] https://publications.parliament.uk/pa/cm201011/cmselect/cmfaff/writev/fcogov/m12.htm

Thank you for confirming the Foreign Secretary Alistair Burt and Hillary Clinton met in November 2010. PLAINTIFF is alleging Hillary Clinton and Alistair Burt conspired in violation of 18 U.S.C. 1962 (d) and 42 U.S.C. 1985(3) in these meetings and numerous contacts. Furthermore, "the Foreign Secretary launched the Gulf initiative in June 2010 to strengthen regional security and to improve commercial, economic, cultural and educational ties. The first ministerial meeting, chaired by FCO Minister Alistair Burt, took place in July bringing together Ministers from eight government departments. This period has seen an intense series of visits and exchanges with the Gulf including an inward State **Visit by the Emir of Qatar**…"[317] PLAINTIFF alleges that the Emir of Qatar and Alistair Burt further developed their relationships with one another.

The point is that in December 2010, the British were part of "trade is in the offing." Whether it was through ALAN DUNCAN, ALISTAIR BURT, HILLARY CLINTON, DAVID CAMERON, TONY BLAIR, etc. All of their values aligned perfectly, especially with ALISTAIR BURT, WILLIAM HAGUE and HILLARY CLINTON. The aforementioned DEFENDANTS violated: 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights. *United States v. Cook,* 793 F.2d 734 (5th Cir. 1986) ("[b]oth the fact of conspiracy and a defendant's participation in it may be proved by circumstantial evidence." 793 F.2d at 736). "As was the case in *United States v. Postal,*589 F.2d 862 (5th Cir.) … "the mere fact that [defendant] made the statement is relevant to the issues of [his] knowledge of the conspiracy and his participation in it."...As Professor McCormick explains: "Proof that one talks about a matter demonstrates on its face that he was conscious or aware of it, and his veracity simply does not enter into the situation." *[omitted]."U.S. v. Jones*, 839 F.2d 1041 (5th Cir. 1988). "If the government's conduct in the investigation through a sting operation is so active that its conduct fabricated elements of the offense, it might be considered a violation of due process to prosecute the defendant." *U.S. v. Steinhorn*, 739 F. Supp. 268, 271 (D. Md. 1990).

---

[317] https://publications.parliament.uk/pa/cm201011/cmselect/cmfaff/writev/fcogov/m12.htm

PLAINTIFF took a screenshot of email ID: 21428 on August 30th, 2023. What kind of matters, but the content is still the same nonetheless, but if the formatting of the email in WikiLeaks was the exact same as the one HILLARY CLINTON sent in Email ID: 21428 that was written on 09/27/2010 at 04:02pm, and is displayed correctly below, the formatting gives further support to the allegations PLAINTIFF made regarding the content of the email.



Email Id: 21428 also stipulated: "Global Issues Forum with India featured interest in cooperation on democracy/governance, disaster management, and women in science. UNGA breakfast on water issues was successful" and also, the exact formatting of the following:
"India

Legal"

Now there is going to be a great debate this, PLAINTIFF understands. What PLAINTIFF is alleging is that based on the totality of the circumstances, is that DEFENDANTS were talking about *Miki's Tea Party* and the legality of it (which is ironic and a devastating blow to them as you will see) and what would transpire between India, United Kingdom, and United States. So the key issue  and part is the following part that is formatted as it appeared on screen:

"**Indians** continue to make progress in quieting recent Kashmir unrest, but **need to do more. <u>Indian Embassy</u>**

<u>luncheon</u> in honor of Defense Minister Antony this week will include <u>reps</u> from **<u>Boeing</u>** and Lockheed Martin — a <u>rare</u> <u>development</u> that could <u>signal</u> better <u>U.S.-India defense</u> ***trade*** ***<u>is in the</u>*** ***<u>offing</u>***."[318]

[318] https://wikileaks.org/clinton-emails/emailid/21428 Last Checked 07/31/2023

This time, the aspect from India's perspective needs to be seen. PLAINTIFF clearly established America's interests and values, but when Hillary Clinton said the Indians need to do more and there is a cooperation on democracy/governance, then that brings up Prime Minister Singh in 2010 and 2011.

In 2004, when the Congress-led United Progressive Alliance came to power, its chairperson Sonia Gandhi unexpectedly relinquished the prime ministership to Singh. The 2009 general election saw the UPA win yet again in which Singh retained the office of Prime Minister. UPA and Singh won in 2009 because one out of the 5 or so strong showing bases of support was in Tamil Nadu. Tamil Nadu is kind of a formidable state politically being the 6th most populous state in India. Who had control in Tamil Nadu? None other than KALANITHI MARAN'S uncle MUTHUVEL KARUNANIDHI (they will be talked about in SpiceJET). So Prime Minister Singh and MUTHUVEL KARUNANIDHI have a symbiotic relationship in which Singh gets the votes from KARUNANIDHI'S state of Tamil Nadu that he has effective control over. Okay? Ok.

So what was Prime Minister Singh's policies on Counterterrorism? Prime Minister Singh's government strengthened anti-terror laws with amendments to Unlawful Activities (Prevention) Act (UAPA). National Investigation Agency (NIA) **राष्ट्रीय अन्वेषण अभिकरण** was created a little bit after November 2008. NIA'S was given the power to deal with investigations of terror related crimes across states without special permission from the states under written proclamation from the Ministry of Home Affairs. Now the Ministry of Home Affairs deals with foreign relations issues; but you had a ***roving thugee*** that has the power to investigate cases that involve "threats to the sovereignty, security, and integrity of India." Boy would PLAINTIFF point out the corruption involving "trade is in the offing" make PLAINTIFF under their radar. NIA has the authority to conduct searches, seizures, and arrests, as well as to collect evidence and maintain a database of terrorist organizations and their members. PLAINTIFF is alleging that CIA, FBI, NSA, and NIA all shared information about PLAINTIFF with each other in which they sent, processed, and received information about PLAINTIFF. Furthermore, you had the creation of NATGRID under Singh in 2009 in which ₹3,400 crores ($400,000 or so dollars) was spent on it. NATGRID is an intelligence sharing network that collates data from the standalone databases of the various agencies and ministries of the Indian government for "counterterrorism" purposes. It collects and collates a host of information from government databases including tax and bank account details, credit/debit card transactions, visa and immigration records, and itineraries of rail and air travel. It connects to databases of various core security agencies under Government of India in which data is collected, processed, and analyzed from 21 different organizations that can be readily accessed by security agencies round the clock… Ashok Pattnaik is the current son-in-law of former Prime Minister Manmohan Singh and was appointed CEO of NATGRID in 2016. That's called patronage. PLAINTIFF alleges that American Intel contributed to NATGRID in which American Intel gave resources to NATGRID in which American Intel would then have access to their database to be utilized against PLAINTIFF later when commanded to by Indian leadership.

To further prove and corroborate the "trade is in the offing" conspiracy and crimes that were committed thereof, as a refresher, HILLARY CLINTON'S email clearly stipulates: "reps from **Boeing** and Lockheed Martin — a rare <u>development</u> that could <u>signal</u> better <u>U.S.-India defense trade</u> ***is in the offing***. "India was the top weapons purchaser among developing

countries in 2010, acquiring armaments worth USD 5.8 billion, according to a US Congressional report."[319] On 11/4/2010[320] the New York Times, probably via Operation Mockingbird and the CIA, gives a story about INDIA'S arms market. INDIA'S Leaders and the Obama WHITE HOUSE had the following to say about the UNITED STATES and INDIA'S relationship on November 8th, 2010 that were relevant to what PLAINTIFF is alleging in which they would conspire or further conspire and implement the plan against PLAINTIFF: "Building upon the Counter Terrorism Initiative signed in July 2010, the two leaders **_announced a new Homeland Security Dialogue between the Ministry of Home Affairs and the Department of Homeland Security and_** agreed **_to further deepen operational cooperation,_** counter-terrorism technology **transfers** and capacity building…In an increasingly inter-dependent world, **_the stability of, and access to, the air,_** sea, space, and cyberspace domains is *vital for the security and economic prosperity of nations*. Acknowledging their commitment to openness **_and responsible international conduct, and on the basis of their shared values, India and the United States have launched a dialogue to explore ways to work together_**, as well as with other countries, to develop a shared vision for these critical domains to promote peace, security and **_development_**. The leaders reaffirmed the importance of maritime security, **_unimpeded commerce…._**The transformation in India-U.S. defense cooperation in recent years has strengthened mutual understanding on regional peace and stability, enhanced both countries' respective capacities to meet humanitarian **and other challenges such as terrorism and piracy,** **and contributed to the development of the strategic partnership between India and the United States**…President Obama welcomed India's decision to purchase U.S. high-technology defense items…" Last sentence connects HILLARY CLINTON'S offing email and President OBAMA welcoming INDIA'S decision to purchase U.S. Defense items. Side note. 08/17/2023: PLAINTIFF is that paranoid he is being messed with and couldn't believe what he just read and had to take a screenshot to ensure he wasn't crazy. DEFENDANTS all knew air piracy had occurred on 03/11/2011. It is no mistake that they included "terrorism and piracy" in the same sentence as an example of a challenge they did together in which it contributed to the DEVELOPMENT of the partnership in which the "offing" was a rare "DEVELOPMENT." This is a reference to HILLARY CLINTON'S email in the offing plan against PLAINTIFF. This ties PLAINTIFF into DEFENDANTS actions and explicit and implicit approval of *Miki's Tea Party and their plan to*

---

[319] https://indianexpress.com/article/news-archive/print/india-top-weapon-purchaser-among-developing-nations-in-2010-us-report/ Last checked. 08/17/2023
[320] https://www.nytimes.com/2010/11/05/business/05defense.html

further cover it up by obstructing justice. Since "is in the offing" necessarily took place under DHS' authority, DHS had to cover up what they did with the INDIAN government in which



DHS and the INDIAN government conspired even more to cover up their act of air piracy against PLAINTIFF in which they agreed to FURTHER THEIR OPERATIONAL COOPERATION and came to that decision at the same exact time only a week after "trade is in the offing." So on Friday November 5th, 2010: "Obama and officials have been careful to underline the benefits of the trip for the US economy. "The primary purpose is to take a bunch of US companies and open up markets so that we can sell in Asia, in some of the fastest-growing markets in the world, and we can create jobs here in the United States of America," Obama said yesterday… In Delhi, in addition to a visit to a Mughal-era Islamic tomb, an address to parliament and a state dinner, there will be a series of meetings to finalise, it is hoped, _multibillion-dollar defence deals and other commercial agreements_. India is expected to spend at least $52bn (£33bn) on new fighters, artillery systems, _transport planes_ and helicopters in coming years."[321] ALL OF THIS WAS CONDITIONAL on "IN THE OFFING" as PLAINTIFF clearly explained the importance of which in the previous paragraphs. So DEFENDANTS expected to make $52,000,000,000 in which "is in the offing" was necessarily contingent on it. DEFENDANTS even knew it constituted air piracy and terrorism because "is in the offing" was one of their other challenges that concerned air piracy and terrorism. DEFENDANTS willingly and knowingly committed air piracy and terrorism against PLAINTIFF.

DEFENDANT BARACK OBAMA explained how the US primarily took the leadership role between INDIA and the UNITED STATES on November 8th, 2010: "More broadly, India and the United States can partner in Asia. __Today, the United States is once again playing a leadership role in Asia__ —- strengthening old alliances; _deepening relationships_, as we are doing with China; and we're reengaging with regional organizations like ASEAN and joining the East Asia summit —- organizations in which India is also a partner. Like your neighbors in Southeast Asia, we want India not only to "look East," we want India to "engage East" —-

[321] https://www.theguardian.com/world/2010/nov/05/barack-obama-visits-india Last Checked. 08/17/2023. 7:56pm

because it will increase the security and prosperity of all our nations."[322] On November 8th, 2010: "the U.S. and India ***resolved to deepen collaborative efforts, and intensify exchanges***…Programs to exchange law enforcement best practices, hold reciprocal visits of senior-level officials to discuss lessons learned, conduct joint military training exercises**, and joining of forces in international fora on key counterterrorism issues, demonstrate the closeness of this cooperation.**"[323] PLAINTIFF is alleging that this was all done because of "trade is in the offing." How much was at stake because of "IS IN THE OFFING": "On the margins of the President's trip, trade transactions were announced or showcased, exceeding $14.9 billion in total value with $9.5 billion in U.S. export content."[324]

In the "**Securing the Air**, Sea, and Space Domains" section, the WHITE HOUSE talked about how: "President Obama and Prime Minister Singh agreed that in an increasingly interconnected world, it is vital to safeguard areas of the sea, **air,** and space ***beyond national jurisdiction***[325] to ensure the security and prosperity of nations. The United States and India have launched a dialogue to explore ways to work together, as well as with other countries, to develop **a shared vision** to protect peace, security, and ***development*** **of these areas**." So this all necessarily includes SpiceJET's expansion and INDIAN Government's desire to expand the INDIAN Aviation Industry. A shared vision is a common purpose under RICO. So "IS IN THE OFFING" was needed by DEFENDANTS in which $14,900,000,000 was necessarily based on "is in the offing" and they intentionally chose PLAINTIFF in BRITAIN in which DEFENDANTS had furthered utilized their RICO Enterprise to extend their reaches beyond NATIONAL JURISDICTIONAL LIMITS and they did so committing air piracy, which is international and domestic terrorism. One of the many specific reasons why DEFENDANTS did this was that extending their "***beyond national jurisdiction***" and would gain $14,000,000,000 in the process in which DEFENDANTS necessarily through their actions **influenced the policy and affected the conduct of the United States Government by coercion** (of a United States citizen--PLAINTIFF). Therefore, it is domestic and international terrorism.

Let PLAINTIFF poke enough holes in the argument that INDIA and the United States were "only" talking about piracy of the seas and not referring to air piracy that they would commit against PLAINTIFF in "trade is in the offing." PLAINTIFF did a custom search on Google with the search dates of 01/01/2010 through 12/31/2010. There were a couple of articles here and there that talked about Somali pirate ships in the Indian Ocean.[326] Okay, PLAINTIFF is not denying that piracy in the seas existed in 2010 that was off the coast of Somalia.

---

[322] https://obamawhitehouse.archives.gov/the-press-office/2010/11/08/remarks-president-joint-session-indian-parliament-new-delhi-india. Last Checked 08/17/2023

[323] https://obamawhitehouse.archives.gov/the-press-office/2010/11/08/us-india-partnership-fact-sheets. Last Checked 08/17/2023

[324] https://obamawhitehouse.archives.gov/the-press-office/2010/11/08/us-india-partnership-fact-sheets. Last Checked 08/17/2023

[325] PLAINTIFF is considering and thinking about DEFENDANTS' illegal and unconstitutional interests here. Whatever damage has been done in extending DEFENDANTS' limits beyond national jurisdiction is done, which already shows that was beyond a legal limit. PLAINTIFF agrees that sometimes, DEFENDANTS need to go beyond national borders in pursuit of crime (especially in light of the internet and computers); PLAINTIFF also recognizes that sometimes, DEFENDANTS absolutely do not need to go beyond national borders in committing their crime and national borders are needed in the prevention of crime and sovereignty. PLAINTIFF is just asking the Court to say only for this case, "beyond national jurisdiction" was just one out of of many purposes for RICO Enterprise #1.

[326] https://www.aljazeera.com/news/2010/3/25/the-spreading-somali-pirate-threat Last Checked. 08/25/2023

Somali pirates typically rode in the following type of dingy: Picture credit in footnote[327]



So it is like 4-5 Somalis in a boat that is no bigger than 25 feet max. Yea Pirates had weapons and it is scary to be pirated by pirates. PLAINTIFF agrees because he was kidnapped by DEFENDANTS. But in 2010, it was reported there were less incidents of piracy.[328] So less incidents, less pirates on dingy's in the middle of the Indian Ocean. But what was reported on every once in a while was how one pirate dingy ventured far and got close to India *but never in the territorial waters of India*.[329] One study reported that in 2009, pirates went as far as 897



miles off the coast of Somalia into the Indian Ocean.[330] 897 Miles does sound far and it is a far distance. But do you understand how big the Indian Ocean is? It takes up about 20% of the world's surface and has an area of:

---

[327] https://gcaptain.com/somali-pirates-are-having-a-bad-year/
[328] https://www.csmonitor.com/World/Africa/2010/0421/Fewer-attacks-by-Somali-pirates-but-their-net-widens Last Checked 08/25/2023
[329] https://www.csmonitor.com/World/Africa/2010/0421/Fewer-attacks-by-Somali-pirates-but-their-net-widens Last Checked 08/25/2023
http://news.bbc.co.uk/2/hi/africa/8583027.stm Last Checked 08/25/2023
[330] https://unosat-maps.web.cern.ch/SO/CE20100714SOM/UNOSAT_SOM_CE2010-PiracyAnalysis_Report_HR_v1.pdf

27,240,000 sq mi. It is so incomprehensibly massive. Some places have the shortest distance (air line) between India and Somalia as being *2,345.51 mi (3,774.73 km)*.[331] Google has it at: 3,929km or 2441.367 miles. The Continental United States from the very east coast to the very west coast is around 2,900 miles or so. So lets just say for the sake of argument that pirates would have to span the continental United States to reach India from Somalia.

Here are two maps from the study[332] that PLAINTIFF provided a big red line that shows you were at least the territorial waters of INDIA could plausibly be:



Figure 1: Point locations of Attempted and Successful pirate hijackings    Figure 2: Relative density of pirate attacks in 2009

Do you see that the vast majority of the concentration of piracy by Somali pirates were nowhere near INDIA? Yea, there are like one or two here and there are plausibly kinda iffy close, but to give you a mind perspective you can relate to. The vast majority, probably more than 80%, of the piracy occurred within a 1000 miles radius of Somalia. PLAINTIFF said earlier the distance between Somalia and India was about one continental United States in which PLAINTIFF would have to put INDIA a little inland in the United States. Per tonnage in 2014, PLAINTIFF is assuming that the Indian Navy did not undergo that shocking and startlingly huge amount of growth between 2009-2014, the Indian Navy was ranked 7th most powerful Navy in the world and would only increase in size and power by 2030.[333]  Is PLAINTIFF to believe that the 7th most powerful Navy in the world in which a single Somali pirate did not even come close to entering the territorial waters of India who had at least 200 warships that were so threatened by this? By this thing? This was the biggest non-existent threat to the Indian Navy in 2010?

[331] https://www.distance.to/India/Somalia
[332] https://unosat-maps.web.cern.ch/SO/CE20100714SOM/UNOSAT_SOM_CE2010-PiracyAnalysis_Report_HR_v1.pdf
[333] https://worldpopulationreview.com/country-rankings/largest-navies-in-the-world Last Checked. 08/25/2023.



One rocket launcher, one stick (see middle of the boat), maybe two AK-47s, 4 camo jackets, one 20 or 25 foot dingy, 4 somalis who weren't honestly worth a damn to anyone in America and India, that's it; and to say those 4 somalis who had spent and were worth to India and America at most $10,000, but PLAINTIFF forgot to include the value of the stick, which of course is $10,000, making it a total of $20,000. This $20,000 and 4 somali crew was that much of a justifiable and major part of spending $14,900,00,000? No, it is not credible, it was not factually possible, and it is not probable. DEFENDANTS knew that PLAINTIFF had been in constant contact with Suresh throughout Fall Semester 2010 and had repeatedly planned on going to INDIA in which there might have even been a time that PLAINTIFF canceled in Fall 2010. So in light of the fact that the US admittedly took a leadership position in which there was a deeper cooperation and "new Homeland Security Dialogue between the Ministry of Home Affairs and the Department of Homeland Security," in which some of the issues concerned counter-terrorism [] transfers," " *access to the air*," that was "*vital for the security and economic prosperity" of INDIA and AMERICA* in which there were shared values that meant INDIA and USA were going to work together on "***challenges such as terrorism (and counter-terrorism transfers) and piracy*,**" DEFENDANTS knew exactly what they were doing, what it actually was about and how it concerned PLAINTIFF, and the money both countries would get when "trade is in the offing" occurred and then be able to use that money to invest in future economic opportunities for them because they had shared values and worked together. Committing acts of international and domestic terrorism on a lonely Autistic American with no financial resources in which he truly meant nothing meaningful for them besides to enrich and engorge themselves and create whatever political policy they wanted at the time because

PLAINTIFF was worth nothing to them. That's the truth--They knew it, they did it, and State Secrets should not absolve them of what they did.

PLAINTIFF just proved beyond a clear and convincing standard, the piracy they were talking about was about PLAINTIFF and committing air piracy against PLAINTIFF by kidnapping PLAINTIFF for politics and an additional $14,900,000,000,000. *See: Neder v. United States*, 527 U.S. 1 (1999)(fraud occurs on a misrepresentation or concealment of material fact) (*Sandwich Chef of Texas, Inc. v. Reliance National Indemnity Insurance Co.*, 319 F.3d 205 (5th Cir. 2003) and *Summit Properties Inc. v. Hoechst Celanese Corp,* 214 F.3d 556 (5th Cir. 2000)(proximate causation could be established where "a plaintiff has either been the target of a fraud or has relied upon the fraudulent conduct of the defendants; 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.

Do you think PLAINTIFF is done arguing? NEVER!

# XX. Putting it all together: CRS INDIA.

Sometimes, the Congressional Research does good, sometimes they make things worse for people like the PLAINTIFF because they're covering up for DC (See: *Star Chambers*). So what is going on between 2008-2010 concerning INDIA when PLAINTIFF becomes under DC'S close watch at the same time. CRS on October 27th, 2010 create and publishes: "*India-U.S. Relations.* 7-5700. RL33529"[334] (hereon: CRS INDIA) This is exactly one month after the "trade is in the offing" email was written on 09/24/2010 and CRS INDIA goes to everything that was happening at that time. All the following are excerpts that are relevant to the complaint: "The two countries now engage in numerous and unprecedented combined military exercises, and major U.S. arms sales to India are underway… President Barack Obama's Administration seeks to build upon the deepened U.S. engagement with India begun by President Bill Clinton in 2000 and expanded upon during much of the past decade under President G.W. Bush. This "U.S.-India 3.0" diplomacy was most recently on display in June 2010, when a U.S.-India Strategic Dialogue session saw a large delegation of senior India officials visit Washington, D.C[335]., to discuss a broad range of global and bilateral issues… The national economy has been growing rapidly— India's is projected to be the world's third-largest economy in the foreseeable future—yet poor infrastructure… Just days into President Barack Obama's term (January 2009), Secretary of State Hillary Clinton and India's external affairs minister agreed to "further strengthen the excellent bilateral relationship" between the United States and India…. As part of her confirmation

---

[334] https://www.everycrsreport.com/files/20101027_RL33529_1152a54ed15cdc186d65f150ec7e30f39d28ce66.pdf
[335] Friends made, future favors to be asked.

hearing to become Secretary of State, Clinton told Senators she would work to fulfill President Obama's commitment to "establish a true strategic partnership with India, increase our military cooperation, trade, and support democracies around the world"[336]... Despite such top-level assurances from the new U.S. Administration, during 2009 and into 2010, many in India became increasingly concerned that Washington was not focusing on the bilateral relationship with the same vigor as did the Bush Administration...[337] Clinton set forth five key "pillars" of the U.S.-India engagement in July 2009: (1) strategic cooperation; (2) energy and climate change; (3) economics, trade, and agriculture; (4) education and development; and (5) science technology and innovation  In November 2009, President Obama hosted his inaugural state visit when Prime Minister Singh dined at the White House (friends made, favors to be asked later)... President Obama's May 2010 National Security Strategy noted that, "The United States and India are building a strategic partnership that is underpinned by our shared interests, our shared values as the world's two largest democracies, and close connections among our people": Working together through our Strategic Dialogue and high-level visits, we seek a broad based relationship *in which India contributes to **global counterterrorism efforts**,*[338] nonproliferation, and helps promote poverty-reduction, education, health, and sustainable agriculture. We value India's growing leadership on a wide array of global issues, through groups such as the G-20, and will seek to work with India to promote stability in South Asia **and elsewhere in the world** (elsewhere in the world includes major friend and ally to both countries: the United Kingdom)... In June 2010, the United States and India formally reengaged the U.S.-India Strategic Dialogue initiated under President Bush when a large delegation of high-ranking Indian officials led by External Affairs Minister S.M. Krishna visited Washington, DC. As leader of the U.S. delegation, Secretary of State Clinton lauded India as "an indispensable partner and a trusted friend."... In anticipation of the Dialogue, Undersecretary of State for Political Affairs William Burns (current CIA director) had given a major policy speech on "India's rise and the future of the U.S.-India relationship" in which he asserted, "The simple truth that India's strength and progress on the world stage is deeply in the strategic interest of the United States."... The June 2010 Strategic Dialogue produced a joint statement in which the two countries pledged to "deepen people-to-people, business-to-business, and government-to-government linkages … for the mutual benefit of both countries and for the promotion of global peace, stability, and prosperity." It outlined extensive bilateral initiatives in each of ten key areas: (1) advancing global security and countering terrorism; (3) trade and economic relations… Following this

---

[336] This is one of PLAINTIFF'S favorite excerpts. It confirms that from January 2009, there was going to be increase in military cooperation and trade (and if they intersected, cool). HILLARY CLINTON knew what she had to do in January 2009 in regards to trade (i.e. increase it), but yet, if that were her only true priorities, she would not have included the condition of "is in the offing." HILLARY CLINTON was given or directed by someone to put the condition of "is in the offing" involving PLAINTIFF. That further shows the condition "in the offing" falls outside of the scope of her duties of increasing trade between America and India. At no time did India have to really do "is in the offing" to get more trade. But it was done becaue PLAINTIFF was a liability or a pawn to be exploited and PLAINTIFF was the only one that DEFENDANTS could use for their nefarious purposes after years of fabrication and malice because DC had an incentive to screw over PLAINTIFF because he was a liability to DEFENDANTS.

[337] What better way to give assurances to your new friends then cut them in on new economic deals and opportunities, such as those that involve American made aircraft?!

[338] There is the nexus to "is in the offing" from May 2010. Whether or not it was Obama that directed it, PLAINTIFF is unsure; but what PLAINTIFF knows is that the head of the FBI (Robert Mueller III), the CIA (XX) had a significant reason and interest in global counterterrorism. DEFENDANTS through years of fabricated evidence and coverups falsely labeled PLAINTIFF as a counterterrorism threat based on his speech and PLAINTIFF had routinely traveled to Europe making him global.

senior-level engagement, **some observers complained that no meaningful "deliverables" had emerged from the process.[339]…** Prior to Obama's visit in November 2010, one observer stated that reflected the American mentality: India's key policy makers need to realize that the construction and sustenance of a stable strategic partnership requires a particular sensitivity to **the vital principle of reciprocity.[340]** Their failure to do so stems in part from a prickly sense of independence, deep-seated fear of American unreliability, and a degree of residual anti-Americanism. [PLAINTIFF was right about the deliverables in which] it may be that the sole major "deliverable" to potentially come from President Obama's travel (November 2010) would be an announcement that New Delhi will choose to purchase $11 billion worth of combat aircraft from an American firm in a long-awaited decision.[341] By the way, you should know, JEH JOHNSON, who would be the head of DHS (from December 23rd, 2013 to January 20th, 2017) was the General Counsel of the Department of Defense (February 10th, 2009 to December 31st, 2012)… For many years India-Sri Lanka relations have been dominated by the now concluded Sri Lankan civil war between Colombo's government forces and the Liberation Tigers of Tamil Eelam (LTTE) (Sri Lankan Tigers) [342] … India remains concerned with the situation in Sri Lanka even after the end of open hostilities there…Japan-- They are engaging a "strategic dialogue" formally launched in 2007, when the Indian foreign minister spoke of Japan as a "natural partner in the quest to create an arc of advantage and prosperity" in Asia. He also emphasized India's desire for economic integration in Asia and cooperative efforts to secure vital sea lanes, especially in the Indian Ocean… [The Congress Party in India has 39% of the seats in the Indian parliament in 2010] Sonia Gandhi, Rajiv's Italian-born, Catholic widow, refrained from active politics until the late 1990s. She later made efforts to revitalize the party by phasing out older leaders and attracting more women and lower castes—efforts that appear to have paid off in 2004. Today, Congress again occupies more parliamentary seats (206) than any other party and, _through unprecedented alliances with powerful regional parties,_ it again leads India's government under the UPA coalition. As party chief and UPA chair,[343] Gandhi is seen to wield considerable influence over the coalition's policy making process…. Read Footnote 183. …Congress Party had success [in 2009] because of numerous arrangements occurred in which one of those arrangements was with Dravida Munnetra Kazhagam (MARAN and MUTHUVEL KARUNANIDHI'S party)…. The newfound power of both large and smaller regional parties (i.e. Dravida Munnetra Kazhagam/MARAN/MUTHUVEL KARUNANIDHI'S party), alike, is reflected in the UPA's ministerial appointments, and in the Congress-led coalition's professed

---

[339] AHHHH there it is. Things were not given yet in which there was a huge demand for such nor was there anyone who could maliciously used just yet and have an international and domestic act of terrorism committed against him. These people would have to wait until March 2011.

[340] You do something for me, I do something for you. PLAINTIFF gets it.

[341] There is your connection to "defense trade or trade is in the offing" on 09/24/2010

[342] Ah so if America alleges that PLAINTIFF was in favor the Sri Lankan tigers based on a cab ride in which "Itan" was done (_See: Peachy Miami_), this gives a reason and a motivation to hate PLAINTIFF by the Indians and a false counterterrorism reason… See how this is all connected?!

[343] Hold on a second. Who was the head of a regional major southern Indian party and UPA? SPICEJET! DEFENDANT MARAN and his uncle M. Karunanidhi were part of the Dravida Munnetra Kazhagam (3% of the seats in Parliament), in which his uncle M. Karunanidhi was part of previous United Progressive Alliance (UPA) government. Gandhi was the party chief and UPA Chair. M. Karunanidhi and Gandhi had to have worked together at one time or another. This establishes M. Karunanidhi to MARAN to SPICEJET TO UPA to BOEING TO INDIA-US Relations.

attention to rural issues and to relations between state governments and New Delhi."[344] …
_**Although India has made major progress in reducing corruption, it is still perceived as a major obstacle for the economy.**_[345]… India continues to have a very complex bureaucratic system, often involving multiple layers of government and numerous agencies with regulatory oversight of the economy. In addition to the plethora of red tape, businesses and workers complain about official and corporate corruption, particularly at the local level.[346] India was the world's second-ranked arms purchaser from 2002-2009[347]… U.S. Ambassador to India Tim Roemer identified the development as "historic in the nature of security cooperation" and expressed optimism about multiple U.S.-India partnerships in this area, including a **Counterterrorism Cooperation Initiative**, joint work on megacity policing, forensic lab training, **intelligence sharing,** cooperation on launching a National Counterterrorism Center in India modeled on that in the United States[348]… Along with increasing military-to-military ties, the issue of U.S. arms sales to India has taken a higher profile. New Delhi is undertaking a major military modernization program, potentially spending $100 billion over the next decade to update its mostly Soviet-era arsenal. U.S. weapons makers are eager to gain a slice of this lucrative pie, and American security companies also see in India a potentially also huge new market for sophisticated equipment such as surveillance and detection systems…" *CRS INDIA*

The Court is thinking: okay, so it can't get any worse for PLAINTIFF just based on what PLAINTIFF included about: *CRS INDIA.* *"*WRONG" PLAINTIFF says *CRS INDIA*: "According to the State Department's most recent Country Report on Human Rights Practices (released March 2010), the Indian government "generally respected the rights of its citizens and made progress in reducing incidents of communal violence, _**expanding efforts against human trafficking**_, and reducing **the exploitation of indentured,**[349] bonded, and child workers, but serious problems remained": Major problems included reported **extrajudicial killings of persons in custody, disappearances, and torture and rape by police and other security**

---

[344] America knew MARAN and M. KARUNANIDHI were sitting at the table because they were the heads of Dravida Munnetra Kazhagam.

[345] PLAINTIFF looks to his left hand and sees corruption in India's political scene and economy is a problem and then PLAINTIFF looks to his right hand and sees years of RICO Enterprise 1 by DEFENDANTS. PLAINTIFF puts his hands together and sees that these people mesh well with one another, especially when there are deliverables to be had.

[346] Corruption at local and regional levels involving bureaucrats and the government who are in the aviation industry, MARAN'S needs, OBAMA'S needs, SpiceJET needs, Indian aviation and Prime Minister Singh's needs expansion needs, HILLARY CLINTON'S needs, deliverable needs, DOJ and SCOTUS and FBI/CIA covering up RICO predicate acts against PLAINTIFF needs, etc. There is so much need and it all converges on just one man with just one necessary opportunity—PLAINTIFF in 03/11/2011.

[347] In 2007 and 2008, Wall Street collapsed because of the mortgage crisis; and of course, CONGRESS and the WHITE HOUSE bailed out their friends that messed up the economy then in 2008 that only goes to show you that bad decisions committed by them will be bailed out and that is exactly what SCOTUS did to PLAINTIFF over the years since 2008. So the OBAMA WHITE HOUSE has a problem in 2008 in midst of the economic crisis? How do you jump start the economy? ARMS SALES to the second biggest purchaser of Arms at the time!

[348] Ah so they're modeled after one another (thereby requiring India to purchase American intelligence stuff) in which the FBI and CIA furthered RICO Enterprise 1 against PLAINTIFF and committed fraud upon the court in regards to PLAINTIFF and they have reason to know what Indian are corrupt and now they want to share information with another in which the FBI has a demonstrable history of attacking PLAINTIFF on his disability; Jesus Christ. If this is not a huge problem, I don't know what a problem is any more.

[349] PLAINTIFF sees Indentured Servitude by the United States Government in his left hand and sees in his right hand indentured servitude by India government. *meshes hands together* damn, these mesh well together too.

forces.[350] Investigations into individual abuses and legal punishment for perpetrators occurred, but for many abuses, a lack of accountability created an atmosphere of impunity... **Corruption existed at all levels of government and police…** Violence associated with caste-based discrimination occurred."[351] *CRS India.*



If you're looking at the memes here and wonder why PLAINTIFF inserted the memes, PLAINTIFF is highly curious to know what doubt do you have by PLAINTIFF putting these memes there?



# XX. TRADE IS IN THE OFFING'S COMMERCIAL ACTIVITIES, STATE ACTIVITIES, & FRAUD.

---

[350] Boy, do you know how screwed PLAINTIFF will be if SCOTUS orders an extrajudicial hit on PLAINTIFF on May 18th, 2015, HILLARY CLINTON orders a hit on June 26th, 2015 and then have Indians who share information with their American counterparts in counterterrorism in which their police and law enforcement are known for allowing extrajudicial killings of persons in custody, disappearances, and torture by police and other security forces. There is nothing but rainbows and sunshine here. *See: An Anchor and a Pitchfork.*

[351] Do you know who are never in the top echelons of Indian's caste system? Disabled people and poor people. So let's see what is going on: In PLAINTIFF'S left hand, under Robert MUELLER III's FBI, FBI intentionally attacks PLAINTIFF on the basis of his disability in Midyear and PLAINTIFF has issues in *Financial Terrorism* when PLAINTIFF was at his absolute poorest level at that time and then in PLAINTIFF'S right hand you have India routinely engage in violence based on poverty and disability level. **meshes hands together** fuck, these mesh too well together.

Rest assured American DEFENDANTS, I'm not seeking restitution for all of the military trade between India and United States and that is not at issue except PLAINTIFF asks for 3 things that will be explained later (nothing major and nothing that significant).

JAMES COMEY left the DOJ to become senior vice president of Lockheed-Martin (which was specifically named in the "trade is in the offing" email and on top of that, he was on the Board of Directors of HSBC in 2013 (which is a BRITISH BANK)

The U.S. Federal Court in *Johnson v. Mansfield Hardwood Lumber Company*, 143 F. Supp. 826 (W.D. La. 1956) discussed how to rule on matters concerning Louisiana Law and mail and wire fraud: "In our approach to this complicated matter, we have tried to maintain in proper balance, above the welter of facts, figures and prior decisions heaped upon us, the equities involved on both sides of the case. Inevitably, notwithstanding this plethora of legal and factual complexities, we find ourselves returning ultimately to the single, simple, inescapable fact: Plaintiffs received from defendant less than one-fifth of the actual value of their stock…Serious charges of deliberate fraud are made. Those charges are vehemently denied. Their resolution must await decision until all of the evidence is heard. Plaintiffs bear the heavy burden of proving actual fraud, not just by a preponderance of the evidence, but beyond a reasonable doubt." *Id*.[352]

"Nonetheless, defendant admits in its answer that it began negotiations for sale of its timberlands its most valuable asset in April, 1954, only five months after it purchased the last of plaintiffs' stock. That could have occurred in all good faith, but at this point in the case it must be regarded as a circumstance rather strongly against defendant's position. *It is to actions, not just words, that we must look*." *Id.* So there was a time period of about 5 to 6 months in which decisions were made and planned unbeknownst to the interested parties that impacted them financially in which that circumstance would go strongly against DEFENDANT'S argument that mail and wire fraud did not happen. Continuing on.

"The first offers to buy, for $300 per share, admittedly were made by defendant's officers, and it was they who ultimately concluded the transactions by presenting them to their Board for approval, readily granted. These officers stood in a fiduciary, or quasi-fiduciary, capacity in their relation to plaintiffs. *It was their duty to advise plaintiffs fully, frankly and faithfully as to the true value of their stock.* We find it hard to believe now, although our mind is open and we reserve final judgment, that plaintiffs knew much about the value of the stock, for otherwise they surely would not have sold it for such a small fraction of its real worth. While the value may have changed substantially since 1953, defendant's officers then must have known, approximately at least, the true worth of the corporate assets, and consequently, the true value of its shares, either as a going concern or in liquidation… We refer to plaintiffs' alternative grounds for relief. **Can it conscientiously be said that the consideration they got was serious, as required by Louisiana law,** or that the transactions did not constitute an unjust enrichment to defendant?" *Id.* It was the duty of Hillary Clinton, Barack Obama, Harold Koh, Eric Holder, etc to have advised PLAINTIFF fully, frankly, and faithfully as to the true value of PLAINTIFF'S

---

[352] This sentence is not legally true anymore after 1985 in which Louisiana Civil Code stipulated proving fraud is at a preponderance of the evidence standard based on circumstantial evidence (See: Louisiana Civil Code Article 1957) and RICO only requires a preponderance of the evidence for allegations of mail and wire fraud that would pass FRCP 9b

stock in "trade is in the offing." That included informing PLAINTIFF about all trade deals such as the ones between SpiceJET and BOEING, BOEING and Qatar Airways, etc in which DEFENDANTS got $14,900,000,000 richer by forcing PLAINTIFF to work and become an indentured servant. There was no consideration given to PLAINTIFF nor did they inform PLAINTIFF nor did they do anything besides use PLAINTIFF as an indispensible slave and a pawn to them.

The Court continued: "We shall answer those questions after first referring to the applicable Louisiana authorities, and others which are pertinent:

- "The price of the sale must be certain, that is to say, fixed and determined by the parties.

- "It ought to consist of a sum of money, otherwise it would be considered as an exchange.

- "It ought to be serious, that is to say, there should have been a serious and true agreement that it should be paid.

- *"It ought not to be out of all proportion with the value of the thing; for instance the sale of a plantation for a dollar could not be considered as a fair sale; it would be considered as a donation disguised."*

*But under our law the consideration `must be serious': `it must not be out of all proportion with the value of the thing.'* Article 2464, Civ.Code. That article has special reference to the price of a sale, but the principle it involves is not peculiar to sales. It is a general principle of the civil law, and as old as the civil law itself. The example given by Ulpien as an illustration of it is not that of a sale, but, as happens, is that of a lease:

"`Si quis conduxerit nummo uno, locatio nulla est; quira hoc donationis instar obtinet.' L. 46 Dig. f. f. Loc.Cond.; Pothier, Vente, Nos. 18 and 19; Merlin, Rep.Vo.Vente, § 1, art. 2, No. 1; Durantor, T. 16, No. 100; Troplong, Vente, No. 149; Marcade on articles 1591 and 1592, C.N.

"In such a case the presumption is that the parties did not intend that the *trifle* named should ever be paid at all, and the situation is looked upon as being as if no amount had been named. * * *" (Emphasis supplied.)" *Id.*

   "Later, in 1928, the same Court, in *Blanchard v. Haber*, 166 La. 1014 So. 117, 119, said: "Under the civil law, as at common law, it is not necessary that the consideration received or to be received for incurring an obligation shall be an equivalent consideration. The question of adequacy of the consideration is a matter for the parties themselves to determine. But, while at common law any lawful consideration for a contract is deemed sufficient, the civil law requires that the <u>*consideration must be serious and not altogether out of proportion to the obligation.*</u>*" Article 2464 of the Civil Code so provides, specifically, for the contract of sale; and in Murray v. Barnhart, 117 La. 1030, 42 So. 489, it was held that the doctrine of the civil law in that respect, being as old as the civil law itself, was applicable, not only to contracts of sale, but to all other contracts.*" (Emphasis supplied.)…Pomeroy's Equity Jurisprudence, Vol. 3, Section 927, pp. 634-638, states: "Although the actual cases in which a contract or conveyance has been canceled on account of gross inadequacy merely, without other inequitable incidents, are very few, yet the

doctrine is settled, by a consensus of decisions and dicta, <u>that even in the absence of all other circumstances, when the inadequacy of price is so gross that it shocks the conscience, and furnishes satisfactory and decisive evidence of fraud, it will be a sufficient ground for canceling a conveyance or contract, whether executed or executory. Even then fraud, and not inadequacy of price, is the true and only cause for the interposition of equity and the granting of relief.</u> But where there is no evidence of such knowledge, intention, or deliberation by the parties, the disproportion between the value of the subject-matter and the price may be so great as to warrant the court in inferring therefrom the fact of fraud. Such a gross inadequacy or disproportion will call for explanation, and will shift the burden of proof upon the party seeking to enforce the contract, and will require him to show affirmatively that the price was the result of a deliberate and intentional action by the parties; and if the facts do prove such action, the fact of fraud will be more readily and clearly inferred." *Id.*

The inadequacy of price was that for Hillary Clinton putting the condition of "trade is in the offing" in which DEFENDANTS obtained more than $14,900,000,000, DEFENDANTS wanted to prosecute PLAINTIFF and had intended on completely doing so. That's obstruction of justice, witness tampering as the "offing" involved PLAINTIFF, mail and wire fraud took place in the "offing," an international and domestic act of terrorism against PLAINTIFF, and then DEFENDANTS wanted to PROSECUTE PLAINTIFF because of what DEFENDANTS DID TO PLAINTIFF. That is precisely the consideration that would shock the conscience. Furthermore, as the Court explained, when the disproportion between the value of the subject-matter and price is so great, the court can infer therefrom the fact of fraud. PLAINTIFF proved beyond a clear and convincing standard of just how valuable and indispensable he was to United States, Qatar, United Kingdom, and India in which they would all benefit economically and meet some of their political agenda by doing "trade is in the offing." Therefore, DEFENDANTS committed mail and wire fraud in "trade is in the offing." Period.

"Applying these authorities to the admitted facts of this case, it is our opinion that the price paid by defendant for plaintiffs' stock was so trifling, so inordinately out of proportion to its true value, that no fair-minded person could say it was "serious". Its inadequacy "shocks the conscience". Article 1965 of the LSA-Civil Code of Louisiana, provides: "The equity intended by this rule is founded in the Christian principle not to do unto others that which we would not wish others should do unto us; and on the moral maxim of the law that *no one ought to enrich himself at the expense of another.* When the law of the land, and that which the parties have made for themselves by their contract, are silent, courts must apply these principles to determine what ought to be incidents to a contract, which are required by equity." (Emphasis supplied.) Restatement of the Law, on the subject of "Restitution", page 12, states: "A person who has been unjustly enriched at the expense of another is required to make restitution to the other." Herrmann v. Gleason, 6 Cir., 126 F.2d 936, 940, held: "It is said that the action is equitable to the degree that it is based on a moral obligation to make restitution which rests upon a person who has received a benefit which, if retained by him, would result in inequity and injustice. Hummel v. Hummel, 133 Ohio St. 520, 14 N.E.2d 923. Under the doctrine of unjust enrichment, a defendant has something of value at the plaintiff's expense under circumstances which impose a legal duty of restitution. American University v. Forbes, 88 N.H. 17, 183 A. 860. See Wilson Cypress Co. v. Atlantic Coast Line R. Co., 5 Cir., 109 F.2d 623; Ames' Lectures on Legal

History, pages 149-166; Holdsworth's History of English Law, Vol. 8, page 92 et seq.; Lawrence on Equity Jurisprudence, § 738."
On the basis of those authorities, it is also our opinion that defendant was unjustly enriched through its purchase of plaintiffs' stock, and ought to make restitution."

The Court didn't rule on whether or not legal fraud had been committed, but it was going to in a different case. The point being, is the factual circumstances in *Johnson v. Mansfield Hardwood Lumber Company*, 143 F. Supp. 826 (W.D. La. 1956). The case that was decided two years later deriving from the 1956 case was: Johnson v. Mansfield Hardwood Lumber Company, 159 F. Supp. 104 (W.D. La. 1958).

The *Johnson v. Mansfield Hardwood Lumber Company*, 159 F. Supp. 104 (W.D. La. 1958) case provided the following in determining what factors went into determining fraud in Louisiana courts in US Federal Court:

"Defendant's counsel, in brief, have argued that there are five essential ingredients which must be proven in order for a contract to be voided on grounds of fraud. They are:

1) A false representation;

2) In reference to a material fact;

3) Made with knowledge of its falsity;

4) With intent to deceive; and

5) With action taken in reliance upon the representation.
We accept counsel's contention as a sound statement of law, previously followed by this Court and by the Courts of Louisiana, and as directly applicable here." *Id.*

*A false representation can necessarily include a material omission because a material omission of a key fact gives a false representation.*

"Moreover, even if defendant's officers had not been proven guilty of actual fraud in the many respects shown, defendant still would be liable for breach of the fiduciary obligations of its officers, in failing to advise plaintiffs fully, frankly and faithfully as to the important, material facts which were in the officers' possession. This amounted to constructive fraud." *Id.*

Now as drafter's of the condition of "the offing" that necessarily implicated PLAINTIFF'S financial conditions in which DEFENDANTS forced PLAINTIFF into labor, there was a fiduciary obligation to inform PLAINTIFF of how indispensable he was to DEFENDANTS in "trade is in the offing" because there was a non-payment to PLAINTIFF on account of his labor; and because there was a non-payment, that creates a fiduciary obligation because one is required to pay for labor (even if it is forced). Therefore, constructive fraud by Hillary Clinton, Eric Holder, Leon Panetta, BRITISH INTEL, and Harold Koh.

The five factors in proving fraud (and thereby mail and wire fraud) in this case:

1) False representations were given to PLAINTIFF routinely whether it was on his passport by British Intel, the purpose of going to India, being denied access to go to Doha, the delays in the aircraft, committing an act of international and domestic terrorism against PLAINTIFF—everything about "the offing" was materially misrepresented to PLAINTIFF.

2) The material fact of "the offing" was the trade, the condition of forcing PLAINTIFF'S labor, their political ideologies and motivaitons, greed, and more.

3) They knew it because they planned it and conspired that PLAINTIFF just proved beyond any reasonable doubt.

4) By fabricating the plans, they necessarily knew of the falsities conveyed to PLAINTIFF in which they intentionally deceived PLAINTIFF.

5) PLAINTIFF going to the Indian embassy, waiting at the gate for the plane in London, only option of PLAINTIFF taking the flight to Dulles, being denied access to the flight to Chicago in Dulles—all of these were actions undertaken by PLAINTIFF in reliance of their deception.

6) Wires and communications and mails were used to plan, facilitate, and execute the plan against PLAINTIFF.

*Johnson v. Mansfield Hardwood Lumber Company*, 159 F. Supp. 104 (W.D. La. 1958) cited the following that would further support PLAINTIFF'S claim of mail and wire fraud occurred in "trade is in the offing": "The Fifth Circuit Court of Appeals in Commercial National Bank in Shreveport v. Parsons, 144 F.2d 231, 238-239, had the following to say on this subject:

"Where the directors of a failing bank form a new bank and in effect pledge to themselves every asset of the old bank, a court of equity should scrutinize the contract with great care and strike down every oppressive and overreaching provision. *This is true even though the stockholders ratified the contract, because* **the parties were not on an equal footing and the directors occupied a position of trust and confidence.** The old shareholders were given the option to take stock in the new bank; but for many of them doubtless this was impossible, as very few availed themselves of the option. The contract should have been drawn so as to treat both groups fairly. *The directors had the advantage of an intimate knowledge of the old bank's condition, which the ordinary stockholders did not have. A hard bargain driven by fiduciaries in such circumstances is presumed to be fraudulent and void.* 25 C.J. 1118, 1119, 1120. The law of fiduciaries would be futile if it lacked the capacity to correct abuses arising out of the relation of trust and confidence existing between the directors of a corporation and its stockholders." (Emphasis supplied.) Another ground fully justifying recovery by plaintiffs under Louisiana law, and established by undisputed facts, is that the consideration they received for their stockless than 20% of its liquidated value was not serious, within the meaning of that term as expressed in the L.S.A.-Civil Code, and as interpreted by the Louisiana jurisprudence."

So in the aforementioned cited case, there were directors who were placed in positions of confidence of trust in which the directors in that case created the scenario in which the PLAINTIFF'S financial futures were implicated in which it was impossible to have done anything else. Exactly what happened by essentially forcing PLAINTIFF to take the flight to

Dulles from London-Heathrow. *The directors had the advantage of an intimate knowledge of the plan of "trade is in the offing," which the ordinary peon like PLAINTIFF did not have nor could have possibly known without being told directly. There was a hard bargain driven by fiduciaries in such circumstances, and therefore, it is presumed to be fraudulent and void.*

Here is the thing, from Qatar Airways perspective as PLAINTIFF will prove a little bit later on, they were completely informed of "trade is in the offing." If Qatar Airways was, then United Airlines was as well. Mr. Chadwick of BOEING, HILLARY CLINTON, BARACK OBAMA, HAROLD KOH, MARAN, all knew the SpiceJet deal was part of the "trade is in the offing."

As to holding, at a minimum, BOEING, Qatar Airways, United Airlines, and GE liable for their employee's actions, *Johnson v. Mansfield Hardwood Lumber Company*, 159 F. Supp. 104 (W.D. La. 1958) said: "The correct rule of law, applicable here, is found at 13 American Jurisprudence 1050 et seq., verbo "Corporations", § 1125: *"Fraud and Misrepresentations.* The general rule that a principal is liable for the fraud and misrepresentation of his agent while acting within the scope of his authority or employment is fully applicable to corporations. Corporations may be held liable for the fraud and deceit of their officers and agents acting within the scope of their corporate authority or employment. It is true that as a mere legal entity a corporation can have no will, and cannot act at all, but in its relations to the public it is represented by its officers and agents, and their fraud in the corporate course of dealing is in law the fraud of the corporation. *What is more, a corporation is not relieved from liability for the fraudulent acts of its officer within the apparent scope of his authority by the fact that the officer in committing the fraud is acting for his own benefit and the fact that the corporation does not profit by it. The reason given for the corporation's liability in such case is that although the fraud is for the officer's own benefit, the officer is placed in such a position by the corporation that as its agent he has the power to commit the wrong, and therefore it should bear the burden of his wrongdoing."* (Emphasis supplied.)" *Id.*

A Louisiana court in *Chrysler Credit Corporation v. Henry*, 221 So. 2d 529 (La. Ct. App. 1969) determined whether the following case was unconscionable based on the fraud in the case in which a contract was at issue: "Insofar as the facts before us are concerned, the substantive law applicable thereto is contained in Civil Code Article 1847(9) which reads: "Fraud, as applied to contracts, is the cause of an error bearing on a material part of the contract, created or continued by artifice, with design to obtain some unjust advantages to the one party, or to cause an inconvenience or loss to the other. From which definition are drawn the following rules:…9. If the artifice be practiced by a party to the contract, or by another with his knowledge or by his procurement, it vitiates the contract; * * *". In order to ascertain whether or not a contract is vitiated by fraud, the evidence in support thereof must be evaluated in conformity with the legislative standard set forth in Civil Code Article 1848, which reads: "Fraud, like every other allegation, must be proved by him who alleges it, but it may be proved by simple presumptions or by legal presumptions, as well as by other evidence.[353] The maxim that fraud is not to be presumed, means no more than that it is not to be imputed without legal evidence." The procedural requirements for alleging a cause of action for fraud are set forth in Article 856 of the

---

[353] Louisiana Civil Code Article 1957 says fraud can be proved by circumstantial evidence at a preponderance of the evidence standard.

Louisiana Code of Civil Procedure, which reads: "In pleading fraud or mistake, the circumstances constituting fraud or mistake shall be alleged with particularity. Malice, intent, knowledge, and other condition of mind of a person may be alleged generally."


So PLAINTIFF got: Qatar Airways, United Airlines, Boeing, Hillary Clinton, Barack Obama, Harold Koh, XX Maran, and more XX as well.

Next, PLAINTIFF wants to allege something just in case. "trade is in the offing" and the Indians may have revealed the nature of Indians when it came to PLAINTIFF—they're willing to go back on their word against their friends: "[I have been trying to send it to OS/MESA...**cant see this landing there**]...." This is from stratfor that provides intel to American Intel. On their India Sweep on PLAINTIFF'S birthday, the previous sentence that PLAINTIFF has bolded and underlined that raises an eyebrow after "the offing" in which they can't see this landing there… suspicious. But nonetheless, the following:

So there was supposed to be more trade, except India went back on their word in one deal: "US Indian Ambassador Timothy Roemer on Thursday described as "deeply disappointing" New Delhi's decision **to reject** two American combat jets that were amongst the six in contention for an Indian order of 126 fighters. Roemer said he had received the notification from the Indian government, and "we are respectful of the procurement process. We are, however, deeply disappointed by this news". **India has rejected U.S. firms for an $11 billion fighter jet contract,** shortlisting European firms instead, in a move that could sour its relationship with the United States while broadening its strategic ties with other regions…. Nevertheless, he said, the US looked forward to continuing to grow and develop defense partnership with India. He said the US was convinced that it offered the world's most advanced and reliable technology to everyone. "I have been personally assured at the highest levels of the Indian government that the procurement process for this aircraft has been and will be transparent and fair. "I am extremely confident that the Boeing F/A 18IN and Lockheed-Martin F-16IN would provide the Indian Air Force an unbeatable platform with proven technologies at a competitive price." It is now virtually an all-European battle for the combat jet order with the US and Russia almost out of the race after the defence ministry asked EADS and Dassault to extend the validity of their commercial bids for 126 fighter jets. The contract is valued at $10.4 billion. India offered to cooperate in the energy, petroleum, cotton and IT sectors and also extended its help in registration of rice varieties…The rejection comes despite lobbying from President Barack Obama during a high-profile visit to India five months ago, and coincides with the unexpected resignation of the U.S. ambassador to India, who cited "personal, professional, and family considerations" in a statement on Thursday. **The U.S. embassy in India declined to comment if Timothy Roemer's resignation was linked to the jet decision,** with a spokeswoman referring queries to a statement on their website. Roemer said in a separate statement on India's decision: "We are...deeply disappointed by this news. We look forward to continuing to grow and develop our defense partnership with India." [354] PLAINTIFF is alleging just in case Timothy Roemer's resignation had something to do with PLAINTIFF.

---

[354] Wikileaks. Email ID: 1024092. Stratfor: INDIA Sweep: April, 28th, 2011.
https://wikileaks.org/gifiles/docs/10/1024092_india-sweep-28-april-2011-.html

In, *Republic of the Philippines v. Marcos*, 862 F.2d 1355, 1358 (9th Cir. 1988)(hereon: *Marcos*), the PLAINTIFF alleged that the former royal couple of the Phillipines, the Marcoses, **engaged in mail fraud, wire fraud, and the transportation of *stolen property* in the foreign or interstate commerce of the United States.** The Marcos court said: "criminal conduct under RICO "forms a pattern if it embraces criminal acts that have the same or similar purposes, results, participants, victims, or methods of commission, or otherwise are interrelated by distinguishing characteristics and are not isolated events." *Sedima, S.P.R.L. v. Imrex Co., Inc.,* 473 U.S. 479, 496 n. 14, 105 S.Ct. 3275, 3285, n. 14, 87 L.Ed.2d 346 (quoting 18 U.S.C. § 3575(e))."

The *Marcos* court discussed the purposes of the Marcoses acts in the case in which the court noted: "The purposes of the acts here alleged are the same — to invest and to conceal fraudulently-obtained booty. The results are the same—the investment of the booty. The principals are the same—the Marcoses. The victim is the same—the Republic. The episodes are not isolated events. They represent a plan and a practice of getting the fruits of fraud out of the Philippines and into the assumed safety of the United States. If proved, the allegations show acts that form a pattern." *Id.* DEFENDANTS invested in themselves and concealed the fraudulently obtained labor and services of PLAINTIFF. The results were the same—investment of PLAINTIFF'S labor and services to themselves. The principals were the same— DEFENDANTS. The victim is the same—PLAINTIFF. The episodes in this complaint were not isolated events. The events represented a plan and practice of getting the fruits of fraud out of PLAINTIFF and into the assumed and created legal immunity safety of the United States, Britain, India, and Qatar that was aided and abetted by SCOTUS.

The Court in *Marcos condemned* what the Marcoses did over a period of 15+ years: "Here there is alleged to be a group of individuals associated in fact for the purpose of illegally investing the fruits of fraud and illegally using the mails and wire and illegally transporting in interstate commerce the fruits of the fraud." The effect on the commerce of the United States of engaging in mail or wire fraud or bringing stolen property into the country is palpable. The Marcoses are mistaken in arguing that such criminal acts have no consequences for commerce to or in this country. The criminal enterprise which they are charged with conducting consisted in operations taking place within the United States. These operations had multiple effects on the domestic and foreign commerce of this country. If the operations were criminal, the operations incurred criminal liability under our law. *United States v. Stratton,* 649 F.2d 1066, 1075 (5th Cir. 1981) (appearance of out-of-state litigants before court that was a criminal RICO enterprise); *United States v. Altomare,* 625 F.2d 5 (4th Cir. 1980) (interstate telephone calls perpetuating RICO enterprise affected interstate commerce). The Republic's allegations are sufficient to establish federal jurisdiction. 18 U.S.C. § 1964…During his twenty years as President of the Philippines, *Mr. Marcos used his position of power and authority to convert and cause to be converted, to his use* and that of his friends, family, and associates, *money, funds, and property belonging to the Philippines and its people.* [omitted]. This common allegation supports not only plaintiff's RICO claims but also the eight claims for conversion, fraud and deceit, constructive fraud, constructive trust, breach of implied contract, quiet title, accounting, and subrogation. The claims for a constructive trust, to quiet title, an accounting, and subrogation merely set forth different forms of relief for the same underlying wrongs." *Id.*

All [xx] associated in fact for the purpose of illegally investing in the fruits of the fraud perpetuated against PLAINTIFF in which they illegally invested the fruits of the fraud and used the mails and wires to perpetuate the fraud against PLAINTIFF. DEFENDANTS illegally transported PLAINTIFF in interstate commerce to further perpetuate the fraud and force PLAINTIFF'S labor in furtherance of RICO Enterprise 1. The effect on the commerce of the United States of engaging in mail or wire fraud and bringing stolen PLAINTIFF into the country is palpable. The criminal enterprise which DEFENDANTS committed and perpetuated against PLAINTIFF in which DEFENDANTS routinely conducted unconstitutional operations against PLAINTIFF taking place within the United States, India, United Kingdom, Qatar, and Japan (in an Anchor and a Pitchfork). These operations had multiple effects on the domestic and foreign commerce of this country. If the operations were criminal, the operations incurred criminal liability under our law. DEFENDANTS utilized satellites, internet, telephones, cellphones in perpetuating the fraud against PLAINTIFF therefore affecting interstate commerce. During the last 15+ years, DEFENDANTS used their positions of power and authority to convert and cause to be converted PLAINTIFF'S property, business, constitutional, and liberty interests for the use of DEFENDANTS' unconstitutional power expansion denying PLAINTIFF any ability to seek redress for the harms DEFENDANTS perpetuated against PLAINTIFF and the harm they perpetuated against their own countries in pursuit of money and power. PLAINTIFF'S allegations support not only PLAINTIFF'S RICO claims but also the eight claims for conversion, fraud and deceit, constructive fraud, breach of implied contract, quiet title, in violation of 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.

"The Offing" wasn't absurd under Louisiana Contract Law. HILLARY CLINTON, ALISTAIR BURT, WILLIAM HAGUE, TONY BLAIR, SINGH, ET AL. viewed the actions of PLAINTIFF as being worth more than $14,900,000,000 and as HILLARY CLINTON admitted later, was worth at least 20% more trade between India and United States between 2010-2011. There is a possibility that it could be absurd if PLAINTIFF offered was one the that initially offered his services for $14,900,000,000 at first; but it wasn't that; it was the exact opposite in which THEY determined what it was worth first and then PLAINTIFF agreed to do the work. "A knowing and voluntary assent to harsh contractual provisions permits no judicial scrutiny in Louisiana, but whenever the meaning or intent of the language of the instrument is the issue, the courts give weight to the obvious fact that "informed and experienced persons, do not usually and customarily bind themselves to unjust and unreasonable obligations." *Oil Field Supply & Scrap Material Co. v. Gifford Hill & Co.*, So. 2d 483 (La. 1943)

"§ 1603(e), and provides that a commercial activity may be "either a regular course of commercial conduct or a particular commercial transaction or act," " *Saudi Arabia v. Nelson*, 507

U.S. 349, 356 (1993) "the "commercial character of [which] shall be determined by reference to" its "nature," rather than its "purpose,"" *Saudi Arabia v. Nelson*, 507 U.S. 349 (1993). "allowing for jurisdiction where an action "is based . . . upon an act outside the territory of the United States in connection with a commercial activity of the foreign state elsewhere and that act causes a direct effect in the United States."" *Saudi Arabia v. Nelson*, 507 U.S. 349 (1993)

*PLAINTIFF has established beyond a preponderance of the evidence standard DEFENDANTS are subject to jurisdiction under 18 U.S.C. 1964.*

PLAINTIFF doesn't know if it applies to every neck of the woods, but in PLAINTIFF'S neck of the woods, when you're in the process of trying to sell someone something that is worth billions and billions of dollars and you give Defense Minister Antony (See: Picture below with Hillary Clinton on 09/28/2010[355]) a luncheon that honors and glorifies Antony in which he is the decision maker on that sale, that is a nudge of an indication that corruption is afoot. Either way, it is clear from these emails that the INDIANS need to do more to please DEFENDANTS HILLARY CLINTON, BARACK OBAMA, HAROLD KOH, and HUMA ABEDIN in some way and it is just not about Kashmir unrest. Furthermore, in the same email, it says that India had an interest in cooperation on *governance*, which means that India had an interest in doing political decisions



(governance is political decisions) between India and the United States at HILLARY CLINTON, STATE, and INR DEFENDANTS' intention and direction. India would go along with whatever America wanted. Okay? OKAY!

So DEFENDANTS may argue that "defense trade is in the offing" is only limited to arms sales and defense purposes only. This is false assertion. Here are more of the deals that were reached according to Wikileaks in the following endeavors in "trade is in the offing" that both non-defense and defense related: "$500 million for General Electric to supply super heavyweight gas turbine engines for Reliance Energy.[356] $800 million for General Electric to supply fighter jet engines to the Indian Aeronautical Development Agency for a light combat aircraft for India.[357]

---

[355] Picture Copyright: https://2009-2017.state.gov/r/pa/ei/pix/2010/09/148413.htm
[356] https://wikileaks.org/gifiles/docs/19/1947489_re-ct-mesa-must-read-why-obama-is-skipping-pakistan-.html
[357] https://wikileaks.org/gifiles/docs/19/1947489_re-ct-mesa-must-read-why-obama-is-skipping-pakistan-.html

$50 million for Caterpillar to supply marine engines to the Indian Coast Guard.[358] $2.7 billion for Boeing to supply 30 Boeing 737s to the plethora of Indian airlines that have helped transport tens of millions of creative, innovative, and risk-loving Indian entrepreneurs around their country (SpiceJET).[359] $917 million for Bucyrus International, a Wisconsin-based manufacturer, to sell mining equipment to Sasan Power in Madhya Pradesh for a 3,960 megawatt powerplant."[360] Furthermore, Wikileaks did not include some of the pricing of other massive deals from "trade is in the offing" "for which dollar figures were not made public, because they are deals between private sector companies in both countries—PLAINTIFF can go after these deals as well. One of the most promising potential deals is the one between the Tata Group and two firms, Eaton and Cummins. Together these companies have developed the already in-operation Hybrid Tata Starbus which was used at the Commonwealth Games to transport players to and from venues. Potential contracts for this kind of bus will be in the thousands, with New Delhi alone looking to add 6,000 vehicles to its public sector transportation network. Another potential deal for India's transportation sector that has yet to be finalised is the purchase of 4,000 state-of-the-art diesel engines, worth at least $4 billion by Indian Railways, from either GE or Caterpillar."[361] You know damn well PLAINTIFF loves his trains. It was reported later that Indian Railways and GE made a $2,500,000,000 in November 2015[362] for 1000 locomotives in which PLAINTIFF the agreement was done and reached because India and America started talking about the locomotives in 2011 around *Miki's Tea Party* and then the sale was completed after *An Anchor and a Pitchfork* in November 2015 in which both India and America had interests in ensuring that PLAINTIFF met his demise in Japan. PLAINTIFF will bring this back up later.

PLAINTIFF just wants to allege something quickly as it provides a factual nexus to "trade is in the offing"—it may not make sense now to you, PLAINTIFF is just alleging it briefly just to incorporate it. Wikileaks said "One of the most promising potential deals is the one between the Tata Group and two firms, Eaton and Cummins. Together these companies have developed the already in-operation Hybrid Tata Starbus." AJAY SINGH was one of the founders of SpiceJET. Part of the way Ajay SINGH came up through the ranks was that AJAY SINGH was an Indian bureaucrat that "was responsible for the turnaround of the loss-making Delhi Transport Corporation (DTC) in which he was on the Board of DTC and unveiled a strategic plan to revamp the public transport sector (i.e. buses). He was successful in turning around DTC by 2000. At the same exact time of DTC'S turn around, MUTHUVEL KARUNANIDHI opened the largest bus station/terminus (at that time) in all of Asia in Chennai India in 2002. PLAINTIFF is willing to allege that yea, MUTHUVEL KARUNANIDHI and AJAY SINGH knew each other because: how can you turn around DTC and not have a single bus go to the largest bus station in all of Asia not go to Chennai? So, under AJAY SINGH'S leadership, SpiceJet placed an order of 205 Boeing aircraft – one of the largest in the American company's history. The mega order was acknowledged by the then US President Donald Trump who said it would help create tens of thousands of jobs in the United States. That SpiceJET part is for later.

[358] https://wikileaks.org/gifiles/docs/19/1947489_re-ct-mesa-must-read-why-obama-is-skipping-pakistan-.html
[359] https://wikileaks.org/gifiles/docs/19/1947489_re-ct-mesa-must-read-why-obama-is-skipping-pakistan-.html
[360] https://wikileaks.org/gifiles/docs/19/1947489_re-ct-mesa-must-read-why-obama-is-skipping-pakistan-.html
[361] https://wikileaks.org/gifiles/docs/19/1947489_re-ct-mesa-must-read-why-obama-is-skipping-pakistan-.html
[362] https://www.ge.com/news/reports/ge-signs-2-6-billion-deal-supply-1000-locomotives-indias-vast-railway-network#:~:text=railroads-,GE%20Signs%20%242.5%20Billion%20Deal%20to%20Supply,to%20India's%20Vast%20Railway%20Network&text=A%20recent%20five%2Dyear%20transportation,A%20lack%20of%20locomotives.

PLAINTIFF got a surprise!
Guess who was in Chennai in July 20th, 2011.
Go ahead. Guess who was in Chennai?

**"Hillary Rodham Clinton**
**Secretary of State**
**Anna Centenary Library**
**Chennai, India**
**July 20, 2011"**

"But this is the first opportunity to come to this extraordinary coastal city here in the South, and one that means so much to so many in my own country and elsewhere, and to be in Tamil Nadu, who is a state that is one of the most industrialized, globalized, and educated in all of India. So it is – (applause) – it is somehow not surprising that this state would boast this very large library for the use of its citizens. And I know that the librarian has spent some time in my country, ___and we so pleased to have that among many of the links between us and you___…President Obama made a state visit to India last year. I have been here twice in the last two years. And why, one might ask? Why are we coming to India so often and welcoming Indian officials to Washington as well? It's because we understand that much of the history of the 21st century will be written in Asia, and that much of the future of Asia will be shaped by decisions not only of the Indian Government in New Delhi, but of governments across India, and perhaps, most importantly, by the 1.3 billion people who live in this country.
And we have a great commitment to our government-to-government relations, ___but we have an even greater commitment to our people-to-people ones___. And we view them as absolutely central to the partnership and friendship between our countries. As President Obama told the Indian parliament last year, the relationship between India and the United States will be one of the defining partnerships of the 21st century. How will we define it? How will we work together to inject content into it? **What will we do to build trust and confidence and _do more that will bring us together?_**"[363]

What are the links that connect Hillary Clinton to Tamil Nadu? There is a greater commitment to people-to-people relationships between Hillary Clinton and some people in Tamil Nadu. Do you know what brings people together? Airplanes.

"And I also know, because I hear it from friends and colleagues and I see it from time to time in the Indian press, which is so exciting to read – I never know what I'm going to find when I turn the page of one of your newspapers, and I'm always both delighted and surprised."[364]

Who is an Indian from Tamil Nadu that is a friend to Hillary Clinton in which Hillary Clinton very much enjoys and finds his newspaper exciting to read?  HMMMM HMMM.  Good things come to those who wait.

---

[363] https://2009-2017.state.gov/secretary/20092013clinton/rm/2011/07/168840.htm
[364] https://2009-2017.state.gov/secretary/20092013clinton/rm/2011/07/168840.htm

"But I find that there are those who raise questions about the direction of the relationship between us, and I understand that. It is true that we are different countries with different histories and backgrounds. And we will, from time to time, disagree as any two nations or, frankly, any two friends inevitably will do. But we believe that our differences are far outweighed by our deep and abiding bonds. Our nations are built on the same bedrock beliefs about democracy, pluralism, opportunity, and innovation. We share common interests like stopping terrorism and spurring balanced and broad-based economic growth that goes deeply into our societies... And that is why our two governments have established a Strategic Dialogue which we announced when I first came as Secretary of State back in 2009 and when Prime Minister Singh visited later that year, and which, of course, we now have held two important sessions of, one in Washington and then this week in New Delhi… We have worked together for the important task of preventing cyber attacks on our respective infrastructures. We are talking about a new bilateral investment treaty that will build on the 20 percent increase in trade we've seen just this last year. And we have watched as trade is increasingly flowing in both directions."

Muah. Kisses Hillary Clinton. Thank you so much for putting a figure of 20% increase in trade between July 2010 and July 2011 and trade is increasingly flowing in both directions. This is complete true because, according to the United States Trade Representatives, "The U.S. goods trade deficit with India was $14.5 billion in 2011, up $4.3 billion from 2010. U.S. goods exports in 2011 were $21.6 billion, up 12.4 percent from the previous year. Corresponding U.S. imports from India were $36.2 billion, up 22.5 percent. India is currently the 17th largest export market for U.S. goods."[365] So HILLARY CLINTON'S 20% figure comments closely reflected the amount the United States was importing from India and the increase of 22.5% was around $8,145,000,000 in increased trade. The value of the increase trade amount of 12.4% those Indian customers received from American Companies (exporters) was around $2,678,400,000.  Since HILLARY CLINTON said trade flows both ways, PLAINTIFF will take the average of the percentages and the amount of increased trade at 17.45% and $5,411,700,000 respectively—this is what PLAINTIFF will call as the HILLARY CLINTON Fee in determining restitution. The HILLARY CLINTON Fee will be completely paid for by DEFENDANTS and not taken out of the restitution as PLAINTIFF does for other things.

Simply, when HILLARY CLINTON/HUMA ABEDIN wrote: "a rare development that could signal **_better_** U.S.-India defense _trade is in the offing_,"[366] the monetary value of BETTER (i.e. more) trade necessarily--and solely based on the condition of "the offing"--was: The United States importing a total of $8,145,000,000 and exporting a total of $2,678,400,000, which makes a total of: $10,823,400,000 of economic benefit between both countries. If DEFENDANTS argue that the figure of $14,900,000,000 based on what the White House is inapplicable in which DEFENDANTS would take advantage of PLAINTIFF'S generosity, then fine, PLAINTIFF will ask treble damages on $10,823,400,000 making it a total of $32,470,200,000.

---

[365] https://ustr.gov/sites/default/files/India_0.pdf

[366] https://wikileaks.org/clinton-emails/emailid/21428 Last Checked 07/31/2023

"We have new initiatives linking students and businesses and communities, and one of my personal favorites is the Passport to India, **a program designed to bring more American students to study in India** to match the great numbers of Indian students that come to America to study, because we want to create those bonds between our young people and our future leaders. We also consulted on the work we will be doing in the months ahead, <u>strengthening our joint fight against terrorism</u>, boosting our economic ties, completing our civilian-nuclear partnership, and deepening <u>our defense cooperation</u>. We think this work is very much in the interests of both of our countries and both of our peoples."[367]

The previous paragraph is absolutely about "trade is in the offing."

"Here in Chennai, we can see how much a society can achieve when all citizens fully are participating in the political and economic life of their country."[368]

Why thank you HILLARY CLINTON for connecting POLITICS OF TAMIL NADU TO ECONOMIC LIFE OF THE PEOPLE OF TAMIL NADU in which there was a 20% increase in trade between July 2010 and July 2011 and trade is increasingly flowing in both directions. THANK YOU SO VERY MUCH. Who is an Indian from Tamil Nadu that is a friend to Hillary Clinton in which Hillary Clinton very much enjoys and finds his newspaper exciting to read? HMMMM HMMM.  Good things come to those who wait.

Another funny thing and speaking of better trade between DEFENDANTS, well funny for PLAINTIFF but not DEFENDANTS. The 'Offing' email was sent on 09/27/2010 and the luncheon that include representatives from BOEING, Defense Minister Antony, and Hillary Clinton that concerned INDIA and BOEING. SpiceJET of INDIA officially ordered 27 Boeing 737-800NG aircraft in October 2010[369] (*See*: Screenshot from Boeing's Order Below), *which*

| LATAM Airlines Group | Chile | | 777F | GE | 2010 | Nov | 1 |
|---|---|---|---|---|---|---|---|
| Luxair | Luxembourg | Europe | 737-800 | CF | 2010 | Sep | 1 |
| Luxair | Luxembourg | Europe | 737-800 | CF | 2010 | May | 1 |
| Midwest Airlines (Egypt) | Egypt | Africa | 737-800 | CF | 2010 | Aug | 1 |
| NAS Aviation Services LLC | USA | North America | 737-800 | CF | 2010 | Jul | 40 |
| Norwegian Air | Norway | Europe | 737-800 | CF | 2010 | Jul | 15 |
| Okay Airways Company Limited | China | East Asia | 737-900ER | CF | 2010 | Jun | 8 |
| Qatar Airways | Qatar | Middle East | 777-200LR | GE | 2010 | May | 1 |
| Qatar Airways | Qatar | Middle East | 777-300ER | GE | 2010 | May | 1 |
| Qatar Airways | Qatar | Middle East | 777F | GE | 2010 | Sep | 3 |
| Royal Jordanian | Jordan | Middle East | 787-8 | GE | 2010 | Jun | 3 |
| Saudia | Saudi Arabia | Middle East | 777-300ER | GE | 2010 | Apr | 12 |
| Saudia | Saudi Arabia | Middle East | 787-9 | GE | 2010 | Nov | 8 |
| Skyways Leasing | Cyprus | Europe | 737-800 | CF | 2010 | Dec | 1 |
| Somon Air | Tajikistan | Central Asia | 737-900ER | CF | 2010 | Feb | 2 |
| Southwest Airlines | USA | North America | 737-700 | CF | 2010 | Nov | 3 |
| Southwest Airlines | USA | North America | 737-700 | CF | 2010 | Jul | 7 |
| Southwest Airlines | USA | North America | 737-800 | CF | 2010 | Jul | 18 |
| SpiceJet | India | South Asia | 737-800 | CF | 2010 | Oct | 27 |
| TUI Travel PLC | United Kingdom | Europe | 737-800 | CF | 2010 | Nov | 5 |
| Turkish Airlines | Turkiye | Europe | 737-800 | CF | 2010 | Feb | 10 |

*occurred **after*** the extremely conditional "is in the offing" email. You may be thinking PLAINTIFF at least alleged it was plausible, but where are the additional facts and connections. Lets even assume arguendo that there is only "defense trade" and "the offing" and "SpiceJET"

[367] https://2009-2017.state.gov/secretary/20092013clinton/rm/2011/07/168840.htm
[368] https://2009-2017.state.gov/secretary/20092013clinton/rm/2011/07/168840.htm
[369] https://www.boeing.com/commercial/#/orders-deliveries

and PLAINTIFF says: good things come to those who wait. PLAINTIFF just wants to establish the following facts: INDIA'S Airline industry for a long time was regulated by the government and they are too interconnected as to effectively separate this purchase by SpiceJet from the INDIAN Government and HILLARY CLINTON'S "is in the offing" email to HILLARY CLINTON and representatives from Boeing in which it is not specified if it only Boeing defense representatives, which means BOEING'S commercial division representatives were there on 09/28/2010. There was an executive summary[370] made that documented the issues involving the INDIAN Government and the airline industry in INDIA. For five years, there were issues with the merger and creation of Air India by the INDIAN Government that started around 2004/2005 and went up to 2010.[371] The Economic Times (a subsidiary of the Indian Times) discussed the regularly occurring and massive interference of the INDIAN Government in INDIAN'S Aviation Sector (i.e. Air India, and therefore, SpiceJet)[372] they said: "Admittedly, the airline industry in India (as also the world) is not exactly in the pink of health. Both Kingfisher Airlines and Jet Airways are also in loss. While Kingfisher Airlines has not made a profit since inception in 2005, Jet Airways made a loss on a consolidated basis in each of the last four years. Low-cost carriers, however, seem to be faring better with SpiceJet (the only listed airline in this category) making profits in the last two years after incurring losses in the previous three."[373] In December 2014, Quartz talked about the issues with SpiceJET which prove relevant to PLAINTIFF'S case.[374] The article was entitled "Why Is Modi (Prime Minister of INDIA) Throwing Money Behind a Failing SpiceJET. Modi was the Prime Minister of INDIA in OCTOBER and NOVEMBER 2010. The article discussed the SpiceJET financial issues from 2011-2014 (a culmination of 3 years after OCTOBER 2010): "SpiceJET has been in the red for five consecutive quarters and has been registering losses for the past three financial years."[375] So there were losses for 3 years after October 2010, who was in charge of SpiceJET? SpiceJET was run by "SpiceJET'S promoter Kalanithi Maran (who obtained the controlling shares just earlier in June 2010)[376] is currently the 38th richest man in India and has a personal wealth of Rs14,500 crore ($2.3 billion)…Maran is also part of the one of the biggest **political families in southern India; the Dravida Munnetra Kazhagam, led by his uncle, MUTHUVEL KARUNANIDHI,** was part of <u>previous United Progressive Alliance (UPA) government</u>."[377] Ah so the owner of SpiceJET is connected to one of the largest political parties in INDIA in which Modi wants to throw money at saving SpiceJET. Right? Right. So what were causing the problems? "SpiceJET, and Kingfisher before that, illustrate that seemingly perennial problems in Indian aviation," Robert Mann, president of aviation consultant R.W. Mann & Co. told Bloomberg. These problems

[370]https://cag.gov.in/uploads/download_audit_report/2011/Union_Performance_Civil_Aviation_Ministry_of_Civil_Aviation_18_2011_exe_sum.pdf Last checked. 08/18/2023.

[371]https://cag.gov.in/uploads/download_audit_report/2011/Union_Performance_Civil_Aviation_Ministry_of_Civil_Aviation_18_2011_exe_sum.pdf Last checked. 08/18/2023.

[372] https://economictimes.indiatimes.com/opinion/et-editorial/air-indias-plight-is-the-result-of-political-interference-and-mismanagement/articleshow/9572883.cms?from=mdr Last Checked. 08/23/2023

[373] https://economictimes.indiatimes.com/opinion/et-editorial/air-indias-plight-is-the-result-of-political-interference-and-mismanagement/articleshow/9572883.cms?from=mdr Last Checked. 08/23/2023

[374] https://qz.com/india/315011/why-is-the-modi-government-throwing-money-behind-a-failing-spicejet. last checked 08/18/2023

[375] https://qz.com/india/315011/why-is-the-modi-government-throwing-money-behind-a-failing-spicejet. last checked 08/18/2023

[376] https://en.wikipedia.org/wiki/SpiceJet. Last Checked. 08/19/2023

[377] https://qz.com/india/315011/why-is-the-modi-government-throwing-money-behind-a-failing-spicejet. last checked 08/18/2023

include "fragmentation, excess capacity, irrational pricing, irrational pricing, and unrealistic expectations for economic growth associated with unaffordable aggressive fleet plans."[378] Concerning the interests of SpiceJet in 2010 in which officials in SpiceJet and the INDIAN government necessarily knew the following: "It is only now (November 2010 onwards) that India finally has an international class airport terminal at Delhi capable of large scale hub and spoke operations (domestic/ international and international/ international); large scale development of other international airports in India facilitating hub and spoke operations (at the minimum where domestic and international terminals are colocated) will follow later. Again, giving a reasonable timeframe of 2 to 3 years after full-scale operationalisation of Delhi would have provided a level playing field to all Indian airlines (not just AIL/IAL) to compete with the mega carriers specialising in 6th freedom traffic."[379] KALANITHI MARAN just acquired his new airline in June 2010 in which he barely has any experiencing running an airline (but the INDIAN Government knows how to run one and KALANITHI MARAN needs the INDIAN GOVERNMENT approval to expand for SpiceJET to expand), goes to MODI to talk about it. Around the same time, the INDIAN Government gives MARAN and SpiceJET "approval to fly to several SAARC countries and is in the process of planning and launching services to these countries."[380] This happens around July 2010. So DEFENDANTS got the approval for expansion in July, and 3 months later, SpiceJET officially orders 27 brand new 737NG Aircraft with the condition and input received that "is in the offing" occurs at the behest of the RICO Enterprise's interest and conditions.

There is an extremely relevant story to the relationship between MARAN and MUTHUVEL KARUNANIDHI that happened sometime in 2007. KALANITHI MARAN faced the biggest ever threat to his business empire in 2007 when he stepped on the toes of his political patron, MUTHUVEL KARUNANIDHI. "The most powerful political family in Tamil Nadu -- that of Chief Minister Karunanidhi -- fumed at a newspaper report hinting at competing political ambitions of the Marans. Karunanidhi unleashed the entire might of the government in a hot pursuit of Kalanithi Maran. He even got his government to start a cable TV corporation to weaken Sun TV group. The same political influence that had backed Maran in the past turned against him…The truce came eventually. Karunanidhi, great-uncle to the Marans, took them back in his wings and eased all constrictions around Sun. All the business relationships that had deserted him during the turmoil returned. And Maran was truly back in the game… [Maran was] the young warrior who took Tamil Nadu's satellite TV market by storm in the 1990s, helped in no small measure by Karunanidhi's political patronage. But here was a seasoned, mature businessman who needed no outside influence. He also showed the patience to win over rivals and the shrewdness to wriggle out of a tight corner… Yet all these past successes may not be able to help him as he steps into aviation. He brings a low-cost culture and a genius for marketing disruption from Sun." [381]

[378] https://qz.com/india/315011/why-is-the-modi-government-throwing-money-behind-a-failing-spicejet. last checked 08/18/2023
[379]https://cag.gov.in/uploads/download_audit_report/2011/Union_Performance_Civil_Aviation_Ministry_of_Civil_Aviation_18_2011_exe_sum.pdf Last checked. 08/18/2023.
[380] https://economictimes.indiatimes.com/Kalanithi-Maran-to-buy-37-stake-in-SpiceJet/articleshow/6037165.cms Last Checked 08/19/2023
[381] https://www.forbes.com/2010/10/28/forbes-india-kalanithi-maran-the-anchorman.html

So after MUTHUVEL KARUNANIDHI and MARAN got in a fight, MARAN necessarily learned not to go against MUTHUVEL KARUNANIDHI in which MARAN learned the bureaucratic regime in India would come against him and MARAN would be rewarded under MUTHUVEL KARUNANIDHI'S political patronage. For example, In 2008, Karunanidhi implemented a plan to provide free color TVs to every family with ration cards. This is all great and well, but do you know who this necessarily impacted? MARAN and his Sun TV group. If you have more viewers after being given a TV for free by MUTHUVEL KARUNANIDHI, it means that Sun TV group had more viewers; and more viewers means more marketing and revenue to Sun TV group in which MARAN's "genius" for marketing disruption could be on full display. The lesson learned for MARAN. Follow MUTHUVEL KARUNANIDHI, more money and no Indian bureaucratic government intervention.

Some sort of Indian newsletter PLAINTIFF found on the internet from June 14 to 18, 2010 talked about SpiceJET (4 months before "trade is in the offing" deal) in which it said: "Kalanithi Maran, the founder and chairman of Sun TV Network bought a 37.7% stake in low-cost carrier from its promoter Bhupendra Kansagra and US investor WL Ross…The deal makes Maran the single largest shareholder in SpiceJet. Maran will make an open offer for 20% more in SpiceJet at Rs 57.76 a share.…SpiceJet has recently been given permission to fly overseas to Bangladesh, the Maldives and Nepal. It swung *to a net profit of Rs274mn* in January-March 2010 against a loss of Rs78mn a year ago.[382]

So, starting to tie this all together, New York Times published an article around January 2011[383] talked about BOEING and how their future market growth would be in India and how the article "describe[d] letters from presidents, state visits as bargaining chips and a number of leaders making big purchases based, at least in part, on how much the companies will dress up private planes. The documents also suggest that demands for bribes, or at least payment to suspicious intermediaries who offer to serve as "agents," still take place."[384] There was a *development[385]* in expansion in INDIAN airspace and airports in October/November 2010 that was in the direction of the INDIAN Government and Prime Minister Singh. MARAN learned his lesson and would go along with whatever MUTHUVEL KARUNANIDHI wanted in order not to have the bureaucracy go after MARAN in his new aviation venture. MUTHUVEL KARUNANIDHI would have some pull with Prime Minister Singh and would have Prime Minister Singh tell the bureaucracy not to go after SpiceJET. SpiceJET had an interest to acquire more jets and necessarily had to work with the INDIAN government to make that happen. So with INDIAN government's push to expand the aviation industry in 2010 created a demand for airlines to purchase more planes; however, as proven a little bit later, SpiceJET'S aggressive fleet plans and excess capacity were caused by the same thing that led to SpiceJET's debt in 2013/2014—excess airplanes not needed by SpiceJET. So the decision to purchase the 27 BOEING 737NG planes in October 2010 were in excess of what SpiceJET needed and, therefore it is far more inferable and probable that a political decision by SINGH, MUTHUVEL KARUNANIDHI, MARAN, BOEING, and HILLARY CLINTON, who received a good deal on the SpiceJET aircraft pricing

[382] https://content.indiainfoline.com/wc/news/INL/Aviation_180610.pdf
[383] https://www.nytimes.com/2011/01/03/business/03wikileaks-boeing.html?_r=1
[384] *Id.*
[385] PLAINTIFF is alleging that Indian Airspace Expansion on top of PLAINTIFF'S Developmental Disability were referred to by the word "development."

after the "trade is in the offing" email; where there is opportunity, there is motive; and that was part of the motive for MARAN, MUTHUVEL KARUNANIDHI, and SINGH as well. PLAINTIFF has a lot to be thankful for: what did he thank Hillary Clinton earlier when she was in Chennai? Thank you, Hillary Clinton! for connecting POLITICS OF TAMIL NADU TO ECONOMIC LIFE OF THE PEOPLE OF TAMIL NADU in which there was a 20% increase in trade between July 2010 and July 2011 and trade is increasingly flowing in both directions in which she came to Tamil Nadu to increase personal relationships. THANK YOU SO VERY MUCH. Who is an Indian from Tamil Nadu that is a friend to Hillary Clinton in which Hillary Clinton very much enjoys and finds his newspaper exciting to read?  MARAN!

PLAINTIFF is alleging, part of a deal with SINGH, MARAN, MUTHUVEL KARUNANIDHI, CHRISTOPHER M. CHADWICK, unknown employees and representatives of BOEING and BOEING, and HILLARY CLINTON related to the trade is in the "offing" email sent on 09/27/2010—that's mail and wire fraud (in which mails and wires were used), a kickback scheme, and more. To further the scheme against PLAINTIFF and the act of international and domestic terrorism committed by them, the US Secretary of State, Ms. Hillary Clinton called on the Prime Minister, Dr. Manmohan Singh, in New Delhi on July 19, 2011 in which they necessarily talked about PLAINTIFF on that phone call. That's transmitting information over the wire concerning the fraud, which makes it wire fraud.[386]

So the following is also applicable as it is around one month after "trade is in the offing." On, October 13th, 2010: "Since the SpiceJet shares are held by RHSL, there are legal and technical hurdles in going ahead with the deal without the consent of the two minority shareholders. However, the difficulties faced by Mr Kansagra will not impact the Mr Maran's move to gain control in SpiceJet. Mr. Maran has already bought 30% SpiceJet equity from Wilbur Ross, the international investor, better known for its stress asset deals… In a related move, Mr Maran acquired 2,85,94,400 equity shares on Tuesday, giving him 7.42 voting rights, following the conversion on foreign currency convertible bonds issues by SpiceJet. The securities were bought from Wilbur Ross-controlled entities. Maran had bought 5% in an off-market transaction a week ago."[387]

Anyway you can tie United Kingdom into SpiceJET? Of course! Mr. Kansagra owns Solai Holdings Limited in which their headquarters are located in Wembley, United Kingdom. "Solai Holdings Limited is a UK registered privately held group, which operates, invests in and supports leading companies in oil and gas, manufacturing, shipping and real estate sectors across the United Kingdom and Africa." Solai Holdings Limited's Address: "Portland House 69-71. Wembley Hill Road. Wembley. MIDDLESEX. HA9 8BU." PLAINTIFF will allege just in case that some of the SpiceJET shares sale went into Solai Holdings Limited bank accounts.

PLAINTIFF, you're thinking, that's at least at a preponderance of the evidence level for circumstantial evidence, but you still haven't connected a "boeing representative," "*defense* trade" and SpiceJET with anyone in Washington D.C. HOLD ON. Good things come to those who wait! DEFENDANT BARACK OBAMA gave a speech on November 6th, 2010 in which the following remarks were said "During a Meeting With Business Leaders in Mumbai, INDIA"

---

[386] https://www.indianembassyusa.gov.in/ArchivesDetails?id=1602
[387] XX

with Boeing **Military** Aircraft **(which is *Defense*)** President Christopher M. Chadwick in attendance, in which ***Mr. Chadwick said***: "Well, thank you, Mr. President. I'm fortunate ***to represent Boeing*** who has been doing business with India for 60 years now. Unfortunately, unlike Jeff I've only been coming here 5 years. But I've come 35 times in 5 years. [Laughter]…***We're here with SpiceJet today to commemorate a sale of 30 new 737NG aircraft[388].***  ←(there's your "defense trade"). We are proud as a Boeing company to be a partner with SpiceJet and all the employees of Boeing—this is an honor for them."[389]

Did PLAINTIFF do this right???
PLAINTIFF'S (*Itan*)



---

[388] Refers to the only SpiceJET order made with BOEING the previous month in October 2010 of 27 BOEING 737NG.
[389] https://www.govinfo.gov/content/pkg/DCPD-201000950/pdf/DCPD-201000950.pdf Last checked. 08/19/2023

HILLARY CLINTON'S email she wrote on 09/27/2010 at 04:02pm clearly stipulates: "**Indians** continue to make progress in quieting recent Kashmir unrest, but **need to do more. Indian Embassy** luncheon in honor of Defense Minister Antony this week will include reps from **Boeing** and Lockheed Martin — a rare development that could signal better U.S.-India defense *trade* *is in the offing*."[390] SpiceJET makes their purchase of 27 BOEING 737 NG. PLAINTIFF is "offed" on 03/11/2011 at DEFENDANTS complete control, direction, and fabrication. DHS and INDIAN Government increase their relationship to cover up their crimes committed within their jurisdiction. DEFENDANT BARACK OBAMA gave a speech on November 6th, 2010 in which the following remarks were said "During a Meeting With Business Leaders in Mumbai, INDIA" with **Boeing Military Aircraft (which is *Defense*)** President Christopher M. Chadwick in attendance, in which *Mr. Chadwick said*: "Well, thank you, Mr. President. I'm fortunate ***to represent Boeing*** who has been doing business with India for 60 years now. Unfortunately, unlike Jeff I've only been coming here 5 years. But I've come 35 times in 5 years. [Laughter]…***We're here with SpiceJet today to commemorate a sale of 30 new 737NG aircraft[391].*** We are proud as a Boeing company to be a partner with SpiceJet and all the employees of Boeing—this is an honor for them."[392] That is what PLAINTIFF calls control and direction from the very top of the ladder from DEFENDANTS BARACK OBAMA, HILLARY CLINTON, BOEING, SpiceJET, CHRISTOPHER M. CHADWICK, et. al. and the INDIAN Government.

The remarks during the meeting with business leaders on November 6th, 2010 continued on: "President Obama: Mr. Kansagra. SpiceJet Director Bhupendra "Bhulo" Kansagra. Thank you. Welcome, Mr. President, to India. As a fellow Kenyan, I'm very proud to see that you have made—— President Obama. Made something of myself. [Laughter] Mr. Kansagra. ——India as the focus of your drive for exports out of the U.S. To that effect**, the 30 aircraft order,** which is the second of such orders we have placed with Boeing, will enhance SpiceJet's penetration into the Indian low-cost travel, low-cost transportation market, which really is the focus for SpiceJet. Boeing has given us huge support together—and Fred also has extended his assistance to finance our forthcoming aircraft in the next year. That support and that partnership will take SpiceJet and Boeing to greater heights. And your coming here to India today will only help that day further. Thank you. President Obama. Well, thank you very much."[393] Connecting the 30/27 aircraft order with the leadership of SpiceJET Bhupendra "Bhulo" Kansagra to Christopher M. Chadwick's of BOEING'S sale of 30 new 737NG to SpiceJET to HILLARY CLINTON and WHITE HOUSE staff's "defense trade is in the offing" and the INDIAN Government and the INDIAN Embassy. Done and done.

[390] https://wikileaks.org/clinton-emails/emailid/21428 Last Checked 07/31/2023
[391] Refers to the only SpiceJET order made with BOEING the previous month in October 2010 of 27 BOEING 737NG.
[392] https://www.govinfo.gov/content/pkg/DCPD-201000950/pdf/DCPD-201000950.pdf Last checked. 08/19/2023
[393] https://www.govinfo.gov/content/pkg/DCPD-201000950/pdf/DCPD-201000950.pdf Last checked. 08/19/2023

PLAINTIFF is including the following because of the factual circumstances above that concern the Indian Aviation Market in which if it was true for SpiceJET, it must have been true for JET AIRWAYS (and even Air India) and "trade is in the offing" and the factual circumstances of what PLAINTIFF alleges in *An Anchor and a Pitchfork* because a lot of the same logic and inferences concerning SpiceJet and the Indian Government applies to JET AIRWAYS and the Indian Government. So, JET AIRWAYS orders 17 BOEING 737-800NG in January 2012; 50 BOEING 737 MAX in April 2013; 25 BOEING 737 MAX in 2014. Which is a total of 92 BOEING 737 aircraft. So PLAINTIFF is going to say there is an *option* for 92 BOEING 737 Max. Treble option of: 276 BOEING 737s. PLAINTIFF is alleging it because PLAINTIFF loses it if he doesn't allege it.

*Keane* facts:

1) government officials: HILLARY CLINTON, Prime Minister SINGH, MARAN, KARUNANIDHI,
2) HILLARY CLINTON and SINGH/MARAN/KARUNANIDHI had advanced information about "trade is in the offing" before PLAINTIFF ever knew in which SINGH/MARAN/KARUNANIDHI in which they made their purchase in October 2010 that was highlighted by Boeing themselves in November 2010 in which under Louisiana Civil Code Article 2451 a hope can be an item of contract and they hoped "trade is in the offing" would occur and made their purchase of that via the boeing order
3) that involved HILLARY CLINTON, LEON PANETTA, ROBERT MUELLER, BARACK OBAMA, HAROLD KOH, forcing PLAINTIFF to labor without compensation by committing an international and domestic act of terrorism against PLAINTIFF.
4) that there was material information that was intentionally withheld or omitted that furthered the scheme that would reveal the ownership of PLAINTIFF'S services and reveal the scheme and Boeing would deposit some of the proceeds into CGI and then some of the CGI money would move into the CGI'S Indian bank account.
5) They put an obstacle by kidnapping PLAINTIFF so that "trade is in the offing" can occur and scotus enabled them via AL-KIDD
6) Leon Panetta, Robert Mueller, and Hillary Clinton intentionally omitted and withheld from government officials the value of PLAINTIFF'S labor and services to further the scheme in which decisions were made on those material omissions.
7) that because of #1, #4, #5, and #6, Hillary Clinton had an ability to take actions that would create benefits for herself in the State Department that she had control over.
8) HILLARY CLINTON used her influence to aid in the sale of PLAINTIFF'S services and labor in "trade is in the offing" in which one of the recipients of such was SpiceJET and Maran.

HILLARY CLINTON, WILLIAM HAGUE, ALISTAIR BURT, SINGH, Bhupendra "Bhulo" Kansagra, CHRISTOPHER M. CHADWICK, BOEING, KALANITHI MARAN,

MUTHUVEL KARUNANIDHI, AJAY SINGH, and unknown American, Indian, and Boeing officials in the SpiceJET deal that was part of "trade is in the offing" violated: 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights. Aforementioned DEFENDANTS violated 1343 in which they received indirectly proceeds on the condition of PLAINTIFF'S forced labor, peonage, and/or involuntary servitude in violation of PLAINTIFF'S 13th Amendment rights in "the offing" is a violation of Section 1962(c) in which BOEING and Christopher M. Chadwick participated indirectly in the conduct of enterprise's affairs because the Enterprise through a pattern of violating 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights because PLAINTIFF has not seen a single dime for his forced labor and became an indentured servant to DEFENDANTS where BOEING sold aircraft that were part of the "trade is in the offing" and provided additional services and resources to SpiceJET and KALANITHI MARAN.

*In Southway v. Central Bank of Nigeria*, 198 F.3d 1210 (10th Cir. 1999), the Court talked about FSIA and RICO basis in the facts of the case in which they said: "Accepting the factual allegations of Plaintiffs' complaint as true, we easily conclude that Defendants' alleged conduct constituted acts done "in connection with a commercial activity" under § 1605(a)(2) of the FSIA. Given the commercial nature of contractual relationships in the marketplace, many contracts entered into by a "foreign state" will fall within the FSIA's commercial activity exception precisely because those contracts are of a type in which private actors might enter. This case is no exception. Congress intended the FSIA's commercial activity exception to encompass a "broad spectrum of endeavor." H.R. 94-1487, at 16, *reprinted in* 1976 U.S.C.C.A.N. 6604, 6614-15. "Certainly, if an activity is customarily carried on for profit, its commercial nature could readily be assumed." *Id.*

All the contracts PLAINTIFF discusses in this case occurred in the marketplace and were entered into by India, Qatar, Britain, and therefore fall within the FSIA'S commercial activity exception precisely because those contracts are of a type in which private actors might enter.

"Here, we deal with an assignment contract-a contract for the assignment of proceeds arising from a purported contract between NNPC and a foreign contractor for oil drilling machinery. The alleged assignment contract assigned to Defendant Brown the right to receive partial payment on the underlying contract between NNPC and the foreign contractor in exchange for Brown allowing the two parties to use his United States bank account to facilitate the transfer of over-invoiced funds. The NNPC engaged alleged representatives of Defendants CBN and RN to assist in executing the funds transfer. Defendant Brown similarly engaged Plaintiffs. In this case, nothing sovereign stands out about Defendants' behavior-the alleged assistance in the execution of an assignment contract involving the proceeds from the sale of drilling equipment. *See Adler v. Republic of Nigeria*, 107 F.3d 720 (9th Cir. 1997) (holding that defendant engaged in conduct "in connection with" a commercial activity by entering into an agreement for the assignment of a service contract). Accordingly, we hold that Defendants CBN and RN's alleged conduct falls within the FSIA's commercial activity exception."

The Court *Southway v. Central Bank of Nigeria*, 198 F.3d 1210 (10th Cir. 1999) found that the conduct of certain DEFENDANTS, who had assisted in transferring property (i.e. transporting property from one place to another or receiving property and sending property to a different location) in which they could have stopped the transfer of property at the request of a different DEFENDANT, falls within FSIA's commercial activity exception…

So DEFENDANTS transporting PLAINTIFF (property) from London to Dulles would fall within FSIA'S commercial activity exception as well as preventing PLAINTIFF from boarding a flight to Doha when requested.

Finally, Defendants CBN and RN claim that the FSIA's tort exception and applicable restrictions, contained in 28 U.S.C. § 1605(a)(5) (a)(5)(B), respectively, provide them with immunity from Plaintiffs' civil RICO claims. That section provides in relevant part:
(a) A foreign state shall not be immune from the jurisdiction of courts of the United States . . . in any case —
. . .
(5) *not otherwise encompassed in paragraph (2) above* [i.e., the commercial activity exception], in which money damages are sought against a foreign state for . . . damage to or loss of property, occurring in the United States and cause by the tortious act or omission of that foreign state or of any official or employee of that foreign state or of any official or employee of that foreign state while acting within the scope of his office or employment; *except this paragraph shall not apply to —*
. . .
(B) any claim arising out of . . . misrepresentation, deceit, or interference with contract rights. *Id.* (emphasis added). Defendants argue that because the alleged scheme to defraud Plaintiffs involved misrepresentation and deceit, § 1605(a)(5)(B) restores their sovereign immunity from suit. In other words, Defendants CBN and RN suggest that subsection (a)(5)(B) limits the commercial activity exception in § 1605(a)(2), as well as the tort exception in § 1605(a)(5). Defendants' argument is meritless.
The plain language of § 1605(a)(5) indicates that the tort exception applies to tort actions for money damages "not otherwise encompassed" by § 1605(a)(2)'s exception relating to commercial activity. Even assuming Plaintiffs' claims against Defendants sound in tort rather than contract, those claims nonetheless are based upon alleged commercial activity, and thus

encompassed by § 1605(a)(2). *See Export Group v. Reef Industries, Inc.*, 54 F.3d 1466 (9th Cir. 1995) (holding that § 1605(a)(5)(B)'s restrictions on the FSIA's "non-commercial torts" exception do not restore sovereign immunity for FSIA claims based on a foreign state's "commercial activities"). The legislative history of the FSIA's tort exception confirms our understanding of this provision. In enacting § 1605(a)(5), Congress intended to address the problem of "noncommercial torts," namely traffic accidents: "The purpose of <u>section 1605(a)(5)</u> is to permit the victim of a traffic accident or other *noncommercial* torts to maintain an action against a foreign state to the extent otherwise provided by law." H.R. 94-1487, at 21 (1976), *reprinted in* 1976 U.S.C.C.A.N. 6604, 6620 (emphasis added). Thus, where § 1605(a)(2)'s commercial activity exception applies, as in this case, "The purpose of section 1605(a)(5)(B)'s restriction on subsection (a)(5)'s tort exception for torts arising out of misrepresentation and deceit simply has no application. This is so because subsection (a)(5)(B) of § 1605 by its express language applies only to subsection (a)(5). *Southway v. Central Bank of Nigeria*, 198 F.3d 1210, 1219 (10th Cir. 1999)

*In Southway v. Central Bank of Nigeria*, 198 F.3d 1210 (10th Cir. 1999), the Court discussed how "the FSIA's commercial activity exception expressly states that "[a] foreign state *shall not be immune* from the jurisdiction of courts of the United States . . . *in any case* . . . in which the action is based upon a commercial activity. . . ." at 1605(a)(2)…[the] Plaintiffs' civil RICO claims against DEFENDANTS, premised upon the purported commercial activity of Defendants, fall within the category of "any" civil claim, action, or case…The legislative history of the FSIA reveals that Congress viewed a foreign state's sovereign immunity not as a bar to suit, but as an affirmative defense which the foreign state ultimately has the burden of proving…[S]ince sovereign immunity is an affirmative defense which must be specially pleaded, the burden will remain on the foreign state to produce evidence in support of its claim of immunity. Thus, evidence must be produced to establish that a foreign state or one of its subdivisions, agencies or instrumentalities is the defendant in the suit and that the plaintiff's claim relates to a public act of the foreign state-that is, an act not within the exceptions in sections 1605-07…Defendants CBN and RN essentially ask us in construing RICO and the FSIA to ascribe an intent to Congress which would effectively insulate foreign states, their agents, and instrumentalities from the scope of civil RICO. We do not believe Congress envisioned such a construction of RICO and the FSIA. Congress' purpose in enacting the FSIA was to codify the "restrictive" principle of sovereign immunity-to *restrict the sovereign immunity of foreign states* "to cases involving acts of a foreign state which are sovereign or governmental in nature, as opposed to acts which are either commercial in nature or those which private persons normally perform." *Southway v. Central Bank of Nigeria*, 198 F.3d 1210 (10th Cir. 1999)

The Court continued in *Southway v. Central Bank of Nigeria*, 198 F.3d 1210 (10th Cir. 1999): "Meanwhile, in enacting RICO, Congress expressly instructed courts to liberally construe its provisions "to effectuate its remedial purpose." Pub.L. No. 91-452, § 904(a), 84 Stat. 947 (1970). RICO's "`remedial purposes' are nowhere more evident than in the provision of a private action for those injured by racketeering activity," *Sedima, S.P.R.L. v. Imrex Co., Inc.*, 473 U.S. 479, 498 (1985), activity which often will be commercial in nature…**Accordingly, we hold that the FSIA confers subject-matter jurisdiction upon the district court over civil RICO claims against foreign states, their agencies, and instrumentalities, provided that the commercial activity exception, or another exception contained in §§ 1605-07 of the FSIA applies.** We

next address the applicability of the FSIA's commercial activity exception to this case…As the district court noted, application of the commercial activity exception under the third clause of § 1605(a)(2) above, requires the following: Plaintiffs' action _must (1) be based on an act outside the United States;_ (2) that was done "in connection with" a commercial activity; and (3) that caused a "direct effect" in the United States. _Id._ at 1308. Because we agree with the district court that Defendants' conduct falls within the third clause of § 1605(a)(2), we need not address the applicability of the commercial activity exception's first and second clauses. _See supra_, at 4….The FSIA defines "commercial activity" as "either a regular course of commercial conduct or a particular commercial transaction or act. The commercial character of an activity shall be determined by reference to the nature of the course of conduct or particular transaction or act, rather than by reference to its purpose." 28 U.S.C. § 1603(d). In _Republic of Argentina v. Weltover_, 504 U.S. 607 (1992), the Supreme Court further explained the meaning of "commercial" as used in the FSIA: we believe that illegal acts may be done "in connection with" a commercial activity as to invoke the FSIA's commercial activity exception. [W]hen a foreign government acts, not as regulator of a market, but in the manner of a private player within it, the foreign sovereign's actions are "commercial" within the meaning of the FSIA. . . . [B]ecause the Act provides that the commercial character of an act is to be determined by reference to its "nature" rather than its "purpose," 28 U.S.C. § 1603(d), the question is not whether the foreign government is acting with a profit motive or instead with the aim of fulfilling uniquely sovereign objectives. Rather, the issue is whether the particular actions that the foreign state performs (whatever the motive behind them) are the _type_ of actions by which a private party engages in "trade and traffic and commerce." Undoubtedly, the purpose of Defendants CBN and RN's alleged scheme was to defraud Plaintiffs (and perhaps Defendants Brown and Tomicich), and steal from them." _Southway v. Central Bank of Nigeria_, 198 F.3d 1210 (10th Cir. 1999)

PLAINTIFF alleges under: _Southway v. Central Bank of Nigeria_, 198 F.3d 1210 (10th Cir. 1999) 1) Qatar Airways and Qatar's actions against PLAINTIFF occurred in London, England and Doha; British Intel, British Airways, and United Kingdom's actions against PLAINTIFF were done in London, England and other locations in England; the Indian Embassy's, Indian Intel, and India's actions were done in London, England, Mumbai, India, and other locations in India; 2) "in the offing" was in direct connection to current trade and more additional trade in the future DEFENDANTS stipulated in the future that affects interstate and foreign commerce; 3) India, United Kingdom, Qatar, had caused a direct effect to PLAINTIFF by sending PLAINTIFF to Dulles and the harm the commercial harm that PLAINTIFF suffered, making sales to BOEING in Chicago and directing payments to Boeing in Chicago, and other commercial acts to be explained later. Therefore, under _Southway v. Central Bank of Nigeria_, 198 F.3d 1210 (10th Cir. 1999), there is FSIA and RICO subject matter jurisdiction over Qatar Airways, Qatar, Qatari Intel, India, Indian Intel, United Kingdom

Section 1962(c), which makes it unlawful "for any person employed by or associated with any enterprise engaged in, or the activities of which affect, interstate or foreign commerce, to conduct or participate, directly or indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activity or collection of unlawful debt."

18 U.S.C. §§ 1963(a)(1)-(3) provides in an extremely comprehensive tool to authorize the forfeiture of not only proceeds and interests obtained by the defendant from any racketeering

activity but also all of the defendant's various interests in the charged "enterprise." In cases in which the enterprise is a company that is also named as a defendant, the entire company may be subject to forfeiture under the RICO statute, subject only to the limits imposed by the Eighth Amendment. PLAINTIFF could demand the entire complete ownership of SpiceJET and BOEING if he pleased. But PLAINTIFF is not as it would violate the 8th Amendment and wants to establish great relations with BOEING in the future. In, *United States v. Anderson*, 782 F.2d 908, 918 (11th Cir. 1986) it held that "A defendant's conviction under the RICO statute subjects all his interests in the enterprise to forfeiture 'regardless of whether those assets were themselves "tainted" by use in connection with the racketeering activity" and *United States v. Cianci*, 218 F.Supp.2d 232 (D.R.I. 2002) ruled that "defendant's entire interest in enterprise is forfeitable under section 1963(a)(2)(A) whether or not it was obtained illegally." *United States v. BCCI Holdings (Luxembourg) S.A. (Petition of Pacific Bank)*, 956 F. Supp. 5 (D.D.C. 1997) held that even untainted property received by the enterprise after the racketeering activity had ceased is subject to forfeiture under subsection (a)(2)(A) because "all of a RICO defendant's interests in an enterprise, including the enterprise itself, are subject to forfeiture in their entirety, regardless of whether some portion of the enterprise is untainted by racketeering activity."

18 U.S.C. 1963 stipulates that a DEFENDANT shall forfeit to PLAINTIFF, irrespective of any provision of state law: (1) any interest the person has acquired or maintained in violation of section 1962; (2) any –(A) interest in; (B) security of; (C) claim against; or (D) property or *contractual right of any kind affording a source of influence over*; any enterprise which the person has established, operated, controlled, conducted, or participated in the conduct of, in violation of section 1962; and (3) any property constituting, or derived from, any proceeds which the person obtained, directly or indirectly, from racketeering activity or unlawful debt collection in violation of section 1962. The court, in imposing sentence on such person shall order, in addition to any other sentence imposed pursuant to this section, that the person forfeit to PLAINTIFF all property described. In the alternative, under 18 U.S.C. 1693 (2)(d): the condition of "is in the offing" is a contractual right of any kind affording a source of influence over PLAINTIFF that was controlled, conducted, and DEFENDANTS participated in "trade is in the offing." 1963(3) stipulates that any property constituting or deriving from any proceeds which the person obtained directly or indirectly of the racketeering in violation of 18 U.S.C.1862 shall be forfeited to PLAINTIFF. Section 1963(a)(1) clearly applies to any interest, legitimate or illegitimate, which the defendant acquired or maintained either in the course of engaging in racketeering activity or as the result of racketeering activity in violation of 18 U.S.C. § 1962.225 For example, if a defendant uses extortion in the course of his racketeering activity to obtain ownership or control over a legitimate business, his interest in that business may be forfeited. As the Court ruled in *United States v. DeFries*, 129 F.3d 1293 (D.C. Cir. 1997), the "but for" test requires only an adequate "causal link between the property forfeited and the RICO violation" that should be determined on the facts of each case.

In the alternative, under 18 U.S.C. 1964 (a): The district courts of the United States shall have jurisdiction to prevent and restrain violations of section 1962 of this chapter by issuing appropriate orders, including, but not limited to: ordering any person to divest himself of any interest, direct or indirect, in any enterprise; imposing reasonable restrictions on the future activities or investments of any person, including, but not limited to, prohibiting any person from engaging in the same type of endeavor as the enterprise engaged in, the activities of which affect

interstate or foreign commerce; or ordering dissolution or reorganization of any enterprise, ***making due provision for the rights of innocent persons,*** (c): Any person injured in his business or property by reason of a violation of section 1962 of this chapter may sue therefor in any appropriate United States district court ***and shall recover threefold the damages he sustains and the cost of the suit, including a reasonable attorney's fee,*** except that no person may rely upon any conduct that would have been actionable as fraud in the purchase or sale of securities to establish a violation of section 1962." Threefold the damages are treble damages.

At this point just based on the SpiceJET deal in October 2010 and the $14,900,000,000, PLAINTIFF demands the aircraft that are property (but with the following stipulations) and the $14,900,000,000 be forfeited to PLAINTIFF in which PLAINTIFF is utilizing 18 U.S.C. §1963(a)(1)-(3) and/or 18 U.S.C. §1964(a)(c) for their forfeiture.

So in light of the previous paragraphs, PLAINTIFF is legally entitled to 27 Brand New BOEING 737NG Aircraft because, under 18 U.S.C §1963(a)(1) and/or 18 U.S.C. §1964(a)(c), it clearly applies to any interest, legitimate or illegitimate, which the defendant acquired or maintained either in the course of engaging in racketeering activity or as the result of racketeering activity in violation of 18 U.S.C. 1962. 18 U.S.C §1963(a)(3) applies to forfeiture of proceeds or property derived from proceeds obtained in violation of RICO. DEFENDANTS are required to forfeit the amount of illicit proceeds as determined by the Court even if the funds or property used to satisfy the forfeiture are not tainted or if the defendant no longer possesses the tainted funds or property.

Louisiana Civil Code Art. 2610 stipulates that: "Upon rejection of nonconforming things by the buyer, the seller may cure the nonconformity when the time for performance has not yet expired or when the seller had a reasonable belief that the nonconforming things would be acceptable to the buyer. In such a case the seller must give reasonable notice of his intention to cure to the buyer." So since new BOEING 737NGs, BOEING 777-300ERs, and BOEING 777Fs are no longer being produced by BOEING, PLAINTIFF is telling DEFENDANTS/BOEING that PLAINTIFF buyer says: BOEING 737 MAXs, BOEING 787s, and BOEING 777-8Fs respectively are acceptable nonconforming things. The type of BOEING 737 MAXs and BOEING 787s will be specified by PLAINTIFF.  List prices for a 737-8NG was around $105 Million. List price of a new Boeing 777-300ER is $375.5 million. So in light of the fact that a new Boeing 737-8 NG is 14% cheaper than a Boeing 737-8 Max, PLAINTIFF will reflect accordingly. So to be fair, 27 Boeing 737-8 NG are worth the same as 23 Boeing 737-8 Max. +5 BOEING 737 Max-8 for later for Hillary Comment's speech in Chennai. 28 Boeing 737-8 Max.

List prices for a new: Boeing 737-7 Max. $99 Million; Boeing 737-8 Max. $121 Million; 737 Boeing Max-9 is $128.9 million; Boeing 737-10 Max is $134.9 Million; a Boeing 787-8 is $248.3 million; a Boeing 787-9 is $292.5 million; a Boeing 787-10 is $338.4 million; Boeing 777-300ER is $375.5 million.

Louisiana Civil Code Art. 2609 stipulates that "When the seller fails to render the performance required by a contract of sale of movable things, the buyer may purchase substitute things within a reasonable time and in good faith. In such a case the buyer is entitled to recover

the difference between the contract price and the price of the substitute things. The buyer may recover other damages also, less the expenses saved as a result of the failure of the seller to perform." So if PLAINTIFF cannot get the BOEING aircraft, PLAINTIFF will instead go to Airbus and make a deal with airbus for similar aircraft type and number.

Therefore, under Louisiana law and jurisprudence, an acceptable substitute for 27 new BOEING 737-8 NG would be 23 new BOEING 737-8 Max; PLAINTIFF will also accept a non-conforming acceptance that 3 new BOEING 737-8 Max aircraft can be substituted for 1 new BOEING 787-9 aircraft and vice-a-versa (at a loss to PLAINTIFF).+4 Boeing 737-8 MAX HILLARY CLINTON Fee making it a total of: 27 Boeing 737-8 Max. If PLAINTIFF'S Qatar Airways and British Airways request argument is denied, then PLAINTIFF argues in the alternative that disgorgement requires the forfeiture of 81 Boeing 737-8 Max Aircraft.

PLAINTIFF will make the following substitution for the like and the conditions thereunder that are outlined below and in the Prayers for Relief Section. PLAINTIFF could

| Boeing 737 MAX 8 | 11 | 194[51][50] | — | 189 | 189 | To replace older 737-800s[52] |

demand treble damages on the 27 BOEING 737-8 Max Aircraft which would legally be a total of 81 new BOEING 737-8 Max aircraft, but PLAINTIFF is not. PLAINTIFF is not requesting the profits SpiceJET made from 09/24/2010 through present that SpiceJET had earned on the 27 Boeing 737NG aircraft that were part of the order that was based on "trade is in the offing." PLAINTIFF is not asking for the 205 Boeing 737 Max 8 aircraft that are replacing and were DERIVED from the 27 BOEING NG in which the new orders could not have been necessarily made without SpiceJET having utilized the 27 BOEING NG aircraft at issue to make enough money to place the new orders and have the new aircraft. See Wikipedia screenshot from SpiceJET's fleet explanation section below. Furthermore for disgorgement purposes under XX, PLAINTIFF could ask for the 200+ New BOEING 737 MAX 8, but PLAINTIFF is generous.

PLAINTIFF is asking for the 81 new BOEING 737-8 Max aircraft in the alternative; and PLAINTIFF can ask for another _205 more_ BOEING 737 Max 8 aircraft making a total of 286 BOEING 737-8 Max aircraft. PLAINTIFF is generous, kind, and reasonable and is not asking for that much. In light of PLAINTIFF'S reasonableness:

So, some of the following referring to the 27 new Boeing 737-8 Max aircraft and the following stipulations that just derive from the SpiceJET deal:

- As part of his order, 3 New BOEING 737-7 Max (with options from MKT Airlines to purchase more if successful) aircraft to be given to the Government of North Macedonia in order to establish and create MKT Macedonian Airlines. DEFENDANTS will provide PLAINTIFF a highly reputable design team to design MKT Macedonian Airlines' brand identity, livery, crew uniforms, interior of the plane, etc. to make MKT Macedonian Airlines successful. DEFENDANTS will provide The Northern Macedonian Government training on how to properly run the airline and manage the airline to ensure MKT Macedonian Airline's survival and profitability in the tough aviation market of North Macedonia based

on American standards or Qatar Airways/British Airways Standards. DEFENDANTS will provide MKT Macedonian Airlines all the resources, training, and future support and spare parts necessary to ensure its survival. Air Serbia will be a technical partner to MKT Macedonian Airlines and will provide assistance when need be. The North Macedonian government will not be able to sell the aircraft to anyone for any purpose and will do everything in its complete control to ensure the airline survives.

- The 27 Boeing 737-8 Max order will be changed into the following:
  o 7 Brand New Boeing 737-8 Max. 3 paid for out of PLAINTIFF'S restitution (4 paid by the HILLARY CLINTON Fee). $363,000,000

  o 5 Brand New BOEING 737-10 Max ($674,500,000) & 5 BOEING 737-7 Max (495,000,000) (in Lieu of 10 BOEING 737-8 Max. Cost: 1,169,500,000 at list prices to 1, 200,000,000 Billion (PLAINTIFF losing $30,500,000 with the substitution), $1,169,500,000

  o 2 BOEING 787-9 (585,000,000) and 1 787-8 kawaii one ($248,400,000) (in lieu of 7 Boeing 737-8 Max at 847,000,000) (Plaintiff losing a total of $13,600,000 on the substitution). $833,400,000

  o **Total Loss on substitution: $44,100,000. Total Planes: $2,365,900,000.**

PLAINTIFF is incorporating the stipulations he listed below [here].Therefore, as PLAINTIFF elaborated upon earlier, under 18 U.S.C §1963(a)(1) clearly applies to any interest, legitimate or illegitimate, which DEFENDANTS acquired or maintained either in the course of engaging in racketeering activity or as the result of racketeering activity in violation of 18 U.S.C. 1962. 18 U.S.C §1963(a)(3) applies to forfeiture of proceeds or property derived from proceeds obtained in violation of RICO. DEFENDANTS are required to forfeit the amount of illicit proceeds and property as determined by the Court even if the funds used to satisfy the forfeiture are not tainted or if the defendant no longer possesses the tainted funds or property. If BOEING refuses to work with PLAINTIFF, then DEFENDANTS will give or purchase on behalf of PLAINTIFF comparable Airbus aircraft.

In the alternative, There was no valid contract between SpiceJET and BOEING in October 2010 (hereon: 2010 Contract). Because it was done in the auspices of a RICO violation, under Louisiana CC 2030, A contract is absolutely null when it violates a rule of public order, as when the object of a contract is illicit or immoral. A contract that is absolutely null may not be confirmed." Therefore, the 2010 Contract is null and void. The true contract between BOEING and SpiceJET in that time was that the performance of SpiceJET obtaining 27 BOEING NG aircraft was done by the performance, execution of, and attempt to cover up "is in the offing" to ensure DEFENDANTS' goal of "*beyond national jurisdiction*" in furtherance of the RICO Enterprise in addition to the funds BOEING received for the 27 BOEING NG. PLAINTIFF did not discover some of the true purposes of the RICO acts until August 2023. Therefore, PLAINTIFF was a party to the contract because "is in the offing" it necessarily involved the

performance of PLAINTIFF'S actions and PLAINTIFF absolutely would not have performed it if he had known about it. Therefore, fraud.

PLAINTIFF only discovered the issues of SpiceJET and United Airlines incidents in August 2023 in which PLAINTIFF realized the fraudulent and RICO nature thereof, this gives plaintiff five years from the time it was discovered as in the case of error or fraud. "Similarly, the Fifth Circuit "has adopted an injury discovery rule, whereby a civil RICO claim accrues when the PLAINTIFF discovers, or should have discovered, the injury." *Joseph v. Bach & Wasserman*, LLC, 487 Fed. App'x173 (5th Cir. 2012) (internal quotations omitted.'). ***"It is discovery of the injury,*** and not other elements of a RICO claim, ***that starts the limitations period running***." *Id.* (citing Rotella v Wood, 528 U.S. 549 (2000)). This "injury discovery" rules applies to Louisiana RICO claims. See *Farmer v. D&O Contractors Inc.,* 640 Fed. App'X 302 (5th Cir. 2016)(per curiam)("Both [the federal and LOUISIANA RICO] Limitations periods begin to run when a PLAINTIFF has knowledge or constructive knowledge of the injury giving rise to a cause of action."). *Viking Constr. Grp., LLC v. Satterfield & Pontikes Constr. Grp. Inc*., Civil Action No 17-12838 Section I (E.D. La. Jan 12, 2018).

As the WHITE HOUSE Press release said in the amount "defense trade is in the offing," DEFENDANTS got a minimum of: $14,900,000,000 and it was completely contingent and based on the condition of: "trade is in the offing." Period.

Minimum Damage: $14,900,000,000
Treble Damages: PLAINTIFF is not asking for treble damages on the $14,900,000,000.

To show you how unfair it really all is in life, Secretary of State Antony J. Blinken and V.P President Harris hosted Prime Minister Modi on June 23rd, 2023. There was a White House State Dinner Guest List in which Ms. HUMA ABEDIN and Prime Minister Modi attended on June 22nd, 2023. PLAINTIFF alleges the "trade is in the offing" conspiracy under 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.

The Court may be thinking, that is ridiculous and PLAINTIFF says to you it is not. That is $14,900,000,000 *in 2010 Dollars*. So PLAINTIFF went on the United States Bureau of Labor Statistics and determined what the actual relevant price is based on the CPI Inflation Calculator.

The Calculator did not go up to $14,900,000,000 nor could PLAINTIFF use $14,900,000 in the CPI Calculator. PLAINTIFF had to use the figure of $14,900 for the CPI Calculator to show a price. The Price is below (*See*: Screenshot to the right.)



So ACTUALLY based on the CPI, that $14,900,000,000 should be **$20,825,640,000 in 2023 dollars.** Treble Damages on $20,825,640,000 **is $62,476,920,000 dollars**. The difference in treble damages alone from that figure is around $41,651,280,000 (which is nearly 2.5 times as much as the initial $14,900,000,000). So PLAINTIFF could demand $62,476,920,000 if PLAINTIFF wanted to, but he is not for PLAINTIFF is a merciful man, but still wants to teach a lesson. So instead of the $62,476,920,000 that PLAINTIFF is legally entitled to in today's dollars, PLAINTIFF is just going to ask for the initial amount of $14,900,000,000.

But wait, PLAINTIFF is asking for more. PLAINTIFF is alleging Qatar Airways, QIA, QATAR, violated all the crimes stated at beginning of the chapter since they can be found as having conspired, aided and abetted, and were material actors in "trade is in the offing." So even though Qatar may not have received money from US-India trade, PLAINTIFF is alleging Qatar received material benefit and obtained proceeds indirectly when the United States engaged in trade with Qatar after the "trade is in the offing" email was written and the plan being approved. But for the Qatar Airways "representative" refusing to allow PLAINTIFF to continue on to DOHA when he could have and having directed PLAINTIFF to the INDIAN embassy, PLAINTIFF would not have gone to the INDIAN embassy and been part of the scheme in *Miki's Tea Party*—QIA, Qatar Airways, and Qatar were principal actors in "trade is in the offing." Whether it was a Qatar Airways representative, a subcontractor for Qatar Airways, or British Intel/DEFENDANTS in disguise as a Qatar Airways representative in which Qatar Airways necessarily allowed the British Intel or DEFENDANDS to go under disguise and do that to PLAINTIFF at London-Heathrow, it necessarily holds Qatar Airways as part of the scheme. Qatar Airways, Qatar, and QIA never informed of the devious plot undertaken against PLAINTIFF and had numerous opportunities to do so. There was no way that Al-Baker was not informed of the plot in which his airline was a necessary component of such. Al-Baker conspired with American Intel DEFENDANTS and British Intel DEFENDANTS. Therefore, violations of 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961

section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.

[FSIA arguments here]

Financially and for organizational purposes. Qatar Investment Authority (hereon: QIA) (QIA; Arabic: جهاز قطر للإستثمار) QIA owns 100% of Qatar Holding LLC, and it also owns 50% of Qatar National Bank. QIA is affiliated with Qatar Islamic Bank (Q.P.S.C.) (16.67%), which has a wholly owned British subsidiary called QIB-UK that was set up in 2008. Therefore, PLAINTIFF has included all of those institutions. PLAINTIFF is alleging that either Qatar Airways, Qatar Holding LLC, or QIA when they purchased new BOEING aircraft in 2010, 2011, and 2013, one of those institutions transferred money to BOEING'S Commerical Divisions Bank Account in which Qatar Airways, Qatar Holding LLC, or QIA utilized Qatar Islamic Bank (Q.P.S.C) or QIB-UK to do so. PLAINTIFF alleges American INTEL paid Qatar Airways or Qatar Holding LLC for their services in which American funds were deposited into Qatar Islamic Bank or Qatar National Bank or Qatar Airways' bank account. Thereby constituting an act of wire fraud under 18 U.S.C. §1961 section 1343 and violating 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.

Sheikh Hamad bin Jassim bin Jaber bin Mohammed bin Thani Al Thani (Arabic: حمد بن جاسم بن جبر آل ثاني) (aka: HBJ): "Sometimes known as "HBJ" in London's financial circles, the 62-year-old was named the "man who bought London" after he used his wealth, as well as his influence as the head of Qatar's multibillion dollar sovereign wealth fund, the Qatari Investment Authority, to expand Qatar's financial assets in London through a series of valuable assets....From 2000 until 2013, al-Thani oversaw a series of high-profile investments in corporate Britain that included Harrods, the Shard (which is owned 95% by Qatar), London's Olympic Village and Park Lane's InterContinental hotel.[394] HBJ was necessarily part of the plan and was the head of QIA or Qatar Holding, LLC when "trade is in the offing" occurred in which he was part of the conspiracy, and therefore under RICO, QIA, Qatar Holding, LLC, and thereby constituting an act of wire fraud under 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C.

[394] https://www.theguardian.com/world/2022/jun/26/the-man-who-bought-london-qatar-billionaire-behind-prince-charles-scandal

§1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.

QIA, Qatar Holding LLC, and Qatar Airways may not be a person under 1962(c), but are liable under 1962 (a) when an enterprise engaging in racketeering activity is the direct or indirect beneficiary of the pattern of racketeering activity, the enterprise may be liable under section 1962(a) and 1962(b) through Qatar Holdings, Qatar Airways, and QIA's actions in 1962(d) under *Schreiber Distributing Co. v. Serv-well Furniture Company, Inc.*, 806 F.2d 1393 (9th Cir. 1986) and *Haroco v. American Nat. B. T. Co. of Chicago*, 747 F.2d 384 (7th Cir. 1984) (hereon: *Haroco*). The Court in *Haroco* held: "We conclude that a civil RICO plaintiff need not allege or prove injury beyond an injury to business or property resulting from the underlying acts of racketeering This holding by no means renders superfluous the requirement in section 1964(c) that the plaintiff be injured "by reason of" a violation of section 1962. As we read this "by reason of" language, it simply imposes a proximate cause requirement on plaintiffs. The criminal conduct in violation of section 1962 must, directly or indirectly, have injured the plaintiff's business or property. A defendant who violates section 1962 is not liable for treble damages to everyone he might have injured by other conduct, nor is the defendant liable to those who have not been injured. This causation requirement might not be subtle, elegant or imaginative, but we believe it is based on a straightforward reading of the statute as Congress intended it to be read… We agree that a corporation and an association in fact can both satisfy the "enterprise" requirement of section 1962(c)… The RICO liability of the enterprise should depend on the role played. In our view, the plaintiffs here and the court in *Hartley* are correct when they argue that the corporate enterprise should be liable where it is the perpetrator, or the central figure in the criminal scheme. In that situation, the corporate deep pocket should certainly be subject to RICO liability…a corporation-enterprise may be held liable under subsection (a) when the corporation is also a perpetrator. As we parse subsection (a), a "person" (such as a corporation-enterprise) acts unlawfully if it receives income derived directly or indirectly from a pattern of racketeering activity in which the person has participated as a principal within the meaning of 18 U.S.C. § 2, and if the person uses the income in the establishment or *operation* of an enterprise affecting commerce." *Id.*

*Under Haroco, As the heads of QIA-- that owned Qatar Holdings LLC that owned Qatar Airways that were run by Al-Baker and HBJ*—Emir Hamad bin Khalifa Al Thani and HBJ, would also be liable under 1962(d) and 1962 (a) and 1962(b) because QIA indirectly benefitted from "trade is in the offing" in which the Emir Hamad bin Khalifa Al Thani had discussed the issue with HBJ and Hillary Clinton. At least on XX from October 2010 in which HBJ's personal cell number was given and requested and PLAINTIFF is alleging HILLARY CLINTON and unknown State Department officials consipired over the wire with "trade is in the offing" between October 2010 and March 2011. Hamad bin Khalifa Al Thani, who was the ruling Emir of Qatar from 1995 to 2013 (i.e. the head of Qatar) was the head of QIA. Emir Hamad bin Khalifa Al Thani has an extensive amount of British roots. He graduated from the British Royal

Military Academy at Sandhurst in 1971. In 2005, under the direction of Hamad bin Khalifa Al Thani and the former prime minister of Qatar Sheikh HBJ, QIA was established. But respect is owed and given for the Emir as he made a $100 million donation for the relief of New Orleans following the 2005 Hurricane Katrina. QIA, Qatar Airways, and Qatar Holdings, LLC are organs of the government of Qatar. Thereby violating 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights in which "head of state" doctrine does not apply to Emir Hamad bin Khalifa Al Thani.

*Speaking of QIA, "The Offing"* took place at London-Heathrow. BAA (via Ferrovial)(who owned London Heathrow during *Miki's Tea Party*) was in £10 Billion Pounds in Debt in 2008.[395] True and admittedly, there were issues with passenger delays from 2008.[396] That being said, Heathrow opened brand new £2.5bn Terminal 2, known as The Queen's Terminal in June 2014 (at this exact time, the head of Heathrow stepped down). So here is the thing—2008, Heathrow is in major debt and then in 2014, Heathrow opens £2.5bn new terminal. Terminal 2 was closed on November 23rd, 2009. Closed Terminal 2 means no money coming in from flights from 2009 and Terminal 2 is demolished in 2010. BAA creates a new legal entity in 2012 (BAA plc). So where does one get money to build a completely new terminal at the time? PLAINTIFF alleges that the dissolution of the BAA was to obstruct justice and prevent PLAINTIFF from holding BAA accountable for their actions in violation of 1962(d) and 1503 XX.

CUE: Sheikh HBJ who stopped being the head of QIA in June 2013. HBJ was reported to have had strong connections with the US government...HBJ has stakes in many strong businesses such as Qatar Airways. PLAINTIFF believes that the Qatari government owns Qatar Airways (Qatar Airways Company Q.C.S.C.) via QIA and/or Qatar Holding, LLC. The CEO of Qatar Airways is Akbar Al Baker, who has been in charge since November 1996, and he became a member of the Heathrow Airport Board in 2012 when Qatar Holding bought a 20 percent stake in the airport. Qatar Airways is one of the largest shareholders of the International Airlines Group (IAG), which owns British Airways, having started to make purchases of IAG's shares in 2015. Qatar Airways is a prominent airline at London-Heathrow in which they introduced: "a fifth daily flight between Doha and London Heathrow Airport (in 2011) from March 25th next year taking capacity up from 28 to 35 flights each week"[397] QIA via Qatar Holdings, LLC is a major shareholder in Heathrow Airport from at least 2012 buy purchasing a 10.62% share of Heathrow

[395] https://www.telegraph.co.uk/finance/newsbysector/transport/2785359/To-save-BAA-on-a-wing-and-a-prayer.html
[396] https://www.telegraph.co.uk/finance/newsbysector/transport/2785359/To-save-BAA-on-a-wing-and-a-prayer.html
[397] https://www.breakingtravelnews.com/focus/article/the-breaking-travel-news-interview-akbar-al-baker-ceo-qatar-airways/

Airport Holdings (formerly BAA)[398] (who owns London-Heathrow) from Ferrovial for $779,900,000, in 2012 QIA/Qatar Holdings own about 20% of London-Heathrow. This was part of the trade in "the offing" between Qatar and United Kingdom in which United Kingdom and Qatar violated 18 U.S.C. 1962(a) because some of the proceeds were derived from "trade is in the offing" were used to buy a substantial share of Heathrow in order to have influence and the ability to continue to coverup "trade is in the offing." QIA/Qatar Holdings further invested an additional 650 million pounds ($807 million) in 2017 in London-Heathrow airport. PWC recognized Qatar Holdings part ownership of Heathrow in April 2012.[399] June 2013 The Guardian reported QIA owned 20% of BAA (which became Heathrow Airport Holdings) for 900 million pounds.[400] That violated 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.

QIA and Tony Blair, former UK Prime minister, routinely negotiated amongst each other in which QIA went on a British shopping spree in which there was so much trade between Britain and Qatar. On 8 May 2010, Qatar Holding, an indirect subsidiary of QIA, purchased the Harrods Group (department store) and the Knightsbridge department store. QIA are also the largest shareholder in Sainsbury's (2nd largest British Supermarket). By January 2013, QIA invested around €30 billion in Britain/United Kingdom. The largest tower in London is owned by QIA (the Shard) which cost £2bn. Two years after the Shard's completion, QIA bought HSBC's headquarters for £1.1bn in February 2012. It swiftly followed that up by leading a consortium that bought Canary Wharf Group in a £2.6bn takeover. This makes QIA a huge property owner in London. The point being, it is common knowledge how Qatar owns a major and fundamental part of London and Britain. Where America goes, Britain goes, and where Qatar goes, Britain goes. Speaking of America and Qatari financing via QIA in which _better trade_ occurred in 2013, Washington DC owes something to the Qataris as QIA was one of the major financiers of a development known as CityCenterDC that invested $650 million into the project in 2013. CityCenterDC is 0.6 miles away from the White House—quite literally in the backyard of the White House. White House knew about this no doubt.

---

[398] The British Airports Authority (BAA pl) used to own Heathrow and was established by the government in 1965. Ferrovial bought BAA Pl in 2006 in which it kept Heathrow out of all the british airports and renamed the company Heathrow Airport Holdings. BAA AIRPORTS LIMITED (BAA plc) managed Heathrow between October 2008 to October 2012. BAA AIRPORTS LIMITED'S (BAA plc) CEO was COLIN STEPHEN MATTHEWS (who was British Airways technical director until 2001) during *Miki's Tea Party*.

[399] https://www.pwc.com/gx/en/capital-projects-infrastructure/pdf/the_new_normal_for_airport_investment_-_07_airport_transactions.pdf

[400] https://www.dailymail.co.uk/news/article-2347885/Qatari-emir-Sheikh-Hamad-hands-power-33-year-old-son.html

Barack Obama gave a speech in New York City on September 23rd, 2010 at the Clinton Global Initiative Meeting. President Obama. "Thank you, everybody. Thank you. Please have a seat. Well, I am thrilled to be here. I want to thank President Clinton for the kind, **although protocol-busting,** introduction. [Laughter] And I want to thank him for inviting me back to join you at this year's meeting. It was an extraordinary pleasure to be here at CGI last year. It's a pleasure to be back today, not only because of my highest regard for President Clinton personally, not just because of my gratitude to him for putting up with long hours away from our Secretary of State— [laughter]—— Former President William J. Clinton. Thank you for being grateful, though. President Obama. I am grateful. [Laughter] But also because of the tremendous work he's doing through GCI… For the past 5 years, President Clinton has applied the full force of **his energy and his influence—and it is formidable**—to the work of this initiative. And with that passion and with that determination and that charm of his that makes it so darn hard to say no, he has marshaled $57 billion worth of commitments from folks like you, and that's bringing hope and opportunity to more than 200 million people around the world. It's a remarkable record of achievement…"

Is "trade is in the offing" considered something to be "protocol-busting," PLAINTIFF does not know; maybe? but it is a distinct possibility. $57 Billion is a lot of money for CGI and PLAINTIFF is not going after all of that; however, PLAINTIFF is incorporating the previous fact and the following facts that shows how much the following entities donated to CGI and lobbied the State Department during Hillary Clinton's time at the State Department: [401]

- State of Qatar and related entities: $1,375,000 and a total of $5,800,000.
- Microsoft: a minimum of $26,000,000[402]
- BOEING: 1,000,000 to 5,000,000.
- Alphabet/Google: $511,000 to $1,030,000

PLAINTIFF is alleging that part of the funds BOEING gave towards CGI during Hillary Clinton's time at State in which it was part of the proceeds BOEING would derive from "trade is in the offing" and that is PLAINTIFF'S financial factual nexus to subject CGI to the lawsuit as it was part of the RICO Enterprise. So that was part of the mail and wire fraud. CHERYL MILLS

---

[401] https://www.vox.com/2015/4/28/8501643/Clinton-foundation-donors-State
[402] PLAINTIFF is alleging that Microsoft aided and abetted RICO Enterprise 2 in which Microsoft provided up to date information to American Intel and Hillary Clinton throughout 2016.

is a board member of CGI. That's another reason why PLAINTIFF included CGI. CGI and CLINTON'S do know what wires are as the following screenshot from CGI demonstrates:



PLAINTIFF alleges that part of RICO Enterprise 1 involved DEFENDANTS like Qatar and Boeing being part of the kickback scheme in "trade is in the offing" in which they were necessarily seeking and carrying favor with Hillary Clinton and would derive benefits therefrom. You get what you pay for when it comes to HILLARY CLINTON and when she is in a position of power at the beginning of her tenure at State is when CGI and the Clintons receive the most. For example, "in 2009, with Mrs. Clinton as Secretary of State, a likely White House run in her future, and a secret email server hiding her communications, the Clinton Foundation took in $249 million."[403] Furthermore, "Reuters found out that from 2010 to 2013, the foundation wasn't disclosing all of its donors and didn't tell **the State Department that Australia and the UK had doubled and tripled their contributions to the Clinton foundation while Mrs. Clinton was Secretary of State.** The Associated Press discovered that more than half of Secretary Clinton's meetings with people outside the government were with donors to the Clinton Foundation... *Was there written evidence of pay-to-play in those deleted emails?* Watchdog group OpenSecrets reported that after Hillary Clinton lost the 2016 election, speaking fees to the Clintons dropped like a rock, falling from $3.6 million in 2014 to $370,000 in 2018, and IRS disclosures reveal that the once high-flying Clinton Foundation took in $30.7 million in 2018 and just $16.3 million in 2020.[404] So when Hillary and Bill Clinton were in no positions of power, they went from obtaining nearly $250,000,000 to just receiving $16,300,000 in 2020—which is a decrease of nearly 90%.

---

[403] https://www.ocregister.com/2021/12/12/as-clinton-foundation-donations-plunge-questions-raised/
[404] https://www.ocregister.com/2021/12/12/as-clinton-foundation-donations-plunge-questions-raised/

Furthermore, in CGI'S 2011 990 Form[405] that was filed in November 2015 (which is three months after *An Anchor and a Pitchfork*), CGI listed having an Indian bank account. PLAINTIFF alleges that part of the funds that were derived from "trade is in the offing" in violation of 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights deposited into the CGI Indian bank account, that part of the funds that were derived from or used to perpetuate "An Anchor and a Pitchfork" were from CGI'S Indian bank account and were deposited and withdrawn in furtherance of RICO Enterprise 1. Necessarily, the United Kingdom and Australia became part of RICO Enterprise 1 in which they willingly donated more than double and triple the amounts they received in which the United Kingdom and Australia were beneficiaries of "trade is in the offing." Furthermore, in CGI'S 2011 990 Form that was filed in November 2015 (which is three months after *An Anchor and a Pitchfork*), CGI listed having a British bank account. PLAINTIFF alleges that part of the funds that were derived from "trade is in the offing" in violation of 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights were deposited into and withdrawn from into CGI British bank account, that part of the funds that were derived from or used to perpetuate "An Anchor and a Pitchfork" were from CGI'S British bank account and were deposited and withdrawn in furtherance of RICO Enterprise 1. CGI'S 2011 990 Form that was filed in November 2015 (which is three months after *An Anchor and a Pitchfork*), CGI listed having an Australian bank account. PLAINTIFF alleges that part of the funds that were used in furtherance of RICO Enterprise 1 in "an anchor and a pitchfork" in violation of 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th

---

[405] https://www.clintonfoundation.org/wp-content/uploads/2021/07/clinton_foundation_report_public_2011_amended.pdf

Amendment rights came from and were deposited into CGI'S Australian bank account and were deposited and withdrawn in furtherance of RICO Enterprise 1 that were used .

On Jan 12th, 2011, HILLARY CLINTON and PRIME MINISTER AL THANI met at the Ritz Carlton in Doha, Qatar. They were talking about "bilateral relations and issues of interest" between Qatar and the United States. HILLARY CLINTON said: "Thank you very much, Prime Minister. And let me express – let me express my pleasure at being back in Doha and to have had this opportunity this evening to have met with both His Excellency the prime minister and with His Highness the Amir. As the prime minister just said, we had very substantive, comprehensive discussions. And I thank also Qatar for hosting this year's meeting of the Forum for the Future, which I will be attending tomorrow."[406] PLAINTIFF alleges that on the night of January 12th, 2011, HILLARY CLINTON talked to and conspired with PRIME MINISTER AL THANI and His Highness the Amir about the specific plan of "the offing" that was implemented on September 24th, 2010.

Hillary Clinton had absolutely no doubt in her mind about how the United States was going to see "trade is in the offing" through and through in which she fully supported Qatar and Qatar likewise: "in our meetings with my friends here as well as with the Gulf countries in the GCC forum, we discussed a number of issues related to Gulf security and stability. As I outlined in my speech at the Manama Dialogue last month, America's commitment to the security of the Gulf region is unwavering. We will continue to support our partners, including Qatar, as they work to address threats and create the conditions for long-term peace, prosperity, and human progress… On these and many other issues, Qatar is a trusted leader and a valued friend. The United States is proud of the partnership between our two nations. It has yielded positive results for the people of both of our countries, and we look forward to continuing to work together on the full range of issues that are important to us both. Thank you again, Prime Minister."[407]

PLAINTIFF is alleging that PRIME MINISTER AL THANI knew of the role Qatar would play in "trade is in the offing" that even though it was allegedly talking about Lebanon, the facts and circumstances are the same in which their plans are laid out: "If I may add, as you know, the stability of Lebanon becomes priority for us in Qatar, and I think for all our friends in the region and the United States. We know the tribunal and the stability of Lebanon – both of them is important for Lebanon. And I think now – I said yesterday when I had a press conference with the Prime Minister Erdogan that we have to think how to solve this problem in peaceful through responsible dialogue between the Lebanese. The Lebanese by themselves, they can help themselves. And I think our interference or our help is to help them to talk together and to try to reach a solution together. I think we have enough problem in the region that this problem we have to take care about it in a way to solve it, not to complicate it. And we are working by each minute and hour to do so."[408]

Now PLAINTIFF is going to take out "Lebanon" and Turkish Prime Minister Erdgoan from what Prime Minister AL THANI just said and just include the facts of the offing to show you they came to an understanding as to the roles that were played:

---

[406] https://2009-2017.state.gov/secretary/20092013clinton/rm/2011/01/154562.htm
[407] https://2009-2017.state.gov/secretary/20092013clinton/rm/2011/01/154562.htm
[408] https://2009-2017.state.gov/secretary/20092013clinton/rm/2011/01/154562.htm

"If I may add, as you know, the stability of [HILLARY CLINTON] becomes priority for us in Qatar, and I think for all our friends in [India] and the United States [UK]. We know the ***tribunal*** and the stability **of [HILLARY CLINTON and BARACK OBAMA]** – **both of them** is important for [HC and BO]. And I think now – I said yesterday when I had a press conference with the Prime Minister [Singh or David Cameron] that we have to think how to solve this problem in peaceful through responsible dialogue between [PLAINTIFF & Qatar]. The [PLAINTIFF] by themselves, they can help themselves. And I think ***our interference*** or our help **is to help them to talk together** and **to try to reach a solution together**. I think we have enough problem in the region that this problem **we have to take care about it in a way to solve it**, not to complicate it. **And we are working *by each minute and hour to do so*.**"[409]

Now if we distill it further with known facts. DOJ wanted to prosecute PLAINTIFF in 2008, 2009, and 2010. The stability of the HILLARY CLINTON and BARACK OBAMA required PLAINTIFF'S prosecution in an international or domestic tribunal (court). It is irrefutable that the facts of what Qatar Airways did to PLAINTIFF in Miki's Tea Party align perfectly at the end of Al Thani's statements: "our interference by the Qatar Airways representative or our help as a Qatar Airways representative **is to "help" PLAINTIFF to talk together with the Qatar Airways representative** and for the Qatar Airways representative **to try to reach a solution together** in which PLAINTIFF agrees to go to the Indian Embassy. I think we have enough problem in the region[410] *that this problem we have to take care about it in a way to solve it (by falsely prosecuting PLAINTIFF for counterterrorism),* not to complicate it. **And we are working *by each minute and hour to do so*.**"[411] The United States and Qatar worked together to tamper the United Airlines Flight by each minute and hour to do so and direct PLAINTIFF'S activities minute by minute, hour by hour at London Heathrow Airport. There is the part of how "they can help themselves." What PLAINTIFF is alleging CIA, Hillary Clinton, MI6, Qatar, Qatari Intel, Prime Minister Singh and David Cameron, Leon Panetta, Barack Obama, had all significantly talked about in their conspiracy after doing a legal analysis and concluded was if and how "PLAINTIFF can help himself in London." The issue of how PLAINTIFF would attempt to leave London Heathrow Airport once he got there. The first question was: once PLAINTIFF figured out he would not be allowed to board the Qatar Airways flight, what would his next steps be. They knew PLAINTIFF didn't have anyone of significant financial means to go to in England so that's out. PLAINTIFF wouldn't go to the American Embassy for an Indian visa issue. So that's out. But the Qatar Airways was there to "help" PLAINTIFF reach their intended consequence of "going to the Indian Embassy."

---

[409] https://2009-2017.state.gov/secretary/20092013clinton/rm/2011/01/154562.htm
[410] This is a just in case allegation and it is a bit of the stretch of the imagination: "I think we have enough problem in the region"--There was an incident that occurred between TKL and PLAINTIFF at REGION's bank in Sewanee, TN, right around the exact time of this speech as PLAINTIFF will explain in *Champagne*. Now as PLAINTIFF will allege, it would show retaliation and hostility by law enforcement against PLAINTIFF and Qatar and America knew of the incident and knew it would be a problem in prosecuting PLAINTIFF in a tribunal because of TKL'S unconstitutional actions through the years. Depends on the translation, but region and region's bank can be equivocated here.
[411] https://2009-2017.state.gov/secretary/20092013clinton/rm/2011/01/154562.htm

PLAINTIFF alleges that is Prime Minister Al Thani aiding and abetting and was a principal accessory after the fact so he violated: 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.

<mark>"We know that a contract is the law between the parties and that they are bound by their agreements regardless of harmful consequences, provided the agreement is not contra bones mores or in violation of some prohibitory law. However, where the issue is as in the instant case — what are the terms of the verbal agreement — the fact that informed and experienced persons do not usually and customarily bind themselves to unjust and unreasonable obligations is a serious factor that must be taken into consideration in determining that question." *Oil Field S. S. Material Co. v. Gifford Hill Co.*, 204 La. 929 (La. 1944)</mark>

What did you say about JAMES COMEY earlier? Do you mean in regards to how they just talked about a tribunal? Yes: HILLARY sent CHERYL MILLS an email with the subject line of: "Jake says Jim took the job?" on 03/13/2011. The content of the mail says: "Yes--he told me Friday he was leaning but not there yet and said he would decide for sure Monday. I will give you what details I gleaned when we talk next.  Is the P.I announcement out yet? Also, I told Bill about the Zuma call and he is willing." PLAINTIFF is alleging the Jim they are referring to is: James Comey in which New York would prosecute PLAINTIFF after "trade is in the offing" in which a tribunal would be utilized against PLAINTIFF. James Comey, Hillary Clinton, Cheryl Mills, and PRIME MINISTER AL THANI obstructed justice in seeking to prosecute PLAINTIFF in which Qatar and America would indirectly obtain benefits like deals made in purchasing BOEING Aircraft, retaliated against PLAINTIFF

HILLARY CLINTON, WILLIAM HAGUE, ALISTAIR BURT, CHRISTOPHER M. CHADWICK, BOEING, Emir of Qatar SHEIKH TAMIM BIN HAMAD AL THANI, Sheikh Hamad Bin Jassim Bin Jabr Al-Thani (HBJ), QIA, Qatar Airways Company Q.C.S.C., Qatar Holding, LLC., Akbar Al Baker, Heathrow Airport Holdings (formerly BAA), COLIN STEPHEN MATTHEWS, TONY BLAIR, DAVID CAMERON, BOEING, and unknown American, British and Qatar officials and employees in which QIA'S purchase of shares of Heathrow Airport Holdings and Qatar Airways and Akbar Al Baker's purchase of BOEING aircraft from September 2010 was part of the trade in "the offing" between Qatar, United States and United Kingdom in which United Kingdom (and aforementioned British DEFENDANTS) and Qatar violated 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18

U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights. because some of the proceeds were derived from "trade is in the offing" were used to buy a substantial share of Heathrow in order to have influence and the ability to continue to coverup "trade is in the offing" that Heathrow airport officials knew "trade is in the offing" was going to happen, materially aided and abetted against PLAINTIFF by either telling the Qatar Airways representative to do her actions or allowing one of the BRITISH INTEL or AMERICAN INTEL DEFENDANTS to do that, was a coconspirator in committing wire fraud with HILLARY CLINTON and BARACK OBAMA, and purchased new Qatar Airways aircraft.  So unknown American, Qatari, British and Boeing officials in the Qatar Airways deals and Heathrow Airport Holdings deal that was part of "trade is in the offing" violated: 18 U.S.C.§1862 (a); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (d); 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 18 U.S.C.§226; and 18 U.S.C. §1961 section 1343; *18* U.S.C. §226; 18 U.S.C. §1961 section 1512; 18 U.S.C. §1961 section 1513; 18 U.S.C. §1961 section 1510; 18 U.S.C. §1961 section 1503; 18 U.S.C. §241; 18 U.S. Code §201 (bribery); 18 U.S.C. §872 (Extortion by officer); 42 U.S.C. §1986; 18 U.S. Code § 875 (mail fraud argument); 18 U.S. Code § 880 (receives proceeds of extortion); 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage). Aforementioned DEFENDANTS violated 1343 in which they received indirectly proceeds on the condition of PLAINTIFF'S forced labor, peonage, and/or involuntary servitude in violation of PLAINTIFF'S 13th Amendment rights in "the offing" is a violation of Section 1962(c) in which BOEING and Christopher M. Chadwick participated indirectly in the conduct of enterprise's affairs because the Enterprise through a pattern of violating 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights because PLAINTIFF has not seen a single dime for his forced labor and became an indentured servant to DEFENDANTS where BOEING sold aircraft that were part of the "trade is in the offing" and provided additional services, profits, and resources to Qatar Airways, QIA, Qatar Holding, LLC, Emir of Qatar SHEIKH TAMIM BIN HAMAD AL THANI, SHEIKH HAMAD BIN JASSIM BIN JABR AL-THANI (HBJ), QIA and Akbar Al Baker.

To confirm everyone was on the same page after "the offing" occurred: UK Prime Minister David Cameron & Sheikh Hamad Bin Jassim Bin Jabr Al-Thani (HBJ), Prime Minister and Minister of Foreign Affairs for the State of Qatar met on March 29th, 2011.



So any trade between HILLARY CLINTON, WILLIAM HAGUE, ALISTAIR BURT, CHRISTOPHER M. CHADWICK, BOEING, Emir of Qatar SHEIKH TAMIM BIN HAMAD AL THANI, Sheikh Hamad Bin Jassim Bin Jabr Al-Thani (HBJ), QIA, Qatar Airways Company Q.C.S.C., Qatar Holding, LLC., Akbar Al Baker, Heathrow Airport Holdings (formerly BAA), COLIN STEPHEN MATTHEWS, TONY BLAIR, DAVID CAMERON, BOEING, and unknown American, British and Qatar officials and employees, that happened from when "trade is in the offing" was made ascertainable from September 2010 *to Present* PLAINTIFF could ask for under 18 U.S.C §1963(a)(3) since that statute applies to forfeiture *of proceeds or property derived from proceeds obtained* in violation of 18 U.S.C. 1962(a), 18 U.S.C. 1962(b), 18 U.S.C. 1962(c) and/or 18 U.S.C. 1962(d). DEFENDANTS are required to forfeit the amount of illicit proceeds and *property* as determined by the Court even if the funds used to satisfy the forfeiture are not tainted or if the defendant no longer possesses the tainted funds or property, but that is too harsh and PLAINTIFF is a compassionate and generous man. So in regard to Qatar Airways, Qatar Airways could have said "trade is in the offing" is wrong and not been a part of it for the 6 months between September 2010 through March 2011 (which is 6 months). PLAINTIFF will ask for a treble time period of (3x 6 months=18 months). Then there is of course a 20% "increase trade" fee which amounts to additional 20% on the 18 months for an additional 3 months making a total of 21 months after March 2011 for Qatar Airways BOEING aircraft orders after March 2011. So that is at September 2012 as of this moment. But wait, of course, there are the TSA air piracy prevention fee that amount to 5.6 months for one way which should have gone towards

stopping air piracy from occurring so that is an additional 5 months. Now we are at: February 2013. Then there is the "Business Seat Selection" fee in which a seat was denied to PLAINTIFF because of business. So that's another 6 months. So that is October 2013. That's just ordinary fees travelers pay for regularly.

One of the issues in "trade is in the offing" was partly getting PLAINTIFF off from the Qatar Airways planes. The planes were a part of the scheme as they were property used to further the scheme by violating 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights. in which Qatar Airways, Al-Baker, derived income from the racketeering acts in "trade is in the offing" in which the planes were indirectly used to obtain proceeds of such income and was part of the operation of enterprise.

PLAINTIFF could ask for every aircraft that Qatar Airways ordered since September 2010, but PLAINTIFF is not and is just limiting it from September 2010 to October 2013. Technically, by necessarily having engaged in RICO Enterprise 1, forfeiture could apply to all new aircraft orders to Qatar Airways as they were derived from the previous proceeds obtained by Qatar Airways for having participated in the mail and wire fraud scheme against PLAINTIFF (in which some of the planes are tainted, all of the planes are tainted). PLAINTIFF is a generous man.

BUT the two planes that PLAINTIFF should have been allowed to board on Qatar Airways those flights were the following: PLAINTIFF is 90% certain it was either an Airbus A340-600 or BOEING 777-300ER from London to Doha and an Airbus A320 from Doha to India and PLAINTIFF is asking for equivalent aircraft of those type at those conditions at the time. This was property used in furthering the RICO Enterprise 1. If it was an Airbus A340-600, which PLAINTIFF believes that it probably was, it would have been one that was acquired in the June 2003 Paris Airshow that was the original purchase or one of the 8 options that they exercised on. This aircraft entered service in Qatar Airways from around September 2006 thereby making the aircraft at issue 4 years old. BOEING 777-300ERs would have been around the same age as well.

That is just part of it. "Trade is in the offing" necessarily entails the trade between Qatar Airways/Qatar and BOEING as well from September 2010 through October 2013 in which each of the orders placed between PLAINTIFF is alleging that Qatar Airways got material benefits from BOEING in their purchase of aircraft from September 2010 through October 2013 that necessarily occurred because of "trade is in the offing" that was sanctioned by the Qatar Government/QIA/Qatar Holdings and the American, Indian, and British Government in which all four were coconspirators and it was quid pro quo and kickback scheme in violation of 18

U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights. PLAINTIFF is seeking all of the planes or an equivalent/comparable aircraft or substituted conditions of new Boeing aircraft under the conditions PLAINTIFF stipulates below of what Qatar Airways purchased from BOEING between September 2010 through October 2013 as part of his restitution.

PLAINTIFF is not asking much from Qatar, Qatar Airways, and QIA, but what PLAINTIFF is asking for is the following that is a little unconventional in addition to the planes. The scars of terrorism, war crimes, and torture run deep and will last a life time. So the following for some of the scars of terrorism, war crimes, and torture to alleviate PLAINTIFF'S suffering and not for profit motive: MKT Airlines will be a flourishing airline, and considering the requests made in *An Anchor and a Pitchfork*, there will be a MKT railroad company as well. All of those require energy, which Qatar has plenty. PLAINTIFF is requesting that Qatar Petroleum/Qatar Energy (PLAINTIFF is assuming that QIA or Qatar Holdings, LLC owns Qatar Petroleum/Qatar Energy) and MKT Airlines and Railroad Company create a co-venture with Qatar Petroleum/Qatar Energy called MKT Oil (if the name is available) and build an oil refinery (probably in Louisiana) that will have the purpose of supplying fuel to PLAINTIFF'S MKT Airlines planes and trains in which the purchase price of a barrel of oil will be the cost of extracting the oil +20%. MKT Oil will pay for the transport from Qatar to Louisiana so long as the total price of a barrel of oil is below the market price of a barrel of oil. Qatar Energy and their experts will oversee building the MKT oil refinery, operating it, and managing it in Louisiana or somewhere else that is suitable. A yearly amount can be determined based on fleet size and consumption in which the deal is good for PLAINTIFF'S natural life. The MKT Oil refinery can sell all the remaining oil products from the oil refinery (such as gasoline) to whoever else in America. HOWEVER, no profits can be derived from selling the additional products in which PLAINTIFF is specifically stipulating and making the request that the profits from the MKT Oil Refinery venture (besides going to maintaining the facility and keeping it safe and up to code) goes back to Qatar and funds Miki's autism centers in Qatar and India and psychological health centers/ketamine treatment centers for people who have depression and/or ptsd. The Emir helped Louisiana during Hurricane Katrina, PLAINTIFF wishes to help Qatari autistic individuals.

In light of the MKT Oil Plan, PLAINTIFF'S MKT Railroad company will have the sole exclusive right to transport the refined jet fuel and diesel to wherever it is needed at MKT's railroad and airport hubs across America. New tank cars can be made to transport the jet fuel and diesel. PLAINTIFF however does need trackage rights over existing railroad infrastructure. Details of this plan can be worked out.

British Airways is connected in two distinct and separate ways to "trade is in the offing."

1) Qatar Airways, QIA, and Al-Baker started to have more positions of influence directing the course of actions in London-Heathrow from 2012 after having directed PLAINTIFF a year earlier on March 2011. Part of that influence required creating a new company into Heathrow Holdings from BAA plc in which PLAINTIFF couldn't sue the new management company of London-Heathrow Airport since "the offing" occurred under BAA plc. Furthermore, Qatar Airways, QIA, and Al-Baker cut ties with the manager of BAA plc or Heathrow Holdings leave or gets fired in 2012 in which they would further establish and dominate their actions in London-Heathrow. Because Qatar, QIA, Qatar Airways, Al-Baker obtained power and influence over London-Heathrow, IAG/British Airways having London-Heathrow as their hub had to go along with Qatar, QIA, Qatar Airways, and Al-Baker in which IAG/British Airways indirectly received benefits and resources from the Qatar power and influence acquisition of Heathrow. There is not a single way British Intel did not warn British Airways that a major "counterterrorism" measure was being implemented by American and British Intel with the help of Qatar Airways and Qatar and India and Indian Intel that was going to take place on 03/10/2011 or 03/11/2011 in their own hub in which there existed a possibility that PLAINTIFF would take British Airways back to Chicago on the same day or the next day. British Airways not being told that information is difficult to believe—contingency plans were made and British Airways were made aware of it. David Cameron and <u>British Foreign Secretary William Hague (who was in charge of MI6 and GCHQ that happened under their watch), John O. Brennan, or ALISTAR BURT had to inform someone in London-Heathrorw or British Airways</u>. So somewhere deep within the British Airways archive there is a reference to "trade is in the offing" between 09/27/2010 to 03/11/2011. 2) British Government owned a 49% stake in British Air Traffic Control (and British Airways was part owner of the 42% of NATS that owned British Air Traffic Control at the time as well) that knew when PLAINTIFF landed in London, the happenings of United Airlines Flight #925 under their supervision, and when PLAINTIFF left London in which there was no way Air Traffic Control was not informed a counterterrorism measure was being undertaken in London-Heathrow at that time. So any trade between HILLARY CLINTON, WILLIAM HAGUE, ALISTAIR BURT, CHRISTOPHER M. CHADWICK, BOEING, Emir of Qatar SHEIKH TAMIM BIN HAMAD AL THANI, NATS, Sheikh Hamad Bin Jassim Bin Jabr Al-Thani (HBJ), QIA, British Airways/IAG, Qatar Holding, LLC., Akbar Al Baker, Heathrow Airport Holdings (formerly BAA), COLIN STEPHEN MATTHEWS, TONY BLAIR, DAVID CAMERON, BOEING, and unknown American, British and Qatar officials and employees, that happened from when "trade is in the offing" was made ascertainable from September 2010 *to Present* PLAINTIFF could ask for under 18 U.S.C §1963(a)(3) since that statute applies to forfeiture *of proceeds or property derived from proceeds obtained* in violation of 18 U.S.C. 1962(a), 18 U.S.C. 1962(b), 18 U.S.C. 1962(c) and/or 18 U.S.C. 1962(d). Aforementioned DEFENDANTS as being a part of "trade is in the offing" violated: 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.

Aforementioned DEFENDANTS are required to forfeit the amount of illicit proceeds and *property* as determined by the Court even if the funds used to satisfy the forfeiture are not tainted or if the defendant no longer possesses the tainted funds or property, but that is too harsh and PLAINTIFF is a compassionate and generous man. So in regard to British Airways, they could have said "trade is in the offing" is wrong and not been a part of it for the 6 months between September 2010 through March 2011 (which is 6 months). PLAINTIFF will ask for a treble time period of (3x 6 months=18 months). Then there is of course a 20% "increase trade" fee which amounts to additional 20% on the 18 months for an additional 3 months making a total of 21 months after March 2011 for British Airways BOEING aircraft orders after March 2011. So that is at September 2012 as of this moment. But wait, of course, there are the TSA air piracy prevention fee that amount to 5.6 months for one way which should have gone towards stopping air piracy from occurring so that is an additional 5 months. Now we are at: February 2013. Then there is the "Business Seat Selection" fee in which a seat was denied to PLAINTIFF because of business. So that's another 6 months. So that is October 2013. That's just ordinary fees travelers pay for regularly.

As PLAINTIFF has alleged, British Intel DEFENDANTS necessarily knew about *Miki's Tea Party* from September 2010, and it was done completely under their watch and jurisdiction in which they assisted in tampering with the plane and denying PLAINTIFF info thereby perpetuating the fraud committed against PLAINTIFF. Since the British Intel DEFENDANTS knew, people like XX within the British government knew about Miki's Tea Party. Therefore, British government allowed "trade is in the offing" to occur under their watch and jurisdiction and the British Government were part of the merger of IAG because they owned British Airways. "The offing" was composed on September 27th, 2010 in which there is a factual nexus to the United Kingdom because: "the Senate scheduled to ratify Defense Trade Treaties with Australia and UK by acclimation today."[412] Later on that day, the "airport plan" was given the go ahead (i.e. the offing) and occurred simultaneously with Senate's ratification of "defense trade treaties" with the United Kingdom made in the exact context of "the offing." Now, PLAINTIFF having firmly established that "defense trade is in the offing" was not just about defense trade in India, PLAINTIFF is alleging that the defense trade treaties were "trade treaties" as well in which non-defense trade would occur between United Kingdom and America.

So any trade between HILLARY CLINTON, WILLIAM HAGUE, ALISTAIR BURT, CHRISTOPHER M. CHADWICK, BOEING, Emir of Qatar SHEIKH TAMIM BIN HAMAD AL THANI, NATS, Sheikh Hamad Bin Jassim Bin Jabr Al-Thani (HBJ), QIA, British Airways/IAG, Qatar Holding, LLC., Akbar Al Baker, Heathrow Airport Holdings (formerly BAA), COLIN STEPHEN MATTHEWS, TONY BLAIR, DAVID CAMERON, BOEING, and unknown American, British and Qatar officials and employees, that happened from when "trade is in the offing" was made ascertainable from September 2010 *to Present* PLAINTIFF could ask for under 18 U.S.C §1963(a)(3) since that statute applies to forfeiture *of proceeds or property derived from proceeds obtained* in violation of 18 U.S.C. 1962 (a), 18 U.S.C. 1962(b), 18 U.S.C. 1962 (c), and 18 U.S.C. 1962 (d). DEFENDANTS are required to forfeit the amount of illicit proceeds and *property* as determined by the Court even if the funds used to satisfy the forfeiture are not tainted or if the defendant no longer possesses the tainted funds or property, but that is too harsh and PLAINTIFF is a compassionate and generous man. So in regard to British Airways

---

[412] https://wikileaks.org/clinton-emails/emailid/21428

and London-Heathrow Airport, one of them could have said "trade is in the offing" is wrong and not been a part of it for the 6 months between September 2010 through March 2011 (which is 6 months). PLAINTIFF will ask for a treble time period of (3x 6 months=18 months). Then there is of course a 20% "increase trade" fee which amounts to additional 20% on the 18 months for an additional 3 months making a total of 21 months after March 2011 for British Airways BOEING aircraft orders after March 2011. So that is at: September 2012. But wait, of course, there are the TSA air piracy prevention fee that amount to 5.6 months for one way which should have gone towards stopping air piracy from occurring so that is an additional 5 months. Now we are at: February 2013. Then there is the "Business Seat Selection" fee in which a seat was denied to PLAINTIFF because of business. So that's another 6 months. So that is October 2013. That's just ordinary fees travelers pay for regularly. BOEING is necessarily a party, and they were a party to "trade is in the offing" via Mr. Chadwick. PLAINTIFF arrived from a gate, asked to go to a gate, was denied going to the gate he requested, and went to the wrong gate; and so London-Heathrow's restitutions to PLAINTIFF will be a MKT Airlines *gate* (with landing slots and not no garbage slots between 12am-6am) that can handle a BOEING 787-10. Ask Qatar Airways or British Airways for one of their gates.

So whether it is Keith Williams become the executive chairman of British Airways within the IAG group in January 2011, whether it was Willie Walsh who was the head of IAG, or the same core staff that was part of the merger and thereafter until March 11th, 2011, it is one and of the same in regards to who made a purchase of 2 BOEING 777-300ER in October 2011. This is property obtained and derived from "the trade is in the offing" in which BRITISH DEFENDANTS were coconspirators. British government/MI5/MI6/etc. et al were in on RICO Enterprise 1 on March 11th, 2011 in which they aided and abetted or contributed to tampering with United Airlines Flight #925 in furthering the RICO Enterprise and committing an act of domestic and international terrorism against PLAINTIFF because of "trade is in the offing." BOEING is necessarily a party and they were a party to "trade is in the offing" via Mr. Chadwick. Therefore, as PLAINTIFF elaborated upon earlier, under 18 U.S.C §1963(a)(1) it clearly applies to any interest, legitimate or illegitimate, which DEFENDANTS acquired or maintained either in the course of engaging in racketeering activity or as the result of racketeering activity in violation of 18 U.S.C. 1962. 18 U.S.C §1963(a)(3) applies to forfeiture of proceeds or property derived from proceeds obtained in violation of RICO. DEFENDANTS are required to forfeit the amount of illicit proceeds and property as determined by the Court even if the funds used to satisfy the forfeiture are not tainted or if the defendant no longer possesses the tainted funds or property. The property and orders in question between Qatar Airways and British Airways between September 2010 and December 2011:

> 1: 10-year-old or less BOEING 777-200ER or comparable aircraft for United Airlines Flight #925.
> 1: 4-year-old or less Airbus A340-600/BOEING 777-300ER or comparable aircraft (London to Doha)
> 1: Qatar Airlines Airbus A320 or comparable aircraft (Doha to India)
> British Airways ordered 2 Boeing 777-300ER in October 2011.[413]
> British Airways ordered 2 Boeing 777-300ER in July 2012.[414]

---

[413] https://www.boeing.com/commercial/#/orders-deliveries Last Checked 08/25/2023
[414] *Id.*

Qatar Airways ordered 3 Boeing 777F in September 2010.[415]
Qatar Airways ordered 2 Boeing 777F in November 2011.[416]
Qatar Airways ordered 4 Boeing 777-300ER in March 2011;[417]
Qatar Airways ordered 4 Boeing 777-300ER in May 2011.[418]
Qatar Airways ordered 2 Boeing 777-300ER in May 2013.[419]
Qatar Airways ordered 7 Boeing 777-300ER in August 2013.[420]

PLAINTIFF will be generous and only include Qatar Airways' 2013 Boeing orders (9 new Boeing 777-300ER) as options for a total amount of $3,379,500,000 of future Boeing aircraft at exact cost to Boeing that MKT Airlines would pay at exact cost to Boeing for up to these limits until the threshold of $3,379,500,000 is reached: 28 Boeing 737-8 Max, 25 Boeing 737-10 Max, 14 Boeing 787-8, 12 BOEING 787-9, 10 Boeing 787-10, and/or 10 BOEING 777F.

List prices for a new: Boeing 737-7 Max. $99 Million; Boeing 737-8 Max. $121 Million; 737 Boeing Max-9 is $128.9 million; Boeing 737-10 Max is $134.9 Million; a Boeing 787-8 is $248.3 million; a Boeing 787-9 is $292.5 million; a Boeing 787-10 is $338.4 million; Boeing 777-300ER is $375.5 million.

Under Louisiana Law, PLAINTIFF will do the following acceptable substitution:
Qatar Airways: 8 BOEING 777-300ER at a total: 3,004,000,000
Instead: 5 BOEING 787-9 (1,462,500,000) & 4 787-10 ($1,353,600,000). Total: $2,816,100,000
left over: $187,900,000.

Total Qatar Airways: 5 new Boeing 787-9s. 4 new Boeing 787-10s

Under Louisiana Law, PLAINTIFF will do the following acceptable substitution:
British Airways: 4 BOEING 777-300ER= $1,502,000,000
Instead: 5 BOEING 787-9s. 1,462,500,000.
Left over: $39,500,000

Total British Airways: 5 new Boeing 787-9s.

HILLARY CLINTON 17.45% FEE on 10 new BOEING 787-9 and 4 new BOEING 787-10 ($4,318,100,000) ($753,508,450)= 1 new BOEING 787-8, 1 new BOEING 787-9, and 1 BOEING 737-8 MAX ($661,800,000)
Total Loss in a HILLARY CLINTON FEE: $91,708,450

Total Qatar Airways and British Airways including HILLARY CLINTON Fee: 11 new Boeing 787-9s, 4 new Boeing 787-10s, 1 new Boeing 787-8, 1 new Boeing 737-8 Max.

---

[415] *Id.*
[416] *Id.*
[417] *Id.*
[418] *Id.*
[419] *Id.*
[420] *Id.*

Saving Qatar Airways & Qatar and British Airways & Britain more than $319,108,450
Saving a total from SpiceJET, Qatar Airways, and British Airways deals; $363,208,450--
PLAINTIFF is not asking for that loss he experienced in the substitutions.

PLAINTIFF wants to demonstrate his good faith and point something out. If PLAINTIFF was asking for treble damages here and really wanted to stick it to DEFENDANTS, PLAINTIFF could legally be entitled to an additional 20 brand new BOEING 777-300ER aircraft and 10 BOEING 777F aircraft on top of 2 more Airbus A340-600 and 2 more Airbus A320. But PLAINTIFF is not asking for treble damages on the aircraft themselves. So, these 10 Brand New BOEING 777-300ER Aircraft have custom features to those airlines standards and needs. Furthermore, 1 comparable aircraft to an Airbus A340-600 that was 4 year old or less and 1 comparable aircraft to 1 Airbus A320. PLAINTIFF will substitute the Airbus A320 with a comparable aircraft of a BOEING 737-8 Max. PLAINTIFF will substitute a 4 year old or less BOEING 787-9 or BOEING 787-10 for the 4 year old Airbus A340-600 at issue. Since BOEING 777-300ERs are no longer produced new from BOEING and in light of MKT Airlines optimal goal of fleet optimization through the utilization of only two different types of aircraft, 10 BOEING 787-10 or some smaller 787 with PLAINTIFF'S approval with PLAINTIFF'S specific features and branding will legally suffice. Since the original 777F cargo planes are no longer being produced, then 5 777-8F cargo planes for MKT Airlines Cargo division with the branding of MKT Airlines and standard features of a Boeing 777-8F aircraft. If BOEING refuses to work with PLAINTIFF, then DEFENDANTS will give or purchase on behalf of PLAINTIFF comparable Airbus aircraft.

Furthermore, PLAINTIFF is alleging the following. In or around January 2012, PLAINTIFF was scammed by someone in Britain in which they asked for PLAINTIFF'S passport and PLAINTIFF gave them a copy and that necessarily brings up HILLARY CLINTON and BRITISH DEFNEDANTS. It was BRITISH INTEL that plotted against PLAINTIFF to lure him into false employment and PLAINTIFF filed a complaint with BRITISH DEFENDANTS and FBI around January 2012 or so. DEFENDANTS/FBI/BRITISH INTEL did nothing in regard to the complaint because it was them and they were doing something in regard to RICO Enterprise 1 and jurisdictional issues—this necessarily derived from "trade is in the offing." British Airways ordered 2 Brand New 777-300ER July 2012[421] at a list price of around $750,000,000 and those two jets are subject to forfeiture as they are derived from DEFENDANTS RICO Enterprise 1 and this incident was in furtherance of RICO Enterprise 1. Therefore, as PLAINTIFF elaborated upon earlier, under 18 U.S.C §1963(a)(1) it clearly applies to any interest, legitimate or illegitimate, which DEFENDANTS acquired or maintained either in the course of engaging in racketeering activity or as the result of racketeering activity in violation of 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds

---

[421] *BOEING Orders.*

of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights. 18 U.S.C §1963(a)(3) applies to forfeiture of proceeds or property derived from proceeds obtained in violation of RICO. DEFENDANTS are required to forfeit the amount of illicit proceeds and property as determined by the Court even if the funds used to satisfy the forfeiture are not tainted or if the defendant no longer possesses the tainted funds or property. The property and orders in question are the 2 BOEING 777-300ER or acceptable substitute to PLAINTIFF. Brits did nothing to help probably because it was their own trap. FBI did nothing precisely because it was one of their traps in conjunction with the British. PLAINTIFF has the option of an additional 2 BOEING 787-10, on the table or 6 new 737 BOEING 737 7,8, or 10 Max.

But for the RICO Predicate Acts and Enterprise and rampant constitutional violations that occurred in *MID-YEAR*, *Miki's Tea Party* happened. But for *Miki's Tea Party*, *An Anchor and a Pitch Fork* happened; Any legitimate hearing or ability to cross examine, ability to introduce exculpatory evidence, have a process that would have introduced exculpatory evidence, or DEFENDANTS owning up to any constitutional violations at any of the previous stories since at least *MID-YEAR* and would have left me alone would have prevented *Miki's Tea Party* and *An Anchor and a Pitch Fork from happening. Period.* Plaintiff would be still employable as an attorney; but that is not the case anymore.

| 2015-10-18 19:08:16, Sun | INBOX | Easy when your ENTIRE country is the size of Oregon. And when your colonial policies are largely to blame for the Israeli-Palesinian conflict, the India -Pakistani conflict, pretty much every place your colonial empire touched.\n\nAnd finally the why can't the US have an MI5, they're soooo much better than us debate has died. Pretty much every bss or sb guy I've ever talked to wished they could be us. \n\nI have a real problem with Anglophiles and the whole perception of bringing intellectual greatness to the world.\n\nAnyway. Hi. \u263a |

To support this allegation, On 10/18/2015, PETER STRZOK texted the following (See: Screenshot above) that necessarily implicated MI5 and MI6, BRITISH GOVERNMENT, and rest of BRITISH INTEL. PLAINTIFF alleges that this text message from PETER STRZOK was in fact a specific reference in PLAINTIFF making fun of the British and British Intel and is therefore retaliatory. PLAINTIFF is alleging that the country the size of Oregon (98,466 mi²) that PETER STRZOK is referring to is the United Kingdom (94,058 mi²). So PLAINTIFF believes and alleges PETER STRZOK is discussing and establishing the factual nexuses to *Miki's Tea Party to An Anchor and a Pitchfork* as there are explicit references concerning policy that relates to INDIA, MI5/MI6, PETER STRZOK, FBI, ANGLOPHILES (reference to a connection to ANGIE and BRITISH DEFENDANTS), and more. This necessarily means that at the direction of the UNITED STATES, MI5 and MI6 engaged in numerous covert and unconstitutional acts committed against PLAINTIFF in furtherance of RICO Enterprise 1 in which PLAINTIFF is including it because it is relevant. This necessarily implicates all of BRITISH INTELLIGENCE DEFENDANTS in *Miki's Tea Party* and *An Anchor and a Pitchfork.* This is part of the factual prerequisite on top of having traveled to London in 2011 in which all of this occurred giving them jurisdiction over me.

So just from Qatar Airways, PLAINTIFF is asking: 8 Boeing 787s (in lieu of 8 777-300ER) and 5 Boeing 777-8F (in lieu of 5 BOEING 777F aircraft). Comparatively speaking: Qatar Airways has an order for 34 777-8F cargo aircraft with 16 options; currently operate 26 777F cargo aircraft; currently operate 30 BOEING 787-8, currently operate 11 BOEING 787-9 operating with 19 more on the way, operate 57 BOEING 777-300ER aircraft operating (out of the 8 at issue); If you substitute an Airbus A340-600 with an Airbus A350-1000 (closest comparable aircraft), operate 24 Airbus A350-1000 with 18 on the way.[422] What are 8 aircraft that total less than 5.4% of the current 148 current aircraft with 71 more on the way. If you include the 71 more on the way, what are 8 aircraft that total less than 2.75% of the 219 aircraft.

With the original two planes from the Qatar Airways "the offing," 1 comparable aircraft to the Qatar Airways Airbus A340-600 or BOEING 777-300ER in which PLAINTIFF will accept a substitute of either: 1 BOEING 787-9 (that is 4 years old or less or brand new) or 1 Airbus A330-900neo (that is 4 years old or less or brand new) in which Air Serbia can decide which aircraft they want. 1 comparable aircraft to the Qatar Airways Airbus A320 in which PLAINTIFF will accept a substitute of: 1 Boeing 737-8 Max (that is less than 10 years old) or 1 Airbus A320/A321 (that is less than 10 years old) and will allow Air Serbia to decide which aircraft they want.

So just from British Airways, PLAINTIFF is asking for 2 Boeing 787 (in lieu of 2 777-300ER and a comparable aircraft is the Airbus A350) with an option of 2 more Boeing 787 (in lieu of 2 777-300ER).  British Airways currently operates: 16 Boeing 777-300ER; 43 Boeing 777-200ER; 12 Boeing 787-8; 18 Boeing 787-9; and 7 Boeing 787-10 with 11 on the way; and 13 Airbus A350-1000 with 5 on the way.[423] What is 2 aircraft compared to 109 aircraft and 16 more aircraft on the way? What are 2 aircraft that total of less than 2% of British Airways' current fleet and 2 aircraft options of less than 13% of aircraft that are on the way?

PLAINTIFF could ask for all the profits that the 10 BOEING 777-300ER and 5 BOEING 777F generated for British Airways and Qatar Airways from either 09/24/2010 or 03/11/2011 to the present. PLAINTIFF is not asking for that even though it is a derivative of the RICO Enterprise and future aircraft were necessarily ordered on the basis of the 10 Boeings 777-300ER and 5 Boeing 777Fs. As previously mentioned in the SpiceJET section, what PLAINTIFF is asking for is the know-how of how to properly start a new airline and manage, operate, and maintain it on as an equal and on par level with DEFENDANTS based on the amount of aircraft requested by PLAINTIFF that PLAINTIFF could be in the future.

Chrysler Credit Corp. v. Henry, 221 So. 2d at 533.

So SpiceJET was part of "trade is in the offing." No list price was listed. That doesn't matter. Under Louisiana Civil Code Article. 2466 stipulates: "When the thing sold is a movable of the

[422] ps://en.wikipedia.org/wiki/Qatar_Airways
[423] https://en.wikipedia.org/wiki/British_Airways_fleet

kind that the seller habitually sells and the parties said nothing about the price, or left it to be agreed later and they fail to agree, the price is a reasonable price at the time and place of delivery. If there is an exchange or market for such things, the quotations or price lists of the place of delivery or, in their absence, those of the nearest market, are a basis for the determination

Likewise, can a court rationally be expected to believe that an under-educated service station lessee knowingly and freely consented to indemnify American Oil Company, an indemnification that could well reach into the millions of dollars and that could result from the sole fault of the oil company itself (Weaver)?4

When the writing expresses the true intent of the parties, the contract is to be given legal effect. LA. CiV. CODE art. 1945. To be valid, however, all contracts must be based on consent, and there can be no consent unless freely LA. CIV. CODE art. 1797 and deliberately given as to a matter understood. LA. CIV. CODE art. 1819.

hat a great disparity between price and value necessitates an inference of fraud in Louisiana can be found in the idea that a merchant-purchaser cannot suppress the truth about the value of a thing he purchases from a nonmerchant layman. Smith v. Everett, 291 So. 2d 835 (La. App. 4th Cir. 1974); Griffing v. Atkins, 1 So. 2d 445 (La. App. 1st Cir. 1941).

Article 1901, the probable source of the rule, has reference to "agreements legally entered into,"thus raising, among other things, the public policy issues inherent in article 1895.

Yet, the Louisiana Supreme Court, in what could be termed a public policy decision, held that a given contract clause led to a result which was wholly inequitable and violated the rule which is embodied in article 1965 that one should not do unto others that which he would not wish others to do unto him and one should not enrich himself at the expense of another.

Public policy decisions in Louisiana often are premised on article 1895. A pertinent example is Fassitt v. United T.V. Rental, Inc., 297 So. 2d 283 (La. App. 4th Cir. 1974): Public policy cannot condone the use in a sale or lease contract of a provision irrevocably authorizing entry into a debtor's or lessee's home without judicial authority or without the owner's consent at the time of entry. We decline to construe [such a] provision, incorporated into a printed form contract as a necessary condition of the agreement, as irrevocable permission to enter a private home at any time, day or night, occupied or unoccupied, under any circumstances. Law and order cannot allow such a construction, which would tend to encourage breaches of the peace."

I wasn't worried about the blackmail because in my sleep deprived mind I could not have conceived of the notion nor have necessarily understood how valuable I was to certain people at the time. I was a nobody that kept getting screwed over by administrations and cops and they

understood how much I wanted it to be fun. So I dismissed it because I wanted to have fun in my dream trip because I didn't think those people were capable of the evils that they committed against me.

Justice Scalia's and Thomas' opinion in *Kalina* said: "When public officials made discretionary policy decisions that did not involve actual adjudication, they were protected by "quasi-judicial" immunity, which could be defeated by a showing of malice, and hence was more akin to what we now call "qualified," rather than absolute, immunity... The tortious act in such a case would have been her decision to bring criminal charges against Fletcher, and liability would attach only if Fletcher could prove that the prosecution was malicious, without probable cause, and ultimately unsuccessful."

PLAINTIFF is alleging that when American Intel, British Intel, Qatari Intel, and Indian Intel all invaded PLAINTIFF'S laptop and did not stop from 2008, that constituted a taking. Furthermore, the Founding Father's would have necessarily understood that a computer is a home. Why? If a home stored documents, had family over, conducted business, did the most private things in front of it and on it, then a computer that stores documents in which you have family over on screen, conduct business on a computer, is in itself a home. SCOTUS recognized there was a difference in cases in which *Loretto v. Teleprompter Manhattan CATV Corp.*, 458 U.S. 419 (1982) (hereon: *Loretto*) said a "government action outside the owner's property that causes consequential damages within, on the other" has been ruled on time and time again. The government with uncontrolled access possesses a computer and is in the physical computer when they access it. As the court in *Loretto v. Teleprompter Manhattan CATV Corp.*, 458 U.S. 419 (1982) discussed "*Penn Central Transportation Co. v. New York City,* as noted above, contains one of the most complete discussions of the Takings Clause. The Court explained that resolving whether public action works a taking is ordinarily an *ad hoc* inquiry in which several factors are particularly significant -- the economic impact of the regulation, the extent to which it interferes with investment-backed expectations, and the character of the governmental action. 438 U.S. at 438 U. S. 124. The opinion does not repudiate the rule that a permanent physical occupation is a government action of such a unique character that it is a taking without regard to other factors that a court might ordinarily examine." The economic impact of having a government agent (whether that is foreign or domestic) is great because, as what happened in RICO Enterprise 2, American Intel, Indian Intel, and British Intel were able to prevent access to the courts and numerous decisions that impacted PLAINTIFF economically because they had illegal access to PLAINTIFF'S laptop. "the permanent physical occupation of property forever denies the owner any power to control the use of the property; he not only cannot exclude others, but can make no nonpossessory use of the property... Moreover, an owner suffers a special kind of injury when a stranger directly invades and occupies the owner's property. " That is what happened in RICO

Enterprise 2 because it was derived from RICO Enterprise 1. Unfettered and indeterminable access by Foreign Intelligence and American Intel is a taking because it is a permanent physical occupation of PLAINTIFF'S laptop per *Loretto v. Teleprompter Manhattan CATV Corp*., 458 U.S. 419 (1982). What a core issue in Loretto was the fact that in discussing a taking and third parties "in none of these cases, however, did the government authorize the permanent occupation of the landlord's property by a third party" and the issue deriving from that was that "So long as these regulations do not require the landlord to suffer the physical occupation of a portion of his building by a third party." As Loretto's holding clearly stipulated: Our holding today is very narrow. We affirm the traditional rule that a permanent physical occupation of property is a taking. In such a case, the property owner entertains a historically rooted expectation of compensation, and the character of the invasion is qualitatively more intrusive than perhaps any other category of property regulation" in which the Government shall provide compensation "Even if the area is small and the government's use does not greatly affect the owner's economic interest."

*Thomas v. Mississippi,* 380 U. S. 524 (1965). [Footnote 4] Although *Thomas* was decided years after the arrest involved in this trial, the court held that the policemen would be liable in a suit under § 1983 for an unconstitutional arrest even if they acted in good faith and with probable cause in making an arrest under a state statute not yet held invalid.


The very next opportunity Jackson had to see the Sims, he persuaded them, without disclosing any information or purpose, to allow him to make this experiment, and which resulted in the stone cutting into glass. Sims, upon Jackson's insistance, agreed that he would visit Roumain's Jewelry Store to have the ring examined, and, as they say in the testimony, "tested". Accordingly, on the following Monday morning, in February, 1940, Sims took the ring to Roumain's Jewelry Store, where he met Jackson in the front. Jackson took Sims into the store and had Sims hand the ring to Collins. Roumain, the proprietor, was then absent, but Griffing, plaintiff and co-employee of both Collins and Jackson, were present. Collins had Jackson to wash the ring; while the washing of the ring, according to the evidence, was not as complete a washing as required for an examination of a stone, yet it appears to have been sufficient for Collins to make some inspection of the same; after which inspection, he informed Sims that it was a diamond ring but the stone appeared to have bubbles in it, nothing being inquired about or said as to its value.
*Griffing v. Atkins*, 1 So. 2d 445, 446 (La. Ct. App. 1941)

Thereafter, Willie Sims intervened in the suit, claiming the ownership of the ring. He alleges that he is an ignorant colored man, without knowledge of gems and without ability to determine their quality or their value; that, by all that transpired, he was fraudulently led to believe that the ring had no value of more than $100; that the plaintiff and purchaser, Earl Griffing, who is very familiar with gems and jewelry and who has knowledge of the character, nature and value thereof, was fully aware, at the time of the purported sale, of the real value of the ring. He alleges that the false statements made to him and the suppression of the truth by Roumain, and by plaintiff's co-employees, to the knowledge of plaintiff, and by plaintiff himself, of the real character and value of the ring, fraudulently caused and induced him to sell the ring; that,

therefore, the sale should be rescinded, annulled and set aside and that he should be restored to the possession of the ring.

In the decision of this case it must be remembered that Roumain had in his employment at the time Sims visited his place of business Jackson, Collins and the plaintiff Griffing; it must also be remembered that Sims visited this establishment on the advice and solicitation of Jackson, one of these co-employees. With this in mind, the controversial facts in the case are the probability and possibility of plaintiff Griffing not knowing or hearing any of the conversations which took place in this small establishment as a jewelry store, such as the examination by Collins, a co-employee, of this ring, Collins' report to Sims of the ring having "bubbles", Collins' report to Roumain of the same, and the conversation between Roumain and Sims as to the status and value of the ring and the offer to Roumain to buy this ring for the sum of $130. When Sims arrived at Roumain's Jewelry Store, he was met on the outside of the store by Jackson and, upon informing Jackson that he had the ring with him, he was immediately escorted to the back of the store to Collins with the statement that he was "the boy I had been telling you about had the ring"; he handed the ring to Collins who ordered the same to be washed by Jackson; upon being washed and returned to Collins, Collins reported to Sims that it was a diamond ring but full of "bubbles"; that Collins also made the same statement to Roumain, who, in accordance therewith stated to Sims that the ring was only worth $130, and that was all he, Roumain, would pay for it if Sims would want to sell it. That then Roumain left the store.

We are convinced by the testimony that when Roumain left his establishment, he left for the sole purpose of obtaining funds with which to purchase this ring rather than for the purpose of reporting the transaction to the police department of Baton Rouge as testified to by him. Being unable to do so, he returned to his store and gave up his own idea and plan of buying this $1,250 ring for the insignificant sum of $130. It cannot be said but that Roumain was acting in a fiduciary way toward Sims and the question arises as to whether or not Griffing, an employee of Roumain, then being present in the store at the time all of this transpired, can be connected with this fiduciary or as a quasi-fiduciary relationship.

Courts have always acknowledged how difficult it is for one to prove fraud by positive and direct testimony, realizing full well that those who indulge in it generally prepare themselves in such a manner as to cover up and leave no traces of their practice behind them.

As a matter of fact his fraud wasn't active but rather of a passive nature in that he failed to disclose the information which he was in justice and in equity bound to disclose to the other party to the contract who was not on an equal footing with him. He suppressed the truth, and therefore the case comes within the rules laid down in our Civil Code.

*Griffing v. Atkins*, 1 So. 2d 445, 447 (La. Ct. App. 1941)

A farmer whose produce is shipped to a cannery from which it is exported in interstate commerce may be considered to be engaged in an activity in which a labor dispute would hinder or obstruct commerce. Even if his produce did not cross state lines he could be affecting commerce.

Concerning the scope of a farmer's activities, the Supreme Court has repeatedly held that the term "affecting commerce" extends to the protection of interstate commerce from hindrance or obstruction due to activities which are wholly intra-state or local in character. In the case of <u>National Labor Relations Board</u> v. <u>Fainblatt</u>, 306 U.S. 601 (1939), the Court stated, in pertinent part, the following:

"It has been settled by the repeated decisions of this court that an employer may be subject to the National Labor Relations Act though not himself engaged in commerce. The end sought in the enactment of the statute was the prevention of the disturbance to interstate commerce consequent upon strikes and labor disputes induced or likely to be induced because of unfair labor practices named in the Act. That these consequences may ensue from strikes of the employees of manufacturers who are not engaged in interstate commerce where the cessation of manufacture necessarily results in the cessation of the movement of the manufactured product in interstate commerce has been repeatedly pointed out by this court."


Independent Contractor


18 U.S.C. § 1589. This provision creates civil and criminal liability for "[w]hoever knowingly provides or obtains the labor or services of a person" by "threat" or use of "force," "physical restraint," "serious harm," "abuse of law or legal process," or "any scheme, plan, or pattern intended to cause the person to believe that, if that person did not perform such labor or services, that person or another person would suffer serious harm or physical restraint.

## § 1589. Forced labor
**(a)** Whoever knowingly provides or obtains the labor or services of a person by any one of, or by any combination of, the following means—
**(1)** by means of force, threats of force, physical restraint, or threats of physical restraint to that person or another person;
**(2)** by means of serious harm or threats of serious harm to that person or another person;
**(3)** by means of the abuse or threatened abuse of law or legal process; or
**(4)** by means of any scheme, plan, or pattern intended to cause the person to believe that, if that person did not perform such labor or services, that person or another person would suffer serious harm or physical restraint,
shall be punished as provided under subsection (d).
**(b)** Whoever knowingly benefits, financially or by receiving anything of value, from participation in a venture which has engaged in the providing or obtaining of labor or services by any of the means described in subsection (a), knowing or in reckless disregard of the fact that the venture has engaged in the providing or obtaining of labor or services by any of such means, shall be punished as provided in subsection (d).

*18 U.S.C 245: interfered and willfully injured because of PLAINTIFF'S characteristics involving his Balkan heritage and autism/disability issues. See also:* 29 U.S.C. §790

**18 U.S.C. § Section 875 (violated when kidnapped PLAINTIFF). American Intel, ERIC HOLDER, ROBERT MUELLER, LEON PANETTA, British INTEL, HILLARY CLINTON, violated that when they communicated over the wires about the plans of "the offing."**

**18 U.S.C. §1581, §1584, §1589, §1590;**

PLAINTIFF sees the CLINTONS & DEFENDANTS desperately trying to cancel a line in the portion of the message of "trade is in the offing;" but too bad!

The Court ruled already ruled that a CLINTON line-item cancelation was unconstitutional.

*Clinton v. City of New York*, 524 U.S. 417 (1998)

As PLAINTIFF is in a good mood after the joke in which he hopes the Court is as well, an issue arises for The Government of India, The Government of Qatar, and The Government of the United Kingdom. Can they be held liable. YES!

Under *Rux v. Republic of Sudan*, 495 F. Supp. 2d 541 (E.D. Va. 2007), the Government of Qatar, India, and the United Kingdom can be held liable for their actions concerning PLAINTIFF in *Miki's Tea Party.*

Does PLAINTIFF have any more requests or evidence? Of course! It gets even more outrageous. But PLALINTIFF is asking the Court to take a little break here.

So to further establish a predetermined outcome/conspiracy in which DEFENDANTS had "negotiations" with DEFENDANTS against PLAINTIFF that took place within the negotiations, the following: HUMA ABEDIN, WILLIAM BURNS, and HILLARY CLINTON on **11/06/2010** in an email with the subject line of "HI" (all capitalized) (as opposed to INDIA). The subject line provides a fascinating insight not readily apparent. "HI" could be construed as a friendly and informal greeting or, it can be, as PLAINTIFF is alleging, the state abbreviation of HAWAII and thereby a reference to DEFENDANT BARACK OBAMA that said: "Hi Rich, ***India trip going well,*** with all usual ***last minute negotiations***. B5 All best, Bill." So BARACK OBAMA is in INDIA and DEFENDANTS are negotiating business deals that were necessarily and unequivocally based on "the offing" and how to further increase cooperation with one another to cover up "trade is in the offing." So DEFENDANTS had "negotiations" (i.e. actual conspiracy plans and plans to further harm PLAINTIFF'S legal and constitutional interests and

obstruct justice involving their acts). Part of DEFENDANTS "OPERATIONAL COOPERATION" was to intentionally delay an aircraft where a person making a connecting flight at the airport (i.e. DULLES) would come down to the **last minute** in which said conspiracy led to an international and domestic act of terrorism because the air piracy was successful.

HUMA ABEDIN, WILLIAM BURNS, and HILLARY CLINTON then send emails with the subject line INDIA on 11/08/2010. As mentioned, DEFENDANTS hated me and referred to me on the basis of my disability since at least MID-YEAR (2008) or words associated with disability and said the following in the emails: "Please pass to S [HILLARY]. Sorry to **be so slow** -- **trip has been** hectic and sleepless (as you all know too well), *but very productive*. **Madam Secretary**" the response email said: "All in all, *a good outcome.* Enroute to Jakarta now. Volcano plumes kept visit in suspense until last night. Thank God we didn't have a repeat of last three planned trips....All best, Bill." DEFENDANTS RICO Enterprise outcomes and determinations were furthered because it was very productive and they had the good outcome that DEFENDANTS wanted. Being slow was reference to PLAINTIFF as the term slow is associated with those that have developmental delays and disabilities. Said in another way, HILLARY CLINTON and DEFENDANTS had a good outcome after they committed their act of international and domestic terrorism and air piracy because their goals were accomplished and they were very productive in doing so in which they furthered their OPERATIONAL COOPERATION.

There was an email on 11/27/2010 that had this all in the same line, which is really odd unless there is something that connects it: "they really need help with pushback - including the kinds of points Gen Adams was highlighting about the breakthroughs with allied/Russia agreement on missile defense in Lisbon - **and some urgent help in Tennessee** - can we get Castellaw, others?"[424] How can you go from talking about a Russia agreement, to missle defense in LISBON, and then needing urgent help in TENNESSEE, all in the same sentence, in which PLAINTIFF used ALFABANK (Russian bank) to wire the funds to SEWANEE and SEWANEE and *FINANCIAL TERRORISM* happened. What type of pushback were DEFENDANTS receiving?

Furthermore, the $2,000+ or so by PLAINTIFF'S asshole (money was stored HOLED UP by PLAINTIFF's asshole) in *FINANCIAL TERRORISM.*

"However, the line must be drawn where, as here, a government agent lures the unwary innocent and then implants a law-breaking disposition that was not theretofore present. In such cases, the government takes on the unwholesome appearance of the consummate manufacturer of crime. The continuing vitality and integrity of our "government of laws" would be imperiled if we sanctioned the manufacturing of crime by those responsible for upholding and enforcing the law." *United States v. Lard*, 734 F.2d 1290 (8th Cir. 1984)

**In Carpenter v. United States, 484 U.S. 19 (1987),** Petitioner Winans was coauthor of a communication, because of its perceived quality and integrity, had an impact on the market prices of the stocks it discussed. Although he was familiar with his employer's rule that the

---

[424] https://wikileaks.org/clinton-emails/emailid/21162

contents were his employer's confidential information prior to publication, Winans entered into a scheme with petitioner Felis and another interested party who, *in exchange for advance information* from Winans *as to the timing and contents* of a communication, bought and sold items based on the communication's probable impact on the market, and shared their profits with the other co-defendants. On the basis of this scheme, Winans and Felis were convicted of violations of the federal securities laws and of the federal mail and wire fraud statutes, 18 U.S.C. §§ 1341, 1343, which prohibit the use of the mails or of electronic transmissions to execute "any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises"; petitioner Carpenter was convicted of aiding and abetting. The Court of Appeals affirmed." DEFENDANTS engaged in nearly an exact identical scheme to Petitioners in **Carpenter v. United States, 484 U.S. 19 (1987) because if it was not for HILLARY CLINTON'S "trade is in the offing" email and sending that email to other DEFENDANTS overseas and domestically that affected intrastate, interstate, and foreign commerce, other DEFENDANTS like the Qatari, Indian, British and American governments engaging in kickback schemes and quid pro quos involving PLAINTIFF; Mr. Christopher Chadwick, SpiceJET, the INDIAN Government, would not have been able to purchase the 27/30 BOEING 737 NG aircraft at the prices they did (same can be said concerning British Airways and Qatar Airways); DEFENDANT BRITISH Intel and UK Government would not have acquired future funds and resources for Five Eyes and their new beyond jurisdiction expansion, DEFENDANTS would not have been able to engage in domestic and international terrorism against PLAINTIFF, and DEFENDANTS would not have been able to engage in other trade that amounted to be an estimated $14,900,000,000—all of which was necessarily contingent on the timing of "is in the offing" and subsequent emails proved such. Therefore, DEFENDANTS violated** 18 U.S.C. §§ 1341 & 1343, which are RICO Predicates.

PLAINTIFF, loving the absurd and ironic moments in life, is going to use the case of ***Griffin*** *v. Breckenridge*, 403 U.S. 88 (1971)(Griffin Fry. See: Peachy Miami) when it comes to DEFENDANTS' actual terrorism committed against PLAINTIFF. In *Griffin v. Breckenridge*, 403 U.S. 88 (1971), Respondents, "mistakenly believing Grady to be a civil rights worker, blocked the travellers' passage on the public highways, forced them from the car, held them at bay with firearms, and amidst threats of murder clubbed them, inflicting serious physical injury. Section 1985(3) provides: "If two or more persons . . . conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving . . . any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws [and] in any case of conspiracy set forth in this section, if one or more persons engaged therein do . . . any act in furtherance of the object of such conspiracy, whereby another is injured . . . or deprived of . . . any right or privilege of a citizen of the United States, the party so injured or deprived" may have a cause of action for damages against the conspirators." *Id.*

One of the Respondents "willfully and maliciously conspired, planned, and agreed to block the passage of said plaintiffs in said automobile upon the public highways, to stop and detain them and to assault, beat and injure them with deadly weapons. Their purpose was to prevent said plaintiffs and other Negro-Americans, through such force, violence and intimidation, from seeking the equal protection of the laws and from enjoying the equal rights, privileges and immunities of citizens under the laws of the United States and the State of

Mississippi, including but not limited to their rights to *freedom of speech,* movement, association and assembly; their right to petition their government for redress of their grievances; ***their rights to be secure in their persons and their homes; and their rights not to be enslaved nor deprived of life and liberty other than by due process of law."*** If it is not that clear yet, PLAINTIFF is alleging that DEFENDANTS willfully and maliciously, conspired, planeed, and agreed to block the passage of PLAINTIFF upon the highways of the air, to stop and detain him, and engage in an act of domestic and international terrorism through kidnapping PLAINTIFF. DEFENDANTS did so to prevent PLAINTIFF from seeking the equal protection of the laws, from enjoying equal rights, from being able to sue DEFENDANTS, seeking privileges and immuninties of American citizens under the laws of the United States and the State of Illinois, Tennessee, and other states, including, but not limited to, PLAINTIFF'S rights to freedom of speech, freedom of movement, freedom of association and assembly, the right to petition PLAINTIFF'S government for redress of PLAINTIFF'S government of grievances PLAINTIFF has, the right of PLAINTIFF to be secure in his person and homes, and the rights not to be enslaved nor deprived of life and liberty other than by due process of law. DEFENDANTS did just what the respondents did in *Griffin v. Breckenridge*, 403 U.S. 88, 90-91 (1971).

When talking about the ability of the Court to utilize the 13th Amendment against DEFENDANTS, "surely there has never been any doubt of the power of Congress to impose liability on private persons under § 2 of that amendment, "for the amendment is not a mere prohibition of State laws establishing or upholding slavery, but an absolute declaration that slavery or involuntary servitude shall not exist in any part of the United States." *Civil Rights Cases*, 109 U.S. 3, 20. See also *id.*, at 23; *Clyatt v. United States*, 197 U.S. 207, 216, 218; *Jones* v. *Alfred H. Mayer Co.*, 392 U.S., at 437-440. Not only may Congress impose such liability, but the varieties of private conduct that it may make criminally punishable or civilly remediable extend far beyond the actual imposition of slavery or involuntary servitude. By the Thirteenth Amendment, we committed ourselves as a Nation to the proposition that the former slaves and their descendants should be forever free. To keep that promise, "Congress has the power under the Thirteenth Amendment rationally to determine what are the badges and the incidents of slavery, and the authority to translate that determination into effective legislation." *Id.* As PLAINTIFF has argued, Slavic people were slaves and therefore, PLAINTIFF is a descendant of a slave. Same standards under Title VI applies to PLAINTIFF. The aforementioned passage is completely applicable to PLAINTIFF against DEFENDANTS.

What was DEFENDANT'S FBI quote again: "The key to that new mandate, Director Mueller knew, was intelligence—the holy grail of national security work, the ability to collect and connect the dots, to know your enemies and the threats they pose inside and out, to arm everyone from <u>leaders in the Oval Office</u> to police officers on the street with information that **enables them to <u>stop terrorist and criminal plots before they are carried out</u>**."[425] Yep, that's it. LOL.

So PLAINTIFF filed a FOIA request with DEFENDANTS FBI in which he pretty much alleged HILLARY CLINTON committed air piracy; remember, it is FBI's an DEFENDANTS job to prevent air piracy and should have been made aware of such air piracy occurring; and just how did the DEFENDANTS FBI respond to a victim seeking information about having been

---

[425] https://www.fbi.gov/history/brief-history/a-new-era-of-national-security

subject to a violent crime of international and domestic terrorism by DEFENDANTS themselves? FBI wrote on August 4th, 2023 in the next two paragraphs:

"This acknowledges receipt of your FOIA request by the FBI. The FOIPA request number listed above has been assigned to your request. Below you will find information relevant to your request. Please read each paragraph carefully.

You have requested records on one or more third party individuals. Please be advised the FBI will neither confirm nor deny the existence of such records pursuant to FOIA exemptions (b)(6) and b(7)(C), 5 U.S.C. 552 (b)(6) and (b)(7)(C).The mere acknowledgment of the existence of FBI records on third party individuals could be expected to constitute an unwarranted invasion of personal privacy. This is our standard response to such requests and should not be taken to mean that records do, or do not, exist. As a result, your request has been closed. Please visit www.fbi.gov/foia and select "requesting FBI records" for more information about making requests for records on third party individuals (living or deceased)….." (b)(6) personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. (b)(7)(C) is the following: "could reasonably be expected to constitute an unwarranted invasion of personal privacy."

As JUSTICE KENNEDY said in *Clinton v. City of New York*, 524 U.S. 417 (1998): "**Separation of powers was designed to implement a fundamental insight: Concentration of power in the hands of a single branch is a threat to liberty.** The Federalist states the axiom in these explicit terms: "The accumulation of all powers, legislative, executive, and judiciary, in the same hands ... may justly be pronounced the very definition of tyranny." The Federalist No. 47, p. 301 (C. Rossiter ed. 1961). So convinced were the Framers that liberty of the person inheres in structure that at first they did not consider a Bill of Rights necessary. The Federalist No. 84, pp. 513, 515; G. Wood, The Creation of the American Republic 1776-1787, pp. 536-543 (1969). It was at Madison's insistence that the First Congress enacted the Bill of Rights…

In recent years, perhaps, we have come to think of liberty as defined by that word in the Fifth and Fourteenth Amendments and as illuminated by the other provisions of the Bill of Rights. The conception of liberty embraced by the Framers was not so confined. They used the principles of separation of powers and federalism to secure liberty in the fundamental political sense of the term, quite in addition to the idea of *freedom from intrusive governmental acts*. The idea and the promise were that when the people delegate some degree of control to a remote central authority, **one branch of government ought not possess the power to shape their destiny without a sufficient check from the other two**. In this vision, liberty demands limits on the ability of anyone branch to influence basic political decisions." *Id.*

*Nixon v. Fitzgerald*, 457 U.S. 731 (1982) said and ruled "But our cases also have established that a court, before exercising jurisdiction, must balance the constitutional weight of the interest to be served against **the dangers of intrusion on the authority and functions of the Executive Branch**. [Omitted]. When judicial action is needed to serve broad public interests-as when the Court acts, not in derogation of the separation of powers, but to maintain their proper balance, cf. Youngstown Sheet & Tube Co. v. Sawyer, supra, or to vindicate the public interest in an ongoing criminal prosecution, see United States v. Nixon, supra-the exercise of jurisdiction

has been held warranted." PLAINTIFF is proving the dangers of the intrusion of the authority of function outside the scope of duty of the Executive Branch in which 100+ RICO Predicate Acts were undertaken against PLAINTIFF that included acts of international and domestic terrorism and more. Engaging in Terrorism and RICO falls outside the proper scope and duties of the Executive Branch.

In *Air France v. Saks*, 470 U.S. 392 (1985), H*eld:* Liability under Article 17 arises only if a passenger's injury is caused by *an unexpected or unusual event or happening that is external to the passenger,* and not where the injury results from the passenger's own internal reaction to the usual, normal, and expected operation of the aircraft, in which case it has not been caused by an accident under Article 17. Miki's Tea Party was anything but normal and was a completely unexpected or unusual event or happening that was external to PLAINTIFF. The court found a "definition of "accident" consistent with this history and policy in Annex 13 to the Convention on International Civil Aviation, Dec. 7, 1944, 61 Stat. 1180, T.I.A.S. No. 1591, 15 U. N. T. S. 295; conformed to in 49 CFR § 830.2 (1984): "an occurrence associated with the operation of an aircraft which takes place between the time any person boards the aircraft with the intention of flight and all such persons have disembarked. . . ." *Id.* DEFENDANTS were the cause of PLAINTIFF'S injury because it could be construed as an accident in which DEFENDANTS' conduct all occurred prior to boarding, taxiing, operations during the flight, landing, taxiing, disembarking, and more throughout the saga. So DEFENDANTS' conduct necessarily occurred under an "an occurrence associated with the operation of an aircraft which takes place between the time any person boards the aircraft with the intention of flight and all such persons have disembarked. . . ." because DEFENDANTS had made the Plane late during one of the following endeavors of: boarding, taxiing, operations during the flight, landing, taxiing, disembarking, and more. This meets the definitional requirements under Article 17 of the Warsaw Convention which states: The carrier is liable for damage sustained in case of death or bodily injury of a passenger upon condition only that the accident which caused the death or injury took place on board the aircraft or in the course of any of the operations of embarking or disembarking. Therefore, DEFENDANTS are liable under Article 17 of the Warsaw Convention.

In regards to delaying the aircraft, Article 19 of the Warsaw Convention stipulates — "Delay The carrier is liable for damage occasioned by delay in the carriage by air of passengers, baggage or cargo. Nevertheless, the carrier shall not be liable for damage occasioned by delay if it proves that it and its servants and agents took all measures that could reasonably be required to avoid the damage or that it was impossible for it or them to take such measures." So DEFENDANTS United Airlines or Delta Airlines can absolves themselves of the conspiracy under Article 20 — Exoneration of the Warsaw Convention by showing it was impossible for them to take such measures against DEFENDANTS' conspiracy.

On 01/16/2011, TONY BLAIR requested to talk to HILLARY CLINTON. Then there are emails between HILLARY CLINTON and HUMA ABEDIN on 07/05/2011 in which there are numerous grammatical mistakes (these grammatical mistakes are intentional). The subject line/title was "random" as a way of intentionally obfuscating what and who DEFENDANTS are really talking about; however you can infer the incident DEFENDANTS are talking about here: "Random Trying to get all clarified. Turns out they got plane based on your schedule which reflects tomorrow am departure. So they are checking if plane is ready for ton ite." Then there is

the following response back made with complete grammatical errors: "If Bill has plane, I will go w him . W hat tim e?" Then a response of "W jc office says they have a plane to fly you back tonite. So we will cancel shuttle? Tony blair wants to talk re Middle East anytime today. For greece, you want to stay with dan smith at residence or a hotel? Not great hotels there. They are fine." Grammatically incorrect errors of "got plane" and "checking if plane" is intentional as they were referring to *Miki's Tea Party* in October/November 2010. DEFENDANTS know how to write grammatically correct and should have said: "they got a plane" or "they are checking if a (or the) plane is…Then it is a reference DEFENDANT BILL BURNS or BILL CLINTON because it is "If Bill has plane" with no one specified and BILL BURNS having talked about and conspired on an earlier occasion in previous emails listed above. TONY BLAIR did not want to just talk about the Middle East; TONY BLAIR talked about PLAINTIFF at arranged meeting with DEFENDANTS.

18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.

# RESTITUTION from *Miki's Tea Party*:

## Check: $6,464,100,000 & the following:

MKT Airlines, aircraft, stipulations, and DEFENDANTS will do all they can to have MKT Airlines run for a minimum of 15+ years and be successful.

1) So the following aircraft order.

- 8 new Boeing 737-8 Max (two Mexican shiba paint scheme) (two 'Murica Shiba Paint Scheme) (4 regular shiba paint scheme) 363,000,000

- 5 new BOEING 737-10 Max (one 'Murica shiba paint scheme) (two texas shiba paint scheme) (1 regular shiba paint scheme) (1 tennessee shiba paint scheme) 674,500,000

- 5 new BOEING 737-7 Max (one LSU shiba paint scheme. Cheney Joe) (one bayou shiba paint scheme. Cajun) (3 MKT Macedonian Airlines). 495,000,000

- 13 new BOEING 787-9 (one Mexican shiba livery) (one Qatar shiba livery) (one british shiba livery) (8 regular shiba paint scheme) (one Yugoslav shiba livery) (one mafioso shiba paint scheme. Aircraft name: RICO) 3,510,000,000

- 4 new Boeing 787-10 (one free speech shiba paint livery) (3 regular shiba livery) 1,353,600,000

- 2 new Boeing 787-8 kawaii one and one veteran shiba livery. $248,300,000

- 5 new Boeing 777-8F (one military paint scheme). 1,791,500,000

- All basic economy seat pitch in the 737 and 787 Boeing will be minimum of 33".

- Free WiFi

- In 737s,
  - 2 rows of MKT Super Suites--1-1
  - 3 rows of Shiba suites--2-2
  - 3-4 rows of Premium economy--2-2
  - Rest: Economy--3-3

- In 787s,
  - Have two or three rows of MKT Super Suites (1-2-1) like Qatar Airways
  - Shiba Suites in rest of business (1/3 of available plane) 2-2-2 like Oman Air's layout on their 787s.
  - Premium economy—2-2-2 or 2-3-2.
  - Rest: Economy—2-4-2.

- Tote-Bags: Business & Premium Economy
  - Premium Blanket.
  - Ear Plugs
  - Eye Mask
  - Neck Pillow
  - Slippers
  - Toiletries
  - Available for purchase in Economy.
- Basic Economy (domestic)
  - Free drinks
  - Blanket.
  - Snacks
- Basic Economy (international)
  - Free drinks

- Blanket
- Snack
- Decent meal

○ Premium Economy (domestic) (less than 4.5 hours)
- Basic Economy
- 1.25x miles.
- Better seats. Quicker boarding.

○ Premium Economy (international and domestic more than 5 hours)
- Basic Economy
- 1.25 miles.
- Better seats. Quicker boarding.
- Premium meal.

○ There will be a compartment by the galley to closest to the door connecting to the Air Bridge where every single kid can be given a Shiba Plushie or MKT Airlines model plane when they board or leave. This also applies to severally disabled individuals who request one as well (influencers, etc).

○ In 737s and 787s.
- Make them dog friendly.
- 787s at least, but dog pee and poo area accessible down in the belly of the plane.

**2)** The following option: at exact cost to BOEING to break even, MKT AIRLINES future BOEING purchase up to a limit of $3,379,500,000 at list prices and a combination of one of the following aircraft not to exceed the financial threshold above:

○ BOEING 737-8 Max
○ BOEING 737-10 Max
○ BOEING 787-8
○ BOEING 787-9
○ BOEING 787-10
○ BOEING 777-8F

The total cost _at list prices_ (including HILLARY CLINTON Fee) for PLAINTIFF'S aircraft request of $8,435,900,000. PLAINTIFF will take that exact amount out of the $14,900,000,000 in restitution request at a total of $6,464,100,000 in which all DEFENDANTS would have to do is all come to an agreement and pay BOEING the actual cost of MKT Airlines' aircraft order in which BOEING would receive no profit on the purchase, but just enough to break even.

**3) The Stipulations:**

(a): BOEING and DEFENDANTS will provide PLAINTIFF--and will receive input from PLAINTIFF and will necessarily consider and incorporate PLAINTIFF'S input--a highly

reputable design team to design MKT Airlines brand identity, livery, crew uniforms, interior of the plane, mascot 'kawaii' shiba inu, etc. to make MKT Airlines successful.

- o The mascot will be a Shiba Inu

- o MKT Airlines callsign will be: Shiba.

- o DEFENDANTS will assist in creating MKT Airlines by filing all of the paperwork expected in the following stipulations.

  - o DEFENDANTS will provide PLAINTIFF a highly reputable design team with BOEING's assistance to design MKT Airlines brand identity, livery, crew uniforms, interior of the plane, mascot 'kawaii' shiba inu, etc. to make MKT Airlines successful (as well as MKT Macedonian Airlines). PLAINTIFF will pay for this out of his restitution.

  - o MKT Airlines will be an ACMI Operator as well as be given and properly certified the AOC under 14 CFR 121, 14 CFR 135, and 14 CFR 145. PLAINTIFF will pay for this out of his restitution

  - o DEFENDANTS will provide the training, resources, knowledge, acquire and maintain government certifications (AOC), registration, and private financial backers necessary to get the airline off the ground, maintain

(b) SpiceJET, Boeing, British Airways, Qatar Airways, United Airlines, and Delta Airlines DEFENDANTS will do the following for MKT Airlines:

- o For Qatar Airways, give MKT Airlines an opportunity to join One World if MKT Airlines decides to join *One World*; For United Airlines, give an opportunity for MKT Airlines to join *Star Alliance*; and for Delta Airlines, give MKT Airways an opportunity to join *SkyTeam*.

- o provide a team of their own employees in which they will all together formulate a plan, give the knowledge, and will provide PLAINTIFF the training, education, and knowledge necessary to start MKT Airlines

- o provide a team of their own employees in which they will all together formulate a plan, give the knowledge, and will provide PLAINTIFF how to manage, run and maintain MKT Airlines,

- o provide a team of their own employees to choose routes for the airline to get off on its feet (for 5 years and then MKT Airlines will go on their own afterwards).

- o Allow MKT Airlines business ticket passengers or premium paying members to utilize lounges at airports in which one of the aforementioned DEFENDANTS fly to and has a lounge at that respective airport; and once MKT builds lounges in the

airports it will fly to in the future, the aforementioned DEFENDANTS can allow their customers (business and premium paying customers) to use MKT Airlines lounges so long as MKT Airlines exists in which it is completely irrevocable.

o   Management and leaders from United Airlines, Delta Airlines, Qatar Airways, and/or British Airways will always be available to talk to PLAINTIFF about growing pains learned in MKT Airlines as unofficial advisors for 15 years.

o   Delta Airlines, Qatar Airways, British Airways, and United Airlines will all form a technical partnership with MKT Airlines so long as MKT Airlines exists in which it is completely irrevocable.

o   MKT Airlines will be an official partner to: United Airlines, Delta Airlines, British Airways, SpiceJET, and Qatar Airways so long as MKT Airlines exists in which it is completely irrevocable.

o   MKT Airlines will have the ability to operate flights on behalf of United Airlines, Delta Airlines, British Airways, SpiceJET, and Qatar Airways so long as MKT Airlines exists in which it is completely irrevocable.

o   MKT Airlines will be fully integrated into the systems and booking systems of United Airlines, Delta Airlines, British Airways, SpiceJET and Qatar Airways so long as MKT Airlines exists in which it is completely irrevocable.

o   MKT Airlines will have a contract with United Airlines, Delta Airlines, Qatar Airways, SpiceJET, and British Airways in which MKT Airlines will provide ACMI services (wet leasing)—so long as MKT Airlines exists for Delta Airlines, United Airlines, SpiceJET, Qatar Airways, and British Airways based on their need and demand and MKT Airlines aircraft availability so long as MKT Airlines exists in which it is completely irrevocable.

o   United Airlines, Delta Airlines, British Airways, and Qatar Airways will have a contract with MKT Airlines to service and maintain aircraft when requested by MKT Airlines in which MKT Airlines will pay for the reasonable cost of maintenance so long as MKT Airlines exists in which it is completely irrevocable.

o   MKT Airlines will be able to use United Airlines and Delta Airlines training facilities until MKT Airlines develop their own.

o   PLAINTIFF will pay for half the costs of being integrated into United Airlines, Qatar Airways, Delta Airlines, and British Airways systems.

o   To quickly get off the ground after getting all the certifications necessary, MKT Airlines will be allowed to trade places with United Airlines, Delta Airlines, Qatar Airways, SpiceJET, or British Airways in line at BOEING to attain new aircraft to get

the airline off the ground. PLAINTIFF will not abuse his privileges in which he will at most make a request 2 times within an individual airline.

o   Regarding MKT Macedonian Airlines.

   a.   DEFENDANTS will provide PLAINTIFF a highly reputable design team to design MKT Macedonian Airlines' brand identity, livery, crew uniforms, interior of the plane, etc. to make MKT Macedonian Airlines successful. PLAINTIFF will pay for this out of his restitution

   b.   DEFENDANTS will provide The Northern Macedonian Government training on how to properly start, run, manage, and maintain the airline to ensure MKT Macedonian Airline's survival and profitability in the tough aviation market of North Macedonia based on American standards by Delta Airlines and United Airlines and/or Qatar Airways & British Airways standards. No crappy North Macedonian corruption will inflict MKT Macedonia Airlines.

   c.   United Airlines and Delta Airlines can provide pilot training and access to 737 Max simulator to MKT Macedonian Airlines pilots until MKT Macedonian Airlines can get their own pilot training center and flight training center for MKT Macedonian Airlines flight crews.

   d.   BOEING will provide MKT Macedonian Airlines all the resources, future support, and spare parts necessary to ensure its survival.

   e.   Provide a team of their own employees to choose routes for the airline based on aircraft fleet.

   f.   Air Serbia will be a technical partner to MKT Macedonian Airlines and will aid when need be.

   g.   The North Macedonian government will not be able to sell the 3 Boeing 737-7 Max aircraft to anyone for any purpose and will do everything in its complete control to ensure MKT Macedonian Airlines survives.

o   Air Serbia:
   a.   If the day comes that Air Serbia shall no longer want nor desire to be supported by Etihad Airways, Qatar Airways will fill that role and have ownership in Air Serbia and support Air Serbia.
   b.   Air Serbia will be a partner to Qatar Airways, British Airways, United Airlines, and Delta Airlines
   c.   Boeing will provide all the resources and support necessary to have JAT Tehnika to completely service and maintain Boeing 737 Max and 787 Aircraft under FAA regulations.
   d.   MKT Airlines, MKT Macedonian Airlines, and Air Serbia will be a technical partners.

e.  Upon BOEING certification for JAT TEHNIKA to service BOEING 737 Max aircraft, MKT Macedonian Airlines will utilize their services.

**(c):** Boeing will provide MKT Airlines the resources, training, and future support and spare parts necessary to ensure MKT Airlines' survival.

**(d):** Charter Services and MKT Airlines will provide the United States Government the following so long as MKT Airlines exists in which it is completely irrevocable.

MKT Charter division: will consist of the subset of MKT Airlines' fleet
- 3 or 4 Boeing 737 Max
- The Veterans Unit Boeing 787-8
- Kawaii One Boeing 787-8
- 1 BOEING 787-9
- 2 BOEING 777-8F (exclusively for DoD and U.S. Government use)

o  Under MKT Airline's charter division, The United States Government shall enter into a contract for PLAINTIFF'S entire natural life and/or so long as MKT Airlines exists (whichever is longer) that is completely irrevocable under any condition.

  - 1 BOEING 737 Max for exclusive U.S. Government use
  - The Veterans Boeing 787-8 for exclusive U.S. Government use
  - *Kawaii One* 787-8 (*kawaii one* if the veterans 787-8 and 787-9 are being utilized and if PLAINTIFF is not utilizing kawaii one).
  - 1 BOEING 787-9,
  - 2 Boeing 777-8F freighters aircraft for exclusive use.

o  In addition, if availability and demand so warrants, charter for the United Nations, Qatar, Britain, India, and whoever else needs private charters.

o  The 3 BOEING 737 Max and one Boeing 787-9 will be based in Rockford or an airport in Texas the size of which comparable to El Paso, McAllen, to save money and be available at all times to depart from Rockford or an airport in Texas the size of which comparable to El Paso, McAllen, to go where they are needed.

o  *Kawaii One* will be made available for PLAINTIFF'S family for personal use and travel anywhere in the world-- in which PLAINTIFF, PLAINTIFF'S Family, and authorized individuals that obtained proper permission from only PLAINTIFF prior to departure-- that can accommodate the aircraft with notice to the Government.  two week notice will be given ahead of time for scheduling purposes for personal use if available; if any aircraft are available in the case of an emergency, that aircraft can be used by PLAINTIFF, PLAINTIFF'S family, or authorized individual with proper permission of PLAINTIFF.

o  The paint job will be the most 'Murica paintjob to have ever existed on a plane and it will include MKT 'kawaii' Shiba Inu mascot on the tail doing the most 'Murican

thing: drinking beer and shooting an AR-15 in the air with the constitution and flag waving in the background and more.

**(e):** Profits, Disability Accessibility, and Outreach Programs.

- **45% of profit to maintain and expand the company. 5% of profit to savings in case of an emergency. 50% of profits to outreach programs.**

- Outreach Programs will include:

  - PLAINTIFF'S MKT Airlines will specifically reach out to the Autism community and provide numerous jobs for Autistic individuals.

  - Part of MKT Airlines' profit will go to creating *Miki's* (Autism Centers) in rural areas and locations to where MKT Airlines fly to all across America in addition to: Belgrade, Skopje, Doha, and major cities across India because let's be honest, autistic people there need as much help as they can get.

  - MKT Airlines foodbanks.

  - MKT Airlines will start the "Hood to Good" program where MKT Airlines will pay for pilot training of disenfranchised African Americans and Latinos in the inner city and provide employment opportunities and will also do the same for Balkan individuals.

  - Orphanages to help children & to help victims of children sexual trafficking.

  - Hiring Veterans and Retaining Veterans and providing mental health services to veterans with PTSD (i.e. Ketamine). Specifically recruiting Air Force pilots.

  - Call of Shiba: Shooting Clubs and civic duty organizations for adhering to SCOTUS case in XX for protection of the country teaching the importance of American values.

  - Shiba Rescue: adoption and rescue agency of Shiba Inus.

- DEFENDANTS will assist in making PLAINTIFF'S MKT Airlines website even more accessible and up to a higher standard that is required under the ADA and Section 504.

**(f):** PLAINTIFF wants to build a $25,000,000 factory near Baton Rouge, LA, Waukegan, IL, or Grundy County, TENNESSEE that will make things for MKT Airlines like free shiba plushies and model toy aircrafts for kids and autistic adults and disabled adults and some adults, MKT

airlines merchandise for purchase like shirts, crew uniforms, plastic containers, etc. that the airline etc. pretty much a factory producing everything MKT airlines would need. If it is in Grundy County, TN, PLAINTIFF will have to build a railroad spur line from Grundy County (wherever the factory may be to connect with CSX around Tullahoma (i.e. the shortest possible distance from the factory to csx's mainline) (maybe like what 20 miles at $2,000,000 a mile so $40,000,000) and get the products out to Nashville airport and/or through csx's system.

**(g):** 1) under no conditions will Kawaii One every be subject to civil or criminal forfeiture or bankruptcy proceedings. 2) the rest of MKT Airlines Aircraft will not be subject to criminal or civil forfeiture by the United States Government.

**(h):** no state nor federal taxes on MKT'S Airlines initial aircraft order; any aircraft afterwards, yes. For all intents and purposes, the initial aircraft order doesn't exist for IRS purposes.

**(i):** for IRS purposes,

**(j):** No Airport Fees for MKT Airlines for 10 years at any United States airport, DOHA International Airport, and LONDON-HEATHROW Airport.

**(k):** London Heathrow Holdings and British and Qatari Government:

Of course, PLAINTIFF wants some of his new 787s from MKT Airlines and MKT Macedonian Airlines to make regularly scheduled flights to London-Heathrow Airport. PLAINTIFF understands there are some capacity issues, but that didn't stop DEFENDANTS from taking advantage of PLAINTIFF'S capacity. This shouldn't be a problem for Qatar Airways as they essentially own London-Heathrow.

- MKT Airlines and MKT Airlines will have their own gate at London-Heathrow solely for MKT Airlines and MKT Macedonian Airlines' own use (if Air Serbia wants to join in, they can), and in case of an emergency or non-use, he will allow different airlines to use the gate so long as it does not interfere with MKT Airlines operations and MKT Macedonian Airlines operations.
  - o Whatever terminal PLAINTIFF was prevented from boarding his flight to Doha shall be where the gate is located.
  - o The Custom MKT Gate at London-Heathrow will have the following:
    - New carpet (probably a black, white, and orange carpet).
    - New benches (black, white, and orange with electric charging stations and plugs nearby with plugs all having a universal electrical socket).
    - Custom MKT Airlines & MKT Macedonian Airlines backdrop
    - Custom MKT Airlines & MKT Macedonian Airlines ticket counter will be installed at the gate.

- PLAINTIFF understands there are issues with landing slots at London-Heathrow. So as an initial basis, PLAINTIFF is demanding:

- 3 landing time-slots available for MKT Airlines (one of which has to be between 10am-5pm) (one between 6pm-12pm) (one between (6am-10am)
- 1 landing timeslot for MKT Macedonian Airlines at London-Heathrow (between 10am-8pm).

**(l):** Cox Communications and/or Xfinity will provide high speed internet in applicable locations at cost plus 17.45% (so long as it is cheaper than the listed retail price)

**(m):** Apple will provide computers for MKT Airlines at cost plus 17.45% (so long as it is cheaper than the listed retail price)

**(n):** Microsoft will provide software for MKT Airlines at cost plus 17.45% (so long as it is cheaper than the listed retail price)

**(o):** Because of disgorgement, PLAINTIFF could ask for the values of the computer and data servers DoD, CIA, NSA, FBI, MI5, MI6, GCHQ, etc. stored data on PLAINTIFF that facilitated RICO Enterprise 1 as it was an essential part of the wire fraud; however, PLAINTIFF is reasonable, CIA, DoD, or NSA will develop and give computer and data server systems as well as Cloud Servers for MKT Airlines and MKT Railroad gratis for PLAINTIFF'S life that is on the same level of computing technology that CIA, NSA, or DoD possess at the time. They will be responsible for maintaining the servers. Same goes for Cloud Servers as well. This is not unreasonable by any stretch of the imagination. DNI's **total appropriated budget from 2007-2011 was $368,280,000,000 and is PLAINTIFF to believe that some cuts here and there within DNI, CIA, NSA, or DoD are not possible to create, host, maintain, etc. MKT Airlines and MKT Railroad servers?** PLAINTIFF will say that a third-party handles MKT Airlines, MKT Oil, and MKT Railroad servers.

**(p):** Qatar Energy/QIA and MKT Airlines agree to the plans and purposes of MKT Oil.

**(q):** Because of the Title VI retaliation against PLAINTIFF and Balkan people in which HILLARY CLINTON intentionally forced PLAINTIFF to labor without compensation in "trade is in the offing" and in which she testified to Congress that "[she] cut economic assistance to Central and Eastern Europe, to the Caucasus, to Central Asia. We cut development assistance to over 20 countries by more than half,"[426] at least when it comes to Qatar and Serbia and Qatar and North Macedonia, the paltry amount of trade of just "In 2020, the total value of the realized exchange of goods was 5,945,000 euros, whereof Serbian exports accounted for 5,605,000 euros, and imports for 340,000 euros" is nowhere near good enough. It is great that Qatar and Serbia are doing things like things in the footnote.[427] Qatar/QIA, United Kingdom, India, and the United States will increase trade and diplomatic relations between themselves and Serbia and North Macedonia governments in which Qatar, QIA will invest in Serbia and North Macedonia, in which the difference in the rate of inflation between the $14.9 Billion of 2010 and the actual value of it being $20 billion in 2023 dollars of $5,925,640,000 be invested in infrastructure projects and humanitarian aid in Serbia and North Macedonia in which no cuts will

---

[426] https://2009-2017.state.gov/secretary/20092013clinton/rm/2011/03/158004.htm
[427] https://www.qna.org.qa/en/News-Area/News/2023-05/24/0056-the-state-of-qatar-signs-mou-with-serbia-on-communications-and-it

be made to current levels of aid received by Serbia and North Macedonia by any DEFENDANTS. Like Tracy Lawrence said, you'll find out who your friends are, and your friends are in Serbia and North Macedonia as well as PLAINTIFF. Again: PLAINTIFF, Serbia, and North Macedonia want to work with you all.

**(r):** PLAINTIFF is incorporating his restitution stipulated in Prayers for Relief and *An Anchor and a Pitchfork* [here].

**(s):** Contact Avelo Airlines and Sun Country Airlines see if they are interested in making an IAG type organization where Avelo Airlines, Sun Country Airlines, and MKT Airlines are separate but under the same banner.


The Court may be thinking what PLAINTIFF just requested in part of his restitution based on the conduct of Miki's Tea Party and *An Anchor and a Pitchfork* is not out of line nor excessive. "Punitive damages "are not compensation for an injury. Instead they are private fines levied by civil juries to punish reprehensible conduct and to deter its future occurrence." *Gertz v. Robert Welch, Inc.,*418 U.S. 323, (1974). In *BFI, Inc. v. Kelco Disposal, Inc.*, 492 U.S. 257 (1989), the Court held: "The Excessive Fines Clause of the Eighth Amendment does not apply to punitive damages awards in cases between private parties; it does not constrain such an award when the government neither has prosecuted the action nor has any right to recover a share of the damages awarded. Pp. 492 U. S. 262-276. 1) (a) The primary concern which drove the Framers of the Eighth Amendment was the potential for governmental abuse of "prosecutorial" power, not concern with the extent or purposes of civil damages. Nothing in English history suggests that the Excessive Fines Clause of the English Bill of Rights of 1689, the direct ancestor of the Eighth Amendment, was intended to apply to damages awarded in disputes between private parties. Pp. 492 U. S. 264-268. (c) The language of the Excessive Fines Clause and the nature of our constitutional framework make it clear that the Eighth Amendment places limits on the steps a government may take against an individual. The fact that punitive damages are imposed through the aegis of courts and serve to advance governmental interests in punishment and deterrence is insufficient to support applying the Excessive Fines Clause in a case between private parties. Here, the government of Vermont has not taken a positive step to punish, as it does in the criminal context, nor used the civil courts to extract large payments or forfeiture for the purpose of raising revenue or disabling some individual. Pp. 492 U. S. 273-276. 2) Because BFI failed to raise before either the District Court or the Court of Appeals the question whether the punitive damages award was excessive under the Due Process Clause of the Fourteenth Amendment, this Court will not consider the effect of due process on the award. Pp. 492 U. S. 276-277. 3. Federal common law does not provide a basis for disturbing the jury's punitive damages award. In performing the limited function of a federal appellate court, this Court perceives no federal common law standard, or compelling federal policy, that convinces the Court it should not accord considerable deference to a district court's decision not to order a new trial. The District Court in this case properly instructed the jury on Vermont law and applied the proper state law standard in considering whether the verdict was excessive, and the Court of Appeals correctly held that the District Court did not abuse its discretion. Pp. 492 U. S. 277-280."

Let me put it in a proper perspective for the Court of what PLAINTIFF is requesting compared to what PLAINTIFF can legally obtain and ask for:

| What PLAINTIFF is Asking For & Legally Entitled To: Conditions listed below* | What PLAINTIFF Is Actually Legally Entitled To & The Total Amount owed to PLAINTIFF & the amount PLAINTIFF is Saving DEFENDANTS |
|---|---|
| Already saving $363,208,450 from the following Aircraft: | Aircraft: |
| 1: BOEING 787-9 to Air Serbia or 1: Airbus A330-900neo (4 y.o >x). 1: Airbus A320neo or A321neo to Air Serbia (10 y.o >x). | 696 BOEING MAX 737 Aircraft-SpiceJET (Treble damages from SpiceJET deal since 2010) (a total of $84,216,000,000) 276 BOEING MAX 737 Aircraft—Jet Airways. |
| 13: BOEING 787-9 to MKT Airlines New 2: BOEING 787-8 to MKT Airlines New 4: BOEING 787-10 to MKT Airlines New | 30 BOEING 777-300ERs at $11,265,000,000 or 30 new Boeing 787-10s and $1,113,000,000 (6 from British Airways/24 from Qatar Airways) 15 BOEING 777F (or 15 BOEING 777-8F) new (Qatar Airways) at a total of $5,374,500,000 |
| 3: BOEING 737-7 Max to MKT Macedonian Airlines New. 8: BOEING 737-8 Max to MKT Airlines. New 5: BOEING 777-8F to MKT Airlines. New | Total Aircraft: 972 BOEING 737 MAX Aircraft. 30 BOEING 777-300ERs; 15 BOEING 777Fs. 696 BOEING 737 would make MKT Airlines 2nd largest owner of BOEING 737 aircraft in the world. Ryanair w/ current & owed aircraft is at 770 BOEING 737s (Max and NG) |
| 5: BOEING 737-10 Max to MKT Airlines New 2: BOEING 737-7 Max to MKT Airlines New | For Reference: SpiceJET owns 143 BOEING 737 Max aircraft. [428] QATAR AIRWAYS total A350, 777, & 787: Current total: 122 or so BRITISH AIRWAYS total A350, 777. & 787: Current total: 109 or so |
| Options: MKT | |

[428] https://en.wikipedia.org/wiki/List_of_Boeing_737_MAX_orders_and_deliveries. Last Checked. 08/19/2023

|  |  |
|---|---|
| Total: | Qatar and British Airways current total: 231 or so (MKT: 19 787 & 5 777-8(F) (around 10%) |
| MKT Oil | Total Owed Aircraft: 696 BOEING 737 MAX |
|  | 296 737 Max Options |
| **429 | 30 BOEING 777-300ERs. |
| Total: 46 Aircraft | 15 BOEING 777Fs. |
| 42: Boeing: MKT Airlines | Total: 741 Boeing Aircraft. |
| 5: Air Serbia & MKT Macedonian Airlines | |
| **Total in Damage: $14,900,000,000** | |
|  | ___*treble damages of: $62,476,920,000*___ (from $14.9 billion) |
|  | ___*Saving DEFENDANTS: $47,576,920,000 out of the $14,900,000,000 appraisal by the WH*___ |
|  | ___*Saving DEFENDANTS:* $363,208,450 just on the aircraft order___. |
|  | ___*Saving DEFENDANTS:* 699 BOEING planes___ |
|  | **Saving DEFENDANTS: complete ownership: BOEING, IAG, Qatar Airways, United Airlines, SpiceJET** |

Again, PLAINTIFF just wants to be compensated for his forced labor, being subject to an act of international and domestic terrorism numerous times, having rico predicate acts through the year done to PLAINTIFF in which the money goes back into the US, British, Qatar, and Indian economy. PLAINTIFF is intentionally not trying to harm the country in which 45% of the profits goes to helping and feeding the needy and poor, making America beautiful, teaching about American values, helping disabled and autistic individuals in America and all across the world and helping people that were retaliated against before. PLAINTIFF is altruistic here and wants his childhood dreams to come true since he can no longer be a lawyer. But that is the condition you all put on the trade.

Were there any other purchases made by Qatar Airlines that might be relevant involving the quid pro quo and kickback schemes between America, Britain, and India that occurred in the same time involving "trade is in the offing?" PLAINTIFF alleges that the following was part of it--it necessarily impacts the British. Qatar Airlines purchases 6 brand new Airbus A319s, 30 brand new Airbus A320s; and 14 brand new Airbus A321 aircraft on Nov 15th, 2011 or it was the following: "DUBAI (AFP) - Airbus clinched a last-minute order from Qatar Airways for 55 planes at the Dubai Airshow, only hours after the carrier's chief issued a public rebuke to the European manufacturer. The order announced by Qatar Airways chief executive Akbar Al Baker

---

[429] stipulations PLAINTIFF included about MKT Airlines & DEFENDANTS included there.

comprised 50 fuel-efficient A320neo jetliners, as well as another five A380 superjumbos, for a list price value of $6.4 billion."[430] PLAINTIFF is not concerned with the Airbus A380 superjumbos. But is concerned with the 50 Airbus A320Neo (the comparable aircraft to a BOEING 737-8 Max or BOEING 737-9 Max). That is a total of 50 aircraft. It's a big purchase. Airbus UK "has two main sites responsible for the design and manufacture of the high-technology wings for all Airbus models as well as overall design and supply of the fuel system. For most Airbus models, the company is responsible for overall design and supply of landing gear."[431] Look, jobs are jobs and money is money for the commoners and *the People* (in which even Airbus has American factories and Airbus aircraft are an integral part of American aviation these days) and PLAINTIFF can't fault the British Government for wanting to create and sustain jobs and it is good for everyone. That's all good and well. PLAINTIFF is not asking for the planes from the November 15th, 2011 purchase unless PLAINTIFF is denied the reasonable requests and prayers for relief involving the aircraft he requested; and then PLAINTIFF will ask for those in that condition. But the reason why PLAINTIFF is factually incorporating it to establish a factual nexus connecting the defendants like HILLARY CLINTON, LYNN Forester de ROTHSCHILD, the British Government, American government, establishing "trade is in the offing" relevance for *An Anchor and a Pitchfork*, and evidence for establishing a connection between DEFENDANTS in "(defense) trade is in the offing" and *An Anchor and a Pitchfork* for certain aforementioned DEFENDANTS in the following:

Part of Airbus' history involved acquiring the shares from BAE, which is a British **_Defense_** Company and that fits within the parameters of "defense trade is in the offing." When talking about Airbus and the history between Airbus and the British Government and a certain DEFENDANT, Wikipedia says the following: "Despite repeated suggestions as early as 2000 that BAE Systems wished to sell its 20 % share of Airbus, the possibility was consistently denied by the company. However, on 6 April 2006 BBC News reported that it was indeed to sell its stake, then "conservatively valued" at £2.4 billion.  Due to the slow pace of informal negotiations, BAE exercised its put option, which saw investment bank **_Rothschild appointed to give an independent valuation._** Six days after this process began, Airbus announced delays to the A380 with significant effects on the value of Airbus shares. On 2 June 2006 **Rothschild** valued BAE's share at £1.87 billion, *well below BAE's, analysts' and even EADS' expectations*. The BAE board recommended that the company proceed with the sale and on 4 October 2006 shareholders voted in favour; the sale was completed on 13 October making EADS the sole shareholder of Airbus."[432] Ah so there is a connection between British Defense/Intelligence and the Rothschild. Check. Some sketchy behavior by the Rothschild indeed happened based on this: "On 2 July 2006 Rothschild valued BAE's stake **at £1.9 billion** (€2.75 billion), *well below the expectation of BAE*, analysts, and even EADS.  On 5 July BAE (i.e. British Defense) **appointed independent auditors to investigate how the value of its share of Airbus had fallen from the original estimates to the _Rothschild valuation_**; however in September 2006 BAE agreed to the sale of its stake in Airbus to EADS for **£1.87 billion** (€2.75 billion, $3.53 billion), pending BAE shareholder approval. On 4 October shareholders

[430] https://web.archive.org/web/20111220020621/http://mb.com.ph/articles/341502/airbus-clinches-qatar-55plane-order Last Checked. 08/25/2023.
[431] https://en.wikipedia.org/wiki/Airbus_UK Last Checked. 08/25/2023
[432] https://en.wikipedia.org/wiki/History_of_Airbus. Last checked. 08/25/2023

voted in favour of the sale, leaving Airbus entirely owned by EADS."[433] .03 Billion is still £30,000,000 or $37,757,850. Do you see something here? So when the government questions a Rothschild or Rothschild company in anyway, there is a penalty to be paid in which the actual selling price was less after when the Rothschild were *questioned*. That's the Rothschild penalty. **The Rothschild Penalty (which is a retaliation by every sense of the word) occurs when there is a valuation made by Rothschild that is questioned by a government official**. Ah there is the precedent of whenever a Rothschild is questioned by government officials there is a penalty involved. If it happened to the British Government, it happened to the American Government and the American's know about the *Rothschild Penalty*. BRITISH DEFENDANTS still probably and conceivably had surveillance on PLAINTIFF in 2015 so this applies in *An Anchor and a Pitchfork*. It happened in the course of defense trade that involved a civilian aircraft manufacturer with a co-defendant and family member HILLARY CLINTON personally knows about who would raise money for HILLARY CLINTON, absolutely 100% relevant for later.

The important thing to note is that whenever a Rothschild says to jump to any government, the government asks how high and where or the Rothschild are behind numerous scandals. October 19th, 1974: Israeli investing scandal unveiled by Rothschild in which there were rumors that Baron Rothschild considered pulling his investments out of Israel because of the scandal.[434] "Swiss financial regulator FINMA has accused Rothschild Bank and one of its subsidiaries Rothschild Trust (Schweiz) of serious violations in anti-money laundering rules linked to the 1Malaysia Development (1MDB) state fund scandal."[435] Rothschild can't deny their history with the Bank of England in which at one time or another, Rothschild owned stocks in the banks and had family members in their leadership who influenced decisions. Even in 2011 and 2012, the Rothschild were necessarily a part of the core picture of Britain and finances; and overall in the world, when it came to mergers & acquisitions that occurred in 2011 (i.e. British Airways and IAG and other companies) (which PLAINTIFF alleges they were a part of the merger) in which the ROTHSCHILD were in the top of all sectors concerning financial advisers--mid market--by value;[436] went from 18th in 2011 to 8th in 2012 in ranking in financial advisers by value[437] and were ranked second in: "Transportation. Financial Advisers" by volume just below PriceWaterhouseCooper but above huge financial institutions of: Goldman Sachs, Morgan Stanley, and Deutsche Bank.[438] PLAINTIFF is alleging that in some very plausible way having necessarily their voice heard when it came to British Aviation before in 2006, Rothschild were part of the IAG and British Airways merger and acquisitions in which that involved the British Government and British Airways. So there is PLAINTIFF'S nexus.

[433] Id.
[434] https://www.nytimes.com/1974/10/19/archives/israeli-investing-scandal-unveiled-by-rothschild-no-decision-to.html
[435] https://www.privatebankerinternational.com/news/rothschild-bank-accused-money-laundering-relation-1mdb-scandal/
[436] https://www.mergermarket.com/PDF/Deal_Drivers_EMEA_FY2012.pdf
[437] Id.
[438] Id.



Out of respect for the DOJ and SCOTUS for making this part of the case open, PLAINTIFF is incorporating an argument against NEAL KATYAL and DOJ [HERE] that violated "18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights in regards to his position as Solictor General and in deciding *Ashcroft v. al-Kidd*, 563 U.S. 731 (2011) and this decision implicates JOHN CHOON YOO. PLAINTIFF has the document available to him ready to go upon immediate Court request.

The Court at this point is probably shocked, and the Court may be thinking: PLAINTIFF, all of these are outrageous accusations that DEFENDANTS would go to that length and do that to PLAINTIFF in LONDON by kidnapping PLAINTIFF and committing domestic terrorism. PLAINTIFF laughs. PLAINTIFF says no it is not.

# It happened to PLAINTIFF **<u>TWICE</u>**.

After *An Anchor and a Pitchfork* happened in Summer 2015, PLAINTIFF was having medical issues in Spring 2016 after what was done to PLAINTIFF in the SUMMER of 2015 and before. So PLAINTIFF was flying out of New Orleans to Chicago to receive medical treatment in either January, February, or March 2016 (maybe April, but earlier in 2016). One time, PLAINTIFF'S flight from New Orleans to Chicago has a connection. Where might this wonderful connection be you desperately want to know? You should know the answer by now: **ATLANTA** (*Cue and See*: *Peachy Miami* & FINANCIAL TERRORISM). The flights were with DELTA AIRLINES. Relevant side note: the Army and FBI BOTH seized a Delta Airlines pilot in Boston[439] and interrogated that pilot for 45 minutes. Would it surprise PLAINTIFF that pilot interrogated in Boston was the pilot that flew from New Orleans to Atlanta that fateful day in Spring 2016? Not at all. It is an earlier flight that flew in the morning and PLAINTIFF requested a FOIA with New Orleans Airport concerning the flight. The flight from New Orleans to ATLANTA was delayed (for what reason, PLAINTIFF still doesn't know, but the issue yet again was a really small time-frame for PLAINTIFF to connect to his next flight). PLAINTIFF asks the Delta Airlines Representative what the problem is and why the flight is delayed, they provided an inadequate or bullshit answer because PLAINTIFF doesn't remember it. So the flight is delayed by more than 30 minutes. The flight leaves New Orleans and PLAINTIFF arrives in Atlanta. PLAINTIFF checked his phone and to the best of his recollection, by the time he got out of the gate in Atlanta and looked on his phone to see what time it was and if he could make the connection, it had already passed by somewhere between 5-15 minutes (to the best of PLAINTIFF'S recollection). PLAINTIFF had matured at this point and had not ruminated angrily or freaked out even though inside after everything that happened to him he was on the verge of mental collapse and was holding on to dear life. PLAINTIFF doesn't run or do anything because by the time he deboarded, it was too late. PLAINTIFF is alleging that American DEFENDANTS conspired to make the plane late or tampered with the plane or coerced/made the pilots delay departing New Orleans on time. FBI needed to cover up for HILLARY CLINTON and needed Georgia jurisdiction over PLAINTIFF. So, PLAINTIFF walks to the gate and talks to a Delta Airlines representative about the possibility of a connecting flight or combinations to get to Chicago. Now this is Atlanta Airport. Atlanta Hartsfield-Jackson is the biggest airport in the United States, if not, it is the top 3 of biggest airports in America. There are probably more than 30+ flights that departing from Atlanta Hartsfield-Jackson to go to either Chicago O'Hare or Chicago Midway. PLAINTIFF gets there between 10am-12pm. There is still half a day left of flights to Chicago. Delta Airlines representative informs PLAINTIFF that there are no seats available on any of the flights to Chicago that day (we're talking about a weekday). PLAINTIFF did all the reasonable due diligence he could have done that day and DEFENDANTS knew that PLAINTIFF was in dire financial strait and issues. For example if it

---

[439] https://www.cbsnews.com/boston/news/i-team-botched-fbi-interrogation-training-delta-force-boston-police/

was in March 2016, this is all of PLAINTIFF'S transactions in March 2016 in which DEFENDANTS knew this was the only bank account PLAINTIFF used for himself when PLAINTIFF was at LSU Law. There is no money for a hotel. There is no money for a flight. No money at all.

| 3-01-16 THRU 03-31-16 | |
|---|---|
| Download: QIF CSV | PREVIOUS BALANCE  $224.85 |

Print Campus Classic(2)

Transaction Detail

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| Feb29 | DEBIT CARD DEBIT<br>046672 NEW SOUTH PARKIN KENNER LA 02-28-16 | $45.00- | | $179.85 |
| Mar12 | WITHDRAWAL<br>0312 1005 301629 3535 Nicholson Dr Baton Rouge LA | $50.00- | | $129.85 |
| Mar12 | WITHDRAWAL<br>POS 0312 1215 306517 DOLLAR GE HWY 10 JACKSON LA | $46.38- | | $83.47 |
| Mar13 | WITHDRAWAL<br>POS 0313 1959 341076 PAYPAL *OXIDATIO San Jose CA | $59.90- | | $23.57 |
| Mar14 | WITHDRAWAL<br>POS 0314 1343 371490 MCDONALD S F2679 BATON ROUGE LA | $5.45- | | $18.12 |
| Mar25 | DEBIT CARD DEBIT<br>456850 APL* ITUNES.COM/ 866-712-7753 CA 03-25-16 | $3.87- | | $14.25 |
| Mar30 | DEBIT CARD DEBIT<br>595055 DENNY S #8823 GILMAN IL 03-28-16 | $9.00- | | $5.25 |
| Mar31 | CHECKING FEE | $8.00- | | $2.75- |
| Mar31 | NEW BALANCE | | | $2.75- |

If this happened in April 2016, PLAINTIFF was absolutely broke. PLAINTIFF couldn't go anywhere had his life depended on it.

| 04-01-16 THRU 04-30-16 | |
|---|---|
| Download: QIF CSV | PREVIOUS BALANCE  $2.75- |

Print Campus Classic(2)

Transaction Detail

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|

| Apr11 | EFT FED. RESERVE ACH PAYPAL INST XFER 160408 | $8.17- | | $10.92- |
| Apr11 | OVERDRAFT BY NEGATIVE BALANCE - ACH | $29.00- | | $39.92- |
| Apr11 | EFT FED. RESERVE ACH PAYPAL INST XFER 160408 | $9.75- | | $49.67- |
| Apr11 | OVERDRAFT BY NEGATIVE BALANCE - ACH | $29.00- | | $78.67- |
| Apr22 | EFT PAYPAL PAYPAL TRANSFER 160421 | | $30.00 | $48.67- |
| Apr30 | CHECKING FEE | $8.00- | | $56.67- |
| Apr30 | NEW BALANCE | | | $56.67- |

If it took place in February 2016, it really depends on if it was in the first half of February 2016 or second half of February 2016. If you are inquiring as to what the PayPal charges are for, PLAINTIFF was in the course of breaking down mentally and resorted to purchasing HO Scale Trains because he started mentally regressing at the time.

-01-16 THRU 02-29-16

Download: QIF CSV                                    PREVIOUS BALANCE  $1,414.13

Print Campus Classic(2)

## Transaction Detail

| Date | Description | Withdrawals | Deposits | Balance |
|------|-------------|-------------|----------|---------|
| Feb01 | EFT FED. RESERVE ACH PAYPAL INST XFER 160130 | $14.94- | | $1,399.19 |
| Feb03 | WITHDRAWAL POS 0203 1751 025315 PAYPAL *TAST1TAS San Jose CA | $8.00- | | $1,391.19 |
| Feb03 | WITHDRAWAL POS 0203 1846 026862 PAYPAL *ADVANTAG San Jose CA | $5.30- | | $1,385.89 |
| Feb03 | WITHDRAWAL POS 0203 1846 026876 PAYPAL *WOODNGOO San Jose CA | $20.95- | | $1,364.94 |
| Feb04 | EFT RENTPAYMENT Southgate Penth RENT 160203 | $687.50- | | $677.44 |
| Feb05 | EFT FED. RESERVE ACH AMZNIK83DKM7 Marketplac160205 | | $68.86 | $746.30 |
| Feb05 | WITHDRAWAL POS 0205 1742 095304 MCDONALD S F2679 BATON ROUGE LA | $3.60- | | $742.70 |
| Feb06 | WITHDRAWAL POS 0206 1305 122852 PAYPAL *MJM SERV San Jose CA | $9.53- | | $733.17 |

| Date | Description | Amount | Deposit | Balance |
|------|-------------|--------|---------|---------|
| Feb06 | WITHDRAWAL<br>POS 0206 1309 122957 PAYPAL *LOUIS222 San Jose CA | $10.01- | | $723.16 |
| Feb06 | WITHDRAWAL<br>POS 0206 1940 133775 WAL-MART #4683 BATON ROUGE LA | $104.33- | | $618.83 |
| Feb07 | DEBIT CARD DEBIT<br>636672 MCDONALD S F1553 BATON ROUGE LA 02-05-16 | $5.77- | | $613.06 |
| Feb07 | DEBIT CARD DEBIT<br>808184 SUBWAY 00 JACKSON LA 02-05-16 | $8.99- | | $604.07 |
| Feb08 | WITHDRAWAL<br>POS 0208 2100 206269 WM SUPERCENTER # BATON ROUGE LA | $16.24- | | $587.83 |
| Feb09 | WITHDRAWAL<br>POS 0209 1132 218732 PAYPAL *CLEHNE3 San Jose CA | $16.21- | | $571.62 |
| Feb09 | WITHDRAWAL<br>POS 0209 1132 218735 PAYPAL *P6321955 San Jose CA | $13.05- | | $558.57 |
| Feb09 | WITHDRAWAL<br>POS 0209 1350 222552 COSTCO WHSE #117 BATON ROUGE LA | $90.72- | | $467.85 |
| Feb09 | WITHDRAWAL<br>POS 0209 2035 233784 PAYPAL *IREKSTOY San Jose CA | $16.84- | | $451.01 |
| Feb12 | EFT FED. RESERVE ACH AMZNIKI3GIO8 Marketplac160212 | | $39.51 | $490.52 |
| Feb13 | WITHDRAWAL<br>POS 0213 1150 363908 COSTCO GAS #117 BATON ROUGE LA | $35.85- | | $454.67 |
| Feb14 | DEBIT CARD DEBIT<br>486033 WENDYS #9392 BATON ROUGE LA 02-13-16 | $9.91- | | $444.76 |
| Feb15 | WITHDRAWAL<br>POS 0215 0120 411251 PAYPAL *TRNSETSO San Jose CA | $11.38- | | $433.38 |
| Feb17 | WITHDRAWAL<br>0217 1158 489398 3535 Nicholson Dr Baton Rouge LA | $30.00- | | $403.38 |
| Feb19 | WITHDRAWAL<br>POS 0219 2220 576123 WAL-MART #4683 BATON ROUGE LA | $17.41- | | $385.97 |
| Feb22 | DEBIT CARD DEBIT<br>949910 APL* ITUNES.COM/ 866-712-7753 CA 02-21-16 | $1.29- | | $384.68 |
| Feb24 | EFT ONLINE PMT BANK OF AMERICA ONLINE PMT160224 | $100.00- | | $284.68 |

| Feb25 | WITHDRAWAL<br>0225 1206 742988 3535 Nicholson Dr Baton Rouge LA | $50.00- | | $234.68 |
| Feb26 | EFT FED. RESERVE ACH AMZNIL23MFNX<br>Marketplac160226 | | $12.70 | $247.38 |
| Feb26 | WITHDRAWAL<br>POS 0226 2252 799718 PAYPAL *LRJ39 LR San Jose CA | $20.03- | | $227.35 |
| Feb29 | DEBIT CARD DEBIT<br>992754 HN-DUNKIN ST1193 KENNER LA 02-28-16 | $2.50- | | $224.85 |
| Feb29 | NEW BALANCE | | | $224.8 |

The point being, PLAINTIFF had no financial means of escape and absolutely did not want to stay in ATLANTA. So PLAINTIFF is forced to stay in ATLANTA, GEORGIA in which FBI's ATLANTA field office then gets in-personam-jurisdiction to continue their RICO ENTERPRISE FROM BEFORE. Since PLAINTIFF had no place to go and no money to go explore Atlanta as FBI/DEFENDANTS already knew that fact, PLAINTIFF is taken to a hotel where PLAINTIFF doesn't leave the hotel room from like 2 or 3 pm until the next morning to board his flight. PLAINTIFF is alleging DEFENDANTS did something to cause the plane to be delayed for the intended purpose of getting in-personam-jurisdiciton over PLAINTIFF in ATLANTA thereby committing air piracy and did it for a political agenda that affected the course of government because it involved HILLARY CLINTON. This is also around the same time PLAINTIFF is starting to discover DEFENDANTS RICO Enterprise #2 thereby making it domestic terrorism as it concerned political agenda. The messed up thing about this is that PLAINTIFF vividly recalls there were 3 more additional and different passengers that missed their connecting flights because the New Orleans to Atlanta flight was delayed. 3 complete strangers suffered because DEFENDANTS were out of control because of what happened in 2015 and before.

Furthermore, and more shockingly, 18 USC 2331 1(B)(iii) and 5(B)(iii) says international and domestic terrorism happens when actors (i.e. DEFENDANTS) did an act "to affect the conduct of a government by mass destruction, assassination, or _kidnapping_." PLAINTIFF did not want to stay in Washington D.C. in 2011 and Atlanta in 2016. PLAINTIFF did not have the financial means or resources to leave WASHINGTON D.C. and ATLANTA once DEFENDANTS established in-personam-jurisdiction over PLAINTIFF and was forced to stay in those locations for the night by DEFENDANTS. Furthermore, DEFENDANTS committed acts that violated 49 U.S.C.§46502 because DEFENDANTS seized two aircrafts (domestically and internationally) by preventing the respective aircrafts from departing on time in order for DEFENDANTS to get in personam jurisdiction over PLAINTIFF in which PLAINTIFF was not free to leave those places for a night. Granting and deciding _Ashcroft v. al-Kidd,_ 563 U.S. 731 (2011) affected the conduct of the United States Government and it was done through kidnapping PLAINTIFF.

# Fool me once, shame on you.

# Fool me twice, shame on you.

The fact that DEFENDANTS kidnapped PLAINTIFF twice for political purposes in which they committed air piracy by tampering with the plane in New Orleans and in London is completely outrageous because of HILLARY CLINTON. In light of the fact that it happened twice to PLAINTIFF, PLAINTIFF should be asking for 72 BOEING Aircraft and $31,600,672,066, which is double than his request of 36 BOEING Aircraft and $15,800,336,033 in damage at this time, but PLAINTIFF is not asking for that much. PLAINTIFF filed a FOIA request with NOLA airport, #23-14279, to figure out what happened with the flight. The New Orleans airport said, in an act of obstruction, that the New Orleans Airport did not have records of when Delta Airlines Flights departed in the morning in the Spring of 2016 and the scheduled departure time of those aforementioned flights.

Therefore, as PLAINTIFF elaborated upon earlier, under 18 U.S.C §1963(a)(1) it clearly applies to any interest, legitimate or illegitimate, which DEFENDANTS acquired or maintained either in the course of engaging in racketeering activity or as the result of racketeering activity in violation of 18 U.S.C. 1962. 18 U.S.C §1963(a)(3) applies to forfeiture of proceeds or property derived from proceeds obtained in violation of RICO. DEFENDANTS/DELTA AIRLINES are required to forfeit the amount of illicit proceeds and property as determined by the Court even if the funds used to satisfy the forfeiture are not tainted or if the defendant no longer possesses the tainted funds or property. The property and orders in question is the following that PLAINTIFF is asking for: *two* planes of the same condition and age (or comparable aircraft acceptable to PLAINTIFF) of the flight that took PLAINTIFF from New Orleans to Atlanta and *two* planes of the same condition and age (or comparable aircraft acceptable to PLAINTIFF) of the plane that would have taken PLAINTIFF from Atlanta to Chicago. So 2 used probably Airbus A320 or an Airbus A319 from NOLA to Atlanta and probably 2 Airbus A320 or BOEING 757 from Atlanta to O'Hare or Atlanta to Chicago Midway. So PLAINTIFF as restitution will ask DELTA AIRLINES to give 2 Airbus A320neo or 2 Airbus A321neo that are less than 10 years old to Air Serbia.

Because it is ridiculous that it happened to PLAINTIFF twice and because of what happened in 2018, PLAINTIFF is asking for 2 Brand new AH-64D Block III Apache helicopters (or whatever new helicopters are comparable). These 2 Apache Helicopters will be fully armed with machine guns, rockets, night vision, navigational parts, defensive tools, and whatever technology and support is normally included in a sale to military force in addition to some spare parts needed. AMERICAN INTEL gotta learn that PLAINTIFF can possess things and if PLAINTIFF says he is never going to use it against them unless they attack PLAINTIFF first, then they need to believe the truth. PLAINTIFF could ask for all 22 Apache Helicopters or the $1,400,000,000 that INDIA, BOEING, and the USA got from the sale of the 22 Apache Helicopters, but PLAINTIFF is not. Same argument and reasoning as applied to Qatar Airways, British Airways, and Delta Airlines applies here.

PLAINTIFF could include all of the arms sales between 2010-2011 that involved India and America and the ownership of every single one of those arms companies, but PLAINTIFF is not. PLAINTIFF is kind, reasonable, and generous. Just from the Apache sales, PLAINTIFF could

ask for ownership of: Lockheed Martin Corporation; General Electric Company; Lockheed Martin Mission Systems and Sensor; Longbow Limited Liability Corporation; Raytheon Company in Tucson, Arizona. Raytheon had at least 5 billion in net income last year in 2022. Maybe some stock by Raytheon (75.80 a share) and Lockheed Martin (424.05 a share) will do. Boeing (208.11 a share).

Therefore, Delta Airlines violated: 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.

IF the COURT denies PLAINTIFF'S restitution requests, then PLAINTIFF is realleging it in An Anchor and a Pitchfork to be compensated for the harm there.

| What PLAINTIFF is Asking For & Legally Entitled To: Conditions listed below* | What PLAINTIFF Is Actually Legally Entitled To & The Total Amount owed to PLAINTIFF & the amount PLAINTIFF is Saving DEFENDANTS |
|---|---|
| Already saving $363,208,450 from the following Aircraft: | Aircraft: |
| 1: BOEING 787-9 to Air Serbia or 1: Airbus A330-900neo (4 y.o >x).[440] 3: Airbus A320neo or A321neo to Air Serbia (10 y.o >x).[441] | 696 BOEING MAX 737 Aircraft-SpiceJET (Treble damages from SpiceJET deal since 2010) (a total of $84,216,000,000) 276 BOEING MAX 737 Aircraft—Jet Airways. |
| 13: BOEING 787-9 to MKT Airlines New 2: BOEING 787-8 to MKT Airlines New 4: BOEING 787-10 to MKT Airlines New | 30 BOEING 777-300ERs at $11,265,000,000 or 30 new Boeing 787-10s and $1,113,000,000     (6 from British Airways/24 from Qatar     Airways) 15 BOEING 777F (or 15 BOEING 777-8F)     new (Qatar Airways) at a total of $5,374,500,000 |
| 3: BOEING 737-7 Max to MKT Macedonian Airlines New. 8: BOEING 737-8 Max to MKT Airlines. New 5: BOEING 777-8F to MKT Airlines. New | Total Aircraft: 972 BOEING 737 MAX Aircraft. 30 BOEING 777-300ERs; 15 BOEING 777Fs. 696 BOEING 737 would make MKT Airlines 2nd largest owner of BOEING 737 aircraft in the world. Ryanair w/ current & owed aircraft is at 770 BOEING 737s (Max and NG) |
| 5: BOEING 737-10 Max to MKT Airlines New 2: BOEING 737-7 Max to MKT Airlines New | For Reference: SpiceJET owns 143 BOEING 737 Max aircraft.[442] QATAR AIRWAYS total A350, 777, & 787: Current total: 122 or so |

[440] One from Qatar Airways. Gratis.
[441] One from Qatar Airways and two from Delta Airlines. Gratis.
[442] https://en.wikipedia.org/wiki/List_of_Boeing_737_MAX_orders_and_deliveries. Last Checked. 08/19/2023

| | |
|---|---|
| Options: MKT Airlines | BRITISH AIRWAYS total A350, 777. & 787: |
| 2 BOEING Apache Helicopters | Current total: 109 or so |
| (fully armored and ready to go. New) | 66 New BOEING Apache Helicopters. |
| Total: | Qatar and British Airways current total: 231 or so |
| | (MKT: 19 787 & 5 777-8(F) (around 10%) |
| MKT Oil | Total Owed Aircraft: 696 BOEING 737 MAX |
| | 296 737 Max Options |
| **443 | 30 BOEING 777-300ERs. |
| | 15 BOEING 777Fs. |
| Total: 49 Aircraft | Total: 741 Boeing Aircraft. |
| 42: Boeing: MKT Airlines | |
| 7: Air Serbia & MKT Macedonian Airlines | 6 Airbus A320neo or A321neo (less than 10 years old) |
| 2 BOEING Apache Helicopters | |
| **Total in Damage: $14,900,000,000** | *treble damages of: $62,476,920,000* (from $14.9 Billion). |
| Some Stock In Boeing, Lockheed Martin, and Rayethon. | ***Saving DEFENDANTS: $47,576,920,000 out of the $14,900,000,000 appraisal by the WH*** |
| | ***Saving DEFENDANTS: $363,208,450 just on the aircraft order***. |
| | |
| | ***Saving DEFENDANTS: 1,001 BOEING planes 4 Airbus A320neos or A321neos.*** |
| . | **Saving DEFENDANTS: complete ownership: BOEING, IAG, Qatar Airways, United Airlines, SpiceJET, Delta Airlines, Lockheed Martin, etc.** |

**Beck v. Prupis, 529 U.S. 494 (2000)**

Congress enacted RICO as Title IX of the Organized Crime Control Act of 1970, Pub. L. 91-452, 84 Stat. 922, for the purpose of "seek[ing] the eradication of organized crime in the United States," *id.,* at 923. Congress found that "organized crime in the United States [had become] a highly sophisticated, diversified, and widespread activity that annually drain[ed] billions of dollars from America's economy by unlawful conduct and the illegal use of force, fraud, and corruption." *Id.,* at 922. The result was to "weaken the stability of the Nation's economic system, harm innocent investors and competing organizations, interfere with free competition, seriously burden interstate and foreign commerce, threaten the domestic security, and undermine the general welfare of the Nation and its citizens." *Id.,* at 923. Finding the existing "sanctions and

---

[443] stipulations PLAINTIFF included about MKT Airlines & DEFENDANTS included there.

remedies available to the Government [to be] unnecessarily limited in scope and impact," Congress resolved to address the problem of organized crime "by strengthening the legal tools in the evidence-gathering process, by establishing new penal prohibitions, and by providing enhanced sanctions and new remedies to deal with the unlawful activities of those engaged in organized crime." *Ibid.*

*Held:* Injury caused by an overt act that is not an act of racketeering or otherwise wrongful under RICO does not give rise to a cause of action under § 1964(c) for a violation of § 1962(d). To determine what it means to be "injured ... by reason of" a "conspir[acy]," this Court must look to the common law of civil conspiracy. At common law, it was widely accepted that a plaintiff could bring suit for civil conspiracy only if he had been injured by an act that was itself tortious. When Congress adopted RICO, it incorporated this principle. As at common law, a civil conspiracy plaintiff cannot bring suit under RICO based on injury caused by *any* act in furtherance of a conspiracy that might have caused the plaintiff injury. Rather, such plaintiff must allege injury from an act that is analogous to an "ac[t] of a tortious character," see 4 Restatement (Second) of Torts, § 876, Comment *b,* meaning an act that is independently wrongful under RICO. The specific type of act that is analogous to an act of a tortious character may depend on the underlying substantive violation the defendant is alleged to have committed. Because respondents' alleged overt act in furtherance of their conspiracy was not an act of racketeering and is not independently wrongful under any substantive provision of the statute, petitioner does not have a cause of action under § 1964(c).

Section 1962, in turn, consists of four subsections:

Subsection (a) makes it "unlawful for any person who has received any income derived, directly or indirectly, from a pattern of racketeering activity or through collection of an unlawful debt ... to use or invest, directly or indirectly, any part of such income, or the proceeds of such income, in acquisition of any interest in, or the establishment or operation of, any enterprise which is engaged in, or the activities of which affect, interstate or foreign commerce"; 2 netflix; boeing; india;

18 U.S.C. 1962(a)

18 U.S.C. 1962(b)

subsection (b) makes it "unlawful for any person through a pattern of racketeering activity or through collection of an unlawful debt to acquire or maintain, directly or indirectly, any interest in or control of any enterprise which is engaged in, or the activities of which affect, interstate or foreign commerce";

18 U.S.C. (c)

subsection (c) makes it "unlawful for any person employed by or associated with any enterprise engaged in, or the activities of which affect, interstate or foreign commerce, to conduct or participate, directly or indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activity or collection of unlawful debt"; and, finally,

subsection (d) makes it unlawful "for any person to conspire to violate any of the provisions of subsection (a), (b), or (c) of this section."

his case turns on the combined effect of two provisions of RICO that, read in conjunction, provide a civil cause of action for conspiracy. Section 1964(c) states that a cause of action is available to anyone "injured ... by reason of a violation of section 1962." Section 1962(d) makes it unlawful for a person "to conspire to violate any of the provisions of subsection (a), (b), or (c) of this section."

 As we have said, when Congress uses language with a settled meaning at common law, Congress: "presumably knows and adopts the cluster of ideas that were attached to each borrowed word in the body of learning from which it was taken and the meaning its use will convey to the judicial mind unless otherwise instructed. In such case, absence of contrary direction may be taken as satisfaction with widely accepted definitions, not as a departure from them." *Morissette* v. *United States,* 342 U. S. 246, 263 (1952).

*Chapman* v. *Pollock,* 148 F. Supp. 769, 772 (WD Mo. 1957) (holding that a plaintiff who charged the defendants with "conspiring to perpetrate an unlawful purpose" could not recover because the defendants committed no unlawful act); *Olmsted, Inc.* v. *Maryland Casualty Co.,* 218 Iowa 997, 998, 253 N. W. 804 (1934) ("[A] conspiracy cannot be the subject of a civil action unless something is done pursuant to it which, without the conspiracy, would give a right of action"); *Adler* v. *Fenton,* 24 How. 407, 410 (1861) ("[T]he act must be tortious, and there must be consequent damage").


1605(a)(2): based upon. Trade is in the offing= Trade is based upon the offing.
It is irrelevant of the national security. Qatar Airways based upon request when he paid for the request.

United Airlines and Qatar Airways—acting in commercial nature. The purpose even if they were government actors is irrelevant.

Commercial activity—purchasing, maintaining, sending payments to BOEING or GE,

but not as to those that are private or commercial in character (*jure gestionis*).—Although publicly stated, it wasn't publicly known or conceivable outside of having prior inside and private knowledge. Therefore, it was private in nature and not public. Can't really say a conspiracy and aiding and abetting are public acts when its communicated incognito.

*United World Trade v. Mangyshlakneft Oil*, 33 F.3d 1232 (10th Cir. 1994) talked about direct effect required under some parts of RICO: "no part of the contract in this case was to be performed in the United States… An effect is "direct" if it follows as "an immediate consequence of the defendant's activity…*Antares Aircraft*,999 F.2d at 36 ("Unlike *Weltover,* where the parties had agreed that performance was to occur in New York, the sole act connected to the United States in the instant matter, the drawing of a check on a bank in New York, was entirely

fortuitous and entirely unrelated to the liability of the appellees.")." "direct effect requires that "`legally significant acts giving rise to the claim occurred'" in the United States." *Adler v. the Federal Republic of Nigeria*, 219 F.3d 869 (9th Cir. 2000).

Gotta argue: act directed from the united states with assistance by boeing and ge reaching London undertaken by british, American, or aussies (it was not negligent, but intentional) and then plane returned back to the United States in which consequence was in DC.

Outside scope of authority for denying going to Doha; in the scope of authority for purchasing aircraft.

Section 1605 contains the general exceptions to the jurisdictional immunity of foreign states, including waiver (either explicit or implicit), § 1605(a)(1), commercial activity, *id.* § (a)(2) & (3), property rights, *id.* §§ (a)(3) & (4)…and terrorism, *id.* § 1605A.

What was DEFENDANT'S FBI quote again: "The key to that new mandate, Director Mueller knew, was intelligence—the holy grail of national security work, the ability to collect and connect the dots, to know your enemies and the threats they pose inside and out, to arm everyone from leaders in the Oval Office to police officers on the street with information that **enables them to stop terrorist and criminal plots before they are carried out**."[444] Yep, that's it. LOL.

Here is the great thing for PLAINTIFF about this. By necessarily having conducted the terrorist air piracy against PLAINITIFF in LONDON and WASHINGTON DC, it means that PLAINTIFF is privy to Top-Secret and Confidential Information. Put in another way, the source of the top-secret information is PLAINTIFF. SO PLAINTIFF is already privy to top-secret information as he is the source of it, defeats the purpose of having a security clearance seeing how the knowledge is already within PLAINTIFF'S mind. And in the alternative, since the information is in PLAINTIFF'S mind, it means he has Top-Security Clearance to that particular incident that the UNITED STATES Government wants to keep secret. The United States Government would be lying to the court if they denied that this act of air piracy occurred, and well, that's just another RICO charge for PLAINTIFF against DEFENDANTS. No matter what way you look at it, PLAINTIFF in all of DEFENDANTS' agencies has Top-Security Clearance because of the incident because he was part of the incident and had it directed against PLAINTIFF.

With that in mind (and it applies to the FBI and MIDYEAR as well), in *Greene v. McElroy et al.,* 360 U.S. 474 (1959), Petitioner was discharged from his employment solely as a consequence of

[444] https://www.fbi.gov/history/brief-history/a-new-era-of-national-security

the revocation of his security clearance because his access to classified information was required by the nature of his job. Lawyers have to keep information confidential and would-- in a way-- have a security clearance with the Bar to hold and maintain classified information. "After his discharge, petitioner was unable to secure employment as an aeronautical engineer and for all practical purposes that field of endeavor is now closed to him…"  So the area of work for him has been closed off to him because of an issue involving security clearance and confidential information.  The Government alleged that their decision was based on information concerning certain actions of Mr. Greene…Under questioning in their justification of their actions, "the Government presented no witnesses. It was obvious, however, from the questions posed to petitioner and to his witnesses, that the Board relied on confidential reports which were never made available to petitioner. These reports apparently were compilations of statements taken from various persons contacted ***by an investigatory agency***. Petitioner had no opportunity to confront and question persons whose statements reflected adversely on him or to confront the government investigators who took their statements. Moreover, it seemed evident that the Board itself had never questioned the investigators and had never seen those persons whose statements were the subject of their reports."

So the decision by DoD was based and made on statements made by various persons contacted by an investigatory agency in which PLAINTIFF could not confront and question the persons whose statements reflected adversely on him or to confront the government investigators in which DoD themselves never questioned the investigators and had never seen those persons whose statements were the subject of their reports. Okay? Okay.

Then there was a hearing in which a presiding member stated "The transcript to be made of this hearing will not include <u>all material</u> in the file of the case, in that, it will not include reports of investigation conducted by the Federal Bureau of Investigation or other investigative agencies which are confidential. Neither will it contain information concerning the identity of confidential informants or information which will reveal the source of confidential evidence. The transcript will contain only the Statement of Reasons, your answer thereto and the testimony actually taken at this hearing." So there were material omissions from the file in the case because not all material of the case was given and couldn't question the FBI or other investigators or the people who made the statements. The hearing made a ruling in which the Petitioner's security clearance continued to be revoked on faulty information. Petitoner "later explained that after his discharge from ERCO he had unsuccessfully tried to obtain employment in the aeronautics field but had been barricaded from it because of lack of clearance." Another hearing was had and "Petitioner was subjected to an intense examination similar to that which he experienced before [omitted]. During the course of the examination, the Board injected new subjects of inquiry and made it evident that it was relying on various investigatory reports and statements of confidential informants which were not made available to petitioner." *Id.*

In the meantime, The Court of Appeals recognized that petitioner had suffered substantial harm from the clearance revocation.[21] The Court continued: "Petitioner contends that the action of the Department of Defense in barring him from access to classified information on the basis of statements of confidential informants made to investigators was not authorized by either Congress or the President and has denied him "liberty" and "property" without "due process of law" in contravention of the Fifth Amendment. The alleged property is petitioner's employment; the alleged liberty is petitioner's freedom to practice his chosen profession. Respondents admit, as they must, that the revocation of security clearance caused petitioner to lose his job with ERCO and has seriously affected, if not destroyed, his

ability to obtain employment in the aeronautics field. Although the right to hold specific private employment and to follow a chosen profession free from unreasonable governmental interference comes within the "liberty" and "property" concepts of the Fifth Amendment, *Dent* v. *West Virginia,* 129 U. S. 114; *Schware* v. *Board of Bar Examiners,* 353 U. S. 232; *Peters* v. *Hobby,* 349 U. S. 331, 352 (concurring opinion); cf. *Slochower* v. *Board of Education,* 350 U. S. 551; *Truax v. Raich,* 239 U. S. 33, 41; *Allgeyer* v. *Louisiana,* 165 U. S. 578, 589-590; *Powell* v. *Pennsylvania,* 127 U. S. 678, 684, respondents contend that the admitted interferences which have occurred are indirect by-products of necessary governmental action to protect the integrity of secret information and hence are not unreasonable and do not constitute deprivations within the meaning of the Amendment." *Id.*

Not a single way DEFENDANTS can justify that a terrorist act committed against PLAINTIFF on 03/11/2011 was part of a necessary governmental action to protect the integrity of something and was not completely unreasonable and did not constitute deprivations within the meaning of the Constitution. The fact that the FBI--when given legitimate notice of the incident even if we presume that they were that oblivious to it between 2010 and the last few months--continued to deny the existence of it even though it completely involved PLAINTIFF and was completely unacceptable.

As the Court saw: "The issue, as we see it, is whether the Department of Defense has been authorized to create an industrial security clearance program under which affected persons may lose their jobs and may be restrained in following their chosen professions on the basis of fact determinations concerning their fitness for clearance made in proceedings in which they are denied the traditional procedural safeguards of confrontation and cross-examination…Certain principles have remained relatively immutable in our jurisprudence. ***One of these is that where governmental action seriously injures an individual, and the reasonableness of the action depends on fact findings, the evidence used to prove the Government's case must be disclosed to the individual so that he has an opportunity to show that it is untrue***. While this is important in the case of documentary evidence, it is even more important where the evidence consists of the testimony of individuals whose memory might be faulty or who, in fact, might be perjurers or persons motivated by malice, vindictiveness, intolerance, prejudice, or jealousy. We have formalized these protections in the requirements of confrontation and cross-examination. They have ancient roots. They find expression in the Sixth Amendment which provides that in all criminal cases the accused shall enjoy the right "to be confronted with the witnesses against him." This Court has been zealous to protect these rights from erosion. It has spoken out not only in criminal cases, *e. g., Mattox* v. *United States,* 156 U. S. 237, 242-244; *Kirby* v. *United States,* 174 U. S. 47; *Motes* v. *United States,* 178 U. S. 458, 474; *In re Oliver,* 333 U. S. 257, 273, but also in all types of cases where administrative and regulatory actions were under scrutiny. *E. g., Southern R. Co.* v. *Virginia,* 290 U. S. 190; *Ohio Bell Telephone Co.* v. *Public Utilities Commission,* 301 U. S. 292; *Morgan* v. *United States,* 304 U. S. 1, 19; *Carter* v. *Kubler,* 320 U. S. 243; *Reilly* v. *Pinkus,* 338 U. S. 269. Nor, as it has been pointed out, has Congress ignored these fundamental requirements in enacting regulatory legislation. *Joint Anti-Fascist Committee* v. *McGrath,* 341 U. S. 168-169 (concurring opinion)." *Id.*

Plaintiff lost employment opportunities precisely because DEFENDANTS committed terrorist acts against PLAINTIFF in 2010 and 2015. FBI refused to give the information over thereby violating Due Process. Yea, PLAINTIFF has a 6th Amendment Right to Confront the actors within the United States Government that committed Acts of Terrorism against him in which the United States Government was supposed to stop that from happening. This is justified confrontation because

PLAINTIFF necessarily paid into some of the collection of $XX Billion in TSA Fees from 01/01/2002 to 03/11/2011 since he flew multiple times in that time and paid into DNI's appropriated budget of $368,800,000,000 between 2007-2011. As the Court clearly said and articulated: "Clearly, neither of these orders empowers any executive agency to fashion security programs whereby persons are deprived of their present civilian employment and of the opportunity of continued activity in their chosen professions without being accorded the chance to challenge effectively the evidence and testimony upon which an adverse security determination might rest." *Id.*

Finally, the Court said how the case dealt "with substantial restraints on employment opportunities of numerous persons imposed in a manner which is in conflict with our long-accepted notions of fair procedures. Before we are asked to judge whether, in the context of security clearance cases, a person may be deprived of the right to follow his chosen profession without full hearings where accusers may be confronted, it must be made clear that the President or Congress, within their respective constitutional powers, specifically has decided that the imposed procedures are necessary and warranted and has authorized their use. Cf. *Watkins* v. *United States,* 354 U. S. 178; *Scull* v. *Virginia,* 359 U. S. 344. Such decisions cannot be assumed by acquiescence or non-action. *Kent* v. *Dulles,* 357 U. S. 116; *Peters* v. *Hobby,* 349 U. S. 331; *Ex parte Endo,* 323 U. S. 283, 301-302. They must be made explicitly not only to assure that individuals are not deprived of cherished rights under procedures not actually authorized, see *Peters* v. *Hobby, supra,* but also because explicit action, especially in areas of doubtful constitutionality, requires careful and purposeful consideration by those responsible for enacting and implementing our laws. Without explicit action by lawmakers, decisions of great constitutional import and effect would be relegated by default to administrators who, under our system of government, are not endowed with authority to decide them. Where administrative action has raised serious constitutional problems, the Court has assumed that Congress or the President intended to afford those affected by the action the traditional safeguards of due process. See, *e. g., The Japanese Immigrant Case,* 189 U. S. 86, 101; *Dismuke* v. *United States,* 297 U. S. 167, 172; *Ex parte Endo,* 323 U. S. 283, 299-300; *American Power Co.* v. *Securities and Exchange Comm'n,* 329 U. S. 90, 107-108; *508 Hannegon* v. *Esquire,* 327 U. S. 146, 156; *Wong Yang Sung* v. *McGrath,* 339 U. S. 33, 49. Cf. *Anniston Mfg. Co.* v. *Davis,* 301 U. S. 337; *United States* v. *Rumely,* 345 U. S. 41. These cases reflect the Court's concern that traditional forms of fair procedure not be restricted by implication or without the most explicit action by the Nation's lawmakers, even in areas where it is possible that the Constitution presents no inhibition. In the instant case, petitioner's work opportunities have been severely limited on the basis of a fact determination rendered after a hearing which failed to comport with our traditional ideas of fair procedure. The type of hearing was the product of administrative decision not explicitly authorized by either Congress or the President…We decide only that in the absence of explicit authorization from either the President or Congress the respondents were not empowered to deprive petitioner of his job in a proceeding in which he was not afforded the safeguards of confrontation and cross-examination." *Id.*

Simply, PLAINTIFF deserved a hearing, due process, and have a justification given to PLAINTIFF why PLAINTIFF'S employment as a lawyer was denied by having terrorist acts committed by DEFENDANTS against PLAINTIFF in 2010 and 2015. See: Some of DEFENDANTS crimes: 18 U.S.C. §2, 18 USC 2331 1(B)(iii) and 5(B)(iii), 18 USC §1961 section 1503 (relating to obstruction of justice), 18 USC §1961 section 1510 (relating to obstruction of criminal investigations), 18 USC §1961 section 1511 (relating to the obstruction

of State or local law enforcement), 18 USC §1961 section 1512 (relating to tampering with a witness, victim, or an informant), 18 USC §1961 section 1513 (relating to retaliating against a witness, victim, or an informant), DOJ'S CRIMINAL RICO Handbook: *Section 2332b(g)(5)(B) (iii) - 49 U.S.C. § 46502 (relating to aircraft piracy).* 18 U.S.C. § 2339 (Harboring Terrorists). Constitutional Violations: 1st, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, and 14th Amendment. 18 U.S.C. §1961, 18 U.S.C. §1962 (a), 18 U.S.C. §1962(b), 18 U.S.C. §1962(c), 18 U.S.C. §1962(d), and/or 18 U.S.C. 1962(f). DEFENDANTS shared the information amongst each other in this episode and enabled DEFENDANTS to commit international and domestic terrorism and further RICO Enterprise 1. <u>*See:*</u> *United States v. Miller, 116 F.3d 641, 674-75 (2d Cir. 1997) (act involving murder need not be actual murder as long as the act directly concerned murder, and facilitation of murder was a proper RICO predicate because accessorial offenses described in the New York State statutory provisions involved murder* <u>within the meaning of RICO where defendant provided information he knew would enable inquirer to</u> *commit murder or other RICO violations).* Constitutional Violations: 1st, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, and 14th Amendment. 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act; 18 U.S.C. §1961 section 1341 (relating to mail fraud) and 18 U.S.C. §1961 section 1343 (relating to wire fraud). 42 U.S.C. 1983/1985/1986. 42 U.S.C. 242.

This proposition is further supported by the factual similarities between PLAINTIFF and Petitioner in *Simmons v. United States,* 348 U.S. 397 (1955) in which a failure to provide a report when requested violates Due Process and/or when PLAINTIFF is not given the opportunity to refute the contents of a report that the DEFENDANTS used in a hearing violates Due Process. "Petitioner registered under the selective service laws in 1948. He was then employed as a chauffeur at the Great Lakes Naval Training Center[445]…Following an investigation by the Federal Bureau of Investigation, petitioner was notified to appear for a hearing. No copy of the notice appears in the record, but it appears that the form sent to registrants during the period in question stated that the hearing officer would advise the registrant "as to the general nature and character" of adverse evidence in the FBI report if he requested such information "at any time after receipt by him of the notice of hearing and before the date set for the hearing.""*Id.* For this case, it is immaterial whether or not when PLAINTIFF asked for the information because he routinely did and was denied the information. So there was a hearing and the hearing officer told him that the FBI report disclosed that there were mischaracterized (if not outright fabricated) allegations of places and doing things around those places that Petitioner probably did not do but FBI believed anyway when they had reason not to believe it. There was an issue about Petitioner's arrest for a misdemeanor. The Court continued: "The hearing officer reported that petitioner impressed him as sincere but recommended that he be classified I-A because his religious activities coincided with pressure from the Draft Board." So there was an ulterior motive because of Petitioners beliefs regarding Petitioner's 1st Amendment Rights: "In its report to the Appeal Board, the Department of Justice adopted the hearing officer's recommendation, relying on the timing of petitioner's religious activities and "his abusiveness and the exercise of physical violence towards his wife." The latter reason rested on data presumably gathered by the FBI. According to the Department's report, police records showed that petitioner was arrested and fined in May 1950 for hitting his wife; that the police were called upon to settle a "hot argument" in June 1950; and that petitioner's wife claimed in January1952 that he was "abusive" towards her. Also narrated in the report, although not specifically relied on in making the recommendation, is the statement of a "confidential informant" that prior to his recent religious activity petitioner had been "a rather heavy drinker and crap shooter in and

---

[445] this will come up later as this is the closest base to PLAINTIFF in WADSWORTH,IL

around local taverns and pool halls." *Id.* Similarly, there were unfortunately times that cops were called PLAINTIFF'S freshman year and junior year, ulterior motive of 1st Amendment Beliefs and a decision made based on it, allegations of abuse, and more similarities.

So the Court continued: "On trial, petitioner claimed that **he had not been afforded a fair summary of the FBI report** and secured the issuance of a subpoena *duces tecum* requiring production of the original report" DOJ argued Petitioner "failed to make a timely request for the summary; that the remarks of the hearing officer gave him adequate notice of the unfavorable evidence in the FBI report; and, finally, that the lack of notice, if there was such, was harmless…." *Id.* PLAINTIFF has proven the FBI has not given a fair and objective summary to any of the issues that involve PLAINTIFF.

PLAINTIFF went to FISA, FBI, CIA, and DOJ in June 22nd, 2020 and was turned away. The DOJ and FBI in this case, as it relates to FISA and Search Warrants, must "rely on a document which is not in the record and which was not open to attack or explanation in the trial court. Indeed, had the Government produced the form notice in the lower courts, petitioner might have been able to show that *he had made a request prior to the hearing*. But leaving these difficulties aside, the notice reproduced in the Government's brief does not, in our view, convey clearly to the layman the idea that he must make a request for the resume prior to the hearing or forever waive his rights in this respect. That petitioner never received a fair resume of the unfavorable evidence gleaned by the FBI seems hardly arguable on this record. As to his alleged gambling and drinking, the hearing officer merely told petitioner that he was reported to have been hanging around pool rooms. And as to the reported incidents of violence and abuse towards his wife, the hearing officer, in an apparent aside, advanced only the general query to petitioner's wife, asking her how petitioner was treating her now. ***A fair resume is one which will permit the registrant to defend against the adverse evidence to explain it, rebut it, or otherwise detract from its damaging force.*** The remarks of the hearing officer at most amounted to vague hints, and these apparently failed to alert petitioner to the dangers ahead. Certainly, they afforded him no fair notice of the adverse charges in the report. The Congress, in providing for a hearing, did not intend for it to be conducted ***on the level of a game of blindman's buff***. The summary was inadequate **and the hearing in the Department was therefore lacking in basic fairness**…." Id. Everything the Court says here PLAINTIFF alleges took place within the FBI, CIA, and FISA between 2008-Present.

The Court noted "We have held that to meet its duty under § 6 (j) the Department must furnish the registrant with a fair resume of the FBI report. It is clear in the circumstances of this case that it has failed to do so, and **that petitioner has thereby been deprived of an opportunity to answer the charges against him. This is not an incidental infringement of technical rights.** Petitioner has been **deprived of the fair hearing r**equired by the Act, a fundamental safeguard, and he need not specify the precise manner in which he would have used this right and how such use would have aided his cause in order to complain of the deprivation. It being evident from the record before the Court that the Department of Justice has failed to provide petitioner with a fair resume of the FBI report, it is unnecessary for us to pass on petitioner's further contention that the trial court erred in quashing his subpoena *duces tecum."Id.* So failure to provide a report about PLAINTIFF is a constitutional violation when requested by PLAINTIFF; especially when PLAINTIFF was trying to amicably resolve said issues prior to litigation is a constitutional violation and due process rights were violated by DEFENDANTS in regards to PLAINTIFF in the FISA court.

In *Sweezy v. New Hampshire, BY WYMAN, Attorney General*, 354 U.S. 234 (1957), the Petitioner was summoned to go before an Attorney General (not DOJ'S Attorney General) because of Petitioner's prior First Amendment protected activity, the content of his speech, and his military history. Petitioner denied that "he had ever been part of any program to overthrow the government by force or violence." *Id.* Same applies to PLAINTIFF. Not finding anything legitimate to prosecute Petitioner over, the Attorney General found a man and went completely looking for a crime because of the content of Petitioner's prior speech. This applies to PLAINTIFF. So during the second hearing, "The Attorney General also turned to a subject <u>which had not yet occurred</u> at the time of the first hearing. There is no doubt that legislative investigations, whether on a federal or state level, are capable of encroaching upon the constitutional liberties of individuals. It is particularly important that the exercise of the power of compulsory process be carefully circumscribed when the investigative process tends to impinge upon such highly sensitive areas as freedom of speech or press, freedom of political association, and freedom of communication of ideas, particularly in the academic community. Responsibility for the proper conduct of investigations rests, of course, upon the legislature itself. …This safeguard can be nullified when a committee is invested with a <u>broad and ill-defined jurisdiction</u>." *Id.* Ah so abuse against the Petitioner occurred in which people went looking for a crime that wasn't originally there (where in PLAINTIFF'S case they fabricated them) in which the investigators in the course of their actions routinely violated 1st Amendment rights who were given broad and ill-defined jurisdiction in which there are no applicable limits that defined their power. Boy that rings a bell.

Petitioner in the case didn't lose his job, "But the stain of the stamp of disloyalty is just as deep. The inhibiting effect in the flow of democratic expression and controversy upon those directly affected and those touched more subtly is equally grave. Yet here, as in *Wieman,* the program for the rooting out of subversion is drawn without regard to the presence or absence of guilty knowledge in those affected. The nature of the investigation which the Attorney General was authorized to conduct is revealed by this case. He delved minutely into the past conduct of petitioner, thereby making his private life a matter of public record." *Id.* Whether you call it counterterrorism (as in PLAINTIFF), disloyalty (as in Petitioner), subversion, etc., the harm experienced is just the same. The DEFENDANTS were without regard to the presence or absence of guilty knowledge that PLAINTIFF had and just went looking for a crime to coverup their own misdeeds and further the RICO Enterprise. The interrogation that Petitioner experienced (as well as PLAINTIFF on two separate occasions and through "Matt" "were not acquiring new information as much as <u>corroborating data (in PLAINTIFF'S Case, Agenda driven and fabricated data)</u> already in their possession. On the great majority of questions, the witness was cooperative, even though he made clear his opinion that the interrogation was unjustified and unconstitutional. Two subjects arose upon which petitioner refused to answer… Merely to summon a witness and compel him, against his will, to disclose the nature of his past expressions and associations is a measure of governmental interference in these matters. These are rights which are safeguarded by the Bill of Rights and the Fourteenth Amendment. We believe that there unquestionably was an invasion of petitioner's liberties in the areas of academic freedom and political expression areas in which government should be extremely reticent to tread." Id. DEFENDANTS violated PLAINTIFF'S Rights through the entirety of this complaint and at least to this very point in October 2010.

The Court continued: "The essentiality of freedom in the community of American universities is almost self-evident. No one should underestimate the vital role in a democracy that is played by

those who guide and train our youth. To impose any strait jacket upon the intellectual leaders in our colleges and universities would imperil the future of our Nation. No field of education is so thoroughly comprehended by man that new discoveries cannot yet be made. Particularly is that true in the social sciences, where few, if any, principles are accepted as absolutes. ***Scholarship cannot flourish in an atmosphere of suspicion and distrust.*** Teachers and students must always remain free to inquire, to study and to evaluate, to gain new maturity and understanding; otherwise our civilization will stagnate and die." *Id.* Amen, Court, Amen.

Finally, the Court continued: "All political ideas cannot and should not be channeled into the programs of our two major parties. History has amply proved the virtue of political activity by minority, dissident groups, who innumerable times have been in the vanguard of democratic thought and whose programs were ultimately accepted. Mere unorthodoxy or dissent from the prevailing mores is not to be condemned. The absence of such voices would be a symptom of grave illness in our society." Amen, Court, Amen.

The Case of *Sweezy v. New Hampshire, BY WYMAN, Attorney General*, 354 U.S. 234 (1957) is extremely relevant and highly applicable to PLAINTIFF'S case against DEFENDANTS. PLAINTIFF'S rights were violated based on *Sweezy v. New Hampshire, BY WYMAN, Attorney General*, 354 U.S. 234 (1957).

18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.

28 U. S. C. §1605(a)(7) (no soverign immunity for terrorism)

# **Go take a break.**

**JUNIOR/SENIOR YEAR. SEWANEE. I'm A Sexy Nazi and I Know It.**

Did PLAINTIFF write his senior thesis on anything controversial? *Ummmmm* Dang it, PLAINTIFF, did PLAINTIFF write your senior psychological thesis on anything controversial? *Ummmmm* How deep of a hole did your autism and curiosity get yourself into? Hitler. It got PLAINTIFF into Hitler and the Nazis. *forehead slap* What did you try to do? A psychological



profile analysis to see if Hitler was misdiagnosed by analyzing a myriad of historical sources. Did you express any pro-Hitler sentiments? Not that PLANTIFF recalls and PLAINTIFF probably did not. Did PLAINTIFF have any interest in joining any Neo-Nazi group at any time in his life? No. Was PLAINTIFF ever a Nazi? No. Was PLAINTIFF ever antisemitic? No. So, based on prior patterns, does PLAINTIFF believe DEFENDANTS falsely labeled PLAINTIFF as pro-Nazi against your protected 1st Amendment speech based on your senior thesis? YES. Was PLAINTIFF like a historian and psychologist in his thesis and wanted to know the personal history about Adolf Hitler to understand how evil like him happened? Yes. Does PLAINTIFF believe I may have phrased something awkwardly and that was deliberately adversely used against PLAINTIFF by DEFENDANTS in some way? Probably knowing the lengths U.S. Intelligence will go to, YES. Finally, PLAINTIFF believes there was a complete deliberate omission of exculpatory evidence. As mentioned earlier, PLAINTIFF was a journalist in college. PLAINTIFF wrote an opinion piece on why political correctness is absolute garbage. PLAINTIFF described how the Nazis used politically correct and obfuscating language to hide their true intentions when it came to horrendously slaughtering millions of Jews, Gypsies (in which *I have a gypsy godchild*), and disabled people if PLAINTIFF may add! PLAINTIFF said it was *appalling*. To be a Nazi, you have to support the slaughter, but yet, US intel, in my opinion, completely omitted this piece of exculpatory evidence. Carrying on.

PLAINTIFF, anything else involving Nazis we need to know about? *Ummmmm* Dang it, PLAINTIFF, did you see a comedic opportunity of a lifetime that you just couldn't resist and that was probably misconstrued by law enforcement in 2015? *Ummmmm* How deep of a comedic hole did your comedy and autism get yourself into? Sexy Japanese Nazi? PLAINTIFF couldn't help it. PLAINTIFF is on the subway in Japan and the door opens in front of me and lo and behold is a Japanese Nazi posing in front of me. The absurdity of seeing a Japanese Nazi posing in front of me in Japan can't be stressed enough, PLAINTIFF just had to take a picture of and comment on snapchat. PLAINTIFF'S snapchat comment was a play on the song "I'm sexy and I know it." It was completely intended to be comedic. PLAINTIFF says: I mean how often can you say or did you believe that there would actually be a Japanese Nazi in the world? Just for the record: PLAINTIFF is not a white supremacist, doesn't believe in the supremacy of races, etc.

**JUNIOR/SENIOR YEAR. SEWANEE. Rhetoric.**
FBI: ROBERT MUELLER. CIA: LEON PANETTA. DOJ Attorney General: ERIC HOLDER.

To save on ink, paper, and space, PLAINTIFF is alleging that DEFENDANTS violated the following through the entirety of: **Rhetoric:**
**See: some of DEFENDANTS' crimes of:**

PLAINTIFF withdrew from Organic Chemistry in his sophomore year because- to be frank and kind of offensive in describing the professor--he was a nascent douche-canoe professor that just began teaching—terribly at that—PLAINTIFF'S sophomore year. PLAINTIFF tried to relay to the professor some fundamentals of teaching on how it was super important that he have the ability to change the way he explained things to students so that they could understand it. Douche-canoe ignored this advice and PLAINTIFF subsequently withdrew from the class. PLAINTIFF, then, started to pursue a future career goal as a psychologist. Since PLAINTIFF withdrew from Organic Chemistry, PLAINTIFF then became behind on the total amount of courses and credits he needs to take to graduate from SEWANEE on time.

Prior to taking the course RHETORIC at LAKE FOREST COLLEGE, PLAINTIFF looked up SEWANEE'S requirements of accepting outside course credit. The course contractually met all SEWANEE'S requirements and stipulation because it FULLY MEETS SEWANEE'S written criteria since the RHETORIC course is a language arts course that involves languages. So, PLAINTIFF took the course, *Rhetoric*, at Lake Forest College in probably the Summer of 2010, if not then, the Summer of 2009 (but not likely then as my family and I didn't have money then). PLAINTIFF takes the course, loves it, got either an A- or a B+ in it. PLAINTIFF has a good-faith basis SEWANEE'S Registrar's office is going to act in accordance with their contract and specific criteria and accept the credit/course from Lake Forest College to transfer over. WRONG. WRONG. WRONG. PLAINTIFF gets into an argument with the Registrar's office and because PLAINTIFF would not relinquish my position and showed how flawed their argument was. So SEWANEE's Registrar's office retaliates against me and labels my argument as a threat to them when they would not admit error when they lied to me about them fulfilling their contractual obligation based on the very text of the criteria they put out. Forced to go to a psychologist (Dr. ZACHARY BRYANT), PLAINTIFF explains the situation, gets all clear demonstrating that in fact PLAINTIFF is not a threat and does not pose a threat to anyone in school, and then PLAINTIFF looks up an appeal process. The appeal process would take up an extraordinary amount of time for me to appeal the registrar's stupid finding, so PLAINTIFF says screw it, PLAINTIFF will take five courses his last semester; and that's when PLAINTIFF did his best at Sewanee. Total cost of not accepting Rhetoric Credit and having to take an additional course is extortion by DEFENDANTS. See: Some of DEFENDANTS crimes: 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872

(Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights. DEFENDANTS shared the information amongst each other in this episode and enabled DEFENDANTS to commit international and domestic terrorism and further RICO Enterprise 1. _See: United States v. Miller, 116 F.3d 641, 674-75 (2d Cir. 1997) (act involving murder need not be actual murder as long as the act directly concerned murder, and facilitation of murder was a proper RICO predicate because accessorial offenses described in the New York State statutory provisions involved murder_ within the meaning of RICO where defendant provided information he knew would enable inquirer to _commit murder or other RICO violations)._


### SENIOR YEAR. SEWANEE. Champagne.
FBI: ROBERT MUELLER. CIA: LEON PANETTA. DOJ Attorney General: ERIC HOLDER.

In the Winter of late 2010/early 2011, probably early January 2011, PLAINTIFF was house-sitting for my economics professor and former mentor at the time, Dr. NIKOLAY DOBRINOV. Students were not on campus at this time, and PLAINTIFF went to the small downtown section of Sewanee, TN to the Regions Bank ATM to withdraw some money. So PLAINTIFF walks to the ATM and there is a man that is using the ATM. PLAINTIFF gives this man plenty of space to conduct his business. Lo and behold, it is DEFENDANT OFFICER TKL. TKL turns around and sees PLAINTIFF. TKL shoots PLAINTIFF one of the dirtiest looks he has ever seen in his life up to that point. TKL becomes _belligerent_ and starts yelling at PLAINTIFF demanding to know what PLAINTIFF is doing there because allegedly no students were allowed to be anywhere on the 13,000-acre campus at this time and not just on portion of the school where the actual University buildings are located. PLAINTIFF calmly explains he has permission from Dr. NIKOLAY DOBRINOV to be there as PLAINTIFF was house-sitting for him. TKL then threatens to arrest PLAINTIFF for "trespassing on campus" when PLAINTIFF is in downtown SEWANEE where there are businesses and PLAINTIFF is engaging in commerce. Sadly, Spring 2011 becomes Dr. NIKOLAY DOBRINOV'S last semester to teach at SEWANEE.  To say that Officer TKL absolutely hated me and despised me is a complete understatement by every single conceivable stretch of the imagination known to man in which I don't think he ever saw me as human.

This is the best scenario PLAINTIFF can conceive of how much TKL hated me and how DEFENDANTS ANDREW MCCABE and PETER STRZOK of the FBI, JEH JOHNSON of DHS, and JOHN O. BRENNAN of the CIA were my TKLs on a federal level with all the power, tools, and money of the FBI, DHS, and CIA combined.  Suppose PLAINTIFF was walking on the sidewalk and stopped at an intersection to help a grandma cross the street. In the course of helping this elderly woman across the street, a terrorist comes out of nowhere with a bomb strapped on his chest and PLAINTIFF runs to the danger and immediately diffuses the bomb and saves the town and runs back to the elderly woman; then while the elderly woman is still crossing the street, $10,001 falls from the sky in front of PLAINTIFF and PLAINTIFF gives all the money to the elderly woman to help with her medical bills; then three trucks carrying rival cartel members and neo-nazis all come flying through the intersection and have a shootout in

which a gun is dropped from the truck as PLAINTIFF shields her from the hailstorm of bullets, and carries her the rest of the way across the street; then a crackhead magic fairy comes from underneath the sewer drain and sprinkles some crack on me and departs back into the sewer. The elderly woman doesn't thank me and leaves. Then TKL comes behind me after observing all the facts and writes me a ticket for jaywalking; and then TKL reports me to the national terrorist watch center for having more than $10,000 in cash, says PLAINTIFF had knowledge of the bomb, was a drug addict and dealer since PLAINTIFF possessed crack and was in a vicinity of a gun, and that PLAINTIFF physically assaulted an elderly woman by carrying her to safety and protecting her from gunfire. That is precisely the extent of the deliberate mischaracterization of facts that PLAINTIFF must overcome to you today. That's how much DEFENDANTS TKL hated me. That's how much DEFENDANTS ANDREW MCCABE, PETER STRZOK, JEH JOHNSON, HILLARY CLINTON, BILL CLINTON, and JOHN O. BRENNAN hated PLAINTIFF.

On or around probably February 25th, 2011, shortly after finishing my senior examinations as someone that was over the age of 21—also known as "comps"—in front of the DuPont Library. PLAINTIFF was issued a $50 fine, which PLAINTIFF subsequently paid. As is tradition every year at Sewanee, seniors take senior examinations in order to graduate. Friends of seniors wait, typically outside the academic buildings in which the seniors are taking their exams, to celebrate their friend's accomplishments. As is tradition of celebratory events, PLAINTIFF thought it would be nice for my friends and PLAINTIFF to celebrate by drinking some champagne shortly after PLAINTIFF finished—PLAINTIFF brought two bottles of champagne with him to consume with his friends after PLAINTIFF finished my last exam. PLAINTIFF left Woods (the building that houses the Psychology department) to meet up with his friends whom were waiting for me in the area between DuPont Library and Woods. We then met, and PLAINTIFF brought out one bottle of champagne, opened it, poured some champagne for my friends, and then left some for PLAINTIFF in the bottle. After sipping some of the remaining champagne from the bottle with my friends, TKL approached PLAINTIFF. TKL said something really passive aggressive and then informed PLAINTIFF that he was not allowed to have a glass container there even though there were people around and next to PLAINTIFF that all had glass and aluminum containers visibly open to all as well—this is intentional and deliberate selective enforcement. Furthermore, this is further retaliation because they knew *This Side of the Street* was unconstitutional and illegal in which both concerned some open alcoholic beverages. _TKL then started_ to menacingly stare at PLAINTIFF with such hatred and contempt like TKL was about to beat PLAINTIFF'S ass even though PLAINTIFF did not provoke him in any way or form; and the thing with autism is that PLAINTIFF can stare without blinking so TKL and PLAINTIFF have a stare-off because TKL started it. *I won by the way*. TKL wrote me a ticket, telling PLAINTIFF he would be fined. Fine, PLAINTIFF said. TKL then told me to throw away the bottle, which PLAINTIFF did immediately. PLAINTIFF paid for the ticket, and that was that. Unfortunately, one of the lessons that PLAINTIFF learned from this is incident is that even when PLAINTIFF was making positive strides in his life to make his life better and not become a degenerate in which PLAINTIFF had worked his ass off to complete the exams so that PLAINTIFF could graduate from college, law enforcement and DEFENDANTS would do whatever they could _to reinforce that_ positive social behavior _was to be explicitly **punished**_. Law enforcement wanted me to be a degenerate and were trying their damnedest at every single step of the way to make me a criminal.

# SENIOR YEAR. SEWANEE. The Devil Reincarnate.
## FBI: ROBERT MUELLER. CIA: LEON PANETTA. DOJ Attorney General: ERIC HOLDER.

"The danger that high federal officials will disregard constitutional rights in their zeal to protect the national security is sufficiently real to counsel against affording such officials an absolute immunity." *Mitchell v. Forsyth*, 472 U.S. 511 (1985). "Because the Amendment now affords protection against the uninvited ear, oral statements, if illegally overheard, and their fruits are also subject to suppression. *Silverman v. United States,* 365 U. S. 505 (1961); *Katz v. United States,* 389 U. S. 347 (1967)" 18 U.S. Code § 2234 - Authority exceeded in executing warrant; 18 U.S. Code § 2235 - Search warrant procured maliciously; 18 U.S. Code § 2236 - Searches without warrant.

*United States v. Cook,* 793 F.2d 734 (5th Cir. 1986) ("[b]oth the fact of conspiracy and a defendant's participation in it may be proved by circumstantial evidence." 793 F.2d at 736). "As was the case in *United States v. Postal,*589 F.2d 862 (5th Cir.) … "the mere fact that [defendant] made the statement is relevant to the issues of [his] knowledge of the conspiracy and his participation in it."...As Professor McCormick explains: "Proof that one talks about a matter demonstrates on its face that he was conscious or aware of it, and his veracity simply does not enter into the situation." *[omitted]."U.S. v. Jones,* 839 F.2d 1041 (5th Cir. 1988). "If the government's conduct in the investigation through a sting operation is so active that its conduct fabricated elements of the offense, it might be considered a violation of due process to prosecute the defendant." *U.S. v. Steinhorn*, 739 F. Supp. 268, 271 (D. Md. 1990).

The United States, India, United Kingdom, Germany, Japan, Australia, and Qatar, all violated 18 U.S. Code § 2523 (b)(1)(B)(iii) which requires that under data sharing, it must adhere to applicable international human rights obligations and commitments or demonstrates respect for international universal human rights in which DEFENDANTS violated the The Convention On the Rights of Persons With Disabilities-- was all signed by United States, India, United Kingdom, Germany, Japan, Australia, and Qatar--that violated Article 13: Access to justice; Article 14: Liberty and security of person; Article 15: Freedom from torture or cruel, inhuman or degrading treatment or punishment; Article 16: Freedom from exploitation, violence and abuse; Article l7: Protecting the integrity of the person; Article 18:Liberty of movement; Article 21 Freedom of expression and opinion, and access to information; Article 22 Respect for privacy; Article 24 Education; Article 25 Health States Parties recognize that persons with disabilities have the right to the enjoyment of the highest attainable standard of health without discrimination on the basis of disability.

PLAINTIFF is alleging DEFENDANTS violated 18 U.S. Code § 2523 (b)(4)(A) in which one of the following occurred: 1)The United States directed British Intel, Qatari Intel, Indian Intel, Aussie Intel, Japanese Intel, or German Intel, to intentionally target PLAINTIFF or 2) Indian Intel, British Intel, Qatari Intel, Japanese Intel, German Intel, or Aussie Intel, intentionally targeted PLAINTIFF because of RICO Enterprise 1 and shared the information with the United States Government

*United States v. Lentz*, 624 F.2d 1280 (5th Cir. 1980): "Regardless of the undercover devices employed, it could hardly shock anyone's conscience to see an elected law enforcement official prosecuted for willfully and knowingly breaking a law designed to protect citizens from just such conduct. While Lentz came into the plan late, he seems to have embraced it wholeheartedly, provided some of the means by which to carry it out, and taken part with full knowledge of the plan's illegality. The fact that Lentz was merely helping the police in their alleged efforts to catch criminals should not make prosecution of him unfair if he voluntarily and knowingly employed illegal methods. To hold otherwise, would be tantamount to giving police carte blanche to ignore laws passed to protect all citizens against improper invasions of their rights by police conduct. Since the discussions about the proposed break-in were almost hopelessly intertwined with conversations about the wiretapping, we believe that the break-in evidence was necessary to the government in its attempt to tell the whole story of the crime. The government draws support from *United States v. Beechum,* 582 F.2d 898 (5th Cir. 1978) (en banc), which approved of proof of extrinsic offenses under a common scheme or *res gestae* analysis "if the uncharged offense is `so linked together in point of time and circumstances with the crime charged that one cannot be fully shown without proving the other.'" *Id.* at 911-12, n. 15 (quoting Slough Knightly, *Other Vices, Other Crimes,* 41 Iowa L.Rev. 325, 331 (1956)). We believe that, since Lentz was brought into the law enforcement group by Hullum both to perform the wiretap and to commit the break-in, evidence of the break-in would be relevant and admissible under *Beechum."*

So State of Texas tried to get PLAINTIFF to confess to a crime they thought PLAINTIFF did and were hoping to get PLAINTIFF for when they set up a test exam question utilizing the same facts of a scenario that happened to PLAINTIFF in real life (that PLAINTIFF allegedly and intended on selling drugs to REBECCA WETHERBEE in 2011); *but demonstrating the same overall bias like DEFENDANTS, they didn't get the point.* So, whomever supplied the State of Texas the info, PLAINTIFF is guessing DEFENDANTS or someone else, were extremely biased, omitted certain facts, and did not appraise them of the totality of the facts and circumstances that surrounded REBECCA WETHERBEE[446] and PLAINTIFF in 2010 and 2011.

REBECCA WETHERBEE and PLAINTIFF became friends in 2010. PLAINTIFF enjoyed her sarcastic humor (i.e. "*Itan*"), REBECCA WETHERBEE was a virgin, and REBECCA WETHERBEE had been bullied in high school, which was something PLAINTIFF could relate to. PLAINTIFF wanted to protect her as a friend: PLAINTIFF defends and helps the vulnerable and REBECCA WETHERBEE understood my humor—these two things were good enough for me. PLAINTIFF was an unpaid Teaching Assistant at this time for Professor JAMES GRADY. REBECCA WETHERBEE also had a fake ID (18 USC §1961 section 1028 (relating to fraud and related activity in connection with identification documents) that she showed PLAINTIFF and PLAINTIFF and REBECCA WETHERBEE had discussed PLAINTIFF'S brother misuse of a fake ID as well.

---

[446] Student at Sewanee my Senior year, who was a freshman in 2010-2011.

There were good times between REBECCA WETHERBEE and PLAINTIFF and bad times. PLAINTIFF now necessarily understands that DEFENDANTS utilized REBECCA WETHERBEE against PLAINTIFF in furtherance of RICO Enterprise 1. However, most of the situations were traps that perpetuated RICO predicate acts and was done in furtherance of the scheme. One of the most outrageous examples of this that comes to mind is the 'Bama Incident. REBECCA WETHERBEE was 17 years old when she enrolled in SEWANEE (technically a minor) as a freshman and she was an uber-feminist liberal from California (despite PLAINTIFF agreeing and disagreeing with some aspects of modern feminist theory, but as a whole, disagrees). Even though PLAINTIFF was libertarian and REBECCA WETHERBEE was super liberal, that didn't stop REBECCA WETHERBEE and PLAINTIFF from being friends initially.



Do you want to know the time of friend PLAINTIFF was to these gals at the time (photo description below)? One time, the woman on the top left corner was wearing an extremely loose fitting shirt and her boob fell right out. PLAINTIFF pointed that out and PLAINTIFF gave her one of his shirts that night so she wouldn't be embarrassed that night. That's exactly who PLAINTIFF was. PLAINTIFF is the only man in the photo and REBECCA WETHERBEE is on the top row to PLAINTIFF'S left and below her is LILLY WINCHESTER. So, part of women's history in the United States includes _the Mann Act_ that prohibits transporting women across for "immoral purposes." REBECCA WETHERBEE necessarily knew about this law prior to PLAINTIFF talking about the law with her since REBECCA WETHERBEE was a feminist in which PLAINTIFF did "_Itan_" and had joked about it with PLAINTIFF prior to the 'Bama incident and made a joke about it in the 'Bama incident. This was reasonably foreseeable to DEFENDANTS and would utilize it against PLAINTIFF. PLAINTIFF Is alleging that in light of _Miki's Tea Party_ and _Ashcroft v. al-Kidd_, 563 U.S. 731 (2011), the purpose of going to Alabama was to establish a factual nexus between PLAINTIFF and the case because PLAINTIFF would transport a kid to Alabama (AL-KID) and associate it with PLAINTIFF in _Ashcroft v. al-Kidd_, 563 U.S. 731 (2011). One day, REBECCA WETHERBEE bemoans to PLAINTIFF that she had never been to Alabama before, nor had she extensively traveled across the country. REBECCA WETHERBEE explicitly told PLAINTIFF that she wanted to show off the fact that she had been to 'Bama to her super liberal friends back in California after we agreed to go. DEFENDANTS knew at this time that one of PLAINTIFF'S favorite mountain roads to travel down from SEWANEE was on Tennessee Route 56 in which PLAINTIFF would go from Sewanee, TN to Sherwood, TN and go up to and around Anderson, TN (that is on the border of Tennessee and Alabama) and turn around and go back to campus. It is about 25 minutes one way, making it about a 45-50 minute round trip—depending on how you drive.

As a good friend would do trying to expand her horizons in the United States, PLAINTIFF said: "do you want to go to Alabama? It is less than 45 minutes from here (SEWANEE) and PLAINTIFF had been aching for a little road trip for a while now." REBECCA WETHERBEE said "Yes" and so off PLAINTIFF and REBECCA WETHERBEE went to Alabama. We drove to the TENNESSEE-ALABAMA line and stopped at a 'Bama sign

riddled with bullet holes. REBECCA WETHERBEE expressed an interest in taking photos in front of the sign as she wanted to take pictures and send it back to her friends in California and PLAINTIFF agreed with that intention and that she should eventually add it to a scrapbook documenting her future travels. PLAINTIFF took pictures of REBECCA WETHERBEE in front of the bullet hole riddled 'BAMA sign. PLAINTIFF and REBECCA WETHERBEE drove back to campus and she thanked PLAINTIFF afterwards. Most importantly, PLAINTIFF <u>made the sarcastic joke "*Itan*"</u> in a text message saying how she had been transported across state lines for immoral purposes (as a reference to her being a feminist and the Mann act). REBECCA WETHERBEE and PLAINTIFF laughed and we <u>both understood that text as a joke and not actually serious</u>. BUT DEFENDANTS loved it and knowingly misled the Court and utilized fabricated evidence and a completely misleading and material omission of how PLAINTIFF and REBECCA WETHERBEE understood the joke to mean at the time (which necessarily included PLAINTIFF'S subjective intent that was overruled on by SCOTUS in *Ashcroft v. al-Kidd*, 563 U.S. 731 (2011). See: *Miki's Tea Party*). Based on circumstances now known to PLAINTIFF, DEFENDANTS utilized said text message by omitting the context behind the text message to materially mislead the court and obstruct justice by fabricating evidence against PLAINTIFF in which PLAINTIFF would falsely be made out to be a child sex trafficker when PLAINTIFF would never do such an act in reality or be a part of it.

# *<u>The Matter</u>* with REBECCA WETHERBEE (to the best of PLAINTIFF'S

recollection) and the 'Bama Incident were not that far apart from one another as they had both



occurred in Fall 2010 to the best of PLAINTIFF'S recollection, and/or prior to the Court granting cert on October 18th, 2010 to *Ashcroft v. al-Kidd*, 563 U.S. 731 (2011). PLAINTIFF knows there is a picture of the 'Bama incident out there and is on REBECCA WETHERBEE'S Facebook page. PLAINTIFF was prevented from ascertaining when the 'Bama incident' occurred on Facebook because PLAINTIFF was prevented from seeing any of REBECCA WETHERBEE'S posts prior to September 18th, 2011. (See: Screenshot above from 08/24/2023). Probably the 'Bama Incident happened in September, October, or November 2010.  Probably OCTOBER 2010. PLAINTIFF is unsure of when it occurred; it did occur PLAINTIFF'S Senior Year in High School.

There is something else that ***is far more* sinister** at work here, the likes of which the Court has never seen before. PLAINTIFF is alleging that DEFENDANTS knew of PLAINTIFF'S overreactions to women expressing being hurt because PLAINTIFF was overly sensitive and felt their pain and would try anything to alleviate the insecurities as PLAINTIFF was a rescuer. DEFENDANTS knew of PLAINTIFF'S personality exactly. So, DEFENDANTS had concocted another scheme to fabricate materially misleading evidence in order to psychopathically INDUCE PLAINTIFF to have an overly emotional reaction to the message being sent and had given a pre-composed message to REBECCA WETHERBEE to send to PLAINTIFF to intentionally fabricate materially misleading evidence and paid REBECCA WETHERBEE to send the message on purpose. REBECCA WETHERBEE became an informant for DEFENDANTS in from at least September or October 2010 (if she was not a law enforcement officer). REBECCA WETHERBEE then sends an extremely emotional and "drunk" message that went along the lines of her describing her insecurity (which came off as a fear of abandonment to PLAINTIFF) about REBECCA and PLAINTIFF'S friendship that would supposedly come to an end because PLAINTIFF was a senior in SEWANEE and REBECCA WETHERBEE was a freshman at SEWANEE. This psychotic calculation necessarily required and induced PLAINTIFF to discuss *age* because PLAINTIFF did not have a lot of friends at the time and was not that well liked on campus in which PLAINTIFF did not want to lose the scant friends he had at the time. PLAINTIFF had to address it because she brought it up and in order to calm her down. By DEFENDANTS sending this message knowing all of PLAINTIFF'S weaknesses because he was lonely, not well liked due in a large part because of DEFENDANTS fabrications, and didn't want to lose a friend, PLAINTIFF would reasonably-- and psychopathically calculated to be--induced to respond in such a way as to have DEFENDANTS obtain all of the materially misleading evidence needed to support a malicious accusation against PLAINTIFF in light of the jokes made about the 'BAMA Incident and in the creation of the false narrative that PLAINTIFF was trafficking minors. Part of their false narrative necessarily included having a young vulnerable woman who expresses fears of having her alleged traffickers abandoning her, and this, unfortunately, is a common psychological phenomenon that occurs in that type of relationship. At no time did PLAINTIFF ever traffic individuals and at no time did PLAINTIFF ever traffic minors for immoral purposes. PLAINTIFF was not predisposed to trafficking anyone, especially kids for immoral purposes.

BUT, as it has become that apparent by now to you, knowing the lengths DEFENDANTS will go to, PLAINTIFF is alleging how if DEFENDANTS were to omit how PLAINTIFF had the ALVAREZ parents' actual permission to take their kids from school home, informed the principal of such, had attempted to call the parents 3 times prior to taking their kids home in *Big*

*Brothers Big Sister,* and then calling the ALVAREZ parents again and leaving a message their kids were home safely OR alternatively, as PLAINTIFF is alleging, DEFENDANTS had corrupted the ALVAREZs in either tampering with them or paying them for their perjured testimony in which they lied about not giving PLAINTIFF permission to take their kids home. What you have in those circumstances is PLAINTIFF transporting kids thereby making PLAINTIFF *predisposed to the crime* therefore eliminating the absolutely valid entrapment defense. SCOTUS granted cert on October 18th, 2010. Exactly one *week later* and one week before *Miki's Tea Party*, DEFENDANTS HILLARY CLINTON and HUMA ABEDIN'S email on 10/24/2010 says the following: "Tonite: - the **_natgeo_** **people** will present you with the world map you admired but they think its a surprise to you..."[447] This email from HILLARY CLINTON was part of the nexus connecting DEFENDANTS to that scheme involving REBECCA WETHERBEE and PLAINTIFF in *Miki's Tea Party*.

So, what did autistic PLAINTIFF say exactly when he was completely exhausted at 1 am in trying to calm down an overly emotional and drunk woman ? PLAINTIFF, in attempting to calm down an overly drunk and emotional woman that had a fear of abandonment at ONE IN THE MORNING, AND **_ONLY_** ADDRESSING THE AGE APPROPRIATENESS OF A FRIENDSHIP BETWEEN A FRESHMAN AND SENIOR IN COLLEGE, the following message sent by PLAINTIFF to REBECCA WETHERBEE:

Miki Kotevski Friday, September 24, 2010 at _**12:48am CDT**_ to Rebecca Wetherbee:

>Dear Becca, I have a couple of things to say. first off, if you are sketched out by me, then please, dont waste your time with me because i have a far lot of better things to be doing than to waste my time with someone who is completely artificial. if you believe you are, then dont bother with me anymore. you then look at the fact that yes i am a senior and that you are freshman. **does it really matter that age matters**? apparently to you, you would rather hang out with a freshman who doesnt care at all than a senior who does. yet you were completely judgmental. i have never judged you, i understand you. if you want to keep judging me, fine, go ahead. here is my idea: if you are deep and if you want to understand me, than keep talking to me. you'll learn that guys who truly care are rare. Miki

Rebecca Wetherbee Friday, September 24, 2010 at 8:58am CDT to Miki Kotevski

>Miki Im really sorry about what i said. I didn't mean it and **i was really drunk.** I understand that you're really pissed off and probably never want to talk to me again. But all i can really do is apologize and hope we can move past this. Although i've done a

[447] https://wikileaks.org/clinton-emails/emailid/30647

shitty job of showing it, your friendship means alot to me and i will
do everything i can to make it up to u. Becca

### *Hands down, this message has been one of the worst mistakes of PLAINTIFF's life.*

This will come up again in *An Anchor and a Pitchfork.* PLAINTIFF tried to use absolute language to calm REBECCA WETHERBEE down to alleviate her of her personal and hysterical fears and insecurities so she would know that PLAINTIFF wouldn't abandon her because she was younger than PLAINTIFF. In PLAINTIFF'S mind at the time of composing the message at 1AM, the audience of this message was addressed specifically for REBECCA WETHERBEE and only for REBECCA WETHERBEE at the exact moment of transmission, which was discussing the age appropriateness of either a 17/18 year old freshman college student at the time talking to a 22 year old senior college student attending the same college and being friends. Looking back at it, it was around *1 in the morning* when PLAINTIFF sent that message to her and, unequivocally, PLAINTIFF admits it was awkwardly phrased. Fuck me. The exact context of PLAINTIFF's mind when PLAINTIFF sent this message was "*I'm so tired and I don't want to deal with her drunk bullshit now or in the morning, so I'll send it now so I can get some sleep.*" Furthermore, it was a ***rhetorical question*** and ***NOT a statement of fact.*** *PLAINTIFF or DEFENDANTS still could have answered YES AGE DOES MATTER and still have it apply logically in that message.* Its not an admission of guilt. It is not a statement that is condoning or supporting inappropriate relationships between adults and children. Of course, age matters in numerous different contexts. That fucking message, PLAINTIFF tells you, that motherfucking message has been used out of the proper context so many times. PLAINTIFF, based on information and belief, believes this one Facebook message has been used by DEFENDANTS in warrants, in intel briefings, in congressional briefings, and so much more in which the context of the message and the totality of the circumstances were omitted and materially mischaracterized and false. See: Some of DEFENDANTS violations: 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.

PETER STRZOK, ANDREW MCCABE, and DEFENDANTS are complete savage hypocrites because PETER STRZOK testified the following to Congress in 2018 (below)

> Mr. Lieu.  All right.  To selectively take text messages in the
> abstract and launch them on TV or used by my Republican colleagues to
> take them out of context is wrong and it is not the truth.  Isn't that
> right?
>
> Mr. Strzok.  That's correct.

concerning subjective understanding in the text messages and messages sent between people that SCOTUS prohibited PLAINTIFF from being able to effectively argue based on their ruling in *Ashcroft v. al-Kidd*, 563 U.S. 731 (2011) that limited the applicability of "statutory interpretation" by omitting the subjective understanding and mens rea of the writer of the message. *See: Miki's Tea Party.*

There are different standards for different people. PLAINTIFF wants equal treatment under the law. DEFENDANTS deliberately mischaracterized the "Matters" message as it was routinely utilized by DEFENDANTS from at least September 2010 through 2016.

If you think that is bad, it gets even worse.

PLAINTIFF having been bullied relentlessly his freshman year and acquiring a bad reputation, knew the importance of solitude and peace of a room or being away from your roommate. PLAINTIFF knew the lessons of This Side of the Street and tried to move on and not have DEFENDANTS in DC ruin the sense of community created in SEWANEE. Essentially,

PLAINTIFF wanted to be that open and supportive of any of his friends, especially women, in which if REBECCA WETHERBEE was having a hard time or felt lazy and needed a place to escape to on campus, she could come to PLAINTIFF'S room at any time. PLAINTIFF made a big mistake with REBECCA WETHERBEE in giving her that offer because she abused the trust of PLAINTIFF as it will become apparent. PLAINTIFF left his room unlocked in ELLIOTT Hall in SEWANEE. The diagram[448] to the right is ELLIOTT HALL 3rd Floor. PLAINTIFF'S ROOM his Senior Year at SEWANEE was room #31 (s meaning single). Furthest from the interior stairs in which there would be less hall traffic as PLAINTIFF wanted peace and privacy and wanted his own DOJO— close to central campus, but private enough to have a dojo. No one to really bother you so no need to lock the door and of course, the HONOR CODE was in place. There was an exit door that had a staircase right next to PLAINTIFF'S room in which you could only leave from the exit door (that didn't have an alarm but was locked at all times that served as a de-facto fire emergency exit, but wasn't where you could normally leave if you wanted to). PLAINTIFF loved his room that year. He had a couch, fridge, desk, and bed and was kind of big, PLAINTIFF was set.



Then there were bad times. First, REBECCA WETHERBEE had wanted PLAINTIFF to be her boyfriend. PLAINTIFF rejected her advances and said PLAINTIFF and REBECCA WETHERBEE were just going to be friends. REBECCA WETHERBEE, at times, would get drunk and it would affect her behavior in which she would say or do things that were not acceptable; PLAINTIFF would forgive her as PLAINTIFF understood what it meant to be young and under the influence of alcohol and would hope to move on from her drunken behavior. Then, _REBECCA WETHERBEE and GRIFFIN FRY ended up being in the same sorority at SEWANEE in the Spring Semester of 2011 (and that is precisely when the craziness is accelerated further)_. PLAINTIFF alleges that DEFENDANTS conspired with one another throughout November 2010 to May 15th,

[448] https://www.sewanee.edu/media/student-life/live/Elliott-Hall-Room-Dimensions.pdf

2011 when PLAINTIFF graduated and left SEWANEE in order to intentionally deprive PLAINTIFF of his constitutional rights and continue the pattern of ongoing racketeering in furtherance of RICO Enterprise 1. PLAINTIFF recalls the fact that in FALL 2010, GRIFFIN FRY and REBECCA WETHERBEE had been introduced to one another after REBECCA WETHERBEE informed PLAINTIFF of such. PLAINTIFF was necessarily and unequivocally talked about between REBECCA WETHERBEE and GRIFFIN FRY in FALL 2010 and SPRING 2011. Section 215 could be utilized to show the conspiracy against PLAINTIFF by GRIFFIN FRY and REBECCA WETHERBEE.

There were numerous times in which PLAINTIFF should have called the police on REBECCA WETHERBEE in which she 1) admitted to going into my room and stealing PLAINTIFF'S large light green ralph lauren polo boxers without my consent.[449] PLAINTIFF believes this was done out of spite by GRIFFIN FRY and DEFENDANTS because there was a photo that PLAINTIFF had taken of GRIFFIN FRY in his room his Freshman year in which GRIFFIN FRY'S light green underwear were visible (but not prominent). GRIFFIN FRY knew about the existence of this photo; and 2) One night, REBECCA WETHERBEE is drunk and is in PLAINTIFF'S room. Prior to this incident, PLAINTIFF is alleging that DEFENDANTS and GRIFFIN FRY or someone else had informed REBECCA WETHERBEE of what happened between WES CRANE and PLAINTIFF in *POP GOES A WEASEL*. REBECCA WETHERBEE goes to my bathroom, closes the door, and sometime passes. Then from the other side of the door, REBECCA WETHERBEE says something to the effect that she is going to lay there or spend the night in the bathroom. This is completely unacceptable to PLAINTIFF as PLAINTIFF has his bed and a couch that folds in half and forms a bed. There are two beds for her to sleep on and pass out in. PLAINTIFF says no, she needs to come here now. The bathroom door is opened at this point and PLAINTIFF at least gets REBECCA WETHERBEE off from laying on the fllor and sitting next to the toilet. PLAINTIFF asks her to come here in the room now. REBECCA WETHERBEE doesn't. PLAINTIFF pleads with her commonly and asks her nicely to go to the couch or bed. REBECCA WETHERBEE refuses. PLAINTIFF does this at least three times or more. REBECCA WETHERBEE refuses to move. PLAINTIFF starts to get a little irritated and the commands become more forceful. REBECCA WETHERBEE refuses to move. PLAINTIFF has asked her to leave the bathroom in which he is starting to raise his voice after 6 or more times asking her to move into the room so that she is not sitting in the bathroom as it is a shared bathroom and PLAINTIFF had roommates that were connected in the bathroom. PLAINTIFF says he is going to call the cops if she doesn't move and PLAINTIFF really wanted to call the cops and should have called the cops; but thought better of it because of the prior history between SEWANEE PD and PLAINTIFF and PLAINTIFF caring for a drunk friend did not want her to experience what happened to PLAINTIFF in *This Side of the Street* and did not want her to have a record for being intoxicated).  PLAINTIFF is doing everything imaginable to get her to move from the bathroom and not have a repeat of Pop Goes the Weasel. At the exact moment of the 7th or so request of PLAINTIFF asking her to move, an insidious smirk came across her face in which REBECCA WETHERBEE is reveling in disobeying PLAINTIFF'S commands and that is when PLAINTIFF lost it and started yelling at her loudly to get the hell out of PLAINTIFF'S room (the neighbors hear it and PLAINTIFF is talked to by the head of ELLIOTT Hall). PLAINTIFF never hit REBECCA WETHERBEE that night or any of the

---

[449]PLAINTIFF tried finding the FACEBOOK post in which she admitted such but could not find it as DEFENDANT META/FACEBOOK has been acting screwy with PLAINTIFF since 2016.

nights. In spite of all of that, REBECCA WETHERBEE knew she could get away with it and that is why she smirked; but despite yelling at her, PLAINTIFF was autistic, compassionate, and social and PLAINTIFF *didn't want to harm her future career and life by being falsely labeled a sex offender* for coming into PLAINTIFF'S room and stealing his underwear or having a criminal charge for being intoxicated and drunk under the age of 21 when she wouldn't leave. PLAINTIFF forgave her for her egregious actions. PLAINTIFF thought after explaining the situation to her in person afterwards and told her to go get psychological help because PLAINTIFF was concerned for her and her well-being, her behavior would change for the better.

Then another sinister thing. REBECCA WETHERBEE and PLAINTIFF were sarcastic with one another. REBECCA WETHERBEE was a SATANIST or at least had more than a morbid curiosity with Satanism. Jesus taught PLAINTIFF that PLAINTIFF has to love everyone, including devil worshippers, and it is an Orthodox belief that all people can be forgiven, including the devil. So PLAINTIFF tried to show her the light while being her friend. One time, PLAINTIFF said in a sarcastic message to her something along the lines of go sacrifice a goat to Moloch or the devil or something along those lines. PLAINTIFF can't remember what PLAINTIFF said exactly. That text, taken out of sarcastic context, had me labeled as a Satan worshipper from then on, which deeply offends me as an Orthodox Christian. This will come up later when CHERYL MILLS emails HILLARY CLINTON in July 2015 the following: "With fingers crossed, the old rabbit's foot out of the box in the attic, I will be sacrificing a chicken in the backyard to Moloch." One of PLAINTIFF's cousins had nicknamed PLAINTIFF chicken because of his awkward gait and chicken legs and DEFENDANTS knew this nickname. This will come up in *An Anchor and a Pitchfork.*

How about a PETER STRZOK quote: "*Sources are rarely angels[450]*; in fact, the best information sometimes comes from devils, wrapped in lies and half-truths."[451] One time PLAINTIFF had talked to REBECCA WETHERBEE about *Seduction* by ROBERT GREENE where PLAINTIFF was relaying info from Robert Greene's book about *Seduction in which he makes the argument that the best seducers tell lies wrapped in half-truths*. PLAINTIFF said something along the lines of, according to that book, the best seducer makes use of lies and half-truths; PLAINTIFF is too autistic and too honest to be a seducer. PLAINTIFF is not a seducer by any stretch of the imagination. REBECCA WETHERBEE was also a self-proclaimed satanist. PLAINTIFF is just demonstrating that PETER STRZOK knew of the interactions between REBECCA WETHERBEE and PLAINTIFF.

So after PLAINTIFF'S forgiveness and compassion for her prior incidents, REBECCA WETHERBEE, **who having turned 18 by this time** in Spring 2011, then tried to blackmail and extort PLAINTIFF, and made false and vicious accusations in my dorm hallway in front of her friend LILLY WINCHESTER (having conspired to continue the RICO predicate acts) about PLAINTIFF having sexually assaulting REBECCA WETHERBEE the night before (PLAINTIFF believes this was either in March or April 2011) in which PLAINTIFF did not sexually assault REBECCA WETHERBEE. REBECCA WETHERBEE tried to blackmail and extort PLAINTIFF by using deceptively edited and omitted context recordings of the discussion PLAINTIFF had with her about that night. On the night REBECCA WETHERBEE was referring

[450] *See*: Section: *Angel's* and *An Anchor and a Pitchfork*
[451] Strzok, Peter. *Compromised*. Counterintelligence and the Threat of Donald J. Trump.

to in which she alleged the assault took place: REBECCA WETHERBEE stayed over at PLAINTIFF'S place that night, REBECCA WETHERBEE was not intoxicated enough to be incapacitated or not be aware of what REBECCA WETHERBEE was doing, PLAINTIFF never held or pinned her down, PLAINTIFF never penetrated her with his penis nor did PLAINTIFF attempt to because PLAINTIFF had told REBECCA WETHERBEE on a different night that PLAINTIFF was not the man to break REBECCA WETHERBEE'S virginity and that REBECCA WETHERBEE should do it with someone special because my Christian beliefs would not have allowed PLAINTIFF to break her virginity. PLAINTIFF never coerced REBECCA WETHERBEE into doing anything she was uncomfortable with doing that night; PLAINTIFF never bruised her[452]; PLAINTFF never hit her; PLAINTIFF never told her that she wasn't free to leave; PLAINTFF did not pressure her in anyway. PLAINTIFF never pinned her down by her hands. DEFENDANTS through TITLE II had the full audio of this incident and they knew that the allegations were fabricated, but they allowed it because DEFENDANTS had conspired with one another prior to that night. REBECCA WETHERBEE had bruises from a prior incident in which PLAINTIFF never caused any of her bruises.

So what happened in bed was REBECCA WETHERBEE started to give PLAINTIFF a "hand-job." PLAINTIFF continuously asked if he could do things to gain her consent like taking off her bra to see her boobs and to touch her boobs, and more. PLAINTIFF asked her if she wanted to suck my penis and she said no, PLAINTIFF asked again and she said no, and that's when PLAINTIFF quit doing anything else further with her that night. To make REBECCA WETHERBEE feel comfortable and well rested afterwards, PLAINTIFF pulled up his boxers, set up sheets, pillow, and a blanket on PLAINTIFF'S couch for PLAINTIFF to sleep on. PLAINTIFF let REBECCA WETHERBEE sleep in his bed that night. PLAINTIFF fell asleep on the couch. Since it was the weekend, that is when PLAINTIFF typically washed his bed sheets and towels during college. Then he decided to wash his bed sheets the following morning; and after putting the sheets in the washing machine, the next paragraph.

The following morning after PLAINTIFF put the bedsheets in the washing machine because it was Sunday and PLAINTIFF liked the tradition of starting the week off right with clean sheets, DEFENDANTS LILY WINCHESTER AND REBECCA WETHERBEE went PLAINTIFF'S Dorm. LILY WINCHESTER waited at the exact end and opposite side of the hallway around room 38 and 39 for a while before she started to move in closer and would have had either an extremely hard time hearing REBECCA WETHERBEE'S and PLAINTIFF'S conversations in the beginning. REBECCA WETHERBEE falsely alleged there was blood on PLAINTIFF'S sheets and bed like what GRIFFIN FRY had done with Blood being on PLAINTIFF'S hands. PLAINTIFF told REBECCA WETHERBEE to call the cops and go get luminol because there was no blood in the sheets or on the bed. REBECCA WETHERBEE then falsely alleges that PLAINTIFF committed sexual assault and PLAINTIFF and REBECCA WETHERBEE have an argument about what happened. Then REBECCA WETHERBEE, along with LILLY WINCHESTER, take selected portions of the conversations and then try to blackmail PLAINTIFF with the audio that necessarily omitted exculpatory evidence.

---

[452] To the best of my recollection and I don't know if this was part of it, but if it happened, then it happened the following way. If she tried to blame me for bruises she obtained, this is categorically false because I never hit her and she was fat and fell down while she was drunk and tried to blame it on me.

As a side note: furthermore, the thing that defined REBECCA WETHERBEE'S actions was that: REBECCA WETHERBEE *wanted to stay without being coerced into staying*. The previous incident before this false accusation, REBECCA WETHERBEE didn't want to leave my room and became belligerent when PLAINTIFF commanded her to leave and she knew she could get away with acting the way she did that night. In the night of the alleged sexual assault, REBECCA WETHERBEE was always free to leave, but REBECCA WETHERBEE didn't leave until after 6am if PLAINTIFF is not mistaken.

4 days after *Miki's Tea Party* on 03/15/2011 in which DEFENDANTS committed an act of domestic and international terrorism against PLAINTIFF, HUMA ABEDIN and HILLARY CLINTON talked about "connecting PATRIOTA soon" [453] without any content provided in the emails. Only plausible and logical thing here is if you separate PATRIOT and A, you can understand that to be PATRIOT ACT and/or PATRIOT ACT and Adderall. DEFENDANTS HUMA ABEDIN and HILLARY CLINTON were FORCING TO FAKE SOME CONNECTION that they wanted to utilize the PATRIOT ACT and have a connection between PLAINTIFF'S dorm room and themselves like the actual stalkers that they were. Their connection was via DEFENDANTS: BUNDESNACHRICHTENDIENST and *FINANCIAL TERRORISM* that happened in November 2009 in which PLAINTIFF necessarily went through FRANKFURT AIRPORT thereby giving BUNDESNACHRICHTENDIENST jurisdiction to surveil me, on top of 5 EYES and MI5/MI6 gaining jurisdiction over PLAINTIFF after Miki's Tea Party on 03/11/2011, on top of different DEFENDANTS and using TITLE II and the USA PATRIOT ACT **erroneously** that deprived PLAINTIFF of his rights. This violated 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.

4 days later, DEFENDANTS HILLARY CLINTON sent HUMA ABEDIN on 03/19/2011 at 08:43 am the following email with the subject line "Re: Need to talk - pls call:" The Content of the email: "Can you get my ***berry* and charge**. I don't think the socket in the room worked."[454] The response from HUMA ABEDIN to HILLARY CLINTON was sent 12 minutes later at 08:55: "Coming to get it." True, it could plausibly refer to DEFENDANT'S failure in charging her Blackberry on a low battery; but think of how absurd that explanation is in reality with the following explanation. 1) What time did HILLARY CLINTON wake up on Saturday, 03/19/2011? Is it normal for the Secretary of State of the USA to wake up at 8, 8:30am and then discover a low battery on her phone or is it one where the Secretary of State of the USA woke up far earlier that day, say 5am, 6am, had breakfast, did her makeup and got dressed, and was getting some work done *to realize there is a different problem*? 2) From what device did HILLARY CLINTON send this email from? Her laptop? Desktop? 3) HILLARY CLINTON and

[453] https://wikileaks.org/clinton-emails/emailid/31959
[454] https://wikileaks.org/clinton-emails/emailid/28438

her staff (including HUMA ABEDIN) while DEFENDANT was the U.S. Secretary of State were "considered BlackBerry "addicts""[455] in which a Washington Post story "noted that HILLARY CLINTON wielded her BlackBerry even as State Department officials searched for ways to officially accommodate it…."[456]  If someone is an addict to their Blackberry, are you telling PLAINTIFF that HILLARY CLINTON (the Secretary of State of the USA) was not capable of finding a plug in the location she was at that day that would charge her BlackBerry phone? 4) PLAINTIFF'S explanation: berry is a *homophone* of **_Barry_**, which is another name for BARACK OBAMA in which HILLARY CLINTON wanted to charge PLAINTIFF with a crime a week or so after 03/11/2011 in *Miki's Tea Party*. What didn't work for HILLARY CLINTON was the probability that there was some audio recording device or video camera installed in an electrical socket of PLAINTIFF'S dorm room (that was unconstitutionally placed via the USA PATRIOT ACT via BARACK OBAMA and ERIC HOLDER who had the authority to do that) was not functioning correctly. DEFENDANTS were not coming to get the phone, but were coming to get PLAINTIFF after *Miki's Tea Party*. This violated 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.

The Fifth Circuit has ruled, twice, that a defense of governmental misconduct, which is separate and distinct from 'Entrapment,' may bar a criminal prosecution on due process grounds in *United States v. Marcello*, 508 F. Supp. 586 (E.D. La. 1981) (holding: governmental overreaching presents a cognizable and legitimate defense) and *United States v. Graves,* 556 F.2d 1319 (5th Cir. 1977), the court ruling that "[t]here is still available in appropriate cases a governmental misconduct defense grounded on the dual principles of due process and the supervisory powers of the court, but such a defense does not fall within the narrow confines of `entrapment' as that term has been explicated in Russell and Hampton."

Something happens after the Berry charge emails and they temporarily think better about it and then HUMA ABEDIN and HILLARY CLINTON had this email on 04/11/2011: "also, seems like **we** are all on the **same page** regarding **no qatar**? its also too tough **logistically** without **blowing** up your schedule. and you would have to make **_hbj delay_** the meeting when all other **ministers** are asking him to make it earlier and earlier. the whole thing would be a mess."[457] This is both a reference to the state of affairs of Qatar and to PLAINTIFF. As a reference matter, 'qatar' is a reference to Qatar Airlines and PLAINTIFF'S visit to London-

[455] https://www.bostonherald.com/2016/03/29/blackberry-crazed-hillary-clinton-ignored-warnings-about-email-security/ Last Checked 07/31/2023.
[456] https://www.bostonherald.com/2016/03/29/blackberry-crazed-hillary-clinton-ignored-warnings-about-email-security/ Last Checked 07/31/2023.
[457] https://wikileaks.org/clinton-emails/emailid/31791

Heathrow on 03/11/2011. Schedule is referring to Schedule drugs or the delay in schedule of United Airlines Flight #925 on 03/11/2011. The other ministers who are pressing for charges are the INDIANS and the BRITISH. This demonstrates that DEFENDANTS came to a mutual agreement in the conspiracy involving *Miki's Tea Party* that DEFENDANTS understood it became a liability to DEFENDANTS afterwards and how DEFENDANTS would not use *Miki's Tea Party* against PLAINTIFF. When DEFENDANTS talked about how it was too tough logistically without blowing up the schedule, they were continuing to perpetuate the egregious and unconstitutional use of USA PATRIOT ACT in which PLAINTIFF did not meet the criteria stipulated therein because PLAINTIFF had not trafficked drugs, had no legitimate and actual plans to engage in terrorism, DEFENDANTS knew their allegations were a farce in prosecuting PLAINTIFF. So then DEFENDANTS talked about the night with REBECCA WETHERBEE where 'HBJ' is a reference to the sexual acts of: Hand Job and Blow Job. 'Delay' is my developmental delays in reference to PLAINTIFF. MINISTERS is a reference that includes at least one DEFENDANT: TONY BLAIR. Most importantly to implicate a MENS REA in which DEFENDANTS had reason to know what they were doing was wrong and a complete farce was DEFENDANTS specifically said "the whole thing would be a mess." This violated 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.

So DEFENDANTS knew of REBECCA WETHERBEE and LILLY WINCHESTER'S RICO Predicate Acts having installed the most invasive surveillance techniques and devices known to man in PLAINTIFF'S Dorm Room by having used fabricated evidence to obtain a USA PATRIOT ACT surveillance order. What is clear is that there was some type of listening or recording device DEFENDANTS had placed in PLAINTIFF'S socket in his dorm room. DEFENDANTS knowing the crimes were occurring did nothing. HILLARY CLINTON and HUMA ABEDIN knew the full context of the conversations and omitted all exculpatory evidence. So prior to the incident, HILLARY CLINTON wanted to prosecute PLAINTIFF for unknown crime. They couldn't do Miki's Tea Party against PLAINTIFF at that time, but really wanted to try with REBECCA WETHERBEE involving sex and drugs.

To supplement these facts, PLAINTIFF remembers around the same time as the false accusation of sexual assault, REBECCA WETHERBEE had demanded that PLAINTIFF get her money to continue to go to SEWANEE. DEFENDANTS know the exact content of this message and crimes. Even after going through what PLAINTIFF went through the year before, PLAINTIFF told REBECCA WETHERBEE he was not responsible for paying for her education and PLAINTIFF suggested ways of going about and getting scholarship and financial aid help to continue to attend school. REBECCA WETHERBEE'S extortion threats were legitimate since she was willing to use intentionally misleading audio recordings that omitted exculpatory facts in the accusation of sexual assault By having done those crimes and having admitted on

META/FACEBOOK to stealing PLAINTIFF'S Green Ralph Lauren Boxers in which PLAINTIFF'S boxers (with absolutely no doubt) contained PLAINTIFF'S pubic hairs, REBECCA WETHERBEE had all of the fabricated evidence necessary to make a solid allegation of Sexual Assault with PLAINTIFF'S background. REBECCA WETHERBEE'S actions clearly constituted blackmail and extortion. DEFENDANTS knew REBECCA WETHERBEE'S RICO predicate acts and *did nothing*. Yet PLAINTIFF forgave REBECCA WETHERBEE again and tried to move on even when it was not in PLAINTIFF'S interest. Also, PLAINTIFF never did a quid pro quo to help REBECCA WETHERBEE get better grades or get any favors as my position as T.A. There was not a single incident in which it was even questionable that PLAINTIFF abused his position as T.A. This violated 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.

Then a week or two after the false accusation, REBECCA WETHERBEE had the audacity to ask PLAINTIFF to purchase my prescription Adderall (which PLAINTIFF would not do for her). Instead of PLAINTIFF not calling the cops on her for a THIRD TIME, and so vile and abhorrent were REBECCA WETHERBEE'S malicious and false accusations and treatment *to PLAINTIFF as her friend that cared about her* that she did this instead of apologizing to PLAINTIFF, that PLAINTIFF autistically over-reacted and PLAINTIFF wanted to teach her a metaphorical lesson and get payback in a metaphorical sense. PLAINTIFF was so upset by her, PLAINTIFF was willing to get in a problematic legal situation, *but not actually go to jail*, because PLAINTIFF was not going to do anything illegal in his metaphorical payback scheme to REBECCA WETHERBEE. Essentially PLAINTIFF would get really close to the legality threshold, but ultimately break no laws because PLAINTIFF respects and values the law; PLAINTIFF did these actions as a young, stupid, and naïve man that didn't understand how to control my autistic over-reactions to horrid stimuli.. Also PLAINTIFF was pissed that this same woman that had been begging me to pay for her tuition had the money to want to buy drugs off of PLAINTIFF (when PLAINTIFF wouldn't sell her drugs) and believing PLAINTIFF would actually do that for REBECCA WETHERBEE —it offended me deeply. Importantly, THERE CAN BE NO CONSPIRACY TO SELL DRUGS IF PLAINTIFF NEVER WANTED TO NOR TRULY INTENDED TO SELL DRUGS IN THE FIRST PLACE FOR ANY AMOUNT OF MONEY. Conspiracy requires a common and sustained motive, and PLAINTIFF never had the motive or intention to actually sell drugs nor did PLAINTIFF have the expectation of retaining money—so what is the object of the conspiracy then? PLAINTIFF went along with REBECCA WETHERBEE'S stupid request and his metaphorical payback by seeking to get money from REBECCA WETHERBEE and disappointing REBECCA WETHERBEE with no product so that REBECCA WETHERBEE learned her metaphorical lesson of not messing with me, understanding how REBECCA WETHERBEE had treated PLAINTIFF poorly after committing RICO acts against PLAINTIFF, and for making false malicious accusations and other actions. **In**

**PLAINTIFF'S autistic mind, PLAINTIFF was going to 1) TEACH her a METAPHORICAL LESSON and 2) get <u>PAYBACK</u> <u>*in a metaphorical sense*</u>** hence the reason why it was disguised it as a **<u>*class LESSON*</u>** to get her money. Then you may be thinking, is this fraud? No. PLAINTIFF <u>*never*</u> <u>*expected*</u> to keep the $500 check REBECCA WETHERBEE gave me, and PLAINTIFF thought she was going to cancel the check (which REBECCA WETHERBEE ultimately did) anyway; if PLAINTIFF truly wanted REBECCA WETHERBEE'S money at the time, I would have demanded that the entire transaction be paid in cash from the beginning, but PLAINTIFF accepted check. PLAINTIFF deposited the check; but had seriously considered on returning it before REBECCA WETHERBEE canceled the check. Furthermore, from an economic standpoint to show that no fraud was committed, PLAINTIFF actually *lost money* in the transaction because PLAINTIFF sent her vitamins that were supposed to contain the Adderall and paid for the shipping. The message of "fuck you. You maliciously treated PLAINTIFF like a scumbag when PLAINTIFF forgave and kept giving REBECCA WETHERBEE chances because PLAINTIFF valued the friendship more than anything and PLAINTIFF felt bad for you" was far more important to me than receiving any money from REBECCA WETHERBEE. So then REBECCA WETHERBEE received vitamins for free at PLAINTIFF'S expense and REBECCA WETHERBEE canceled the check. PLAINTIFF thought he was done with REBECCA WETHERBEE and that she learned her lesson. Again, the autistic naïve belief that if PLAINTIFF was going to be asked about it in the future by legal counsel or an investigator, PLAINTIFF was going to tell the truth on what I TRULY INTENDED—metaphorical lesson. PLAINTIFF believes and alleges there was some sort of conspiracy between her sorority sisters and/or Rebecca Wetherbee's friends (the ones in the photo above) and Rebecca Wetherbee and DEFENDANTS to harm me and continue the RICO Predicate acts against PLAINTIFF. REBECCA WETHERBEE violated 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.


In *United States v. Anderton*, 629 F.2d 1044 (5th Cir.1980), the Fifth Circuit allowed the entrapment defense in a case where law enforcement officers specifically targeted the defendant, and then put unspecified "pressure" on the unwitting middleman to bring the defendant into a pre-designed criminal scheme. This is exactly what happened regularly throughout the entire Rebecca Wetherbee scheme against PLAINTIFF by DEFENDANTS.

# Transition Era. May 2011- July 2013.



I believe sometime between 2012-2014, my college friend Thao Bui needs someone to explain her situation at Sewanee and how she had troubles with the Administration there too for the US Air Force. Furthermore, this letter/recommendation is for her to gain security clearance. *So wanting to help the US Government further* with someone who I would have given my life for at the time, I wrote the best damn letter of recommendation that I could have. This piece of exculpatory evidence was probably ignored by the FBI. In May 2016, THAO BUI made PLAINTIFF sign a document—the contents of which he does not know of or has been made aware of despite pleas to know to relevant organizations. However, things turned really sour between DEFENDANT THAO BUI and PLAINTIFF. PLAINTIFF confessed twice to THAO BUI in "random visits" hoping confessing would get the torture to stop. The torture did not stop. THAO BUI threatened PLAINTIFF with his life in a Facebook post either after the first confession or after both confessions—in the post below, the middle flag is a Serbian flag that refers to PLAINTIFF. The flag on the left is the same color scheme as a flag from Honduras/Nicaragua. See: Some of DEFENDANTS crimes: 18 U.S.C. §2, 18 USC 2331 1(B)(iii) and 5(B)(iii), 18 USC §1961 section 1503 (relating to obstruction of justice), 18 USC §1961 section 1510 (relating to obstruction of criminal investigations), 18 USC §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 USC §1961 section 1512 (relating to tampering with a witness, victim, or an informant), 18 USC §1961 section 1513 (relating to retaliating against a witness, victim, or an informant), Constitutional Violations: 1st, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, and 14th Amendment. 18 U.S.C. §1961, 18 U.S.C. §1962 (a), 18 U.S.C. §1962(b), 18 U.S.C. §1962(c), 18 U.S.C. §1962(d), and/or 18 U.S.C. 1962(f). DEFENDANTS shared the information amongst each other in this episode and enabled DEFENDANTS to commit international and domestic terrorism and further RICO Enterprise 1. *See: United States v. Miller, 116 F.3d 641, 674-75 (2d Cir. 1997) (act involving murder need not be actual murder as long as the act directly concerned murder, and facilitation of murder was a proper RICO predicate because accessorial offenses described in the New York State statutory provisions involved murder* within the meaning of RICO where defendant provided information he knew would enable inquirer to *commit murder or other RICO violations).* 18 U.S.C §1951 (EXTORTION); 18 U.S.C. §1961 section 1341 (relating to mail

fraud) and 18 U.S.C. §1961 section 1343 (relating to wire fraud); Title VI of the Civil Rights Act; 42 U.S.C. 1983/1985/1986.

# Section V: LSU LAW era (2013-2017)--Pravus Pravda[458]

## August 2013 to Present.

### *Guess who's back? Back again. Devil's Back. Tell a friend.*

DOJ Attorney General: ERIC HOLDER. FBI: JAMES COMEY.
"The danger that high federal officials will disregard constitutional rights in their zeal to protect the national security is sufficiently real to counsel against affording such officials an absolute immunity." *Mitchell v. Forsyth*, 472 U.S. 511 (1985). "Because the Amendment now affords protection against the uninvited ear, oral statements, if illegally overheard, and their fruits are also subject to suppression. *Silverman v. United States,* 365 U. S. 505 (1961); *Katz v. United States,* 389 U. S. 347 (1967)" 18 U.S. Code § 2234 - Authority exceeded in executing warrant; 18 U.S. Code § 2235 - Search warrant procured maliciously; 18 U.S. Code § 2236 - Searches without warrant.

ROBERT MUELLER magically gains another two years of leadership at the FBI between 2011-2013 at Congress' direction and discretion (10 years from 2001 is 2011), probably because CONGRESS needed and demanded ROBERT MUELLER to keep attacking PLAINTIFF from WASHINGTON D.C.

PLAINTIFF is accepted into LSU LAW in 2013 and makes it into LSU LAW in August 2013. Finally, PLAINTIFF thought, SEWANEE era is well in the past and PLAINTIFF is making positive strides in his life. Maybe, just maybe, law enforcement can leave PLAINTIFF the fuck alone where by going to law school, PLAINTIFF is demonstrating the importance of the law and DEFENDANTS will see my actions of trying to better my life and turning my life around…

PLAINTIFF wants to give a brief explanation about his social circumstances at LSU LAW. PLAINTIFF considered Andrew Whall to be his best male friend. To my recollection, Andrew Whall worked in the Immigration clinic at LSU Law in Summer 2015. Cherry Roberts-Matherne--a military vet who interrogated POWs and terrorists abroad-- and PLAINTIFF really became great friends because the experiences Cherry and PLAINTIFF had together from 2014 onwards. First time PLAINTIFF met Cherry (August 2013) it seemed that everyone wanted to avoid her because she had failed the previous year. PLAINTIFF, admittedly, had avoided her during PLAINTIFF'S first 1L year for fear of ostracism. But PLAINTIFF failed out by 0.01 of a GPA point in MAY 2014 as did Cherry again in May 2014. CHERRY and PLAINTIFF were both were readmitted in the summer of 2014 and PLAINTIFF and CHERRY were kind of considered social outcasts because we were supposedly the dumb students that failed out of law school and would bring down people's social standing at the school if LSU LAW students associated with CHERRY and PLAINTIFF. Due to our shared experiences and the issues with the administration CHERRY and PLAINTIFF had encountered because CHERRY and

---

[458] Pravus: Latin: Corrupt Person. Pravda: Russian Newspaper notorious for Russian propaganda.

PLAINTIFF both had disability issues as well, CHERRY and PLAINTIFF became very good friends during our time at law school. Honestly, that is what helped reinforce my love for people on who they are instead of what society perceives them to be. So two of my (former) best friends served in the military and had disability related issues; and PLAINTIFF will be damned if you ever falsely accuse me of not wanting to defend troops and disabled troops because my (former) best friends were/are and having American troops in mind for them to have the necessary support when they are on college campuses. Back to it.

BUT GUESS WHAT?! The REBECCA WETHERBEE and MIKI KOTEVSKI saga wasn't over. Oh no, not by a long shot.  Nothing happened to REBECCA WETHERBEE for her blatant HONOR CODE violations, extortion, and racketeering acts for what she did to PLAINTIFF and faced no repercussions for any of her actions. In between 2011-2014, PLAINTIFF was expecting to see a newspaper article posted on Facebook one day from one of her friends discussing how REBECCA WETHERBEE had been arrested and had committed these numerous federal crimes against me and that Justice was served. REBECCA WETHERBEE and the DEFENDANTS were not plotting and scheming against PLAINTIFF. PLAINTIFF alleges that DEFENDANTS paid REBECCA WETHERBEE to get back into contact with PLAINTIFF after two years of PLAINTIFF not having any contact with REBECCA WETHERBEE so that she and DEFENDANTS would continue to wreak havoc in PLAINTIFF'S life in August 2013 so that the DEFENDANTS could continue to unconstitutionally surveil PLAINTIFF and get immediate jurisdiction to open an investigation against PLAINTIFF when it should have been closed from a long long long time ago.

The message (screenshot below) is what REBECCA WETHERBEE and PLAINTIFF had in August 2013. PLAINTIFF had to play it cool and be nice with her in which in PLAINTIFF'S head at the time, he is screaming "what the hell does this psychotic bitch want to



do with me now?" PLAINTIFF absolutely read her last sentence of "glad everything worked out for you!" as the most conceivably passive aggressive statement that whatever had transpired in 2011 was not *yet* over in which she would continue to wreak havoc in

PLAINTIFF'S life in which things would not work out for PLAINTIFF after she saw me taking positive steps in my life. PLAINTIFF alleges that whether she was actually living in New Orleans is immaterial; what is material is the likelihood that the FBI'S NEW ORLEANS field office had been in contact with REBECCA WETHERBEE and knowingly, yet again, used

perjured testimony to have the FBI'S NEW ORLEANS field office start watching and surveilling PLAINTIFF from the very first moments he stepped into LOUISIANA.

So back to August 2013. REBECCA WETHERBEE communicates with PLAINTIFF and then within two weeks or so after her doing so, financial aid issues happen *yet again*. PLAINTIFF was denied getting or obtaining federal student loans over supposedly PLAINTIFF not having paid a hospital in Pennsylvania $42 for his twisted ankle visit in Summer 2010. The stupidity and absurdity of the reason for this denial was apparent to PLAINTIFF where why would the US Federal Government deny loans for a supposed non-payment of $42 in which they would eventually reap in that $42 in interest on PLAINTIFF'S first payment even if PLAINTIFF only lasted for a semester at law school? PLAINTIFF alleges that FBI were after PLAINTIFF financially because of the shit PLAINTIFF'S parents put him through. PLAINTIFF--as he was standing outside his apartment door (#4) at 464 E. Boyd Dr., Baton Rouge, LA—told PLAINTIFF'S brother on the phone that it was the FBI after PLAINTIFF again—God, PLAINTIFF vividly recalls that and PLAINTIFF'S brother did what he always did and completely dismissed my intuition and observation because he never gave a damn to care what PLAINTIFF thought or felt. PLAINTIFF'S appeal process for the loans was successful and PLAINTIFF thought things were going to go his way, but this just further gave justification to DEFENDANTS to watch and launch an investigation into me yet again. But *the simple request of having DEFENDANTS leave PLAINTIFF the fuck alone was not good enough for them*. See: Some of DEFENDANTS crimes: 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.

PLAINTIFF believes and alleges, that between the first time REBECCA WETHERBEE messages PLAINTIFF in August 2013, by September 4th, 2013, DEFENDANTS/an intelligence agency gets some sort of warrant (for what crime, PLAINTIFF doesn't know because as this meme so aptly describes:



I DIDN'T DO FUCKING SHIT

DEFENDANTS installs some malware that is a keylog tracker that tracks everything PLAINTIFF types in his laptop, DEFENDANTS obtain all of PLAINTIFF'S passwords, therefore, they have 100% complete access to PLAINTIFF'S laptop to see what he is doing at all times. PLAINTIFF will further discuss his laptop issues in *An Anchor and a Pitchfork*. See: Some of DEFENDANTS crimes: 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights

Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services”), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF’S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.

“However, the facts presented by this unique record do reveal circumstances which, in combination, require reversal of these convictions. First, it was Courtney who, after the 1962 raid and arrest, **re-initiated telephone contact with Becker. _This re-establishment of contact occurred at a time when [DEFENDANTS] would ordinarily have had no reason to re-contact the [PLAINTIFF], because his earlier undercover work had been successfully completed._**

Second, **the course of events which led to the** 1966 arrests _was of extremely long duration,_ **lasting approximately two and one-half years** if measured from the defendants' 1963 release from jail, or _three and one-half years if measured from Courtney's reinitiation of contact._

Third, Courtney's involvement in the bootlegging activities was not only extended in duration, _but also substantial in nature_. He treated Thomas and Becker as partners. He offered to provide a still, a still site, still equipment, and an operator. He actually provided two thousand pounds of sugar at wholesale.

Fourth, Courtney applied pressure to prod Becker and Thomas into production of bootleg alcohol. The Government concedes that Courtney made the statement, "the boss is on my back." And we believe that in the context of criminal "syndicate" operations, of which Courtney was ostensibly a part, _this statement could only be construed as a veiled threat._

Fifth, the Government, through its agent Courtney, did not simply attach itself to an on-going bootlegging operation for the purpose of closing it down and prosecuting the operators. Any continuing operation had been terminated with the 1962 raid and arrest. _We think, rather, that the procedure followed by Courtney in this case helped first to re-establish, and then to sustain, criminal operations which had ceased with the first convictions._

Finally, throughout the entire period involved, _the government agent was the only customer of the illegal operation he had helped to create._ It is undisputed that the only alcohol sold went to Courtney, _who paid for it with government funds._

It is true that the Government offers plausible explanations for some of Courtney's actions. We also acknowledge that, taken individually, none of the factors which we have pointed to as significant would necessarily require reversal of a conviction. _In our view, it is the combination which is important._

_We do not believe the Government may involve itself so directly and continuously over such a long period of time in the creation and maintenance of criminal operations, and yet prosecute its collaborators._ As pointed out in Sherman v. United States, _supra,_ 356 U.S. at 372, 78 S.Ct. at 821, a certain amount of stealth and strategy "are necessary weapons in the arsenal of the police officer." But, although this is not an entrapment case, _when the Government permits itself to become enmeshed in criminal activity, from beginning to end, to the extent which appears here, the same underlying objections which render entrapment repugnant to American_

*criminal justice are operative. Under these circumstances, the Government's conduct rises to a level of " creative activity" ( Sherman, supra, at 372, 78 S.Ct. at 821), substantially more intense and aggressive than the level of such activity charged against the Government in numerous entrapment cases we have examined.*
*Greene v. United States*, 454 F.2d 783, 786-87 (9th Cir. 1972)


When PLAINTIFF entered law school in August 2013, this was the exact time DEFENDANTS could have said: we have pushed PLAINTIFF way too far with our actions and we should stop it and leave him alone. If it wasn't for DEFENDANTS justifying their surveillance and RICO Enterprise via REBECCA WETHERBEE. This was a key junction in PLAINTIFF'S life where DEFENDANTS could have ceased their terrorist activities and RICO Enterprise 1 against PLAINTIFF because there should have been someone that recognized it was a huge fucking problem and should have put an immediate end to RICO Enterprise 1. But DEFENDANTS did not.

Fool Me Once, Shame On Me. Fool Me Twice, Shame On You.

Minimum amount of damage deriving from this incident and because of how it would be maliciously used by DEFENDANTS later against PLAINTIFF based on prior actions involving REBECCA WETHERBEE just because they used her as justification with those facebook messages: $100,000,000. With Treble Damages. $300,000,000.


PLAINTIFF lives exactly the way you would expect any normal first year law school student to live. PLAINTIFF doesn't do anything illegal in Louisiana. DEFENDANTS know this and DEFENDANTS have no reason to believe that PLAINTIFF is doing anything wrong in his life at that time. DEFENDANTS do what they have always done in PLAINTIFF'S life: unjustly provoke him and antagonize PLAINTIFF.

 Late Fall 2013, a stranger named "Matt" moves into the apartment complex PLAINTIFF is living at. "Matt" allegedly is a male nurse from Indiana. PLAINTIFF'S father, who had full control of all the money in the family, buys PLAINTIFF in 2011 a 2007 Mercedes Benz E550. PLAINTIFF loved his Audi A4 more than the Mercedes Benz E550, but the Benz is a nice car nonetheless. The only plausible connection to "Matt" and Indiana is the Mercedes Benz E550 because the previous owner of the vehicle (from what PLAINTIFF ascertained) was from Indianapolis, Indiana. Again, PLAINTIFF receives the car as a gift in which there was always an understanding that the Mercedes Benz was PLAINTIFF'S father's vehicle, but that PLAINTIFF had the privilege of driving it. PLAINTIFF'S current understanding is that "Matt" was an undercover agent for either the DEA, FBI, DHS, or CIA, most likely than not for either DHS or DEA. DHS most likely though CIA is a distinct possibility. For what crime was "Matt" investigating or interrogating PLAINTIFF over? PLAINTIFF has no remote idea. But the issues always were with PLAINTIFF'S father. The reason why PLAINTIFF thinks "Matt" was an undercover agent was that in probably 2018 or 2019, PLAINTIFF can't recall exactly which year it was because of my Complex Post Traumatic Stress Disorder that effected PLAINTIFF'S memory recall from like 2017-2019, of when PLAINTIFF last saw "Matt" at that time, but he

came back in my life. It took me more than 5 hours of being in the presence of "Matt" then for me to finally shout his undercover name of "Matt" in the car that PLAINTIFF was all but forced to ride with him. See some of DEFENDANTS crimes of 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.

PLAINTIFF tells Matt about the following during the time PLAINTIFF knows him in Louisiana. Let PLAINTIFF describe an issue that is difficult for people for autistic people to understand in courtship. As a man, a man must take initiative in courting a woman in which *he must be the one that advances* to a woman. If he fails to do so, then he is placed in the friend zone and/or he shows that he lacks ambition or desire for that woman because he doesn't have the 'drive' for her. Furthermore, if he doesn't advance at the opportune time, he is then perceived as lacking confidence. He must read these very small subtle signs or cues that are not verbally stated in courtship. Even if they are verbally stated, most of the time, these cues are said in such an unapparent manner that autistic people don't know when it happens and it goes right over our heads. Sometimes, the escalation--driven by initiative--that is needed in courtship happens in a night; sometimes, it takes months; sometimes it takes year or more, it all completely depends on the circumstances. There's no social manual. PLAINTIFF, despite what DEFENDANTS will allege, had some issues of being dominate or assertive in nature (because of all the shit DEFENDANTS put me through as well as all of the raging narcissistic, borderline psychotic, abuse experienced by PLAINTIFF by his father. Being assertive or dominating is a trait that a good proportion of women desire in men. PLAINTIFF had been flirting with a woman named Celeste Birdsall over text multiple nights and, from PLAINTIFF'S understanding, appeared to have some things going in which there was some romantic interest conveyed by Celeste Birdsall. It is Halloween 2013, and she is wearing a corset in which her large boobs are pretty much bouncing out of her corset. She looks at PLAINTIFF with these 'come hither' eyes and says something along the lines of "don't my boobs look big " *then looks down* at her large boobs that were nearly bouncing out of her corset, and then Celeste looks back up at PLAINTIFF with those 'come hither' eyes. Taking all of these facts together because PLAINTIFF doesn't understand why a woman would talk about their boobs and how they look large (which is a trait that most men desire), look down at her boobs (thereby gesturing), look back at up at and stare at him with those 'come hither' eyes in which there is a response that is demanded. PLAINTIFF says demanded because of the following universally accepted truth: the odds of a heterosexual man, heck even some or most autistic men, having a response that completely ignores her boobs is nearly zero. Sure, there may be an autistic man or a man with ADD or someone stressed out here and there that got distracted with something else on their mind, but I mean…So PLAINTIFF touched her boob. Celeste Birdsall looks at PLAINTIFF and PLAINTIFF looks back at her the eyes in which PLAINTIFF puts his hand down after a couple of seconds. She doesn't say stop or anything like that or no, that was not okay, or anything of the sort. Apparently, and to

PLAINTIFF'S autistic misunderstanding, it was not her beckoning to touch her boobs because PLAINTIFF was questioned about it later by LSU Law administration. No Title IX charges are filed against me for touching Celeste Birdsall boobs after PLAINTIFF provided a statement.

Look, at the end of the day, what PLAINTIFF relied on the most was the knowledge that had been established, how Celeste Birdsall looked down at her boobs, and then looked back up at PLAINTIFF and stared at PLAINTIFF in the eyes; and PLAINTIFF construed the look down and back up to PLAINTIFF as a gesture. If Celeste Birdsall just said "don't my boobs look big?" and kept looking at PLAINTIFF, obviously PLAINTIFF would have then looked down at them, but PLAINTIFF wouldn't have touched them because PLAINTIFF would have construed it as her wanting to have PLAINTIFF acknowledge her boobs were large or just talk about her large boobs. PLAINTIFF wants to discuss this incident because PLAINTIFF got screwed on this incident: Celeste Birdsall knows her boob size (c or d cups probably) and knows her boobs are large; Celeste Birdsall probably spent more than 30 minutes that night getting ready for the Halloween party in which she necessarily put make up on and looked herself in the mirror before she left to the party. She knew what she looked like; the wind that night would have informed her that the tops of her large boobs are exposed to the public. There is not a single way Celeste Birdsall could not have known that a heterosexual man within a second of being in her presence knew that her boobs were large. Celeste Birdsall didn't need to look down to "confirm" her boobs are large as though she completely forgot that her boobs are large. PLAINTIFF knew it as soon as he saw her that night in which he gave her a ride in his car. What PLAINTIFF is arguing is, say hypothetically and very crudely, you are in the office, and you go to a coworker's desk and the only thing that is on their desk is a giant pen on the desk that would be readily and immediately apparent to anyone who steps foot into the office. There are no papers, no files, no other pens on the desk--nothing else on the desk except for the giant pen. You and the coworker then *both* place yourselves in the position in which you are standing right in front of the only thing on the desk, the giant pen, that is within your immediate arm's reach and is right of front of your coworker in which your coworker is implicitly comfortable with you being so close to the giant pen (if the coworker wasn't, there would have been far more separation). You know that the giant pen is there and is a giant pen and your coworker most definitely knows the giant pen is there and is a giant pen and has substantial and major reason to believe you know that the pen is giant. Knowledge as to the size and existence of the giant pen are not at issue and have been previously established and are comfortable with you being an immediate presence of the giant pen. So, then the coworker says to you: "doesn't my pen look giant" and gestures with their head towards the giant pen by looking at the pen (that is within their reach and knowledge) and looks back up to you and says absolutely nothing else to you. What would you do? Or a better question you should be asking is why would someone who was comfortable with you being so close to the giant pen that clearly knows that the giant pen is giant and that you know the giant pen is giant that is within their reach *gesture* *you* *towards* that giant pen that is within your *immediate arm's reach*? PLAINTIFF would dare say that a few of you just might happen to say: "oh do you mean this giant thing?" And would pick up the giant pen. Like the coworker didn't do the following: the coworker looks to you and says: "doesn't the pen look giant?" and then continue to keep staring at you—most likely than not, most people would look down at the giant pen and would look back up and wait for the coworker to explain the significance of such from the coworker's perspective because the coworker kept staring at you in which the coworker was going to keep talking: "it is like yea, it is giant, *so what about it*?" Even in those circumstances,

there is a distinct possibility that the giant pen may be touched or picked up. PLAINTIFF understands that there are always going to be a female/male misunderstanding about social dynamics. What PLAINTIFF is not okay with is that DEFENDANTS would use that information maliciously not understanding the totality of circumstances of what went into PLAINTIFF'S decision in furthering RICO Enterprise 1.

Back to PLAINTIFF'S life, when Undercover Agent Matt talked to PLAINTIFF in a bar called Bulldog in Baton Rouge in Early Winter/Spring 2014, I said things to him knowing well they were not true over the course of the 'friendship.' lied to him like I did Callie Sims about what my laptop contained because I was testing his trust. I did not have CSAM on it. I was hoping to catch him in a lie or that evidence would be planted on me in which I would catch him in that lie because of how much I mistrusted the federal government at that time and naively believed the administration of justice was on the side of truth and justice even more so after what was done to me in Sewanee. More importantly, I told multiple and easily verifiably false stories that night at Bulldogs to get him to question my credibility. I lied about me having caused a riot in a zoo in Bitola, North Macedonia that literally would have taken less than 2 minutes to do a google search to prove or disprove the legitimacy of the story. I told him a false story concerning having given a teacher of mine Viagra without his consent. Again, a simple phone call asking this teacher of "did you ever have an unexpected erection in which you ran out of the room when Miki Kotevski was one of your students ever happen" in which the agent would have immediately concluded that the story was false *precisely because it was false*. Another false story, I lied about giving my schoolmates at Northridge brownies and pastries that were laced with medical grade ex-lax in which numerous kids shit themselves at school. There would have been proof of this story: this would have been well known amongst every single student attending Northridge at the time in which multiple kids shit themselves—none did because I never gave laced brownies. Again, numerous stories for shock and entertainment (utilizing my stand-up comedy skills) and me having suspected 'Matt' was an undercover agent.

Furthermore, PLAINTIFF expressed to him that *PLAINTIFF was concerned* on how easy it would be to rob PLAINTIFF'S former place of employment at Credit Union 1 by explaining the details of it and *not that PLAINTIFF had intended on robbing* his former place of former employment. DEFENDANTS used this against PLAINTIFF like they did in Sewanee Sabotage, etc.  and labeled PLAINTIFF as being an insider-threat to Credit Union 1. One thing PLAINTIFF did tell "Matt" was that PLAINTIFF'S brother and father were trying to grow their own marijuana plant in the house. PLAINTIFF had explicitly condemned his family's actions and had told his brother and his father to get rid of the plant as that would get the family into serious legal trouble. PLAINTIFF'S father and brother ignored PLAINTIFF intentionally after the warnings even though legally the house was under PLAINTIFF'S name. Like PLAINTIFF said earlier, PLAINTIFF'S brother and father did not respect a single god damn thing PLAINTIFF said nor did they consider PLAINTIFF'S advice prudent; and PLAINTIFF told "Matt" that too and this was ignored by "Matt." "Matt" would have understood and known that PLAINTIFF was subject to abuse by his father in which that would have provided exculpatory evidence regarding PLAINTIFF'S finances. This exculpatory evidence was omitted. PLAINTIFF lied to Matt about how the Benz PLAINTIFF was driving, and forced to be in PLAINTIFF'S name, was given to PLAINTIFF by my grandmother and not the fact that PLAINTIFF'S parents gave the car for PLAINTIFF to use, but not own. "Matt" had no furniture

in his apartment and his mattress was on the ground like a drug den and he didn't eat at home. PLAINTIFF asked what was up with the situation and he said it was tolerable to him and PLAINTIFF said to each their own. If 'Matt' was undercover, what PLAINTIFF didn't infer at the time was most likely than not "Matt" was working out of Baton Rouge or New Orleans field office against PLAINTIFF in which he had his own home and a different car somewhere else in the nearby vicinity. PLAINTIFF thought it was sketchy that 'Matt' lived this way and that this was even very weird to PLAINTIFF, but PLAINTIFF didn't report the suspiciousness. What 'Matt' did have was a lot of guns and he even tried to sell PLAINTIFF guns. PLAINTIFF wanted to report 'Matt' to law enforcement because this was beyond sketchy, even for PLAINTIFF'S standards. PLAINTIFF made something up as to why PLAINTIFF didn't want to buy a gun from him and was trying to get me to conform to the Mick Sheedy incident. Speaking of Mick Sheedy and guns and the Sewanee era, it must have been a hell of a coincidence that one of PLAINTIFF'S neighbors living at Boyd, "RAY," had allegedly been arrested for having a gun in his truck. Either this is a complete coincidence, "RAY" worked for the government/DEFENDANTS, or PLAINTIFF has been intentionally kept out of the dark about public legal proceedings made against PLAINTIFF involving how PLAINTIFF had been framed in *Meth* (hence would be another reason why PLAINTIFF is bringing the lawsuit) that would only be possible because the CIA or DoD hacked into PLAINTIFF'S laptop preventing PLAINTIFF from knowing the truth.

Matt may have been an uncover agent because of the following. PLAINTIFF has a Vine channel under the name of "ipleadthemik." One day, Matt talks to PLAINTIFF about going to the gun range and shooting off his AK-74. Now as a southern Slavic person, shooting off AK-47s or AK-74s is completely acceptable because Russia and Serbia are great trading partners and Russia always viewed Serbia like its little brother. So in Russia (and Serbia alike), there was general hostility or dislike towards the LGBT crowd (though in Serbia that kind of changed, but not really). PLAINTIFF makes an "Itan" Vine video shooting off an AK-74 and making an extremely absurd Russian accent. It wasn't a video expressing support of shooting LGBT members, it was sarcastic meant to highlight and make fun of the fact that yes, generally, Slavic people don't like the gays. There isn't a call to commit violence or anything of the like that could be construed as a hate crime against LGBT. PLAINTIFF alleges that video was used maliciously against PLAINTIFF by American Intel in which they falsely alleged that PLAINTIFF was violent and had an anti-LGBT agenda. PLAINTIFF doesn't care if you are gay, lesbian, bi-sexual, or trans (in which you have a genetic anomaly). PLAINTIFF'S views are live and let live and keep your c*** out of PLAINTIFF'S a**. That's it.

Then PLAINTIFF makes another video—PLAINTIFF calls it "rough patch." It starts off with the premise *insinuating* PLAINTIFF was drunk and was about to go drive drunk. PLAINTIFF had Coors Light in his fridge for whenever people were going to come over and, well, PLAINTIFF didn't have a lot of people come over to his apartment at the time, and his Coors Light just sat sad, cold, and alone in the fridge. PLAINTIFF, for "rough patch" built a wall of Coors Light (much like how he built a pyramid of Heineken in high school that was posted on Facebook[459] in August 2007. See: Below) cans in which PLAINTIFF opened like 3 or 4 cans of Coors Light and poured them down the drain (blasphemous in wasting a delicious cold Coors

---

[459] PLAINTIFF is autistic afterall and builds things like blocks or legos growing up. American Intel DEFENDANTS knew this, ignored the exculpatory evidence.

Light, PLAINTIFF agrees) so that he could crumble them up and put them on top *of the unopened cans* (thus obscuring they are in fact closed) so PLAINTIFF could give an impression and direction for the "rough patch" video that he drank a lot of beers, but in fact, PLAINTIFF did not even drink more than 1 or 2 cans of beer that time of making the video because PLAINTIFF wasn't going to waste all of his beer now. In no way was PLAINTIFF drunk driving a vehicle in order to make "rough patch" that night.  There was a service pipe/drainage indent on a road that



was two blocks or so from PLAINTIFF'S apartment on 464 Boyd that spanned over the entire right side of the street. If you hit the drainage indent/service pipe at an exact angle and at an exact speed (but not fast), doing so really will make your car bounce around. So, the video goes something along the lines of: PLAINTIFF appears to be drunk (which is really easy for PLAINTIFF to fake as his cheeks are naturally rosy and it just takes a little heat to make them red), then the video shows the wall of Coors Light, then the video cues to PLAINTIFF grabbing his keys, then cue to PLAINTIFF hitting the drainage indent making him bounce around, and then the punch line of: I've hit a sourpatch in my life in which the last scene is PLAINTIFF's Benz has sour patch kids on the left side of his hood. Rough Patch, Sour Patch (kids), do you get the corny punchline? In Vine, the way it was recorded was that you record a scene, pause, record another scene, pause, record a different scene to whatever way you wanted to. You couldn't close the app and it essentially had to be done right in which PLAINTIFF could not have messed up the timing filming: plaintiff rosy cheek→wall of Coors Light→ keys→car going over drainage indent on road→ punchline. At least 5 different scenes in one clip recorded between 7-10 seconds long. Precision was a necessity. American Intel have the records and if they are going to be honest with you, American Intel could see that PLAINTIFF had driven around the block to the drainage indent more than 3 times within 10 minutes because the timing had to be impeccable. American Intel falsely alleged that PLAINTIFF was a reckless man and that he was a drunk driver when that was an outright fabrication. DEFENDANTS violated 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343

(wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.

Matt' "moved away" around March/April/May 2014. PLAINTIFF thought that it was the end of it. *BBBBBUUUUTTTTT NNNNOOOOOO*, it'll come up later.

PLAINTIFF held on to this belief that the courts would admonish the federal government for their wrongdoing. Being routinely framed in college shocked his conscience and made PLAINTIFF so cynical. PLAINTIFF was going for the long run of proving his innocence; But that was very wrong and naïve assumption that contributed greatly to this situation. The odd thing is PLAINTIFF still naively and fundamentally believed that truth and justice will prevail; but PLAINTIFF doesn't think it will because it is not in the interest of national security. But more importantly, PLAINTIFF truthfully expressed his sentiment to undercover agent 'Matt' that PLAINTIFF was scared of the US Federal Governmen/ the IRS and that PLAINTIFF would not mess with the government because they could destroy my life in a second. '

In *United States v. Anderton*, 629 F.2d 1044 (5th Cir.1980), the Fifth Circuit allowed the entrapment defense in a case where law enforcement officers specifically targeted the defendant, and then put unspecified "pressure" on the unwitting middleman to bring the defendant into a pre-designed criminal scheme.

Minimum amount of damage deriving from this incident: $0
Treble Damages: $0

## Total Minimum Damages: $4,184,430,000+

PLAINTIFF had even told MATT that PLAINTIFF demanded father and brother cease growing in the home thereby trying to put an end of that scenario.

## *Second Chance.*

In the Summer of 2014. I failed out of law school by literally 0.01 of a GPA point. Whether that was done in furtherance of RICO Enterprise 1 at the behest United States officials that were out to get PLAINTIFF, PLAINTIFF does not know nor does PLAINTIFF wish to explore it because PLAINTIFF failing out *helped PLAINTIFF tremendously* in dealing with his disability issues and PLAINTIFF does not want to harm LSU Law though there were questionable things that occurred in Spring 2014. The following is the *petition for readmission* that PLAINTIFF sent his school in the Summer of 2014 that explains the situation and what got PLAINTIFF readmitted into LSU Law.

## *Introduction:*

I apologize for betraying the trust the Law Center had in me to do well when it gave me the opportunity to attend. I was unable to quickly find solutions during the 2013-14 year for learning difficulties I've long faced in order to meet the Law Center's expectations and my own. I would like to address why I deserve a rare second chance to attend school at the Paul M. Hebert Law Center.

I've never had it easy. I'm not talking about "how hard life is when I ordered a large cappuccino with no whip cream and I got a small one with whip cream." I'm talking about the difficulty of overcoming being a kid who rode the short-bus to attending a law school that is in the top 25% of schools in the country. If that in itself is not indicative of capacity, what is? I've gone further than anyone has ever expected, struggled at every step of the way, and I'm not remotely close to quitting. Knowing what went wrong and how it won't go wrong again is contingent on knowing background information in my past, present, and future of the factors[460] that -- albeit not inherently detrimental in isolation--proved detrimental to me in unison.

## *Argument.*

## *A: Certainty in Chaotic Uncertainty--My Capacity.*

There is a fundamental difference between what I should be and what I am. The 'should be' were 'reasonable' expectations based on my 'current situation' and 'what I am' are expectations derived from my results based on my capacity. I should be deaf, in a wheelchair, have a genetic disease, never have been able to communicate effectively, and most importantly, never have been a good student[461]. This chronological analysis highlights how I have the capacity to be a great attorney and student of the law.

### *I: Testing & Psychological Testing*

---

[460] The usage of the word factor(s) refers to these initial factors.
[461] See documents titled Fragile X & Miki Kotevski's Medical Records.

In May 1992, I underwent testing to see if I had Fragile X syndrome.  I will signify through this petition the red flags that *I may have had it*[462] and those flags are vital in knowing what went wrong. Many doctors thought I had Fragile X because I had the *exact* symptoms: I had developmental delays 𝒳, over-growth 𝒳, large ears 𝒳, hyperextensible joints 𝒳, chronic otitis media 𝒳, hypotonia 𝒳, and speech, language, gross motor delays 𝒳.  Despite undergoing testing for Fragile X on at least 10 occasions, I tested negative for Fragile X (see footnote two).

While I was being tested for Fragile X, I underwent a major neuropsychological evaluation at the Lake McHenry Regional Program (here on known as: LMR).  The reason why I will be referring to the LMR is because it was a comprehensive evaluation of my psychoeducational capacities and, even though a lot has changed as a proportion of the findings are no longer applicable to me, a proportion of the findings still are. LMR identified: "Miki's adaptive behavior in the realms of communication, daily living skills, socialization, motor skills were low," 𝒳 "Miki's language comprehension skills were judged to be severely delayed/disordered," 𝒳 "Miki's *language production skills were severely below age level expectations,*" 𝒳 "Miki used visual-search strategizing and trial-and-error strategizing," "Miki's knowledge overall was fairly strong with rote knowledge and weaker with abstract," and "Miki's articulation skills were judged to be severely below age expectations." 𝒳

## II: Life During Testing: The Checkmark Effect.

While I was in school battling my disabilities, two trends made themselves known: first, wildly fluctuating rates of improvements and regression of grasping, retaining, and learning material; and secondly major issues of adopting to a new setting.  First, to summarize the fluctuations in subject materials quickly: I've tested from the 2nd to 99th percentile when it comes to language arts; the 38th to 90th percentile in Mathematics, 45th to 95th in Social Studies, 40th to 85th in Science. No matter what the

---

[462] The symbol 𝒳 designates specific sign or symptom of Fragile X.

subject is, there has *always* been a predictable upward fluctuation that I've worked my way into becoming an above average student compared to other students in the same setting.

  ***Out of all the factors that were discussed, the most important one for this petition is the checkmark effect (here on CME): it can almost singlehandedly explain all of my behavior***.  CME is a three-step process[463]. First, there is a significant change in a setting that occurs such as moving to a new city*, **attending a different school***, etc., and after the few initial months (three to five months or so) of the initial change taking place, my life will be satisfactory. Step two occurs after those initial months, then there will be extreme difficulty adjusting to the new setting and the consequences of such are: a prominent drop of social, work, and academic functionality and capabilities. 25 years later, I have found no reasonable explanation for step two. I can only offer factual observations, provide past medical records, and derive some inferable conclusions based on most of the recurring factors and the interaction of those factors. After the precipitous decline of social, work, and academic functioning, step three occurs when I pull myself out by understanding the interaction of the factors in step two, and then rise to reach my fullest capabilities. I want to accentuate that the checkmark effect is not applicable when it comes to adapting to fast changes that occur within a setting, *CME only applies to the initial* change in setting.

  From the 4th grade through college (semesters were treated as quarters), the amount of times my grade point average decreased from first quarter to second quarter was 5-0-5 (positive change--unchanged--negative change). Compare that to the type of change that occurred from the first quarter to the third quarter, which was 7-3-0. First, there has ***never*** been a single occurrence when my third quarter grades ***were worse*** than my first quarter grades.  Although the 5-0-5 is a fifty percent chance that my grades would either increase or decrease, the percentage is a little deceptive without an

---

[463] Use of the phrases: step one, step two, step three refer to the steps of CME.

explanation. When my grades dropped between the 4th grade and college from the first quarter to the second quarter, 60% of the time (entering junior high school, high school, and college) the drop in grades occurred when I was in a new school setting. Furthermore, in the sixth, ninth, and freshman/sophomore year of college, there was a significant drop off in grades from the first quarter to the second quarter and a significant increase in grades from the first/second quarter to the third quarter.

## B: How it went wrong: CME's Step Two at LSU Law.

### I: Time Management, Focus, Čežnja, and Childhood Factors.

For an explanation of how it went wrong, I am making the assumption that my second semester grades should have been equal to my first semester grades, which are indicative that I *do have* the capacity to pass and stay in school. I'm not saying those grades are ideal, the grades I'll strive for will be discussed in the *how it won't go wrong again* section. For now, I will list the major contributing factors, the causes of the factors, show how those factors affected my grades, and address my worst grades of the second semester--Obligations and ACJ.

The biggest factor that contributed to my failure in the second semester was my mismanagement of time and improper focus. The mismanagement began on January 6th, 2014 when I was driving from Chicago *to come back home* after I viewed my first semester grades. While driving, I utilized my trial and error strategizing (see LMR) to think of solutions[464], which will be discussed in the following paragraphs, that could optimize the best approach for me to go from below average grades to above average grades.

I was particularly worried about my structural and organizational issues and while talking to some upperclassmen and viewing top-law-schools forums, a piece of advice was given more than once that could have helped my organizational and structural issues, which was: "When you outline a month

---

[464] Explanation of my reluctance to get help/solutions from teachers, see: B(II)(a).

or so before exams, you outline the material relatively close to the exam thereby allowing you to outline and structure your answers on the exam quicker since you covered all of the class material recently."   I turned that following piece of advice into a solution and I outlined three weeks before exams started.

There is no doubt in my mind that was conceivably the worst advice I have ever taken in my life for two reasons. First, I am certain that a matter of three weeks is one of the main differences between being 0.16 points above the cumulative G.P.A requirement to stay in school and being 0.02 below the threshold to fail out of school; and secondly, it exacerbated all my learning difficulties. Six weeks before the first semester ended, I stopped reading and started preparing for exams by outlining based out of necessity since I lost all my notes at the end of October due to a computer crash. During the second semester I continued to do all of the reading until April 7th.  When I began outlining that Monday, I realized I had put myself into a hole bigger than the sinkhole in Bayou Corne. Where I needed the ability for my rote knowledge and reasoning formulation to kick in through seeing general topics and structure of the class from the first day and then later filling in the rest of the details of the important topics through constant and repetitive viewing of the cases throughout semester and developing my structure and organization based on that--I did the opposite and tried to do all of that in three weeks.  All of my rushed outlines for all of my classes failed in their adequacy to cover all the vital information, and because of the rushed timing, I never had the adequate time for me to continue to look over my book briefing, notes, and outlines in order to provide the structure, organization and in depth analysis so quintessential to doing well on an exam.

When I took the exams during the second semester, I was unable to properly structure my answers due implementing a solution that did not complement my learning style, which exacerbated my issues of disorganization and disorganized speech. Without a break in studying in the prior three

weeks before the exam, I dwelled in a rushed state; and when I started my first exam, I was still in a rushed state and became more rushed; the more rushed, the more severe my disorganizational issues became with each passing moment in the course of answering questions on the exams. I remember jumping back and forth whenever I answered a question on the exam because I would have fleeting points that would come to mind after I've stopped answering the question that I had to go back and put the point down in order to get more points. Furthermore, when I went back to answer the question again, I tried to fix the structural issues, which took time away from answering the other questions in depth that warranted a lower score in my exams.

I thought another one of my problems in my exams from the first semester was that my answers reflected a poor compare and contrast analysis of the facts presented and the law. I thought my answers lacked the depth and complexity because I stopped reading 6 weeks before the exams. I believed if I would have read for all 6 weeks, the material read would provided a substantial increase in the ability to analyze each issue presented. So I thought of a few solutions: with the first piece of advice given in time management, I would then be able to extend my reading by 3 weeks which should have provided more knowledge and understanding of the issues; secondly, I would read outside relevant class material so I would then be able to use different perspectives in order to develop more depth and better contrast on the exam. I spent a fair amount of time reading outside relevant sources--that one day may possibly turn a case in my favor in practice—which were not relevant in the exam. What I didn't understand when I created the solution was that the depth and the ability to compare and contrast came from distinguishing the cases taught in class in a multitude of perspectives and not comparing and contrasting the issues by bringing a multitude of outside information that could distinguish the facts and law while marginally comparing and contrasting similar cases taught in class. So a lot of garbage I read came in and garbage came out on the exam.

Another situation that effected my time and focus cannot be described by an English word or concept, but can be described Serbian. The Serbian word is: Čežnja—an inconsolable and time transcending feeling deep within your soul for something that is missing that we don't understand and a longing for an extremely far place where your heart feels and understands it is at home. It is neither homesickness nor nostalgia nor a psychological abnormality such as a depressive episode. Čežnja always occurs within step two and it hit me at the start of Mardi Gras and ended on March 28th five minutes after I sat down at Portico's for 2L Briana Drescher's birthday when the table was alive in discussing the gift I brought.

Everyone experiences Čežnja; the difference between most and myself is that most can go to sleep after feeling it and in the morning, the feeling of Čežnja disappears; however, when I experience it, it is akin to when an autistic child becomes overwhelmed by an overstimulation and 'shuts down', I get extremely overwhelmed by it on a daily basis for an indefinite time. Signs of the extreme difficulty I have with dealing with Čežnja throughout my whole life can be found in the LM Report, Ms. Donev's letter, and more. I've found meditation eases Čežnja where I won't become completely useless, but I stop living in the moment and I withdraw from myself, socially, and academically in order to 'feel out' Čežnja. Even though I did do the reading during Čežnja, I did not retain anywhere near as much as I should have because my mental energy, cognition, and capacity were focused on feeling out Čežnja and not on the cases I was supposed to read for class. So for about a month, I read and heard what as important without retaining what was important.

There are two things that combine together to create a disaster for me, they are 8 am classes and classes that emphasize aspects of contracts. If you look at my grades for each semester, the worst grades in each semester were in 8 am classes and they were: Obligations and Contracts. So, what was the difference between passing contracts with a 2.0 and bombing Obligations with a 1.3—75% of the

problem was sleep, the rest was CME and the factors listed above. I only slept for three hours the night before the exam even though I took 15 equate sleeping pills to knock myself out. I took five sleeping aid pills at two am—nothing; took four more at four—nothing; took three more at six—nothing; took three more at seven—passed out about an hour later. I woke up at 11:30 groggy, confused, and sleepy. I thought the adrenaline from beginning the exam would have taken care of the groggy, confused, and sleepy sensations—nothing. Confused, groggy, and sleepy is no way to take an exam, and furthermore, I lose my thinking and analytical abilities when I get less than four hours of sleep--the results show.

I slept well for the ACJ exam and including the CME and factors listed above, there were a few additional factors that resulted in the poor results in ACJ. First, Professor Lamonica's way of teaching and the way I learn are at extreme odds. I needed an energetic and highly structured environment and passionate professor in the classroom to strive and learn well. The biggest complaint I heard, not only my chief complaint but many other students' as well, was the disorganization and incoherence of the class material, confusing presentation of the subject material, and an unenergetic and dull professor where a select few within my section knew what was going on. Now I don't know if it is a personal subjective bias and it very well could be, but I'm almost willing to wager if you read the course evaluations in ACJ for Section 3, you will find evidence indicating (excluding my evaluation) that similar complaints to mine. Whenever I'm in that type of low energy and low structured environment, I do not do well nor learn well because I need that type of energy and structure initially in all my classes to develop and find the optimal way to learn the subject material before I can handle a disorganized and dull professor.

**II a: *Stigma*.**

A major factor occurred when my parents were growing up Yugoslavia. The stigma of mental illness in the former communist country has continually ranked as one of the worst in the world. For

example as a common occurrence at that time, if a married woman gave birth to a child that had autism, mental retardation, etc. and after learning the child had one of the aforementioned incapacities, the child was immediately given a label, the husband would bring his wife back to her parents' house where one of two things would occur: she would live ostracized forever or she would get a gun or go by the river and kill her child and herself—there was no in between and labels over there are a matter of life and death. Fast forward to 1989 when I was born with my major issues. A decent proportion of the community expected my dad to leave my mom and me at her childhood home in Serbia and to meet the same fate of many of those wives and labeled children before me.

Luckily, I'm still here, but that same stigma still affects the interaction I have with anyone inside an educational setting. My parents drilled into me—ironically became a borderline obsession to them—to make the appearance that I was a 'normal' kid *at school* and *at home*. I was never ever allowed to allude to, let alone discuss, any of the disabilities I had or to show *any* signs that may indicate I was not 'normal'. Even when it came to psychologists who could help, that stigma made me lie by denying the existence of such issues. In K-8[th] grade, if you pay attention to the records from District 56 and LMR, there is *not a single label* as to my condition—problems are abundantly clear and everyone knew something wasn't normal, yet, those records never defined with enough adequacy to create a label or any expectation. I did not talk to many of my past teachers, or the vast majority of my law school professors, about my issues due to stigma, the trauma of the obsession, and the underlying sense of the futility to talk to teachers about my issues. I learned I had to find my own solutions without the help of teachers because it seemed in higher education teachers teach their specialized subject matter normally to normal students and could not teach students with learning disabilities in a specialized manner their specialties because they did not have the background or experience to do so. I

was only able to identify one professor whom could have possibly helped based me on her background at the law center: Professor Barry.

So I tried to break the years of stigmatization when I talked to Professor Barry by opening up and talking about my learning issues. I did reveal to her my writing issues, but I remember in the fall semester around last week of October or first week of November talking to her about how to salvage my first semester because of my computer issues. She made an innocuous statement of "…so you have a little mania in you." When she said, it triggered the trauma of the years of being forced to create the appearance of normality and to reveal as little as possible to any indications of learning difficulties. From then on, besides the time I had a lot of wine by Professor Church's house, I did not reveal my problems throughout the second semester even though I was struggling. Furthermore, I tried talking to Professor Bockrath during the first semester to see if he could help me when I submitted a practice exam for us to discuss because I heard of his reputation when it comes to writing. Not to sound rude, must I elaborate how problematic the interaction was when a person who has suffered (and still does) from writing and language disabilities tries to receive writing help from Professor Bockrath? The lessons from college and high-school involving seeking help from teachers who didn't have the experience teaching those with different needs came to forefront and I felt as though it was up to me to find the solutions in order to overcome step 2 and *to find the proper mentorship that complemented me where I could adequately work on my learning issues and have professors, who I would not bring up my learning issues with, that would help bring out most of my potential without pestering them.*

## C: Why it will not go wrong again.

If history is a good indicator of things to come, if I am readmitted, my grades will only continue to rise and be higher than the grades I earned the first semester I was at school. I'm going to be realistic about my grades in the future. It is quite possible I can cali either in the spring semester of my 2L year

or in my 3L year. Based on history, my grades will start off around 2.65 (since I am repeating the material, I'll already be familiar with it which means it should even be higher than a 2.65) and then gradually go up and end up around a 3.2 or a 3.3. I'm not going to say I'm going to be in the top quarter and I do wholeheartedly plan on keeping my promise I made in one of my letters of continued interest when I stated I would be in the top half of the class of the entering class in the future.

### *Solutions to keeping that promise*:

1: The zealous adherence to the following schedule for the fall semester and I will make a spring semester schedule when the fall semester ends[465]. The schedule takes into account all activities such as Tiger home football games, being the treasurer of the federalist society, teaching street law, networking, days of rest to avoid burnout, scheduled days to talk to professors on a weekly or biweekly basis, studying, preparing, reading, and other activities not otherwise mentioned. Explanation of the schedule is included in the schedule.

2: The LMR stated "Miki's attention span and cooperation increased over time" so historically speaking, my focus will be better when I enter school this year as compared to when I entered the law center last year. That being said LMR highlighted one of my strongest attributes is memory and memory based learning (repetition). That being said, the schedule takes into account a weekly 90-120 minute session where, after talking to the professors or derived from the front of the book, I would write by hand the topics and structure of the class from the first day and then later filling in the rest of the details of the important topics through constant and repetitive viewing of the cases. Each week, I would not simply just add whatever I learned throughout the week, but I would encompass everything from what I learned to that point in the class. My structural and organizational issues will be remedied through maintaining that type of work.

---

[465] see additional document: schedule.

3: No outside reading sources or subject material unless discussed with the professor beforehand during one of the weekly or biweekly meetings.

4: In order to improve on my legal analysis, I will discuss and reference applicable legal standards and chose the controlling legal precepts, no longer make philosophical reasoning and morality and historical arguments and will instead focus on legal reasoning and logic on the exam, identify quickly the issues and conflicts presented in the fact pattern, analogize and distinguish cases from the fact pattern presented that forces a conclusion to be made from an analogy and/or inductive and deductive reasoning, distinguishing implications of what things should be and what they are, providing a scale of the issues presented are more macro or micro in nature, and finally take more time to recognize the permissible and reasonable inferences and/or permissible and reasonable implications derived from the facts. Between the days you read this and the day I can possibly come back, I will continue to work on my legal reasoning through working on exercises that will refine and enhance those aforementioned analytical tools.

### Conclusion

In conclusion, a 1995 report says "as the content of what he is saying becomes more important to Miki he will simplify the syntactical form of his sentence." Please, let me come back to begin anew.

--------------End Petition for Readmission

# An ANCHOR

# and a
# PITCHFORK.

An explanation of Spring 2015 and Summer 2015 from my perspective and the consequences thereof.

**"The danger that high federal officials will disregard constitutional rights in their zeal to protect the national security is sufficiently real to counsel against affording such officials an absolute immunity."** *Mitchell v. Forsyth*, **472 U.S. 511 (1985).  "Because the Amendment now affords protection against the uninvited ear, oral statements, if illegally overheard, and their fruits are also subject to suppression.** *Silverman v. United States,* **365 U. S. 505 (1961);** *Katz v. United States,* **389 U. S. 347 (1967)"18 U.S. Code § 2234 - Authority exceeded in executing warrant; 18 U.S. Code § 2235 - Search warrant procured maliciously; 18 U.S. Code § 2236 - Searches without warrant.**

*United States v. Lentz*, 624 F.2d 1280 (5th Cir. 1980): "Regardless of the undercover devices employed, it could hardly shock anyone's conscience to see an elected law enforcement official prosecuted for willfully and knowingly breaking a law designed to protect citizens from just such conduct. While Lentz came into the plan late, he seems to have embraced it wholeheartedly, provided some of the means by which to carry it out, and taken part with full knowledge of the plan's illegality. The fact that Lentz was merely helping the police in their alleged efforts to catch criminals should not make prosecution of him unfair if he voluntarily and knowingly employed illegal methods. To hold otherwise, would be tantamount to giving police carte blanche to ignore laws passed to protect all citizens against improper invasions of their rights by police conduct. Since the discussions about the proposed break-in were almost hopelessly intertwined with conversations about the wiretapping, we believe that the break-in evidence was necessary to the government in its attempt to tell the whole story of the crime. The government draws support from *United States v. Beechum,* 582 F.2d 898 (5th Cir. 1978) (en banc), which approved of proof of extrinsic offenses under a common scheme or *res gestae* analysis "if the uncharged offense is `so linked together in point of time and circumstances with the crime charged that one cannot be fully shown without proving the other.'" *Id.* at 911-12, n. 15 (quoting Slough Knightly, *Other Vices, Other Crimes,* 41 Iowa L.Rev. 325, 331 (1956)). We believe that, since Lentz was brought into the law enforcement group by Hullum both to perform the wiretap and to commit the break-in, evidence of the break-in would be relevant and admissible under *Beechum."*

PLAINTIFF is alleging: Aussies and NSA shared information about all factual circumstances that happened in *An Anchor and a Pitchfork* on NSANET. NSA and Aussies have a prior relationship in which NSA operates out of Geraldton, Pine Gap (which the CIA also operates out of) and Shoal Bay, Australia. Therefore, when PLAINTIFF was in both Baton Rouge, Louisiana and Tokyo, Japan in *An Anchor and a Pitchfork*, information concerning RICO Enterprise 1 in *An Anchor and a Pitchfork* was sent, submitted, and received in those Australian sites (i.e. part of mail and wire fraud) in which NSA, CIA, and Aussies at a minimum aided and

abetted RICO Enterprise 1 and RICO Enterprise 2. NSA, CIA, and Aussies transmitted the entirety of all the factual circumstances *An Anchor and a Pitchfork* in which no one took any remedial measures nor prevented anyone from furthering RICO Enterprise 1. Not once did NSA, CIA, or Aussies attempt to stop *An Anchor and a Pitchfork* from happening in which they hid material information in which NSA, CIA, and Aussies had complete access to PLAINTIFF at all times when he was in Japan in Summer 2015. Even having direct and completely unimpeded access to National Security Operations Center (NSOC) in which all information about *An Anchor and a Pitchfork* was sent, received, and processed in which NSOC's core function is to handle time sensitive issues obtained via sigint—no Aussies nor NSA did anything despite being made aware of RICO Enterprise 1 and therefore aided and abetted and facilitated RICO Enterprise 1 (as well as RICO Enterprise 2).

The NSA has NSANet, which is a classified intranet network that connects Aussies and British Intel and shares intelligence data between NSA, British Intel, and Aussies. Money was/is spent on creating NSANet, maintaining NSANet, and utilizing NSANet that sends, receives, and processes information and data on NSANet, and British Intel utilized NSANET and transmitted the entirety of the factual circumstances of *Miki's Tea Party and An Anchor and a Pitchfork* in which an act of international and domestic terrorism against an American occurred that was not reported nor was anyone subsequently punished for their failure in doing so nor did anyone stop it having information from at least 5 months before that it was likely to occur against PLAINTIFF. At all relevant times, British Intel and NSA had immediate and direct communication with each other at all times in *Miki's Tea Party* & An Anchor and a Pitchfork and did not do anything to stop RICO Enterprise 1. Even having direct and completely unimpeded access to National Security Operations Center (NSOC) in which all information about *Miki's Tea Party* and *An Anchor and a Pitchfork* was sent, received, and processed in which NSOC's core function is to handle time sensitive issues obtained via sigint—neither British Intel nor NSA did anything despite being made aware of RICO Enterprise 1 from at least September 2010 and letting it happen in March 2011,and therefore, at a minimum, aided and abetted and facilitated RICO Enterprise 1 (as well as RICO Enterprise 2).

PLAINTIFF is alleging: NSA, CIA, and Japanese DEFENDANTS have a relationship in which NSA operates out of Misawa, Japan in which NSA, CIA, and Japanese DEFENDANTS shared, submitted, and received information concerning all the factual circumstances involved in *An Anchor and a Pitchfork*. Some of this data was transmitted through ORION 3, ORION 5, and ORION 7 from Japan to CIA and NSA headquarters in and around WASHINGTON DC that processed all the information from sources like *City and County of San Francisco*, 575 U.S. 600 (2015), BILL CLINTON'S visit with SHINZO ABE in March 2015, correspondence between CHIEF JUSTICE JOHN ROBERTS and the Japanese supreme court from March 2015 to July 2015, and HILLARY CLINTON'S speech on 06/26/2015 in their computers that was relayed also to the WHITE HOUSE. Everyone in NSA and CIA were intentionally unaware of the impending danger despite having every reason to know that it was going to happen in which they made An Anchor and a Pitchfork happen the way they did. CIA and NSA were in direct contact with PLAINTIFF at all times in Japan in Summer 2015 in which there was an affirmative duty to prevent RICO Enterprise 1 from furthering in which NSA, CIA, and Japanese DEFENDANTS all failed in furthering RICO Enterprise 1 in which they committed mail and wire fraud and other crimes in the process.

Executive Order 11905 No employee of the United States Government shall engage in, or conspire to engage in, political assassination."; 12036 The EO also expanded the U.S. ban on assassination by closing "loop-holes" and stating "No person employed by or acting on behalf of the United States Government shall engage in, or conspire to engage in, assassination." This ban on assassination would be restated in Executive Order 12333.

PLAINTIFF alleges JOHN BRENNAN, JEH JOHNSON, ANDREW MCCABE, PETER STRZOK, HILLARY CLINTON, BILL CLINTON, TOM PEREZ, LEON PANETTA, American DEFENDANTS, British DEFENDANTS, British Intel, Indian Intel, India, all had roles in *An Anchor and a Pitchfork* were some of the primary actors in furthering RICO Enterprise 1 in which those DEFENDANTS had committed some of the following violations of law:

In 1998, Johnson was appointed General Counsel of the Air Force by President Bill Clinton after confirmation by the U.S. Senate.

In light of *Star Chambers*, SCOTUS decided RJR NABISCO, INC. v. EUROPEAN COMMUNITY in 2016 that dealt with RICO foreign extraterritoriality.
Judge JENNIFER B. COFFMAN, a Clinton friend, started her career at FISA in May 19th, 2011 (one week before Al-Kidd was decided)(which was four days after PLAINTIFF graduated from Sewanee), but what was uncharacteristically uncommon for a FISA judge is that she suddenly retired ~~forced to quit~~ on 01/08/2013. This is what is most peculiar. Bill Clinton appointed her to be a judge in Kentucky in 1993 (she was around 45 years old at the time). She was exactly 65 years old when she retired. Thankfully, she is still alive today. There is this quote from Nabisco that was decided in 2016: "Congress's more recent decision to exclude from the antitrust laws' reach **most conduct that "causes only foreign injury,"** *F. Hoffmann-La Roche Ltd* v. *Empagran S. A.*, 542 U. S. 155 also counsels against importing into RICO those Clayton Act principles that are at odds with the Court's current extraterritoriality doctrine. Pp. 22–27... In particular, while they are correct that RICO's private right of action was modeled after §4 of the Clayton Act, which allows recovery **for injuries suffered abroad** as a result of antitrust violations, see *Pfizer Inc.* v. *Government of India*, 434 U. S. 308, 314–315, this Court has **declined to transplant features** of the Clayton Act's cause of action into the RICO context where doing so would be inappropriate… Thus, as we have observed in other contexts, providing a private civil remedy for foreign conduct creates a potential for international friction beyond that presented by merely applying U. S. substantive law to that foreign conduct… "[t]he application . . . of American private treble-damages remedies to anticompetitive conduct taking place abroad has generated considerable controversy" in other nations, even when those nations agree with U. S. substantive law on such things as banning price fixing. *F. Hoffmann-La Roche Ltd* v. *Empagran S. A.*, 542 U. S. 155, 167 (2004)." This right here gives enough suspicion that the Indian Government had something to do with what is to come. PLAINTIFF is alleging that the HOFFMAN reference is COFFMAN and is a reference to PLAINTIFF and Judge JENNIFER B. COFFMAN. The suspicions around Judge JENNIFER B. COFFMAN are supported by the following. She is one of the judges who spent the least amount of time on the Court around 1.5 years. That's it.

From what PLAINTIFF was able to ascertain, these are some of the judges that spent the least amount of time on the court: Thomas MacBride (spent 1 year on the FISA court when he left the court at 66 years old. Worked at the E.D. California Court until he died at 85), John Conway (1 year 5 months. Left FISA for unknown reasons. Really uncertain about his story. Allegedly retired from FISA in 2007. Worked at least for 7 years afterwards when he died as a Judge in New Mexico at 79); Lawrence Pierce (immediately went back to the 2nd Circuit at 57 y/o. retired at 71 around same amount of time spent on the Court as Coffman. Then worked for USAID. Died at 95.); Sidney Aronovitz (On FISA Court on June 1989. Left Court in May 1992. assumed senior status on October 31, 1988 in Florida and remained on the court until his death in Miami on January 8, 1997). Nearly every single FISA judge who had a short term continued to work in the judiciary afterwards.  THE ONLY EXCEPTION TO THE RULE WAS CLINTON FRIEND: Judge JENNIFER B. COFFMAN, who is still alive more than 10 years after she left the FISA court, PLAINTIFF could not ascertain what she has been doing in her life besides like one or two speeches and lectures. Nothing else. PLAINTIFF is alleging that based on the suspiciousness of JENIFFER B. COFFMAN'S early departure, PLAINTIFF is alleging she knew of the legal fraud perpetuated against PLAINTIFF or ruled to coverup what American INTEL did against PLAINTIFF and was forced to leave early by Chief Justice John Roberts.

In July 2015, PLAINTIFF was in Ito/Orange Beach Japan. PLAINTIFF was staying at a hostel in which there was this obviously orange hair/strawberry blonde looking Slavic woman in the hostel. PLAINTIFF recognizes his kind when he sees fellow Slavic people and PLAINTIFF approached. PLAINTIFF said he was Serbian and she said she was from Ukraine. So this would have created an instant Slavic bond abroad, but she came off very uncharacteristically distant when slavs meet one another in foreign places. PLAINTIFF alleges she was in SZRU.  CONGRESS passed a law that went into effect in which the following is an excerpt from the provision: "Section 315. Report on intelligence sharing with Ukraine. Section 315 expresses the sense of Congress that the President should provide the Government and armed forces of Ukraine with appropriate intelligence sharing support. Section 315 also requires the DNI and the Secretary of Defense to conduct an assessment of U.S. intelligence sharing with the Government of Ukraine and to submit a report on the assessment to the congressional intelligence committees." PLAINTIFF alleges that the Government of UKRAINE/SZRU, DNI, and DoD were sharing information about PLAINTIFF when PLAINTIFF was in Baton Rouge, LA and Japan in which they furthered RICO Enterprise 1 and utilized the previous provision to do so.

PLAINTIFF is alleging that PETER STRZOK, JAMES COMEY, ANDREW MCCABE, DHS, JEH JOHNSON, and/or JOHN O. BRENNAN, violated 18 U.S.C. § 2517(a) in An Anchor and a Pitchfork when they gave specifically identifiable information obtained in the course of an ongoing investigation to Hillary Clinton about PLAINTIFF.

To save on ink, paper, and space, PLAINTIFF is alleging that DEFENDANTS violated the following through the entirety of: **An Anchor and a Pitchfork:**
**See: some of DEFENDANTS' crimes of:** 18 U.S.C §1951 (EXTORTION); Title VI of the Civil Rights Act, 18 U.S.C.§1862 (d); 18 U.S.C.§1862 (c); 18 U.S.C.§1862 (b); 18 U.S.C.§1862 (a); 42 U.S.C. §1981; 42 U.S.C.§1983, 42 U.S.C. §1985(2); 42 U.S.C. §1985(3); 42 U.S.C. §1986; 18 U.S.C.§226, 18 U.S.C. §241, 42 U.S.C. §1983, 18 U.S.C. §1961 Sections 1581-1590 (relating to peonage), 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18

U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S. Code §201 (bribery), 18 U.S.C. §872 (Extortion by officer), 18 U.S. Code § 875, 18 U.S. Code § 880 (receives proceeds of extortion), Section 504, and PLAINTIFF'S 1st, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment rights.

 

 

In Fall 2014 PLAINTIFF moved in at 773 John Henry, Baton Rouge, LA. 70820 with my new roommate, Warwick Allen, a New Zealander studying at LSU; and then Jacob as an additional roommate later.

The home PLAINTIFF was renting a bedroom from was owned by an Armenian man in October 2014 at 773 John Henry in Baton Rouge, Louisiana. Armenians are kind of like Slavic people (PLAINTIFF's upbringing is Slavic) due to being once under the USSR and PLAINTIFF found it easy to relate to my landlord Arthur. One day, the kitchen sink is backing up and not draining. PLAINTIFF calls landlord Arthur to fix it. Arthur gets a plumber who then determines the cost of the repair is going to be quite extensive. The plumbing issue and fixing the kitchen sink are repairs that can be called ***a home repair***—HILLARY CLINTON will directly allude to this in a speech she made on 06/26/2015. If PLAINTIFF recalls correctly, PLAINTIFF told landlord Arthur that it would be prudent file a claim with his homeowner's insurance. PLAINTIFF texts these messages to landlord Arthur and DEFENDANTS have a copy of the exculpatory evidence it contains in which DEFENDANTS intentionally ignored it. Landlord Arthur then complains it is going to raise his rates. DEFENDANTS have now found a false justification and connect to--yet again against their better reasonable judgment--try to falsely connect PLAINTIFF to PLAINTIFF'S house having burned down in May 2010 to connect PLAINTIFF with insurance fraud. As previously stated, PLAINTIFF never committed insurance fraud nor did PLAINTIFF burn down his own home as his cat, Sparky, was far more valuable to PLAINTIFF than any monetary gain that could ever be obtained through burning down the home and DEFENDANTS falsely allege that PLAINTIFF is telling landlord Arthur to commit insurance fraud when PLAINTIFF never told him to commit insurance fraud in the first place. PLAINTIFF wishes he could tell the Court more; but there is probably something with the situation that PLAINTIFF adequately can't remember because it was that non-consequential to PLAINTIFF'S mind at the time because **PLAINTIFF was telling landlord Arthur the truth that he should do things legally and that he should bite the cost on the increase in insurance rates going up due to the necessary repairs.** ANDREW MCCABE and DEFENDANTS OMIT this information.

One day, PLAINTIFF wants to say around late 2014, "cable installers" come into the home. PLAINTIFF is very suspicious of these activities as PLAINTIFF had done nothing to be caused to be under surveillance at the time. PLAINTIFF alleges it was the CIA, JOHN O. BRENNAN, JEH JOHNSON, DHS, JAMES COMEY, PETER STRZOK, ANDREW MCCABE, FBI, ERIC HOLDER, BARACK OBAMA, and/or LORETTA LYNCH, that ordered surveillance to be installed in PLAINTIFF'S home. So, FBI, CIA, NSA, DHS, JEH JOHNSON,

JOHN O. BRENNAN, JAMES COMEY, etc. knowing of *Alderman v. United States,* 394 U.S. 165 (1968) wanted to violate and distinguish the case again as they had in *This Side of the Street. Alderman v. United States,* 394 U.S. 165 (1968) said: "We adhere to the established view in this Court that the right to be secure in one's house against unauthorized intrusion is not limited to protection against a policeman viewing or seizing tangible property -- "papers" and "effects." Otherwise, the express security for the home provided by the Fourth Amendment would approach redundancy. The rights of the owner of the premises are as clearly invaded when the police enter and install a listening device in his house as they are when the entry is made to undertake a warrantless search for tangible property, and the prosecution as surely employs the fruits of an illegal search of the home when it offers overheard third-party conversations as it does when it introduces tangible evidence belonging not to the homeowner, but to others. "This Court has never held that a federal officer may, without warrant and without consent, physically entrench into a man's office or home, there secretly observe or listen, and relate at the man's subsequent criminal trial what was seen or heard."

But for CIA, JOHN O. BRENNAN, JEH JOHNSON, DHS, JAMES COMEY, PETER STRZOK, ANDREW MCCABE, FBI, ERIC HOLDER, BARACK OBAMA, and/or LORETTA LYNCH's violation of *Alderman v. United States,* 394 U.S. 165 (1968), *an Anchor and a Pitchfork* could not have happened. Period.

PLAINTIFF has to describe the relationship between WARWICK ALLEN, the New Zealander, and PLAINTIFF who were roommates at 773 John Henry, Baton Rouge, LA. 70820. This ***is absolutely vital*** in determining that in fact a WAR CRIME took place against PLAINTIFF. There is a video that PLAINTIFF is requesting the Court to watch before the Court understands—fundamentally-- what PLAINTIFF is getting at and conveying to the Court. It is called *Bikie Wars* by Aunty Donna on Youtube,[466] which is a good example of Australian/New Zealand humor. PLAINTIFF doesn't like having to explain humor, but it is necessary to do so. If the DEPARTMENT OF JUSTICE went to court and they said they had a defendant on video that admitted to extortion, selling cocaine to kids, giving him $20 to perform unlicensed abortions, killing a crooked police officer, and then the DOJ showed the Court *Bikie Wars* by Aunty Donna as the video confession and proof of the crimes, DOJ would literally be laughed right out of court. Two integral facets of aussie/kiwi (New Zealand) humor are: sarcasm and absurdity. In sarcastic and absurd humor, there is an inherent conflict in personality where something is said that is 'not right' with the known facts of that particular character and personality thus creating the tension necessary for a joke. For example, seeing how WARWICK ALLEN is an atheist environmentalist, if he started rambling on about how Exxon-Mobil saved Jesus and the Church, *that is not in congruence with the known facts of who he is*, hence it is *absurd and sarcastic*. PLAINTIFF had performed some stand-up comedy (sometimes good, sometimes PLAINTIFF bombed), loved God and Christ, and loved America and the Constitution. My personality character would be that of "Constitutional Christian Comic." Unless the Constitution, Christianity, and Comedy are now on the same level of Uranium and Terrorism to US intelligence agencies, which this case has now proven to be true, DEFENDANTS had no business falsely labeling PLAINTIFF as being averse to the United States in Spring 2015. Furthermore, PLAINTIFF had minored in philosophy and had so many musings about politics, life, etc. to be a political philosopher during ***these 1ˢᵗ Amendment protected conversations in the***

[466] https://www.youtube.com/watch?v=ihSaGAVHmvw

**_privacy of PLAINTIFF's own home._** Utilizing these conversations against PLAINTIFF is on par with the tactics of what the Stasi and KGB used to do during the Cold War and should be abhorrently and fundamentally Anti-American and DEFENDANTS shouldn't be doing that, But then again….

WARWICK and PLAINTIFF understood the comedic, and yet sometimes serious, nature of the conversations we having with one another in the privacy of our home and fundamentally understood when we were being serious and when we were being sarcastic throughout our time as being roommates. Our conversations could be akin to a comedic podcast in nature.[467] See: Screenshot below that confirms such. DEFENDANTS did not understand these



important facts and were intentionally that deceitful and full of malice or that grossly negligent in understanding the totality of the circumstances here and intentionally misrepresented what WARWICK ALLEN and PLAINTIFF were talking about. WARWICK and PLAINTIFF, as roommates (along with RACHAEL MASON, WARWICK's girlfriend, and then later JACOB), would just bullshit comically and talk about whatever came to mind, had the completely reasonable privacy expectation that DEFENDANTS were not listening in on us (because they had no reason to, BUT THEY WERE), and that the DEFENDANTS would not be so low as to

---

[467] God did not make me into a psychic prophet and there is no way I could have foreseen what was about to come.

share what two bullshitters said in the family room in the privacy of their own homes with people like HILLARY and BILL CLINTON that WARWICK and PLAINTIFF made fun of (BUT DEFENDANTS DID). WARWICK and PLAINTIFF talked a lot about the Government in which PLAINTIFF expressed his canonical views and principles that DEFENDANTS:

- shouldn't be corrupt;
- should obey the Constitution;
- Most importantly DEFENDANTS shouldn't do extremely stupid things that imperil the nation.*cough like commit acts of terrorism against a special needs man cough cough*

As Chief Justice Hughes wrote in *Stromberg* v. *California*, 283 U.S. 359 (1931), "The maintenance of the opportunity for free political discussion to the end that government may be responsive to the will of the people and that changes may be obtained by lawful means, an opportunity essential to the security of the Republic, is a fundamental principle of our constitutional system. A statute which upon its face, and as authoritatively construed, is so vague and indefinite as to permit the punishment of the fair use of this opportunity is repugnant to the guaranty of liberty contained in the Fourteenth Amendment. . . ."  The United States Government was absolutely not responsive to the will of the People (that includes PLAINTIFF) and that changes of non-corruption can be obtained by having DEFENDANTS follow the law and not be corrupt. These discussions, quite frankly, were essential to the security of the Republic. PLAINTIFF would be punished for these talks and it was completely repugnant to the guaranty of liberty and DEFENDANTS would absolutely not use these conversations fairly.

When PLAINTIFF was having these musing First Amendment protected conversations in the privacy of his home with WARWICK ALLEN, first and foremost, PLAINTIFF had no reason to believe that PLAINTIFF was under such heavy, or any, surveillance at the time because *PLAINTIFF was good* and *not* that PLAINTIFF had been committing federal crimes left and right by slaughtering scores of people, raping, and pillaging villages like some barbaric Viking because there was no probable cause to have PLAINTIFF under such heavy surveillance. Period. All PLAINTIFF had been doing with his life at that time ***was completely minding his own business*** by going to school, studying, eating, sleeping, trying to have a girlfriend and failing at that miserably, and trying to have some life and progress to PLAINTIFF'S goal of being a constitutional and disability lawyer.  Next, PLAINTIFF believed at the time that *PLAINTIFF was* *a nobody and was a loser* at this time because of how damaging SEWANEE era had been to PLAINTIFF and had not been fully socially accepted by his peers at LSU Law despite trying to do things like creating a monthly bbq sessions with students in his section at law school. PLAINTIFF believed that PLAINTIFF was that inconsequential to the DC ELITE since PLAINTIFF believed he was of no legal or political importance to anyone in Washington D.C and could not influence anyone in Washington D.C or the DC Elite because PLAINTIFF did not have the power or money to do so. Most importantly PLAINTIFF would not actually protest outside the home of SUPREME COURT Justices and, one day, PLAINTIFF made a joke based on the absurdity of the facts contained in the joke. DOJ/MERRICK GARLAND referenced this joke to Congress. PLAINTIFF had no manifest intention on ever acting on a bunch of the things WARWICK and PLAINTIFF talked about.

One day, 100% true, WARWICK ALLEN brings up conversations about spying and foreign intelligence. WARWICK ALLEN induces PLAINTIFF into answering a question in which WARWICK ALLEN poses something to the effect of: IF you had to choose to be a spy for an adverse foreign country, who would you choose? PLAINTIFF first confirms that he would never choose to be a spy for a foreign country because he loves America and that PLAINTIFF would make a horrible spy because PLAINTIFF wasn't that smart, PLAINTIFF was obvious, and PLAINTIFF was awkward. ***WARWICK ALLEN kept prodding*** and then PLAINTIFF completely understanding the hypothetical nature of the conversation in which WARWICK ALLEN and PLAINTIFF would just regularly shoot shit because it was 'itan' and Serbian and American-esque bullshit and it was entertaining conversation, PLAINTIFF said Serbia or Macedonia, and if not, then Russia because of the similar slavic nature in which Slavic blood runs deep seeing how Serbia and Russia were friendly. PLAINTIFF was never a spy for Russia. PLAINTIFF alleges that ANDREW MCCABE and PETER STRZOK having knowingly utilized perjured testimony and fabricated evidence in obtaining a warrant for PLAINTIFF because DEFENDANTS themselves burned down PLAINTIFF'S home and wanted to allege PLAINTIFF had done so for whatever reason. So having fraudulently induced the court, JOHN O. BRENNAN, ANDREW MCCABE, and PETER STRZOK utilized the Rachael Sanders wooing joke from *Whoopsie when they had PLAINTIFF under surveillance in which they fundamentally knew that PLAINTIFF had never been to Russia or worked on behalf of Russia* and then ANDREW MCCABE, PETER STRZOK, JOHN O. BRENNAN, and JEH JOHSON completely omitted the complete context of the conversation later on to the Courts. Then WARWICK ALLEN prodded PLAINTIFF further and somehow the conversation ended up going to a place where PLAINTIFF talked about "LEROY was here" in WWII with American and Allied soldiers in which if Russia wanted to replicate something like that, they would need an easy symbol to draw in which PLAINTIFF gave the example of 'Z.' Somehow, later on, in the war in Ukraine, some letter 'Z's ended being on russian tanks in which PLAINTIFF read a news article and that made PLAINTIFF remember and that freaked out PLAINTIFF. Remember, this is 2015, PLAINTIFF also talked about how if Ukraine wanted to send a propaganda message to Russia--in which PLAINTIFF talked about the stereotypical nature of serbs and Russians loving sunflower seeds—if Russia decided to invade Ukraine, they would tell a story about an Ukrainian woman telling a Russian soldier about killing the Russian soldier in which  the Russian soldier would be buried with sunflower seeds and sunflowers would sprout from his grave. PLAINTIFF said that in 2015. Again, it is this material context and omission by American INTEL that kept causing the fucking problems.

**So who was PLAINTIFF during Spring 2015?**
Who was PLAINTIFF outside of the descriptions provided for in the Upbringing Section?

PLAINTIFF was a blue-collar, libertarian, making it and living semester to semester during his entire time in law school in which PLAINTIFF would be kicked out at any second (it is not that PLAINTIFF couldn't pass academically and grasp and comprehen the material without the proper help; but PLAINTIFF would be kicked out because of financial aid or administrative issues), a Constitutional Christian Comic, PLAINTIFF trusted people too easily and had a deep skepticism of those in power, PLAINTIFF wanted to explore, learn about anything and everything that interested him, live life, and understand the entirety of the world, and finally, a disabled autistic man that overcame it all through the years.

Suppose DEFENDANTS falsely alleged PLAINTIFF was hostile against the US and that DEFENDANTS had the "proper" legal authority to install software in my laptop (as per ANDREW MCCABE'S admissions made in his book), there should have been evidence of my alleged hostility on my laptop or personality red flags that would require further investigation. No, the only thing they would have found is only adult porn (in which there was no porn: that degraded women, that involved BDSM, that involved ropes and tying, that was extremely hard-core); there did not find any animal crush videos or any evidence of mutilating animals or people or anything that harmed individuals; DEFENDANTS found normal Hollywood movies, a music collection that consisted mostly of classical, country, and pop music, school related documents, class notes, cases, etc. Pretty much exactly everything and anything you would expect to find on a normal male American law school student's laptop. DEFENDANTS can confirm their search did not yield PLAINTIFF visiting any extremist or terrorist websites (DEFENDANTS had my browsing history and google search history via Chrome), PLAINTIFF posted no extremist views anywhere on social media in which PLAINTIFF posted on Reddit to help people and occasionally posted on Facebook to let people know what was going on in his life and messages on Facebook from time to time, PLAINTIFF did not write nor had any documents that had extremist views written on any documents; PLAINTIFF had no extremist or terrorism documents in his laptop; PLAINTIFF had no documents that expressed any hostility against anyone and anyone in the United States Government; there was absolutely nothing that would be remotely indicative of being plausibly construed in any way or sense or form that expressed any hostility towards the United States or anyone else or that was not constitutionally protected that would constitute or warrant the counterterrorism division or heads of the FBI and CIA to be so interested in PLAINTIFF. Period.

BRIANA (BRI) DRESCHER and PLAINTIFF were friends from the very beginning of law school. How we met was the fact that PLAINTIFF was wearing a "BFM" shirt and BRI made a comment on my shirt during orientation in August 2013 during PLAINTIFF's first 1L year, and from that moment on, we became instant friends. BRI was romantically involved with her now husband at the time when we met and they had been together for a long time prior to that. BRI and PLAINTIFF developed a deep friendship until something happened in March 2015. BRI and PLAINTIFF went to Twin Peaks and then there was something very different about that night. Through the course of the night and talking late into the night, the connection we had changed from being friends to lovers. We talked about everything. PLAINTIFF admitted to part of *Financial Terrorism* story because I felt comfortable with her and it was beyond the statute of limitations. PLAINTIFF had driven that night so PLAINTIFF at most had either 2 or 3 beers like PLAINTIFF normally does and BRI had the same amount. PLAINTIFF believes there were times prior to this incident and afterwards in which BRI had consumed alcohol, wasn't legally intoxicated, and drove home from the restaurant or bars afterwards. Yes there was some alcohol involved in this incident, but neither BRI nor PLAINTIFF drank to the point where it would have been an issue. BRI drove to Twin Peaks that night where we would just end up meeting at Twin Peaks.[468] What PLAINTIFF most definitely remembers was that PLAINTIFF and BRI stayed at Twin Peaks for more than two hours in which BRI and PLAINTIFF were some of the very last people to leave because of the conversation between us just flowed so

---

[468] I'm sure text messages between Jane and I would demonstrate or prove what happened that night in terms of getting to and from Twin Peaks.

smoothly and BRI and PLAINTIFF both lost the track of time. Even through the dinner we did things that a couple would do that BRI and PLAINTIFF have never done before such as BRI wanting to share food with PLAINTIFF and trying to feed PLAINTIFF with her food. What PLAINTIFF distinctly recalls as BRI and PLAINTIFF were leaving that night was that BRI said that she wanted to go back to my place with me in my car. BRI could have driven herself home from Twin Peaks that night because she wasn't legally intoxicated,[469] *but she didn't*. She decided to come to back home with me that night and leave her car at Twin Peaks.

So BRI and PLAINTIFF drove back to PLAINTIFF'S place, entered through the kitchen, and then went to my bedroom. PLAINTIFF doesn't remember what PLAINTIFF was showing her in my bedroom, but BRI and PLAINTIFF got really close to one another. BRI looked at me and PLAINTIFF looked at her and her body language was one that she really wanted to kiss—eyes staring directly into mine, chest pushed up and towards me taking slow and deep breaths, and mouth slightly open. Now before PLAINTIFF says anything further, BRI is hot. BRI modeled prior to law school, has large breasts that PLAINTIFF most definitely wanted to motor boat in, blonde hair, blue eyes, would be considered extremely attractive to everyone. PLAINTIFF wanted to go with her, do things with her and make sounds in the process like complete romantic savages. BUT PLAINTIFF started to lean in to kiss BRI, but then PLAINTIFF stopped. PLAINTIFF stopped primarily for the reason that PLAINTIFF thought about the relationship she had with her boyfriend at the time and PLAINTIFF didn't want to ruin their relationship for a one-time mistake on her part. It became really awkward after PLAINTIFF stopped and then PLAINTIFF said do you want me to take you back home and she said yes. PLAINTIFF drove her back home. Our friendship became really strained after that night. It was one of the last times within the last 8 years PLAINTIFF felt anything romantic in his heart. Then PLAINTIFF remembers in December 2016 PLAINTIFF texted her and told her PLAINTIFF was leaving Louisiana and that PLAINTIFF had no idea when PLAINTIFF would ever see her again, and wanted to see if she wanted to talk before PLAINTIFF left the state. She said yes and had agreed to meet me at Starbucks. But she made up some excuse and blew me off. Sometimes PLAINTIFF wonders if he was actually texting BRI that day in December where it could have been someone that took over BRI's phone and posed as her. PLAINTIFF was not invited to Bri's wedding that took place in 2017. BRI is now a mother. Like PLAINTIFF said, the last time PLAINTIFF felt that deep of a connection with a woman was on that night. PLAINTIFF was even more heart broken than before in Spring 2015.

So after being completely heart broken by BRI DRESCHER, one of the documents DEFENDANTS did have by having conducted an illegal search on PLAINTIFF'S laptop in violation 18 U.S.C. §1961 Section 1028/1029 was that PLAINTIFF made a document in April 2015 which PLAINTIFF noted that he had wished upon a huge meteor shower having taken place in April 2015 that PLAINTIFF would soon find PLAINTIFF'S wife (the love of PLAINTIFF'S life); and if not, if PLAINTIFF could marry Kristina Khomova or Vera Pochtarev.[470] Without a meteor shower, Christianity as we know it may not have existed.

---

[469] If I recall correctly, I don't think she paid in cash and used her debit/credit card that night so it's quite possible to pull up how much she had to drink based on the receipt from that night.

[470] Just like how meteor shows fade into the abyss, the hope of marrying either one of these women has been faded into the abyss for a long time now.

Emperor Constantine-- on October 27th, 312 A.D-- who made Christianity legal in the Roman Empire. The following from Amusing Planet that describes why it was important[471]:

"Eusebius, one of the Christian Church's early historians, describes a vision that Constantine had while marching towards the site of the battle:

> *...while he was thus praying with fervent entreaty, a most*
> *marvelous sign appeared to him from heaven, the account of which*
> *it might have been hard to believe had it been related by any other*
> *person.*
> *...about noon, when the day was already beginning to decline, he*
> *saw with his own eyes the trophy of a cross of light in the heavens,*
> *above the Sun, and bearing the inscription 'conquer by this'.*
> *At this sight he himself was struck with amazement, and his whole*
> *army also, which followed him on this expedition, and witnessed*
> *the miracle.*

At first Constantine was unsure of the meaning of the apparition, but the following night he had a dream in which Christ explained to him that he should use the sign against his enemies. Constantine then commanded his troops to adorn their shields with the Christian symbol, the Chi-Rho, which he had seen in the skies. Constantine's army won the battle, and the new emperor dedicated the victory to Christ whom he believed had helped him."[472] So without a meteor shower, no Christianity. *See also*: Battle of Milvian Bridge.

PLAINTIFF prayed to the God during the meteor shower to find the love of his life soon and for her to be completely faithful. No open marriage or anything like that--No marrying someone or something under any circumstances that PLAINTIFF would find completely disgusting. DEFENDANTS knew all of this. Marriage was one *of the major and only hopes* PLAINTIFF had to look forward to in his miserable life up to that point of time and looked forward to it so much *because **if PLAINTIFF'S family wouldn't love PLAINTIFF for himself, then at least his future wife would; and PLAINTIFF just wanted that so badly***. Furthermore, PLAINTIFF wanted to be married inside an Orthodox Church or All Saints Chapel as marriage is extremely important in the Orthodox Christian faith. It would deeply offend PLAINTIFF beyond belief to be married to anyone if PLAINTIFF did not get married inside a church. Period. Does this sound like terrorist or counter-espionage related activity to you? NO! Did PLAINTIFF write that PLAINTIFF would shout out loud Allahu Akbar and screaming about infidels in a public place in my future marriage proposal? No, no PLAINTIFF did not. Again, nothing criminal or terrorist like.

If any competent intelligence agency DEFENDANTS would have talked to school administrators, teachers, students in the Spring of 2015, everyone (if they were being honest) would have expressed the same thing of what PLAINTIFF wanted to do and who PLAINTIFF was at that time: "Miki wanted to do constitutional and disability work, and despite his social struggles, he could occasionally be funny at times." If they would have asked PLAINTIFF'S

[471]

[472] Id.

friend CHERRY ROBERTS-MATHERNE, _an interrogator of terrorists overseas during the_
_Gulf War_, if PLAINTIFF had done or said anything remotely conceivable as hostile to the United
States in the two years of having known each other in the Spring of 2015, and if she was being
truthful, she would have told the Court and them: _**NO**_. _Texts between CHERRY ROBERTS-_
_MATHERNE and PLAINTIFF would have proven that to be true._ These wonderful pieces of
exculpatory evidence were omitted. If anything, PLAINTIFF'S actions would have showed
cooperation as, PLAINTIFF will explain in a bit, cooperated with CHERRY ROBERTS-
MATHERNE and LSU Law on dealing with financial aid issues yet again.


## "FUCK the CRIPPLES"—FBI under ANDREW MCCABE AND PETER STRZOK


      <u>**DEFENDANTS hated PLAINTIFF beyond any measure or any comprehensible or**</u>
<u>**articulable standards or limits that was so manifestly unjust and undeserved.**</u> PLAINTIFF
tried finding a case where the DEFENDANTS hatred of a subject was so existent as to
effectively deny due process but can't find a case like that.

      So why does PLAINTIFF have this contention? **By all means, be skeptical!** Give the
benefit of the doubt here to DEFENDANTS/FBI/CIA, etc. who were "just doing their jobs."

      Just read everything below and consider the question: would this be a factual explanation
based on circumstantial evidence describing the beginning steps on how war-crimes and RICO
violations were committed against an American in which there was not any semblance of Due
Process protections afforded to him and that these crimes were done against his conscience,
legal, and constitutional rights? PLAINTIFF has to show you--by evidence--what was going on
the minds of the DOJ and FBI when it came to individuals with disabilities in 2015 and 2016.

      First, did the BILL and HILLARY CLINTON ever take advantage of a disabled man
where they had the opportunity to stop a specific and direct harm to a disabled man in which they
executed a disabled man for their own political purposes? Yes. Yes, in fact, BILL and HILLARY
CLINTON did that with--RICKEY RAY RECTOR. "Clinton leaves the campaign trail [in 1992
or so] to attend the execution of cop-killer Ricky Ray Rector, a mentally incompetent black man
given to howling who is so dysfunctional that he asks his guards at his last meal to save his pie
for later."[473] As from Christopher Hitchens book on the CLINTONS, _No One Left To Lie To_, this
is an excerpt on who HILLARY CLINTON is a person: "Mrs. Clinton has the most unappetizing
combination of qualities to be met in many days' march: she is a tyrant and a bully when she can
dare to be, and an ingratiating populist when that will serve. She will sometimes appear in the
guise of a strong woman and sometimes in the softer garb of a winsome and vulnerable female.
She is entirely un-self-critical and quite devoid of reflective capacity, and has never found that
any of her numerous misfortunes or embarrassments are her own fault, because the fault
invariably lies with others…Like (Bill Clinton), she is not just a liar, but a lie; a phony construct
of shreds and patches and hysterical, self-pitying, demagogic improvisations."

---

[473] http://ontology.buffalo.edu/smith/clinton/arkansas.htm

But can you give multiple examples of how the DEFENDANTS/FBI referred to you, PLAINTIFF, in their investigations and how that would prove beyond a reasonable doubt their malice for PLAINTIFF based on how DEFENDANTS talked about PLAINTIFF that led to their actions concerning PLAINTIFF. Great question and suggestion!

First, as previously explained in *MID-YEAR*: The FBI started their whole entire investigation into PLAINTIFF on the basis of PLAINTIFF'S writing disability issues that stem from PLAINTIFF'S autism in 2008 and chose that specific incident to characterize PLAINTIFF on the basis of his disability. PLAINTIFF is kind of jumping ahead here, but it is vital to know and is introducing the Court to the issues that will come up: PETER STRZOK sent a message to LISA PAIGE and JR on 02/05/2016 at 8:02am: "Lisa—you were right, I was wrong (first time for everything), you're good. Andy, however needs [ME] (as does Bill P). I will take care of ***Bill***—would you or someone on ***DD staff*** handle paperwork for **Andy**? Looking to get a bulk read-in done next week; ***to the extent Andy wants to join***, I will let you know the time. I suspect he(/you) may need other compartments as well, so it might make sense to do his separately en masse (that's French for "all at once"…I'm not just a leader, I'm an educator)." 'Bulk read in' is DEFENDANTS, the FBI, getting Bulk Meta-Data collection from Section 702 or Section 215 to circumvent PLAINTIFF'S Constitutional Rights. (ME) can mean one of two things, 1st, it could be a self-reference by PETER STRZOK, but based on the date of the message and content of the sentence and the circumstances that occurred after Summer 2015, ME is referring to Midyear Exam (which is PLAINTIFF: See: MIDYEAR EXAM) as ME is an abbreviation of Midyear Exam and DEFENDANTS need to prosecute PLAINTIFF because ANDREW MCCABE needed to prosecute me on behalf of the CLINTONS as per their fundraiser stipulation on 06/26/2015. Most importantly in that message, DD can mean one of two things: 1st, DD is an abbreviation that could refer to Deputy Director (as that was ANDREW MCCABE'S position), but as PLAINTIFF is arguing based on the context, it is also an abbreviation for—developmental delays (which PLAINTIFF had from his childhood) in which DEFENDANTS had included documentation about PLAINTIFF'S developmental delays to his school in (*See*: *Second Chance*) that DEFENDANTS had access to, possessed, and utilized adversely against PLAINTIFF via the USA PATRIOT ACT and "didn't" need a warrant to obtain that information. The context of the statement proves such: the statement is "would you or someone on ***DD staff*** handle paperwork for **Andy**." People who work under Deputy Director ANDREW MCCABE already know they are staff members of the Deputy Director and that they handle paperwork for the Deputy Director—there's no need to repeat that fact. This phrasing also means that ANDREW MCCABE needs to keep some plausible distance from PLAINTIFF to ANDREW MCCABE and have different staff members deal with paperwork that involves PLAINTIFF to whatever ANDREW MCCABE is directing his staff to do against PLAINTIFF'S Constitutional and legal interests. This is further supported in the text as PETER STRZOK himself notes the distance litmus test: "to the extent that ANDY (ANDREW MCCABE) wants to join" because of what happened in 06/26/2015. The FBI were literally referring to PLAINTIFF on the basis of his disability as 'DD' and the agents and case handlers in the FBI that were working against PLAINTIFF'S interests were on *the DD staff that concerned PLAINTIFF*. In the previous message on 02/05/2016 at 8:02am, by "taking care of BILL," PLAINTIFF is alleging that DEFENDANTS are taking care of BILL CLINTON and covering up for him after what BILL CLINTON did on March 17th, 2015 and thereafter. This is extremely plausible because there is a reference to *two different* BILLS where you can separate them as being distinct individuals:

BILL P is individual 1 and BILL is individual 2. BILL CLINTON is BILL INDIVIDUAL 2 above. You may be thinking, that was a bit of stretch in which certain individuals in the FBI refer to you on the basis of your disability, and PLAINTIFF says to you, it is not.

PETER STRZOK admits behind closed door testimony to Congress in 2018 that DEFENDANTS routinely and systematically--without any form accountability or a single pause to reflect that their actions were ***that*** demonstrably unconstitutional and illegal under at least Section 504—referred to PLAINTIFF on the basis of his disability since 2008. The SUBJECT

```
Q    So, to be clear, it sounds like the term "special," either
in an older FBI, and maybe the term has just carried over, it meant
how something administratively was done with the case, not the subject
matter of the case.

A    Both.  I mean, typically, I think it was an administrative
process, but there was also a recognition that, you know, if there was
```

```
         So I saw that as immediately appropriately addressed, and I
    continued then to look at the wide range of responsibilities I had,
    one which was -- is truly significant, the Russia investigations, but
    there are any number of other espionage cases or counterintelligence
    matters that were going on at the same time.
```

MATTER OF THE CASE (i.e. the person of the investigation or case) is "SPECIAL" which refers to PLAINTIFF being a former special education student as the word "Special" is commonly associated with "Special Education" students and disabled individuals, particularly those who are on the autism spectrum and/or have an intellectual disability. Like PETER STRZOK said: "THERE WAS ALSO A RECOGNITION" in regards to using certain terms that related to PLAINTIFF'S disability that identified PLAINTIFF. Like PLAINTIFF doesn't mind if DEFENDANTS, friends, or anyone for that matter jokingly and lovingly called me a Crazy Cripple, Terrorist Al-Derp-e-Dur, Downie the Bear, etc. PLAINTIFF understands that it is joking and comes from a place of good intent and will and makes light of the situation that PLAINTIFF was in special ed, factual circumstances, and that PLAINTIFF is being accepted anyway even though he was a special ed student. However PLAINTIFF objectively and factually recognizes how there was no good-will on part of DEFENDANTS that spanned over the years through an unbelievable amount of times and references that prejudiced PLAINTIFF.  Just imagine the outrage and uproar that would occur if the FBI referred to staff that were working on a potential case involving an African-American suspect with the acronym of NEGRO or BLACK Staff; and that's exactly how the FBI referred to PLAINTIFF—on the basis of his legally protected status. You will find out later, PLAINTIFF will become so obsessed with the word "other" to the point of an obsession that related to some disability issues so one of the terms they use to refer to me is "other." (See picture above: **other** espionage cases). As PLAINTIFF made an earlier argument

with the case of: *Yamaha Motor Corp v. Riney*, 21 F.3d 793 (8th Cir. 1994), DEFENDANTS ANDREW MCCABE, LISA PAGE, and PETER STRZOK should have been disqualified from the very beginning and it is clear that their decision-making processes was drenched, covered, and smothered in actual bias and prejudice that objective reasonableness was an impossibility and a non-existent reality.

How this gets even more fucked up is the Espionage case they're talking about and arguing over is the following factual scenario that DEFENDANTS are desperately trying to prosecute PLAINTIFF over:

WikiLeaks, completely unconnected to PLAINTIFF, leaks HILLARY CLINTON'S emails that contain proof and evidence of HILLARY CLINTON'S involvement in part of the terrorist activity in LONDON on 03/11/2011 via *Miki's Tea Party* that impacted PLAINTIFF and was committed against PLAINTIFF in which PLAINTIFF had a copy of HILLARY CLINTON'S emails that documents the connection between HILLARY CLINTON, PLAINTIFF, and REBECCA WETHERBEE and the RICO ENTERPRISE that existed in 2010 and 2011 AND <u>DEFENDANTS ARE TRYING TO PROSECUTE PLAINTIFF FOR POSSESSING EMAILS THAT HE WAS PART OF AND WAS BEING REFERENCED TO,</u> in which if DEFENDANTS--were being completely honest during discovery and providing Brady material to PLAINTIFF as a DEFENDANT--would have had to necessarily provide PLAINTIFF the same exact emails anyway (even if they were not leaked or leaked).

That's a travesty of justice. That's how ridiculous this all became.

PETER STRZOK, ANDREW MCCABE, LISA PAGE, and other DEFENDANTS never saw PLAINTIFF for who PLAINTIFF was because all PLAINTIFF was to them was just something that was completely outside of my control that PLAINTIFF was born with and spent his whole life fixing and trying to fix. Some of the different keywords that, in certain contexts, serve as an identifier for PLAINTIFF, that all relate to his legally protected disability status are: "other," "DD," "simple," and "Special."

*In New York Times Co. v. United States,* 403 U.S. 713 (1971), The Court granted Certiorari when some newspapers wanted to publish a classified study--that detailed U.S. decision making in a foreign country—entitled: "*History of U.S. Decision-Making Process on Vietnam Policy*." **The Court necessarily and unequivocally ruled these factual circumstances as Constitutional and protected under the 1st and 14th Amendments:** some REPORTERS had obtained, possessed, and utilized a source of CLASSIFIED materials concerning decision making abroad in which someone had LEAKED the information. PERIOD. PLAINTIFF did not commit a single crime in possessing HILLARY CLINTON'S confidential Emails in which some of them concerned PLAINTIFF. The Court discussed how The Government "thus carries a heavy burden of showing justification for the imposition of such a restraint." *Organization for a Better Austin v. Keefe,* 402 U. S. 415, 402 U. S. 419 (1971)" and that they did not meet the heavy burden of showing the justification for imposing the restraint.

Justice HUGO BLACK in his concurring opinion in *New York Times Co. v. United States,* 403 U.S. 713 (1971), who is one of PLAINTIFF'S favorite Supreme Court Justices,

wrote: "In other words, we are asked to hold that, despite the First Amendment's emphatic command, the Executive Branch, the Congress, and the Judiciary can make laws enjoining publication of current news and abridging freedom of the press in the name of "national security." The Government does not even attempt to rely on any act of Congress. Instead, it makes the bold and dangerously far-reaching contention that the courts should take it upon themselves to "make" a law abridging freedom of the press in the name of equity, presidential power and national security, even when the representatives of the people in Congress have adhered to the command of the First Amendment and refused to make such a law. To find that the President has "inherent power" to halt the publication of news by resort to the courts <u>would wipe out the First Amendment and destroy the fundamental liberty and</u> ***<u>security of the very people the Government hopes to make "secure."</u>*** No one can read the history of the adoption of the First Amendment without being convinced beyond any doubt that it was injunctions like those sought here that Madison and his collaborators intended to outlaw in this Nation for all time. ***<u>The word "security" is a broad, vague generality whose contours should not be invoked to abrogate the fundamental law embodied in the First Amendment. The guarding of military and diplomatic secrets at the expense of informed representative government provides no real security for our Republic…</u>***This thought was eloquently expressed in 1937 by Mr. Chief Justice Hughes -- great man and great Chief Justice that he was -- when the Court held a man could not be punished for attending a meeting run by Communists. "The greater the importance of safeguarding the community from incitements to the overthrow of our institutions by force and violence, the more imperative is the need to preserve inviolate the constitutional rights of free speech, free press and free assembly in order to maintain the opportunity for free political discussion, to the end that government may be responsive to the will of the people and that changes, if desired, may be obtained by peaceful means. *<u>Therein lies the security of the Republic, the very foundation of constitutional government.</u>*"

    The Court in *New York Times Co. v. United States,* 403 U.S. 713 (1971) cited Chief Justice Hughes's opinion in *Near v. Minnesota,* 283 U. S. 697 (1931( that said:"While reckless assaults upon public men, and efforts to bring obloquy upon those who are endeavoring faithfully to discharge official duties, exert a baleful influence and deserve the severest condemnation in public opinion, it cannot be said that this abuse is greater, and it is believed to be less, than that which characterized the period in which our institutions took shape. Meanwhile, the administration of government has become more complex, the opportunities for malfeasance and corruption have multiplied, crime has grown to most serious proportions, and the danger of its protection by unfaithful officials and of the impairment of the fundamental security of life and property by **<u>criminal alliances</u>**[474] and official neglect, emphasizes the primary need of a vigilant and courageous press, especially in great cities. The fact that the liberty of the press may be abused by miscreant purveyors of scandal does not make any the less necessary the immunity of the press from previous restraint in dealing with official misconduct."

    But PETER STRZOK testified the following to Congress and obstructed justice by completely mischaracterizing what this was all about:

---

[474] Cough. RICO ENTERPRISE Cough Cough.

Mr. Krishnamoorthi. Why not?

Mr. Strzok. That's not who we are. That is not -- my decades
of FBI experience, we are driven by a pursuit of the truth. Just as
I would never allow any personal opinion or belief to drive an action,
I wouldn't tolerate it in others, and that is a -- the code of the
Bureau. And what distresses me the most are people's suggestion that
the FBI is the sort of place where that even could possibly occur is
destructive to the rule of law and the mission of the FBI to protect
the United States.

DEFENDANTS were not driven by a pursuit of truth. PLAINTIFF demonstrated what the truth was in the previous paragraphs and sections and the FBI/DEFENDANTS intentionally and deliberately ignored the truth at every single step of the way since at least 2008. PETER STRZOK said he would not allow any personal opinion or belief to drive the action. This is empirically and categorically false. What is but an opinion of hatred about someone when you only refer to that person on the basis of their legally protected status?  On Nov. 9, 2016, to demonstrate how long DEFENDANTS have been after PLAINTIFF and their complete hatred of PLAINTIFF, "FBI attorney instant messaged another FBI employee: "I am so stressed about what I could have done differently…I just can't imagine the <u>systematic disassembly of the progress we made over the last 8 years</u>."[475] So DEFENDANTS know of the systematic corruption committed against PLAINTIFF over at least 8 years of 50+ RICO Predicate Acts and are that dead-set on prosecuting PLAINTIFF. So FBI opens the "Crossfire Hurricane" investigation (CFH) and PETER STRZOK texts Page "And damn this feels momentous. Because this matters. The other one did, too, but that was to ensure we didn't <u>F something up</u>. This matters because this MATTERS. So super glad to be on this voyage with you." Yet another investigation after they fucked it up before. On, Jan. 19, 2018, FBI notifies Congress that it did not preserve five months of Strzok/Page text messages. Poof. Evidence of concerning PETER STRZOK and PLAINTIFF disappeared. Furthermore, there is clear demonstrated hatred and animus on the basis of PLAINTIFF'S Disability that makes itself known between PETER STRZOK and LISA PAGE on May 19, 2017 when PETER STRZOK texts Page: "For me, and <u>this case,</u> I personally have a sense of <u>unfinished business</u>. I unleashed it with <u>MYE</u>. Now I need to fix it and **finish it**."[476] MYE is Mid-Year Exam and is a reference to PLAINTIFF. PLAINTIFF is not a person to PETER STRZOK; he is a thing to PETER STRZOK that must be ominously finished off and fixed to PETER STRZOK's liking regardless of PLAINTIFF's disabilities or issues. LISA PAGE stated on 10/30/2016: " Yeah. I saw it. Makes me **feel <u>WAY less bad</u>** about **<u>throwing him under the bus</u>** in the forthcoming CF article Strzok – Yep the whole tone is anti Bu. Just a tiny bit from is. **And serves him right**. He's gonna be pissed..." Throwing PLAINTIFF under the bus is personal animus against PLAINTIFF. Serves him right shows animus towards plaintiff that drives the investigation. Bu is DEFENDANT THAO BUI. *See* some of DEFENDANTS crimes of:

---

[475] *Id.*
[476] *Id.*

Can you show FBI's and DOJ's bias during this time when it came to American citizens with disabilities. Yes. Yes, PLAINTIFF can by pointing to FBI's 2015 DIOG. Section 504 prohibits federal employees from discriminating against individuals with disabilities--that has been law of the land since 1973; the Americans with Disabilities Act became law of the land in 1990. Do you see Disability in any of the following text from **Section 4.3 Equal Protection** Under the Law in DIOG 2015: "Specifically, federal government employees are prohibited from engaging in invidious discrimination against individuals on the basis of race, ethnicity, gender, national origin, religion, sexual orientation, or gender identity. This principle is further reflected and implemented for federal law enforcement in the United States Department of Justice's Guidance for Federal Law Enforcement Agencies Regarding the Use of Race, Ethnicity, Gender, National Origin, Religion, Sexual Orientation, or Gender Identity (hereinafter "DOJ's 2014 Guidance on Use of Race, etc."). Investigative and intelligence collection activities must not be based solely on race, ethnicity, gender, national origin, religion, sexual orientation, or gender identity. ***Any such activities that are based solely on such considerations are invidious by definition, and therefore, unconstitutional***. This standard applies to all investigative and collection activity, including collecting and retaining information, opening investigations, disseminating information, and indicting and prosecuting defendants. It is applicable to the retention and dissemination of personally identifying information about an individual—as further illustrated in the examples enumerated below." "In order to rely on a listed characteristic, federal law enforcement or task officers must also reasonably believe that the law enforcement, security, or intelligence activity to be undertaken is merited under the totality of the circumstances, such as ***any temporal exigency and the nature of any potential harm to be averted.***" *Id.* If I'm not mistaken, gender identity issues were ruled to be protected *AFTER* Congress and SCOTUS created and ruled on multiple disability laws and cases since at least 1973, but FBI did not care about it enough to include it. If PLAINTIFF would have been a cross dressing tranny, he would have got their protection but not as a disabled individual. Even then, there were pictures of PLAINTIFF having crossed dressed and even then that wasn't even good enough. Shows you DEFENDANTS' priorities by completely omitting disability from equal protection law section. *JAPLAN* is on the basis of his autism is based solely on his autism and doing *JAPLAN* is invidious by definition; and therefore, unconstitutional.

Oh come on you're thinking, there's no way that the DOJ and FBI in FBI's 2015 DIOG were that completely oblivious at the time when it came to disability issues, which would necessarily include behavior seeing how a myriad of disabilities are cognitive and behavior based, under the Equal Treatment Under the Law Section? WRONG. Section 4.3.3.2.3 specifically talks about "General Ethnic/Racial Behavior," Section 4.3.3.2.4 specifically talks about "Specific and Relevant Ethnic Behavior," and Section 4.3.3.2.5 specifically talks about "Ethnic Behavior." PLAINTIFF doesn't suppose these aforementioned sections specifically talk about some organization having "specific behavioral characteristics" and then effectively allows the Agent to analyze based on whether or not someone has specific behavioral characteristics or not that would classify them as having a certain attribute? There is! Not even once do these sections talk about disabilities, do they? CORRECT. This is just a piece of the puzzle and not an entire reflection about the FBI at the time.

But wait, there's more! Something compelled the FBI and DOJ to suddenly change their DIOG (Domestic Investigations and Operations Guide) in November 2015[477] (after PLAINTIFF came back from Japan in July 2015) and was published in March 2016. What was the purpose of the revision? According to James Comey, it was "to better equip [the FBI] to protect the people of the United States against crime and threats to the national security **and to collect foreign intelligence**." So DEFENDANTAS could falsely label PLAINTIFF a threat for national security purposes prior to Japan 2015 after being subject to acts of international and domestic terrorism committed by DEFENDANTS and then they could collect foreign intelligence while PLAINTIFF was in Japan…Was there something that was intentionally and deliberately underlined and italicized to emphasize the importance of it in this DIOG? Yes. Original emphasis on the DEFENDANT FBI: "Finally for national security and foreign intelligence investigations, FBI investigative activities will continue to be processed as set forth in the classified *Memorandum of Understanding Concerning Overseas and Domestic Activities of the Central Intelligence Agency and the Federal Bureau of Investigation* (2005)."[478] There is that cooperation agreement between CIA and FBI; and so for all intents and purposes, they are one and of the same in Summer 2015.

The FBI DIOG of 2015 says "the FBI's core values must be fully understood, practiced, shared, vigorously defended, and preserved. The values are: a) rigorous obedience to the Constitution of the United States; b) respect for the dignity of all those we protect; c) Compassion; d) Fairness; e) uncompromising personal integrity and institutional integrity; f) accountability by accepting responsibility for our actions and decisions and their consequences; g) leadership, by example, both personal and professional…We who enforce the law must not merely obey it. We have an obligation to set a moral example that those whom we protect can follow."[479] PLAINTIFF is presuming FBI has an obligation to set a moral example of those that they protect, they would do so when there is a "temporal exigency and the nature of any potential harm to be averted" in which averting the harm of RICO, Torture, War Crimes, Hate Crimes against an autistic man is one of those moral examples. Let's see how well FBI's core values were understood, practiced, shared, defended, and preserved by certain FBI officials, shall we?

# XX. Speech and More Speech in Spring 2015.

As previously stated, WARWICK ALLEN and PLAINTIFF talked about HILLARY CLINTON and WIKILEAKS and HILLARY CLINTON'S corruption. WARWICK ALLEN and PLAINTIFF made fun of HILLARY CLINTON and PLAINTIFF made a specific joke about HILLARY CLINTON that HILLARY CLINTON herself would cite on 06/26/2015 (a factual nexus connecting it to PLAINTIFF is a substantial and motivating factor). Boy oh Boy did PLAINTIFF ever piss off DEFENDANTS, HILLARY CLINTON, PETER STRZOK, ANDREW MCCABE, et. al. in these talks. PLAINTIFF talked about how PLAINTIFF had kept HILLARY CLINTON'S emails to write a story about her corruption and WikiLeaks one day (not knowing at the time that some of those WikiLeaks emails *were about PLAINTIFF* and could have discovered it sooner as it would have been fresher in PLAINTIFF'S memory*). Not once did

---

[477] https://www.justsecurity.org/wp-content/uploads/2019/03/FBI.DIOG_.pdf
[478] https://www.justsecurity.org/wp-content/uploads/2019/03/FBI.DIOG_.pdf
[479] https://www.justsecurity.org/wp-content/uploads/2019/03/FBI.DIOG_.pdf

PLAINTIFF come even remotely close to crossing the threshold of wondering into unprotected speech in the privacy and confines of his own home in these conversations with WARWICK ALLEN--DEFENDANTS have the evidence that proves such. This was a huge legal, financial, and political liability to HILLARY CLINTON.

In the Spring of 2015, PLAINTIFF wanted to explore the world further and was considering going to North Korea so PLAINTIFF could write about North Korean propaganda to demonstrate the importance of the First Amendment in the U.S *as a journalist*. PLAINTIFF was a journalist at this time having written an article on gay marriage for a gay magazine having submitted the article to JAMES GRADY, the editor of a gay magazine in NASHVILLE, when PLAINTIFF lived at 773 John Henry, Baton Rouge, LA.70820. If you went to North Korea's Wikipedia page, it doesn't mean that you're sympathizing with North Korea or by doing so you are doing it with any hostile intent against the United States. *Mere curiosity* of wanting to know what it is like in North Korea with North Korean propaganda to show the importance of the First Amendment is not a good basis of a search warrant utilizing the most intensive surveillance tools known to man. If PLAINTIFF would have bought a ticket to China to get to North Korea, fine by all means, go get that warrant to investigate and surveil PLAINTIFF because that means PLAINTIFF took substantial and meaningful steps to get to North Korea; but PLAINTIFF took no substantial and meaningful steps involving anything with North Korea besides maybe preliminary research.

At this time, PLAINTIFF was a liability of the $14.9 Billion Dollar transaction that occurred in October 2010 in which that would have cost DEFENDANTS $44.7 Billion in Treble Damages owed to PLAINTIFF because "trade is in the offing." Furthermore, WARWICK ALLEN and PLAINTIFF, between 09/01/2014 and 05/26/2015, talked about: the ROTHSCHILD family (which include: BARON DAVID RENE de ROTHSCHILD, LYNN FORESTER DE ROTHSCHILD, E.L. ROTHSCHILD HOLDING COMPANY, and ROTHCHILD CONTINUATION HOLDINGS (i.e.the ROTHSCHILD Banking Empire). PLAINTIFF explained to WARWICK ALLEN how the ROTHSCHILDS were also RACKETEERS when they funded war through the centuries and presently and how war was a racket in explicit detail. Rich people understand when their money is at risk and will dispose of all potential liability corruptly through the courts and through politicians that suckle at their tits. LYNN DE ROTHSCHILD[480] was talked about and mentioned in the Clinton Emails that Wikileaks released so she was personally close to DEFENDANT HILLARY CLINTON. BARON DAVID RENE ROTHSCHILD is the head of the ROTHSCHILD family and banking empire. As PLAINTIFF will conclusively prove later, FBI, DHS, and CIA and/or unknown DEFENDANTS babbled on to HILLARY CLINTON about what PLAINTIFF and WARWICK ALLEN said about her and her corruption in the privacy of his home in SPRING 2015. This was a direct threat to the CLINTONS and LYNN FORESTER de ROTHSCHILD since: "From 1993 to 1995, Lynn Forester de Rothschild served on President Bill Clinton's National Information Infrastructure Advisory Council. From 1998 to 2000, she served on the US Secretary of Energy's advisory committee. Rothschild has donated to all of Bill and Hillary Clinton's federal races since 1992. Although Rothschild was a major fund raiser for Hillary Clinton's 2008 presidential bid, she transferred her support to Republican candidate John McCain when Barack Obama beat Clinton, becoming a minor celebrity on cable television at the time for attacking Obama in a

[480] https://wikileaks.org/clinton-emails/emailid/21509

series of interviews."[481] In Summer 2016, LYNN FORESTER de ROTHSCHILD held a fundraiser for HILLARY CLINTON.[482] HILLARY CLINTON has constantly BABBLED on to the ROTHSCHILDS and they have a strong financial relationship with one another. PLAINTIFF talked about both the ROTHSCHILDS and HILLARY CLINTON in Spring 2015 in the context of corruption, racketeering, and writing articles on it in which DEFENDANTS have conclusively proven to have shared the content of PLAINTIFF'S speech with the subject's of PLAINTIFF'S speech. PLAINTIFF is alleging DEFENDANTS gave HILLARY CLINTON and she talked about it with LYNN FORESTER de ROTHSCHILD in which PLAINTIFF just became even more of a liability to HILLARY CLINTON and the ROTHSCHILDS. So HILLARY CLINTON and LYNN FORESTER de ROTHSCHILD conspired against PLAINTIFF based on the content of these conversations. It is absolutely NOT that far of a stretch of the imagination that the ROTHSCHILDS were made aware of what PLAINTIFF and WARWICK ALLEN had talked about on multiple occasions by DEFENDANTS because DEFENDANTS made HILLARY CLINTON aware of the content of the conversations and HILLARY CLINTON intentionally retaliated on the basis of the content of PLAINTIFF'S speech involving her corruption in her fundraising speech on 06/26/2015 and LYNN FORESTER de ROTHSCHILD held a fundraiser for HILLARY CLINTON in SUMMER 2016 and it would also be in the ROTHSCHILD'S interest to retaliate against PLAINTIFF as that would expose their racketeering enterprise. Put in another way, seeing how the discussions between WARWICK and PLAINTIFF were FACTUALLY leaked to HILLARY CLINTON by DEFENDANTS in the course of an on-going investigation in which HILLARY CLINTON FACTUALLY referenced them in a speech given on 06/26/2015 and used them against PLAINTIFF, there is absolutely no reason to suspect that DEFENDANTS ROTHSCHILDS and ROTHSCHILD HOLDINGS were not made aware of PLAINTIFF'S conversations explaining how ROTHSCHILDS had financed the United States Government and controlled them thereby giving a reason to retaliate against PLAINTIFF and the war racket above. **Simply, it arose out of the same factual nexus thereby providing a legal connection to it. PLAINTIFF specifically incorporates the allegations against the ROTHSCHILD in Miki's Tea Party [here].** SCOTUS proved the theory of this allegation correct connecting LYNN FORESTER de ROTHSCHILD to *An Anchor and a Pitchfork*, absolving DEFENDANT law enforcement actions that PLAINTIFF could have sought redress for under RICO in *County of Los Angeles v. Mendez*, 581 U.S. __(2017).

Do you remember the point of PLAINTIFF'S argument concerning *Fowler v. United States,* **563 U.S. 668 (2011)** in **Star Chambers** above? The point was that PLAINTIFF had cooperated numerous times with Law Enforcement that SCOTUS directly knows about (which means there was a reasonable likelihood that PLAINTIFF would have informed the cops of HILLARY CLINTON, BILL CLINTON'S, LYNN FORESTER de ROTHSCHILD'S RACKETEERING ACTIVITY once PLAINTIFF wrote about HILLARY CLINTON'S corruption starting from PLAINTIFF discovery of *Miki's Tea Party* that would have been a $44.7 Billion in Treble Damages liability to HILLARY CLINTON, BILL CLINTON, ANDREW MCCABE, JEH JOHNSON, The ROTHSCHILDS, and the UNITED STATES GOVERNEMENT. Lesson here is that DEFENDANTS got so outrageously corrupt that it completely impaired their rational and reasonable decision-making and did not understand the

[481] https://en.wikipedia.org/wiki/Lynn_Forester_de_Rothschild. Last Checked. 08/22/2023.
[482] Id. Last Checked. 08/22/2023. Also https://www.nytimes.com/2016/09/04/us/politics/hillary-clinton-fundraising.html?_r=0

factual realities and the truth that existed at the time and were completely delusional in which *Fowler v. United States*, 563 U.S. 668 (2011) is completely applicable to PLAINTIFF because DEFENDANTS had  factual reasons to know what PLAINTIFF would do and because of such, DEFENDANTS retaliated against PLAINTIFF.

As PLAINTIFF established earlier about his point about *Frank v. Mangum,* 237 U. S. 309, (1915), DEFENDANTS are a mob exceeding 800+ people that are inside and outside your home at all times. The Case of *Terminiello v. Chicago,* 337 U.S. 1 (1949) is exactly on point. The Court noted how the "auditorium was filled to capacity with over eight hundred persons present. Others were turned away. Outside of the auditorium a crowd of about one thousand persons gathered to protest against the meeting. A cordon of policemen was assigned to the meeting to maintain order; but they were not able to prevent several disturbances. The crowd outside was angry and turbulent. Petitioner in his speech condemned the conduct of the crowd outside and vigorously, if not viciously, criticized various political and racial groups whose activities he denounced as inimical to the nation's welfare." The Court ruled in favor of Terminiello in which the Court said:

> "The vitality of civil and political institutions in our society depends on free discussion. As Chief Justice Hughes wrote [omitted], it is only through free debate and free exchange of ideas that government remains responsive to the will of the people and peaceful change is effected. The right to speak freely and to promote diversity of ideas and programs is therefore one of the chief distinctions that sets us apart from totalitarian regimes.

> Accordingly a function of free speech under our system of government is to invite dispute. It may indeed best serve its high purpose when it induces a condition of unrest, creates dissatisfaction with conditions as they are, or even stirs people to anger. Speech is often provocative and challenging. It may strike at prejudices and preconceptions and have profound unsettling effects as it presses for acceptance of an idea. That is why freedom of speech, though not absolute, [omitted] is **nevertheless protected against** censorship or **punishment,** unless shown likely to produce a clear and present danger of a serious substantive evil that rises far above public inconvenience, annoyance, or unrest. There is no room under our Constitution for a more restrictive view. For the alternative would lead to standardization of ideas either by legislatures, courts, or dominant political or community groups." *Id.*

DEFENDANTS violated PLAINTIFF'S 1st, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, and 14th Amendment Rights because DEFENDANTS retaliated and punished PLAINTIFF for his speech made inside the privacy of his home. See also: *Wilson v. Seiter,* 501 U.S 294 (1994) (holding for purposes of 8th Amendment and 14th Amendment violations: one claiming that the conditions of his confinement violate the Eighth Amendment must show a culpable state of mind on the part of officials; the "wantonness" of conduct depends not on its effect on the individual, but on the

constraints facing the official; there must be "*deliberate indifference" to one's "serious" medical needs").*

Did PLAINTIFF'S sarcastic mouth unintentionally get you in trouble during Spring 2015 involving HILLARY CLINTON at LSU LAW? You guessed it. *Oh come on*! I know, I know. If PLAINTIFF recalls the date correctly, this took place in Spring 2015; I'm not sure on the date; but what PLAINTIFF is sure of is the *content of the story*. PLAINTIFF was the treasurer of the Federalist Society at LSU Law. PLAINTIFF loves nearly everything the organization does in the legal community. POLLY FINLEY was an officer ranked above PLAINTIFF in the Federalist Society and she started usurping my roles and authority in the club. PLAINTIFF wanted to contribute meaningfully to the club being an elected member of the club. PLAINTIFF confronted her about her actions, demanded she stop, and she refused to stop taking over my role. PLAINTIFF was upset with her, and in the course of having a conversation with her one day, I said something along the lines of HILLARY CLINTON is never going to be president to her in order to offend her because she had offended me with her actions; not because PLAINTIFF didn't believe HILLARY CLINTON couldn't be POTUS (at that time PLAINTIFF thought she could have been even if PLAINTIFF didn't like her). POLLY FINLEY was or still is in the Army and PLAINTIFF doesn't know if she took any adverse actions against me. But she is petty, and PLAINTIFF wouldn't be surprised if she exacerbated the problem in anyway.

Why are you trying to keep LSU Law out of it? They gave me a chance to pursue my education on two separate and distinct times and I'll forever be thankful and in their debt for them for the opportunity. *They seemed to like and respect me for whatever reason.* Do you also believe your school won't be of help to you in this? Kind of. What makes you say that? Do you want to know who LSU Law's Class of 2017 commencement speaker was in 2017? LOUIS JOSEPH FREEH. Who is that? The head of the FBI during BILL CLINTON'S presidency. But BILL CLINTON and LOUIS FREEH had a contentious relationship. PLAINTIFF is scared because there is something clearly is going on with the CLINTONS and PLAINTIFF and PLAINTIFF is too small politically, financially, and legally to adequately defend myself in this situation. .

# <u>*Of the utmost importance*</u>, <u>PLAINTIFF described in</u> <u>extraordinary detail</u> to WARWICK ALLEN, over the course of multiple days in Spring 2015, <u>***how to commit the perfect hate crime against PLAINTIFF on the basis of PLAINTIFF'S disability.***</u>[483] This is called ***JAPLAN.***

This is ***JAPLAN and some of the conditions under which it happens:*** PLAINTIFF described how: 1) PLAINTIFF would be completely isolated from PLAINTIFF'S few friends and family because there would be no one there to help PLAINTIFF (i.e. completely isolated); 2) that there would be some type of barrier that would hinder PLAINTIFF in connecting to or reaching out to getting help; 3) that there would be in a different country in which PLAINTIFF did not know that country's laws nor language; 4) that there would be a spurious association to someone PLAINTIFF knows or knew that would be used against me if

---

[483] This is a sad reality of interacting with the FBI or someone undercover. When you express concern on how easy it would be to commit a crime and give the details of such, it is ALWAYS used against you.

PLAINTIFF sought to fight back; 5) that the country's law enforcement would be of no help to PLAINTIFF when these crimes occurred; 6) trickery, deception, intentional manipulation, lies, directed actions, in which PLAINTIFF would be put in a position as to have complete sympathy over PLAINTIFF so that the sympathy would overpower reasonable doubts; 7) that someone would drug PLAINTIFF; 8) permanent mental, psychological, social, emotional scars for the rest of PLAINTIFF'S life; 9) not have the ability to leave the situation; and 10) more importantly and the biggest devasting thing you could do to someone is have war crimes committed against your will, conscience, faith, and knowledge. If PLAINTIFF recalls correctly, PLAINTIFF described what is called the _Anchoring effect_ in Psychology to some degree during these conversations on why _JAPLAN_ would be so terrible and especially sinister. "The anchoring effect "is a cognitive bias that describes the common human tendency to rely too heavily on the first pieces of information offered (the **"anchor"**) when making decisions."[484] There may be some arguments that PLAINTIFF did not say for DEFENDANTS to do this; that is immaterial because DEFENDANTS had the knowledge of JAPLAN. Furthermore, it is American INTEL's pattern in _Sewanee Sabotage_, _Victoria Flight, Meth_, etc over and over again in which American INTEL takes PLAINTIFF'S words and foments and creates a plan against PLAINTIFF.

Another aspect that PLAINTIFF necessarily talked about out loud in which DEFENDANTS (DHS, CIA, and FBI) necessarily had at one time in their possession prior to June 2015 was a recording of (or had a recording and deleted it) that legally demonstrated an important issue to PLAINTIFF. In _JAPLAN_**,** that is of extreme legal importance, was that PLAINTIFF said if the people in charge wanted to do some heinous shit to PLAINTIFF, killing or murdering PLAINTIFF and physically ending his life wouldn't be the way to do it as murdering or killing PLAINTIFF would be quick, and would therefore, ultimately end PLAINTIFF'S suffering quickly, **but having PLAINTIFF suffer for the rest of PLAINTIFF'S prolonged life would be far more devasting, severe, and worse to PLAINTIFF than actually murdering PLAINTIFF** in cold blood in which PLAINTIFF would remember what happened. Just to repeat how important this is: **_PLAINTIFF specifically said out loud doing JAPLAN was far worse, severe, and more horrendous to PLAINTIFF than actually murdering PLAINITIFF._** Furthermore, PLAINTIFF and WARWICK ALLEN, between 09/01/2014 and 05/26/2015, discussed: [the worst and most evil aspects of JAPLAN in which PLAINTIFF completely said why it was one of the worst evils one can commit because of the harm done to PLAINTIFF as well as to different individuals]. _BBBUUUUTT NNNNOOO._ EXCULPATORY EVIDENCE BE DAMNED apparently. Additionally, PLAINTIFF talked about his allergy issues and how if one does not breathe correctly during sleep, the sleep is adversely affected where one is more tired and more prone to cognitive errors and mistakes. <mark>A disabled individual with mental disabilities cannot compensate for their disabilities as much and as readily and would thereby have a worsening of the psychological symptoms.</mark> "Caregiver-reported sleep problems are found to relate to core ASD symptoms" in autistic individuals. In particular, there is extensive evidence for the relationship between sleep problems in ASD and internalizing behaviors such as anxiety **as well as**

---

[484] https://www.pon.harvard.edu/tag/anchoring-effect/

**externalizing behaviors such as hyperactivity and challenging behaviors such as aggression.**"[485] Next, being Autistic, we are already prone to miss emotional detection and is not as sensitive. Sleep deprivation impairs the ability to accurately discriminate between degrees of emotional saliency.[486] Being Sleep Deprived and having ADHD causes the worsening of these issues associated with having ADHD and AUTISM: "Working memory — the neural basis of which overlaps anatomically with the attention system — is also impaired by SD. Deficits in both working- memory and attention tasks have been found to correlate with reductions in DLPFC and posterior parietal activity."[487] Sleep Deprivation effects DOPAMINE levels and DOPAMINE regulation is a vital part of ADHD.[488] Being Sleep Deprived significantly increases the tendency of reward sensitivity, risk taking and impulsivity, and disrupts reward-value updating and integration.[489] Sleep loss reliably triggers changes in negative (aversive) emotional processing, including irritability, emotional volatility, anxiety and aggression as well as suicidal ideation, suicide attempts and suicide completion. These findings suggest that Sleep Deprivation alters specific process domains, including basic affective reactivity, as well as emotional discrimination and emotional expression, which are more complex."[490] Simply, Sleep Deprivation worsens the psychological symptoms of ADHD and Autism. If there is a situation in which PLAINTIFF is deprived of sleep, it makes PLAINTIFF especially more vulnerable and the symptoms of his disabilities would worsen under those conditions.

Executive Order 11905 mandates that "No employee of the United States Government shall engage in, or conspire to engage in, political assassination." EO 12036 also expanded the U.S. ban on assassination by closing "loop-holes" and stating "No person employed by or acting on behalf of the United States Government shall engage in, or conspire to engage in, assassination." This ban on assassination would be restated in Executive Order 12333. Three different executive orders that dictate and mandate that every single intelligence agency shall not do Miki's Nightmare because it was worse than death to him and PLAINTIFF expressed such beyond any reasonable doubt.

Speaking of executing individuals on the basis of their disability. In *Ford v. Wainwright,* 477 U.S. 399 (1986), the Supreme Court talked about executing a mentally disabled man and how barbaric it was on that accord: "the reasons at common law for not condoning the execution of the insane -- that such an execution has questionable retributive value, presents no example to others, and thus has no deterrence value, and simply offends humanity--have no less logical, moral, and practical force at present. Whether the aim is to protect the condemned from fear and pain without comfort of understanding, or to protect the dignity of society itself from the barbarity of exacting mindless vengeance, the restriction finds enforcement in the Eighth Amendment…" *Id.*

PLAINTIFF doesn't understand what he did wrong **because he never did anything wrong directly to the United States Government**-- *it was always the other way around*. It was

---

[485] https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7105870/
[486] https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6143346/
[487] *Id.*
[488] *Id.*
[489] *Id.*
[490] *Id.*

not logical, it was not moral, everything the United States Government did against PLAINTIFF was wrong. So there is a retributive value in an American PLAINTIFF sarcastically talking in the confines of his own home that demanded war crimes and torture to be undertaken against PLAINTIFF? There was "dignity" to the United States in executing PLAINTIFF when he never did anything direct to them? What the true fundamental nature of An Anchor and a Pitchfork is that it was an exacting of mindless vengeance against PLAINTIFF because he exercised his rights and was a liability to the United States government on their own unconstitutional doing.

So the Court continued: "Now that the Eighth Amendment has been recognized to affect significantly both the procedural and the substantive aspects of the death penalty, the question of executing the insane takes on a wholly different complexion. The adequacy of the procedures chosen by a State to determine sanity, therefore, will depend upon an issue that this Court has never addressed: whether the Constitution places a substantive restriction on the State's power to take the life of an insane prisoner… Moreover, the Eighth Amendment's proscriptions are not limited to those practices condemned by the common law in 1789. *[omitted]*. Not bound by the sparing humanitarian concessions of our forebears, the Amendment also recognizes the "evolving standards of decency that mark the progress of a maturing society." *Trop v. Dulles,* 356 U. S. 86, 356 U. S. 101 (1958) (plurality opinion). In addition to considering the barbarous methods generally outlawed in the 18th century, therefore, this Court takes into account objective evidence of contemporary values before determining whether a particular punishment comports with the fundamental human dignity that the Amendment protects. *See Coker v. Georgia,* 433 U. S. 584, 433 U. S. 597 (1977) (plurality opinion)…Blackstone, Commentaries *24-*25 (hereinafter Blackstone). Blackstone explained: "[I]diots and lunatics are not chargeable for their own acts, if committed when under these incapacities: no, not even for treason itself. Also, if a man in his sound memory commits a capital offence, and before arraignment for it, he becomes mad, he ought not to be arraigned for it: because he is not able to plead to it with that advice and caution that he ought. And if, after he has pleaded, the prisoner becomes mad, he shall not be tried: for how can he make his defence? If, after he be tried and found guilty, he loses his senses before judgment, judgment shall not be pronounced; and if, after judgment, he becomes of nonsane memory, execution shall be stayed: for peradventure, says the humanity of the English law, had the prisoner been of sound memory, he might have alleged something in stay of judgment or execution." "[B]y intendment of Law, the execution of the offender is for example, . . . but so it is not when a mad man is executed, but should be a miserable spectacle, both against Law, and of extream inhumanity and cruelty, and can be no example to others."…" *Id.*

What substantive Due Process rights were afforded to PLAINTIFF? How could there have been in *Miki's Tea Party* and this being undertaken in Japan under CIA and the State Department's jurisdiction when you had in HAROLD HONGJU KOH'S mind, it was completely 100% acceptable that the executive branch can completely evade legal obstacles (to him, John O. Brennan, Eric Holder, Barack Obama, Chief Justice John Roberts etc.) like definitional limits, procedures, substantive terms, IGNORE REQUIREMENTS INVOLVING FINDINGS OF FACT in which the executive branch will operate in a unified manner, swift manner (i.e. rushed uninformed decisions in which findings of fact is completely ignored), be legally absolved by SCOTUS prior to PLAINTIFF going to Japan, and most importantly those decisions are done in a secret manner in which the courts won't do shit and Congress can't do shit involving national

security and policy in which when things are done in a secret manner as *In re Murchison*, 349 U.S. 133 (1955) when it is impossible for any Judge or executive branch officers to free themselves of the malicious influence they would obtain in a secret session in which it would ultimately come down to the subject's attitude or sarcastic quips (bias that denies Due Process under law is created when it necessarily involves secret sessions in which the judges and executive branch officials grow to hate the subject because of a biased and completely fraudulent presentation of the subject's attitude by law enforcement and DOJ in which perjured testimony and fabricated evidence and materials was used against PLAINTIFF). Does the US Federal Government really want to proffer the position that they didn't hate PLAINTIFF when they made over $14,900,000,000 on him in which he didn't see a dime of it when they committed acts of domestic and international terrorism against him?

The Court continued: "Rather, consistent with the **heightened concern for fairness and accuracy that has characterized our review of the process requisite to the taking of a human life, _we believe that any procedure that precludes the prisoner or his counsel from presenting material relevant to his sanity (i.e. disability)_** or bars consideration of that material by the factfinder is necessarily inadequate…We recently had occasion **_to underscore the value to be derived from a factfinder's consideration_** of differing psychiatric opinions when resolving contested issues of mental state. In *Ake v. Oklahoma,* 470 U. S. 68 (1985), we recognized that, because "psychiatrists disagree widely and frequently on what constitutes mental illness [and] on the appropriate diagnosis to be attached to given behavior and symptoms," **_the factfinder must resolve differences in opinion_** within the psychiatric profession "**on the basis of the evidence offered by each party**" when a defendant's sanity is at issue in a criminal trial. *Id.* at 470 U. S. 81. The same holds true after conviction; **without any adversarial assistance** from the prisoner's representative -- especially when the psychiatric opinion he proffers is based on much more extensive evaluation than that of the state-appointed commission -- **the factfinder loses the substantial benefit of potentially probative information. _The result is a much greater likelihood of an erroneous decision…In no other circumstance of which we are aware is the vindication of a constitutional right entrusted to the unreviewable discretion of an administrative tribunal…_**" *Id.*

Take note: in 1986, the Court said there was no circumstance in the entirety of history was there a process to vindicate one's constitutional and legal rights based an erroneous decision that was entrusted to the unreviewable discretion of an executive tribunal. Even with actual Star Chambers in England existed, which because of the abuse of power and authority of the officials made the Star Chambers end when they owed a duty to the people of fairness and trust, there was *some type of legal process afforded.* Not with PLAINTIFF though. JOHN O. BRENNAN, JEH JOHNSON, BARACK OBAMA, HILLARY CLINTON, BILL CLINTON, etc. knew exactly what the fuck they were doing based on a completely erroneous decision. PLAINTIFF genuinely wants to know and demands to know who between September 24th, 2010 and June 26th, 2015 in the United States Government afforded PLAINTIFF any type of Due Process. Was there anyone that said: maybe don't do this to PLAINTIFF because he is autistic. What ended up happening in Washington D.C. was that it was an erroneous decision after an erroneous decision after an erroneous decision over and over and over and over and over again in which SCOTUS under Chief Justice John Roberts direction completely enabled all of it and kept restricting essential freedoms like holding attorneys liable for their actions, cut out and degraded the 4th and 5th

Amendment. Not once did anyone say: are we the baddies? Is restricting freedom over and over again actually going to make us out to be bad based on perjury, fabricated materials, fabricated narratives, plunder, and abuse of some of the most vulnerable individuals?

The Court continued: "<u>Yet the lodestar of any effort to devise a procedure must be the overriding dual imperative of providing redress for those with substantial claims and of encouraging accuracy in the factfinding determination</u>. The stakes are high, and the "evidence" will always be imprecise. <u>It is all the more important that the adversary presentation of relevant information be as unrestricted as possible</u>. Also essential is that the manner of selecting and using the experts responsible for producing that "evidence" be conducive **to the formation of neutral, sound, and professional judgments** as to the prisoner's ability to comprehend the nature of the penalty. Fidelity to these principles is the solemn obligation of a civilized society... **It is no less abhorrent today than it has been for centuries to exact in penance the life of one whose mental illness prevents him from comprehending the reasons for the penalty or its implications**." *Id.*

One of main points being, there was no accuracy or fairness in the decisions the United States Government made involving PLAINTIFF. PLAINTIFF does not understand based on his autism what he ACTIONS he did to deserve what was done to him in *Miki's Tea Party* and *An Anchor and a Pitchfork.* PLAINTIFF was absolutely not predisposed to those actions unless there was an intentional creation of the requisite conditions necessary by DEFENDANTS when they had overheard the content and conditions of *JAPLAN.* If the DEFENDANTS do not have the conversations discussing *JAPLAN* recorded when they had reason to record it (based on what ANDREW MCCABE wrote in the book) and if DEFENDANTS have older conversations that PLAINTIFF talked about, that is an inference of obstruction of justice in which they purposefully destroyed the evidence because it was the nexus connecting DEFENDANTS to HILLARY CLINTON and BILL CLINTON to Chief Justice JOHN ROBERTS and ALITO to JAPAN to PLAINTIFF and would absolutely be 100% exculpatory in nature. "In order to prove entrapment as a matter of law, there must be undisputed evidence that a government agent induced an otherwise innocent person to commit the alleged crime by trickery, persuasion, or fraud. "The controlling question on review is whether the defendant lack[ed] the predisposition to commit the act." *U.S. v. Citro*, 842 F.2d 1149 (9th Cir. 1988). *JAPLAN* necessarily involves trickery and fraud. Inducement would occur by someone's handlers completely directing the actions of conspirators in the scheme. Contributing factors and psychological phenomenon would diminish the mental capacity of PLAINTIFF. Then add PLAINTIFF'S autistic features, , it is a recipe for disaster and therefore meets the threshold required under at least *U.S. v. Citro*,

842 F.2d 1149 (9th Cir. 1988). As the Court in *United States v. Twigg*, 588 F.2d 373 (3d Cir. 1978) highlighted, without the government agent, the defendants in the case would not have known how to produce [it], and the assistance the defendants provided was minimal. Without DEFENDANTS' invasive surveillance techniques, sharing information with one another, and RICO Enterprise, DEFENDANTS would not have been made aware of components and conditions necessary of formulating *JAPLAN* into existence. Period.

DEFENDANTS had absolutely no right, authority, or justification to seize the contents of *JAPLAN* and give it to HILLARY CLINTON. Period. See: *Stanford v. Texas*, 379 U.S. 476 (1965). When DEFENDANTS, like JEH JOHNSON, JAMES COMEY, PETER STRZOK, ANDREW MCCABE, JAMES CLAPPER, or British INTEL or Aussies or Indian Intel, revealed the content of *Miki's Nightmare* in the course of an on-going investigation to HILLARY CLINTON and BILL CLINTON, they necessarily violated 5 U. S. C. § 7324 (a) (2), in which Section 7324 (a) provides: that "An employee in an Executive agency or an individual employed by the government of the District of Columbia may not (1) use his official authority or influence for the purpose of interfering with or affecting the result of an election; or (2) take an active part in political management or in political campaigns." Giving DEFENDANTS the info of *Miki's Nightmare* disposed of PLAINTIFF as a political liability to HILLARY CLINTON after *Miki's Tea Party* in which JEH JOHNSON, JOHN O. BRENNAN, BARACK OBAMA, HILLARY CLINTON, BILL CLINTON, JAMES COMEY, ANDREW MCCABE, acted on those decisions. Therefore, it was an active part of a political management decision because getting rid of political liabilities is a management decision.

*U.S. v. Matiz*, 14 F.3d 79 (1st Cir. 1994) ruled on the proposition that an act of perjury can be an act of obstruction of justice under 18 U.S.C. 1961 Section 1503 since "The findings (of obstruction of justice) encompass all the elements of perjury — falsity, materiality, and willfulness. The only matter about which the court was not explicit was whether Matiz's testimony was material. A sentencing court, however, is not required to address each element of perjury in a separate and clear finding. *See id.* In fact, the Court in *Dunnigan* affirmed a district court's finding that did not use the term willful…*Dunnigan* only requires that a sentencing court's findings encompass all of the factual predicates for a finding of perjury." "The Supreme Court has stated that a witness testifying under oath commits perjury if "she gives false testimony concerning a material matter with the willful intent to provide false testimony, rather than as a result of confusion, mistake, or faulty memory." *United States v. Dunnigan,* 113 S.Ct. 1111 (1993)." *U.S. v. Matiz*, 14 F.3d 79 (1st Cir. 1994). *U.S. v. Ashland Oil Inc.*, 705 F. Supp. 270 (W.D. Pa. 1989) discussed what constituted materiality: "A concise summary of this materiality requirement is set forth in Justice Stevens' concurring opinion in *Youngblood:* Our cases make clear that "[t]he proper standard of materiality must reflect our overriding concern with the justice of the finding of guilt," and the State's failure to turn over (or preserve) potentially exculpatory evidence therefore "must be evaluated in the context of the entire record." *United States v. Agurs,* 427 U.S. 97 (1976) (footnotes omitted); see also *California v. Trombetta,* 467 U.S. 479 (1984) (duty to preserve evidence "must be limited to evidence that might be expected to play a significant role in the suspect's defense")." "By limiting §1503 to acts having the "natural and probable effect" of interfering with the due administration of justice, the Court effectively reads the word "endeavor," which we said in *Russell* embraced "any effort or essay" to obstruct justice out of the omnibus clause, leaving a prohibition of only actual

obstruction and competent attempts…A §1503 violation occurs when "an act is done corruptly if it's done voluntarily and intentionally to bring about either an unlawful result or a lawful result by some unlawful method, with a hope or expectation of either financial gain or other benefit to oneself or a benefit of another person." *United States v. Aguilar*, 515 U.S. 593 (1995).

*United States v. Cook,* 793 F.2d 734 (5th Cir. 1986) ("[b]oth the fact of conspiracy and a defendant's participation in it may be proved by circumstantial evidence." 793 F.2d at 736). "As was the case in *United States v. Postal,*589 F.2d 862 (5th Cir.) … "the mere fact that [defendant] made the statement is relevant to the issues of [his] knowledge of the conspiracy and his participation in it."...As Professor McCormick explains: "Proof that one talks about a matter demonstrates on its face that he was conscious or aware of it, and his veracity simply does not enter into the situation." *[omitted]." U.S. v. Jones*, 839 F.2d 1041 (5th Cir. 1988). *United States v. Bower,* 575 F.2d 499 (5th Cir.): "The government's provision of aid, incentive, and opportunity to commit the crime does not amount to entrapment unless it appears that the "defendant has done that which he would never have done were it not for the inducement of Government operatives." "If the government's conduct in the investigation through a sting operation is so active that its conduct fabricated elements of the offense, it might be considered a violation of due process to prosecute the defendant." *U.S. v. Steinhorn*, 739 F. Supp. 268 (D. Md. 1990).

Entrapment occurs when the government overcomes the defendant's lack of predisposition to commit the crime by implanting the criminal intent. The government's conduct must create a substantial risk that someone not ready to commit the offense would nevertheless commit it. To find entrapment as a matter of law requires the conclusion that a reasonable jury could not have believed beyond a reasonable doubt that Arteaga was predisposed to distribute cocaine…"The due process clause protects defendants against outrageous conduct by law enforcement agents. While entrapment focuses on the defendant's intent and his predisposition to commit the crime, the due process clause forbids the government to act improperly even against culpable persons…Nor does the government's failure to record many of the conversations between Arteaga and the informant violate due process. While there is an obligation to preserve recordings once they have been created, there is no general duty to make recordings in the first place, and Arteaga has not explained how evidence from the unrecorded conversations would have aided his defense. " *United States v. Arteaga*, 807 F.2d 424 (5th Cir. 1986)

"However, in *People v Turner, supra*, this Court renounced the subjective test followed by the United States Supreme Court and a majority of states, reasoning that the objective test is preferable because: "[B]y definition, the entrapment defense cannot arise unless the defendant actually committed the proscribed act, that defendant is manifestly covered by the terms of the criminal statute involved. "Furthermore, to say that such a defendant is 'otherwise innocent' or not 'predisposed' to commit the crime is misleading, at best. The very fact that he has committed an act that Congress has determined to be illegal demonstrates conclusively that he is not innocent of the offense. . . . "The purpose of the entrapment defense, then, cannot be to protect persons who are 'otherwise innocent.' Rather, it must be to prohibit unlawful governmental activity in instigating crime." [ *Id.* at 20, quoting *Russell, supra* at 442.] The *Turner* Court held that the defendant was entrapped as a matter of law. It stated that the agent engaged in overreaching conduct by pursuing the defendant after the first investigation did not turn up any

evidence. Turner was not a drug dealer, and the agent played upon Turner's sympathy as a friend. The law enforcement officer went beyond merely creating an opportunity for the commission of a crime.  California case, *People v Barraza*, 23 Cal.3d 675; 153 Cal.Rptr. 459; 591 P.2d 947 (1979), also provides a rationale for adopting the objective approach instead of the subjective test. The *Barraza* court stated: "[A] test that looks to the character and predisposition of the defendant rather than the conduct of the police loses sight of the underlying reason for the defense of entrapment. No matter what the defendant's past record and present inclinations to criminality, or the depths to which he has sunk in the estimation of society, certain police conduct to ensnare him into further crime is not to be tolerated by an advanced society. . . . Human nature is weak enough . . . and sufficiently beset by temptations without government adding to them and generating crime." [ *Id.* at 687, quoting *Sherman, supra* at 382-384.] Further the *Barraza* court gives examples of impermissible police conduct which would constitute  entrapment under the objective test. The court listed as examples the following: (1) an appeal by police because of friendship or sympathy rather than for personal gain; (2) inducement that would make the commission of crime unusually attractive to a normal "law-abiding person," *id.* at 689; (3) a guarantee that the act was not illegal; (4) an offer of exorbitant consideration or similar enticement. [W]hile the inquiry must focus primarily on the conduct of the law enforcement agent, that conduct is not to be viewed in a vacuum. . . . We reiterate, however, that under this test such matters as the character of the suspect, his predisposition to commit the offense, and his subjective intent are irrelevant. [ *Id.* at 690-691.]" *People v. Jamieson*, 436 Mich. 61, 72-73 (Mich. 1990) "The courts of appeals that have considered this sort of claim in similar contexts, however, note that it would succeed only if the government "consciously set out to use sex as a weapon in its investigatory arsenal" or at least "acquiesce[d] in such conduct for its own purposes upon learning that such a relationship existed." <u>United States</u> v. <u>Cuervelo</u>, 949 F.2d 559 (2d Cir. 1991)." *United States v. Therrien*, 847 F.3d 9, 15 (1st Cir. 2017).

"Although there is no infallible means of divining a defendant's predisposition to commit a crime after the fact, there are several factors recognized as relevant in making this determination. We start with the observation that predisposition is, by definition, "the defendant's state of mind and inclinations *before his initial exposure to government agents.*" *United States v. Jannotti,* 501 F. Supp. 1182 (E.D.Pa. 1980), *rev'd on other grounds,* 673 F.2d 578 (3rd Cir.)...This answers defendant's bizarre contention that "the agents literally entrapped him into a state of predisposition." One is either predisposed to commit a crime before coming into contact with the Government or one is not, so the argument that one could be entrapped into having a state of predisposition is meaningless. **We now turn our attention to the factors relevant in determining predisposition**. Among these are the character or reputation of the defendant, including any prior criminal record; ***<u>whether the suggestion of the criminal activity was initially made by the Government;</u>* whether the defendant was engaged in the criminal activity for profit; whether the defendant evidenced reluctance to commit the offense, overcome only by repeated Government inducement or persuasion**; **and the nature of the inducement or persuasion supplied by the Government.** While none of the factors alone indicates either the presence or absence of predisposition, the most important factor . . . is whether the defendant **evidenced reluctance to engage in criminal activity which was overcome by repeated Government inducement**…" *United States v. Kaminski*, 703 F.2d 1004 (7th Cir. 1983)

"This Circuit recognized the outrageous conduct defense in *United States v. Graves,* 556 F.2d 1319 (5th Cir. 1977)*, supra,* in which we wrote: "'[A]part from any question of predisposition of a defendant to commit the offense in question, governmental participation may be so outrageous or fundamentally unfair as to deprive the defendant of due process of law or to move the courts in the exercise of their supervisory jurisdiction over the administration of criminal justice to hold that the defendant was "entrapped" as a matter of law.'" 556 F.2d at 1322 (quoting *United States v. Quinn,* 543 F.2d 640, 647-48 (8th Cir. 1976))." *United States v. Yater*, 756 F.2d 1058 (5th Cir. 1985).

Executive Order 11905 mandates that "No employee of the United States Government shall engage in, or conspire to engage in, political assassination." EO 12036 also expanded the U.S. ban on assassination by closing "loop-holes" and stating "No person employed by or acting on behalf of the United States Government shall engage in, or conspire to engage in, assassination." This ban on assassination would be restated in Executive Order 12333. Three different executive orders that dictate and mandate that every single intelligence agency shall not do Miki's Nightmare because it was worse than death to him and PLAINTIFF expressed such beyond any reasonable doubt.

| 2016-03-29 02:49:01, Tue | INBOX | Apr 18 I'm in nz...although I wonder if I should cancel with the case where it is.... |
|---|---|---|

PETER STRZOK and LISA PAGE made a connection to WARWICK ALLEN via New Zealand (NZ) and the fundamental basis the case against PLAINTIFF in which they knew of all the conversation WARWICK ALLEN and PLAINTIFF had. See Text Message sent on 03/29/2016 above.

Imagine how sinister it would be for an FBI agent like ANDREW MCCABE, JEH JOHNSON, JAMES COMEY, JOHN O. BRENNAN at the CIA, DEFENDANTS etc. to give BILL and HILLARY CLINTON, who having exploited a disabled man to gain a political advantage for their own political purposes prior to 2015, an exact copy of *JAPLAN that describes how to exploit PLAINTIFF on the inherent weaknesses that PLAINTIFF has based on PLAINTIFF'S autism in order* to get rid of a political liability. The patterns of behavior the CLINTONS exhibited and partook in were, at one time, already given to the FBI and CIA so the FBI and CIA knew *exactly* who they were dealing with when it came to the CLINTONS. Time will tell on whether the FBI and the CLINTONS continue with their dastardly behavior because, based on PLAINTIFF'S initial impressions, they absolutely did.  **Just imagine if the FBI DIOG would have said: when working with a potential witness, victim, or even subject, who has a disability like autism, that makes them susceptable to being exploited by malicious actors or individuals (especially psychopaths), do not reveal information obtained in the course of an on-going investigation to particular individuals--that have an adverse interest to that disabled individual--an exact plan on how to exploit and effectively execute that disabled individual.**

It can't even get more crazily coincidental, right? WRONG. PLAINTIFF had taken an international law class with LSU Law Professor Sullivan in the Spring 2015 semester in May

2015. On Professor Sullivan's final exam, he created a prompt for students to do (for PLAINTIFF believes some extra credit): write a fictional scenario for an international law exam using certain specified criteria. So PLAINTIFF wrote a scenario that talked about the US Government entrapping and labeling a Russian named Mikhail (a student attending college learning about international relations if PLAINTIFF recalls correctly) as hostile against the United States when Mikhail spent time in either a Central or South American war-zone country in which that Mikhail is profiled incorrectly as hostile based on innocuous Russian things and that Mikhail expresses some anti-American sentiment after being trapped for an extended period of time by the U.S. Government against his will and intentions. The Russian is associated with a "terrorist" rebel group named F.A.R.T (yes, fart jokes were made because PLAINTIFF is a simpleton and fart jokes are always funny) in which his uncle or relative sold arms to F.A.R.T and he went to that country to visit that relative. Let me repeat it again: **THIS WAS A HYPOTHETICAL SCENARIO FOR A LAW SCHOOL EXAM AND NOT THE TRUTH.** If PLAINTIFF is not mistaken, PLAINTIFF experienced computer issues submitting this exam, and on this *exam, and PLAINTIFF necessarily would have had to directly email* Professor Sullivan this hypothetical and under the USA PATRIOT ACT, US Intel doesn't need a warrant to get this email. Does this mean the CIA, NSA, DHS, and FBI would have received the email since they were monitoring your email accounts, right? Right! Additionally and prior to the exam in Spring 2015, PLAINTIFF also asked Professor Sullivan what would happen if PLAINTIFF, as a dual-citizen Serbian-American, went to North Korea where PLAINTIFF could go as a Serbian and not as an American; and he said something along the lines of me not being allowed to ever practice law in America, and my North Korean trip ended at that exact second—never to be brought up again in 2015. DEFENDANTS used this hypothetical against PLAINTIFF in proceedings.

PLAINTIFF's contention is that the DEFENDANTS always had direct access to his laptop in the Spring of 2015 and in the home, were listening in on all of the conversations WARWICK and PLAINTIFF were having throughout Spring 2015, and were sharing that information with each other constantly throughout Spring and Summer 2015. DHS, CIA, and FBI being the most likely culprits, especially DHS, because of a stupid SCOTUS ruling effectively denying privacy rights from DHS if you live 100 miles from a border.[491] Furthermore, DEFENDANTS, at the time, were completely hostile to PLAINTIFF and his legal and constitutional interests in every conceivable and imaginable way. What PLAINTIFF didn't know nor understand *is the actual lengths DEFENDANTS would go to* because of their hostility and willful blindness of duty, bravery, integrity, and fidelity to the laws of the United States and the Constitution violating every single sense and notion of traditional justice and fairness along the way.

## XX. Conspiracy? What Conspiracy? The Initial RED FLAGS

*United States v. Cook,* 793 F.2d 734 (5th Cir. 1986) ("[b]oth the fact of conspiracy and a defendant's participation in it may be proved by circumstantial evidence." 793 F.2d at 736). "As was the case in *United States v. Postal,* 589 F.2d 862 (5th Cir.) … "the mere fact that [defendant] made the statement is relevant to the issues of [his] knowledge of the conspiracy and his

---

[491] https://www.aclu.org/other/constitution-100-mile-border-zone

participation in it."...As Professor McCormick explains: "Proof that one talks about a matter demonstrates on its face that he was conscious or aware of it, and his veracity simply does not enter into the situation." *[omitted]."U.S. v. Jones*, 839 F.2d 1041 (5th Cir. 1988). "If the government's conduct in the investigation through a sting operation is so active that its conduct fabricated elements of the offense, it might be considered a violation of due process to prosecute the defendant." *U.S. v. Steinhorn*, 739 F. Supp. 268, 271 (D. Md. 1990).

The following paragraph is quotes from ANDREW MCCABE'S book, my opinion, and, of course some conjecture. In <u>March 2015,</u> ANDREW MCCABE, of the FBI, wrote in his book when talking about his wife JILL MCCABE running for VA State Senate—"The next step, as Jill weighed her options—and the <u>Democrats</u> weighed whether they wanted her to run—would be for her to meet the <u>governor [Terry McAuliffe]</u>. If Jill wanted to run for office, my support for her would be as solid as hers had always been for me...If Jill wanted to run for office, I would also ***respect*** absolutely **all legal and ethical limits** that her service might place on my own." Ummm, first off, future FBI Director, it is not a matter of *respecting* legal limits, the actual standard Mr. FBI agent and former Director of the FBI ANDREW MCCABE is complying with and adhering to legal and ethical standards and limits. Goes to show what happens to the FBI when you have people like ANDREW MCCABE running and ruining it. You can still do things that are the exact opposite of something even if you *respect* something. PLAINTIFF respects eating healthily as proper nutrition leads to a healthier lifestyle, but yet, when that 20oz T-Bone steak beckons PLAINTIFF, that respect disappears faster than that steak off my plate.

Next, as it doesn't need proof as it is common knowledge, during March 2015 and afterwards, the Governor of Virginia (Terry McAuliffe) is a Clinton friend from his time in the White House (25 or so years at this point in time in 2015); and that the CLINTONS and the CGI were fundraisers for the Democrat party in which the Terry McAuliffe raised funds for the CLINTONS while the CLINTON'S were in the White House. You may be thinking, PLAINTIFF is biased against Democrats here—Nope. DEFENDANTS may have hated PLAINTIFF; but PLAINTIFF still respected and loved them enough because they're people and PLAINTIFF had done nothing directly to harm them in any capacity at this point in Spring 2015 *that DEFENDANTS didn't inflict upon themselves.*

What else did ANDREW MCCABE say about his wife's political office run from March 2015: "I removed myself from any involvement in <u>cases</u> that had anything to do with *Virginia politicians*."[492] ANDREW MCCABE does know there are 49 different states, U.S. Territories, and, more importantly, cases in Washington D.C. that involve politicians or politics that are not included in "Virginia politicians," right? That includes Illinois, Louisiana, Washington D.C., and Tennessee politicians and issues. Next, he didn't remove himself when it came to cases involving PLAINTIFF. What is PLAINTIFF'S ultimate point in the previous paragraph and this one? Suppose ANDREW MCCABE is a good husband, and he wants to see his wife succeed as a Virginia State Senator, but he must *ingratiate* himself in *the Democrat party or the CLINTONS somehow,* in order for JILL MCCABE to succeed. No *ingratiation*, no approval from either HILLARY CLINTON or TERRY MCAULIFFE (thereby no funds for her campaign) in 2015 for ANDREW MCCABE'S wife to successfully run as Virginia state senator because that is ***precisely*** how American politics works. There's no such thing as a free lunch and funds are

---

[492] McCabe, Andrew. *The Threat. How the FBI Protects America in the Age of Terror and Trump.* 2019.

necessary to successfully run as a politician. The CLINTONS are great fundraisers. This is a motivating factor in the mail and wire fraud as well as the bribery scheme between ANDREW MCCABE, TERRY MCAULIFFE, CLINTONS.

What if the CLINTONS had a problem that the FBI and ANDREW MCCABE or the CIA and JOHN BRENNAN and/or American INTEL, British INTEL, Indian Intel, could "dispose of" so that ANDREW MCCABE can *ingratiate* himself with the Democrats and HILLARY and BILL CLINTON or JOHN BRENNAN or DEFENDANTS returns a favor to BILL CLINTON? Wouldn't it be easier for the CLINTONS to "dispose of" a problem they had if their newly ingratiated 'hitman' ANDREW MCCABE got a promotion in September 2015 as the associate deputy director of the FBI and then be miraculously promoted yet again within 3 months of his previous promotion in January 2016 as the Deputy Director of the FBI (#2 in the FBI)? Furthermore, with each promotion, **A PAY RAISE, which is increased money. which also affects interstate and intrastate commerce.** So not only does ANDREW MCCABE'S promotion affect interstate and intrastate commerce, but the CLINTONS or MCAULIFFE giving JILL MCCABE funds does as well! This is part of the kickback and bribery scheme between the CLINTONS, American INTEL, and ANDREW MCCABE

This 'hitman' just so happens to be the overseer of the CLINTON Investigation. Hey ANDREW MCCABE, how would you describe the investigation into the CLINTONS—"It was head-quarters "**Special**" in which "The ***SET UP*** for *Midyear* was *simple*."[493] Special as in special needs people and special ed people—that's respectful and in light of what PETER STRZOK and ANDREW MCCABE did in MIDYEAR. Where did PLAINTIFF see *Midyear* again? Sewanee Freshman year. See: *Midyear.* Would a "set-up" be simple if PLAINTIFF described in excruciating detail how to commit ***the perfect hate crime against PLAINTIFF on the basis of his disability in revealing the details of JAPLAN*** that ANDREW MCCABE, JOHN O. BRENNAN, JAMES COMEY, JEH JOHNSON, and PETER STRZOK and/or Indian Intel or British Intel heard the details of in Spring 2015? YES! There goes the FBI referring to PLAINTIFF on the basis of his disability and how they set up PLAINTIFF.

Let PLAINTIFF give the benefit of the doubt to "non-corrupt" ANDREW MCCABE. This is what he said: "The laptop[494] was a find, but finding the laptop was not self-**evidently a six-alarm situation.**[495] During **Midyear,**[496] each of the many, many times we got a new tranche of **emails**,[497] a first order of business was having them "**de**-*duplicate*d"[498]—that is, compared

---

[493] McCabe, Andrew. *The Threat. How the FBI Protects America in the Age of Terror and Trump.* 2019.
[494] Plaintiff's laptop
[495] My parents home burned down in May 2010 and it was either a "six-alarm" or "seven-alarm" fire in which fire departments from two different states came to try to put the fire out. Again, trying to pinpoint insurance fraud on PLAINTIFF when PLAINTIFF didn't commit insurance fraud. Again, notice how there was no evidence of me committing insurance fraud, but omitting the fact there was no evidence of any counterespionage or terrorist activity on my laptop. Furthermore, this shows bad faith as DEFENDANTS knew PLAINTIFF'S laptop had been cleaned from at least October 2008 and wouldn't contain evidence of the anarchist cookbook. See: *Anarchy*. BUT YET WENT TO COURT in which they somehow gained "legal" access in which the Court was deceived in granting them legal access to PLAINTIFF'S laptop.
[496] Still ignoring the actual racketeering and terrorist activity DEFENDANTS committed prior to this.
[497] ***JAPLAN EMAIL.*** DEFENDANTS had JAPLAN email in Spring 2015
[498] Plaintiff is alleging this is how DEFENDANTS BUNDESNACHRICHTENDIENST are factually connected and is a factual nexus to them. "De-duplicated" refers to "DE," which is an abbreviation for Germany, already having a

with the ones we already had to see what might be new.[499] This time, we would do the same thing. I tasked the job of looking into this to the counterintelligence division,[500] and I expected to receive reports as things developed…[MCCABE is still talking about Midyear when he says] I'd been home for two days when the Bureau applied for and received **a FISA warrant to surveil a subject[501]** in connection with the Russia investigation…[MCCABE is continuing to talk about Midyear when he says] as noted, I had nothing to do with Jill's campaign. And Jill's campaign had nothing to do with the Clinton email investigation…I sought ethics advice and followed it, observed all of these prohibitions and more, avoiding even activities that might have been permitted…and even if [Virginia Governor] McAuliffe had wanted to ***CURRY[502] FAVOR[503] with me on Hillary Clinton's behalf***,[504] he would have had to be a ***clairvoyant***. Jill's campaign was over—and she lost—in November 2015, months before I had any knowledge of, or involvement in, the Clinton case."[505]

There is something really up with the passage: "even if [Virginia Governor] McAuliffe had wanted to *CURRY* FAVOR with ME on Hillary Clinton's behalf. This passage is great for a lot of different ways. PLAINTIFF alleges it refers to "Trade is in the Offing" and why they would want to retaliate against PLAINTIFF. Clairvoyant is tricky in a lot of different ways in which all the following are plausible explanations: 1) the most likely: ANDREW MCCABE, PETER STRZOK, JEH JOHNSON, and JOHN O. BRENNAN, having listened in on PLAINTIFF knew the details of JAPLAN so ANDREW MCCABE is actively trying to mitigate the harm to DEFENDANTS and say that PLAINTIFF would not be able to credibly connect all of them in which MCAULIFFE had directed some unknown Indians to retaliate against PLAINTIFF in JAPAN via *JAPLAN* as a favor because all PLAINTIFF had was a sense of clairvoyance in Spring 2015 that Hillary Clinton and Bill Clinton had intended on completely harming PLAINTIFF along with Andrew McCabe and Chief Justice John Roberts. Clairvoyant could refer to Santa CLARa and PLAINTIFF'S semester abroad in which he would travel like a bon-*voy*-ant in his travel abroad. So PLAINTIFF alleges that this is obstruction of justice, obstruction of a criminal investigation because ANDREW MCCABE would be deliberately ignorant of McAuliffe directing some Indians to retaliate against ME (midyear)(PLAINTIFF) on

---

DUPLICATE copy of all of PLAINTIFF'S emails after having stepped foot in Germany in *Financial Terrorism* in 2009 in which American DEFENDANTS circumvented PLAINTIFF'S Constitutional rights and thereby sharing all the information and emails with DEFENDANTS in which they committed war crimes similar akin to Aktion T4 yet again and can be held liable as aiding and abetting based on their own precedent.

[499] Also, note the fact that DEFENDANTS had email concerning *Angel's*. [Sidenote: who is giving the FBI all of these emails? CIA? GOOGLE being bribed and acting as state agents on behalf of the FBI and CIA thereby incurring Pinkerton Liability?

[500] So this is ANDREW MCCABE directing PETER STRZOK on what to do because PETER STRZOK was the head of the counter-intelligence division.

[501] PLAINTIFF'S Factual Nexus establishing use of FISA against PLAINTIFF as PLAINTIFF was the subject.

[502] Curry: the common spice of INDIAN food and the association between curry and Indians is that commonly understood and accepted. This is a factual nexus to *Miki's Tea Party*. This sentence in sum proves the retaliation against PLAINTIFF for *Miki's Tea Party* by doing what they were about to do against PLAINTIFF in Tokyo 2015 and is the factual nexus establishing such. Guess what, irony upon irony here, this shows what liberals would call XENOPHOBIA and racism against INDIANS by referring to them on a cultural value and spice Curry in violation of Title VI. Lol. Plaintiff laughs at the absurdity of all of this.

[503] CURRY FAVOR= "TRADE IS IN THE OFFING."

[504] PLAINTIFF is alleging that ANDREW MCCABE specifically knew about *Miki's Tea Party*.

[505] McCabe, Andrew. *The Threat. How the FBI Protects America in the Age of Terror and Trump.* 2019.

behalf of Hillary Clinton because of "trade is in the offing" in which McAuliffe would grant the funds to Jill McCabe's campaign.  THIS is in violation of XX.

The point being: THE COMMON DENOMINATOR HERE IS ANDREW MCCABE. First, even if we take and accept ANDREW MCCABE'S words to be true here and not an obfuscation of the truth and a complete lie, there isn't a denial that ANDREW MCCABE spurned MCAULIFFE's favors. The question isn't so much Jill's campaign having allegedly done nothing with the Clinton email investigation, but the question is **how and who did ANDREW MCCABE** *ingratiate* **himself to in order for his wife's campaign to be successful by getting funds?** By allowing McAuliffe to direct the Indians to retaliate against PLAINTIFF via JAPLAN. Next, it's not TERRY MCAULIFE currying favor with ANDREW MCCABE, it is the exact opposite—ANDREW MCCABE currying favor with TERRY MCAULIFE to curry favor with BILL and HILLARY CLINTON and then ANDREW MCCABE currying favor with BILL AND HILLARY CLINTON for his wife and getting rid of their liability--PLAINTIFF; and maybe, just maybe, by doing this ingratiating favor, ANDREW MCCABE *Cough* "earned" *TWO promotions for himself in THREE MONTHS* Cough Cough and got the **funds** *for his wife's campaign*. A pay raise for ANDREW MCCABE and his wife, which affects interstate and intrastate commerce. So just to be clear, PLAINTIFF had nothing to do with PLAINTIFF'S parents' home burning down in May 2010 (i.e. 6 alarm fire); and PLAINTIFF never committed insurance fraud to the best of his recollection; and it is PLAINTIFF'S belief that the FBI was looking for proof on that in PLAINTIFF's laptop. MUAH! **kisses ANDREW MCCABE on the forehead and promptly gets accused of sexual assault by ANDREW MCCABE** MUAH! MUAH! PLAINTIFF loves the shortsightedness of ANDREW MCCABE and complete shortsightedness. Because guess what? Knowing what happened in *Miki's Tea Party* and then receiving funds to cover up and ignore an actual act of domestic and international terrorism while being the boss to the head of counterterrorism (PETER STRZOK) in the FBI is aiding and abetting terrorism and most importantly, Financing Terrorism and Harboring Terrorists because ANDREW MCCABE got a pay raise because of it.[506] Total Knock Out.

> Between September 30 and October 29, 2015, Governor McAuliffe's PAC Common Good VA donated $450,000 to your wife's state senate campaign,[16] while the Democratic Party of Virginia made additional in-kind contributions totaling $207,788.[17] Much of that money was raised by McAuliffe following a June 26, 2015, Fairfax, Virginia fundraiser headlined by former Secretary Clinton.[18] Some of the money raised from Clinton associates, such as Doug Band[19] and Robert Johnson, was donated prior to the commencement of the FBI's investigation.[20] However, a significant amount was donated after the FBI had initiated its investigation and begun meeting with Secretary Clinton's attorneys in August 2015.[21]

To even beat a dead horse with a stick, PLAINTIFF is alleging the FISA Court is aiding and abetting terrorism after any and all decisions made in March 2011 because they knew domestic and international terrorism occurred, knew DEFENDANTS engaged in actual financing of terrorism, and therefore, every single one of FISA Court's Rulings are prejudicial against

---

[506] *See*: *United States v. Horak*, 833 F.2d 1235 (7th Cir. 1987) (Holding that the DEFENDANT'S job was acquired and maintained through racketeering activity and remanding the case to district court to determine whether defendant's salary, bonuses, and pension, and profit sharing plans were acquired and maintained as a result of the racketeering activity).

PLAINTIFF based on these facts. Furthermore, MCAULIFFE'S PAC gave money to Jill McCabe's State Senate run in October 2015 (two months prior to November 2015). Picture below is from U.S. Senator Grassley's letter to Andrew McCabe describing Andrew McCabe and his wife's election run as State Senator. REMEMBER THE DATE OF JUNE 26th, 2015. *See*: Some of DEFENDANT'S RELEVANT CRIMES OF: 18. U.S.C. 1956 (FINANCING TERRORISM).

PLAINTIFF said earlier that there was a problem that the CLINTON'S had, what is this problem? The following paragraph is all opinion and quotes from ANDREW MCCABE--that problem was, super obviously by now, ***PLAINTIFF***. "Painstakingly, the **Midyear** team pieced together the whole timeline of what constituted Clinton's "private email server" at every moment from **2008** through March 2015. It seemed as if every time the investigators turned over another rock, they found yet another laptop that was used to fix or process or transfer Hillary Clinton's data and yet another place where some of Clinton's emails, which could have contained classified information,[507] might have been."[508]

Do you see what Andrew MCCABE did in the previous passage with the dates? So as PLAINTIFF argued in *Midyear,* ANDREW MCCABE, PETER STRZOK, CIA, FBI, DHS, etc. all chose to retaliate against PLAINTIFF on the basis of his disability because of his politically protected speech made in the confines of his home and in the classroom. So there initial plan wasn't successful so what came up by March 2015? JAPLAN, BILL CLINTON going to Japan on March 17th, 2015, and Chief Justice JOHN ROBERTS having correspondence with the Chief Justice of Japan. *An Anchor and a Pitchfork* is fundamentally—yet again—ANDREW MCCABE, PETER STRZOK, et al attacking PLAINTIFF on the basis of his politically protected speech made in the confines of his home and in the classroom with the additional features of needing to cover up *Miki's Tea Party* in which Indians and the Japanese would do the dirty work as a favor to Hillary Clinton and having Andrew McCabe be "separate" enough from the case to give that evidence to the DOJ when JAPLAN happened that the Chief Justice of Japan knew about. So DEFENDANTS' first attempt was a failure in Midyear and the only reason why Andrew McCabe said Midyear ended in March 2015 is that you put Midyear to rest in March 2015 when there is a new opportunity for them--or as Hillary Clinton would say, "a rare development"--to attack PLAINTIFF on the basis of his disability because of his speech via *JAPLAN*.

So PLAINTIFF is a complete legal liability to SCOTUS, DOJ, HILLARY and BILL CLINTON, India, Britain, FBI, CIA, DHS, et al and PLAINTIFF completely unknowingly and unwittingly gave them the tools to make sure PLAINTIFF would never be a liability to them (so they think). Furthermore, PLAINTIFF is a liability to CLINTON GLOBAL INITATIVE FINANCING where if HILLARY CLINTON does not win the amount of benefactors and donors to CGI will go down, which is indeed what happened. CGI received $62.9 million in 2016 and then only received $16.3 million in 2020 in which the amount of donations steadily decreased year after year from 2016 through 2020.[509] So RICO actors do what they do and they

---

[507] Notice the difference in treatment when FBI is outraged by someone having confidential emails but when privileged emails via ANGEL'S are used against PLAINTIFF, no fucking problem according to DEFENDANTS.
[508] McCabe, Andrew. *The Threat. How the FBI Protects America in the Age of Terror and Trump.* 2019.
[509] https://www.axios.com/2021/12/01/clinton-foundation-donations-plummet last checked. 08/11/2023. 12:13pm

have to get rid of the problem somehow and seek to destroy PLAINTIFF'S credibility and likability (barbarically) in case of any future reprisals from PLAINTIFF for their actions committed against PLAINTIFF.

To demonstrate the tightness between ANDREW MCCABE and PETER STRZOK and how PETER STRZOK was beholden to ANDREW MCCABE so that ANDREW MCCABE could keep some distance from the investigation (thereby having plausible deniability he was beholden to the CLINTONS), evidence shows that on: July 28-31, 2016:  "Neither CD AD Priestap nor EAD Steinbach want Strzok to lead the investigation because of his personal relationship with L. Page and instances of Strzok-Page bypassing the chain of command to advise FBI Deputy Dir. Andrew McCabe; McCabe overrules decision to exclude Strzok."[510] STRZOK is not excluded because of the relationship STRZOK and MCCABE have in prosecuting PLAINTIFF. On, Oct. 11, 2016: STRZOK advises L. PAGE that, the IG writes, "support from MCCABE might be necessary to move the FISA application forward." ANDREW MCCABE said: "I tasked the job of looking into this to the counterintelligence division."[511] PETER STRZOK said: "*__McCabe__* wanted the Counterintelligence Division (that PETER STRZOK was in charge of) rather than the FBI's Cyber Division to run the investigation. And he wanted the investigation opened immediately."[512]

CHIEF JUSTICE JOHN ROBERTS, overseer of the FISA court, was allegedly invited to go to Japan by CHIEF JUSTICE ITSURO TERADA of the JAPANESE SUPREME COURT in March 2015 to talk about their love of "anime," "sushi," and how AMERICA made JAPAN their "equal counterpart" after WWII and not their complete bitch (joke, but there was an invitation sent). CHIEF JUSTICE JOHN ROBERTS graciously accepted the invitation to go to JAPAN in JULY 2015 after the work was done by March 27th, 2015. As stated before, WARWICK ALLEN and PLAINTIFF had First Amendment protected conversations in the privacy of PLAINTIFF'S own home that were leaked to DEFENDANTS that were recorded by DEFENDANTS that were utilized by the FISA Court in which CHIEF JUSTICE JOHN ROBERTS is the overseer of the FISA Court. These conversations were leaked in the course of an on-going investigation that violated DEFENDANT FBI Procedures. CHIEF JUSTICE JOHN ROBERTS was in JAPAN for more than one week after 07/07/2015. During his time in JAPAN, CHIEF JUSTICE JOHN ROBERTS furthered the conspiracy in some way.

Next, PETER STRZOK said: "From a counterintelligence perspective, the most important players in some embassies include the ambassador, the deputy chief of the mission, the CIA chief of station, the FBI's LEGAT, and sometimes the State Department's regional security officer. Work that touches on *__other__* FBI **investigations** might include representatives from **the**

---

[510] https://www.hsgac.senate.gov/wp-content/uploads/imo/media/doc/abbreviated%20timeline%20horowitz.pdf
[511] what is the actual justification for this besides PETER STRZOK being ANDREW MCCABE'S complete bitch of a lackey and doing whatever ANDREW MCCABE wanted PETER STRZOK to do? What are the reasons and actual evidence that *counterintelligence* is warranted when there are none based on the facts? PETER STRZOK hated PLAINTIFF as much as the CLINTONS did, then that would make sense because it was how purely retaliatory in nature this all was against PLAINTIFF.
[512] Strzok, Peter. *Compromised*. Counterintelligence and the Threat of Donald J. Trump.

**Drug Enforcement Agency**[513] or the **Department of Defense**[514] and **Homeland Security.**"[515] Thank you PETER STRZOK for this as this officially ties in State Department, CIA, FBI, DEA, DOD, and DHS all in the same conspiracy and cannot be separated. First, whatever privacy rights PLAINTIFF had in the privacy of his home—when PLAINTIFF was engaging in 1st Amendment protected speech in which PLAINTIFF never expected those conversations to be used or recorded against my consent-- could have easily been circumvented by DOD, DHS,[516] or DEA; and then DHS/DEA/DOD gave these recordings to FBI, CIA, et al. This also proves a conspiracy existing amongst DEFENDANTS as they have work that touched on investigations involving PLAINTIFF. Also a distinct possibility is the FBI themselves having recorded all the conversations about me in Spring 2015. The point being, what this shows is all the collaboration and coconspirators agreement to further the enterprise prior to PLAINTIFF leaving for Japan in the Summer of 2015.

Do you have anymore evidence of their hostility and PETER STRZOK'S extreme manifest bias against me that would show malice and incompetence as an investigator? Yes. PLAINTIFF established FBI's need to prosecute me because of the relationship between ANDREW MCCABE and the CLINTONS and DEFENDANTS and that they were looking for ***anything*** that they could use to prosecute PLAINTIFF because PLAINTIFF proved to be that much of a legal liability to the CLINTONS because of their corruption, primarily with at least what happened in London in 2010. Later on in 2016, PETER STRZOK said: "We began weekly meetings with them (DOJ and FBI) to ensure that we were <u>tightly coordinated</u> and that nothing was falling through the cracks—for example, that *a piece of intelligence* which might have appeared to be an ***unrelated*** cyber ***matter*** would be brought to the team's attention if there was ***any conceivable way it could be related to our investigation***."[517] This is bias, confirmation bias, and cherry-picking of information. Instead of allowing the truth to be fully understood and appreciated, they were *that determined* on getting me or preventing the true and fair administration of justice because even if something was unrelated (and therefore not applicable), it could be imagined and misconstrued (i.e. something that is imagined, inapplicable, and misconstrued is a *conceived* way) to them trying to get me at any costs because someone worked on behalf of HILLARY and BILL CLINTON and would show their complete depravity and corruption. Depending on how this is interpreted, PETER STRZOK really hated PLAINTIFF and thought possibly PRESIDENT TRUMP would be on PETER STRZOK'S side when PETER STRZOK said: "This is unfortunate, because within that gap lies a story of personal and national bravery against a <u>common enemy</u>, taking place within a unique and **storied**[518] setting."[519]

---

[513] Probably because they falsely believed I was a drug dealer
[514] DOD would get involved after I wrote Thao Bui a letter for security clearance and probably in the process check me out.
[515] Strzok, Peter. *Compromised*. Counterintelligence and the Threat of Donald J. Trump.
[516] https://www.aclu.org/other/constitution-100-mile-border-zone
[517] Strzok, Peter. *Compromised*. Counterintelligence and the Threat of Donald J. Trump.
[518] The ***story.*** PLAINTIFF wrote the story in 2016.
[519] Strzok, Peter. *Compromised*. Counterintelligence and the Threat of Donald J. Trump.

The FBI 2015 DIOG says in regard to Assist[ing] Victims: "Identify victims who have suffered direct physical, emotional, or financial harm as a result of the commission of Federal crimes, offer the FBI's assistance to victims of these crimes and provide victims' contact information to the responsible FBI Victim Specialist (VS). The VS is thereafter responsible for keeping victims updated on the status of the investigation to the extent permitted by law, regulation, or policy, unless the victim has opted not to receive assistance. The FBI's responsibility for assisting victims is continuous as long as there is an open investigation (see the Victim Assistance Policy Guide, 0505PG)."[520] **Not once, not even a single time, did the FBI or DOJ ever inform PLAINTIFF of any crimes committed against PLAINTIFF in which PLAINTIFF has suffered extreme and direct physical, emotional, and financial harm. PLAINTIFF never opted out of receiving these notifications**. Above is a



screenshot from 5 EYES meeting group that the FBI had[521] that discussed Victim Services. DEFENDANTS met and for purposes of establishing facts, conventions were had and money was spent thereby effecting interstate and intrastate commerce.

PLAINTIFF was a journalist in college and PLAINTIFF wrote for the Sewanee Purple. One time, PLAINTIFF wrote an article on Free Speech talking about how disgusting the book *Lolita* was, but that you should still read it anyway. PLAINTIFF never said it was a role-model book that should be acted out in real life in anyway; I believe quite the opposite actually. PLAINTIFF thinks this piece of exculpatory evidence was omitted. Also talked, as alluded to earlier, political correctness and how an aspect of the allowing a population to accept the holocaust was through politically correct language. There was so much exculpatory evidence in the Sewanee Purple articles that PLAINTIFF wrote. PLAINTIFF *still* was a journalist in 2014/2015 as PLAINTIFF had reestablished himself as a journalist from at least November 6th, 2014 onwards in which PLAINTIFF had written an article for a LGBT publication discussing the legality of gay marriage in either late 2014 or early 2015. In Spring 2015 in the privacy of the home, PLAINTIFF had _discussed_ with WARWICK ALLEN the _possibility of_ and my intention of writing an article on HILLARY CLINTON that involved her corruption and Wikileaks and made some bullshit joking remarks about HILLARY CLINTON. PLAINTIFF planned on writing an article and had the source material, but PLAINTIFF did not know then how to interpret the data and information as PLAINTIFF does now. Yes, PLAINTIFF had the material via CLINTON'S emails, but having the material is constitutionally protected per SCOTUS' ruling in the Pentagon papers case as a journalist. Suppose ANDREW MCCABE of the FBI was dirty and relayed what two bullshitters said about HILLARY CLINTON in the privacy of their own home to *ingratiate* himself with BILL AND HILLARY CLINTON to *provide cause* to have

[520] https://www.justsecurity.org/wp-content/uploads/2019/03/FBI.DIOG_.pdf
[521] https://vault.fbi.gov/five-eyes-law-enforcement-group-meeting/five-eyes-law-enforcement-group-meeting-part-01-of-02/view

the CLINTONS harm me. Furthermore, this violates FBI policy where he is sharing the details of an ongoing investigation. This is all motive, opportunity, and justification. Things are not looking good for PLAINTIFF at all at this point.

Do you have proof that the FBI or someone else probably recorded these conversations. Not exactly, but an inference that PLAINTIFF does. PLAINTIFF was under investigation by at least the FBI at this time, so let us use FBI's 2015 DIOG Section 4.2.1 on Free Speech to see what they said about retaining 1st Amendment protected speech: "The exercise of free speech includes far more than simply speaking on a controversial topic in the town square. It includes such activities as carrying placards in a parade, sending letters to a Newspaper editor,…and publishing books or articles…Law enforcement activity that diminishes a person's ability to communicate in any of these ways may interfere with his or her freedom of speech—and thus may not be undertaken by the FBI solely for that purpose. It is important to understand the line between constitutionally protected speech and advocacy of violence or of conduct that may lead to violence or other unlawful activity…Therefore, even heated rhetoric or offensive provocation that could conceivably lead to a violent response in the future is usually protected…Despite the high standard for interfering with free speech or punishing those engaged in it, the law doesn't preclude FBI employees from observing and collecting any of the forms of protected speech and considering its content—as long as those activities are done for a valid law enforcement or national security purpose and are conducted in a manner that does not unduly infringe upon the ability of the speaker to deliver his or her message… the FBI will ensure there is a rational relationship between the authorized purpose and the protected speech to be collected such that a reasonable person with knowledge of the circumstances could understand why the information is being collected. In summary, during the course of lawful investigative activities, the FBI may lawfully collect, *retain*, and consider the content of constitutionally protected speech, so long as: …the collection does not actually infringe on the ability of the speaker to deliver his or her message…." Do you know what would infringe on PLAINTIFF'S ability to deliver PLAINTIFF's message more persuasively? DEFENDANTS sharing with each other the info of *JAPLAN,* an exact plan on how to exploit and effectively execute PLAINTIFF as a disabled individual on the basis of my disability, with some lets say questionable people that have adverse interests to PLAINTIFF's because *THE CLINTONS AND DEFENDANTS just might make it happen*.

DEFENDANTS are going to allege that PLAINTIFF was going to sell my Adderall when PLAINTIFF was in Tokyo--this is a complete fabrication. First off, PLAINTIFF did not have a problem with Adderall until REBECCA WETHERBEE and DEFENDANTS made PLAINTIFF'S Adderall a problem in which they continued a pattern of obstructing PLAINTIFF from getting the proper medical help when necessary. Next, DEFENDANTS had a hatred of PLAINTIFF using Adderall because it facilitated PLAINTIFF writing things down where it could slow down the thoughts in PLAINTIFF'S brain to let his hands catch up with the speed of his thoughts. JAMES COMEY, ANDREW MCCABE, and PETER STRZOK talk about Adderall (which is also called speed): "the problem with Comey's imperative—and with the urgency all of us were feeling in mid-August 2016—**was that speed** doesn't mesh well with good counterintelligence, which is typically slow and methodical. Nor, for that matter, does it aid secrecy."[522] PLAINTIFF doesn't recall if PLAINTIFF said out loud whether or not he was going

---

[522] Strzok, Peter. *Compromised*. Counterintelligence and the Threat of Donald J. Trump.

to take Adderall with me to Japan for PLAINTIFF's own medically necessary purposes while there. There is absolutely no proof or evidence of me having any intention on selling any drugs while PLAINTIFF was in Japan in Spring 2015 in which DEFENDANTS would have no reason to have PLAINTIFF under surveillance there. PERIOD. Furthermore, lets grant DEFENDANTS lie that this was about Adderall trafficking. The purpose of the investigation was not Trafficking and Sexual Trafficking of Children—this would violate "the investigating officer initiated and permitted the escalation of sexual contact that was unnecessary to any reasonable investigation, appellant's conviction is reversed." *State v. Burkland*, 775 N.W.2d 372, (Minn. Ct. App. 2009)

There is list, screenshot below, of all the computer issues PLAINTIFF had from September 4th, 2013—two weeks after the REBECCA WETHERBEE August 2013 Messages to demonstrate and prove 18 USC 1961 Sec 1028/1029. By hacking and not having proper legal authority, they acquired the knowledge to harm me.

| 1119061846 | Mac+ T2- CS Code A009207298- Wi-fi repair | VOICE | 1325828223 | M*i | K*****i | N/A | N/A | W80111YWAGW | N/A | 2016-05-31Tz |
| 1110793013 | Airport | N/A | 1325828223 | N/A | N/A | N/A | N/A | W80111YWAGW | N/A | 2016-05-24T0 |
| 1113900261 | Internet & Connectivity | N/A | 1325828223 | M*i | K*****i | N/A | N/A | N/A | N/A | 2016-05-23T0 |
| 1109373284 | Support Denied | VOICE | 1325828223 | M*i | K*****i | N/A | N/A | W80111YWAGW | N/A | 2016-05-16T0 |
| 1080815963 | Airport issues after repair | VOICE | 1325828223 | M*i | K*****i | N/A | N/A | W80111YWAGW | N/A | 2016-04-01Tz |
| 1080908351 | refer case : 1046169048 | VOICE | 1325828223 | M*i | K*****i | N/A | N/A | W80111YWAGW | N/A | 2016-04-01Tz |
| 1046156965 | keychain login | VOICE | 1325828223 | N/A | N/A | N/A | N/A | W80111YWAGW | N/A | 2016-02-10T0 |
| 1046153755 | update the osx | VOICE | 1325828223 | N/A | N/A | N/A | N/A | W80111YWAGW | N/A | 2016-02-10T0 |
| 1046169048 | Intermittent Wi-Fi Connection | VOICE | 1325828223 | M*i | K*****i | N/A | N/A | W80111YWAGW | N/A | 2016-02-10T0 |
| 1038974032 | Contact Apple Store | VOICE | 1325828223 | N/A | N/A | N/A | N/A | W80111YWAGW | N/A | 2016-01-29T1 |
| 1028460004 | Dim or no backlight | N/A | 1325828223 | N/A | N/A | N/A | N/A | W80111YWAGW | N/A | 2016-01-24T0 |
| 1034286832 | Screen went black, unable to force shutdown but fans and everything runs. Tried | N/A | 1325828223 | N/A | N/A | N/A | N/A | W80111YWAGW | N/A | 2016-01-22T0 |
| 668701827 | Black screen with only the cursor visible | VOICE | 1325828223 | N/A | N/A | N/A | N/A | W80111YWAGW | N/A | 2014-09-25Tz |
| 527141142 | CR: CS Code Provided - MacBook Pro - Parts and Labor | VOICE | 1325828223 | N/A | N/A | N/A | N/A | W80111YWAGW | N/A | 2013-11-05T0 |
| 527143710 | MacBook Pro? IN Mac Warehouse | N/A | 1325828223 | N/A | N/A | N/A | N/A | N/A | N/A | 2013-11-05T0 |
| 524356812 | Keyboard not recognized | N/A | 1325828223 | N/A | N/A | N/A | N/A | W80111YWAGW | N/A | 2013-11-02Tz |
| 500354435 | Drive not recognized | N/A | 1325828223 | N/A | N/A | N/A | N/A | W80111YWAGW | N/A | 2013-09-04Tz |

09/2013—Hard Drive Not Recognized.
- Hard drive stores everything on the laptop.

11/2013—Keyboard Malfunctioning
- Tracking of everything typed on a laptop

11/2013—Mac in store (and possibly at FBI)

09/2014—Black screen in which cursor is only available.
- Some type of hard-drive issue again.

More relevantly, here are the searches PLAINTIFF had searched from March 2015 onwards that establishes something was very wrong with his laptop and/or that it had malware installed on it by DEFENDANTS (the laptop was a 2010 Macbook Pro):

**March 7th, 2015:**
I'm experiencing battery issues with my laptop and search for a replacement battery. PLAINTIFF purchases a Chinese battery as I could not find an OEM Apple battery for my make and model as it was too old (the problems of being poor I suppose ¯\\_(ツ)_/¯).



**March 12th, 2015:** PLAINTIFF'S laptop battery issues persist, and PLAINTIFF looks up how to do a PRAM/SMC reset. The following explains why PLAINTIFF did this: "What is

PRAM? PRAM is the memory that stores core details about your Mac. PRAM stands for parameter random access memory, and it's where settings information related to your Mac's operating system is stored. This system settings info includes display settings (like resolution and color depth), time zone, speaker volume, and more. Unlike RAM memory, which is like your computer's short-term memory, info stored in the PRAM isn't temporary, so it doesn't get cleared. Instead, the PRAM uses a small internal battery, so these settings are saved even when your Mac is turned off.  Intel-based Macs have a type of memory called NVRAM (non-volatile random access memory). Like PRAM, NVRAM is a small amount of memory used to store specific system settings for quick access. While less prone to corruption, NVRAM occasionally needs to be reset — the steps for resetting PRAM or NVRAM on a Mac are the same. When should you reset PRAM? <u>When problems with your PRAM or NVRAM</u> happen, settings can be lost and connectivity issues can arise, because your Mac can't figure out what to do. <u>If you start noticing strange behavior</u> from clocks, **lights, your Mac's battery meter, ports**, or even the power button, this could indicate that the PRAM or SMC needs to be reset."[523]



[523] https://www.avast.com/c-reset-mac-pram-smc#topic-1



**May 18th, 2015:**

I attempt to get help from LSU's computer help desk for numerous issues involving my laptop at this time and ghost icons appearing on my desktop.



# *June 26th, 2015:*

It comes to PLAINTIFF'S attention that someone or DEFENDANTS create a backup of PLAINTIFF'S laptop in which PLAINTIFF can't access it, or someone or DEFENDANTS created and installed something in my computer that is causing my memory to become full in which PLAINTIFF can't use my computer correctly because a full memory slows down a laptop.

There is something obviously very wrong with PLAINTIFF'S laptop at this time, but PLAINTIFF is too poor and cannot afford to purchase a new laptop. PLAINTIFF tries finding ways of freeing up space on PLAINTIFF'S laptop to get it properly functioning again. If PLAINTIFF recalls correctly, PLAINTIFF doesn't have access to this hidden backup that appeared out of nowhere on my laptop, *but someone or DEFENDANTS do*, and what DEFENDANTS decide to do with this UNAUTHORIZED ACCESS TO PLAINTIFF'S LAPTOP, PLAINTIFF has no idea. ***Foreshadowing:*** This is around the same time there is an unexpected guest standing outside SAKURA HOTEL (SAKURA GUEST HOUSE).



# July 3rd, 2015

This is the search from July 3rd, 2015 that I will discuss later.



## July 7th, 2015 search:

It is important to note the issue with keychain login.



01/2016—Dim Backlight.

02/2016—Intermittent Internet connection
- Access to information denied.

02/2016—Keychain login issues.
- DEFENDANTS implanted malware for sure.

04/2016—Macbook Pro Airport issues.

05/2016—Internet issues again.

- Denied access to information again.

05/2016—Macbook Pro Airport issues again

DEFENDANTS were corrupt and heard how to commit the perfect crime against PLAINTIFF via *JAPLAN* because they were listening in on Spring 2015 when they were given the details of *JAPLAN*. There is no reasonable doubt that PLAINTIFF was an absolute liability to these people and had a purpose on doing so. Suppose DEFENDANTS, having already obstructed justice and having already committed one act of international and domestic terrorism at this point in Spring 2015, needed a different justification for surveilling PLAINTIFF because they **knew** of the crimes DEFENDANTS were *GOING* to commit against PLAINTIFF *in the future* at SAKURA HOTEL (SAKURA GUEST HOUSE) because they had a reason for doing so--what is the point of committing extortion, torture, blackmail, and war crimes if it is not recorded for later 'extortiory' purposes when they had already installed devices like that in 2011 in PLAINTIFF'S dorm room after their first terrorist event? Didn't you say something earlier about privacy, Indians, and hotels? WHY YES, YES PLAINTIFF DID in STAR CHAMBERS! Just to repeat:

SCOTUS decided a case on 06/22/2015, exactly four days before HILLARY CLINTON'S speech on 06/26/2015, but is actually far more sinister in light of PLAINTIFF and *Miki's Tea Party* and here is why: ***City of Los Angeles v. Patel*, 576 U.S. 409 (2015).** It was argued on 03/03/2015, two weeks prior to BILL CLINTON going to JAPAN, one month after PLAINTIFF obtained approval from his school to study abroad in JAPAN in which PLAINTIFF explained JAPLAN, and around the same time that CHIEF JUSTICE started talking to his Japanese counterpart in Tokyo. As argued earlier, foreign persons or corporations don't have any constitutional rights abroad in which 4th Amendment protects "People," not places, and **foreign owners of hotels have no expectation of privacy in their properties in which it would be completely constitutional for DEFENDANTS to search and seize HOTEL SAKURA paperwork and installing cameras and microphones in Sakura House in which it would be constitutional for DEFENDANTS to do so because it was a place, not a person**. PLAINTIFF would decide to live in SAKURA HOUSE. DEFENDANTS knew of *JAPLAN* at this time. DEFENDANTS knew of PLAINTIFF'S vulnerabilities abroad. It was decided exactly one day before PLAINTIFF would no longer have assistance in Japan in people who could reach out and help PLAINITFF. The case overruled 9th Circuit Precedent in which the State of California had jurisdiction over PLAINTIFF in 2015. The case involved the INDIAN owners of hotels in which there was a city ordinance that required the Hotel to keep records of specified information about their guests. Police officers under that ordinance are allowed to search and seize the Hotel records at any time without a search warrant. Defendants don't need a warrant abroad for a Japanese hotel owner to search and seize records about PLAINTIFF staying in their hotel... The Court held that an individual may challenge a statute for violating the Constitution on its face without needing to allege unconstitutional enforcement, and that the municipal ordinance in question is unconstitutional on its face because it does not allow for hotel operators to engage in **pre-compliance review by questioning the reasonableness of the subpoena in district court.** The type of search the municipal ordinance authorizes is an administrative one, which means that its purpose is to ensure that **the hotel operators are complying with the record requirement**, and judicial precedent has held that there must be an opportunity for the subpoenaed party to

contest the subpoena for an administrative search **before penalties are imposed**. Such pre-compliance review is necessary to ensure that the search is not a pretext to harass the business owner. The Court also held that hotels are not a "closely regulated" business and therefore do not fall under that exception to the warrant requirement." JUSTICE SCALIA did not like PLAINTIFF at the time. He wrote the dissenting opinion in which he argued that the municipal ordinance in question is constitutional under the Fourth Amendment in most, if not all, of its applications because *warrantless searches are not unreasonable under certain conditions*. (such as taking place overseas). One of those conditions is when the premises to be searched is that of a closely regulated business, as long as the regulatory scheme of which the search is a part furthers a substantial government interest (there was a government substantial interest in framing PLAINTIFF after having committed an act of international and domestic terrorism against PLAINTIFF), the search is necessary to further the regulatory scheme, and the regulatory scheme provides a constitutionally adequate substitute for a warrant."[524]

Suppose there was a document that the CIA had that showed how to circumvent security at certain major airports in a particular country, which also happens to be an island: *Japan*.[525] Suppose this island nation of Japan is completely beholden to the US as it depends on the US and the US' military for its very own survival against the superpower China (how is Japan supposed to fight back against China with an aging society? Alright Grandpa-san, here is your rifle and fighter jet, go get 'em). Suppose BILL CLINTON and the CIA had a relationship from when the CIA ran drugs into Arkansas during BILL CLINTON'S time as Arkansas' governor in the 1980s in Mena, <u>ARKANSAS</u> and that is "not" how the CLINTONS made some money through the illegal drug trade and made politically connected friends and CIA connections at the time; suppose the CIA did favors for BILL CLINTON while he was President; and suppose BILL CLINTON covered up things for the CIA in which the CIA owed BILL CLINTON 'a favor'? Suppose "BILL CLINTON, according to several agency sources interviewed by biographer Roger Morris, worked as a *CIA informer* while briefly and erratically a Rhodes Scholar in England," [526] which means BILL CLINTON and the CIA had an established working relationship for more than 20 years at this point of time in my story.

## XX. "STANDARDS FOR ME, BUT NOT FOR THEE"—DEFENDANTS.

How two-tiered has the U.S. Justice system become? Is this a fundamental reason why PLAINTIFF is so pissed off based on the principle of it? So glad you asked. Yes PLAINTIFF affirms this to be true. BUT "according to Larry Patterson in sworn testimony, Governor Clinton has oral sex with a woman in a car parked outside Chelsea Clinton's elementary school"[527] and DEFENDANTS do not blackmail nor extort BILL and HILLARY CLINTON over this nor does anything happen to BILL and HILLARY CLINTON by U.S. Intelligence. #1.

---

[524] https://www.oyez.org/cases/2014/13-1175
[525] https://www.wikileaks.org/cia-travel/secondary-screening/WikiLeaks_CIA_Assessment_on_Surviving_Secondary_Screening.pdf
[526] http://ontology.buffalo.edu/smith/clinton/arkansas.htm
[527] http://ontology.buffalo.edu/smith/clinton/arkansas.htm

I write *I'm A Sexy Nazi and I Know It* and my senior thesis is used against me for counterintelligence purposes in which my life is ravaged by DEFENDANTS in which PLAINTIFF is falsely labeled as antisemitic and pro-Nazi. BUT, "After becoming involved in politics, Wellesley graduate Hillary Rodham orders her senior thesis sealed from public view"[528] and U.S. Intelligence doesn't blackmail nor extort BILL and HILLARY CLINTON over this nor does anything happen to BILL and HILLARY CLINTON by U.S. Intelligence. #2.

I have one of the most traumatic events in my life happen in November 2009 to get $36,000 for school that is used against me for counterintelligence purposes in which PLAINTIFF'S life is ravaged by U.S. Intelligence because of *Financial Terrorism, METH, etc*. BUT "two months after commencing the Whitewater scam, Hillary Clinton invests $1,000 in cattle futures. Within a few days she has a $5,000 profit. Before bailing out she earns nearly $100,000 on her investment. Many years later, several economists will calculate that the chances of earning such returns legally were one in 250 million"[529] and U.S. Intelligence doesn't blackmail nor extort Bill and Hillary Clinton over this nor does anything happen to BILL and HILLARY CLINTON by U.S. Intelligence. #3.

PLAINTIFF routinely and falsely gets labeled as a drug dealer, domestic terrorist, and committer of insurance fraud and has every single American Intelligence Agency, every single British Intelligence Agency, every single Indian Intelligence Agency, every single German Intelligence agency, and the IRS after PLAINTIFF because education was PLAINTIFF'S priority. *See*: *TAR; METH; Financial Terrorism; Miki's Tea Party; Calm Down, Man; Guess Who's Back; etc*. BUT "according to later sworn testimony by Arkansas trooper Arkansas becomes a major center of gun-running, drugs and money laundering. The IRS warns other law enforcement agencies of the state's "enticing climate." According to Clinton biographer Roger Morris, operatives go into banks with duffel bags full of cash, which bank officers then distribute to tellers in sums under $10,000 so they don't have to report the transaction."[530] "An IRS memorandum reveals that even at this late [80s or 90s] "the CIA still has ongoing operations out of the Mena, AR airport"[531] and U.S. Intelligence doesn't blackmail nor extort BILL and HILLARY CLINTON over this nor does anything happen to BILL C:OMTPM and HILLARY CLINTON by U.S. Intelligence. #4.

JAPLAN happens. PLAINTIFF'S dreams are effectively killed, war crimes committed against PLAINTIFF, and more. BUT "Hillary Clinton quietly lobbies on behalf of the Contras and against groups and individuals opposing them…Ronald Reagan wants to send the National Guard to Honduras to help in the war against the Contras. Massachusetts Governor Michael Dukakis goes to the Supreme Court in a futile effort to stop it but Clinton is happy to oblige, even sending his own security chief, Buddy Young, along to keep an eye on things. Winding up its tour, the Arkansas Guard declares large quantities of its weapons "excess" and leaves them behind for the Contras"[532] and U.S. Intelligence doesn't blackmail nor extort BILL CLINTON

---

[528] http://ontology.buffalo.edu/smith/clinton/arkansas.htm
[529] http://ontology.buffalo.edu/smith/clinton/arkansas.htm
[530] http://ontology.buffalo.edu/smith/clinton/arkansas.htm
[531] http://ontology.buffalo.edu/smith/clinton/arkansas.htm
[532] http://ontology.buffalo.edu/smith/clinton/arkansas.htm

and HILLARY CLINTON over this nor does anything happen to BILL CLINTON and HILLARY CLINTON by U.S. Intelligence. #5.

WESLEY CRANE, GRIFFIN FRY, and DEFENDANTS in PLAINTIFF'S Freshman year at SEWANEE try to get PLAINTIFF in trouble for issues relating to checks and kiting that they themselves committed. U.S. Intelligence used that against me. BUT "Tens of thousands of dollars in mysterious checks begin moving through Whitewater's account at Madison Guaranty. Investigators will later suspect that McDougal was operating a check-kiting scheme to drain money from the S&L"[533] and U.S. Intelligence doesn't blackmail nor extort BILL and HILLARY CLINTON over this nor does anything happen to BILL and HILLARY CLINTON by U.S. Intelligence. #6.

By expressing fear and concern on how easy it would be to rob the former credit union I worked at, U.S. Intelligence uses that against me and labels me as an insider threat. *See: Guess Who's Back*. BUT friends of BILL and HILLARY CLINTON, "Mochtar and James Riady engineer the takeover of the First National Bank of Mena in a town of 5,000 with few major assets beyond a Contra supply base, drug running and money-laundering operations"[534] and U.S. Intelligence doesn't blackmail nor extort BILL and HILLARY CLINTON over this nor does anything happen to BILL and HILLARY CLINTON by U.S. Intelligence. #7.

PLAINTIFF is accused of Insurance Fraud (in which PLAINTIFF did not commit insurance fraud) by ANDREW MCCABE in which no evidence is found when DEFENDANTS themselves murdered PLAINTIFF'S cat. BUT "Terry Reed is asked to take part in Operation Donation, under which planes and boats needed by the Contras "disappear," allowing owners to claim insurance. Reed has been a Contra operative and CIA asset working with Felix Rodriguez, the Contra link to the CIA and then-Vice President Bush's office. Reed later claims he refused, but that his plane was removed"[535] and U.S. Intelligence doesn't blackmail nor extort BILL and HILLARY CLINTON over this nor does anything happen to BILL and HILLARY CLINTON by U.S. Intelligence. #8.

Probably the way things are going, PLAINTIFF is going to be accused of money laundering when, to the best of his knowledge, PLAINTIFF never committed such an act. BUT "A US Senate subcommittee calls the available evidence about Mena sufficient for an indictment on money laundering charges. But the feds scrap a five year probe of Mena and interfere in local investigations, and the state police are taken off the case. Clinton refuses a request from one of his own prosecutors to pursue the matter"[536] and U.S. Intelligence doesn't blackmail nor extort BILL and HILLARY CLINTON over this nor does anything happen to BILL and HILLARY CLINTON by U.S. Intelligence. #9.

PLAINTIFF is accused of being a threat and threatened someone when they were going to tell lies about the first time I lost my virginity, posting a comedian's song lyrics on facebook, and for arguing with my school's registrar's office about having my school give me credit for the

---

[533] http://ontology.buffalo.edu/smith/clinton/arkansas.htm
[534] http://ontology.buffalo.edu/smith/clinton/arkansas.htm
[535] http://ontology.buffalo.edu/smith/clinton/arkansas.htm
[536] http://ontology.buffalo.edu/smith/clinton/arkansas.htm

course PLAINTIFF took as contractually required. See: *Rhetoric and Upbringing*. This is all used against me. BUT PLAINTIFF is pretty sure, in his opinion, that BILL CLINTON and HILLARY CLINTON actually and realistically threatened people in far more severe language than PLAINTIFF ever did, had hired their goons and thugs to intimidate people that knew too much, and probably had people killed or told people to kill themselves because they knew too much; and U.S. Intelligence doesn't blackmail nor extort BILL CLINTON and HILLARY CLINTON over this nor does anything happen to BILL CLINTON and HILLARY CLINTON by U.S. Intelligence. #10.

True, after what was done to PLAINTIFF from 2008 to 2023, PLAINTIFF used 90mg of Adderall instead of my prescribed 60mg at some points in 2016 in discovering RICO Enterprise 2. In **_no_** way, shape, or form is PLAINTIFF even sorry for it or feel an ounce of remorse for doing so based on the circumstances because DEFENDANTS were trying to prosecute PLAINTIFF for *An Anchor and a Pitchfork*. HILLARY CLINTON uses this against PLAINTIFF and has someone inform her of my drug usage because she alludes to it and PLAINTIFF's health problems.[537] BUT "Sharlene Wilson tells a US grand jury investigating drugs in Arkansas that she provided cocaine to Clinton during his first term and that once the governor was so high he fell into a garbage can. The federal drug investigation is shut down within days of her testimony. Wilson flees, terrified of the state prosecuting attorney -- her former lover, and Clinton ally, Dan Harmon. She will be eventually arrested by Harmon himself and sent up for 31 years on a minor drug charge. She is still in jail" and U.S. Intelligence doesn't blackmail nor extort BILL and HILLARY CLINTON over this nor does anything happen to BILL CLINTON and HILLARY CLINTON by U.S. Intelligence. #11.

There were times in July 2015 that PLAINTIFF experienced pneumonia-like symptoms when PLAINTIFF was in Tokyo, which seemed like a poisoning. BUT "Arkansas State Police investigator Russell Welsh, who has been working with IRS investigator Bill Duncan on drug running and money laundering at Mena, develops pneumonia-like symptoms. Welch, central to the Mena investigation, is discovered to have been poisoned by anthrax"[538] and U.S. Intelligence doesn't blackmail nor extort BILL CLINTON and HILLARY CLINTON over this nor does anything happen to BILL CLINTON and HILLARY CLINTON by U.S. Intelligence. #12.

PLAINTIFF never killed anyone in his life. PLAINTIFF never physically beat someone to the point of hospitalizing them. PLAINTIFF never ordered anyone killed or harmed. PLAINTIFF never raped anyone in his life. BUT "The death of ex-CIA director William Colby, allegedly while canoeing, raises a number of questions. For example, Colby left his home unlocked, his computer on, and a partly eaten dinner on the table. Colby had recently become an editor of Strategic Investment a newsletter which was doing investigative reporting on the Vince Foster death" [539] and U.S. Intelligence doesn't blackmail nor extort BILL CLINTON and HILLARY CLINTON over this nor does anything happen to BILL CLINTON and HILLARY CLINTON by U.S. Intelligence.

---

[537] https://www.youtube.com/watch?v=xQpmSBpXvN8. I'll explain the details later, but it is in there.
[538] http://ontology.buffalo.edu/smith/clinton/arkansas.htm
[539] http://ontology.buffalo.edu/smith/clinton/arkansas.htm

PLAINTIFF has so much exculpatory evidence when it comes to me helping children and being a mentor in college and law school. PLAINTIFF spent at least two years volunteering in a cancer hospital in Zion, Illinois at the Cancer Treatment Centers of America.[540] **(read that footnote please)**. This will be used against PLAINTIFF. BUT, "HILLARY CLINTON goes for her daily dose of photographic self-aggrandizement at the pediatrics ward of the Georgetown University Medical Center. She is to be pictured reading to the kids. The problem: sick children don't look that cute, especially those who are bald from cancer treatments or fitted out with tubes and such. The solution: replace the sick children with well versions belonging to the hospital staff. It works beautifully"[541] and U.S. Intelligence doesn't blackmail nor extort BILL CLINTON and HILLARY CLINTON over this nor does anything happen to BILL CLINTON and HILLARY CLINTON by U.S. Intelligence. #14

Details of what DEFENDANTS and CLINTONS did in his life from June 26th, 2015 are not included. PLAINTIFF, for all intents and purposes, is put in solitary confinement after December 2016 for reasons PLAINTIFF has not been made aware of by the DEFENDANTS and PLAINTIFF still suffers horribly from June 26th, 2015 onwards. BUT "Jim McDougal, who once said that the Clintons move through people's lives like a tornado, dies after being placed in solitary confinement again. An unusual Prozac level is found during autopsy. There are questions about other drugs given, including Lasix, which is contraindicated for heart patients"[542] and U.S. Intelligence doesn't blackmail nor extort BILL and HILLARY CLINTON over this nor does anything happen to BILL and HILLARY CLINTON by U.S. Intelligence. #15.

PLAINTIFF has been pre-emptively smeared by the CLINTONS, American Intel, etc, in his opinion, in Japan in the Summer of 2015. BUT "Time Magazine runs an article called "Anatomy of a Smear" in which Clinton's involvement in the Mena drug/Contra operation is whitewashed and those trying to expose it are, well, smeared"[543] and U.S. Intelligence doesn't blackmail nor extort BILL CLINTON and HILLARY CLINTON over this nor does anything happen to BILL CLINTON and HILLARY CLINTON by U.S. Intelligence. #16.

PLAINTIFF specifically says something about a detail of *JAPLAN*, that for all intents and purposes, DEFENDANTS knew of. Furthermore, PLAINTIFF prays upon a meteor shower to find the love of his life soon in which one of the most fundamental and sacred ways in the Orthodox Church to connect to God is through marriage. This will be used against PLAINTIFF in July 2015 and afterwards. Furthermore, PLAINTIFF talks about the same content as BILL CLINTON does below, that the following BILL CLINTON story contains in a camp in Camp Wayne in Pennsylvania in 2010, this will be used against me. BUT "Bill Clinton speaks to a group of Southeast Washington high school students about sex: "This is not a sport, this is a solemn responsibility." He tells the young men at the gathering that they should stop having sex

---

[540] Do you know what PLAINTIFF remembers most about this experience? For the first time in my life (this is during high school), PLAINTIFF sees unconditional love. PLAINTIFF sees unconditional love given by Mormons there to fellow Mormons that embrace each other with open arms and spirit without question to disability or any other perceived issues. PLAINTIFF understands the importance of unconditional love and PLAINTIFF was so awe-struck by how loving any Mormons were whenever they rolled through the hospital at CTCA in Zion, IL.
[541] http://ontology.buffalo.edu/smith/clinton/arkansas.htm
[542] http://ontology.buffalo.edu/smith/clinton/arkansas.htm
[543] http://ontology.buffalo.edu/smith/clinton/arkansas.htm

"when they're not prepared to marry the others, they're not prepared to take responsibility for the children and they're not even able to take responsibility for themselves."[544] #17.

So, "an FBI employee has the right to "[e]xpress his or her opinion as an individual privately and publicly on political subjects and candidates." 5 C.F.R. §734.402(a),"[545] but, yet that standard apparently and completely didn't apply to PLAINTIFF in Spring 2015 or in his entire life for that matter.

At least 17 ways in which the CLINTONS are treated completely differently from the rest of ordinary, now broke, Americans like myself. Equal treatment under the law my ass. But the question is why? What would compel someone in the DEFENDANTS to treat PLAINTIFF completely different than BILL and HILLARY CLINTON?

There is a rush to blackmail and prosecute PLAINTIFF for the sake of HILLARY CLINTON and DEFENDANTS because DEFENDANTS knew from at least April 12th, 2015 that HILLARY CLINTON was running to be President and that DEFENDANTS knew—or it was that reasonably foreseeable from April 12th, 2015 inside DC political and DC intelligence circles at that time—that HILLARY CLINTON was going to be the Democrat's primary candidate in 2016. It makes sense to get rid of all legal and potential liabilities to HILLARY CLINTON prior to November 2016 as quickly as possible before she became president (if elected by *the People*). The Republican party in Spring and Summer 2015 didn't have a strong front runner candidate that was commonly accepted and DONALD TRUMP at this time was not a clear frontrunner. PLAINTIFF believes and alleges that DEFENDANTS in Spring and Summer 2015 thought HILLARY was going to be President in 2016 and were conforming themselves by acting in a manner of who they thought was going to be the future President in which they would do things for HILLARY CLINTON-- in whatever way she wanted--***because it was DEFENDANTS' complete interest to do so.***

Corrupted DEFENDANTS wanted to get jurisdiction on PLAINTIFF by a different state to investigate PLAINTIFF at the *behest of* BILL and HILLARY CLINTON *to absolve themselves of blame, supposedly have a "good faith" basis in surveilling PLAINTIFF thereby circumventing Wong Sun,* and thereby having plausible deniability that they were not illegally surveilling PLAINTIFF. How would they do that? First, use DHS and JEH JOHNSON to completely circumvent PLAINTIFF'S constitutional interests being within 100 miles of a border. Then DEFENDANTS could have a parallel investigation done by a different state (i.e. California or Washington D.C.) to commence a criminal investigation into PLAINTIFF for any alleged crime (*fictitious or legitimate*, it doesn't <u>matter) and thereby abuse legal process</u>. As ANDREW MCCABE previously stated, he wasn't involved in "cases with Virginia politicians" but there are 49 different options to utilize. PLAINTIFF enrolled at Santa Clara University in Santa Clara, California for their Summer in Tokyo Program by March 15th, 2015. Do you know who else was a resident of California based on information and belief? Despite having lived in New Orleans for the Summer of 2013 and having worked and conspired with DEFENDANTS and was a full-time student at Sewanee until May 2014, REBECCA WETHERBEE *was a resident of California* until maybe around August 2014. Undercover DHS Agent Matt left in Spring 2014; suppose if

[544] http://ontology.buffalo.edu/smith/clinton/arkansas.htm
[545] https://cdn.cnn.com/cnn/2019/images/08/06/strzok.v.barr.pdf

some corrupted officials had a personal vendetta and could open an investigation on PLAINTIFF between August 2013 through August 2014 in California; or more plausibly and easily, they could get subsequent jurisdiction on me once the first payment of my student's loans from the Federal Government was given to Santa Clara in May 2015 in the State of California IN SAN FRANCISCO where *City and County of San Francisco v. Sheehan*, 500 US. 675 (2015) was decided on top of being a place Robert Mueller could call home thereby subjecting PLAINTIFF to the long arm statute of California. Would the issue of DEFENDANTS being up to no good again with funds come up again? By now, you should know the answer to this. YES! *PETER STRZOK confirms this theory with the following text message:*

| 2015-11-12 01:59:54, Thu | OUTBOX | Yes, he would. Have no clue about tdy money or housing. Obviously a big issue. |
|---|---|---|

DOJ-PROD-0000030

Strzok-Page Texts

| Date UTC | Type of Message | Body |
|---|---|---|
| 2015-11-12 02:01:19, Thu | INBOX | You should go to SF. I'll set a reminder to bring it up in April. |

Suppose the CIA has a book (hereon: the *handbook*) that describes how to compromise an unwilling asset in which they describe their tactics from the central American country of Nicaragua (i.e. commit war-crimes against someone's will through blackmail, extortion, and torture. Suppose this *handbook* explicitly says "they could neutralize carefully selected and planned for targets" in which they would take "extreme precautions and to gather the affected population together to formulate accusations against the 'oppressor'" (i.e. through getting information via DEFENDANTS) or target (in PLAINTIFF's opinion). Suppose this *handbook* states that a target "must be selected on the spontaneous hostility which the majority of the population may feel against the target" and "using potential rejection or hate on the part of the majority of the affected population against the target, rousing the population and making them see all of the individual's negative and hostile acts against the people, the degree of violence possible without causing damage or danger to other individuals in the area around the target, and, the foreseeable degree of reprisals on the part of the enemy towards the affected population or other individuals in the area around the target." Suppose this *handbook* discusses "problems which they may have with offices of the regime, visitors, and taxes." Suppose this *handbook* talks about "cutting all external lines of communication" of the targets and "setting up ambushes" for the targets. Suppose this *handbook* talks about "reducing the influence of individuals…without damaging them publicly." Cough *you can always reduce the influence of a journalist or a future lawyer defending himself in future reprisals based on what DEFENDANTS did to PLAINTIFF because of Miki's Tea Party.* Cough Cough. Excuse me, these coughs are out

of control. Suppose this *handbook* talks about "notifying the police" against the target and "if the target doesn't seem susceptible to voluntary recruitment that they will be confronted and they will have reprisals on the part of the regime's police or military," WHICH HAS HAPPENED TO PLAINTIFF.

JOHN O. BRENNAN said: "Some of my other views and policy positions also generated opposition inside CIA components. For instance, I adamantly opposed during my time in the White House and as CIA director the intentional dissemination of false information by any U.S. government department or agency, even if done so clandestinely or covertly. <u>I knew full well that spreading disinformation was a time-honored intelligence practice used, including by many western services, to discredit adversaries and to shape public perceptions.</u>"[546]

HOLD ON A SECOND. JOHN O. BRENNAN, repeat what you just said:

# <u>"I knew full well that spreading disinformation was a time-honored intelligence practice used, including by many western services, to discredit adversaries and to shape public perceptions."</u>[547]

Did JOHN O. BRENNAN just in fact prove PLAINTIFF'S underlying theory on the case and *JAPLAN*?

YES.

That is a core component of JAPLAN. John O. Brennan just admitted in his book that he knew that the CIA as well as FBI, German Intel, British Intel, INTENTIONALLY spread misinformation to discredit "adversaries" to shape public perceptions. This was done under his leadership against PLAINTIFF on purpose, willfully, wantonly, maliciously, and unconstitutionally in which there was no actual or real reason to believe that PLAINTIFF was an adversary. PLAINTIFF got coerced by Joe Bello as an autistic high schooler in which Joe Bello knew that <mark>PLAINTIFF was not actually pledging allegiance to Al-Qaeda nor ISIS nor whatever terrorist group. PLAINTIFF had an intellectual discussion and debate with Griffin Fry who was probably paid by the FBI or CIA to get PLAINTIFF to talk about terrorism to keep justifying surveilling PLAINTIFF when the facts of the case demonstrated beyond any reasonable doubt that PLAINTIFF was not a terrorist from the time he was coerced by Joe Bellow about Peachy Miami to Joe Bello's. John O. Brennan knew PLAINTIFF made a sarcastic quip about being a spy in wooing an American who had an interest in Russians. It was because of FBI's, CIA's, DHS', NSA's, intentionally reckless conduct involving PLAINTIFF over the years in which they shared</mark>

[546] Brennan, John. *Undaunted: My Fight Against America's Enemies, At Home and Abroad.* 2020
[547] Brennan, John. *Undaunted: My Fight Against America's Enemies, At Home and Abroad.* 2020

According to *the handbook*, they're more than willing to notify the police against the target and "you can't have reprisals on the part of the regime's police or military" unless you make shit up about them, ambush them, or DEFENDANTS having dug up ancient awkward situations and misunderstandings and emails like Angel's. More importantly, CIA can make things up about someone because *it's a time-honored intelligence practice*, falsely label them as an adversary to the DC political elite where these officials take sarcastic musings and protected First Amendment speech of a special needs man as truth and omit the context on numerous occasions, and then notify the police precisely for the "target" to face reprisals. Suppose the CIA and JEFFREY EPSTEIN and foreign intel like the MOSSAD and MI6 had a relationship with one another in which they regularly blackmailed political leaders and entertainers.

**Suppose the CIA did something 'off the books' by their *handbook*? PLAINTIFF is alleging that DEFENDANTS did something "off the books" by their handbook with direct WHITE HOUSE STAFF APPROVAL and KNOWLEDGE (SEE DEFENDANTS: BARACK OBAMA, VALERIE JARRETT, and BEN RHODES, etc).** DEFENDANTS BARACK OBAMA and his staff VALERIE JARRETT, BEN RHODES, etc. all knew of what was going on in JAPAN. BILL CLINTON and HILLARY CLINTON were all former WHITE HOUSE members.  PETER STRZOK said: "because of the independence of FBI's law enforcement role, for instance, we didn't discuss our investigations of individual U.S. citizens with the White House—nor did we ask for permission to open those cases…**The CIA collects intelligence to support the President**; its work exists to support __national security goals__ driven by the White House. Like FBI agents who didn't always understand how to operate abroad, CIA officers sometimes didn't appreciate the impact of the FBI's domestic law enforcement role and the nuanced ways in which that authority required separation and independence from the White House." [548]

Here is the thing or other explanation. There is no way PLAINTIFF was not known amongst "Allied" DEFENDANTS so to speak at the very highest level amongst DEFENDANTS like VALERIE JARRETT, MICHAEL MORRELL, BARACK OBAMA, JOHN O. BRENNAN, ROBERT MUELLER III, JAMES COMEY, JAMES CLAPPER, etc. Ironically, constantly having put PLAINTIFF under intense surveillance for that long very well could have attracted hostile intelligence services to PLAINTIFF. DEFENDANTS should have been aware because it was that readily obvious or they knew of this risk when it came to PLAINTIFF. With the increased risk of heightened compromise by hostile intelligence services because of DEFENDANTS' very own actions regarding PLAINTIFF, DEFENDANTS knew, especially with PLAINTIFF'S autistic vulnerabilities, how PLAINTIFF could be compromised. Rrriiiggghhhhttttt… so it wasn't that PLAINTIFF wasn't in their forefront of knowledge because PLAINTIFF was damn well in their forefront of knowledge after being a victim of domestic and international terrorism by DEFENDANTS in October 2010; but this 'stupid' 'retarded' special needs PLAINTIFF could serve as something else entirely to DEFENDANTS. Either CIA/FBI did it or DEFENDANTS would become intentionally unaware and ignorant of PLAINTIFF to let hostile foreign intelligence services compromise PLAINTIFF so that PLAINTIFF then could be arrested by DEFENDANTS after having been compromised to show

---

[548] Strzok, Peter. *Compromised*. Counterintelligence and the Threat of Donald J. Trump.

or justify DEFENDANTS invasive surveillance tools purporting to stop "domestic terrorism" or "foreign spy/adversary" and thereby covering up what happened on **03/11/2011** in *Miki's Tea Party* if HILLARY CLINTON became President. Furthermore, this would absolve WHITE HOUSE staff and DEFENDANTS for having bugged PLAINTIFF'S room in Spring 2011 that connects HILLARY CLINTON to BARACK OBAMA. That is a very plausible national security goal by the White House and motivation by DEFENDANTS in the WHITE HOUSE. Why would PLAINTIFF think FBI was of good repute when they only referred to PLAINTIFF on the basis of his disability, talked about throwing PLAINTIFF under the bus, and when the FBI has consistently through the years of 2008-Present have set up different individuals similar to PLAINTIFF?[549]  But give credit where credit is due as DEFENDANT FBI seems to be changing in the right direction: "FBI launches hate crime investigation after a swastika was carved into the back of a Jewish teen with autism, report says."[550]

IMPORTANT: Suppose the CIA or FBI were not careful and made some mistakes. PLAINTIFF had discussed in the privacy of his own home about taking PLAINTIFF'S laptop somewhere and having a search done on it to see if the CIA or FBI had compromised it in January or February 2017 (because the CIA and FBI did in fact do this) through the installation of their malware. There were times in 2016 in writing *the story* that PLAINTIFF had to put my phone and laptop in the freezer because they became *too physically hot* for PLAINTIFF to work on in which PLAINTIFF thought it was the CIA that was preventing PLAINTIFF from working on *the story*. Most importantly, suppose the CIA could not conceive of the "foreseeable degree of reprisals on the part of" myself when PLAINTIFF was going to write *the story* and the events that transpired in Fall 2015 and the entirety of 2016 when they gave their approval to do what they were going to do to me in Tokyo in the Summer of 2015. Suppose the CIA knowing everything that transpired in 2015 and 2016, had took a *precaution* where they had one of their own employees give to WikiLeaks certain info/malware to release to public in 2017 because DEFENDANTS had installed it on PLAINTIFF'S laptop (from at least Spring and Summer 2015) so PLAINTIFF could not directly connect that malware to them with the malware being PLAINTIFF's direct, tangible, and actual physical evidence connecting DEFENDANTS to me via my laptop in court if PLAINTIFF sued them. The following malware was publicly released from March 2017 onwards in which at least one of the following was most definitely placed in my laptop: *project dark matter* (See: REBECCA WETHERBEE)[551] that is specifically designed to infect Apple products; *weeping angel*[552] in which the tv in the kitchen at Sakura Hotel (Sakura Guest House) was of the type (if PLAINTIFF is not mistaken); *cherry blossom* (or in Japanese: Sakura (Sakura Hotel) PLAINTIFF was staying at in Tokyo in 2015) in which it tracks your

[549] See: https://www.youtube.com/watch?v=OJgxrwDlBWo; See:  https://www.esquire.com/news-politics/a47390/alabama-isis-peyton-pruitt/;
[550] https://www.insider.com/fbi-investigating-swastika-carved-into-autistic-jewish-teens-back-report-2023-4
[551] Wikileaks: "Dark Matter", which contains documentation for several CIA projects that infect Apple Mac firmware (meaning the infection persists even if the operating system is re-installed) developed by the CIA's Embedded Development Branch (EDB). These documents explain the techniques used by CIA to gain 'persistence' on Apple Mac devices, including Macs and iPhones and demonstrate their use of EFI/UEFI and firmware malware.
[552] Wikileaks: "an implant designed for Samsung F Series Smart Televisions. Based on the "Extending" tool from the MI5/BTSS, the implant is designed to record audio from the built-in microphone and egress or store the data."

internet history <u>and manipulates the internet traffic of connected users</u>[553][554]; *brutal kangaroo* (like a kangaroo court that PLAINTIFF had discussed in *the story* in 2016); *elsa* (gotta keep track where your blackmail and targets are going)[555]; *bothan spy* (accesses security credentials on a computer, which I know my security credentials were compromised in at least Spring 2015 and sought repairs in 2016.[556]; *couch potato (self-explanatory)*[557] in which, if PLAINTIFF understand it correctly, provides a livestream from a corrupted computer or source that has a camera; *angelfire*; *Imperial*[558] in which a subcatergory of that is SeaPea that hides files and directories and causes issues with socket connections and processes (which PLAINTIFF had documented issues with); *Marble*[559] so even if PLAINTIFF tried to get a forensic investigator to prove it was the CIA, the CIA had their ways of escaping proof.

Speaking of a bugged TV in a hotel room in Asia involving politics and the CLINTONS, the following: "According to a later report in Insight Magazine, the Clinton administration eavesdrops on over 300 locations during the Seattle Asia-Pacific Economic Cooperation Conference. FBI videotapes of diplomatic suites "show underage boys engaging in sexcapades with men in several rooms over a period of days." The operation involves the FBI, CIA, NSA and Office of Naval Intelligence. Bugged are hotel rooms, telephones, conference centers, cars, and even a charter boat. Some of the information obtained is apparently passed on to individuals with financial interests in Asia."[560] PLAINTIFF guesses History repeats itself.

---

[553] Wikileaks: *CherryBlossom* provides a means of monitoring the Internet activity of and performing software exploits on *Targets* of interest. In particular, *CherryBlossom* is focused on compromising wireless networking devices, such as wireless routers and access points (APs), to achieve these goals. Such Wi-Fi devices are commonly used as part of the Internet infrastructure in private homes, public spaces (bars, hotels or airports), small and medium sized companies as well as enterprise offices. Therefore these devices are the ideal spot for "Man-In-The-Middle" attacks, as they can easily monitor, control and manipulate the Internet traffic of connected users

[554] So when PLAINTIFF tried to see if the Indian visa issue was wrong, got directed by the CIA to whatever they wanted PLAINTIFF to believe.

[555] Wikileaks: "*ELSA* is a geo-location malware for WiFi-enabled devices like laptops running the Micoroosft Windows operating system. Once persistently installed on a target machine using separate CIA exploits, the malware scans visible WiFi access points and records the ESS identifier, **MAC address and signal strength at regular intervals.** To perform the data collection the target machine does not have to be online or connected to an access point; it only needs to be running with an enabled WiFi device. If it is connected to the internet, the malware automatically tries to use public geo-location databases from Google or Microsoft to resolve the position of the device and stores the longitude and latitude data along with the timestamp. The collected access point/geo-location information is stored in encrypted form on the device for later exfiltration. The malware itself does not beacon this data to a CIA back-end; instead the operator must actively retrieve the log file from the device - again using separate CIA exploits and backdoors.

[556] Wikileaks: "The BothanSpy and Gyrfalcon projects of the CIA. The implants described in both projects are designed to intercept and exfiltrate SSH credentials but work on different operating systems with different attack vectors."

[557] Wikileaks: "couch potato is a remote tool for collection against RTSP/H.264 video streams."

[558] Wikileaks: "*Achilles* is a capability that provides an operator the ability to trojan an OS X disk image (.dmg) installer with one or more desired operator specified executables for a one-time execution" and *SeaPea* is an OS X Rootkit that provides stealth and tool launching capabilities. It hides files/directories, socket connections and/or processes. It runs on Mac OSX 10.6 and 10.7."

[559] Wikileaks: "*Marble* is used to hamper forensic investigators and anti-virus companies from attributing viruses, trojans and hacking attacks to the CIA."

[560] http://ontology.buffalo.edu/smith/clinton/arkansas.htm

PLAINTIFF submitted a FOIA request for John Brennan's emails that talked about PLAINTIFF from either 2015 to 2016 onwards to the CIA in 2021 and prior to that. This request has been ignored by the CIA; and if there were no emails, all the CIA would have to do is say no pertinent records exist, but they haven't done so, and it has been more than 2 years. So that speaks for itself. Furthermore, PLAINTIFF submitted a FOIA request for all data about PLAINTIFF in 2015 while PLAINTIFF was in Japan that was transmitted through a very specific data center in Australia in order to reach CIA Headquarters and JOHN O. BRENNAN'S computer to prove what happened to PLAINTIFF: this request has gone ignored for more than 6 months. If no data existed, all the CIA would have to do is say no pertinent records exist, but they haven't done so. So that wonderful exculpatory data exists in the CIA somewhere, they have it, and they're obstructing justice. JOHN O. BRENNAN was in on the RICO ENTERPRISE as he and "The CIA chief of station typically represents the direction of national intelligence and as such oversees all intelligence activity, including that of agencies other than the CIA." [561] That direction being provided either by HILLARY CLINTON, BILL CLINTON, along with BARACK OBAMA/WHITE HOUSE STAFF of VALERIE JARRETT, BEN RHODES, etc.

Funny thing is, PLAINTIFF went to the CIA in person to try to amicably resolve the issues. PLAINTIFF flew to Washington D.C and drove to Langley on June 22nd, 2020. PLAINTIFF went straight up to CIA's gate and asked them for a tour. Why would PLAINTIFF ask CIA to give PLAINTIFF a tour? First, to provide CIA a cover story; second, and most importantly, to talk to PLAINTIFF and have his rights vindicated and resolve the issues through dialogue and understanding. CIA ignored this request that was totally in their best interests. PLAINTIFF then demanded my rights to be vindicated at the gate, and to let them know PLAINTIFF was here and get them to acknowledge what they deliberately and intentionally either allowed to happen or made happen. Do you know what DEFENDANTS did to PLAINTIFF then? DEFENDANTS threatened PLAINTIFF. DEFENDANTS threatened me in their intel-speak manner of threatening someone but conceivably saying they didn't mean to threaten PLAINTIFF and that PLAINTIFF misinterpreted what they said. Then later on that night, PLAINTIFF was walking around downtown WASHINGTON D.C around 9pm through 10pm just minding his own business. Bored out of his mind because nothing else could have been done that day. PLAINITIFF was scared out of his mind that he was going to be subject to another assassination attempt by DEFENDANTS. PLAINTIFF is standing on a street corner and PLAINTIFF sees two black Chevy Suburbans roll perpendicular past by PLAINTIFF. In the 2nd Black Chevy Suburban, there appeared to be DEFENDANT JAMES COMEY was in the motorcade and stared at PLAINTIFF and made eye contact with PLAINTIFF. This could be an act of intimidation because there is no way nor did DEFENDANTS have any valid reason why DEFENDANTS told JAMES COMEY where PLAINTIFF was and PLAINTIFF'S projected path to intimidate PLAINTIFF to make contact with PLAINTIFF. JAMES COMEY should have stopped and talked to PLAINTIFF and should have been a man, but yet, DEFENDANTS continued to show their cowardice through the entirety of the day of June 22nd, 2020.

Failing to give the requested info from the FOIA is breaking the law because of the specific data requested. JOHN O. BRENNAN says: "as director, I tried to dispel what I thought was the image of the CIA as a lawbreaking organization, and I believed that some of the

---

[561] Strzok, Peter. *Compromised*. Counterintelligence and the Threat of Donald J. Trump.

terminology used inside the Agency was part of the problem. [during an interview, a reporter] pressed me on several alleged CIA programs involving clandestine technical collection, aggressive counterterrorism actions, harsh interrogation tactics, and covert arming and training of foreign rebel forces.. [*being the big emotional man-baby that John O. Brennan is*, he says] We don't steal secrets. Everything we do is consistent with U.S. law. We uncover, we discover, we reveal, we obtain, we elicit, we solicit.[562]"

# Do you see where all of this is going?

Japan fascinated PLAINTIFF and PLAINTIFF loved the culture. Side note, the Japanese prime minister from 2012 to 2020 was Shinzo Abe. Shinzo Abe was assassinated in 2022 in Okinawa/Nara. It is important to note. For once, PLAINTIFF thought, PLAINTIFF was going to have a trip for himself in Japan in which PLAINTIFF could do things that PLAINTIFF loved doing—learning and exploring new places, all of which made PLAINTIFF happy. PLAINTIFF never got the chance to study abroad as undergrad at Sewanee because of financial aid issues, grade issues, and having *that* trip in *Financial Terrorism and being prevented from going to go in Miki's Tea Party*. PLAINTIFF can't stress enough the importance of how this study abroad trip to Japan was fundamentally conceived as *the trip for PLAINTIFF* and it was supposed to be the best trip of his life and doing the things PLAINTIFF love to do in my constitutionally guaranteed pursuit of happiness (and do nothing illegal there) before having many more wonderful trips with my future family. So, PLAINTIFF starts working with LSU Law's administration and LSU's financial aid office from February 2015 to make this dream trip happen. PLAINTIFF was on academic probation in 2015 and PLAINTIFF talked to Academic Dean, Cheney Joseph (now deceased from cancer), to get his approval and blessing for me to go to Japan in the Summer of 2015. This was granted.

Then PLAINTIFF starts working with Rachel Fontenot at LSU's financial aid office to make sure this trip is paid for via Federal Student Loans, and that is when things start going downhill in April/May 2015. PLAINTIFF gets Ms. Fontenot's initial word that, financially, everything was alright, and PLAINTIFF thought for once things are starting to go his way, *Bbbbbuuuuutttt nnnnnnnooooooooooooooo*, it can never be that easy with PLAINTIFF. If PLAINTIFF recalls correctly, Ms. Fontenot tells me something is wrong, and the loans are not approved. PLAINTIFF talks to CHERRY ROBERTS-MATHERNE and she is also having financial aid issues. So together, CHERRY and PLAINTIFF go talk to the financial aid office either in April or May 2015 to go work things out. PLAINTIFF truthfully divulges what PLAINTIFF understood to be facts behind my finances at the time. That PLAINTIFF was broke, had no assets, and was completely dependent on the US Federal Government for student loans. PLAINTIFF doesn't remember the reason why or when, but to the best of my recollection, Ms. Fontenot got fired from her job around this time or later in 2015. Then CHERRY and PLAINTIFF start working with Ms. JESSICA OTT. PLAINTIFF had recorded these conversations detailing our financial aid issues, but someone, not going to say who, *cough* DEFENDANTS *cough cough*, had installed some malware on the storage devices (plural, two— external hard drive and laptop) on which PLAINTIFF kept these recordings that were lost to

---

[562] Brennan, John. *Undaunted: My Fight Against America's Enemies, At Home and Abroad.* 2020

PLAINTIFF but DEFENDANTS might still have it. It may be possible to recover it as PLAINTIFF still have the corrupted external hard drives (but can no longer find it), who knows. So PLAINTIFF's aunt works for United Airlines and PLAINTIFF'S ticket to Tokyo was through United Airlines. PLAINTIFF gets only a one-way ticket to Tokyo (PLAINTIFF was traveling on standby and I was supposed to leave on May 26th, but I left on the 28th) and not a round-trip ticket. Then the unthinkable happens as PLAINTIFF will let an email that PLAINTIFF found describe what happens between Ms. Ott and PLAINTIFF in late May 2015:

> "I do not care what you and ms.ott or any other member of the financial aid office has to do, but understand if you two or the office don't come up with a solution, your office and yourselves will make me homeless here is why.
>
> I'm in a foreign country **with no relatives or anyone who can help me nearby.** I have literally eaten only one meal a day since my flight left on the 28th, I only had a week supply of cash for an emergency and that would cover a place to sleep (hostel), transport to go from the school here to the hostel, and one meal a day for a week. Well the first week is gone, my emergency money covered the **IT problem**[563]**,** but that is gone and now I have this shitty situation.
>
> I will have no money to eat, to sleep anywhere, or go to school-- i'm going to be homeless on thursday (that is no exaggeration).  My grandparents absolutely have no money, my brother is living at home (unemployed) with my mom who is unemployed and a father on disability. Why do you think **I was in such contact with your office trying to ensure everything would go right**
>
> And then your office keeps coming up with **more, and more, and more excuses on me.** I already had to pay a fee for cancelling my airplane tickets so I can hear a decision on the 26th and then immediately leave afterwards, I had to work a deal with the landlord of the room I was supposed to rent and they wanted money on the 26th of May, somehow I got them to postpone it to this thursday because I showed them your prior e-mail, and if I dont pay them by thursday, they are going to take my security deposit of $300. I have no idea what the hell i'm going to do."

There were a ton of issues with financial aid in May 2015 and PLAINTIFF cannot recall anymore and the substance of such right now. First, not only did PLAINTIFF have IT issues, but LSU also had IT issues. The only ones who were really capable of doing these things were DEFENDANTS and they did at the exact time they needed to do it against PLAINTIFF'S

---

[563] The school informed me via a couple of emails prior to this one that there was an IT problem that prevented my funds from being disbursed on time

interests causing damage to LSU'S computer systems. In hindsight, PLAINTIFF really should have called his aunt at United and told her to get me a standby ticket back to Chicago when PLAINTIFF sent this email; and PLAINTIFF should have cut his losses and lived with the disappointment of not having a dream trip at the time. In my opinion, this really seemed to be another attempt by DEFENDANTS in hindering my life, preventing PLAINTIFF from attaining an education, and/or it was the DEFENDANTS up to their nefarious tricks again. Suppose DEFENDANTS wanted to get me for something at this time (probably something involving money because my parents); but what if DEFENDANTS--and PLAINTIFF is alleging they did this--said "grant the funds" because they deliberately wanted me go to JAPAN since DEFENDANTS had concocted an ambush for PLAINTIFF while PLAINTIFF was in Japan? BILL CLINTON visited Japan and conspired with different DEFENDANTS on MARCH 17th, 2015. CHIEF JUSTICE ROBERTS accepted an invite to go to JAPAN around late MARCH 2015. Court decided *City & County of S.F. v. Sheehan* on May 18th, 2015 after arguments were heard in March 2015 thereby absolving government officials from ADA liability violations via qualified immunity.

^^^^^^^^would you say the previous is a problem that PLAINTIFF may have "locally with the offices of the regime"—*CIA Handbook?*

**Before the Japan trip, PLAINTIFF needs to talk about two different things that happened prior to the financial aid issues in late May 2015.**

In Spring 2015, something else very peculiar happens. PLAINTIFF receives an email from someone in LSU's administration (the undergrad) that contains a super confidential spreadsheet. The spreadsheet contains a list of names of LSU students who are perceived as being potential threats to the institution and the reasons why they are perceived as threats. Upon receiving this info and reviewing it, PLAINTIFF immediately sends an email to whomever sent it to PLAINTIFF and explained quite clearly that PLAINTIFF received it and that PLAINTIFF shouldn't have received it. The law makes you liable for having received unauthorized confidential information regardless of whether you had intended on receiving it. Then after receiving this super confidential email, PLAINTIFF has the financial aid issues above. In PLAINTIFF'S opinion, PLAINTIFF thinks DEFENDANTS were messing me to see if PLAINTIFF would use this information in an extortionate manner against my school in which PLAINTIFF did not (and would not actually use confidential information as leverage or for extortion purposes). PLAINTIFF might have been frustrated with my school at this time, but just because PLAINTIFF was frustrated doesn't mean PLAINTIFF did not so simply with confidential information. In PLAINTIFF'S opinion, this is the 2nd attempt by someone either at school or within the US federal government to get me kicked out of school and/or be prosecuted by DEFENDANTS in Spring 2015. Reminds me of the ***Rhetoric*** story in Sewanee. Trying to reinforce PLAINTIFF falsely posed a threat when PLAINTIFF did not in fact do so simply for arguing. Connecting a theme, when talking about mishandling cases and receiving info, PETER STRZOK said: "was an unauthorized party, such as a journalist or a foreign nation, the recipient?...Finally how did the person behave after mishandling the information—did he or she lie to us or destroy evidence? Or did that person behave normally, **apart from the violation itself?**" The biggest obstacle was our inability to prove intent at a level consistent with previous cases in which DOJ had brought criminal charges. In each case in which classified information

appeared in Clinton's email, it was in the context of people doing their job—it wasn't being sent to someone who should have had it, like a reporter or a foreign intelligence officer."[564] Again, PETER STRZOK wouldn't leave PLAINTIFF alone and kept the RICO ENTERPRISE going. ^^^^^^^^^would you say the previous is a problem that PLAINTIFF may have "locally with the offices of the regime"—*CIA Handbook?* You know, the school acting on behest of the FBI and CIA?

2 attempts made. There can't be a third one? Wrong!

     At this point in time (a little after May 28th, 2015) , PLAINTIFF arrives in Japan. PLAINTIFF will let the following emails that PLAINTIFF found explain the situation. Things to note: JAKE HENRY is the Head of Admissions at LSU Law. I've already discussed TRACY BLANCHARD and CHERRY ROBERTS-MATHERNE. CHENEY JOSEPH was a dean at LSU Law and professor of Criminal Law until he succumbed to cancer in December 2015 (if I'm not mistaken about the month of his death). I have not altered the emphasis contained in the emails.


Henry, Jake <jake.henry@law.lsu.edu>                                    Thu, Jun
                                                                        4, 2015,
                                                                        9:41 AM

to Milan

Hello Miki,

A student came to see me today and was insistent that you told them that you were on a full tuition scholarship after being academically dismissed from the university.[565]  Is that true?

Thanks in advance,

Jake T. Henry, III, J.D.


Miki Kotevski <miki.kotevski@gmail.com>                                 Thu, Jun 4,
                                                                        2015,
                                                                        10:26 AM

to Jake

Mr. Henry,

I dont know who would tell you that, I'm actually perplexed that someone would actually take the time to lie to you and actually take the time to insinuate that I'm a liar by claiming on a full ride scholarship after being academically dismissed. Nothing against you, but that sentence in itself is so utterly ridiculous in itself (i'm sorry, truly sorry that someone wasted your time with

---

[564] Strzok, Peter. *Compromised*. Counterintelligence and the Threat of Donald J. Trump.
[565] Fine, I bullshitted with Vanessa because, in my thinking at the time, it was none of her god damn business where and how I got my financial aid so I said an outlandish joke.

that) that I am lost for words on how to adequately respond. I understand that with my comedic nature, some unbelievable absurd and funny sentences will come out of my mouth, which I admit is true, but this doesnt apply at all.

***This is my official response***: i have never received any type of scholarships (though I have applied to two during my time and I failed to get a response back from both of those scholarships and I was never awarded those scholarships) since I have been at LSU and whatever money I had to pay for LSU directly came from working with the financial aid office. I have never stated that nor insinuated in any way (including joking) that I have got any type of scholarship help.[566] I mean things got so bad for me financially, for instance, yesterday that I was on the verge of being homeless and I've copied part of an e-mail that I sent the financial aid office this week that highlights such:

"I do not care what you and ms.ott or any other member of the financial aid office has to do, but understand if you two or the office don't come up with a solution, your office and yourselves will make me homeless here is why.

I'm in a foreign country with no relatives or anyone who can help me nearby. I have literally eaten only one meal a day since my flight left on the 28th, I only had a week supply of cash for an emergency and that would cover a place to sleep (hostel), transport to go from the school here to the hostel, and one meal a day for a week. Well the first week is gone, my emergency money covered the IT problem[567], but that is gone and now I have this shitty situation.

I will have no money to eat, to sleep anywhere, or go to school--i'm going to be homeless on thursday (that is no exaggeration).  My grandparents absolutely have no money, my brother is living at home (unemployed) with my mom who is unemployed and a father on disability. Why do you think I was in such contact with your office trying to ensure everything would go right

And then your office keeps coming up with more, and more, and more excuses on me. I already had to pay a fee for cancelling my airplane tickets so I can hear a decision on the 26th and then immediately leave afterwards, I had to work a deal with the landlord of the room I was supposed to rent and they wanted money on the 26th of May, somehow I got them to postpone it to this thursday because I showed them your prior e-mail, and if I dont pay them by thursday, they are going to take my security deposit of $300. I have no idea what the hell i'm going to do."

*Most importantly, after the whole fiasco my first 1L year and proving myself this 1L year, I would never disparage or talk negatively about the people and the school that gave me a second chance when I barely deserved one. I would not state anything that could make LSU Law out to be bad or so dysfunctional as to give someone a scholarship after being on academic bankruptcy because of how much more deserving other students would be and it would be an extremely*

---

[566] I was saving my ass here and I lied so I could continue to get educational funds to finish schooling and my education like I did with *Financial Terrorism* because I didn't think that saying a ridiculous joke that wasn't plausible on its face and the joke was that absurd with a snitch Vanessa would actually mean that she would go visit my school's administration and tell my school I said that joke.

[567] The school informed me via a couple of emails prior to this one that there was an IT problem that prevented my funds from being disbursed on time

*stupid and honestly an extremely reckless decision as to give scholarships to a student that clearly didn't earn it.*

May I please receive a response back from you, how this all started, who said it, and where do we go from here

Henry, Jake <jake.henry@law.lsu.edu>                                    Thu, Jun 4, 2015, 10:30 AM

to me

Miki,

If you didn't say it, there is nothing to worry about.  You aren't in any type of trouble or anything like that.

Miki Kotevski <miki.kotevski@gmail.com>                                    Jun 4, 2015, 9:28 PM

to Jake

I want to know who accused me of saying that because it may be something that I may want to bring to the student bar association, which depends more on the facts and the person that stated such. When I read that this person was "**insistent** that you told them you were...", I want to know what insistent entails because that person took the time to accuse me by talking to the admissions committee. It becomes a personal issue because although gossip is existent amongst students and faculty itself (people are going to gossip so I can dismiss it as it being nothing more than gossip), but this is a different matter because the student took the time to lie to you all and made the administration involved.

A response is requested.

Best,
Miki

Henry, Jake <jake.henry@law.lsu.edu>                                    Jun 4, 2015, 9:35 PM

to me

Miki,

Let this go; it is not anything that warrants the involvement of the student bar association.  Nothing has been reported to anyone.

Jake T. Henry, III


Miki Kotevski <miki.kotevski@gmail.com>                                    Jun 8, 2015, 9:54 PM

to Tracy

Hi Tracy,

I finally got the money so things are okay financially here, and overall, going pretty decently. There is another thing I wanted to draw your attention to. I've forwarded you a conversation that Mr. Henry from the admissions office and I had. Sometimes, coincidences happen, but my intuition and gut is telling me this is not a coincidence. The timing of the e-mail in light of the financially unstable situation I was in recently, the content of the issue Mr. Henry brought, and most importantly, the lack of a very simple answer that I asked for repeatedly just leads me to believe that it is not a coincidence.

What makes me a little irked and a little irate about the whole situation is the following: so this unnamed person accused me and took the time to lob these false claims against me and sought some type of redress when s/he reported it to the admissions committee.  yet, I, the person who got falsely accused, when I want to know who took the time to do such and I want some type of redress whether it be through the student bar association or just the simple ability to discuss it with the person one on one, somehow becomes an impossibility.

It is okay for now, I'm not going to bring it up again in Japan or the summer (not going to let it ruin this opportunity I have here). Maybe when I'm back in August, I may want to address it, but that is such a low possibility anyway.

Tracy Blanchard <tblanch@lsu.edu>                                    Jun 9, 2015, 4:15 PM

to me

I don't know much about the admissions process, but surely if you had funding elsewhere this would be something they could verify themselves.  I am not sure why this occurred but I would concentrate on your studies and focus on you.  If it is a continual issues please let me know, but since you did nothing wrong I would continue to take the time now to spend on your studies.

I am sorry all this occurred.

Are you OK now?

to Tracy

I'm doing good financially since I got my loans and like I've said, ***this country is way too beautiful for me to have that ruin this***. I'm going to be great from here on out.
--------------End Emails

---

to me

Miki,

Are you available to be reached by phone?  I'd like to speak with you, but I don't want you to incur any long distance charges.  Please send me a number where I may reach you, along with a good time to reach you.

to Jake

Mr. Henry,

I am unable to be reached by phone and I only have a data plan where I can only text, write emails, or use whatsapp on my phone. Also Japan is 14 hours ahead so the timing is extremely problematic of when our schedules would align in order to get a hold of me.

So whatever needs to be said can be done through e-mail. Thank you for understandin

to Tracy

So I received this email and Cherry had to talk with Mr. Cheney Joseph on the phone too.

Miki Kotevski <miki.kotevski@gmail.com>                    Tue, Jun
                                                           16, 2015,
                                                           10:02 AM

to Jake

Mr. Henry,

It has been approximately five days since we last talked. When I received your message(s), I was
given the impression that you wanted to talk to me. I told you my situation when it comes to my
inability to discuss matters over the phone. I hope whatever issues that need to be resolved can,
and should, be done via e-mail and/or skype.

Please respond promptly,
Miki


Henry, Jake <jake.henry@law.lsu.edu>                       Jun 16,
                                                           2015,
                                                           10:03
                                                           AM

to me

I no longer want to speak with you.

Miki Kotevski <miki.kotevski@gmail.com>                    Jun 16,
                                                           2015,
                                                           10:14
                                                           AM

to Jake

Mr. Henry,

I'm warranted in having an explanation of what exactly has been going on because this whole
entire situation from the time a "student" made those false claims and then this 'phone call' e-mail
chain is perplexing to say the least.

--------------------------End of Emails


^^^^^^^^^would you say the previous is a problem that I may have "locally with the offices of
the regime"—*CIA Handbook?* You know, the school acting on behest of the FBI and CIA?

# What happens next is appalling and will shock your conscience.

Romans 16:17
"Now I urge you, brethren, keep your eye on those who cause dissensions and hindrances contrary to the teaching which you learned, and turn away from them."

A summary of we are at in June 01, 2015:

- 3 different orchestrated plans to prevent me from getting an education.
- DEFENDANTS Malware installed on laptop and phone with no demonstrable evidence PLAINTIFF posed any type of national security risk.
- 17 ways in which PLAINTIFF treated differently under the law than the Clintons.

PLAINTIFF has to describe the structure of the Santa Clara University Tokyo Program to emphasize how brutal and savage the attack was going to be. The Santa Clara University Tokyo Program of 2015 is broken into two distinct parts. The first half consists of classes and the second half consists of the internship. The "internships commence[d] on Monday, June 29 and end[ed] on Friday, July 24, 2015." Seeing how this info was publicly available at that time, PLAINTIFF is assuming the DEFENDANTS had that info whether it was publicly known or through the USA PATRIOT ACT—DEFENDANTS _knew_ PLAINTIFF'S schedule and DEFENDANTS knew all of the times PLAINTIFF would be especially vulnerable and the ways PLAINTIFF was already vulnerable based on his disabilities. In the first part of the program, PLAINTIFF is routinely surrounded by American classmates that speak Japanese and can be of assistance in PLAINTIFF'S time of need, PLAINTIFF regularly goes to class, PLAINTIFF regularly hangs out with the fellow students—PLAINTIFF is safe and _JAPLAN_ can't happen during this time.

# XX. BUT FROM JUNE 26th, 2015:

**DEFENDANTS, JOHN O. BRENNAN, HILLARY CLINTON, ANDREW MCCABE, JAMES COMEY, etc. violated 42 U.S.C. § 3631 when they interfered with PLAINTIFF'S housing rights because of PLAINTIFF'S religion, handicap, and national origin the entire time PLAINTIFF was in Tokyo, JAPAN living at the Sakura House.**

There are major things that are going to go wrong though. First and most important thing is the lack of sleep throughout PLAINTIFF'S entire time in TOKYO. It is commonly known phenomenon that poor breathing during sleep causes poor sleep quality. Outside SAKURA HOUSE, there is an enormous amount of cat shit and PLAINTIFF can't breathe adequately because of the amount of uncleaned cat shit outside Sakura House through Summer 2015, which makes PLAINTIFF'S nose congested. PLAINTIFF, to the best of his recollection, looks for a hose outside the home to wash the cat shit away and may have tried to try to clean up some of it. PLAINTIFF did not have the hose or tools to clean up the piles of cat shit outside Sakura House. PLAINTIFF would have cleaned up the shit if he could have. PLAINTIFF must manage his

FLONASE and runs out quickly and conserves whatever little amounts he had left in which PLAINTIFF needed more FLONASE to breathe adequately, but PLAINTIFF does not know where to buy FLONASE in Japan to de-congest PLAINTIFF'S nose. The Summer Heat of Japan exacerbates the problem in which there was not a single day the house did not smell of cat shit. PLAINTIFF alleges after murdering PLAINTIFF'S cat, DEFENDANTS intentionally put the cat shit there to further retaliate against PLAINTIFF and prohibit PLAINTIFF form breathing right when he was at home. Throughout most of the trip, PLAINTIFF was not happy in JAPAN despite the fact that this should have been PLAINTIFF'S dream trip. PLAINTIFF at first recognizes the bed at Sakura Hotel (Sakura Guest House) was absolutely awful and uncomfortable—PLAINTIFF is 6'2" and around this time 300lbs and it is a short bed where PLAINTIFF'S feet would dangle off the bed unless PLAINTIFF slept in a very particular way *that deprived PLAINTIFF of quality sleep* where PLAINTIFF wouldn't have been able to get



adequate sleep with his feet hanging off the bed. PLAINTIFF google searches 5 Hour Energy to see the list of ingredients to find a similar substitute to 5 Hour Energy so PLAINTIFF can have some energy throughout the day and not be tired all the time and PLAINTIFF desperately goes through 4 different images to see what ingredients there are so PLAINTIFF can save himself. *See*: Screenshot Below. PLAINTIFF also starts drinking cold coffee when PLAINTIFF never drank coffee before from Japanese coffee maker Georgia coffee because of how routinely tired PLAINTIFF is during the trip. PLAINTIFF sends a snapchat to Ted Robinson, who is from Georgia, about the Georgia Coffee so there is proof of this. PLAINTIFF becomes sleep deprived and is sleep deprived for about a month before JAPLAN is implemented. This is a core part of *JAPLAN* where decreased sleep decreases brain function.

**You know, if PLAINTIFF would have had part of the $14,900,000,000 DEFENDANTS made off of him in *Miki's Tea Party*, PLAINTIFF would have stayed at the recommended lounging Santa Clara Law recommended and this would have never happened,** but PLAINTIFF could not have afforded the recommended housing; and for all intents and purposes

lived in decrepit and unsanitary conditions the entire time PLAINTIFF was in Japan in violation of United States v. Kozminski and necessarily extremely dangerous conditions to PLAINTIFF.

DEFENDANTS violated: *Wilson v. Seiter,* 501 U.S 294 (1994) (holding for purposes of 8th Amendment and 14th Amendment violations: one claiming that the conditions of his confinement violate the Eighth Amendment must show a culpable state of mind on the part of officials; the "wantonness" of conduct depends not on its effect on the individual, but on the constraints facing the official; there must be "*deliberate indifference" to one's "serious" medical needs"). JOHN O. BRENNAN, JAMES COMEY, ANDREW MCCABE, PETER STRZOK, all knew of the decrepit and unsanitary conditions PLAINTIFF was living in at Sakura House and they knew how much the United States Government profited off of PLAINTIFF.*

The second part of the Santa Clara Law Program was the most dangerous for PLAINTIFF: PLAINTIFF was the only American working in his internship and no known Americans in the immediate vicinity of where he lived. Whatever issues PLAINTIFF was having at the residence PLAINTIFF was staying at would not be brought up with his bosses as PLAINTIFF was new and trying to establish himself and in which one has to separate work from their home life. If it wasn't for DEFENDANTS who intentionally put PLAINTIFF in harm's way in which he would never be able to attain employment, PLAINTIFF wouldn't have tried so hard and did whatever his bosses wanted out of PLAINTIFF in which PLAINTIFF was completely broke law school student and became an indentured servant to DEFENDANTS. None of the classmates who spoke Japanese were there with PLAINTIFF at the internship and we barely hung out in the second part of the internship. There were two meetings with the administrators of the Santa Clara program in July 2015. PLAINTIFF cannot recall what was stated in these meetings.

PLAINTIFF was at SAKURA HOUSE with two Vietnamese roommates that barely spoke any English that were staying in one of the three bedrooms available to rent on the floor of the hotel/apartment. For all intents and purposes, ***PLAINTIFF was all by himself from at least June 26th, 2015 in a foreign country with no help nearby and NO airplane ticket home as previously known to DEFENDANTS in email***. This is another core part of *JAPLAN*. As PLAINTIFF said earlier in the email: "I'm in a foreign country with no relatives or anyone who can help me nearby… my emergency money covered the IT problem[568], but that is gone…My grandparents absolutely have no money, my brother is living at home (unemployed) with my mom who is unemployed and a father on disability." How would PLAINTIFF afford a lawyer in Japan based on the facts? PLAINTIFF absolutely could not have defended himself in the court of law in Japan with no money to pay for an attorney and DEFENDANTS knew this fact. DEFENDANTS knew PLAINTIFF was lonely, got away from a racket involving DEFENDANTS and ASHLEY MAIDEN as will be explained later, was generally inexperienced with women, had experienced a major heart break Spring 2015 because PLAINTIFF did the right thing with BRI DRESCHER.

## Do you see where all of this is going?

## XX. These are the facts of what I remember from late June 2015 to July 2015:

---

[568] The school informed me via a couple of emails prior to this one that there was an IT problem that prevented my funds from being disbursed on time

First a prelude written by JOHN O. BRENNAN: "**I also supported President Obama's view that covert action should be undertaken only when there is no viable diplomatic, military, or other option available and when the hand of the United States needs to be hidden for national security purposes, not for political reasons.**"[569] The CIA always had the viable action of intervening or talking to PLAINTIFF and truly understanding what PLAINTIFF represents prior to Summer 2015. They could have helped their own fellow American, BUT THEY DID NOT.

HOLD ON a second. Let me describe two very important quotes JOHN BRENNAN said. JOHN BRENNAN knew full well that spreading disinformation was a time-honored intelligence practiced used to discredit "adversaries" to shape public perceptions in which he would take covert action against "adversaries." PLAINTIFF when he filed his FOIA requests with Custom and Border Patrol and Navy both alluded to JAPLAN on intuition. Now either the CIA was that incompetent or that malicious in regard to *JAPLAN* and *PLAINTIFF*. There is no plausible different or rational explanation besides criminal incompetence or criminal malice. PLAINTIFF proved why they egregiously and unrelentingly viewed PLAINTIFF as an adversary when PLAINTIFF was never an adversary to America. JOHN BRENNAN, ROBERT MUELLER, PETER STRZOK, ANDREW MCCABE, all had the ability to stop *JAPLAN*.

# BARACK OBAMA gave the following Executive Order on June 17th, 2015. E.O. 13696.

PLAINTIFF alleges that BARACK OBAMA was trying to prosecute PLAINTIFF in a military tribunal for having committed no crime and for DEFENDANTS having committed an act of international and domestic terrorism against PLAINTIFF. The E.O. states the following: "*Sec. 2*. These amendments **shall take effect as of the date of this order**, subject to the following: (a) Nothing in these amendments shall be construed to make punishable any act done or omitted prior to the effective date of this order that was not punishable when done or omitted.**
**(b) Nothing in these amendments shall be construed to invalidate any nonjudicial punishment proceedings, restraint, investigation, referral of charges, trial in which arraignment occurred, or other action begun prior to the effective date of this order, and any such nonjudicial punishment, restraint, investigation, referral of charges, trial, or other action may proceed in the same manner and with the same effect as if these amendments had not been prescribed.**

PLAINTIFF alleges that Section 2(a) is absolving White House and American INTEL staff of omitting to PLAINTIFF that "trade is in the offing" occurred and the value of his work. That is where Barack Obama is wrong though—an omission can be a but for proximate cause in RICO when determining mail and wire fraud. Next, Section 2B. restraint is referring to "trade is in the offing," they were trying to prosecute PLAINTIFF having knowingly utilized fabricated evidence, misleading narratives, and perjured testimony in which the FBI had opened a case on

[569] Brennan, John. *Undaunted: My Fight Against America's Enemies, At Home and Abroad.* 2020

them falsely alleging that PLAINTIFF had burned down PLAINTIFF'S home when DEFENDANTS murdered PLAINTIFF'S cat and burned down PLAINTIFF'S home. PLAINTIFDEFENDANTS were completely absolving themselves of "Trade is in the offing" knowingly going to commit war crimes against PLAINTIFF.

Furthermore, Executive Order 13698 issued on June 24th, 2015 (two days before 06/26/2015) said the following: June 24, 2015: *Section 1. Purpose*. The 21st century has witnessed a significant shift in hostage-takings by terrorist organizations and criminal groups abroad. Hostage-takers frequently operate in unstable environments that challenge the ability of the United States Government and its partners and allies to operate effectively. Increasingly, hostage-takers target private citizens—including journalists and aid workers—as well as Government officials. **They also utilize increasingly sophisticated networks and tactics to derive financial, propaganda, and recruitment benefits from hostage-taking operations.** The United States is committed to securing the safe recovery of U.S. nationals held hostage abroad and deterring future hostage-takings by denying hostage-takers any benefits from their actions. Because such hostage-takings pose unique challenges, the United States Government must be organized and work in a coordinated effort to use all instruments of national power to achieve these goals, consistent with the United States Government's no concessions policy." PLAINTIFF alleges that American INTEL

*Specifically, Sec. 2*. States the following: *Establishment and Responsibilities of the Hostage Recovery Fusion Cell*. (a) The Attorney General, acting through the Director of the Federal Bureau of Investigation (FBI), shall establish within the FBI for administrative purposes an interagency Hostage Recovery Fusion Cell (HRFC). Take out one letter from HRFC and you get HRC=HILLARY RODHAM CLINTON. PLAINTIFF would have to HOST someone on AGE (host and age=hostage) as well as allowing HILLARY CLINTON to recover from "trade is in the offing." So PLAINTIFF is alleging that at least one, if not most, if not all of the following agencies knew of JAPLAN:

(i) the Department of State;

(ii) the Department of the Treasury;

(iii) the Department of Defense;

(iv) the Department of Justice;

(v) the Office of the Director of National Intelligence;

(vi) the FBI;

(vii) the Central Intelligence Agency; and

(viii) other agencies as the President or the Attorney General…

JAMES COMEY, JOHN O. BRENNAN, HILLARY CLINTON, ANDREW MCCABE, PETER STRZOK, BILL CLINTON, SHINZO ABE, JEH JOHNSON, etc. wanted to allege that PLAINTIFF was a terrorist hostage child sex trafficker—simply, DEFENDANTS wanted every malign lie and malicious accusation in the book and get PLAINTIFF arrested in Japan utilizing either a military tribunal in Japan or the Japanese legal system knowing just how screwed PLAINTIFF would be because of their actions.

**Certain leaders on following the law:**

JOHN O. BRENNAN: "as director, I tried to dispel what I thought was the image of the CIA as a lawbreaking organization…Everything we do is consistent with U.S. law."[570] He swore to uphold and defend the Constitution and thereby protect all Americans and their Constitutional Rights.

ANDREW MCCABE: "I would also respect absolutely all legal and ethical limits that her service might place on my own."[571]  He swore to uphold and defend the Constitution and thereby protect all Americans and their Constitutional Rights.

JUST IN CASE: PLAINTIFF incorporates the legal arguments he made in RICO Enterprise 2 as a defense [here] for *JAPLAN*.

*United States v. Cook,* 793 F.2d 734 (5th Cir. 1986) ("[b]oth the fact of conspiracy and a defendant's participation in it may be proved by circumstantial evidence." 793 F.2d at 736). "As was the case in *United States v. Postal,* 589 F.2d 862 (5th Cir.) … "the mere fact that [defendant] made the statement is relevant to the issues of [his] knowledge of the conspiracy and his participation in it."...As Professor McCormick explains: "Proof that one talks about a matter demonstrates on its face that he was conscious or aware of it, and his veracity simply does not enter into the situation." *[omitted]."U.S. v. Jones*, 839 F.2d 1041 (5th Cir. 1988). "If the government's conduct in the investigation through a sting operation is so active that its conduct fabricated elements of the offense, it might be considered a violation of due process to prosecute the defendant." *U.S. v. Steinhorn*, 739 F. Supp. 268, 271 (D. Md. 1990).

Suppose PLAINTIFF is wrong, and it was a hostile foreign intelligence agency and not an US intel agency or Indian intel agency doing what is to come; that being said, *no one in any of the 10+ US Intel agencies did anything to stop it despite US Intel having the prerequisite knowledge for the entirety of the Summer of 2015*. The conduct in Summer 2015 is either intentional by the DEFENDANTS or constituted that gross incompetence by DEFENDANTS when they had PLAINTIFF under surveillance. ***Surveillance is never there to help you.*** Someone in a US Intel agency failed in their duty when they had a reasonable reason to believe that something was fundamentally wrong in July 2015.

Here is another important fact: if the FBI was not working with my school or against my school in Spring 2015, they have nothing to worry about; HOWEVER, if they did work with my school or against my school in the Spring Semester of 2015 that involved any issues with PLAINTIFF, by necessarily working with the school, they would have been aware of *the letter* and *UM* and therefore they are liable. Plus, they said in "**FBI's The Key TO US Student Safety Overseas pamphlet**":

[570] Brennan, John. *Undaunted: My Fight Against America's Enemies, At Home and Abroad.* 2020
[571] McCabe, Andrew. *The Threat. How the FBI Protects America in the Age of Terror and Trump.* 2019.

The US government seeks to protect US students overseas from risks posed by foreign intelligence services to ensure their safety and future career prospects

When talking about his work, PETER STRZOK said of the FBI: "What was the purpose of the email? Had the sender tried to write in a way to make in unclassified? Was there an **exigent circumstance**, a decision in which **someone's life was at risk**? Determining any of those was a herculean task that required tracking down people around the world, from the State Department command center to U.S. embassies and consulates abroad, and sending agents to interview each person."[572] There was a blackmail and extortion email sent near the end of June or early July 2015. DEFENDANTS having repeatedly utilized Section 215 and Section 702 against PLAINTIFF knew of this email and did not immediately inform PLAINTIFF what was going on and who it was coming from. NOTHING WAS DONE ABOUT THAT EMAIL with DEFENDANTS knowing full well what happened and having that email in their possession and

[572] Strzok, Peter. *Compromised*. Counterintelligence and the Threat of Donald J. Trump.

within their knowledge. Let us grant the assumption it wasn't DEFENDANTS that did the following to PLAINTIFF and let us suppose the Russians or Chinese that wanted to compromise me in Summer 2015 in Tokyo via kompromat. First, they, the FBI and CIA, are supposed to do things in exigent circumstances even when those circumstances occur *overseas*, right? Correct. PETER STRZOK would recognize when kompromat is being done being one of the heads of counterintelligence at FBI, correct? Yes. Would stopping *JAPLAN* from becoming a reality based on the malice of some people in the DC bubble be an exigent circumstance based on PLAINTIFF'S disability because PLAINTIFF elaborately described how it was such? Yes. Let's see where this goes.

In *Fikes v. Alabama*, 352 U.S. 191 (1957), a mentally disabled black man was "convicted of burglary with intent to commit rape and was sentenced to death. Two confessions admitted in evidence at his trial were obtained while he was held in a state prison far from his home, without the preliminary hearing required by Alabama law and without advice of counsel, friends or family. The first confession was obtained after five days of intermittent questioning by police officers for several hours at a time and the second five days later after more such questioning... Captain Baker continued questioning for two hours in the morning. He testified that a warrant was served on petitioner in jail, but that petitioner did not request a preliminary hearing. In fact, he was not taken before any judicial officer prior to the confessions....First confession was obtained on tape..." *Id.* During the second confession and thereafter: This outline of the facts surrounding the taking of the confessions comes entirely from the testimony of the State witnesses, who, under the circumstances, were the only ones who could testify at the trial on this subject other than the prisoner himself." *Id.* The conditions the Petitioner experienced in the case was so important since the Court said:



Our final dinner as a class. It's been a great ride guys! - with TJ Wiethorn and 5 others

You, Danijela Rosic Milasinovic and 18 others

20

"petitioner's location and the conditions of his incarceration are facts to be weighed in connection with the issue before us. For a period of a week, he was kept in isolation, except for sessions of questioning. He saw no friend or relative. Both his father and a lawyer were barred in attempts to see him." Id. The Court went on to say that "the totality of the circumstances that preceded the confessions in this case goes beyond the allowable limits. The use of the confessions secured in this setting was a denial of due process."

Do you have an inference of malicious intent that you want to share? Sure. It would show my phone was hacked and that people were probably listening in on me every single day to ensure the blackmail and extortion happened. This necessarily implicates *Miki's Tea Party* because it involves HILLARY CLINTON, "defense is in the offing," and INDIAN airlines in which INDIA had a major reason to do that against PLAINTIFF as well thereby absolving INDIA of their crimes. This may be a little bit of a stretch, but if true, would show the lengths they would go to. As PLAINTIFF mentioned earlier, PLAINTIFF had a one-way stand-by ticket on United Airlines from Chicago to Tokyo. PLAINTIFF knew and understood at the time that his return ticket would, necessarily, have been through United Airlines, and *only United Airlines,* because PLAINTIFF'S aunt was working for United Airlines and she was the one giving PLAINTIFF the ticket. On June 7th, 2015, someone had hacked PLAINTIFF'S phone and downloaded the Jet Airways application on PLAINTIFF'S phone. (See: Screenshot below of all songs and apps made around that time). **Jet Airways** was an **INDIAN** airline that is now currently defunct, but is allegedly making a comeback later this year (according to Wikipedia and Jet Airways website).[573]

*The United States of America vs. Josef Altstötter, et al.*

1. Participating in a common plan or conspiracy to commit war crimes and crimes against humanity;
2. War crimes through the abuse of the judicial and penal process, resulting in mass murder, torture, plunder of private property;
3. Crimes against humanity on the same grounds, including slave labor charges.
4. Membership in a criminal organization, the NSDAP or SS leadership corps.

---

[573] https://www.jetairways.com/ Last Checked 08/26/2023



But do you want to know what this could be proof of? Well first off, Jet Airways is connected to corruption and Indian organized crime.[574] PLAINTIFF necessarily incorporates the totality and the relevant part of *A Feast of Vultures: The Hidden Business of Democracy in India* by Josy Joseph that talks about the issues involving the Indian Government and Jet Airways (that PLAINTIFF has not read but will probably confirm something along the lines of SpiceJET. Additionally, PLAINTOFF incorporates this argument in *Miki's Tea Party*. PLAINTIFF is alleging that in the alternative, JET AIRWAYS were part of RICO ENTERPRISE 1 IN JAPAN. The JET AIRWAYS orders were part of "trade is in the offing." The *JET AIRWAYS* Order again from *Miki's Tea Party*:

17 BOEING 737-800NG in January 2012.
50 BOEING 737 MAX in April 2013.
25 BOEING 737 MAX in 2014.

Which is a total of 92 BOEING 737 aircraft (75 Boeing 737 MAX and 17 BOEING 737NG). Treble option of: 276 BOEING 737s. But at the end of the day, PLAINTIFF is at least alleging an aiding and abetting and being a member of RICO Enterprise 1 by JET AIRWAYS in which "trade is in the offing," HILLARY CLINTON, Indian and British Government, and hacking PLAINTIFF'S phone to download the Jet Airways app are all necessarily connected somehow. BRITISH AND INDIAN intel had interests above and the ability for DEFENDANTS to continue to RICO Enterprise against PLAINTIFF.

---

[574] https://en.wikipedia.org/wiki/Jet_Airways. Last Checked: 08/26/2023

This is all suspicious for the following reasons. In February 2016, JET AIRWAYS had the second highest amount of the Indian aviation market share at 21.2%, which was beyond IndiGo.[575] Allegedly, SpiceJET, who was one of their competitors, and IndiGo had lowered prices in 2017 and that caused Jet Airways to lose profitability from 2017 on in which they declared bankruptcy in 2019.[576] There were signs in 2018 of some of the financial issues and then in November 2018, that is when Jet Airways had declared a negative financial outlook. Then in March 2019 just four months later, that is when Jet Airways collapsed. Emergency funds in April 2019 were rejected by their creditors. PLAINTIFF had absolutely no reason to download the Jet Airways' app on my phone or to use the Jet Airways', an **INDIAN** airline, app at any time during my trip to Japan. PLAINTIFF had searched for vacation locations in July 2015 in which he had not looked to fly from Tokyo to India. PLAINTIFF did decide to fly to Nara/Okinawa and used SkyMark Airlines to do so; but PLAINTIFF did not even download the SkyMark Airlines app when he used SkyMark Airlines to fly to them in July 2015 according to the screenshot above. Side note and speaking of SkyMark Airlines and Nara. Shinzo Abe, the former Prime Minister, was assassinated in Nara (i.e. Okinawa) in 2022.

PLAINTIFF alleges American INTEL, British INTEL, German INTEL, Japanese INTEL, Indian INTEL, JOHN O. BRENNAN, PETER STRZOK, ANDREW MCCABE, JEH JOHNSON, BARACK OBAMA, HILLARY CLINTON, BILL CLINTON, SHINZO ABE, and CHIEF JUSTICE JOHN ROBERTS retaliated against PLAINTIFF on the basis of PLAINTIFF'S disability in squalid and horrendous conditions having knowingly utilized constitutionally tainted evidence against PLAINTIFF when aforementioned DEFENDANTS intentionally implemented *JAPLAN* and freed themselves of liability in which DEFENDANTS wanted to prosecute PLAINTIFF in a military court because PLAINTIFF was a liability to HILLARY CLINTON and those aforementioned DEFENDANTS because of "trade is in the offing" and having murdered PLAINTIFF'S cat.  PLAINTIFF is not incorporating the factual circumstances of the 18 U.S.C. 2340 and 18 U.S.C. 2441 conduct and behavior; but what matters is at least ANDREW MCCABE, JOHN O. BRENNAN, PETER STRZOK, HILLARY CLINTON, BILL CLINTON, AMBASSADOR KENNEDY, all knew about it and they did nothing because either they planned it and/or allowed a different foreign agency or government to commit the acts (PLAINTIFF believes India and Indian INTEL). German INTEL knew, British INTEL knew, Japanese INTEL knew, and Canadian INTEL knew. When PLAINTIFF necessarily says JAPLAN, aforementioned DEFENDANTS have enough reason to know what it exactly refers to. For whatever dignity is left of PLAINTIFF and the United States,

# PLAINTIFF is incorporating the facts of July 27th, 2015 through August 5th, 2015 [here]. PLAINTIFF has typed out the

facts that he recalls (in which he wasn't drugged at the time) in a separate document that PLAINTIFF can give the Court at any time.

Then later on in late July 2015, DEFENDANTS at his work internship also made PLAINTIFF work on process and being served in JAPAN as a foreign corporation and prevent the corporation from being served—this was also around the same time PLAINTIFF had a

---

[575] https://en.wikipedia.org/wiki/Jet_Airways. Last Checked: 08/26/2023
[576] https://economictimes.indiatimes.com/industry/transportation/airlines-/-aviation/jet-airways-stares-at-shutdown-as-lenders-reject-appeal-for-funds-report/articleshow/68923128.cms Last Checked. 08/26/2023

rooftop bar meeting with DEFENDANTS: JIM BIDEN and HUNTER BIDEN in which PLAINTIFF signed paperwork, the details of which, PLAINTIFF did not know nor read, and did it to appease his bosses at TOKYO ROPPONGI LAW & PATENT OFFICES. PLAINTIFF understood that JAPANESE Culture was one that had established "Respect for elders is an integral part of Japanese culture, and it has been this way for centuries. In Japan, the elder is seen as a source of wisdom and guidance, and they are highly respected by younger generations. This respect is rooted in Confucianism, which has been a major influence on Japanese culture since its introduction to Japan during the 6th century AD. According to Confucianism, elders should be treated with respect due to their experience and knowledge of life."[577] PLAINTIFF TRULY THEN AND TRULY NOW HAD NO FUCKING IDEA WHY PLAINTIFF WAS MEETING THE AVANT GUARDE OF D.C. BUT WIRE FRAUD AND MAIL FRAUD WAS COMMITTED THAT IS FOR SURE. HAD TO DO WITH WHAT HILLARY CLINTON AND ANDREW MCCABE DID ON JUNE 26TH, 2015 AND WAS PART OF RICO ENTERPRISE 1. At the time, if PLAINTIFF questioned his boss's direction when DEFENDANTS urged him to sign the paperwork without reading what it entailed; and if PLAINTIFF talked back to his bosses by questioning their wisdom and guidance of not reading the paperwork to be signed in front of their faces to them at that moment in the middle of a "business or legal meeting," that would have been a sign of major disrespect in the Japanese culture (PLAINTIFF after all did just take a course on how to do business in Japan the previous month in June 2015) and would have caused significant and severe problems with DEFENDANTS PHILIP JIMENEZ and MARCUS KOSINS that PLAINTIFF severely disrespected his bosses. Furthermore, PLAINTIFF was in the position that he had to keep kissing so much ass and not show an iota of disrespect by questioning or talking back because of what DEFENDANTS continuously kept putting PLAINTIFF through since at least SEWANEE.  See: Some of DEFENDANTS violations:

PLAINTIFF is alleging that DEFENDANTS JEH JOHNSON, JOHN O. BRENNAN, HILLARY CLINTON, ANDREW MCCABE, SHINZO ABE, BILL CLINTON, [retaliated against PLAINTIFF on the basis of his disability) because that is what justice requires based on everything in this complaint

To show it was retaliation for PLAINTIFF because of "trade is in the offing," BARACK OBAMA issued Executive Order 13701—Delegation of Certain Authorities and Assignment of Certain Functions Under the Bipartisan Congressional Trade Priorities and Accountability Act of 2015 on July 17th, 2015 that talked about the Secretary of State and Trade. PLAINTIFF alleges and incorporates the retaliation undertaken against PLAINTIFF for DEFENDANTS actions in "trade is in the offing" and that this E.O confirmed it would falsely hold PLAINTIFF accountable and not HILLARY CLINTON, HAROLD HONGJU KOH, JOHN O. BRENNAN, PETER STRZOK, ANDREW MCCABE, ROBERT MUELLER, American INTEL, British INTEL, Indian INTEL, Japanese INTEL, etc.

_One of the happiest days of PLAINTIFF's life and happiest moments of my life was when **PLAINTIFF was leaving his dream trip**_ because of how much of a **nightmare** DEFENDANTS made it. _JAPLAN_ became true and the DEFENDANTS made it happen or allowed it to happen and violated the law in the process.

---

[577] https://www.japannihon.com/why-do-japanese-people-respect-their-elders-so-much/

What was that PETER STRZOK quote again? "The FBI can and does gather credible allegations **from overseas** including counterintelligence information. The information can come from an intelligence agency, from a newspaper, or from an alert businessman, a suspicious scientist**, your neighbor,** or your grandmother."[578] Yep. How about another PETER STRZOK quote: "*Sources are rarely **angels**;*[579] in fact, the best information sometimes comes from devils, wrapped in lies and half-truths."[580] Is this all a factual story that contains "a problem which [PLAINTIFF] may have locally with their neighbors?"--CIA *handbook.*

What was DEFENDANT'S FBI quote again: "The key to that new mandate, Director Mueller knew, was intelligence—the holy grail of national security work, the ability to collect and connect the dots, to know your enemies and the threats they pose inside and out, to arm everyone from leaders in the Oval Office to police officers on the street with information that **enables them to stop terrorist and criminal plots before they are carried out**."[581] Yep, that's it. LOL.

DEFENDANTS, having me under surveillance at this point for the entirety of Summer 2015, seeing these War Crimes and RICO violations unwinding in their face, did nothing. Even if it was the Russians or Chinese who PLAINTIFF has included as DEFENDANTS in the chance it wasn't AMERICAN INTELLIGENCE that set up the ambush, US counterintelligence was apt enough to spot and recognize "kompromat" when it was happening, and DEFENDANTS STILL DID NOTHING. Even if we are going to believe DEFENDANTS (or the lie they concocted to cover their own malfeasance because they were working on behalf of the CLINTONS), DEFENDANTS are going to allege it was the Russians or Chinese (who PLAINTIFF has included as DEFENDANTS) that were up to no good in JAPLAN when they sent someone to stand outside PLAINTIFF'S hotel after June, 26th, 2015. DEFENDANTS knew when the kompromat was happening. You're asking if there is a duty that the FBI had in warning me when it was happening. They did; especially when it came to someone that was that much of a liability to the DEFENDANTS. This whole entire scenario was willful and complete blindness to stopping the crimes that DEFENDANTS had set up completely so that DEFENDANTS could prosecute PLAINTIFF at a later time.



The US government seeks to protect US students overseas from risks posed by foreign intelligence services to ensure their safety and future career prospects

---

[578] Strzok, Peter. *Compromised*. Counterintelligence and the Threat of Donald J. Trump.
[579] JAPLAN email had the word/name of ANGEL in it.
[580] Strzok, Peter. *Compromised*. Counterintelligence and the Threat of Donald J. Trump.
[581] https://www.fbi.gov/history/brief-history/a-new-era-of-national-security

It bothers PLAINTIFF fucking deeply that DEFENDANTS did nothing; but PLAINTIFF can at least fathom why they did it to PLAINTIFF. It's not hubris; it is the fact of PLAINTIFF knows what PLAINTIFF said in Spring 2015 that was used against PLAINTIFF and made into a horrific reality and some DEFENDANTS made it happen or allowed it to happen. Yes, I'm extremely fucking wounded and yes, it is fucking ridiculous that PLAINTIFF has to describe why this is so fucking outrageous.

So the conversations WARWICK ALLEN and PLAINTIFF had in Spring 2015 were recorded? Correct. So, PLAINTIFF was a victim of international and domestic terrorism in 2010 and DEFENDANTS clearly knew who PLAINTIFF was since MID-YEAR? Correct. The question then becomes what does the FBI and DEFENDANTS do with PLAINTIFF'S Spring 2015 conversations? According to DOJ OIG: "Deputy Director, McCabe was authorized to disclose the existence of the CF Investigation publicly if such a disclosure fell within the "public interest" exception in applicable FBI and DOJ policies generally prohibiting such a disclosure of an ongoing investigation." It would be a complete bastardization of Justice if DEFENDANTS argue that revealing *JAPLAN* to HILLARY and BILL CLINTON fell within the public interest exception seeing how they executed of a black disabled man political purposes via RICKEY RAY RECTOR. PETER STRZOK testified under oath about how the FBI gives defensive briefing in which "the general practice in a defensive brief is not only to sensitize and make the person being brief what the threats are, but also to ask and encourage them for any information that they have or might come across that would indicate any such attempt or activity to let us know." PETER STRZOK and ANDREW MCCABE both knew of the RICKEY RAY RECTOR incident with the CLINTONS. So the likely culprits of the people that leaked the private conversations of WARWICK ALLEN and PLAINTIFF was the FBI via PETER STRZOK and ANDREW MCCABE and UNKNOWN DEFENDANTS giving "defensive briefing" to the CLINTONS. Furthermore, 28 C.F.R. §50.2 specifically provides that "where background information or information relating **to the circumstances of an** arrest or **investigation would be highly prejudicial** or where the release thereof would serve no law enforcement function, **such information should not be made public**." So there was a regulation that should have stopped the FBI and DEFENDANTS from revealing the content of *JAPLAN* to HILLARY CLINTON (let alone the content of the conversations PLAINTIFF and WARWICK ALLEN had about HILLARY CLINTON) would be extremely prejudicial to PLAINTIFF because she is precisely the type of woman that would implement it and revealing *JAPLAN* to HILLARY CLINTON served no legitimate law enforcement function. If the CIA, FBI, DHS, and NSA do not have these recorded conversations between WARWICK ALLEN and PLAINTIFF, they knowingly destroyed exculpatory evidence on purpose.

THE FBI NEVER CAME TO PLAINTIFF. DOJ OIG provided two examples of when it "may be permissible to selectively release [nonclassified] information to assure the public that an investigation is in progress" with prior approval of specific components at FBI headquarters: (1) to protect the public interest, **welfare or safety**. (2) to solicit information from the public that might be relevant to an investigation." [582] Do you think stopping war crimes, torture, and

---

[582] https://oig.justice.gov/reports/2018/o20180413.pdf

international and domestic acts of terrorism to the victim of *JAPLAN* was in the public interest of the FBI as well as in the interest of the FBI to stop that from happening or nah? Giving HILLARY CLINTON a defensive briefing about jokes PLAINTIFF said about her and then FBI failing to give PLAINTIFF a defensive briefing when HILLARY CLINTON would blackmail and extort PLAINTIFF (in his own term's worse than actually murdering PLAINTIFF) by making *JAPLAN* come true in congruence with a previously established pattern of the CLINTONS executing disabled



individuals. How many times did PLAINTIFF previously establish how DEFENDANTS treated the CLINTONS differently than PLAINTIFF? 17 ways in which the CLINTONS are treated completely differently from the rest of ordinary, now broke, Americans like PLAINTIFF.

Now, it is 18. **_18 different examples of how the FBI/CIA and DEFENDANTS treated the CLINTONS completely different than PLAINTIFF._**

DEFENDANTS ANDREW MCCABE and PETER STRZOK were completely in on it on the behest of the CLINTONS and gave DEFENDANTS all the evidence to prosecute PLAINTIFF. PETER STRZOK and ANDREW MCCABE were some of the highest-ranking officers and officials in the FBI. PETER STRZOK and ANDREW MCCABE were the main ring leaders in FBI. ANDREW MCCABE having more operational control over the RICO ENTERPRISE within FBI in which PETER STRZOK was ANDREW MCCABE'S right hand man. See: Text Message Below confirming PETER STRZOK works for ANDREW MCCABE:

| 2015-08-28<br>11:17:47, Fri | INBOX | Plus, i'm willing to bet that Andy can identify something for you to do between now and then. Did you two talk about that at all? I mean you working for him in his current capacity? |
| --- | --- | --- |

As PETER STRZOK wrote in his book "to keep the **matter** as compartmented as possible, McCabe decided to talk to an extremely limited number of his counterparts in the intelligence community. THE AGENCIES WITH WHICH HE SPOKE WERE OUR CLOSEST PARTNERS, and in the world of counterintelligence, because of their size and ACCESS TO INFORMATION, they along with the FBI are the heavyweights in the room."[583] See the matter of when this statement was said occurred after July 2015 so it does refer to *Angel's Plan*. To demonstrate the tightness between ANDREW MCCABE and PETER STRZOK and how PETER STRZOK was beholden to ANDREW MCCABE in which ANDREW MCCABE was one of the leaders of the RICO ENTEPRISE in the FBI: PETER STRZOK was assigned to the FBI's

---

[583] Strzok, Peter. *Compromised*. Counterintelligence and the Threat of Donald J. Trump.

investigation of HILLARY CLINTON'S use of a private email server from August 2015 until July 2016. LISA PAGE was FBI Deputy Director Andrew McCabe's Special Counsel during the relevant period of the OIG's review and provided support lo the investigation from early February 2016 until July 20 I 6. The investigation was resumed by FBI on or about October 28, 2016, and both PETER STRZOK and LISA PAGE were involved in the investigation until it was concluded on or about November 6, 2016.[584] Evidence shows that on: July 28-31, 2016: "Neither CD AD Priestap nor EAD Steinbach want PETER STRZOK to lead the investigation because of his personal relationship with LISA PAGE and instances of STRZOK-PAGE bypassing the chain of command (not following proper procedures) to advise FBI Deputy Dir. ANDREW MCCABE; MCCABE overrules decision to exclude PETER STRZOK."[585] PETER STRZOK is not excluded because of the relationship PETER STRZOK and ANDREW MCCABE have in prosecuting PLAINTIFF at the behest of the CLINTONS. On, Oct. 11, 2016: PETER STRZOK advises LISA PAGE that, the IG writes, "support from MCCABE might be necessary to move the FISA application forward." PETER STRZOK texts PAGE: "Currently fighting with Stu [Evans] for this FISA." It doesn't matter what DEFENDANTS objections are here, but that it was it was referred to: the matter. As stipulated earlier, PETER STRZOK would "take care of Bill" and ANDREW MCCABE used PETER STRZOK to go after me to provide some "distance" between the crimes being committed against PLAINTIFF and DEFENDANTS. Just to reemphasize this point: such operational control by ANDREW MCCABE can be seen by the following in regards to PLAINTIFF issues: "to keep the **_matter_** as compartmentalized as possible, McCabe decided to talk to an **_extremely limited number_** of his counterparts in the intelligence community. THE AGENCIES WITH WHICH HE SPOKE WERE OUR CLOSEST PARTNERS, and in the world of counterintelligence, because of their size and ACCESS TO INFORMATION, they along with the FBI are the heavyweights in the room."[586]

PLAINTIFF is going to repeat himself and give a different perspective to a previous paragraph written (with some parts omitted), but with a different emphasis to show ANDREW MCCABE trying to keep some distance (while maintaining complete control) and having PETER STRZOK go after PLAINTIFF: "First, as previously explained in *MID-YEAR*: The FBI started their whole entire investigation into PLAINTIFF on the basis of PLAINTIFF'S writing disability issues that stem from PLAINTIFF'S autism in 2008 and chose that specific incident to characterize PLAINTIFF on the basis of his disability. PLAINTIFF is kind of jumping ahead here, but it is vital to know and is introducing the Court to the issues that will come up: PETER STRZOK sent a message to LISA PAIGE and JR on 02/05/2016 at 8:02am: "Lisa—you were right, I was wrong (first time for everything), you're good. Andy, however needs [ME] (as does Bill **_P_**). I will take care of **_Bill_**—would you or someone on **_DD staff_** handle paperwork for **Andy**? Looking to get a bulk read-in done next week; **_to the extent Andy wants to join_**, I will let you know the time. I suspect he(/you) may need other compartments as well, so it might make sense to do his separately en masse (that's French for "all at once"…I'm not just a leader, I'm an educator)." Educator refers to FBI/DEFENDANTS utilizing Section 508. 'Bulk read in' is DEFENDANTS, the FBI, getting Bulk Meta-Data collection from Section 702 or Section 215 to circumvent PLAINTIFF'S Constitutional Rights… DEFENDANTS need to prosecute PLAINTIFF because ANDREW MCCABE needed to prosecute me on behalf of the CLINTONS

[584] https://oig.justice.gov/reports/2018/i-2018-003523.pdf
[585] https://www.hsgac.senate.gov/wp-content/uploads/imo/media/doc/abbreviated%20timeline%20horowitz.pdf
[586] Strzok, Peter. *Compromised*. Counterintelligence and the Threat of Donald J. Trump.

as per their fundraiser stipulation on 06/26/2015. …The statement is "would you or someone on **_DD staff_** handle paperwork for **_Andy_**." People who work under Deputy Director ANDREW MCCABE already know they are staff members of the Deputy Director and that they handle paperwork for the Deputy Director—there's no need to repeat that fact. This phrasing also means that ANDREW MCCABE needs to keep some plausible distance from PLAINTIFF to ANDREW MCCABE and have different staff members deal with paperwork that involves PLAINTIFF to whatever ANDREW MCCABE is directing his staff to do against PLAINTIFF'S Constitutional and legal interests in which PETER STRZOK furthers the Enterprise. This is further supported in the text as PETER STRZOK himself notes the distance litmus test: "to the extent that ANDY (ANDREW MCCABE) wants to join" because of what happened in 06/26/2015.

As a refresher from earlier: "According to _the handbook_, the CIA are more than willing to notify the police against the target and "you can't have reprisals on the part of the regime's police or military" unless you make shit up about them or ambush them." PETER STRZOK admits having worked with Department of Defense and the CIA, FBI, and DOD all worked together against PLAINTIFF. With that in mind, consider this quote from ANDREW MCCABE describing what was going on in the FBI during this time: "During the **summer and fall of 2015**, in Washington, **patience** and discipline were **countercultural values**…**In July (2015), the FBI opened a case** to see if such a spill had occurred, and, if so, whether it occurred accidentally or on purpose."[587] At one time either in 2015 or 2016, "**McCabe, for his part, had spoken with his counterparts at the CIA and NSA**."[588] Is it so far-fetched for me to say that in the exact month ANGIE ORTIZ is in Tokyo with PLAINTIFF in July 2015, someone in the DEFENDANTS provides the FBI evidence that causes the FBI to immediately open a case in July 2015? _That's a big coincidence_. PLAINTIFF was about to be railroaded for political purposes because PLAINTIFF was a legal liability to the CLINTONS and DEFENDANTS' RICO ENTERPRISE. Furthermore, this is an extreme rush to prevent the fair administration of justice by DEFENDANTS.

Any more proof to supplement the argument made in the previous paragraph? Sure: "shortly after we opened Crossfire (in August 2016 or so), CIA director John Brennan approached Comey about disturbing intelligence that was beginning to come in about Russia's burgeoning interference in the elections…Crossfire would be part of this interagency effort…the FBI would wall off anything relating to our investigations of U.S. citizens from the rest of the intelligence community, as we were legally required to do."[589] This was in August 2016 or so. However, what if BRENNAN had approached COMEY earlier and talked about me earlier and what happened in Tokyo? What did you say about _the handbook_ earlier? Are you thinking actions the Director of the CIA would take against a target? "Suppose this _handbook_ talks about "notifying the police" against the target and "if the target doesn't seem susceptible to voluntary recruitment that they will be confronted they will have reprisals on the part of the regime's police or military." That would be it. Done by the _handbook_.

[587] McCabe, Andrew. _The Threat. How the FBI Protects America in the Age of Terror and Trump._ 2019.
[588] Strzok, Peter. _Compromised_. Counterintelligence and the Threat of Donald J. Trump.
[589] Strzok, Peter. _Compromised. Counterintelligence and the Threat of Donald J. Trump._

# XX. "We can't hear you over our laughter."—FBI, DOJ, CIA, etc.

How was the DEPARTMENT OF JUSTICE handling these issues after submitting Sheehan's brief in January 2015 during the Fall of 2015? Good question. ANDREW MCCABE wrote: "In **September 2015,** the first time Lynch and Comey discussed how they would publicly acknowledge **the case**, she told him not to call it an investigation. She told him to refer to it as a "**_matter_**." This became a **_running joke_** whenever anyone at the FBI felt like Justice was dragging its feet. If someone on our **_side of the street_** felt slowed down by someone on their **side of the street**, someone would ask, what have we become, the federal bureau of **_matters_**?"[590] In regards to the 'matter', ANDREW MCCABE alleges: "we never brief them. [Lynch and Yates]. Maybe they were getting information on the case from the Justice team? I don't know. As far as we know, they were totally hands-off."[591] There goes MCCABE again talking about _the side of a street_, where did I hear _side of a street_ in something that involved law enforcement before? That's right, _Sewanee: This Side of the Street. Fall 2009._ '_Matters_,' where did I hear that one before? _Sewanee: The Devil Reincarnate_ via a message between REBECCA WETHERBEE and PLAINTIFF. On top of describing something as a _six-alarm_ situation, that is 3/3 on ANDREW MCCABE directly reflecting upon factual circumstances in my life. Coincidence?

Then there are these text messages (See: Below). So even after July 2015 in which DEFENDANTS all knew what happened through an illegal investigation, war crimes, etc., they still wanted to quickly prosecute PLAINTIFF because after having war crimes and torture be committed on you by the hands of DEFENDANTS and pressuring PLAINTIFF means PLAINTIFF would most likely crack and fall apart to secure themselves a conviction in which PLAINTIFF would have never had the ability to even know the malice that was done to him.

| Date UTC | Type of Message | Body |
|---|---|---|
| 2015-09-02 21:21:38, Wed | INBOX | A)I'm glad you're doing it, keep the pressure on. I think his spec ass is the best option. Actually, ⬚⬚⬚ special is the BEST option, he's #2. ;)\nB) |
| 2015-09-26 11:35:45, Sat | INBOX | And God, that's an awful sequence of time stamps on your texts. :( I'm sorry. ⬚⬚ ans ⬚⬚ are coming in. Not sure that they need to read them, but we're asking them to jump through their ass to act quickly, so not in much of a position to argue if they want to come in. |

Some time passes from September 2015, but DEFENDANTS intentionally ignore how PLAINTIFF has had War Crimes, Torture, and RICO predicate acts committed against him either by dirty DEFENDANTS or some foreign intel for blackmail and recruitment purposes, or someone else OR, more importantly, DEFENDANTS were the ones doing it. No, it seems, the

[590] McCabe, Andrew. _The Threat. How the FBI Protects America in the Age of Terror and Trump._ 2019.
[591] McCabe, Andrew. _The Threat. How the FBI Protects America in the Age of Terror and Trump._ 2019.

FBI are still completely out to get PLAINTIFF from February 2016 as the following passage from Andrew McCabe describes such: "From the time I joined the meetings on this investigation [Midyear and the Clinton], in <u>February 2016</u>,[592] the **midyear** team was bridling at what they perceived <u>to be a lack of aggression on the case among their partners at Justice.</u> Bridling was in this team's nature. It was a group of aggressive, determined, people—typical FBI investigators. They knocked heads with Justice on many points of *procedure*."[593] So DEFENDANTS regularly gave CLINTON and other leaders defensive briefings but never gave PLAINTIFF a defensive briefing or assisted when they knew what was happening to PLAINTIFF. The FBI, DHS, and CIA's goals were to quickly and aggressively take PLAINTIFF out—by who? HILLARY CLINTON, BILL CLINTON, ANDREW MCCABE, JEH JOHNSON, JOHN O. BRENNAN, and PETER STRZOK. *Legal and Constitutional Procedures* be damned according to the FBI when there is a special needs man to be framed and be convicted of the same exact crimes that were committed against him and his conscience because who gives a damn about RICO and War-Crimes when you're the government? Talk about the fair administration of Justice, am I right?

PETER STRZOK said: "**_McCabe_** wanted the Counterintelligence Division rather than the FBI's Cyber Division to run the investigation. And he wanted the investigation opened immediately. He conveyed a sense of urgency: our investigative work was to be measured in <u>hours and days</u>, not weeks and months. **_Bill_** conveyed the order: **_Open the case now_**."[594] First off, which <u>BILL</u> is PETER STRZOK referring to here? BILL CLINTON or a different BILL? Obviously, it isn't BILL COSBY, although what happened to PLAINTIFF does fit his M.O. Given the factual circumstances of what happened in Spring 2015 and Summer 2015 and to ensure that his favor by DEFENDANTS was executed properly, it very well could have been BILL CLINTON to make sure he got rid of a problem. There would be a rush to prosecute me to get rid of PLAINTIFF and his ability to properly defend himself against these outrageous actions committed by DEFENDANTS. Ironically, PLAINTIFF was of help to the FBI at the time as PLAINTIFF was required to document how he spent his hours in days (to the best of PLAINTIFF'S drugged up mind or lacking mental capacity mind at the time) for Santa Clara so the FBI does have that timesheet to them. Also, there would be a rush to prosecute PLAINTIFF for the sake of HILLARY CLINTON and BILL CLINTON after conspiring against me in Japan in March 2015 along with Chief Justice John Roberts. Furthermore, a damning piece of evidence showing the hostility towards PLAINTIFF by PETER STRZOK and LISA PAIGE. LP to PS and JR. 02/05/2016: 8:27am. "<u>Aww~ it's so cute that you think this is the first time you've been wrong. No </u>reason to disrupt the fantasy now; *the sad truth of reality will come crushing down soon*. **I'll take care of the paperwork for Andy**, if you would be so kind as to send it to me? Jim, off thw top of your head, are the other compartments that Andy or I should seek now, **_while the getting's good_**."  Andy is ANDREW MCCABE. ANDREW MCCABE probably completely relied on PETER STRZOK and knew that PETER STRZOK would do whatever ANDREW MCCABE wanted. More shockingly and tellingly, PETER STRZOK texts FBI Special Counsel

---

[592] Which is a lie. MIDYEAR was described as having started from 2008 and ending in March 2015. ANDREW MCCABE is a liar.
[593] McCabe, Andrew. *The Threat. How the FBI Protects America in the Age of Terror and Trump.* 2019.
[594] Strzok, Peter. *Compromised*. Counterintelligence and the Threat of Donald J. Trump.

Lisa Page in 2016 and says: "***Now the pressure really starts to finish MYE***." Page responds: "It sure does."[595] MYE is PLAINTIFF.

Adding on the previous paragraph's themes, on Nov. 9, 2016, to demonstrate how long DEFENDANTS have been after PLAINTIFF and their complete hatred of PLAINTIFF, "FBI attorney instant messaged another FBI employee: "I am so stressed about what I could have done differently…I just can't imagine the systematic disassembly of the progress we made over the last 8 years."[596] So DEFENDANTS know of the systematic corruption committed against PLAINTIFF over at least 8 years of 50+ RICO Predicate Acts and are that dead-set on prosecuting PLAINTIFF. This is further seen with the following: On Dec. 19, 2016, PETER STRZOK texts LISA PAGE: "I hope this upcoming presidency doesn't fill my years with regret, wonderwishing [sic] what we might have done differently." DEFENDANTS should have regretted having been so corrupt for one thing! So FBI opens the "Crossfire Hurricane" investigation (CFH), which for all intents and purposes, is MIDYEAR 2.0, and PETER STRZOK texts Page "And damn this feels momentous. Because this matters. The other one did, too, **but that was to ensure we didn't F something up**. This matters because this MATTERS. So super glad to be on this voyage with you." They knew they fucked something up in Midyear (i.e. Miki's Tea Party, This Side of the Street, Tar, Meth, Peachy Miami, False Identification, etc.). Yet here is another investigation after they fucked it up before. THEY SHOULD HAVE JUST LEFT PLAINTIFF ALONE. On, Jan. 19, 2018, FBI notifies Congress that it did not preserve five months of Strzok/Page text messages. Poof. Evidence of PETER STRZOK and PLAINTIFF disappeared. To demonstrate the tightness between ANDREW MCCABE and PETER STRZOK and how PETER STRZOK was beholden to ANDRW MCCABE, evidence shows that on: July 28-31, 2016: "Neither CD AD Priestap nor EAD Steinbach want Strzok to lead the investigation because of his personal relationship with L. Page and instances of Strzok-Page bypassing the chain of command to advise FBI Deputy Dir. Andrew McCabe; McCabe overrules decision to exclude Strzok."[597] STRZOK is not excluded because of the relationship STRZOK and MCCABE have in prosecuting PLAINTIFF. On, Oct. 11, 2016: STRZOK advises L. PAGE that, the IG writes, "support from MCCABE might be necessary to move the FISA application forward." PLAINTIFF alleges that the FISA court warrant and order here that Andrew McCabe submitted are necessarily and legally fraudulent and done in furtherance of RICO Enterprise 1.

PETER STRZOK texts PAGE: "Currently fighting with Stu [Evans] for this FISA. Furthermore, there is clear demonstrated hatred and animus on the basis of PLAINTIFF'S Disability that makes itself known between PETER STRZOK and LISA PAGE on May 19, 2017 when PETER STRZOK texts Page: "For me, and this case, I personally have a sense of unfinished business. I unleashed it with **MYE**. Now I need to fix it **and finish it**."[598] PLAINTIFF is not a person to PETER STRZOK; he is a thing to PETER STRZOK that must be finished regardless of PLAINTIFF's disabilities or issues. LISA PAGE stated on 10/30/2016: " Yeah. I saw it. Makes me feel WAY less bad about throwing him under the bus in the

---

[595] https://www.hsgac.senate.gov/wp-content/uploads/imo/media/doc/abbreviated%20timeline%20horowitz.pdf
[596] *Id.*
[597] https://www.hsgac.senate.gov/wp-content/uploads/imo/media/doc/abbreviated%20timeline%20horowitz.pdf
[598] *Id.*

forthcoming CF article Strzok – Yep the whole tone is anti Bu. Just a tiny bit from is. And serves him right. He's gonna be pissed..." Bu is DEFENDANT THAO BUI.

Do you believe the FBI and DOJ were doing anything else to get you and prosecute you from Fall 2015 through December 2016: OBVIOUSLY.

The COURT may be thinking, PLAINTIFF has just rambled on and has not provided the tying piece of proof need to connect everything that PLAINTIFF just alleged. This is true, and the Court may be thinking, ***where are the Motivations*** and irrefutable proof of what happened seeing how PLAINTIFF clearly established OPPORTUNITY above.

Here you go:

**But WHY ANDREW MCCABE and HILLARY CLINTON?** PLAINTIFF provided some explanation above; but PLAINTIFF will provide more proof to back up his claims. The court may be thinking that all PLAINTIFF has provided is circumstantial evidence on what was done to PLAINTIFF and actions by FBI and DOJ during a certain period of time. What is ANDREW MCCABE'S motivation and who directed all of this to be done to PLAINTIFF? Where is the proof of this. May PLAINTIFF present the following as a refresher from the FBI themselves and Senator GRASSLEY:

Between September 30 and October 29, 2015, Governor McAuliffe's PAC Common Good VA donated $450,000 to your wife's state senate campaign,[16] while the Democratic Party of Virginia made additional in-kind contributions totaling $207,788.[17] Much of that money was raised by McAuliffe following a June 26, 2015, Fairfax, Virginia fundraiser headlined by former

**Did Andrew McCabe have any oversight of the investigation into Secretary Clinton's email server while his wife was running for political office?**

No. The FBI investigation into Secretary Clinton's email server began in July 2015 after a referral was received by the Intelligence Community Inspector General. At that time, Andrew McCabe served as the Assistant Director in Charge of the Washington Field Office and had no oversight of the investigation. Jill McCabe lost the election on Nov. 3, 2015. It was not until he assumed the position of Deputy Director in February 2016 that he had oversight of the investigation, well after her political campaign had concluded.

Money talks and bullshit and everything thing we hold sacred walks in politics in America today. Also covering up acts of international and domestic terrorism and war crimes and torture because of DEFENDANTS addiction to power, money, and control. First off, why did JILL MCCABE receive the most amount of money *AFTER* **July 2015** and not prior to July 2015? Most of the money JILL MCCABE'S campaign received was in or after OCTOBER 2015, which was only two months before election, which seems short sighted anyway unless you were hiding something and to give plausible deniability. ANDREW MCCABE had a job to do after June 26th, 2015 in which ANDREW MCCABE'S wife's campaign would be paid after that job and task was completed after JULY 2015. The condition on receiving the money from the CLINTONS/MCAULIFFE to ANDREW MCCABE is attempting to prosecute PLAINTIFF and making him no longer a legal liability to HILLARY and BILL CLINTON because of ANGIE ORTIZ and PLAINTIFF. **18 U.S.C. § 1956 (Financing Terrorism)**.

**That money can mean anything, the Court is thinking, and is not directly tied to PLAINTIFF. Where is the actual connection proving such? Great question your honor!**

# JACKSON-JEFFERSON 06/26/2015.

As a refresher from earlier from much earlier in this complaint: "PLAINTIFF understands this appears to be "political" and some DEFENDANTS may allege PLAINTIFF is going after Democrats. This is so far from the truth. What PLAINTIFF is doing is using a case against the Democrats in which "*Kay v. Bruno*, 605 F. Suppa 767 (D. N.H. 1985), held "that the New Hampshire Democratic Party was **an unincorporated association**. The court found that the **common understanding** of most citizens of New Hampshire was that there was in existence a New Hampshire Democratic Party, commonly referred to and contributed to as such, which **met regularly in _convention_**. Under these definitions and holdings, it appears that a group such as an organized crime "family" would be recognized by a court as an unincorporated association."[599] Jackson-Jefferson 2015 was a fundraising dinner that took place on 06/26/2015—this necessarily effects interstate and intrastate commerce and had an impact in Japan and was an act that initiated domestic and international terrorism. PLAINTIFF couldn't find evidence of who was attending, but PLAINTIFF is willing to bet his life that ANDREW MCCABE and JILL MCCABE were attending the dinner that was a fundraiser for democrat politicians and candidates in the state of Virginia, along with HILLARY CLINTON and TERRY MCAULIFFE, because JILL MCCABE was a Democrat running for office as State Senator in Virginia at the time (and her husband, ANDREW MCCABE, would be attending as well) and attendance would be one of the necessary events for politicians to attend to for money and raising funds for Jill MCCABE'S run as a Virginia State Senator.

Let us listen in on and read what HILLARY CLINTON conveyed explicitly and implicitly on June 26th, 2015[600] and PLAINTIFF'S corresponding analysis and factual connections to allegations made:

---

[599] https://www.ojp.gov/pdffiles1/Digitization/131338NCJRS.pdf
[600] https://awpc.cattcenter.iastate.edu/2017/03/09/remarks-at-virginias-2015-jefferson-jackson-dinner-june-26-2015/

"I love your governor…Now, we've always known Terry [TERRY MCAULIFE] could talk the talk, but as governor he's proving every day he can also walk the walk.[601] I'm delighted to be here with so many friends...Today was one of those days when we're reminded that like any family, our American family is strongest when we cherish what unites us and fight back against those who would divide us[602]…I'm gonna talk a little politics here, not just because we're at a political event and _not just because **I'm running for president**_,[603] but because _politics is about the choices we make_—the choices we make.[604] Not only about our **_leaders_**,[605] but about how we

govern ourselves. There's so much for us to do…We have a **_long_** **agenda**[606] [607] in front of us and we need to show respect for one another…We need to call out derogatory language, insults, _personal attacks wherever_ they occur.[608] There is enough for us to debate **without going there**.[609]…Now, these are _not_ the only problems.[610] We need to condemn divisive rhetoric, but

---

[601] Leadership by example. Painting a clear message to a certain recipient in the crowd (ANDREW MCCABE) that HILLARY CLINTON loves the Governor MCAULIFFE and has a history with Governor MCAULIFFE, who would then give funds to JILL MCCABE if ANDREW MCCABE walks the walk in prosecuting PLAINTIFF. For what must the listener prove in order to walk the walk on behalf of HILLARY CLINTON? That's the question.

[602] PLAINTIFF is a person that would break up the RICO ENTERPRISE and ASSOCIATION because he is a legal liability to ANDREW MCCABE and HILLARY CLINTON after what HILLARY CLINTON did to PLAINTIFF in 2010 and other years.

[603] Motivation for HILLARY CLINTON

[604] HILLARY CLINTON emphasizes through repetition that someone in the crowd must make a choice. The choice to make is whether or not DEFENDANTS will tarnish themselves to prosecute and blackmail and commit war crimes against PLAINTIFF.

[605] HILLARY CLINTON will be a future leader if she is elected President of the US in 2016. Andrew McCabe is a leader in the FBI at the time. After July 2015, Andrew McCabe gets TWO PROMOTIONS IN HIGHER RANKING LEADERSHIP POSITIONS IN THE FBI.  So at this time in the speech, it is clear that certain leaders must make a certain choice and fight back against those that "would divide us." (i.e. PLAINTIFF because he would divide them because they belong in jail)

[606] The explicit inclusion of political AGENDAS necessarily makes _JAPLAN_ domestic and international terrorism because it was a thing that affected the course of government conduct. Furthermore, agendas are not physically long; but what is long is the long period of time needed to implement her political agendas. PLAINTIFF argues in HILLARY CLINTON'S mind, a long agenda would at least cover the next 5 years if not 1 year.

[607] Agendas must be met and there are some obstacles that obviously need to be removed to implement agendas if she is to be President (i.e. PLAINTIFF).

[608] Not only is this anti-free speech, but it goes to show a call to action if she perceived PLAINTIFF as a political threat based on PLAINTIFF'S speech in Baton Rouge, LA. A personal attack on HILLARY CLINTON from her perspective would be PLAINTIFF telling the truth of what HILLARY CLINTON did in LONDON in 2010 and PLAINTIFF'S intent on using wikileaks emails to talk about her corruption. HILLARY CLINTON did not understand the concept that PLAINTIFF damn well could have talked shit about her in his home if he pleased. But she said it was a personal attack that had to be addressed in which she has complete authority to enter and barge into the private homes of anyone. HILLARY CLINTON heard everything PLAINTIFF said in Spring 2015 and what PLAINTIFF told Polly Finley through at least DEFENDANTS use of sharing information and defensive briefs and other unknown methods. Ironic she talks about calling out derogatory language; but committing war crimes against cripples? Nah that's fine in BILL and HILLARY CLINTON'S playbook.

[609] Would one have a debate in political musings with a roommate and what PLAINTIFF told Polly Finley? Would there be a debate to my alleged (and false) hostility PLAINTIFF had for HILLARY CLINTON at that time? PLAINTIFF'S don't have to go there means that DEFENDANTS don't have to prosecute PLAINTIFF in AMERICA as BILL CLINTON had arranged for it to be done in JAPAN when BILL CLINTON visited JAPAN on March 17th, 2015 in addition to Chief Justice JOHN ROBERTS conspiring with the Supreme Court of JAPAN while he was there.

[610] So what other problems does she have? Maybe _Miki's Tea Party?_

we also need to make sure that people are looking at the real problems of our country[611]…*The question is:* when does all your hard work pay off? **_When does YOUR FAMILY get ahead? Now! Now!_**[612] You brought our country back and **it is your time.**[613]" [applause]

"And you know what? *America succeeds when you succeed*….**Look across this commonwealth. You see so much that's working, so much to build on.**[614] After the worst economic crisis since the Great Depression, Virginians across this Commonwealth are making a new beginning for themselves…And I know what you did. You worked extra shifts. You took second jobs. **_You postponed those home repairs_**."[615]



"You figured out how to make it work…I'm running for president to make our economy and our country work for you and for every American. I will go to bat for the successful,…, for the small business owners who took risks, for the gay couple who love each other, for the black child who still lives in the shadow of discrimination **_and the Hispanic child who still lives in the shadow of deportation._**[616] [applause] **(must read: Footnote 559).** Just as Terry [MCAULIFFE] said, I'm on the side for everyone who's ever been knocked down but refused to be

---

[611] The FBI could be looking through surveillance at some of "real problems" that Hillary Clinton believes me to be.

[612] When is the time for MCCABE'S family to get ahead? Now now now! Clear timing that whatever actions must be done, they must be done now. *But how and what must be done?! Also, sometimes Hillary Clinton can be pretty stupid—she initially said one question and then in fact posed two questions so the right thing she should have said is: the questions are:….. Dumbass.*

[613] When is the time for ANDREW MCCABE'S family to get ahead when they would receive funds from TERRY McAULIFFE? Now now now! *But how and what must be done?!*

[614] Commonwealth also can refer to the Commonwealth of Australia or the British Commonwealth or the commonwealth of Penslyvania. Miki's Tea Party in which they obtained $14.9 billion and furthered RICO Enterprise 1 and their political goals.

[615] This is one of PLAINTIFF'S factual nexus connecting PLAINTIFF to 773 John Henry to Andrew McCabe to HILLARY CLINTON (who was leading and telling MCCABE what to do). HILLARY CLINTON and ANDREW MCCABE were trying to get PLAINTIFF for mail fraud (postpone. Mail=post) because of the plumbing issues at 773 John Henry, Baton Rouge, LA. trying to get me for home/insurance fraud when PLAINTIFF did not commit it when PLAINTIFF TEXTED his landlord to file a claim with the insurance company thereby ignoring exculpatory evidence where DEFENDANTS falsely believed PLAINTIFF committed insurance fraud when PLAINTIFF would never kill his cat. See: *The Roof is On Fire* when ANDREW MCCABE talks about Spring 2015 and says "The laptop was a find, but finding the laptop was not self-**evidently a six-alarm situation**."

[616] FACTUAL NEXUS #2. *That's JAPLAN and giving the go-ahead.* At this point in the speech if you watch the video, HILLARY CLINTON death stares angrily (see the picture above) to someone that is in the rightside of her podium as to make a point. This is the only time in the entirety of the speech that she spends such a long-extended period of time looking at one direction at one specific spot in the audience (at least 5 seconds) at one specific person.

knocked out[617]…<u>I will always stand my ground so you and our country can gain ground.</u>[618] [applause] If you'll give me the chance, I will wage and win four fights for you and we'll do it together to build that economy for tomorrow not yesterday; to **strengthen America's families**, because <u>when **OUR FAMILLIES**[619] **are strong America is strong; to harness all our power, our smarts and our values to maintain American leadership in the world**</u>;[620][621] and to reform our government and revitalize our democracy so it works for everyday Americans.[622] **<u>Now, to win these fights,</u> our next president [i.e. HRC] will have to work with** Congress and **every other willing partner in our country. I will do just that.**[623] <u>I did it before</u>[624]…

---

If she wanted to look at the whole audience, she would have looked to the front, but she was staring off to the side at someone when she said this. That's the moment of PLAINTIFF'S execution.

[617] So say if PLAINTIFF refuses to be knocked <u>out</u> or killed, **do they just drug PLAINTIFF** then with something like a roofie or scopolamine and commit *JAPLAN* against PLAINTIFF, which was said in the context of someone raising funds for ANDREW MCCABE'S wife?

[618] That's defiance and a hell-bent attitude on having committed acts of domestic and international terrorism before on 03/11/2011. Also, more importantly, an inference of doing something on the behest of her that would allow that person (or their family) to benefit themselves in which she would completely support that individual when she is President and have no limits to what she would pull off: See: *Miki's Tea Party* & RICKEY RAY RECTOR.

[619] The MCCABES and CLINTONS

[620] What smarts did she acquire through the power of surveillance that she could harness somewhere in the world (that includes Japan) to ensure her American leadership as President? Did she do something prior to June 26th, 2015 and afterwards that would prevent her from maintaining her leadership in the world? She was given *Miki's Nightmare* by ANDREW MCCABE or PETER STRZOK or other DEFENDANT.

[621] Explicit reference and conjunction together of MCCABE'S FAMILY being strong and harnessing their surveillance power over PLAINTIFF and smarts acquired over DEFENDANT how to destroy PLAINTIFF someone where in the world via their SURVEILLANCE power to maintain HILLARY CLINTON'S Leadership in the world after her husband BILL CLINTON, who is a leader, met with SHINZO ABE, a leader the US approves of, and both are considered part of AMERICAN leadership in the world.

[622] Is PLAINTIFF not an everyday American? Seems like a shitty factual distinction.

[623] She really considered herself to be the next President of America so who is the other partner (partner implies husband and wife team) HILLARY CLINTON is willing to work with because she will do just that!?! **Points to ANDREW MCCABE**

[624] When and how did HILLARY CLINTON work with ANDREW MCCABE before? Ahhh, that's right! Working with fellow DEFENDANTS like ROBERT MUELLER III, JAMES COMEY, ANDREW MCCABE, PETER STRZOK, JOHN O. BRENNAN, British Intel, Indian Intel, India, United Kingdom, Japan, Australia, Aussies, that covered up *Miki's Tea Party*



If you look over here, this is where we fuck over Miki-San. *BILL CLINTON GLEE*[625]
You know how all our presidents come into office looking so vigorous and then we watch **their hair *grow*[626]** grayer and grayer? Well, **_you_ _won't_** see **_my hair turn white_** in the White House.[627] [laughing] [applause]. I may not be youngest candidate in this race, but with your help I will be youngest woman president in the history of the United States! [applause]…So, Virginia... [applause] Virginia, **_let's work together_** to make sure this beloved Commonwealth is blue, that **_we have DEMOCRATS in the STATE LEGISLATURE to work with that_**

---

[625] The woman in the photo to the left of BILL CLINTON is CAROLINE KENNEDY, the ambassador to Japan at the time. CAROLINE KENNEDY violated 18 U.S.C. 1962(d) and 18 U.S.C. 241 by conspiring with Bill Clinton.

[626] Factual Nexus #3: this is a specific reference to *JAPLAN EMAIL*.

[627] This is, at a minimum, FACTUAL NEXUS #4 to jokes and corruption PLAINTIFF made about HILLARY CLINTON in the privacy of his home in Spring 2015 and her retaliation against PLAINTIFF in June and July 2015 and thereafter on the basis of PLAINTIFF'S politically protected speech in addition to furthering the RICO Enterprise. True, stress in the political office can cause hair to become grey or turn white. **BUT when hair GROWS, it becomes longer in length in different stages.. HILLARY CLINTON clearly knows and fundamentally understands the difference between simply *hair growing* and *HER OWN hair turning white*.** If you eliminated a source of stress, your hair would not gray nor turn white because the source of stress is no longer a problem. Message clear: her hair would not turn gray/white as president because someone needs to rid of the source of stress in her life. This is precisely the stupid entitlement and power Hillary Clinton has and lives by at this point in 2015 in which she firmly believes that 1) (stupidly believes) there won't be any stresses while she is President, 2) that the condition of JILL MCCABE receiving money from TERRY MCAULIFFE'/CLINTONS will solely be approved by herself once whatever task she wants is completed, and 3) to demonstrate HILLARY CLINTON'S malice, the lengths she will go to get rid any possible potential stressors from her Presidency that she committed prior to becoming President.

# GOVERNOR, and that we do have a Democratic president in the White House in 2017![628] [applause]."

I want you to stop reading for at least 30 minutes and silently take in what you just read.



---

[628] I do not need to explain this one because it should be that blatantly obvious by now. State legislature in the state of Virginia includes Virginia state senate and JILL MCCABE. Also HILLARY CLINTON being in the WHITE HOUSE.

That is a political assassination. PLAINTIFF would agree to spending a day in a jail cell if it is not on his record and if there is no court case. There can be no precedent set where a person doesn't spend time for *JAPLAN*. PLAINTIFF is not admitting to his guilt; but there must be consequences for those that implemented it. Even though PLAINTIFF is a victim of *JAPLAN*; he would agree to spend a day in jail because of what happened and how it was implemented against PLAINTIFF.

How does ANDREW MCCABE describe himself? Remember, this is under oath in a court submission —though it wouldn't be the first time he lied under oath, just saying—when he was suing his former employer, CHRIS WRAY, BILL BARR, DOJ, Etc?[629] "Plaintiff (ANDREW MCCABE) served the FBI with *fidelity, bravery, and integrity* for more than 21 years, defending the United States against enemies both foreign and domestic… Defendants responded to Plaintiff's **two decades of unblemished** and **non-partisan public service** with a *politically motivated* and retaliatory demotion in January 2018 and public firing in March 2018— on the very night of Plaintiff's long-planned retirement from the FBI. Defendants' actions have harmed Plaintiff's reputation, professional standing, and dramatically reduced his retirement benefits." ANDREW MCCABE should not have a single dollar for his work done in the FBI.

HILLARY CLINTON'S Jackson-Jefferson Speech to anyone in the "know" within FBI and CIA and WHITE HOUSE could figure out what the Speech was about. It took 8 years after the fact for PLAINTIFF to prove beyond a reasonable doubt what that speech at Jackson-Jefferson was all about in June 26th, 2015.

## Do you think that it is not even more possible to get even more shocking? WRONG!

Based on *Luna Torres v. Lynch*, 578 U.S. 452 (2016), PLAINTIFF alleges the specific allegations: on 06/26/2015, HILLARY CLINTON demanded INDIAN INTEL, NARENDA MODI, and/or INDIA to traffic one they would call Angie Ortiz to conform to the *JAPLAN* email. DONALD B. VERRILLI, JR[630] had talked to SCOTUS about PLAINTIFF'S political blackmail, torture, war crimes, RICO predicate acts, and case in their secret sessions sometime between July 2015 and May 2016 in which they ruled on *Luna Torres v. Lynch*, 578 U.S. 452 (2016). PLAINTIFF said something about Indians when he was in JAPAN and SCOTUS freaked out about that. At HILLARY CLINTON and BILL CLINTON'S direction, American INTEL aided and abetted INDIA, INDIAN INTEL, and/or NARENDA MODI to send someone, probably via JET AIRWAYS for politically retaliatory purposes because HILLARY CLINTON had demanded it. Congress knew of the plot as well in which they and SCOTUS wanted

---

[629] https://cdn.cnn.com/cnn/2019/images/08/08/mccabe.v.doj.complaint.pdf

[630] This also includes the allegation that the following DOJ attorneys knew about *An Anchor and a Pitchfork*: Donald B. Verrilli, Jr, Benjamin C. Mizer, Edwin S. Kneedler, Rachel P. Kovner, Donald E. Keener, and Patrick J. Glen necessarily aided and abetted war-crimes, torture, RICO predicate acts, in violation of 18 U.S.C. 1962(d), 18 U.S.C. 1962(c), 18 U.S.C. 1962(b), 18 U.S.C. 1962(a), 18 U.S.C. 241, and 18 U.S.C. 1985(2).

someone to stand outside this side of the street closest to Sakura House that fateful day PLAINTIFF arrived home from his internship one day as a retaliation against PLAINTIFF for *This Side of the Street* and *Miki's Tea Party*. SCOTUS, HILLARY CLINTON, BILL CLINTON, SHINZO ABE, AMBASSADOR KENNEDY, and CONGRESS knew PLAINTIFF'S disabilities would cause PLAINTIFF to act in certain ways. American INTEL, INDIAN INTEL, JAPANESE INTEL, and/or White House had directed someone to never reveal how he/she got there because a different court could convict PLAINTIFF for trafficking EVEN WHEN PLAINTIFF HAD NO CLUE in which they would use fabricated evidence from *two Chapters in Narcoterrorism*. SCOTUS and Congress knew that American INTEL had burned down PLAINTIFF'S home and murdered PLAINTIFF'S beloved cat in MAY 2010 because they wanted to convict PLAINTIFF in MAY 2016 and prior to that. DOJ and White House knew they obtained a warrant marred in legal and unconstitutional in fraud in which they knowingly falsely alleged PLAINTIFF burned down PLAINTIFF'S home in May 2010 and President Obama released two presidential orders absolving themselves of any liability. German INTEL knew of the plot undertaken against PLAINTIFF and they did nothing in which they would allege that PLAINTIFF received something and/or stolen property on different occasions in which PLAINTIFF would not have willingly done so. CONGRESS, SCOTUS, CIA (JOHN BRENNAN and LEON PANETTA), and HILLARY CLINTON wanted to falsely prosecute PLAINTIFF for "selling" a product. CIA, DHS, DoD, and FBI via ROBERT MUELLER, LEON PANETTA, MICHAEL HAYDEN, JEH JOHNSON, JANET NAPOLITANO, PETER STRZOK, ANDREW MCCABE, JAMES COMEY, etc. at one time or another alleged that PLAINTIFF had received explosives in which PLAINTIFF never in his life received explosives. Just because of PLAINTIFF'S sketchy family history and extended family history were CONGRESS, CIA, FBI, SCOTUS able to falsely allege that PLAINTIFF received stolen property in which PLAINTIFF routinely never directly received nor was a part of such a scheme. Then SCOTUS somehow alleges that PLAINTIFF operated an unlawful casino and PLAINTIFF has no fucking idea where that came from. THEN SCOTUS in an utter and complete betrayal to fidelity, trust, and truth falsely alleged and believed that PLAINTIFF was an evil when it was in fact people like LEON PANETTA, JOHN O. BRENNAN, ROBERT MUELLER, CIA, NSA, DHS, FBI, that continuously falsely alleged PLAINTIFF was evil through the years in which they utilized fabricated narratives, utilized known perjured testimony, utilized known fabricated evidence, and so many other constitutionally heinous acts when they committed war crimes and torture against PLAINTIFF. SCOTUS acknowledged that CONGRESS wanted the evil to befall upon PLAINTIFF in which PLAINTIFF would never receive equal treatment under the law and they aided and abetted people like LEON PANETTA, ROBERT MUELLER, JOHN BRENNAN, in ensuring that PLAINTIFF would be denied his 5th and 14th Amendment rights. SCOTUS explicitly approved of the material deceptions and lies that would be perpetuated against PLAINTIFF in *JAPLAN*. PLAINTIFF alleges that pre-crime analysis was utilized against PLAINTIFF by LOUIS FREEH. AMBASSADOR KENNEDY, JOHN BRENNAN, ROBERT MUELLER, and JEH JOHNSON had conspired together in violation of 18 U.S.C. 1962(d), 18 U.S.C. 241, and 18 U.S.C. 1985 (2) in which SCOTUS affirmed that JOHN BRENNAN, ROBERT MUELLER, JEH JOHNSON, and AMBASSADOR KENNEDY wanted ANGIE ORTIZ to be dropped off at Sakura House. PLAINTIFF alleges that ERIC HOLDER conspired with unknown Santa Clara officials before departing the DOJ in which he heard and knew of JAPLAN in violation of 18 U.S.C. 241 and 18 U.S.C. 1962(d). PLAINTIFF alleges that Aussies, American INTEL, Indian INTEL, Canadian INTEL, German INTEL and Japanese INTEL were

all monitoring and watching PLAINTIFF. SCOTUS most importantly obstructed justice when they said that "But jurisdictional elements are not the only elements a defendant need not know" which refers to "trade is in the offing." *Luna Torres v. Lynch*, 578 U.S. 452 (2016)

There is a nexus in a speech sometime HILLARY CLINTON gave after 09/24/2010 during her time as the Secretary of State that connects to *JAPLAN* more that makes it extremely outrageous. HILLARY CLINTON is exactly that type of woman that will profess in public the horrors about something, but when it comes to a liability, she will unleash that hell against someone with that exact something in which she does and did not have a single ounce of regret nor remorse nor sympathy nor qualm nor have any issue in ordering the hit. When HILLARY CLINTON, BILL CLINTON, ROBERT MUELLER, JOHN O. BRENNAN, ERIC HOLDER, ANDREW MCCABE, PETER STRZOK, JEH JOHNSON, KAMALA HARRIS, unknown BRITISH INTEL officers, unknown JAPANESE INTEL officers, unknown GERMAN INTEL officers, unknown INDIAN INTEL, SINGH or MODI, unknown DOJ and FBI officials in the Northern District of California and Central District of California, DoD (Navy sailor Bri and others), ordered the hit (i.e *JAPLAN*), aided and abetted *JAPLAN*, implemented *JAPLAN*, and facilitated the hit in which they would get rid of a political liability and CGI, India, Germany, Japan, Britain would get more funds in the process, aforementioned DEFENDANTS for at least Constitutional Rights, RICO, War Crimes, and Torture purposes are bound together (severally & jointly) by PINKERTON liability and/or previous case law from the Nuremberg trials finding REICHSBANK, WALTHER FUNK, and HJALMAR SCHACHT, at a minimum, guilty as co-conspirators & having aided and abetted the Nazi's war crimes and/or as RICO co-conspirators & members of the Enterprise or association (primarily through the principles outlined in 18 U.S.C.§2) and/or are co-conspirators via 18 U.S.C. §241 and 42 U.S.C. §1985(3) and/or are vicariously liable for DEFENDANTS actions and/or are principals & accessories after the fact for any instance that took place when PLAINTIFF resided in Louisiana under Louisiana Revised Statutes RS 14 §24 & RS 14 §25 and/or any other conspiracy case mentioned in this complaint; and therefore, aforementioned DEFEDANTS violated the following: May 2016. Operating unlawful gambling business—John Brennan, James Comey, or Jeh Johnson. 18 U.S.C. 1962(d) **(1)**;

- they murdered (PLAINTIFF said it was worse to him than murdering PLAINTIFF),

- bribed unknown JAPANESE, INDIAN, BRITISH officials to allow JAPLAN to happen,

- extorted PLAINTIFF,

- and the following 100+ violations of law and the PLAINTIFF'S Constitutional rights:

110.    1st Amendment Right—violated PLAINTIFF'S Free Speech rights.

111.    1st Amendment Right—violated PLAINTIFF'S Religious Beliefs

112.    1st Amendment Right—Restricted PLAINTIFF'S Free Press rights

113.    1st Amendment Right—Deprived of Freedom to freely associate.

114.    4th Amendment Right—Unconstitutional Seizures

115.    4th Amendment Right—Unconstitutional and Illegal Searches

116.    4th Amendment Right—Warrants were issued without probable cause and/or procured with perjured testimony that was known about at the time.

117.    5th Amendment Right—Taking.

118.    5th Amendment Right—Compulsion to testify.

119.    5th Amendment Right—Deprived of Life

120.    5th Amendment Right—Deprived of Liberty

121.    5th Amendment Right—Deprived of Property

122.    5th Amendment Right—Denied Access to Courts

123.    6th Amendment Right—Subject to FISA in which PLAINTIFF was not informed of the nature and cause of the accusation.

124.    6th Amendment Right—Denied Access to Courts

125.    6th Amendment Right—witnesses tainted by Peter Strzok

126.    6th Amendment Right—no counsel during FISA rulings

127.    8th Amendment Right—Cruel Punishment

128.    8th Amendment Right—Unusual Punishment

129.    8th Amendment Right—Torture

130.    9th Amendment Right—Privacy

131.    9th & 10th Amendment Right—Right to be left alone.

132.    13th Amendment Right—Became a slave.

133.    13th Amendment Right—Became an indentured servant.

134.    18 U.S.C. §2422

135.    18 U.S.C. §2423

136.      18 U.S.C §2331

137.      18 U.S.C §2332b

138.      18 USC §2331 1(B)(iii) and 5(B)(iii)

139.      18 U.S.C. §1956 (Financing Terrorism).

140.      18 U.S.C.§1961 sections 891–894 (relating to extortionate credit transactions) (as PLAINTIFF would never be able to get a job after this),

141.      18 U.S.C.§1961 section 1028 (relating to fraud and related activity in connection with identification documents) (in procuring subject's identification),

142.      18 U.S.C.§1961 section 1029 (relating to fraud and related activity in connection with access devices)(after having hacked into PLAINTIFF'S laptop to ensure JAPLAN would happen and access subject at issue's tablet via Section 702,

143.      18 U.S.C.§1961 section 1343 (relating to wire fraud),

144.      18 U.S.C.§1961 section 1351 (relating to fraud in foreign labor contracting),

145.      18 U.S.C.§1961 section 1425 (relating to the procurement of citizenship or nationalization unlawfully),

146.      18 U.S.C.§1961 section 1426 (relating to the reproduction of naturalization or citizenship papers),

147.      18 U.S.C.§1961 section 1427 (relating to the sale of naturalization or citizenship papers),

148.      18 U.S.C.§1961 section 1503 (relating to obstruction of justice),

149.      18 U.S.C.§1961 section 1510 (relating to obstruction of criminal investigations),

150.      18 U.S.C.§1961 section 1511 (relating to the obstruction of State or local law enforcement),

151.      18 U.S.C.§1961 section 1512 (relating to tampering with a witness, victim, or an informant),

152.      18 U.S.C.§1961 section 1513 (relating to retaliating against a witness, victim, or an informant),

153.      18 U.S.C.§1961 section 1542 (relating to false statement in application and use of passport),

154. 18 U.S.C.§1961 section 1543 (relating to forgery or false use of passport),

155. 18 U.S.C.§1961 section 1544 (relating to misuse of passport),

156. 18 U.S.C.§1961 section 1546 (relating to fraud and misuse of visas, permits, and other documents),

157. 18 U.S.C.§1961 sections 1581–1592 (relating to peonage, slavery, and trafficking in persons).,

158. 18 U.S.C.§1961 section 1951 (relating to interference with commerce, robbery, or extortion),

159. 18 U.S.C.§1961 section 1952 (relating to racketeering),

160. 18 U.S.C.§1961 section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity),

161. 18 U.S.C.§1961 section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire),

162. 18 U.S.C.§1961 section 1960 (relating to illegal money transmitters),

163. 18 U.S.C.§1961 sections 2251, 2251A, 2252, and 2260,

164. 18 U.S.C.§1961(F) any act which is indictable under the Immigration and Nationality Act, section 274 (relating to bringing in and harboring certain aliens), section 277 (relating to aiding or assisting certain aliens to enter the United States), or section 278 (relating to importation of alien for immoral purpose) if the act indictable under such section of such Act was committed for the purpose of financial gain (which CGI did gain financially as well as India, Britain, Japan, and/or Qatar and in which *Miki's Tea Party* is necessarily based upon),

165. 18 U.S.C.§1961 (G) any act that is indictable under any provision listed in section 2332b(g)(5)(B) (i.e. international and domestic terrorism like in *Miki's Tea Party*;

166. 18 U.S.C.§201 (Hillary Clinton, Bill Clinton, Terry McAuliffe, and Andrew McCabe in their bribery scheme).

167. 18 U.S. Code § 210/211—Andrew McCabe got promoted twice.

168. 18 U.S.C.§ 225

169.    18 U.S.C.§ 226—no way JAPLAN was implemented with that having occurred by unknown DEFENDANTS having bribed unknown Japanese officials and also *Miki's Tea Party*

170.    18 U.S.C.§241

171.    18 U.S.C.§242

172.    18 U.S.C.§245

173.    18 U.S.C.§247

174.    18 U.S.C.§249

175.    18 U.S.C.§250

176.    18 U.S.C.§373

177.    18 U.S.C.§594

178.    18 U.S.C.§600—Hillary Clinton and Andrew McCabe

179.    18 U.S.C.§987—JAPLAN was terrorism. Therefore, British Government, Indian Government, Japanese Government, Qatar Government

180.    18 U.S.C.§872

181.    18 U.S.C.§873 PLAINTIFF was extorted by aforementioned DEFENDANTS.

182.    18 U.S.C.§875 any communication by tech DEFENDANTS and DEFENDANTS about PLAINTIFF during PLAINTIFF'S time in Japan violated this section and was part of the wire fraud under 18 U.S.C. 1962(a), 18 U.S.C. 1962 (b), 18 U.S.C. 1962 (c), and 18 U.S.C. 1962 (d). Tech DEFENDANTS: the basis of your liability is the following: *United States v. Miller, 116 F.3d 641, 674-75 (2d Cir. 1997) (act involving murder need not be actual murder as long as the act directly concerned murder, and facilitation of murder was a proper RICO predicate because accessorial offenses described in the New York State statutory provisions involved murder* <u>within the meaning of RICO where defendant provided information he knew would enable inquirer to</u> *commit murder or other RICO violations. Furthermore, United States v. Perrin*, 580 F.2d 730  (5th Cir. 1978) highlighted the following: "Perrin was a consulting geologist who had to interpret and analyze data stolen from one of the co-defendants. The court said: "We simply need not determine if the gravity maps were an essential part of the scheme. Since it is undisputed by the appellants that the gravity maps would have been used to exploit the stolen data, the requirements for jurisdiction under the Travel Act are met. There is no requirement that the use of interstate facilities be essential to the scheme: it is enough that the interstate travel or the use of interstate facilities makes easier or facilitates the

unlawful activity." Whenever any employee of APPLE, AT&T, VERIZON, XFINITY, etc. shared any information about PLAINTIFF when American INTEL DEFENDANTS requested it in furtherance of their Enterprise, Tech DEFENDANTS then became co-conspirators under 18 U.S.C. 1962(d), 18 U.S.C. 241, 42 U.S.C. 1985 (2), 42 U.S.C. 1985 (3) aided and abetted RICO Enterprise 1 and are therefore substantively liable for the co-conspirators actions under Pinkerton, etc.

183.    18 U.S.C.§880 as DEFENDANTS were still receiving profits from "trade is in the offing."

184.    18 U.S.C.§1954

185.    18 U.S.C.§1956

186.    18 U.S.C.§1957 as some of the proceeds of "trade is in the offing" went into implementing JAPLAN.

187.    18 U.S.C.§1505

188.    18 U.S.C.§2335

189.    18 U.S.C.§2336

190.    18 U.S.C.§2441

191.    18 U.S.C.§2332(b)

192.    18 U.S.C.§2339

193.    18 U.S.C.§2339(a)—tech DEFENDANTS, PETER STRZOK, ANDREW MCCABE, JOHN O. BRENNAN, aided and abetted and became accessories after the fact for having utilized JAPLAN by sending it across wires and was part of the wire fraud under 18 U.S.C.§1962(a), 18 U.S.C. §1962(b), 18 U.S.C. §1962 (c), and 18 U.S.C. §1962 (d).

194.    The Convention On the Rights of Persons With Disabilities Article 13

195.    The Convention On the Rights of Persons With Disabilities Article 14

196.    The Convention On the Rights of Persons With Disabilities Article 15

197.    The Convention On the Rights of Persons With Disabilities Article 16

198.    The Convention On the Rights of Persons With Disabilities Article 17

199.    The Convention On the Rights of Persons With Disabilities Article 18

200. The Convention On the Rights of Persons With Disabilities Article 21

201. The Convention On the Rights of Persons With Disabilities Article 22

202. The Convention On the Rights of Persons With Disabilities Article 24

203. The Convention On the Rights of Persons With Disabilities Article 25

204. Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment. Article 2

205. Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment. Article 3

206. 29 U.S.C. §790 (Section 504 of the Rehabilitation Act of 1973).

207. 42 U.S. Code §2000a

208. 42 U.S. Code §2000a-1

209. 42 U.S. Code §2000a-2

210. 42 U.S. Code §2000d

211. 42 U.S.C. §1981

212. 42 U.S.C. §1982

213. 42 U.S.C. §1983

214. 42 U.S.C. §1985(2)

215. 42 U.S.C. §1985(3)

216. 42 U.S.C. §1986

217. 42 U.S.C. §2000a-1

218. 42 U.S.C §2000a-2

219. 42 U.S.C §2000aa

220. 42 U.S.C §2000bb

221. 42 U.S.C §2000dd

222.	42 U.S.C Chapter 144—developmental delays are not that far different from developmental disabilities and therefor this applies.

223.	Executive Order 11905 No employee of the United States Government shall engage in, or conspire to engage in, political assassination.";

224.	Executive Order 12036 expanded the U.S. ban on assassination by closing "loop-holes" and stating "No person employed by or acting on behalf of the United States Government shall engage in, or conspire to engage in, assassination."

225.	Executive Order 12333.

What does JOHN O. BRENNAN and ANDREW MCCABE have to say about the over 100+ violations of Constitutional Rights, Federal Law, International Treaties, and Presidential Executive Orders: "as director, I tried to dispel what I thought was the image of the CIA as a lawbreaking organization…Everything we do is consistent with U.S. law."[631] He swore to uphold and defend the Constitution and thereby protect all Americans and their Constitutional Rights. How about ANDREW MCCABE: "I would also respect absolutely all legal and ethical limits that her service might place on my own."[632]  He swore to uphold and defend the Constitution and thereby protect all Americans and their Constitutional Rights.

JOHN BRENNAN, JEH JOHNSON, JAMES CLAPPER, JAMES COMEY, ANDREW MCCABE, PETER STRZOK, HILLARY CLINTON, and unknown officers and officials in State Department, AMERICAN INTEL, JAPANESE INTEL, GERMAN INTEL, INDIAN INTEL, QATARI INTEL, and BRITISH INTEL utilized "PROJECT RAINFALL" that necessarily engaged in interstate and foreign commerce in the creation, positioning, continual and ongoing maintenance, utilization, and transmission of data via ORION 3, ORION 5, and ORION 7 satellites that transmitted PLAINTIFF'S data, that included emails and communications, between the years of 2007 through 2023 between and amongst DEFENDANTS and/or was received by DEFENDANTS to perpetuate and further their War Crimes, Torture, PLAINTIFF'S Legal and Constitutional Violations, and RICO Enterprise 1 in furtherance of some of the following crimes: 18 USC §1961 1028 (relating to fraud and related activity in connection with identification documents), 18 USC §1961  section 1029 (relating to fraud and related activity in connection with access devices), 18 USC §1961 section 1503 (relating to obstruction of justice), 18 USC §1961 section 1510 (relating to obstruction of criminal investigations), 18 USC §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 USC §1961 section 1512 (relating to tampering with a witness, victim, or an informant), 18 USC §1961 section 1513 (relating to retaliating against a witness, victim, or an informant), 18 USC §1961 section 1542 (relating to false statement in application and use of passport), 18 USC §1961  section 1543 (relating to forgery or false use of passport), 18 USC §1961 section 1544 (relating to misuse of passport), 18 USC §1961 section 1546 (relating to

[631] Brennan, John. *Undaunted: My Fight Against America's Enemies, At Home and Abroad.* 2020
[632] McCabe, Andrew. *The Threat. How the FBI Protects America in the Age of Terror and Trump.* 2019.

fraud and misuse of visas, permits, and other documents), 18 USC §1961 sections 1581–1592 (relating to peonage, slavery, and trafficking in persons), 18 USC §1961 section 1951 (relating to interference with commerce, robbery, or extortion), 18 USC §1961 section 2319 (relating to criminal infringement of a copyright), 18 USC §1961 sections 891–894 (relating to extortionate credit transactions).

## XX. INFO, INFO, INFO.

| 2015-11-06 18:42:58, Fri | INBOX | K. Need to meet the Aussies real fast then free till 3. Jones wants closeout. \U0001f612 |
|---|---|---|

Whatever unknown officer in an intelligence agency shared the *JAPLAN* email, they violated… DEFENDANTS for RICO and War Crimes and Torture purposes are bound together (severally & jointly) by PINKERTON liability and/or previous case law from the Nuremberg trials finding REICHSBANK, WALTHER FUNK, and HJALMAR SCHACHT, at a minimum, guilty as co-conspirators & having aided and abetted the Nazi's war crimes and/or as RICO co-conspirators & members of the Enterprise or association (primarily through the principles outlined in 18 U.S.C.§2) and/or are co-conspirators via 18 U.S.C. §241 and 42 U.S.C. §1985(3) and/or are vicariously liable for DEFENDANTS actions and/or are principals & accessories after the fact for any instance that took place when PLAINTIFF resided in Louisiana under Louisiana Revised Statutes RS 14 §24 & RS 14 §25 and/or any other conspiracy case listed herein.

Any more proof in addition to the previous two paragraphs about why information sharing is so important to the success of a RICO Enterprise? Sure. "McCabe, for his part, had spoken with his counterparts at the CIA and NSA."[633] PETER STRZOK when talking about how ANDREW MCCABE was keeping control of the ENTERPRISE to violate PLAINTIFF'S legal interests through the use of foreign DEFENDANTS and Tech DEFENDANTS, MCCABE had: "to keep the matter as compartmented as possible, McCabe decided to talk to an extremely limited number of his counterparts in the intelligence community. THE AGENCIES WITH WHICH HE SPOKE WERE OUR CLOSEST PARTNERS, and in the world of counterintelligence, because of their size and **ACCESS TO INFORMATION**, they along with the FBI are the heavyweights in the room."[634] Having access to all the information DEFENDANTS needed to continue the ENTEPRISE against PLAINTIFF from at least August 4th, 2016, PETER STRZOK said: "I was surprised by the amount of **information** the analysts **had already found**. Usually, because initial briefings take place at the very beginning of an investigation, they are short on facts and long on conjecture about all of the various avenues we might pursue for information. **In this case,** there were already **a lot of facts** and several individuals—not just one—had already cropped up in ***other cases, in other intelligence collection, in other surveillance activity***."[635] Like PLAINTIFF stipulated earlier, PETER STRZOK is referring to PLAINTIFF on the basis of my disability through the excessive repetition of 'other.' Ahhhh so what PLAINTIFF is telling the Court is that DEFENDANTS like NSA, CIA, STATE, DOD, FBI, DHS, etc. had collected all the information from at least 2015 through DEFENDANTS such as META, APPLE, GOOGLE, AWS, AT&T, VERIZON, SANTA

---

[633] Strzok, Peter. *Compromised. Counterintelligence and the Threat of Donald J. Trump.*
[634] Strzok, Peter. *Compromised*. Counterintelligence and the Threat of Donald J. Trump.
[635] Strzok, Peter. *Compromised*. Counterintelligence and the Threat of Donald J. Trump.

CLARA, UNIVERSITY OF THE SOUTH, LSU PAUL M. HEBERT LAW CENTER, etc. onwards already and then gave it to the DEFENDANTS. Right-O! There is foreign intel PETER STRZOK talked about, probably the BRITISH, AUSTRALIAN, and JAPANESE INTEL, when he said the following about receiving foreign intel: "Our foreign ally had been so deliberate and careful **in giving us the information**, that according to this line of thinking, we should be equally deliberate and careful in protecting the source, given that exposure could threaten the relationship with the U.S., not to mention the Trump campaign, which, as already noted, was also of paramount concern."[636] Furthermore, to show the intermingling of info about PLAINTIFF within various agencies: "Sharing the Clinton email with the various stakeholders in the U.S. Government was a monumental effort in and of itself, because in many cases multiple agencies needed to weigh in on a single email. A hypothetical example: a U.S. ambassador overseas sends a foreign minister's reaction to a U.S. military action that includes some U.S. intelligence assessment of the impact on the foreign country. That email would be flagged for review by the Department of State and Defense as well as the CIA. We did that for thousands upon thousands of email messages, most of which did not end up being classified." [637] Showing the existence that information was released in the course of an on-going investigation and confidential information was released: "That spill of information from the top secret program was the outlier; the overwhelming majority of the mishandled information in Midyear Exam was confidential, the lowest level of the classification guidelines." [638]

Then what happens with all of that information that was unconstitutionally and illegally obtained through the RICO ENTERPRISE? Why don't we have PETER STRZOK explain: "As the **intelligence piled up,** it became clear that we would soon have **sufficient probable cause** to seek a FISA warrant—a warrant for wiretapping foreign intelligence targets, which is reviewed and granted by a special FISA court following rigorous legal standards established in the 1970s—for at least one of our four unsub candidates. Indeed, we might already have had enough evidence… (an aside about FISA is merited here. FISA warrants give investigators permission to unsheathe a tremendously powerful surveillance tool which can also be enormously invasive."[639] DEFENDANTS exploit the constitutional loopholes and have foreign intelligence surveil PLAINTIFF in which they would have a "good faith" exception to the fruit of the poisonous tree doctrine and gather enough info to have probable cause to prosecute PLAINTIFF. So DEFENDANTS necessarily obstructed justice through obtaining unconstitutional and illegally obtained information from DEFENDANTS and went to the FISA court with corrupted information. PLAINTIFF is alleging all FISA court decisions that concern PLAINTIFF are patently illegal for the aforementioned reasons and these reasons:

From DEFENDANTS **DOJ** themselves: "The right to free expression and law enforcement's desire to control dissent and challenges to authority pose vexing problems for police officials. By combining police sanction concepts, citizen demeanor literature, and case law on civil liability, the author shows how police officers increase liability risks by arresting or otherwise retaliating against vocal critics, uncooperative suspects, and citizens with an attitude problem. After identifying the retaliation standard articulated by the U.S. Supreme Court in Mt.

---

[636] Strzok, Peter. *Compromised*. Counterintelligence and the Threat of Donald J. Trump.
[637] Strzok, Peter. *Compromised*. Counterintelligence and the Threat of Donald J. Trump.
[638] Strzok, Peter. *Compromised*. Counterintelligence and the Threat of Donald J. Trump.
[639] Strzok, Peter. *Compromised*. Counterintelligence and the Threat of Donald J. Trump.

Healthy City School District Board of Education v. Doyle (1977), the author examines lower cases pursuant to Mt. Healthy's three-pronged test: (1) whether plaintiff conduct is protected by the first amendment; (2) whether plaintiff's protected first amendment activity is a substantial or motivating factor in police officer conduct; and (3) whether a police officer would respond the same in the absence of the protected first amendment activity. He concludes that police officers need more training in anger management and interpersonal communication to avoid liability for violating the first amendment right of citizens to verbally confront and challenge the police."[640]

1) PLAINTIFF'S conduct was protected by the First Amendment;

2) PLAINTIFF proved beyond a reasonable doubt that PLAINTIFF'S 1A activity was a motivating factor since it was directly cited in the context of the hit HILLARY CLINTON ordered on PLAINTIFF to implement Miki's Nightmare against PLAINTIFF.

3) Police officers enabled it and failed to respond to it because they were corrupted by HILLARY CLINTON.

As the Court in *Brandenburg v. Ohio*, 395 U.S. 444 (1969) stated how their "decisions have fashioned the principle that the constitutional guarantees of free speech and free press do not permit a State to forbid or proscribe advocacy of the use of force or of law violation except where <u>such advocacy is directed to inciting or producing imminent lawless action and is likely to incite or produce such action</u>." The Court highlighted how they said in *Noto v. United States,* 367 U. S. 290, (1961), "the mere abstract teaching . . . of the moral propriety or even moral necessity for a resort to force and violence is not the same as preparing a group for violent action and steeling it to such action." PLAINTIFF, through his discussion of *Miki's Nightmare* said in the privacy of his own home, taught his weaknesses. DEFENDANTS prepared as a group for violent action to be undertaken and committed against PLAINTIFF. HILLARY CLINTON'S speech produced imminent lawless action that was absolutely likely to incite and produce such an imminent lawless action for the following reasons: the financial incentives HILLARY CLINTON and TERRY MCAULIFFE gave ANDREW MCCABE for his wife's campaign; the need of DEFENDANTS to coverup *Miki's Tea Party* in which DEFENDANTS wasted $646,500,000,000 from 2007-2015 in which they couldn't figure out who within their own ranks committed *Angel's Plan*, prosecute them for committing *Angel's Plan*, and prevented *Miki's Tea Party* from ever occurring; DEFENDANTS harnessed their power in the world through their RICO Enterprise when BILL CLINTON talked and met with SHINZO ABE and had illegally overheard how to commit *Angel's Plan*; and there was an imminent time of when to conduct the operation (NOW NOW NOW); HILLARY and BILL CLINTON'S indifference in executing mentally disabled men; No other conditions in the world or in modern existence could have produced such a devasting incitement of imminent lawless action and would produce such results and actions. And DEFENDANTS did in fact do this.

What is that one ANDREW MCCABE quote again? "The **SET UP** for *Midyear* was *simple*."[641] Yep, that's it.  What was DEFENDANT'S FBI quote again: "The key to that

---

[640] https://www.ojp.gov/ncjrs/virtual-library/abstracts/police-civil-liability-and-first-amendment-retaliation-against
[641] McCabe, Andrew. *The Threat. How the FBI Protects America in the Age of Terror and Trump.* 2019.

new mandate, Director MUELLER knew," was intelligence—the holy grail of national security work, the ability to collect and connect the dots, to know your enemies and the threats they pose inside and out, to arm everyone from <u>leaders in the Oval Office</u> to police officers on the street with information that **enables them to** **stop terrorist** and **criminal plots before they are carried out**."[642] Yep, that's it. LOL. There's no way the FBI didn't connect the dots on June 26th, 2015 at the end of the major round of applause HILLARY CLINTON received for her hit on PLAINTIFF. This was 100% Terrorism by HILLARY CLINTON and DEFENDANTS because it affected the course of Government—a DOJ OIG report is conduct being done by the government because of what DEFENDANTS did.[643]

This was 100% terrorism by DEFENDANTS because on top of HILLARY CLINTON establishing the hit was for her long agenda (which is a political agenda), even PETER STRZOK and LISA PAGE were worried about the perception between HILLARY CLINTON and ANDREW MCCABE when it came to ANDREW MCCABE, HILLARY CLINTON, and TERRY MCAULIFFE'S fundraising? Yes. DEFENDANTS ACTUALLY WANT TO RESCUE ANDREW MCCABE by RECUSING HIM and allow another terrorist act to go unpunished. See: Text Message Below. DOJ documents the issue and creates a misconduct report that "addresses the accuracy of statements made by then Federal Bureau of Investigation (FBI)

| 2016-03-28 00:49:11, Mon | INBOX | The longer it goes, the harder it is for Andy to say anything. \n\nSorry. |
|---|---|---|
| 2016-10-28 22:27:32 | Page | Rybicki just called to check in. He very clearly 100% believes that Andy should be recused because of the "perception." |
| 2016-10-28 22:30:57 | Strzok | God. 🔴 |

Deputy Director Andrew McCabe to the FBI's Inspection Division (INSD) and the Department of Justice (Department or DOJ) Office of the Inspector General (OIG) concerning the disclosure of certain law enforcement sensitive information to reporter Devlin Barrett that was published online in the Wall Street Journal (WSJ) on October 30, 2016, in an article entitled "FBI in Internal Feud Over Hillary Clinton Probe."[644] Furthermore, PETER STRZOK knew ANDREW MCCABE was compromised from at least 03/28/2016 and took no affirmative steps to report ANDREW MCCABE'S misconduct thereby facilitating the Enterprise even further when PETER STRZOK texted LISA PAGE the following on 03/28/2016 about ANDY (ANDREW MCCABE). (*See*: Below)

Continuing on from the previous paragraph, a print version of the article was published in the WSJ on Monday, October 31, 2016, in an article entitled "FBI, Justice Feud in Clinton Probe." So two days prior, PETER STRZOK knows there is going to be a perception issue, which is around the same time the Wall Street Journal releases their article documenting the financing between MCCABE, MCAULIFFE, and CLINTONS. MCAULIFFE was not too

---

[642] https://www.fbi.gov/history/brief-history/a-new-era-of-national-security
[643] https://oig.justice.gov/reports/2018/o20180413.pdf
[644] https://oig.justice.gov/reports/2018/o20180413.pdf

pleased about the Wall Street Journal documenting such[645] when it was said "McAuliffe, a longtime Clinton supporter and friend, called the story part of the presidential "silly season" and criticized the Wall Street Journal, which reported that his PAC gave nearly $500,000 to Dr. Jill McCabe in her unsuccessful run last year against Republican Sen. Dick Black of Loudoun County…"If you actually read the whole article, I'm almost embarrassed for the reporter," McAuliffe said. "I supported Jill McCabe because she was the best candidate to be a state senator, plain and simple. … Most journalists would have not written the story.""[646] OIG notes

| 2016-05-24 02:00:47, Tue | INBOX | This isnt good\n\nOfficial: Feds Are Investigating Gov. McAuliffe's Campaign Donations \| WAMU 88.5 - American University Radio\nhttp://m.wamu.org/#/news/16/05/23/official_feds_investigating_gov_mcauliffes_campaign_donations |

that LISA PAGE, an attorney and FBI'S Public Relations Representative (i.e. Assistant Director of Public Affairs) had been in contact with Barrett on October 27 and 28, 2016, and the OIG began to review the involvement of McCabe, Special Counsel LISA PAGE, and AD/OPA in the disclosure of information to the WSJ in connection with the October 30 article."[647] Why, if you look at the dates, it is one day before October 31st, marking a 6 year anniversary of *Miki's Tea Party.* Someone knew what was up. So DEFENDANTS went to the WSJ to get ahead of it before ever informing PLAINTIFF of anything. Anything at all. Do you know what characterized ANDREW MCCABE'S Candor issues in DOJ OIG's report of: "A Report of Investigation of Certain Allegations Relating to Former FBI Deputy Director Andrew McCabe"? There was someone underneath him that leaked information in the course of an ongoing investigation! Lack of Candor 1: McCabe lied about not having authorized the disclosure and did not know who did; Lack of Candor 2 is when ANDREW MCCABE told the agents that he had not authorized the disclosure to the WSJ and did not know who did; Lack of Candor 3 is when ANDREW MCCABE lied about not being aware of Special Counsel having been authorized to speak to reporters around October 30th; and Lack of Candor 4: ANDREW MCCABE contradicted his prior statements by acknowledging that he had authorized the disclosure to the WSJ & ANDREW MCCABE lacked candor when he: (a) stated that he told Comey on October 31, 2016, that he had authorized the disclosure to the WSJ; (b) denied telling INSD agents on May 9 that he had not authorized the disclosure to the WSJ about the PADAG call; and (c) asserted that INSD's questioning of him on May 9 about the October 30 WSJ article occurred at the end of an unrelated meeting when one of the INSD agents pulled him aside and asked him one or two questions about the article".[648] PETER STRZOK texted LISA PAGE the following text message below in which LISA PAGE AND PETER STRZOK HAD THE FOLLOWING MESSAGE about the FEDS investigating GOVERNOR MCAULIFFE'S CAMPAGIN DONATIONS FROM 06/26/2015, which necessarily included ANDREW MCCABE, BILL CLINTON, and HILLARY CLINTON. Wanna guess why PETER STRZOK said "this isn't good?" Would it be because it implicated him as well? WHO KNOWS? YES, YES IT DID.

---

[645] https://www.pilotonline.com/2016/10/24/mcauliffe-criticizes-wall-street-journal-over-story-on-his-pac-donations-to-senate-candidate/
[646] *Id.*
[647] https://oig.justice.gov/reports/2018/o20180413.pdf
[648] https://oig.justice.gov/reports/2018/o20180413.pdf

PETER STRZOK sends a message to LISA PAGE and says the AGENCY fucked up big—the CIA. This is inferable because 'JB' is referred to, which is JOHN O. BRENNAN, and that there were problems ahead. JAMES COMEY and JOHN BRENNAN met about PLAINTIFF and this was in violation of 18 U.S.C. 1962(d) and 18 U.S.C. 241. PLAINTIFF started to discover RICO Enterprise #2 around this time in February 2016—this was another 1st Amendment issue that

| 2016-02-06 00:04:32, Sat | INBOX | Work, but not for here. Agency F'ed uo big. Will get to Andy, prob Mon. Not telling you in that capacity, want to vent as a friend. Better to talk around it - how long are you at dinner? I can do a work call later or tomorrow.... |
| 2016-02-06 15:36:05, Sat | OUTBOX | Hee hee, Andy is funny. He sent me his gmail, and said "Don't sent me anything classified, especially TS/SAP. Thanks." |

DOJ-PROD-0000055

Srtzok-Page Texts

| 2016-02-09 00:18:58, Tue | OUTBOX | Could you resend that judicial watch thing please? |
| 2016-02-09 00:22:10, Tue | INBOX | Is your mailbox full or something? My resend attempt is hanging in the outbox |
| 2016-02-09 00:22:45, Tue | OUTBOX | Crap. Could be. |
| 2016-02-09 00:23:31, Tue | INBOX | Just sent a third time. Looks like it went thru |
| 2016-02-09 00:23:57, Tue | OUTBOX | Got it. Thank you. |
| 2016-02-09 00:24:32, Tue | INBOX | Not a big deal re the letter, I can give you background on discussion about it between D and JB if you want. Was during the second to last D brief |

came up.

So something went wrong with BILL CLINTON and ANDREW MCCABE, which should have been a sign to PETER STRZOK to end RICO Enterprise 1 and inform PLAINTIFF of the situation. PETER STRZOK texted LISA PAGE about the investigation (into PLAINTIFF) and furthered RICO Enterprise 1. PETER STRZOK did nothing.

Does the court want to see the clearest proof of Witness Intimidation and Retaliation in violation of 18 U.S.C. 1961 (section 1512) committed by DEFENDANTS (PETER STRZOK) in furtherance of RICO Enterprise 1? PETER STRZOK texted the following on 03/29/2016

| 2016-03-29 00:41:03, Tue | OUTBOX | I'll ask, but probably no. I don't think they care if they continue, so long as we get in front of the witnesses. |

There is not a single way a 15+ year veteran of the FBI could not have conceived of the notion that by getting in FRONT OF THE WITNESSES that absolutely was 100% RICO witness

tampering and obstruction of justice via retaliation and intimidation of witnesses against PLAINTIFF.

What did ANDREW MCCABE'S little minion PETER STRZOK, the head of Counterterrorism, think of the incidents involving money and politics on the HILL (that necessarily includes CLINTON and the MCCABES)? On two occasions in the course of the investigation, PETER STRZOK thought it was acceptable because the following messages below demonstrate: "everyone's out to make money." So in PETER STRZOK'S eyes and mind, it

| 2016-03-26 19:14:04, Sat | OUTBOX | Yup. All these former intel guys just trying to make money. Forget when they came from. |
| 2016-07-22 00:58:26, Fri | OUTBOX | No derision, just don't complain that the fbi doesn't cede ex agents on the hill when you wouldn't do it either. Everyone's out to make money. |
| 2016-02-24 23:54:20, Wed | INBOX | Hey I know your evening sucks. I need to talk to you tonight about work. Things went sideways with Andy and Bill. \n\nAt my desk, calling to see if he is still here. |

would be completely acceptable for ANDREW MCCABE to make money for JILL MCCABE'S campaign in which DEFENDANTS would commit horrible acts of international and domestic terrorism against PLAINTIFF on numerous occasions and PAID TO COVER IT ALL UP since ANDREW MCCABE made money on covering up the crimes. That is what Fidelity, INTEGRITY, and BRAVERY looked like in the FBI in 2016.

Speaking of making money. So after DOJ and DEFENDANTS implanted JAPLAN, committed war-crimes against PLAINTIFF, tortured PLAINTIFF, committed acts of international and domestic terrorism against PLAINTIFF at least 3 different times, PETER STRZOK and LISA PAGE wanted to rape and pillage PLAINTIFF further exactly one day before PLAINTIFF's birthday in a great surprise rapey and pillagey way). See: Text Message from PETER STRZOK to LISA PAGE BELOW on 04/27/2016.

| 2016-04-27 23:57:23, Wed | INBOX | Hey while I'm thinking about it please send me the name of the forfeiture guy re ███████ Thanks |

In *United States v. Kessee*, 992 F.2d 1001 (9th Cir. 1993), the Court held "entrapment occurred when the government: "flashed a roll of hundred-dollar bills and repeatedly pressured defendant to sell drugs in order to earn money for a period of time after defendant lost both of his jobs and expressed concern to the agent about "where he would get the money for rent and food for his family."

So a coercive factor was when the government agent flashed a roll of hundred-dollar bills to induce the subject into a crime. Let's take that reasoning and apply it in PLAINTIFF'S complaint. The U.S Bureau of Engraving and Printing states that a bundle of 100 new $100 bills is about 1.2 inches thick for a total of $10,000.[649] If you cup your hand into a shape of the letter 'c' and grab stacks that way, you can hold 3 stacks of 100 new $100 bills for a total of $30,000 in one hand. Using both hands, you have a total of $60,000. Do you know how many people it would take to hold $14,900,000,000 in $100 bills? 248,333 or so people. A city with a

---

[649] https://investortimes.com/how-thick-is-a-stack-of-100-dollar-bills/

population of 248,333 would make it the 92nd largest city in America below Winston-Salem, North Carolina and above Scottsdale, Arizona putting it on par with other cities like Norfolk, Virginia, Richmond Virginia, Spokane, Washington, Baton Rouge, Louisiana (221,453), Des Moines, Iowa, Salt Lake City, Utah, and Little Rock, Arkansas with 27 brand new BOEING 737s, 12 Boeing 777-300ERs, and Boeing 777F flying and circling overhead and all of their friends got richer and better off. PLAINTIFF was living on student loans in which he became an indentured servant to DEFENDANTS. DEFENDANTS knew by doing this to PLAINTIFF there was no way he would ever be able to get a job after trying to prosecute him in JAPAN.

The court in *United States v. Kelly*, 707 F.2d 1460, (D.C. Cir. 1983) said: "dishonest public officials, responsive more to money than to their obligations to the nation, may cause grave harm to our society, we recognize the need for law enforcement efforts to detect official corruption." Based on everything above, DEFENDANTS do not have the honor nor respect for their mission of rooting official public corruption because how could they not detect it in themselves and therefore the protection under *United States v. Kelly*, 707 F.2d 1460, (D.C. Cir. 1983) does not apply to them. Period.

DEFENDANTS feloniously used the PATRIOT ACT against PLAINTIFF in 2016 to further their RICO Enterprise in which they did not utilize the PATRIOT ACT against ANDREW MCCABE and HILLARY CLINTON when they were the actual terrorists and DEFENDANTS KNEW IT. See: PETER STRZOK and LISA PAGE TEXT MESSAGE below:

| 2016-04-30 02:04:49, Sat | INBOX | And now we've switched from the Patriot Act to a wire carrying current. ███████████ |
|---|---|---|

DEFENDANTS NEVER ONCE ASKED THEMSELVES THIS QUESTION:



**Minimum amount of damage deriving from this incident in which PLAINTIFF was a victim of domestic and international terrorism, war crimes, and torture committed by DEFENDANTS: $10,000,000,000. With Treble Damages. $30,000,000,000.**

*The Court in Sorrells v. United States*, 287 U.S. 435 (1932) said: "It is manifest that these arguments rest entirely upon the letter of the statute. They take no account of the fact that its application in the circumstances under consideration is foreign to its purpose; that such an application is so shocking to the sense of justice that it has been urged that it is the duty of the court to stop the prosecution in the interest of the Government itself, to protect it from the illegal conduct of its officers and to preserve the purity of its courts…But can an application of the statute having such an effect — creating a situation so contrary to the purpose of the law and so inconsistent with its proper enforcement as to invoke such a challenge — fairly be deemed to be within its intendment… We think that this established principle of construction is applicable here. We are unable to conclude that it was the intention of the Congress in enacting this statute that its processes of detection and enforcement should be abused by the instigation by government officials of an act on the part of persons otherwise innocent in order to lure them to its commission and to punish them. We are not forced by the letter to do violence to the spirit and purpose of the statute. This, we think, has been the underlying and controlling thought in the suggestions in judicial opinions that the Government in such a case is estopped to prosecute or that the courts should bar the prosecution. If the requirements of the highest public policy in the maintenance of the integrity  of administration would preclude the enforcement of the statute in such circumstances as are present here, the same considerations justify the conclusion that the case lies outside the purview of the Act and that its general words should not be construed to demand a proceeding at once inconsistent with that policy and abhorrent to the sense of justice." Everybody was against PLAINTIFF." The Court can still rule that DEFENDANTS retaliated against PLAINTIFF on the basis of his disability in which they tortured PLAINTIFF, committed acts of international and domestic terrorism against PLAINTIFF, and the Court has no affirmative duty to fully disclose the details of *JAPLAN*.

DEFENDANTS' explicit approval of having committed acts of international and domestic terrorism against PLAINTIFF, torturing PLAINTIFF at the behest of the CLINTONS, and justifying why they did so:

| 2016-03-30 01:43:37, Wed | OUTBOX | But you've said I've done it. Apparently your word doesn't carry much weight either. \n\nAnd yes, you have the luxury, like all prosecutors, of being myopic about everything about the case in front of you. **We have an institution to protect.** Go fuck yourself, ▇▇▇▇ |

OIG received text message productions from the FBI; however, we noted that no text messages were provided for Page during the period December 15, 2016 to May 7th, 2017, and no text messages were provided for STRZOK during the period June 18, 2016 through July 5, 2017. Thus, for the period from December 15, 2016, to May 17, 2017, we received no text messages between LISA PAGE and PETER STRZOK, and for the period from June 18, 2016, to

December 14, 2016, and from May 18, 2017, to July 5, 2017, the PAGE-STRZOK text messages that we received came solely from Page's text archives.[650] That is obstruction of justice in which those texts necessarily included damning information against PETER STRZOK and LISA PAGE against PLAINTIFF.

A letter from DOJ Assistant Attorney General Stephen E. Boyd to Chairman Charles E. Grassley, Senate Judiciary Committee, dated January 19, 2018, stated that the FBI's technical system for retaining text messages sent and received on FBI mobile devices failed to preserve text messages for Strzok and Page from December 14, 2016 to approximately May 17, 2017. The letter indicates that the collection tool failure was due to •'misconfiguration issues related to rollouts, provisioning, and software upgrades that conflicted with the FBI's collection capabilities."[651]

The Court in *BANTAM BOOKS, INC., et al. v. SULLIVAN et al.,* 372 U.S. 58 (1963) was concerned with the arbitrary and capricious power of an entity that regulated speech that caused informal censorship. The Court found the Commission in the case was completely unconstitutional and the system of informal censorship the Commission created through its defining features violated the Constitution.  The Commission in the case was: "limited to informal sanctions, the threat of invoking legal sanctions and other means of coercion, persuasion, and intimidation the record amply demonstrates that the Commission deliberately set about to achieve the suppression of publications deemed "*objectionable*" and succeeded in its aim. We are not the first court to look through forms to the substance and recognize that informal censorship may sufficiently inhibit the circulation of publications to warrant injunctive relief." *Id.* Furthermore, the Commission's system of informal censorship that was created "had no saving features" in which the Commission "did not follow judicial determinations;[652]" *Id.* the Commissions "capacity for suppression of constitutionally protected publications [wa]s far in excess of that of the typical licensing scheme held constitutionally invalid by this Court," *Id*. there was "no provision whatever for judicial superintendence before notices issue or even for judicial review of the Commission's determinations of objectionableness;" *Id.* people were not "even entitled to notice and hearing" *Id.* before a determination of objectionableness was made by the Commission; the Commission's statutory mandate was "vague and uninformative" and the Commission had "done nothing to make it more precise;" *Id*. The decisions' justification for having a publication listed as "objectionable" was "without further elucidation;" *Id.* The people to whom the decisions were made to were "left to speculate whether the Commission considers [their] publication was "objectionable." *Id.*

"The Fourteenth Amendment does not permit a State to make criminal the peaceful expression of unpopular views. "[A] function of free speech under our system of government is to invite dispute. It may indeed best serve its high purpose when it induces a condition of unrest, creates dissatisfaction with conditions as they are, or even stirs people to anger. Speech is often provocative and challenging. It may strike at prejudices and preconceptions and have profound unsettling effects as it presses for acceptance of an idea. That is why freedom of speech is protected against censorship or punishment, unless shown likely to produce a clear and present danger of a serious substantive evil that rises far above public inconvenience, annoyance, or unrest. . . ."

---

[650] https://oig.justice.gov/reports/2018/i-2018-003523.pdf
[651] https://oig.justice.gov/reports/2018/i-2018-003523.pdf
[652] In case example: The Law

SO what did DOJ do in light of the fact that actual terrorism took place by DEFENDANTS and who they were going after? Of course they were going after PLAINTIFF!

| 2016-04-29 16:50:52, Fri | INBOX | Toscas showed up. Just like Thurs meeting, he was by far the most aggressive DoJ in the room. Literally siding with us and fighting back against ███ et al's concerns. \U0001f621\n\nI literally said, twice, stop framing your facts to them simply in terms of PC for an affidavit. Frame your argument in terms of what is most compelling in the big picture to achieve what we want, then narrow down to show how it links specifically to our case/pc/etc. \n\nI think George got it, but jeez. It's not so hard, is it? |

| 2016-05-24 02:00:47, Tue | INBOX | This isnt good\n\nOfficial: Feds Are Investigating Gov. McAuliffe's Campaign Donations \| WAMU 88.5 - American University Radio\nhttp://m.wamu.org/#/news/16/05/23/official_feds_investigating_gov_mcauliffes_campaign_donations |
| 2016-05-24 22:57:57, Tue | INBOX | K. Have some thoughts for your convo with JB tomorrow, they can wait l, of.course. also happy to relate intetview, though truly, not much there. |

DOJ-PROD-0000139

Strozk-Page Texts

| Date UTC | Type of Message | Body |
|---|---|---|
| 2016-05-25 22:05:15, Wed | OUTBOX | Traffic is really really really bad. |
| 2016-05-25 22:37:50, Wed | INBOX | Just finished with Bill. ███████████ |

PETER STRZOK and LISA PAGE'S complete hatred of PLAINTIFF'S CONSITUTIONAL RIGHTS.



Loudoun Times
https://www.loudountimes.com › news › with-comeys-fir... ⋮

## With Comey's firing, Ashburn resident Andrew McCabe ...

May 9, 2017 — James Comey is out as FBI director, and Ashburn resident **Andrew McCabe** is in - for now, anyway.

| 2016-04-09 02:50:25, Sat | INBOX | Stupid autocorrect undermined my gentle snark. ██ ... |
|---|---|---|
| 2016-04-09 02:51:46, Sat | INBOX | I have had correspondence from him to me explaining how I was undermining his clients God and Constitutionally given rights. |
| 2016-04-09 02:52:05, Sat | OUTBOX | You should really stop doing that. |
| 2016-04-09 02:52:05, Sat | INBOX | Not following - he needs a softer touch? |

Here is the irrefutable proof it was a political DC hit job. The last heartbeat IP on my laptop dated from 10/25/2015 was from an IP address that is listed in Ashbury, VA; about 30 miles from DC. I, personally, had not routed any of my internet connectivity there; but WHO WAS IT?



9:54 PM · May 3, 2023 · **7** Views

PLAINTIFF stated earlier that US Intel in 2015 probably thought HILLARY CLINTON was going to be President in 2016 so they would accordingly be acting in a manner of who they thought was going to be the future President from 2015 onwards in which they would do things to help HILLARY CLINTON in whatever way she deemed fit because it was in their interest to do so. That's right. Do you think HILLARY CLINTON was still ***obsessed***[653] with PLAINTIFF and was actually directing certain agencies to do certain things in the direction HILLARY CLINTON, a presidential candidate, wanted DEFENDANTS to do and areas they should be looking into to get PLAINTIFF in Winter 2015? PLAINTIFF says: "Damn straight."

Does PLAINTIFF know or have something similar to the evidence you presented above in the form of the 06/26/2015 speech in a different speech she gave in 2015? YEP; and as of 9:33pm on August 14th, 2023, PLAINTIFF doesn't have the energy to fully analyze it and similar speeches, but it is there. HILLARY CLINTON gave a speech on December 15th, 2015, in Minneapolis, Minnesota on foreign policy and counterterrorism.[654] To show you how she, and certain actors in different US intelligence agencies, deliberately misconstrued facts about PLAINTIFF in order to get PLAINTIFF for her own vindicative purposes and was directing leadership (in this case, JEH JOHNSON at DHS) to act in a certain way after she committed two acts of domestic and international terrorism against PLAINTIFF (London and ANGIE ORTIZ), is this pristine example:

---

[653] Ironic, I should have been the one to file a restraining order and an order of protection against Hillary Clinton for stalking me, committing numerous federal crimes against me, and using US intelligence to do so in violation of Title IX.
[654] See: https://www.youtube.com/watch?v=rRlqs-Lc66Y

"**Right now, European nations don't always alert each other when they *turn away a suspected extremist at the border*[655] or when a passport is stolen.**[656] They have to dramatically improve intelligence **sharing** and counterterrorism cooperation; and we're ready to help them do that…"[657]

DEFENDANTS FBI and CIA would have to both agree this quote is in reference to PLAINTIFF? Why? First off, when lying about the subject, a brain through using cognitive efforts of creating and maintaining a lie will use as little energy or thought as possible to the truth of what the statement was actually about for the sake of brain efficiency and not insert additional words to separate the concepts in HILLARY CLINTON'S mind. Simply, there must be some brevity in the truth in the creation of a lie not to waste brain energy resources. HILLARY is creating a lie about the purpose of the speech so the fact that the two examples are in direct reference to PLAINTIFF said as briefly and concisely as possible indicates not only the deceit by HILLARY CLINTON, but the purpose of the speech. (Tell me I'm wrong DEFENDANTS FBI and CIA because I'm not.)

Next, European nations necessarily includes the United Kingdom. PLAINTIFF was not turned away in the European nation of the United Kingdom at Heathrow airport *for being a suspected extremist*, PLAINTIFF was not allowed to continue his flight on Qatar Airlines because PLAINTIFF didn't have the necessary INDIAN visa to continue his trip to INDIA in light of DEFENDANTS' terrorist act and air piracy on 03/11/2011. *See: Miki's Tea Party.* Secondly, PLAINTIFF asked for the FBI & SCOTLAND YARD/MI6 for help because PLAINTIFF was scammed by an apparent Scottish company in which the scammers were from the United Kingdom that took my passport; and look how that is used against PLAINTIFF. Outrageously, *the fact that PLAINTIFF was scammed was used against PLAINTIFF* in order to get DEFENDANTS United Kingdom and MI6/Scotland Yard as an additional justification in sharing whatever information they had on me *with HILLARY CLINTON* who shouldn't have had it in the first place and DEFENDANTS did so against my US legal and constitutional interests AT THE BEHEST OF HILLARY CLINTON. They falsely alleged that PLAINTIFF was a suspected extremist to get the label of counterterrorism to apply to me so DEFENDANTS British Intelligence could surveil me

Most importantly, then HILLARY CLINTON talked about utilizing DHS (against PLAINTIFF) in which HILLARY CLINTON said: "We also should dispatch more homeland security agents

---

[655] See: **Miki's Tea Party** (in London, England, which is a European nation). So not only does HILLARY CLINTON want to prevent PLAINTIFF from going to ENGLAND, but all other European countries where PLAINTIFF would be turned away including Serbia, PLAINTIFF'S dual-citizenship. HILLARY CLINTON is so hellbent on power that she wants to control how PLAINTIFF can travel and is directing all other European nations to do the same AFTER she committed TWO acts act of domestic and international terrorism: *See:* Miki's Tea Party and ANGIE ORTIZ.

[656] These two examples next to each other is no way or form a coincidence. See: British MI6/Heathrow Incident. Passport was stolen in 2012 in Scotland. These two examples in sum right next to one another leads to the inescapable conclusion that she was talking about PLAINTIFF. Next sentence is a specific direction that British MI6 must share all info they have acquired on me (as they have falsely and ridiculously used counterterrorism resources against me at the US' direction) TO HILLARY CLINTON, A PRESIDENTIAL CANDIDATE AT THE TIME and not someone in any American intel agency.

[657] As though they haven't already done that enough. Ridiculous. https://www.youtube.com/watch?v=rRlqs-Lc66Y

to high-risk countries to better investigate visa applicants…"[658] Visa applicants could mean visa credit card applications and some issues admittedly do arise therein. However, and more realistically, VISA applicants could include and be ANGIE ORTIZ after PLAINTIFF tried to rescue HILLARY CLINTON's blackmail in which PLAINTIFF tried to get her a visa to escape whatever harm ANGIE ORTIZ was in because of the shit DEFENDANTS pulled to investigate PLAINTIFF and ANGIE ORTIZ, and by investigating her, investigating PLAINTIFF. Furthermore, if DHS did these things at the behest of HILLARY CLINTON, HILLARY CLINTON would reward them for their own self-interest since HILLARY CLINTON said: "so we should be **providing** the Department of Homeland Security **the resources it needs to stay one step ahead**…"[659] This shows DHS' motive for doing whatever they did against PLAINTIFF. Where were DEFENDANTS on stopping the sex trafficking of children like ANGIE ORTIZ from going from Central America to Japan when DEFENDANTS all knew ANGIE ORTIZ was going to be used against me at the behest of BILL and HILLARY CLINTON that was planned out in 03/17/2015 and 06/26/2015. DEFENDANTS from at least 2008 and onwards worked with JAPANESE airport officials to get their security procedures to AMERICAN standards. MI6, DHS, and 10 more different US Intel agencies combined all had the resources they needed to track one person—ANGIE ORTIZ or PLAINTIFF with more than $1,000,000,000 in resources to track one person: Don't you dare forget about that. ANGIE ORTIZ and PLAINTIFF are not OSAMA BIN LADEN where it would be difficult to track us. Furthermore, in the speech, HILLARY CLINTON talked about: "**enhancing our technical surveillance of overseas targets**,[660] intercepting terrorist communications,[661] flying more reconnaissance missions to track terrorist movements,[662] and developing even closer partnerships with other intelligence services…"[663][664] PETER STRZOK said: "When talking about Clinton—we didn't find any digital fingerprints that suggested foreign hacking or snooping, though nations like Russia and China are good enough to break in without leaving a trace, especially if we get to the evidence well after the fact, when logs and other files have been overwritten or deleted."[665]

Finally, HILLARY CLINTON talked about law enforcement working with tech companies in the speech;[666] so DEFENDANTS shared amongst each other and gave everything to law enforcement and HILLARY CLINTON in which they would be liable under Pinkerton liability precedent after HILLARY CLINTON said to do it. This is one of the fundamental reasons why I'm excoriating myself to such an extensive and compulsively high degree of self-disclosure and probably self-harm and revealing everything I can think of in my history, even against my legal interests, to you because if PLAINTIFF doesn't fully disclose the truth, then there will be another day in the future where people like HILLARY CLINTON are going to be in

---

[658] https://www.youtube.com/watch?v=rRlqs-Lc66Y.

[659] Does staying one step ahead mean obstructing justice through a RICO Enterprise? https://www.youtube.com/watch?v=rRlqs-Lc66Y

[660] Watching PLAINTIFF and ANGIE ORTIZ in JAPAN in Summer 2015. Enhancing means adding additional time in Prison for PLAINTIFF.

[661] Cutting communications off with all people that could help PLAINTIFF was part of *Miki's Nightmare* and in violation of RICO.

[662] Watching every step PLAINTIFF and ANGIE ORTIZ makes, which means there is a record of what they did. lol. There's proof and they obstructed justice.

[663] In furtherance of their RICO ENTERPRISE.

[664] https://www.youtube.com/watch?v=rRlqs-Lc66Y

[665] Strzok, Peter. *Compromised*. Counterintelligence and the Threat of Donald J. Trump.

[666] Id.

the same position HILLARY CLINTON was in 2015 and will continue to wreak havoc, corrupt law enforcement, and hurt fellow autistic individuals. It was done to PLAINTIFF. In fact, it did happen; and PLAINTIFF promises you, it will happen to you, your family, your loved ones, and your loved ones that may be autistic or suffer from a cognitive disability if this type of behavior continues to be tolerated if you don't put a stop to it now.

PLAINTIFF can probably go through more videos of HILLARY CLINTON between 2015-2016 and point out all the times she was out to get PLAINTIFF; how HILLARY CLINTON stole my ideas and words in the course of the campaign where she now gets credit for those ideas and words in which she was only capable of doing so because certain DEFENDANTS enabled her where they falsely labeled me as being an extremist, terrorist, etc; and just more generally fucked things about politics and DC.

What was DEFENDANT'S FBI quote again: "The key to that new mandate, Director Mueller knew, was intelligence—the holy grail of national security work, the ability to collect and connect the dots, to know your enemies and the threats they pose inside and out, to arm everyone from leaders in the Oval Office to police officers on the street with information that **enables them to** **stop terrorist** and **criminal plots before they are carried out**."[667] Yep, that's it. LOL.

Establishing JOHN BRENNAN and BILL CLINTON as a members of the conspiracy to PETER STRZOK and ANDREW MCCABE'S leadership and leaking of information in the course of an ongoing investigation.

| 2016-02-29 12:55:21, Mon | INBOX | So     called JB on Sat night to complain about leaks. I need to talk to him today.... |
|---|---|---|

| 2016-04-09 19:12:07, Sat | INBOX | Found a way thru convo with    to subsequently suggest to Bill he needed to follow up with JB. |
|---|---|---|

| 2016-04-09 23:58:52, Sat | INBOX | And Bill just said he and JB missed each other, and the JB has an event tonight. Guess they'll talk tomorrow... |
|---|---|---|
| 2016-04-10 01:20:08, Sun | INBOX |     I find I'm increasingly profoundly bothered by JBs call and the lack of ANY heads up. Deeply. It was wrong given what I had already been asked to do. Gonna sleep on it and see where I am in the morning. |

[667] https://www.fbi.gov/history/brief-history/a-new-era-of-national-security

In August 2016, PETER STRZOK goes to either LONDON or BERLIN to work together with and conspire with DEFENDANTS against PLAINTIFF. The reason why: he was investigating "the most consequential and chilling case of my career: whether a major political campaign had conspired with a foreign enemy to throw the outcome of a presidential election. This new investigation was a nascent one—a mere threat compared to the fully formed tapestry of the Clinton case that we had just wrapped up. But its political and diplomatic implications were so profound, so potentially explosive, that our trip across the Atlantic had been organized under the utmost security."[668] PETER STRZOK continues: "a communication arrived from overseas that shook me to my core…a major candidate for the PRESIDENCY had invited a foreign adversary to meddle in an election." PETER STRZOK learned of something on July 28th, 2016 when he said it: "was alarming to us on several levels when we learned of it on July 28. It came to us in the form of an email from our legal attaché (or LEGAT, in bureau speak, the senior FBI agent assigned to a U.S. embassy) in a european capital; this American official had forwarded an excerpt of a report about the meeting from the friendly foreign government."[669]

If PLAINTIFF had his way, PLAINTIFF, ideally, would have HILLARY CLINTON pay me at least $22 (one Jackson twenty-dollar bill and one Jefferson two-dollar bill) after doing the following: lead her down the center Pennsylvania Avenue in DC in which PLAINTIFF would poke her behind from behind with a pitchfork at various times to the front doors of the White House while a gypsy brass band played music behind me. Then, once HILLARY CLINTON reached the front door, she would pay me the $22 and additional amount; and then with one last pitchfork push, tell her to get the fuck out of here. People like HILLARY CLINTON, if she went to jail, would think she was justified in what she did to me in the entirety of her time spent to prison so she wouldn't learn a damn thing. But if we did it my way, she'd remember that for the rest of her life. And that's the point.

How does this get any worse? Just you wait! Section 702--a monstrosity and an unconstitutional pile of steaming legislative bullshit that should be flushed into the lowest shit tanks in DC where it belongs--according to Matt Olsen, the head of the DOJ Nat Sec division, allows the "incidental" collection of information on Americans overseas. More relevantly, it completely allows DEFENDANTS to listen, record, and monitor any conversations that foreigners have with one another even when those individuals talk about an AMERICAN like PLAINTIFF. ANGIE ORTIZ had a tablet with her in Japan in which she regularly communicated with her family and friends back home in Central America and her handlers that were directing her actions against PLAINTIFF and PLAINTIFF is 100% sure she talked about PLAINTIFF in July 2015. When, proven in documented fact, DEFENDANTS were completely beholden to HILLARY CLINTON in 2015 and were in fact being directed by HILLARY CLINTON at this time, what the fuck do you think happened to that Section 702 data the US Government obtained on ANGIE ORTIZ that had information about the crimes they did? PLAINTIFF is alleging HILLARY CLINTON, a non-government individual, received Section 702 data via DEFENDANTS to make sure PLAINTIFF was effectively blackmailed "in order for her hair not to turn white as President." Do you know when Section 702 should be made unconstitutional or have rules in place? Now.

[668] Strzok, Peter. *Compromised*. Counterintelligence and the Threat of Donald J. Trump.
[669] Strzok, Peter. *Compromised*. Counterintelligence and the Threat of Donald J. Trump.

The FBI DIOG of 2015 says "the FBI's core values must be fully understood, practiced, shared, vigorously defended, and preserved. The values are: a) rigorous obedience to the Constitution of the United States; b) respect for the dignity of all those we protect; c) Compassion; d) Fairness; e) uncompromising personal integrity and institutional integrity; f) accountability by accepting responsibility for our actions and decisions and their consequences; g) leadership, by example, both personal and professional…We who enforce the law must not merely obey it. We have an obligation to set a moral example that those whom we protect can follow."[670] Did anything above meet an exigent circumstance? Did they warn or do an intervention on behalf of PLAINTIFF? NO.  DID THE FBI MEET THIS EXPECTATION WHEN IT CAME TO PLAINTIFF? FUCK NO.

> At various times, he talked about the inauguration and crowd size, the campaign and his effective use of free media ("earned media"), the extraordinary luxury of the White House (which he favorably compared to Mar-a-lago), his many activities during the day and week, his young son's height, the viciousness of the campaign (where I interjected about Adams and Jefferson; he said he had been given a book about it, which was upstairs), how he had not been mocking a handicapped reporter, had not assaulted any of the women who claimed he did (reviewing in detail several of the allegations), and many other things.  I will attempt to recount in some detail only those parts that related in some way to my work.

How did JAMES COMEY tell President TRUMP about everything above in January 2017? The following: If you read into the following excerpt from Comey to Trump in January

> At this point he asked me (and asked again later) whether "your guy McCabe" has a problem with me, explaining that "I was pretty rough on him and his wife during the campaign."  I explained that Andy was a true professional and had no problem at all. I then explained what FBI people were like, that whatever there personal views, they strip them when they step into their bureau roles and actually hold "political people" in slight contempt, without regard to party.

2017, PLAINTIFF has no idea whether JAMES COMEY omitted the all the relevant info from TRUMP about the Jefferson-Jackson Dinner Speech by HILLARY CLINTON at George Mason University on June 26th, 2015--"the **_viciousness_** of the **_campaign_** (where I interjected about

Adams and **_Jefferson;_** he said he had been given **a book** about it, which was upstairs)…" But it would truly matter. The exact details of what was said and shared, PLAINTIFF doesn't know, but it is about PLAINTIFF because it connects to PLAINTIFF in numerous ways. First, "Jefferson" meant JACKSON-JEFFERSON Dinner Speech by HILLARY CLINTON at George Mason University on June 26th, 2015 and necessarily about the political aspect of the retaliation against PLAINTIFF. "A book about it" is most likely than not a reference to **_the story_** wrote during the campaign. PLAINTIFF did not cause it to be political; HILLARY CLINTON and DEFENDANTS did first. PLAINTIFF was defending himself as under Louisiana Revised Statutes. True, PLAINTIFF is speaking out of some ignorance here and PLAINTIFF don't know all the facts, but if, we as a country, are allowing people to succeed, be promoted, and get rich in America based on committing war-crimes against vulnerable American

---

[670] https://www.justsecurity.org/wp-content/uploads/2019/03/FBI.DIOG_.pdf

citizens due to their disabilities, we have failed as a country and a society (and that is what is destabilizing); and it would be a dastardly shame if TRUMP promoted MCCABE because he allowed war-crimes to be committed against PLAINTIFF, which, if PLAINTIFF may add, were only possible when certain DEFENDANTS violated my 4th Amendment rights against reasonable search and seizures when they listened in on me in the privacy of the home against my 4th Amendment rights and had heard how to make *Miki's Nightmare* a reality. PLAINTIFF does not know just how much PRESIDENT DONALD TRUMP contributed to the issue since PLAINTIFF has a miniscule amount of knowledge about what PRESIDENT TRUMP knew or did concerning PLAINTIFF.

Why would the United States Government allow this to happen? Would a motivating factor be the following facts. DEFENDANTS, the UNITED STATES Government, appropriated DNI/Intelligence agencies an astronomical $646,500,000,000 between 2007-2015 to stop international and domestic terrorism, stop war crimes, and stop torture. On top of that figure, additionally, "the total amount the United States ~~stole~~ collected through TSA taxes and fees at the airport-- which should have thwarted air piracy from occurring—was at least around $32,250,000,000 from 01/01/2002 to 03/11/2011. DNI appropriation figures below:

2007—63,500,000,000
2008—70,400,000,000
2009—76,200,000,000
2010—80,100,000,000
2011—78,600,000,000
Total: 2007-2011: $368,280,000,000

2012—75,400,000,000
2013—67,600,000,000
2014—67,900,000,000
2015—66,800,000,000
Total: 2011-2015: $XX

Total 2007-2015: $646,500,000,000

Yet, DEFENDANTS couldn't even stop themselves. They couldn't stop themselves doing the things that they were sworn to protect *the People* from and *the People* gave them $646,500,000,000 to prevent domestic and international terrorism, air piracy, war crimes, and torture from occurring and they couldn't stop even themselves. DEFENDANTS got greedy and stupidly psychopathic and psychotic. PLAINTIFF doesn't even want to add TREBLE damages to that figure. DEFENDANTS are going to accuse PLAINTIFF of being a drug abuser; fine; don't know, don't care. But even if they do, it takes an addict to know an addict and DEFENDANTS got a serious fucking problem when it comes to their addiction of power and greed. They need help immediately.

The total amount DNI spent combatting terrorism, war crimes, and torture between 2007-2015 was: $646,500,000,000. Yet look at what they allowed and did in 2010, 2015, 2016.

Let me repeat that again: $646,500,000,000. Let me put it in some factual scenarios that are relevant to PLAINTIFF'S ties of Serbia and North Macedonia and ANGIE ORTIZ's alleged ties of Nicaragua and Honduras. In 2023, the GDP per Capita of Serbia was $73,961,000,000; Honduras' was $32,860,000,000; Nicaragua's was $17,287,000,000; North Macedonia's was $15,728,000,000; Together, a total of: $140,376,000,000, which is less than 25% of what DNI was appropriated between 2007-2015 to prevent terrorism, war crimes, and torture from occurring in which DNI absolutely, 100% allowed, domestic terrorism, war crimes, and terrorism to occur at the behest of ANDREW MCCABE and HILLARY CLINTON. If you took the total population of those aforementioned countries, 24,414,757, which would make it the 3rd largest state just above Florida at 22,244,823 people. This is about the same GDP per capita as the State of Virginia (13th most in the United States) at 649,393,000,000 in 2022.

**I do remember seeing Chief Justice John Roberts in Tokyo in July 2015 as he was there on the 9th of July 2015 giving his speech about the administration of the Courts; thankfully I wasn't drugged that day because PLAINTIFF remembers his speech.** PLAINTIFF being Naïve, autistic, and full of hope, PLAINTIFF was thrilled that this was going to be the first time he saw a Supreme Court Justice as a future lawyer in real life. Things, PLAINTIFF thought at the time, things were finally going right for PLAINTIFF where PLAINTIFF understood that he wasn't on the wrong side of the law in a foreign country with a 99% conviction rate, the CHIEF JUSTICES of both JAPAN and USA having talked to one another prior to PLAINTIFF'S arrival in JAPAN (and of course not conspiring with one another. Sarcastic Lol), and PLAINTIFF having no money, means, knowledge of JAPANESE law, no one to help PLAINTIFF in JAPAN that PLAINTIFF specifically said in an email that Section 508 of the USA PATRIOT ACT allows DEFENDANTS to get without a warrant, & no JAPANESE language ability to defend myself in JAPANESE court. Boy, Oh Boy, were the odds ever in my favor. LOL.

PLAINTIFF listened to CHIEF JUSTICE JOHN ROBERTS' speech on the Administration of the Courts. PLAINTIFF specifically wore a solid red tie, blue/white dress shirt, & a dark blue navy jacket as an AMERICAN ABROAD to show my patriotism & love for AMERICA, the COURT, & what this country stands for to the world in order to make CHIEF JUSTICE feel at home while being away from home because PLAINTIFF completely respected him at the time & had absolutely no reason to think otherwise at the time. CHIEF JUSTICE JOHN ROBERTS obviously saw PLAINTIFF as he had looked at PLAINTIFF'S directions a few times during the speech because it was completely impossible for CHIEF JUSTICE JOHN ROBERTS not to see a 280lb American in a room full of small JAPANESE people. Speaking of people seeing me, there wasw no way the CIA, FBI, & the Secret Service, etc. did not know PLAINTIFF was in the same room as CHIEF JUSTICE JOHN ROBERTS. CHIEF JUSTICE JOHN ROBERTS was so close to PLAINTIFF that he could have reached out to PLAINTIFF. So close that PLAINTIFF saw CHIEF JUSTICE JOHN ROBERTS' eyes were a chamber full of stars. There was not a Q&A session where PLAINTIFF

could have inquired about certain caselaw. Oh NAY NAY! As soon as CHIEF JUSTICE JOHN ROBERTS ended his speech, he courageously and quickly fled out of the Auditorium. CHIEF JUSTICE JOHN ROBERTS never looked back. And now, PLAINTIFF'S mind can't stop looking back to see where it went all so wrong. The difference between CHIEF JUSTICE JOHN ROBERTS and PLAINTIFF in auditoriums is the following. If there were times PLAINTIFF experienced autisitic overload that was completely outside of PLAINTIFF'S control, PLAINTIFF ran to an auditorium because that is where PLAINTIFF felt safe. Nearly every DEFENDANAT had access to Ms. JOYCE DONEV'S observations via Section 508 of the USA PATRIOT ACT; But CHIEF JUSTICE JOHN ROBERTS made it a death sentence and knew all of the bullshit the Court pulled in their decision in *City and County of San Francisco v. Sheenan,* 575 U.S. 600 (2015) and couldn't apologize to PLAINTIFF. BUT WAIT, it gets even more messed up. PLAINTIFF had this exact conversation on META/FACEBOOK concerning CHIEF JUSTICE JOHN ROBERTS:

Miki Kotevski Tuesday, July 7, 2015 at 1:13am CDT: "WHO WANTS TO GO SEE THE CHIEF JUSTICE ROBERTS ON THURSDAY HERE IN TOKYO??!?! yes all caps--dont care."

Price Murry Tuesday, July 7, 2015 at 1:49am CDT: "only if we can ask him we he isn`t doing his job and advocating for the minority."

Miki Kotevski Tuesday, July 7, 2015 at 1:53am CDT: "Advocating for the minority? Probably because he thinks the police think they have the authority to kill a minority. ¯\_(ツ)_/¯ best rap song by NWA."

TJ Wiethorn Tuesday, July 7, 2015 at 1:53am CDT: "Haha, ill go, itll be funny to see him again this summer."

Price Murry Tuesday, July 7, 2015 at 1:55am CDT i didn:t mean racial minorities

[some parts omitted]

Miki Kotevski Tuesday, July 7, 2015 at 2:15am CDT: "There are a lot of times where I'll disagree with Roberts such as him not addressing elonis' first amendment issue and allowing cops who are mistaken in law to have reasonable suspicion, but there were other legal issues that people tend to ignore so I don't think it was just that in part (how everyone else was coming around and the majority went with it)."

**What did PLAINTIFF talk about? Reasonable suspicion, threats and free speech, police killing a minority (PLAINTIFF is autistic, which makes him a minority), cops being mistaken in law. All relevant to the issues presented in this lawsuit.**

Does PLAINTIFF expect PETER STRZOK to own up to his mistakes? Nope. The following from PETER STRZOK in 2016.

| | | |
|---|---|---|
| [2016-04-10 02:09:14](#) | Strzok | how my sense of justness and character was at odds with waiting until Sat to say something.<br><br>And rightfully, you point out stop being so prima donna-ish and just do it.<br><br>And i do.<br><br>And then I find out an hour later that in addition to what I was asked to do, JB went to counsel and had the discussion he did. And I'm the one facing the music. From some who I have known for a long time. Nobody else pays the price. Nobody else will have the same straight hard discussion. Yet I'm the only one who violated his sense of integrity to swallow hard and deliver the message. |
| [2016-04-10 02:09:52](#) | Strzok | I'm not sure if I want to be a part of this |
| [2016-04-10 05:51:15](#) | Page | You are a part of this and that's not going to change. But I think you have every right to be angry and frustrated about being left out of the loop on your investigation, especially when you're going to be left holding the bag. And I think you're entitled to say something to Baker about that, though on this one I would probably discuss with Bill first. |

:

Furthermore, what is really messed up is that there is evidence of ANDREW MCCABE and CHIEF JUSTICE JOHN ROBERTS prior relationship where ANDREW MCCABE was directing the CHIEF JUSTICE of the SUPREME COURT to do ANDREW MCCABE'S biding. See Tweet from ANDREW MCCABE below.).



The Fifth Circuit has ruled, twice, that a defense of governmental misconduct, which is separate and distinct from 'Entrapment,' may bar a criminal prosecution on due process grounds in *United States v. Marcello*, 508 F. Supp. 586 (E.D. La. 1981) (holding: governmental overreaching presents a cognizable and legitimate defense) and *United States v. Graves,* 556 F.2d 1319 (5th Cir. 1977), the court ruling that "[t]here is still available in appropriate cases a governmental misconduct defense grounded on the dual principles of due process and the supervisory powers of the court, but such a defense does not fall within the narrow confines of `entrapment' as that term has been explicated in Russell and Hampton."

# **Interim Break:**

      PLAINTIFF wants to tell this story because it conveys the outrageousness of the whole series of events. In the Summer of 2016, PLAINTIFF was fighting for his life. PLAINTIFF, one night, decided to go throw out some trash in the trash room of the apartment complex he was staying in on Burbank/Nicholson Ave in Baton Rouge, LA. PLAINTIFF opened the door to the trash room and saw cockroaches flee everywhere. PLAINTIFF stepped on one of the large red cockroaches; PLAINTIFF had injured the cockroach; but PLAINTIFF had not killed that cockroach. A different big red cockroach, seeing or knowing his brethren was injured, came to the immediate aid and rescue of the injured cockroach--knowing full well the danger that was present in rescuing the injured cockroach. The cockroach pushed the injured cockroach--with all of his might and as fast as he could--to a hole in the wall in which both cockroaches disappeared out of sight. The cockroach that saved the injured cockroach--with its tiny, miniscule brain compared to a human and having far less superior reasoning and analytical powers and abilities and capability of compassion of a human--had synapses fire in its brain compared to what did not fire in the brains of the Chief Justice of the UNITED STATES, every single director at every single DEFENDANT Intelligence Agency, the leaders of America in the White House, any CIA or FBI agents, analysts, or officers having PLAINTIFF under surveillance, or any other

DEFENDANTS had or were capable of possessing in their brain in the Summer of 2015.

**That's what this lawsuit is about.**

2007—$63,500,000,000
2008—$70,400,000,000
2009—$76,200,000,000
2010—$80,100,000,000
Total: 2007-2010: $290,200,000,000
2011—$78,600,000,000
2012—$75,400,000,000
2013—$67,600,000,000
2014—$67,900,000,000
2015—$66,800,000,000
Total: 2011-2015: $356,300,000,000

**Brain Power, lack of compassion, and the total DNI Spent-2007-2015: $646,500,000,000.**
Defendants never once asked themselves this question:



PLAINTIFF had requested everything the STATE DEPARTMENT and JOHN KERRY had on me from 2015 onwards on three separate and different FOIA requests. THERE IS NOT A

SINGLE WAY JOHN KERRY WAS NOT INFORMED of what was happening in JAPAN at this time. PLAINTIFF even called DEPARTMENT OF STATE and reported a crime had been committed against PLAINTIFF and that PLAINTIFF was drugged. PLAINTIFF even flew to DC in 2020 from Chicago and went directly to the STATE DEPARTMENT in person on June 22nd, 2020 to understand and know what the hell happened to PLAINTIFF. The U.S. STATE DEPARTMENT has not given me a single piece of information and turned PLAINTIFF away when PLAINTIFF was there in person on or about July 20th, 2020.

So to summarize where PLAINTIFF was on June 29th, 2015 and the totality of July 2015, here is this table that documents such:

| *Miki's Nightmare* | | CIA/DEFENDANT Tactics | |
|---|---|---|---|
| Isolated | X | No damage to surrounding individuals | X |
| Barrier in reaching out to get help (CIA installed malware that included tracking me everywhere I went) | X | Malware Barrier Installed | X |
| I'm in Japan, I don't speak Japanese, and don't know Japanese law well. | X | Has Offices In Japan | X |
| Spurious connection to Latin Gang. | X | Seems Like They Sent a Minor to Stand Outside Hotel and Set Up an Ambush | X |
| No LEO Help--STATE DEPARTMENT In On It | X | CIA and STATE Department (HILLARY CLINTON and BILL CLINTON) Working Hand-in-Hand with DEFENDANTS | X |
| A Woman That Lies About Everything. Anchoring. | X | Deliberately selected to make the most hated individual possible | X |
| Woman needs to be rescued. | X | Woman was hungry, had no money, and had no place to live | X |

| | | | |
|---|---|---|---|
| Drugged Me | X | Reprisals by police and military | X (From at least Fall 2015) |
| Woman was a serial sexually harasser based on *the letter* and *UM* | X | Reduce influence of me | X |
| Not have the ability to leave the country | X | DEFENDANTS DID IT | X |
| Pedophile | No | Informed FBI but didn't do anything to stop their own created ambush and omitted the fact it was their ambush. | X? |

"Once in the custody of Brazilians, Toscanino was brought to Porto Alegre where he was held incommunicado for eleven hours. His requests to consult with counsel, the Italian Consulate, and his family were all denied. During this time he was denied all food and water. "Later that same day Toscanino was brought to Brasilia. . . . For seventeen days Toscanino was incessantly tortured and interrogated. Throughout this entire period the United States government and the United States Attorney for the Eastern District of New York prosecuting this case was aware of the interrogation and did in fact receive reports as to its progress. Furthermore, during this period of torture and interrogation a member of the United States Department of Justice, Bureau of Narcotics and Dangerous Drugs was present at one or more intervals and actually participated in portions of the interrogation. . . . [Toscanino's] captors denied him sleep and all forms of nourishment for days at a time. Nourishment was provided intravenously in a manner precisely equal to an amount necessary to keep him alive. Reminiscent of the horror stories told by our military men who returned from Korea and China, Toscanino was forced to walk up and down a hallway for seven or eight hours at a time. When he could no longer stand he was kicked and beaten but all in a manner contrived to punish without scarring. When he would not answer, his fingers were pinched with metal pliers. Alcohol was flushed into his eyes and nose and other fluids . . . were forced up his anal passage. Incredibly, these agents of the United States government attached electrodes to Toscanino's earlobes, toes, and genitals. Jarring jolts of electricity were shot throughout his body, rendering him unconsious for indeterminate periods of time but again leaving no physical scars. "Finally on or about January 25, 1973 Toscanino was brought to Rio de Janeiro where he was drugged by Brazilian-American agents and placed on Pan American Airways Flight # 202 destined for the waiting arms of the United States government. On or about January 26, 1973 he woke in the United States, was arrested on the aircraft, and was brought immediately to Thomas Puccio, Assistant United States Attorney. ""At no time during the government's seizure of Toscanino did it ever attempt to accomplish its goal through any lawful channels whatever. From start to finish the government unlawfully, willingly and deliberately embarked upon a brazenly criminal scheme violating the laws of three separate countries." " *United States v. Toscanino*, 500 F.2d 267, 270 (2d Cir. 1974). Toscanino alleged further that, prior to his forcible abduction from Montevideo, American officials bribed an employee of the public telephone company to conduct electronic surveillance of him and that the results of the surveillance were given to American agents and forwarded to government

prosecutors in New York. According to Toscanino, the telephone company employee was eventually arrested in Uruguay for illegal eavesdropping and was indicted and imprisoned. In connection with these latter allegations Toscanino moved, pursuant to 18 U.S.C. § 3504, to compel the government to affirm or deny whether in fact there had been any electronic surveillance of him in Uruguay. Society is the ultimate loser when, in order to convict the guilty, it uses methods that lead to decreased respect for the law. See United States v. Archer, *supra* at 677. Thus the Court's decisions in *Rochin* and *Mapp* unmistakably contradict its pronouncement in *Frisbie* that "due process of law is satisfied when one present in court is convicted of crime after being fairly apprized of the charges against him and after a fair trial in accordance with constitutional procedural safeguards." The requirement of due process in obtaining a conviction is greater. It extends to the pretrial conduct of law enforcement authorities. The force of *Rochin* continues to be recognized. In United States v. Russell, 411 U.S. 423, 93 S.Ct. 1637, 36 L.Ed.2d 366 (1973), for instance, the Court, although holding that the government's alleged entrapment activities did not violate the Constitution or federal law, warned that "While we may some day be presented with a situation in which the conduct of law enforcement agents is so outrageous that due process principles would absolutely bar the government from invoking judicial processes to obtain a conviction, cf. Rochin v. California, 342 U.S. 165 [72 S.Ct. 205, 96 L.Ed. 183] (1952), the instant case is distinctly not of that breed." 411 U.S. at 431-432." *United States v. Toscanino*, 500 F.2d 267 (2d Cir. 1974)

"In United States v. Archer, *supra,* while basing our decision on other grounds, we referred to *Olmstead* and *Rochin* for the proposition that due process principles might be invoked to bar prosecution altogether where it resulted from flagrantly illegal law enforcement practices. In contrast, we have expressed doubt as to the validity of the *Frisbie* doctrine. In United States v. Edmons, [432 F.2d 577](#) (2d Cir. 1970), for instance, in rejecting the government's attempt to invoke *Frisbie* by analogy as the basis for upholding a conviction obtained through the device of using arrests that were in fact pretexts for investigative activities, Judge Friendly stated: "We do not find *Frisbie* . . . and its predecessors . . . to be a truly persuasive analogy. Those cases were decided before the Fourth Amendment as such was held applicable to the states, . . . and thus rested only on general considerations of due process or, as in *Frisbie,* also on a claimed violation of the Federal Kidnapping Act. Whether the Court would now adhere to them must be regarded as questionable." United States v. Edmons, *supra* at 583 [footnotes and citations omitted]. Similar doubt was indicated by the Third Circuit in Government of Virgin Islands v. Ortiz, 427 F.2d 1043, 1045 n.2 (3d Cir. 1970), where it stated "We recognize that the validity of the *Frisbie* doctrine has been seriously questioned because it condones illegal police conduct." *United States v. Toscanino*, 500 F.2d 267 (2d Cir. 1974)

"In light of these developments we are satisfied that the "Ker-Frisbie" rule cannot be reconciled with the Supreme Court's expansion of the concept of due process, which now protects the accused against pretrial illegality by denying to the government the fruits of its exploitation of any deliberate and unnecessary lawlessness on its part. Although the issue in most of the cases forming part of this evolutionary process was whether evidence should have been excluded (e. g., *Mapp, Miranda, Wong Sun, Silverman*), it was unnecessary in those cases to invoke any other sanction to insure that an ultimate conviction would not rest on governmental illegality. Where suppression of evidence will not suffice, however, we must be guided by the underlying principle that the government should be denied the right to exploit its own illegal conduct, Wong Sun v.

United States, 371 U.S. 471, 488, 83 S.Ct. 407, 9 L.Ed.2d 441 (1963), and when an accused is kidnapped and forcibly brought within the jurisdiction, the court's acquisition of power over his person represents the fruits of the government's exploitation of its own misconduct. Having unlawfully seized the defendant in violation of the Fourth Amendment, which guarantees "the right of the people to be secure in their persons . . . against unreasonable . . . seizures," the government should as a matter of fundamental fairness be obligated to return him to his *status quo ante." United States v. Toscanino*, 500 F.2d 267 (2d Cir. 1974)

"If the charges of government misconduct in kidnapping Toscanino and forcibly bringing him to the United States should be sustained, the foregoing principles would, as a matter of due process, entitle him to some relief. The allegations include corruption and bribery of a foreign official as well as kidnapping, accompanied by violence and brutality to the person* Deliberate misconduct on the part of United States agents, in violation not only of constitutional prohibitions but also of the federal Kidnapping *Act, supra,* and of two international treaties obligating the United States Government to respect the territorial sovereignty of Uruguay, is charged. See U.N. Charter, art. 2; O.A.S. Charter, art. 17. The conduct alleged here satisfies those tests articulated by the Supreme Court in its most recent "entrapment" decision, United States v. Russell, 411 U.S. 423, 93 S.Ct. 1637, 36 L.Ed.2d 366 (1973), where, in holding that due process did not bar prosecution for the manufacture and sale of an illegal drug, even though a government undercover agent had supplied a scarce chemical required for its synthesis, it noted that the government agent had violated no constitutional prohibition or federal law and had committed no crime in infiltrating the defendant's drug enterprise. It furthermore appeared that the type of undercover activity engaged in there by the agent was necessary in order to gather essential evidence. Here, in contrast, not only were several laws allegedly broken and crimes committed at the behest of government agents but the conduct was apparently unnecessary, as the extradition treaty between the United States and Uruguay, see 35 Stat. 2028, does not specifically exclude narcotics violations so that a representative of our government might have been able to conclude with Uruguay a special arrangement for Toscanino's extradition.
That the Bill of Rights has extraterritorial application to the conduct abroad of federal agents directed against United States citizens is well settled. Reid v. Covert, 354 U.S. 1, 77 S.Ct. 1222, 1 L.Ed.2d 1148 (1957) (Fifth and Sixth Amendments); Balzac v. Puerto Rico, 258 U.S. 298, 312-313, 42 S.Ct. 343, 66 L.Ed. 627 (1922) (due process); Best v. United States, 184 F.2d 131, 138 (1st Cir.), cert. denied, 340 U.S. 939, 71 S.Ct. 480, 95 L.Ed. 677 (1950) (Fourth Amendment.)." *United States v. Toscanino*, 500 F.2d 267 (2d Cir. 1974)

"It is no answer to argue that the foreign country which is the situs of the search does not afford a procedure for issuance of a warrant. As the court pointed out in Best v. United States, *supra* at 138: "Obviously, Congress may not nullify the guarantees of the Fourth Amendment by the simple expedient of not empowering any judicial officer to act on an application for a warrant. If the search is one which would otherwise be unreasonable, and hence in violation of the Fourth Amendment, without the sanction of a search warrant, then in such a case, for lack of a warrant, no search could lawfully be made." 184 F.2d at 138. Even if a more relaxed interpretation were given to the term "unreasonable" as applied to an unauthorized search conducted by our government in Uruguay, appellant alleges that the search here was found to have violated the laws of that country, resulting in the arrest and conviction of the Uruguayan telephone employee hired by the United States Government for unlawful eavesdropping. Since appellant here alleges

that he was the victim of unlawful wiretapping conducted at the direction of United States employees in violation of his constitutional rights, he was entitled to invoke 18 U.S.C. § 3504. The district court was obligated to direct the prosecutor to put his oral denial of the allegation in affidavit form, indicating which federal agencies had been checked and extending the denial not only to conversations of Toscanino but also to conversations of anyone else occurring on premises owned, leased or licensed by Toscanino. See Beverly v. United States, 468 F.2d 732 (5th Cir. 1972); In re Horn, 458 F.2d 468 (3d Cir. 1972); In re Grumbles, 453 F.2d 119 (3d Cir.), cert. denied, 406 U.S. 932, 92 S.Ct. 1806, 32 L.Ed.2d 134 (1971); In re Marx, 451 F.2d 466 (1st Cir. 1971). In the absence of such sworn written representations we are unable to affirm the denial of a hearing on Toscanino's wiretap allegations. Cf. In re Evans, 146 U.S.App. D.C. 310, 452 F.2d 1239 (1971), cert. denied, 408 U.S. 930, 92 S.Ct. 2479, 33 L.Ed.2d 342 (1972) ( 18 U.S.C. § 3504 is triggered by mere assertion that unlawful wiretapping has been used against a party)." *United States v. Toscanino*, 500 F.2d 267 (2d Cir. 1974)

The Fifth Circuit has ruled, twice, that a defense of governmental misconduct, which is separate and distinct from 'Entrapment,' may bar a criminal prosecution on due process grounds in *United States v. Marcello*, 508 F. Supp. 586 (E.D. La. 1981) (holding: governmental overreaching presents a cognizable and legitimate defense) and *United States v. Graves,* 556 F.2d 1319 (5th Cir. 1977), the court ruling that "[t]here is still available in appropriate cases a governmental misconduct defense grounded on the dual principles of due process and the supervisory powers of the court, but such a defense does not fall within the narrow confines of `entrapment' as that term has been explicated in Russell and Hampton."

HILLARY CLINTON and SHINZO ABE MET ON September 19th, 2016.[671]  PLAINTIFF alleges this was aiding and abetting after the fact and were accessories after the fact under 18 U.S.C. 1962(d), 18 U.S.C. 241, and 18 U.S.C.  and were covering up what they did. As the Japanese PR stated about the incident: " Mr. Shinzo Abe, Prime Minister of Japan, who was visiting the United States of America, received a courtesy call from Ms. Hillary Rodham Clinton, former Secretary of State of the United States." So HILLARY CLINTON initiated it because she needed to ensure JAPAN would prosecute PLAINTIFF for JAPLAN. "The overview of the meeting is as follows: "At the beginning, Prime Minister Abe offered his condolences for the recent series of terrorist incidents, expressed his pleasure in meeting her again, conveyed his gratitude for being the first to support his initiative to realize a society in which all women shine and shared the thought that



unleashing women's latent potential is essential for economic growth. Noting the severe security environment in the Asia-Pacific, Prime Minister Abe stated that he would like  to further strengthen the Japan-U.S. Alliance in order to contribute both to the region and the world as an "Alliance of Hope."

[671] **Photo credit:** Cabinet Public Relations Office. Ministry of Foreign Affairs. Japan

1. In response, former Secretary of State Clinton voiced her happiness in meeting Prime Minister Abe to discuss important issues, and expressed her view that the Japan-U.S. relationship is important for regional and global peace and prosperity. She also stated that she would like to discuss a broad range of topics, including North Korea and maritime security, that she praises Prime Minister Abe's policies at empowering women and promoting women's active participation, and that she would like to hear about Abenomics as well. She thanked Prime Minister Abe for his words onthe recent terrorist incidents, and stated that efforts to counter terrorism must be doubled.

2. The two sides exchanged views on a variety of topics, including ways to strengthen the Japan-U.S. Alliance as well as regional affairs such as North Korea, China and maritime issues. In addition, Prime Minister Abe raised the matter of the Trans-Pacific Partnership, and both reiterated their well-known respective  positions on the issue.


**Assistant to the President for Homeland Security and Counterterrorism:** FRAN TOWNSEND, KEN WAINSTEIN, JOHN O. BRENNAN, LISA MONACO,


**Executive Order 13597 was in furtherance of "trade is in the offing" that involved JOHN O. BRENNAN.**

PLAINTIFF hasn't been himself since Spring 2015. PLAINTIFF has contemplated suicide so many times because PLAINTIFF can't stand the way PLAINTIFF been treated by DEFENDANTS. PLAINTIFF won't kill himself, but PLAINTIFF wanted God to kill himself so many times. PLAINTIFF has had a part of himself permanently destroyed because of the US Federal Government. PLAINTIFF has suffered real and actual harm by DEFENDANTS for their sheer and gross and utter incompetence & deliberate and intentional harms done to me. When PLAINTIFF was a kid, PLAINTIFF would play with his HO Scale model train set to avoid the abuse experienced by his parents and brother or avoid upsetting and new situations because it was safe for PLAINTIFF because PLAINTIFF didn't understand social situations and rules and PLAINTIFF didn't have to interact with anyone. For nearly most days since Spring 2015, all PLAINTIFF has ever really wanted to do in his life is play with HO Scale trains.



     Do you know what scares PLAINTIFF? The lengths certain DEFENDANTS will go to in order to harm their own citizens or allow the harm like this to take place. Furthermore, the conditioned fear PLAINTIFF has now in speaking anything at all. PLAINTIFF doesn't want to speak anymore type fear after having earned the ability to speak and throwing away all of that work that spanned three decades and effort just because of what happened. Nearly everything PLAINTIFF talked about with WARWICK ALLEN in our political musings became true; and it seems like every conversation PLAINTIFF ever had has been recorded from 2007 onwards in which all exculpatory evidence that would help me has been omitted and deleted in which PLAINTIFF is perpetually fucked. PLAINTIFF feels so bad that certain musings came true that PLAINTIFF don't want to even joke around anymore because somehow that joke will become true and that is what terrifies me. Yes, there are consequences for your speech, but not to the extent PLAINTIFF experienced it.

PLAINTIFF was treated sub-human and worse than a slave. Slaves got food and lodging for the work they did, slaves commonly understood the legal system in place and had an expectation of how the law was going to be enforced, and PLAINTIFF got blackmailed by the US Government because people got rich off of me and my story and ideas and have no realistic expectation that the law as written will be enforced the way it should. PLAINTIFF is somewhere between a plant and an animal on terms of rights and privileges that PLAINTIFF legally has and can enforce.

As a major refresher from earlier: **But why continued.** What are PLAINTIFF'S thoughts on this where he became a victim to three different terrorist activities committed by the United States Government. PLAINTIFF doesn't know when, but there was a switch that was flipped in DC in which it was DC against the rest of America; that fellow Americans who posed no actual legitimate threat were the enemies. This mentality can be seen in PETER STRZOK since PETER STRZOK really hated PLAINTIFF and thought possibly PRESIDENT TRUMP would be on PETER STRZOK'S side when PETER STRZOK said: "This is unfortunate, because within that gap lies a story of personal and national bravery against a <u>common enemy</u>, taking place within a unique and **storied**[672] setting."[673] Unfortunately, it was PETER STRZOK'S mentality, probably in part derived from his time in the military, where he easily dehumanized people and never saw PLAINTIFF as a human being—PLAINTIFF was just a set of initials called MYE because of PLAINTIFF'S disability, never saw me as an individual with autism; just saw me as a crippled common enemy no better than a cockroach. Well, an American cockroach showed PLAINTIFF that it was far better deserving of respect and admiration than PETER STRZOK ever should be

| 2016-07-27 00:52:32, Wed | INBOX | More than a reference. Two points: terrorism Miami St Bernadino everywhere we're vigilant; second, HRC. Right decision. You may disagree but don't you dare think or say it was biased. |
|---|---|---|

| 2015-10-16 00:52:37, Fri | INBOX | And I'm sorry, ▮ and I just don't get along? No. He insists on different investigative paths and encourages another field office to reopen a case (of ▮, we closed. Promptly leading to discussion in OI about whether the new office made material misrepresentations in their FISA application, leading to the case to be closed. |
| 2015-10-16 00:53:23, Fri | INBOX | ▮▮▮▮▮▮▮▮▮▮▮ " |
| 2015-10-16 00:54:01, Fri | INBOX | He is unprofessional, he actively bears a grudge and looks to find ways to highlight that when he can, and generally vastly wildly over steps his role |

It wasn't truly until May 2016 that PLAINTIFF realized something was wrong with the ANGIE ORTIZ situation. PLAINTIFF will explain the situation in the next section of this addendum, but either the CIA, State, DOJ, or FBI gave Tracy Blanchard info about ANGIE ORTIZ.

JOHN O. BRENNAN wrote: "I had heard heart-wrenching stories of Agency officers who tearfully described how their professional opportunities and contributions within the CIA **were constrained as a result of discrimination, harassment**, or <u>**simple intolerance of their faith**</u>, race, ethnicity, **<u>physical disability</u>**, or sexual orientation. Hearing these accounts, I turned to another member of my external advisory board, civil rights icon Vernon Jordan, to lead a

---

[672] The **story.** PLAINTIFF wrote the story in 2016.
[673] Strzok, Peter. *Compromised*. Counterintelligence and the Threat of Donald J. Trump.

study on diversity in leadership at the CIA."[674]  Vernon Jordan and Bill Clinton at one time worked together. All of these people in D.C. are connected and are friends with one another. **THESE RICO DEFENDANTS do not give a fuck about you--you need to learn and understand this.** There's really no changing the DC bubble because it has become too far entrenched with far too much power. What do you think JOHN O. BRENNAN thinks of PLAINTIFF'S story? Is it heart wrenching or heart-destroying? Does JOHN O. BRENNAN gleefully preside over what happened to PLAINTIFF or do you think he even cared when he authorized it (if he did)?

American Intel knew that PLAINTIFF was being blackmailed electronically and knew the self-harm PLAINTIFF would exhibit. That's where it started from. They knew the torture they would inflict upon PLAINTIFF and how victims of torture act out afterwards because there is not a single person who went through what PLAINTIFF did not to be punished. They PLAINTIFF suffered and still has major trauma involving sex: Autistic self-harm. PLAINTIFF was tortured severely in 2015 by American Intel, British Intel, Indian Intel, and more. American Intel, British Intel, Indian Intel intentionally started to associate the concept of humiliation and computer screens. It burned itself in PLAINTIFF'S mind, eye, and soul. Then PLAINTIFF in an absolute state of obsession and compulsion in the throughs of being tortured jacked off multiple times in 2016 in which every single intelligence agency had access to the camera and microphone and had installed cameras in PLAINTIFF'S room in which they kept torturing PLAINTIFF. It just reinforced their torture. They did that in 2015 involving degrading sex as a form of humiliation, they did it again in 2016 as a form of humiliation against PLAINTIFF; PLAINTIFF would argue that was forced and learned behavior caused by DEFENDANTS in which if PLAINTIFF was humiliated, he had to humiliate himself in front of an audience on a computer or in public; then DEFENDANTS put PLAINTIFF in an abusive home in which he had no privacy in which they kept watching and recording PLAINTIFF at all times of the day. The total degradation of PLAINTIFF never ceased from 2008, escalated in 2010, reached one of its zeniths in 2015 and 2016, and then PLAINTIFF would be placed in an extremely abusive home in which there was no time for PLAINTIFF to ever stop thinking he was not being tortured. American Intel, British Intel, Indian Intel, Qatari Intel, violated the Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment Article 1,2,3,10,13,14.

You know fucking what, this wouldn't have happened unless DEFENDANTS didnt share all the information about PLAINTIFF amongst each other as a form of retaliation against PLAINTIFF.

---

[674] Brennan, John. *Undaunted: My Fight Against America's Enemies, At Home and Abroad.* 2020

Do you think I'm done talking about DOUBLE STANDARDS OF JUSTICE AND TREATMENT? HECK NO! All of the following instances are what PETER STRZOK testified to under oath to Congress.

**#1** Eric Swalwell and Peter Strzok. The most outrageous. When asked why he didn't consider taking the 5th, PETER STRZOK testified: "I've done nothing wrong. Let me rephrase that, **[laughs out loud…] when it comes to conduct or any action which would violate the law or a crime, absolutely, I've never done that**". PETER STRZOK has no remorse for what he did or allowed to happen. Didn't think he was ever part of a RICO criminal enterprise. The quote below demonstrates who PETER STRZOK is as a man (and this man was shockingly given the full powers of the United States Government as the head of the Counterterrorism division at the FBI):

Mr. Swalwell. [View on Scribd.com] ric Swalwell. I serve on House Intelligence and Judiciary Committees.

Mr. Strzok, do you regret the text messages that you sent to Ms. Page with respect to Mr. Trump?

Mr. Strzok. Very much I regret them.

Mr. Swalwell. Okay. Are you sorry that you had sent them?

Mr. Strzok. I'm sorry because of the -- I'm sorry because of the deep pain and suffering that they have caused my family. That's something I'll always regret. I regret the way that they've been used by some to turn into some sort of political weapon that they are not and the damage that has been done with that.

PETER STRZOK REGRETS THE WAY HIS OWN WORDS WERE TURNED INTO A POLITICAL WEAPON WHEN HE INTENDED HIS WORDS NOT TO BE AND THE DAMAGE THAT CAUSED; PETER STRZOK is a bitch-ass motherfucking hypocrite with no discernible appreciation of how his actions come off when PETER STRZOK allowed whatever to happen to me. HOW THE FUCK DO YOU THINK PLAINTIFF THINKS and FEELS WHEN DEFENDANTS INTENTIONALLY ALLOWED EVERYTHING ABOVE TO HAPPEN. SO WHEN IT HAPPENS TO THE FBI, IT BECOMES THE BIGGEST FUCKING TRAVESTY IN THE WORLD TO THEM; BUT WHEN THE FBI ALLOWS WAR CRIMES TO TAKE PLACE FOR CLINTON'S POLITICAL RETALITATORY PURPOSES, _FUCK THAT SPECIAL NEEDS MAN PLAINTIFF._ The cognitive dissonance between what was allowed to happen to me needs to be put in psychology books all across the country……
#2:

Mr. Lieu. The text messages you wrote were to Lisa Page, correct?

Mr. Strzok. Yes, sir.

Mr. Lieu. They were not intended for public consumption, correct?

Mr. Strzok. That's correct.

Mr. Lieu. And so when my Republican colleague asked, well, could a reasonable person interpret this text message in so-and-so way, that is completely irrelevant, because the only person we're worried about is what did Lisa Page think and what did you think. Isn't that right?

Mr. Strzok. Yes, sir.

Mr. Lieu. And clearly what you thought and Lisa Page thought had context behind it, because you all attended different meetings, [Share I]c were at the FBI, yo[View on Scribd.com]tion the public did not. Isn't that right?

COMMITTEE SENSITIVE

COMMITTEE SENSITIVE

92

Mr. Strzok. Yes, sir.

Mr. Lieu. All right. So it would be important to hear publicly what you believe your text messages meant given the context that only you and Lisa Page knew. Isn't that right?

Mr. Strzok. Yes.

Minimum amount of damage deriving from *INCIDENT V*: $10,000,000,000
Treble Damages: $30,000,000,000

Because the Aussies, Canadians, and Germans via German INTEL were part of it, this is the HILLARY CLINTON Fee for them in which PLAINTIFF is making the following request as restitution.

- They shall be co-defendants in paying for MKT Airlines Initial Aircraft order.
- No Airport or Country Tax Fee for a minimum of 15 years in the following airports in which regulators in the respective countries will grant MKT Airlines permission to land in and fly to, and build custom gate(s) like the stipulations made for London Heathrow and LONDON Heathrow Holdings, (except for Canadian and Aussie airports dont include MKT Macedonian Airlines in the backdrop or ticket counter), the following:
  - Frankfurt International Airport, (as well as MKT Macedonian Airlines)
  - Munich Franz Josef Strauss Airport (as well as MKT Macedonian Airlines)
  - Berlin Brandenburg Airport (as well as MKT Macedonian Airlines)
  - Option of Düsseldorf Airport (as well as MKT Macedonian Airlines)
  - Sydney Airport
  - Melbourne Airport
  - Toronto Pearson International Airport
  - Vancouver International Airport
  - Montreal-Trudeau International Airport
  - Calgary International Airport
  - Edmonton Airport

# RESTITUTION: AN ANCHOR and a PITCHFORK:

### The United States of America vs. Josef Altstötter, et al.

1. Participating in a common plan or conspiracy to commit war crimes and crimes against humanity;
   2. War crimes through the abuse of the judicial and penal process, resulting in mass murder, torture, plunder of private property.
   3. Crimes against humanity on the same grounds, including slave labor charges.
   4. Membership in a criminal organization, the NSDAP or SS leadership corps.

## Part I: The Check: $6,464,100,000

## Part II: MKT Airlines and MKT Macedonian Airlines

MKT Airlines, aircraft, stipulations, and DEFENDANTS will do all they can to have MKT Airlines run for a minimum of 15+ years and be successful.

| What PLAINTIFF is Asking For & Legally Entitled To: Conditions listed below* | What PLAINTIFF Is Actually Legally Entitled To & The Total Amount owed to PLAINTIFF & the amount PLAINTIFF is Saving DEFENDANTS |
|---|---|
| Already saving $363,208,450 from the following Aircraft: | Aircraft: |
| 1: BOEING 787-9 to Air Serbia or 1: Airbus A330-900neo (4 y.o >x).[675] 3: Airbus A320neo or A321neo to Air Serbia (10 y.o >x).[676] | 696 BOEING MAX 737 Aircraft-SpiceJET (Treble damages from SpiceJET deal since 2010) (a total of $84,216,000,000) 276 BOEING MAX 737 Aircraft—Jet Airways. |
| 13: BOEING 787-9 to MKT Airlines New | 30 BOEING 777-300ERs at $11,265,000,000 or 30 new Boeing 787-10s and $1,113,000,000 (6 from British Airways/24 from Qatar Airways) |
| 2: BOEING 787-8 to MKT Airlines New | |
| 4: BOEING 787-10 to MKT Airlines New | 15 BOEING 777F (or 15 BOEING 777-8F) new (Qatar Airways) at a total of $5,374,500,000 |
| 3: BOEING 737-7 Max to MKT Macedonian Airlines New. | Total Aircraft: 972 BOEING 737 MAX Aircraft. 30 BOEING 777-300ERs; 15 BOEING 777Fs. |
| 11: BOEING 737-8 Max to MKT Airlines. New | 696 BOEING 737 would make MKT Airlines 2nd largest owner of BOEING 737 aircraft in the world. |
| 5: BOEING 777-8F to MKT Airlines. New | Ryanair w/ current & owed aircraft is at 770 BOEING 737s (Max and NG) |
| 5: BOEING 737-10 Max to MKT Airlines New | For Reference: SpiceJET owns 143 BOEING 737 Max aircraft. [677] |
| 2: BOEING 737-7 Max to MKT Airlines New | QATAR AIRWAYS total A350, 777, & 787: Current total: 122 or so |
| Options: MKT Airlines 2 BOEING Apache Helicopters | BRITISH AIRWAYS total A350, 777. & 787: Current total: 109 or so 66 New BOEING Apache Helicopters. |

[675] One from Qatar Airways. Gratis.
[676] One from Qatar Airways and two from Delta Airlines. Gratis.
[677] https://en.wikipedia.org/wiki/List_of_Boeing_737_MAX_orders_and_deliveries. Last Checked. 08/19/2023

(fully armored and ready to go. New)
        Total:

        MKT Oil

        **678

        Total: 49 Aircraft
45: Boeing: MKT Airlines
7: Air Serbia & MKT Macedonian
Airlines
2 BOEING Apache Helicopters
**Total in Damage: $14,900,000,000**
Some Stock In Boeing, Lockheed
Martin, and Rayethon.

                        .

| Qatar and British Airways current total: 231 or so
| (MKT: 19 787 & 5 777-8(F) (around 10%)
| Total Owed Aircraft: 696 BOEING 737 MAX
| 296 737 Max Options
| 30 BOEING 777-300ERs.
| 15 BOEING 777Fs.
| Total: 741 Boeing Aircraft.
|
| 6 Airbus A320neo or A321neo (less than 10 years
| old)
|
| *treble damages of: $62,476,920,000* (from $14.9
| Billion).
| ***Saving DEFENDANTS: $47,576,920,000 out of***
| ***the $14,900,000,000 appraisal by the WH***
|
| ***Saving DEFENDANTS: $363,208,450 just on the***
| ***aircraft order***.
|
|
| ***Saving DEFENDANTS: 1,001 BOEING planes***
| ***4 Airbus A320neos or A321neos.***
| **Saving DEFENDANTS: complete ownership:**
| **BOEING, IAG, Qatar Airways, United Airlines,**
| **SpiceJET, Delta Airlines, Lockheed Martin, etc.**

---

[678] stipulations PLAINTIFF included about MKT Airlines & DEFENDANTS included there.

# The more things change, the more they stay the same.

I must say because of my upbringing, I had once frowned down upon accommodations for disability issues in school. I made that known my first 1L year; yes PLAINTIFF was ignorant of disability issues for a long time and you'll find examples of such in my history. However, PLAINTIFF changed his mind because PLAINTIFF was in denial for so long about the importance of such. This came up my 1L/2L year.

Ashley Maiden. Ashley and PLAINTIFF met during PLAINTIFF'S second 1L year as a classmate. We started to become intimate in the Spring Semester of 2015. In this time, Ashley, Cherry Roberts Matherne, and PLAINTIFF were all in the same law school section. Ashley and PLAINTIFF had been sexually intimate--every single time Ashley and PLAINTIFF had sex it was consensual. Then around March or April 2015 Ashley was having some psychological problems/issues in which it seemed to be Bi-Polar depression. Through talking to Ashley, PLAINTIFF became immediately aware of risky sexual behavior and red flags for self-destructive behavior that included sex. PLAINTIFF stopped having sex with her in order for her to become healthy again (which can be seen in text messages that DEFENDANTS have) in which PLAINTIFF tried to become the best friend PLAINTIFF could be for her and support her anyway PLAINTIFF could to help her get through whatever episode she was going through during March and April 2015. There was a time where she went to the hospital and PLAINTIFF offered to bring her clothing and whatever she needed and she turned it down. PLAINTIFF was never physically abusive with Ashley.  BUT

DEFENDANTS and ASHLEY MAIDEN conspired against PLAINTIFF and furthered their RICO Enterprise against PLAINTIFF. DEFENDANTS had directed ASHLEY MAIDEN to spend the night by PLAINTIFF's house one night and wear an exact type of gown (silk) and color of gown (yellowish/beige) that PLAINTIFF'S grandmother wore in *Financial Terrorism* on that fateful night in November 2009. On that Spring 2015 night when ASHLEY MAIDEN spent the night by PLAINTIFF in which ASHLEY MAIDEN was wearing the gown, PLAINTIFF had a traumatic PTSD episode and put ASHLEY MAIDEN in the bathroom because he couldn't stand to see the sight of the gown.

DEFENDANTS paid ASHLEY MAIDEN to bring out and elicit in PLAINTIFF whatever behaviors they wanted repeated to establish so called PLAINTIFF'S pattern of repeat behavior. For example, PLAINTIFF came back from Japan in August 2015. Ashley specifically texted PLAINTIFF to come have sex with her via Snapchat. PLAINTIFF went to ASHLEY MAIDEN'S apartment and we had consensual sex. ASHLEY MAIDEN gained a lot of weight at this time. After we had sex, Ashley noted PLAINTIFF did better this time and PLAINTIFF had told her that he lost weight during his time in Japan. ASHLEY MAIDEN and PLAINTIFF were not considered boyfriend and girlfriend at the time and had established a friends-with-benefits situation. Then the following morning, PLAINTIFF went from her apartment and to PLAINTIFF'S car. As soon as PLAINTIFF got in the car, PLAINTIFF sent me a text message that was a complete lie and fabrication about what happened the previous night. PLAINTIFF was completely stunned, shocked, and angry about what ASHLEY MAIDEN had just sent PLAINTIFF. It made PLAINTIFF shocked and angry because it: completely mischaracterized the night and, more importantly, it bore that striking of a resemblance to what REBECCA WETHERBEE had falsely accused PLAINTIFF of; and PLAINTIFF responded back to ASHLEY MAIDEN it wasn't true and some other things that PLAINTIFF cannot recall at this moment. **See some of DEFENDANTS' crimes of:** 18 USC §1961 section 1503 (relating to obstruction of justice), 18 USC §1961 section 1510 (relating to obstruction of criminal investigations), 18 USC §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 USC §1961 section 1512 (relating to tampering with a witness, victim, or an informant), 18 USC §1961 section 1513 (relating to retaliating against a witness, victim, or an informant). 18 U.S.C. §2422 & 18 U.S.C. §2423; 18 U.S.C §2331; 18 U.S.C §2332b; 18 USC §1961section 1028 (relating to fraud and related activity in connection with identification documents), 18 U.S.C §1961 section 1029 (relating to fraud and related activity in connection with access devices); 18 U.S.C §1961 sections 1581–1592 (relating to peonage, slavery, and trafficking in persons). 18 U.S.C §1961 section 1951 (relating to interference with commerce, robbery, or extortion), 18 U.S.C. §1961 sections 2251, 2251A, 2252, and 2260 (relating to sexual exploitation of children) if ANGIE ORTIZ was a child; 18 U.S.C. §2340 & 18 U.S.C § 2441; 18 USC 2331 1(B)(iii) and 5(B)(iii), 18 USC §1961; 18 USC 2331 1(B)(iii) and 5(B)(iii), 18 USC 2331 1(B)(iii) and 5(B)(iii), **18 U.S.C. § 1956 (Financing Terrorism)**. DEFENDANTS shared the information amongst each other in this episode. *See: United States v. Miller, 116 F.3d 641, 674-75 (2d Cir. 1997) (act involving murder need not be actual murder as long as the act directly concerned murder, and facilitation of murder was a proper RICO predicate because accessorial offenses described in the New York State statutory provisions involved murder* within the meaning of RICO where defendant provided information he knew would enable inquirer to *commit murder or other RICO violations).* 18 U.S.C. §2422 & 18 U.S.C. §2423; 18 U.S.C §2332b; 18 USC §1961 section 1028 (relating to fraud and related activity in connection with identification documents), 18 U.S.C §1961 section 1029 (relating to fraud and related activity in connection with access devices); 18 U.S.C §1961 section 1951 (relating to interference with commerce, robbery, or extortion), 18 U.S.C. §1961 sections 2251, 2251A, 2252, and 2260 (relating to sexual exploitation of children) if ANGIE ORTIZ was a child; 18 U.S.C. §2340 & 18 U.S.C § 2441; Section 504 of the REHABILITATION ACT of 1973; ADAAA.*18 U.S.C. § 956(a)(1) (relating to conspiracy to murder, kidnap, or maim persons abroad)*. *See also*: 18 U.S.C. Section 1961(1)(F): section 278 (relating to importation of aliens for immoral purposes) if the act indictable under such section of such Act was committed for the purpose of financial gain;. Clinton Global Initiative and increase of funds during DEFENDANT HILLARY

CLINTON'S time as Secretary of State and decrease after losing the 2016 Election; RFRA violations; Constitutional Violations: 1st, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, and 14th Amendment. 18 U.S.C. §1961, 18 U.S.C. §1962 (a), 18 U.S.C. §1962(b), 18 U.S.C. §1962(c), 18 U.S.C. §1962(d), and/or 18 U.S.C. §1962(f);

PLAINTIFF wants to say the following before continuing: PLAINTIFF knows and understands. PLAINTIFF knows and fundamentally understand how things look. PLAINTIFF feels and understands your skepticism; and if it was anyone else with the same fact pattern involving women, PLAINTIFF would feel the same exact way that you do. PLAINTIFF can point out all of the other women PLAINTIFF had consensual sex with prior to submitting this addendum where PLAINTIFF swears to God on his life and soul the way PLAINTIFF treated women like Lauren, Yuri, Yolanda, and Nikki from 2017 to the present are the same exact way PLAINTIFF treated MAXINE JOHNSON/BELL, Bri, ASHLEY MAIDEN, and that evil woman REBECCA WETHERBEE. PLAINTIFF doesn't know what it is about PLAINTIFF that, somehow and PLAINTIFF swears to God on his life and soul, PLAINTIFF manages to attract a subset of women that are psychotically manipulative or have major emotional issues that PLAINTIFF tried to help, fix, and rescue them; and PLAINTIFF has been trying for his whole life to escape the clutches of this particular subset and type of psychotically manipulative evil women all to no avail--they exist and they love to torment PLAINTIFF. It is either the previous facts or law enforcement coercing them into acting that way, because, law enforcement was, literally speaking, hell-bent on getting me, which would only upset me further.

In hindsight and in my opinion, US Intel knew they couldn't admit what happened into Japan as evidence since it was so maliciously obtained and tainted in Court based on the facts so I firmly believe in my soul and heart someone from the DC bubble and US Intel had talked to Ashley Maiden and prompted her on what to say to me for them to obtain evidence to utilize against me (in order to establish a pattern of behavior to falsely label me as a predator). Ashley Maiden never gave an answer to that question that I posed to her in the text message. I would not be surprised if Ashley Maiden received money to say things against me so that Justice and FBI could fabricate evidence to use against me at the behest of Hillary Clinton to prove what "happened" in Japan.

After that, ASHLEY MAIDEN and PLAINTIFF stop talking for a little bit and then we had a fight around October 2015 concerning disability issues. So PLAINTIFF became a whistleblower for someone abusing the disability system (which is one of the reasons why PLAINTIFF thinks he wasn't prosecuted in Fall 2015 in addition to good DOJ attorneys). The following is an email chain between TRACY BLANCHARD and PLAINTIFF concerning ASHLEY MAIDEN:

Miki Kotevski <miki.kotevski@gmail.com>

Mon, Oct 5, 2015, 10:44 PM

to Tracy

this e-mail is confidential.

Tracy,

I got a problem and I dont know what to do. There arent many times that things offend me, but this does. So there is a 2L at school that may file a request for extended time this semester. I have four levels of anger, annoyed, irritated, upset, and pissed off level, and right now, we are at the pissed off level, which for me is a damn rarity. The reason why I'm pissed is that she Cali'd a class during the summer (cali'd means that she had one of the top two scores on the final in the class) under **normal testing conditions** and now, she is on the verge of requesting extended time this semester. I specifically told her (I have proof of all the following) that extended time is there to level the playing field for everyone whereas she specifically stated her reason for requesting additional time was to get on the "same playing field of two particularly smart students(names withheld)" at the school. I specifically elaborated the difference in that attaining the same level playing field is there because of a specific medical condition and not because she wanted to be on the same intellectual level of those students and would exploit her 'disability' in order to do so. I told her I wasn't going to report her (to the law school), but did tell her that if she goes through and gets the request that I'd never talk to her again. I also told her how detrimental her actions are against those who truly have disabilities and how she'd be making a mockery out of the system for her own personal exploits. Her first name is Ashley, I dont know her last name, I think it is maiden.

Like I said, I dont know what to do, I dont want to report her because I said I wouldn't, but is there anything we can do to prevent that abuse of the system?

Tracy Blanchard <tblanch@lsu.edu>                                    Oct 5,
                                                                     2015,
                                                                     11:35
                                                                     PM

to me

She has to show proof of a disability to gain extended time.  Did she knowingly tell you she was trying to get extended time by pretending to have a disability?

Miki Kotevski <miki.kotevski@gmail.com>                              Oct 5,
                                                                     2015,
                                                                     11:48
                                                                     PM

to Tracy

she has a disability, but that isnt the point. the point is is that she doesn't need extended time. she was taking medicine for her disability and unde**r normal test time conditions**, **she can earn a grade that puts her in the top two of the class**. the problem is the reason why she is doing it. she isnt doing it because it is medically necessary (like for me, my writing disability was one of the major reasons why I did so poorly my first year and I needed the time to get on the same level as everyone else) whereas she can do fine without extended time and is only doing it so she can be on the same intellectual level of two very smart students. she is gaining the system in order to get

better grades when she doesnt need extended time (based on the fact she cali'd an exam under normal conditions).

Side note: one of my videos from Tokyo has gone viral within the last ten days and it got over 360,000 views over the last ten days. I added subtitles and everything. https://www.youtube.com/watch?v=E6CcUj2mDbI

Miki Kotevski <miki.kotevski@gmail.com>

Oct 6, 2015, 12:06 AM

to Tracy

It's not the issue of her lying about the disability; it's an unfair advantage she is gaining at the expense of those who truly have a medical disability that require extended time. I dont understand how a person who was taking medicine for her disability during the summer, earned a grade that put her in the top two of the class under normal testing conditions, and then claim she needs extended time because she feels mentally inferior to two other students and wants "to level the playing field amongst those two students" and not everyone at the school. Do you understand what I'm trying to describe?

Tracy Blanchard <tblanch@lsu.edu>

Oct 6, 2015, 8:50 AM

to me

Yes, but again I don't have any background on this student or what her issues may or may not be. I would really like to know if she is telling people that she is going to pursue accommodations based on something feigned. I understand your overall anger and we face this every day. It undermines all that we do. It is very disheartening but you cannot let it diminish what you have accomplished.

**From:** Miki Kotevski [mailto:miki.kotevski@gmail.com]
**Sent:** Tuesday, October 06, 2015 12:07 AM
**To:** Tracy Blanchard
**Subject:** Re: disability issue with other student

Miki Kotevski <miki.kotevski@gmail.com>

Oct 6, 2015, 10:06 AM

to Tracy

I just wanted to give you the heads up on it as the deadline for the request of extended time is within the next ten days or so. I'll send the screenshots from the conversation that woman and I had so it's on file.

--Miki.

Tracy Blanchard <tblanch@lsu.edu>                                                    Oct 6, 2015, 10:47 AM

to me

Thanks.  Miki, you are a great student and I know you can do very well.  Focus on you!!!!!  I don't like the other things happening either, but you are more important than that.

The point being, the FBI couldn't retaliate against me at this time (Fall of 2015) because it would have constituted retaliation for reporting an abuse of the disability system.  It is my opinion and based on hindsight, that someone in the FBI told Ashley Maiden how to text me the following morning in August 2015 to have them label me as a predator that engaged in the same pattern of activity.

"However, the line must be drawn where, as here, a government agent lures the unwary innocent and then implants a law-breaking disposition that was not theretofore present. In such cases, the government takes on the unwholesome appearance of the consummate manufacturer of crime. The continuing vitality and integrity of our "government of laws" would be imperiled if we sanctioned the manufacturing of crime by those responsible for upholding and enforcing the law." *United States v. Lard*, 734 F.2d 1290 (8th Cir. 1984)

Minimum amount of damage deriving from *The More Things Change, The More They Stay The Same Way*: $ 1,000,000
Treble Damages: $3,000,000

# Total Minimum Damages: $34,187,430,000+

# What Saved My Life.

   In May 2016 I just couldn't hold my pain in anymore. I mean I'm not lying to you when I say I absolutely could not hold my pain in anymore because it literally started bubbling out on the exterior of my face (see pics below from early May 2016). I had never developed acne like



that until May 2016. Furthermore to describe the emotional condition I was in early May and Middle May 2016, I sent Professor Brooks on August 2nd, 2016: "I really did think when I took my last final last semester, my career at school was done. Go ask Tracy Blanchard at disability

services the complete emotional fucking disaster I was the last few times I saw her and how I really really did feel and believe I was finished at LSU Law. Also, I talked to two different students about it. I found some ways to deal with the trauma I experienced and I was doing okay until the first day DA Moore did what he did and that automatically made me relive what I went through in both April and May."

This is how the incident began. In January 2016, LSU came out with code of conduct rule 5L. In late January 2016, I talked to the student government to express my concerns about the unconstitutionality of 5L. Then I'll let this excerpt from an email I sent provide the factual history:

Let me set the factual record straight. I'll never condone the usage of some words in some contexts where I wholeheartedly agree the person that said a certain word in a certain context absolutely deserves to "get knocked out." THE WHOLE AND INITIAL REASON WHY THIS CAME ABOUT WAS BECAUSE OF 5L'S <u>TEXT</u>. *This is to the best of my recollection as of March 28th* about the events that took place between Jan 19th and Feb 6th. First, 5L was implemented. Then I sent a very calm and civil e-mail to Dean Corbett and Dean Carroll on Jan 19th voicing my concerns. I never received any response back from them on that. Then I posted the civil 'starburst' flyers *only on their doors (maybe dean diamond as well*). I never heard anything back from them. Then I sent another civil e-mail on Jan 25th with Professor Sautter and Church that included only one provocative point that I will never apologize for—when someone equates <u>microaggressions to be on the same heinous level of violence AS RAPE</u> (even I agree that person should be allowed to say that and not be punished for doing so, and with that, all of the scorn conceivable for equating microaggressions to rape). <u>I heard nothing back from them.</u> In that time, I also sent a snarky e-mail to show how susceptible to abuse 5L can be when a chancellor candidate said an innocuous statement in an open forum. Mind you, I was the one that suggested in a town hall meeting to allow for the open forums for students and faculty alike to assess the chancellor candidates.[679] <u>Then I posted the *9to5 Theses* because *I was left with no other option from an administration that wouldn't take the time to send a single response back*.</u> Even after I posted the *9to5 Theses*, I actually calmly, respectfully, and reasonably talked even into more detail of the issues I had with 5L (that I purposely included Dean Corbett and Dean Carroll in the email conversation) with Professor Richards, and I still did not hear anything back. Ask Professor Richards yourself if you don't believe me, I was even willing to settle for an *unconstitutional* compromise for the school with 5L-- I heard nothing back. I was

---

[679] I come up with an idea and then the school utilizes it.

CIVIL from the beginning. Let me ask, if you had a client that paid **over $100,000** to your firm over the course of three years and a client sent at least SEVEN opportunities to hear something back from you over the course of at least two weeks, you would professionally and civilly expect a minimum of ONE sentence to be sent back, right?

I was/am always willing to work with the administration, but then I had to very slowly start to raise the pressure. Not because I had any remote desire in doing so, but because I didn't get any reasonable form of respect from the administration. I'd totally understand and absolutely agree if I started off *9to5 Theses* from the very beginning that wouldn't be acceptable, but the FACTS are the complete opposite of what I did. BASED ON THE FACTS, why should I ever believe the Code of Civility would be something that is conducive and beneficial where I acted with the same standards set forth without ever having to resort to *the 9to5 Theses* when I couldn't get a single ounce of *decency* or civility deserved after paying more than $100,000 to go to school and by having the administration say: got your e-mail, saw your flyer, I will address this later, or anything like that. I got so frustrated offering opportunity after opportunity after opportunity for Dean Corbett and Dean Carroll to respond to my concerns with at least SEVEN opportunities within two weeks, I sought to file a declaratory judgment in court (but changed my mind not to while I'm still enrolled in school) is when I heard something back from Dean Corbett. ***Why is it that I had to go through being civil, to uncivil, and then to seeking a declaratory judgment JUST to get a response back?*** If civility mattered at all before, why did it take so long and under such extreme circumstances to hear anything back? I absolutely would have never resorted to such drastic measures if the code of civility was the standard the administration adheres to when it comes to responding back to people who have legitimate concerns seeing how I pay them to represent MY CONSTITUTIONAL INTERESTS AS WELL. Is paying over $100,000 not enough to warrant a response? Even if and when I have the epitome of a scumbag client and if they try to get in contact with me at least SEVEN times over a 2 week span, anyone still deserves a response--even if it is just "I'll get back to you." Let alone my standard of talking to them and addressing their concerns in a civil, but distant, manner because they are human too.

In the course of the Free Speech battle against LSU Law, LSU Law finds me guilty of sexual harassment in the first two weeks of February 2016. They do not specify who I committed a Title IX violation against; they don't specify the incident they found me guilty of. For all intents and purposes, it is just a finding of guilty of some violation that will be used against me.

Justice and FBI could fabricate evidence to use against me at the behest of Hillary Clinton to prove what "happened" in Japan, so they could use the evidence that my school found me guilty of sexual harassment to use against me to falsely label me as a predator.

Part of my frustration that came from Spring 2016 was the fact that I literally gave law school professors case law and text from cases that verbatim legally proved why 5L was illegal and unconstitutional. I want to repeat that again. I literally and legally demonstrated to law school professors and the law school administration that what they did was illegal and unconstitutional. It's their actions that made my frustration worse. Throughout my two 1L years and 2L year, what I knew is that you have to have the proper respect for the law. That in the course of teaching the law, the most basic and simple lesson that should be learned is *that no one is above the law,* especially law school bureaucrats and administrators. I learned that lesson, understood that lesson, but the very same people that spent so much time teaching that didn't really believe it. It was the fact that law school professors and especially the law school administration through their actions thought they were above the Constitution. What kind of lesson was that teaching my fellow law school students and I? That bureaucracies and unconstitutional actions by state actors should be *tolerated* because that bureaucracy arbitrarily and capriciously believes they're above the Constitution? Fuck that. That's not a lesson any law school student should ever learn and I didn't go to law school to learn that. And *neither did you.*

On February 11th, 2016 I wrote to Professor Richards in regards to the April 4th, 2011 DCL:

Miki Kotevski <miki.kotevski@gmail.com>                                    Feb 11, 2016, 7:39 PM

to Ed

I dont expect you to answer to the following (i'll let you know when I do), but these are merely my impressions that I would need more facts to substantiate, maybe they're correct, wrong, or some combo of the two, but I'm not going to let it concern me or the administration anymore because I actually need to fucking graduate.  This would be exactly like if we had a conversation we had at a bar (which we couldn't do because of conflicts in our schedule), just shootin' shit and *I have the expectation for the both of us that absolutely nothing said here leaves this conversation between you and I*, and we continue to be merry, continue our academic careers, let the DoE and administration to continue to do it's thing, and know what I'm about to say may not be reflective of the school in any manner. Based on that letter and the circumstances revolving around the school, this is the impression, not factual assertion, just impression and shouldnt be regarded as anything else but as an impression that i'm more than willing to find out more about if the right circumstances arise (but I dont think that will be so).

There is a major uncertainty revolving around the financial situation of our school because somebody bet the price of oil was going to remain above $75 per barrel, the rapid descent of quality of applicants and lowered ranking because of the money issue and law school not being a feasible choice to applicants, the school held out too long for standing up for the law and caved in that egregious pressure by the OCR completely disregarding the law and entrenching

themselves in bureaucratic bullshit on some sort of power trip of either just power tripping and/or social justice warrioriness because that is currently "what's hot and progressive" in the social world,[680] the school not having any resources to fight off an attack from the Department of Education and a very realistic probability of losing more money from the Department of Education if they continued to be a hold out, the Ken-Barnes and/or other related incidents,  Former Chancellor Weiss probably prohibiting any implementation of 5L because he understood the First Amendment abridgment of it with it's currently phraseology, kicked his ass to the curb because ***many in the faculty believed the value of standing up for constitutional rights*** ***was nowhere near the value of fighting and standing up against the Department of Education, OCR, and other stupid fucking fads and social pressure that are unbelievably more racist and cause more problems but have to be done to seem progressive to allure students to the schoo***l, Cheney Joe the last hold out died and maybe i'm reading too much into it and this is the part of me that is still dealing with his loss, but even he knew from before because i'm assuming that when he was here (may god bless his soul) before my time at the school and ken barnes' time at the school *the overt oral racism was far worse than it was today* at the school and there is the idealistic part of me that hopes that *maybe cheney joe knew you cant stop hate by implementing unconstitutional rules* in the code of student conduct at the law center, and it was only after showing Weiss to the door for being too stubborn and not caving into the OCR, social, and financial pressure of addressing incidents like Ken Barnes, and Cheney Joe passing away is when 5L got implemented.

It won't be changed for a while because it's easier to kick out a student for being posting--falsely labeling mind you-- "offensive and harassing material" even though all the fucking shit he posted was constitutionally protected speech and that student is absolutely fucking livid--and ashamed of the standards the administration is putting out even though he knows the administrators are much more capable of what their draftsmanship reflects--, livid about the vague intent requirement (due process violation), the applicability of the rule to outside situations and was only written that way because of the shit that was happening in page 3 (#4 and #5), the vagueness and plurality of person(s) and student(s) to cover the school's ass even though that fucking violates cohen v. california, and the wisconsin case that effectively dictates stare decisis applies because they are the same damn facts and language and it doesnt matter if it is a district court decision, and all of protesting and the correct legal analysis of the fighting words doctrine and 1st amendment cases doesnt fucking matter because OCR is fucking tripping and with the failure of the school to provide any meaningful context or actually releasing any information pertinent to the implementation of 5L, doing so would effectively provide fuel if the OCR and DoE who probably are extremely comparable to a pyromaniac version of: https://i.ytimg.com/vi/2q3pS9TJqhU/maxresdefault.jpg   (from who framed roger rabbit)    sets fire to our school, and that student's pressure is putting the school between a rock and even a harder place even though that student has standing to sue because of not only is there a reasonable fear of facing punishment for protesting (chilling effect) the rule, but has effectively

---

[680] I'm making this footnote for me and some people that may be reading this later that demonstrates my 2e skill of extraordinary perceptions and/or abilities in one or more areas: "egregious pressure by the OCR completely disregarding the law and entrenching themselves in bureaucratic bullshit on some sort of power trip of either just power tripping and/or social justice warrioriness because that is currently "what's hot and progressive" in the social world." OSI.

been told not to post any offensive material[681] (censorship), and the school has no idea how to react because that student's creative ability to push the fucking line, connect concepts like Dolly Parton to Martin Luther, and raise hell to such an unfathomable degree over the constitutional abridgment of guaranteed rights is remarkable ***and the administration is praying to God his furor over the unjust implementation of 5L stops because even though he is accurate on his legal analysis THE VALUE of fighting for rights doesnt matter when the school is in financial free fall facing threats from the super capricious DoE***. That seems to sum it up for me. ***That student will stop*** **because it is what is best for the school only since they gave that student a chance to come back for the second time and actually having a professor talk to that student about his concerns and not because that student would ideally want the school to grow some fucking balls and stand up for what is right because rights dont mean shit if you arent willing to sacrifice your best interests for them.[682]**

Okay now you can respond.

What can we do to ensure constitutional rights are not abridged within administrative world.


Richards, Ed <richards@law.lsu.edu>

Feb 11, 2016, 8:26 PM

to me

What can we do to ensure constitutional rights are not abridged within administrative world.

You need to add the second assumption – without destroying the agency's ability to protect the public's interest. Otherwise you just use the libertarian approach and say that we should not have government. My answer is the same as this morning – either trust us to be good actors or so constrain us that we do nothing.

The state's financial problems are only a little bit about oil and a lot about cutting taxes below sustainable levels. It started with Blanco, but really got underway with Jindal after Katrina. He pointed to the huge budget surplus and get taxes cut to eliminate it. Of course it was the federal pass through for Katrina rebuilding and when it went away, we had a $1billion or better hole in the budget.

The school's problems are largely financial. 8 years ago we were the low cost player in the market because we had about 2.5x state money. That meant we had lower tuition in the market

---

[681] Not to post any offensive material such as Dolly Parton's 9to5Theses—"Examples of hostile environment harassment include derogatory posters" that is a *cue* in the environment in which "any opinions so formed were conclusion as to facts, and not merely an underlying philosophy or a crystallized point of view on questions of law or policy that has an individual decision maker who made public statements that demonstrated that she had prejudged the facts"

[682] I'm just going to leave this quote here: "rights don't mean shit if you aren't willing to sacrifice your best interests for them."

and that let us recruit good students from both in and out of state. As the state money disappeared and the legislature raised our tuition, we became the highest cost public law school in the market, while the private schools started matching our offers to out of state students. They could do this because our out of state tuition was close enough to their level that they could match it and our scholarship offers and still make money.

Out of state students just did the math – they could go to better ranked schools for the same money as LSU. We did not want to drop our admission standards too much because we do not want to go back to flunking out a bunch of students, which was out secret sauce for high bar pass rates before we had admission standards.

Get yourself graduated and quit worrying about this. For the near future, all of us will be focused on keeping the doors open and not 5L.

Miki Kotevski <miki.kotevski@gmail.com>                                          Feb 12, 2016, 1:23 AM

to Ed

I'm going to tell you a story, it happened in 2012 (with relevant context info provided), it has a very important point, just hold on.

I drove a VW Jetta with Illinois license plates in Macedonia (grandparents live over there and it was their car). One out of every maybe 4 or 5 times I drove, I got pulled over for Driving While American. What would typically happen is that a cop car would be sitting on the side of the road, a police officer standing outside his car (no lights or anything, just a parked) with a walkie talkie in hand specifically looking for foreign cars with foreign license plates because that is their primary source of revenue. What would be a jackpot to those officers is seeing a car with american license plates, which is completely 100% legal to have over there. There is a very common stereotype that most Balkaners have of Americans--that all americans have the same intelligence of an average walmart shopper and quite literally are stupid rich. So about 50 meters or so ahead, another cop car would be parked with a police officer having a little sign waving you to pull over.

One time, probably one the most memorable, saw a cop with a walkie talkie, his face glowed with glee when he saw me and my car and I immediately knew i was going to get pulled over. Sure enough, 50 meters ahead, another cop waving me in. The officer knocks on my window, and in purposely broken Macedonian, say to the effect of "sorry, english only" and then I get out of car. That officer's face also glowed with glee. That officer got his walkie talkie out and said in macedonian "we got a good one, come here. he only knows english." Sure enough, that first cop car pulls up and he gets out. The officer informed me that the reason why "he stop me because your car has no macedonian license plate, not okay to have american license plate in Macedonia, only okay to have macedonian plate only. It is very big problem where we take car and you (points at me) to jail." I faked looking shocked, waited about five seconds, and then saw a car with german license plates passing by, jumped up in the air, shouted at the top of my lungs

"Gerrrmmmannnyyyyyyyy" (in Macedonian), then pointed at another and did the same and shouted "Serbbiiaaaa", and I did not stop this for the next minute pointing and shouting the corresponding countries name to that car's license plate. The officers were shocked and silent, more dumbfounded than anything. I said some angry things that called them out on trying to rip off americans, and got in the car and left.

How does that involve me you're asking. good question. People are the same everywhere. the thing about that story is that it involved governmental actors in some capacity or another, sure their "purpose was for the public good" and the public order, the thing is they were not really accountable for their actions. They knew they could consolidate and enlarge their power based on the ignorance or apathy of the people and are rewarded only for fulfilling the needs and interests of their organization and not the people's interest. Based primarily on those experiences, I dont give a shit about intention, I only care about capability and actions. My automatic bullshit detector red warning alert goes up when it comes to the actions of people that have no sources of accountability that implement rules that are vague, written by incorporating the text of DEFUNCT LEGAL CONCEPTS[683] (can you imagine putting the 18th amendment back in the code of student conduct in LSU, same principle involved). People are prone to abuse and I dont have the faith that even based on the current craziness the DoE is implementing, that particular craziness won't spill over and will require the school to punish someone under 5L with that rule being available. Its exactly like cops who say they need MRAPS and Military Gear because of "terrorists", and assure people to trust them and wont use it.but actually once they get it they'll use military gear against citizens in situations where the use of those would never be warranted because those cops have the attitude of "fuck you, we have that shit available to us, thats why we'll use it whenever we see fit." we just had a good faith belief it was there to protect the people's interest.

See I overcame three language disabilities. I DIDNT HAVE THE ABILITY TO EXPRESS, *I HAD TO EARN THE ABILITY.*  Do you know what it is like not have something so important as having the ability to express yourself. I want you to experience this. For two days during this upcoming weekend, let alone being a child who couldnt, do not communicate at all--neither in verbal or written form, just physical gestures (no sign language). Just try it, see what it is like. See what no one can really fathom and where I'm coming from is that where it took you say five minutes to learn a word, it took me fifteen minutes to do the same.  I specifically had to pay attention to every single word, take more time to process what that word meant, and then consider the context, and then make sure a sentence actually contains the proper structure and organization that would make it a sentence.

Why I am still so fucking frustrated with you and the administration and a huge source of my furor is the word person(s) in 5L. Do you know that I find it demeaning as shit (ironic I know) not only to me, but to everyone in the administration that I have to provide a dictionary definition for the word person http://dictionary.reference.com/browse/person?s=t, it is figuratively driving me insane of how any law faculty can say with a straight face that "persons" doesn't mean everyone. if person means human being, how persons wouldnt be human beings and how the hell

---

[683] You know defunct legal concepts like whoever uses or utters any obscene or licentious language or words in the presence or hearing of any female is guilty of public indecency because the crime is complete when certain language that is obscene or licentious per se is uttered in the presence or hearing of a female.

the reading of 5L wouldnt be: knowingly communicate to any specifically identifiable human beings. Do you know I found it insulting as shit for you to even suggest that human beings can be argued to be the same as the singular version of saying student, faculty, or staff member at the law center. Its so fucking insulting because there are over 7,000,000,000+ human beings in the world and less than 350 or so student faculty or staff member at the law center, a difference of at least 6,999,999,650 people and even though I was ready to compromise and say that somehow 350 or so people at the law center is the same as the singular of ONE person, (directed at the hearer as per Cohen v. California), not a bloody seven billion people in the world. Thats when I ask, am I being unreasonable. Am I being unreasonable in seeking a compromise that still violates stare decisis and would leave the administration alone. Actually I am, the most reasonable thing is to have the administration follow stare decisis because no one is above the law.

Let me ask you, be honest. how good would a lawyer be if they were told to have faith in something when that something: mislabeled speech and thoroughly failed to actually address constitutional concerns of someone that clearly gives a damn and was censored, says the capricious distinction of not actually prosecuting anyone yet is important even though its new (same type of logic was argued by the state of CT in griswold v CT, not acceptable that because it may not be used but merely having it makes it unacceptable),  insults the intelligence that any reasonable person has in reading the word "persons," having ulterior motives for implementing 5L because it is wildly clear 5L wasnt meant to safeguard the rights of others because if they were told that trying to repeal a rule that is unequivocally unconstitutional that the lawyer's "rights of expression are not protected under the First Amendment without regard to the rights of others" and never once explicitly mentioning the truth that everyone has 1st amendment rights without regard to what a few racist or offensive assholes have said because of
their ignorant racism or hatred. I mean jesus christ, puppy crushing videos are a-okay on scotus precedent, but we're going to draw the line of puppy crushing videos, nazis marching through a predominantly jewish town, protesting a soldiers funeral as being more deserving of first amendment protection than demeaning any specifically identifiable human being that a student whom overheard it could construe as demeaning that could lead towards fisticuffs for that specifically identifiable human being in the world? come on.

I dont care about an open door policy, the only damn thing I care about is how the administration can continue to justify its decision with the reckless disregard of stare decisis and phrasing the issue of hindering the ability to protect a public's interest without actually acknowledging how their actions dont take into account stare decisis and the law and how the law and SCOTUS precedent ARE THE VERY DAMN THINGS THAT TAKE into account of how one should deal with protecting the people's interest with their fundamental constitutional civil rights. I hold no person(s) entity to be above the law. I am a libertarian (surprise). Apparently I'm crazy for thinking law school administrators need to be held accountable under the same laws they teach students in their classes. I'm just so fucking done with this. literally going to drive me crazy if I keep talking about it.

You think about law like is physics or engineering. I understand that, I came from that world before I got into law. It took me a long time, long past law school, to accept that when we say the law is not about truth, we mean it. It is a political, cultural process. You cannot create good behavior with rigid rules – what is the old saying, due process will be rigidly observed in Hell? Your story illustrates the point – if the culture supports improper behavior, behavior that is against the rules, the rules do not matter. Rules can work at the extremes, but the extreme in this case is that we do nothing. That letter I forwarded you gives a sense that the law schools are resistant to the DOE craziness. It is not in our culture to do this particular wrong thing and that is the best you get in the real world.

You have to get past thinking that law is like physics and the law and principles drive the system. You will not do a good job for your clients and when you want to fight for something, you will be less effective. It was very frustrating to me when I was in practice and was one of the reasons why I left practice for teaching.

Read Clarence Darrow's autobiography. He was brilliant lawyer who fought for rights of anarchists and murders and some good people as well, but he was a complex and interesting man. He understood how to make the system work for his clients, while having deep principles:

http://www.amazon.com/The-Story-Of-My-Life/dp/0306807386

--------------End Emails

I will say that there are certain scenarios in which the police using military gear is appropriate, but they are so rare. It is obviously a great and necessary thing for cops and police to maintain public order and to prevent acts of terrorism. From this set of emails and another one I sent to Tracy, I wanted to stop the escalation in late February 2016 and two people most definitely knew I wanted to stop the escalation, but I was brought right back into it in March. Like I said in the previous string of emails, one of the things that bothered me the most was that whatever is being thought on college campuses eventually makes it's way into the "real world." So that lesson of learning to be *compliant* and _tolerant_ of bureaucracies and unconstitutional actions by state actors because they (and the bureaucracy) arbitrarily and capriciously believe they're above the Constitution eventually makes it's way into the real world.

I sent Tracy the following email

Tracy,

I hope you are doing well. I'm doing so-so right now. Just as a heads up, I may have to get an operation in April, and if I do, I'm going to be on the verge of that limit of allowable absences at school.  That is not the primary reason why I'm writing to you. This is going to take a while to explain, so bear with me because it has been really troubling to me.

In Jan of this year, the law center passed a rule that was added to the code of student conduct, Rule 5L. I've been protesting the hell out of the rule because it really is unconstitutional: violates free speech (which is what I was arguing for a long time) and then I was doing research because someone at school said it was made to supplement the sexual harassment policy and I wanted to see how 5L and the sexual harassment policy at the law center/lsu interacted. Side note: yes I wont let this distract me from my studies J

When it comes to these type of things (sexual harassment), it is a title vii or ix violation. And since it would be a title violation, the Department of Education's office of civil rights (OCR) is involved. Basically the school has to implement what the OCR says.

Former LSU Professor Buchanan is suing the school for violating her free speech rights because of the sexual harassment policy at LSU. Her lawyers said this: LSU's policy defines sexual harassment as "unwelcome verbal, visual, or physical behavior of a sexual nature," mirroring the language of the sexual harassment definition propagated by the U.S. Departments of Education and Justice in 2013 as "a blueprint for colleges and universities throughout the country." Here is the link for the blueprint. http://www.justice.gov/sites/default/files/opa/legacy/2013/05/09/um-ltr-findings.pdf

But how does this affect Disabled people? Perfect question! OCR also sent this letter to every school http://biotech.law.lsu.edu/blog/colleague-201104.pdf, in 2011, and since LSU is a college, they received it. The Department of Education Office of Civil Rights is telling LSU based on that letter (which is still valid) how LSU should treat disabled people when it comes to any title violations. If you read on the first page, it says this sentence: "An individual also may be unable to give consent due to an intellectual or other disability."

It makes perfect sense to read that sentence in two ways because of the inclusion of "or." First way: an individual also may be unable to give consent due to an intellectual disability (they changed mentally retarded to intellectual disabled right?), obviously, mentally retarded people are unable to do that so I wholeheartedly agree. Now here is the issue. The second way is: **"an individual also may be unable to give consent due to an other disability."**

Tracy, forgive my lack of filter here, but gender doesn't matter here. If I heard someone whom I was about to have sex with say "I may be unable to give consent," I would run butt naked out of that door so quick.

The thing is Tracy: **nowhere** within that letter or any consequent letters is "other disability" explicitly defined. The only thing that came close to defining it was when the letter from 2011 cited a study  http://www.bjs.gov/content/pub/pdf/capd08.pdfon page 6, Table 11, that came

close to defining what exactly other disability meant. Since this obviously involves federal rights, maybe a good way to define "other disability" is any other disability that isn't intellectual disability that is recognized by the Americans with Disabilities Act.

The thing that upset me the most is the implications for my friends and those I love down here. Anytime a man smacked me in the butt while playing sports, I may not have been able to give consent and that's sexual assault. Anytime I got really excited and give a woman a hug (that good bear hug where both bodies press together) and because I may have been unable to consent, department of education ocr says that friend sexually assaulted me because I felt her breasts against my body when I didn't consent. Tracy this is madness. I cant think of any other way to start modern eugenics than this way. This is so damn discriminatory its not even funny. How many people are qualified under the ADA at LSU that had sex with fellow students? Even though both parties were sober and verbally consented, Department of Education OCR says that is rape because there is no damn way to know if someone "may have been unable" to give consent because of an other disability. Who in their right mind would  ever risk being permanently expelled if they knew having sex with someone who is disabled would constitute rape?!

I have been unable to stop shaking thinking of the implications of that and how it would ruin anyone who saw a person for who they truly are beyond their disability.

But don't take my word for it: when LSU's sexual harassment policy defines these actions as being ones that warrant a hostile place, there is a major cause for concern: as *unwelcome touching,* discussion of any feminist art (display of sexually oriented materials) that protested women being depicted only as objects in photos, as constituting sexual harassment, and just add on top of that consensual sex with a disabled person who may have been unable to give consent, holy shit, I'm fucking freaking out because there is absolutely no way that is acceptable.

--------------End Tracy's Email on February 19th, 2016.


I also sent Tracy this email on February 23rd, 2016:

Miki Kotevski <miki.kotevski@gmail.com>                                    Feb 23,
                                                                            2016,
                                                                          5:40 PM

to Tracy


I just want you to know I expect this to stay between us.

It is really serious. My cholesterol levels are really high, I'm on the verge of developing cirrhosis of the liver because of how fat I am, and close to becoming diabetic. I may have to get either my stomach stapled or have 80% of it removed. I've been trying desperately to lose weight because I really really dont want to resort to either getting it stapled or removed. My insurance ends on April 28th of this year, gotta love that age 26 limit, so i have about two months left of insurance. Here is the thing, Tracy, I'm being dead serious (pun kinda intended?), I'd rather crawl ghost face

white into class because I absolutely do not want to give the law center an excuse to kick me out. Let me explain.

I gotta let you know surrounding details to make sense of everything.
You know how I had to work hard to change so much to get where I am today right? Sidenote: you ever see this: https://www.youtube.com/watch?v=QnengDT0vVA , it is a video i made for two reasons because I know potential employers are going to google my name. First, Primary Reason: no matter what I will do to try to hide it, I am disabled, a deep internet search can reveal posts of me helping people by letting them my story and how I am disabled. So this means since it is out there on the internet, its up forever-- so I'm just going to show what I did can be a really good positive thing for an employer.

But back to it.
So I had to work hard and do things to make change happen around me right. Figuratively, personally, and literally, the last year and a half has been killing me because I havent been doing any type of change (good kind). I gained a lot of weight, and just not happy. Then I watched the Japanese movie called *Ikiru.* The protagonist, a bureaucrat, develops stomach cancer and is given 6 months to live. I'm not going to spoil the rest of the movie, i highly recommend you watch it http://www.rottentomatoes.com/m/ikiru/. The protagonist came to realize that for the last 20 years, he was busy for the sake of being busy. Thats exactly what I felt for the last year and a half. Based on where I was going health wise, can you imagine how much worse it would have gotten? Before I say anything else, I am okay, I promise you, if it ever got to that point, I'd check myself in and start going to psych services--kind of close, not really.

So i've been thinking a lot of where I am and what I am doing--prioritizing whats the most important for me health wise. I look at it this way: since I dont have a time machine, there is no reason for me to regret things because if I regret things always, it's as though I think i can still change something that happened in the past. If i'm not happy doing what I think is best at this moment, then why am I living life then? So I've been pushing hard, really conducted myself in a questionable manner by posting flyers, protesting the implementation of the new rule the law center put in. I just will distribute one more flyer because we're almost in March, it's going to distract me from studying and prioritizing school. Whatever work I'm behind in now, I will catch up on during the weekend when I fly out to chicago on thursday (to go see doctors).

I'm okay I promise.

--------End Email

I sent the following email to Professor Richards on February 25th, 2016:

Miki Kotevski <miki.kotevski@gmail.com>                     Feb 25,
                                                            2016,
                                                            3:24 AM

to Ed

I wanted to ask your opinion on something, let me know what you think of it.

--MIki

There will be crude jokes, i was originally writing this and thinking about distributing to the students, but it wouldnt work because the harassment policy compared to the undergrad campus and the law center's are different. Umm I know this is only applicable to the undergrads, but I'm more curious to see if I started to fully understand everything and if I understand the real life consequences of what I learn in class. Actually it is really hard for me to understand something if I cant see it in practice you know.. you saw some parts from before. *this stays between us*, but mainly, I just want to see if i understood the administrative law aspect side of it.

**TITLE IX, The Disabled, and Sexual Harassment**.

Things I need to mention: I have to acknowledge this really puts me in a precarious position of trying to protect the disabled, but also protecting friends and family. It'll get really paradoxical. The problem with really super vague but well intentioned rules are the susceptibility to how likely they'll be abused for ulterior motives. Most importantly, *my criticisms are only attacking*: the ambiguity of the text concerning the disabled and consent when OCR issued directives to schools without any clarifications, OCR only using "a more likely than not standard" which even feminist law professors have critiqued, and OCR disregarding Supreme Court Precedent in Davis v. Monroe County School Board concerning Title VII Harassment and the implications of doing so.

The Department of Education's Office of Civil Rights wrote a Dear Colleague Letter on April 4th, 2011 (hereon: *the letter*). These letters are not actual "law." Schools are essentially forced to follow the DCLs text verbatim so as not to warrant an investigation and lose federal money because they have to meet those "obligations." It is reasonable to assume LSU and/or the Law Center received *the letter* since the letter was created "In order to assist recipients, which include school districts, ***colleges, and universities in meeting these obligations***..." Just as an FYI: A dear colleague letter (DCL) is an administrative decision not held to be on the same level as a 'law' because it is a *directive*. So notice and a hearing wouldn't apply under 553a. However, a *substantive rule/directive that affects individual rights and obligation*s under *Chrysler Corp v. Brown*, would require a notice and comment hearing. Since the letter was only a directive, not a rule, the so called last line of defense, OIRA, would have not been able to provide any guidance. *The letter's* topic: Title IX and Sexual Harassment policy.

There is a sentence on the first page of *the letter* that struck a very personal chord with me because I am disabled and was in Special Ed. The sentence says: "**An individual also may be unable to give consent due to an intellectual or other disability**." First, I want to acknowledge that first counterargument that immediately comes to everyone mind: "Oh you have to look at it in it's context, it means anyone who is mentally retarded or something like that*, lacks the mental capacity to consent because of their disability*, etc," Let us first grant this counter-argument so I can dismiss it by utterly destroying it throughout. Do you see the difference between: "lacks the mental capacity to consent because of their disability" as compared to "may be unable to give consent due to an intellectual or other disability." What you

did when you initially read my counter-argument is that you agreed with *my explicitly written statement* when *I explicitly wrote:* "lacks the mental capacity to consent because of their disability." You *didn't actually agree with OCR's text*, you agreed with *an interpretation* of *OCR's text* without acknowledging what *OCR's actual text is*. As I'll also show, it is a really really bad idea to trust the OCR to allow them to intrept things the way they see fit for everyone at LSU. Although, my explicit statement and OCR's *the sentence* may *initially appear to be similar*, the major implications ***that arise from*** the ***textual differences is really a big fucking deal***.

The sentence has to be read in one of two ways because of the inclusion of "or." The first way: an individual also may be unable to give consent due to an intellectual disability. From what I understand, mental retardation was switched from mental retardation to intellectual disability within the administrative world. As I'll show later, even this assumption is suspect. Obviously very reasonable to say a mentally retarded person may not be able to give consent. Now, this is where things turn for the worse.

The second way the sentence has to be read is: "an individual also may be unable to give consent due to an other disability." (hereon: *the sentence*). There are two troubling parts: "also may be unable to give consent" and "other disability." I hate the phrase "*also may be unable to.*" I just need one hypothetical for this explanation: If you were making out with a partner, both of you naked, what would you do when your partner leaned in, and whispered: "I also may be unable to give consent..." I sure as hell know I wouldn't be the only one that jumped butt ass naked out of that window so quick and ran down the street shouting "helllll nnnoooo." What we *know* in that scenario is the *interaction between two people* and how that partner did not give clear consent because the content of what *that partner said contained substantial possibilities as to prove doubt in giving consent.* So, you all would agree: *possibilities that reasonably bring doubt into a person's mind if consent was given* really really really matters, right? More on this later. Then in my mind, I said to myself: "calm down, you're just over reacting to the text of *the sentence*. I'm *sure there has to be clarification behind* it because *the text came from the Department of Education Office of Civil Rights and I would believe they would know* how to clarify how and when this applies because *it implicates a lot of different rights*." **Wrong.**

First, I looked for an explicit clarification as to what type of disabilities would be included in *the sentence* when it said "other disability." *There was absolutely nothing that explicitly stated in the letter that clarified what "other disability" meant, let alone actually defining disability in the letter*. Furthermore, not even in OCR's Dear Colleague Letter written on July 25th, 2000 *that directly addresses disability harassment does it actually define disability*. But at the same time, no one within any other administrative agency could have stopped the letter had no notice-hearing, appears to have been drafted all internally, OIRCA didn't overview it, so lite. "If the OCR was not going to define "other disability" explicitly," I thought, "how can I reasonably ascertain what *"other disability"* meant?"

Then I looked at *the letter* itself. In a chronological order, these were the only sentences that *referred* to disabilities: "An individual also may be unable to give consent due to an intellectual or other disability... "Additionally, the likelihood that a woman with intellectual disabilities will be sexually assaulted is estimated to be significantly higher than the general

population." The likelihood statement was cited from a US Dept of Justice study-- Bureau of Justice Statistics December 2010, National Crime Victimization Survey, 2008 Crime Against People with Disabilities, 2008-- concerning violence against the disabled. I excluded the following sentence from an analysis because it discussed if an: alleged perpetrator is an *elementary or secondary* student with a disability," and wouldn't apply here because that involves *minors (we're only talking about adults here)* and *it didn't define disability*.

Before I talk about the US Dept of Justice study, I want to point out the first of two things that really piss me off how the OCR conducted themselves by issuing this directive. This is the first part. In the letter itself, the first part that was brought to our attention that concerned the disabled was a *disabled person's* possible inability to consent because of their status of being disabled. But *to later justify* their reason for doing so *based on gender as to exclude half of disabled people as a whole* citing a study where *that very same study* would have unequivocally gave the OCR a justifiable reason to include just *two motherfucking words* and have the sentence read this way: "Additionally, the likelihood women *and men* with intellectual disabilities will be sexually assaulted is estimated to be significantly higher than the general population" is utterly unacceptable from a department that is supposed to protect the rights of *disabled* people like myself.

Now the DOJ study. If OCR cited the DOJ study, then maybe there can be some clarification. I went to see how the DOJ defined disability. The DOJ defined disability as: "In this report, disability is defined as a sensory, physical, mental, or emotional condition lasting 6 months or longer that makes it difficult for a person to perform activities of daily living. There were six *types* of *disabilities* identified: Hearing (deafness or serious difficulty hearing); Vision (blindness or serious difficulty seeing); *Cognitive (includes serious difficulty in concentrating, remembering, or making decisions because of a physical, mental, or emotional condition.*); Ambulatory (difficulty walking or climbing stairs.); Self-care." Finally, we're getting somewhere! So together, if *the sentence* was read when "other disabilities" is substituted with the DOJ definition, it would be the following. "An individual also may be unable to give consent due to an intellectual or [Insert DOJ's definition here] disability. Furthermore, it is be pretty factually similar if instead of the DOJ definition, you substituted the DOJ definition of disability with the definition of disability under the American with Disabilities Act, the Individuals with Disabilities Education Act, or Section 504 of the Rehabilitation Act.

That can't be the only clarification, you're right. Under the revised guidance OCR Sexual Harassment Guidance 1997, it deals with: cases involving older secondary students, the OCR would consider a number of factors in assessing sexual harassment and if it was welcoming, and one of those factors included disability!

Whether the student was legally or practically unable to consent to the sexual conduct in question...example, a student's age could affect his or her ability to do so. Similarly, certain types of disabilities *could affect* a student's ability to do so.

Ahhhhh damn it. *COULD AFFECT!!?!* Come on!!! We only have two sentences that provides some clarification: "An individual also may be unable to give consent due to an intellectual or other disability" and "certain types of disabilities *could affect a student's ability* to do so." For

instance, legally speaking, we know a student's age can affect consent because there are Romeo and Juliet Laws and laws that explicitly state the age of consent for the state— they are **defined situations**.

Dear OCR: when you say *someone may be practically unable to do something,* you know that is the very definition of being disabled, right? I don't understand why i have to point out something so obvious and why the hell you have that type of redundancy. Here is the Second thing the OCR did to piss me off. What a lot of people assume, and OCR assumed to as well, *is that having a certain disability only affects a person in that certain way*. That is so far from the truth. Disabilities reach so far into realms and areas otherwise not associated with a particular type of disability. Simply, *A disability affects everything*. For instance, a blind person will never be able to *taste a good-looking* dish. Think about it. When you're at a restaurant today, what do a lot of people our age do: take pictures of their good-looking food and post it on instagram/send a snapchat.

Sidenote: No I don't want snapchats of your damn food. Every time you send me a snapchat of food, I'll respond back with the most mundane things ever, like a wheel of an office chair, a twig, or a blank sheet of notebook paper. Those will only be interesting when you build a castle fort made of books in the library whose interior wallpaper is blank notebook paper, the wheel of the office-chair is the door handle, and the twig is a toy for our castle's mascot, Ruffles the Pug—Snapchat me then.

Now back to it. In a scientifically peer reviewed journal article, called, *The plating manifesto(I): from decoration to creation*, the authors argue food that is presented in a visually beautiful way tastes better. Thus it begs the question: can a blind person actually *taste visually* appealing food. When there is an absolute lack of clarification that fails to take into account *the true nature of what it is actually like being disabled* in *any of the directives or guides* the OCR sets forth*,* the effect of doing that is really detrimental to the people they want to "protect.".

**Here is the super fucked up result of this and how this really starts to become *really paradoxical*. I started to incorporate disabilities that are recognized under the DOJ study, ADA, IDEA, or Section 504 into *the sentence.*** Simply, "other disability" in the sentence has to mean any disability recognized by ADA, IDEA, etc because I really have no reason to believe the OCR would ever argue their directives wouldn't cover any disability that is covered under ADA, and especially IDEA and Section 504. **So the results of that: an individual also may be unable to give consent *due to being blind*; an individual may also be unable to *give consent due to being deaf*; an individual may also be unable to give consent due to ADD/ADHD (make a note of this one).**

Some of this can actually make really good legal sense, but not in the way it was intended. How many of you can imagine an hypothetical on an exam where the question concerned did a blind person actually consent when a person didn't adequately describe what their facial features were like? For a real life example, I wanted to use Dennis Rocky and his blind girlfriend Diana Adams in *Mask*. **Don't you dare ruin the *Mask*, Miki, don't you do it (I'll admit I loved the *Mask*. I won't ruin it...that badly)** but after more than 30 minutes on Google, no articles discussing the real life Diana Adams, I was left with: maybe the only way to convey *love is blind* and *true inner*

*beauty is the only thing that matters* was by having a blind girlfriend because it seems *Ms. Adams is not a real person (irony acknowledged from my first discussion on literary characters)*.

This is how everything starts to intertwine. What the OCR concerns itself is if a person **may be unable to give consent** *due to an other disability or* **if the disability COULD AFFECT giving consent**—**not if they actually gave consent or not.** The OCR took out the objectively offensive standard from Davis and any claim is based on the preponderance of the evidence for both Title VII and IX violations on campus. You think the OCR cares about law enforcement? "Police investigations may be useful for fact-gathering; but because the standards for criminal investigations are different, police investigations or reports *are not determinative of whether sexual harassment* or violence violates Title IX. Conduct may constitute unlawful sexual harassment under Title IX even if the police do not have sufficient evidence of a criminal violation." So, it appears any *criminal law aspects of whether or not a person gave consent under Title IX violations doesn't matter*!

How is sexual harassment is based on the OCR/DOJ harassment policy, that LSU implemented: "an *unwelcome* verbal, visual, or physical behavior of a sexual nature." So what are the standards in assessing Title IX claims when it comes to hostile environment? "Specific references to Title VII caselaw, that Title VII remains relevant in determining what constitutes hostile environment sexual harassment under Title IX." So what constitutes a hostile environment under Title VII? In the Title VII context, "a single act can create a hostile environment if it is severe enough, *and instances of uninvited physical contact with intimate parts of the body are among the most severe types of sexual harassment"*); Turner v. Saloon, Ltd., 595 F.3d 679, 686 (7th Cir. 2010) (*noting that "'[o]ne instance of conduct that is sufficiently severe may be enough,'" which is "especially true when the touching is of an intimate body part"* (quoting Jackson v. Cnty. of Racine, 474 F.3d 493, 499 (7th Cir. 2007))); McKinnis v. Crescent Guardian, Inc., 189 F. App'x 307, 310 (5th Cir. 2006).

So what is uninvited mean in the realms of Sexual Harassment Policy? What are the examples that constitute such? As per LSU's sexual harassment policy: "Hostile environment sexual harassment may exist with the following: "unwelcome touching or suggestive comments, offensive language or display of sexually oriented materials, obscene gestures, and similar sexually oriented behavior of an intimidating or demeaning nature."

This how everything together ties in:

How much more severe doubt can you have in your mind about a disabled partner or friend giving consent to: hugging, incidental brushings, listening to any sexual material in class, having sex, overhearing any sexual innuendos, being able to have one of those days where you see if you have a couple of absences left and say fuck school for today because i'm going to lay in bed with my significant other all day when: LSU has an obligation to consider effects of off-campus behavior with no limits as to where that limit ends and that third party permanently ruining your record and your life for sexually harassing the disabled. Think about that shit for a moment. Does whether or not a disabled person actually giving consent even matter even in the situation where consent given was completely unambiguous when that third party only concerns itself IF IT

COULD AFFECT or MAY BE UNABLE TO ?  Remember, disabilities affect everything. I don't like i have to use these examples, but I have to in order to prove this point further:  A naked Anna Kendrick is in a deaf man's bedroom when she walks up to him and mouths "Sex?" and even does: points at him with her pointer finger—> pointer finger into —> opposing hand okay sign—> two thumbs up—the man vigorously, err, shakes his head in approval numerous times.  But to the OCR, being deaf COULD AFFECT GIVING CONSENT because he couldn't hear "Sex."   Furthermore, If I was in the Garden of Eden with Eve, even Satan would say: Look Eve, I know I'm supposed to be the harbinger of inducing you to commit original sin (while gesturing towards me), but even I know thats not worth 25 to Life or being kicked out of school over because he has three language disabilities and if there is anything that could ever affect consent, they are issues in language.

Do you think i'm over reacting? Hell no. This isn't absurd by any means.  Oh lets grant the assumption the OCR and the undergrad administration actually cares about consent. So i'm going to provide illustrative examples to prove why this doesn't even matter.

For these examples, I'm not even going to have to resort to talking about intercourse, *Sex, not dialogue you fools!!! . Actually, it could really good sense just to even limit it to dialogue seeing how former LSU Professor Buchanan (all alleged) got fired for violating the Title IX policy for the following: saying "pussy" three times during a meeting and how an anonymous "student" (author's added air quotes showing major skepticism) complained that Professor Buchanan used sexual terms in the classroom, profanity, and belittling and embarrassing students*. Dear professors, academic freedom is absolutely not valued by an LSU administration seeing how if an anonymous "student" complained about using sexual terms in the classroom and saying 'pussy' led to a tenured professor being fired. May I suggest using food terms when discussing anything sexual so it can arguably at least sound like a Gordon Ramsey lecture.  But what happens if something sounds really dirty but is legally innocuous? "Defendant's prized cock trespassed in to plaintiff's guarded private area." *Rooster, not Penis you fools*. Simply, you're shit out of luck professors, academic freedom doesn't matter.

So *if "inappropriate" speech that included saying 'pussy' is the threshold for violating the sexual harassment policy* and *getting a tenured professor fired*, but really, how does that even compare to the innocuous situation where *a person's private parts* (mind you fully clothed), *touches a person that may not be able to consent due to an other disability*.  As a former Special Ed kid, I know you know I love hugs, so I'm going to talk about hugging. Doesn't matter if it is a woman or man here.

A woman and I hug—either one of those great big bear hugs or that really sincere loving embracing type and not that incredibly stupid side to side "hug" and not that type of hug what I call a house hug: both people's legs perpendicular to the floor, body leaning in at 45 degrees to one another in order to hug-- utterly void of any human compassion. Let us see if it was more likely than not she violated the sexual harassment policy. Oh let us say we both consented: by saying, (I'm sure all hugs begins this way): May I hug you. You may proceed to hug me. That's all you need to know.

So lets consider if it was welcoming and the factors from the OCR Guide in 1997. Were there any witnesses? Maybe, if there were, they would have reported just two people hugging. At the same time, witnesses don't matter because "people may not have a desire not to get involved." How did I react when it happened? My initial reactions maybe of little concern since: "a student may initially show no signs of having been harassed, but several weeks after the harassment, there may be significant changes in the student's behavior, including difficulty concentrating on academic work, symptoms of depression, and a desire to avoid certain individuals and places at school." Last three factors: signs of depression, desire to avoid certain individuals, and places at the school—so Finals? So what if I don't report it immediately? Well that doesn't matter since "a fear that the complainant may not be believed rather than that the alleged harassment did not occur." Would you believe that innocuous hugging violates the sexual harassment policy? Evidence about the relative credibility of the allegedly harassed student and the alleged harasser. For example, the level of detail and consistency of each person's account should be compared in an attempt to determine who is telling the truth. Another way to assess credibility is to see if corroborative evidence is lacking where it should logically exist. i really wouldn't know if any other corroborative evidence that would be lacking when the situation was clear of two people that hugged. Did the person write about the conduct afterwards? sure, on snapchat. Did a private body part of hers or touch you? yes her breasts or his moobs.

**For the Students: Here is a piece of satire you all should read.**

**Psychiatrists Announce A New Form of ADHD To Be Placed In The DSM-V.**

Psychiatrists have announced a new undiscovered form of ADHD will be placed into the DSM-V. Unlike the conventional year round ADHD, this version of ADHD is akin to Seasonal Affective Disorder since this form of ADHD comes in the months of April and May and November and December (☞ﾟ ヮﾟ)☞.  Psychiatrists are calling it Fluctuating In Need And Limited Situation  (F.I.N.A.L.S) ADHD.

Psychiatrists began to see signs of F.I.N.A.L.S since the beginning of the 1990s. The trend started immediately after the infamous decisions by the National Council of Women and the National Fraternity of Bronesses that met in January of 1990 after an arbitration agreement reached with the *DEA* made them choose *only one legally acceptable thing* that could be brought from the 1980s. For those of you that do not recall the decisions, The National Council of Women decreed their legally acceptable thing from the 1980s would be Cyndi Lauper's *Girls Just Want To Have Fun* while the National Fraternity of Bronesses selected Scarface posters in order to stick it to *The Man*.

Psychiatrists further agreed F.I.N.A.L.S. is a form of ADD/ADHD, a disability recognized under the ADA, IDEA or 504 since it is categorized as a cognitive disability and needing a doctor to prescribe medication for it.  Students at universities across the country were asked to weigh in on the issue. "Yea, students with F.I.N.A.L.S is a pretty prevalent thing." One student was quoted. When asked to reflect back when it dealt with two students dealing with stress in the same school, another student was quoted: "If I knew then what I know now, I should have really reconsidered it. I may not have been able to consent to that awkwardness of seeing the same

person in the same classroom or in the hallways. So Akkkwaaarddd. Do you feel the Bern? I do" I don't think its that type of Bern, go get that checked out.

A female student was really puzzled by the announcement and sought clarification on everything: Brosef, I have F.I.N.A.L.S and I am I really confused. So there are exceptions to every part of the OCR's outline that seem can be easily made up and asserted without providing any evidentiary proof, easily be made an example of for saying things like pussy and wondering why the Prized Cock crossed the road—*Rooster, not Penis you fools* under a more likely than not standard, things I never would have thought conceivable can be construed as sexually harassing any disabled student because i'll never know if consent was given so I'll always be known as someone whom sexually harassed the disabled, no limitation as to when and where these rules can apply, financial incentives for the administration to continue to follow the directives from a governmental agency that recklessly disregards the law whose very same directives effect the legal obligations and rights of every student that had no oversight when they were directed, by the virtue of being a tenured professor or a professor automatically makes them have to qualify everything because there is an "anonymous" student that threw academic freedom in the garbage that'll get them fired? Ohhhh look fluffy protesting panda playing the trumpet. Am I cognitively impaired since I have F.I.N.A.L.S., I couldn't remember where I even parked my car every day this week, *could that affect me*? I don't know. COULD IT?

—Miki Kotevski.

P.S.—If you want to be a bad-ass, come give me a hug. So Not Hugs Not Drugs, can we still at least have Pugs? No, pug kisses sexually harass the disabled. BUT NOT RUFFLES!!!!

------------End Richards Email Sent on February 25th, 2016. (Sent at 3:24am Central Time or 4:24am Eastern Time)

The following is part of what I sent my school on March 27th, 2016 of how my 2e traits of: questions status quo, sensitivity to patronizing or hypocritical behavior, may confront adults in authority on their own behavior, may challenge underlying logic/illogic of rules, even if punished for doing so, and may have trouble with authority; can be oppositional and argumentative could manifest itself as a practicing attorney:

The following plaintiffs (cases) exercised their 1st Amendment rights on the following dates: *Hoston v. LA* on March 29th 1960, *Edwards v. South Carolina* on March 2nd, 1961, *Cox v. LA on December 14th, 1961*, and *Brown v. LA* on March 7, 1964. Do you notice a trend in a particular state? If you don't, I'll bold a word that'll give you a clue as to what the Supreme Court recognized in *Brown v. LA*: "This is the *fourth time* in little more than *four years* that this Court has reviewed convictions by the **Louisiana** courts for alleged violations, in a civil rights context…" All of those plaintiffs exercised their 1st Amendment Rights before The Civil Rights Act of 1964 was implemented on July 2nd, 1964. <u>**1st Amendment guarantees put all of the social and legal issues in the national spot light during the late 1950s and 1960s that made the Civil Rights Act possible**</u>. Period.

**_What side of history are you on?_** Let me test you to see if you understand how racism was justified in courts during the civil rights era. Which of the following legal reasons are valid and which are invalid that concerned Free Speech Rights during the Civil Rights Era and a case decided within the last couple of years.

#1:There is the state interest in the regulation of professional conduct that rendered the statute consistent with the First Amendment. The court observed it is an answer to say that the purpose of these regulations is to insure high professional standards, thereby professional regulations would not to curtail free expression.

#2: Someone protesting an unconstitutional policy was told by an official in charge doing so was inflammatory. Two related officials affirmed what the initial figure said by stating you heard what that official said, now do what he said. The Court ruled authorities were correct in arresting the plaintiff because a person said the situation was getting out of hand and that peacefully expressing views contrary to the majority of the community necessitated punishment.

#3: Free Speech can be stifled by more subtle governmental interference. Groups engaged in advocacy may require an effective restraint on freedom of association. This Court has recognized no vital relationship between freedom of speech and in one's associations where a group espouses dissident beliefs.

#4: The defendant wanted to know what was going on. He was told that this was official business and that he should be on his way. Defendant refused and entered into a tirade against the official. Defendant failed to obey official's order and was in the wrong since circumstances showed the order was arbitrary and not calculated in any way to promote public order. His conviction was sustained since the defendant knew that his activity and participation in this activity "had precipitated violence" before. The defendant regrouped to return to prove his right-- although he knew it was likely to 'stir up the people.' The evidence shows he showed his disapproval to *discriminatory* laws and to "incite violence" in a series of incidents rather than as he claimed to prove his rights.

#5: The Court held the first step of the content neutrality analysis--the government's justification or purpose in enacting a regulation-- is irrelevant. The government regulation of speech is content based when it applies to particular speech because of the topic discussed or the idea or message expressed. The next step requires whether the regulation cannot be 'justified without reference to the content of the regulated speech,' or was adopted because of disagreement with the message the speech conveys.

**Answers:**
#1. Invalid. By creating the Code of Civility, y'all *literally* and *legally* resorted to using racist governmental tactics and justifications against the NAACP. The Code of Civility is in direct opposition of everything the NAACP fought for in *NAACP v. Button,* 371 U.S. 415 (1963): "the Court rightly rejected the State's claim that its interest in the "**regulation of professional conduct**" rendered the statute consistent with the First Amendment, observing that "**_it is no answer to say that the purpose of these regulations was merely to insure high professional standards and not to curtail free expression._**" Justice Thomas' Majority opinion in *Reed v.*

*Town of Gilbert*, 135 S.Ct. 2218 (2015).

Furthermore, *NAACP v. Button,* 371 U.S. 415 (1963) said: "It is enough that *a vague and broad statute lends itself to selective enforcement against unpopular causes*. We cannot close our eyes to the fact that the militant Negro civil rights movement *has engendered **the intense resentment and opposition** of the politically dominant white community* of Virginia; litigation assisted by the NAACP has been bitterly fought. In such circumstances, a statute <u>*broadly* curtailing group activity</u> leading to litigation <u>may easily *become a weapon of oppression*, **however evenhanded its terms appear***. Its mere existence could well freeze out of existence all such activity on behalf of the civil rights of Negro citizens…***Broad prophylactic rules in the area of free expression are suspect.***

#2. Invalid. *Cox v. State of Louisiana.* 379 U.S. 536. #3: Invalid. *Bates v. City of Little Rock.* 361 U.S. 516 (1960) and the concurring opinion justified on the basis of *United States v. Rumely*, 345 U.S. 41. (1953). #4: Invalid. *Thomas v. State* 160 So.2d 657 (Miss. 1964) judgments reversed by: *Boynton v. Com. of Virginia*, 364 U.S. 454; *Abernathy v. State of Alabama*, 380 U.S. 447.

#5: Valid. *Reed v. Town of Gilbert*, 135 S.Ct. 2218 (2015). SCOTUS said: "Government regulation of speech is content based if a law applies to particular speech because of the topic discussed or ***the idea or message expressed***." Reed, 135 S. Ct. at 2227.  Maybe Vill. of Arlington Heights v. Metro. Hous. Dev. Corp., 429 U.S. 252 (1977) discussed factors that show discriminatory intent: (1) evidence of a "consistent pattern" of actions by the decision making body disparately impacting members of a particular class of persons **(students and not the faculty/administration)**; 2) the historical background of decisions under the official action, particularly if unequally applied in situations involving race; 3) the specific sequences of events leading up to the decision challenged in the case, including departures from normal procedures in making decisions and substantive departures, (i.e. the decision maker would have made a different choice had the applicant been white; race was the deciding factor); and 4) the legislative history where there are contemporary statements made by the governmental body who created the official action.

It is unequivocally clear you are going after my conduct after I posted the *9to5 Theses.* I need to break down this over-convoluted Code of Civility to show the glaring inaccuracies that arise with the over-convoluted text while showing how discriminatory it was against me at the same time..
- "A mode of self-expression"—How did this all arise? After I posted the *9to5 Theses* on doors right? Factor #2 and Factor #3.
- "Civility is expressed by polite, courteous, and considerate speech or behavior appropriate to civil interactions."
  - I bet the faculty or administration didn't think posting the *9to5 Theses* was appropriate behavior because of the content—speech—of it was not considerate to the faculty or administration of how badly 5L was drafted because I expected much better out of you all. Factor #2.
  - Civility by definition here is a matter of capricious and arbitrary taste.
- "It is primarily concerned with the *character of **speech** and **expression.**" 'Primarily' should be omitted because I couldn't find anything else in the text of the Code of Civility

that had any other concern other than speech. In conjunction with "civility is expressed by polite speech" What does that remind me of, oh yeah, Reed: "Content based if a law applies to particular speech because of ***the topic discussed*** or ***the idea or message expressed***." ONLY STRICT SCRUTINY APPLIES !!!!! If you think you can get out of strict scrutiny analysis and say this is intermediate scrutiny after writing the primary concern reflects SCOTUS' definition of what constitutes content-based regulation of speech, best of luck. -- Factor #2 and #3.

- o How wouldn't the "character of speech and expression" reflect the speaker's socio-economic status, national heritage, race, gender, disability, sexual orientation, or other beautiful traits? This sounds like white people telling diverse groups people all over again how they can conduct themselves in a manner they capriciously and arbitrarily deem appropriate.

- "A commitment to civility represents <u>an appreciation of the ways in which the presentation of ideas can have an impact on how they are ultimately received</u>, regardless of their merits." So I guess there is no an appreciation for posting the *9to5 Theses* that I sought redress for by the same people that were the source of my concerns, which was very symbolic of Martin Luther's *95 Theses* when he posted his *95 Theses* expressing his concerns? I guess posting my concerns on the doors is not an appreciation of the monumental impact Martin Luther had on the world he posted his theses on the door. I went to a Catholic High School and I love my experience at Northridge Prep even though I'm not a Catholic since it is remarkable how similar Catholicism is to Orthodox Christianity.  Factor #2,3, 4.
- "Civility <u>does not seek to limit or chill the expression of **dissent**</u>, strongly held convictions, **or contrary positions"** Putting this twice makes it look like you're overcompensating --you know-- right after I dissented. But any and all speech that isn't capriciously and arbitrarily "civil" would fall outside the code of civility and you know: a) that chills speech and b) actually limits the speaker's word choice and manner they express themselves based on a capricious and arbitrary manner of 'civility'.
- "It does not strive for a culture of token <u>respectability that requires **policing"--**</u> When you PLEDGE (an act) TO ACT in a certain way, how ISN'T THAT POLICING BEHAVIOR.
- "…not only ***embrace the academic* SUBSTANCE OF THE LAW"** *Standards For Me and Not For Thee*. Factor #1
- To respect diverse backgrounds, points of view, and positions--See why this is problematic with the attached flyer on 5L.
- To refrain from any conduct that diminishes the dignity or decorum of the Law Center's communal spaces and overall environment
  - o "Overall environment"—LSU Law's 'Safe Space' then?
  - o "Diminishing decorum of the law center." How about selective enforcement of your standards of preventing vandalism and beautification of the law center where I counted at least 15 violations that could have defaced or damaged property. I'll provide a copy of the pictures taken on March 25th between 5:30pm and 5:45 pm that shows such tomorrow. It seems the administration and faculty did the vast majority of the violations. This was taken the day after the code of civility was proposed. ***Speech for Thee and Not For Me***. Factor #1.

--------------End Open Comment Period Document Sent on March 27th, 2016.

      If there was one thing that was immediately inferable from my course of action in Spring 2016, it would be giving all the opportunity in the world to avoid a lawsuit and by specifically bringing case law as a way to teach this is what the law is, now that you know what the law is, what would be the respondents course of action. Here is what I entitled SuperFinal5LStudents that accompanied the previous quoted material I sent the school on March 27th, 2016. Please note how my 2e characteristics of being a divergent thinker, advanced creativity, strong metacognitive (thinking about their thinking) skills, has different, often unusual perspectives, advanced, wicked, often bizarre sense of humor, passionate about areas of interest (fully focused and invested), and unusual imagination all make themselves known:

---

**WHY THE STUDENT BODY SHOULD HATE 5L TOO.**  **By: Miki Kotevski**

Author's Note: *I specifically wrote in the style to challenge your initial presumptions--the more you lean on your initial presumptions, the harder your fall will be when I kick the chair from under those presumptions.*

### ==*IS YOUR SEX LIFE IMPLICATED IN 5L? IT IS.*==
==Have you criticized Donald Trump in or outside of school? You have violated 5L and would be expelled for doing so.==

Read to find out how those two things are TRUE!

This will be one of the best things you read all year—I Promise.

### *5L needs to be repealed immediately.*

      I was in *Special Education as a kid and I am disabled*. One of my disabilities involved syntax skills and I actually have tested *in the worst percentile amongst peers my age across the country* when it came to those skills. Out of sheer necessity, I had to learn *every aspect of speech through every conceivable context (and syntax through context)*. I really understand the horrors of not having speech.

      When a legally protected status takes higher precedence over every single student's constitutional rights, I'm really not going to take that well when *our* constitutional rights of free speech and due process are hindered and denied. It is *insulting to deny those rights* under the guise of 'promoting diversity' when Free Speech and Due Process are the very cornerstones of constitutional rights *that actually promote equality and diversity*. I *really* want to trust the administration, but when there are factors that *can* be outside the school's control such as *conditions attached to money*, it gives me little reason to do so. Having an unconstitutional rule in place that denies free speech and due process rights that are quintessential in promoting equality makes it unacceptable. Period.

## Part I: The Legal Reasons Why 5L is Unconstitutional.

Visual reference: "…communicate directly to one or more specifically identifiable person(s) an epithet i) that a reasonable person would regard as demeaning to the recipient student or students and ii) that has a direct tendency to cause acts of violence by the person or persons to whom the communication is addressed."

THE MOST IMPORTANT POINT ABOUT 5L: The plain language of 5L reaches *far beyond* the true threat or fighting words doctrine. 5L covers *all student speech (content-based) with no explicitly expressed limits*, uses subjective and plural language (i.e. demeaning, or more, persons, students, etc), which strict-scrutiny jurisprudence has conclusively shown very little constitutional tolerance towards.

#1: *Cohen v. California, 403 U.S. 15 (1971)* held in order to constitute fighting words, those fighting words must be directed *at the person of hearer*. This means fighting words doctrine's text or rules *must be in the singular form* because those words must be *explicitly directed at a **SINGLE** recipient*. "While the four-letter word displayed by Cohen in relation to the draft is not uncommonly employed in a personally provocative fashion, in this instance it was clearly not "directed to the **person** of the hearer." **No individual** actually or likely to be present could reasonably have regarded the words on appellant's jacket **as a direct personal** insult." The plural text of 5L "Or more person**S**, recipient student**S**, and the personS " automatically makes it unconstitutional.

        The part that was unfathomable was the *switch* from one or more specifically identifiable *person(s)* to recipient *student(s)* in the same sentence. *"One or more specifically identifiable persons"* means *anyone that can be specifically identifiable* based on an ordinary definition of the word *persons* and *"or more." Anyone* doesn't have to include the recipient student by default because of simple logic: all students are everyone—*but not everyone are students*! By having *persons*, all a student has to do is knowingly communicate directly to *anyone that is specifically identifiable. On top of that, what really matters if the recipient students can find an epithet (epithet: a descriptive phrase about an aspect of the person mentioned) to demean any legally protected groups of people AND/OR not a legally protected group from that recipient's perspective ("a reasonable person would regard as demeaning to recipient"…)* That standard is so susceptible to abuse—for example: is there anything that a reasonable person wouldn't be able to find as *demeaning to a PETA member that wouldn't bring them to violence? PETA, the same people that 'reasonably' believe* having your cat or dog is a "selfish desire to possess animals and *receive love from them causes immeasurable suffering*." I'm absolutely sure those doggy kisses or how happy your dog is to see you after you've been gone for five minutes is the *exact symptom of immeasurable suffering*.

#2: A demeaning epithet in 5L isn't limited to demeaning legally protected groups of people. 5L has an explicit reference to legally protected groups of people when it says "epithets shall include, but shall not be limited to, epithets that demean [legally protected groups here]." Since epithets *SHALL not be limited to epithets that demean* legally protected groups, it is reasonable to include religions and political groups in 5L since demeaning 'epithets' can be said about religious and political groups, right?

*This is one of the results:* For all of you 5L supporters that hate Donald Trump, you have to EXPEL <u>any student</u> that criticized that bigot since we know doing so brings his supporters to fisticuffs by "demeaning" them under 5L**.** A student criticized Trump *to anyone that is specifically identifiable in school or outside of school* with a text message, video, *filing a complaint to the school*, etc. as evidence. Any Trump supporters at school have a valid 5L violation when: they heard or read the filed complaint <u>that criticism said to anyone that was specifically identifiable in or outside of school</u> since a reasonable person would regard any criticism about Trump as a *demeaning epithet to the recipient Trump supporter* that would directly tend to an act of violence by a Trump supporter since other Trump supporters have battered those critical of Trump at his rallies before, have they not? <u>Who'd argue criticism about Trump</u> *wouldn't* <u>demean his supporters</u> **through his supporters' perspective***? No. One. Can.*

<mark>#3</mark>: In *UW Post v. Board of Regents*, 774 F. Supp. 1163 (E.D. Wis. 1991) discussed the original part of the fighting words definition—**words which** *demean* **a** *person's race, sex, religion, etc. are likely to inflict injury* and affect a person's sensibilities—HAS BEEN DEEMED BY COURTS TO BE A LEGALLY *DEFUNCT* CONCEPT. I absolutely agree the law center should have a welcoming atmosphere, but how? The court in *IOTA XI Chapter of Sigma Chi Fraternity v. George Mason Univ.* **and I absolutely agree that**: "<u>despite a university's responsibility to maintain an education environment free of discrimination and racism,</u> *such goals should be accomplished in some other fashion other than silencing speech on the basis of it's viewpoint.*"

<mark>#4:</mark> ***5L completely disregards how context matters since words and/or phrases have different meanings based on the context in which they're said.*** Let me assume arguendo epithets in 5L would only cover legally protected classes of people.  If I make the social justice warrior type argument society as a whole discriminates against disabled through their "ableist" ways every time a commercial airplane lands since pilots have to *retard* the throttle and an audio warning in the cockpit will typically shout out how far the plane is off the ground with the word *Retard* during landing. This is the audio transcript of the Youtube video, *Landing SFO San Francisco Airport OnBoard Airbus A380-800,* when the plane is 50ft off the ground: "50. 40. 30. 20. *Retard. Retard. Retard. Retard."*

A reasonable person could agree that ***merely the use of the word 'Retard' demeans me no matter the CONTEXT since I'm disabled*** **(the same logic utilized by 5L)**. *Maybe* being a part of a legally protected class of people isn't indicative of how everyone in that class thinks about an issue. *Maybe* it is a pretty ignorant assumption to have that *everyone* in the same legally protected class of people will *REACT* to certain **words all in the SAME way.** *Maybe* you're telling to any legally protected group they're inferior (and will start believing it again) by making it a rule that punishes *a student* that <u>says</u> <u>anything</u> 'demeaning' about *anyone* said <u>anywhere</u> as though we don't have the <u>ability or strength</u> to stand up for themselves; and any sense of self-pride and unity is lost because *5L is that type of bullshit* that prevents us from unifying to reform institutions that *truly discriminate* like the war on drugs (Eric Garner, Freddie Gray, and Sandra Bland--*all disabled too*) or the crisis at every public defenders' office.

As a disabled <u>former special ed student</u>, it isn't demeaning to me when audio warnings shout out the word '*Retard'* when a plane is landing when pilots would *retard* the throttle. Have

a Samuel Jackson audio warning shout during landing "*Retard* Motherfucker" and *I absolutely know* no pilots and I would ever fault Boeing or Airbus for that. The main point: why *people will disagree if words demeaned the recipient* is because demeaning is a subjective adjective; and by having a subjective adjective, *it creates a subjective standard based on what any student would consider demeaning to an individual's protected legal class where context and content has no role in that analysis*.


    Most importantly, one of the best ways to promote diversity is through robust conversation in the classroom (*Grutter*). Discussing any case IN CLASS that has demeaning terms violates 5L. *In Re Simon Shiao Tam* concerned *if the PTO could reject an Asian American band's trademark application for their band name, The Slants, **for being disparaging against their own culture***. The front man for *The Slants* said*: "We want to take on these stereotypes* that people have about us, *like the slanted eyes*, and *own them."* By saying *Slants* while talking about the case, I knowingly communicate to any student in class a demeaning epithet (*Slants*) that a reasonable person could regard as demeaning to an Asian-American if that recipient believed so—**regardless of what the band members actually think about the term and the context *Slant* is used**—that any of those students could directly tend to an act of violence. Not only does having an individual subjective standard effectively chill speech, the standard directly tends towards the figurative act of violence by slapping all strict-scrutiny jurisprudence in the face.
( •_•) I would call that ( •_•)>⌐■-■ (⌐■_■) a facial challenge. *YEAAAAAAAAAAAHHH*.


    Facial challenge--that was a good pun and speaking of dirty sounding things—before I start, I have reasonable fears as a disabled person that *merely talking about anything sexual* based, in part, on a letter of findings and another DCL where I or any disabled student may not have been able to give consent due to an other disability, makes me question if I can talk and seems a little discriminatory. Maybe *what you say in the heat of the moment is some of the most demeaning things imaginable to your partner*,

    The reason why I'm bringing this up is: there is federal case precedent that shows school administrators will use rules like 5L in regards to a student's sex life. If any of us been naughty and spanked, role-played, are *furries* (you say this *outlandish*--I say this *more inclusive* of people with different sexual preferences other than my own) or insert some other sexual behavior—*we violated 5L since* I *guarantee* we all said something 'demeaning' to get our partner to directly tend to nibble, scratch, smack, pull, thrust, or penetrate, etc, etc. (all of those verbs could be violent acts, correct?). A *dehumanizing* epithet can be *more severe* than a demeaning one, right? Since the initial reason why 5L was implemented was an incident at a bar, what if I say this *homophone* at a bar: "Damn that *bare* chest looks good, can I touch it?" or "Damn that *bear* chest looks good, can I touch it?" I already know I can't touch as per the rules of that classy establishment or the other puts me in a hairy situation at a gay bar. The bottom line is: what a reasonable person can consider as a dehumanizing (i.e. demeaning) term isn't necessarily going to be reflective of *that diverse community's understanding of that word*, like how DMX and a Furry will never see eye-to-eye on "X gonna give it to you--*Ruff* Ryders." ← This is the beauty of words and 1st Amendment—*you share new ideas* that connect two very different things that not even your stoner friends could've thought of at Taco Bell at 1am.

It is *very reasonable for you to get in trouble for your private sex life when the law center has the* obligation to consider effects of off-campus *behavior with <u>no written limit</u>*. If you are like Rihanna and whips and chains excite you, read *Doe v. The Rector and Visitors of George Mason University et. al*. (E.D. Va. 2016) to know how far schools will investigate *a consensual sexual relationship when the INITIAL reason for the school investigating a student didn't arise from that consensual sexual relationship.* <u>Doe was expelled since he</u> "<u>was found responsible for violating Code 2013.9.B</u>*, communication that may cause injury, distress, or emotional or physical discomfort,"* ⇐5L ***during sex*** and 2013.8.A, deliberate touching or penetration of another person without consent for engaging in BDSM. There was the issue of BDSM, consent, and the intersection between them, but I don't have the experience or expertise to comment.

⌐\_(ツ)_/⌐. The only question left is: Is the administration ***<u>going to do the right thing</u>*** by repealing 5L or *<u>are they going to retaliate</u>* against me for standing up for your constitutional rights?

--------------End SuperFinal5LStudents

So let me be clear on something. What did I cover in SuperFinal5LStudents and during the comment period? I discussed fraternities and sororities, group association, religion, political groups, the difference between singular and plural terms when referring to people, animals and criminal justice issues, location of conduct at issue, Free Speech and Due Process being the very cornerstones of constitutional rights that actually promote equality and diversity, context, jokes, sexual life, IP law and free speech, conditions attached to money by the federal government to schools, the difference between objective and subjective standards, disciplinary issues, war on drugs, disability issues and anecdotal references to my history involving disability issues, and more.

Then any competent lawyer would have recognized some certain issues contained in SuperFinal5LStudents and open comment period. First there was a specific references to case law: *UW Post v. Board of Regents*, 774 F. Supp. 1163 (E.D. Wis. 1991), *Grutter*, *Doe v. The Rector and Visitors of George Mason University et. al*. (E.D. Va. 2016), *In Re Simon Shiao Tam, IOTA XI Chapter of Sigma Chi Fraternity v. George Mason Univ,* and *Cohen v. California, 403 U.S. 15 (1971)*. Then references to certain jurisprudence and legal issues like: strict-scrutiny jurisprudence, robust conversation in the classroom, conditions attached to money by the federal government, and probably most importantly: "before I start, *<u>I have reasonable fears</u>* as a *<u>disabled</u>* person that *merely talking about anything sexual* based, in part, on **a letter of findings** and **another DCL** where I or any disabled student ***<u>may not have been able to give consent due to an other disability</u>***, makes me question if I can talk and seems a little ***<u>discriminatory</u>***." That previous sentence contains chilling effect, allegations of discrimination on the basis of disability, and a specific reference to the University of Montana letter of findings and the April 4th, 2011 DCL by Department of Education's Office of Civil Rights.

What no one seems to appreciate nor truly consider in their assessments of me is the following fact: in March 2016, I spent 10 of my last 15 dollars I had in my bank account fighting in defense of my fellow students' and my civil rights at law school despite the social ostracization I experienced and despite having my whole entire legal career threatened not only

once[684], but twice.[685]  Now after they threatened my whole legal career in March 2016 what did they do after that? I made two videos that were absolutely "a student type profile" video about me—one published in 2015 and the best and most recent one in February 2016. Then two months *after* I made my own video in February 2016, LSU Law not only created a youtube channel for the institution, but also just happened to do the same exact thing I did by creating student profile videos with different students literally one month after threatening my whole entire legal career. So what would you take away from that? I spent the last of my remaining money when no one else would support me defending constitutional rights of students and faculty alike all across the country. Tell me something, how many attorneys at the Department of Justice would literally spend their very last dollars defending the Constitution despite being ostracized by their fellow attorneys inside DOJ and having their whole entire professional career threatened by their bosses on multiple occasions that then stole your original ideas. Seriously, how many would? So it was clear I was defending constitutional rights for everyone across the country. Now much like my life itself, my initial passion was free speech where it took me a longer time to accept the disabled side of me. I sent the following email to Professor Brooks on August 2nd, 2016 that pertained to my disability related issues in the spring semester of 2016 (the professor I'm referring to is Professor Corcos):

> "But I will tell you what is the most meaningful thing to me right now. On March 29th of this year, I had a professor at our school threaten my whole legal career and any future prospects on the basis of my disability by insinuating I had plagiarized because of my disability and that this professor could have reported me. I will swear under oath I have not plagiarized. I *really* reasonably believed based on the circumstances at that this was this professor's intended purpose.  I can tell you the stories that in every single grade on every single day I've had to deal with issues with my disability. I've had a professor in college—Professor Peyser--accuse me of making up my disability and history when I explained to him the numerous amount of teachers that have always told me: "we can understand when you talk and explain things to us that show you understand the material, why cant you write down what you said. It's like there is something blocking the connection between your mind and your wrist."

> But the difference between Professor Peyser and a particular professor at the law center is that Professor Peyser falsely accused me of making up my personal history about my disability whereas the law professor falsely accused me of making up the idea that whatever I wrote <u>based on it's structure alone</u> (which I have a lsu psychologist certified diagnosis that I have a writing disability as it specifically pertains to structure) was my own personal ideas and work.

---

[684] Professor Corcos did in her class in March 2016.
[685] Professor Corbett (head of the school at the time) did in an email sent to every student in March 2016.

In the process of studying for finals in April (a few days after March 29th) and I really wish I was exaggerating, I cried myself to sleep every other night because I reasonably knew and felt in my heart, soul, and mind to be true. Since I did not plagiarize in the course of the semester before the final and that this professor accused me of doing something I did not do and could have reported me for it, knowing that I would never be able to adequately defend myself because I *literally* have the most extreme difficulty understanding written structure, I had no reason not to believe that whatever I turned in, that this professor would do the same thing again that this professor did on March 29th except for one small caveat—actually report me this time.

That this professor would do so understanding I would never be able to adequately defend myself against a false accusation of plagiarism on the basis of my disability because I have that particular disability (which is why I think this professor accused me in this particular manner because I have a factual basis that can confirm this professor knew about my disability). Why I cried myself to sleep was that seeing how I had in fact requested as a reasonable accommodation to have a structure sheet that I had created to take to the exam so that I could actually structure my thoughts be denied before as a reasonable accommodation (and if I asked for it again, it would have probably been rejected) and with that professors actions always on my mind, I felt completely fucked and helpless before, during and even after the finals because I believed that this professor would make up another false accusation and  report me knowing full well I would never be able to adequately defend myself.

On the very same day that Professor Corcos threatened any professional future career on March 29th, 2016, this was the interaction I had with her.

Miki Kotevski <miki.kotevski@gmail.com>

Tue, Mar 29, 2016, 7:12 PM

to Christine

Just to be clear. I didn't want our conversation we just had after class today recorded and I didn't push the privacy issue of our conversation further due to respect for you being a faculty member and when you said there would be no one around when I requested to close the door to your office to keep our conversation private. so I had an expectation our conversation would be private and I trusted your judgment that the conversation would remain between you and I and only stay between you and I that there was no ulterior motive for our conversation because I was trying to get help on organizing my paper due to my writing disability.

Miki Kotevski <miki.kotevski@gmail.com>                    Tue, Mar
                                                           29, 2016,
                                                           7:26 PM

to Christine

also, when you kept talking about issues about papers in class, you kept saying a student and structure to one specific example. I know that is my writing disability and it really seemed suggestive that when you gave that example and you said if that applies to you, come get help, I wanted to get help because of my disability.

Please confirm if you got these two e-mails.

Corcos, Christine <Christine.Corcos@law.lsu.edu>         Tue, Mar
                                                         29, 2016,
                                                         8:00 PM

to me

I did not record our conversation. I do not know of any way that the conversation would have been recorded.

Miki Kotevski <miki.kotevski@gmail.com>                    Tue, Mar
                                                           29, 2016,
                                                           8:11 PM

to Christine

thank you. it really is a personal and emotional issue for me because every time i find myself in a similar situation as in the one today getting help for my disabilities, **it just brings back to the forefront of the years of turmoil trying to figure out how to write.** You wouldnt be the first time a faculty member in the law center saw me in tears addressing my disabilities because of how painful they are to me (Ms. Forbes would be included, maybe another faculty member as well.)

--------------End Emails between Professor Corcos and I.

Then I wrote to FIRE the following on April 5th, 2016:

> "I dont know how I can keep updating the case file if need be, but I wanted to add something that happened within this week (so that there is a written record because i'm not allowed to record things in Professor Corcos' class). So do you recall the chilling effect and how I was coerced by the administration and professor corcos. Let me tell you what happened this week that gives a little more

circumstantial evidence that may make that more likelier. So I stopped protesting/fighting even after the school had a forum to discuss the code of civility. I have Professor Corcos on Monday for Media Law and Tuesday for the Privacy seminar.

On monday, ***she gave a similar spiel about plagiarizing and citing, but it was nowhere in the same tone, severity, length, with nowhere near as many consequential/detrimental actions as the one on last tuesday***. She discussed the issue as it pertaining to law students and lawyers as a whole and how "it is a problem that is on the rise." That compared to last tuesday of permanently ruining someone's record. Then in class today, she talked about how she enjoyed the class discussion we as a class has been having. Then she said a sentence that was quite odd. She said she would be happy to tell Dean Corbett about it, and it is not because of what happened the last week that initially struck it as odd, but it is the fact that Dean Corbett is the interim Dean of the School while Dean Carroll is the dean of academic affairs.

She managed to include Dean Carroll (cc'd) on every e-mail that put me in a bad light of not turning in work assignments on time. I've been struggling with health issues (so much so i've lost over 30 pounds since jan) that i have been traveling back and forth between chicago and baton rouge to address them, which has hurt my ability to turn in these assignments on time.  But anything in a positive light that would be written how i actively engage in class discussion (because i love media and privacy law) that goes beyond mere oral flattery and not to the right person? Not to be written of course!  It struck me as so abnormal the course of her behavior towards me that even though I struggled to turn in written assignments in on time last year, my other professor didnt care and never got the dean of academic affairs involved at that time whereas Professor Corcos has been relentless in including Dean Carroll in the e-mail exchanges we had about my performance.

On April 22nd, 2016 I sent the following email to Tracy Blanchard:

So here is my personal history in a coherent manner that doesnt involve tears and blobbering all over the place. I know this is long, but it is a very clear picture of what happened.

2007/08--Family starts to lose the office buildings. Lost them, Dad starts the downward spiral. 2009--around november, had to fly to serbia and beg my grandparents for over $40k[686] so I could stay in school. I still feel so much shame and guilt because that was the last time I saw my grandma alive that I had to beg her for money.
2010--house burns down in May (the other home was in 1997 I want to say)

---

[686] Exaggeration on price owed. See Sewanee Era Section.

[portion omitted]

I let the issue go for a time being. In that time, I started to investigate and know more about OCR. I was reading into the OCR because I had a suspicion "diversity" wasn't the reason for implementing 5L. What happened was a black student was called the N-Word at a bar I believe two years ago, which is horrendous because *of the context in which it was said*. But then there was an odd meeting that the "diversity task force" had where only women were allowed to talk about Free Speech issues, but then it led me to believe they were talking about Sexual Harassment. So with sexual and racial harassment, what is the thing the only concerns itself with those two things—OCR, right? ***While reading DCL after DCL on OCR's reading room, it blew my mind to read how the OCR discriminated against the disabled*** (that Ill describe later) and all of the free speech issues involved. ***Along with that, I started looking at ADA case law and the ADA to see what it said about the form of discrimination the DCL put in place*** (mind you at this time, I didn't think the April 4th, 2011 was actual legal standard, I knew it was just a guidance letter) It took a lot of time to research and couldn't have taken one day to find and write about

So I talked to Professor Richards, showed him my findings, and we talked about since the law center was in financial turmoil, and I give a damn about the school and know the implications of what happens to schools when they are investigated by the OCR (**I really wouldn't want to harm the school** and give them time to get their shit together when it came to their financial situation), I let that go. There is e-mail proof of this. So things were going fine for a little bit, but then the Code of Civility was proposed on March 22nd. It is *unequivocal* and ***absolutely clear*** the Code of Civility targeted me.

So after a day (or two) after receiving the e-mail concerning the Code of Civility, I provided Dean Corbett and Dean Diamond a petition for redress under the ADA seeking for them to change one of the school's policies concerning sexual harassment and Title IX. I took a photo showing the petition with the time I dropped off the petition under Dean Corbett's door and Dean Corbett saw me walking down the hallway (we made eye-contact) with the petition in hand as he was leaving his office. He left before I could hand it to him. I purposely didn't leave it with Dean Carroll (the interim Title IX coordinator) because I wanted to give the school a little breathing room. On top of that, I could have sent a copy to OCR, posted it online, but I only left two copies because I still love my school very much. On the same day, I passed out flyers to students that showed how 5L was unconstitutional, how 5L made criticizing Trump a thing that would warrant expulsion, and how 5L implicated the student's sex life via Doe v. Univ of George Mason case.

And then under the open comment period for the Code of Civility, I told the truth of everything that happened before I posted the *9to5 Theses* on the faculty doors around 4pm on Sunday, March 27th. That I tried being civil and seeking redress and that I was forced to write the way I did because I had no other available means of seeking redress because being civil didn't work. I also talked about how the administration targeted me with the code of civility since if one of the reasons for the code of civility was not to ruin the law school's decorum (by posting flyers on their doors), *that the day after the code was proposed*, I went around the school and took pictures

(during a span of 15 minutes) of at least 15 instances where flyers and things were posted on doors (the vast majority of which was on the faculty's doors). I said "By creating the Code of Civility, y'all *literally* and *legally* resorted to using racist governmental tactics and justifications against the NAACP. The Code of Civility is in direct opposition of everything the NAACP fought for in *NAACP v. Button,* 371 U.S. 415 (1963): "the Court rightly rejected the State's claim that its interest in the "regulation of professional conduct" rendered the statute consistent with the First Amendment, observing that "*it is no answer to say that the purpose of these regulations was merely to insure high professional standards and not to curtail free expression.*" Justice Thomas' Majority opinion in *Reed v. Town of Gilbert*, 135 S.Ct. 2218 (2015).

[Portion omitted]

We didn't have class on Monday[687] because it was spring break for us and class started on Tuesday, March 29th. Then on Tuesday, March 29th ,The following happened. I went to my privacy law seminar taught by a professor who teaches about gender (Professor Corcos). In the first ten or minutes, she discussed issues that students had while writing their seminar papers. She spent a minimum of 5 minutes just signaling out mine. She said at least three different times the word structure (which I have a recognized ADA disability that concerns itself with structure and organization of written expression), but here is the other thing. She said that structure and using someone else's structure was a thing that would warrant expulsion for plagiarizing. I didn't plagiarize. She made it clear it is the worst thing to befall upon people and that she decided not to report it. She something very similar to whomever ever wrote that was being HONEST and couldn't fault them for it. She also said if that situation applied to anyone in the class, they should talk to her later. Who wouldn't think that is blackmailing and for me to have my legal career permanently ruined for plagiarizing?

So I did—we talked about my structure issues and how I learn about structuring written thoughts is through visually putting on paper how someone organized their structure and for me to use it as a guide to organize my thoughts on that same structure because I mean fuck, I'm disabled that way so if I cant understand it, I need to find a way to make sure the results reflect what was published before. ***To me, there is a huge difference in saying stealing someone's thoughts and ideas*** as compared to how they organize/structure those thoughts on paper. It is unequivocally clear ***I don't steal people's ideas and content because I am very damn creative and I can create my own ideas and content, so I never had to resort to that type of shit.***

But then what happened after matters the most too. So I sent Dean Corbett an e-mail at 10:23pm— I yielded to their blackmail/coercive tactics—that I was *only going to focus on school* because there is a month left before finals. Who wouldn't be scared as hell of having a false charge of plagiarizing and dishonesty on their permanent record forever? 2 HOURS AFTER I SENT that e-mail, the SBA sent an e-mail through Professor Sautter (from the diversity committee that I sent an e-mail to on Jan 25th) sent an e-mail to the student body concerning the code of civility at a little after midnight this morning. Those are their bold points and I highlighted the relevant portion.

 "*As an initial matter, I should note that the Diversity & Professionalism Committee* ==drafted the Code of Civility at the request of Dean Corbett a==***nd the Administration after Dean Corbett***

---

[687] March 28th, 2016

***presented the idea to the faculty at a recent faculty meeting.*** *The Code of Civility is part of Dean Corbett's vision for the Law Center and he, as well as the Committee, believes that the Code of Civility is within the Law Center's best interest. That being said, I am only speaking on behalf of the Committee in my capacity as the Chair.*

*The Committee believes that the role of the Law Center is to prepare students both **academically and professionally** for the practice of law. In practice, a lawyer's reputation is his or her best asset. Reputation derives from civil and professional behavior. We are proposing this Code to set a clear n**orm of appropriate civil and professional behavior and communication between members of the Law Center community.** Civility codes are common in professional practice, and many, if not most, do not have sanctions for violations.*

*Although violations of codes of civility or professionalism are not usually sanctionable, they do define expected, normative behavior that place transgressors in the margins. This Code provides the framework as to how one's reputation in the Law Center community will be perceived and judged.* ***The value is that it empowers the Law Center community to engage in better behavior and disempowers the uncivil and unprofessional miscreants and dissuades them of the false notion that their bad behavior does not have consequences to their reputation among their peers***.

*Although violations of code of civility are generally not sanctionable, the Dean (or the Associate Dean for Academic Affairs acting as the Dean's designee) must certify each student's character and fitness to sit for the Bar. There is no "right" to such a positive certification letter from the Dean. The Code of Civility expressly sets forth the community norms that the Dean has always taken into consideration when making such a certification. The Code of Civility is meant to put the student body on notice as to what these community norms and expectations are and **the Dean will use the Code to certify a student's character and fitness to the Bar."***

The Diversity and Professionalism Committee will meet Wednesday at 4pm to review all student comments and finalize the code. The details of the meeting and the process for public comment registration can be found on the Law Center's homepage.

This is the epitome of ironic, after I sent them on Sunday discussing NAACP v. Button used rules of professional conduct to silence dissenting speech, what did they do, silence speech by inhibiting students that dissented based on legal arguments from ever being able to practice the law.

So I stopped protesting/fighting even after the school had a forum to discuss the code of civility. I have Professor Corcos on Monday for Media Law and Tuesday for the Privacy seminar.

On monday, she gave a similar spiel about plagiarizing and citing, but it was nowhere in the same tone, severity, length, with nowhere near as many consequential/detrimental actions as the one on last tuesday. She discussed the issue as it pertaining to law students and lawyers as a whole and how "it is a problem that is on the rise." That compared to last tuesday of permanently ruining someone's record. Then in class today**,** ***she talked about how she enjoyed the class discussion we as a class has been having***. Then she said a sentence that was quite odd. ***She said she would be happy to tell Dean Corbett about it,*** and it is not because of what happened the last

week that initially struck it as odd, but it is the fact that Dean Corbett is the interim Dean of the School while Dean Carroll is the dean of academic affairs.

She managed to include Dean Carroll (cc'd) on every e-mail that put me in a bad light of not turning in work assignments on time. I've been struggling with health issues (so much so i've lost over 30 pounds since jan) that i have been traveling back and forth between chicago and baton rouge to address them, which has hurt my ability to turn in these assignments on time. But anything in a positive light that would be written how i actively engage in class discussion (because i love media and privacy law) that goes beyond mere oral flattery and not to the right person? Not to be written of course! It struck me as so abnormal the course of her behavior towards me that even though I struggled to turn in written assignments in on time last year, my other professor didnt care and never got the dean of academic affairs involved at that time whereas Professor Corcos has been relentless in including Dean Carroll in the e-mail exchanges we had about my performance.

--------------End Tracy Blanchard Email sent on April 22nd, 2016.

And then these are the e-mails sent from April 5th.
MK
Two things. I wanted to make sure you got the prior email. Finally, I know the request I made from you today concerning highlighting sentences that were either: clear and concise and the ones that were unacceptable is unusual, but this isn't the first time I asked for this type of accommodation. You can ask Professor Barry about the writing structure guide I made for myself; and how while talking to her I discussed how I had to color coordinate and provide visual references in order to help me write. I can provide a copy of the writing structure guide that I utilized last year if need be.

--Miki

Professor Corcos (PC)
I don't quite understand what you are asking for. Are you asking me to note whether your writing is clear or not? Or are you asking me to use different colored highlighters to mark sentences that are clearly constructed and those that need work?

MK
So using two different colored highlighters. Highlight sentences --with one color --that has clarity, conciseness, and maybe properly cited and with another color, ones that need major improvement. Just limit it to three sentences for both colors (a total of 6)

PC:
I'm sorry. I can't do that. I can write general comments on your draft regarding vagueness, for example, or whether what you write addresses the question.

MK:
I'm not asking you to assess the content, I'm just asking for syntax, understandability, and grammatical feedback.

PC:

Actually, I just finished reading your draft, and it's comprehensible. The problem with it is generally that it tends not to address the issues directly.

MK:

I want to make sure the impact that my disability has on my expressive syntax skills is minimized. Additionally, I want to ensure that my LEGAL EXPRESSIVE SYNTAX skills <u>are on the same level as everyone who graduates</u>. I am trying so hard to work out the kinks before I graduate. It is absolutely necessary for me to make sure any issues involving draftsmanship that may occur in the future **are addressed right now**—proper citation is necessarily one of those issues. I was concerned after Professor Corcos brought up the issues of citation in law school and in the real world in both privacy law and media law class. Since I had a draft due for Media law, I wanted to apply the lessons learned to both my media law paper and the privacy seminar paper. The first question I asked Professor Corcos after privacy on Tuesday was if she had looked over my rough draft and made edits. She said no, so then I asked Professor Corcos if she could highlight sentences that showed syntax. She said she would consider it, and then later, said no with no reason why.

The fundamental ways I have learned how to circumvent my disabilities have all been based visual references/cues/aspects, oral communication, and understanding every component of speech through context. Professor Corcos, I know you know how much clearer my ideas can be when I have someone to talk to about it. It would an absolute waste of time to ask you to talk to me about every sentence in your office. That being said, I have always started off with asking small and reasonable things as not to waste your time, burden you, and deprive you of your resources.

I really do feel helpless because if I go to professors or teachers (whether it was in high school, college, and law school) it ended the same way at least 90% of the time. *Asking for help actually won't help*. That same pain and futility of doing the same thing over and over again with the hope that this time would be different comes up everytime. That same hope makes me want to show that disabled people are better than the labels people put on us. I do not understand why highlighting six sentences (in the process of you reading it regardless of whether it is a printed copy or a computer copy) that will help me understand ***legal syntax*** better is an unreasonable accommodation. Yet again, this is another rejection of a different proposed reasonable accommodation for my disability.

On top of all of that, have you seen how much weight I've lost this semester? Over 35lbs. I wanted to let both of you know that I was having *additional disability related issues throughout the semester that have contributed to my decline in performance*. Dean Carroll, I provide you documentation of that. Professor Corcos, you were made slightly aware of this when I sent an e-mail saying why I had to miss class at the beginning of the semester. I am trying my hardest to pass because I gave my word when I was readmitted I wouldn't fail out of school again. I'm just asking for some help to help me make sure that won't happen again.

PC:

Mr. Kotevski,

When you asked me after class yesterday if I had looked at your draft, I told you why I had not. I told you that I had sent you an email telling you that you had not put your name on the draft, and I asked you to put your name on the draft. Apparently you did not read that email. I have asked you before to put your name on documents that you submit, and given you additional time and opportunities to re-submit.

In addition, as I stated in my email to you today, I did not find the sentences in your rough draft difficult to understand. I was, however, concerned that you did not address the issues posed in the topic that you chose.

MK:
You are absolutely 100% right I didnt put my name on the paper. That is not what I'm concerned about because putting my name on top of the paper is nowhere even close to the effort that I will put in to ***pass*** *your class.* *It is the content, argument, arrangement, clarity, and proper citation of the law in the papers that will.*[688] Especially when it comes to the Privacy seminar, I know I am behind (in terms of the total amount of points earned) and I have to make up for that by making sure everything on the final draft is polished and perfected to make up for the time I didnt spend because I had to go back to illinois for health issues. I think losing 35 lbs within 3 months shows everything is not okay. And even with that, it shows how much I want to pass that I had to push myself through when I didnt have the energy to get out of bed or not have the energy to focus or read. I am that persistent where if I collapsed in the school from fatigue, I'd start crawling to get to class--I don't quit. I am begging you, please, help me. Show me what works and doesnt in terms of citation and syntax please because writing syntax skills is one of my disabilities.

PC:
Mr. Kotevski,

Again, I think you are missing my point. However, I have already responded to the issues you raise concerning writing.

That said, I am quite concerned about your comments that you are so ill that you have trouble getting yourself to class, you have difficulty concentrating, and you have lost so much weight. Have you thought about talking with Dean Carroll about withdrawing from school this semester,[689] or at least lightening your course load? I know that it is already early April, and you may be thinking that you have already made a substantial commitment in your courses this semester, but I would be willing to give you an incomplete in either or both the courses you are presently taking with me. I would urge you to consider to speak with Dean Carroll immediately. I really am worried about you.

---

[688] Someone being more concerned about the content, argument, arrangement, clarity, and proper citation of the law and not putting a name on a paper. Just saying.

[689] So it wasn't enough for Professor Corcos to have threatened any professional career I would have in the future, but wanted me to withdraw and don't you give me she was really worried about me because if she was she wouldn't have done what she did on March 29th.

Regards,

Christine Corcos

MK:

Look, I've been told to withdraw at almost every semester since i've been at the law center. I'm just so sick of hearing that. I know you wouldn't have known that Professor Corcos, but there has always been something that someone said whether it is health or financial matters. If I withdraw, i'll never be able to get funds again based on the fact I was readmitted and the issue revolving around my SAP and being able to receive funds. So once I'm out, I'm out.

And now let me explain what happens if I withdraw. I go back home. My father is what I'd describe as an opposite zombie. He is alive on the exterior, but completely dead on the inside since 2008 when we lost everything because of the financial crisis. He's been on SSI since then. My brother graduated from Pomona College in 2010, seriously one of the best colleges in the country, and what is he doing, living at home and hasnt done anything meaningful since then when he had the perfect opportunity to do something. And my mom is probably the only thing keeping my family together. That is just the surface. I'm so fucking retarded for having the hope that once I graduate from the law center, maybe I can see my dad alive again[690] because i havent seen him be alive for almost the last *decade*, something will click in my brother, and my mom deserves it. Each time I go home, I die a little on the inside because it kills me to see my family the way they are right now.

If you want to know how committed I am, I accidentally cut my thumb yesterday where I had to go to the ER and get three stitches. I swear to God on my life, I brought my laptop with me and was working on my privacy draft while in the ER. My sole focus right now is passing this semester. I'd rather go out swinging then bow out gracefully with my heart felt notion I did the best I could to achieve my dream of becoming a first amendment attorney and trying to help my family the only way I can right now.

As to where I got Mississippi from in my 5430 rough draft. It seems that analyzing a situation where there would be a facilitation of crime implicates *a state's criminal law*--especially when it comes to a <u>local</u> water source.[691] So I got Mississippi from the first legal issue (in the list of the three) (it was either that or louisiana law). And within the 5430 rough draft, I was taking into consideration of the implications of the facts that were provided within the issue. I mean i dont know how a reasonable law student *wouldnt even at least consider* terrorism when the fact that Ms. Smith in the hypothetical carried botulism. Also there is the implication of the compelling governmental interest of national security. On top of that, there are distinguishing factors that exist between cases like paladin, tax cases, murder for hire, and national security.

Now if you would all excuse me, I got finals to study for and two papers to turn in soon.

---

[690] So stupid of me to have had the hope that my father would actually explicitly say out loud that he was proud of me when I graduated from law school.
[691] This would precisely be a time where I showed Professor Corcos that I spent more time actually considering the facts that she put on a project than she did herself.

In May and August 2016, I had every reason to sue the hell out of my school. Now what did I do? In my pursuit for a "sense of justice" and in spite of LSU officials threatening my legal career twice (and their illegal retaliation against me), I ignored it and started protecting the same people that threatened my legal career. I did the things my law professors talked of doing. I had a client that I had every reason to hate and I could have been selfish and greedy and gone after them and been paid for what they did to me. But I pursued and sought to defend the underpinnings of the justice system itself where their Constitutional rights had to be defended regardless, where like most schools across the nation, they became chicken shit cowards against a federal bureaucracy and unconstitutional actions by certain federal actors that they acquiesced to because a certain federal bureaucracy arbitrarily and capriciously thought they were above the Constitution. How many FBI agents would defend their fellow agents' Constitutional rights despite being ostracized by their fellow agents and having their whole entire professional career threatened by their bosses on multiple occasions *and would then go defend and protect the very same people that threatened their careers on multiple occasions that then stole your original ideas*? Seriously, how many would?

That last paragraph was what I honestly believe in August 2016 because I wrote the following in an email to Professor Brooks on August 2nd, 2016:

> "So if you want to talk about something meaningful here is what has been completely fucking meaningful for me this summer. In Feb/March, I had a hunch that there was something extremely peculiar about certain aspects in a federal regulation. This would be the same federal regulation that *I know* was the cause in a significant part (financially speaking) of the reformulation of particular rules in the student code of conduct at LSU Law, which is the reason (money) why our law school administration acted the way they did. I really do and sincerely forgive the administration and I'll forgive and forget. I'll forgive what that professor did on March 29th, but I sure as fuck will never forget it. So based on that hunch and being physiologically and psychologically revolted every time I walked in the section I was assigned to and trying so damn hard to create a façade I was okay when I really wasn't and trying everything to feel okay and forget the what I went through last semester, but I could not. So with that hunch, I kept digging around and kept digging around and doing a lot of research about a certain federal agency, whatever petition I've been working on with the purpose of submitting it, <u>that has been the only way I've coped with happened last semester</u>. I promise <u>I'll shield the school in the petition</u>-- if you care about academic freedom, have faith and confidence in me that whatever I can prove beyond a reasonable doubt about what this agency did that broke two very important laws (which didn't appear possible, but is actually very possible in

reality) that I will affirm I stand on solid and concrete legal ground and I can do so without harming the school, *just have faith I really did find a way to restore academic freedom by using the very sources that took it away."*

Some people may say it was about the money for me. This is so far from the truth. Again, let me use facts. There is ample evidence on record that I wanted to do patent/intellectual property law from at least the spring semester of 2015. The question that seems to have evaded people's minds is *why*. Why did I, Miki Kotevski, want to do patent/IP law? One reason why I was drawn to doing IP work came from my childhood that is separate from my fondness and passion for protecting people's ideas and wanting to hear more ideas (because it stimulates me as well as loving that person for having different and unique perspectives that are not my own). As I said before, ownership of work and property at my home was always an issue where I never really got the proper love, value, and respect for the work I did do. I really sympathize with people who were victims of prosecutorial abuse when it comes to civil asset forfeiture because I understood the pain of having worked upon something for hours upon hours, days upon days, months upon months, and years upon years, and then having the work pretty much devalued or stolen based solely on the whims of people. It was my understanding from at least the spring semester of 2015 that there was no money to be made when it came to practicing as a constitutional law attorney. I never wanted to be an ambulance chaser so I then asked myself: what areas of the law could I specialize in that would be the most beneficial to me in giving me the best possible opportunity for myself in the future that I could continue to practice what I was passionate about (constitutional law) and have my bills paid. In a way, I had the longing and psychological need to do IP law. I envisioned that there would be multiple cases in the future in which it would be beneficial for me to know things about computer science and the Internet that would serve me well in which I could do free speech and $4^{th}/5^{th}$ amendment cases. I'm sure there is a recording of me saying it somewhere in 2015 or spring of 2016, but I wanted to be a patent agent and take USPTO's test. I believe if you ask John Hamilton who was in my patent law class, he could confirm that I wanted to do such. I went to Austin to specifically network with EFF-Austin and network with a law firm that had LSU connections. I routinely spent time on websites such as ArsTechnica and TechDirt throughout 2014 and 2015 and nearly stopped visiting those same websites I loved in 2016. The whole entire reason why I joined the ABA's Software committee and ABA's Patent Legislation committee was that I was trying to establish myself in those fields in pursuit of what I envisioned. There is a part of me that now believes that the committees I joined were not really ABA's software and patent legislation committee. It would be a personal blight where I spent time and effort in those committees thinking I was trying to establish and prove myself only then to find out it was a complete waste of time and effort that I could have spent doing so many different things in order to establish and prove myself in a field.

If you would have asked me in 2015 or early 2016 what was going to be my moneymaker as a practicing attorney, I would have said it would be doing patent/IP law. Due to primarily my own fault and the IP law professor at LSU Law probably not liking me, but do you understand how upset I was with myself that I earned a 1.3 in the IP law class? How am I supposed to say with a straight face with any future potential IP law employer in the future: hey, I love IP law so much so that I failed the class. How am I supposed to explain the discrepancy between having

the grade earned in my Patent Law class be in the top quarter of all the classes I took (tied 7th out of 32) compared to failing IP law. It doesn't matter what anyone says but the fact of the matter is I started to act in a way that was detrimental to my future career earning prospects based on the type of law I wanted to do. On May 14th, 2016, I sent Ms. Gwen Ferrell (a worker at LSU Law Employment Services) the following: "I signed up for the Loyola Patent Law Program and under step one it says:  "Each student's law school then verifies the student's graduation date and status as a student in good standing. Once the verification is complete, all qualified students are given a Patent Symplicity account for bidding on interviews at the Patent Law Interview Program." *I dont know if it is you all (career services) or someone else*, but I tried logging on tonight and it said--despite the *fact i registered and paid--that my email (all of them) were not registered*. I dont know whom i should talk to about it seeing how the bidding ends shortly and it would be a complete waste of money that i signed up and paid and i couldn't do anything with it."  Honestly, it seemed like from at least Spring 2016 there was an effort to sabotage my career where I was doing all the necessary things to make myself successful in my field but someone had different plans for me in the spring of 2016. So in Summer 2016, I slowly neglected the necessary steps that I need to take by networking and establishing myself with attorneys in the aforementioned committees by participating in webinars, teleconferences, etc. By fall 2016, I had disregarded trying to establish and prove myself in the software and patent legislation committees in my pursuit of defending constitutional rights/disability rights. The point being, the steps I took were ones that indicated my complete disinterest in financial gain.

You now have a very detailed and factual reflection of the most important things that happened to me in the Spring Semester of 2016 and what were (still are) the most important things to me.

## **Summary IC3**

So let me provide a summary of everything that happened from the middle of January 2016 to the beginning of May 2016: I expressed how my automatic bs detector goes off when it comes to the actions of people that have no sources of accountability that implement defunct legal concepts as rules. I posted a supposedly offensive poster entitled Dolly Parton's 9to5Theses. Talked about making a satire in which the elements of it contained a reference to ADHD. I had discussed fraternities and sororities, group association, religion, political groups, the difference between singular and plural terms when referring to people, animals and criminal justice issues, location of conduct at issue, Free Speech and Due Process being the very cornerstones of constitutional rights that actually promote equality and diversity, context, jokes, sexual life, IP law and free speech, conditions attached to money by the federal government to schools, the difference between objective and subjective standards, disciplinary issues, war on drugs, disability issues and anecdotal references to my history involving disability issues, and more. I discussed how OCR crippadoodled by February 2016, talked about "egregious pressure by the OCR completely disregarding the law and entrenching themselves in bureaucratic bullshit on some sort of power trip of either just power tripping and/or social justice warriorness," and a particular instance of discrimination against disabled men being unable to express their sexual opinion. I vouched for members of the military and had the background that my best friends that are current and former members of the military and we all had the common shared extremely problematic experiences of dealing with bureaucracies because our needs were not understood by certain bureaucrats and had our rights infringed upon by those bureaucrats during our times as

undergrad and graduate students. I specifically articulated how it was contemptible and vile to me when people stole my original ideas and work. I got extremely protective of my school even after having certain professors threaten my whole entire legal career and taking my original ideas and passing it off as their own. I stood up for fellow students by protecting their constitutional rights literally at the expense of any possible future professional career of mine. I specifically wrote "rights don't mean shit if you aren't willing to sacrifice your best interests for them." Everything I just wrote is fact and what would you, my dear reader, say was on my mind and could infer from the facts of what my intent would actually be and was from at least the beginning of May 2016?

## TRACY BLANCHARD INTERROGATION: MAY 2016

At the outset we must condemn the practice of imputing a sinister meaning to the exercise of a person's constitutional right under the Fifth Amendment. The right of an accused person to refuse to testify, which had been in England merely a rule of evidence, was so important to our forefathers that they raised it to the dignity of a constitutional enactment, and it has been recognized as "one of the most valuable prerogatives of the citizen." *Brown* v. *Walker,* 161 U. S. 591, 610. We have reaffirmed our faith in this principle recently in *Quinn* v. *United States,* 349 U. S. 155. In *Ullmann* v. *United States,* 350 U. S. 422, decided last month, we scored the assumption that those who claim this privilege are either criminals or perjurers. The privilege against self-incrimination would be reduced to a hollow mockery if its exercise could be taken as equivalent either to a confession of guilt or a conclusive presumption of perjury. As we pointed out in *Ullmann,* a witness may have a reasonable fear of prosecution and yet be innocent of any wrongdoing. The privilege serves to protect the innocent who otherwise might *558 be ensnared by ambiguous circumstances. See Griswold, The Fifth Amendment Today It is one thing for the city authorities themselves to inquire into Slochower's fitness, but quite another for his discharge to be based entirely on events occurring before a federal committee whose inquiry was announced as not directed at "the property, affairs, or government of the city, or . . . official conduct of city employees." In this respect the present case differs materially from *Garner,* where the city was attempting to elicit information necessary to determine the qualifications of its employees. Here, the Board had possessed the pertinent information for 12 years, and the questions which Professor Slochower refused to answer were admittedly asked for a purpose wholly unrelated to his college functions. On such a record the Board cannot claim that its action was part of a bona fide attempt to gain needed and relevant information… Without attacking Professor Slochower's qualification for his position in any manner, and apparently with full knowledge of the testimony he had given some 12 years *559 before at the state committee hearing, the Board seized upon his claim of privilege before the federal committee and converted it through the use of § 903 into a conclusive presumption of guilt. *SLOCHOWER v. BOARD OF HIGHER EDUCATION OF NEW YORK CITY,* 350 U.S. 551 (1956)



| 2016-03-18 01:49:16 | Page | Drive safely.<br>This case is fungible, possibly sooner than later. Your family is not. You need to go. |
| 2016-03-18 01:52:09 | Strzok | Yeah, but you know what bugs me? If you weren't in there, who is supposed to point out all the doubts and qualifications about the reporting, all the potential misinterpretations and exaggerations? that person needs to be in the room. I understand it could be you, but it could be me or somebody else at that level. They should have the benefit of that type of nuance and information, and clearly they don't, or at least they don't enough. They're certainly not getting it out of the so-called senior leaders who are sitting round that table beside Andy. |
| 2016-03-18 02:05:04 | Page | Jim does nuance. I'm not the only one in the room. |
| 2016-03-18 02:16:17 | Strzok | But Jim doesn't get the reporting, does he? Saying hey this Isn't a raw cut, all the opportunities for error/exaggeration? |

**As of August 14th, 2023, PLAINTIFF does not have the fortitude to include everything that happened from May 2016 (such as TRACY BLANCHARD'S May 2016 unconstitutional interrogation), Summer 2016, Fall 2016, and more. PLAINTIFF necessarily incorporates what he submitted to the Texas Bar, which is sworn testimony, concerning 2016 and 2017 [here]. PLAINTIFF can explain HILLARY CLINTON'S and LORETTA LYNCH'S TARMAC MEETING as it deals with PLAINTIFF'S Facts.**

# INCIDENT VIII:
## *Prejudicial Lobotomy*.

On May 9th, 2017, ANDREW MCCABE became the Director of the FBI. The FBI had a Director that engaged in aiding and abetting terrorism and RICO enterprise. Then on August 1, 2017, ANDREW MCCABE went back to being the Deputy Director of the FBI and then resigned from the FBI on January 29, 2018. It depends when this happened, but there was a connection to this incident and ANDREW MCCABE being promoted as Director of the FBI or doing this as one of his first priorities as Director of the FBI.

PLAINTIFF learned that you can't help yourself unless you want to be helped. PLAINTIFF wanted and desperately needed the help. DEFENDANTS denied PLAINTIFF from getting the proper help in time.

In either April or May 2017, after an assassination attempt that the <u>FBI never did a damn thing about</u>, PLAINTIFF was in a world of hurt and needed the proper psychological help and treatment after everything that had transpired through the years. In light of ***Incident VII and***

**based on PLAINTIFF'S knowledge of the time**, there was a high foreseeability on part of the PLAINTIFF that litigation would soon be forthcoming and necessarily a key component of that litigation would involve PLAINTIFF'S Autism. So PLAINTIFF went to a diagnostic center to confirm PLAINTIFF'S Autism and get the proper psychological help and treatment available to him (and not at a cost to the Government at the time). Money was spent on this testing and the amount can be discovered through subpoenaing DISCOVER credit card's records by PLAINTIFF'S Mother since PLAINTIFF was completely broke at the time and couldn't afford treatment or diagnostic assessments.

However, PLAINTIFF did not realize DEFENDANTS had violated 18 U.S.C §1961 section 1029 (relating to fraud and related activity in connection with access devices) and hacked PLAINTIFF'S laptop. Through a system of having done that and having a different doctor direct PLAINTIFF to DEFENDANTS (in which DEFENDANTS conspired with that aforementioned Doctor), PLAINTIFF arrived at some fictitious psychological diagnostic testing center that DEFENDANTS had created so that DEFENDANTS could get a psychological profile on PLAINTIFF and be denied the help PLAINTIFF so desperately needed.

There were two DEFENDANTS at the psychological testing center. One was an assistant of polish ancestry and another was a doctor. There DEFENDANTS having prior knowledge of *City and County of San Francisco V. Sheehan*, 575 U.S. 600 (2015) and *the brief,* needed to coerce PLAINTIFF--through having committed torture and through necessarily fabricating evidence-- into conforming to the facts of *City and County of San Francisco V. Sheehan*, 575 U.S. 600 (2015) and *the brief* so that they could absolve themselves of all liability of their actions. There were some standard psychological tests given. But then DEFENDANTS gave and administered the Minnesota Multiphasic Personality Inventory (MMPI)(either Phase III or Phase IV), which is the most common psychometric test devised to assess psychopathology (i.e. psychopaths) and not autism. PLAINTIFF is not a psychopath nor a sociopath. PLAINTIFF was aware of what the MMPI tests. PLAINTIFF then proceeded to question DEFENDANTS on why they were administering the MMPI and not giving a diagnostic test and tools that assessed autism. DEFENDANTS recorded this interaction so there is proof of this. PLAINTIFF raised enough issues and provided enough information that any reasonable psychologist would have necessarily given pause to reflect upon the issues PLAINTIFF presented as it was not the most conducive in helping PLAINTIFF with his Autism. DEFENDANTS were absolutely 100% adamant to continue the RICO Enterprise and fabricate the results of the testing in order to conform to *City and County of San Francisco V. Sheehan*, 575 U.S. 600 (2015) and *the brief.* To the best of PLAINTIFF'S recollection, DEFENDANTS would not proceed unless PLAINTIFF took the test. So PLAINTIFF took the test and continued on because PLAINTIFF was desperate for help. This violated 42 U.S. Code §10841 and was tantamount to continuing to torture PLAINTIFF. PLAINTIFF went looking for specific help and provided the right, true, and correct information that would have helped PLAINTIFF but then DEFENDANTS completely ignored all of the information because it was a complete set up to conform to *City and County of San Francisco V. Sheehan*, 575 U.S. 600 (2015) and *the brief* to absolve DEFENDANTS of all liability. PLAINTIFF was diagnosed by DEFENDANTS as not being autistic; but as having schizoid personality disorder to conform to factual prerequisites of *City and County of San Francisco V. Sheehan*, 575 U.S. 600 (2015).

PLAINTIFF after being interrogated by DEFENDANTS over the course of two days, recorded 3 separate small clips of himself to give himself a present sense impression of what happened after the interrogation in 2017 because it was a complete set up, to corroborate how DEFENDANTS at every opportunity in PLAINTIFF'S life were intentionally ignorant of PLAINTIFF'S actual disabilities (and not their own desired prefabricated disabilities and issues) and refused to consider the legitimate disabilities at all, and recorded it because of how odd the whole situation was to PLAINTIFF. These are a summary and some of the statements PLAINTIFF made in said in the 3 clips below:

In IMG_0015.mov, "PLAINTIFF left Dr. "David Jezel's" office. After a referral, circumstances were extremely peculiar and odd. Only two people there: doctor and assistant. Doctor and PLAINTIFF only talked for a couple of moments. PLAINTIFF sought to clarify that his testing would have only covered autism or autism related disorders. PLAINTIFF was only given MMPI Edition IV if he was not mistaken. The vibe was extremely odd. It just didn't feel right and gut instinct didn't feel right about the whole entire issue. There was an interview. Polish assistant woman was asking for PLAINTIFF'S entire childhood history. PLAINTIFF stated never really addressed autism. That's the thing that makes it the most odd. This never addressed autism in any satisfactory way. The assistant posed a question that PLAINTIFF knew she could not have known in which there was no conceivable way [she could have known]. For instance, she asked PLAINTIFF "you moved around a lot as a kid' and PLAINTIFF never gave the assistant any answer that would have suggested that PLAINTIFF moved around a lot as a kid. What PLAINTIFF did say as every other summer PLAINTIFF went back and forth between Serbia and America and not that PLAINTIFF moved around a lot. There was another question she posed that she could have known that she would have done a background. When PLAINTIFF was readmitted to LSU, PLAINTIFF never talked about FRAGILE X with assistant, PLAINTIFF said he was tested for Fragile X in which PLAINTIFF tested positive and negative, which was PLAINTIFF'S understanding based on what his mother said in the petition for readmission; PLAINTIFF never told the assistant about that, but the assistant asked PLAINTIFF about that.  PLAINTIFF said it seemed more like a drilling like they were trying to establish a psychological profile of who PLAINTIFF is and nothing for autism."

In IMG_0016.mov. "PLAINTIFF talked about some issues of DOJ and Dept of Education in the interview. One question the assistant posed was: do you trust your government. Answer PLAINTIFF gave was that "he trusted his government so long as they followed the law." Plaintiff then stated: "If anything comes from this, PLAINTIFF felt like he was set up. It was a complete set up. PLAINTIFF was legitimately trying to affirm whether or not PLAINTIFF had autism or if he was somewhere on the spectrum. AND THAT IF I GOT SET UP TRYING TO GET HELP I CAN'T IMAGINE ANYTHING LOWER THAN THAT WHEN PLAINTIFF WAS TRYING TO GET HELP. PLAINTIFF was trying to confirm something to help somebody out."

Then In IMG_0017.mov, PLAINTIFF was giving present sense impression to the interrogation by DEFENDANTS in which PLAINTIFF said: "this assistant/doctor said I had depression, and at the moment, I'm severely depressed over what I went through over the last year. However, however, she discounted my learning disability, even though, even though, there was paperwork in front of her. I can confirm my disability,..my writing disability, she discounted

my disability, I don't know what psychologist would openly discount a patient's disability. **Shakes head in disgust** WHO DOES THAT?"

DEFENDANTS violated: *Ferguson v. Charleston*, 532 U.S. 67 (2001) (holding: *a state sanctioned agency or facility's use* of a diagnostic test to obtain evidence of a patient's criminal conduct for law enforcement purposes is an unreasonable search if the patient has not consented to the procedure. A key factor was the fact that The invasion of privacy in the case here was extremely substantial in which there could be a complete misunderstanding about the purpose of the test or the potential use of the test results (especially if they are erroneous). Some factors in determining reasonableness was whether there were protections against the dissemination of the results to third parties and whether the immediate objective of the searches was to generate evidence for law enforcement purposes). DEFENDANTS actions were for politically retaliatory purposes, to falsely conform to get PLAINTIFF to conform to the materially misleading and obstructive acts justifying *City and County of San Francisco v. Sheehan*, 575 U.S. 600 (2015), and to prevent PLAINTIFF from being able to sue in which the credibility of someone who having been (falsely) diagnosed as "schizoid personality disorder" is zero. This provides proof of numerous violations of 42 U.S. Code §10841. See some of DEFENDANTS' crimes of: 18 USC §1961 section 1503 (relating to obstruction of justice), 18 USC §1961 section 1510 (relating to obstruction of criminal investigations), 18 USC §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 USC §1961 section 1512 (relating to tampering with a witness, victim, or an informant), 18 USC §1961 section 1513 (relating to retaliating against a witness, victim, or an informant). 18 U.S.C. §2422 & 18 U.S.C. §2423; 18 U.S.C §2331; 18 U.S.C §2332b; 18 U.S.C §1961 section 1029 (relating to fraud and related activity in connection with access devices); 18 U.S.C §1961 sections 1581–1592 (relating to peonage, slavery, and trafficking in persons). 18 U.S.C §1961 section 1951 (relating to interference with commerce, robbery, or extortion), 18 U.S.C. §2340 & 18 U.S.C § 2441; 18 USC 2331 1(B)(iii) and 5(B)(iii), 18 USC §1961; 18 USC 2331 1(B)(iii) and 5(B)(iii), 18 USC 2331 1(B)(iii) and 5(B)(iii), 18 U.S.C. § 1956 (Financing Terrorism). DEFENDANTS shared the information amongst each other in this episode. <u>*See:* *United States v. Miller, 116 F.3d 641, 674-75 (2d Cir. 1997) (act involving murder need not be actual murder as long as the act directly concerned murder, and facilitation of murder was a proper RICO predicate because accessorial offenses described in the New York State statutory provisions involved murder within the meaning of RICO where defendant provided information he knew would enable inquirer to* commit murder or other RICO violations).</u> 18 U.S.C. §2422 & 18 U.S.C. §2423; 18 U.S.C §2332b; Section 504 of the REHABILITATION ACT of 1973; ADAAA. 18 U.S.C. § 956(a)(1) (relating to conspiracy to murder, kidnap, or maim persons abroad) because PLAINTIFF didn't get the proper help and would maim himself. RFRA violations; Constitutional Violations: 1st, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, and 14th Amendment. 18 U.S.C. §1961, 18 U.S.C. §1962 (a), 18 U.S.C. §1962(b), 18 U.S.C. §1962(c), and/or 18 U.S.C. §1962(d); 42 U.S. Code §10841.

When discussing the TARMAC incident of June 2016, ANDREW MCCABE provided PLAINTIFF a factual nexus connecting ANDREW MCCABE to the interrogation in April/May 2017 to the TARMAC incident in which terrorist activity was furthered continued to be directed at PLAINTIFF when PLAINTIFF went seeking psychological help. This need for psychological help was used against PLAINTIFF. ANDREW MCCABE said the following in his book: "Two small planes were parked on the tarmac in Phoenix, Arizona. A man got off one of those planes,

walked over to the other, and climbed the steps into the cabin. He met for half an hour with the woman inside. The man was **Bill Clinton**, the woman Loretta Lynch. The two had never met before. The conversation may have been completely innocent. Lynch and **Clinton** would both recall that they mostly talked about their grandchildren. Even granting that, the tarmac meeting was a horrible lapse in judgment by Loretta Lynch. She should have recused herself from *Midyear* at that point. She did not—she made things worse…Lynch announced that she would accept the FBI's recommendations in ***the Midyear case***. On the same day, Lynch's spokes-woman reasserted the attorney general's authority over the final decision. ***Half-in, half-out,*** and all confused. That was the last straw for Comey…In the end, the **Hillary Clinton** interview revealed nothing new. It did not change the way we saw the strengths and weakness of the case. The **midyear** team concluded formally that no charges should be pursued. Justice could not credibly announce that conclusion because its credibility had been compromised."[692]

PLAINTIFF said nearly an identical quote like that discussing being halfway in and halfway out approach to ***the story*** thereby providing the most unique perspective and analysis (that PLAINTIFF was most constitutionally comfortable with) during the two-day interrogation by the FBI in April/May 2017 about ***the story***.[693] Thereby this is a factual nexus to speech. DEFENDANTS FBI have that video and proof of PLAINTIFF making that statement in which ANDREW MCCABE is referencing PLAINTIFF'S statement about ***the story*** said in the interrogation. At one of his lowest points, DEFENDANTS FBI here could have provided the help PLAINTIFF needed after being tortured by DEFENDANTS, having committed war crimes by DEFENDANTS, having been subject to DEFENDANTS' terrorist activities, particularly done by ANDREW MCCABE at the behest of HILLARY CLINTON, but DEFENDANTS did not.

Like PLAINTIFF has consistently argued and said, **DEFENDANTS, especially FBI and ANDREW MCCABE, when literally waived with EXCULPATORY evidence and paperwork in front of their face** documenting PLAINTIFF'S writing disability, **intentionally and willfully ignored it** because they would have no basis of MID-YEAR because it was a writing disability that caused the issue in MID-YEAR. DEFENDANTS were talking about PLAINTIFF'S writing disability issue for more than 8 years (Spring 2008 to Summer 2016). Let me repeat that again because PLAINTIFF doesn't think you fully understood or heard what PLAINTIFF just said. DEFENDANTS were talking about a writing disability issue for more than 8 years (Spring 2008 to Summer 2016). They intentionally ignored the exculpatory evidence of PLAINTIFF'S writing disability when PLAINTIFF underwent diagnostic testing in Fall 2014 and then continued their investigation even further on top of all of their RICO Predicate Activities and Enterprise. ANDREW MCCABE, in his book and writings, connected MID-YEAR to TARMAC to Interrogation to CLINTONS—all constituting psychological torture and financing thereof. Period.

Let me put it in another scenario for the Court to understand: DEFENDANTS, especially ANDREW MCCABE the former DIRECTOR and DEPUTY DIRECTOR OF THE FBI, were specifically investigating and talking about a writing disability issue for more than 8 years

---

[692] McCabe, Andrew. *The Threat. How the FBI Protects America in the Age of Terror and Trump.* 2019.
[693]

(Spring 2008 to Summer 2016) through their own admissions. In this time, DEFENDANTS committed more than 3 acts of international and domestic terrorism against PLAINTIFF. Then after committing acts of terrorism, DEFENDANTS then denied PLAINTIFF psychological help and treatment 9 years after this all started. The length and duration of an investigation was necessarily talked about in *Greene v. United States*, 454 F.2d 783, 787 (9th Cir. 1972):

> "We do not believe the Government may involve itself so directly and continuously over **such a long period of time** in the creation and maintenance of criminal operations, and yet prosecute its collaborators. As pointed out in Sherman v. United States, *supra,* 356 U.S. at 372, 78 S.Ct. at 821, a certain amount of stealth and strategy "are necessary weapons in the arsenal of the police officer." But, although this is not an entrapment case, when the Government permits itself to become enmeshed in criminal activity, **from beginning to end**, to the extent which appears here, the same underlying objections which render entrapment repugnant to American criminal justice are operative. Under these circumstances, the Government's conduct rises to a level of " *creative* activity" ( *Sherman, supra,* at 372, 78 S.Ct. at 821), substantially more intense and aggressive than the level of such activity charged against the Government in numerous entrapment cases we have examined." *Id.*

This provides proof of numerous violations of 42 U.S. Code §10841. See some of DEFENDANTS' crimes of: 18 USC §1961 section 1503 (relating to obstruction of justice), 18 USC §1961 section 1510 (relating to obstruction of criminal investigations), 18 USC §1961 section 1511 (relating to the obstruction of State or local law enforcement), 18 USC §1961 section 1512 (relating to tampering with a witness, victim, or an informant), 18 USC §1961 section 1513 (relating to retaliating against a witness, victim, or an informant). 18 U.S.C. §2422 & 18 U.S.C. §2423; 18 U.S.C §2331; 18 U.S.C §2332b; 18 U.S.C §1961 section 1029 (relating to fraud and related activity in connection with access devices); 18 U.S.C §1961 sections 1581–1592 (relating to peonage, slavery, and trafficking in persons). 18 U.S.C §1961 section 1951 (relating to interference with commerce, robbery, or extortion), 18 U.S.C. §2340 & 18 U.S.C § 2441; 18 USC 2331 1(B)(iii) and 5(B)(iii), 18 USC §1961; 18 USC 2331 1(B)(iii) and 5(B)(iii), 18 USC 2331 1(B)(iii) and 5(B)(iii), 18 U.S.C. § 1956 (Financing Terrorism). DEFENDANTS shared the information amongst each other in this episode. *See: United States v. Miller, 116 F.3d 641, 674-75 (2d Cir. 1997) (act involving murder need not be actual murder as long as the act directly concerned murder, and facilitation of murder was a proper RICO predicate because accessorial offenses described in the New York State statutory provisions involved murder* <u>within the meaning of RICO where defendant provided information he knew would enable inquirer to</u> *commit murder or other RICO violations).* 18 U.S.C. §2422 & 18 U.S.C. §2423; 18 U.S.C §2332b; Section 504 of the REHABILITATION ACT of 1973; ADAAA. 18 U.S.C. § 956(a)(1) (relating to conspiracy to murder, kidnap, or maim persons abroad) because PLAINTIFF didn't get the proper help and would maim himself. RFRA violations; Constitutional Violations: 1st, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, and 14th Amendment. 18 U.S.C. §1961, 18 U.S.C. §1962 (a), 18 U.S.C. §1962(b), 18 U.S.C. §1962(c), and/or 18 U.S.C. §1962(d); 42 U.S. Code §10841; 42

U.S.C. §2000aa. "However, the line must be drawn where, as here, a government agent lures the unwary innocent and then implants a law-breaking disposition that was not theretofore present. In such cases, the government takes on the unwholesome appearance of the consummate manufacturer of crime. The continuing vitality and integrity of our "government of laws" would be imperiled if we sanctioned the manufacturing of crime by those responsible for upholding and enforcing the law." *United States v. Lard*, 734 F.2d 1290 (8th Cir. 1984)

   DEFENDANTS violated: *Wilson v. Seiter,* 501 U.S 294 (1994) (holding for purposes of 8th Amendment and 14th Amendment violations: one claiming that the conditions of his confinement violate the Eighth Amendment must show a culpable state of mind on the part of officials; the "wantonness" of conduct depends not on its effect on the individual, but on the constraints facing the official;  there must be "*deliberate indifference" to one's "serious" medical needs").*

   Simply, ANDREW MCCABE/DEFENDANTS, never once between 2008-2018, asked himself the question below or had the following thought come in his brain to put a stop to it:



**Total Minimum Damages**: $34,247,430,000+

# SHOTGUN CLAIMS:

for the sake of brevity, when PLAINTIFF incorporates one of the following definitions in this section of DEFINITIONS and Rules of Construction, it shall have the same legal purpose and effect as PLAINTIFF making an allegation against a specific individual.

For example, the definition of the CIA is below. Instead of typing in every chapter duplicitous information over and over again, by having PLAINTIFF incorporate the definition of CIA in a chapter (or subchapter), it applies in that chapter (or subchapter). For example, PLAINTIFF'S definition of CIA can be read as including the following scenario: LEON PANETTA in *Miki's Tea Party* materially omitted key context and facts in any reports, memoranda, documents, decisions, etc. that concerns PLAINTIFF. Another example: an unknown officer within the Directorate of Analysis at the CIA had conducted or was part of any actions, plans, operations, plots, etc. undertaken against PLAINTIFF in *An Anchor and a Pitchfork*.

**CIA:** MICHAEL HAYDEN, LEON PANETTA (especially him), GINA HASPEL, JOHN O. BRENNAN (especially him), WILLIAM BURNS, MICHAEL JOSEPH MORELL, and/or any current and former unknown officers, sub-contractors, any middlemen or actors between CENTRAL INTELLIGENCE AGENCY and any other applicable DEFENDANT, and employees of the CENTRAL INTELLIGENCE AGENCY that: **1)** concerns anything in this complaint, **2)** have come in contact with PLAINTIFF or any DEFENDANTS and discussed PLAINTIFF, **3)** read any information about PLAINTIFF, **4)** have knowledge of PLAINTIFF, **5)** shared, submitted, or received any of the facts that concern anything in this complaint, **6)** received, shared, or submitted materially false, fabricated evidence, or misleading information about PLAINTIFF amongst DEFENDANTS and to any Court and/or knowing that materially false, fabricated evidence, or misleading information about PLAINTIFF was submitted, shared, or received by DEFENDANTS and the Court and failed to address and fix the errors, **7)** conducted or were part of any actions, plans, operations, plots, etc. undertaken against PLAINTIFF, **8)** shared, submitted, or received any memoranda, documents, information, or reports about PLAINTIFF and amongst any DEFENDANTS or failed to provide any information when requested by PLAINTIFF or intentionally did not inform PLAINTIFF of information when PLAINTIFF should have been made aware of it, **9)** materially omitted key context and facts in any reports, memoranda, documents, decisions, etc. that concerns PLAINTIFF and/or failed to

properly fix it and/or shared, submitted, or received reports that omitted key context and facts in any reports, memoranda, documents, national security letters, and/or warrants, **10)** omitted exculpatory evidence in reports, warrants, and to the court and/or failed to correct the omission of exculpatory evidence in reports, warrants, documents, and to the Court), **11)** knew of imminent danger posed to PLAINTIFF by DEFENDANTS' plots and actions and failed to intervene properly and in time, **12)** knew of any unconstitutional acts committed against PLAINTIFF and failed to report it, intervene, or adequately notify PLAINTIFF of such unconstitutional actions, **13)** knowingly used perjured testimony against PLAINTIFF in which that perjured testimony was shared, submitted, and/or received amongst DEFENDANTS and the Court; and/or failing to notify or correct the record to the Court or Employers that perjured testimony was utilized against PLAINTIFF, **14)** knowingly provided a court with fabricated evidence **15)** failed to notify and properly inform PLAINTIFF of material facts, **16)** shared information with local police departments, county sheriffs, state police departments or conspired or directed with local police departments, county sheriffs, state police departments to conduct any activity against PLAINTIFF, **17)** had manipulated PLAINTIFF in order to sustain getting and obtaining future resources, **18)** had marketed that their procedures and standards were fair, constitutionally balanced, and objective when they in fact were not, **19)** had intentionally manipulated disabled individuals to further RICO Enterprise 1 and lied about it, **20)** concealed evidence, destroyed exculpatory evidence, did not provide a Court with exculpatory evidence when required, destroyed documents, and/or abused the attorney-client privilege or legal process to prevent PLAINTIFF from knowing anything material to PLAINTIFF and to shield any DEFENDANT from adverse litigation results or prevent PLAINTIFF from holding DEFENDANTS accountable, **21)** engaged in a conspiracy with any of the DEFENDANTS in violation of 18 U.S.C. 241 or 18 U.S.C. 242, **22)** knowingly ruled against PLAINTIFF knowing that legal fraud through a RICO predicate act had been perpetuated on the Court or had reason to know a DEFENDANT committed legal fraud through a RICO predicate act had been perpetuated upon the Court and still ruled in a DEFENDANT'S favor, **23)** intentionally denied PLAINTIFF access to Court, **24)** were so prejudicial against PLAINTIFF solely on the basis of PLAINTIFF'S Speech or PLAINTIFF'S Disability that it denied PLAINTIFF'S Due Process, **25)** intentionally exploited PLAINTIFF'S disabilities out of malice and knew of PLAINTIFF'S disabilities when the acts were perpetuated, OR **26)** conducted any activity that involves, implicates, or violated PLAINTIFF'S specific constitutional, liberty, or legal interests *or anything else in this complaint.*

**Section.** Section could mean a specific section of a law that PLAINTIFF is citing or a Section could refer to a distinct period of time that is contained in this lawsuit that could consist of multiple chapters or itself being just one chapter; these are the Sections in the complaint: Upbringing, Narcoterrorism, Transition Era, Pravus Pravda.

**Chapter(s)**. Chapter is a specific reference to particular set of facts and applicable and incorporated law and legal arguments in which RICO Enterprise 1 and RICO Enterprise 2 occurred in (but a chapter is not a separate, different, and distinct core set of facts unless explained otherwise) as certain chapter(s) in one section are necessarily connected to different chapters in different sections and are therefore not separate, different, and distinct core set of facts. There could even be a subchapter within a chapter. It is just an easier way to quickly refer

to a particular set of facts and law and legal arguments incorporated therein.[694] The following are chapters (and subchapters): Section: *Upbringing, Tragedy, Whoopsie, GIVE ME BEER and GIVE ME LIBERTY, Peasants Revolt Against the King, Confidential papers, Big Brother Big Sister, EMT Terry and the Doll, MIDYEAR EXAM (MIDYEAR), Anarchy, Pop Goes the Weasel* (subchapter: *Trespass Incident #3*), *Peachy Miami, Victoria Flight, Law Enforcement Interventions* (as well as subchapter: False Identification), *Angel's, This Side of the Street, Meth, Tar, Financial Terrorism, Calm Down, Man*, *The Roof, The Roof Is On Fire, Miki's Tea Party, I'm a Sexy Nazi and I Know It, Rhetoric, Champagne, The Devil Reincarnate* (subchapter: *The Matter*), Section: *Transition Era, Guess who's back? Back Again., Second Chance, Star Chamber, An Anchor and a Pitchfork, The More Things Change The More They Stay the Same Way*, *What Saved My Life, Prejudicial Lobotomy, Let's Go Racing to Constitutional Violations,* Incident X XX

**Dept of Ed.** Department of Education and/or DEFENDANTS: RUSSLYNN ALI, CATHERINE LHAMON, JOCELYN SAMUELS,

**Obama White House:** VALERIE JARRETT, SUSAN RICE, CHERYL MILLS, BEN RHODES, and/or unknown XX that: **1)** concerns anything in this complaint, **2)** have come in contact with PLAINTIFF or any DEFENDANTS and discussed PLAINTIFF, **3)** read any information about PLAINTIFF, **4)** have knowledge of PLAINTIFF, **5)** shared, submitted, or received any of the facts that concern anything in this complaint, **6)** received, shared, or submitted materially false, fabricated evidence, or misleading information about PLAINTIFF amongst DEFENDANTS and to any Court and/or knowing that materially false, fabricated evidence, or misleading information about PLAINTIFF was submitted, shared, or received by DEFENDANTS and the Court and failed to address and fix the errors, **7)** conducted or were part of any actions, plans, operations, plots, etc. undertaken against PLAINTIFF, **8)** shared, submitted, or received any memoranda, documents, information, or reports about PLAINTIFF and amongst any DEFENDANTS or failed to provide any information when requested by PLAINTIFF or intentionally did not inform PLAINTIFF of information when PLAINTIFF should have been made aware of it, **9)** materially omitted key context and facts in any reports, memoranda, documents, decisions, etc. that concerns PLAINTIFF and/or failed to properly fix it and/or shared, submitted, or received reports that omitted key context and facts in any reports, memoranda, documents, national security letters, and/or warrants, **10)** omitted exculpatory evidence in reports, warrants, and to the court and/or failed to correct the omission of exculpatory evidence in reports, warrants, documents, and to the Court), **11)** knew of imminent danger posed to PLAINTIFF by DEFENDANTS' plots and actions and failed to intervene properly and in time, **12)** knew of any unconstitutional acts committed against PLAINTIFF and failed to report it, intervene, or adequately notify PLAINTIFF of such unconstitutional actions, **13)** knowingly used perjured testimony against PLAINTIFF in which that perjured testimony was shared, submitted, and/or received amongst DEFENDANTS and the Court; and/or failing to notify or correct the record to the Court or Employers that perjured testimony was utilized against PLAINTIFF, **14)** knowingly provided a court with fabricated evidence **15)** failed to

---

[694] PLAINTIFF will cite certain cases in his argument in different Chapters; however, the citation and inclusion of certain cases does not mean the validity and applicability of those aforementioned cases to the complaint as certain cases are necessarily constitutionally compromised/tainted and therefore extremely prejudicial to PLAINTIFF and would violate numerous PLAINTIFF'S Constitutional Rights.

notify and properly inform PLAINTIFF of material facts, **16)** shared information with local police departments, county sheriffs, state police departments or conspired or directed with local police departments, county sheriffs, state police departments to conduct any activity against PLAINTIFF, **17)** had manipulated PLAINTIFF in order to sustain getting and obtaining future resources, **18)** had marketed that their procedures and standards were fair, constitutionally balanced, and objective when they in fact were not, **19)** had intentionally manipulated disabled individuals to further RICO Enterprise 1 and lied about it, **20)** concealed evidence, destroyed exculpatory evidence, did not provide a Court with exculpatory evidence when required, destroyed documents, and/or abused the attorney-client privilege or legal process to prevent PLAINTIFF from knowing anything material to PLAINTIFF and to shield any DEFENDANT from adverse litigation results or prevent PLAINTIFF from holding DEFENDANTS accountable, **21)** engaged in a conspiracy with any of the DEFENDANTS in violation of 18 U.S.C. 241 or 18 U.S.C. 242, **22)** knowingly ruled against PLAINTIFF knowing that legal fraud through a RICO predicate act had been perpetuated on the Court or had reason to know a DEFENDANT committed legal fraud through a RICO predicate act had been perpetuated upon the Court and still ruled in a DEFENDANT'S favor, **23)** intentionally denied PLAINTIFF access to Court, **24)** were so prejudicial against PLAINTIFF solely on the basis of PLAINTIFF'S Speech or PLAINTIFF'S Disability that it denied PLAINTIFF'S Due Process, **25)** intentionally exploited PLAINTIFF'S disabilities out of malice and knew of PLAINTIFF'S disabilities when the acts were perpetuated, OR **26)** conducted any activity that involves, implicates, or violated PLAINTIFF'S specific constitutional, liberty, or legal interests *or anything else in this complaint.*

**Tech DEFENDANTS:** ALPHABET Inc., META Inc., AT&T INC., VERIZON Inc., APPLE Inc., COX COMMUNICATION Inc., MICROSOFT INC.; and/or AMAZON WEB SERVICES INC., and/or current and former UNKNOWN OFFICERS, LAWYERS, EMPLOYEES in the aforementioned companies that concerns anything in this complaint, have come in contact with, read about, have knowledge of, or conducted any activity that involves PLAINTIFF'S specific constitutional, liberty, or legal interests or anything else in this complaint.

**Entertainment DEFENDANTS:** WALT DISNEY COMPANY, NETFLIX, Inc., and/or current and former UNKNOWN OFFICERS, LAWYERS, EMPLOYEES in the aforementioned companies that concerns anything in this complaint, have come in contact with, read about, have knowledge of, or conducted any activity that involves PLAINTIFF'S specific constitutional, liberty, or legal interests or anything else in this complaint.

**Japanese DEFENDANTS**: refers to:  THE ESTATE OF SHINZO ABE and/or THE GOVERNMENT OF JAPAN, and/or any current and former unknown officers, prime ministers, government officials or officers, members of the Japanese supreme court, sub-contractors, any middlemen or actors between the 公安調査庁, kōanchōsa-chō, GOVERNMENT OF JAPAN, and any other applicable DEFENDANTS, and employees of 公安調査庁 kōanchōsa-chō, GOVERNMENT OF JAPAN that: **1)** concerns anything in this complaint, **2)** have come in contact with PLAINTIFF or any DEFENDANTS and discussed PLAINTIFF, **3)** read any information about PLAINTIFF, **4)** have knowledge of PLAINTIFF, **5)** shared, submitted, or received any of the facts that concern anything in this complaint, **6)** received, shared, or submitted materially false, fabricated evidence, or misleading information about PLAINTIFF

amongst DEFENDANTS and to any Court and/or knowing that materially false, fabricated evidence, or misleading information about PLAINTIFF was submitted, shared, or received by DEFENDANTS and the Court and failed to address and fix the errors, **7)** conducted or were part of any actions, plans, operations, plots, etc. undertaken against PLAINTIFF, **8)** shared, submitted, or received any memoranda, documents, information, or reports about PLAINTIFF and amongst any DEFENDANTS or failed to provide any information when requested by PLAINTIFF or intentionally did not inform PLAINTIFF of information when PLAINTIFF should have been made aware of it, **9)** materially omitted key context and facts in any reports, memoranda, documents, decisions, etc. that concerns PLAINTIFF and/or failed to properly fix it and/or shared, submitted, or received reports that omitted key context and facts in any reports, memoranda, documents, national security letters, and/or warrants, **10)** omitted exculpatory evidence in reports, warrants, and to the court and/or failed to correct the omission of exculpatory evidence in reports, warrants, documents, and to the Court), **11)** knew of imminent danger posed to PLAINTIFF by DEFENDANTS' plots and actions and failed to intervene properly and in time, **12)** knew of any unconstitutional acts committed against PLAINTIFF and failed to report it, intervene, or adequately notify PLAINTIFF of such unconstitutional actions, **13)** knowingly used perjured testimony against PLAINTIFF in which that perjured testimony was shared, submitted, and/or received amongst DEFENDANTS and the Court; and/or failing to notify or correct the record to the Court or Employers that perjured testimony was utilized against PLAINTIFF, **14)** knowingly provided a court with fabricated evidence **15)** failed to notify and properly inform PLAINTIFF of material facts, **16)** shared information with local police departments, county sheriffs, state police departments or conspired or directed with local police departments, county sheriffs, state police departments to conduct any activity against PLAINTIFF, **17)** had manipulated PLAINTIFF in order to sustain getting and obtaining future resources, **18)** had marketed that their procedures and standards were fair, constitutionally balanced, and objective when they in fact were not, **19)** had intentionally manipulated disabled individuals to further RICO Enterprise 1 and lied about it, **20)** concealed evidence, destroyed exculpatory evidence, did not provide a Court with exculpatory evidence when required, destroyed documents, and/or abused the attorney-client privilege or legal process to prevent PLAINTIFF from knowing anything material to PLAINTIFF and to shield any DEFENDANT from adverse litigation results or prevent PLAINTIFF from holding DEFENDANTS accountable, **21)** engaged in a conspiracy with any of the DEFENDANTS in violation of 18 U.S.C. 241 or 18 U.S.C. 242, **22)** knowingly ruled against PLAINTIFF knowing that legal fraud through a RICO predicate act had been perpetuated on the Court or had reason to know a DEFENDANT committed legal fraud through a RICO predicate act had been perpetuated upon the Court and still ruled in a DEFENDANT'S favor, **23)** intentionally denied PLAINTIFF access to Court, **24)** were so prejudicial against PLAINTIFF solely on the basis of PLAINTIFF'S Speech or PLAINTIFF'S Disability that it denied PLAINTIFF'S Due Process, **25)** intentionally exploited PLAINTIFF'S disabilities out of malice and knew of PLAINTIFF'S disabilities when the acts were perpetuated, OR **26)** conducted any activity that involves, implicates, or violated PLAINTIFF'S specific constitutional, liberty, or legal interests *or anything else in this complaint.*-- when PLAINTIFF was in Japan and any time prior to PLAINTIFF'S arrival, during the entire amount of time PLAINTIFF stayed in Japan in 2015, and any time after PLAINTIFF'S stay in Japan.

**Soros DEFENDANTS**: GEORGE SOROS, FATIMA GOSS GRAVES, MARCIA GREENBERGER, OPEN SOCIETY INSTITUTE OR OSF, NATIONAL WOMEN'S LAW CENTER, in regards to RICO Enterprise 2.

**DOJ:** DEFENDANTS: ERIC HOLDER, JOCELYN SAMUELS, DONALD B. VERRILLI, JR, JOYCE R. BRANDA, VANITA GUPTA, IAN HEATH GERSHENGORN, ELIZABETH B. PRELOGAR, BARBARA L. HERWIG, SHARON M. MCGOWAN, DANA KAERSVANG, HOLLY A. THOMAS, ANURIMA BHARAGAVA, SALLY YATES, TOM PEREZ, PAUL CLEMENT, LISA PAGE, NEAL KATYAL, ROD JAY ROSENSTEIN, MATTHEW G. OLSEN, GREGORY GARRE, EDWIN KNEEDLER, ELENA KAGAN, DON VERRILLI, JOHN ROTH; ALICE FISHER; BRAIN BENCZKOWSKI, MYTHILI RAMAN, and/or any current and former unknown officers, sub-contractors, any middlemen or actors between DEPARTMENT OF JUSTICE (and previously listed employees and OTHER DEFENDANTS) and/or any lawyer or employee within the office of any of the aforementioned attorney's office (applies to when one of the attorneys were either the attorney general, solicitor general, etc.) that: **1)** concerns anything in this complaint, **2)** have come in contact with PLAINTIFF or any DEFENDANTS and discussed PLAINTIFF, **3)** read any information about PLAINTIFF, **4)** have knowledge of PLAINTIFF, **5)** shared, submitted, or received any of the facts that concern anything in this complaint, **6)** received, shared, or submitted materially false, fabricated evidence, or misleading information about PLAINTIFF amongst DEFENDANTS and to any Court and/or knowing that materially false, fabricated evidence, or misleading information about PLAINTIFF was submitted, shared, or received by DEFENDANTS and the Court and failed to address and fix the errors, **7)** conducted or were part of any actions, plans, operations, plots, etc. undertaken against PLAINTIFF, **8)** shared, submitted, or received any memoranda, documents, information, or reports about PLAINTIFF and amongst any DEFENDANTS or failed to provide any information when requested by PLAINTIFF or intentionally did not inform PLAINTIFF of information when PLAINTIFF should have been made aware of it, **9)** materially omitted key context and facts in any reports, memoranda, documents, decisions, etc. that concerns PLAINTIFF and/or failed to properly fix it and/or shared, submitted, or received reports that omitted key context and facts in any reports, memoranda, documents, national security letters, and/or warrants, **10)** omitted exculpatory evidence in reports, warrants, and to the court and/or failed to correct the omission of exculpatory evidence in reports, warrants, documents, and to the Court), **11)** knew of imminent danger posed to PLAINTIFF by DEFENDANTS' plots and actions and failed to intervene properly and in time, **12)** knew of any unconstitutional acts committed against PLAINTIFF and failed to report it, intervene, or adequately notify PLAINTIFF of such unconstitutional actions, **13)** knowingly used perjured testimony against PLAINTIFF in which that perjured testimony was shared, submitted, and/or received amongst DEFENDANTS and the Court; and/or failing to notify or correct the record to the Court or Employers that perjured testimony was utilized against PLAINTIFF, **14)** knowingly provided a court with fabricated evidence **15)** failed to notify and properly inform PLAINTIFF of material facts, **16)** shared information with local police departments, county sheriffs, state police departments or conspired or directed with local police departments, county sheriffs, state police departments to conduct any activity against PLAINTIFF, **17)** had manipulated PLAINTIFF in order to sustain getting and obtaining future resources, **18)** had marketed that their procedures and standards were fair, constitutionally balanced, and objective when they in fact were not, **19)** had intentionally manipulated disabled individuals to further RICO Enterprise 1 and lied about it,

**20)** concealed evidence, destroyed exculpatory evidence, did not provide a Court with exculpatory evidence when required, destroyed documents, and/or abused the attorney-client privilege or legal process to prevent PLAINTIFF from knowing anything material to PLAINTIFF and to shield any DEFENDANT from adverse litigation results or prevent PLAINTIFF from holding DEFENDANTS accountable, **21)** engaged in a conspiracy with any of the DEFENDANTS in violation of 18 U.S.C. 241 or 18 U.S.C. 242, **22)** knowingly ruled against PLAINTIFF knowing that legal fraud through a RICO predicate act had been perpetuated on the Court or had reason to know a DEFENDANT committed legal fraud through a RICO predicate act had been perpetuated upon the Court and still ruled in a DEFENDANT'S favor, **23)** intentionally denied PLAINTIFF access to Court, **24)** were so prejudicial against PLAINTIFF solely on the basis of PLAINTIFF'S Speech or PLAINTIFF'S Disability that it denied PLAINTIFF'S Due Process, **25)** intentionally exploited PLAINTIFF'S disabilities out of malice and knew of PLAINTIFF'S disabilities when the acts were perpetuated, OR **26)** conducted any activity that involves, implicates, or violated PLAINTIFF'S specific constitutional, liberty, or legal interests *or anything else in this complaint.*

**DEPARTMENT OF STATE/STATE**: HILLARY CLINTON, JOHN KERRY, HAROLD KOH, and/or any current and former unknown officers, sub-contractors, any middlemen or actors between DEPARTMENT OF STATE and any other applicable DEFENDANT, and employees of the DEPARTMENT OF STATE that: **1)** concerns anything in this complaint, **2)** have come in contact with PLAINTIFF or any DEFENDANTS and discussed PLAINTIFF, **3)** read any information about PLAINTIFF, **4)** have knowledge of PLAINTIFF, **5)** shared, submitted, or received any of the facts that concern anything in this complaint, **6)** received, shared, or submitted materially false, fabricated evidence, or misleading information about PLAINTIFF amongst DEFENDANTS and to any Court and/or knowing that materially false, fabricated evidence, or misleading information about PLAINTIFF was submitted, shared, or received by DEFENDANTS and the Court and failed to address and fix the errors, **7)** conducted or were part of any actions, plans, operations, plots, etc. undertaken against PLAINTIFF, **8)** shared, submitted, or received any memoranda, documents, information, or reports about PLAINTIFF and amongst any DEFENDANTS or failed to provide any information when requested by PLAINTIFF or intentionally did not inform PLAINTIFF of information when PLAINTIFF should have been made aware of it, **9)** materially omitted key context and facts in any reports, memoranda, documents, decisions, etc. that concerns PLAINTIFF and/or failed to properly fix it and/or shared, submitted, or received reports that omitted key context and facts in any reports, memoranda, documents, national security letters, and/or warrants, **10)** omitted exculpatory evidence in reports, warrants, and to the court and/or failed to correct the omission of exculpatory evidence in reports, warrants, documents, and to the Court), **11)** knew of imminent danger posed to PLAINTIFF by DEFENDANTS' plots and actions and failed to intervene properly and in time, **12)** knew of any unconstitutional acts committed against PLAINTIFF and failed to report it, intervene, or adequately notify PLAINTIFF of such unconstitutional actions, **13)** knowingly used perjured testimony against PLAINTIFF in which that perjured testimony was shared, submitted, and/or received amongst DEFENDANTS and the Court; and/or failing to notify or correct the record to the Court or Employers that perjured testimony was utilized against PLAINTIFF, **14)** knowingly provided a court with fabricated evidence **15)** failed to notify and properly inform PLAINTIFF of material facts, **16)** shared information with local police departments, county sheriffs, state police departments or conspired

or directed with local police departments, county sheriffs, state police departments to conduct any activity against PLAINTIFF, **17)** had manipulated PLAINTIFF in order to sustain getting and obtaining future resources, **18)** had marketed that their procedures and standards were fair, constitutionally balanced, and objective when they in fact were not, **19)** had intentionally manipulated disabled individuals to further RICO Enterprise 1 and lied about it, **20)** concealed evidence, destroyed exculpatory evidence, did not provide a Court with exculpatory evidence when required, destroyed documents, and/or abused the attorney-client privilege or legal process to prevent PLAINTIFF from knowing anything material to PLAINTIFF and to shield any DEFENDANT from adverse litigation results or prevent PLAINTIFF from holding DEFENDANTS accountable, **21)** engaged in a conspiracy with any of the DEFENDANTS in violation of 18 U.S.C. 241 or 18 U.S.C. 242, **22)** knowingly ruled against PLAINTIFF knowing that legal fraud through a RICO predicate act had been perpetuated on the Court or had reason to know a DEFENDANT committed legal fraud through a RICO predicate act had been perpetuated upon the Court and still ruled in a DEFENDANT'S favor, **23)** intentionally denied PLAINTIFF access to Court, **24)** were so prejudicial against PLAINTIFF solely on the basis of PLAINTIFF'S Speech or PLAINTIFF'S Disability that it denied PLAINTIFF'S Due Process, **25)** intentionally exploited PLAINTIFF'S disabilities out of malice and knew of PLAINTIFF'S disabilities when the acts were perpetuated, OR **26)** conducted any activity that involves, implicates, or violated PLAINTIFF'S specific constitutional, liberty, or legal interests *or anything else in this complaint.*

**Clintons**: WILLIAM J. CLINTON and HILLARY RODHAM CLINTON. Similarly: CLINTON'S Interests: refers to WILLIAM J. CLINTON, HILLARY RODHAM CLINTON, and/or CLINTON GLOBAL INITATIVE'S interests.

**Clinton friends**: any DEFENDANT who had a substantial and important reason to do any activity in furtherance of RICO Enterprise 1 because of a previous connection between that individual and the Clintons that necessarily serves as a motivating factor to take actions against PLAINTIFF--such as working for the Clintons, working in the Clinton White House, having daily interactions with the Clintons, being appointed by the Clintons, etc--that significantly impacted their life: TERRENCE MCAULIFFE, LEON PANETTA, LORETTA LYNCH, ELENA KAGAN, NEAL KATYAL, JANET N.XX, ERIC HOLDER, LOUIS FREEH? (yes and no), JOHN O. BRENNAN, CHERYL MILLS, Judge COLLEEN KOLLAR-KOTELLY, Judge MARY A. McLAUGHLIN, Judge THOMAS BANISTER RUSSELL, Judge SUSAN WEBBER WRIGHT

**Rothschild** can sometimes include: LYNN DE ROTHSCHILD, BARON DAVID RENE de ROTHSCHILD, ROTHSCHILD CONTINUATION HOLDINGS, and or any unknown prominent ROTHSCHILD family member

**Boeing:** BOEING Inc., CHRISTOPHER M. CHADWICK, and/or any unknown current or former employee in the corporate office that worked on any deals between Qatar Airways and Boeing (between 09/2010-12/2011), SpiceJET and Boeing (October 2010), Jet Airways and Boeing (from 06/2010-08/2015 or applicable time), British Airways & IAG and Boeing (09/2010-12/2015), had worked with any representative of the Indian, Qatari, British, and American Government concerning the aforementioned deals made, or had knowledge of any of

the aforementioned deals made or that concerns anything in this complaint, have come in contact with, read about, have knowledge of, shared any of the facts that concern anything in this complaint, or conducted any activity that involves PLAINTIFF'S specific constitutional, liberty, or legal interests or anything else in this complaint.

**FBI:** PETER STRZOK, JAMES COMEY, ROBERT MUELLER III, ANDREW MCCABE, LISA PAGE, and/or any current and former unknown officers, sub-contractors, any middlemen or actors between FEDERAL BUREAU of INVESTIGATION (and specific subsections Investigation Branch, Counterterrorism Division (CTD), Counterintelligence, and any other applicable DEFENDANT, and employees of the FEDERAL BUREAU of INVESTIGATION that: **1)** concerns anything in this complaint, **2)** have come in contact with PLAINTIFF or any DEFENDANTS and discussed PLAINTIFF, **3)** read any information about PLAINTIFF, **4)** have knowledge of PLAINTIFF, **5)** shared, submitted, or received any of the facts that concern anything in this complaint, **6)** received, shared, or submitted materially false, fabricated evidence, or misleading information about PLAINTIFF amongst DEFENDANTS and to any Court and/or knowing that materially false, fabricated evidence, or misleading information about PLAINTIFF was submitted, shared, or received by DEFENDANTS and the Court and failed to address and fix the errors, **7)** conducted or were part of any actions, plans, operations, plots, etc. undertaken against PLAINTIFF, **8)** shared, submitted, or received any memoranda, documents, information, or reports about PLAINTIFF and amongst any DEFENDANTS or failed to provide any information when requested by PLAINTIFF or intentionally did not inform PLAINTIFF of information when PLAINTIFF should have been made aware of it, **9)** materially omitted key context and facts in any reports, memoranda, documents, decisions, etc. that concerns PLAINTIFF and/or failed to properly fix it and/or shared, submitted, or received reports that omitted key context and facts in any reports, memoranda, documents, national security letters, and/or warrants, **10)** omitted exculpatory evidence in reports, warrants, and to the court and/or failed to correct the omission of exculpatory evidence in reports, warrants, documents, and to the Court), **11)** knew of imminent danger posed to PLAINTIFF by DEFENDANTS' plots and actions and failed to intervene properly and in time, **12)** knew of any unconstitutional acts committed against PLAINTIFF and failed to report it, intervene, or adequately notify PLAINTIFF of such unconstitutional actions, **13)** knowingly used perjured testimony against PLAINTIFF in which that perjured testimony was shared, submitted, and/or received amongst DEFENDANTS and the Court; and/or failing to notify or correct the record to the Court or Employers that perjured testimony was utilized against PLAINTIFF, **14)** knowingly provided a court with fabricated evidence **15)** failed to notify and properly inform PLAINTIFF of material facts, **16)** shared information with local police departments, county sheriffs, state police departments or conspired or directed with local police departments, county sheriffs, state police departments to conduct any activity against PLAINTIFF, **17)** had manipulated PLAINTIFF in order to sustain getting and obtaining future resources, **18)** had marketed that their procedures and standards were fair, constitutionally balanced, and objective when they in fact were not, **19)** had intentionally manipulated disabled individuals to further RICO Enterprise 1 and lied about it, **20)** concealed evidence, destroyed exculpatory evidence, did not provide a Court with exculpatory evidence when required, destroyed documents, and/or abused the attorney-client privilege or legal process to prevent PLAINTIFF from knowing anything material to PLAINTIFF and to shield any DEFENDANT from adverse litigation results or prevent PLAINTIFF from holding DEFENDANTS accountable, **21)** engaged in a conspiracy with any of

the DEFENDANTS in violation of 18 U.S.C. 241 or 18 U.S.C. 242, **22)** knowingly ruled against PLAINTIFF knowing that legal fraud through a RICO predicate act had been perpetuated on the Court or had reason to know a DEFENDANT committed legal fraud through a RICO predicate act had been perpetuated upon the Court and still ruled in a DEFENDANT'S favor, **23)** intentionally denied PLAINTIFF access to Court, **24)** were so prejudicial against PLAINTIFF solely on the basis of PLAINTIFF'S Speech or PLAINTIFF'S Disability that it denied PLAINTIFF'S Due Process, **25)** intentionally exploited PLAINTIFF'S disabilities out of malice and knew of PLAINTIFF'S disabilities when the acts were perpetuated, OR **26)** conducted any activity that involves, implicates, or violated PLAINTIFF'S specific constitutional, liberty, or legal interests *or anything else in this complaint.*

**DHS:** JEH JOHNSON, RAND BEERS, JULIE JOHNSON, JOHN T. MORTON, JOHN SANDWEG, SARAH SALDAÑA, THOMAS HOMAN, MICHAEL CHERTOFF, JANET NAPOLITANO, KIRSTJEN NIELSEN, ELAINE DUKE, KEVIN KEALOHA McALEENAN, CHAD WOLF, and/or any current and former unknown officers, sub-contractors, any middlemen or actors between DEPARTMENT OF HOMELAND SECURITY and any other applicable DEFENDANT, and employees of the DEPARTMENT OF HOMELAND SECURITY that: **1)** concerns anything in this complaint, **2)** have come in contact with PLAINTIFF or any DEFENDANTS and discussed PLAINTIFF, **3)** read any information about PLAINTIFF, **4)** have knowledge of PLAINTIFF, **5)** shared, submitted, or received any of the facts that concern anything in this complaint, **6)** received, shared, or submitted materially false, fabricated evidence, or misleading information about PLAINTIFF amongst DEFENDANTS and to any Court and/or knowing that materially false, fabricated evidence, or misleading information about PLAINTIFF was submitted, shared, or received by DEFENDANTS and the Court and failed to address and fix the errors, **7)** conducted or were part of any actions, plans, operations, plots, etc. undertaken against PLAINTIFF, **8)** shared, submitted, or received any memoranda, documents, information, or reports about PLAINTIFF and amongst any DEFENDANTS or failed to provide any information when requested by PLAINTIFF or intentionally did not inform PLAINTIFF of information when PLAINTIFF should have been made aware of it, **9)** materially omitted key context and facts in any reports, memoranda, documents, decisions, etc. that concerns PLAINTIFF and/or failed to properly fix it and/or shared, submitted, or received reports that omitted key context and facts in any reports, memoranda, documents, national security letters, and/or warrants, **10)** omitted exculpatory evidence in reports, warrants, and to the court and/or failed to correct the omission of exculpatory evidence in reports, warrants, documents, and to the Court), **11)** knew of imminent danger posed to PLAINTIFF by DEFENDANTS' plots and actions and failed to intervene properly and in time, **12)** knew of any unconstitutional acts committed against PLAINTIFF and failed to report it, intervene, or adequately notify PLAINTIFF of such unconstitutional actions, **13)** knowingly used perjured testimony against PLAINTIFF in which that perjured testimony was shared, submitted, and/or received amongst DEFENDANTS and the Court; and/or failing to notify or correct the record to the Court or Employers that perjured testimony was utilized against PLAINTIFF, **14)** knowingly provided a court with fabricated evidence **15)** failed to notify and properly inform PLAINTIFF of material facts, **16)** shared information with local police departments, county sheriffs, state police departments or conspired or directed with local police departments, county sheriffs, state police departments to conduct any activity against PLAINTIFF, **17)** had manipulated PLAINTIFF in order to sustain getting and obtaining future resources, **18)** had marketed that their procedures

and standards were fair, constitutionally balanced, and objective when they in fact were not, **19)** had intentionally manipulated disabled individuals to further RICO Enterprise 1 and lied about it, **20)** concealed evidence, destroyed exculpatory evidence, did not provide a Court with exculpatory evidence when required, destroyed documents, and/or abused the attorney-client privilege or legal process to prevent PLAINTIFF from knowing anything material to PLAINTIFF and to shield any DEFENDANT from adverse litigation results or prevent PLAINTIFF from holding DEFENDANTS accountable, **21)** engaged in a conspiracy with any of the DEFENDANTS in violation of 18 U.S.C. 241 or 18 U.S.C. 242, **22)** knowingly ruled against PLAINTIFF knowing that legal fraud through a RICO predicate act had been perpetuated on the Court or had reason to know a DEFENDANT committed legal fraud through a RICO predicate act had been perpetuated upon the Court and still ruled in a DEFENDANT'S favor, **23)** intentionally denied PLAINTIFF access to Court, **24)** were so prejudicial against PLAINTIFF solely on the basis of PLAINTIFF'S Speech or PLAINTIFF'S Disability that it denied PLAINTIFF'S Due Process, **25)** intentionally exploited PLAINTIFF'S disabilities out of malice and knew of PLAINTIFF'S disabilities when the acts were perpetuated, OR **26)** conducted any activity that involves, implicates, or violated PLAINTIFF'S specific constitutional, liberty, or legal interests *or anything else in this complaint.*

**DEA:** Drug Enforcement Agency:
.

**DoD:** JEH JOHNSON and/or UNKNOWN current and former OFFICERS, LAWYERS, SOLDIERS, EMPLOYEES of the Department of Defense that: **1)** concerns anything in this complaint, **2)** have come in contact with PLAINTIFF or any DEFENDANTS and discussed PLAINTIFF, **3)** read any information about PLAINTIFF, **4)** have knowledge of PLAINTIFF, **5)** shared, submitted, or received any of the facts that concern anything in this complaint, **6)** received, shared, or submitted materially false, fabricated evidence, or misleading information about PLAINTIFF amongst DEFENDANTS and to any Court and/or knowing that materially false, fabricated evidence, or misleading information about PLAINTIFF was submitted, shared, or received by DEFENDANTS and the Court and failed to address and fix the errors, **7)** conducted or were part of any actions, plans, operations, plots, etc. undertaken against PLAINTIFF, **8)** shared, submitted, or received any memoranda, documents, information, or reports about PLAINTIFF and amongst any DEFENDANTS or failed to provide any information when requested by PLAINTIFF or intentionally did not inform PLAINTIFF of information when PLAINTIFF should have been made aware of it, **9)** materially omitted key context and facts in any reports, memoranda, documents, decisions, etc. that concerns PLAINTIFF and/or failed to properly fix it and/or shared, submitted, or received reports that omitted key context and facts in any reports, memoranda, documents, national security letters, and/or warrants, **10)** omitted exculpatory evidence in reports, warrants, and to the court and/or failed to correct the omission of exculpatory evidence in reports, warrants, documents, and to the Court), **11)** knew of imminent danger posed to PLAINTIFF by DEFENDANTS' plots and actions and failed to intervene properly and in time, **12)** knew of any unconstitutional acts committed against PLAINTIFF and failed to report it, intervene, or adequately notify PLAINTIFF of such unconstitutional actions, **13)** knowingly used perjured testimony against PLAINTIFF in which that perjured testimony was shared, submitted, and/or received amongst DEFENDANTS and the Court; and/or failing to notify or correct the record to the Court or Employers that perjured testimony was utilized against PLAINTIFF, **14)** knowingly provided a court with fabricated

evidence **15)** failed to notify and properly inform PLAINTIFF of material facts, **16)** shared information with local police departments, county sheriffs, state police departments or conspired or directed with local police departments, county sheriffs, state police departments to conduct any activity against PLAINTIFF, **17)** had manipulated PLAINTIFF in order to sustain getting and obtaining future resources, **18)** had marketed that their procedures and standards were fair, constitutionally balanced, and objective when they in fact were not, **19)** had intentionally manipulated disabled individuals to further RICO Enterprise 1 and lied about it, **20)** concealed evidence, destroyed exculpatory evidence, did not provide a Court with exculpatory evidence when required, destroyed documents, and/or abused the attorney-client privilege or legal process to prevent PLAINTIFF from knowing anything material to PLAINTIFF and to shield any DEFENDANT from adverse litigation results or prevent PLAINTIFF from holding DEFENDANTS accountable, **21)** engaged in a conspiracy with any of the DEFENDANTS in violation of 18 U.S.C. 241 or 18 U.S.C. 242, **22)** knowingly ruled against PLAINTIFF knowing that legal fraud through a RICO predicate act had been perpetuated on the Court or had reason to know a DEFENDANT committed legal fraud through a RICO predicate act had been perpetuated upon the Court and still ruled in a DEFENDANT'S favor, **23)** intentionally denied PLAINTIFF access to Court, **24)** were so prejudicial against PLAINTIFF solely on the basis of PLAINTIFF'S Speech or PLAINTIFF'S Disability that it denied PLAINTIFF'S Due Process, **25)** intentionally exploited PLAINTIFF'S disabilities out of malice and knew of PLAINTIFF'S disabilities when the acts were perpetuated, OR **26)** conducted any activity that involves, implicates, or violated PLAINTIFF'S specific constitutional, liberty, or legal interests *or anything else in this complaint.*

**FAA:** any UNKNOWN current and former OFFICERS, LAWYERS, EMPLOYEES of the Federal Aviation Administration that concerns anything in this complaint, have come in contact with, read about, have knowledge of, or conducted any activity that involves PLAINTIFF'S specific constitutional, liberty, or legal interests or anything else in this complaint OR any employees who in the course of their employment conducted anything that involved any of the flights mentioned in *Miki's Tea Party*.

**NSA:** JAMES CLAPPER, Admiral MICHAEL S. ROGERS, General KEITH B. ALEXANDER, JOHN C. "CHRIS" INGLIS, RICHARD H. LEDGETT JR. and/or any current and former unknown officers, sub-contractors, any middlemen or actors between NATIONAL SECURITY AGENCY and any other applicable DEFENDANT, and employees of the NATIONAL SECURITY AGENCY that: **1)** concerns anything in this complaint, **2)** have come in contact with PLAINTIFF or any DEFENDANTS and discussed PLAINTIFF, **3)** read any information about PLAINTIFF, **4)** have knowledge of PLAINTIFF, **5)** shared, submitted, or received any of the facts that concern anything in this complaint, **6)** received, shared, or submitted materially false, fabricated evidence, or misleading information about PLAINTIFF amongst DEFENDANTS and to any Court and/or knowing that materially false, fabricated evidence, or misleading information about PLAINTIFF was submitted, shared, or received by DEFENDANTS and the Court and failed to address and fix the errors, **7)** conducted or were part of any actions, plans, operations, plots, etc. undertaken against PLAINTIFF, **8)** shared, submitted, or received any memoranda, documents, information, or reports about PLAINTIFF and amongst any DEFENDANTS or failed to provide any information when requested by PLAINTIFF or intentionally did not inform PLAINTIFF of information when PLAINTIFF

should have been made aware of it, **9)** materially omitted key context and facts in any reports, memoranda, documents, decisions, etc. that concerns PLAINTIFF and/or failed to properly fix it and/or shared, submitted, or received reports that omitted key context and facts in any reports, memoranda, documents, national security letters, and/or warrants, **10)** omitted exculpatory evidence in reports, warrants, and to the court and/or failed to correct the omission of exculpatory evidence in reports, warrants, documents, and to the Court), **11)** knew of imminent danger posed to PLAINTIFF by DEFENDANTS' plots and actions and failed to intervene properly and in time, **12)** knew of any unconstitutional acts committed against PLAINTIFF and failed to report it, intervene, or adequately notify PLAINTIFF of such unconstitutional actions, **13)** knowingly used perjured testimony against PLAINTIFF in which that perjured testimony was shared, submitted, and/or received amongst DEFENDANTS and the Court; and/or failing to notify or correct the record to the Court or Employers that perjured testimony was utilized against PLAINTIFF, **14)** knowingly provided a court with fabricated evidence **15)** failed to notify and properly inform PLAINTIFF of material facts, **16)** shared information with local police departments, county sheriffs, state police departments or conspired or directed with local police departments, county sheriffs, state police departments to conduct any activity against PLAINTIFF, **17)** had manipulated PLAINTIFF in order to sustain getting and obtaining future resources, **18)** had marketed that their procedures and standards were fair, constitutionally balanced, and objective when they in fact were not, **19)** had intentionally manipulated disabled individuals to further RICO Enterprise 1 and lied about it, **20)** concealed evidence, destroyed exculpatory evidence, did not provide a Court with exculpatory evidence when required, destroyed documents, and/or abused the attorney-client privilege or legal process to prevent PLAINTIFF from knowing anything material to PLAINTIFF and to shield any DEFENDANT from adverse litigation results or prevent PLAINTIFF from holding DEFENDANTS accountable, **21)** engaged in a conspiracy with any of the DEFENDANTS in violation of 18 U.S.C. 241 or 18 U.S.C. 242, **22)** knowingly ruled against PLAINTIFF knowing that legal fraud through a RICO predicate act had been perpetuated on the Court or had reason to know a DEFENDANT committed legal fraud through a RICO predicate act had been perpetuated upon the Court and still ruled in a DEFENDANT'S favor, **23)** intentionally denied PLAINTIFF access to Court, **24)** were so prejudicial against PLAINTIFF solely on the basis of PLAINTIFF'S Speech or PLAINTIFF'S Disability that it denied PLAINTIFF'S Due Process, **25)** intentionally exploited PLAINTIFF'S disabilities out of malice and knew of PLAINTIFF'S disabilities when the acts were perpetuated, OR **26)** conducted any activity that involves, implicates, or violated PLAINTIFF'S specific constitutional, liberty, or legal interests *or anything else in this complaint.*

**DNI:** refers to: JAMES CLAPPER, AVRIL HAINES, MICHAEL McCONNELL, DENNIS BLAIR, MICHAEL DEMPSEY, DAN COATS, JOE MAGUIRE, RIC GRENELL, JOHN RATCLIFFE, DONALD KERR, RONALD L. BURGESS JR, DAVID C. GOMPERT, STEPHANIE O'SULLIVAN, CHARLES McCULLOUGH, and/or any current and former unknown officers, sub-contractors, any middlemen or actors between DIRECTOR OF NATIONAL INTELLIGENCE and any other applicable DEFENDANT, and employees of the DIRECTOR OF NATIONAL INTELLIGENCE that: **1)** concerns anything in this complaint, **2)** have come in contact with PLAINTIFF or any DEFENDANTS and discussed PLAINTIFF, **3)** read any information about PLAINTIFF, **4)** have knowledge of PLAINTIFF, **5)** shared, submitted, or received any of the facts that concern anything in this complaint, **6)** received,

shared, or submitted materially false, fabricated evidence, or misleading information about PLAINTIFF amongst DEFENDANTS and to any Court and/or knowing that materially false, fabricated evidence, or misleading information about PLAINTIFF was submitted, shared, or received by DEFENDANTS and the Court and failed to address and fix the errors, **7)** conducted or were part of any actions, plans, operations, plots, etc. undertaken against PLAINTIFF, **8)** shared, submitted, or received any memoranda, documents, information, or reports about PLAINTIFF and amongst any DEFENDANTS or failed to provide any information when requested by PLAINTIFF or intentionally did not inform PLAINTIFF of information when PLAINTIFF should have been made aware of it, **9)** materially omitted key context and facts in any reports, memoranda, documents, decisions, etc. that concerns PLAINTIFF and/or failed to properly fix it and/or shared, submitted, or received reports that omitted key context and facts in any reports, memoranda, documents, national security letters, and/or warrants, **10)** omitted exculpatory evidence in reports, warrants, and to the court and/or failed to correct the omission of exculpatory evidence in reports, warrants, documents, and to the Court), **11)** knew of imminent danger posed to PLAINTIFF by DEFENDANTS' plots and actions and failed to intervene properly and in time, **12)** knew of any unconstitutional acts committed against PLAINTIFF and failed to report it, intervene, or adequately notify PLAINTIFF of such unconstitutional actions, **13)** knowingly used perjured testimony against PLAINTIFF in which that perjured testimony was shared, submitted, and/or received amongst DEFENDANTS and the Court; and/or failing to notify or correct the record to the Court or Employers that perjured testimony was utilized against PLAINTIFF, **14)** knowingly provided a court with fabricated evidence **15)** failed to notify and properly inform PLAINTIFF of material facts, **16)** shared information with local police departments, county sheriffs, state police departments or conspired or directed with local police departments, county sheriffs, state police departments to conduct any activity against PLAINTIFF, **17)** had manipulated PLAINTIFF in order to sustain getting and obtaining future resources, **18)** had marketed that their procedures and standards were fair, constitutionally balanced, and objective when they in fact were not, **19)** had intentionally manipulated disabled individuals to further RICO Enterprise 1 and lied about it, **20)** concealed evidence, destroyed exculpatory evidence, did not provide a Court with exculpatory evidence when required, destroyed documents, and/or abused the attorney-client privilege or legal process to prevent PLAINTIFF from knowing anything material to PLAINTIFF and to shield any DEFENDANT from adverse litigation results or prevent PLAINTIFF from holding DEFENDANTS accountable, **21)** engaged in a conspiracy with any of the DEFENDANTS in violation of 18 U.S.C. 241 or 18 U.S.C. 242, **22)** knowingly ruled against PLAINTIFF knowing that legal fraud through a RICO predicate act had been perpetuated on the Court or had reason to know a DEFENDANT committed legal fraud through a RICO predicate act had been perpetuated upon the Court and still ruled in a DEFENDANT'S favor, **23)** intentionally denied PLAINTIFF access to Court, **24)** were so prejudicial against PLAINTIFF solely on the basis of PLAINTIFF'S Speech or PLAINTIFF'S Disability that it denied PLAINTIFF'S Due Process, **25)** intentionally exploited PLAINTIFF'S disabilities out of malice and knew of PLAINTIFF'S disabilities when the acts were perpetuated, OR **26)** conducted any activity that involves, implicates, or violated PLAINTIFF'S specific constitutional, liberty, or legal interests *or anything else in this complaint.*

**INR:** refers to Department of State: Bureau of Intelligence and Research: any current and former unknown officers, sub-contractors, any middlemen or actors between Department of State:

Bureau of Intelligence and Research and any other applicable DEFENDANT, and employees of the BUREAU of INTELLIGENCE and RESEARCH that: **1)** concerns anything in this complaint, **2)** have come in contact with PLAINTIFF or any DEFENDANTS and discussed PLAINTIFF, **3)** read any information about PLAINTIFF, **4)** have knowledge of PLAINTIFF, **5)** shared, submitted, or received any of the facts that concern anything in this complaint, **6)** received, shared, or submitted materially false, fabricated evidence, or misleading information about PLAINTIFF amongst DEFENDANTS and to any Court and/or knowing that materially false, fabricated evidence, or misleading information about PLAINTIFF was submitted, shared, or received by DEFENDANTS and the Court and failed to address and fix the errors, **7)** conducted or were part of any actions, plans, operations, plots, etc. undertaken against PLAINTIFF, **8)** shared, submitted, or received any memoranda, documents, information, or reports about PLAINTIFF and amongst any DEFENDANTS or failed to provide any information when requested by PLAINTIFF or intentionally did not inform PLAINTIFF of information when PLAINTIFF should have been made aware of it, **9)** materially omitted key context and facts in any reports, memoranda, documents, decisions, etc. that concerns PLAINTIFF and/or failed to properly fix it and/or shared, submitted, or received reports that omitted key context and facts in any reports, memoranda, documents, national security letters, and/or warrants, **10)** omitted exculpatory evidence in reports, warrants, and to the court and/or failed to correct the omission of exculpatory evidence in reports, warrants, documents, and to the Court), **11)** knew of imminent danger posed to PLAINTIFF by DEFENDANTS' plots and actions and failed to intervene properly and in time, **12)** knew of any unconstitutional acts committed against PLAINTIFF and failed to report it, intervene, or adequately notify PLAINTIFF of such unconstitutional actions, **13)** knowingly used perjured testimony against PLAINTIFF in which that perjured testimony was shared, submitted, and/or received amongst DEFENDANTS and the Court; and/or failing to notify or correct the record to the Court or Employers that perjured testimony was utilized against PLAINTIFF, **14)** knowingly provided a court with fabricated evidence **15)** failed to notify and properly inform PLAINTIFF of material facts, **16)** shared information with local police departments, county sheriffs, state police departments or conspired or directed with local police departments, county sheriffs, state police departments to conduct any activity against PLAINTIFF, **17)** had manipulated PLAINTIFF in order to sustain getting and obtaining future resources, **18)** had marketed that their procedures and standards were fair, constitutionally balanced, and objective when they in fact were not, **19)** had intentionally manipulated disabled individuals to further RICO Enterprise 1 and lied about it, **20)** concealed evidence, destroyed exculpatory evidence, did not provide a Court with exculpatory evidence when required, destroyed documents, and/or abused the attorney-client privilege or legal process to prevent PLAINTIFF from knowing anything material to PLAINTIFF and to shield any DEFENDANT from adverse litigation results or prevent PLAINTIFF from holding DEFENDANTS accountable, **21)** engaged in a conspiracy with any of the DEFENDANTS in violation of 18 U.S.C. 241 or 18 U.S.C. 242, **22)** knowingly ruled against PLAINTIFF knowing that legal fraud through a RICO predicate act had been perpetuated on the Court or had reason to know a DEFENDANT committed legal fraud through a RICO predicate act had been perpetuated upon the Court and still ruled in a DEFENDANT'S favor, **23)** intentionally denied PLAINTIFF access to Court, **24)** were so prejudicial against PLAINTIFF solely on the basis of PLAINTIFF'S Speech or PLAINTIFF'S Disability that it denied PLAINTIFF'S Due Process, **25)** intentionally exploited PLAINTIFF'S disabilities out of malice and knew of PLAINTIFF'S disabilities when the acts were perpetuated, OR **26)** conducted any activity that involves,

implicates, or violated PLAINTIFF'S specific constitutional, liberty, or legal interests *or anything else in this complaint.*

**NGA:** National Geospatial-Intelligence Agency (NGA): LETITIA LONG, ROBERT CARDILLO, and any current and former unknown officers, sub-contractors, any middlemen or actors between NATIONAL GEOSPATIAL-INTELLIGENCE AGENCY and any other applicable DEFENDANT, and employees of NATIONIONAL GEOSPATIAL-INTELLIGENCE AGENCY, that: **1)** concerns anything in this complaint, **2)** have come in contact with PLAINTIFF or any DEFENDANTS and discussed PLAINTIFF, **3)** read any information about PLAINTIFF, **4)** have knowledge of PLAINTIFF, **5)** shared, submitted, or received any of the facts that concern anything in this complaint, **6)** received, shared, or submitted materially false, fabricated evidence, or misleading information about PLAINTIFF amongst DEFENDANTS and to any Court and/or knowing that materially false, fabricated evidence, or misleading information about PLAINTIFF was submitted, shared, or received by DEFENDANTS and the Court and failed to address and fix the errors, **7)** conducted or were part of any actions, plans, operations, plots, etc. undertaken against PLAINTIFF, **8)** shared, submitted, or received any memoranda, documents, information, or reports about PLAINTIFF and amongst any DEFENDANTS or failed to provide any information when requested by PLAINTIFF or intentionally did not inform PLAINTIFF of information when PLAINTIFF should have been made aware of it, **9)** materially omitted key context and facts in any reports, memoranda, documents, decisions, etc. that concerns PLAINTIFF and/or failed to properly fix it and/or shared, submitted, or received reports that omitted key context and facts in any reports, memoranda, documents, national security letters, and/or warrants, **10)** omitted exculpatory evidence in reports, warrants, and to the court and/or failed to correct the omission of exculpatory evidence in reports, warrants, documents, and to the Court), **11)** knew of imminent danger posed to PLAINTIFF by DEFENDANTS' plots and actions and failed to intervene properly and in time, **12)** knew of any unconstitutional acts committed against PLAINTIFF and failed to report it, intervene, or adequately notify PLAINTIFF of such unconstitutional actions, **13)** knowingly used perjured testimony against PLAINTIFF in which that perjured testimony was shared, submitted, and/or received amongst DEFENDANTS and the Court; and/or failing to notify or correct the record to the Court or Employers that perjured testimony was utilized against PLAINTIFF, **14)** knowingly provided a court with fabricated evidence **15)** failed to notify and properly inform PLAINTIFF of material facts, **16)** shared information with local police departments, county sheriffs, state police departments or conspired or directed with local police departments, county sheriffs, state police departments to conduct any activity against PLAINTIFF, **17)** had manipulated PLAINTIFF in order to sustain getting and obtaining future resources, **18)** had marketed that their procedures and standards were fair, constitutionally balanced, and objective when they in fact were not, **19)** had intentionally manipulated disabled individuals to further RICO Enterprise 1 and lied about it, **20)** concealed evidence, destroyed exculpatory evidence, did not provide a Court with exculpatory evidence when required, destroyed documents, and/or abused the attorney-client privilege or legal process to prevent PLAINTIFF from knowing anything material to PLAINTIFF and to shield any DEFENDANT from adverse litigation results or prevent PLAINTIFF from holding DEFENDANTS accountable, **21)** engaged in a conspiracy with any of the DEFENDANTS in violation of 18 U.S.C. 241 or 18 U.S.C. 242, **22)** knowingly ruled against PLAINTIFF knowing that legal fraud through a RICO predicate act had been perpetuated on the Court or had reason to know a

DEFENDANT committed legal fraud through a RICO predicate act had been perpetuated upon the Court and still ruled in a DEFENDANT'S favor, **23)** intentionally denied PLAINTIFF access to Court, **24)** were so prejudicial against PLAINTIFF solely on the basis of PLAINTIFF'S Speech or PLAINTIFF'S Disability that it denied PLAINTIFF'S Due Process, **25)** intentionally exploited PLAINTIFF'S disabilities out of malice and knew of PLAINTIFF'S disabilities when the acts were perpetuated, OR **26)** conducted any activity that involves, implicates, or violated PLAINTIFF'S specific constitutional, liberty, or legal interests *or anything else in this complaint.*

**FISA or FISA Court**: CHIEF JUSTICE JOHN ROBERTS, Judge JOHN DEACON BATES, Judge JAMES GRAY CARR, Judge JENNIFER B. COFFMAN, Judge MALCOLM JONES HOWARD, Judge ROSEMARY M. COLLYER, Judge RUDOLPH CONTRERAS, Judge ANNE C. CONWAY, Judge RAYMOND JOSEPH DEARIE, Estate of Judge MARTIN LEACH-CROSS FELDMAN, Judge NATHANIEL MATHESON GORTON, Judge THOMAS FRANCIS HOGAN, Judge JAMES PARKER JONES, The Estate of Judge GEORGE PHILIP KAZEN, Judge COLLEEN KOLLAR-KOTELLY, Judge MARY A. McLAUGHLIN, Judge MICHAEL WISE MOSMAN, Judge THOMAS BANISTER RUSSELL, Judge FRANK DENNIS SAYLOR IV, Judge FREDERICK JAMES SCULLIN Jr., The Estate of Judge CLYDE ROGER VINSON, Judge REGGIE BARNETT WALTON, Judge SUSAN WEBBER WRIGHT, Judge JAMES BLOCK ZAGEL, and/or any current and former unknown judges, lawyers, officers, and employees of the FISA Court that: **1)** concerns anything in this complaint, **2)** have come in contact with PLAINTIFF or any DEFENDANTS and discussed PLAINTIFF, **3)** read any information about PLAINTIFF, **4)** have knowledge of PLAINTIFF, **5)** shared, submitted, or received any of the facts that concern anything in this complaint, **6)** received, shared, or submitted materially false, fabricated evidence, or misleading information about PLAINTIFF amongst DEFENDANTS and to any Court and/or knowing that materially false, fabricated evidence, or misleading information about PLAINTIFF was submitted, shared, or received by DEFENDANTS and the Court and failed to address and fix the errors, **7)** conducted or were part of any actions, plans, operations, plots, etc. undertaken against PLAINTIFF, **8)** shared, submitted, or received any memoranda, documents, information, or reports about PLAINTIFF and amongst any DEFENDANTS or failed to provide any information when requested by PLAINTIFF or intentionally did not inform PLAINTIFF of information when PLAINTIFF should have been made aware of it, **9)** materially omitted key context and facts in any reports, memoranda, documents, decisions, etc. that concerns PLAINTIFF and/or failed to properly fix it and/or shared, submitted, or received reports that omitted key context and facts in any reports, memoranda, documents, national security letters, and/or warrants, **10)** omitted exculpatory evidence in reports, warrants, and to the court and/or failed to correct the omission of exculpatory evidence in reports, warrants, documents, and to the Court), **11)** knew of imminent danger posed to PLAINTIFF by DEFENDANTS' plots and actions and failed to intervene properly and in time, **12)** knew of any unconstitutional acts committed against PLAINTIFF and failed to report it, intervene, or adequately notify PLAINTIFF of such unconstitutional actions, **13)** knowingly used perjured testimony against PLAINTIFF in which that perjured testimony was shared, submitted, and/received amongst DEFENDANTS and the Court; and/or failing to notify or correct the record to the Court or Employers that perjured testimony was utilized against PLAINTIFF, **14)** knowingly provided a court with fabricated evidence **15)** failed to notify and properly inform PLAINTIFF of material facts, **16)** shared information with local police departments, county sheriffs, state police departments or conspired or directed with local

police departments, county sheriffs, state police departments to conduct any activity against PLAINTIFF, **17)** had manipulated PLAINTIFF in order to sustain getting and obtaining future resources, **18)** had marketed that their procedures and standards were fair, constitutionally balanced, and objective when they in fact were not, **19)** had intentionally manipulated disabled individuals to further RICO Enterprise 1 and lied about it, **20)** concealed evidence, destroyed exculpatory evidence, did not provide a Court with exculpatory evidence when required, destroyed documents, and/or abused the attorney-client privilege or legal process to prevent PLAINTIFF from knowing anything material to PLAINTIFF and to shield any DEFENDANT from adverse litigation results or prevent PLAINTIFF from holding DEFENDANTS accountable, **21)** engaged in a conspiracy with any of the DEFENDANTS in violation of 18 U.S.C. 241 or 18 U.S.C. 242, **22)** knowingly ruled against PLAINTIFF knowing that legal fraud through a RICO predicate act had been perpetuated on the Court or had reason to know a DEFENDANT committed legal fraud through a RICO predicate act had been perpetuated upon the Court and still ruled in a DEFENDANT'S favor, **23)** intentionally denied PLAINTIFF access to Court, **24)** were so prejudicial against PLAINTIFF solely on the basis of PLAINTIFF'S Speech or PLAINTIFF'S Disability that it denied PLAINTIFF'S Due Process, **25)** intentionally exploited PLAINTIFF'S disabilities out of malice and knew of PLAINTIFF'S disabilities when the acts were perpetuated, OR **26)** conducted any activity that involves, implicates, or violated PLAINTIFF'S specific constitutional, liberty, or legal interests *or anything else in this complaint..* For all intents and purposes, the FISA Court is no court; it is an intelligence agency masquerading around as a Court because they grant at above a 99.0% rate everything that FBI, CIA, NSA, DHS, NGA, INR, DNI, DoD, et al could ever want. So they're an intel agency.

**American INTEL:** FBI (with the definition incorporated above), CIA (with the definition incorporated above), NSA (with the definition incorporated above), DHS (with the definition incorporated above), NGA (with the definition incorporated above), INR (with the definition incorporated above), DNI (with the definition incorporated above), DoD (with the definition incorporated above), FISA (with the definition incorporated above), or any subcontractors of any of the aforementioned like NSO GROUP or STRATFOR

Presidents: BARACK OBAMA, GEORGE W. BUSH, JOSEPH BIDEN, DONALD TRUMP,

**British Intel** refers to the following DEFENDANTS: Sir IAIN ROBERT LOBBAN, ANDREW DAVID PARKER (Baron Parker of Minsmere), JOHN SAWERS, Sir ALEXANDER WILLIAM YOUNGER, JONATHAN EVANS (Baron Evans of Weardale), Alistair James Hendrie Burt, and/or any current and former unknown officers, sub-contractors, any middlemen or actors between 5 Eyes, THE SECURITY SERVICE (MI5), MI6, Scotland Yard, SECRET INTELLIGENCE SERVICE (UK), THE GOVERNMENT COMMUNICATIONS HEADQUARTERS (GCHQ), DEFENCE INTELLIGENCE (UNITED KINGDOM), London Metropolitan Police Service: Counter Terrorism Command (CTC) or SO15, NSC, and the United States Government/American Intel and any other applicable DEFENDANT, and employees of 5 Eyes, THE SECURITY SERVICE (MI5), MI6, Scotland Yard, SECRET INTELLIGENCE SERVICE (UK), THE GOVERNMENT COMMUNICATIONS HEADQUARTERS (GCHQ), DEFENCE INTELLIGENCE (UNITED KINGDOM), London Metropolitan Police Service: Counter Terrorism Command (CTC) or SO15, that: **1)** concerns anything in this complaint, **2)** have come in contact with PLAINTIFF or any DEFENDANTS and discussed PLAINTIFF, **3)**

read any information about PLAINTIFF, **4)** have knowledge of PLAINTIFF, **5)** shared, submitted, or received any of the facts that concern anything in this complaint, **6)** received, shared, or submitted materially false, fabricated evidence, or misleading information about PLAINTIFF amongst DEFENDANTS and to any Court and/or knowing that materially false, fabricated evidence, or misleading information about PLAINTIFF was submitted, shared, or received by DEFENDANTS and the Court and failed to address and fix the errors, **7)** conducted or were part of any actions, plans, operations, plots, etc. undertaken against PLAINTIFF, **8)** shared, submitted, or received any memoranda, documents, information, or reports about PLAINTIFF and amongst any DEFENDANTS or failed to provide any information when requested by PLAINTIFF or intentionally did not inform PLAINTIFF of information when PLAINTIFF should have been made aware of it, **9)** materially omitted key context and facts in any reports, memoranda, documents, decisions, etc. that concerns PLAINTIFF and/or failed to properly fix it and/or shared, submitted, or received reports that omitted key context and facts in any reports, memoranda, documents, national security letters, and/or warrants, **10)** omitted exculpatory evidence in reports, warrants, and to the court and/or failed to correct the omission of exculpatory evidence in reports, warrants, documents, and to the Court), **11)** knew of imminent danger posed to PLAINTIFF by DEFENDANTS' plots and actions and failed to intervene properly and in time, **12)** knew of any unconstitutional acts committed against PLAINTIFF and failed to report it, intervene, or adequately notify PLAINTIFF of such unconstitutional actions, **13)** knowingly used perjured testimony against PLAINTIFF in which that perjured testimony was shared, submitted, and/or received amongst DEFENDANTS and the Court; and/or failing to notify or correct the record to the Court or Employers that perjured testimony was utilized against PLAINTIFF, **14)** knowingly provided a court with fabricated evidence **15)** failed to notify and properly inform PLAINTIFF of material facts, **16)** shared information with local police departments, county sheriffs, state police departments or conspired or directed with local police departments, county sheriffs, state police departments to conduct any activity against PLAINTIFF, **17)** had manipulated PLAINTIFF in order to sustain getting and obtaining future resources, **18)** had marketed that their procedures and standards were fair, constitutionally balanced, and objective when they in fact were not, **19)** had intentionally manipulated disabled individuals to further RICO Enterprise 1 and lied about it, **20)** concealed evidence, destroyed exculpatory evidence, did not provide a Court with exculpatory evidence when required, destroyed documents, and/or abused the attorney-client privilege or legal process to prevent PLAINTIFF from knowing anything material to PLAINTIFF and to shield any DEFENDANT from adverse litigation results or prevent PLAINTIFF from holding DEFENDANTS accountable, **21)** engaged in a conspiracy with any of the DEFENDANTS in violation of 18 U.S.C. 241 or 18 U.S.C. 242, **22)** knowingly ruled against PLAINTIFF knowing that legal fraud through a RICO predicate act had been perpetuated on the Court or had reason to know a DEFENDANT committed legal fraud through a RICO predicate act had been perpetuated upon the Court and still ruled in a DEFENDANT'S favor, **23)** intentionally denied PLAINTIFF access to Court, **24)** were so prejudicial against PLAINTIFF solely on the basis of PLAINTIFF'S Speech or PLAINTIFF'S Disability that it denied PLAINTIFF'S Due Process, **25)** intentionally exploited PLAINTIFF'S disabilities out of malice and knew of PLAINTIFF'S disabilities when the acts were perpetuated, OR **26)** conducted any activity that involves, implicates, or violated PLAINTIFF'S specific constitutional, liberty, or legal interests *or anything else in this complaint.*

**Britain, UK, or Brits:** any current and former unknown officers, executive leadership, prime ministers, government officials, sub-contractors, any middlemen or actors between THE GOVERNMENT OF THE UNITED KINGDOM, British Intel, and the United States Government/American Intel any other applicable DEFENDANT, and employees of The GOVERNMENT OF THE UNITED KINGDOM and British Intel, that: **1)** concerns anything in this complaint, **2)** have come in contact with PLAINTIFF or any DEFENDANTS and discussed PLAINTIFF, **3)** read any information about PLAINTIFF, **4)** have knowledge of PLAINTIFF, **5)** shared, submitted, or received any of the facts that concern anything in this complaint, **6)** received, shared, or submitted materially false, fabricated evidence, or misleading information about PLAINTIFF amongst DEFENDANTS and to any Court and/or knowing that materially false, fabricated evidence, or misleading information about PLAINTIFF was submitted, shared, or received by DEFENDANTS and the Court and failed to address and fix the errors, **7)** conducted or were part of any actions, plans, operations, plots, etc. undertaken against PLAINTIFF, **8)** shared, submitted, or received any memoranda, documents, information, or reports about PLAINTIFF and amongst any DEFENDANTS or failed to provide any information when requested by PLAINTIFF or intentionally did not inform PLAINTIFF of information when PLAINTIFF should have been made aware of it, **9)** materially omitted key context and facts in any reports, memoranda, documents, decisions, etc. that concerns PLAINTIFF and/or failed to properly fix it and/or shared, submitted, or received reports that omitted key context and facts in any reports, memoranda, documents, national security letters, and/or warrants, **10)** omitted exculpatory evidence in reports, warrants, and to the court and/or failed to correct the omission of exculpatory evidence in reports, warrants, documents, and to the Court), **11)** knew of imminent danger posed to PLAINTIFF by DEFENDANTS' plots and actions and failed to intervene properly and in time, **12)** knew of any unconstitutional acts committed against PLAINTIFF and failed to report it, intervene, or adequately notify PLAINTIFF of such unconstitutional actions, **13)** knowingly used perjured testimony against PLAINTIFF in which that perjured testimony was shared, submitted, and/or received amongst DEFENDANTS and the Court; and/or failing to notify or correct the record to the Court or Employers that perjured testimony was utilized against PLAINTIFF, **14)** knowingly provided a court with fabricated evidence **15)** failed to notify and properly inform PLAINTIFF of material facts, **16)** shared information with local police departments, county sheriffs, state police departments or conspired or directed with local police departments, county sheriffs, state police departments to conduct any activity against PLAINTIFF, **17)** had manipulated PLAINTIFF in order to sustain getting and obtaining future resources, **18)** had marketed that their procedures and standards were fair, constitutionally balanced, and objective when they in fact were not, **19)** had intentionally manipulated disabled individuals to further RICO Enterprise 1 and lied about it, **20)** concealed evidence, destroyed exculpatory evidence, did not provide a Court with exculpatory evidence when required, destroyed documents, and/or abused the attorney-client privilege or legal process to prevent PLAINTIFF from knowing anything material to PLAINTIFF and to shield any DEFENDANT from adverse litigation results or prevent PLAINTIFF from holding DEFENDANTS accountable, **21)** engaged in a conspiracy with any of the DEFENDANTS in violation of 18 U.S.C. 241 or 18 U.S.C. 242, **22)** knowingly ruled against PLAINTIFF knowing that legal fraud through a RICO predicate act had been perpetuated on the Court or had reason to know a DEFENDANT committed legal fraud through a RICO predicate act had been perpetuated upon the Court and still ruled in a DEFENDANT'S favor, **23)** intentionally denied PLAINTIFF access to Court, **24)** were so prejudicial against PLAINTIFF solely on the basis of

PLAINTIFF'S Speech or PLAINTIFF'S Disability that it denied PLAINTIFF'S Due Process, **25)** intentionally exploited PLAINTIFF'S disabilities out of malice and knew of PLAINTIFF'S disabilities when the acts were perpetuated, OR **26)** conducted any activity that involves, implicates, or violated PLAINTIFF'S specific constitutional, liberty, or legal interests *or anything else in this complaint.*

**Heathrow:** refers to the following: London-Heathrow Airport; and/or and the owners of London-Heathrow Airport: Heathrow Airport Holdings; and/or during 2010 and 2011 in *Miki's Tea Party*, Ferrovial essentially owned BAA Airports Limited (BAA plc) who were the owners, operators, and managers of London-Heathrow Airport. BAA Airports Limited (BAA plc)'s CEO at the time was COLIN STEPHEN MATTHEWS; and/or any current and former unknown officers, executive leadership, government officials, sub-contractors, any middlemen or actors between BAA Airports Limited (BAA plc), G4S, British Intel, Qatari Intel, Indian Intel, American Intel, and any other DEFENDANT, any employees or subcontractors of BAA Airports Limited (BAA plc), G4S, and Britain, and finally, anyone in London-Heathrow Airport who had interacted with PLAINTIFF and who had access to and performed any maintenance or did any actions towards United Airlines Boeing 777 Registration XX on the day of 03/10/2010 or 10/31/2010, that concerns anything in this complaint, have come in contact with, read about, have knowledge of, shared any of the facts that concern anything in this complaint, or conducted any activity that involves PLAINTIFF'S specific constitutional, liberty, or legal interests or anything else in this complaint.

**German Intel** is necessarily referring to the following DEFENDANTS: any current and former unknown officers, sub-contractors, any middlemen or actors between BUNDESNACHRICHTENDIENST (BND), BUNDESKRIMINALAMT (BKA), and the United States Government/American Intel and any other applicable DEFENDANT, and employees of BUNDESNACHRICHTENDIENST (BND) and BUNDESKRIMINALAMT (BKA), that: **1)** concerns anything in this complaint, **2)** have come in contact with PLAINTIFF or any DEFENDANTS and discussed PLAINTIFF, **3)** read any information about PLAINTIFF, **4)** have knowledge of PLAINTIFF, **5)** shared, submitted, or received any of the facts that concern anything in this complaint, **6)** received, shared, or submitted materially false, fabricated evidence, or misleading information about PLAINTIFF amongst DEFENDANTS and to any Court and/or knowing that materially false, fabricated evidence, or misleading information about PLAINTIFF was submitted, shared, or received by DEFENDANTS and the Court and failed to address and fix the errors, **7)** conducted or were part of any actions, plans, operations, plots, etc. undertaken against PLAINTIFF, **8)** shared, submitted, or received any memoranda, documents, information, or reports about PLAINTIFF and amongst any DEFENDANTS or failed to provide any information when requested by PLAINTIFF or intentionally did not inform PLAINTIFF of information when PLAINTIFF should have been made aware of it, **9)** materially omitted key context and facts in any reports, memoranda, documents, decisions, etc. that concerns PLAINTIFF and/or failed to properly fix it and/or shared, submitted, or received reports that omitted key context and facts in any reports, memoranda, documents, national security letters, and/or warrants, **10)** omitted exculpatory evidence in reports, warrants, and to the court and/or failed to correct the omission of exculpatory evidence in reports, warrants, documents, and to the Court), **11)** knew of imminent danger posed to PLAINTIFF by DEFENDANTS' plots and actions and failed to intervene properly and in time, **12)** knew of any unconstitutional acts

committed against PLAINTIFF and failed to report it, intervene, or adequately notify PLAINTIFF of such unconstitutional actions, **13)** knowingly used perjured testimony against PLAINTIFF in which that perjured testimony was shared, submitted, and/or received amongst DEFENDANTS and the Court; and/or failing to notify or correct the record to the Court or Employers that perjured testimony was utilized against PLAINTIFF, **14)** knowingly provided a court with fabricated evidence **15)** failed to notify and properly inform PLAINTIFF of material facts, **16)** shared information with local police departments, county sheriffs, state police departments or conspired or directed with local police departments, county sheriffs, state police departments to conduct any activity against PLAINTIFF, **17)** had manipulated PLAINTIFF in order to sustain getting and obtaining future resources, **18)** had marketed that their procedures and standards were fair, constitutionally balanced, and objective when they in fact were not, **19)** had intentionally manipulated disabled individuals to further RICO Enterprise 1 and lied about it, **20)** concealed evidence, destroyed exculpatory evidence, did not provide a Court with exculpatory evidence when required, destroyed documents, and/or abused the attorney-client privilege or legal process to prevent PLAINTIFF from knowing anything material to PLAINTIFF and to shield any DEFENDANT from adverse litigation results or prevent PLAINTIFF from holding DEFENDANTS accountable, **21)** engaged in a conspiracy with any of the DEFENDANTS in violation of 18 U.S.C. 241 or 18 U.S.C. 242, **22)** knowingly ruled against PLAINTIFF knowing that legal fraud through a RICO predicate act had been perpetuated on the Court or had reason to know a DEFENDANT committed legal fraud through a RICO predicate act had been perpetuated upon the Court and still ruled in a DEFENDANT'S favor, **23)** intentionally denied PLAINTIFF access to Court, **24)** were so prejudicial against PLAINTIFF solely on the basis of PLAINTIFF'S Speech or PLAINTIFF'S Disability that it denied PLAINTIFF'S Due Process, **25)** intentionally exploited PLAINTIFF'S disabilities out of malice and knew of PLAINTIFF'S disabilities when the acts were perpetuated, OR **26)** conducted any activity that involves, implicates, or violated PLAINTIFF'S specific constitutional, liberty, or legal interests *or anything else in this complaint.*

**Ukraine Intel** refers to: and/or any current and former unknown officers, sub-contractors, middle men between SZRU and the United States Government and any other DEFENDANT, and employees of FOREIGN INTELLIGENCE OF UKRAINE (SZRU), that: **1)** concerns anything in this complaint, **2)** have come in contact with PLAINTIFF or any DEFENDANTS and discussed PLAINTIFF, **3)** read any information about PLAINTIFF, **4)** have knowledge of PLAINTIFF, **5)** shared, submitted, or received any of the facts that concern anything in this complaint, **6)** received, shared, or submitted materially false, fabricated evidence, or misleading information about PLAINTIFF amongst DEFENDANTS and to any Court and/or knowing that materially false, fabricated evidence, or misleading information about PLAINTIFF was submitted, shared, or received by DEFENDANTS and the Court and failed to address and fix the errors, **7)** conducted or were part of any actions, plans, operations, plots, etc. undertaken against PLAINTIFF, **8)** shared, submitted, or received any memoranda, documents, information, or reports about PLAINTIFF and amongst any DEFENDANTS or failed to provide any information when requested by PLAINTIFF or intentionally did not inform PLAINTIFF of information when PLAINTIFF should have been made aware of it, **9)** materially omitted key context and facts in any reports, memoranda, documents, decisions, etc. that concerns PLAINTIFF and/or failed to properly fix it and/or shared, submitted, or received reports that omitted key context and facts in any reports, memoranda, documents, national security letters, and/or warrants, **10)** omitted

exculpatory evidence in reports, warrants, and to the court and/or failed to correct the omission of exculpatory evidence in reports, warrants, documents, and to the Court), **11)** knew of imminent danger posed to PLAINTIFF by DEFENDANTS' plots and actions and failed to intervene properly and in time, **12)** knew of any unconstitutional acts committed against PLAINTIFF and failed to report it, intervene, or adequately notify PLAINTIFF of such unconstitutional actions, **13)** knowingly used perjured testimony against PLAINTIFF in which that perjured testimony was shared, submitted, and/or received amongst DEFENDANTS and the Court; and/or failing to notify or correct the record to the Court or Employers that perjured testimony was utilized against PLAINTIFF, **14)** knowingly provided a court with fabricated evidence **15)** failed to notify and properly inform PLAINTIFF of material facts, **16)** shared information with local police departments, county sheriffs, state police departments or conspired or directed with local police departments, county sheriffs, state police departments to conduct any activity against PLAINTIFF, **17)** had manipulated PLAINTIFF in order to sustain getting and obtaining future resources, **18)** had marketed that their procedures and standards were fair, constitutionally balanced, and objective when they in fact were not, **19)** had intentionally manipulated disabled individuals to further RICO Enterprise 1 and lied about it, **20)** concealed evidence, destroyed exculpatory evidence, did not provide a Court with exculpatory evidence when required, destroyed documents, and/or abused the attorney-client privilege or legal process to prevent PLAINTIFF from knowing anything material to PLAINTIFF and to shield any DEFENDANT from adverse litigation results or prevent PLAINTIFF from holding DEFENDANTS accountable, **21)** engaged in a conspiracy with any of the DEFENDANTS in violation of 18 U.S.C. 241 or 18 U.S.C. 242, **22)** knowingly ruled against PLAINTIFF knowing that legal fraud through a RICO predicate act had been perpetuated on the Court or had reason to know a DEFENDANT committed legal fraud through a RICO predicate act had been perpetuated upon the Court and still ruled in a DEFENDANT'S favor, **23)** intentionally denied PLAINTIFF access to Court, **24)** were so prejudicial against PLAINTIFF solely on the basis of PLAINTIFF'S Speech or PLAINTIFF'S Disability that it denied PLAINTIFF'S Due Process, **25)** intentionally exploited PLAINTIFF'S disabilities out of malice and knew of PLAINTIFF'S disabilities when the acts were perpetuated, OR **26)** conducted any activity that involves, implicates, or violated PLAINTIFF'S specific constitutional, liberty, or legal interests *or anything else in this complaint.*

**Qatar/Qatari:** any current and former unknown officers, executive leadership, prime ministers, government officials, sub-contractors, any middlemen or actors between The Government of Qatar and the United States Government/American Intel and any other applicable DEFENDANT, and employees of The Government of Qatar, that concerns anything in this complaint, that: **1)** concerns anything in this complaint, **2)** have come in contact with PLAINTIFF or any DEFENDANTS and discussed PLAINTIFF, **3)** read any information about PLAINTIFF, **4)** have knowledge of PLAINTIFF, **5)** shared, submitted, or received any of the facts that concern anything in this complaint, **6)** received, shared, or submitted materially false, fabricated evidence, or misleading information about PLAINTIFF amongst DEFENDANTS and to any Court and/or knowing that materially false, fabricated evidence, or misleading information about PLAINTIFF was submitted, shared, or received by DEFENDANTS and the Court and failed to address and fix the errors, **7)** conducted or were part of any actions, plans, operations, plots, etc. undertaken against PLAINTIFF, **8)** shared, submitted, or received any memoranda, documents, information, or reports about PLAINTIFF and amongst any DEFENDANTS or

failed to provide any information when requested by PLAINTIFF or intentionally did not inform PLAINTIFF of information when PLAINTIFF should have been made aware of it, **9)** materially omitted key context and facts in any reports, memoranda, documents, decisions, etc. that concerns PLAINTIFF and/or failed to properly fix it and/or shared, submitted, or received reports that omitted key context and facts in any reports, memoranda, documents, national security letters, and/or warrants, **10)** omitted exculpatory evidence in reports, warrants, and to the court and/or failed to correct the omission of exculpatory evidence in reports, warrants, documents, and to the Court), **11)** knew of imminent danger posed to PLAINTIFF by DEFENDANTS' plots and actions and failed to intervene properly and in time, **12)** knew of any unconstitutional acts committed against PLAINTIFF and failed to report it, intervene, or adequately notify PLAINTIFF of such unconstitutional actions, **13)** knowingly used perjured testimony against PLAINTIFF in which that perjured testimony was shared, submitted, and/or received amongst DEFENDANTS and the Court; and/or failing to notify or correct the record to the Court or Employers that perjured testimony was utilized against PLAINTIFF, **14)** knowingly provided a court with fabricated evidence **15)** failed to notify and properly inform PLAINTIFF of material facts, **16)** shared information with local police departments, county sheriffs, state police departments or conspired or directed with local police departments, county sheriffs, state police departments to conduct any activity against PLAINTIFF, **17)** had manipulated PLAINTIFF in order to sustain getting and obtaining future resources, **18)** had marketed that their procedures and standards were fair, constitutionally balanced, and objective when they in fact were not, **19)** had intentionally manipulated disabled individuals to further RICO Enterprise 1 and lied about it, **20)** concealed evidence, destroyed exculpatory evidence, did not provide a Court with exculpatory evidence when required, destroyed documents, and/or abused the attorney-client privilege or legal process to prevent PLAINTIFF from knowing anything material to PLAINTIFF and to shield any DEFENDANT from adverse litigation results or prevent PLAINTIFF from holding DEFENDANTS accountable, **21)** engaged in a conspiracy with any of the DEFENDANTS in violation of 18 U.S.C. 241 or 18 U.S.C. 242, **22)** knowingly ruled against PLAINTIFF knowing that legal fraud through a RICO predicate act had been perpetuated on the Court or had reason to know a DEFENDANT committed legal fraud through a RICO predicate act had been perpetuated upon the Court and still ruled in a DEFENDANT'S favor, **23)** intentionally denied PLAINTIFF access to Court, **24)** were so prejudicial against PLAINTIFF solely on the basis of PLAINTIFF'S Speech or PLAINTIFF'S Disability that it denied PLAINTIFF'S Due Process, **25)** intentionally exploited PLAINTIFF'S disabilities out of malice and knew of PLAINTIFF'S disabilities when the acts were perpetuated, OR **26)** conducted any activity that involves, implicates, or violated PLAINTIFF'S specific constitutional, liberty, or legal interests *or anything else in this complaint.*

**Qatari Intel:** refers to: any current and former unknown officers, sub-contractors, any middlemen or actors between Qatari State Security, the United States Government/American Intel, British Government/British Intel, Indian Government/Indian Intel, and any other applicable DEFENDANT, and employees of Qatari State Security, that: **1)** concerns anything in this complaint, **2)** have come in contact with PLAINTIFF or any DEFENDANTS and discussed PLAINTIFF, **3)** read any information about PLAINTIFF, **4)** have knowledge of PLAINTIFF, **5)** shared, submitted, or received any of the facts that concern anything in this complaint, **6)** received, shared, or submitted materially false, fabricated evidence, or misleading information about PLAINTIFF amongst DEFENDANTS and to any Court and/or knowing that materially

false, fabricated evidence, or misleading information about PLAINTIFF was submitted, shared, or received by DEFENDANTS and the Court and failed to address and fix the errors, **7)** conducted or were part of any actions, plans, operations, plots, etc. undertaken against PLAINTIFF, **8)** shared, submitted, or received any memoranda, documents, information, or reports about PLAINTIFF and amongst any DEFENDANTS or failed to provide any information when requested by PLAINTIFF or intentionally did not inform PLAINTIFF of information when PLAINTIFF should have been made aware of it, **9)** materially omitted key context and facts in any reports, memoranda, documents, decisions, etc. that concerns PLAINTIFF and/or failed to properly fix it and/or shared, submitted, or received reports that omitted key context and facts in any reports, memoranda, documents, national security letters, and/or warrants, **10)** omitted exculpatory evidence in reports, warrants, and to the court and/or failed to correct the omission of exculpatory evidence in reports, warrants, documents, and to the Court), **11)** knew of imminent danger posed to PLAINTIFF by DEFENDANTS' plots and actions and failed to intervene properly and in time, **12)** knew of any unconstitutional acts committed against PLAINTIFF and failed to report it, intervene, or adequately notify PLAINTIFF of such unconstitutional actions, **13)** knowingly used perjured testimony against PLAINTIFF in which that perjured testimony was shared, submitted, and/or received amongst DEFENDANTS and the Court; and/or failing to notify or correct the record to the Court or Employers that perjured testimony was utilized against PLAINTIFF, **14)** knowingly provided a court with fabricated evidence **15)** failed to notify and properly inform PLAINTIFF of material facts, **16)** shared information with local police departments, county sheriffs, state police departments or conspired or directed with local police departments, county sheriffs, state police departments to conduct any activity against PLAINTIFF, **17)** had manipulated PLAINTIFF in order to sustain getting and obtaining future resources, **18)** had marketed that their procedures and standards were fair, constitutionally balanced, and objective when they in fact were not, **19)** had intentionally manipulated disabled individuals to further RICO Enterprise 1 and lied about it, **20)** concealed evidence, destroyed exculpatory evidence, did not provide a Court with exculpatory evidence when required, destroyed documents, and/or abused the attorney-client privilege or legal process to prevent PLAINTIFF from knowing anything material to PLAINTIFF and to shield any DEFENDANT from adverse litigation results or prevent PLAINTIFF from holding DEFENDANTS accountable, **21)** engaged in a conspiracy with any of the DEFENDANTS in violation of 18 U.S.C. 241 or 18 U.S.C. 242, **22)** knowingly ruled against PLAINTIFF knowing that legal fraud through a RICO predicate act had been perpetuated on the Court or had reason to know a DEFENDANT committed legal fraud through a RICO predicate act had been perpetuated upon the Court and still ruled in a DEFENDANT'S favor, **23)** intentionally denied PLAINTIFF access to Court, **24)** were so prejudicial against PLAINTIFF solely on the basis of PLAINTIFF'S Speech or PLAINTIFF'S Disability that it denied PLAINTIFF'S Due Process, **25)** intentionally exploited PLAINTIFF'S disabilities out of malice and knew of PLAINTIFF'S disabilities when the acts were perpetuated, OR **26)** conducted any activity that involves, implicates, or violated PLAINTIFF'S specific constitutional, liberty, or legal interests *or anything else in this complaint.*

**Indian Intel** refers to: any current and former unknown officers, sub-contractors, any middlemen or actors between MINISTRY of HOME AFFAIRS (INDIA), Intelligence Bureau (IB) (आसूचना ब्यूरो) (āsūcanā byūro)(under Ministry of Home Affairs (INDIA)) and/or Research and Analysis Wing (abbreviated: R&AW) (INDIA) and the United States Government/American Intel and any

other applicable DEFENDANT, and employees of MINISTRY of HOME AFFAIRS (INDIA), Intelligence Bureau (IB) (आसूचना ब्यूरो) (āsūcanā byūro)(under Ministry of Home Affairs (INDIA)) and/or Research and Analysis Wing (abbreviated: R&AW) (INDIA), that: **1)** concerns anything in this complaint, **2)** have come in contact with PLAINTIFF or any DEFENDANTS and discussed PLAINTIFF, **3)** read any information about PLAINTIFF, **4)** have knowledge of PLAINTIFF, **5)** shared, submitted, or received any of the facts that concern anything in this complaint, **6)** received, shared, or submitted materially false, fabricated evidence, or misleading information about PLAINTIFF amongst DEFENDANTS and to any Court and/or knowing that materially false, fabricated evidence, or misleading information about PLAINTIFF was submitted, shared, or received by DEFENDANTS and the Court and failed to address and fix the errors, **7)** conducted or were part of any actions, plans, operations, plots, etc. undertaken against PLAINTIFF, **8)** shared, submitted, or received any memoranda, documents, information, or reports about PLAINTIFF and amongst any DEFENDANTS or failed to provide any information when requested by PLAINTIFF or intentionally did not inform PLAINTIFF of information when PLAINTIFF should have been made aware of it, **9)** materially omitted key context and facts in any reports, memoranda, documents, decisions, etc. that concerns PLAINTIFF and/or failed to properly fix it and/or shared, submitted, or received reports that omitted key context and facts in any reports, memoranda, documents, national security letters, and/or warrants, **10)** omitted exculpatory evidence in reports, warrants, and to the court and/or failed to correct the omission of exculpatory evidence in reports, warrants, documents, and to the Court), **11)** knew of imminent danger posed to PLAINTIFF by DEFENDANTS' plots and actions and failed to intervene properly and in time, **12)** knew of any unconstitutional acts committed against PLAINTIFF and failed to report it, intervene, or adequately notify PLAINTIFF of such unconstitutional actions, **13)** knowingly used perjured testimony against PLAINTIFF in which that perjured testimony was shared, submitted, and/or received amongst DEFENDANTS and the Court; and/or failing to notify or correct the record to the Court or Employers that perjured testimony was utilized against PLAINTIFF, **14)** knowingly provided a court with fabricated evidence **15)** failed to notify and properly inform PLAINTIFF of material facts, **16)** shared information with local police departments, county sheriffs, state police departments or conspired or directed with local police departments, county sheriffs, state police departments to conduct any activity against PLAINTIFF, **17)** had manipulated PLAINTIFF in order to sustain getting and obtaining future resources, **18)** had marketed that their procedures and standards were fair, constitutionally balanced, and objective when they in fact were not, **19)** had intentionally manipulated disabled individuals to further RICO Enterprise 1 and lied about it, **20)** concealed evidence, destroyed exculpatory evidence, did not provide a Court with exculpatory evidence when required, destroyed documents, and/or abused the attorney-client privilege or legal process to prevent PLAINTIFF from knowing anything material to PLAINTIFF and to shield any DEFENDANT from adverse litigation results or prevent PLAINTIFF from holding DEFENDANTS accountable, **21)** engaged in a conspiracy with any of the DEFENDANTS in violation of 18 U.S.C. 241 or 18 U.S.C. 242, **22)** knowingly ruled against PLAINTIFF knowing that legal fraud through a RICO predicate act had been perpetuated on the Court or had reason to know a DEFENDANT committed legal fraud through a RICO predicate act had been perpetuated upon the Court and still ruled in a DEFENDANT'S favor, **23)** intentionally denied PLAINTIFF access to Court, **24)** were so prejudicial against PLAINTIFF solely on the basis of PLAINTIFF'S Speech or PLAINTIFF'S Disability that it denied PLAINTIFF'S Due Process, **25)** intentionally exploited PLAINTIFF'S disabilities out of malice and knew of PLAINTIFF'S

disabilities when the acts were perpetuated, OR **26)** conducted any activity that involves, implicates, or violated PLAINTIFF'S specific constitutional, liberty, or legal interests *or anything else in this complaint.*

**India** can refer to: The Republic of India; or any current and former unknown officers, executive leadership, prime ministers, government officials, sub-contractors, any middlemen or actors between The Republic of India, Indian Intel, and the United States Government/American Intel and any other applicable DEFENDANT, and employees of The Republic of India and Indian Intel, that: **1)** concerns anything in this complaint, **2)** have come in contact with PLAINTIFF or any DEFENDANTS and discussed PLAINTIFF, **3)** read any information about PLAINTIFF, **4)** have knowledge of PLAINTIFF, **5)** shared, submitted, or received any of the facts that concern anything in this complaint, **6)** received, shared, or submitted materially false, fabricated evidence, or misleading information about PLAINTIFF amongst DEFENDANTS and to any Court and/or knowing that materially false, fabricated evidence, or misleading information about PLAINTIFF was submitted, shared, or received by DEFENDANTS and the Court and failed to address and fix the errors, **7)** conducted or were part of any actions, plans, operations, plots, etc. undertaken against PLAINTIFF, **8)** shared, submitted, or received any memoranda, documents, information, or reports about PLAINTIFF and amongst any DEFENDANTS or failed to provide any information when requested by PLAINTIFF or intentionally did not inform PLAINTIFF of information when PLAINTIFF should have been made aware of it, **9)** materially omitted key context and facts in any reports, memoranda, documents, decisions, etc. that concerns PLAINTIFF and/or failed to properly fix it and/or shared, submitted, or received reports that omitted key context and facts in any reports, memoranda, documents, national security letters, and/or warrants, **10)** omitted exculpatory evidence in reports, warrants, and to the court and/or failed to correct the omission of exculpatory evidence in reports, warrants, documents, and to the Court), **11)** knew of imminent danger posed to PLAINTIFF by DEFENDANTS' plots and actions and failed to intervene properly and in time, **12)** knew of any unconstitutional acts committed against PLAINTIFF and failed to report it, intervene, or adequately notify PLAINTIFF of such unconstitutional actions, **13)** knowingly used perjured testimony against PLAINTIFF in which that perjured testimony was shared, submitted, and/or received amongst DEFENDANTS and the Court; and/or failing to notify or correct the record to the Court or Employers that perjured testimony was utilized against PLAINTIFF, **14)** knowingly provided a court with fabricated evidence **15)** failed to notify and properly inform PLAINTIFF of material facts, **16)** shared information with local police departments, county sheriffs, state police departments or conspired or directed with local police departments, county sheriffs, state police departments to conduct any activity against PLAINTIFF, **17)** had manipulated PLAINTIFF in order to sustain getting and obtaining future resources, **18)** had marketed that their procedures and standards were fair, constitutionally balanced, and objective when they in fact were not, **19)** had intentionally manipulated disabled individuals to further RICO Enterprise 1 and lied about it, **20)** concealed evidence, destroyed exculpatory evidence, did not provide a Court with exculpatory evidence when required, destroyed documents, and/or abused the attorney-client privilege or legal process to prevent PLAINTIFF from knowing anything material to PLAINTIFF and to shield any DEFENDANT from adverse litigation results or prevent PLAINTIFF from holding DEFENDANTS accountable, **21)** engaged in a conspiracy with any of the DEFENDANTS in violation of 18 U.S.C. 241 or 18 U.S.C. 242, **22)** knowingly ruled against PLAINTIFF knowing that legal fraud through a RICO predicate act had been perpetuated on the

Court or had reason to know a DEFENDANT committed legal fraud through a RICO predicate act had been perpetuated upon the Court and still ruled in a DEFENDANT'S favor, **23)** intentionally denied PLAINTIFF access to Court, **24)** were so prejudicial against PLAINTIFF solely on the basis of PLAINTIFF'S Speech or PLAINTIFF'S Disability that it denied PLAINTIFF'S Due Process, **25)** intentionally exploited PLAINTIFF'S disabilities out of malice and knew of PLAINTIFF'S disabilities when the acts were perpetuated, OR **26)** conducted any activity that involves, implicates, or violated PLAINTIFF'S specific constitutional, liberty, or legal interests *or anything else in this complaint.*

**Aussies** is the following DEFENDANTS: any current and former unknown officers, executive leadership, sub-contractors, any middlemen or actors between AUSTRALIAN SECRET INTELLIEGENCE SERVICE, AUSTRALIAN SIGNALS DIRECTORATE, and THE COMMONWEALTH OF AUSTRALIA and the United States Government/American Intel and any other applicable DEFENDANT, and employees of AUSTRALIAN SECRET INTELLIGENCE SERVICE, AUSTRALIAN SIGNALS DIRECTORATE, and THE COMMONWEALTH OF AUSTRALIA, that: **1)** concerns anything in this complaint, **2)** have come in contact with PLAINTIFF or any DEFENDANTS and discussed PLAINTIFF, **3)** read any information about PLAINTIFF, **4)** have knowledge of PLAINTIFF, **5)** shared, submitted, or received any of the facts that concern anything in this complaint, **6)** received, shared, or submitted materially false, fabricated evidence, or misleading information about PLAINTIFF amongst DEFENDANTS and to any Court and/or knowing that materially false, fabricated evidence, or misleading information about PLAINTIFF was submitted, shared, or received by DEFENDANTS and the Court and failed to address and fix the errors, **7)** conducted or were part of any actions, plans, operations, plots, etc. undertaken against PLAINTIFF, **8)** shared, submitted, or received any memoranda, documents, information, or reports about PLAINTIFF and amongst any DEFENDANTS or failed to provide any information when requested by PLAINTIFF or intentionally did not inform PLAINTIFF of information when PLAINTIFF should have been made aware of it, **9)** materially omitted key context and facts in any reports, memoranda, documents, decisions, etc. that concerns PLAINTIFF and/or failed to properly fix it and/or shared, submitted, or received reports that omitted key context and facts in any reports, memoranda, documents, national security letters, and/or warrants, **10)** omitted exculpatory evidence in reports, warrants, and to the court and/or failed to correct the omission of exculpatory evidence in reports, warrants, documents, and to the Court), **11)** knew of imminent danger posed to PLAINTIFF by DEFENDANTS' plots and actions and failed to intervene properly and in time, **12)** knew of any unconstitutional acts committed against PLAINTIFF and failed to report it, intervene, or adequately notify PLAINTIFF of such unconstitutional actions, **13)** knowingly used perjured testimony against PLAINTIFF in which that perjured testimony was shared, submitted, and/or received amongst DEFENDANTS and the Court; and/or failing to notify or correct the record to the Court or Employers that perjured testimony was utilized against PLAINTIFF, **14)** knowingly provided a court with fabricated evidence **15)** failed to notify and properly inform PLAINTIFF of material facts, **16)** shared information with local police departments, county sheriffs, state police departments or conspired or directed with local police departments, county sheriffs, state police departments to conduct any activity against PLAINTIFF, **17)** had manipulated PLAINTIFF in order to sustain getting and obtaining future resources, **18)** had marketed that their procedures and standards were fair, constitutionally balanced, and objective when they in fact were not, **19)** had intentionally manipulated disabled

individuals to further RICO Enterprise 1 and lied about it, **20)** concealed evidence, destroyed exculpatory evidence, did not provide a Court with exculpatory evidence when required, destroyed documents, and/or abused the attorney-client privilege or legal process to prevent PLAINTIFF from knowing anything material to PLAINTIFF and to shield any DEFENDANT from adverse litigation results or prevent PLAINTIFF from holding DEFENDANTS accountable, **21)** engaged in a conspiracy with any of the DEFENDANTS in violation of 18 U.S.C. 241 or 18 U.S.C. 242, **22)** knowingly ruled against PLAINTIFF knowing that legal fraud through a RICO predicate act had been perpetuated on the Court or had reason to know a DEFENDANT committed legal fraud through a RICO predicate act had been perpetuated upon the Court and still ruled in a DEFENDANT'S favor, **23)** intentionally denied PLAINTIFF access to Court, **24)** were so prejudicial against PLAINTIFF solely on the basis of PLAINTIFF'S Speech or PLAINTIFF'S Disability that it denied PLAINTIFF'S Due Process, **25)** intentionally exploited PLAINTIFF'S disabilities out of malice and knew of PLAINTIFF'S disabilities when the acts were perpetuated, OR **26)** conducted any activity that involves, implicates, or violated PLAINTIFF'S specific constitutional, liberty, or legal interests *or anything else in this complaint.*

**Dutch Intel:** ALGEMENE INLICHTINGEN-EN VEILIGHEIDSDIESNT any current and former unknown officers, executive leadership, sub-contractors, any middlemen or actors between ALGEMENE INLICHTINGEN-EN VEILIGHEIDSDIESNT and the United States Government/American Intel and any other applicable DEFENDANT, and employees of ALGEMENE INLICHTINGEN-EN VEILIGHEIDSDIESNT, that: **1)** concerns anything in this complaint, **2)** have come in contact with PLAINTIFF or any DEFENDANTS and discussed PLAINTIFF, **3)** read any information about PLAINTIFF, **4)** have knowledge of PLAINTIFF, **5)** shared, submitted, or received any of the facts that concern anything in this complaint, **6)** received, shared, or submitted materially false, fabricated evidence, or misleading information about PLAINTIFF amongst DEFENDANTS and to any Court and/or knowing that materially false, fabricated evidence, or misleading information about PLAINTIFF was submitted, shared, or received by DEFENDANTS and the Court and failed to address and fix the errors, **7)** conducted or were part of any actions, plans, operations, plots, etc. undertaken against PLAINTIFF, **8)** shared, submitted, or received any memoranda, documents, information, or reports about PLAINTIFF and amongst any DEFENDANTS or failed to provide any information when requested by PLAINTIFF or intentionally did not inform PLAINTIFF of information when PLAINTIFF should have been made aware of it, **9)** materially omitted key context and facts in any reports, memoranda, documents, decisions, etc. that concerns PLAINTIFF and/or failed to properly fix it and/or shared, submitted, or received reports that omitted key context and facts in any reports, memoranda, documents, national security letters, and/or warrants, **10)** omitted exculpatory evidence in reports, warrants, and to the court and/or failed to correct the omission of exculpatory evidence in reports, warrants, documents, and to the Court), **11)** knew of imminent danger posed to PLAINTIFF by DEFENDANTS' plots and actions and failed to intervene properly and in time, **12)** knew of any unconstitutional acts committed against PLAINTIFF and failed to report it, intervene, or adequately notify PLAINTIFF of such unconstitutional actions, **13)** knowingly used perjured testimony against PLAINTIFF in which that perjured testimony was shared, submitted, and/or received amongst DEFENDANTS and the Court; and/or failing to notify or correct the record to the Court or Employers that perjured testimony was utilized against PLAINTIFF, **14)** knowingly provided a court with fabricated

evidence **15)** failed to notify and properly inform PLAINTIFF of material facts, **16)** shared information with local police departments, county sheriffs, state police departments or conspired or directed with local police departments, county sheriffs, state police departments to conduct any activity against PLAINTIFF, **17)** had manipulated PLAINTIFF in order to sustain getting and obtaining future resources, **18)** had marketed that their procedures and standards were fair, constitutionally balanced, and objective when they in fact were not, **19)** had intentionally manipulated disabled individuals to further RICO Enterprise 1 and lied about it, **20)** concealed evidence, destroyed exculpatory evidence, did not provide a Court with exculpatory evidence when required, destroyed documents, and/or abused the attorney-client privilege or legal process to prevent PLAINTIFF from knowing anything material to PLAINTIFF and to shield any DEFENDANT from adverse litigation results or prevent PLAINTIFF from holding DEFENDANTS accountable, **21)** engaged in a conspiracy with any of the DEFENDANTS in violation of 18 U.S.C. 241 or 18 U.S.C. 242, **22)** knowingly ruled against PLAINTIFF knowing that legal fraud through a RICO predicate act had been perpetuated on the Court or had reason to know a DEFENDANT committed legal fraud through a RICO predicate act had been perpetuated upon the Court and still ruled in a DEFENDANT'S favor, **23)** intentionally denied PLAINTIFF access to Court, **24)** were so prejudicial against PLAINTIFF solely on the basis of PLAINTIFF'S Speech or PLAINTIFF'S Disability that it denied PLAINTIFF'S Due Process, **25)** intentionally exploited PLAINTIFF'S disabilities out of malice and knew of PLAINTIFF'S disabilities when the acts were perpetuated, OR **26)** conducted any activity that involves, implicates, or violated PLAINTIFF'S specific constitutional, liberty, or legal interests *or anything else in this complaint.*

**Irish Intel:** any current and former unknown officers, executive leadership, sub-contractors, any middlemen or actors between DIRECTORATE OF MILITARY INTELLIGENCE (IRELAND), GARDA NATIONAL SURVEILLANCE UNIT (NSU), and the United States Government/American Intel and any other applicable DEFENDANT, and employees of DIRECTORATE OF MILITARY INTELLIGENCE (IRELAND) and GARDA NATIONAL SURVEILLANCE UNIT (NSU), that: **1)** concerns anything in this complaint, **2)** have come in contact with PLAINTIFF or any DEFENDANTS and discussed PLAINTIFF, **3)** read any information about PLAINTIFF, **4)** have knowledge of PLAINTIFF, **5)** shared, submitted, or received any of the facts that concern anything in this complaint, **6)** received, shared, or submitted materially false, fabricated evidence, or misleading information about PLAINTIFF amongst DEFENDANTS and to any Court and/or knowing that materially false, fabricated evidence, or misleading information about PLAINTIFF was submitted, shared, or received by DEFENDANTS and the Court and failed to address and fix the errors, **7)** conducted or were part of any actions, plans, operations, plots, etc. undertaken against PLAINTIFF, **8)** shared, submitted, or received any memoranda, documents, information, or reports about PLAINTIFF and amongst any DEFENDANTS or failed to provide any information when requested by PLAINTIFF or intentionally did not inform PLAINTIFF of information when PLAINTIFF should have been made aware of it, **9)** materially omitted key context and facts in any reports, memoranda, documents, decisions, etc. that concerns PLAINTIFF and/or failed to properly fix it and/or shared, submitted, or received reports that omitted key context and facts in any reports, memoranda, documents, national security letters, and/or warrants, **10)** omitted exculpatory evidence in reports, warrants, and to the court and/or failed to correct the omission of exculpatory evidence in reports, warrants, documents, and to the Court), **11)** knew of imminent

danger posed to PLAINTIFF by DEFENDANTS' plots and actions and failed to intervene properly and in time, **12)** knew of any unconstitutional acts committed against PLAINTIFF and failed to report it, intervene, or adequately notify PLAINTIFF of such unconstitutional actions, **13)** knowingly used perjured testimony against PLAINTIFF in which that perjured testimony was shared, submitted, and/or received amongst DEFENDANTS and the Court; and/or failing to notify or correct the record to the Court or Employers that perjured testimony was utilized against PLAINTIFF, **14)** knowingly provided a court with fabricated evidence **15)** failed to notify and properly inform PLAINTIFF of material facts, **16)** shared information with local police departments, county sheriffs, state police departments or conspired or directed with local police departments, county sheriffs, state police departments to conduct any activity against PLAINTIFF, **17)** had manipulated PLAINTIFF in order to sustain getting and obtaining future resources, **18)** had marketed that their procedures and standards were fair, constitutionally balanced, and objective when they in fact were not, **19)** had intentionally manipulated disabled individuals to further RICO Enterprise 1 and lied about it, **20)** concealed evidence, destroyed exculpatory evidence, did not provide a Court with exculpatory evidence when required, destroyed documents, and/or abused the attorney-client privilege or legal process to prevent PLAINTIFF from knowing anything material to PLAINTIFF and to shield any DEFENDANT from adverse litigation results or prevent PLAINTIFF from holding DEFENDANTS accountable, **21)** engaged in a conspiracy with any of the DEFENDANTS in violation of 18 U.S.C. 241 or 18 U.S.C. 242, **22)** knowingly ruled against PLAINTIFF knowing that legal fraud through a RICO predicate act had been perpetuated on the Court or had reason to know a DEFENDANT committed legal fraud through a RICO predicate act had been perpetuated upon the Court and still ruled in a DEFENDANT'S favor, **23)** intentionally denied PLAINTIFF access to Court, **24)** were so prejudicial against PLAINTIFF solely on the basis of PLAINTIFF'S Speech or PLAINTIFF'S Disability that it denied PLAINTIFF'S Due Process, **25)** intentionally exploited PLAINTIFF'S disabilities out of malice and knew of PLAINTIFF'S disabilities when the acts were perpetuated, OR **26)** conducted any activity that involves, implicates, or violated PLAINTIFF'S specific constitutional, liberty, or legal interests *or anything else in this complaint.*

**Russian Intel:** MAIN DIRECTORATE OF THE GENERAL STAFF OF THE RUSSIAN FEDERATION, Служба внешней разведки Российской Федерации, FSB, GRU.

**Chinese Intel:** MINISTRY of STATE SECURITY OF CHINA 国家安全部;

**SCOTUS can include**: THE ESTATE OF ANTONIN SCALIA and/or THE ESTATE OF JOHN PAUL STEVENS

**LSU Law**: JESSICA A. OTT,

**Santa Clara:** refers to Santa Clara University and/or PHILIP JIMINEZ; MARCUS KOSINS, and/or any current and former unknown officers and employees of Santa Clara University that: **1)** concerns anything in this complaint, **2)** have come in contact with PLAINTIFF or any DEFENDANTS and discussed PLAINTIFF, **3)** read any information about PLAINTIFF, **4)** have knowledge of PLAINTIFF, **5)** shared, submitted, or received any of the facts that concern

anything in this complaint, **6)** received, shared, or submitted materially false, fabricated evidence, or misleading information about PLAINTIFF amongst DEFENDANTS and to any Court and/or knowing that materially false, fabricated evidence, or misleading information about PLAINTIFF was submitted, shared, or received by DEFENDANTS and the Court and failed to address and fix the errors, **7)** conducted or were part of any actions, plans, operations, plots, etc. undertaken against PLAINTIFF, **8)** shared, submitted, or received any memoranda, documents, information, or reports about PLAINTIFF and amongst any DEFENDANTS or failed to provide any information when requested by PLAINTIFF or intentionally did not inform PLAINTIFF of information when PLAINTIFF should have been made aware of it, **9)** materially omitted key context and facts in any reports, memoranda, documents, decisions, etc. that concerns PLAINTIFF and/or failed to properly fix it and/or shared, submitted, or received reports that omitted key context and facts in any reports, memoranda, documents, national security letters, and/or warrants, **10)** omitted exculpatory evidence in reports, warrants, and to the court and/or failed to correct the omission of exculpatory evidence in reports, warrants, documents, and to the Court), **11)** knew of imminent danger posed to PLAINTIFF by DEFENDANTS' plots and actions and failed to intervene properly and in time, **12)** knew of any unconstitutional acts committed against PLAINTIFF and failed to report it, intervene, or adequately notify PLAINTIFF of such unconstitutional actions, **13)** knowingly used perjured testimony against PLAINTIFF in which that perjured testimony was shared, submitted, and/or received amongst DEFENDANTS and the Court; and/or failing to notify or correct the record to the Court or Employers that perjured testimony was utilized against PLAINTIFF, **14)** knowingly provided a court with fabricated evidence **15)** failed to notify and properly inform PLAINTIFF of material facts, **16)** shared information with local police departments, county sheriffs, state police departments or conspired or directed with local police departments, county sheriffs, state police departments to conduct any activity against PLAINTIFF, **17)** had manipulated PLAINTIFF in order to sustain getting and obtaining future resources, **18)** had marketed that their procedures and standards were fair, constitutionally balanced, and objective when they in fact were not, **19)** had intentionally manipulated disabled individuals to further RICO Enterprise 1 and lied about it, **20)** concealed evidence, destroyed exculpatory evidence, did not provide a Court with exculpatory evidence when required, destroyed documents, and/or abused the attorney-client privilege or legal process to prevent PLAINTIFF from knowing anything material to PLAINTIFF and to shield any DEFENDANT from adverse litigation results or prevent PLAINTIFF from holding DEFENDANTS accountable, **21)** engaged in a conspiracy with any of the DEFENDANTS in violation of 18 U.S.C. 241 or 18 U.S.C. 242, **22)** knowingly ruled against PLAINTIFF knowing that legal fraud through a RICO predicate act had been perpetuated on the Court or had reason to know a DEFENDANT committed legal fraud through a RICO predicate act had been perpetuated upon the Court and still ruled in a DEFENDANT'S favor, **23)** intentionally denied PLAINTIFF access to Court, **24)** were so prejudicial against PLAINTIFF solely on the basis of PLAINTIFF'S Speech or PLAINTIFF'S Disability that it denied PLAINTIFF'S Due Process, **25)** intentionally exploited PLAINTIFF'S disabilities out of malice and knew of PLAINTIFF'S disabilities when the acts were perpetuated, OR **26)** conducted any activity that involves, implicates, or violated PLAINTIFF'S specific constitutional, liberty, or legal interests *or anything else in this complaint.*

**SEWANEE PD:** Officer Rollins and/or any current and former unknown officers and employees of the Sewanee, TN Police Department that: **1)** concerns anything in this complaint, **2)** have

come in contact with PLAINTIFF or any DEFENDANTS and discussed PLAINTIFF, **3)** read any information about PLAINTIFF, **4)** have knowledge of PLAINTIFF, **5)** shared, submitted, or received any of the facts that concern anything in this complaint, **6)** received, shared, or submitted materially false, fabricated evidence, or misleading information about PLAINTIFF amongst DEFENDANTS and to any Court and/or knowing that materially false, fabricated evidence, or misleading information about PLAINTIFF was submitted, shared, or received by DEFENDANTS and the Court and failed to address and fix the errors, **7)** conducted or were part of any actions, plans, operations, plots, etc. undertaken against PLAINTIFF, **8)** shared, submitted, or received any memoranda, documents, information, or reports about PLAINTIFF and amongst any DEFENDANTS or failed to provide any information when requested by PLAINTIFF or intentionally did not inform PLAINTIFF of information when PLAINTIFF should have been made aware of it, **9)** materially omitted key context and facts in any reports, memoranda, documents, decisions, etc. that concerns PLAINTIFF and/or failed to properly fix it and/or shared, submitted, or received reports that omitted key context and facts in any reports, memoranda, documents, national security letters, and/or warrants, **10)** omitted exculpatory evidence in reports, warrants, and to the court and/or failed to correct the omission of exculpatory evidence in reports, warrants, documents, and to the Court), **11)** knew of imminent danger posed to PLAINTIFF by DEFENDANTS' plots and actions and failed to intervene properly and in time, **12)** knew of any unconstitutional acts committed against PLAINTIFF and failed to report it, intervene, or adequately notify PLAINTIFF of such unconstitutional actions, **13)** knowingly used perjured testimony against PLAINTIFF in which that perjured testimony was shared, submitted, and/or received amongst DEFENDANTS and the Court; and/or failing to notify or correct the record to the Court or Employers that perjured testimony was utilized against PLAINTIFF, **14)** knowingly provided a court with fabricated evidence **15)** failed to notify and properly inform PLAINTIFF of material facts, **16)** shared information with local police departments, county sheriffs, state police departments or conspired or directed with local police departments, county sheriffs, state police departments to conduct any activity against PLAINTIFF, **17)** had manipulated PLAINTIFF in order to sustain getting and obtaining future resources, **18)** had marketed that their procedures and standards were fair, constitutionally balanced, and objective when they in fact were not, **19)** had intentionally manipulated disabled individuals to further RICO Enterprise 1 and lied about it, **20)** concealed evidence, destroyed exculpatory evidence, did not provide a Court with exculpatory evidence when required, destroyed documents, and/or abused the attorney-client privilege or legal process to prevent PLAINTIFF from knowing anything material to PLAINTIFF and to shield any DEFENDANT from adverse litigation results or prevent PLAINTIFF from holding DEFENDANTS accountable, **21)** engaged in a conspiracy with any of the DEFENDANTS in violation of 18 U.S.C. 241 or 18 U.S.C. 242, **22)** knowingly ruled against PLAINTIFF knowing that legal fraud through a RICO predicate act had been perpetuated on the Court or had reason to know a DEFENDANT committed legal fraud through a RICO predicate act had been perpetuated upon the Court and still ruled in a DEFENDANT'S favor, **23)** intentionally denied PLAINTIFF access to Court, **24)** were so prejudicial against PLAINTIFF solely on the basis of PLAINTIFF'S Speech or PLAINTIFF'S Disability that it denied PLAINTIFF'S Due Process, **25)** intentionally exploited PLAINTIFF'S disabilities out of malice and knew of PLAINTIFF'S disabilities when the acts were perpetuated, OR **26)** conducted any activity that involves, implicates, or violated PLAINTIFF'S specific constitutional, liberty, or legal interests *or anything else in this complaint.*

In May 2008, **Mark Klein**, a former AT&T employee, alleged that his company had cooperated with NSA in installing **Narus** hardware to replace the FBI **Carnivore** program, to monitor network communications including traffic between U.S. citizen

# EXHIBITS:

# Exhibit A:
# Full Transcript of HILLARY CLINTON'S Jackson-Jefferson Speech in Fairfax, Viriginia on June 26th, 2015:

*This speech was given at the EagleBank Arena at George Mason University.*

Thank you all so much. I gotta tell you… [applause] Thank you. Hello, Virginia! [applause]

I love your governor and I love your first lady. And I am so thrilled to be here with you on such an historic day for our country, a day when we affirmed the principle first set down more than two centuries ago by a wise Virginian, that every one of us is created equal. [applause]

I'm delighted to be here with so many friends. I had chance to visit with your two great Democratic senators. Both Senator Warner and Senator Kaine are doing such an extraordinary job in the Senate, representing you.

And of course for me, it's a special treat to be here with the tremendous, unbelievable, beyond description—I'm running out of superlatives—governor who has been a friend and a colleague to me. You know, they say Virginia is for lovers. Well, I'm not sure anyone loves this Commonwealth and all of you more than Terry McAuliffe. He may have the biggest heart and the most open mind of anyone you'll ever meet—except, of course, for your first lady. There are not many people who can leave Terry speechless, but Dorothy does it every time she walks into the room. And I happen to know a thing or two about what it takes to be first lady of a state, and I have to say Dorothy is in a class by herself.

Now, we've always known Terry could talk the talk, but as governor he's proving every day he can also walk the walk. [applause] Tens of thousands of new jobs, billions in new capital investment, exports surging, a stronger more diversified Virginia economy—that's what your Democratic Governor Terry McAuliffe is delivering. And he's my kind of leader—a pragmatic progressive, he understands that success should be measured by how many families get ahead and stay ahead, not by how big the bonuses are for the wealthiest Americans. So he's making the investments Virginia needs in education and transportation, and he's taking care of our veterans. He is working to expand preschool for Virginia's children. He is defeating efforts to close

women's health centers across the Commonwealth. And from his first day in office, he's been a champion for marriage equality. And through it all, Terry has exemplified the Virginia Way. He always prefers common ground to scorched earth. He knows—he knows that we Americans may differ, bicker, stumble and fall, but we are at our best when we pick each other up, when we have each other's back.

Today was one of those days when we're reminded that like any family, our American family is strongest when we cherish what unites us and fight back against those who would divide us. It was an emotional roller coaster of a day. This morning, love triumphed in the highest court in our land. [applause]

Equality triumphed, America triumphed. Just listen to the final lines of the Supreme Court's decision, because they have resonated with so many people across our country. And this is what that decision said:

No union is more profound than marriage, for it embodies the highest ideals of love, fidelity, devotion, sacrifice, and family. In forming a marital union, two people become something greater than once they were. Marriage embodies a love that may endure even past death. It would misunderstand these men and women to say they disrespect the idea of marriage. Their plea is that they do respect it, respect it so deeply that they seek to find its fulfillment for themselves. Their hope is not to be condemned to live in loneliness, excluded from one of civilization's oldest institutions. They ask for equal dignity in the eyes of the law. The Constitution grants them that right.

And to that I say, "Amen! Thank you!" [applause]

You know, like so many others, my personal views have been shaped over time by people I have known and loved. As a mother and now a grandmother, I remember the joy and pride I felt watching my daughter marry the love of her life. How could we deny that opportunity to any, anyone's son or daughters solely on the basis of who they are and who they love?

Today's decision confirms we've working toward equality as a nation, step by step, case by case, court by court, and that equality has been right there in the Constitution all along. There's something quite remarkable about that.

Like the case here in Virginia that struck down bans on interracial marriage 48 years ago [applause], today was not about discovering new rights. It was about getting closer to the ideals that have defined our nation from the very beginning.

I took comfort in that this afternoon in Charleston, South Carolina, as I joined President Obama and Mrs. Obama and many others in honoring the life and legacy of Reverend Pinkney and the other eight men and women murdered for the color of their skin.

Our ideals persevere through every storm if we honor and defend them. America is a gift, but it's a gift that must be earned by every generation.

And make no mistake—there are always forces pushing in the opposite direction to deny rights rather than defend or expand them. To constrict the circle of opportunity and equality rather than expand it. To lash out in hate and fear rather than embrace in love and hope.

Now [applause], I know it's tempting to dismiss a terrible tragedy like Charleston as an isolated incident, to believe that in today's America bigotry is largely behind us. But despite our best efforts and our highest hopes, America's long struggle with racism is far from finished.

And let's be honest, let's be honest. Despite today's ruling, our struggle to end LGBT discrimination is also far from finished. [applause] That's because fear and hatred are far from finished.

And so our march goes on. America's march toward that more perfect union, toward equality, toward dignity, toward justice, toward a brighter future for all Americans.

The Supreme Court has done its work. Now we have to do ours.

I'm gonna talk a little politics here, not just because we're at a political event and not just because I'm running for president, but because politics is about the choices we make—the choices we make. Not only about our leaders, but about how we govern ourselves.

Over the past weeks we've seen many moving displays of leadership that have really exemplified our country at our best. The president stirred us with his words both before and especially today as he spoke at the funeral.

Governors like Nikki Haley and Terry McAuliffe made us proud by removing the Confederate flag from statehouses am license plates

Mayors and pastors and community leaders came together in unity, Democrats and Republicans alike.

But we also saw the opposite from too many, even including many of the Republican candidates for president who seemed determined to lead us right back into the past. This morning they all decried the Supreme Court's ruling upholding marriage equality. We even heard them call for a constitutional amendment to strip away the right to marry from our gay brothers and sisters, strip away equal dignity in the eyes the law. Instead of trying to turn back the clock, they should be joining us in saying loudly and clearly, No. No to discrimination once and for all.

I am asking them—please, don't make the rights, the hopes of any American into a political football for this 2016 campaign. LGBT Americans should be free not just to marry but to live, learn and work just like everybody else.

Sadly, before the funerals of the nine murdered, church-going, faithful men and women were even finished, some Republicans in Congress voted to stop Centers for Disease Control from studying gun violence. How can you watch massacre after massacre and take that vote? That is

wrong. It puts our people at risk. [applause] And I for one am never going to stop fighting for a better, safer, smarter approach to get that gun violence in this country under control. [applause]

I believe as the President said today in Charleston, a majority of Americans and a majority of gun owners support common-sense reforms. Let us join together.

There's so much for us to do. We have a long agenda in front of us and we need to show respect for one another. We need to call out derogatory language, insults, personal attacks wherever they occur. There is enough for us to debate without going there.

Recently a Republican candidate for president described immigrants as drug dealers. rapists and criminals. [boos] Maybe he's never met them. Maybe he's never stopped to ask the millions of people who love this country, work hard and want nothing more than a chance to build a better life for themselves and their children what their lives are like.

Now, these are not the only problems. We need to condemn divisive rhetoric, but we also need to make sure that people are looking at the real problems of our country.

A lot of Republicans make talk about having new ideas and fresh faces, but across the board they're the party of the past, not the future. And when you ask them, "What are your new ideas on the economy?" Well, you guessed it—more tax cuts for the very wealthy and fewer rules for Wall Street. Now if that sounds familiar, it's because those are exactly the same top-down economic policies that failed us before. Americans have come too far to see our progress ripped away. [applause]

Ask many of these candidates about climate change, one of the defining threats of our time, and they'll say, "I'm not a scientist." Well then, why don't they start listening to those who are scientists? [applause]

Ask them about women's reproductive health—they're likely to talk about defunding Planned Parenthood [boos] Or maybe they'll insist on forcing women to undergo some demeaning and invasive medical procedure as was attempted right here in Virginia. Well, one thing's for certain: we don't need any more leaders who shame and blame women rather than respect our right to make our own reproductive health decisions. [applause]

And then—then there's the Affordable Care Act. All the Republican candidates were furious that earlier this week the Supreme Court once again confirmed what we've all known and believed for years—it is settled law and it is here to stay. That means health insurance for 16 million Americans and more than 335,000 Virginians is here to stay. That means millions of young people are able to stay on their parents' plans. It means hundreds of billions of dollars in budget savings are here to stay. And yes, you heard that right—because contrary to all the fear-mongering, this law—the Affordable Care Act—does not grow the deficit, it shrinks the deficit. [applause] And you know what's gone for good? Insurance companies discriminating against people with pre-existing conditions [applause] or charging women more for the same coverage. [applause]

Now the Republicans have already forced more than 50 votes in Congress to repeal or dismantle this law—all without offering a viable alternative—yet even after two Supreme Court verdicts and a presidential election, they're still fighting to take us backwards. [boos]

I think we can sum up the message from the court and the American people in just two words: Move on!

We still have work to do. There's more to do to protect patients from high drug costs and insurance company abuses, to simplify and streamline to ease burdens on small businesses, to lower out-of-pocket costs for families.

And Governor McAuliffe is right—it is time, it is past time, to expand Medicaid right here in Virginia. That would provide coverage to hundreds of thousands of Virginians who need it. It would create or support tens of thousands of jobs. And, it would potentially save about a $100 million in the state budget.

So it's time to drop the excuses, drop the obstruction and get the job done for Virginia families, for hard working men and women. It's time to turn the page on failed Republican policies in Washington and Richmond and across our country, so that we can together focus on the future.

Look across this commonwealth. You see so much that's working, so much to build on. After the worst economic crisis since the Great Depression, Virginians across this Commonwealth are making a new beginning for themselves. And I know what you did. You worked extra shifts. You took second jobs. You postponed those home repairs. You figured out how to make it work.

We're standing again, but we all know we're not yet running the way America should. And you see the record profits of corporations and the record pay of some CEO's, but too many paychecks have barely budged.

The question is: when does all your hard work pay off? When does your family get ahead? Now! Now! You brought our country back and it is your time. [applause]

And you know what? America succeeds when you succeed.

I'm running for president to make our economy and our country work for you and for every American. I will go to bat for the successful, the striving and the struggling, for the innovators and the inventors, for the factory workers and food servers who stand on their feet all day, for the nurses who work the night shift, for the truckers who drive for hours, for the farmers who feed us, for the veterans who served our country, for the small business owners who took risks, for the gay couple who love each other, for the black child who still lives in the shadow of discrimination and the Hispanic child was still shadow of deportation. [applause]

Just as Terry said, I'm on the side for everyone who's ever been knocked down but refused to be knocked out. [applause]

I'm not running for some Americans, but for all Americans.

I will always stand my ground so you and our country can gain ground. [applause]

If you'll give me the chance, I will wage and win four fights for you and we'll do it together to build that economy for tomorrow not yesterday; to strengthen America's families, because when our families are strong America is strong; to harness all our power, our smarts and our values to maintain American leadership in the world; and to reform our government and revitalize our democracy so it works for everyday Americans.

Now, to win these fights, our next president will have to work with Congress and every other willing partner in our country. I will do just that. I did it before. I worked across the aisle.

It's not going to be easy. I know as well as anyone how hard this job really is. I have seen it up close and personal. [applause]

You know how all our presidents come into office looking so vigorous and then we watch their hair grow grayer and grayer? Well, you won't see my hair turn white in the White House. [laughing] [applause]

I may not be youngest candidate in this race, but with your help I will be youngest woman president in the history of the United States! [applause]

So, Virginia... [applause] Virginia, let's work together to make sure this beloved Commonwealth is blue, that we have Democrats in the state legislature to work with that governor, and that we do have a Democratic president in the White House in 2017! [applause]

Thank you all and God bless you! [applause]

Source: https://awpc.cattcenter.iastate.edu/2017/03/09/remarks-at-virginias-2015-jefferson-jackson-dinner-june-26-2015/ Last Checked: 08/12/2023

# Exhibit B:

**The White House**
Office of the Press Secretary
For Immediate Release

November 08, 2010
Retrieved. 08/17/2023. 7:35pm

Joint Statement by President Obama and Prime Minister Singh of India
Reaffirming their nations' shared values and increasing convergence of interests, Prime Minister Manmohan Singh and President Barack Obama resolved today in New Delhi to expand and strengthen the India-U.S. global strategic partnership.

**<u>The two leaders welcomed the deepening relationship between the world's two largest democracies.  They commended the growing cooperation between their governments,</u>** citizens**<u>, *businesses,*</u>** universities and scientific institutions, which have thrived on a shared culture of pluralism, education, **<u>enterprise,</u>** and innovation, and have benefited the people of both countries.

Building on the transformation in India-U.S. relations over the past decade, the two leaders resolved to intensify cooperation between their nations to promote a secure and stable world; advance technology and innovation; expand mutual prosperity and global economic growth; support sustainable development; and exercise global leadership in support of economic development, open government, and democratic values.

The two leaders reaffirmed that India-U.S. strategic partnership is indispensable not only for their two countries but also for global stability and prosperity in the 21st century.  To that end, President Obama welcomed India's emergence as a major regional and global power and affirmed his country's interest in India's rise, its economic prosperity, and its security.

## A GLOBAL STRATEGIC PARTNERSHIP FOR THE 21st CENTURY

Prime Minister Singh and President Obama called for an efficient, effective, credible and legitimate United Nations to ensure a just and sustainable international order. Prime Minister Singh welcomed President Obama's affirmation that, in the years ahead, the United States looks forward to a reformed UN Security Council that includes India as a permanent

member.  The two leaders reaffirmed that all nations, especially those that seek to lead in the 21st century, bear responsibility to ensure that the United Nations fulfills its founding ideals of preserving peace and security, promoting global cooperation, and advancing human rights.

Prime Minister Singh and President Obama reiterated that India and the United States, as global leaders, will partner for global security, especially as India serves on the Security Council over the next two years.  The leaders agreed that their delegations in New York will intensify their engagement and work together to ensure that the Council continues to effectively play the role envisioned for it in the United Nations Charter.  Both leaders underscored that all states have an obligation to comply with and implement UN Security Council Resolutions, including UN sanctions regimes.  They also agreed to hold regular consultations on UN matters, including on the long-term sustainability of UN peacekeeping operations.  As the two largest democracies, both countries also reaffirmed their strong commitment to the UN Democracy Fund.

The two leaders have a shared vision for peace, stability and prosperity in Asia, the Indian Ocean region and the Pacific region and committed to work together, and with others in the region, for the evolution of an open, balanced and inclusive architecture in the region. In this context, the leaders reaffirmed their support for the East Asia Summit and committed to regular consultations in this regard.  The United States welcomes, in particular, India's leadership in expanding prosperity and security across the region.  The two leaders agreed to deepen existing regular strategic consultations on developments in East Asia, and decided to expand and intensify their strategic consultations to cover regional and global issues of mutual interest, including Central and West Asia.

The two sides committed to intensify consultation, cooperation and coordination to promote a stable, democratic, prosperous, and independent Afghanistan.  President Obama appreciated India's enormous contribution to Afghanistan's development and welcomed enhanced Indian assistance that will help Afghanistan achieve self-sufficiency.  In addition to their own independent assistance programs in Afghanistan, the two sides resolved to pursue joint development projects with the Afghan Government in capacity building, agriculture and women's empowerment.

They reiterated that success in Afghanistan and regional and global security require elimination of safe havens and infrastructure for terrorism and violent extremism in Afghanistan and Pakistan.  Condemning terrorism in all its forms, the two sides agreed that all terrorist networks, including Lashkar e-Taiba, must be defeated and called for Pakistan to bring to justice the perpetrators of the November 2008 Mumbai attacks.  Building upon the Counter Terrorism Initiative signed in July 2010, the two leaders announced a new Homeland Security Dialogue between the Ministry of Home Affairs and the Department of Homeland Security and agreed to further deepen operational cooperation, counter-terrorism technology transfers and capacity building. The two leaders also emphasized the importance of close cooperation in combating terrorist financing and in protecting the international financial system.

In an increasingly inter-dependent world, the stability of, and access to, the air, sea, space, and cyberspace domains is vital for the security and economic prosperity of

nations. Acknowledging their commitment to openness and responsible international conduct, and on the basis of their shared values, India and the United States have launched a dialogue to explore ways to work together, as well as with other countries, to develop a shared vision for these critical domains to promote peace, security and development. The leaders reaffirmed the importance of maritime security, unimpeded commerce, and freedom of navigation, in accordance with relevant universally agreed principles of international law, including the United Nations Convention on the Law of the Sea, and peaceful settlement of maritime disputes.

The transformation in India-U.S. defense cooperation in recent years has strengthened mutual understanding on regional peace and stability, enhanced both countries' respective capacities to meet humanitarian and other challenges such as terrorism and piracy, and contributed to the development of the strategic partnership between India and the United States. The two Governments resolved to further strengthen defense cooperation, including through security dialogue, exercises, and promoting trade and collaboration in defense equipment and technology. President Obama welcomed India's decision to purchase U.S. high-technology defense items, which reflects our strengthening bilateral defense relations and will contribute to creating jobs in the United States.

The two leaders affirmed that their countries' common ideals, complementary strengths and a shared commitment to a world without nuclear weapons give them a responsibility to forge a strong partnership to lead global efforts for non-proliferation and universal and non-discriminatory global nuclear disarmament in the 21st century. They affirmed the need for a meaningful dialogue among all states possessing nuclear weapons to build trust and confidence and for reducing the salience of nuclear weapons in international affairs and security doctrines. They support strengthening the six decade-old international norm of non-use of nuclear weapons.

They expressed a commitment to strengthen international cooperative activities that will reduce the risk of terrorists acquiring nuclear weapons or material without reducing the rights of nations that play by the rules to harness the power of nuclear energy to advance their energy security. The leaders reaffirmed their shared dedication to work together to realize the commitments outlined at the April 2010 Nuclear Security Summit to achieve the goal of securing vulnerable nuclear materials in the next four years. Both sides expressed deep concern regarding illicit nuclear trafficking and smuggling and resolved to strengthen international cooperative efforts to address these threats through the IAEA, Interpol and in the context of the Nuclear Security Summit Communiqué and Action Plan. The two sides welcomed the Memorandum of Understanding for cooperation in the Global Centre for Nuclear Energy Partnership being established by India.

Both sides expressed deep concern about the threat of biological terrorism and pledged to promote international efforts to ensure the safety and security of biological agents and toxins. They stressed the need to achieve full implementation of the Biological and Toxin Weapons Convention and expressed the hope for a successful BWC Review Conference in 2011. The United States welcomed India's destruction of its chemical weapons stockpile in accordance with the provisions of the Chemical Weapons Convention. Both countries affirmed

their shared commitment to promoting the full and effective implementation of the CWC.

The two leaders expressed regret at the delay in starting negotiations in the Conference on Disarmament for a multilateral, non-discriminatory and internationally and effectively verifiable treaty banning the future production of fissile material for nuclear weapons or other nuclear explosive devices.

India reaffirmed its unilateral and voluntary moratorium on nuclear explosive testing. The United States reaffirmed its testing moratorium and its commitment to ratify the Comprehensive Test Ban Treaty and bring it into force at an early date.

The leaders reaffirmed their commitment to diplomacy to resolve the Iranian nuclear issue, and discussed the need for Iran to take constructive and immediate steps to meet its obligations to the IAEA and the UN Security Council.

## TECHNOLOGY, INNOVATION, AND ENERGY

Recognizing that India and the United States should play a leadership role in promoting global nonproliferation objectives and their desire to expand high technology cooperation and trade, Prime Minister Singh and President Obama committed to work together to strengthen the global export control framework and further transform bilateral export control regulations and policies to realize the full potential of the strategic partnership between the two countries.

Accordingly, the two leaders decided to take mutual steps to expand U.S. - India cooperation in civil space, defense, and other high-technology sectors. Commensurate with India's nonproliferation record and commitment to abide by multilateral export control standards, these steps include the United States removing Indian entities from the U.S. Department of Commerce's "Entity List" and realignment of India in U.S. export control regulations.

In addition, the United States intends to support India's full membership in the four multilateral export control regimes (Nuclear Suppliers Group, Missile Technology Control Regime, Australia Group, and Wassenaar Arrangement) in a phased manner, and to consult with regime members to encourage the evolution of regime membership criteria, consistent with maintaining the core principles of these regimes, as the Government of India takes steps towards the full adoption of the regimes' export control requirements to reflect its prospective membership, with both processes moving forward together. In the view of the United States, India should qualify for membership in the Australia Group and the Wassenaar Arrangement according to existing requirements once it imposes export controls over all items on these regimes' control lists.

Both leaders reaffirmed the assurances provided in the letters exchanged in September 2004 and the End-Use Visit Arrangement, and determined that the two governments had reached an understanding to implement these initiatives consistent with their respective national export control laws and policies. The Prime Minister and President committed to a strengthened and expanded dialogue on export control issues, through fora such as the U.S. - India High Technology Cooperation Group, on aspects of capacity building, sharing of best practices, and

outreach with industry.

The possibility of cooperation between the two nations in space, to advance scientific knowledge and human welfare, are without boundaries and limits. They commended their space scientists for launching new initiatives in climate and weather forecasting for agriculture, navigation, resource mapping, research and development, and capacity building. They agreed to continuing discussions on and seek ways to collaborate on future lunar missions, international space station, human space flight and data sharing, and to reconvene the Civil Space Joint Working Group in early 2011. They highlighted the just concluded Implementing Arrangement for enhanced monsoon forecasting that will begin to transmit detailed forecasts to farmers beginning with the 2011 monsoon rainy season as an important example of bilateral scientific cooperation advancing economic development, agriculture and food security.

The two leaders welcomed the completion of steps by the two governments for implementation of the India - U.S. civil nuclear agreement. They reiterated their commitment to build strong India - U.S. civil nuclear energy cooperation through the participation of the U.S. nuclear energy firms in India on the basis of mutually acceptable technical and commercial terms and conditions that enable a viable tariff regime for electricity generated. They noted that both countries had enacted domestic legislations and were also signatories to the Convention on Supplementary Compensation. They further noted that India intends to ratify the Convention on Supplementary Compensation within the coming year and is committed to ensuring a level playing field for U.S. companies seeking to enter the Indian nuclear energy sector, consistent with India's national and international legal obligations.

India will continue to work with the companies. In this context, they welcomed the commencement of negotiations and dialogue between the Indian operator and U.S. nuclear energy companies, and expressed hope for early commencement of commercial cooperation in the civil nuclear energy sector in India, which will stimulate economic growth and sustainable development and generate employment in both countries.

Just as they have helped develop the knowledge economy, India and the United States resolved to strengthen their partnership in creating the green economy of the future. To this end, both countries have undertaken joint research and deployment of clean energy resources, such as solar, advanced biofuels, shale gas, and smart grids. The two leaders also welcomed the promotion of clean and energy efficient technologies through the bilateral Partnership to Advance Clean Energy (PACE) and expanded cooperation with the private sector. They welcomed the conclusion of a new MOU on assessment and exploration of shale gas and an agreement to establish a Joint Clean Energy Research Center in India as important milestones in their rapidly growing clean energy cooperation.

The leaders discussed the importance of working bilaterally, through the Major Economies Forum (MEF), and in the context of the international climate change negotiations within the framework of the UNFCCC to meet the challenge of climate change. Prime Minister Singh and President Obama reiterated the importance of a positive result for the current climate change negotiations at the forthcoming conference of the United Nations Framework Convention on Climate Change (UNFCCC) in Mexico and affirmed their support

for the Copenhagen Accord, which should contribute positively to a successful outcome in Cancun. To that end, the leaders welcomed enhanced cooperation in the area of climate adaptation and sustainable land use, and welcomed the new partnership between the United States and India on forestry programs and in weather forecasting.

**INCLUSIVE GROWTH, MUTUAL PROSPERITY, AND ECONOMIC COOPERATION**

The two leaders stressed that India and the United States, anchored in democracy and diversity, blessed with enormous enterprise and skill, and endowed with synergies drawn from India's rapid growth and U.S. global economic leadership, have a natural partnership for enhancing mutual prosperity and stimulating global economic recovery and growth. They emphasize innovation not only as a tool for economic growth and global competitiveness, but also for social transformation and empowerment of people.

Prime Minister Singh and President Obama celebrated the recent growth in bilateral trade and investment, characterized by balanced and rapidly growing trade in goods and services. They noted positively that the United States is India's largest trading partner in goods and services, and India is now among the fastest growing sources of foreign direct investment entering the United States. The two leaders agreed on steps to reduce trade barriers and protectionist measures and encourage research and innovation to create jobs and improve livelihoods in their countries.

They also welcomed expanding investment flow in both directions. They noted growing ties between U.S. and Indian firms and called for enhanced investment flows, including in India's infrastructure sector, clean energy, energy efficiency, aviation and transportation, healthcare, food processing sector and education. They welcomed the work of the U.S. - India CEO Forum to expand cooperation between the two countries, including in the areas of clean energy and infrastructure development. They also encouraged enhanced engagement by Indian and American small and medium-sized enterprises as a critical driver of our economic relationship. They looked forward to building on these developments to realize fully the enormous potential for trade and investment between the two countries.

Recognizing the people-to-people dynamic behind trade and investment growth, they called for intensified consultations on social security issues at an appropriate time. The two leaders agreed to facilitate greater movement of professionals, investors and business travelers, students, and exchange visitors between their countries to enhance their economic and technological partnership.

To enhance growth globally, the Prime Minster and President highlighted both nations' interests in an ambitious and balanced conclusion to the WTO's Doha Development Agenda negotiations, and in having their negotiators accelerate and expand the scope of their substantive negotiations bilaterally and with other WTO members to accomplish this as soon as possible. They agreed to work together in the G-20 to make progress on the broad range of issues on its agenda, including by encouraging actions consistent with achieving strong, balanced, and sustainable growth, strengthening financial system regulation, reforming the

international financial institutions, enhancing energy security, resisting protectionism in all its forms, reducing barriers to trade and investment, and implementing the development action plans.

Building on the historic legacy of cooperation between the India and the United States during the Green Revolution, the leaders also decided to work together to develop, test, and replicate transformative technologies to extend food security as part of an Evergreen Revolution.  Efforts will focus on providing farmers the means to improve agricultural productivity.  Collaboration also will enhance agricultural value chain and strengthen market institutions to reduce post-harvest crop losses.

 Affirming the importance of India-U.S. health cooperation, Prime Minister and the President celebrated the signing of an MOU creating a new Global Disease Detection Regional Center in New Delhi, which will facilitate preparedness against threats to health such as pandemic influenza and other dangerous diseases.

Embracing the principles of democracy and opportunity, the leaders recognized that the full future potential of the partnership lies in the hands of the next generation in both countries. To help ensure that all members of that generation enjoy the benefits of higher education, the Prime Minister and the President agreed to convene an India - U.S. Higher Education Summit, chaired by senior officials from both countries in 2011, as part of a continued effort to strengthen educational opportunities.  They welcomed the progress made in implementing the Singh-Obama 21st Century Knowledge Initiative that is expanding links between faculties and institutions of the two countries and the expansion in the Nehru-Fulbright Programme for Scholars.

Noting that the ties of kinship and culture are an increasingly important dimension of India-U.S. relations, President Obama welcomed India's decision to hold a Festival of India in Washington DC in 2011.  Recognizing the importance of preserving cultural heritage, both governments resolved to initiate discussions on how India and the United States could partner to prevent the illicit trafficking of both countries' rich and unique cultural heritage.

## A SHARED INTERNATIONAL PARTNERSHIP FOR DEMOCRACY AND DEVELOPMENT

Consistent with their commitments to open and responsive government, and harnessing the expertise and experience that the two countries have developed, the leaders launched a U.S.-India Open Government Dialogue that will, through public-private partnerships and use of new technologies and innovations, promote their shared goal of democratizing access to information and energizing civic engagement, support global initiatives in this area and share their expertise with other interested countries.  This will build on India's impressive achievements in this area in recent years and the commitments that the President made to advance an open government agenda at the United Nations General Assembly.  The President and Prime Minister also pledged to explore cooperation in support of efforts to strengthen elections organization and management in other interested countries, including through sharing their expertise in this area.

Taking advantage of the global nature of their relationship, and recognizing India's vast development experience and historical research strengths, the two leaders pledged to work together, in addition to their independent programs, to adapt shared innovations and technologies and use their expertise in capacity building to extend food security to interested countries, including in Africa, in consultation with host governments.

Prime Minister Singh and President Obama concluded that their meeting is a historic milestone as they seek to elevate the India-U.S. strategic partnership to a new level for the benefit of their nations and the entire mankind.  President Obama thanked President Patil, Prime Minister Singh, and the people of India for their extraordinary warmth and hospitality during his visit.   The two leaders looked forward to the next session of the U.S.-India Strategic Dialogue in 2011.

Sep 24, 2010 – May 15, 2011

Image Search

Search

YouTube

# May 13, 2011



Search

Searched for high point monteagle tn

9:25 PM • Details

# May 11, 2011



Search

Searched for fsa

3:56 PM • Details



Search

Searched for orange teenage mutant ninja turtle

12:09 AM • Details

# May 10, 2011



Search

Visited http://answers.yahoo.com/question/index?qid=20080718091931AAmPA2b

10:39 AM • Details



Search

Searched for sites similar to vidtomp3

10:39 AM • Details



Search

Visited http://www.littlerock.org/ParksRecreation/rebsamen/
2:12 AM • Details


Search
Searched for tennis games in little rock
2:12 AM • Details


Search
Searched for tennis warehouse
2:12 AM • Details


Search
Visited https://www.youtube.com/watch?v=-f_YXaNEsPo
12:25 AM • Details


Search
Visited http://news.sewanee.edu/life/2011/05/05/student-senate-leadership-awards-announced
12:24 AM • Details


Search
Searched for it gets better sewanee
12:24 AM • Details

## May 8, 2011


Search
Visited http://en.wikipedia.org/wiki/Xian_MA60
1:32 AM • Details


Search
Searched for Xian MA60
1:32 AM • Details


Image Search
Searched for Xian MA60
1:32 AM • Details

## May 7, 2011


Search
Visited http://www.tripadvisor.com/Attractions-g60766-Activities-Little_Rock_Arkansas.html
11:21 PM • Details


Search
Visited http://travel.yahoo.com/p-travelguide-2810217-little_rock_things_to_do-i
11:20 PM • Details


Search
Visited http://littlerock.about.com/od/thingstodo/The_Best_of_Little_Rock.htm
11:18 PM • Details


Search
Visited http://www.arkansas.com/things-to-do/101things/
11:17 PM • Details


Search
Searched for things to do in little rock arkansas
11:16 PM • Details


Search
Visited http://www.arkansas.com/
11:16 PM • Details


Search
Visited http://www.27bslash6.com/
11:42 AM • Details


Search
Searched for go away
11:42 AM • Details

# May 6, 2011


Search
Visited http://www.fxnetworks.com/
5:20 PM • Details


Search
Searched for fx justified
5:20 PM • Details


Search
Searched for kings speech
3:58 PM • Details

Search
Searched for you know who i am
1:44 PM • Details


Search
Searched for current supreme court justices
12:07 AM • Details


Search
Visited http://www.law.cornell.edu/supct/justices/fullcourt.html
12:07 AM • Details

## May 5, 2011


Search
Visited http://twitter.com/cdixon08
7:53 PM • Details


Search
Searched for corbin dixon
7:53 PM • Details

## May 4, 2011


Search
Visited http://en.wikipedia.org/wiki/Income_inequality_in_the_United_States
5:36 PM • Details


Search
Searched for ecce quam bonum
3:09 PM • Details


Search
Visited http://www.sing365.com/music/lyric.nsf/the-roof-is-on-fire-lyrics-bloodhound-gang/4b8afcfd3214fa7548256d250006e497
2:15 AM • Details


Search
Searched for the roof is on fire lyrics
2:15 AM • Details


Search
Searched for the roof is on fire
2:15 AM • Details



Search

Visited http://scienceblog.com/14046/correlation-between-obesity-and-poverty-healthy-people-2010-should-increase-attention-on...

2:07 AM • Details



Search

Searched for poverty and obesity

2:07 AM • Details



Image Search

Viewed image from canarypapers.files.wordpress.com

12:41 AM • Details





Image Search

Viewed image from images.quizilla.com

12:41 AM • Details





Image Search

Searched for spanish inquisition monty python

12:41 AM • Details



Image Search

Searched for spanish inquisition

12:41 AM • Details



Image Search

Viewed image from the370z.com

12:20 AM • Details





Image Search

Viewed image from profile.ak.fbcdn.net

12:14 AM • Details



Image Search

Viewed image from i6.photobucket.com

12:13 AM • Details




Image Search
Viewed image from ithuglife.files.wordpress.com
12:12 AM • Details




Image Search
Searched for Fuck your couch
12:12 AM • Details

## May 3, 2011


Search
Visited http://www.ers.usda.gov/amberwaves/february08/features/cornprices.htm
11:34 PM • Details


Search
Searched for impact of Corn costs on Coca Cola
11:34 PM • Details



Search
Visited http://www.bevtech.org/newsletters/ISBT-Newsletter-201001.pdf
11:33 PM · Details



Search
Searched for impact of Corn costs on Coca Cola ( DV Darshane )
11:33 PM · Details



Search
Searched for mpact of Corn costs on Coca Cola ( DV Darshane )
11:33 PM · Details



Search
Visited http://cornethanol.wikispaces.com/
11:32 PM · Details



Search
Searched for How much a 5 cent cost increase in sweetner, per serving, would affect the bottom line of Coca Cola: $6,121,639,500
11:31 PM · Details



Search
Visited http://www.vintagekansascity.com/100yearsago/labels/Norton%20avenue
1:52 AM · Details



Search
Searched for albino family from madagascar p.t barnum
1:52 AM · Details



Search
Visited http://www.etsy.com/listing/61717000/sale-today-cdv-photo-of-the-lucasie
1:48 AM · Details



Search
Visited http://www.nadeausauction.com/listlots/?ob=p&dir=a&auction=114197&row=50
1:48 AM · Details



Search
Visited http://www.liveauctioneers.com/item/3324070
1:47 AM · Details



Search

Visited http://www2.si.umich.edu/Art_History/demoarea/details/1949_1.143.html
1:47 AM · Details


Search
Searched for albino family from madagascar
1:46 AM · Details


Image Search
Viewed image from picturehistory.com
1:39 AM · Details


Image Search
Viewed image from swordswallow.com
1:38 AM · Details




Image Search
Viewed image from vintagekansascity.com
1:36 AM · Details




Image Search
Searched for p.t barnum albino family
1:36 AM • Details


Image Search
Searched for p.t barnum what is it
1:35 AM • Details


Image Search
Searched for p.t barnum
1:35 AM • Details


Search
Searched for p.t barnum
1:35 AM • Details


Search
Visited http://en.wikipedia.org/wiki/A%E2%88%B4A%E2%88%B4
12:14 AM • Details


Search
Searched for Argenteum Astrum
12:13 AM • Details

Search

Searched for [Argmentum Astrum](#)
12:13 AM • Details


Search
Searched for [dostoevsky the brothers karamazov](#)
12:12 AM • Details


Search
Searched for [dostoevsky](#)
12:12 AM • Details

## May 2, 2011


Search
Visited [http://thefreshmansewanee.blogspot.com/2011/02/student-born-without-hands-finds.html](#)
2:40 AM • Details


Search
Searched for [sewanee freshman profile](#)
2:40 AM • Details


Search
Visited [http://www.stlyrics.com/lyrics/mulan/illmakeamanoutofyou.htm](#)
12:24 AM • Details


Search
Searched for [mulan i'll make a man out of you lyrics](#)
12:23 AM • Details

## May 1, 2011


Search
Visited [http://www.epa.gov/glnpo/invasive/asiancarp/](#)
11:35 PM • Details


Search
Searched for [asian carp](#)
11:35 PM • Details


Search
Visited [http://www.yuni.com/library/latin.html](#)
7:50 PM • Details



Search
Searched for latin quotes
7:50 PM • Details



Search
Visited http://www.brainyquote.com/quotes/nationality/roman_quotations.html
7:41 PM • Details



Search
Searched for roman quotes
7:41 PM • Details

## Apr 30, 2011



Search
Searched for slam you on the table
9:11 PM • Details



Search
Searched for I treat you the way i do my books
9:11 PM • Details



Search
Visited http://www.pickuphelp.com/
9:10 PM • Details



Search
Searched for pick up lines
9:10 PM • Details



Search
Visited http://www.pimpsandhoessociety.org.uk/pimpology/pimpquotes
2:05 AM • Details



Search
Visited http://bigtime61.50megs.com/PIMP%20QUOTES.HTML
1:36 AM • Details



Search
Visited http://www.pimpguide.com/pimpquotes.php
1:35 AM • Details



Search

Searched for pimp quotes
1:35 AM • Details

# Apr 26, 2011


Search
Visited http://www.azlyrics.com/lyrics/sirmixalot/babygotback.html
11:01 PM • Details


Search
Searched for sir mix a lot baby got back lyrics
11:01 PM • Details


Search
Visited http://memebase.com/tag/emoticons/
10:51 PM • Details


Search
Visited http://www.fanhow.com/meme-f/meme-face-emoticon
10:51 PM • Details


Search
Searched for Meme faces emoticons
10:51 PM • Details


Search
Visited http://www.urbandictionary.com/define.php?term=%E0%B2%A0_%E0%B2%A0
10:50 PM • Details


Search
Searched for meme faces emoticons
10:50 PM • Details


Search
Visited http://www.fanhow.com/emoticons-m/emoticons-memes-face
10:50 PM • Details


Search
Searched for Meme faces in text messages
10:50 PM • Details


Search
Visited http://memebase.com/tag/text-message/

10:49 PM • Details



Search

Visited http://origi-chan.deviantart.com/art/text-face-meme-150655742

10:49 PM • Details



Search

Searched for meme faces text

10:49 PM • Details



Search

Searched for who are the most insecure people

8:51 PM • Details



Search

Searched for most insecure people

8:51 PM • Details



Search

Visited http://www.performancestudiosinc.com/

7:46 PM • Details



Search

Searched for costume rental nashville

7:46 PM • Details

## Apr 25, 2011



Search

Visited http://maps.google.com/maps/place?hl=en&sugexp=ldymls&xhr=t&cp=19&qe=Y29zdHVtZSByZW50YWwgY2hhdA&qesig=Ok213x0Wxd4Qv-8...

9:44 PM • Details



Search

Searched for costume rental chattanooga tn

9:43 PM • Details



Search

Visited http://www.performancestudiosinc.com/

9:14 PM • Details



Search

Searched for costume rental nashville

9:14 PM • Details



Search

Visited http://djehuty.newsvine.com/_news/2007/03/13/611687-why-high-fructose-corn-syrup-is-terribly-bad-for-you

5:25 AM • Details



Search

Visited http://www.livestrong.com/article/244778-the-pros-cons-of-high-fructose-corn-syrup/

5:24 AM • Details



Search

Searched for cons about high fructose corn syrup

5:21 AM • Details



Search

Visited http://skeptoid.com/episodes/4157

5:21 AM • Details



Search

Visited http://www.accidentalhedonist.com/index.php/2006/01/24/tariffs_and_subsidies_the_literal_cost_o

5:14 AM • Details



Search

Searched for how much go into corn subsidies

5:14 AM • Details



Search

Visited http://www.imdb.com/title/tt0079470/quotes

2:13 AM • Details



Search

Searched for life of brian quotes

2:13 AM • Details

# Apr 24, 2011



Search

Visited http://en.wikipedia.org/wiki/Women_in_Islam

6:05 PM • Details





Search

Searched for middle eastern treatment of women

6:05 PM • Details



Search

Visited Model Lingo - Modeling 101 - A Model's Diary

1:38 AM • Details



Search

Visited http://www.modellingo.com/

1:38 AM • Details



Search

Searched for model lingo

1:38 AM • Details

## Apr 23, 2011



Search

Searched for mad tv italian

11:37 PM • Details



Search

Searched for who can read this
12:12 AM • Details

# Apr 22, 2011


Search
Searched for классно :]. Покатаемся скоро
11:14 PM • Details


Search
Visited http://www.ers.usda.gov/briefing/cpifoodandexpenditures/consumerpriceindex.htm
2:39 AM • Details


Search
Visited http://www.cbsnews.com/stories/2011/03/16/business/main20043737.shtml
2:38 AM • Details


Search
Searched for rise in food prices
2:38 AM • Details


Search
Visited http://www.top-law-schools.com/rankings.html
2:32 AM • Details


Search
Searched for top 100 law schools
2:32 AM • Details


Search
Visited http://www.naafa.org/
1:54 AM • Details


Search
Searched for national acceptance of fat people
1:54 AM • Details


Search
Visited http://www.cdc.gov/obesity/childhood/index.html
1:39 AM • Details


Search

Searched for childhood obesity
1:39 AM • Details


Search
Visited http://www.write-out-loud.com/witty-birthday-quotations.html
12:37 AM • Details


Search
Searched for witty birthday
12:37 AM • Details


Search
Visited http://www.thebestcolleges.org/top-10-easiest-and-hardest-college-degree-majors/
12:00 AM • Details


Search
Visited http://forum.bodybuilding.com/showthread.php?t=112336741
12:00 AM • Details

# Apr 21, 2011


Search
Visited http://www.thesharkguys.com/lists/top-10-easiest-college-majors/
11:59 PM • Details


Search
Searched for easiest college majors
11:59 PM • Details


Search
Searched for orthodox easter
11:36 PM • Details


Search
Visited http://gogreece.about.com/cs/greekorthodox/a/easterdates.htm
11:36 PM • Details


Search
Visited http://www.innocentenglish.com/classic-quotes/great-quotes-the-best-top-funny-clever-witty-quotes.html
11:34 PM • Details



Search
Searched for best witty quotes
11:34 PM • Details



Search
Visited http://homepages.nildram.co.uk/~jimella/quotes.htm
11:34 PM • Details



Search
Visited http://www.free-funny-jokes.com/-/fat-jokes
10:11 PM • Details



Search
Visited http://www.mustsharejokes.com/page/Yo+Mama+So+Fat+Jokes
10:10 PM • Details



Search
Visited Fat Jokes - Carl Merritt Productions
10:08 PM • Details



Search
Searched for fat jokes
10:08 PM • Details



Search
Visited Model Lingo - Modeling 101 - A Model's Diary
10:01 PM • Details




Search
Searched for model slang for cameraman
10:01 PM • Details


Search
Visited http://thesaurus.com/browse/slut
9:50 PM • Details


Search
Searched for synonyms for slut
9:50 PM • Details


Search
Visited http://www.lyricsmuse.com/tracks/1406654-Jay_Z_amp_Notorious_B_I_G_Allure_by_Ratatat
1:23 AM • Details


Search
Visited http://www.justsomelyrics.com/1203174/Ratatat-Allure-(Jay-Z-%26-Notorious-B.I.G.)-Lyrics
1:22 AM • Details

Search
Searched for Allure ft Biggie- Ratatat lyrics
1:22 AM · Details


Search
Searched for Allure ft Biggie- Ratatat lyrics biggie
1:22 AM · Details


Search
Searched for Allure- Ratatat lyrics biggie
1:22 AM · Details


Search
Visited http://www.justsomelyrics.com/976910/Ratatat-Allure-(Ratatat-remix)-Lyrics
1:20 AM · Details


Search
Searched for Allure- Ratatat lyrics
1:20 AM · Details


Search
Visited http://stores.shop.ebay.com/_sl.html?_sacat=150107
12:02 AM · Details


Search
Searched for RS4 shop
12:02 AM · Details

# Apr 20, 2011


Image Search
Viewed image from greatdreams.com
11:14 PM · Details




Image Search
Searched for [Metra Train Accident](#)
11:14 PM • Details


Search
Visited [http://webcache.googleusercontent.com/search?q=cache:Lzj-yymQbcgJ:www.27bslash6.com/foggot.html+obvious+foggot&cd=1&h...](#)
10:02 PM • Details


Search
Visited [http://www.27bslash6.com/foggot.html](#)
10:02 PM • Details


Search
Visited [http://diecastcrazy.com/community/outhouse/175010-ive-read-your-website-its-obvious-youre-foggot.html](#)
10:01 PM • Details


Search
Visited [http://csm.tumblr.com/post/1511789764/obvious-foggot](#)
10:00 PM • Details


Search
Visited [http://dailytaylor.blogspot.com/2011/01/obvious-foggot.html](#)
10:00 PM • Details


Search
Searched for [obvious foggot](#)
10:00 PM • Details


Search
Visited http://www.27bslash6.com/complaints.html
9:59 PM • Details

Search
Searched for www.27bslash6.com/ go away
9:59 PM • Details

Search
Visited http://whois.pho.to/27bslash6.com
9:59 PM • Details

Search
Visited http://urloz.com/www.27bslash6.com.html
9:58 PM • Details

Search
Visited http://en.wikipedia.org/wiki/David_Thorne_(writer)
9:55 PM • Details

Search
Visited The Best Page In The Universe.
9:55 PM • Details

Search
Searched for related:www.27bslash6.com/ go away
9:54 PM • Details

Search
Visited http://www.27bslash6.com/
9:53 PM • Details

Search
Searched for go away
9:53 PM • Details

Image Search
Searched for Steve Bartman
9:34 PM • Details

Search

Visited http://en.wikipedia.org/wiki/Cinco_de_Mayo
8:47 PM • Details


Search
Searched for mexican cinco de mayo
8:47 PM • Details


Search
Visited http://www.extremeskins.com/showthread.php?241188-Things-Rednecks-love
8:22 PM • Details


Search
Searched for things rednecks love
8:22 PM • Details


Search
Visited http://stuffwhitepeoplelike.com/full-list-of-stuff-white-people-like/
8:22 PM • Details


Search
Searched for white people love
8:21 PM • Details


Image Search
Searched for golden orb-weavers
8:13 PM • Details


Image Search
Viewed image from cox-motorcars.com
2:16 AM • Details


Image Search
Viewed image from images.autobytel.com
2:15 AM • Details




Image Search
Viewed image from images.usedcheapcars.org
2:12 AM • Details




Image Search
Viewed image from fastcarscoolcars.com
2:12 AM • Details


Image Search
Searched for 2007 Mercedes Benz E550
2:12 AM • Details


Search
Visited http://en.wikipedia.org/wiki/Order_of_the_Solar_Temple
1:39 AM • Details


Search
Searched for solar temple
1:39 AM • Details

## Apr 17, 2011


Search
Visited http://www.meineke.com/
6:02 PM • Details


Search
Searched for meineke
6:02 PM • Details


Image Search
Viewed image from cox-motorcars.com
6:00 PM • Details


Image Search
Viewed image from autospies.com
6:00 PM • Details




Image Search
Searched for 2007 Mercedes Benz E550
6:00 PM • Details

## Apr 16, 2011


Search

Visited http://en.wikipedia.org/wiki/College_ACB
6:39 PM · Details


Search
Visited http://www.tbd.com/blogs/amanda-hess/2011/03/collegeacb-brings-out-racism-sexism-classism-homophobia-misanthropy-in-d...
6:38 PM · Details


Search
Visited College ACB
6:37 PM · Details


Search
Searched for collegeacb
6:37 PM · Details


Search
Visited http://www.mbusa.com/
10:11 AM · Details


Search
Searched for mercedes benz usa
10:11 AM · Details

# Apr 15, 2011


Search
Visited http://www.memorable-quotes.com/plato,a65.html
6:40 PM · Details


Search
Searched for Ignorance is the root of all evil plato republic
6:40 PM · Details


Search
Searched for Ignorance is the root of all evil
6:40 PM · Details


Search
Visited http://www.top-law-schools.com/rankings.html
1:27 AM · Details


Search

Searched for top 100 law schools
1:27 AM • Details

# Apr 14, 2011


Search
Searched for patton and d-day
9:46 PM • Details


Search
Visited http://www.tvsquad.com/2011/03/02/100-most-memorable-female-tv-characters/
9:40 PM • Details


Search
Searched for Top Women t.v shows
9:40 PM • Details


Search
Visited http://en.wikipedia.org/wiki/The_Moviegoer
1:14 PM • Details


Search
Searched for the moviegoer
1:14 PM • Details


Search
Visited http://www.literaturesummary.com/the-moviegoer-percy/studyguides.html
12:57 PM • Details


Search
Visited http://www.enotes.com/moviegoer-qn
12:55 PM • Details


Search
Visited http://www.bookrags.com/The_Moviegoer
12:54 PM • Details


Search
Searched for Synopsis of The Moviegoer
12:54 PM • Details


Search

Searched for Synopsis of The Movie Goer
12:54 PM • Details

## Apr 13, 2011


Search
Visited http://www.metrolyrics.com/all-i-do-is-win-lyrics-dj-khaled.html
11:28 PM • Details


Search
Searched for dj khaled alli do is win
11:28 PM • Details


Search
Visited http://www.amazon.com/Search-Schopenhauers-Cat-Quantum-Mystical-Justice/dp/0813214300
10:30 PM • Details


Search
Searched for schrodinger's cat
10:28 PM • Details


Search
Visited http://en.wikipedia.org/wiki/Schr%C3%B6dinger's_cat
10:28 PM • Details


Search
Searched for schopenhauer cat
10:27 PM • Details

## Apr 12, 2011


Image Search
Searched for highway underpass heights
10:59 PM • Details


Search
Searched for highway underpass heights
10:58 PM • Details


Search
Visited http://www.imdb.com/title/tt0073099/usercomments
10:43 PM • Details



Search
Visited http://www.123helpme.com/search.asp?text=Fog
10:42 PM · Details


Search
Visited http://www.123helpme.com/view.asp?id=29537
10:40 PM · Details


Search
Searched for Hedgehog in the fog metaphors
10:40 PM · Details


Search
Visited http://www.omniglot.com/language/phrases/russian.php
10:28 PM · Details


Search
Searched for Common russian phrases happy birthday
10:28 PM · Details


Search
Visited http://www.learnalanguage.com/learn-russian/russian-phrases/
10:27 PM · Details


Search
Searched for common russian phrases
10:27 PM · Details


Search
Visited http://wiki.answers.com/Q/How_do_you_translate_%27Happy_Birthday%27_to_Russian
10:26 PM · Details


Search
Visited http://answers.yahoo.com/question/index?qid=1006041014108
10:25 PM · Details


Search
Searched for happy birthday in russian
10:25 PM · Details


Search
Visited http://en.wikipedia.org/wiki/Hedgehog_in_the_Fog

10:23 PM • Details



Search

Searched for russian hedgehog in the fog

10:23 PM • Details



Image Search

Viewed image from mfrost.typepad.com

10:20 PM • Details





Image Search

Searched for hedgehog

10:19 PM • Details



Search

Visited http://www.highpointrestaurant.net/

8:34 PM • Details



Search

Searched for high point monteagle tn

8:34 PM • Details



Search

Searched for high point monteagle

3:07 PM • Details



Search

Searched for high top monteagle

3:06 PM • Details

## Apr 11, 2011


Image Search
Viewed image from media.stratfor.com
4:17 AM • Details




Image Search
Searched for Serbia
4:16 AM • Details


Image Search
Searched for bitola macedonia
4:16 AM • Details


Search
Visited http://en.wikipedia.org/wiki/Britannicus
2:12 AM • Details


Search
Searched for britannicus roman emperor
2:12 AM • Details


Search
Searched for britannicus racine
2:11 AM • Details


Search

Visited http://www.stlyrics.com/songs/t/tompettyandtheheartbreakers10946/runaway
train348577.html

12:33 AM • Details


Search

Searched for runaway train tom petty lyrics

12:33 AM • Details


Search

Visited http://80music.about.com/od/artistskp/tp/toptompettysongs.htm

12:33 AM • Details

## Apr 10, 2011


Search

Visited http://penelope.uchicago.edu/Thayer/E/Roman/Texts/Suetonius/12Caesars/N
ero*.html

11:09 PM • Details


Search

Searched for suetonius nero

11:09 PM • Details


Search

Visited http://penelope.uchicago.edu/Thayer/E/Roman/Texts/Cassius_Dio/home.html

10:57 PM • Details


Search

Searched for cassius dio nero

10:57 PM • Details


Search

Searched for tacitus annals

7:05 PM • Details


Search

Visited The Internet Classics Archive | The Annals by Tacitus

7:05 PM • Details


Search

Visited http://www.bible-history.com/nero/NEROTacitus_on_the_Emperor_Nero.htm

6:45 PM • Details

**G** Search
Visited http://www.wsu.edu/~wldciv/world_civ_reader/world_civ_reader_1/tacitus.html

6:44 PM • Details

**G** Search
Searched for tacitus on nero

6:44 PM • Details

**G** Search
Visited http://psychology.about.com/b/2010/07/20/6-famous-psychology-experiments.htm

5:23 PM • Details

**G** Search
Searched for most famous psychological experiments

5:23 PM • Details

**G** Search
Searched for famous psychologists conformity 1966

5:22 PM • Details

**G** Search
Visited http://psychology.about.com/od/historyofpsychology/tp/psychologists.htm

5:21 PM • Details

**G** Search
Searched for famous psychologists conformity

5:21 PM • Details

**G** Search
Searched for famous psychologists conformitiy

5:21 PM • Details

**🖼** Image Search
Viewed image from metahistory.org

12:03 PM • Details




Image Search
Searched for Kali
12:03 PM • Details

## Apr 5, 2011


Search
Visited http://www.infoplease.com/ipa/A0932250.html
12:59 AM • Details


Search
Searched for Rulers during the Roman Republic
12:59 AM • Details


Search
Visited http://en.wikipedia.org/wiki/History_of_Rome
12:43 AM • Details


Search
Searched for which groups successfully invaded the city of rome
12:43 AM • Details

## Apr 4, 2011


Search
Visited http://www.sewaneepurple.com/search-1.1290225?q=%22Miki+Kotevski%22
11:27 PM • Details


Search
Visited http://www.sewaneepurple.com/polopoly_fs/1.1657016!/6Advent2010.pdf

11:27 PM · Details



Search

Searched for Miki Kotevski

11:27 PM · Details



Search

Visited http://dockets.justia.com/search?query=John++Walker%C2%A0&court=aredce

10:44 PM · Details



Search

Searched for John Walker Arkansas Lottery

10:43 PM · Details



Search

Visited http://arkansaslotteryscholarships.lottery-win.com/2011/03/08/arkansas-lottery-scholarships-little-rock-civil-rights-...

10:42 PM · Details



Search

Visited http://www.amren.com/mtnews/archives/2010/01/john_walker_ark.php

10:39 PM · Details



Search

Visited http://www.todaysthv.com/news/local/story.aspx?storyid=97956&catid=2

10:37 PM · Details



Search

Visited http://www.swtimes.com/news/article_6b6bef8e-3e94-11e0-99cc-001cc4c03286.html

10:36 PM · Details



Search

Visited http://biz.yahoo.com/ap/110301/ar_xgr_arkansas_lottery.html?.v=1

10:35 PM · Details



Search

Visited http://wn.com/the_arkansas_scholarship_lottery_is_signed_into_law

10:33 PM · Details



Search

Visited http://money.msn.com/business-news/article.aspx?feed=AP&date=20110301&id=13078513

10:32 PM • Details



Search

Searched for Arkansas lottery committee OKs scholarship change John Walker

10:32 PM • Details



Search

Visited http://www.arkansasonline.com/news/2011/mar/01/arkansas-lottery-committee-oks-scholarship-change/

10:31 PM • Details



Search

Searched for Arkansas lottery committee OKs scholarship change

10:31 PM • Details



Search

Visited http://www.todaysthv.com/news/news.aspx?storyid=146039

10:30 PM • Details



Search

Visited http://webcache.googleusercontent.com/search?q=cache:qUs35Wee0A4J:www.forbes.com/feeds/ap/2011/03/01/general-ar-xgr-a...

10:29 PM • Details



Search

Visited http://www.forbes.com/feeds/ap/2011/03/01/general-ar-xgr-arkansas-lottery_8333338.html

10:28 PM • Details



Search

Visited http://www.americanprogress.org/issues/2004/01/b19510.html

10:15 PM • Details



Search

Visited http://www.cepr.net/index.php/publications/reports/recent-job-loss-hits-the-african-american-middle-class-hard/

10:12 PM • Details



Search

Searched for African-American Job loss

10:12 PM • Details



Search

Visited http://www.theonion.com/
9:39 PM • Details


Search
Searched for onion news
9:39 PM • Details


Image Search
Searched for Airbus 330-203
6:56 PM • Details


Search
Searched for Eva Green Nude
6:34 PM • Details


Search
Visited Works Of Love - Kierkegaard, D. Anthony Storm's Commentary on
2:02 AM • Details


Search
Searched for kierkegaard works of love
2:01 AM • Details


Search
Visited http://en.wikipedia.org/wiki/Works_of_Love
2:01 AM • Details


Search
Visited Soren Kierkegaard - Existentialism, Nominalism ... - Fidei Defensor
1:52 AM • Details


Search
Searched for self-sacrificing hero kierkegaard
1:52 AM • Details

## Apr 3, 2011


Search
Visited http://www.lsac.org/jd/lsat/test-dates-deadlines.asp
11:47 AM • Details


Search
Searched for lsat test dates

11:47 AM • Details

# Apr 1, 2011



Search

Visited http://www.indycar.com/

9:32 PM • Details



Search

Searched for izod indycar

9:32 PM • Details



Image Search

Searched for a-10 warthog

5:51 PM • Details



Image Search

Viewed image from msnbcmedia.msn.com

3:06 AM • Details





Image Search

Searched for Selena Humphrey

3:06 AM • Details



Image Search

Searched for Selena Roberts

3:05 AM • Details



Search
Visited http://en.wikipedia.org/wiki/Methamphetamine
1:40 AM • Details



Search
Searched for methamphetamine
1:40 AM • Details



Search
Searched for hamilton place hours
12:20 AM • Details



Search
Visited http://maps.google.com/maps/place?hl=en&bav=on.2,or.r_gc.r_pw.&um=1&ie=
UTF-8&q=chattanooga+shoe+repair&fb=1&gl=us&hq=...
12:17 AM • Details



Search
Searched for chattanooga shoe repair
12:17 AM • Details

# Mar 31, 2011



Search
Visited http://talk.collegeconfidential.com/law-school/667739-law-internship-what-
does-involve.html
11:57 PM • Details



Search
Visited http://www.ehow.com/list_6575201_duties-law-intern.html
11:54 PM • Details



Search
Searched for what do Legal Internships entail
11:54 PM • Details



Search
Visited http://chat.lawinfo.com/does_internship_entail-t18300/index.html
11:54 PM • Details



Search
Visited http://www.4lawschool.com/internships.htm
11:52 PM • Details



Search
Searched for legal internships
11:52 PM • Details



Search
Searched for pursuit of happiness
11:39 PM • Details



Search
Visited http://www.manta.com/c/mmf72ff/john-w-walker-law-firm
11:12 PM • Details



Search
Searched for john walker law firm
11:12 PM • Details



Search
Visited http://www.superlawyers.com/arkansas/lawfirm/John-W-Walker-PA/dea25375-c545-4d79-a6ee-18f88efcfc89.html
10:37 PM • Details



Search
Visited http://www.manta.com/c/mmf72ff/john-w-walker-law-firm
10:35 PM • Details



Search
Searched for john walker law firm
10:35 PM • Details



Search
Visited http://sync.arkansasonline.com/news/2007/jun/19/making-it-they-go-along/
1:11 PM • Details



Search
Visited http://www.facebook.com/group.php?gid=119432791403310
1:10 PM • Details



Search
Searched for improv classes little rock
1:10 PM • Details



Search
Searched for improv little rock
1:09 PM • Details


Search
Visited http://www.360littlerock.com/Entertainment/Comedy
1:09 PM • Details

## Mar 30, 2011


Search
Visited http://www.biblegateway.com/passage/?search=Leviticus+19%3A18&version=NIV
8:38 PM • Details


Search
Searched for leviticus love
8:38 PM • Details


Search
Searched for Leviticus
8:38 PM • Details


Search
Searched for Levitiuc
8:38 PM • Details

## Mar 29, 2011


Search
Visited http://www.urbandictionary.com/define.php?term=ftw
10:43 PM • Details


Search
Searched for ftw
10:42 PM • Details

## Mar 28, 2011


Search
Visited http://www.jaapl.org/cgi/content/full/33/4/484
11:55 PM • Details


Search

Searched for almonte v new york medical college
11:55 PM • Details


Search

Visited http://en.wikipedia.org/wiki/Kansas_v._Hendricks
11:32 PM • Details


Search

Searched for kansas vs hendricks
11:32 PM • Details


Search

Searched for miki kotevski
12:37 AM • Details

# Mar 27, 2011


Search

Visited http://lonelyconservative.com/2011/01/syracuse-university-tops-the-list-of-worst-schools-for-free-speech/
12:35 AM • Details


Search

Searched for Top free speech law schools
12:35 AM • Details


Search

Visited http://www.top-law-schools.com/kirkland-ellis.html
12:34 AM • Details


Search

Visited http://www.top-law-schools.com/forums/viewtopic.php?f=3&t=114576
12:34 AM • Details


Search

Visited http://www.firstamendmentcenter.org/news.aspx?id=22633
12:33 AM • Details


Search

Searched for Top Law Schools for freedom of Speech
12:33 AM • Details


Search

Visited http://www.rutherford.org/
12:27 AM • Details


Search
Searched for rutherford institute
12:27 AM • Details


Search
Visited http://www.cato.org/
12:22 AM • Details


Search
Searched for cato institute
12:22 AM • Details

## Mar 26, 2011


Search
Searched for right to privacy amendment
11:20 PM • Details


Search
Visited http://law.umkc.edu/faculty/projects/ftrials/conlaw/rightofprivacy.html
11:20 PM • Details

## Mar 25, 2011


Search
Visited http://en.wikipedia.org/wiki/Internal_validity
12:38 AM • Details


Search
Searched for internal validity psychology
12:38 AM • Details


Search
Searched for internal validity
12:37 AM • Details

## Mar 23, 2011


Search
Visited http://answers.yahoo.com/question/index?qid=20100603115241AA2tC2I
8:49 PM • Details



Search

Searched for bible verses that state jesus died for our sins

8:49 PM • Details

## Mar 22, 2011



Search

Searched for dichotomous thinking

10:39 PM • Details

## Mar 21, 2011



Search

Searched for bananas are grown

6:11 PM • Details



Search

Visited http://wiki.answers.com/Q/Whats_a_group_of_bananas_called

6:06 PM • Details



Search

Searched for group of bananas

6:06 PM • Details

## Mar 19, 2011



Search

Visited Kings Speech: home

11:52 PM • Details





Search

Searched for the king's speech
11:52 PM • Details


Search
Visited http://www.harvardblsa.com/conference/about/speakers/
7:54 PM • Details


Search
Searched for John W Walker harvard
7:54 PM • Details


Search
Searched for John W Walker harvard
7:54 PM • Details


Search
Searched for john w walker
7:53 PM • Details


Search
Searched for 1723 Broadway St, Little Rock, AR 72206
7:40 PM • Details


Search
Searched for english laundry dress shirts
7:37 PM • Details


Search
Searched for english laundry dress shirts
7:34 PM • Details


Search
Visited http://www.josbank.com/
7:30 PM • Details


Search
Searched for jos a bank
7:30 PM • Details


Search
Visited http://reviews.macys.com/7129/347920/boss-by-hugo-boss-tuxedo-dress-shirt-french-cuff-reviews/reviews.htm
7:20 PM • Details


Search
Searched for boss french cuff dress shirts
7:20 PM · Details


Search
Searched for boss dress shirts
7:20 PM · Details


Search
Searched for boss dress shirts
7:20 PM · Details


Search
Visited http://penelope.uchicago.edu/Thayer/E/Roman/Texts/Cassius_Dio/home.html
5:33 PM · Details


Search
Searched for cassius dio nero
5:33 PM · Details


Search
Searched for cassius dio roman history
5:33 PM · Details


Search
Searched for chrome
1:41 PM · Details

# Mar 18, 2011


Search
Visited http://penelope.uchicago.edu/Thayer/E/Roman/Texts/Suetonius/12Caesars/Nero*.html
10:36 PM · Details


Search
Searched for suetonius nero
10:36 PM · Details


Search
Searched for Leibniz
10:35 PM · Details


Search
Searched for Leibinatz
10:35 PM • Details


Search
Searched for responsibility to love everyone philosopher
10:34 PM • Details


Search
Visited http://en.wikipedia.org/wiki/Existentialism
10:33 PM • Details


Search
Searched for famous existentialists
10:33 PM • Details


Search
Visited http://apartments.oodle.com/little-rock-ar/roommates/
8:42 PM • Details


Search
Searched for Roommate in Little Rock
8:42 PM • Details


Search
Visited http://news.sewanee.edu/life/2010/11/16/sewanee-students-partner-with-grundy-county
8:35 PM • Details


Search
Visited http://www.sewaneepurple.com/search-1.1290225?q=%22Miki%20Kotevski%22
8:34 PM • Details


Search
Searched for miki kotevski
8:34 PM • Details


Search
Visited http://www.easyroommate.com/arkansas/little-rock-roommate
8:14 PM • Details


Search
Searched for rooms for rent in little rock ar
8:14 PM · Details


Search
Visited http://wiki.answers.com/Q/What_are_some_examples_of_an_alphanumeric_password
7:54 PM · Details


Search
Searched for example of alphanumeric
7:54 PM · Details


Search
Searched for example of a metaphor
7:54 PM · Details


Search
Visited http://www.arkansashouse.org/member/294/john-w-walker
7:42 PM · Details


Search
Searched for john w walker
7:42 PM · Details


Search
Searched for John Walker
7:41 PM · Details


Image Search
Searched for aeroflot airbus a330
7:12 PM · Details


Search
Visited https://indiavisa.travisaoutsourcing.com/
6:17 PM · Details


Search
Searched for indian visa
6:17 PM · Details

# Mar 17, 2011



Search

Visited http://www.wikihow.com/Choose-a-Paint-Program-for-Your-Mac

8:00 PM • Details



Search

Searched for paint for mac

8:00 PM • Details



Image Search

Viewed image from backwardglances.com

7:48 PM • Details





Image Search

Searched for john lennon glasses

7:47 PM • Details



Image Search

Searched for ozzy osbourne glasses

7:47 PM • Details



Image Search

Viewed image from blog.oregonlive.com

7:46 PM • Details




Image Search
Searched for chimp
7:46 PM • Details


Image Search
Searched for Monkey
7:45 PM • Details


Search
Visited http://en.wikipedia.org/wiki/Sarah_Palin
6:40 PM • Details


Search
Visited http://www.ontheissues.org/sarah_palin.htm
6:37 PM • Details


Search
Searched for sarah palin
6:37 PM • Details


Search
Visited http://www.telegraph.co.uk/news/worldnews/1435442/The-most-influential-US-liberals-1-20.html
5:14 PM • Details


Search
Searched for most influential democrats
5:14 PM • Details



Search
Visited http://abcnews.go.com/Politics/story?id=123117&page=1
5:13 PM • Details


Search
Searched for prominent liberals
5:13 PM • Details


Search
Visited http://www.tmz.com/2011/03/14/gilbert-gottfried-fired-aflac-japan-earthquake-twitter-tweets/
4:03 PM • Details


Search
Searched for gilbert gottfried japan tweets
4:03 PM • Details


Search
Visited http://en.wikipedia.org/wiki/Gilbert_Gottfried
4:02 PM • Details


Search
Searched for gilbert gottfried
4:02 PM • Details

# Mar 16, 2011


Image Search
Viewed image from desktopexchange.com
10:43 PM • Details




Image Search
Searched for Chrysler Viper
10:42 PM · Details


Search
Visited http://ualr.edu/
7:48 PM · Details


Search
Searched for university of arkansas at little rock
7:48 PM · Details


Search
Visited http://www.philander.edu/
7:46 PM · Details


Search
Searched for philander smith college
7:46 PM · Details


Search
Visited http://www.manta.com/c/mmf72ff/john-w-walker-law-firm
7:43 PM · Details


Search
Searched for john walker law firm
7:43 PM · Details


Search
Visited http://www.lyricsmania.com/the_cave_lyrics_mumford_and_sons.html
12:39 AM · Details


Search
Searched for mumford and sons the cave lyrics
12:38 AM · Details

## Mar 15, 2011


Search
Visited http://www.thefreedictionary.com/exanthema
10:45 PM · Details



Search
Searched for exanthema
10:44 PM · Details



Search
Visited http://www.morewords.com/contains/them/
10:33 PM · Details



Search
Searched for words that have them in
10:33 PM · Details



Search
Searched for words that have 'both' in it
10:28 PM · Details



Search
Searched for Christine Hopkins Jail
4:03 PM · Details



Search
Searched for Christine Hopkins Franklin
4:03 PM · Details



Search
Searched for christine hopkins
4:03 PM · Details



Search
Visited http://www.sewaneepurple.com/polopoly_fs/1.1657016!/6Advent2010.pdf
3:59 PM · Details



Search
Searched for Miki Kotevski
3:59 PM · Details



Image Search
Searched for Miki Kotevski
3:59 PM · Details



Image Search
Searched for John Andretti
3:57 PM · Details



Image Search

Searched for gordon johncock

3:57 PM • Details

# Mar 14, 2011



Image Search

Viewed image from allpar.com

7:19 PM • Details





Image Search

Viewed image from tuningnews.net

7:18 PM • Details





Image Search

Searched for dodge caliber

7:18 PM • Details



Image Search

Viewed image from 0.tqn.com

7:18 PM • Details




Image Search
Searched for dodge avenger
7:18 PM • Details


Image Search
Viewed image from dragtimes.com
7:18 PM • Details




Image Search
Searched for dodge charger
7:18 PM • Details

## Mar 13, 2011


Search
Visited http://www.sewaneepurple.com/search-
1.1290225?q=%22Miki%20Kotevski%22
10:16 PM • Details



Search

Searched for miki kotevski

10:16 PM • Details



Image Search

Viewed image from farm4.static.flickr.com

7:51 PM • Details





Image Search

Searched for 2008 Audi RS4 blue

7:51 PM • Details



Search

Searched for 2008 Audi RS4 blue

7:50 PM • Details



Search

Visited http://www.sewaneepurple.com/search-1.1290225?q=%22Miki%20Kotevski%22

12:39 PM • Details



Search

Searched for miki howard

12:39 PM • Details



Search

Searched for miki kotevski

12:38 PM • Details

## Mar 11, 2011


Search
Searched for john andretti
11:19 PM · Details


Search
Visited http://www.jafanpage.com/
11:19 PM · Details

## Mar 9, 2011


Image Search
Searched for airbus a340
10:21 AM · Details


Search
Visited http://indiarailinfo.com/search/664/60
10:14 AM · Details


Search
Searched for trains from delhi to ahmedabad
10:14 AM · Details


Search
Searched for ahmedabad
2:18 AM · Details

## Mar 8, 2011


Image Search
Viewed image from images.imagestate.com
12:49 PM · Details


Image Search
Viewed image from bp3.blogger.com
12:48 PM · Details


Image Search
Searched for Greek politician statue

12:48 PM • Details



Image Search

Searched for gmail

12:48 PM • Details



Search

Searched for gmail

12:48 PM • Details



Image Search

Viewed image from gstatic.com

12:45 PM • Details



Image Search

Searched for Statue of Nero

12:44 PM • Details

## Mar 7, 2011



Search

Used Search

3:16 AM • Details

## Mar 6, 2011



Search

Visited http://wwwnc.cdc.gov/travel/destinations/india.aspx

11:55 PM • Details



Search

Searched for shots needed for india

11:55 PM • Details



Search

Used Search

2:19 AM • Details



Search

Used Search

12:23 AM • Details

## Mar 5, 2011


Search
Searched for chrome
10:36 PM · Details


Search
Visited http://en.wikipedia.org/wiki/Midsummer
9:44 PM · Details


Search
Searched for bonfire singing songs
9:44 PM · Details


Search
Visited http://www.songarea.com/music-codes/bonfire.html
9:43 PM · Details


Search
Searched for bond fire singing songs
9:43 PM · Details


Search
Visited http://en.wikipedia.org/wiki/Kumbaya
9:42 PM · Details


Search
Searched for kum ba ya
9:42 PM · Details


Search
Visited http://movies.ign.com/articles/674/674712p1.html
8:31 PM · Details


Search
Visited http://www.filmsite.org/50greatestcomedies.html
8:31 PM · Details


Search
Searched for top comedies of all time
8:31 PM · Details


Search

Visited http://www.collegehumor.com/tag:keyboard-cat/videos
7:45 PM • Details



Search
Visited http://en.wikipedia.org/wiki/Now_That%27s_What_I_Call_Music!
7:05 PM • Details



Search
Searched for now thats what i call music
7:05 PM • Details



Search
Searched for billboard top 100
7:05 PM • Details



Search
Used Search
7:05 PM • Details



Search
Used Search
5:20 PM • Details



Image Search
Viewed image from 1.bp.blogspot.com
5:19 PM • Details





Image Search
Viewed image from mandakinihotels.com
5:18 PM • Details




Image Search
Searched for ahmedabad
5:18 PM • Details


Search
Searched for ahmedabad
5:18 PM • Details


Search
Visited Sarkhej Roza Ahmedabad Gujarat
5:07 PM • Details


Search
Searched for religious leaders in ahmedabad
5:07 PM • Details


Search
Searched for religious leaders in ahmedadbad
5:07 PM • Details


Search
Visited http://iguide.travel/Gujarati_phrasebook/Phrase_List/Basics
4:41 PM • Details


Search
Searched for Gujarati english phrases
4:41 PM • Details


Search
Visited http://www.omniglot.com/language/phrases/gujarati.php
4:32 PM • Details

Search
Visited http://gujaratilexicon.com/
4:32 PM • Details

Search
Searched for gujarati english dictionary
4:32 PM • Details

Search
Visited http://www.ahmedabad.org.uk/culture/language.html
4:31 PM • Details

Search
Searched for what language do they speak in ahmedabad
4:31 PM • Details

Search
Searched for what language do they speak in ahemabad
4:30 PM • Details

Search
Visited http://en.wikipedia.org/wiki/Kingfisher_Airlines
3:28 PM • Details

Search
Searched for kingfisher airlines
3:28 PM • Details

Image Search
Searched for kingfisher airlines
3:28 PM • Details

Search
Visited flykingfisher.com
3:28 PM • Details

Image Search

Searched for Qatar Boeing 777
3:18 PM • Details

Image Search
Searched for Qatar Airbus A340
3:16 PM • Details

Search
Visited http://www.seatguru.com/airlines/Qatar_Airways/Qatar_Airways_Airbus_A320_B.php
3:14 PM • Details

Search
Searched for Qatar Airbus A320
3:14 PM • Details

Image Search
Searched for Qatar Airbus A320
3:14 PM • Details

Search
Used Search
3:14 PM • Details

Search
Searched for fa
12:55 PM • Details

# Mar 4, 2011


Search
Visited http://www.energyfiend.com/caffeine-content/kickbutt-amped-energy-ballz
11:53 PM • Details

Search
Searched for kickbutt energy balls
11:53 PM • Details

Search
Visited http://www.linguanaut.com/english_russian.htm
11:22 PM • Details

Search

Searched for I'm learning russian in russian
11:22 PM • Details


Search
Searched for I'm learning russian
11:22 PM • Details


Search
Searched for utorrent
11:19 PM • Details


Search
Visited http://www.omniglot.com/language/phrases/russian.php
11:16 PM • Details


Search
Searched for russian where are you
11:16 PM • Details


Search
Used Search
11:00 PM • Details


Search
Visited http://www.metric-conversions.org/temperature/celsius-to-fahrenheit.htm
12:26 AM • Details


Search
Searched for celsius to fahrenheit
12:26 AM • Details

## Mar 3, 2011


Search
Searched for ipod touch 32gb
10:41 PM • Details


Search
Searched for ipod touch 32gb
10:41 PM • Details


Image Search
Searched for Gurnee police

1:33 AM • Details



Image Search

**Searched for** waukegan police

1:33 AM • Details



Search

**Visited** http://www.waukeganweb.net/syllabus.html

1:30 AM • Details



Search

**Searched for** waukegan police

1:29 AM • Details



Search

**Visited** http://articles.chicagotribune.com/2010-09-25/news/ct-met-hobbs-cappelluti-20100925_1_police-officer-street-gangs-wau...

1:29 AM • Details



Search

**Visited** http://www.gurnee.il.us/police/cpa

1:26 AM • Details



Search

**Visited** http://www.gurnee.il.us/police

1:26 AM • Details



Search

**Searched for** gurnee police department

1:26 AM • Details

## Mar 2, 2011



Search

**Visited** http://www.enotes.com/philosophical-fragments-salem/philosophical-fragments

8:24 PM • Details



Search

**Visited** http://www.bookrags.com/Philosophical_Fragments

8:23 PM • Details



Search

Visited http://www.iep.utm.edu/kierkega/
8:18 PM • Details


Search
Visited http://www.scribd.com/doc/33632208/Kierkegaard-Philosophical-Fragments
8:18 PM • Details


Search
Searched for Notes on Philosophical Fragments
8:18 PM • Details


Search
Visited http://www.necc.us/
7:33 PM • Details


Search
Searched for necc telecom
7:33 PM • Details


Search
Visited http://www.howtocallabroad.com/india/
7:32 PM • Details


Search
Searched for call india
7:32 PM • Details


Search
Searched for how to call india
7:28 PM • Details


Image Search
Viewed image from msnbcmedia.msn.com
6:42 PM • Details




Image Search
Searched for Selena Humphrey
6:42 PM • Details


Search
Visited http://www.democraticunderground.com/discuss/duboard.php?az=view_all&address=104x4235831
6:30 PM • Details


Search
Visited http://www.newsweek.com/2005/08/07/the-fallout-i-felt-my-face-just-melting.html
6:30 PM • Details


Search
Searched for selena humphrey
6:30 PM • Details


Search
Visited http://survivorsucks.yuku.com/topic/66314/Those-Meth-Commercials-are-Creepy?page=
6:29 PM • Details


Image Search
Searched for selena humphrey
6:28 PM • Details



Search
Searched for selena husband
6:28 PM • Details



Search
Visited http://instruct.westvalley.edu/faulstich/meth_handout.pdf
6:25 PM • Details



Search
Visited http://www.facebook.com/people/Selena-Humphrey/1280033443
6:24 PM • Details



Search
Visited http://www.lyrics007.com/Chingy%20Lyrics/Right%20Thurr%20Lyrics.html
4:15 PM • Details



Search
Searched for chingy right thurr lyrics
4:15 PM • Details



Search
Visited http://www.leoslyrics.com/listlyrics.php?hid=31MlvpamUW8%3D
4:11 PM • Details



Search
Searched for u and dat lyrics dirty
4:11 PM • Details



Search
Visited http://www.azlyrics.com/lyrics/chingy/rightthurr.html
4:07 PM • Details



Search
Searched for lyrics right thurr
4:07 PM • Details



Search
Searched for lacks any back
2:09 AM • Details



Search
Searched for lacks
2:09 AM • Details


Search
Visited http://yourbadneighbor.posterous.com/president-obama-insults-president-george-bush
2:07 AM • Details


Search
Searched for how to insult george bush
2:07 AM • Details


Search
Visited http://www.fff.org/comment/com0510d.asp
2:06 AM • Details


Search
Searched for bush insults
2:06 AM • Details


Search
Searched for congressman makes obama assassination joke
2:00 AM • Details


Search
Visited http://slog.thestranger.com/slog/archives/2011/02/25/one-day-later-republican-congressman-finally-condemns-obama-assa...
1:59 AM • Details


Search
Searched for congressmen makes obama assassination joke
1:59 AM • Details


Search
Searched for congress makes obama assassination joke
1:58 AM • Details


Search
Visited http://en.wikipedia.org/wiki/United_States_Bill_of_Rights
1:47 AM • Details


Search
Searched for bill of rights
1:47 AM • Details


Search
Visited http://bsornot.whipnet.net/redneck/redneck.defined.html
1:22 AM • Details

Search
Searched for Stereotype of rednecks
1:22 AM • Details

Image Search
Searched for plankton spongebob
1:11 AM • Details

Image Search
Searched for mr. krabs vs plankton
1:11 AM • Details

Image Search
Searched for mr. krabs vs
1:11 AM • Details

Search
Visited http://spongebob.wikia.com/wiki/Krabs_vs_Plankton
1:11 AM • Details

Search
Searched for mr. krabs vs
1:11 AM • Details

Search
Visited http://digg.com/news/entertainment/greatest_cartoon_rivalries
1:10 AM • Details

Search
Visited http://blog.koldcast.tv/2011/koldcast-news/greatest-cartoon-rivalries/
1:09 AM • Details

Search
Searched for cartoon rivalries
1:09 AM • Details

Search

Visited http://rackjite.com/
12:39 AM · Details

Search
Searched for how to make fun of republicans
12:39 AM · Details

Search
Visited http://www.insult-o-matic.com/?article=2
12:39 AM · Details

Search
Visited http://mindprod.com/applet/insult.html
12:38 AM · Details

Search
Searched for insults to republicans
12:38 AM · Details

Search
Searched for worst thing to call a republican
12:37 AM · Details

Search
Visited http://www.ropeofsilicon.com/blog/brad_brevet/?p=515
12:37 AM · Details

Search
Searched for republican smear campaigns
12:37 AM · Details

Search
Searched for nouveau-riche
12:31 AM · Details

Image Search
Searched for nouveau-riche
12:31 AM · Details

Search
Searched for nueve-riche
12:31 AM · Details


Search
Visited http://www.ranker.com/list/notable-and-famous-villains-quotes/reference
12:05 AM · Details


Search
Searched for famous villain quotes
12:05 AM · Details


Search
Visited http://thinkexist.com/quotes/with/keyword/villain/
12:04 AM · Details


Search
Visited http://www.brainyquote.com/quotes/keywords/stereotypical.html
12:04 AM · Details


Search
Searched for Stereotypical villain quotes
12:04 AM · Details

# Mar 1, 2011


Search
Used Search
9:11 PM · Details


Image Search
Searched for redneck wearing baseball cap
1:23 AM · Details


Search
Visited http://en.wikipedia.org/wiki/The_Magic_Flute
12:23 AM · Details


Search
Searched for magical flute
12:23 AM · Details

# Feb 28, 2011


Search
Visited http://internship.com/internship-jobs/law-internships/
10:37 PM · Details


Search
Visited http://web.sau.edu/politicalscience/Internship,%20Guidelines.doc
10:36 PM • Details


Search
Searched for Lawyer's intern
10:36 PM • Details


Search
Searched for ahmedabad
10:11 PM • Details


Search
Visited http://www.manta.com/c/mmf72ff/john-w-walker-law-firm
9:46 PM • Details


Search
Searched for john walker law firm
9:46 PM • Details


Search
Used Search
9:40 PM • Details


Image Search
Viewed image from aviationnews.eu
7:05 PM • Details




Image Search

Searched for jet airways
7:05 PM • Details


Image Search
Searched for United Boeing 777
6:48 PM • Details


Image Search
Searched for Continental Boeing 777
6:48 PM • Details


Image Search
Searched for Boeing 777
6:47 PM • Details


Search
Searched for ewr
6:45 PM • Details


Search
Visited http://indiarailinfo.com/search/297/60
6:43 PM • Details


Search
Searched for train from mumbai to ahmedabad
6:43 PM • Details


Search
Searched for cdg
6:40 PM • Details


Image Search
Viewed image from img258.imageshack.us
6:36 PM • Details




Search
Searched for new united livery
6:36 PM • Details


Search
Visited http://www.airlinereporter.com/2010/10/united-continental-officially-merge-check-out-their-new-livery/
6:36 PM • Details


Search
Visited http://www.sewaneepurple.com/search-1.1290225?q=%22Miki%20Kotevski%22
1:30 AM • Details


Search
Searched for miki kotevski
1:29 AM • Details


Search
Used Search
1:16 AM • Details

# Feb 27, 2011


Search
Visited http://www.collegehumor.com/video:1944644
11:48 PM • Details

Image Search
Searched for United Airbus A330

8:52 PM • Details


Image Search
Searched for Airbus A330 United
8:49 PM • Details


Image Search
Searched for Airbus A330
8:49 PM • Details


Search
Used Search
5:38 PM • Details


Search
Visited http://www.ultimatelawguide.com/careers/articles/what-skills-are-required-to-become-a-lawyer.html
3:36 AM • Details


Search
Visited http://leavinglaw.wordpress.com/2010/12/07/key-lawyer-personality-traits-are-you-a-myers-briggs-sensing-or-feeling-type/
3:34 AM • Details


Search
Searched for key traits of a lawyer
3:34 AM • Details


Search
Visited http://wiki.answers.com/Q/What_personality_is_needed_to_be_a_lawyer
3:27 AM • Details


Search
Searched for Tools needed to be a lawyer
3:26 AM • Details


Search
Visited http://wikitravel.org/en/Ahmedabad
2:15 AM • Details


Search
Visited http://en.wikipedia.org/wiki/Ahmedabad
2:15 AM • Details


Search
Searched for ahmedabad
2:15 AM • Details


Search
Visited http://www.urbanministry.org/racism-statistics
12:15 AM • Details


Search
Searched for racism statistics
12:15 AM • Details

## Feb 26, 2011


Search
Visited http://www.fox17.com/
7:05 PM • Details


Search
Searched for fox news nashville
7:05 PM • Details


Search
Visited http://bahrain.usembassy.gov/
6:58 PM • Details


Search
Visited http://www.aolnews.com/2011/02/18/us-embassy-in-bahrain-under-lockdown/
6:56 PM • Details


Search
Searched for u.s embassy in bahrain
6:56 PM • Details


Search
Visited http://answers.yahoo.com/question/index?qid=20110218183613AAM8ujw
6:52 PM • Details


Search
Visited http://abna.ir/data.asp?lang=3&Id=227116
6:51 PM • Details



Search
Searched for american journalists in bahrain
6:51 PM • Details


Search
Searched for bahrain journalists association
6:49 PM • Details


Search
Searched for j bangs
6:43 PM • Details


Search
Searched for j alexanders
6:43 PM • Details


Search
Searched for j crew
6:42 PM • Details


Search
Searched for jeff fisher
6:42 PM • Details


Image Search
Viewed image from jayski.com
6:39 PM • Details




Image Search
Searched for best buy racing
6:38 PM • Details


Search
Searched for best buy racing
6:38 PM • Details


Search
Visited http://bestbuyracing.com/
6:38 PM • Details


Search
Searched for best buy
6:38 PM • Details


Search
Visited http://www.bestbuy.com/
6:38 PM • Details


Search
Visited http://www.top-law-schools.com/rankings.html
6:27 PM • Details


Search
Searched for top 100 law schools
6:27 PM • Details


Search
Visited https://www.cia.gov/library/publications/the-world-factbook/
6:23 PM • Details


Search
Searched for cia world factbook
6:23 PM • Details


Search
Searched for fbi world factbook
6:23 PM • Details


Search
Searched for fbi jobs
6:21 PM • Details


Search

Searched for u.s. bank
6:21 PM • Details


Image Search
Searched for BAC 167 Strikemaster
6:17 PM • Details


Search
Searched for bahrain protests
2:02 PM • Details


Search
Visited http://en.wikipedia.org/wiki/2011_Bahraini_protests
1:30 PM • Details


Search
Visited http://www.vancouversun.com/news/Bahrain+protests+pressure+government/4274227/story.html
1:29 PM • Details


Search
Searched for protests in bahrain
1:29 PM • Details


Search
Used Search
12:18 PM • Details


Search
Used Search
2:54 AM • Details


Search
Visited http://www.deeper-voice.com/
2:07 AM • Details


Search
Visited http://www.wikihow.com/Get-Amitabh-Bachchan%E2%80%99s-Deep-Voice
2:06 AM • Details


Search
Visited http://www.deeper-voice.com/10-tips-on-how-to-get-a-deep-voice
2:06 AM • Details


Search
Searched for how to acquire a deep voice
2:06 AM • Details


Search
Visited http://www.urbandictionary.com/define.php?term=FYL
1:50 AM • Details


Search
Searched for fyl
1:50 AM • Details


Search
Searched for emg
1:48 AM • Details


Search
Searched for gigolos are butt pirates and strippers are coc* ninjas.
12:17 AM • Details


Image Search
Searched for gigolos
12:16 AM • Details

Remarks
Hillary Rodham Clinton
Secretary of State
Anna Centenary Library

Chennai, India

July 20, 2011

Well, good afternoon and Vanakkam. I am delighted to be here today. (Applause.) I want to thank Chief Librarian Naresh for welcoming me to this absolutely extraordinarily impressive facility, and for telling us all to the largest public library in India. And I am delighted to finally be here in Chennai. I've been coming to India since the 1990s as my country's first lady, as a senator from New York, and as a Secretary of State in the Obama Administration. But this is the first opportunity to come to this extraordinary coastal city here in the South, and one that means so much to so many in my own country and elsewhere, and to be in Tamil Nadu, who is a state that is one of the most industrialized, globalized, and educated in all of India. So it is – (applause) – it is somehow not surprising that this state would boast this very large library for the use of its citizens. And I know that the librarian has spent some time in my country, and we so pleased to have that among many of the links between us and you.

President Obama made a state visit to India last year. I have been here twice in the last two years. And why, one might ask? Why are we coming to India so often and welcoming Indian officials to Washington as well? It's because we understand that much of the history of the 21st century will be written in Asia, and that much of the future of Asia will be shaped by decisions not only of the Indian Government in New Delhi, but of governments across India, and perhaps, most importantly, by the 1.3 billion people who live in this country.

And we have a great commitment to our government-to-government relations, but we have an even greater commitment to our people-to-people ones. And we view them as absolutely central to the partnership and friendship between our countries. As President Obama told the Indian parliament last year, the relationship between India and the United States will be one of the defining partnerships of the 21st century. How will we define it? How will we work together to inject content into it? What will we do to build trust and confidence and do more that will bring us together?

Well, speaking for the United States, I can tell you that we are, in fact, betting on India's future. We are betting that the opening of India's markets to the world will produce a more prosperous India and a more prosperous South Asia. It will also spill over into Central Asia and beyond into the Asia Pacific region. We are betting that advances in science and technology of all kinds will both enrich Indian lives and advance human knowledge everywhere. And we are betting that India's vibrant, pluralistic democracy will produce measurable results and improvements for your citizens and will inspire others to follow a similar path of openness and tolerance.

Now, we are making this bet not out of some blind faith, but because we have watched the progress of India with great admiration. You have maintained that democratic foundation while focusing on improving lives, particularly on the poorest among you in a way that the United States both recognizes and admires. Yet I know very well it will take time to realize this potential. And I also know, because I hear it from friends and colleagues and I see it from time to

time in the Indian press, which is so exciting to read – I never know what I'm going to find when I turn the page of one of your newspapers, and I'm always both delighted and surprised.

But I find that there are those who raise questions about the direction of the relationship between us, and I understand that. It is true that we are different countries with different histories and backgrounds. And we will, from time to time, disagree as any two nations or, frankly, any two friends inevitably will do. But we believe that our differences are far outweighed by our deep and abiding bonds. Our nations are built on the same bedrock beliefs about democracy, pluralism, opportunity, and innovation. We share common interests like stopping terrorism and spurring balanced and broad-based economic growth that goes deeply into our societies.

And that is why our two governments have established a Strategic Dialogue which we announced when I first came as Secretary of State back in 2009 and when Prime Minister Singh visited later that year, and which, of course, we now have held two important sessions of, one in Washington and then this week in New Delhi. I met with a broad array of Indian officials, and I am very pleased to report to you that our work together is producing real results. We have already established a new clean energy research and development center that will be putting out the requests for proposals so we know what it is we can work on together to advance our common goal of clean energy and combat climate change.

We have worked together for the important task of preventing cyber attacks on our respective infrastructures. We are talking about a new bilateral investment treaty that will build on the 20 percent increase in trade we've seen just this last year. And we have watched as trade is increasingly flowing in both directions. We have new initiatives linking students and businesses and communities, and one of my personal favorites is the Passport to India, a program designed to bring more American students to study in India to match the great numbers of Indian students that come to America to study, because we want to create those bonds between our young people and our future leaders. We also consulted on the work we will be doing in the months ahead, strengthening our joint fight against terrorism, boosting our economic ties, completing our civilian-nuclear partnership, and deepening our defense cooperation. We think this work is very much in the interests of both of our countries and both of our peoples.

But I came to Chennai today to discuss in more depth, publicly, two issues that we discussed in our official meetings in New Delhi. And it really – they both are about India's growing leadership role in the world, because today, India is taking its rightful place in the meeting rooms and conference halls where the world's most consequential questions are debated and decided. And President Obama recognized this when he said that the United States looks forward to a reformed United Nations Security Council that includes India as a permanent member. (Applause.)

So what does – for India and for the United States and for the world, what does this global leadership mean in practical terms? And what does it mean for the relationship between the two of us? Well, for starters, it means that we can work more productively together on today's most complex global challenges. For example, to advance democratic values, the world's oldest democracy and its largest can both support the democratic transitions taking place in the Middle East and North Africa.

India's election commission, widely viewed as the global gold standard for running elections – (applause) – is already sharing best practices with counterparts in other countries, including Egypt and Iraq. To help rebalance the global economy after the recession of 2008 and to spur growth, India and the United States are working together through the G-20 which has become the premier forum for international economic cooperation. To promote clean energy and to seek

climate change solutions, this partnership that we have launched will accelerate research and deployment of effective technology, but it will also enable us to work together to make the UN Conference on Climate Change coming up in Durban a success.

India was a very constructive partner to the United States and others at both the conferences in Copenhagen and Cancun, where we're not making enough progress, but we could put some milestones of progress and ongoing processes together to continue our efforts. To curb nuclear proliferation, we are working together with the international community to address shared concerns about provocative actions by countries like Iran. We have called for Iran to meet its international obligations at the IAEA. India has taken steps to ensure that products from your high-tech industry cannot be diverted to that nuclear weapons program. And we work with India, who is currently a nonpermanent member of the Security Council, to persuade Iran's leaders to change course. And to promote sustainable development, the United States is encouraging India to share broadly its expertise in dry field, drought-tolerant agriculture, and to apply other lessons about how to lift millions of people out of extreme poverty.

So in these and many other areas, from democracy to economics, climate change, nonproliferation, development, our interests align and our values converge. A great deal has already been written about our efforts to collaborate on these cross-cutting global challenges, but today, I want to focus on two aspects of our cooperation, where the choices we make in the immediate term will have profound impacts on our security and prosperity in the years ahead. First, our work together in the Asia Pacific, and second, our shared interests in South and Central Asia, because this is a moment when these regional concerns have profound global resonance. And as I discussed them in depth with officials in Delhi yesterday, I'd like to explore them further with you today.

And let me start with the Asia Pacific. There is no better place to discuss India's leadership in the region to its east than here in Chennai. In this port city, looking out at the Bay of Bengal and beyond to the nations of East and Southeast Asia, we are easily reminded of India's historic role in the wider region. For thousands of years, Indian traders have sailed those waters of Southeast Asia and beyond. Indian culture has left its mark. The temples of Angkor Wat bear the influence of Tamil architecture. The Hindu god Ganesh still stands guard against homes in Indonesia. And today, the stretch of sea from the Indian Ocean through to the Pacific contain the world's most vibrant trade and energy routes linking economies and driving growth.

The United States has always been a Pacific power because of our very great blessing of geography. And India straddling the waters from the Indian to the Pacific Ocean is, with us, a steward of these waterways. We are both deeply invested in shaping the future of the region that they connect. And there are big questions for us to consider. Will this region adopt basic rules of the road or rules of the sea to mobilize strategic and economic cooperation and manage disagreements? Will it build the regional architecture of institutions and arrangements to enforce international norms on security, trade, rule of law, human rights, and accountable governance? Through its Look East policy, India is poised to help lead toward the answers to these questions. The United States believes that is a very good thing because we believe our vision for the future is very much similar. We both wish to expand economic ties. The United States is pushing forward on comprehensive trade deals like the Trans-Pacific Partnership and our free trade agreement with South Korea. We are also stepping up our commercial diplomacy and pursuing a robust economic agenda at APEC. India, for its part, has concluded or will soon conclude new bilateral economic partnerships with Singapore, Malaysia, Japan, South Korea, and others. The more our countries trade and invest with each other and with other partners, the more central the

Asia Pacific region becomes to global commerce and prosperity, and the more interest we both have in maintaining stability and security. As the stakes grow higher, we should use our shared commitment to make sure that we have maritime security and freedom of navigation. We need to combat piracy together. We have immediate tasks that we must get about determining.

These shared interests give India and the United States is a very strong incentive to make sure that the regional architecture for the Asia Pacific is up to answering the questions and delivering results. President Obama looks forward to joining Prime Minister Singh at the East Asia Summit later in the year this fall in Indonesia. We want to work with India and all of our friends and allies to build the East Asia Summit into the Asia Pacific's premier forum for dealing with political and security issues. We want to use it to help set our priorities and lay out a vision for other regional institutions. At this year's upcoming summit, the United States intends to collaborate with India and others to help advance an East Asia Summit agenda that draws on our two countries' unique capacities. And high on this list should be maritime security, including developing multilateral mechanisms of cooperation. The East Asia Summit should also focus on disaster readiness, response, and relief, and nonproliferation, including working toward a denuclearized Korean Peninsula.

Now, later this week, Foreign Minister Krishna and I will attend the ASEAN Regional Forum, and we will there be working in conjunction with ASEAN partners and others, and we will soon inaugurate a trilateral U.S.-India-Japan dialogue. America's treaty alliances with Japan has long been a cornerstone of security in East Asia, and as a fellow democracy with us and India, we believe enhanced cooperation will be beneficial. We are also committed to a strong, constructive relationship among India, the United States, and China. Now, we know this will not always be easy. There are important matters on which we all disagree, one with the other. But we do have significant areas of common interest. We could begin by focusing on violent extremism, which threatens people on all – in all of our countries. Ultimately, if we want to address, manage, or solve some of the most pressing issues of the 21st century, India, China, and the United States will have to coordinate our efforts.

As India takes on a larger role throughout the Asia Pacific, it does have increasing responsibilities, including the duty to speak out against violations of universal human rights. For example, we recognize that India has important strategic interests in maintaining a peaceful border and strong economic ties with Burma. But the Burmese Government's treatment of its own people continues to be deplorable. So it was a signal moment when Foreign Secretary Rao met with Aung San Suu Kyi last month. And I hope New Delhi will continue to encourage the Burmese Government to engage in dialogue with Aung San Suu Kyi and also to release other political prisoners.

In all of these areas, India's leadership will help to shape positively the future of the Asia Pacific. That's why the United States supports India's Look East policy, and we encourage India not just to look east, but to engage East and act East as well, because after all, India, like the United States, where we look to the Atlantic and to the Pacific, India also looks both east and west. And its leadership in South and Central Asia is critically important. For example, India's diverse democratic system in which people of all faiths and backgrounds participate equally can serve as a model for Sri Lanka as it pursues political reconciliation. Here in Chennai, we can see how much a society can achieve when all citizens fully are participating in the political and economic life of their country. Every citizen of Sri Lanka deserves the same hope and opportunity for a better future. (Applause.)

India also has a great commitment to improving relations with Bangladesh, and that is important because regional solutions will be necessary on energy shortages, water-sharing, and the fight against terrorists. And in Nepal, as the latest deadline for concluding the peace process and promulgating a new constitution approaches, Indian support for that process is critical. And in the Maldives, India is providing important economic assistance and partnerships to improve ports and other infrastructure. Looking north, in Central Asian states like Kazakhstan and Uzbekistan, India has forged new partnerships on energy, agriculture, cyber security, and other areas, because India and the United States share an interest in helping the people of this entire region build strong democratic societies and market economies, and to resolve long-festering conflicts. And of course, the conflict in Afghanistan continues to be a major challenge for us both.

I want to be very clear. The United States is committed to Afghanistan and to the region. We will be there. Yes, we are beginning to withdraw combat troops and transfer responsibility for security to the Afghan people, a process that will be completed in 2014, but drawing down our troops is not the same as leaving or disengaging. We and the Afghans are making progress on a new strategic partnership declaration that will define our relationship after 2014. And through that partnership, we will continue to assist the Afghan army and police and the Afghan Government. And we will do everything we can to help the Afghan people rebuild after decades of war.

At the same time, we are pursuing an active diplomatic effort with all the countries in the region toward two goals: First, a responsible political solution in Afghanistan, and second, stronger economic ties through South and Central Asia so that goods, capital, and people can flow more easily across borders. Representatives from Afghanistan and all their neighbors will have the chance to discuss this vision at a summit hosted by Turkey this November, and they will discuss it again with the rest of the international community at the Bonn conference in December.

How do we get from where we are to where we and especially the Afghan people need to end up? In February, I gave a speech at the Asia Society in New York explaining our support for Afghan-led efforts to reach a political solution to end the insurgency and to chart a more secure, prosperous, and peaceful future. As we have said many times, there are unambiguous redlines for reconciliation with insurgents. India has pioneered some of this work over years of effort in bringing people into the political system and taking them out of the forest or out of insurgencies. Number one, people must renounce violence. Number two, the Taliban must abandon their alliance with al-Qaida. And number three, anyone wishing to reconcile must agree to abide by the laws and constitution of Afghanistan. Now, these are necessary outcomes of any negotiation. And let me say a special word about the last point. Any potential for peace will be subverted if women and ethnic minorities are marginalized or silenced. What we have learned in the 20th century that we must apply in the 21st century is that you cannot deny women and minorities, whether they be religious minorities or ethnic minorities or tribal or any other minority – you cannot deny your own people the chance to be full citizens in their own country. And so when we look at what will happen in Afghanistan, the United States will not abandon our values or support a political process that undoes the progress that has been made in the past decade. Reconciliation, achieving it, and maintaining it, will depend on the participation of all of Afghanistan's neighbors, including both Pakistan and India. We all need to be working together. Whether we live in Kabul or Islamabad, New Delhi, or Washington, we have to be committed to a common vision of a stable, independent, Afghanistan rid of the insurgency and a region free from al-Qaida.

In Kabul earlier this year, Prime Minister Singh reaffirmed India's commitment to the Afghan-led reconciliation. And the Indian Government reinforced that commitment last month by supporting a United Nations Security Council resolution that cleared the way for lifting sanctions on insurgents who do reconcile. At the same time, India has rightly expressed concerns about outside interference in the reconciliation process, and we agree with those concerns and are consulting closely with India about that.

We will continue to encourage New Delhi's constructive role. For example, in advocating based on India's own experience that reconciliation, beginning at the very start of the process, must include representatives from a range of political parties and ethnic groups. We also believe Pakistan has an essential role and legitimate interest in this process, and those interests must be respected and addressed. We welcomed Pakistan's decision to participate in a joint peace commission with Afghanistan and in what we call the core group of Afghanistan, Pakistan, and the United States to manage the withdrawal. Achieving lasting peace and security in the region will require a stable, democratic, prosperous Pakistan free from violent extremism. That's in everyone's interest, because Americans, Indians, Pakistanis, and Afghans have all suffered at the hands of violent extremists, and none of us should tolerate a safe haven for terrorists anywhere.

So we look to the Pakistani Government to press insurgents to join the reconciliation process, to prevent Pakistani territory from being used for attacks that destabilize Afghanistan or India and to deny al-Qaida the space to regroup and plan new violence. And beyond India and Pakistan, all of Afghanistan's other neighbors – Russia, Iran, China, the Central Asian states should recommit themselves to the goal of a stable and independent Afghanistan. That means they too must support reconciliation and respect Afghanistan's sovereignty and territorial integrity. That is a pledge that all the countries of the region made nearly a decade ago when they signed the Declaration on Good Neighbourly Relations. The time has come to operationalize that agreement and to create mechanisms that ensure nations will live up to their commitments, and the United States will invest the considerable diplomatic effort needed to help build such support for those outcomes.

This diplomatic and political effort is the first element of our approach, but it will only succeed if it is paired with a strategy to increase economic ties that connect all the countries of the region. Because while many countries, including India, have given generous assistance to Afghanistan, no country, including my own, can afford to provide aid forever. We have to get an economy going. We have to have trade and investment coming. And the Afghan people themselves do not want receive aid forever. An Afghanistan firmly embedded in the economic life of a thriving South and Central Asia would be able to attract new sources of foreign investment and connect to markets abroad, including hundreds of millions of potential new customers in India. And increasing trade across the region would open up new sources of raw material, energy, and agricultural products, creating more jobs in India, Pakistan, and Afghanistan.

But we have a long way to go before we could ever realize that in today's world, because today, an Indian entrepreneur in Chennai who wishes to ship her products to a customer in Kazakhstan has to send them either through China or Iran, thousands of miles out of the way. An Indian business must import cement from Southeast Asia instead of from the flourishing cement industry next door in Pakistan. A traveler going between India and Pakistan not only has a difficult time getting a visa; he also often has to be routed through airports a thousand miles away just to get across the border. Now, we have no illusion about how difficult it will be to overcome the longstanding distrust that holds back economic cooperation, but we also are

absolutely convinced this is very much in India's interest, Pakistan's interest, Afghanistan's, and other nations as well.

Historically, the nations of South and Central Asia were connected to each other and the rest of the continent by a sprawling trading network called the Silk Road. Indian merchants used to trade spices, gems, and textiles, along with ideas and culture, everywhere from the Great Wall of China to the banks of the Bosphorus. Let's work together to create a new Silk Road. Not a single thoroughfare like its namesake, but an international web and network of economic and transit connections. That means building more rail lines, highways, energy infrastructure, like the proposed pipeline to run from Turkmenistan, through Afghanistan, through Pakistan into India. It means upgrading the facilities at border crossings, such as India and Pakistan are now doing at Waga. And it certainly means removing the bureaucratic barriers and other impediments to the free flow of goods and people. It means casting aside the outdated trade policies that we all still are living with and adopting new rules for the 21st century.

I was very encouraged by the reports of the resumption of discussions between India and Pakistan, the meeting between Prime Ministers Singh and Gillani at Mohali, and the forward-looking roadmap produced by the Indian and Pakistani commerce secretaries in April are very important steps. The upcoming meeting of Indian and Pakistani foreign ministers is another chance to make tangible progress. And I was pleased to see Afghanistan and Pakistan commit to implement fully their transit trade agreement. This is an agreement that Afghanistan and Pakistan started negotiating together in 1961. All these years later, they have finally signed it. And we want to see trade begin to move across that border, and then we want to see that trade expanded into Central Asia and India – two-way trade, multiple paths for trade.

Because someday, that entrepreneur here in Chennai should be able to put her products on a track – on a truck or a train that travels unimpeded, quickly, and cheaply through Pakistan, through Afghanistan, to the doorstep of her customer in Kazakhstan. A Pakistani businessman should be able to open a branch in Bangalore. An Afghan farmer should be able to sell pomegranates in Islamabad before he drives on to New Delhi. Or as Prime Minister Singh put it so beautifully, "I dream of a day, while retaining our respective identities, one can have breakfast in Amritsar, lunch in Lahore, and dinner in Kabul. That is how my forefathers lived. That is how I want our grandchildren to live." (Applause.)

I couldn't agree more, and neither could you. Now it is just as important as applauding to support the work that must be done to realize that dream. When I look at the potential of the people in this region, I am absolutely convinced you can out-compete, outgrow, out-prosper anybody in the world. But that's why the barriers must come down. When Indian Americans used to come to the United States, their hard work and their success was such a symbol of what was possible. Today, there's migration back from the United States to India, because the opportunity society has arrived here. Pakistani Americans, Afghan Americans, they still come to the United States seeking opportunity. They too deserve an opportunity society. And in order to that, we have to move beyond the past into a present filled with possibility and then to make a future that delivers.

In what I've discussed today, India's growing role in the Asia Pacific and in South and Central Asia, I do so because I think this is the only way forward. Yes, it is ambitious agenda, but we can afford to be ambitious, because when we in the United States and particularly in the Obama Administration look at India, we see, as President Obama said, a nation that is not simply emerging, but has emerged, and a nation with whom we share so many bonds, and one that will be a leader globally in shaping the future we will all inherit.

Now of course, both of our nations being democracies are dealing with challenges that have to be met and require immediate attention. But great nations can do more than one thing at a time. In fact, we can do many things at once by enlisting the powerful participation of our own people – Indian and American businesses, Indian and American academics, Indian and American entrepreneurs, inventors, students. In a democracy, we are all helping to shape our future. That is what sets us apart from other systems and other nations. I mean, it does look a little messier from time to time, but it is the most sustainable way human beings have found to organize themselves, and that's what we must do.

For both America and India, the threats, the perils, the problems are discussed endlessly. Turn on the television, pick up the paper, go on the internet. But I see a much brighter picture because I think there isn't anything we cannot do, and I believe in India's future. This is not, therefore, a time when any of us can afford to look inward at the expense of looking outward. This is a time to seize the opportunities of the 21st century, and it is a time to lead. So I come to Chennai as an admirer of what India has accomplished, someone who, in just the course of the last 18 years, has seen the changes firsthand. There are great forces at work, but there is nothing preordained or inevitable about the future of your country or mine.

Generations before us fought to give us a democracy, fought to build our institutions, fought to overcome the inherent problems of pluralism and diversity, fought to make good the values that we know are essential to the systems that we have built. And now, it is our turn, and it is particularly the turn of the young people who are here today. For each of us to make our contribution, for each of us to work in every way we can not only for our own personal betterment – although that comes in an open society like yours and mine – but to work for the common good, to work for our nation, and to work for a world that is worthy of our dreams. So let us commit to do so. Thank you all very much. (Applause.)

Exhibit XX:
July 8th, 2020. NSA to PLAINTIFF.
Milan Kotevski -

This acknowledges receipt of your 8 July 2020 letter, appealing the response from the National Security Agency (NSA) to your request under the Freedom of Information Act (FOIA). You had requested records this Agency maintains on you. Your appeal was received by the NSA FOIA/Privacy Act (PA) Appeal Authority Staff on 9 July 2020 and has been assigned Appeal Number 5447. Due to the COVID-19 pandemic, the NSA FOIA Office has adjusted its normal operations to balance the need of completing its mission as effectively and efficiently as possible with adherence to the recommended social distancing guidelines for the safety of our staff and the community. As a result, you may experience a delay in receiving a substantive response to your appeal. We apologize for this inconvenience and appreciate your understanding and patience.

Please be advised that appeals are processed in the order in which they are received, on a first-in, first-out basis. At this time, there are a number of appeals ahead of yours in our queue. We will begin to process your appeal and will respond to you again as soon as we are able.

Correspondence related to your appeal should include the case and appeal number assigned to your request and should be addressed to --

FOIA/PA Appeal Authority (P132)
National Security Agency
9800 Savage Road, Suite 6932
Fort George G. Meade, MD 20755-6932

Appeal correspondence may also be sent via facsimile to 443-479-3612. The appeal correspondence should be marked for the attention of "FOIA/PA Appeals" and include the case and appeal number as noted above.

For inquiries regarding the status of your appeal, please contact us via email at FOIA_Appeal_Status@nsa.gov.

Sincerely,

Deb E.
NSA FOIA/PA Appeal Authority Staff
National Security Agency

# Dr. Best, Vera Kotevski, PLAINTIFF Emails

VERA KOTEVSKI TO DOCTOR BEST: 08/26/2020

Hi Dr Best,

I have looked up to you and valued your opinions..did not always agree but i trust my kids always with you.

Miki and I spoke about the right treatments and medications that he needs in order to be a functional and successful young man. He has come a long way but is still struggling, and needs help. At this time his only  option is to get help from you and go on Disability.

I agree with what he has promised to do as you tell him and to take medication only prescribed by you. He does have insurance Blue Cross Blue shield which i am paying for but if i lose job he is not able to pay for right now I am also paying for his car insurance and gas so he is not allowed to miss any appointments. I trust you to treat and help my son .

Thank you
Vera

# Dr. Steve Best to Vera Kotevski:

I think it makes more sense to proceed with the prescribed treatment plan before making a life-changing move such as apply for social security disability.

EXHIBIT XX:
11/4/2020:
MIKI KOTEVSKI EMAIL:
Dionne Hardy
725 17th Street NW, Suite 9204
Washington, DC 20503
(202) 395-FOIA
(202) 395-3504 (fax)

To whom it may concern:
This is a request under the Freedom of Information Act. I'm going to send you the same request through a different email address because I dont trust gmail.

I request that a copy of the following documents be provided to me: any documents that has the name Milan Michael Kotevski or Miki Kotevski or refers to the individual known as Milan Michael Kotevski or Miki Kotevski in them. These documents should be limited to either the time of President Obama's Presidency and President Trump's presidency. I would particularly like the ones from President Obama's presidency.

In order to help to determine my status to assess fees, you should know that I am affiliated with an educational or noncommercial scientific institution (the American Natural Rights Foundation in Montana), and this request is made for a scholarly or scientific purpose and not for a commercial use.

I request a waiver of all fees for this request. Disclosure of the requested information to me is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in my commercial interest.

Thank you for your consideration of this request.

Sincerely,

Miki Kotevski, J.D.


OMB
Good Morning:  Please be advised that you have requested records that would not be in the custody or control of OMB.  For information about OMB and the types of records it maintains, please visit OMB's website at https://www.whitehouse.gov/omb.  If you wish to request OMB records or if you have any questions regarding the records created or maintained by OMB, please contact us anytime by email at OMBFOIA@omb.eop.gov or by phone at 202-395-FOIA.  We recommend you contact the National Archives and Records Administration (NARA).  To find out more about how to make a FOIA request with NARA, please visit their website at: https://www.archives.gov/foia/foia-guide.

Thank you,
OMB FOIA Team

MIKI KOTEVSKI response back to OMB: 11/06/2020.
Good morning to whomever is reading this!

I'm asking for your help. I dont want to argue with you because my problem is not with you, but I'm pretty sure the requested records would be in the custody or control of OMB. I'm pretty fucking sure this is petty politics at work and it has caused me to physiologically break down and rapidly deteriorate in both mental and physical well being. I'm not looking for a lawsuit, but there are just things I want an explanation for. How is it that *my writings* somehow ended up in Presidential Proclamations without my consent and knowledge? There was literally someone that had access to me and my writings, literally stole from a former special ed kid, and passed off my work as their work and I have nothing to show for it. How is it my intellectual property ended up in the hands of people in the white house without me ever giving my consent or having knowledge it was being used? Why is it the US Surveillance apparatus was used to enrich people at my expense that left me destitute and even more broken financially and as a person? Those are some of the answers I want questions to because god damn it i'm a human being and didnt deserve that treatment. So please direct me to people that know about my situation where I can get just some god damn decency. Why this is hard to fathom in the confines in DC sincerely alludes me.

--Miki Kotevski, J.D.

EXHIBIT XX
State Department to Miki Kotevski after Miki Kotevski sent a FOIA request.
December 14, 2020

Dear Milan,

For information on submitting a Freedom of Information of Act request, please visit:

http://foia.state.gov/Request/Submit.aspx

Thank you for contacting the U.S. Department of State.


Bureau of Global Public Affairs
Office of Public Liaison

Exhibit XX: 12/20/2020. Email to Dr. Best. 12/20/2020

I'm having trouble at work. They are doing the things that make me know that my job is in jeopardy. They say i need to increase the speed in which i receive work; increase the capacity to receive work; increase 'quality'; and show more initiative (this one is bullshit because i work overtime with no pay and if that isnt showing enough initiative i dont know what more i can do). So work is not going good at all.

I came out here wanting to build myself up. I thought piloting lessons would help me do that and I made a plan with my flight instructor that complimented my schedule and the amount i can pay. well that instructor got fired and the company wont do that agreement. its not worth the time of a lawsuit. so no more flight lessons. It seems everything I touch turns to shit and I just want things to turn around for me because i dont know what else i can do because i try tthings that worked for me in the past and they just dont work now and i try new things and fail with that and its just frustrating.

I told my doctor here to change my adderall xr into a regular release because the xr isnt helping me increase my speed at which i do work and the capacity to receive work. I will take the test Dejo sent me after christmas so the box wont get lost due to the christmas package rush.

I continue to have technology issues at a level I dont fully comprehend but what I do understand is that there appears to be people that are fucking with me in some capacity whenever I'm online or am on the computer. I routinely take screenshots to demonstrate that i'm not making this shit up and this is with a new laptop.

One thing I cannot get over. I cant prove this to be true but my gut tells me it is. Someone out there has a record of all my emails and text messages I ever sent. They then sold that info to people that then profited off of it and what sucks is not that i didnt get any money off of it, but that i didnt get any credit for the original ideas and life I made for myself. Like you ascribe a quote to someone that made a quote out of respect or credit and i feel like so much from my life was stolen from me without that respect or credit and it makes me feel shitty. I'm blessed it was good enough to be used and that it could inspire people but i am resentful that i didnt get any respect or credit for my original ideas. It makes me not want to live life again because i fear that i'll continue to be taken advantage of for living life and creating new works and I dont want that trauma again.

--miki

Steve Best to Miki Kotevski: 12/20/2020

In College I learned about Synchronicity/morphic resonance. I want you to start to study those concepts. Rupert Sheldrake was particularly adept at explaining the concept, which may be part of the explanation for Prigogine's notion of a dissipative structure.

In regard to your work output, I encourage you to do whatever they need until you have an unrestricted Law License that can be transferred to another jurisdiction (wherever it is that you intend to settle).

I'd like you to consider the idea that one does not "tell the doctor what to do"....... (that approach does not foster a "good therapeutic relationship")

OK ?

Miki Kotevski to Steve Best:12/20/2020
i agree with you that it doesnt foster a good therapeutic relationship; but i'm scared i cant keep this job and then consequently will have to come back home and its me taking steps to make it through until i transfer to another jurisdiction.

I got the additional abilify in the mail today (yes on sunday) so thank you for that; i really appreciate it from the bottom of my heart.

Ill study those concepts....

--Miki

Steve Best to Miki Kotevski. 12/20/2020
so what's the plan ?

Miki Kotevski to Steve Best. 12/20/2020:
Plan? The last time i really had a major plan was in 2016 where I thought i was going to be rewarded for my passion and have the love of my life back in my life and well that turned out not so good. So I dont really have a plan. Living day by day with the eventual goal restoring my brain/mental health, losing weight, passing the bar, all the while wondering what the fuck went wrong, how could I have been so stupid, am I going to FOIA the national archive to prove that things were stolen from me. Then I'm tired of being defensive and wondering if i'm part of someone's plan to get back at someone else where they'd get me in some type of lawsuit/criminal legal proceeding.

--Miki

Exhibit: XX

This message is to confirm your request submission to the FOIAonline application: [View Request](). Request information is as follows:

- Tracking Number: NARA-NGC-2021-000292
- Requester Name: Mr. Milan M Kotevski
- Date Submitted: 12/23/2020
- Request Status: Submitted
- Description: I am seeking any records and photographs that contains the name Miki Kotevski

This message is to confirm your request submission to the FOIAonline application: [View Request](). Request information is as follows:

- Tracking Number: EOUSA-2021-000902
- Requester Name: Mr. Milan M Kotevski
- Date Submitted: 12/23/2020
- Request Status: Submitted
- Description: I am seeking any records that has the name Miki Kotevski in them.

This message is to confirm your request submission to the FOIAonline application: [View Request](). Request information is as follows:

- Tracking Number: USPC-2021-000069
- Requester Name: Mr. Milan M Kotevski
- Date Submitted: 12/23/2020
- Request Status: Submitted
- Description: I am seeking any and all records that contain the name(s) of either Milan Michael Kotevski or Miki Kotevski

This message is to confirm your request submission to the FOIAonline application: [View Request](). Request information is as follows:

- Tracking Number: DON-NAVY-2021-002248
- Requester Name: Mr. Milan M Kotevski
- Date Submitted: 12/23/2020
- Request Status: Submitted
- Description: I am seeking any and all records that has the name Miki Kotevski or Milan Kotevski in them.

The FOIA request - USPC-2021-000069 has been supplemented with additional supporting files. Additional details for this item are as follows:

- Tracking Number: USPC-2021-000069
- Requester: Mr. Milan M Kotevski
- Submitted Date: 12/23/2020
- Description: I am seeking any and all records that contain the name(s) of either Milan Michael Kotevski or Miki Kotevski

The FOIA request - USPC-2021-000069 has been supplemented with additional supporting files. Additional details for this item are as follows:

- Tracking Number: USPC-2021-000069
- Requester: Mr. Milan M Kotevski
- Submitted Date: 12/23/2020
- Description: I am seeking any and all records that contain the name(s) of either Milan Michael Kotevski or Miki Kotevski

Your request for Fee Waiver for the FOIA request NARA-NGC-2021-000292 has been determined to be not applicable as the request is not billable. Additional details for this request are as follows:

- Request Created on: 12/23/2020
- Request Description: I am seeking any records and photographs that contains the name Miki Kotevski
- Fee Waiver Original Justification: I volunteer for the American Natural Rights Foundation in Montana and it is a 501c3 and i am seeking it for educational purposes.
- Fee Waiver Disposition Reason: N/A

Your request for Fee Waiver for the FOIA request DON-NAVY-2021-002248 has been determined to be not applicable as the request is not billable. Additional details for this request are as follows:

- Request Created on: 12/23/2020
- Request Description: I am seeking any and all records that has the name Miki Kotevski or Milan Kotevski in them.
- Fee Waiver Original Justification: I volunteer for the 501c3 the American Natural Rights Foundation and I am seeking the records for educational reasons.
- Fee Waiver Disposition Reason: N/A

5720
PERS 00J6/20210120
December 30, 2020
Mr. Milan M. Kotevski
100 E. Broadway Street
Apt 903
Butte, MT 59701
Dear Mr. Kotevski:
SUBJECT: YOUR FREEDOM OF INFORMATION ACT (FOIA) REQUEST
This is in response to your Freedom of Information Act (FOIA) request of December 23, 2020. You seek a copy of all records that contain the name Miki Kotevski or Milan Kotevski in them. The main Navy FOIA Office, Director Navy Staff (DNS) Code 36, assigned your request to this command for response regarding any responsive Navy Official Military Personnel Files (OMPFs). This command received assignment of your request from DNS-36 for reply regarding the availability of responsive Navy OMPFs on December 30, 2020. Your FOIA request number is 2021-002248 and FOIA correspondence file number is 20210120.

Our Navy Electronic Military Personnel Records System (EMPRS) was searched for OMPFs pertaining to Miki Kotevski and Milan Kotevski. Regretfully, we were unable to locate records responsive to your request at this command. Please contact the National Personnel Records Center (NPRC) at http://www.archives.gov/st-louis/military-personnel/ if you believe these individuals were discharged from the U.S. Navy prior to 1998. NPRC processes requests for older records.

I am the official responsible for this "No Records" response. You have the right to an appeal. Should you wish to submit an appeal, it must be received within 90 calendar days from the date of this letter. Please provide a letter requesting an appeal and include a copy of your initial request and a copy of the No Records response letter. You are encouraged (though not required) to provide an explanation why you believe our search of records was inadequate. Also, please provide a copy of your appeal letter to us at Bureau of Naval Personnel, PERS Code 00J6, 5720 Integrity Drive, Millington, TN 38055. 2

5720
PERS 00J6/20210120
December 30, 2020

There are two ways to file an appeal—through FOIAonline or by mail. 1. Through FOIAonline. This will work only if you set up an account on FOIAonline before you make the request that you would like to appeal. To set up an account, go to FOIAonline (this is a website that will appear as the top hit if you search the internet for "FOIAonline"), click "Create Account" (a link located within the blue banner at the top in the upper right corner), enter your data into the field that subsequently appears, and click "Save" (at the bottom left of the screen). With your account thereby created, you will have the power to file an appeal on FOIAonline to any request you file on FOIAonline thereafter. To do so, locate your request (enter a keyword or the request tracking number in the "Search for" field on the "Search" tab), click on it, then the "Create Appeal" tab in the left-hand column. Complete the subsequent field, click "Save," and FOIAonline will submit your appeal.

2. By mail. Address your appeal to:
The Judge Advocate General (Code 14) 1322 Patterson Avenue SE, Suite 3000, Washington Navy Yard, DC 20374-5066
[Note: the preceding address is the default address. Alternatively, it may be sent to the Department of the Navy General Counsel if appropriate (the Office of the General Counsel generally handles issues outside of those of the uniformed service). That address is as follows:
Department of the Navy,
Office of the General Counsel, 1000 Navy Pentagon, Room 5A532
Washington, DC 20350-1000]
If you have any questions, please contact me at david.german@navy.mil or (901) 874-3165. You may also contact the DON FOIA Public Liaison, Christopher Julka, at christopher.a.julka@navy.mil, (703)697-0031. In addition, the Office of Government Information Services (OGIS) provides a voluntary mediation process for resolving disputes between…

Your request for Fee Waiver for the FOIA request EOUSA-2021-000902 has been determined to be not applicable as the request is not billable. Additional details for this request are as follows:

- Request Created on: 12/23/2020
- Request Description: I am seeking any records that has the name Miki Kotevski in them.
- Fee Waiver Original Justification: I volunteer for the 501c3 the American Natural Rights Foundation and I am seeking the records for educational reasons.
- Fee Waiver Disposition Reason: N/A

This message is to confirm your request submission to the FOIAonline application: [View Request](). Request information is as follows:

- Tracking Number: CBP-2021-021174
- Requester Name: Mr. Milan M Kotevski
- Date Submitted: 12/31/2020
- Request Status: Submitted
- Description: Any and all records that contain the name: "Milan Michael Kotevski" or "Miki Kotevski" or contains "Miki Kotevski

This message is to confirm your request submission to the FOIAonline application: [View Request](). Request information is as follows:

- Tracking Number: DODOIG-2021-000294
- Requester Name: Mr. Milan M Kotevski
- Date Submitted: 12/31/2020
- Request Status: Submitted
- Description: Any and all records that contains Miki Kotevski or Milan Michael Kotevski.


January 4, 2021
Ref: DODOIG-2021-000294
**SENT VIA EMAIL TO: miki.kotevski@gmail.com**
Mr. Milan M. Kotevski
100 E. Broadway Street, Apt 903
Butte, MT 59701
Dear Mr. Kotevski:
This is in response to your Freedom of Information Act (FOIA) request for any and all records that contains Miki Kotevski or Milan Michael Kotevski. Your request was received on December 31, 2020, and it was assigned case number DODOIG-2021-000294.
This office is responsible for processing all FOIA requests for access to records maintained by the Department of Defense, Office of Inspector General (DoD OIG). The DoD OIG is an independent and objective agency within DoD, responsible for promoting the integrity, accountability, and improvement of DoD personnel, programs, and operations. We accomplish our mission by conducting audits, investigations, inspections and assessments, and

recommending policies and procedures to promote the economic, efficient, and effective use of DoD resources and programs that prevent fraud, waste, abuse, and mismanagement.

Given our mission and responsibilities, we are not aware of a nexus between the information you are requesting and the DoD OIG. However, upon further review, we believe that the records you are seeking are most likely maintained by the Office of the Secretary of Defense and Joint Staff (OSD/JS), FOIA Requester Service Center, Office of Freedom of Information, 1155 Defense Pentagon, Washington, DC 20301-1155. If you wish to obtain records from OSD/JS, you may send your FOIA request via regular mail to the address above or via email to whs.mc-alex.esd.mbx.osd-js-foia-requester-service-center@mail.mil. For further information, you may also visit their website at https://www.esd.whs.mil/FOID.aspx.

With this action, were are administratively closing your case in this office. If you have any questions regarding this matter, or if you have additional information that the DoD OIG created the documents you seek, please contact our office at 703-604-9775 or via email at foiarequests@dodig.mil.

Sincerely,
Eric R. Powers
Government Information Specialist
FOIA, Privacy and Civil Liberties Office


*WHS MC-ALEX ESD Mailbox OSD-JS FOIA Requester Service Center*
*From: Miki Kotevski <miki.kotevski@gmail.com>*
*Sent: Monday, January 4, 2021 7:29 PM*
*To: WHS MC-ALEX ESD Mailbox OSD-JS FOIA Requester Service Center*
*Subject: [Non-DoD Source] FOIA Request For Milan Kotevski*
*I am requesting any and all records that contain Miki Kotevski in them. Furthermore, I am asking for a waiver*
*of any fees that may be applicable because I am seeking them for educational purposes.*
*I was referred by:*
*Eric R. Powers*
*Government Information Specialist*
*FOIA, Privacy and Civil Liberties Office*
*DOD IG*
*Cordially,*
*Miki Kotevski*


Good Afternoon Mr. Kotevski,

In the act of processing your request, it was found that you did not specify if you are currently or were ever employed by the Department of Defense (DOD). This has placed a pause on the processing of your request as we were unable to determine which agency to reach out to so that a search on your requested records may be conducted. Please provide this information to me at your earliest convenience so that we may properly process your request.

V/R,

Torrey Dixon
FOIA Analyst
Freedom of Information Division
OSD / JS FOIA Office
571-372-0409

Mr. Milan M Kotevski
100 E. Broadway St.
Apt. 903
Butte, MT, 59701
01/10/2021
CBP-2021-021174
Dear Mr. Milan M Kotevski,
This is a final response to your Freedom of Information Act (FOIA) request to U.S. Customs and Border
Protection (CBP).
We conducted a comprehensive search of files within the CBP databases for records that would be
responsive to your request. Unfortunately, we were unable to locate or identify any responsive records,
based upon the information you provided in your request.
Note: CBP does not have complete records of apprehensions made by Border Patrol before 2000.
Records of apprehensions made by Border Patrol before 2000 may be available in the A-File maintained
by USCIS.
This completes the CBP response to your request. You may contact CBP's FOIA Public Liaison,
Charlyse Hoskins, by sending an email via your FOIAonline account, mailing a letter to 90 K St, NE MS
1181, Washington DC, 20229 or by calling 202-325-0150. The FOIA Public Liaison is able to assist in
advising on the requirements for submitting a request, assist with narrowing the scope of a request, assist
in reducing delays by advising the requester on the type of records to request, suggesting agency offices
that may have responsive records and receive questions or concerns about the agency's FOIA
process. Please notate file number CBP-2021-021174 on any future correspondence to CBP related to
this request.
For your information, Congress excluded three discrete categories of law enforcement and national

*security records from the requirements of the FOIA. See 5 U.S.C. 552(c). This response is limited to*

*those records that are subject to the requirements of the FOIA. This is a standard notification that is given*

*to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.*

*If you are not satisfied with the response to this request, you have a right to appeal the final disposition.*

*Should you wish to do so, you must file your appeal within 90 days of the date of this letter following*

*the procedures outlined in the DHS regulations at Title 6 C.F.R. §5.8. Please include as much information as*

*possible to help us understand the grounds for your appeal. You should submit your appeal via FOIAonline by clicking on the "Create Appeal" button that appears when you view your initial request. If*

*you do not have computer access, you may send your appeal and a copy of this letter to: FOIA Appeals,*

*Policy and Litigation Branch, U.S. Customs and Border Protection, 90 K Street, NE, 10th Floor, Washington, DC 20229-1177. Your envelope and letter should be marked "FOIA Appeal." Copies of the*

*FOIA and DHS regulations are available at www.dhs.gov/foia. Additional information can be found at the*

*following link https://www.cbp.gov/sites/default/files/assets/documents/2019-Dec/definitions-exemptionsfoia_*
*0.pdf.*

*Additionally, you have a right to seek dispute resolution services from the Office of Government Information Services (OGIS) which mediates disputes between FOIA requesters and Federal agencies as*

*a non-exclusive alternative to litigation. If you are requesting access to your own records (which is*

*considered a Privacy Act request), you should know that OGIS does not have the authority to handle*

*requests made under the Privacy Act of 1974. You may contact OGIS as follows: Office of Government*

*Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College*

*Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-*

*6448; or facsimile at 202-741-5769. Please note that contacting the CBP FOIA Public Liaison or OGIS*

*does not stop the 90-day appeal clock and is not a substitute for filing an administrative appeal.*
*Sincerely,*

*U.S. Customs and Border Protection*

*January 25, 2021*
*Milan M. Kotevski*
*100 E. Broadway St., Apt. 903 Butte, MT 59701*
*RE: Freedom of Information Act Request NGC21-165*
*Dear Mr. Kotevski:*

*This is in response to your Freedom of Information Act (FOIA) request to the National Archives and Records Administration (NARA), dated December 23, 2020, which we received in our office on the same date via FOIAonline. We assigned your request the above internal tracking number in addition to your FOIAonline tracking number NARA-NGC-2021-000292. In your request, you stated:*

*I am seeking any records and photographs that contains the name Miki Kotevski.*

*Unlike other federal agencies, NARA holds two types of records. We have our own agency operational records (records created by NARA as part of our agency's work). We are also the repository for documents and materials created in the course of business conducted by agencies of the Executive branch of the United States Federal government. We estimate that less than 5% of these records are retained permanently for legal or historical purposes. Federal agencies usually transfer their permanent records to NARA no earlier than 15 years from the date of creation, but we receive many well after 30 years from the date of creation. Once these records are transferred to NARA, they are known as archival records. NARA is not a repository for state, county or municipal records. For example, your birth certificate is a state record.*

*Unfortunately, your request did not provide enough information for us to conduct a search of our own operational records, or of the federal agency archival records we hold. For agency archival records in our custody, there is no way to retrieve records simply by a person's name. Many of our archival records are paper records or photographs that have not been digitized, and thus cannot be searched by optical characters. To locate any responsive archival records, we need to know the type of record, the agency you believe created the record, the subject matter of the record, and an approximate date range for the records. You can search our online catalog at* www.archives.gov/research.

*It is an agency's operational records that may be identifiable and retrievable by personal information such as social security number, name or date of birth, or address. Such records are protected by the Privacy Act. Each federal agency provides a list on its main website of the Privacy Act systems of records it maintains, and publishes this list annually in the Federal Register. If you believe that a federal agency has records about you,*
*you need to identify which Privacy Act systems of records at that agency might contain information about you, and follow the Privacy Act request procedures provided on the agency's website to request they search those named systems for records about you. NARA's Inventory of Privacy Act Systems of Records is found at*
https://www.archives.gov/privacy/inventory *. At that website, you can find information about what you must submit to us to request a search of these systems for your name. If you have never been affiliated with the National Archives through employment, or if you have never contacted the National Archives as a donor or researcher, it is unlikely that we maintain any operational records referenced under your name (except your FOIA requests).*

*This completes the processing of your FOIA request to us.*

*If you are not satisfied with our action on this request, you have the right to file an administrative appeal within ninety (90) calendar days from the date of this letter via regular U.S. mail or email. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. If you submit your appeal in writing, please address it to the Deputy Archivist of the United States (ND), National Archives and Records Administration, 8601 Adelphi Road, College Park, Maryland 20740. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." If you submit your appeal by e-mail please send it to FOIA@nara.gov, also addressed to the Deputy Archivist of the United States. Please be sure to explain why you believe this response does not meet the requirements of the FOIA. All correspondence should reference your case tracking number NGC21-165 and your FOIAonline tracking number.*

*If you would like to discuss our response before filing an appeal to attempt to resolve your dispute without going through the appeals process, you may contact our FOIA Public Liaison Gary M. Stern for assistance at:*

*National Archives and Records Administration*

*8601 Adelphi Road, Room 3110*

*College Park, MD 20740-6001*

*Tel: 301-837-1750*

*Email: garym.stern@nara.gov*

*If you are unable to resolve your FOIA dispute through our FOIA Public Liaison, the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is noted below:*

*Office of Government Information Services*

*National Archives and Records Administration*

*8601 Adelphi Road–OGIS*

*College Park, MD 20740-6001*

*Email: ogis@nara.gov Website: ogis.archives.gov*

*Tel: 202-741-5770 or 1-877-684-6448*

*Sincerely,*

*Susan Gillett, Government Information Specialist*

*Office of General Counsel*

*foia@nara.gov*

NARA-NGC-2021-000292 has been processed with the following final disposition: Records Not Reasonably Described.

Sent via FOIAonline

January 25, 2021

Milan M. Kotevski
100 E. Broadway St., Apt. 903
Butte, MT 59701

RE: Freedom of Information Act Request NGC21-165

Dear Mr. Kotevski:

This is in response to your Freedom of Information Act (FOIA) request to the National Archives and Records Administration (NARA), dated December 23, 2020, which we received in our office on the same date via FOIAonline. We assigned your request the above internal tracking number in addition to your FOIAonline tracking number NARA-NGC-2021-000292. In your request, you stated:

I am seeking any records and photographs that contains the name Miki Kotevski.

Unlike other federal agencies, NARA holds two types of records. We have our own agency operational records (records created by NARA as part of our agency's work). We are also the repository for documents and materials created in the course of business conducted by agencies of the Executive branch of the United States Federal government. We estimate that less than 5% of these records are retained permanently for legal or historical purposes. Federal agencies usually transfer their permanent records to NARA no earlier than 15 years from the date of creation, but we receive many well after 30 years from the date of creation. Once these records are transferred to NARA, they are known as archival records. NARA is not a repository for state, county or municipal records. For example, your birth certificate is a state record.

Unfortunately, your request did not provide enough information for us to conduct a search of our own operational records, or of the federal agency archival records we hold. For agency archival records in our custody, there is no way to retrieve records simply by a person's name. Many of our archival records are paper records or photographs that have not been digitized, and thus cannot be searched by optical characters. To locate any responsive archival records, we need to know the type of record, the agency you believe created the record, the subject matter of the record, and an approximate date range for the records. You can search our online catalog at www.archives.gov/research.

It is an agency's operational records that may be identifiable and retrievable by personal information such as social security number, name or date of birth, or address. Such records are protected by the Privacy Act. Each federal agency provides a list on its main website of the

Privacy Act systems of records it maintains, and publishes this list annually in the Federal Register. If you believe that a federal agency has records about you, you need to identify which Privacy Act systems of records at that agency might contain information about you, and follow the Privacy Act request procedures provided on the agency's website to request they search those named systems for records about you. NARA's Inventory of Privacy Act Systems of Records is found at https://www.archives.gov/privacy/inventory . At that website, you can find information about what you must submit to us to request a search of these systems for your name. If you have never been affiliated with the National Archives through employment, or if you have never contacted the National Archives as a donor or researcher, it is unlikely that we maintain any operational records referenced under your name (except your FOIA requests).

This completes the processing of your FOIA request to us.

If you are not satisfied with our action on this request, you have the right to file an administrative appeal within ninety (90) calendar days from the date of this letter via regular U.S. mail or email. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. If you submit your appeal in writing, please address it to the Deputy Archivist of the United States (ND), National Archives and Records Administration, 8601 Adelphi Road, College Park, Maryland 20740. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." If you submit your appeal by e-mail please send it to FOIA@nara.gov, also addressed to the Deputy Archivist of the United States. Please be sure to explain why you believe this response does not meet the requirements of the FOIA. All correspondence should reference your case tracking number NGC21-165 and your FOIAonline tracking number.

If you would like to discuss our response before filing an appeal to attempt to resolve your dispute without going through the appeals process, you may contact our FOIA Public Liaison Gary M. Stern for assistance at:

National Archives and Records Administration
8601 Adelphi Road, Room 3110
College Park, MD 20740-6001
Tel: 301-837-1750
Email: garym.stern@nara.gov

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison, the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is noted below:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road–OGIS
College Park, MD 20740-6001
Email: ogis@nara.gov Website: ogis.archives.gov
Tel: 202-741-5770 or 1-877-684-6448

Sincerely,
Susan Gillett, Government Information Specialist
Office of General Counsel
foia@nara.gov


UNITED STATES OF AMERICA
**FEDERAL LABOR RELATIONS AUTHORITY**
WASHINGTON, D.C. 20424
**OFFICE OF THE SOLICITOR**
VIA E-MAIL: miki.kotevski@gmail.com
January 28, 2021
Mr. Milan M. Kotevski
100 E. Broadway Street Apt. 903
Butte, MT 59701
Dear Mr. Kotevski:
The Federal Labor Relations Authority ("FLRA") is an independent administrative federal agency created by Title VII of the Civil Service Reform Act of 1978, also known as the Federal Service Labor-Management Relations Statute (the "Statute"), 5 U.S.C. §§ 7101-7135 (2018). The Statute allows certain non-postal federal employees to organize, to bargain collectively, and to participate through labor organizations of their choice in decisions affecting their working lives.
The Solicitor's Office of the FLRA received your request under the Freedom of Information Act ("FOIA") on December 30, 2020. You requested: "Any and all records that contain "Milan Michael Kotevski" or 'Miki Kotevski.'" You also requested a fee waiver.
In accordance with § 2411.8 of the FLRA's regulations (5 C.F.R. § 2411.8), your request has been denied because the FLRA does not possess any documents responsive to your request.
Pursuant to the FOIA Improvement Act of 2016, 5 U.S.C. § 552 (a)(6)(A)(i)(III), the decision of the undersigned with regards to your request may be appealed to the Chairman of the FLRA, Ernest DuBester, within 90 days of the receipt of this response. If you would like to discuss this response before filing an appeal to attempt to resolve your dispute without going through the appeals process, you can contact our FOIA Public Liaison for assistance at:
Brandon Bradley
Acting Chief
Case Intake and Publication
Federal Labor Relations Authority FOIA Public Liaison
1400 K Street, NW, 2nd Floor
Washington, DC 20424
Phone: 202-218-7766
Email: bbradley@flra.gov

Sought Advice. Was Denied.
Hello,

Thanks so much for sending this our way. I'm sorry to hear about your situation.

Unfortunately, we don't really have the investigative resources to get to the bottom of this. I'd suggest speaking to perhaps a civil rights attorney or a private investigator to see if they can look into this issue for you.

If you'd like an attorney, your local bar association should be able to refer you to an attorney. If you are able to get an attorney and they require speaking with someone to better understand the situation, we should be able to do that.

You may want to take a look at our Surveillance Self-Defense Resource, located at https://ssd.eff.org/. The resource provides the information and tools necessary to evaluate the threat of surveillance and will help you take appropriate steps to defend against it. I hope the resource will prove helpful.

You may also wish to seek out a digital forensics expert in your area, but, apologies, we do not offer referrals of this nature.

I'm sorry we were unable to directly assist you here, but we sincerely wish you the best of luck.

Best,

Haley

Electronic Frontier Foundation
(415) 436-9333
info@eff.org

Milan Kotevski
3102 North Maple Tree Lane
Wadsworth, IL 60083-9209
miki.kotevski@gmail.com

Re: FOIA/PA #22-167

Dear Mr. Kotevski:

This is an acknowledgement to your email dated March 16, 2021, for information pertaining to any documents, memos, arguments, briefs, submissions to any court(s) (including FISA) from the starting date of Jan 1st, 2015 about Milan Kotevski (or Miki Kotevski) or justifying the use of FISA or Torture upon American Citizens without Due Process of law. Our FOIA office received your Freedom of Information Act request on March 16, 2021.

The National Security Division (NSD) maintains operational files which document requests for and approvals of authority for the U.S. Intelligence Community to conduct certain foreign intelligence activities. We do not search these records in response to requests regarding the use or non-use of such techniques in cases where the confirmation or denial of the existence of responsive records would, in and of itself, reveal information properly classified under Executive Order 13526. To confirm or deny the existence of such materials in each case would tend to reveal properly classified information regarding whether particular surveillance techniques have or have not been used by the U.S. Intelligence Community. Accordingly, we can neither confirm nor deny the existence of records in these files responsive to your request pursuant to 5 U.S.C. 552(b)(1). This citation is not to be construed as the only exemption which may be available under the FOIA.

If you are not satisfied with the National Security Division's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account on the following website: https://foiastar.doj.gov. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

However, we are able to conduct a search for non-intelligence activities regarding Milan Kotevski. In order for us to fulfill this request we need you to certify your identity. Please

complete the attached "Certification of Identity" form and return it to our office. Your request will be administratively closed until we receive the "Certification of Identity" form that is attached. However, this is not a denial of your request, upon receipt of the requested information; you will be advised as to the status of your request.

If this Office does not receive your response within 30 days of the date of this email, we will assume you are no longer interested, and your request will be administratively closed. This is not a denial of your request, and it will not preclude you from filing other requests in the future.

You may contact our Government Information Specialist, Arnetta Mallory, for any further assistance and to discuss any aspect of your request at:

U.S. Department of Justice
Records and FOIA Unit
3 Constitution Square
175 N Street N.E. 12th Floor
Washington, DC  20530
(202) 233-2639

Sincerely,

Arnetta Mallory
Government Information Specialis

I just want to be clear on something: this is the position the Dept of Justice is taking: denying effective counsel because i have the right to effective counsel in a FISA hearing and how can I have effective counsel if I don't know who my counsel was! That's a violation of my constitutional right. Second, I was denied a transcript or copy of any proceedings when requested. This violates my 4-6th Amendment Rights. What country can have a secret court in which a person had legal proceedings committed against their constitutional interests and violated and not be told about it. Third: Tennessee v Lane says disabled people are allowed to go to court. How can I go to court if I am not afforded the opportunity to defend myself or have counsel when I wasn't told I was subject to a fisa ruling and hearing. Fourth: numerous constitutional issues. You should really reconsider your position again

Miki Kotevski, J.D

Steve Best to Miki Kotevski
I can't imagine that any potential friend or girlfriend wants to be around the blaming & finger pointing & bizarre claims. It's time to put yourself together and deal with the real issues - which are related to the Mother/Miki relationship and your condition.

Miki Kotevski to Steve Best
what the hell are you talking about? We arent going to get far when you label truth as "bizarre

claims" in a derogatory sense. well the truth is weird and quite frankly you keep cheapening the impact i had and my own truthful experiences on your fallacious whims and i dont like it. what is it about the relationship and what condition is that. put a name on it.

 Steve Best to Miki Kotevski
 I will assume that you were under the influence of anesthesia when you wrote that.  Please address my comments.

 Miki Kotevski to Steve Best
Explain to me what the issues are because I'm not a mind reader that can adequately guess what it is that you find worthy enough or problematic in those things. Please.

Miki Kotevski, J.D

 Steve Best
 *It's time to put yourself together and deal with the real issues - which are related to the Mother/Miki relationship and your condition.*  = <u>come in as requested for appointments (and stop using the euphoriants like Adderall)</u>

DOJ TO MIKI KOTEVSKI:

Thank you for submitting a report to the Civil Rights Division. Please save your record number for tracking. Your record number is: 148655-HND

 Dear Milan Kotevski,

You contacted the Department of Justice on April 4, 2022. After careful review of what you submitted, we have decided not to take any further action on your complaint.

What we did:

Team members from the Civil Rights Division reviewed the information you submitted. Based on our review, we have decided not to take any further action on your complaint. We receive several thousand reports of civil rights violations each year. We unfortunately do not have the resources to take direct action for every report.

Your report number was 148655-HND.

What you can do:

We are not determining that your report lacks merit. Your issue may still be actionable by others - your state bar association or local legal aid office may be able to help.

To find a local office:….

**4/15/22**
Thank you for submitting a report to the Civil Rights Division. Please save your record number for tracking. Your record number is: 151295-LWZ.


If you reported an incident where you or someone else has experienced or is still experiencing physical harm or violence, or are in immediate danger, please call 911 and contact the police.

**04/27/2022:**
Mr. Kotevski,

This is in response to your email below regarding Privacy Act Case Control Number P-2019-05746.

The Office of Information Programs and Services' electronic records system indicates this request was closed because it was not reasonably described. By letter dated June 20, 2019, you were advised that a requester must describe the records sought in sufficient detail to enable Department personnel to locate them with a reasonable amount of effort. As it appears you did not receive this letter, a copy is attached to this email for your reference.

If you wish to seek Department of State records, you may submit a new request that is reasonably described, identifies the type of records you seek (i.e., visa, passport, etc.), and tell us why the DOS would have the requested records. You may submit your new request via email to[FOIArequest@state.gov](mailto:FOIArequest@state.gov).

For more information on how to file a request with the Department of State, you may visit our website at[www.foia.state.gov](http://www.foia.state.gov) and pay particular attention to the type of records maintained by the DOS.

If you have any concerns or questions regarding any FOIA-related matter, please contact the FOIA Requester Service Center via email at [foiastatus@state.gov](mailto:foiastatus@state.gov).

Regards,

U.S. Department of State
FOIA Requester Service Center

**From:** Miki Kotevski <[mkotevski@pslegal.org](mailto:mkotevski@pslegal.org)>
**Sent:** Friday, April 22, 2022 4:18 PM

**To:** FOIA Status <<u>FOIAStatus@state.gov</u>>
**Subject:** P2019-05746

Hello,

It has been more than two years and I'm writing in regards to that aforementioned case number. Please tell me what is going on with it. This is my work email and my personal email at <u>miki.kotevski@gmail.com</u> should be listed so send all correspondence to the personal email.

Thank you
Miki

NOTICE. This e-mail and any files transmitted with it are confidential and intended solely for the use of the individuals or entities to whom they are addressed. This message contains confidential information and is intended only for the individual(s) named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by telephone or email if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that reviewing, disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

**04/29/2022**
Thank you for submitting a report to the Civil Rights Division. Please save your record number for tracking. Your record number is: 156383-VSF.

If you reported an incident where you or someone else has experienced or is still experiencing physical harm or violence, or are in immediate danger, please call 911 and contact the police.

**04/30/2022:**
Thank you for submitting a report to the Civil Rights Division. Please save your record number for tracking. Your record number is: 156603-SBN.

If you reported an incident where you or someone else has experienced or is still experiencing physical harm or violence, or are in immediate danger, please call 911 and contact the police.

Thank you for submitting a report to the Civil Rights Division. Please save your record number for tracking. Your record number is: 156628-HFV.

If you reported an incident where you or someone else has experienced or is still experiencing physical harm or violence, or are in immediate danger, please call 911 and contact the police.

**05/16/2022**

Dear Milan Kotevski,

You contacted the Department of Justice on April 30, 2022. After careful review of what you submitted, we have decided not to take any further action on your complaint.

What we did:

Team members from the Civil Rights Division reviewed the information you submitted. Based on this information, our team determined that the federal civil rights laws we enforce do not cover the situation you described. Therefore, we cannot take further action.

Your report number is 156628-HFV.


07/22/2022:

Mr. Kotevski,

This is in response to your email below.

Your May 3, 2019, request for records concerning yourself has been assigned Privacy Act Case Control Number F-2019-05746. The Office of Information Programs and Services' electronic records system indicates this request was closed because it was not reasonably described. By email dated June 20, 2019, you were advised that a request must describe the records sought in sufficient detail to enable Department personnel to locate them with a reasonable amount of effort. As it appears you did not receive this email, a copy is attached for your reference.

If you wish to seek Department of State records, you may submit a new request that is reasonably described, identifies the type of records you seek (i.e., visa, passport, etc.), and tell us why the DOS would have the requested records. You may submit your new request via email to FOIArequest@state.gov. For information on how to submit a request for personal records to the DOS, please visit our website at https://www.foia.state.gov/Request/PersonalRecords.aspx and pay particular attention to the "Checklist for Personal Records" and the "Certification of Identity.

If you have any concerns or questions regarding any FOIA-related matter, please contact the FOIA Requester Service Center via email at foiastatus@state.gov.

Regards,

U.S. Department of State
FOIA Requester Service Center

Re: FOIA/PA #23-005
Dear Mr. Kotevski:

This is in reference to your email dated October 7, 2022, for information pertaining to any documents 1) relevant to Miki Kotevski; 2) discusses Miki Kotevski, 3) discusses constitutional violations of Miki Kotevski's constitutional rights by DOJ/FBI employees; 4) a memo justifying why my last FOIA request was denied. Our FOIA office received your Freedom of Information Act request on October 7, 2022.

This office conducted a file search of the National Security Division Office of the Assistant Attorney General, Counterintelligence and Export Control Section and Counterterrorism Section, we did not locate any responsive records subject to your FOIA on September 9, 2022.

If you are not satisfied with the National Security Division's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account on the following website: https://foiastar.doj.gov. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1877-684-6448; or facsimile at 202-741-5769.

Sincerely,
Arnetta Mallory
Government Information Specialist

# EXHIBIT B: CIRCUMSTANTIAL EVIDENCE PROVING THE CONSPIRACY AGAINST PLAINTIFF and RESTITUTION ISSUES.

# PROOF & EMAILS & OTHER THINGS.

**Initial Sketches/Designs of MKT's subsidiary companies' logos for DEFENDANTS to work on and get trademarked and copyrighted. To be slightly altered but the core double arrow concept and dog head to remain.**















**DOUBLE ARROW**
**DESIGN**

**BOEING LIVERY:**
**TEMPORARY SHIBAS UNTIL PERMANENT SHIBA GRAPHIC DESIGNER MAKES**
**ONE FOR MKT.**





**Autism 1.**

**2nd 787**



London/Heathrow Plane

**SHIBA AIRWAYS**

VETERANS UNIT



**787**

# El Conquistador. Boeing 787

## 6th 787

MKT 787



MKT 787
Name: Kawaii 1

787-9





**787-9 Seating Map**

3 Shiba Suites  24 Business Suites  16 Premium Seats  82 Economy  108 Basic Economy  Autism Sensory Room

4 Handicap (4 Premium)

237 Total Passengers

Caiu
Alexander the Great

Graphic Designer to do a Green/Black Mix





# MKT BOEING 737 MAX 10



**Shiba Suite**

Seat Pitch: 48"
Seat Width: 28.9"
3 Passengers

**Business**

Seat Pitch: 42"
Seat Width: 25.9"
12 Passengers

**Premium Economy**

Seat Pitch: 36"
Seat Width: 17.2"
27 Passengers
30 Passengers*

Total: 17  Passengers

**Economy**

Seat Pitch: 32"
Seat Width: 17.2"
129 Passengers

**Super Accessible**

All MKT Boeing 737 Max 10s:
—Special custom seats at row 6 to remove at will
& stored in the pet compartment bay
to provide a whole row of accessibility
to disabled Americans who wouldn't
have been able to travel before.
—disabled travelers must call or email access to line
In order to attain seats.
—If disabled row not utilized, install custom seats
& allow standby travelers to use them
—fully accessible bathroom.



# MKT Airlines
## 737 Max 7 Combi

**Going to serve rural communities with this plane**

MKT Combi 737 Max 7
Door 1 Dimension: 182 x. 119 (71.5 x 46.9)
3 Containers Total
3,402kg (7,500lbs) total.
1 Pallet

Bottom:
Door 2 Dimension: 121 x 88
Forward: 2,007 kg (4,424lbs)
Aft: 2,989 kg (6,590lbs).

2 Business
4 Premium (2 Handicap)
39 Economy

Total Passengers: 45 Passengers



First Class

Premium Class

Main Cabin



**3 Aircraft**

**1 Aircraft**

CERTIFIED: FINAL DESIGN

NASCAR DESIGNS AFTER AINA and The NAVY VIOLATED MY
CONSTITUTIONAL RIGHTS



**3 RACES CREDIT UNION**



**1 Race. Sewanee**



**1 Race. MKT Tech**



**1 Race. LSU/LSU LAW**





2 Races. MKT Lodge



AIRPORT DIAGRAM — BOZEMAN YELLOWSTONE INTL (BZN), BOZEMAN, MONTANA

I Would Pay For Additional 1,000 ft In Runway

I Would Pay For All of This

747 Parking Spot

737    787

My Complete Ownership of Hanger Property

**All EMAILS FROM THE FOLLOWING FOIA REQUEST.**

Obtained via FOIA by Judicial Watch, Inc.



**United States Department of State**

*Washington, D.C. 20520*

**OCT 3 0 2015**

Case No. F-2015-06322
Segment: S/ES-0002

Mr. William F. Marshall
425 Third Street SW, Suite 800
Washington, DC 20024

Dear Mr. Marshall:

I refer to our letter dated August 31, 2015, regarding the release of certain Department of State material under the Freedom of Information Act (the "FOIA"), 5 U.S.C. §552.

The review of records retrieved from the Office of the Executive Secretariat is still ongoing. We have reviewed 25 additional responsive documents and have determined that 12 may be released in full and 13 may be released with excisions. All released material is enclosed.

An enclosure explains Freedom of Information Act exemptions and other grounds for withholding material. Where we have made excisions, the applicable exemptions are marked on each document. All non-exempt material that is reasonably segregable from the exempt material has been released.

We will keep you informed as your case progresses. If you have any questions, you may contact Trial Attorney, Caroline Anderson, at (202) 305-8645 or Caroline.J.Anderson@usdoj.gov. Please be sure to refer to the case number shown above in all correspondence about this case.

Sincerely,

*Susal A. Weimar For*

John F. Hackett, Director
Office of Information Programs and Services

Enclosures: As stated.

**mkellogg@kellogghansen.com & jtho...** 6/5/23
Facebook & US Govt Fraud and RICO.
Hello, It is my understanding you are all counsel for
Meta. If not, disregard this message. My name is
Milan Kotevski, (aka Miki Kotevski), Juris Doctorate...

**FOIA Status** 6/1/23
Re: FOIA/PA Case Control Number FP-2023-00198
I hate to swear but giving the contact info is
necessary now. I want to sue the fuck out of her for
lying to me. You have betrayed my trust. Rectify th...

**FOIA Status** 5/31/23
Re: FOIA/PA Case Control Number FP-2023-00198
So let me get this straight. Jim and Hunter Biden
probably made me sign something in July 2015 that I
was not informed of the contents of such. Prior to t...

**FOIA Status** 5/31/23
Re: FOIA/PA Case Control Number FP-2023-00198
I hope the EDC for today is still valid; if not, a reason
why not would be appropriate. Thanks. Miki Kotevski,
J.D Sent from iPhone. I have the expectation that t...

**FOIA Status** 5/17/23
Re: FOIA/PA Case Control Number FP-2023-00198
Thank you for the update

**Paola-Martin** 5/17/23
Re: Ads Request. StarField on Social Media!
Fuck off NSA. Miki Kotevski. J.D Sent from iPhone. I

⊜　　　Updated Just Now　　　✎
　　　　　1 Unread

**New Message**

any and all documents, memos, records, videos, court proceedings, court martials, legal filings, etc. that contain the phrase/name "Miki Kotevski" or "M...

**Powers, Eric, OIG DoD**    6/15/23
Re: [Non-DoD Source] FOIA requests for Milan Kot...
Dear Mr. Powers, I regularly interacted with Cherry Roberts-Matherne, a former Army member who I gave a flash-drive to in August 2016. An Air Force...

**foiarequests@dodig.mil**    6/14/23
FOIA requests for Milan Kotevski
#1: all documents, memos, records, videos, etc. that contain the phrase/name "Miki Kotevski." #2: all documents, memos, records, videos, etc. that disc...

**Michael Lonesome-Etnyre**    6/14/23
I need to ask you something
I hope you're doing well. I dont like to do this, I really dont, but I need you to be completely honest with me. Did anyone in the US Government send you to...

**subpoena@fb.com**    6/14/23
Request on behalf of: Milan Michael Kotevski
My name is Milan Kotevski, (aka Miki Kotevski), Juris Doctorate. Based on probable cause, information and belief, I have a good faith basis in saying and al...

 **Philip Jimenez**    6/14/23
Tokyo 2015 program Issues.
Hello. I hope youre doing well. I have some issues that I would like to discuss with you. Do you have any documents that I submitted to you or any notes on...

**lele0811**    6/12/23

Updated Just Now
1 Unread



**New Message**

**Trey Jones**     6/20/23
Re: Lawsuit
I like to be blunt and direct. I reasonably foresee the US Government screeching like demented banshees and claim national security privileges. I am not awa...

**Tracy Blanchard**     6/19/23
Lawsuit
Dear Tracy, I am seriously considering a lawsuit during my time at LSU Law. I dont want to sue you, but I will if it is necessary. I need you to be honest...

**Philip Jimenez**     6/19/23
Re: Tokyo 2015 program Issues.
Hello, I am following up on the previous email. Respond accordingly soon

**Powers, Eric, OIG DoD**     6/15/23
Re: [Non-DoD Source] FOIA requests for Milan Kot...
any and all documents, memos, records, videos, court proceedings, court martials, legal filings, etc. that contain the phrase/name "Miki Kotevski" or "M...

**Powers, Eric, OIG DoD**     6/15/23
Re: [Non-DoD Source] FOIA requests for Milan Kot...
Dear Mr. Powers, I regularly interacted with Cherry Roberts-Matherne, a former Army member who I gave a flash-drive to in August 2016. An Air Force...

**foiarequests@dodig.mil**     6/14/23
FOIA requests for Milan Kotevski
#1: all documents, memos, records, videos, etc. that contain the phrase/name "Miki Kotevski" #2: all

     Updated Just Now
1 Unread     

**New Message**

5:49

Mailboxes **Sent** Edit

Democrat-Gazette, contributions to the foundation...

**Philip Jimenez** 6/22/23
Re: Tokyo 2015 program Issues.
This could be my last one--it's your decision on whether or not you decide to respond in good faith. You were the director of a program I attended in w...

**Philip Jimenez** 6/21/23
Re: Tokyo 2015 program Issues.
Hunter and Jim Biden made me sign a contract that I have no idea what the contents of which it contained. There's no way you wouldn't have know...

**Tetyana Hoover** 6/21/23
Re: PRR Kotevski - Communications
I'm an independent journalist. Therefore I seek a fee waiver as it is in the interest of the public to know. Miki Kotevski, J.D Sent from iPhone. I have the exp...

**Tetyana Hoover** 6/21/23
Re: FOIA Request
I am unable to comply with this request. Here is the problem Tetyana. I dont know who is at fault. What I can infer is the following: some people in the LSU s...

**Tetyana Hoover** 6/21/23
Re: FOIA Request
Hello, I want any and all documents, emails, memos, etc in which anyone in the U.S. Federal Government communicated to any LSU employee about Milan M...

**Trey Jones** 6/20/23
Re: Lawsuit
Did you comprehend anything I say? So you'd rather

Updated Just Now
1 Unread

**New Message**

extended family and finances. They haven't done a
thing to me that was already shocking. To me bein...

**Raymond, klevy@lsu.edu, Edward, S...** 7/18/23
Re: Dear LSU Law
I wish I could say I was joking about those things
being bills of attainder against me, I can't objectively
and reasonably say that to be the case. Also yea, C...

**Raymond, klevy@lsu.edu, Edward, S...** 7/17/23
Dear LSU Law
I wanted to say that Prof Bill Corbett was right--this
miscreant was never going to be a lawyer. You were
some of the faculty I respected the most during my...

**Emily Lee** 7/17/23
Re: Decision of Utah State Bar Admissions Committ...
Dear Emily Lee, Reconsider. As I am Autistic and
quite frankly, I dont care if you think i'm crazy, so I'm
going to go there. Do I need to report you to the Ba...

**Donald.Verrilli@mto.com & igershen...** 7/14/23
DOJ's City and County of S.F. vs. Sheehan Brief
Who composed the brief? Do you understand the
incredible legal and constitutional harm that befell
upon me and the country because of your actions?...

**Christina Kelly** 7/12/23
Re: Marketing & Events Committee Agenda 7.13.22
I can't make it. Bar exam is on the 23rd. Thanks. I'll
talk to y'all after the exam Miki Kotevski, J.D Sent
from iPhone. I have the expectation that this email i...

**Emily Lee** 7/12/23
Response?

Updated 3 minutes ago
1 Unread

**New Message**

something that conveys the extreme severity of the...

**A Miki**      8/18/23
No Subject
Newport Fire Protection District 7 Alarm Structure
Fire - Olkee olkee.smugmug.com Miki Kotevski, J.D
Sent from iPhone. I have the expectation that this e...

**Jonathan Barnett**      8/17/23
Re: FOIA Request
I received your response. Are you telling me that
there was not a single US Federal Government
official who contacted any employee of LSU about...

**ktilden@navajo-nsn.gov**      7/19/23
Complaint/Report To Be Filed (Navajo Rangers Juri...
I understand the jurisdictional issues that this
occurred outside of your jurisdiction and that I am a
white man. I beg your pardon for that and I really h...

**navajorangers@yahoo.com**      7/19/23
Complaint/Report To Be Filed. Help Requested.
I understand the jurisdictional issues that this
occurred outside of your jurisdiction and that I am a
white man. I beg your pardon for that and I really h...

**navajorangers@yahoo.com**      7/19/23
Report/Complaint To Be Filed. Skinwalker Related....
I understand the jurisdictional issues that this
occurred outside of your jurisdiction and that I am a
white man. I beg your pardon for that and I really h...

**molly.fratianne@thefire.org**      7/19/23
To speak freely or not (forward to Greg).
I have shocking information. The problem is the

**New Message**

**Trey Jones**                          8/22/23
Re: FOIA Request
Dear Carlton (Trey) Jones. I got F. King Alexander
talking to FBI Agents from the San Francisco field
office in which they planned to arrest me without a...

**Trey Jones**                          8/21/23
Re: FOIA Request
Dear Carlton (Trey) Jones, Please confirm you got
this email. Whether it is through FOIA or through
Discovery, I will prove that LSU Law employees wor...

**Trey Jones**                          8/21/23
Re: FOIA Request
Dear Carlton (Trey) Jones. Confirm that you received
this email. RICO precedent has held that any
DEFENDANT that aided and abetted a RICO Enterp...

**Christina Kelly**                     8/21/23
question
I do apologize as I haven't been present when it
came to autism speaks as of late. I'm working on a
case right now and the damages recoverable in thi...

**A Miki**                              8/18/23
No Subject
Union_Performance_Civil_Aviation_Ministry_of_-
Civil_Aviation_18_2011_exe_sum PDF Document ·
125 KB Miki Kotevski, J.D Sent from iPhone. I have...

**A Miki**                              8/18/23
No Subject
Miki Kotevski, J.D Sent from iPhone. I have the

**New Message**

**mhaber@kalcheimhaber.com**　　9/5/23
Northside Comm Bank Legal Compliance Issue for...
Dear Mr. Haber, I can't stress enough how much
Northside Community Bank has been there for my
family through the years. I wish for my family to co...

**marc@gottreichlaw.com**　　9/2/23
Case referral
Hello, My name is miki and I have a case that will
change your life if you let it. It is a RICO case I have
been working on obsessively for the last month or...

**Paul Farahvar**　　9/2/23
Re: White Collar Attorney referral
Thanks bud Miki Kotevski, J.D Sent from iPhone. I
have the expectation that this email is private and
confidential and shall not be shared with anyone wi...

**bparsons@doc.gov, ncormier@doc.g...**　9/1/23
MIKI KOTEVSKI FOIA REQUEST.
First, as I have recorded on my phone, I am being
prohibited from filling out the form in ANY FOIA
request and filing ANY FOIA request on your websit...

**dstanderlaw@gmail.com**　　9/1/23
RICO lawsuit consultation
Hello Mr. Stander, My name is Miki Kotevski, J.D.,
and this email and case will change your life if you let
it. I have a case. I've spent months working on it. If...

**OPR.FOIA@usdoj.gov & MRUFOIA.R...**　8/30/23
FOIA
It has become evident through the years that PAUL

Updated 2 minutes ago
1 Unread

New Message

anytime during the week. no later than 8pm.

**customercare@united.com**　　　9/15/23
Re: United Airlins
to the best of my ability to recollect, the flight was
either on 10/31/2010, 03/10/2011, or 03/11/2011. It
would have been on United Airlines Flight #925 de...

**Jaclyn Gallian**　　　9/14/23
Re: Dallas Attorneys
Confirmed. Thanks for the references. --Miki

**Mario Montoya Segnini**　　　9/12/23
Re: Microsoft Escalations: Acknowledgment 112551...
This is an unacceptable answer. I need to talk to
someone directly in the legal department. I am
considering bringing a RICO lawsuit in which you c...

**advice@nedbarnett.com**　　　9/12/23
Consultation
I'm Miki Kotevski, I have a Juris Doctorate. I have a
Civil Rico in which attorney fees for you would
probably be above 7 figures. I have toiled at the law...

**buscond@microsoft.com**　　　9/10/23
Legal Compliance Issue
Hello, I'm Miki Kotevski and I am writing to you
because--upon information and belief-- it is my
understanding that at least the United States Gove...

**A Miki**　　　9/8/23

Updated 2 minutes ago
1 Unread

**New Message**

**iad-logistics@amazon.com**　　9/20/23
Hello
You know what I want. Talk to me or continue to aid and abet what John Brennan did or allowed to happen to me that you all are responsible for.

**dc6security@copt.com**　　9/20/23
Miki Kotevski Information
GIVE ME EVERYTHING YOU HAVE ABOUT MIKI KOTEVSKI in JAPAN in 2015. This is a demand. -- Miki Kotevski, J.D.

**ccalexa1@gmail.com**　　9/19/23
label
Attachment: Screenshot 2023-09-19 at 7.38.28 PM.png

**cardona@law.ucla.edu**　　9/18/23
Cooperative Inquiries
It is my understanding that you were the First Assistant for the United States Attorney for the District of Central California back in 2015. I would li...

**USAILN.InternetWebmaster@usdoj....**　　9/16/23
IMMEDIATE PRIORITY
PLEASE send me the contact information of the head of DOJ'S Northern District of Illinois. I need to relay to him confidential information. I fear for my life an...

**Trey Jones**　　9/16/23
Discussion about Miki Kotevski Lawsuit
Dear Mr. Trey Jones, Louis Freeh, the former FBI

**New Message**

and convincing standard that you were part of a
RICO enterprise that inflicted over $10billion in da...

**nsd.ovt@usdoj.gov**    9/28/23
Dear Congress and DOJ
Dear Congress and DOJ, I can specifically name
Hillary Clinton (Bill Clinton) and Lynn De Rothschild
as the two most likely culprits for Summer 2015 as...

**nsd.ovt@usdoj.gov**    9/27/23
negotiation on to make me whole.
Since 2008, you all have constantly and consistently
denied me access to the courts in which
unconstitutional surveillance denied my opportunit...

**nsd.ovt@usdoj.gov**    9/26/23
Re: Complaint.
that is not all of the evidence. I have over 1100 pages
of single space that involves the attorneys in
California and Qatar Airways, the government of Qa...

**nsd.ovt@usdoj.gov**    9/25/23
Complaint.
Sometime between 2003 through 2006, a man
named Joe Bello coerced me in the basement of his
home into declaring allegiance to a terrorist organi...

**Spell, Carmen**    9/22/23
Re: Webform submission from: Freedom of Info...
Thank you very much. I also requested another
similar foia request as well. Thank you for your good
work. --Miki

**iad-logistics@amazon.com**    9/20/23

 Updated 2 minutes ago
1 Unread 

**New Message**

J.D Sent from iPhone. I have the expectation that this email is private and confidential and shall not b...

**nsd.ovt@usdoj.gov**    9/30/23
Re: negotiation on to make me whole.
Also forgot to mention Michael Morell was part of the conspiracy against me and violated 18 USC 1962(d). Miki Kotevski, J.D Sent from iPhone. I have the exp...

**nsd.ovt@usdoj.gov**    9/30/23
Re: negotiation on to make me whole.
I talked to Warwick Allen about fabricating evidence against me with cia and us intels capability to make fake videos in spring 2015, what happened to that...

**wcorbe1@lsu.edu**    9/30/23
Request
Hello Professor Corbett, I sent Corcos a similar email that I'm sure has been read over and over again so the following: I can prove beyond a clear and convi...

**nsd.ovt@usdoj.gov**    9/29/23
Relay to congress the following.
Leave Larry David alone and curb your enthusiasm alone. You dont understand the problem. Congress is killing humor and is outside the scope of our issu...

**ccorcos@lsu.edu**    9/29/23
Request
Hello Professor Corcos, I can prove beyond a clear and convincing standard that you were part of a RICO enterprise that inflicted over $10billion in da...

**nsd.ovt@usdoj.gov**    9/28/23
Dear Congress and DO J

Updated 2 minutes ago
1 Unread

**New Message**

nsa.ovt@usdoj.gov　　10/4/23
Settlement offer
I will gladly accept 10 new 737 Max 10s, 10 new
787s, $3,000,000,000 non taxable, 5 new 777-8Fs,
2 Boeing Apache helicopters fully armed and ready...

**investorrelations@delta.com**　　10/3/23
Legal Request. Send to Legal Department Immedia...
I request to talk to your legal department
immediately and forward this to your legal
department immediately. Based on information and...

**InvestorRelations@united.com**　　10/3/23
Legal Request. Send to Legal Department
I request to talk to your legal department
immediately and forward this to your legal
department immediately. Based on information and...

**dp@mofa.gov.qa**　　10/3/23
Emergency Email to Jassim
Tell Jassim from Miki Kotevski that I approve he
should get M. United and to team up on the pitch.
Miki Kotevski, J.D Sent from iPhone. I have the exp...

**nsd.ovt@usdoj.gov**　　10/3/23
who the fuck is representing me
who the fuck is representing me because you keep
ignoring me and that is only leading to one of two
possibilities: someone coerced me into signing pap...

**nsd.ovt@usdoj.gov**　　10/1/23
Re: negotiation on to make me whole.
Hunter and Jim Biden made me sign something.
Stop obstructing and tell me what did they make me
sign. Has the DOJ ever heard of Wong Sun or no?

Updated 2 minutes ago
1 Unread

**New Message**

workman's compensation lien in Illinois? I have a cl...

**nsd.ovt@usdoj.gov**          10/8/23
this is why restitution is in order
restitution is in order for this: Lawsuit 3.pdf

**nsd.ovt@usdoj.gov**          10/7/23
Restitution
full restitution to the amount of $14,900,000,000 and
all the stipulations as discussed earlier. Now
additionally landing slots and gates by united and d...

**ohchr-unvfvt@un.org**          10/5/23
I keep submitting complaints and errors keep c...
THE CIA, DoD, NSA, or FBI or someone foreign
intelligence agency is fucking with my electronics
and obstructing justice yet again and I wish to file a...

**jjohnson@paulweiss.com**          10/5/23
Cooperate
Cooperate with me and tell me everything you did
against me. --Miki Kotevski

**harold.koh@yale.edu**          10/5/23
Request To Talk
You know me. You need to explain everything you did
concerning me during your tenure at state. --Miki
Kotevski

**nsd.ovt@usdoj.gov**          10/4/23
Settlement offer

Updated 2 minutes ago
1 Unread

**New Message**

Soon. I have to work out some details with DOJ and DOT. If it comes down to it, I would use your services. Just inquiring to see if you could handle t...

**molly.fratianne@thefire.org**     10/9/23
I will probably get in trouble by CIA and DOJ and F...
read this as I sent this to DOJ Nat Sec division. I fear for my life and this is the truth from what I understand it to be. FORWARD TO GREG LUKIANO...

**petar@sage-popovich.com**     10/8/23
airplane repossession request
Hello, My name is Miki Kotevski and I have a repossession request. At least two 787s and two 737 Maxs are subject to forfeiture. I am working on attai...

**nsd.ovt@usdoj.gov**     10/8/23
if it is my father arrest him
if it is my father doing all this shit behind my fucking back, arrest him immediately. he does not have my consent and is a psychotic manipulative liar.

**nsd.ovt@usdoj.gov**     10/8/23
What part of
what part of you are enabling psychopathic war criminals and war crimes and that you have become psychopaths don't you understand? I want my full r...

**Tiffany Harvey**     10/8/23
Help Requested.
Hello Tiffany, How are you? I have a favor to ask of you and it is really simple. Do you know how to file a workman's compensation lien in Illinois? I have a cl...

**nsd.ovt@usdoj.gov**     10/8/23

     Updated 2 minutes ago
1 Unread     

**New Message**

airline for a certain amount of years to get certified...

**info@fusiongps.com**    10/22/23
Liability
You are liable for war crimes, torture, and racketeering. Give me all the info and contracts you have on me and every single person you talked to a...

**steve.ohalloran@chase.com**    10/13/23
18 U.S.C. 2339(a) issue and RICO liability issue for...
Hello, My name is Miki Kotevski and I am contacting you in regards to the subject of: 18 USC 2339(a), RICO, and JP Morgan Chase Bank liability for finan...

**4_n4cypj8ukcd0al3f76uiorudbdge...** 10/12/23
Unsubscribe
DO_NOT_DELETE-33z35b8yue2fi5yisy2k4s5wt1t-ne780vup7vkrds7115kys6uw4ujt3jke8ij5v0dk2txs-mjkumvblab8q1vsvgx9-DO_NOT_DELETE Apple M...

**info@arvopart.ee**    10/11/23
A request for Mr. Arvo Part
Dear Mr. Arvo Part, My name is Miki Kotevski and I live in America. Out of all the songs in the world that resonate with me, Spiegel Im Spiegel is it. Out of a...

**cesisk@sewanee.edu**    10/11/23
Miki Kotevski Request. (Confirm Receipt of Email)
This is all going to sound crazy, but truth is sometimes stranger than fiction. doing and saying this under the honor code. I am going to send you...

**Todorovic, Petar**    10/9/23
Re: airplane repossession request
Probably Rockford or even Gary for a temporary bit

 Updated Just Now
1 Unread 

**New Message**

Disregard. Email has been hacked. Thanks Niki Kotevski, J.D Sent from iPhone. I have the expectation that this email is private and confidenti...

**Edward P Richards**　　11/11/23
DOJ help
I submitted something to DOJ in Chicago and i know you talked to DOJ about me. I need your help and relay a message to them for me that all my electron...

**Bonora (US), Jeffrey A**　　11/10/23
Re: Ethics Contact
Great Jeff! Thank you again. I just want to say whatever I am requesting is completely negotiable. I just want to talk and negotiate in good faith, the fa...

**Josephine White**　　11/2/23
Re: Part-Time | Ramp Agent Offer
i tried to submit it and it wont let me.

**Josephine White**　　11/2/23
Re: Part-Time | Ramp Agent Offer
hey Josephine, I got a login, but I am having problems with which for some reason that is not being directly told to me repetitiv...

**craig@schemedesigners.com**　　11/1/23
Re: Airplane Paint Scheme Design Quote
I'll get back to you later. Thanks for the quick response. I'm in the process of getting my planes and am trying to amicably and quickly resolve legal...

**Niemi, Leslie W.**　　11/1/23

Updated Just Now
1 Unread

**New Message**

I didnt get a phone call nor an email. nor a personal visit nor a certified letter. --Miki

**Bonora (US), Jeffrey A** · · · · · · · · · · 11/21/23
Re: [EXTERNAL] Re: Ethics Contact
Boeing Miki Tea Party.docx Let me know if you got it.

**Bonora (US), Jeffrey A** · · · · · · · · · · 11/21/23
Re: Ethics Contact
Hello Jeff. I hope all is well with you and I just wanted to follow up. Did you get the attachment in the previous email? Let me know if you have any questi...

**Brittany Blackman** · · · · · · · · · · 11/21/23
Attempted To Reach You
I attempted to reach you and left a voicemail. Please call me again. --Miki

**YPatlan2@lakecountyil.gov** · · · · · · · · · · 11/17/23
Re: Probation Officer - Pretrial Unit
Ah I get it. I investigate dirty cops within dhs, cia, DOJ, nsa, and fbi and I can't get law enforcement work. #integrity. Such a joke that American law enf...

**Brittany Blackman** · · · · · · · · · · 11/16/23
Re: Lilly Butler referred me. I'm in need of work
Thank You So Much!

**Brittany Blackman** · · · · · · · · · · 11/16/23

**New Message**

justice by not allowing you to receive my emails be...

**liaisonofficeny@icc-cpi.int**　　11/25/23
I want to file a claim against Russia and others
I want to file a claim of willful and intentional
violations of international treaties, war crimes, and
RICO against GRU, the Russian military, Vladimir Pu...

**compliance@airbus.com**　　11/25/23
Corruption Issue.
The government of Russia or India committed war
crimes against me in 2015 and before and after that.
As compensation for the harm committed against...

**Bonora (US), Jeffrey A**　　11/21/23
Re: [EXTERNAL] Re: Ethics Contact
confirm receipt of email at 5:13pm. Thanks --Miki

**Bonora (US), Jeffrey A**　　11/21/23
Re: [EXTERNAL] Re: Ethics Contact
you may not get all of it. there are parts in this that
obviously relate to boeing. the reason why you
probably arent getting it is because some intelligen...

**Bonora (US), Jeffrey A**　　11/21/23
Re: [EXTERNAL] Re: Ethics Contact
Jeff, Also, the United States Attorney for the District
of Northern Illinois knows. I'm guessing Christopher
Wray of the FBI and Bill Burns of the CIA and every...

**Josephine White**　　11/21/23
Re: An Update from Envoy Air

Updated Just Now
1 Unread

New Message

**Bonora (US), Jeffrey A**                    12/2/23
Re: [EXTERNAL] Re: Ethics Contact
Jeff, This part is not addressed to you but the next
part is: dear us government agencies: you are
impeding and obstructing justice. stop your acts an...

**9-AFN-FOIA-Public-Liaison (FAA)**      12/1/23
Confirm Receipt. FOIA Request.
That is a shame. It seems that some US Intelligence
Agency or Foreign Intelligence Agency is obstructing
justice. shame on them So i'm going to need you to...

**ChicagoOutreach@fbi.gov**               12/1/23
REQUEST. RESPOND BACK AND CONFIRM RECEIP...
Hello, After being rudely hung up on by multiple
agents, i offer a proposition: I've been proven wrong
that the FBI actually tackles corruption in which yo...

**mhayden4@gmu.edu**                        12/1/23
COMPLIANCE DEMANDED
You were a principal actor and aided and abetted a
rico enterprise against me in which such crimes as
war crimes, torture, mail fraud, wire fraud, forced la...

**Bonora (US), Jeffrey A**                    12/1/23
Re: [EXTERNAL] Re: Ethics Contact
confirm this email. airplane request made in email
sent at 11:16am on Dec 1st, 2023 and approval
thereof to be made no later than 12/25/2023 at 9a...

**Bonora (US), Jeffrey A**                    12/1/23
Re: [EXTERNAL] Re: Ethics Contact
Jeff, Did you get the email I sent you on November
21st? It seems that US Intelligence is obstructing

     Updated Just Now     
1 Unread

**New Message**

WARRANTS AND NATIONAL SECURITY LETTERS...

**publicity@flatironbooks.com & com...**   12/4/23
James Comey Interview Request and Info.
Hello, My name is Miki Kotevski and James Comey
knows me well (or at least the lies about me).
Anywho, you should know that James Comey need...

**jscpg-mha@nic.in**   12/4/23
Stop Tampering With My Electronics and Give Me...
I am sorry as I cant find the right person to send this
to so please forward it to the appropriate division
within the Home Ministry. I dont who it is whether it...

**executive.office@dcbar.org & odcinf...**   12/3/23
I would like to report attorneys for war crimes, tortu...
I have a list of attorneys that committed and/or
allowed and/or facilitated over $60,000,000,000 in
damages, terrorism against an american, war crime...

**reservations@esnarailway.com**   12/2/23
Mikado 2-8-2 For Sale?
Hello, From my current understanding, I am
interested in purchasing your Mikado 2-8-2 for sale.
Is it still for sale? Thank You, Miki Kotevski

**Bonora (US), Jeffrey A**   12/2/23
Re: [EXTERNAL] Re: Ethics Contact
Jeff, This part is not addressed to you but the next
part is: dear us government agencies: you are
impeding and obstructing justice. stop your acts an...

**9-AFN-FOIA-Public-Liaison (FAA)**   12/1/23
Confirm Receipt. FOIA Request.

Updated Just Now
1 Unread

**New Message**

should be sent as a google link. Let me know if it
works. My understanding is that I have the right to r...

**Bonora (US), Jeffrey A**          12/6/23
Re: Update requested
and yes. I have all 22 minutes recorded on video
between myself, DOJ, and the US Marshalls today in
which corruption continued to be intentionally cove...

**Bonora (US), Jeffrey A**          12/6/23
Update requested
Hello Mr. Bonora, I have not heard anything back
from you all. Unfortunately for you all, people in the
both the Unite States Marshall Service and the Dep...

**records@jpso.com**          12/6/23
Records from Feb or March 2016
I am seeking all correspondence between you and
any us federal agency in either february or march
2016 that concerns me and a flight out of new orle...

**Senator Richard J. Durbin**          12/4/23
Re: Message from Senator Richard J. Durbin
Please do confirm receipt of previous email and
this email. Additionally, tell US Intelligence to stop
interfering with my electronics. If it is not them, tell...

**Senator Richard J. Durbin**          12/4/23
Re: Message from Senator Richard J. Durbin
The exact problem is that I HAVE NOT RECEIVED
THE INFORMATION REQUIRED BY LAW IN WHICH
WARRANTS AND NATIONAL SECURITY LETTERS...

**publicity@flatironbooks.com & com...**    12/4/23

Updated Just Now
1 Unread

**New Message**

**Internal Affairs (USMS)**    12/8/23
Re: [EXTERNAL] For Alex 4130
Attachment: Video.mov

**Internal Affairs (USMS)**    12/8/23
Re: [EXTERNAL] For Alex 4130
This seems to be a scam email for the DOJ. There is
no way to compress a 22 minute long video for email
without posting it on YouTube or cloud drive. Stop...

**Internal Affairs (USMS)**    12/7/23
Re: [EXTERNAL] Re: For Alex 4130
I do not know which ones they belong to--if they do
at all--as it seems to be more of a hunch. I cant
make it tomorrow to Chicago as I am checking mys...

**Internal Affairs (USMS)**    12/7/23
Re: [EXTERNAL] Re: For Alex 4130
Arrest my mother tomorrow for aiding and abetting
war crimes, torture, and rico Miki Kotevski, J.D Sent
from iPhone. I have the expectation that this email i...

**Internal Affairs (USMS)**    12/7/23
Re: [EXTERNAL] Re: For Alex 4130
I would permanently ban my parents and brother
from all my properties and my life. Miki Kotevski, J.D
Sent from iPhone. I have the expectation that this e...

**Internal Affairs (USMS)**    12/7/23
Re: [EXTERNAL] Re: For Alex 4130
Get me in witsec. I need to get completely fucking

Updated Just Now
1 Unread

**New Message**

**USDOT Reference Service**    12/11/23
Re: [High Priority] How do I obtain the data for a st...
Dear Charlotte, Thank you for your response as it
was indeed helpful but not there completely. I am
looking for an exact and individual specific piece of...

**chinaembpress_us@mfa.gov.cn**    12/10/23
Dear China and Xi
Dear China and Xi, For years, you have stolen from
me that includes millions and billions of dollars of my
intellectual property. you engaged in a conspiracy...

**marmstrong@scu.edu, sdiamond@s...**    12/9/23
To Dean Michael Kaufman (SCU Law Liability fo...
Confirm Receipt of Email as DoD/FBI/CIA and/or
foreign intelligence agencies are currently
obstructing and interfering with my electronics. My...

**usn.ncr.dns.mbx.don-foia-pa@us.n...**    12/8/23
Miki Kotevski FOIA
Any and all documents concerning the following: #1:
my military service; #2: memos authorizing me to be
tortured and have war crimes committed against m...

**hqmcfoia@usmc.mil**    12/8/23
FOIA For Milan Kotevski
As I am utterly bewildered by the onslaught of
psychological operations being undertaken against
me for being an American without Due Process of I...

**9-AFN-FOIA-Public-Liaison (FAA)**    12/8/23
Re: Confirm Receipt. FOIA Request.
Ms. Cummins, I sincerely apologize for the format of
the response however your response is not

    Updated Just Now
1 Unread    

**New Message**



**darlene.m.sedwick@cbp.dhs.gov, v...**   12/12/23
EEO Complaint for Milan Michael Kotevski
No doubt, DC is buzzing with discussions about me
as much as it disgusts me and angers me and i hate
it. I am autistic despite what the FBI made up in 20...

**miki.kotevski@protonmail.me**     12/11/23
Proof
Attachment: IMG_6325.jpg

**ChicagoOutreach@fbi.gov**     12/11/23
Do you want evidence or not
Do you want evidence of domestic and international
terrorism and mail and wire fraud or not? I have a
blackberry 9700 bold that most likely than not cont...

**USDOT Reference Service**     12/11/23
Re: [High Priority] How do I obtain the data for a st...
See what I am looking for is every single flight that
landed at Dulles Airport from London between Jan
2011 and Jun 2011. It is a representative sample in...

**USDOT Reference Service**     12/11/23
Re: [High Priority] How do I obtain the data for a st...
Dear Charlotte, Thank you for your response as it
was indeed helpful but not there completely. I am
looking for an exact and individual specific piece of...

**chinaembpress_us@mfa.gov.cn**     12/10/23
Dear China and Xi
Dear China and Xi, For years, you have stolen from
me that includes millions and billions of dollars of my

Updated Just Now
1 Unread

**New Message**

**Angie Ortiz**　　　　12/15/23
Re: We need to talk
Who paid you and your mom to do what you did to
me? I never fucking did. Tell me who directed you to
say and do the things you did against me. Miki Kote...

**Angie Ortiz**　　　　12/14/23
We need to talk
We need to talk. You need to describe everything
you did and all the lies you said when you were in
Japan in 2015. My life was fucking ruined because...

**Xiuyan Sun**　　　　12/14/23
Are we married? Were You In Vienna in December 2...
Were you in Vienna In December 2022? Some bad
things happened to me in Japan and I'm sorry we
havent talked. Let me know how things are going

**gldc@att.com**　　　　12/13/23
Legal Demand for Miki Kotevski. Confirm Recei...
Based Upon Information and Belief and beyond a
reasonable doubt, AT&T has aided and abetted a
RICO criminal enterprise and is therefore liable for...

**darlene.m.sedwick@cbp.dhs.gov, v...**　12/12/23
EEO Complaint for Milan Michael Kotevski
No doubt, DC is buzzing with discussions about me
as much as it disgusts me and angers me and i hate
it. I am autistic despite what the FBI made up in 20...

**miki.kotevski@protonmail.me**　　12/11/23
Proof
Attachment: IMG_6325.jpg

Updated Just Now
1 Unread

**New Message**



**5:46**

❮ Mailboxes     **Sent**     Edit

**lfreeh@alixpartners.com**    12/15/23
Dear Mr. Freeh
Hello Mr. Freeh, You gave a speech at LSU Law in
2017. I didnt go because I was tortured by the United
States and Indian and Japanese Government and t...

**neal.katyal@hoganlovells.com**    12/15/23
Cooperation Demanded
Dear Neal Katyal, You have 9 days to explain your
actions of why you are not liable for committing acts
of international and domestic terrorism against me...

**bgs@bgsdc.com**    12/15/23
What is your mailing address
What is your mailing address? I have certified mail I
would like to send to you all.

**Angie Ortiz**    12/15/23
Re: We need to talk
Angie, We need to talk as soon as possible. Let me
know if you get this.

**Xiuyan Sun**    12/15/23
Re: Are we married? Were You In Vienna in Decemb...
Sunny, We need to talk. Please respond as soon as
possible.

**miki.kotevski@protonmail.me**    12/15/23
PRINTING TODAY
PRINT TODAY

Updated Just Now
1 Unread

**New Message**

**edecker@law.usc.edu**　　12/15/23
Absolve yourself of RICO Liability
Hello, I know you know me and I hope youre doing
well either way. I will be filing a lawsuit concerning
the RICO Enterprise against me and I need you to e...

**brian.benczkowski@kirkland.com**　　12/15/23
Absolve yourself of being a member of a rico enter...
Dear Brian, During your time at DOJ, my name came
across your screen. Either you or people working
underneath you knowingily and willingly utilized per...

**alice.fisher@lw.com**　　12/15/23
Absolve yourself as a member of a RICO Enterprise
Dear Ms. FIsher, My name is Miki Kotevski and you
know me. During your time at DOJ, my name came
across your computer screen. Now I'll be simple an...

**gregory.garre@lw.com**　　12/15/23
Absolve Yourself of being a member of a RICO Ente...
You were the Solicitor General for the DOJ. I know
you know me and I know that actions within SCOTUS
during your time at DOJ as Solicitor General just w...

**lfreeh@alixpartners.com**　　12/15/23
Dear Mr. Freeh
Hello Mr. Freeh, You gave a speech at LSU Law in
2017. I didnt go because I was tortured by the United
States and Indian and Japanese Government and t...

**neal.katyal@hoganlovells.com**　　12/15/23
Cooperation Demanded
Dear Neal Katyal, You have 9 days to explain your
actions of why you are not liable for committing acts

 Updated Just Now
1 Unread 

**New Message**

**thalvorsen@mei.edu**     12/16/23
Immediate response required out to Susan
my name is Miki Kotevski. I need to talk to Susan
about her time as ambassador to Qatar and
everything she did concerning me and Qatar. If she...

**robert.mueller@wilmerhale.com**     12/16/23
Absolve yourself of RICO Liability
Dear Bob, I know you know me. For how long, I dont
know exactly, but I can start inferring around 2004 or
2005 or so. Not once did you send me a birthday c...

**andrew.weissmann@nyu.edu**     12/16/23
Absolve yourself of RICO Liability
Absolve yourself of RICO Liability in which you were
a key member or participant of crimes that entailed:
obstruction of justice, terrorism, kidnapping, extort...

秀妍 孙     12/16/23
Re: Are we married? Were You In Vienna in Decemb...
Well congrats on marrying someone else that is not
me. I am in the middle of what I can only describe as
psychological torture by either US Military or CIA a...

**jbaker@law.harvard.edu**     12/15/23
Absolve yourself of RICO liability
Dear James Baker, You know me and dont act like
you dont. you need to explain all of your actions
concerning me when you were at DOJ and FBI bec...

**edecker@law.usc.edu**     12/15/23
Absolve yourself of RICO Liability
Hello, I know you know me and I hope youre doing
well either way. I will be filing a lawsuit concerning

**New Message**

**darlene.m.sedwick@cbp.dhs.gov, v...**    12/19/23
Re: EEO Complaint for Milan Michael Kotevski
Excuse me. I wrote you all an email a week ago in
which one of you needs to handle my EEOC
complaint. Whether it is under equitable tolling, the...

**singhajay@vsnl.com**    12/17/23
Quick Message In Your Interests.
Dear Mr Ajay Singh, My name is Miki Kotevski and
I'm sure P.M. Modi and Indian Intel know about me
and I would not be surprised if someone from your...

**秀妍 孙**    12/17/23
Re: Are we married? Were You In Vienna in Decemb...
Congratulations on marrying someone else that isnt
me and that you are a mother! Being a mother and
having a family is a wonderful thing. I wish i could h...

**contactholmember@parliament.uk**    12/16/23
To Lord Parker of Minsmere
Dear Honorable Lord Parker of Minsmere, Forgive
me for my autism and American and Serbian nature
for those three create a combination of being prop...

**pressoffice@gchq.gov.uk**    12/16/23
What is your physical mailing address
what is your physical mailing address? I have papers
I would like to send to you all as I suppose having the
mailing addresses for Sir IAIN ROBERT LOBBAN an...

**秀妍 孙**    12/16/23
Re: Are we married? Were You In Vienna in Decemb...
I'm confused. Yes as in you and I are married OR yes
as in you are married but you married someone else

 Updated Just Now
1 Unread 

**New Message**

# Sent

🔍 Search                                      🎤

**ChicagoOutreach@fbi.gov**          5:24 PM
Dear FBI yet again
You continue to ignore me and this extremely
displeases me thereby showing your bad faith. There
was an indian woman named Jasmine at the dog p...

**CCD_ILND@ilnd.uscourts.gov**     Yesterday
Re: WITHDRAW MIKI KOTEVSKI'S COMPLAINT
Please file the complaint. It is 7:45pm on Christmas
and I have not heard anything back from you nor the
interested parties that know about the lawsuit. --Mi...

**ChicagoOutreach@fbi.gov**          Yesterday
Re: Do you want evidence or not
I gave you a chance that I know you are aware of and
know when i interviewed with lake county probation.
Like how I gave the cia a chance in 2020 in which I...

🔄 **CCD_ILND@ilnd.uscourts.gov**     Sunday
Re: WITHDRAW MIKI KOTEVSKI'S COMPLAINT
Just for christmas, consider the complaint
withdrawn. Then if I dont hear anything back from
the parties at issue and if you dont hear back from...

🔄 **ChicagoOutreach@fbi.gov**          Sunday
Re: Do you want evidence or not
just so we are clear. Over two weeks ago I email you
all that I have evidence of domestic and international
terrorism committed against an american and you...

Updated Just Now
1 Unread

**New Message**

**SPRING 2017:**
**Before Aina at the Navy and Andrew McCabe retaliated against PLAINTIFF.**


**Transcript:**
**After FORCED INTERROGATION IN WHICH I WAS ATTEMPTING TO SEEK PSYCHOLOGICAL HELP BY ANDREW MCCABE**

4:06pm. I am quote on quote leaving dr. jesel's office…The circumstances of my visit to the office were extremely peculiar. There was no one at the office. There was no receptionist at the office. So no patients. No receptionists. The only two people that were there was the doctor and his assistant. The doctor and I, we only briefly talked for a couple of moments. Within that, I sought to clarify that my test would have only covered autism and autism spectrum related disorders; however, I was told that (mumbles) I was given a personality test along with it. The only personality test I was given was the MMPI the third edition in which they are on the 4th if im not mistaken. And um lets see what else. My vibe that I was getting was extremely odd. It just didn't feel right. My gut instinct really didn't feel right about this whole entire issue. There was only an interview and they specifically asked.. the assistant was a polish woman that was specifically asking for my whole entire childhood history as though I can completely remember everything that happened as a kid. It never really addressed autism and that is the thing that makes it the most odd. This never addressed autism in any satisfactory way. The lady posed a question that I know she could not have known. There was no conceivable way. For instance she asked me you moved around a lot as a kid and then I never gave her any answer (in the session) that would suggest that I moved around a lot as a kid. What I did say was that every other summer that I went back and forth between Serbia and America not that I moved around a lot…Then there was a question she posed that there was no way she could have known without doing a background check. She could not have known. When I was readmitted to LSU, I never talked about it, I said I was tested for Fragile X when I wrote my submission. I said in my readmission petition I tested positive and negative for Fragile X which is my current understanding. I never told this lady about that. Never did. but she asked me about that. I never confirmed the positive and negative test for Fragile X all I said I was tested for Fragile X and um……. So it seemed more like a drilling like they were trying to establish a psychological profile of who I am and not for anything that was autism. I felt like it was establishing a profile of who I am. What are my strengths. What are my weaknesses. What could they verify. Very Suspicious.

Another Odd question. I don't want to get into the details of my issues with the Department of Justice and Department of Education; however, I did reveal a little bit. And one question she posed was: do you trust your government? And the answer I gave was that I trust my government so long as the follow the law. If anything comes from this, I felt like I was set up. That it was a complete setup. I was legitimately trying to confirm whether or not I have autism or if I fall somewhere on the spectrum and that if I got set up trying to seek help I can't think of anything

lower than that. **I was trying to get help.** # I was trying to confirm something in order to help somebody out. **Side note:←This is complete mens rea of 2016 and 2017.** I was helping out disabled students and that is why I was getting help. Confirm my autism, confirm I was helping autism students. It had nothing to do with the elections. THIS IS THE CLEAREST EVIDENCE ON THE RECORD. It wasn't to help trump out by any stretch of the imagination.

**Back to the video: And another thing.** This doctor. Ummmm. She said I had depression and it is true I was severely depressed after what I went through last year. **However, however, ummm, she discounted my learning disability. Even though (emphasis) even though there was paperwork in front of her that confirmed my disability. My writing disability, she discounted my disability. I don't know what psychologist will openly discount a patient's disability. Who does that?**

## SO WHEN THE FBI and CIA INTERROGATED ME AGAINST MY CONSTITUTIONAL RIGHTS and LAW, THEY SET ME UP AND COMPLETELY IGNORED EXCULPATORY EVIDENCE. THIS IS RACKETEERING. THEY HAD A COMPLETELY PREDETERMINED OUTCOME THEY WERE TRYING TO REACH IN WHICH _THEY WOULD COMPLETELY IGNORE THE TRUTH IN FRONT OF THEIR FACES WHEN DIRECTLY GIVEN EVIDENCE OTHERWISE._

**December 1st, 2023 call log:**





Berkeley, CA                    1:51 PM ⓘ

1 (202) 637-5528               1:48 PM ⓘ
Washington, DC

(202) 662-9000 (2)            1:47 PM ⓘ
Washington, DC

1 (202) 662-9807              1:45 PM ⓘ
Washington, DC

(203) 432-6586               1:42 PM ⓘ
New Haven, CT

(203) 432-4932               1:41 PM ⓘ
New Haven, CT

1 (203) 432-4992             1:41 PM ⓘ
New Haven, CT

1 (831) 582-4200             1:38 PM ⓘ
Monterey, CA

1 (202) 662-6000 (2)         1:36 PM ⓘ
Washington, DC

1 (510) 642-4670             1:24 PM ⓘ
Berkeley, CA

1 (212) 373-3093             1:21 PM ⓘ
New York, NY

1 (800) 225-5324 (2)         11:57 AM ⓘ
unknown

+1 (202) 798-5877 (3)

Favorites   Recents   Contacts   Keypad   Voicemail

# CALL LOGS



**11:08**

Edit     All   Missed

**(703) 740-8132**
Arlington, VA     Wednesday ⓘ

**(202) 307-9100**
Washington, DC     Wednesday ⓘ

**(202) 514-3365**
Maybe: Opr Foia     Wednesday ⓘ

**A Branko**
☑ phone     Wednesday ⓘ

**(504) 363-5500**
New Orleans, LA     Wednesday ⓘ

**(504) 303-7500**
Metairie, LA     Wednesday ⓘ

**(202) 942-5000 (2)**
Washington, DC     Wednesday ⓘ

**A Branko (2)**
☑ phone     Wednesday ⓘ

**1 (312) 435-5850**
Chicago, IL     Wednesday ⓘ

**Mom**
☑ mobile     Wednesday ⓘ

**1 (866) 835-5322**
unknown     Wednesday ⓘ

**1 (202) 267-9165**
Washington, DC     Wednesday ⓘ

Favorites    Recents    Contacts    Keypad    Voicemail



11:08

Edit · All · Missed

📞 **1 (202) 267-9165**
Washington, DC — Wednesday ⓘ

📞 **+1 (312) 421-6700**
Chicago, IL — Wednesday ⓘ

📞 **1 (703) 245-1024**
Falls Church, VA — Tuesday ⓘ

📞 **1 (773) 290-9773**
Chicago, IL — Tuesday ⓘ

**+1 (214) 892-2294**
☑ McKinney, TX — Tuesday ⓘ

📞 **1 (800) 275-2273**
unknown — Tuesday ⓘ

📞 **(214) 892-2294**
McKinney, TX — Tuesday ⓘ

📞 **(202) 514-3365 (2)**
Maybe: Opr Foia — Tuesday ⓘ

📞 **1 (312) 353-5300**
Chicago, IL — Tuesday ⓘ

**Mom (2)**
☑ mobile — Tuesday ⓘ

📞 **(214) 892-2294**
McKinney, TX — Tuesday ⓘ

**+1 (847) 841-6669**
Elgin, IL — 12/4/23 ⓘ

Favorites · Recents · Contacts · Keypad · Voicemail











11:10

Edit               All     Missed

**1 (202) 514-3847**
Washington, DC        10/17/23 ⓘ

**1 (202) 514-0716 (2)**
Washington, DC        10/17/23 ⓘ

**1 (703) 305-0289**
Arlington, VA        10/17/23 ⓘ

**+1 (202) 514-2000**
Washington, DC        10/17/23 ⓘ

**(202) 353-1555**
Washington, DC        10/17/23 ⓘ

**(800) 877-8339**
unknown        10/17/23 ⓘ

**+1 (202) 514-2000 (2)**
Washington, DC        10/17/23 ⓘ

**1 (866) 485-6789**
unknown        10/17/23 ⓘ

**1 (215) 717-3473**
Philadelphia, PA        10/16/23 ⓘ

**+1 (213) 635-2786**
☑ Potential Spam        10/16/23 ⓘ

**Mom (2)**
mobile        10/16/23 ⓘ

**Mom**
☑ mobile        10/16/23 ⓘ

★ Favorites    🕐 Recents    Contacts    Keypad    Voicemail



11:11

Edit                  | All | Missed |

☎ **1 (202) 647-3320**          10/13/23  ⓘ
　Washington, DC

☎ **(800) 522-3451 (2)**        10/13/23  ⓘ
　unknown

☎ **1 (931) 598-1000**          10/13/23  ⓘ
　Sewanee, TN

**+1 (214) 983-1914**           10/13/23  ⓘ
　Potential Spam

☎ **1 (931) 598-1000**          10/12/23  ⓘ
　Sewanee, TN

☎ **1 (931) 598-1000 (2)**      10/11/23  ⓘ
　Sewanee, TN

**Mom**                         10/10/23  ⓘ
　☑ mobile

**+1 (331) 979-8575**           10/10/23  ⓘ
　Potential Spam

☎ **(202) 514-2000**            10/10/23  ⓘ
　Washington, DC

☎ **1 (202) 514-2007 (3)**      10/10/23  ⓘ
　Washington, DC

**+1 (866) 313-3797 (2)**       10/10/23  ⓘ
　☑ unknown

**A Branko**                    10/7/23   ⓘ
　☑ phone

★ Favorites　🕐 Recents　👤 Contacts　⋮⋮⋮ Keypad　◯◯ Voicemail

**Miki Kotevski <miki.kotevski@gmail.com>**
to hello

Tell me if I got something right Andrew McCabe. I read your book--it sucks.

The following paragraph is quotes from Andrew McCabe's book and my opinion and conjecture. In March 2015, Andrew McCabe, of the FBI, wrote in his book when talking about his wife running for VA State Senate—"The next step, as Jill weighed her options—and the Democrats weighed whether they wanted her to run—would be for her to meet the <u>governor</u>. If Jill wanted to run for office, my support for her would be as solid as hers had always been for me...If Jill wanted to run for office, I would also respect absolutely all legal and ethical limits that her service might place on my own." Ummm, first off, it is not a matter of *respecting* legal limits, the actual standard Mr. FBI agent McCabe is complying with and adhering to legal and ethical standards. You can still do things that are the exact opposite of something even if you *respect* it. I respect eating healthily, but yet, when that 20oz T-Bone steak beckons me, respect disappears faster than that steak off my plate. Next, as it doesn't need proof as it is common knowledge, during March 2015 and afterwards, the Governor of VA at the time and the Clintons were wonderful friends with each other and the Clintons and the Clinton Foundation were fundraisers for the Democrat party. You may be thinking, I'm biased here. No, I am not.  What else did Mr. McCabe say about his wife's political office run: "I removed myself from any involvement in <u>cases</u> that had anything to do with *Virginia politicians*. Mr. McCabe does know there are 49 different states, U.S. Territories, and more importantly, cases in Washington D.C. that involve politicians or politics that are not included in the term "viriginia politicians," right? That includes Illinois, Louisiana, Washington D.C., and Tennessee politicians and issues. So what is my ultimate point in this paragraph? Suppose Mr. McCabe is a good loving husband, and he wants to see his wife succeed as a Virginia State Senator, but he must ingratiate himself in the Democrat party *somehow* in order for her to succeed.  No ingratiation, no Democrat approval in March 2015 for Andrew McCabe's wife to run as Virginia state senator. There's no such thing as a free lunch and funds are necessary to run as a politician. The Clintons are great fundraisers. What if the Clintons had a problem that the FBI and Andrew McCabe could dispose of so that Andrew McCabe can ingratiate himself with the Democrats and Hillary and Bill Clinton? Wouldn't it be easier for the Clintons to dispose of a problem they had if their 'hitman' got a promotion in September 2015 as the associate deputy director and then be eventually promoted yet again within 3 months of a promotion in January 2016 as the Deputy Director of the FBI (#2 in the FBI), who just so happened to be the overseer of the Clinton Investigation at this time? Hey Mr. McCabe, how would you describe the investigation into the Clintons—"It was head-quarters "Special" in which "The ***SET UP*** for Midyear was simple." Special as in special needs people and special ed people—that's respectful. Where did I see Midyear again? Sewanee Freshman year.

Let me give the benefit of the doubt to "non-corrupt" Andrew McCabe. This is what he said: "The laptop was a find, but finding the laptop was not self-evidently <u>a six-alarm</u> <u>situation.</u> During Midyear, each of the many, many times we got a new tranche of emails, a first order of business was having them "de-duplicated"—that is, compared with the ones we already had to see what might be new. [Sidenote: who is giving them all of these emails? CIA? Google

being bribed? Second, using German intelligence against my constitutional interests to obtain emails?]  This time, we would do the same thing. I tasked the job of looking into this to the counterintelligence division [what is the justification for this. What are the reasons and evidence that *counterintelligence* is warranted when there are none?], and I expected to receive reports as things developed…[now providing context: McCabe is still talking about Midyear when he says] I'd been home for two days when the Bureau applied for and received a FISA warrant to surveil a subject in connection with the Russia investigation [who is this subject? Is it me?]…[providing context: McCabe is continuing to talk about Midyear when he says] as noted, I had nothing to do with Jill's campaign. And Jill's campaign had nothing to do with the Clinton email investigation…I sought ethics advice and followed it, observed all of these prohibitions and more, avoiding even activities that might have been permitted…and even if [Viriginia Governor] McAuliffe had wanted to curry favor with me on Hillary Clinton's behalf, he would have had to be a clairvoyant. Jill's campaign was over—and she lost—in **November 2015**, <u>months before I had any knowledge of</u>, or involvement in, <u>the Clinton case</u>." THE COMMON DENOMINATOR IS ANDREW MCCABE. The question isn't so much Jill's campaign having allegedly done nothing with the Clinton email investigation, but the question is what did Andrew McCabe do for his wife's campaign? Next, it's not McAuliffe currying favor with McCabe, it is the exact opposite—McCabe currying favor with McAuliffe to curry favor with the Clintons and then McCabe currying favor with the Clintons. Bullshit, Andrew McCabe lied in his book—his knowledge of the Clinton Case was through Midyear and me.


Love you Andrew.
Take Care,
Miki

## Question for Andy McCabe



Miki Kotevski <miki.kotevski@gmail.com>

Wed, Mar 22,
1:34 PM

to hello

If you constantly chased me from behind for being a career criminal when I wasn't, does that mean you smelled my farts? Fart sniffer.

Miki Kotevski, J.D

Sent from iPhone.

I have the expectation that this email is private and confidential and shall not be shared with anyone without my consent.

### Request on behalf of: Milan Michael Kotevski



Miki Kotevski <miki.kotevski@gmail.com>

Wed, Jun 14,
4:12 PM

to subpoena (FACEBOOK)

My name is Milan Kotevski, (aka Miki Kotevski), Juris Doctorate. Based on probable cause, information and belief, I have a good faith basis in saying and alleging that the US Govt may have committed legal fraud and misrepresented things to you when they issued you any warrants, subpoenas, and/or national security letters that concern my accounts on facebook or instagram. Under RICO laws, Meta/Facebook and their respective employees may be held as a co-conspirator in facilitating such egregious conduct that can constitute RICO predicate acts against my legal and constitutional interests. I demand to see any and all documents and correspondences that concern me between Meta/Facebook and the US Government.

Cordially,
Milan Kotevski, Juris Doctorate.

### I need to ask you something



Miki Kotevski <miki.kotevski@gmail.com>

Wed, Jun 14,
4:33 PM

to Michael

I hope you're doing well. I dont like to do this, I really dont, but I need you to be completely honest with me. Did anyone in the US Government send you to talk to me. Was I the subject of any mission given to you by any US Federal Agency or Department (including Defense)?

—Miki

If i understand your subtle suggestion correctly, a certain central agency told me that you were at fault and for me to go check you out. They were pointing the finger at you and now you are pointing the finger at them. I say no more finger pointing! Finger pointing does not do anyone justice.

It has been clear that pleading, reasoning, and articulating with tangible evidence that I would never harm the United States Government has been deliberately ignored. In the movie Airplane! there is a hysterical woman that cannot get a hold of herself. See Youtube clip here: https://www.youtube.com/watch?v=FNkpIDBtC2c Get a hold of yourself because the US Government has consistently and erroneously lied that I ever had the intent to commit any terrorist activity, have anything to do with weapons of mass destruction, etc.  When and if knowing legal rights becomes hostile activity to the United States Government, that is tyranny and a violation of your oath to protect and defend the Constitution of the United States. I'm sure someone in the United States government intentionally and deliberately lied about the events of November 2009 and said it was drug activity when in fact it was not drug activity at all.  Furthermore, you know how I was framed in 2009 with drugs that you did nothing about which is aiding and abetting obstruction of justice--give me the papers on that one.

I beg to differ. Do you know what other hostile activities to the United States government are? When US government actors exploit an American on the basis of their disability for political purposes, corruption, perpetuating legal fraud upon the Court and FISA court, and facilitating war crimes to be committed against American citizens without due process of law. ***STOP YOUR HOSTILITY TO THE UNITED STATES GOVERNMENT AND THE CONSTITUTION***. You know what Bill and HIllary Clinton did to me in Summer of 2015. What matters is what is in your possession and you have those papers in your possession. I'm giving you the chance to show your integrity and to make up for legal wrongs that you have committed against me. ***Trust in institutions means that institutions necessarily own up to their mistakes because trust is a two way street. own up to your mistakes now.***

So I will continue to seek what I requested and now you know what else I require.

Cordially,
--Miki Kotevski

### DOJ's City and County of S.F. vs. Sheehan Brief



Miki Kotevski <miki.kotevski@gmail.com>                    Fri, Jul 14,
                                                            10:11 PM
to Donald.Verrilli, igershengorn

Who composed the brief? Do you understand the incredible legal and constitutional
harm that befell upon me and the country because of your actions? Your names are on
the Brief submitted to SCOTUS in which they ruled on it. I'm doing what you should
have given me: an opportunity to explain yourselves. Account for your
actions. https://www.justice.gov/sites/default/files/crt/legacy/2015/01/21/sheehansctbrief
.pdf

--Miki Kotevski, J.D.


### Northside Comm Bank Legal Compliance Issue for Milan Kotevski



Miki Kotevski <miki.kotevski@gmail.com>                    Tue, Sep 5,
                                                            12:08 PM
to mhaber

Dear Mr. Haber,

I can't stress enough how much Northside Community Bank has been there for my
family through the years. I wish for my family to continue to bank with you for years to
come. I have earned a Juris Doctorate degree and the reason why I am writing to you is
the following:

I have a good faith basis and knowledge in believing that legal fraud and obstruction of
justice was perpetuated by certain US officers against me in search warrants in which
they utilized perjured testimony, coerced confessions, and other heinous and
unconstitutional acts. Since those officers, based on a good faith basis and knowledge,
committed the obstructive acts and legal fraud _then,_ then it must be the case they have
issued you (Northside community bank) a subpoena, national security letter, Section

215 of the USA Patriot Act, or warrant in regards to any accounts that had me included in it that was induced fraudulently. You may have a gag order, but gag orders are inapplicable to when things were done fraudulently. IF it is the case that one of those invasive techniques was used to obtain records, please provide a copy of it to me so that I may properly assess it.

Cordially,
Miki Kotevski, Juris Doctorate.

**Miki Kotevski <miki.kotevski@gmail.com>**      Sun, Sep 10, 9:51 PM

to buscond (MICROSOFT)

Hello,

I'm Miki Kotevski and I am writing to you because--upon information and belief-- it is my understanding that at least the United States Government contacted you in regards to me in which they may have utilized known perjured testimony in any national security letter or warrant made out to your legal department. You have an affirmative legal duty to respond to me because legal fraud was committed and it is necessary for. you to provide me a copy of any and all records any agency or division of the United States Government, British Government, Indian Government, Japanese Government, and Qatari government may have given you. I am going to pursue RICO litigation regardless and hope that your cooperation with me is voluntary so we may resolve the issues quickly.

Cordially,
Miki Kotevski

**Miki Kotevski <miki.kotevski@gmail.com>**      Mon, Sep 25, 7:21 PM

to nsd.ovt

Sometime between 2003 through 2006, a man named Joe Bello coerced me in the basement of his home into declaring allegiance to a terrorist organization that I never had the intention of being a member of said organization. He did so because I expressed an opinion on the war on terror in which he fundamentally disagreed upon--that there is not a domestic terrorist around every single corner. Then Robert Mueller and Michael Hayden used perjured and coerced testimony in which that started a string of events of complete bullshit and an atrocity by United States officials and abuses of such the likes of which the country has never seen. Then, by my tally right now, officials from six different countries and america committed at least 100 different violations of criminal law, international treaties, constitutional rights, and more. Then

Matt Olsen refused to talk to me when I gave him the chance to. All the while denying me complete access to the courts and then manipulating my internet traffic and preventing me from obtaining justice by finding proper cases that are available on the web. What is your problem? You seem to think that profiting at a figure of $10,823,400,000 is okay in which deliberate manipulations were made to create materially misleading and fabricated narratives against me. Then somehow BILL and HILLARY CLINTON, who politically executed a disabled man before 2015 was given information by YOU (FBI) or CIA or DHS in which she managed to gain full control of the american intelligence apparatus as a private individual and did the exact thing I said not to do on the basis of my disability to execute a disabled man because of at least $10,823,400,000 in which she and her husband conspired with countries like, japan, india, united kingdom, qatar, or china in the process. Oh, that SpiceJET deal in 2010, so on my basis as it was "trade is in the offing.' You forced me to labor, made me an indentured servant, tortured me, committed war crimes against me, became a rico enterprise, and you ignore me knowing the harms youve done. Then you continue to falsely allege i'm a terrorist in which you are so fucking wrong beyond any reasonable doubt after what you all did to me in 2011 and 2015 in which you refuse to apply the definition to people that actually committed terrorist acts THAT YOU KNOW OF TO AN AMERICAN before you all pushed me to limits beyond all decency and dignity in 2016. Then you passively aggressively arrest everyone else in which Hillary and Bill Clinton enjoy their freedom after what they did to me. What happened to all of the exculpatory evidence? WHY IS IT SO HARD FOR YOU TO MEANINGFULLY RESPOND TO ME? I have no fucking idea if i'm married to Angie Ortiz or Sunny, but it sure fucking seems like it based on the torture and psyops program DoD and CIA are running. They have not meaningfully CONTACTED me and then any decisions or actions done by ICE, CBP, and DHS done from at least November 2009 are necessarily constitutionally compromised. So anything DHS has done is illlegal. Anything Sunny or Angie did in my name is illegal.

Enough hiding. Own up to what you did.
--Miki.



**Miki Kotevski <miki.kotevski@gmail.com>**                    Tue, Sep 26,
                                                                      10:36 AM

to nsd.ovt

that is not all of the evidence. I have over 1100 pages of single space that involves the attorneys in California and Qatar Airways, the government of Qatar, the United Kingdom, the japanese government, and more.

On Mon, Sep 25, 2023 at 7:21 PM Miki Kotevski <miki.kotevski@gmail.com> wrote:
Sometime between 2003 through 2006, a man named Joe Bello coerced me in the basement of his home into declaring allegiance to a terrorist organization that I never had the intention of being a member of said organization. He did so because I expressed an opinion on the war on terror in which he fundamentally disagreed upon--that there is not a domestic terrorist around every single corner.  Then Robert Mueller and Michael Hayden used perjured and coerced testimony in which that started a string of events of complete bullshit and an atrocity by United States officials and abuses of such the likes of which the country has never seen. Then, by my tally right now, officials from six different countries and america committed at least 100 different violations of criminal law, international treaties, constitutional rights, and more. Then Matt Olsen refused to talk to me when I gave him the chance to. All the while denying me complete access to the courts and then manipulating my internet traffic and preventing me from obtaining justice by finding proper cases that are available on the web. What is your problem? You seem to think that profiting at a figure of  $10,823,400,000 is okay in which deliberate manipulations were made to create materially misleading and fabricated narratives against me. Then somehow BILL and HILLARY CLINTON, who politically executed a disabled man before 2015 was given information by YOU (FBI) or CIA or DHS  in which she managed to gain full control of the american intelligence apparatus as a private individual and did the exact thing I said not to do on the basis of my disability to execute a disabled man because of at least $10,823,400,000 in which she and her husband conspired with countries like, japan, india, united kingdom, qatar, or china in the process. Oh, that SpiceJET deal in 2010, so on my basis as it was "trade is in the offing.' You forced me to labor, made me an indentured servant, tortured me, committed war crimes against me, became a rico enterprise, and you ignore me knowing the harms youve done. Then you continue to falsely allege i'm a terrorist in which you are so fucking wrong beyond any reasonable doubt after what you all did to me in 2011 and 2015 in which you refuse to apply the definition to people that actually committed terrorist acts THAT YOU KNOW OF TO AN AMERICAN before you all pushed me to limits beyond all decency and dignity in 2016. Then you passively aggressively arrest everyone else in which Hillary and Bill Clinton enjoy their freedom after what they did to me. What happened to all of the exculpatory evidence? WHY IS IT SO HARD FOR YOU TO MEANINGFULLY RESPOND TO ME? I have no fucking idea if i'm married to Angie Ortiz or Sunny, but it sure fucking seems like it based on the torture and psyops program DoD and CIA are running. They have not meaningfully CONTACTED me and then any decisions or actions done by ICE, CBP, and DHS done from at least November 2009 are necessarily constitutionally compromised. So anything DHS has done is illlegal. Anything Sunny or Angie did in my name is illegal.

Enough hiding. Own up to what you did.
--Miki.

# Dear Congress and DOJ



Miki Kotevski <miki.kotevski@gmail.com>

Thu, Sep 28,
11:55 AM

to nsd.ovt

Dear Congress and DOJ,

I can specifically name Hillary Clinton (Bill Clinton) and Lynn De Rothschild as the two most likely culprits for Summer 2015 as either the Clintons or Rothschilds are equally liable or are co-conspirators in which CIA, FBI, DHS, Jeh Johnson, Andrew McCabe, Peter Strzok, Barack Obama, and John Brennan/Michael Morrell all necessarily heard me talk about the Rothschilds and Clintons in Spring 2015 in which one of them snitched and leaked to Hillary Clinton that is provable in fact. If they snitched to Hillary Clinton and seeing how Lynn De Rothschild had a fundraiser for Hillary Clinton in 2016, that leads to the RICO conclusion of both the Clintons and Rothschild approved it. Just from SpiceJET, 81 boeing 737 NG or Qatar airways and 55 airbus a320. There are equally valid and good arguments either way.

I have had nothing but good faith and I became frustrated through the years in which you had former friends like Thao Bui force me to sign a contract or snitch to you all in which you have proven nothing but bad faith and refuse to negotiate freely and in good faith. I want my restitution for at least two decades worth of maltreatment. I dont represent anyone's interest besides my own and i'm not doing this on behalf of any foreign power nor did I ever do anything for Kristina Khomova or Vera Pochtarev. I'm not acting to the detriment of the United States. I was never a spy and I never worked on behalf of any foreign government or foreign intelligence service. The only people that acted detrimentally to the United States were people like Hillary Clinton, Bill Clinton, Marcia Greenberger, John Brennan, Robert Mueller, Jeh Johnson, when they thought committing war crimes and torture against a special needs american was an appropriate course of action and/or thought the laws of america and the constitution did not apply to them. Then some of those same people decided to do shit with Angie Ortiz and directed all of her actions against me. Are you going to psychopathically argue that an inappropriate over-reaction with tyler--but still legal at the time-- in which he posed an ongoing threat to numerous students in which there 7 demonstrable instances within the span of 15 minutes that he posed a threat to students and himself somehow justifies all the egregious actions that us government officials have done? No, no way. Are you going to psychopathically argue that a man that has been treated worse than a slave for your sadistic entertainment and agenda for two decades in which I was subjected to some of the worst abuses in the modern age deserves no compensation or restitution? No, no way.

What you have constantly demonstrated is a complete exploitation on weaknesses of mine being an autistic man and weak moments that I have had. $10,000,000,000+ (whatever amount I said earlier) and more freedom is the absolute minimum. You need to cauterize the wound US Federal Government actors inflicted upon the People and upon me and give me the full restitution. All of this is helping america in the long run. What I have had inflicted upon me and what the People (and disabled americans as well) need in return are more just treatment, fairness, more freedom, opportunities, and economic prosperity and that is exactly what the restitution is doing. The only treason and war crimes were committed by certain US actors against me that imperiled the nation and not me. I, in no way, committed treason. I did not imperil the nation, but your US government actors did when they treated me the way they did. There are always going to be US government officials that are going to treat some citizens with psychopathic cruelty and sadistic unequal treatment and what they did constituted war crimes, terrorism, and treason for me to be subject to that type of treatment and sadistic cruelty. The restitution goes to ensuring the probability of that ever occurring again decreases.

You can either give me the full restitution, which is the most fucking approrpriate and reasonable course of action (or negotiate with me in fairness, equity, and equality), arrest me and continue the maladjusted behavior you all continue to exhibit, or kill me. It seems that I have come to know problems that can arise with shortsightedness by listening to you all. Dont be shortsighted.  Full restitution.

--Miki


**negotiation on to make me whole.**



Miki Kotevski <miki.kotevski@gmail.com>                              Wed, Sep 27, 12:12 PM

to nsd.ovt

Since 2008, you all have constantly and consistently denied me access to the courts in which unconstitutional surveillance denied my opportunity and access to courts.  Then you had American Intel or some Intel leak info to Joe Biden in which he directly denied me access to the courts through his executive order made august of this year. I have to send this because certain people in the DOJ are malicious. I have to have some proof on the record instead of certain actors in the DOJ lying to the court (again) like Neal Katyal and Don Virrelli did. no more abuse.  This is not a terrorist act because im requesting restitution from acts of terrorism by some of the defendants listed below. I dont want to cause any battles nor any war.  This is what _**I AM**_

<u>*CONSIDERING AS RESTITUTION.  It is not a demand. but honestly look at yourselves.*</u>

There is no meaning in the formatting in the requests below.

Andrew McCabe and John Brennan were in on the hit against me by Hillary and Bill Clinton in Japan in Summer 2015 in which the indians knew about it and assisted it and so did the japanese government (maybe china or russia too). furthermore, australia, germany, and united kingdom had a role in it as well. A demon taking the form of Stevie Wonder couldnt have been as more willfully and maliciously blind than what the FBI and CIA were when I was in Japan.  This was done precisely because what what janet napolitano, leon panetta, and robert mueller and eric holder knew and did in 2011 with the help of qatar, qatar airways, and the united kingdom. American INTEL murdered my cat and blamed me in which you all materially used that fabricated evidence against me. Then you took sarcastic musings as truth and/or coerced confessions to subject me to worst constitutional treatment to an american on american soil.  I have included a list of all the DEFENDANTS below. I am exactly the type to sue everyone to figure out who did me wrong.  That is the main part of it:

This is part of my restitution that is negotiable and is not a final offer.


**(1): It shall be law that in every presidential election cycle,
whenever *the People* vote, part of the ballot will include
the Constitutional Freedom Initiative where
an American can vote on the current state of constitutional
freedoms in America where an American can select
the option of filling out & selecting which
constitutional freedoms Congress must discuss on
the very first days of the elected president's
tenure that must pass a 10% threshold in which one whole day
must be spent on talking about just one constitutional issue selected
by *the People* in which Congress reviews SCOTUS decisions and
caselaw or in light of historical events that occurred.
Legislation must be proposed within 6 months of the
discussion date of the issue <u>in which the underlying presumption
has the basis that freedom should not be restricted nor curtailed.</u>
Maybe the issue to increase voter satisfaction with DC is not
just about candidates in a political party--it is showing
that Congress has necessarily heard *the People's* voices
on issues that impact them the most.**

**This should significantly reduce the chances of this
situation happening again.**

**You want to bridge the gap in political polarity in this country, show that the vast majority
of American's voices are heard in which you show a common understanding of priorities
amongst *the People*.**
**Here is an example of a list that can be included:**

- 1st Amendment:
  - Free Speech
  - Freedom of Religion
  - Freedom of Association

- 2nd Amendment:
  - Gun Rights.

- 4th Amendment:
  - Searches
  - Seizures

- 5th Amendment
  - Takings
  - Due Process

- 6th Amendment:

- 7th Amendment

- 8th Amendment

- 9th Amendment

- 10th Amendment

- 13th Amendment

- 14th Amendment.

- Government Accountability

- Qualified Immunity

- Healthcare

- Economy

- Issues in the workplace.

- Limits on powers.

- Law Enforcement

- Bureaucracy issues.

- Abortion

- LGBT Rights

- Civil Rights

- Disability Rights

- Government Funding

- **Appropriation (especially this one).**

    o Then create a ranked list based on funding priorities that *the People* want THEIR MONEY spent on the most that CONGRESS must acknowledge and directly address. If you actually want the People to believe that Congress cares about the People, this is the way to do it. Fuck lobbyists, that is why. They can still retain their power, but you gotta balance out the People's interests first and then hear the lobbyists.

- Taxes

- Climate Change

- State Rights

- National Security

- War

- Property Rights

- Antitrust

- Immigration

- Litigation

- Defense

- Transportation

- Science

- Educational Priorities.

- The role of state and federal governments in their lives.

- Research Priorities.

    o Then create a ranked list based on research priorities that *the People* want THEIR MONEY spent on the most that CONGRESS must acknowledge and directly address. If you actually want the People to believe that Congress cares about the People, this is the way to do it.

- Proposed New Constitutional Freedoms.

    o A fill in the blank option that any American can fill in which technological advances can categorize it

**Truly having the People's voices heard on election day shows that America is for *the People*, by *the People*.**

(A)
(1) MKT Airline Order (at list prices) all new in which the planes will be sold to me (and taken out of the total restitution request below) at cost to boeing
11—Boeing 737 Max 8
5—Boeing 737 Max 7
5—Boeing 737 Max 10
14—Boeing 787-9
4—Boeing 787-10
2—Boeing 787-8
5—Boeing 777-8F

(2) $10,823,400,000 Total

Total Appropriated by DNI to combat Terrorism, War Crimes, and Torture between 2007-2015 in which they allowed it to happen: $646,500,000,000. $12 Billion out of $646.5 Billion is 1.86%.

335,471,000 Population of America
1,431,665,000 Population of India
67,000,000 Population of United Kingdom
3,000,000 Population of Qatar
123,160,000 Population of Japan
26,439,000 Population of Australia
83,285,000 Population of Germany.

Population between all countries. 2 billion or so. If it was just a Taxpayer paying it of all the countries at issue: 1 Nickel and 1 Penny.  $0.06.

America GDP: 25,460,000,000,000
British GDP: 3,070,670,000,000
Japan GDP: 4,230,000,000,000
German GDP: 3,867,500,000,000 Euros (same conversion rate 1:1)
Qatar GDP: 237,300,000,000
Australia GDP: 1,718,000,000,000

Total GDP: 38,583,470,000,000.  Percent of Total GDP: 0.03%.

Total Assets of JP Morgan Chase: $3,665,743,000,000. 9 billion out of 3+ Trillion=
Total Percent based on assets of JP Morgan Chase: 0.327%

Allianz Insurance. 1 Trillion in assets. 12 billion out of 1 Trillion= 1.2%

TRIA: P.L. 110-160 extended TRIA to the end of 2014, but no extension legislation was enacted in this timeframe. Thus, the program expired for 12 days until P.L. 114-1 was signed by the President in January 2015. This law extended the program nearly six years, until the end of 2020, while reducing the government's share of the losses compared with the program as it was in 2014. Specifically, P.L. 114-1 gradually (1) increased the program trigger from $100 million to $200 million, (2) reduced the government share of the losses from 85% to 80%, and (3) increased the insurer aggregate retention amount from $27.5 billion to $37.5 billion and indexed it to the sum of insurer deductibles in years thereafter. P.L. 116-94 extended TRIA to the end of 2027, leaving the rest of the law essentially unchanged.

**Apple Total Assets: $335,038,000,000 in 2023.**

**United Airlines Total Assets: $**73,341,000,000

British Airways Total Assets: about $25,000,000,000

Qatar Airways Total Assets: or so $40,000,000,000

AT&T Total Assets: $408,453,000,000

Verizon Total Assets: $379,955,000,000

Xfinity/Comcast Total Assets: $262,147,000,000

Amazon Total Assets: $477,607,000,000

Boeing Total Assets: $134,774,000,000.

Delta Airlines Total Assets: $**73,497,000,000**

**Microsoft Total Assets:** $411,976,000,000

TOTAL ASSETS of Apple, United, British Airways, Qatar Airways, Delta, Verizon, Xfinity, Amazon, Boeing, etc.: $2,621,788,000,000
Total Assets of JP Morgan Chase: $3,665,743,000,000.
In Sum: $6,287,531,000,000.

12,000,000,000 and future services and products (at cost plus 17.45% so long as it is cheaper than retail prices. If it is not cheaper, than at actual cost only) for MKT Companies existence For Life=0.19%

**PLAINTIFF says, come on, no matter what way you look at it, what PLAINTIFF is asking for is less than 0.2% of Total Assets and/or 1 Nickel and 1 Penny and/or less than 2% of the amount to be appropriated to DNI over 8 years is not that unreasonable.**

Based on that consideration:
MKT Airlines, aircraft, stipulations, and DEFENDANTS will do all they can to have MKT Airlines run for a minimum of 15+ years and be successful.

a) So the following aircraft order.

> o 11 new Boeing 737-8 Max (two Mexican shiba livery) (two 'Murica Shiba livery) (7 regular shiba livery)

> o 5 new BOEING 737-10 Max (one 'Murica shiba livery) (two texas shiba livery) (one regular shiba livery) (one tennessee shiba livery)

> o 5 new BOEING 737-7 Max (one LSU shiba paint livery) (one shiba paint livery) (3 MKT Macedonian Airlines).

> o 14 new BOEING 787-9 (two Mexican shiba livery) (one Qatar shiba livery) (one british shiba livery) (8 regular shiba livery) (one Yugoslav shiba livery) (one mafioso shiba livery. Aircraft name: RICO)

> o 4 new Boeing 787-10 (one free speech shiba paint livery) (2 regular shiba livery) (one aussie shiba livery)

> o 2 new Boeing 787-8 kawaii one and one veteran shiba livery.

> o 5 new Boeing 777-8F (one military livery).

> o 1 Boeing 787-9 or Airbus A330neo that is four years old or less to be paid by Qatar Airways to be given to Air Serbia. 1 Airbus A320neo that is less than 10 years old to be given to Air Serbia (paid for by Qatar Airways) and 2 Airbus A321neo that are less than 10 years old (paid for by Delta Airlines) to be given to Air Serbia.

o 2 BOEING APACHE HELICOPTERS FULLY LOADED AND ARMED. Ready to go and spare parts. DoD teaching me how to use them and maintain them.

o All basic economy seat pitch in the 737 and 787 Boeing will be minimum of 32".

o Free WiFi

o **737s** (the 737 Max 8s unless otherwise noted):

- 1 row of MKT Super Suites--1-1
  - 2 Passengers
- 3 rows of Shiba Business--2-2
  - 12 Passengers
- 4 rows of Premium economy--3-3
  - 24 Passengers
- 2 rows of Emergency Exit
  - 6 Passengers
- 17 rows Economy--3-3
  - 102 Passengers
- Total Passengers: 146 Passengers
- Point of Service for food and drinks from Entertainment Screens or on phone with app. Instead of calling crew to seat with the button (that will be there too), you can order what you want on your phone or entertainment screen in front of you and have crew bring it to you.
- Special purpose MKT Charter 737 Max 8 will be in whatever style the government needs it. (all economy).
- 2 new 737 Max 7 will be combi planes (with options to include more if successful. half passenger half cargo) (see diagram below).
  - Instead of buying small aircraft like Embraer ERJ 145s,[1] it'll save on costs and provide superior passenger experience and comfort.
  - PLAINTIFF knows that rural markets will never be able to completely fill a 737 Max 7. So PLAINTIFF will take the leftover space and fill it with cargo instead of flying with empty seats and space not being put to economic use.
  - PLAINTIFF will work a deal with Amazon to provide logistics on behalf of Amazon in the combi 737 Max 7s. PLAINTIFF will contact UPS, FEDEX, and USPS as well.

o **787-9s and 787-10s,**
- Have two or three rows of MKT Super Suites (1-2-1) like Qatar Airways

- Shiba Suites in rest of business (1/3 of available plane) 2-2-2 like Oman Air's layout on their 787s.
- Premium economy—2-3-2.
- Rest: Economy—2-4-2.
- 32" pitch. Economy.
- Pet Access Door always remains locked. Passenger must give proof of pet on plane (with a ticket or stub) to crew to open the door.

- Point of Service for food and drinks from Entertainment Screens or on phone with app. Instead of calling crew to seat with the button (that will be there too), you can order what you want on your phone or entertainment screen in front of you and have crew bring it to you.

## o Boeing 787-8 Veterans Unit/DoD Charter
- All economy features on 787s applicable.

## o Kawaii One. Boeing 787-8.
- 3 Shiba Super Suites
- 18 Business Suites
- 13 Premium Economy
- 4 Handicap/Premium Economy
- 154 Economy.

## o DoD/Charter. Boeing 787-9
- 12 Business Seats
- 4 Handicap Seats
- 210 Economy
- 226 Total.
- o Tote-Bags: Business & Premium Economy
  - Premium Blanket.
  - Ear Plugs
  - Eye Mask
  - Neck Pillow
  - Slippers
  - Toiletries
  - Available for purchase in Economy.
- o Basic Economy (domestic)
  - Free drinks

- ▪ Blanket.
- ▪ Snacks
  - o Basic Economy (international)
    - ▪

...

[Message clipped]  [View entire message](#)



Miki Kotevski <miki.kotevski@gmail.com>

to nsd.ovt

I talked to Warwick Allen about fabricating evidence against me with cia and us intels capability to make fake videos in spring 2015, what happened to that evidence?

Miki Kotevski, J.D

Sent from iPhone.

I have the expectation that this email is private and confidential and shall not be shared with anyone without my consent.

On Sep 27, 2023, at 12:12 PM, Miki Kotevski <[miki.kotevski@gmail.com](mailto:miki.kotevski@gmail.com)> wrote:

...

[Message clipped]  [View entire message](#)



Miki Kotevski <miki.kotevski@gmail.com>

to nsd.ovt

Also forgot to mention Michael Morell was part of the conspiracy against me and violated 18 USC 1962(d).

Miki Kotevski, J.D

Sent from iPhone.

I have the expectation that this email is private and confidential and shall not be shared with anyone without my consent.

On Sep 27, 2023, at 12:12 PM, Miki Kotevski <[miki.kotevski@gmail.com](mailto:miki.kotevski@gmail.com)> wrote:

Since 2008, you all have constantly and consistently denied me access to the courts in which unconstitutional surveillance denied my opportunity and access to courts. Then you had American Intel or some Intel leak info to Joe Biden in which he directly denied me access to the courts through his executive order made august of this year. I have to send this because certain people in the DOJ are malicious. I have to have some proof on the record instead of certain actors in the DOJ lying to the court (again) like Neal Katyal and Don Virrelli did. no more abuse. This is not a terrorist act because im requesting restitution from acts of terrorism by some of the defendants listed below. I dont want to cause any battles nor any war. This is what ***I AM CONSIDERING AS RESTITUTION. It is not a demand. but honestly look at yourselves.***
...

[Message clipped]  [View entire message](#)



Miki Kotevski <miki.kotevski@gmail.com>

to nsd.ovt

Sun, Oct 1, 12:03 AM

Not Georgetown but George Mason

Miki Kotevski, J.D

Sent from iPhone.

I have the expectation that this email is private and confidential and shall not be shared with anyone without my consent.

On Sep 30, 2023, at 11:37 PM, Miki Kotevski <[miki.kotevski@gmail.com](mailto:miki.kotevski@gmail.com)> wrote:

Also forgot to mention Michael Morell was part of the conspiracy against me and violated 18 USC 1962(d).

...

[Message clipped]  <u>View entire message</u>



Miki Kotevski <miki.kotevski@gmail.com>

to nsd.ovt

<div align="right">Sun, Oct 1, 5:25 PM</div>

Hunter and Jim Biden made me sign something. Stop obstructing and tell me what did they make me sign. Has the DOJ ever heard of Wong Sun or no? That when there's a political hit against me because my services were worth more than 10 billion dollars, where were you and the fbi on this or was Andrew McCabe too busy with conspiring with Hillary Clinton to understand what he was doing was wrong? Answer me. Oh by the way, I can talk as much shit as I god damn well please after what you all did to me and for it not to be serious but an an actual expression of the way I felt after what you all did before. You seem to think that one after being robbed of more than ten billion dollars and war crimes and torture committed against him seem to think that person is not going to ever express anything that just constitutes emotional hyperbole. I want my full restitution and bring me to court and you have to expose everything you did. I'm no spy.

Miki Kotevski, J.D

Sent from iPhone.

I have the expectation that this email is private and confidential and shall not be shared with anyone without my consent.

On Sep 30, 2023, at 11:37 PM, Miki Kotevski <<u>miki.kotevski@gmail.com</u>> wrote:

Also forgot to mention Michael Morell was part of the conspiracy against me and violated 18 USC 1962(d).

...

[Message clipped]  <u>View entire message</u>

**Miki Kotevski <miki.kotevski@gmail.com>**

<div align="right">Thu, Oct 5, 3:11 PM</div>

to harold.koh (HAROLD HONGJU KOH)

You know me. You need to explain everything you did concerning me during your tenure at state.

--Miki Kotevski

**Miki Kotevski <miki.kotevski@gmail.com>**                    Thu, Oct 5,
                                                                4:13 PM

to jjohnson JEH JOHNSON

Cooperate with me and tell me everything you did against me.

--Miki Kotevski

**Miki Kotevski <miki.kotevski@gmail.com>**                    Thu, Oct 5,
                                                                6:57 PM

to ohchr-unvfvt

THE CIA, DoD, NSA, or FBI or someone foreign intelligence agency is fucking with my electronics and obstructing justice yet again and I wish to file a complaint. Give me an email address of who i can talk to so I can file a complaint.

--Miki
**One attachment** • Scanned by Gmail



UNITED NATIONS
HUMAN RIGHTS
OFFICE OF THE HIGH COMMISSIONER

FEEDBACK AND SUPPORT

## uncil Complaint Procedure

he Working Group on Communications to determine the nature and scope of your complaint. Please carefully read all information relating to the submission of
uncil

| ent | Alleged Victim | Another international or regional investigation or settlement | Facts | Domestic Remedies | Confidentiality | Declaration | Review & Submit |

UNITED NATIONS
HUMAN RIGHTS
OFFICE OF THE HIGH COMMISSIONER

## We apologize for the inconvenience. An error has occurred.

## In re: Miki Kotevski



Miki Kotevski <miki.kotevski@gmail.com>                         Mon, Oct 9,
                                                                1:35 PM

to VulnerabilityDisclosure

This is not a legal request. It is to inform Boeing of the nature of some of the claims I
may have and to negotiate fairly, equitably, and in good faith. Please send this to Brett
Gerry as soon as possible. This is super confidential and top secret. Some parts of it
may not make sense to you as it is part of an ongoing issue with certain federal officials.
President Biden and Merrick Garland probably will have a copy of it soon enough. I dont
care. I dont wish to harm anyone or adversely impact a company and current and
ongoing customers and relationships. I just want to be included.

 **Boeing Miki's Tea Party.pdf**

Cordially,
Miki Kotevski Juris Doctorate.


**Miki Kotevski Request. (Confirm Receipt of Email)**



Miki Kotevski <miki.kotevski@gmail.com>

Wed, Oct 11,
11:09 AM

to cesisk@sewanee.edu

This is all going to sound crazy, but truth is sometimes stranger than fiction. doing and
saying this under the honor code.  I am going to send you a copy via gmail and my
other email account to make sure you get this email.

I know Sewanee has the Roberson project, which is great, and I am a victim of human
trafficking and indentured servitude by the American Government as well as at least
three different foreign governments. Furthermore, even acts of torture, war crimes,
RICO predicates, and terrorism were committed against me. Remember, I just said that
under the Honor Code. I am extremely wounded and hurt. Some of those occurred in
2010 and 2011 during my time at Sewanee. I have been able to truthfully assess and
come to a conclusion that at least I suffered $10,823,400,000 in damages from just
2010 and 2011 alone. Treble damages under RICO of $32,470,200,000.  I, for sure, got
two more years for the statute of limitations on RICO to end around 06/26/2025, but
seeing how I have been denied twice from submitting complaints to the United Nations
about the abuses and crimes I experienced which I have screenshots of, I probably now
have to at least October 10th, 2033 as that would be 100% obstruction of justice. This is
not going to go away for a long time.

Now I dont know if you understand how RICO and War Crimes/Geneva Convention
liability works, but I'll explain my current understanding of how the law
works: DEFENDANTS are bound together (severally & jointly) by PINKERTON liability
and/or previous case law from the Nuremberg trials finding REICHSBANK, WALTHER
FUNK, and HJALMAR SCHACHT, at a minimum, guilty as co-conspirators & having
aided and abetted the Nazi's war crimes and/or as RICO co-conspirators & members of
the Enterprise or association under 18 U.S.C. 1962(d) and/or are vicariously liable for
DEFENDANTS actions and/or are principals & accessories after the fact for any
instance that took place when PLAINTIFF resided in Louisiana under Louisiana Revised
Statutes RS 14 §24; RS 14 §25 and/or aided and abetted a conspiracy in violation of 18
U.S.C.§241 and 18 U.S.C. §1985(2) and 18 U.S.C. §1985 (3) and/or any other reason.

This is what I know: I know at least Andrew McCabe, Robert Mueller, Peter Strzok, Janet Napolitano, and other unknown officials in the FBI, CIA, DHS, and DOJ all have contacted you in regards to me. I know that probably Professor Schneider and certain FBI officials like Andrew McCabe and Peter Strzok (and/or other unknown DOJ and FBI officials, probably some from the Northern District of Georgia) did in which they conspired against me on the basis of my disability and title vi status and thus started one of the many chains of causation.

Now I know Sewanee and I havent had the best relationship over the years. Here is your decision for you to make right now. Cooperate with me or be a defendant.  Your silence means you have decided to become a defendant. There is no such thing as attorney-client privilege for war crimes, torture, and RICO.  You have no privileges.

If you decide to work with me, you can tell me who in any government agency talked to you about me and provide all the documentation on that. Who was the internet service provider in Sewanee between 2007-2011, where did Sewanee host it's IT servers, the contract between Google and Sewanee for hosting Sewanee's email accounts, everything you have on Officer Rollins (regardless of current employment status), everything you have on Mary Beth Willams Bankson, and more. I'm especially upset about the incident involving an officer that came into my dorm room in March or April 2008 doing a wellness check so every document about that. Which officers were part of the interrogation outside in Humphrey's parking lot dorm in my freshman year. All the names of officers employed between 2007-2011. More documents.

The United States Government refuses to meaningfully interact or help me so it seems like they are the culprits until they prove me wrong. So what is it going to be?

--Miki Kotevski, Juris Doctorate. Class of 2011.

### 18 U.S.C. 2339(a) issue and RICO liability issue for JP Morgan Chase.



Miki Kotevski <miki.kotevski@gmail.com>

Fri, Oct 13, 3:42 PM

to steve.ohalloran

Hello,

My name is Miki Kotevski and I am contacting you in regards to the subject of: 18 USC 2339(a), RICO, and JP Morgan Chase Bank liability for financing terrorism . I need to immediately talk to whomever in the legal department handles issues with financing, terrorism, and RICO as well. You need to contact immediately and cooperate with me on this. There is a paper trial connecting JP Morgan Chase to an incident of domestic and international terrorism as well as RICO racketeering

that occurred in 2010 and 2011 and the statute of limitations has not run on this issue because it is an ongoing pattern. I am a victim of the incident of domestic and international terrorism.

my other email is: miki.kotevski@gmail.com
my cell phone is: 847-380-0400

--Miki Kotevski. Juris Doctorate.

**Miki Kotevski <miki.kotevski@gmail.com>**                    Sun, Oct 22, 11:01 PM

to info (FUSION GPS)

You are liable for war crimes, torture, and racketeering. Give me all the info and contracts you have on me and every single person you talked to about me

Miki Kotevski, J.D

Sent from iPhone.

I have the expectation that this email is private and confidential and shall not be shared with anyone without my consent.

**Miki Kotevski <miki.kotevski@gmail.com>**                    Fri, Dec 1, 5:39 PM (9 days ago)

to 9-AFN-FOIA-Public-Liaison

That is a shame. It seems that some US Intelligence Agency or Foreign Intelligence Agency is obstructing justice. shame on them

So i'm going to need you to confirm receipt of this email and the following request:
On either March 10th, 2011 or March 11th, 2011, United Airlines Flight #925 flew from London To Dulles in which I was a passenger on the flight. It is my understanding it was an operation by DHS, CIA, DoD, British Intel, and Indian Intel (and possibly qatari intel as well). Anyway, as it was a major operation and I was a passenger in the flight, you dont get to claim national security privileges nor any other privileges because I was forced to labor and you would be covering up RICO Acts as well as an act of terrorism committed against me. So I need every single thing, documents, video, radar stills, of the repairs the flight went under in London on March 10th, 2011 and March 11th, 2011 (i.e. why was it delayed), the exact flight path of the flight on those days, all information related to the flight from the exact moment it landed on dulles' runway, etc. Dulles airport is obstructing justice. Please do this for me as I really want to work with the FAA in the future. It is not you (the FAA) i am after. I just want to be my own pilot and have my own airline one day after what was done to me (at least from the FAA perspective).

Cordially,
Miki Kotevski.



**9-AFN-FOIA-Public-Liaison (FAA)**

Fri, Dec 8, 5:37 PM (2 days ago)

The Freedom of Information Act (FOIA) is a document retrieval system, whereby an individual can req
age



**Miki Kotevski <miki.kotevski@gmail.com>**

Fri, Dec 8, 7:00 PM (2 days ago)

to 9-AFN-FOIA-Public-Liaison

Ms. Cummins,

I sincerely apologize for the format of the response; however, your response is not adequate nor acceptable. Put in another way, I want every single document, video, and/or record that concerns United Airlines Flight #925 on March 11th, 2011 or states United Airlines (or abbreviations thereof) Flight #925 on March 11th, 2011 on any document at all. This is extremely specific. I have included this diagram to assist in the process and what it should specifically focus on and the exact nature of my request. So I'll repeat it: any and all documents, records, and/or videos of UAL Flight #925 at both Dulles and London on March 10th, 2011 and March 11th, 2011. Period. DoD just cant rape and pillage DOT of their records; why if they did that, we would be living in a military dictatorship and in complete violation of their oath to the country.

You got your dates wrong by the way and I consider your previous email invalid because I cant respond to a demand that happened in 2022 in December 2023 after being notified about it today.

RICO is a good law with the best of intentions. RICO PRECEDENT AND CASELAW says failing to assist me in my endeavor in apprehending those who committed these acts against me as liable as a co-conspirator and principally aiding and abetting a RICO Enterprise.

Again, from my heart and soul, I look forward to working with DOT and FAA when I start my own airline that is owed as legal compensation for the harms committed.

Thank You,
--Miki

**Miki Kote vski**                    Thu, Dec 7, 12:34 PM (3 days ago)

IMG_6338.MOVI have attached the movie and it should be sent as a google link. Let me know if it won when



**Inte rnal Aff airs (US MS)**                    Thu, Dec 7, 12:37 PM (3 days ago)

This is an automatic reply confirming the receipt of your complaint from the United States Marshals Se



**Miki Kote vski**                    Thu, Dec 7, 5:08 PM (3 days ago)

I strongly suspect my parents are intentionally trying to harm me and are compulsive liars. If anything I



**Inte rnal Aff airs (US MS)**                    Thu, Dec 7, 5:11 PM (3 days ago)

This is an automatic reply confirming the receipt of your complaint from the United States Marshals Se



**Miki Kote vski**

Thu, Dec 7, 5:12 PM (3 days ago)

They're either in a cartel or in intelligence. I can't determine which one. On Dec 7, 2023, at 5:08 PM, M



**Inte rnal Aff airs (US MS)**

Thu, Dec 7, 5:14 PM (3 days ago)

This is an automatic reply confirming the receipt of your complaint from the United States Marshals Se



**Miki Kote vski**

Thu, Dec 7, 5:14 PM (3 days ago)

My parents also obstructed Justice in someway and have intentionally hid shit from me that is causing
Miki Ko



**Inte rnal Aff airs (US MS)**

Thu, Dec 7, 5:17 PM (3 days ago)

This is an automatic reply confirming the receipt of your complaint from the United States Marshals Se



**Miki Kote vski**

Thu, Dec 7, 5:32 PM (3 days ago)

My parents are psychotic liars and they have no legal authority over me and anything they did in my na



**Inte rnal Aff airs (US MS)**

Thu, Dec 7, 5:35 PM (3 days ago)

This is an automatic reply confirming the receipt of your complaint from the United States Marshals Se



**Miki Kote vski**

Thu, Dec 7, 5:41 PM (3 days ago)

Get me in witsec. I need to get completely fucking away from my parents On Dec 7, 2023, at 5:35 PM, wrote:



**Inte rnal Aff airs**

Thu, Dec 7, 5:42 PM (3 days ago)

**(US
MS)**
This is an automatic reply confirming the receipt of your complaint from the United States Marshals Se



**Miki
Kote
vski**

Thu, Dec 7,
6:03 PM (3 days
ago)

I would permanently ban my parents and brother from all my properties and my life. On Dec 7, 2023, a
<Internal.Affairs@usdoj.g



**Inte
rnal
Aff
airs
(US
MS)**

Thu, Dec 7, 6:05 PM (3
days ago)

This is an automatic reply confirming the receipt of your complaint from the United States Marshals Se



**Miki
Kote
vski**

Thu, Dec 7,
6:09 PM (3 days
ago)

Arrest my mother tomorrow for aiding and abetting war crimes, torture, and rico  This is an automatic r



**Inte
rnal
Aff**

Thu, Dec 7, 6:10 PM (3
days ago)

**airs
(US
MS)**

This is an automatic reply confirming the receipt of your complaint from the United States Marshals Se



**Miki
Kote
vski**

Thu, Dec 7,
9:07 PM (3 days
ago)

I do not know which ones they belong to--if they do at all--as it seems to be more of a hunch. I cant ma
h



**Inte
rnal
Aff
airs
(US
MS)**

Thu, Dec 7, 9:08 PM (3
days ago)

This is an automatic reply confirming the receipt of your complaint from the United States Marshals Se



**Inte
rnal
Aff
airs
(US
MS)**

Fri, Dec 8, 12:50 PM (2
days ago)

Thank you for contacting the United States Marshals Service, Office of Professional Responsibility, Int
USMS O



**Miki Kotevski**

Fri, Dec 8, 2:15 PM (2 days ago)

This seems to be a scam email for the DOJ. There is no way to compress a 22 minute long video for e

aidin



**Internal Affairs (USMS)**

Fri, Dec 8, 2:18 PM (2 days ago)

This is an automatic reply confirming the receipt of your complaint from the United States Marshals Se



**Miki Kotevski**

Fri, Dec 8, 3:22 PM (2 days ago)

On Dec 8, 2023, at 2:18 PM, Internal Affairs (USMS) <Internal.Affairs@usdoj.gov> wrote:



**Internal Affairs (USMS)**

Fri, Dec 8, 3:23 PM (2 days ago)

to me



Hi this is Irene, please click on the link to authenticate your account. I'll be helping you further.
Let's verify your account to continue here in social media. Click this link and log in with your myAT&T User ID and password: http://sm.att.com/69831f9 Let me know if you have trouble.
10:51 am

Hello, I tried clicking the link and it has not worked for me.
11:23 am

I submitted information to AT&T via privacy sometime ago and was intentionally ignored. Under the law and precedent, the content of my message was willfully ignored and this constitutes a criminal act in furtherance of a rico enterprise.
11:24 am

The FBI, NSA, and CIA issued to AT&T warrants that were in furtherance of a rico enterprise that were based on legal fraud, obstruction of justice, perjury, and more.
11:25 am

the failure to remedy this makes at&t liable for their actions. The rico enterprise's actions thus far consists of: war crimes, torture, attempted murder, human trafficking, forced slavery and indentured servitude, and the damages exceed $40,000,000,000
11:26 am

You need to get your lawyers to contact me immediately or you will be named a defendant in the lawsuit. If you fail to respond to me adequately within the next week, I will ask for full ownership of AT&T because you received funds from the rico enterprise and gained money from it. furthermore, nuremburg precedent says you are liable for the war crimes committed against me. Assist and comply now with me or be owned by me. your choice.
11:29 am

Confirm you have read the prior messages and that you understand it
11:30 am

it is not my fault that andrew mccabe and peter strzok or jeh johnson were corrupt officials that leaked the details of an ongoing investigation to a psychotic hillary and bill clinton who had effective control of the fbi, dhs, cia, and nsa and they all stood by and did fucking nothing to appease hillary clinton. not my fault at all. it's their fault completely. you telling me fbi, dhs, cia, and nsa are incapable of amicably contacting me in person and resolving it peacefully? fuck outta here.

Case Number: 102138101517

Hi,

Thanks for contacting Apple. If you still need help with this case, let us know. Click the link below, and we'll connect you with the next available expert.

Case ID: 102138101517

https://getsupport.apple.com/GetCaseDetails.do?caseid=102138101517

For assistance with any other issue, please see this page:

https://support.apple.com/contact

Sincerely,
Apple

**BlackBerry Bold 9700 - Phone not turning on**

**[ ref:!00D360b9zz.!5003Z01eda2Y:ref ]**
Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation

BlackBerry Support <help@blackberry.com>

Fri, Dec 1,
6:55 PM (9 days
ago)

to me

Hello Miki,

I tried contacting you today on your provided contact number but was not able to reach you.

We are sorry to know that your BlackBerry Bold 9700 is no longer turning on. We regret to inform you that the Legacy devices and BlackBerry 10 devices have reached End of Life (EOL) status on January 4, 2022. By this time, BlackBerry no longer troubleshoot issues directly related to the OS or application.

We also do not have a BlackBerry repair center that can repair your device. Please check with your local third party repair centers for repair options.

For all information and details available, please visit our EOL info page:

https://www.blackberry.com/us/en/support/devices/end-of-life

Kind regards,

BlackBerry Customer Support


ref:!00D360b9zz.!5003Z01eda2Y:ref



Thank you for taking the time to contact Verizon.

A member of our Executive team will be in contact with you.

**Ethics Contact**

Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



Bonora (US), Jeffrey A <jeffrey.a.bonora@boeing.com>

Fri, Nov 10, 11:26 AM

to me

**Jeff A. Bonora CCEP, LPEC**
St. Louis Region, Compliance & Ethics Officer
Law & Global Compliance│Ethics
Ethics Line. (888) 970-7171 (Caller-ID Disabled)
Speak Up… Ethics@Boeing

...

[Message clipped]  View entire message



Miki Kotevski <miki.kotevski@gmail.com>

Fri, Nov 10, 11:53 AM

to Jeffrey

Great Jeff! Thank you again.

I just want to say whatever I am requesting is completely negotiable. I just want to talk and negotiate in good faith. the facts are to my current understanding.

I look forward to hearing back from you all. Thanks again and have a blessed day

--Miki

  **Boeing Miki's Tea Party.pdf**

**One attachment** • Scanned by Gmail



Miki Kotevski <miki.kotevski@gmail.com>                    Tue, Nov 21,
                                                                    10:08 AM
to Jeffrey

Hello Jeff.

I hope all is well with you and I just wanted to follow up. Did you get the attachment in
the previous email? Let me know if you have any questions

--Miki



Bonora (US), Jeffrey A                                       Tue, Nov 21,
                                                                    11:49 AM
to me

No sir, didn't get any attachments.

**Jeff A. Bonora CCEP, LPEC**
St. Louis Region, Compliance & Ethics Officer
Law & Global Compliance│Ethics
Office (314) 232-0722 (Caller-ID Disabled)
Cell (425) 306-4384 (Caller-ID Enabled)
Ethics Line. (888) 970-7171 (Caller-ID Disabled)
Speak Up… Ethics@Boeing

**From:** Miki Kotevski <miki.kotevski@gmail.com>
**Sent:** Tuesday, November 21, 2023 10:08 AM
**To:** Bonora (US), Jeffrey A <jeffrey.a.bonora@boeing.com>
**Subject:** [EXTERNAL] Re: Ethics Contact

> EXT email: be mindful of links/attachments.

Hello Jeff.

I hope all is well with you and I just wanted to follow up. Did you get the attachment in the previous email? Let me know if you have any questions

--Miki

On Fri, Nov 10, 2023 at 11:53 AM Miki Kotevski <miki.kotevski@gmail.com> wrote:
Great Jeff! Thank you again.

I just want to say whatever I am requesting is completely negotiable. I just want to talk and negotiate in good faith. the facts are to my current understanding.

I look forward to hearing back from you all. Thanks again and have a blessed day

--Miki

 **Boeing Miki's Tea Party.pdf**Error! Filename not specified.

---

**One attachment** • Scanned by Gmail



Miki Kotevski <miki.kotevski@gmail.com>

Tue, Nov 21, 1:44 PM

to Jeffrey

 **Boeing Miki Tea Party.docx**
Let me know if you got it.

**One attachment** • Scanned by Gmail



Miki Kotevski <miki.kotevski@gmail.com>

Tue, Nov 21, 2:09 PM

to Jeffrey

Jeff,

Also, the United States Attorney for the District of Northern Illinois knows. I'm guessing Christopher Wray of the FBI and Bill Burns of the CIA and every other head of DoD and American Intel knows. Probably Ill take a guess and say british intel knows and indian intel does too. Guessing Joe Biden knows too. Report it all you want, they already know.

I sincerely from every single part of my soul and heart look forward to hearing back and working with Boeing in the future.

--Miki



Bonora (US), Jeffrey A
to me

Tue, Nov 21,
2:46 PM

Nope. If you want to cat/paste the contents into the message I can read it, otherwise it's likely being blocked by our servers.

**Jeff A. Bonora CCEP, LPEC**
St. Louis Region, Compliance & Ethics Officer
Law & Global Compliance│Ethics
Office (314) 232-0722 (Caller-ID Disabled)
Cell (425) 306-4384 (Caller-ID Enabled)
Ethics Line. (888) 970-7171 (Caller-ID Disabled)
Speak Up… Ethics@Boeing

**From:** Miki Kotevski <miki.kotevski@gmail.com>
**Sent:** Tuesday, November 21, 2023 1:45 PM
**To:** Bonora (US), Jeffrey A <jeffrey.a.bonora@boeing.com>
**Subject:** Re: [EXTERNAL] Re: Ethics Contact

EXT email: be mindful of links/attachments.

Boeing Miki Tea Party.docx

**One attachment** • Scanned by Gmail



Miki Kotevski <miki.kotevski@gmail.com>

to Jeffrey

Tue, Nov 21,
5:13 PM

you may not get all of it. there are parts in this that obviously relate to boeing. the reason why you probably arent getting it is because some intelligence agency is literally obstructing justice and i am quite sick of the intelligence agencies ruining my life and i would like a fresh start.

basically, the law requires as restitution from boeing to me: 2 new apache helicopters (fully armed) and some new boeing 737s and 787s. I wish i was a billionaire or had the charisma and ruthlessness to be successful on wall street; but alas, i dont. i'm just requesting a negotiation in fairness based on the legal harm that was done to me. i dont wish to fuck over boeing; the exact opposite: i wish to be part of the boeing family.

thanks.
--Miki

**MIKI'S TEA PARTY.**

FBI: ROBERT MUELLER. DOD GENERAL COUNSEL, JEH JOHNSON. CIA: LEON PANETTA. DHS. JANET NAPOLITANO. DOJ Attorney General: ERIC HOLDER. DOJ Solicitor General: Neal Katyal.

**Error! Filename not specified.**

PLAINTIFF has to get this completely out of the way by factually distinguishing the applicability of certain facts in this chapter: actual defense trade between America and India was not corrupt and was completely untainted in regard to the issues in this Chapter which is even supported by certain facts that PLAINTIFF will explain (i.e. Indian betrayal of not purchasing certain military aircraft). SO ACTUAL DEFENSE TRADE BETWEEN AMERICA, INDIA, QATAR, and UNITED KINGDOM FALLS OUTSIDE THE SCOPE OF LITIGATION IN THIS COMPLAINT and is therefore inapplicable except for the instances in which PLAINTIFF proves at least at a clear and convincing evidence standard that certain things may be labeled as "defense trade," but there is evidence that shows it wasn't about *legitimate defense trade*. Furthermore, whether it was DoD or CIA is immaterial, there were events that took place on November 8th, 2018 that PLAINTIFF is still very much pissed off about that either CIA or DoD did as a pure form of intimidation and retaliation in which no other plausible explanation can be attributed for their actions. As a punitive measure, PLAINTIFF is requesting two boeing apache helicopters fully loaded and/or anti-aircraft defense systems because of what either CIA or DoD did to PLAINTIFF on November 8th, 2018 in XX; and to ensure that if DoD or CIA are going to disobey the court permanent injunction that PLAINTIFF requests, there will be punitive repercussions for their actions when PLAINTIFF will defend himself and his property from that type of occurrence again. But DoD would train PLAINTIFF on how to be proficient on an Apache Helicopter or how to use anti-air craft system on their own planes if they so choose to intimidate, tamper with, and retaliate against PLAINTIFF when there was no legitimate cause to do so in the first place.

**"The danger that high federal officials will disregard constitutional rights in their zeal to protect the national security is sufficiently real to counsel against affording such officials an absolute immunity." *Mitchell v. Forsyth*, 472 U.S. 511 (1985). "Because the Amendment now affords protection against the uninvited ear, oral statements, if illegally overheard, and their fruits are also subject to suppression. *Silverman v. United States,* 365 U. S. 505 (1961); *Katz v. United States,* 389 U. S. 347 (1967)" 18 U.S. Code § 2234 - Authority exceeded in executing warrant; 18 U.S. Code § 2235 - Search warrant procured maliciously; 18 U.S. Code § 2236 - Searches without warrant.**

What PLAINTIFF is alleging is that certain civilian trade between America, India, Qatar, and United Kingdom is necessarily tainted and corrupted. Period. So PLAINTIFF is not holding DoD responsible or as a party to that corruption as that was more State and the White House. Let me be clear on something. It was the decision made to incorporate PLAINTIFF. What goes on in

the sketchy parts of the world, PLAINTIFF understands and has absolutely no desire to have this case be a precedent in that respect, but it was DEFENDANTS' actual decision to do what they did against PLAINTIFF.

**PLAINTIFF will fight to his every last appealable decision that based on what DEFENDANTS did to PLAINTIFF and how they killed his dream of becoming a lawyer in this Chapter as well as in *An Anchor and a Pitchfork*, PLAINTIFF wants his childhood dreams to come true when he is legally correct in saying they will come true.**

In all relevant times in *Miki's Tea Party*, PLAINTIFF alleges that NSA and British Intel cooperated, conspired, plotted, and undertook numerous unconstitutional actions concerning PLAINTIFF in which they aided and abetted and facilitated an act of international and domestic terrorism and failed to properly inform PLAINTIFF of the "offing." They did this through having utilized NSA's operation at RAF Menwith Hill in North Yorkshire, United Kingdom and at GCHQ Bude in Morwenstow, United Kingdom. NSA and British Intel have had a long and long running relationship via: Echelon. Together, NSA and British Intel did one of the enumerated actions in the definition of NSA and British Intel during all times of *Miki's Tea Party*.

PLAINTIFF alleges DHS and NSA have a partnership in which DHS and NSA utilize NSA'S Threat Operations Center (NTOC), which is the primary NSA/CSS partner for Department of Homeland Security response to cyber incidents. In an Anchor and a Pitchfork, a blackmail email was sent to PLAINTIFF in which American Intel and British Intel and Aussies necessarily had PLAINTIFF under surveillance in which they all knew of the liability PLAINTIFF posed to the CLINTONS and SCOTUS. At all times, DHS and NSA via the NTOC forecasted the incident to occur from at least 06/27/2015 in *an Anchor and a Pitchfork* and 09/27/2010 in *Miki's Tea Party*. Alerts were sent to both DHS and NSA. They could have easily and readily attributed the malicious activity being undertaken against PLAINTIFF in *An Anchor and a Pitchfork* and *Miki's Tea Party*. DHS and NSA did nothing and aided and abetted RICO Enterprise 1 and RICO Enterprise 2 and furthered the objectives of RICO Enterprise 1. By having received, sent, and processed all of the information concerning PLAINTIFF in *Miki's Tea Party* and *An Anchor and a Pitchfork* at the NTOC in which information was obtained in Tennessee, England, Washington DC/Fort Meade, Illinois, Japan, and other locations, this is part of the requirement constituting furthering mail and wire fraud and other RICO predicate acts in furtherance of RICO Enterprise 1 and RICO Enterprise 2.

PLAINTIFF alleges that NSA and GCHQ work together at Menwith Hill in England and have done so through the entirety of this complaint. NSA paid GCHQ over £100 Million (over $125,000,000) between 2009 and 2012. Part of the funds went to a codenamed operation Karma Police in which NSA utilized, sent, received, and process the data from that operation; and NSA allowed GCHQ to use PRISM from at around the inception of Miki's Tea Party in 09/24/2010

that allowed GCHQ to have easy access to the systems of Google, Facebook, Microsoft, Apple, Yahoo, and Skype.

PLAINTIFF alleges that from 2007-2008 or most definitely from at least 2010-2011 through 2016 (if not longer), PLAINTIFF served as some sort of Indian "Hundi" between the Americans and Indians in which they would pass PLAINTIFF off back and forth in violation of PLAINTIFF'S 13th Amendment rights and in violation of RICO.

Executive Order 12333 states: "The Director of the Central Intelligence Agency shall coordinate the clandestine collection of foreign intelligence collected through human sources such as 'moles' or other human-enabled means and counterintelligence activities outside the United States" and National Security Council Intelligence Directive No. 5 (NSCID 5) provides that: "The Director of Central Intelligence shall conduct all organized Federal espionage operations outside the United States and its possessions for the collection of foreign intelligence information required to meet the needs of all Departments and Agencies concerned, in connection with the national security, except for certain agreed activities by other Departments and Agencies." Therefore, Leon Panetta is directly liable for the actions undertaken here and alleges such.

**The United States, India, United Kingdom, Germany, Japan, Australia, and Qatar, all violated 18 U.S. Code § 2523 (b)(1)(B)(iii) which requires that under data sharing, it must adhere to applicable international human rights obligations and commitments or demonstrates respect for international universal human rights in which DEFENDANTS violated the The Convention On the Rights of Persons With Disabilities-- was all signed by United States, India, United Kingdom, Germany, Japan, Australia, and Qatar--that violated Article 13: Access to justice; Article 14: Liberty and security of person; Article 15: Freedom from torture or cruel, inhuman or degrading treatment or punishment; Article 16: Freedom from exploitation, violence and abuse; Article l7: Protecting the integrity of the person; Article 18:Liberty of movement; Article 21 Freedom of expression and opinion, and access to information; Article 22 Respect for privacy; Article 24 Education; Article 25 Health States Parties recognize that persons with disabilities have the right to the enjoyment of the highest attainable standard of health without discrimination on the basis of disability.**

**PLAINTIFF is alleging DEFENDANTS violated 18 U.S. Code § 2523 (b)(4)(A) in which one of the following occurred: 1)The United States directed British Intel, Qatari Intel, Indian Intel, Aussie Intel, Japanese Intel, or German Intel, to intentionally target PLAINTIFF or 2) Indian Intel, British Intel, Qatari Intel, Japanese Intel, German Intel, or Aussie Intel, intentionally targeted PLAINTIFF because of RICO Enterprise 1 and shared the information with the United States Government**

- 18 U.S.C §1961 section 1546 (relating to fraud and misuse of visas, permits, and other documents).

- 18 U.S.C. § 2339 (relating to harboring terrorists).

- "However, the line must be drawn where, as here, a government agent lures the unwary innocent and then implants a law-breaking disposition that was not theretofore present. In such cases, the government takes on the unwholesome appearance of the consummate manufacturer of crime. The continuing vitality and integrity of our "government of laws" would be imperiled if we sanctioned the manufacturing of crime by those responsible for upholding and enforcing the law." *United States v. Lard*, 734 F.2d 1290 (8th Cir. 1984)

- PLAINTIFF is alleging is a violation of: *United States v. Curtiss-Wright Export Corp.,* 299 U. S. 304 (1936)

- 49 U.S.C.§46502

- 18 USC 2331 1(B)(iii) and 5(B)(iii).

- 18 U.S.C. §1961 section 1341 (relating to mail fraud)

- 18 U.S.C. §1961 section 1343 (relating to wire fraud).

- 18 U.S.C. §§ 1963(a)(1)-(3)

- Warsaw Convention.


**"The danger that high federal officials will disregard constitutional rights in their zeal to protect the national security is sufficiently real to counsel against affording such officials an absolute immunity."** *Mitchell v. Forsyth*, **472 U.S. 511 (1985). "Because the Amendment now affords protection against the uninvited ear, oral statements, if illegally overheard, and their fruits are also subject to suppression.** *Silverman v. United States,* **365 U. S. 505 (1961);** *Katz v. United States,* **389 U. S. 347 (1967)"**


**18 U.S. Code § 2331 defines international and domestic terrorism as having occurred when one does an act that is dangerous to human life in violation of the criminal laws of the United States or any state (or would be a criminal violation if committed within the jurisdiction of the United States or any state) 1): acts dangerous to human life that are a violation of the criminal laws of the United States or of any State, or that would be a criminal violation if committed within the jurisdiction of the United States or of any State and 2) appear to be intended to influence the policy of a government by intimidation <u>and/or coercion</u> OR appears to be intended to affect the government by kidnapping.**

18 U.S. Code § 2332(b)(a)(1)(A) stipulates acts of terrorism that transcend boundaries occurs when one: kills, kidnaps, maims, commits an assault resulting in serious bodily injury, or assaults with a dangerous weapon any person within the United States; or

18 U.S. Code § 2332(b)(a)(1)(B) stipulates acts of terrorism that transcend boundaries occur when one: "creates a substantial risk of serious bodily injury to any other person by damaging any conveyance (i.e. plane) or other real or personal property within the United States or by attempting or conspiring to destroy or damage any conveyance (plane), or other real or personal property within the United States." So this means that when 1) one that damages a plane in London that in itself creates a substantial risk of serious bodily injury or 2) one attempts to or conspire in damaging a plane from within the United States that occurs in London, either one of those two acts constitutes an act of terrorism that transcend boundaries. Sabotaging a plane is in itself an act that creates a serious risk to people. period.

18 U.S.C. 2339 prohibits concealing or harboring terrorists.
18 U.S.C. 2339(a) prohibits providing material resources to terrorists.

In Summer 2010, PLAINTIFF met an INDIAN man named SURESH in Pennsylvania at CAMP WAYNE in Preston Park, PA. SURESH and PLAINTIFF became friends at Camp Wayne and SURESH had invited PLAINTIFF to come to the state of Gujarat in INDIA. The only two Indians whom PLAINTIFF ever interacted with for more than 10 minutes was Chetna (See: *Big Brothers and Big Sisters*) and Suresh. PLAINTIFF decides to take SURESH up on his offer. PLAINTIFF throughout the Fall Semester of 2010 and throughout the Spring Semester of 2011 maintains contact with Suresh in which PLAINTIFF has an unrelenting desire to go to India. PLAINTIFF, to the best of his recollection, may have flown into London in August 2010 because of his grandmother's 6 month passing and had to go to Serbia. To the best of PLAINTIFF'S recollection, there was a time that PLAINTIFF had tried to go to INDIA in Fall 2010 and had to cancel; and conceivably that is where it starts. Section 215 would reveal if PLAINTIFF purchased tickets and had to cancel them in Fall 2010 or what he told Suresh on META in Fall 2010. PLAINTIFF in this time period gets into arguments with his mother about going to India, hence the reason for cancelation. PLAINTIFF relentlessly tries to go to India during his breaks Senior Year at Sewanee (Fall 2010/Senior 2011). So as PLAINTIFF makes plans to go to INDIA, DEFENDANTS in turn, make plans and conspire to use against PLAINTIFF. PLAINTIFF talks to British woman LAUREN DELLER (who he met at Camp Wayne) about coming to London in December 2010. The point being, DEFENDANTS made a plan involving PLAINTIFF in Fall 2010 in which there is ample evidence on the record PLAINTIFF was doing everything he could to come to or go from LONDON/INDIA since FALL 2010. SCOTUS knowing DEFENDANTS' numerous plans against PLAINTIFF in FALL 2010, took an extremely long time in deciding *Ashcroft v. al-Kidd*, 563 U.S. 731 (2011) when they granted cert to the case on: October 18th, 2010 (after DEFENDANTS plans were formalized in which ERIC HOLDER knew about them), DEFENDANTS knew that from 02/27/2011

PLAINTIFF had intended on gong to INDIA because he sent Suresh the following on 02/27/2011 at 02:29am: "My dear apologies Suresh for not talking to you as of late; this semester, to say the least, has been tumultuous as in matters regarding the self, matters of my existence, etc, **_and I have acquired some funds that would allow me to come visit you, that is, if you have the time to._** I would arrive on the 9th and return back home on the 16th/17th. I have done some research and would love to see somethings….", *Miki's Tea Party* went down on March 11th, 2011, *Ashcroft v. al-Kidd*, 563 U.S. 731 (2011) is argued by DOJ Solicitor General NEAL KATYAL in March 2011 who has an office in the Supreme Court the entire time between October 2010-May 2011, and *Ashcroft v. al-Kidd*, 563 U.S. 731 (2011) was decided in May 31st, 2011 because they would absolve ERIC HOLDER and different Solicitor Generals and Attorney Generals concerning their past conduct regarding PLAINTIFF. But what is *Miki's Tea Party* exactly?

As PLAINTIFF said plans are constantly made in which he plans to go to INDIA and buys airfare at sometime his Senior Year at Sewanee (probably Chase Bank will confirm the purchase date via Qatar Airlines). As a youth and maybe up until the last 4 or 5 years and this can be proven with testimony from PLAINTIFF'S family, whenever PLAINTIFF traveled as a youth, PLAINTIFF did not fall asleep on airplanes and stayed awake the whole entire flight. DEFENDANTS having had listened in on PLAINTIFF's life from at least 2008, would have necessarily come across any conversations PLAINTIFF had with his family or friends that stipulated he was surprised that he had fallen asleep on the airplane (from at least 2018).

**Side note: PLAINITIFF is not alleging a violation of *United States v. Verdugo-Urquidez*, 494 U.S. 259 (1990) as that involved non-citizens and constitutional rights; but what PLAINTIFF is alleging is a violation of: *United States v. Curtiss-Wright Export Corp.,* 299 U. S. 304 (1936), that "[*n]either the Constitution nor the laws* passed in pursuance of it have *any force* in foreign territory *unless in respect of our own citizens*," PLAINTIFF is alleging there was a search of PLAINTIFF in Germany, United Kingdom, India, Australia, and Japan. More importantly with the phrase of "in respect of our own citizens" means that as it relates to or involves an American citizen. So any searches that relate to or involve PLAINTIFF in which DEFENDANTS all have agreements with one another; so any shared communications amongst DEFENDANTS that related to or involved PLAINTIFF in any way (regardless of who sent them—american or non-american alike) means by prior precedent are entitled to at least 4th Amendment Protections because the content of the message is in respect to PLAINTIFF; and as *Stanford v. Texas and Ex Parte Jackson* so elegantly demonstrated, generalized warrants against PLAINTIFF'S 4th Amendment interests are unconstitutional when the content of the message is seized on the basis of PLAINTIFF'S protected speech in the course of transmission of message without a warrant. Therefore, any shared communications about PLAINTIFF'S obtained by foreign DEFENDANTS are unconstitutional. DEFENDANTS taint from 2008 most definitely existed at this time and DEFENDANTS' taint became immortalized from the entirety of the circumstances in *Miki's Tea Party* in which DEFENDANTS could not have absolved themselves of any unconstitutional taint and been in good faith or constituted an independent source because DEFENDANTS were all tainted.**

**Before starting this, PLAINTIFF has an issue on the dates of when all of this happened and applied. PLAINTIFF below took pictures of his passport that he had on him in 2017 or afterwards. This passport was used in *Financial Terrorism* and *Miki's Tea Party***

These are some of the most important pages of where immigration stamps were placed into the passport:

The Red Boxes Confirm the Flight Dates on or about 11/11/2009 and 11/15/2009 in *Financial* Terrorism and Arrival back into Atlanta on November 15th, 2009. The greenbox confirms PLAINTIFF went to Serbia around August 12th, 2010 for the Serbian Orthodox Church requirement of going 6 months to a graveyard after a family passed (I.e. PLAINTIFF'S grandma in 2010 in which she died in February 2010) in which DHS interacted with PLAINTIFF on 08/19/2010. The turquoise box and another box are at issue. PLAINTIFF reported his passport had been fraudulently obtained by a scammer to the Department of State, FBI, and MI5 around the beginning part of 2012; but, PLAINTIFF was allowed to fly and used a compromised passport that DHS and Department of State necessarily knew about in which PLAINTIFF even then gave the same passport to DHS on August 7th, 2012, which strikes PLAINTIFF as quite peculiar and only affirms it was British Intel that compromised PLAINTIFF'S passport in 2012. This gives an inference that DHS and Department of State did not view the passport as compromised because DEFENDANTS allowed PLAINTIFF to use it and because how could have the passport been compromised if the compromise was committed by a friendly foreign intelligence service like Scotland Yard/MI5/MI6, etc?  So here is another page:

The pink box is at issue in *Miki's Tea Party*. It says 03/10/2011. But 10/31/2010 is also extremely similar. So the event either took place on 03/10/2011 or 10/31/2010. PLAINTIFF is alleging it could have happened on 10/31/2010 just in case because that could have been a fabricated date. So when PLAINTIFF alleges the date of 03/10/2011, he is also alleging 10/31/2010 in the alternative just in case as not to lose the claim. What PLAINTIFF distinctly remembers about the days of the flight in Miki's Tea Party was that there was a '3' and '1' next to each other in which there were lots of 1's and 0's. 10/31/2010 and 03/11/2011 all fit that criteria. So to PLAINTIFF'S best recollection, it was either 10/31/2010, 03/10/2011, or 03/11/2011

**As a precursor in which PLAINTIFF alleges the financial basis of *Miki's Tea Party* is the following: "On the margins of the President's trip, trade transactions were announced or showcased, exceeding $14.9 billion in total value with $9.5 billion in U.S. export content."[1] The total $14,900,000,000 is at issue with *Miki's Tea Party*.**

So in the Spring 2011, on or about 03/10/2011, PLAINTIFF takes stand-by on United Airlines from Chicago to London. PLAINTIFF does so because PLAINTIFF'S aunt works for United Airlines and their policy--at the time--allowed for stand-by travel for family and relatives. PLAINTIFF lands in London-Heathrow with United Airlines in which DEFENDANT BRITISH AIRWAYS aids in guiding PLAINTIFF'S plane to land, directs the plane to the gate, and in which they would be watching and monitoring the movement of the plane of United Airlines Flight #925 and know about the incident that would take place at their hub. So BRITISH AIRWAYS violated 42 U.S.C. §1985(3); 18 U.S.C. §241; 18 U.S.C. §226, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S.C. §1962(d).

PLAINTIFF is in LONDON-HEATHROW AIRPORT on or about 03/10/2011. PLAINTIFF deboards his plane from Chicago and has to go through a security checkpoint in which a British immigration officer verifies that it is a legitimate passport, but he doesn't inform PLAINTIFF about the peculiar circumstances of that day so then British Immigration officer stamps PLAINTIFF'S passport and allows PLAINTIFF to go to the Qatar Airways ticket counter. You know what, PLAINTIFF recalls that around a 75% probability this is true, there may have been a text message PLAINTIFF sent concerning an issue of dyslexia and the date that was stamped by the London Immigration officer. So even if it says 03/11/2011, it may not have been even the right day anyway.

At no time on his flight from CHICAGO to LONDON-HEATHROW did PLAINTIFF fall asleep on the plane. While at LONDON-HEATHROW, PLAINTIFF was then supposed to go from London and connect in Doha via Qatar Airlines, and then continue to INDIA with Qatar Airlines. Having landed in LONDON-HEATHROW and having stepped foot into LONDON, this gives 5 EYES, MI6, SCOTLAND YARD, and the rest of British Intelligence DEFENDANTS in-personam jurisdiction over PLAINTIFF and thereby makes them a party from this moment on; and this gives American DEFENDANTS a way to circumvent PLAINTIFF'S Constitutional Rights and a way to further their RICO Enterprise. Because now DEFENDANTS in America can get "allegedly" untainted evidence from BRITISH DEFENDANTS knowing that American DEFENDANTS' evidence is necessarily tainted and unconstitutionally compromised

Based on PLAINTIFF'S google search history he acquired (PLAINTIFF'S use of google and YouTube in Fall 2010 and Spring 2011 are included in the exhibits),[2] PLAINTIFF searched on March 5th if he needed medical shots or immunizations to go to India. America always having one of the strongest passports in the world (especially in 2010/2011) and having traveled to numerous European countries before, all PLAINTIFF thought was required to go to INDIA at the time was a passport and PLAINTIFF based on his experiences in Europe did not think PLAINTIFF needed a visa application that PLAINTIFF was supposed to fill out prior to arriving in INDIA. PLAINTIFF searched on google "India visa" on March 17th, 2011 just to verify the truth of the INDIAN embassy because he was pissed about what was to come. PLAINTIFF would verify a material misrepresentation but ascertain the truth. INDIA is apparently super bureaucratic because INDIA allegedly required a visa application at that time.

So while in London-Heathrow, PLAINTIFF goes to the Qatar Airways ticket counter. PLAINTIFF remembers where it was because it struck PLAINTIFF as peculiar. It has come recently to PLAINTIFF'S attention that Qatar Airways had around 3-5 flights daily from London to Doha. The ticket counter in which PLAINTIFF went to was at some ticket counter all the way in the back and left side of the hall in which Qatar Airways had just like two or four stations, which struck PLAINTIFF as odd at the time because they flew big planes and for the little amount of stations for one plane, struck PLAINTIFF as odd. PLAINTIFF remembers it was in the back left corner because PLAINTIFF had at times looked to his left to see the wall and the windows outside that were upward. The question becomes: what PLAINTIFF would infer at the time. PLAINTIFF traveled primarily to Serbia and from O'Hare. International airlines could have as little as two to four stations, but also could have had a lot more as in the case of Lufthansa and ANA in Terminal 1 at O'Hare. It varied and it could depend. There was reason to believe this was in line with PLAINTIFF'S previous experience, but just a little bit odd. What PLAINTIFF most definitely did not know at the time was how big an impact Qatar had in London at the time. Sure there may have been a video where middle-easterners flew their cars from the middle east to London during the summer, but what that means is that the cars came on a cargo flight in which PLAINTIFF assumed rich people flew in on private jets with their cars nearby in flight and not on Qatar Airways. But for PLAINTIFF to have had a credible reason to be actually suspicious of the circumstances in which it would cause an ordinary person in PLAINTIFF'S shoes to believe fraud was being perpetuated against him by Qatar Airways and British Intel, Indian Intel, American Intel, no way back then in 2011. So, the gate location, was peculiar as something that would cause one to just shrug their shoulders and move on with their life, but not something that demanded an investigation into the highest levels of government concerning fraud against PLAINTIFF.

The Qatar Airways representative pulls up PLAINTIFF'S reservation on their computer. The Qatar Airways never issues PLAINTIFF a ticket and this is extremely important. Qatar Airways in their conditions of carriage says that stopovers may be permitted at agreed stopping places subject to government requirements and their regulations and article 5 says the following in regards to routing: if there is more than one routing at the same fare, you may specify the routing prior to the issue of the ticket. If no routing is specified, we will determine the routing. The Qatar Airways "representative" then informs PLAINTIFF that he is being denied access to the flight to India in London because, and only because, of "visa issues."

PLAINTIFF, not having been issued a ticket even after paying full price for roundtrip tickets from London to India with a stopover in Doha, specifically asked the fact and question to the Qatar Airways representative if PLAINTIFF could continue on to at least Doha and fix the visa issues in Doha because PLAINTIFF had traveled so far already; and because PLAINTIFF didn't want to turn back home when he was in London, he specifically asked if he could just only go to Doha *to see Doha* and *fix the visa issues there in Doha* because PLAINTIFF had never been in Doha; and if PLAINTIFF couldn't get a trip to India, he could get a trip to Doha and that was PLAINTIFF'S M.O and thinking at the time; and to PLAINTIFF at the time, PLAINTIFF would rather have seen anything and not be disappointed and turn back around in London. There was absolutely no problem with this request because Qatar Airways' conditions of carriage did not prohibit 'skiplagging' (even if you can call that skiplagging) and PLAINTIFF had negotiated with Qatar Airways representative as to the limitations of the ticket that he paid for in which he

would utilize part of the ticket he paid for prior to Qatar Airways in issuing the ticket. The Qatar Airways representative denies PLAINTIFF the chance to go to just Doha. Furthermore, there is a decent probability that PLAINTIFF asked if he needed a visa to go to Doha prior to landing in Doha as an American in which immigration would check PLAINTIFF'S passport and allow PLAINTIFF into Qatar. Qatar Airways representative, to the best of PLAINTIFF'S recollection, said that is how it works. So PLAINTIFF negotiated with Qatar Airways in which PLAINTIFF'S requests were completely legal and in accordance with Qatar Airways policy and PLAINTIFF was still turned away. This request to go to Doha was denied by the Qatar Airways representative as the Qatar Airways representative gave some bullshit answer. Here are some underlying and unspoken problems with PLAINTIFF here: 1)PLAINTIFF is creative where he can create things in which an explanation could be plausible in which PLAINTIFF would create or think as to why it could be true; 2) because PLAINTIFF dealt with bullshit justifications involving his school administrators whether that was in *Rhetoric, Midyear*, *Trespass Incident #3, TKL*, and more, in which Sewanee representatives always gave PLAINTIFF bullshit answers. Sadly, this works to PLAINTIFF'S detriment to diminish his capacity where at that time, even if there was a reason to believe this was suspicious enough to justify further investigation, but for American Intel's interventions in creating bullshit in Sewanee in which PLAINTIFF received so many bullshit answers in the past from "customer service representatives" by Sewanee, PLAINTIFF very well would have thought it was just an *ordinary day* to PLAINTIFF in which stupid bullshit ruined the day. This is especially more so when autistic individuals look for repetitive behaviors and having it had repeated so much in PLAINTIFF'S life, PLAINTIFF thought it was normal.


**Not once does the Qatar Airways representative inform PLAINTIFF that any government, whether it was the British, American, or Qatari Government prohibited PLAINTIFF from flying from London to Doha as PLAINTIFF understood his passport had no restrictions at the time. Therefore, Qatar Airways (as well as American Intel, British Intel, and Qatari Intel) violated violated 42 U.S.C. §1985(3); 18 U.S.C. §241; 18 U.S.C. §226, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S.C. §1962(d) when they had conspired and went in disguise at London Heathrow Airport for the purpose of depriving PLAINTIFF equal protection of the laws, equal privileges and immunities under the laws and willfully and maliciously conspired, planned, and agreed to block the passage of PLAINTIFF in going to Doha in which they stopped and detained PLAINTIFF to  commit an international and domestic act of terrorism against PLAINTIFF. 1985(3) provides a cause of action for damages against the conspirators in Qatar Airways, Qatar Airways, QIA, Qatar, Leon Panetta, Robert Mueller, Hillary Clinton, etc. XX. Furthermore, this is the first act of kidnapping or false imprisonment in the incident in which Qatar Airways violated: Louisiana Revised Statues §46 which defines False Imprisonment as "the intentional confinement or detention of another, without his consent and without proper legal authority." PLAINTIFF requested not to be confined or detained in London by going to Doha in which PLAINTIFF paid for that ability to do so and had negotiated in good faith with Qatar Airways. If you falsely imprison someone, you kidnap someone. Furthermore, Illinois defines Kidnapping**

**under 720 ILCS 5/10-1 as when one "knowingly and secretly confines another against his or her will." PLAINTIFF was confined to London-Heathrow and had informed his complete intent on exercising his option to go to Qatar and Qatar Airways denied PLAINTIFF'S opportunity in which Qatar Airways did not inform PLAINTIFF the reason why he was not allowed to go to Doha.**

Furthermore, the Qatar Airways representative was one part of the mail and wire fraud undertaken against PLAINTIFF since under Louisiana Civil Code Article 1953, fraud "is a misrepresentation or a suppression of the truth made with the intention either to obtain an unjust advantage for one party or to cause a loss or inconvenience to the other. Fraud may also result from silence or inaction." Louisiana Civil Code Article 1955 states that "Error induced by fraud need not concern the cause of the obligation to vitiate consent, but *it must concern a circumstance that has substantially influenced that consent*." Louisiana Civil Code Article 1956 states that "Fraud committed by a third person vitiates the consent of a contracting party if the other party knew or should have known of the fraud." PLAINTIFF does not have to prove the fraud directly and all PLAINTIFF has to do under Louisiana Civil Code Article 1957 states that "Fraud need only be proved by a preponderance of the evidence and may be established by circumstantial evidence." Louisiana courts tend to scrutinize cases involving a merchant and a layman for facts upon which to raise an inference of fraud, the essence of which is said to be unjust advantage. *Cotton States Chem. Co. v. Larrison Enters., Inc.*, 342 So. 2d 1212 (La. App. 2d Cir. 1977); *Altex Ready-Mixed Concrete Corp. v. Employees Commercial Union Ins. Co.*, 308 So. 2d 889 (La. App. 1st Cir. 1975).

Now here is an inference. If an American would be allowed to go from London to Doha with just his passport without obtaining a visa prior to departure, it shows that Qatar Airways intentionally prevented PLAINTIFF from going to Doha in which PLAINTIFF paid for that ticket. DEFENDANTS kidnapped PLAINTIFF when he was free to leave and continue on to Doha in which they intentionally in disguise prevented the free movement of PLAINTIFF. The only reason for denying that request was if there was a completely different scheme afoot and PLAINTIFF could not have known at the time of the scheme against PLAINTIFF. So, the Qatar Airways "representative" then tells PLAINTIFF "if he goes to the INDIAN EMBASSY in LONDON, that PLAINTIFF could possibly board the next day's flights." As a side note: PLAINTIFF lost some of his hearing in his ears via numerous surgeries on his ears; PLAINTIFF can sometimes have a hard time modulating his voice. PLAINTIFF may have inadvertently been perceived as having raised PLAINTIFF'S voice in which the discussion. PLAINTIFF never yelled or was belligerent to the Qatar Airways representative, maybe accidentally just raised his voice a little bit (to the point of being loud, but not yelling) once, but that's it. State Department even in 2023 said about "Travelers with Disabilities: The law in Qatar prohibits discrimination against persons with physical, sensory, intellectual, or mental disabilities, **the law is not enforced.** Social acceptance of persons with disabilities in public is not as prevalent as in the in the United States. Expect accessibility to be limited in public transportation, lodging, communication/information, and general infrastructure." So, given the advice by the Qatar Airlines "Representative," PLAINTIFF went to the INDIAN embassy to try to get an immediate visa for the next day. This endeavor fails and PLAINTIFF then returns back to LONDON

HEATHROW AIRPORT.  PLAINTIFF spends money taking transportation to the INDIAN embassy thereby this affects interstate and foreign commerce.

PLAINTIFF needs to make a brief argument about his financial situation at the time. PLAINTIFF did not have a full time or part time job outside of campus. He had a work-study in which he was a grounds keeper for Sewanee. PLAINTIFF, in his senior year at Sewanee, received reduced tuition in which his mother paid the portion of his tuition from some of the insurance settlement money when DEFENDANTS murdered his cat. DEFENDANTS knew that around this time in March 2011, PLAINTIFF in his own Bank Of America account could not have had more than $2,000. To the absolute best of PLAINTIFF'S recollection, it would shock him if he had more than $2,000 in his Bank of America bank account. PLAINTIFF'S Bank of America or Chase credit card were not paid down significantly. PLAINTIFF, to the best of his recollection, would not have been able to purchase a single one-way ticket to Chicago on either British Airways or American Airlines as those would be the only two airlines that would have gone directly to Chicago at that time at Heathrow in addition to United Airlines. DEFENDANTS necessarily knew the only option for PLAINTIFF based on his financial resources was that he was going to have to take United Airlines back to Chicago. For all intents and purposes, PLAINTIFF was a broke college student on March 10th, 2011 or March 11th, 2011. In Louisiana unconscionability cases, courts have necessarily included the factor of whether or not DEFENDANTS knew of PLAINTIFF'S financial issues and DEFENDANTS in this case beyond any reasonable doubt knew of PLAINTIFF'S financial issues on how he was a broke college student. *See*: *First Progressive Bank v. Costanza,* 427 So. 2d 594 (La. App. 5th Cir. 1983) (applying Civil Code article 1897 to seller's knowledge of buyer's financial problems) *Carter v. Foreman,* 219 So. 2d 21 (La. App. 4th Cir. 1969): when talking about unconscionability, the case talked about how "there was financial figure was not disclosed to PLAINTIFF by the home improvement contractor. The contract was not properly performed by the contractor'" but more importantly, the contractor was aware of Carter's educational deficiencies and knew that Carter's income was only $200 per month, primarily derived from Social Security. This produced an inference of fraud and a vitiation of consent."

In the course of the saga, PLAINTIFF informs his aunt of the issues via a Facebook message or texts and asks what UNITED flights are available via stand-by from LONDON to get PLAINTIFF back home to CHICAGO (CHICAGO-O'HARE). PLAINTIFF'S aunt informs him that the only option available is the flight from LONDON-HEATHROW to DULLES and then on to CHICAGO. PLAINTIFF, left with no other way to get back home to CHICAGO-O'HARE with the cost going to be astronomical with a one-way ticket to a broke college student with any other airlines, agrees with his aunt and then PLAINTIFF'S aunt places PLAINTIFF on stand-by on UNITED AIRLINES FLIGHT 925; BOEING 777-200 with the Aircraft Registration of: XX. UNITED AIRLINES FLIGHT 925 on 03/11/2011 or 10/31/2010 is *initially delayed once*; then the same flight ***is DELAYED even further for a second time***. PLAINTIFF asks and inquires multiple times what was the exact reason PLAINTIFF'S plane was being delayed and the United Airlines "representative" (or DEFENDANTS) said vague things and no definite answers were provided to PLAINTIFF as to why UNITED AIRLINES FLIGHT 925 on 03/11/2011 or 10/31/2010 was being delayed so many times. Article 19 of the Warsaw Convention applies to the delay of United Airlines Flight 925 on 03/10/2011. At no time when PLAINTIFF was at LONDON-HEATHROW did PLAINTIFF get any sleep. Having been up for at least a day

straight, PLAINTIFF gave all he could in trying to determine what were the issues with the plane. <u>When flights are delayed, that costs the airline and the economy money</u>[3] therefore it <u>affects interstate and intrastate commerce.</u>  In terms of knowledge of what any reasonable person could ascertain at that given moment, all PLAINTIFF knew was that his plane had delayed multiple times. Neither PLAINTIFF nor any reasonable person in PLAINTIFF'S position at the time could infer malicious reasoning or purpose. It is not a reasonable and prudent course of logical thinking or belief to believe that the delay was caused by DEFENDANTS in furtherance of RICO Enterprise 1 in which DEFENDANTS tampered with the plane. PLAINTIFF now, within the last month of 08/19/2023, was able to ascertain and know beyond a preponderance of evidence level standard, that the true purpose of the delays was in furtherance of DEFENDANTS RICO Enterprise via air piracy, domestic terrorism, and international terrorism.

The timing connection period between landing in DULLES/Washington D.C. and getting on PLAINTIFF'S connecting flight to Chicago O'Hare decreases dramatically where PLAINTIFF--<u>even before getting on the flight to DULLES</u>--knows there is now a substantial chance PLAINTIFF might not going to make his connection in DULLES/Washington D.C and expresses such in communications that day to either PLAINTIFF'S aunt or PLAINTIFF'S mother or someone else to give a present sense impression in either text message or Facebook messages, which DEFENDANTS know and have. DEFENDANTS completely intended on delaying United Airlines aircraft N794UA (if it was 10/31/2010) in order to increase the substantial chance and probability that PLAINTIFF would not make his connecting flight, but still have an "alternate" explanation as to why PLAINTIFF did not make his connecting flight. PLAINTIFF alleges that DEFENDANTS, knowing of PLAINTIFF's prior circumstances and DEFENDANTS prior RICO Predicate acts undertaken in furtherance of the scheme, deliberately ensured or was that reasonably calculated that UNITED AIRLINES Flight 925 on 03/11/2011 would be PLAINTIFF'S only way to leave LONDON to get back to CHICAGO in which DEFENDANTS had established a prior plan to delay UNITED AIRLINES Flight 925 on 03/11/2011, or DEFENDANTS hacked UNITED'S booking system and showed that to be the only flight open was United Airlines Flight 925 or purchased all the remaining seats on other United Airlines Flights that could have plausibly got PLAINTIFF to Chicago, or some other method to ensure this was the flight for PLAINTIFF. PLAINTIFF absolutely did not want to spend the night in DC because PLAINTIFF had no business there, had no friends there, had no money, had absolutely no will or desire to be in DC outside of the reason of simply connecting on to Chicago, etc. PLAINTIFF alleges DEFENDANTS intentionally made the flight late that day to get in-personam jurisdiction over PLAINTIFF in WASHINGTON D.C, further their RICO Enterprise, and commit air piracy and international/domestic terrorism for political motivations (as will be explained and proven) and for retaliation purposes and an agenda via air piracy.

Do you want to know where this gets sinister as well? PLAINTIFF affirmatively established he was known amongst the highest levels of FBI, and if he was known at the highest levels of the FBI, he was known at the highest levels of DHS and CIA. If he was known in the highest levels of CIA, he was known in highest levels of MI5 and MI6, GCHQ, etc. Now PLAINTIFF is in the UK and he "called" his "Aunt." What if, PLAINTIFF is alleging, American Intel and British Intel were using computer software to hack into PLAINTIFF'S cell phone and made PLAINTIFF believe he was talking to his aunt using a voice modulator. This is plausible

as NSA had PRISM and could hack into Alphabet's servers; what is one special ed student's cell phone in comparison to 5 different intelligence agencies? Having done this, American Intel and British Intel posed as PLAINTIFF'S aunt and told PLAINTIFF the only flight that was available was the DC flight knowing PLAINTIFF didn't have the money to purchase a one-way ticket with any airline, let alone on United Airlines. This was done over phone in which there is not a written record (to the best of PLAINTIFF'S recollection).

**49 U.S. Code § 46502 defines aircraft piracy as: (a)"seizing or exercising control of an <u>aircraft</u> in the <u>special aircraft jurisdiction of the United States</u> by force, violence, threat of force or violence, or any form of intimidation, and with wrongful intent" and (B) "an attempt to commit aircraft piracy is in the special aircraft jurisdiction of the United States although the aircraft is not in flight at the time of the attempt if the aircraft would have been in the special aircraft jurisdiction of the United States had the aircraft piracy been completed." PLAINTIFF is arguing that United Airlines Flight #925 being parked at London-Heathrow was within the special aircraft jurisdiction of the United States. You know what law prohibits intimidation against a witness against certain United States officials racketeering? RICO. So American Intel, British Intel, Indian Intel seized and exercised control over an aircraft for the purpose of intimidating PLAINTIFF and had the intent of furthering RICO Enterprise 1 in which they violated 42 U.S.C. §1985(3); 18 U.S.C. §241; 18 U.S.C. §226, 42 U.S.C. §1983, 18 U.S.C. §1961 section 1510 (relating to obstruction of criminal investigations), 18 U.S.C. §1961 section 1343 (wire fraud), 18 U.S.C. §1961 section 1346 (to deprive another of the intangible right of honest services"), 18 U.S.C. §1961 Section 1503, 18 U.S.C. §1962(d)**

So, UNITED AIRLINES Flight 925 departs London-Heathrow at XX on 03/11/2011 according to the FOIA request PLAINTIFF attached below. PLAINTIFF obtained the following data through that FOIA request. Out of the more than 100 flights (117 to be exact) of UNITED AIRLINES Flight #925 from 09/01/2010 through 12/31/2010, <u>UNITED AIRLINES FLIGHT 925 on</u> 10/31/2010 <u>is the **ONLY**</u> United Airlines <u>flight from LONDON to DULLES that departed in the 9 pm hour slot from LONDON-HEATHROW, which was less than 1% of the total flights in a 4 month period</u>. The 2 other flights United Airlines flights from London-Heathrow to DULLES departed LONDON-HEATHROW after 10pm. All of the remaining 114 United Airlines Flight #925 from LONDON-HEATHROW to DULLES between 09/01/2010 ...

[Message clipped]  <u>View entire message</u>
**2 Attachments** • Scanned by Gmail



Miki Kotevski <miki.kotevski@gmail.com>

to Jeffrey

Tue, Nov 21,
5:36 PM

confirm receipt of email at 5:13pm.

Thanks
--Miki
...

[Message clipped]  View entire message
**2 Attachments** • Scanned by Gmail



Miki Kotevski <miki.kotevski@gmail.com>

to Jeffrey

Fri, Dec 1,
11:16 AM (9 days
ago)

Jeff,

Did you get the email I sent you on November 21st? It seems that US Intelligence is obstructing justice by not allowing you to receive my emails because DOJ knows as of 10/20/2023 what the issues are and the actual factual and legal basis in my claims. You are aware of the RICO Violations and therefore to do nothing means you are complicit in racketeering such as war crimes, torture, wire fraud, mail fraud, and more committed by the US Govt, British Govt, Japanese Govt, Qatari Govt, and Indian Govt.

Now because US Intelligence keeps fucking with me and you all now, the demands have gone up. 6 new boeing Apache helicopters (fully armed and ready to go) and at least a combo of 30 new boeing 777-8fs, 787s, and 737s that i have specified in the email sent to you on November 21st, 2023.  Simply a minimum of at least 5 new 777-8fs, 10 787s, 10 737s, and your services as being part of your family.

Confirm receipt of this email.

--Miki
...

[Message clipped]  [View entire message](#)



Miki Kotevski <miki.kotevski@gmail.com>

<div align="right">Fri, Dec 1, 11:18 AM (9 days ago)</div>

to Jeffrey

confirm this email.

airplane request made in email sent at 11:16am on Dec 1st, 2023 and approval thereof to be made no later than 12/25/2023 at 9am.

--Miki
...

[Message clipped]  [View entire message](#)



Miki Kotevski <miki.kotevski@gmail.com>

<div align="right">Sat, Dec 2, 11:41 AM (8 days ago)</div>

to Jeffrey

Jeff,

This part is not addressed to you but the next part is: dear us government agencies: you are impeding and obstructing justice. stop your acts and let boeing receive these emails.

I need to talk to the head of your legal department as well as the president of both boeing and the head of the commercial division as well as the defense division. For each day you fail to respond, I will ask the court in a lawsuit for a higher percentage of

ownership of boeing by owning boeing stock. I will start on the 5th of December at 5% of boeing stock. For each day you all fail to adequately respond, I will raise it up a percent a day. So december 6th will be 6%, december 7th will be 7%, etc. Then after Christmas of 2023, for each week that passes by, I will demand a new boeing aircraft of my own choice. Failure to respond by Jan 7th, 2024 will see you in court as a defendant in which I will ask for complete ownership of boeing. Boeing is indeed liable for the actions committed against me as being part of the rico enterprise that was done to commit such acts as wire fraud, mail fraud, torture, war crimes, and more against me.

resolve this immediately. assist and comply or be sued.
--Miki Kotevski. Juris Doctorate.

**Form submission from: How to File a Complaint with the Office of Professional Responsibility**

Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



Department of Justice <no-reply@usdoj.gov>                     Fri, Oct 13,
                                                                4:08 PM

to me

Submitted on: Friday, October 13, 2023 - 5:08PM EDT Submitted to: Anonymous Submitted values are:

Name of person seeking OPR's action (Complainant)*: Mr.
First: Milan
Middle: Michael
Last: Kotevski
Suffix (if applicable):
Complainant Type: DOJ Attorney
Inmate/Detainee Number:
Other:
Company/Organization:
Complainant mailing address: 3102 N Maple Tree Ln
City: Wadsworth
State: Illinois
Zip: 60083
Complainant email address: miki.kotevski@gmail.com
Complainant phone number: 8473800400
Complainant fax number:

---------------------------------------------------------------

*If you are filing this complaint as a legal or other representative of the Complainant, please provide the following information:*
Name and title of the filer:
First:
Middle:
Last:
Suffix (if applicable):
Your preferred mailing address:
City:
State:
Zip:
Your email address:

---------------------------------------------------------------

*Information about the DOJ Attorney or DOJ Law Enforcement Official You Are Complaining About (Subject)*
Name of the person(s) you are complaining about (Subject): Mr.
First: Neal
Middle:
Last: Katyal
Suffix (if applicable):
Subject's Job Title: United States Attorney
Other:
Company/Organization:
Location of Subject's Office:

---------------------------------------------------------------

Does your complaint involve more than one person? Yes (If yes, please provide the following information of the additional subject.)
Name of the person(s) of the second subject:
First: Eric
Middle:
Last: Holder
Suffix (if applicable):
Second Subject's Job Title: United States Attorney
Other:
Location of second subject's office:

---------------------------------------------------------------

*Information about your complaint*

What are the actions, events, or allegations that you are reporting to OPR? (e.g., attorney misconduct, Whistleblower retaliation, Giglio/Brady violation, etc.): Attorney Misconduct

When did the incident occur?: 2015-03-01

*Please provide a brief description summarizing the:
* reason(s) for your complaint including the details, actions, events, or allegations,
* case names,
* potential witnesses and their involvement,
* where the incident occurred,
* how the incident occurred, and
* any corrective actions already taken
* For *Whistleblower complaints only* – describe the personnel action(s) that occurred or failed to occur because of a protected disclosure: (an appointment, a promotion, an action under 5 U.S.C. Chapter 75 or other disciplinary or corrective action; a detail, transfer, or reassignment; a reinstatement; a restoration; a reemployment; a decision about pay, benefits or awards, concerning education or training if the education or training may reasonably be expected to lead to an appointment, promotion, performance evaluation or other action described in 5 U.S.C. § 2302 (a)(2); a performance evaluation under 5 U.S.C. Chapter 43; a decision to order psychiatric testing or examination; or any other significant change in duties, responsibilities, or working conditions.)

Please provide a brief summary of the complaint:
I want my full restitution.

Why would DOJ & the Solicitor General be prejudiced about PLAINTIFF during this time? Can you irrefutably connect the DOJ to SCOTUS to PLAINTIFF to BILL and HILLARY CLINTON to India and to ERIC HOLDER in this case and how you were completely denied access to the Courts in which they are covering up for ERIC HOLDER?

Of Course PLAINTIFF WILL!

You are thinking, who was DOJ'S solicitor general at the time who would argue in front of SCOTUS and cover up Miki's Tea Party and prevent PLAINTIFF from holding anyone accountable for it before PLAINTIFF could have figured it out? Glad you asked.

PLAINTIFF includes everything that is said about Ashcroft v. al-Kidd, 563 U.S. 731 (2011) is necessarily included in Star Chambers.

NEAL KATYAL was DOJ'S Solicitor General from May 17th, 2010 through June 9th, 2011. Miki's Tea Party was 03/11/2011. Prior to this, NEAL KATYAL served as an

attorney in the Solicitor General's office, and as Principal Deputy Solicitor General in the U.S. Justice Department. So he had been around for a while and necessarily interacted with SCOTUS between 2008-2011. NEAL KATYAL knew PLAINTIFF from PLAINTIFF would say and allege March 2008 to the present. NEAL KATYAL is like PLAINTIFF in which PLAINTIFF and NEAL KATYAL are both 1st Generation Americans and that is something we could have bonded over, but it was not meant to be. NEAL KATYAL'S parents are from India, which makes NEAL KATYAL an Indian American. NEAL KATYAL when growing up would have necessarily understood the pain that he was: too Indian to be American but he was too American to be Indian. Like PLAINTIFF being too Serbian to be American and too American to be Serbian. Stuck in the middle and able to go to both sides seeking acceptance all the while never being fully accepted by either side. It is tough spot to be on. PLAINTIFF knows. PLAINTIFF knows it is particularly true with him, but foreign immigrant parents coming from the old country bring the old country's values and especially when you hang out with the old country's people, there are Indian ways of doing things and American ways of doing things. There must have been dilemmas where NEAL KATYAL didn't know if he should approach and use the values of an India or the mindset and values of America. This is necessarily important because there are issues demonstrated with CRS India that would call into question whether NEAL KATYAL was prejudiced against PLAINTIFF from the beginning. NEAL KATYAL growing up probably knew of the struggle. Then when you are in the spot, you try to make both sides happy (America and India) and that is what NEAL KATYAL did in regards to Miki's Tea Party on top of appeasing his former bosses who got him in the DC Bubble—BILL and HILLARY CLINTON. What was it to NEAL KATYAL to be ethical and not perpetuate legal fraud against PLAINTIFF being a broke and disabled autistic man when he could be accepted by both America and India and help HILLARY CLINTON and BILL CLINTON out in the process in which he necessarily oversaw and knew about Miki's Tea Party and knew SCOTUS would absolutely 100% cover up for NEAL KATYAL and DOJ in which SCOTUS UNANIMOUSLY fully, completely, and unequivocally absolved NEAL KATYAL of all responsibility thereby continuing the legal fraud committed against PLAINTIFF? Prior to working for the DOJ, NEAL KATYAL did in fact work with BILL and HILLARY CLINTON in the late 1990s.

To demonstrate the intellectual hypocrisy and hoops these people go through and never realize for one second the harm they do against their own countrymen or country being so engorged by the DC Bubble, NEAL KATYAL on May 24th, 2011, issued the Justice Department's first public confession of its 1942 ethics lapse in arguing the Hirabayashi and Korematsu cases in the US Supreme Court, which had resulted in upholding the internment of American citizens of Japanese descent. He called those prosecutions—which were only vacated in the 1980s—"blots" on the reputation of his office, which the Supreme Court explicitly considers as deserving of "special credence" when arguing cases, and "an important reminder" of the need for absolute candor in arguing the United States government's position on every case." NEAL KATYAL was not done with PLAINTIFF though. An Anchor and a Pitchfork happened in Summer 2015 after Sheehan's brief expressly pointed out what happened under his watch at the DOJ that involved his connection and explicit approval to HILLARY CLINTON and DEFENDANTS in Miki's Tea Party. HILLARY CLINTON and BILL CLINTON did what they always did

and executed a disabled man for political purposes in An Anchor and a Pitchfork in which SCOTUS would cover it up for them in City and County of San Francisco v. Sheehan, 575 U.S. 600 (2015). So, he heard what happened to PLAINTIFF in Tokyo, JAPAN between 2015 and 2019. NEAL KATYAL did what he always had done in the past in regards to the corruption BILL and HILLARY CLINTON committed against PLAINTIFF: he went straight to SCOTUS to deny PLAINTIFF an opportunity to sue DEFENDANTS when he argued on behalf of Nestle USA in Nestlé USA, Inc. v. Doe, 593 U. S. ___ (2021) in which SCOTUS nearly completely agreed with NEAL KATYAL that Nestle USA (i.e. BILL and HILLARY CLINTON) should not be held accountable for paying for and using underage children (trafficking children for blackmail and extortion) in their work in what happened in An Anchor and a Pitchfork. Take a deep breath and let that sink in.

So back to it. NEAL KATYAL won a unanimous decision from the Supreme Court defending former Attorney General John Ashcroft against alleged abuses of civil liberties in the war on terror in Ashcroft v. al-Kidd. Ignore the fact that it was Attorney General John Ashcroft and substitute his name for ERIC HOLDER'S. Ah, so when the Attorney General who perpetuated legal fraud against PLAINTIFF in regards to his supposed terrorist activity in Peachy Miami in which DEFENDANTS were the ones that committed international and domestic terrorism against PLAINTIFF in Miki's Tea Party, not only would PLAINTIFF never be able to hold NEAL KATYAL accountable for what he did in Miki's Tea Party, but he couldn't do the same for ERIC HOLDER. There were clear plans from the very beginning of "trade is in the offing" in September 2010, what DEFENDANTS needed was the complete oversight of SCOTUS prior to the plan being implemented to sometime after NOVEMBER 10th, 2010 when people started babbling in DC and INDIA about what they have done. WHAT DEFENDANTS did not have on 09/24/2010 was a plausible and "justifiable" avenue of escape (like PLAINTIFF was denied in WASHINGTON DC) legally. SO SCOTUS stepped in.

John Choon Yoo provided material support in instructing terrorism against me, an american.

They stepped in and granted cert to Ashcroft v. al-Kidd, 563 U.S. 731 (2011) on October 18th, 2010, Miki's Tea Party went down on March 11th, 2011, argued in March 2011 after PLAINTIFF informed Suresh on 02/27/2011 PLAINTIFF was coming to INDIA, decided in May 31st, 2011. Excuse me, but at what time could PLAINTIFF have plausibly brought to Court all of the evidence of what happened prior to this and making the connections necessary as a completely broke, legally uneducated, simpleton? The case was even granted before Miki's Tea Party occurred necessarily prejudicing PLAINTIFF from even before October 31st, 2010. SCOTUS thought that RICO Predicates (that have a 10 year statute of limitations so long as it is not connected to any other RICO predicate act (which is not possible in PLAINTIFF'S case because it is necessarily connected to an Anchor and a Pitchfork, Sheehan's Brief, City and County of San Francisco v. Sheehan, 575 U.S. 600 (2015), BILL and HILLARY CLINTON, and Neal Katyal in Nestle USA v. Doe in 2021. PLAINTIFF got at least at a minimum of 8 more years (until 2031) to bring a claim involving Miki's Tea Party) and constitutional

violations (5 year statute of limitation) as having occurred in 6 months (Nov 1st, 2010 to May 31st, 2011). Do these people not know how to do math?

The United States, India, United Kingdom, Germany, Japan, Australia, and Qatar, all violated 18 U.S. Code § 2523 (b)(1)(B)(iii) which requires that under data sharing, it must adhere to applicable international human rights obligations and commitments and demonstrates respect for international universal human rights in which DEFENDANTS violated the The Convention On the Rights of Persons With Disabilities-- was all signed by United States, India, United Kingdom, Germany, Japan, Australia, and Qatar--that violated Article 13: Access to justice; Article 14: Liberty and security of person; Article 15: Freedom from torture or cruel, inhuman or degrading treatment or punishment; Article 16: Freedom from exploitation, violence and abuse; Article I7: Protecting the integrity of the person; Article 18:Liberty of movement; Article 21 Freedom of expression and opinion, and access to information; Article 22 Respect for privacy; Article 24 Education; Article 25 Health States Parties recognize that persons with disabilities have the right to the enjoyment of the highest attainable standard of health without discrimination on the basis of disability.

Before you read the analysis, PLAINTIFF is copying Trespass Incident #3 as it is absolutely imperative for you to know the facts before PLAINTIFF talks about "sheehansctbrief." (hereon: brief)

"The principle that justice cannot survive behind walls of silence has long been reflected in the "Anglo-American distrust for secret trials." In re Oliver, 333 U. S. 257 (1948)

After Trespass Incident #1 and Trespass Incident #2, Then TRESPASS INCIDENT #3 happens. Trespass Incident #3 happened after Peachy Miami, the False Identification event in Law Enforcement Intervention, and coerced confession in Big Brothers Big Sister.

Then TRESPASS INCIDENT #3. This incident served as a fundamental basis for City & County of San Francisco v. Sheehan, 575 U.S. 600 (2015). This incident occurred after the False Identification event that will be talked about in Law Enforcement Interventions. How DEFENDANTS committed RICO predicate acts from this incident is shocking. How it was misconstrued by DEFENDANTS afterwards legally shocks the conscience. After TRESPASS INCIDENT #1, TRESPASS INCIDENT #2, after the death of CAIU RODRIGUEZ, and all of the other things that happened freshman year (some of which will be explained upon further), PLAINTIFF was in his bed by himself, super depressed, wanting to be left alone in his dorm room (room 106) at Humphrey's Dorm.

Prior to WES CRANE knocking on the door, WES CRANE and UNKNOWN DEFENDANTS/SEWANEE POLICE DEPARTMENT had conspired together to have WES CRANE come into PLAINTIFF'S room to instigate trouble and provoke trouble. The outcome was reasonable as PLAINTIFF paid for the right to have his room undisturbed under the HONOR CODE and there were previous physical altercations in TRESPASS INCIDENT #1 and TRESPASS INCIDENT #2; this was done to provide a

justification to deprive PLAINTIFF of his constitutional and liberty interests. PLAINTIFF alleges that UNKNOWN DEFENDANTS in DOJ/FBI/CIA, et al. had called SEWANEE PD prior to the incident because the evidence that DEFENDANTS/FBI/CIA had fabricated in the False Identification event that occurred prior to this event was necessarily tainted and based on perjured testimony, was materially misleading, and blatantly unconstitutional. Furthermore, they needed to cover up what TKL did in Big Brothers Big Sisters in threatening to deprive PLAINTIFF of his constitutional and liberty interests. There are two demonstrable times that DEFENDANTS/SEWANEE PD unconstitutionally coerced PLAINTIFF into either being falsely identified as having perpetuated a crime (False Identification. To be discussed later) or being coerced into confessing a crime in which PLAINTIFF is forced to sign a blank confession (Big Brothers Big Sisters). Furthermore, this is after MIDYEAR to the best of PLAINTIFF'S recollection and all of the issues that it brings. So, DEFENDANTS/DOJ/FBI/CIA needed new evidence against PLAINTIFF and intentionally took advantage of a man grieving the passing of his god-child. DEFENDANTS/SEWANEE PD who after talking to DOJ/FBI/CIA, had called or contacted WES CRANE, who at this time, was a paid informant for SEWANEE PD and DOJ/FBI/CIA. Together, they concocted a scheme to fraudulently convey their intended and false and misleading narrative in having WES CRANE "be the friendly" who was concerned about PLAINTIFF and PLAINTIFF'S well being who then contacted SEWANEE PD who then contacted DOJ/FBI/CIA about the threat that PLAINTIFF posed because DEFENDANTS DOJ/FBI/CIA had lied to a court and had obstructed justice concerning PLAINTIFF before this incident concerning Peachy Miami (next section) and the False Identification event (upcoming section) in which DEFENDANTS needed to cover it up by fabricating new evidence against PLAINTIFF. DEFENDANTS' mistake involved TITLE II of the USA PATRIOT ACT in which DEFENDANTS obtained court approval to surveil PLAINTIFF on fraudulent grounds (in which probably a DOJ lawyer lied to the court) and constitutional violations in Peachy Miami and the False Identification event in which PLAINTIFF would have had standing to sue and have it declared unconstitutional at this exact time. Probably because this involved PLAINTIFF'S sarcastic text message to RACHAEL SANDERS in whoopsie and omitted key facts about it.

This was around late March or early April 2008. WES CRANE knocks at the door and says it is him at the door. PLAINTIFF wanted to be left alone and WES CRANE was the last motherfucking person PLAINTIFF wanted to see at that time. PLAINTIFF is alleging DEFENDANTS knew that PLAINTIFF'S god child had died, they knew issues involving WES CRANE and PLAINTIFF, knew that PLAINTIFF was grieving and depressed after all the crap they pulled over the years concerning PLAINTIFF as he had become a pariah (in a large part because of their actions) and PLAINTIFF is alleging that in 2008, it was that ascertainable that DEFENDANTS knew that PLAINTIFF was autistic that DEFENDANTS knew about by having plugged in PLAINTIFF'S behavioral characteristics in their pre-crime analysis and intentionally manipulated PLAINTIFF yet again to get the outcome that DEFENDANTS wanted to try to obstruct justice and fabricate crimes to coverup their own misdeeds. PLAINTIFF would have rather had the Devil show up (well close enough) than have WES CRANE show up at his door that late day in March or April 2008.

every single attorney that submitted Sheehan's brief to SCOTUS for city & county of S.F. v. Sheenan. 575 U.S. 600 (2015) committed war crimes as did HILLARY CLINTON, BILL CLINTON, JEH JOHNSON, SHINZO ABE, etc.

CAN YOU ALL RESPOND TO ME OR ARE YOU GOING TO KEEP OBSTRUCTING JUSTICE?

Certification and Signature (Enter your initials here to certify and sign this form.): M.M.K.

**ce-foia@ice.dhs.gov <noreply@securerelease.us>**          Thu, Oct 12, 9:16 AM

to me


10/12/2023

Milan Kotevski
3102 N Maple Tree Ln
Wadsworth, Illinois 60083

RE:    ICE FOIA Case Number 2024-ICFO-00163

Dear Requester:

This acknowledges receipt of your 10/2/2023, Freedom of Information Act (FOIA) request to U.S. Immigration and Customs Enforcement (ICE), for all records pertaining to Milan Kotevski.  Your request was received in this office on 10/2/2023.

After reviewing the request, it was determined that you are asking for records pertaining to yourself. Therefore, we must verify your identity to ensure that your personal information is not released to anyone other than you.  The DHS regulations, 6 CFR Part 5 § 5.21(e), require verification of your identity, including your full name, current address and date and place of birth.  In addition, your request must be made in writing, must contain your signature, and should either be notarized or contain a statement made under penalty of perjury as permitted by 28 U.S.C. 1746.  Because you have not provided this documentation, your request is not a proper FOIA/PA request, and we are unable to accept the request. Please resubmit the request with a completed copy of the Certification of Identity form, which can be found at https://www.ice.gov/doclib/foia/iceIdentityCert.docx. This request has been administratively closed.

Further, it was determined that the records you may be seeking are not under ICE's purview. They may be maintained by another agency, and we suggest submitting your request directly to the agency that maintains the records you are seeking. Some records (such as entry/exit records, apprehensions at the border or point of entry, and travel records) to include I-94 records, are only available from Customs and Border Protection (CBP). – please contact them directly (https://www.cbp.gov/site-policy-notices/foia/records); For A-

```
file (Alien file) requests, ICE records that are located in the A-file, or
records regarding applications/petitions for relief, benefits, Asylees,
credible fear and removal orders (these records reside in the A-file) please
contact USCIS (https://www.uscis.gov/records/request-records-through-the-
freedom-of-information-act-or-privacy-act). For visa records, go to U.S.
Department of State (https://foia.state.gov/) or visit Travel.State.Gov for
assistance. For information regarding immigration court proceedings, contact
the local Office of Chief Counsel (https://www.ice.gov/contact/field-
offices?office=12).

Sincerely,

ICE FOIA Office
Immigration and Customs Enforcement
Freedom of Information Act Office
500 12th Street, S.W., Stop 5009
Washington, D.C. 20536-5009
```

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited.

Deloitte refers to a Deloitte member firm, one of its related entities, or Deloitte Touche Tohmatsu Limited ("DTTL"). Each Deloitte member firm is a separate legal entity and a member of DTTL. DTTL does not provide services to clients. Please see www.deloitte.com/about to learn more.

v.E.1

**Federal Student Aid Information Center <customerservice@studentaid.gov>** Tue, Oct 10, 8:06 AM

to me



Dear MILAN KOTEVSKI,

This message is in reference to your loan repayment information inquiry. Your case number is #16157831. Please retain this number for reference.

You must contact your servicer to discuss loan repayment.

To verify who is currently servicing your loans:



**Federal Student Aid <customerservice@studentaid.gov>**                    Wed, Oct 4,
                                                                            7:05 PM

to me



10/4/2023

Dear Mr. /Ms. KOTEVSKI:

Thank you for contacting the U.S. Department of Education's office of Federal Student Aid regarding your feedback. We will respond and acknowledge receipt of your feedback within the next 15 days.

Your case number is 16157831 for reference.

This is an automatically generated e-mail; please do not reply.



U.S. **Department** of Justice
Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

September 27, 2023

Milan Kotevski
3102 N Maple Tree Ln
Wadsworth, IL  60083
miki.kotevski@gmail.com

Re:  FOIA-2023-02653
     DRH:ERH:ABP

Dear Milan Kotevski:

This responds to your Freedom of Information Act request dated and received in this Office on September 20, 2023 seeking records pertaining to yourself.

Your request has been received by the Office of Information Policy (OIP) of the United States Department of Justice, which processes Freedom of Information Act (FOIA) and Privacy Act (PA) requests for records it maintains as well as records maintained by the Offices of the Attorney General, Deputy Attorney General, Associate Attorney General, Public Affairs, Legislative Affairs, and Legal Policy. OIP also adjudicates administrative appeals of denials of FOIA/PA requests made to the Department. This Office maintains the case files for the initial requests and administrative appeals it processes. For your information, neither this Office nor any of these senior leadership offices of the Department typically maintains records on individuals and, as such, would not maintain the type of records you are seeking.

Please be advised that the FOIA provides a right of access to federal agency records that exist and can be located in federal agency files. The FOIA does not require agencies to conduct research for you, to analyze data, to answer questions, or to create new records in response to a FOIA request. Moreover, the FOIA does not apply to records that are maintained by states, counties, or cities, or by the legislative or judicial branches of the government.

For your information, the FOIA operation for both the Department of Justice and the federal government is decentralized and each Department component and federal entity maintains and handles FOIA requests for its own records. Accordingly, you need to direct your letter to the office(s) you believe have records pertaining to the subject of your request. Additional information regarding the federal government's administration of the FOIA, including a listing of FOIA contact information, is available at www.foia.gov  Based on the information you have provided, I cannot determine the nature of the records you are seeking

**Automatic reply: [EXTERNAL] Complaint.**
Inbox



NSD OVT (NSD) <NSD.OVT@usdoj.gov>                    Mon, Sep 25,
                                                              7:22 PM

to me

Thank you for contacting the Office of Justice for Victims of Overseas Terrorism at the U.S.
Department of Justice (DOJ/OVT). This automatic response confirms receipt of your message.
For more information about our office, please see our website at https://www.justice.gov/nsd-ovt.

DOJ/OVT will review your email and, if we are able to assist, our staff will contact you.  If we are
not able to assist directly, but can identify another point of contact, we will forward your
request accordingly.

Alternatively, **if you are a victim**, or think that you may be a victim of a prior overseas terrorist
attack, and you have not done so already, please contact the Federal Bureau of Investigation
(FBI) to provide your contact information.

If you are contacting DOJ/OVT to **apply for an open position or legal internship,** thank you for
your interest in our office. We will contact applicants selected for interview no later than four
to six weeks after the advertised closing date for the position.

For **media or press inquiries**, please contact: email - Press@usdoj.gov; phone - (202) 514-2007;
or fax - (202) 514-5331.

## Delta Air Lines <wecare@delta.com>                Tue, Sep 19,
                                                              11:13 PM

to me

Hello Milan,

RE: Case 08684153

Thank you for contacting Delta Air Lines.

We regret to inform you that we are unable to provide Flight verification letter. As Flight
verification letter

is issued only within 1 year from date of travel. We are sorry again that we are unable to assist with your
request.

Thank you for your understanding.


Regards,

Customer Care
Delta Air Lines

**customercare@united.com**                                Mon, Sep 18,
                                                                8:47 PM

to me

Dear Miki Kotevski ,

We try our best attempt to find your ticket information, but found nothing due to your schedule was over ten years ago. We feel sorry to inform you that we could not provide the flight verification letter for your flight ten years ago. Thanks for you understanding!


Regards,
Alice Jiang
Customer Care
Case ID:  169397919015331



**U.S. Department of Justice**

Office of Professional Responsibility

*950 Pennsylvania Avenue, N.W., Suite 3266*
*Washington, D.C. 20530*
*(202) 514-3365*

September 15, 2023

Milan Kotevski
miki.kotevski@gmail.com

    Re:    OPR FOIA No. F23-00108

Dear Ms. Kotevski:

    This letter is in response to your August 30, 2023, Freedom of Information Act (FOIA)/Privacy Act (PA) request to the Office of Professional Responsibility (OPR), seeking the following.

1. Any and all documents, records, warrants, Title II applications and warrants, and memos from Paul Clement (or any of his staff members) from Miki Kotevski's Sewanee freshman year (August 2007 through May 2008).

2. Any and all documents, records, warrants, Title II applications and warrants, and memos from Eric Holder (or any of his staff members) from time period (September 2010 through May 2011) that concerns any of the following: Miki Kotevski abroad, Rebecca Wetherbee, British Intelligence, Indian Intelligence, India, Britain, Germany, Hillary Clinton, Bill Clinton, Miki Kotevski in London 03/10/2011, Miki Kotevski in Washington, D.C. on or about 03/10/2011.

3. Any and all documents, records, warrants, Title II applications and warrants, and memos from Loretta Lynch (or any of her staff members) from time period (May 2015 through August 2011) concerning Miki Kotevski in Toyko.

    OPR received your request on September 5, 2023, and has assigned it request number **F23-00108**. Please refer to that number in any correspondence pertaining to this matter.

    You have written to OPR of the U.S. Department of Justice, which has jurisdiction to investigate allegations of misconduct involving Department of Justice attorneys that relate to the exercise of their authority to investigate, litigate, or provide legal advice, as well as allegations of misconduct by law enforcement personnel when they are related to allegations of attorney

**rdonAttorneyFOIA@usdoj.gov**

Thu, Sep 7,
8:19 AM

to me

September 5, 2023

Milan Kotevski
3102 N. Maple Tree Lane
Wadsworth, IL 60083

Dear Milan Kotevski:

     This is to acknowledge receipt of your Privacy Act request dated and received in this Office on March 13, 2023, in which you requested records concerning Milan Kotevski.

     Please be advised that a search has been conducted in the Office of the Pardon Attorney but no responsive records subject to the Privacy Act were located.

     Sincerely,

     Rosalind Sargent-Burns
     Deputy Pardon Attorney

**Thank You for Your Feedback [ref:_00D1aY3af._5001P1dERGY:ref]**
Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



**Customer Care** <wecare@delta.com>

Wed, Sep 6,
11:05 AM

to me



Case number is 08684153

Hello,

Delta's Customer Care team has received your message and we are reviewing your case. Our team will get back to you as soon as possible, but it may take 30 days or more for us to respond in some instances.

You may check the status of this case at any time here or reply to this email if you have any supporting documentation or receipts to add to your case.

If you are contacting us to get help with an upcoming flight, please visit delta.com or download the Fly Delta app for quick and direct access to:

• Book, change, or cancel your flight in the My Trips section

• Track your bag or submit a Baggage Claim Form for delayed, damaged, or lost baggage

• View flight and baggage receipts in the My Wallet section of the Fly Delta app or under your profile on delta.com.

• View and redeem eCredits or Companion Certificate

Thank you for choosing Delta, we look forward to welcoming you onboard one of our flights soon.


Regards,

Customer Care



*This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this*

*message, or the taking of any action based on it, by you is strictly prohibited. Any personal information you provide to us is subject to the terms of our privacy policy found on* [delta.com](delta.com). *Please check* [Delta Privacy Policy](Delta Privacy Policy).
_____
ref:_00D1aY3af._5001P1dERGY:ref
Case Number: 08684153
Subject: Delta.com Feedback Submission

In Feb or March 2016, I, Milan Michael Kotevski, purchased tickets to go from New Orleans to Chicago with a layover in Atlanta. The actual flight was fine and great, except the flight was delayed in new orleans and arrived late in atlanta in which you all accommodated me in atlanta; however, here is the issue. I need to know what was the cause of the delay in New Orleans. I need the aircraft and aircraft registration number on the day I took the flight out of New Orleans to Atlanta. I need to know if the aircraft underwent any mechanical or technical repairs on the day of the flight. I need the actual depart time and scheduled depart time of the flight out of new orleans that day. I need the actual start time and scheduled depart time out of the same delta airlines flight from Jan 1st, 2016 to April 30th, 2016. I need to which hotel Delta Airlines accommodated me to in Atlanta and how much it cost. I need to verify your representatives statements in Atlanta that every single Delta Airlines flight out of Atlanta that day I arrived in Atlanta in 2016 from 11am or so to 10pm was completely booked and that there was not a single seat available on any of those remaining flights.

i dont know the date and flight number nor do i have the confirmation or ticket number. sorry.

thank you,
Miki Kotevski

...



U.S. Department of Justice
Office of Information Policy
Sixth Floor
441 G Street, NW
Washington, DC 20530-0001

Telephone: (202) 514-3642

September 01, 2023

Milan Kotevski

Re:   FOIA-2023-02406
       DRH:ERH:GMG

miki.kotevski@gmail.com

Dear Milan Kotevski:

This responds to your Freedom of Information Act request dated August 3, 2023 and received in this Office on August 31, 2023 seeking records pertaining to yourself and a third party.

Your request has been received by the Office of Information Policy (OIP) of the United States Department of Justice, which processes Freedom of Information Act (FOIA) and Privacy Act (PA) requests for records it maintains as well as records maintained by the Offices of the Attorney General, Deputy Attorney General, Associate Attorney General, Public Affairs, Legislative Affairs, and Legal Policy. OIP also adjudicates administrative appeals of denials of FOIA/PA requests made to the Department. This Office maintains the case files for the initial requests and administrative appeals it processes. For your information, neither this Office nor any of these senior leadership offices of the Department typically maintains records on individuals and, as such, would not maintain the type of records you are seeking.

Please be advised that the FOIA provides a right of access to federal agency records that exist and can be located in federal agency files. The FOIA does not require agencies to conduct research for you, to analyze data, to answer questions, or to create new records in response to a FOIA request. Moreover, the FOIA does not apply to records that are maintained by states, counties, or cities, or by the legislative or judicial branches of the government.

For your information, the FOIA operation for both the Department of Justice and the federal government is decentralized and each Department component and federal entity maintains and handles FOIA requests for its own records. Accordingly, you need to direct your letter to the office(s) you believe have records pertaining to the subject of your request. Additional information regarding the federal government's administration of the FOIA, including a listing of FOIA contact information, is available at www.foia.gov. Based on the

**Requests, MRUFOIA (JMD) <MRUFOIA.Requests@usdoj.gov>**   Thu, Aug 31,
                                                              3:09 PM

to me

Please see the attached response to your FOIA request. Please note, your request has been assigned tracking number EMRUFOIA083023-5.

**From:** Miki Kotevski <miki.kotevski@gmail.com>
**Sent:** Wednesday, August 30, 2023 9:50 PM
**To:** OPR.FOIA <OPR.FOIA@jmd.usdoj.gov>; Requests, MRUFOIA (JMD) <MRUFOIA.Requests@usdoj.gov>
**Subject:** [EXTERNAL] FOIA

It has become evident through the years that PAUL CLEMENT, ERIC HOLDER, and LORETTA LYNCH knew Miki Kotevski by name and probably by speed dial.

I am requesting the following: any and all documents, records, warrants, TITLE II applications and warrants, and memos from PAUL CLEMENT (or any of his staff members) from Miki Kotevski's SEWANEE freshman year (August 2007 through May 2008).

I am requesting the following: any and all documents, records, warrants, TITLE II applications and warrants, and memos from ERIC HOLDER (or any of his staff members) from time period (September 2010 through May 2011) that concerns any of the following: Miki Kotevski abroad, Rebecca Wetherbee, British Intelligence, Indian Intelligence, India, Britain, Germany, Hillary Clinton, Bill Clinton. Miki Kotevski in London 03/10/2011, Miki Kotevski in Washington D.C. on or about 03/10/2011.

I am requesting the following: any and all documents, records, warrants, TITLE II applications and warrants, and memos from LORETTA LYNCH (or any of her staff members) from time period (May 2015 through August 2011): concerning Miki Kotevski in Tokyo.

Cordially,
Milan Kotevski



**U.S. Department of Justice**

_Washington, D.C. 20530_

August 31, 2023

Milan Kotevski
Miki.kotevski@gmail.com

Dear Sir/Madam:

This is in response to your request for records, Tracking Number, EMRUFOIA083023-5.  Your Freedom of Information Act and/or Privacy Act (FOIA/PA) request was received by this office which serves as the receipt and referral unit for FOIA/PA requests addressed to the Department of Justice (DOJ).   Federal agencies are required to respond to a FOIA request within 20 business days.   This period does not begin until the request is actually received by the component within the DOJ that maintains the records sought, or ten business days after the request is received in this office, whichever is earlier.

We have referred your request to the DOJ component(s) you have designated or, based on descriptive information you have provided, to the component(s) most likely to have the records. All future inquiries concerning the status of your request should be addressed to the office(s) listed below:

> FOIA/PA
> Office of Information Policy
> Department of Justice
> 441 G St, NW
> 6th Floor
> Washington, DC   20530-0001
> (202) 514-FOIA

Sincerely,

MRUFOIA
Logistics Management
Facilities and Administrative Services Staff
Justice Management Division

**Re: FOIA Request**
Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



Jonathan Barnett <jmbarnett@lsu.edu>                    Tue, Aug 15,
                                                         9:34 AM
to me, Tetyana

Dear Mr. Kotevski,

This email is a response to your Public Records Request made in your e-mail, copied below, pursuant to Louisiana Public Records Law.

LSU has no documents responsive to your request.

This communication concludes LSU's response to your Public Records Request. Please take a brief moment to acknowledge receipt of this response via email.

Thank you.

Sincerely,



**Jonathan Barnett**
Paralegal
Office of Legal Affairs and General Counsel
Louisiana State University
3810 W. Lakeshore Dr., Suite 124
Baton Rouge, LA 70808
Email: jmbarnett@lsu.edu : Phone: (225) 578-3255

**From:** Miki Kotevski miki.kotevski@gmail.com
**Sent:** Wednesday, June 21, 2023 10:47 AM
**To:** Tetyana Hoover thoover1@lsu.edu
**Subject:** Re: FOIA Request

I am unable to comply with this request. Here is the problem Tetyana. I dont know who is at fault. What I can infer
is the following: some people in the LSU system talked to US Govt workers who tried to circumvent and violated
my rights. BUT MY SOLE INTENTION IS THAT I AM FOCUSED ON FINDING THE US GOVT WORKERS THAT DID. For
now, I dont care about intra-LSU communication about me because I dont want to sue LSU; what i am concerned
about is ***finding and knowing the US Government workers that discussed me to LSU employees***. So you can start
the process by finding emails sent from any US Federal Government Agency to any LSU Employee that specifically
mentions Milan Michael Kotevski, Milan Kotevski, or Miki Kotevski. Then go from there.
I cant be any more clear on my intent.
--Miki
On Wed, Jun 21, 2023 at 10:38 AM Tetyana Hoover thoover1@lsu.edu wrote:
Miki –
Please identify individuals for your search.
Thank you.
Tetyana
**From:** Miki Kotevski miki.kotevski@gmail.com
**Sent:** Wednesday, June 21, 2023 10:33 AM
**To:** Tetyana Hoover thoover1@lsu.edu
**Subject:** Re: FOIA Request
You don't often get email from miki.kotevski@gmail.com. Learn why this is important
Hello,
I want any and all documents, emails, memos, etc in which anyone in the U.S. Federal Government
communicated to any LSU employee about Milan Michael Kotevski (aka Miki Kotevski). There ought to be a
particular focus on any date in 2015; however, the search shall start from 08/01/2013 through 08/08/2017.
Thanks,
--Miki
On Tue, Jun 20, 2023 at 5:04 PM Tetyana Hoover thoover1@lsu.edu wrote:
Dear Miki –
Can you please narrow down your search with personnel and date range? As is, it impossible to
formulate a search without catching extra unresponsive material.
Thank you.
Sincerely,
**Tetyana Hoover, MPA**
*Paralegal*
Office of Legal Affairs & General Counsel
Louisiana State University
124 University Administration Building

3810 West Lakeshore Dr.
Baton Rouge, Louisiana 70808
Office: (225) 578-6772
thoover1@lsu.edu | lsu.edu
**From:** Miki Kotevski miki.kotevski@gmail.com
**Sent:** Tuesday, June 20, 2023 8:50 AM
**To:** Deborah C Richards drichards@lsu.edu
**Subject:** FOIA Request
I want any and all records, documents, emails, etc between anyone in the US
Government and LSU Law that
discusses or references Milan Kotevski (aka Miki Kotevski).
--Miki



Miki Kotevski <miki.kotevski@gmail.com>

Thu, Aug 17,
5:25 PM

to Jonathan, Tetyana

I received your response. Are you telling me that there was not a single US Federal
Government official who contacted any employee of LSU about Miki Kotevski from
2013-2017  in which there is no proof of? Is that right?

Miki Kotevski, J.D

Sent from iPhone.

I have the expectation that this email is private and confidential and shall not be shared
with anyone without my consent.


On Aug 15, 2023, at 9:34 AM, Jonathan Barnett <jmbarnett@lsu.edu> wrote:


Dear Mr. Kotevski,

This email is a response to your Public Records Request made in your e-mail, copied below,
pursuant to Louisiana Public Records Law.

LSU has no documents responsive to your request.

This communication concludes LSU's response to your Public Records Request. Please take
a brief moment to acknowledge receipt of this response via email.

Thank you.

Sincerely,

<image001.png>



Tetyana Hoover <thoover1@lsu.edu>                          Fri, Aug 18,
                                                                8:33 AM

to me, Jonathan

Greetings Mr. Kotevski –

We ran a search based on the parameters you provided. We are happy to re-run it for you if
you provide specific details, such as email addresses of the requested individuals, time
frame and keywords.

Have a great weekend.

Sincerely,



Miki Kotevski <miki.kotevski@gmail.com>                    Fri, Aug 18,
                                                               10:47 AM

to Tetyana

Tetyana,

(hello US government using the USA PATRIOT ACT and reading this email)

Let me explain something that conveys the extreme severity of the situation and you
can relay this to the relevant people at LSU Law. In 2010 (and 2016 during my time at
LSU Law) there were incidents that I can prove beyond a preponderance of the
evidence level that constituted part of a RICO enterprise in which US Federal
Government officials did RICO predicate acts against me in which the treble damages

for me are at a minimum $42,000,000,000 (AND MORE). Please dont make me put LSU Law as being part of the liability and on the hook for that. I need to know the following: who were the people from any US Intelligence Agencies that contacted any worker at LSU Law or LSU that talked about or alluded to me. If LSU LAW does not assist, that can be construed as aiding and abetting. Please  distance yourselves from the RICO Enterprise as much as possible and help me.

--Miki



Trey Jones <jones@lsu.edu>

Mon, Aug 21, 9:43 AM

to Johanna, me, Tetyana

Mr. Kotevski —

Our obligation is to provide public *records*, not answer questions.  Under La. R.S. 44:32(A)(1), "[t]he custodian shall be permitted to make an inquiry regarding the specificity of the records sought by the applicant if, after review of the initial request, the custodian is unable to ascertain what records are being requested."  We are unable to discern, for purposes of an email search, the identity of "US Government workers" or which "emails [were] sent from any US Federal Government Agency" or which "people [are] from any US Intelligence Agencies" without more specificity.

Also, as previously indicated, LSU cannot assist you in your personal litigation.  Therefore, any request beyond a *valid public record request* will not be processed.

Carlton (Trey) Jones
Deputy General Counsel
Louisiana State University
3810 West Lakeshore Drive, Suite 124
Baton Rouge, Louisiana 70808
office 225-578-6332 | mobile 225-252-1588
jones@lsu.edu | lsu.edu



Miki Kotevski <miki.kotevski@gmail.com>

to Trey

Mon, Aug 21,
11:13 AM

Dear Carlton (Trey) Jones.

Confirm that you received this email.

RICO precedent has held that any DEFENDANT that aided and abetted a RICO
Enterprise is liable and is subject to forfeiture by the Court for having done so in which
individuals and organizations can be properly held as DEFENDANTS for furthering a
RICO Enterprise. Just from one act of international and domestic terrorism in 2010 (and
one act of domestic terrorism in Spring 2016), I, as the PLAINTIFF, will be seeking a
minimum of $14,900,000,000. $14.9 Billion just for that 2010 incident . The incident in
2016 was when I was a student at LSU LAW; and I know that employees of LSU LAW
interacted with employees of the United States Federal Government in 2015 and 2016
who were part of the RICO Enterprise. You really need to consider what you are doing.

--Miki Kotevski, J.D.

---



Miki Kotevski <miki.kotevski@gmail.com>

to Trey

Mon, Aug 21,
11:36 AM

Dear Carlton (Trey) Jones,

Please confirm you got this email.

Whether it is through FOIA or through Discovery, I will prove that LSU Law employees
worked with and aided and abetted United States Government officials in furtherance of
the RICO Enterprise. There is no qualified or absolute immunity for any LSU Law
employees that aided and abetted racketeering activity as aiding and abetting and
furthering a RICO enterprise falls outside the scope of employment and protection. I did
my research. Tracy Blanchard is one, out of the many, employees because she was
privy to confidential information that was obtained in furtherance of the RICO Enterprise

and she used that information against my constitutional and legal interests (which was part of a scheme that involved illegally obtaining $14.9 Billion) that was used by former FBI Director James Comey in which I specifically told her that the information would not be used against me in any criminal or civil proceedings in May 2016 before revealing what I did to her and it was revealed to someone in January 2017 that I can conclusively show. . So I can get her. Furthermore, I can get former LSU President F. King Alexander and Former Secretary John B. King Jr. via Fall 2016.

So I'm going to ask you again very nicely before I resort to compelling you under mandamus by the court and you need to think long and hard about the issues. Who else in the United States Government talked to any LSU Law Employee from 2013-2017. Name names, now or be considered as having aided and abetted the RICO Enterprise. I'm guessing maybe Chief Justice John Roberts is one of them, Andrew McCabe, Lisa Page, and Peter Strzok are a few of the United States government employees that talked to a LSU Law employee.

Confirm that Andrew McCabe, Lisa Page, and Peter Strzok were indeed some of the individuals that talked to any LSU Law employee from 2013-2017.

You really need to think again.

I dont forget the good that LSU Law has done for me. But yall need to own up to what you did.

--Miki



Miki Kotevski <miki.kotevski@gmail.com>

Tue, Aug 22, 6:26 PM

to Trey

Dear Carlton (Trey) Jones.

I got F. King Alexander talking to FBI Agents from the San Francisco field office in which they planned to arrest me without a warrant in furtherance of a RICO Enterprise and Hillary and Bill Clinton in Spring 2015. How would you like to handle this?

Respond back to me and confirm you got this email

Miki Kotevski, J.D

Sent from iPhone.

I have the expectation that this email is private and confidential and shall not be shared with anyone without my consent.

On Aug 21, 2023, at 11:13 AM, Miki Kotevski <miki.kotevski@gmail.com> wrote:

Dear Carlton (Trey) Jones.

Confirm that you received this email.

RICO precedent has held that any DEFENDANT that aided and abetted a RICO Enterprise is liable and is subject to forfeiture by the Court for having done so in which individuals and organizations can be properly held as DEFENDANTS for furthering a RICO Enterprise. Just from one act of international and domestic terrorism in 2010 (and one act of domestic terrorism in Spring 2016), I, as the PLAINTIFF, will be seeking a minimum of $14,900,000,000. $14.9 Billion just for that 2010 incident . The incident in 2016 was when I was a student at LSU LAW; and I know that employees of LSU LAW interacted with employees of the United States Federal Government in 2015 and 2016 who were part of the RICO Enterprise. You really need to consider what you are doing.

--Miki Kotevski, J.D.

On Mon, Aug 21, 2023 at 9:43 AM Trey Jones <jones@lsu.edu> wrote:
Mr. Kotevski —

Our obligation is to provide public *records*, not answer questions. Under La. R.S. 44:32(A)(1), "[t]he custodian shall be permitted to make an inquiry regarding the specificity of the records sought by the applicant if, after review of the initial request, the custodian is unable to ascertain what records are being requested." We are unable to discern, for purposes of an email search, the identity of "US Government workers" or which "emails [were] sent from any US Federal Government Agency" or which "people [are] from any US Intelligence Agencies" without more specificity.

Also, as previously indicated, LSU cannot assist you in your personal litigation. Therefore, any request beyond a *valid public record request* will not be processed.

Carlton (Trey) Jones
Deputy General Counsel
Louisiana State University
3810 West Lakeshore Drive, Suite 124
Baton Rouge, Louisiana 70808
office 225-578-6332 | mobile 225-252-1588

jones@lsu.edu | lsu.edu

**From:** Miki Kotevski <miki.kotevski@gmail.com>
**Sent:** Friday, August 18, 2023 10:48 AM
**To:** Tetyana Hoover <thoover1@lsu.edu>
**Subject:** Re: FOIA Request

Tetyana,

(hello US government using the USA PATRIOT ACT and reading this email)

Let me explain something that conveys the extreme severity of the situation and you can relay this to the relevant people at LSU Law. In 2010 (and 2016 during my time at LSU Law) there were incidents that I can prove beyond a preponderance of the evidence level that constituted part of a RICO enterprise in which US Federal Government officials did RICO predicate acts against me in which the treble damages for me are at a minimum $42,000,000,000 (AND MORE). Please dont make me put LSU Law as being part of the liability and on the hook for that. I need to know the following: who were the people from any US Intelligence Agencies that contacted any worker at LSU Law or LSU that talked about or alluded to me. If LSU LAW does not assist, that can be construed as aiding and abetting. Please  distance yourselves from the RICO Enterprise as much as possible and help me.

--Miki

On Fri, Aug 18, 2023 at 8:33 AM Tetyana Hoover <thoover1@lsu.edu> wrote:
Greetings Mr. Kotevski –

We ran a search based on the parameters you provided. We are happy to re-run it for you if you provide specific details, such as email addresses of the requested individuals, time frame and keywords.

Have a great weekend.

Sincerely,


**<image002.png>**
**our City of New Orleans public records request #23-14279 has been opened.**
Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



City of New Orleans Public Records <messages@nextrequest.com>

Sun, Aug 20, 4:59 PM

to me

-- Attach a non-image file and/or reply ABOVE THIS LINE with a message, and it will be sent to staff on this request. --

## City of New Orleans Public Records

**Your record request #23-14279 has been submitted successfully.**

foia@subscriptions.fbi.gov

Fri, Aug 11, 11:40 AM

to me

## Individual Information

PrefixFirst NameMiddle NameLast NameSuffixEmailPhoneLocation

## Domestic Address

Address Line 1Address Line 2CityStatePostal

## Agreement to Pay

**How you will pay**

I am requesting a fee waiver for my request and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and will enter that maximum amount in the box below.

**Allow up to $**

# Proof Of Affiliation for Fee Waiver

**Waiver Explanation**

you left me broke and broken because of ANDREW MCCABE

**Documentation Files**

# Non-Individual FOIA Request

**Request Information**

Any and all documents, records, memos, that would show a dollar amount the
FBI gave or contributed to any and all BRITISH intelligence agencies in the
following fiscal years: 2009; 2010; 2015; 2017; 2018; 2019.

**

Please be advised that efoia@subscriptions.fbi.gov is a no-reply email address.
Questions regarding your FOIA request may be directed to foipaquestions@fbi.gov. If
you have received a FOIPA request number, please include this in all correspondence
concerning your request. Please note eFOIPA requests are processed in the order that
they are received. If you have not received a FOIPA request number, your request is in
the process of being opened at which time it will be assigned a FOIPA request number
and correspondence will be forthcoming.

**

Upon receipt of your FOIPA request number, you may check the status of your FOIPA
request on the FBI's electronic FOIA Library (The Vault) on the FBI's public
website, http://vault.fbi.gov by clicking on the 'Check Status of Your FOI/PA Request
tool' link. Status updates are performed on a weekly basis. If you receive a
comment that your FOIPA request number was not located in the database, please
check back at a later date.



NATIONAL SECURITY AGENCY
FORT GEORGE G. MEADE, MARYLAND 20755-6000

FOIA Case: 116806
9 August 2023

MILAN M KOTEVSKI
3102 N MAPLE TREE LANE
WADSWORTH IL 60083

Dear Milan Kotevski:

We are in receipt of your Freedom of Information Act (FOIA) request dated 31 July 2023. Your request was received on 1 August 2023, and assigned Case Number 116806. This letter provides information relating to the processing of your request that we are required to inform you about pursuant to the FOIA, and applicable Department of Defense (DoD) and NSA regulations.

For purposes of this request and based on the information you provided in your letter, you are considered an "all other" requester. You must pay for search time in excess of 2 hours and duplication in excess of 100 pages.

Two requirements must be met in order for a FOIA request to be proper: (1) the request must "reasonably" describe the records sought; and (2) it must be made in accordance with an Agency's published policies or regulations stating the procedures to be followed. Your request does not satisfy the first requirement because agency employees cannot locate responsive records without an unreasonable amount of effort. The rationale for this rule is that FOIA was not intended to reduce Government agencies to full-time investigators on behalf of requesters.

The topic of your request is overly broad, unreasonably burdensome, and not specific enough to allow a reasonable search. Department of Defense (DoD) Manual 5400.07 states that the requester must provide a description of the desired record so that the Government is able to locate the record with a reasonable amount of effort. Responding to this request would require a search of every email, every database, and every document created (whether electronic or paper) over a 7 month period, an all-encompassing fishing expedition. Furthermore, Agency email is decentralized and tasking an email search would have to be conducted singularly and manually. Tasking all or even large groups of Agency

...

[Message clipped]  View entire message

## Individual Information

PrefixFirst NameMiddle NameLast NameSuffixEmailPhoneLocation

## Domestic Address

Address Line 1Address Line 2CityStatePostal

## Agreement to Pay

**How you will pay**

I am requesting a fee waiver for my request and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.

## Proof Of Affiliation for Fee Waiver

**Waiver Explanation**

Because you all left me broke and broken

**Documentation Files**

## Non-Individual FOIA Request

**Request Information**

Send this to DIRECTOR WRAY's way:

Every single document, recording, notes, memos, etc between 09/01/2010

through 4/28/2011 in which HILLARY RODHAM CLINTON and one of the following

terms appears on the same document, recording, etc.: "BOEING, QATAR, QATAR

AIRLINES, INDIA, MIKI, MIKI KOTEVSKI, LONDON, LONDON HEATHROW, MI6, CIA,

```
DOD, STATE, AIRPORT, HOLD, BLAIR, cough cough "MIKI KOTEVSKI was kidnapped

at London-Heathrow and DULLES and HILLARY RODHAM CLINTON AND TONY BLAIR

committed air piracy" cough cough TONY BLAIR, OFFING, DELAY, EMBASSY, TRADE,

LUGGAGE, BAGS, BURNS, WILLIAM BURNS, etc. ¯\_(ãƒ„)_/¯ If you dont do. your job

this time. boy.
```

## Expedite

**Expedite Reason**

```
See top sentence
```

**\*\***

Please be advised that efoia@subscriptions.fbi.gov is a no-reply email address. Questions regarding your FOIA request may be directed to foipaquestions@fbi.gov. If you have received a FOIPA request number, please include this in all correspondence concerning your request. Please note eFOIPA requests are processed in the order that they are received. If you have not received a FOIPA request number, your request is in the process of being opened at which time it will be assigned a FOIPA request number and correspondence will be forthcoming.

### Department of Homeland Security FOIA 2023-HQFO-01207 Acknowledgment
Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



noreply@securerelease.us                          Mon, Jul 31,
                                                   10:21 AM

to me

```
Good Morning,

Attached is our acknowledgment of your DHS FOIA request.  If you need to
contact this office again concerning your request, please provide the DHS
reference number.
```

```
This will enable us to quickly retrieve the information you are seeking and
reduce our response time. This office can be reached at 866-431-0486.

Regards,

DHS Privacy Office
Disclosure & FOIA Program
STOP 0655
Department of Homeland Security
245 Murray Drive, SW
Washington, DC 20528-0655
Telephone:  1-866-431-0486 or 202-343-1743
Fax:  202-343-4011
Visit our FOIA website https://www.dhs.gov/foia
```

This message (including any attachments) contains confidential information intended for
a specific individual and purpose, and is protected by law. If you are not the intended
recipient, you should delete this message and any disclosure, copying, or distribution of
this message, or the taking of any action based on it, by you is strictly prohibited.

Deloitte refers to a Deloitte member firm, one of its related entities, or Deloitte Touche
Tohmatsu Limited ("DTTL"). Each Deloitte member firm is a separate legal entity and a
member of DTTL. DTTL does not provide services to clients. Please
see www.deloitte.com/about to learn more.

v.E.1

## Response: Your Civil Rights Division Report - 321301-SVK from the Disability Rights Section

Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



DOJ Civil Rights - Do Not Reply <civilrightsdonotreply@mail.civilrights.usdoj.gov>
to me



Dear Milan Kotevski,

You contacted the Department of Justice on July 20, 2023. After careful review of what you submitted, we have decided not to take any further action on your complaint.

## What we did:

Team members from the Civil Rights Division reviewed the information you submitted. Based on our review, we have decided not to take any further action on your complaint. We receive several thousand reports of civil rights violations each year. We unfortunately do not have the resources to take direct action for every report.

Your report number was 321301-SVK.

## What you can do:

We are not determining that your report lacks merit. Your issue may still be actionable by others - your state bar association or local legal aid office may be able to help.

## To find a local office:

American Bar Association
https://www.americanbar.org/groups/legal_services/flh-home
(800) 285-2221

Legal Services Corporation (or Legal Aid Offices)
https://www.lsc.gov/find-legal-aid

## How you have helped:

While we don't have the capacity to take on each individual report, your report can help us find issues affecting multiple people or communities. It also helps us understand emerging trends and topics.

Thank you for taking the time to contact the Department of Justice about your concerns. We regret we are not able to provide more help on this matter.

Sincerely,

U.S. Department of Justice
Civil Rights Division

DOJ Civil Rights - Do Not Reply <civilrightsdonotreply@mail.civilrights.usdoj.gov>
to me



U.S. Department of Justice
Civil Rights Division

*Please do not reply to this email. This is an unmonitored account.*

Thank you for submitting a report to the Civil Rights Division. Please save your record
for tracking. Your record number is: **321301-SVK**.

If you reported an incident where you or someone else has experienced or is still experie
physical harm or violence, or are in immediate danger, please call 911 and contact the p

# What to Expect

## 1. We review your report

Our specialists in the Civil Rights Division carefully read every report to identify civil r
violations, spot trends, and determine if we have authority to help with your report.

## 2. Our specialists determine the next steps

We may decide to:

- Open an investigation or take some other action within the legal authority of the
  Department.
- Collect more information before we can look into your report.

- Recommend another government agency that can properly look into your report
  we'll let you know.

In some cases, we may determine that we don't have legal authority to handle your repo
will recommend that you seek help from a private lawyer or local legal aid organization

## 3. When possible, we will follow up with you

We do our best to let you know about the outcome of our review. However, we may not
be able to provide you with updates because:

- We're actively working on an investigation or case related to your report.
- We're receiving and actively reviewing many requests at the same time.

If we are able to respond, we will contact you using the contact information you provide
report. Depending on the type of report, response times can vary. If you need to reach u
your report, please refer to your report number when contacting us. This is how we keep
your submission.

## What You Can Do Next

## 1. Contact local legal aid organizations or a lawyer if you
haven't already.

Legal aid offices or members of lawyer associations in your state may be able to help y
your issue.

- American Bar Association, visit the www.americanbar.org/groups/legal_service
  home or call (800) 285-2221
- Legal Services Corporation (or Legal Aid Offices),to help you find a legal aid la
  your area visit www.lsc.gov/find-legal-aid



**Elizabeth A. Wright**
Executive Director

# Utah State Bar®

645 South 200 East, Suite 310 • Salt Lake City, UT 84111-3834
Telephone: 801-531-9077 • Fax: 801-531-0660
http://www.utahbar.org

July 17, 2023

VIA EMAIL
Milan Kotevski
miki.kotevski@gmail.com

Mr. Kotevski,

On June 30, 2023, the Office of Admissions sent you a letter indicating th[...]
because of your failure to provide sufficient information to process your application, y[...]
application is deemed withdrawn. On July 7, 2023, you submitted a number of ema[...]
that you indicated were a request for review, presumably pursuant to Rule 14-715 of [...]
Supreme Court Rules of Professional Practice. Those emails were sent to the Admissi[...]
Committee along with a copy of the June 30th letter from the Office of Admissions.

The Admissions Committee has reviewed your submission and the June 3[...]
letter. You failed to provide the information necessary for the Office of Admissions [...]
make the most basic assessments related to your qualifications and eligibility to [...]
admitted to the Utah State Bar. The Office of Admissions has jurisdiction to make fi[...]
decisions related to applications that are incomplete. By allowing you leave to requ[...]
review of the decision to deem your application withdrawn because it is incomplete, [...]
have given you more due process than may be required in these circumstances.

This Committee affirms the decision of the Office of Admissions deeming y[...]
application withdrawn.

Sincerely,

Admissions Committee
Utah State Bar

*Serving the public.  Working for justice.*

## 2. Learn More

Visit [civilrights.justice.gov](civilrights.justice.gov) to learn more about your rights and see examples of violatio... handle.

---

*Please Note: Each week, we receive hundreds of reports of potential violations. We col... analyze this information to help us select cases, and we may use this information as evi... an existing case. We will review your letter to decide whether it is necessary to contact... additional information. We do not have the resources to follow-up on every letter.*

**Re: Legal Problem**
Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



privacy_response@apple.com

Fri, Jun 30,
6:16 AM

to me

Please include the line below in follow-up emails for this request

Case-ID: 2818476

Dear Mr Kotevski,

Thank you for contacting Apple's privacy team.

We would kindly refer you to Apple's Privacy Policy, available at:

[https://www.apple.com/privacy/privacy-policy](https://www.apple.com/privacy/privacy-policy)

It may be necessary − by law, legal process, litigation, and/or requests from public and governmental authorities within or outside your country of residence − for Apple to disclose your personal data.

As noted in our Privacy Policy:

"We may also disclose information about you if we determine that for purposes of national security, law enforcement, or other issues of public importance, disclosure is necessary or appropriate".

Regarding our procedures for such enquiries, Apple will accept requests for legally valid law enforcement information requests from law enforcement agencies. Apple considers a law enforcement information request to be legally valid if it is made in circumstances pertaining to the bona-fide prevention, detection or investigation of offences and will respond appropriately to what it considers to be such legally valid requests. Apple will notify its customers when their personal data is being sought in a legally valid law enforcement information request except where it reasonably considers that to do so would likely pervert the course of justice or prejudice the administration of justice.

We would kindly ask you to contact the police with any questions regarding any such enquiries as we are not in a position to comment upon these.

Kind regards,

Alanna Pigott
Apple Privacy

Information in this email including any attachments may be privileged, confidential and is intended exclusively for the addressee. The views expressed may not be official policy, but the personal views of the originator. If you have received it in error, please notify the sender by return e-mail and delete it from your system. You should not reproduce, distribute, store, retransmit, use or disclose its contents to anyone. Please note we reserve the right to monitor all e-mail communication through our internal and external networks. Apple and the Apple logo are trade marks of Apple Inc registered in the US and other countries.

On Jun 05, 2023, at 17:55, <miki.kotevski@gmail.com> wrote:

**Feedback Type:**
**Feedback Comment:** Hello, My name is Milan Michael Kotevski (aka miki kotevski), as an unlicensed attorney, I am requesting the following from you and here is why. Based on information, probable cause, and good faith belief, I believe that certain warrants and/or national security letters you have received concerning my account and my computers, between the years of 2010-2016, were in legal fact obtained criminally in violation of multiple statutes such as 18 USC 1961-1968, 18 USC 241-242, 18 USC 249, 18 USC 872, 18 USC 873, 18 USC 956, etc. In the interest of justice, I shall say a legal maxim that is probably true for you to consider: you have an affirmative legal duty to disclose to me a criminally transmitted and acted upon national security letter that was utilized against me and my legal and constitutional interests. period. Failure to disclose and assist me in my endeavors may result in you aiding and abetting a RICO conspiracy and actual and substantive allegations of RICO violations. As joyous as I may hear the words i will not be charged, it has to be in writing and a pardon given. I want every single warrant and national security letter anyone in the US Federal

Government has given you between 2010-2016. Cordially, Milan Michael Kotevski. Juris Doctorate.
 **First name:** Milan
 **Last name:** Kotevski
 **Country:** US
 **Product:** Apple.com Website - Privacy Questions
-------------------------------------------


Date: 06/05/2023 16:55:08



Miki Kotevski <miki.kotevski@gmail.com>

<div align="right">Fri, Jun 30,<br>10:53 AM</div>

to privacy_response

Case-ID: 2818476

First off, the way you spell "offences" is not American (which shows a lack of knowledge of American law) so I demand you forward this to your American counterparts who can handle and resolve issues involving an American plaintiff and Defendant American Government and Defendant American Corporation in which the basis of such is AMERICAN LAW.  I demand to know what country sought the records.

You are not understanding the issue. When the United States Government (or the British/German/Australian Government acting on behalf of the United States Government) gave you a warrant, national security letter, etc demanding complete access to my account and laptop, they did so upon *material omissions and material lies*. This constitutes legal fraud. It does not matter if Apple subjectively believed it was valid; however now that there is an articulable basis in knowing that legal fraud was committed, to continue to assist and perpetuate this legal fraud only ensnares you to be in bad faith of American law. You are in fact prejudicing the administration of justice by withholding information because legal fraud was committed upon me and my legal and constitutional rights under the Geneva Convention and the United States Constitution. At the end of the day, this is an American issue that necessitates American law.

--Miki



privacy_response@apple.com                                    Fri, Jul 7,
                                                              3:22 AM

to me

Please include the line below in follow-up emails for this request

Case-ID: 2818476

Dear Mr Kotevski,

Thank you for your further email.

We would kindly refer you to our previous email.



Miki Kotevski <miki.kotevski@gmail.com>                       Fri, Jul 7,
                                                              2:21 PM

to privacy_response

Invalid response. You are in dangerous legal territory as you are enabling legal fraud
upon the Court and RICO acts. Cease your ways immediately and give me the warrants
and national security letters.



privacy_response@apple.com                                    Wed, Jul 12,
                                                              5:06 AM

to me

Please include the line below in follow-up emails for this request

Case-ID: 2818476

Dear Mr Kotevski,

Thank you for your further email.

We would kindly refer you to our previous email.

Kind regards,

Alanna Pigott
Apple Privacy

Information in this email including any attachments may be privileged, confidential and is intended exclusively for the addressee. The views expressed may not be official policy, but the personal views of the originator. If you have received it in error, please notify the sender by return e-mail and delete it from your system. You should not reproduce, distribute, store, retransmit, use or disclose its contents to anyone. Please note we reserve the right to monitor all e-mail communication through our internal and external networks. Apple and the Apple logo are trade marks of Apple Inc registered in the US and other countries.

On Jul 07, 2023, at 20:21, <miki.kotevski@gmail.com> wrote:
Invalid response. You are in dangerous legal territory as you are enabling legal fraud upon the Court and RICO acts. Cease your ways immediately and give me the warrants and national security letters.

On Fri, Jul 7, 2023 at 3:22 AM <privacy_response@apple.com> wrote:
Please include the line below in follow-up emails for this request

Case-ID: 2818476

Dear Mr Kotevski,

Thank you for your further email.

We would kindly refer you to our previous email.

Kind regards,

Alanna Pigott
Apple Privacy

Information in this email including any attachments may be privileged, confidential and is intended exclusively for the addressee. The views expressed may not be official policy, but the personal views of the originator. If you have received it in error, please notify the sender by return e-mail and delete it from your system. You should not reproduce, distribute, store, retransmit, use or disclose its contents to anyone. Please note we reserve the right to monitor all e-mail communication through our internal and external networks. Apple and the Apple logo are trade marks of Apple Inc registered in the US and other countries.

On Jun 30, 2023, at 16:53, <miki.kotevski@gmail.com> wrote:
Case-ID: 2818476

First off, the way you spell "offences" is not American (which shows a lack of knowledge of American law) so I demand you forward this to your American counterparts who can handle and resolve issues involving an American plaintiff and Defendant American Government and Defendant American Corporation in which the basis of such is AMERICAN LAW. I demand to know what country sought the records.

You are not understanding the issue. When the United States Government (or the British/German/Australian Government acting on behalf of the United States Government) gave you a warrant, national security letter, etc demanding complete access to my account and laptop, they did so upon *material omissions and material lies*. This constitutes legal fraud. It does not matter if Apple subjectively believed it was valid; however now that there is an articulable basis in knowing that legal fraud was committed, to continue to assist and perpetuate this legal fraud only ensnares you to be in bad faith of American law. You are in fact prejudicing the administration of justice by withholding information because legal fraud was committed upon me and my legal and constitutional rights under the Geneva Convention and the United States Constitution. At the end of the day, this is an American issue that necessitates American law.

--Miki

On Fri, Jun 30, 2023 at 6:16 AM <privacy_response@apple.com> wrote:
Please include the line below in follow-up emails for this request

Case-ID: 2818476

Dear Mr Kotevski,

Thank you for contacting Apple's privacy team.

We would kindly refer you to Apple's Privacy Policy, available at:

https://www.apple.com/privacy/privacy-policy

It may be necessary − by law, legal process, litigation, and/or requests from public and governmental authorities within or outside your country of residence − for Apple to disclose your personal data.

As noted in our Privacy Policy:

"We may also disclose information about you if we determine that for purposes of national security, law enforcement, or other issues of public importance, disclosure is necessary or appropriate".

Regarding our procedures for such enquiries, Apple will accept requests for legally valid law enforcement information requests from law enforcement agencies. Apple considers

a law enforcement information request to be legally valid if it is made in circumstances pertaining to the bona-fide prevention, detection or investigation of offences and will respond appropriately to what it considers to be such legally valid requests. Apple will notify its customers when their personal data is being sought in a legally valid law enforcement information request except where it reasonably considers that to do so would likely pervert the course of justice or prejudice the administration of justice.

We would kindly ask you to contact the police with any questions regarding any such enquiries as we are not in a position to comment upon these.

Kind regards,

Alanna Pigott
Apple Privacy

Information in this email including any attachments may be privileged, confidential and is intended exclusively for the addressee. The views expressed may not be official policy, but the personal views of the originator. If you have received it in error, please notify the sender by return e-mail and delete it from your system. You should not reproduce, distribute, store, retransmit, use or disclose its contents to anyone. Please note we reserve the right to monitor all e-mail communication through our internal and external networks. Apple and the Apple logo are trade marks of Apple Inc registered in the US and other countries.

On Jun 05, 2023, at 17:55, <miki.kotevski@gmail.com> wrote:

**Feedback Type:**
**Feedback Comment:** Hello, My name is Milan Michael Kotevski (aka miki kotevski), as an unlicensed attorney, I am requesting the following from you and here is why. Based on information, probable cause, and good faith belief, I believe that certain warrants and/or national security letters you have received concerning my account and my computers, between the years of 2010-2016, were in legal fact obtained criminally in violation of multiple statutes such as 18 USC 1961-1968, 18 USC 241-242, 18 USC 249, 18 USC 872, 18 USC 873, 18 USC 956, etc. In the interest of justice, I shall say a legal maxim that is probably true for you to consider: you have an affirmative legal duty to disclose to me a criminally transmitted and acted upon national security letter that was utilized against me and my legal and constitutional interests. period. Failure to disclose and assist me in my endeavors may result in you aiding and abetting a RICO conspiracy and actual and substantive allegations of RICO violations. As joyous as I may hear the words i will not be charged, it has to be in writing and a pardon given. I want every single warrant and national security letter anyone in the US Federal Government has given you between 2010-2016. Cordially, Milan Michael Kotevski. Juris Doctorate.
**First name:** Milan
**Last name:** Kotevski
**Country:** US
**Product:** Apple.com Website - Privacy Questions
-------------------------------------------



ReplyForward

**Response: Your Civil Rights Division Report - 309520-QZG from the Disability**
**Rights Section**
Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



DOJ Civil Rights - Do Not Reply <civilrightsdonotreply@mail.civilrights.usdoj.gov>
to me



Dear Milan Kotevski,

You contacted the Department of Justice on June 22, 2023. After careful review of what you submitted, we have decided not to take any further action on your complaint.

## What we did:

Team members from the Civil Rights Division reviewed the information you submitted. Based on our review, we have decided not to take any further action on your complaint. We receive several thousand reports of civil rights violations each year. We unfortunately do not have the resources to take direct action for every report.

Your report number was 309520-QZG.

## What you can do:

We are not determining that your report lacks merit. Your issue may still be actionable by others - your state bar association or local legal aid office may be able to help.

## To find a local office:

American Bar Association
https://www.americanbar.org/groups/legal_services/flh-home
(800) 285-2221

Legal Services Corporation (or Legal Aid Offices)
https://www.lsc.gov/find-legal-aid

## How you have helped:

While we don't have the capacity to take on each individual report, your report can help us find issues affecting multiple people or communities. It also helps us understand emerging trends and topics.

Thank you for taking the time to contact the Department of Justice about your concerns. We regret we are not able to provide more help on this matter.

Sincerely,

U.S. Department of Justice
Civil Rights Division

DOJ Civil Rights - Do Not Reply <civilrightsdonotreply@mail.civilrights.usdoj.gov>
to me



*Please do not reply to this email. This is an unmonitored account.*

Thank you for submitting a report to the Civil Rights Division. Please save your record number for tracking. Your record number is: **309520-QZG**.

If you reported an incident where you or someone else has experienced or is still experiencing physical harm or violence, or are in immediate danger, please call 911 and contact the police.

## What to Expect

## 1. We review your report

Our specialists in the Civil Rights Division carefully read every report to identify civil rights violations, spot trends, and determine if we have authority to help with your report.

## 2. Our specialists determine the next steps

We may decide to:

- Open an investigation or take some other action within the legal authority of the Justice Department.
- Collect more information before we can look into your report.
- Recommend another government agency that can properly look into your report. If so, we'll let you know.

In some cases, we may determine that we don't have legal authority to handle your report and will recommend that you seek help from a private lawyer or local legal aid organization.

## 3. When possible, we will follow up with you

We do our best to let you know about the outcome of our review. However, we may not always be able to provide you with updates because:

- We're actively working on an investigation or case related to your report.
- We're receiving and actively reviewing many requests at the same time.

If we are able to respond, we will contact you using the contact information you provided in this report. Depending on the type of report, response times can vary. If you need to reach us about your report, please refer to your report number when contacting us. This is how we keep track of your submission.

## What You Can Do Next

## 1. Contact local legal aid organizations or a lawyer if you haven't already.

Legal aid offices or members of lawyer associations in your state may be able to help you with your issue.

- American Bar Association, visit the [www.americanbar.org/groups/legal_services/flh-home](www.americanbar.org/groups/legal_services/flh-home) or call (800) 285-2221
- Legal Services Corporation (or Legal Aid Offices),to help you find a legal aid lawyer in your area visit [www.lsc.gov/find-legal-aid](www.lsc.gov/find-legal-aid)

## 2. Learn More

Visit [civilrights.justice.gov](civilrights.justice.gov) to learn more about your rights and see examples of violations we handle.

---

***Please Note:*** *Each week, we receive hundreds of reports of potential violations. We collect and analyze this information to help us select cases, and we may use this information as evidence in an existing case. We will review your letter to decide whether it is necessary to contact you for additional information. We do not have the resources to follow-up on every letter.*

### Contact

[civilrights.justice.gov](civilrights.justice.gov)



U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

**FOIA Request**
Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



Miki Kotevski <miki.kotevski@gmail.com>                    Tue, Jun 20,
                                                                8:50 AM

to drichards

I want any and all records, documents, emails, etc between anyone in the US
Government and LSU Law that discusses or references Milan Kotevski (aka Miki
Kotevski).


--Miki



Tetyana Hoover <thoover1@lsu.edu>                          Tue, Jun 20,
                                                                5:04 PM

to me

Dear Miki –

Can you please narrow down your search with personnel and date range? As is, it
impossible to formulate a search without catching extra unresponsive material.

Thank you.

Sincerely,



**Tetyana Hoover, MPA**
*Paralegal*
Office of Legal Affairs & General Counsel
Louisiana State University
124 University Administration Building
3810 West Lakeshore Dr.
Baton Rouge, Louisiana 70808
Office: (225) 578-6772
thoover1@lsu.edu | lsu.edu

**From:** Miki Kotevski <miki.kotevski@gmail.com>
**Sent:** Tuesday, June 20, 2023 8:50 AM
**To:** Deborah C Richards <drichards@lsu.edu>
**Subject:** FOIA Request

You don't often get email from miki.kotevski@gmail.com. Learn why this is important



Miki Kotevski <miki.kotevski@gmail.com>

Wed, Jun 21,
10:32 AM

to Tetyana

Hello,

I want any and all documents, emails, memos, etc in which anyone in the U.S. Federal Government communicated to any LSU employee about Milan Michael Kotevski (aka Miki Kotevski). There ought to be a particular focus on any date in 2015; however, the search shall start from 08/01/2013 through 08/08/2017.

Thanks,
--Miki



Tetyana Hoover <thoover1@lsu.edu>

Wed, Jun 21,
10:38 AM

to me

Miki –

Please identify individuals for your search.

Thank you.

Tetyana



Miki Kotevski <miki.kotevski@gmail.com>

to Tetyana

Wed, Jun 21,
10:46 AM

I am unable to comply with this request. Here is the problem Tetyana. I dont know who is at fault. What I can infer is the following: some people in the LSU system talked to US Govt workers who tried to circumvent and violated my rights. BUT MY SOLE INTENTION IS THAT I AM FOCUSED ON FINDING THE US GOVT WORKERS THAT DID. For now, I dont care about intra-LSU communication about me because I dont want to sue LSU; what i am concerned about is **finding and knowing the US Government workers that discussed me to LSU employees**. So you can start the process by finding emails sent from any US Federal Government Agency to any LSU Employee that specifically mentions Milan Michael Kotevski, Milan Kotevski, or Miki Kotevski. Then go from there.

I cant be any more clear on my intent.
--Miki

## Tokyo 2015 program Issues.
Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



Miki Kotevski <miki.kotevski@gmail.com>

to Philip

Wed, Jun 14,
3:11 PM

Hello. I hope youre doing well. I have some issues that I would like to discuss with you.

Do you have any documents that I submitted to you or any notes on discussions that we had when I was in Japan? Do you have any emails or correspondences that concern me that were sent to you by any US Federal Agency or Department? I'll be succinct when I say this: I probably was drugged when, if I recall correctly, some US political figures made me sign a document that I have no idea what the contents of it contained

or what I signed to. I am seriously considering pursuing a RICO case; however, statute of limitations are drawing to a close soon. Can you assist me in anyway?

Cordially,
--Miki Kotevski, J.D.



Miki Kotevski <miki.kotevski@gmail.com>

Mon, Jun 19, 7:42 PM

to Philip

Hello, I am following up on the previous email. Respond accordingly soon



Philip Jimenez <pjimenez@scu.edu>

Tue, Jun 20, 10:02 PM

to me

No, I have not.

Best regards,

Phil Jimenez
--

Philip J. Jimenez
*Professor of Law* I Santa Clara University School of Law
*Associate Director, Asia* I Center on Global Law and Policy

500 El Camino Real
Santa Clara, CA 95053
pjimenez@scu.edu



Miki Kotevski <miki.kotevski@gmail.com>                    Wed, Jun 21,
                                                               5:30 PM

to Philip

Hunter and Jim Biden made me sign a contract that I have no idea what the contents of
which it contained. There's no way you wouldn't have known about a political meeting
like that taking place. I need you to remember everything that happened in Summer
2015 and tell me what you recall. There were probably other contracts I entered into
such as a guardianship that I don't know about. Is there a publicly accessible Japanese
l database that has the contracts entered into that exceeded $500 or legal matters like
guardianship or marriage?

Miki Kotevski, J.D

Sent from iPhone.

I have the expectation that this email is private and confidential and shall not be shared
with anyone without my consent.

On Jun 20, 2023, at 10:02 PM, Philip Jimenez <pjimenez@scu.edu> wrote:



Philip Jimenez <pjimenez@scu.edu>                          Thu, Jun 22,
                                                              11:38 AM

to me

I have no knowledge about the events you allege in your email.

I expect this is the last I will hear from you on this matter.

Regards,

Phil Jimenez



Miki Kotevski <miki.kotevski@gmail.com>

to Philip

This could be my last one--it's your decision on whether or not you decide to respond in good faith. You were the director of a program I attended in which I was repeatedly victimized during the program. I was drugged and forced to sign contracts in which I do not know the contents of such. I have to pay back loans in which I was legally coerced into signing documents and having been drugged. This is unconscionable to me. Whether it is under DOJ policies, Department of Education policies, or US federal laws and regulations or the Geneva convention, there is an affirmative obligation to assist in any way possible. In the previous emails I've had with you this year, I have discussed issues that should be raising red flags in which no ordinary reasonable attorney can ignore. If you know fraud was committed against me and are failing to disclose it, you may be aiding and abetting and participating in a RICO enterprise. I do not wish to sue you in any way if you are in good faith. But if you are in bad faith, then the options for me are extremely limited. Please help and do not be adverse to me.

Cordially,
--Miki

**Lawsuit**
Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



Miki Kotevski <miki.kotevski@gmail.com>

to Tracy

Dear Tracy,

I am seriously considering a lawsuit during my time at LSU Law. I dont want to sue you, but I will if it is necessary. I need you to be honest with me and tell me everything any US Federal Government worker/agent talked to you about me. Provide me the emails. FBI and DOJ and other unknown US Law Enforcement Officers may have committed RICO violations and War Crimes and I will sue them in court because of such because it necessarily involves Hillary Clinton. I hate to do this to you. I also need any and all emails that I sent you during my time at LSU.

Sorry,
--Miki



Trey Jones <jones@lsu.edu>                                    Tue, Jun 20,
                                                                3:18 AM
to me

Mr. Kotevski —

Your email has been referred to me. I have advised Ms. Blanchard not to respond.  Any
future inquiries should be directed to me.

If you are requesting records, the process for doing so may be found
at https://www.lsu.edu/general-counsel/public-records-request.php.

Trey Jones
Deputy General Counsel
Louisiana State University

Sent from my iPad

**From:** Miki Kotevski <miki.kotevski@gmail.com>
**Date:** June 19, 2023 at 7:45:32 PM CDT
**To:** Tracy K Blanchard <tblanch@lsu.edu>
**Subject: Lawsuit**



Miki Kotevski <miki.kotevski@gmail.com>                       Tue, Jun 20,
                                                                8:48 AM
to Trey

I like to be blunt and direct. I reasonably foresee the US Government screeching like
demented banshees and claim national security privileges. I am not aware of any
precedent that national security takes higher precedence over constitutional and RICO
violations. Corruption is a matter of national security because corruption ruins the trust
the People have in their government; however, how can corruption be remedied if it is
concealed under the guise of national security? Please, I am absolutely adamant that I

do NOT want to sue the school that gave me a chance to become a lawyer, but I am begging you, please do not aid and abet and become co-conspirators in a RICO lawsuit. Work with me. Do I have your word that you will honorably assist me?

--Miki



**Trey Jones** <jones@lsu.edu>

to me

Mr. Kotevski —

I don't know anything about all of that.  If you need public records, I provided you the link.  If you sue the university, we will defend it.

LSU cannot assist you in personal litigation.

Carlton (Trey) Jones
Deputy General Counsel
Louisiana State University
3810 West Lakeshore Drive, Suite 124
Baton Rouge, Louisiana 70808
office 225-578-6332 | mobile 225-252-1588
jones@lsu.edu | lsu.edu



**Miki Kotevski** <miki.kotevski@gmail.com>

Tue, Jun 20, 3:17 PM

to Trey

Did you comprehend anything I say? So you'd rather go down in the flames of RICO than help someone who has complete faith in yall. In moments like this, consider your actions.

#1: Mr. Isaac of the IT Department (if I recall his name correctly)--conversion of laptop, false pretenses to get a search of my laptop circumventing my constitutional rights against search and seizures in which Mr. Isaac most likely than not talked to the FBI and CIA in which providing them evidence to further their RICO conspiracy, first amendment violations, etc. Pinkerton liability applies. Part of the means and manner in which the predicate RICO acts were done was through my laptop.

#2: Tracy Blanchard: 1st, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, and 14th Amendment and ADA/Section 504 violations via pinkerton liability. Specifically Spring 2015, Summer 2015, May 2016.

To be part of a RICO enterprise, there must be a purpose, relationships among those associated with the enterprise, and longevity sufficient to permit those associates to pursue the enterprise's purpose. You understand that a RICO predicate act is obstruction of justice in which people like Andrew McCabe and Peter Strzok at the behest of Hillary Clinton wanted to arrest me (obstruction of justice) for committing crimes against me for politically retaliatory purposes. You understand that constitutional deprivations of my intellectual property rights has a monetary value in which there was an economic incentive to make up crimes against me to seize my property? You understand that having numerous crimes done to me for politically retaliatory purposes in which i have to pay back my student loans in which i have not been able to pass the bar yet makes me an indentured servant in violation of Kozminsky v. United States?

You understand that my constitutional and legal rights take higher precedence over fraudulently induced national security letters and gag orders, right?

I'm begging you. Please Do not be a part of their association in fact enterprise in RICO. There are numerous ways not to be a factual part of their enterprise. For example, you can help me by giving me the info I seek in which i'm able to pursue my claims without getting LSU involved. **I do not want to sue you.**

--Miki

**FOIA requests for Milan Kotevski**
Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



Miki Kotevski <miki.kotevski@gmail.com>

to foiarequests

Wed, Jun 14, 6:49 PM

#1: all documents, memos, records, videos, etc. that contain the phrase/name "Miki Kotevski."

#2: all documents, memos, records, videos, etc. that discuss "Hillary Clinton" or "Bill Clinton" from February 1st, 2015 to December 1st, 2015. Specific documents desired would include a discussion of how likely it was from the Defense Department's perspective that Hillary Clinton would be elected as president in 2016. :) I'm going to prove motive and intent.

Miki Kotevski, J.D

Sent from iPhone.

I have the expectation that this email is private and confidential and shall not be shared with anyone without my consent.



Powers, Eric, OIG DoD <Eric.Powers@dodig.mil>                    Thu, Jun 15,
                                                                  5:14 AM

to me

Dear Mr. Kotevski:

This office is responsible for processing all FOIA requests for access to records maintained by the Department of Defense, Office of Inspector General (DoD OIG). The DoD OIG is an independent and objective agency within DoD, responsible for promoting the integrity, accountability, and improvement of DoD personnel, programs, and operations. We accomplish our mission by conducting audits, investigations, inspections and assessments, and recommending policies and procedures to promote the economic, efficient, and effective use of DoD resources and programs that prevent fraud, waste, abuse, and mismanagement.

Given our mission and responsibilities, we are not aware of a nexus between the information you are requesting and the DoD OIG.

If you have any questions regarding this matter, or if you have additional information that the DoD OIG created the documents you seek, please contact our office at 703-604-9775 or via email at foiarequests@dodig.mil.

v/r

ERIC R. POWERS
Government Information Specialist
Department of Defense Office of Inspector General Freedom of Information Act
4800 Mark Center Drive
Alexandria, VA 22350-1500

This e-mail is from the Department of Defense Office of Inspector General
{DoD OIG}. It may contain Controlled Unclassified Information {CUI},
including information that is Law Enforcement Sensitive {LES}, subject to
the Privacy Act, and/or other privileges and restrictions that prohibit
release without appropriate legal authority. Do not disseminate without the
approval of the DoD OIG.  If received in error, please notify the sender by
reply e-mail and delete all copies of this message.



Miki Kotevski <miki.kotevski@gmail.com>                    Thu, Jun 15,
                                                              10:15 AM
to Eric,

Dear Mr. Powers,

I regularly interacted with Cherry Roberts-Matherne, a former Army member who I gave
a flash-drive to in August 2016. An Air Force member by the name of Thao Bui made
me sign something in May 2016, the contents of said contract, I dont know. Then in
January 2017, I reported possible misuse of DOD funds. Then a Navy Drill Sergeant by
the name of Aina tried to coerce a confession out of me in August or September 2017.
Then a military drone (either a X-47B or a Sentinel) followed me on November 8th, 2018
and flew in restricted air space. Objectively speaking, these are actions that necessarily
involve Defense as they are a nexus that connects me to Defense's actions or lack of
inaction.  ***Help me understand how the Defense Department did not retaliate***
***against me.***  That is all I ask. Give me the documents that prove Defense did not
retaliate against me and let me have some faith in you again.  Everything I ever did was
in Defense's best interest; however, your actions may have led me to believe otherwise.
As I am a dual citizen of America and Serbia, some of those actions may have violated
the geneva convention and certain military procedures. This is all within your purview.
Dont make me sue you.

Cordially,
Miki Kotevski, Juris Doctorate.



Powers, Eric, OIG DoD <Eric.Powers@dodig.mil>

Thu, Jun 15,
11:03 AM

to me

Mr. Kotevski:

Please be advised that DoD is decentralized and we do not maintain records for the entire DoD organization.  Based on your request, we cannot determined which office (Army, Navy, Air Force, Marines, etc.) under DoD which to re-direct your request.  What type of record(s) are you seeking, which office created the record, and /or what type of record is it that you are seeking.  Please provide that information and we may be able to direct your request.

If you have any questions, please feel free to contact our office at 703-604-9775.

v/r

ERIC R. POWERS
Government Information Specialist
Department of Defense Office of Inspector General Freedom of Information Act
4800 Mark Center Drive
Alexandria, VA 22350-1500

This e-mail is from the Department of Defense Office of Inspector General {DoD OIG}. It may contain Controlled Unclassified Information {CUI}, including information that is Law Enforcement Sensitive {LES}, subject to the Privacy Act, and/or other privileges and restrictions that prohibit release without appropriate legal authority. Do not disseminate without the approval of the DoD OIG.  If received in error, please notify the sender by reply e-mail and delete all copies of this message.



Miki Kotevski <miki.kotevski@gmail.com>

Thu, Jun 15, 11:30 AM

to Eric,

**any and all documents, memos, records, videos, court proceedings, court martials, legal filings, etc. that contain the phrase/name "Miki Kotevski" or "Miki" from Jan 1st, 2015 to 06/14,2023 within the Air Force, Army, Marines, and Navy.** I'm assuming the Coast Guard didnt do anything to me. The NAVY Ignored my previous request because I am assuming that Drill Sergeant Aina of the Navy and head of the FBI at the time Andrew McCabe talked with one another and conspired with one another in furtherance of a RICO enterprise and committed RICO predicate acts.  Coercion of a confession through the intentional deprivation of sleep is witness intimidation.



Powers, Eric, OIG DoD <Eric.Powers@dodig.mil>

Thu, Jun 15, 12:02 PM

to me

Mr. Kotenski:

Below is the FOIA offices contact information where you will need to submit your request:

United States Air Force
Air Force/AAII (FOIA)
1000 Pentagon
Washington, DC 20330-1000
Email:  SAF.AA.HAF.FOIA.workflow@us.af.mil

United States Army
Freedom of Information Office
Records Management and Declassification Agency
9301 Chapek Road, Building 1458
Fort Belvoir, VA 22060-5605
Email:  usarmy.belvoir.hqda-oaa-ahs.mbx.rmda-foia@mail.mil

United States Navy (USN)
SECNAV/CNO FOIA Office
Chief of Naval Operations (DNS-36)
2000 Navy Pentagon, Washington, DC 20350-2000

If you wish to obtain records from USN you may send your FOIA request via regular mail to the address above or by visiting the FOIAOnline website at https://www.foiaonline.gov, and select the Department of the Navy.

Headquarters US Marine Corps
Attn: FOIA/PA Section (ARSF) Rm 2B289
3000 Marine Corps Pentagon
Washington DC 20350-3000

If you would like to submit a request, please do so electronically using
FOIAonline www.foiaonline.gov. Select the *Department of the Navy-including Marine
Corps* then *United States Marine Corps* from the dropdown and from the third dropdown select
the command to which you wish to submit your request (i.e., the command that would maintain
the records you are seeking).

For FBI records, please review website at https://efoia.fbi.gov/#home, for information on
submitting a FOIA request to their office.

I hope this helps.

**Notice of Dispute - Kotevski, Milan – AT&T Reference No. 00025530**
Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



AT&T Legal Department <shawnee@1ayq843c1idgxtm7aj3uifb0udob178umikinwvdila2x1m9c2.4w-3adlguaa.na139.case.salesforce.com>
to me

Mon, Jun 5,
4:28 PM



AT&T is in receipt of your Notice of Dispute.  We are in the process of investigating your concerns and will respond once the investigation is complete.  AT&T appreciates the time that you took to contact us and looks forward to an amicable resolution.

Sincerely,
The AT&T Legal Department

**FOIA/PA Case Control Number FP-2023-00198**
Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



FOIA Status <FOIAStatus@state.gov>

Fri, May 12, 2:19 PM

to me

Mr. Kotevski,

This is a follow-up to your telephone call today regarding the status of FOIA/PA case control number FP-2023-00198.  We will follow-up with you as soon as possible to provide an estimated date of completion for your request.

If you have further concerns or any questions regarding a FOIA-related matter, you may contact the FOIA Requester Service Center via email at FOIAStatus@state.gov.

Regards,

U.S. Department of State
FOIA Requester Service Center



FOIA Status <FOIAStatus@state.gov>                    Wed, May 17,
                                                         4:48 PM

to me

Mr. Kotevski,

This is a follow-up to our email below regarding FOIA/PA Case Control
Number FP-2023-00198.

The Office of Information Programs and Services' electronic records system
indicates this request is in process and has a May 31, 2024, estimated date of
completion (EDC).  EDCs are estimates and subject to change.  If your request
can be completed prior to the EDC, a response will be sent sooner.

The Department currently has a backlog of FOIA/PA requests and is working
through it as quickly as possible.  Therefore, there will be a delay in processing
requests.

We apologize for the delayed response and appreciate your continued
patience.



Miki Kotevski <miki.kotevski@gmail.com>              Wed, May 17,
                                                         7:03 PM

to FOIA

Thank you for the update



Miki Kotevski <miki.kotevski@gmail.com>                    Wed, May 31,
                                                               12:18 PM

to FOIA

I hope the EDC for today is still valid; if not, a reason why not would be
appropriate. Thanks.

Miki Kotevski, J.D

Sent from iPhone.

I have the expectation that this email is private and confidential and shall not
be shared with anyone without my consent.


On May 17, 2023, at 7:03 PM, Miki Kotevski <miki.kotevski@gmail.com>
wrote:



FOIA Status <FOIAStatus@state.gov>                         Wed, May 31,
                                                               4:56 PM

to me

Mr. Kotevski,
This is in response to your email below regarding FOIA/PA Case
Control Number FP-2023-00198.
This request remains in process. Please note that the estimated
date of completion (EDC) for this request has not expired. The
current EDC for this request is May 31, **2024.**
As you were previously advised, the Department currently has a
backlog of FOIA/PA requests.  Therefore, there will be a delay in
processing requests.

We appreciate your continued patience and apologize for the delayed response.



Miki Kotevski <miki.kotevski@gmail.com>                    Wed, May 31,
                                                              6:23 PM

to FOIA

So let me get this straight. Jim and Hunter Biden probably made me sign something in July 2015 that I was not informed of the contents of such. Prior to this, Hillary Clinton placed a hit on me on June 26th, 2015 in which Bill Clinton went to Japan in March 17th, 2015. There's no way you all are not aware of these issues. I have no job prospects. No way to move forward with my life. I came there in person and then requests have been ignored. Everyday I grow angrier and more resentful. Go get Anthony Blinken and ask him for me why I shouldn't be pissed off? Either you all sabotaged me or someone else did and no one has done a damn thing about it. I don't care how ugly this will get—ugly is as ugly does and I'm affording you more respect than you gave me when I should have been warned of the imminent harm coming to me overseas in Japan 2015. Enough give me the answer to the question below:

Tell me right now am I married and do I have kids. Yes or no. If so, give me their contact information because they owe me an explanation

Miki Kotevski, J.D

Sent from iPhone.

I have the expectation that this email is private and confidential and shall not be shared with anyone without my consent.



Miki Kotevski <miki.kotevski@gmail.com>                    Thu, Jun 1,
                                                              7:21 PM

to FOIA

I hate to swear but giving the contact info is necessary now. I want to sue the fuck out of her for lying to me. You have betrayed my trust. Rectify the situation now with me.

Miki Kotevski, J.D

Sent from iPhone.

I have the expectation that this email is private and confidential and shall not be shared with anyone without my consent.


On May 31, 2023, at 6:23 PM, Miki Kotevski <miki.kotevski@gmail.com> wrote:

So let me get this straight. Jim and Hunter Biden probably made me sign something in July 2015 that I was not informed of the contents of such. Prior to this, Hillary Clinton placed a hit on me on June 26th, 2015 in which Bill Clinton went to Japan in March 17th, 2015. There's no way you all are not aware of these issues.  I have no job prospects. No way to move forward with my life. I came there in person and then requests have been ignored. Everyday I grow angrier and more resentful. Go get Anthony Blinken and ask him for me why I shouldn't be pissed off? Either you all sabotaged me or someone else did and no one has done a damn thing about it. I don't care how ugly this will get—ugly is as ugly does and I'm affording you more respect than you gave me when I should have been warned of the imminent harm coming to me overseas in Japan 2015. Enough give me the answer to the question below:

Tell me right now am I married and do I have kids. Yes or no. If so, give me their contact information because they owe me an explanation

Miki Kotevski, J.D

Sent from iPhone.

I have the expectation that this email is private and confidential and shall not be shared with anyone without my consent.


On May 31, 2023, at 4:56 PM, FOIA Status <FOIAStatus@state.gov> wrote:


# Mr. Kotevski,

This is in response to your email below regarding FOIA/PA Case Control Number FP-2023-00198.

This request remains in process. Please note that the estimated date of completion (EDC) for this request has not expired. The current EDC for this request is May 31, **2024.**

As you were previously advised, the Department currently has a backlog of FOIA/PA requests. Therefore, there will be a delay in processing requests.

We appreciate your continued patience and apologize for the delayed response.

Regards,


U.S. Department of State

FOIA Requester Service Center


**From:** Miki Kotevski <miki.kotevski@gmail.com>
**Sent:** Wednesday, May 31, 2023 1:18 PM
**To:** FOIA Status <FOIAStatus@state.gov>
**Subject:** Re: FOIA/PA Case Control Number FP-2023-00198

I hope the EDC for today is still valid; if not, a reason why not would be appropriate. Thanks.

Miki Kotevski, J.D

Sent from iPhone.

I have the expectation that this email is private and confidential and shall not be shared with anyone without my consent.


On May 17, 2023, at 7:03 PM, Miki Kotevski <miki.kotevski@gmail.com> wrote:


Thank you for the update

On Fri, May 12, 2023 at 2:19 PM FOIA Status <FOIAStatus@state.gov> wrote:

Mr. Kotevski,

This is a follow-up to your telephone call today regarding the status of FOIA/PA case control number FP-2023-00198. We will follow-up with you as soon as possible to provide an estimated date of completion for your request.

If you have further concerns or any questions regarding a FOIA-related matter, you may contact the FOIA Requester Service Center via email at FOIAStatus@state.gov.

Regards,

U.S. Department of State
FOIA Requester Service Center

**FOIA Request FP-2023-00198**
Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



ca-ocs-foia@state.gov

Wed, May 3,
1:30 PM

to me, ca-ocs-foia

Good day

Thank you for your request. In reviewing your request, it is too broad to search by just name. However, we do see that you provided a little more details about the country of Serbia as it relates to the information you are looking for and the person it relates to. We will search within the parameters of Serbia and the name that you gave us. In the future, please refrain from using derogatory language on government forms.

If you request for this information is no longer needed, please let us know.

Thank you

*CA/OCS/MSU/FOIA*
*Overseas Citizen Services*
*Management Support Unit*
*FOIA Coordinator*
**Error! Filename not specified.**



Miki Kotevski <miki.kotevski@gmail.com>                    Wed, May 3,
                                                              4:19 PM
to ca-ocs-foia

1A says I can use derogatory language because it's the language I decide to chose to express myself concerning a government related and created matter and some displeasure I have. It's not threatening to you or anyone nor is it illegal. Next, who are you to tell an autistic person not to use certain language in which I had to earn the ability and work on my ability to express myself being on the autism spectrum?

I'm specifically looking for Japan. It came to a zenith of malice and hatred when I was legally obligated to have basic protections when i was studying abroad because someone in the US Govt was either that insistent on retaliating against me or that complicit in retaliating against me. Your office knows that person extremely well. Continue down this track and it looks like you're being complicit. Let's resolve the matter.

So apologies, keep it to Japan for now and the years 2015 and 2016. If nothing comes up from Japan, then we will go to Serbia as I have dual citizenship.

Thank you for understanding,

Miki Kotevski, J.D

Sent from iPhone.

I have the expectation that this email is private and confidential and shall not be shared with anyone without my consent.

**Ref: FP-2023-00198, Freedom of Information Act/Privacy Act Acknowledgement**
Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



A_FOIAacknowledgement@groups.state.gov

Wed, May 3, 12:21 PM

to me

**THIS EMAIL BOX IS NOT MONITORED, PLEASE DO NOT REPLY TO THIS EMAIL.**

Mr. Kotevski:

This letter acknowledges receipt of your March 7, 2023, request pursuant to the Freedom of Information Act (FOIA) (5 U.S.C. § 552) and Privacy Act (5 U.S.C. § 552a) received by the U.S. Department of State, Office of Information Programs and Services on May 3, 2023, regarding any document that stipulates Milan Michael Kotevski was not born in Lake Forest, IL on April 28th, 1989 or any documents that discusses Milan Michael Kotevski or family members of Milan Michael Kotevski that gave birth abroad. Any document or consular reports that discusses Milan Michael Kotevski or family members of Milan Michael Kotevski that died abroad. Any document or certificate of witness to marriage of Milan Michael Kotevski abroad and any certificate of marriage of Milan Michael Kotevski. Any court proceedings, documents, or certificate that showed Milan Michael Kotevski lost any nationality (whether Serbian or American). Records of assistance provided by U.S. consular officers to U.S. citizens abroad. Any document that shows the US Government provided any assistance to Milan Michael Kotevski or if Milan Michael Kotevski provided assistance to U.S. Citizens abroad or anyone else abroad. Any documents from any visa request of any individual that states Milan Michael Kotevski in the document. All documentation that Milan Michael Kotevski had with U.S. Embassies,

Consulates, and Missions abroad. This Office assigned your request the above reference number and placed it in the complex processing track where it will be processed as quickly as possible. See 22 CFR § 171.11(h).

This Office will not be able to respond within the 20 days provided by the statute due to "unusual circumstances." See 5 U.S.C. § 552(a)(6)(B)(i)-(iii). In this instance, the unusual circumstances include the need to search for and collect requested records from other Department offices or Foreign Service posts.

If you have any questions regarding your request, would like to narrow the scope or arrange an alternative time frame to speed its processing, or would like an estimated date of completion, please contact our FOIA Requester Service Center or our FOIA Public Liaison by email at FOIAstatus@state.gov or telephone at 202-261-8484. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, email at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

**THIS EMAIL BOX IS NOT MONITORED, PLEASE DO NOT REPLY TO THIS EMAIL.**

### RE: [EXTERNAL EMAIL] - IDENTITY HISTORY SUMMARY REQUEST
Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



Identity@FBI.GOV <Identity@fbi.gov>                    Tue, Mar 14, 8:30 AM

to me

Thank you for your inquiry,
You may visit our website at https://www.fbi.gov/checks.
There are three options available with all forms, links, and informational instructions provided. These reports cover the past 110 years. We cannot put

a cap on that. It is a full criminal history report. This report is available to anyone in the world.

## Submit Online
## (Processing time: 5-7 business days upon receipt of the fingerprint card)

The fastest option is to [submit your request online](#), for the Identity History Summary Checks.

With an electronic submission, you will automatically receive your results back electronically. You can also opt to receive a hard copy of your results. If you choose to receive a hard copy, you receive both electronic and hard copy in mail. Hard copy will mail out approximately 3 business days after you receive electronic response.

You may choose to submit fingerprints to us by going to one of the participating USPS location (if you meet their criteria) or by contacting your local Law Enforcement Agency to have the fingerprints taken then mail them to us at

FBI CJIS Division- Electronic Summary Request

1000 Custer Hollow Road

Clarksburg, WV 26306

[List of participating U.S. Post Office locations](#)

## Submit by Mail
## (Processing time: 2-4 weeks upon receipt of the submission)
**Mail Your Required Materials**
- [Signed Applicant Information Form](#)
- [Fingerprint Card](#)
- Payment of $18 U.S. dollars per person (use the [Credit Card Payment Form](#) if you are paying by credit card)

FBI CJIS Division – Summary Request

1000 Custer Hollow Road

Clarksburg, WV 26306

**Receive Your Response by USPS First Class Mail once completed**
The FBI does apply the authenticity stamp and official signature to every request that is processed. It then needs to be sent to the Department of State (DOS) in Washington DC, if you require it to be apostilled. If you did the electronic application process through us and received an electronic response, you can print that response and forward that report to them. You can obtain instructions on that process by contacting the DOS at 202-485-8000.

## Submit with FBI-Approved Channeler

You may choose to work with an FBI-Approved Channeler—a private business that has contracted with the FBI to submit your request on your behalf. An FBI-Approved Channeler helps speed up the delivery of Identity History Summary Checks (rap sheets) on behalf of the FBI.

**Find an FBI-Approved Channeler**

[List of FBI-Approved Channelers for Departmental Order Submissions](#)
An FBI-approved Channeler is a private business that has contracted with the FBI to submit your request on your behalf. FBI-approved Channelers receive the fingerprint submission and relevant data, collect the associated fee(s), electronically forward the fingerprint submission with the necessary information to the FBI for a national Identity History Summary check, and receive the electronic summary check result for dissemination to the individual. An FBI-approved Channeler simply helps expedite the delivery of Identity History Summary information on behalf of the FBI.

Please note that an FBI-approved Channeler may have different methods or processes for submissions. Also, additional fees may apply above the FBI fee for requests submitted through an FBI-approved Channeler.

Thank you,

Vanessa

If you need further assistance please contact:

Federal Bureau of Investigation (FBI)
Criminal Justice Information Services (CJIS) Division
Quality & Analysis Support Unit (QASU)
Customer Service Group (CSG)
Office Hours Monday-Friday
8:00 AM - 5:00 PM EST
(304) 625-5590
Identity@fbi.gov

This e-mail may contain Personally Identifiable Information (PII) which must be protected in accordance with applicable privacy and security policies.  If you are not the intended recipient of this information, disclosure, reproduction, distribution or use of this information is prohibited.

**Confidentiality Statement:** This message is transmitted to you by the Biometric Services Section of the Federal Bureau of Investigation. This message, along with any attachments, may be confidential and legally privileged. If you are not the intended recipient, please destroy promptly without further retention or dissemination (unless otherwise required by law). Please notify the sender of the error by a separate email or by calling the above number.

**From:** Miki Kotevski <<u>miki.kotevski@gmail.com</u>>
**Sent:** Sunday, March 12, 2023 1:58 PM
**To:** Identity <<u>Identity@FBI.GOV</u>>
**Subject:** [EXTERNAL EMAIL] - IDENTITY HISTORY SUMMARY REQUEST

I only have $6.54 to my name. I dont have $18 for an identity history summary request. Why don't we work together on something for once and give me the info I need and the Identity History Summary. Please dont let me down again.

Thanks,
--Miki



Miki Kotevski <miki.kotevski@gmail.com>                Tue, Mar 14, 10:51 AM

to Identity@FBI.GOV

you know what, you didnt read a damn thing I wrote. Thanks for covering up for Hillary Clinton and the horrific crimes she did to me, y'all standards for the equal application of justice are just swell.

Smiles,
--Miki


March 13, 2023

Miki, Kotevski
Miki.kotevski@gamil.com

Dear Sir/Madam :

This is in response to your request for records, Tracking Number EMRUFOIA031223. Your Freedom of Information Act and/or Privacy Act (FOIA/PA) request was received by this office which serves as the receipt and referral unit for FOIA/PA requests addressed to the Department of Justice (DOJ). Federal agencies are required to respond to a FOIA request within 20 business days. This period does not begin until the request is actually received by the component within the DOJ that maintains the records sought, or ten business days after the request is received in this office, whichever is earlier.

Each DOJ component maintains its own files. There is no "central file." Therefore, this office has been designated as the receipt and referral unit for Freedom of Information/Privacy Act requests addressed to the DOJ. To refer your request, we need you to further identify the records you request.

DOJ regulations require that a request for access to records sufficiently identify the records to enable Department personnel to locate them with a reasonable amount of effort (28 CFR 16.3(b)). Please provide us with specific information to help us identify the DOJ component(s) most likely to have the records you seek. Please give the subject, dates and if known, name of the person who signed the document in the component from which it originated. Or, if your request related to litigation, please provide, in addition to the name of the case, the subject of the case, or indicate the type of case, e.g., a tax, civil rights, or criminal case. We cannot identify the component handling a case solely on the "name" of the case. Similarly, we cannot identify the component likely to have a record on an organization or person solely on the "name" of that organization or person.

to me

Please see the attached response to your FOIA request. Please note, your request has been assigned tracking number EMRUFOIA031223.

**From:** Miki Kotevski <miki.kotevski@gmail.com>
**Sent:** Sunday, March 12, 2023 8:14 PM
**To:** Requests, MRUFOIA (JMD) <MRUFOIA.Requests@usdoj.gov>
**Subject:** [EXTERNAL] Following FOIA reqeust

My life is in peril. Answer immediately with any documents that would answer the questions below:

Any and all documents that would show Milan Micahel Kotevski is under a legal guardianship.
Any and all documents that would show Milan Michael Kotevski is married.
Any and all documents that would show DOJ knew of risks to Milan Micahel Kotevski and failed to do anything about substantial risks posed from June 26th, 2015.
Any and all documents that show how much Intellectual Property was stolen from Milan Michael Kotevski.
Any and all documents showing that Milan Michael Kotevski has been blacklisted in the legal profession.

--Miki

### RE: FP-2023-00198 More Information is Needed
Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



TraskMG@state.gov

Mon, Mar 13,
9:08 AM

to me

Mr. Kotevski:
This email correspondence pertains to your March 7, 2023, Freedom of Information Act (FOIA) (5 U.S.C. § 552) request received on March 8, 2023, by the U.S. Department of State, Office of Information Programs and Services.

You are seeking "every data and document that is relevant to Milan Kotevski (aka Miki Kotevski)".
**To help ensure a faster response, more information is needed from you about what you are seeking.**


Please identify the types of records being sought, timeframe, subject matter search terms, name the Department bureau/offices of interest. Describe the records you believe the Department of State maintains about you and why. Furthermore, please provide your full name, date, place of birth and any other names you have used.

As reference, the Department of State maintains the following personal records:

- Applications from U.S. citizens for U.S. passports

- Consular Reports of Birth Abroad

- Consular Reports of Death Abroad (Of a U.S. Citizen)

- Certificate of Witness to Marriage (abroad)

- Certificate of Loss of Nationality

- Records of assistance provided by U.S. consular officers to U.S. citizens abroad

- Visa requests from non-citizens to enter the United States

- Personal correspondence with U.S. Embassies, Consulates, and Missions abroad

- Employment records of current and former employees of the Department of State

You may reply directly to this email or by mailing, the Office of Information Programs and Services, U.S. Department of State, 2201 C Street, NW, Room B266, Washington, D.C. 20520; or facsimile at 202-485-1718.
Please email us to help ensure a faster response. If you do not reply by **April 5, 2023**, then we will administratively close the request.

Regards
M. Trask
Requester Communications Branch
Requester Liaison Division



Miki Kotevski <miki.kotevski@gmail.com>

Mon, Mar 13, 12:42 PM

to TraskMG

Οκαψ τηε φολλοωινγ τηεν:

- Any documents relating to and Milan Michael Kotevski's applications for U.S. passports

- Any document that stipulates Milan Michael Kotevski was not born in Lake Forest, IL on April 28th, 1989 or any documents that discusses Milan Michael Kotevski or family members of Milan Michael Kotevski that gave birth abroad.

- Any document or consular reports that discusses Milan Michael Kotevski or family members of Milan Michael Kotevski that died abroad.

- Any document or certificate of witness to marriage of Milan Michael Kotevski abroad and any certificate of marriage of Milan Michael Kotevski.

- Any court proceedings, documents, or certificate that showed Milan Michael Kotevski lost any nationality (whether Serbian or American)

- Records of assistance provided by U.S. consular officers to U.S. citizens abroad. Any document that shows the US Government provided any assistance to Milan Michael Kotevski or if Milan Michael Kotevski provided assistance to U.S. Citizens abroad or anyone else abroad.

- Any documents from any visa request of any individual that states Milan Michael Kotevski in the document.

- All documentation that Milan Michael Kotevski had with U.S. Embassies, Consulates, and Missions abroad.

- Any document that would show my employment with the U.S. Government and/or State Department.



Miki Kotevski <miki.kotevski@gmail.com>

Tue, May 2, 12:33 PM

to TraskMG

Hello,

It has been about two months and I did not receive a confirmation email to my last response made on March 13th, 12:42pm. I WANT TO BE PRIVY TO MY OWN LIFE. I came there in person in 2020 to figure out what the hell happened only to get turned away. WHAT DID YOU DO TO ME OR ON MY BEHALF THAT I HAVENT BEEN MADE AWARE OF. I have only a dollar and some change to my name in my bank account, am facing serious health complications, am fucking miserable, and I'm so sick of fucking everything about DC.

On Mon, Mar 13, 2023 at 9:08 AM <TraskMG@state.gov> wrote:

Mr. Kotevski:

This email correspondence pertains to your March 7, 2023, Freedom of Information Act (FOIA) (5 U.S.C. § 552) request received on March 8, 2023, by the U.S. Department of State, Office of Information Programs and Services.

You are seeking "every data and document that is relevant to Milan Kotevski (aka Miki Kotevski)".

**To help ensure a faster response, more information is needed from you about what you are seeking.**

Please identify the types of records being sought, timeframe, subject matter search terms, name the Department bureau/offices of interest. Describe the records you believe the Department of State maintains about you and why. Furthermore, please provide your full name, date, place of birth and any other names you have used.

As reference, the Department of State maintains the following personal records:

• Applications from U.S. citizens for U.S. passports

• Consular Reports of Birth Abroad

• Consular Reports of Death Abroad (Of a U.S. Citizen)

- Certificate of Witness to Marriage (abroad)

- Certificate of Loss of Nationality

- Records of assistance provided by U.S. consular officers to U.S. citizens abroad

- Visa requests from non-citizens to enter the United States

- Personal correspondence with U.S. Embassies, Consulates, and Missions abroad

- Employment records of current and former employees of the Department of State

You may reply directly to this email or by mailing, the Office of Information Programs and Services, U.S. Department of State, 2201 C Street, NW, Room B266, Washington, D.C. 20520; or facsimile at 202-485-1718.
Please email us to help ensure a faster response. If you do not reply by **April 5, 2023**, then we will administratively close the request.

Regards,
M. Trask
Requester Communications Branch
Requester Liaison Division

**tate Department FOIA <noreply@mail.foia.state.gov>**     Wed, Mar 8, 5:01 PM

to me

Thank you for filing your FOIA request online on 3/8/2023. Here is a review of your request.

The records I request can be described as follows:

Every single document that contains the terms: miki kotevski or milan kotevski

The time period of my request is from 05/26/2015 to 12/19/2015

I am A representative of the news media seeking information as part of a news gathering effort and not for commercial use.

I am willing to pay $0 for my request.

I request a waiver of all fees for this request.
Reason: I dont feel like I need to explain why as it should be that self-evident to you by now.

I have a compelling need for expeditious handling:

-An imminent threat to the life or physical safety of an individual exists.
-An urgency to inform the public concerning actual or alleged Federal Government activity exists.
-An impairment of substantial due process rights of the requester exists.
-A harm to substantial humanitarian concerns exists.
-All the above. please give me the information now.

My additional comments are as follows:

N/A

Contact Information
Mr. Milan M Kotevski
3102 N Maple Tree Ln<br>Wadsworth, Illinois 60083
P: 8473800400
F: N/A
miki.kotevski@gmail.com

**eFOIA Request Received**
Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



efoia@subscriptions.fbi.gov

Sat, Feb 18,
10:21 PM

to me

# Individual Information

**PrefixFirst NameMiddle NameLast NameSuffixEmailPhoneLocation**

# Domestic Address

**Address Line 1Address Line 2CityStatePostal**

# Agreement to Pay

**How you will pay**

I am requesting a fee waiver for my request and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and will enter that maximum amount in the box below.

**Allow up to $**

## Proof Of Affiliation for Fee Waiver

**Waiver Explanation**

I'm an independent journalist and I want to expose how dirty Andrew McCabe and Peter Strzok are and how they facilitated in allowing war crimes to happen to me

**Documentation Files**

## Non-Individual FOIA Request

**Request Information**

I want every single record, memo, data, etc. on that dirty corrupt fucker Andrew McCabe and Peter Strzok that contains anything relevant to Miki Kotevski

If you don't comply, I will come there in DC and it won't be nice as I will

argue with you until I get arrested for exposing how fucking dirty you are you son of a bitch

## Expedite

**Expedite Reason**

Utah bar is going to find out what you did

**\*\***

Please be advised that efoia@subscriptions.fbi.gov is a no-reply email address. Questions regarding your FOIA request may be directed to foipaquestions@fbi.gov. If

you have received a FOIPA request number, please include this in all correspondence concerning your request. Please note eFOIPA requests are processed in the order that they are received. If you have not received a FOIPA request number, your request is in the process of being opened at which time it will be assigned a FOIPA request number and correspondence will be forthcoming.

**

Upon receipt of your FOIPA request number, you may check the status of your FOIPA request on the FBIâ€™s electronic FOIA Library (The Vault) on the FBIâ€™s public website, http://vault.fbi.gov by clicking on the â€˜Check Status of Your FOI/PA Request toolâ€™ link. Status updates are performed on a weekly basis. If you receive a comment that your FOIPA request number was not located in the database, please check back at a later date.

...

[Message clipped]  View entire message

**Your download from Data and Privacy**
Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



Apple <noreply@email.apple.com>                          Sun, Feb 12,
                                                              4:42 AM

to me



# Your download from Data and Privacy

Dear Miki Kotevski,

The copy of the data you requested on February 6, 2023 at 10:41:21 PM CST is almost complete. The following items will be available for download on your Data and Privacy page.



**2 apps and services**
Downloadable in files of 25GB or less

- Apple ID account and device information
- AppleCare

We could not get the items below and will notify you when these items become available. You can check their status on your Data and Privacy page.



1 app or service is currently unavailable. Learn more.

- Apple.com and Apple Store

Get your data >

Apple Support

**hello@muellershewrote.com via regulus.hmdnsgroup.com**          Thu, Feb 9, 10:09 PM

to me

Hi there!

Thank you for reaching out to the Mueller She Wrote & Daily Beans team.

Your email is important to us.

With the extremely high volume of emails we receive, your email will be answered in the order it was received and/or as soon as we can get to it.  Please bear with us! It may take a while. We are but a tiny team.

For all non-merchandise related issue, please see our FAQ: https://www.muellershewrote.com/questions/

If this is in regards to any orders; due to some technical difficulties, all Patreon orders may take 3-4 weeks to process. We appreciate your patience with us. When your orders are shipped, you should receive an email with a tracking number.

If this is an urgent or time-time sensitive issue, please contact Kanai Williams directly: kanai@muellershewrote.com

We appreciate your patience and support!

The Mueller She Wrote / Daily Beans Team!

Tweet us:
@MuellerSheWrote
@DailyBeansPod



**U.S. Department of Justice**

Office of Information Policy

*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

May 23, 2022

Miki Kotevski
3102 Maple Tree Lane
Wadsworth, IL  60083
miki.kotevski@gmail.com

Re:     FOIA-2022-01238
          DRH:GMG

Dear Miki Kotevski:

      This is to acknowledge receipt of your Freedom of Information Act (FOIA) request dated and received in this Office on May 16, 2022, in which you requested records concerning yourself.

      You are seeking expedited processing of this request.  For your request to be considered for expedited processing, your letter must indicate the basis on which you seek such treatment. Requests will be taken out of chronological order based on the date of receipt and given expedited treatment only when it is determined that they involved: (1) circumstances in which the lack of expedited treatment could reasonably be expected to pose an imminent threat to the life or physical safety of an individual; (2) an urgency to inform the public about an actual or alleged federal government activity, if made by a person primarily engaged in disseminating information; (3) the loss of substantial due process rights; or (4) a matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence.  See 28 C.F.R. § 16.5(e)(1) (2018).  This Office makes the determination regarding the first three categories and the Department's Director of Public Affairs makes the decision regarding the fourth category.  See id. § 16.5(e)(2). Requesters seeking expedited processing are required to submit a statement explaining in detail the basis for their request for expedited processing.  See id. § 16.5(e)(3).  This statement must be certified to be true and correct.  See id.  You have not provided such a statement.  As a result, this request for expedited processing is not properly made.  Once the required certified explanation of the basis for seeking expedited processing is provided, we will make a decision under the appropriate standard.  Nevertheless, please be advised that your request has been assigned to an analyst in this Office and our processing of it has been initiated.

      To the extent that your request requires a search in another Office, consultations with other Department components or another agency, and/or involves a voluminous amount of material, your request falls within "unusual circumstances."  See 5 U.S.C. 552 § (a)(6)(B)(i)-(iii) (2018).  Accordingly, we will need to extend the time limit to respond to your request beyond the ten additional days provided by the statute.  For your information, we use multiple tracks to process requests, but within those tracks we work in an agile manner, and the time needed to complete our work on your request will necessarily depend on a variety of factors,



**U.S. Department of Justice**
Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

May 23, 2022

miki.kotevski@gmail.com

Dear Milan Kotevski:

This is to advise you that the Office of Information Policy (OIP) of the U.S. Department of Justice received your administrative appeal from the action of the OIP regarding Request No. FOIA 2022-01238 on 05/23/2022.

In an attempt to afford each appellant equal and impartial treatment, OIP has adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number A-2022-01372. Please refer to this number in any future communication with OIP regarding this matter. Please note that if you provided an email address or another electronic means of communication with your request or appeal, this Office may respond to your appeal electronically even if you submitted your appeal to this Office via regular U.S. Mail.

We will notify you of the decision on your appeal as soon as we can. If you have any questions about the status of your appeal, you may contact me at (202) 514-3642. If you have submitted your appeal through FOIA STAR, you may also check the status of your appeal by logging into your account.

Sincerely,

*Priscilla Jones*

Priscilla Jones
Supervisory Administrative Specialist



U.S. **Department** of Justice
Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

Milan Kotevski
3102 Maple Tree Lane
Wadsworth, IL 60083
miki.kotevski@gmail.com

Re:  Appeal No. A-2022-01372

Request No. FOIA 2022-01238
CDT:IMV

**VIA: Email - 6/29/2022**

Dear Milan Kotevski:

You attempted to appeal from the failure of the Initial Request Staff (IR Staff) of the Office of Information Policy to respond to your Freedom of Information Act request for access to records concerning yourself.

Department of Justice regulations provide for an administrative appeal to the Office of Information Policy only after there has been an adverse determination by a component. See 28 C.F.R. § 16.8(a) (2021). As no adverse determination has yet been made by OIP, there is no action for this Office to consider on appeal.

As you may know, the FOIA authorizes requesters to file a lawsuit when an agency takes longer than the statutory time period to respond. See 5 U.S.C. § 552(a)(6)(C)(i). However, I can assure you that this Office has contacted OIP and has been advised that your request is being processed. If you are dissatisfied with OIP's final response, you may appeal again to this Office.

This Office has forwarded a copy of your letter to OIP. You should contact OIP's Requester Service Center at (202) 514-3642 for further updates regarding the status of your request.

If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office's FOIA Public Liaison for your appeal. Specifically, you may speak with the undersigned agency official by calling (202) 514-3642.

Sincerely,

X _____



**U.S. Department of Justice**

Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC  20530-0001*

*Telephone: (202) 514-3642*

July 8, 2022

Miki Kotevski
3102 Maple Tree Lane
Wadsworth, IL  60083          Re:   FOIA-2022-01238
miki.kotevski@gmail.com              DRH:AKT

Dear Miki Kotevski:

This responds to your Freedom of Information Act (FOIA) request dated and received in this Office on May 16, 2022, seeking records concerning yourself.

Please be advised that a search has been conducted in the Office of the Attorney General, as well as of the records indices of former officials of that Office, and no records responsive to your request have been located.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.  See 5 U.S.C. § 552 (2018).  This response is limited to those records that are subject to the requirements of the FOIA.  This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may contact our FOIA Public Liaison, Valeree Villanueva, for any further assistance and to discuss any aspect of your request at: Office of Information Policy, United States Department of Justice, Sixth Floor, 441 G Street, NW, Washington, DC 20530-0001; telephone at 202-514-3642.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows:  Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, MD 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448.

If you are not satisfied with this Office's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy, United States Department of Justice, Sixth Floor, 441 G Street, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal.  Your appeal must be postmarked or electronically submitted



United States Department of State

*Washington, D.C. 20520*

P-2019-05746

JUN 2 0 2019

Milan Michael Kotevski
Email: Miki.Kotevski@gmail.com

Dear Mr. Kotevski:

This is the initial agency decision on your May 3, 2019, request, under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, to the Department of State, in which you requested any personal records from January 1, 2015, to December 31, 2015, for yourself.

The Office of Information Programs and Services (IPS) received your FOIA request on Mary 3, 2019. Your FOIA request was assigned the tracking number at the top of this letter. Please include the tracking number in all future communications concerning this FOIA request.

Please be advised that a requester must describe the records sought in sufficient detail to enable Department personnel to locate them with a reasonable amount of effort. The more specific the information the requester furnishes, the more likely that Department personnel will be able to locate responsive records if they exist. Your request does not reasonably describe the records sought, and the Department is unable to process the request as submitted.

If you are not satisfied with Department's determination in response to your FOIA request, you may administratively appeal by writing to: Appeals Officer, Appeals Review Panel, Office of Information Programs and Services (IPS), U.S. Department of State, State Annex 2 (SA-2), 515 22nd Street, NW, Washington, D.C. 20522-8100, or faxed to (202) 261-8571. Appeals must be postmarked within 90 calendar days of the date of this initial agency decision letter. Please include a copy of this letter with your written appeal and clearly state why you disagree with the determinations set forth in this response.

For further assistance or to discuss any aspect of your request, you may contact the FOIA Public Liaison, Kellie Robinson, via email to RobinsonKN@state.gov or by telephone at (202) 663-2222.



U.S. **Department** of Justice
Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

October 12, 2022

Milan Kotevski
3102 N. Maple Tree Lane                    Re:    FOIA-2023-00060
Wadsworth, IL 60083                        DRH:GMG
miki.kotevski@gmail.com

Dear Milan Kotevski:

This responds to your Freedom of Information Act request dated and received in this Office on October 11, 2022, seeking records pertaining to yourself.

Your request has been received by the Office of Information Policy (OIP) of the United States Department of Justice, which processes Freedom of Information Act (FOIA) and Privacy Act (PA) requests for records it maintains as well as records maintained by the Offices of the Attorney General, Deputy Attorney General, Associate Attorney General, Public Affairs, Legislative Affairs, and Legal Policy. OIP also adjudicates administrative appeals of denials of FOIA/PA requests made to the Department. This Office maintains the case files for the initial requests and administrative appeals it processes. For your information, neither this Office nor any of these senior leadership offices of the Department typically maintains records on individuals and, as such, would not maintain the type of records you are seeking.

Please be advised that the FOIA provides a right of access to federal agency records that exist and can be located in federal agency files. The FOIA does not require agencies to conduct research for you, to analyze data, to answer questions, or to create new records in response to a FOIA request. Moreover, the FOIA does not apply to records that are maintained by states, counties, or cities, or by the legislative or judicial branches of the government.

For your information, the FOIA operation for both the Department of Justice and the federal government is decentralized and each Department component and federal entity maintains and handles FOIA requests for its own records. Accordingly, you need to direct your letter to the office(s) you believe have records pertaining to the subject of your request. Additional information regarding the federal government's administration of the FOIA, including a listing of FOIA contact information, is available at www.foia.gov. Based on the information you have provided, I cannot determine the nature of the records you are seeking



U.S. **Department** of Justice
Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

May 16, 2022

Miki Kotevski
3102 Maple Tree Lane                        Re:   FOIA-2022-01236
Wadsworth, IL  60083                              DRH:GMG
miki.kotevski@gmail.com

Dear Miki Kotevski:

This responds to your Freedom of Information Act request dated and received in this Office on May 16, 2022, seeking records pertaining to yourself.

Your request has been received by the Office of Information Policy (OIP) of the United States Department of Justice, which processes Freedom of Information Act (FOIA) and Privacy Act (PA) requests for records it maintains as well as records maintained by the Offices of the Attorney General, Deputy Attorney General, Associate Attorney General, Public Affairs, Legislative Affairs, and Legal Policy.  OIP also adjudicates administrative appeals of denials of FOIA/PA requests made to the Department.  This Office maintains the case files for the initial requests and administrative appeals it processes.  For your information, neither this Office nor any of these senior leadership offices of the Department typically maintains records on individuals and, as such, would not maintain the type of records you are seeking.

Please be advised that the FOIA provides a right of access to federal agency records that exist and can be located in federal agency files.  The FOIA does not require agencies to conduct research for you, to analyze data, to answer questions, or to create new records in response to a FOIA request.  Moreover, the FOIA does not apply to records that are maintained by states, counties, or cities, or by the legislative or judicial branches of the government.

For your information, the FOIA operation for both the Department of Justice and the federal government is decentralized and each Department component and federal entity maintains and handles FOIA requests for its own records.  Accordingly, you need to direct your letter to the office(s) you believe have records pertaining to the subject of your request.  Additional information regarding the federal government's administration of the FOIA, including a listing of FOIA contact information, is available at www.foia.gov.  Based on the information you have provided, I cannot determine the nature of the records you are seeking



**U.S. Department of Justice**

Office of Information Policy

*Sixth Floor*

*441 G Street, NW*

*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

October 25, 2022

Milan Kotevski
3102 N Maple Tree Ln
Wadsworth, IL  60083
miki.kotevski@gmail.com

Re:    Appeal No. A-2023-00067
       Request No. FOIA-2023-00060
       DRC: EAH

**VIA: Online Portal**

Dear Milan Kotevski:

You appealed from the action of the Office of Information Policy (OIP) on your Freedom of Information Act (FOIA) request for access to records concerning yourself.  I note that your appeal concerns OIP's determination that it does not maintain the records you seek as well as its determination that a certification of identity would be required.

After carefully considering your appeal, I am affirming OIP's action on your request.  OIP informed you that it does not maintain records such as those that you described.  I have determined that OIPs response was correct.  Based on the type of records that you appear to be seeking, you might wish to make a request to the Federal Bureau of Investigation for the records that you seek.  I trust that this information will be of some assistance to you as you attempt to locate these records.

OIP  properly informed you that your request cannot be processed by a component until you submitted your notarized signature or a certification of your identity under penalty of perjury.  See 28 C.F.R. § 16.41(d) (2021).  You still have not provided your notarized signature or certification of your identity under penalty of perjury.   As a courtesy to you, please find enclosed Form DOJ-361, which you may use to submit a valid FOIA request with certification of your identity directly to the FBI.

Please be advised that this Office's decision was made only after a full review of this matter. Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your underlying request, and the action of OIP in response to your request.

If you are dissatisfied with my action on your appeal, the FOIA permits you to file a

**Response: Your Civil Rights Division Report - 156628-HFV from the Educational Opportunities Section**

Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



DOJ Civil Rights - Do Not Reply <civilrightsdonotreply@mail.civilrights.usdoj.gov>
Mon, May 16, 2022, 8:22 AM
to me

Dear Milan Kotevski,

You contacted the Department of Justice on April 30, 2022. After careful review of what you submitted, we have decided not to take any further action on your complaint.

What we did:

Team members from the Civil Rights Division reviewed the information you submitted. Based on this information, our team determined that the federal civil rights laws we enforce do not cover the situation you described. Therefore, we cannot take further action.

Your report number is 156628-HFV.

What you can do:

Your issue may be covered by other federal, state, or local laws that we do not have the authority to enforce. We are not determining that your report lacks merit.

Your state bar association or local legal aid office may be able to help with your issue even though the Department of Justice cannot.

To find a local office:

**Thank you for submitting a report to the Civil Rights Division**

Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



DOJ Civil Rights - Do Not Reply <civilrightsdonotreply@mail.civilrights.usdoj.gov>     Sat, Apr 30, 2022,
                                                                                              7:48 PM

to me

==========================================================
Please do not reply to this email. This is an unmonitored account.
==========================================================


Thank you for submitting a report to the Civil Rights Division. Please save your record
number for tracking. Your record number is: 156603-SBN.


If you reported an incident where you or someone else has experienced or is still
experiencing physical harm or violence, or are in immediate danger, please call 911 and
contact the police.


---------------------------------


WHAT TO EXPECT
1. We review your report
Our specialists in the Civil Rights Division carefully read every report to identify civil
rights violations, spot trends, and determine if we have authority to help with your report.


2. Our specialists determine the next steps
We may decide to:
- Open an investigation or take some other action within the legal authority of the
Justice Department.
- Collect more information before we can look into your report.
- Recommend another government agency that can properly look into your report. If so,
we'll let you know.
In some cases, we may determine that we don't have legal authority to handle your
report and will recommend that you seek help from a private lawyer or local legal aid
organization.


3. When possible, we will follow up with you.

We do our best to let you know about the outcome of our review. However, we may not always be able to provide you with updates because:
* We're actively working on an investigation or case related to your report.
* We're receiving and actively reviewing many requests at the same time.
If we are able to respond, we will contact you using the contact information you provided in this report. Depending on the type of report, response times can vary. If you need to reach us about your report, please refer to your report number when contacting us. This is how we keep track of your submission.

---------------------------------

WHAT YOU CAN DO NEXT
1. Contact local legal aid organizations or a lawyer if you haven't already
Legal aid offices or members of lawyer associations in your state may be able to help you with your issue.
* American Bar Association, visit [www.americanbar.org/groups/legal_services/flh-home](www.americanbar.org/groups/legal_services/flh-home) or call (800) 285-2221
* Legal Service Corporation (or Legal Aid Offices), visit [www.lsc.gov/find-legal-aid](www.lsc.gov/find-legal-aid) or call (202) 295-1500


2. LEARN MORE: Visit [civilrights.justice.gov](civilrights.justice.gov) to learn more about your rights and see examples of violations we handle.


---------------------------------

PLEASE NOTE: Each week, we receive hundreds of reports of potential violations. We collect and analyze this information to help us select cases, and we may use this information as evidence in an existing case. We will review your letter to decide whether it is necessary to contact you for additional information. We do not have the resources to follow-up on every letter.
...

[Message clipped]  [View entire message](#)



DOJ Civil Rights - Do Not Reply <civilrightsdonotreply@mail.civilrights.usdoj.gov>    Sat, Apr 30, 2022, 10:16 PM

to me

==================================================
Please do not reply to this email. This is an unmonitored account.
==================================================

Thank you for submitting a report to the Civil Rights Division. Please save your record number for tracking. Your record number is: 156628-HFV.

...



United States Department of State

*Washington, D.C. 20520*

P-2019-05746

JUN 2 0 2019

Milan Michael Kotevski
Email: Miki.Kotevski@gmail.com

Dear Mr. Kotevski:

This is the initial agency decision on your May 3, 2019, request, under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, to the Department of State, in which you requested any personal records from January 1, 2015, to December 31, 2015, for yourself.

The Office of Information Programs and Services (IPS) received your FOIA request on Mary 3, 2019. Your FOIA request was assigned the tracking number at the top of this letter. Please include the tracking number in all future communications concerning this FOIA request.

Please be advised that a requester must describe the records sought in sufficient detail to enable Department personnel to locate them with a reasonable amount of effort. The more specific the information the requester furnishes, the more likely that Department personnel will be able to locate responsive records if they exist. Your request does not reasonably describe the records sought, and the Department is unable to process the request as submitted.

If you are not satisfied with Department's determination in response to your FOIA request, you may administratively appeal by writing to: Appeals Officer, Appeals Review Panel, Office of Information Programs and Services (IPS), U.S. Department of State, State Annex 2 (SA-2), 515 22nd Street, NW, Washington, D.C. 20522-8100, or faxed to (202) 261-8571. Appeals must be postmarked within 90 calendar days of the date of this initial agency decision letter. Please include a copy of this letter with your written appeal and clearly state why you disagree with the determinations set forth in this response.

For further assistance or to discuss any aspect of your request, you may contact the FOIA Public Liaison, Kellie Robinson, via email to RobinsonKN@state.gov or by telephone at (202) 663-2222.

**hank you for submitting a report to the Civil Rights Division**
Inbox



DOJ Civil Rights - Do Not Reply <civilrightsdonotreply@mail.civilrights.usdoj.gov> Mon, Apr 4, 2022, 7:09 PM

to me

====================================================
Please do not reply to this email. This is an unmonitored account.
====================================================


Thank you for submitting a report to the Civil Rights Division. Please save your record number for tracking. Your record number is: 148655-HND.


If you reported an incident where you or someone else has experienced or is still experiencing physical harm or violence, or are in immediate danger, please call 911 and contact the police.


----------------------------------


WHAT TO EXPECT
1. We review your report
Our specialists in the Civil Rights Division carefully read every report to identify civil rights violations, spot trends, and determine if we have authority to help with your report.


2. Our specialists determine the next steps
We may decide to:
- Open an investigation or take some other action within the legal authority of the Justice Department.
- Collect more information before we can look into your report.
- Recommend another government agency that can properly look into your report. If so, we'll let you know.
In some cases, we may determine that we don't have legal authority to handle your report and will recommend that you seek help from a private lawyer or local legal aid organization.

3. When possible, we will follow up with you.
We do our best to let you know about the outcome of our review. However, we may not always be able to provide you with updates because:
* We're actively working on an investigation or case related to your report.
* We're receiving and actively reviewing many requests at the same time.
If we are able to respond, we will contact you using the contact information you provided in this report. Depending on the type of report, response times can vary. If you need to reach us about your report, please refer to your report number when contacting us. This is how we keep track of your submission.


----------------------------------


WHAT YOU CAN DO NEXT
1. Contact local legal aid organizations or a lawyer if you haven't already
Legal aid offices or members of lawyer associations in your state may be able to help you with your issue.
* American Bar Association, visit www.americanbar.org/groups/legal_services/flh-home or call (800) 285-2221
* Legal Service Corporation (or Legal Aid Offices), visit www.lsc.gov/find-legal-aid or call (202) 295-1500


2. LEARN MORE: Visit civilrights.justice.gov to learn more about your rights and see examples of violations we handle.



DEPARTMENT OF DEFENSE
FREEDOM OF INFORMATION DIVISION
1155 DEFENSE PENTAGON
WASHINGTON, DC 20301-1155

Ref: 21-FP-0091
January 14, 2021

Mr. Kotevski, Miki
([miki.kotevski@gmail.com](mailto:miki.kotevski@gmail.com))

Dear Mr. Kotevski:

This is a final response to your January 4, 2021 Privacy Act / Freedom of Information Act (FOIA) request, a copy of which is enclosed for your convenience. We received your request on January 5, 2021, and assigned it FOIA case number 21-FP-0091. We ask that you use this number when referring to your request.

This FOIA office only processes requests for the Office of the Secretary of Defense (OSD) and the Joint Staff (JS). There is no central FOIA processing point for records for the entire Department of Defense (DoD). FOIA processing is decentralized and delegated to those officials of the Military Departments and various DoD Components who generate and/or maintain the records being sought or reviewed. Furthermore, the FOIA does not require Federal Agencies to answer questions, render opinions, or provide subjective evaluations. The FOIA provides you the right to request existing records and files of the Federal Government.

According to the FOIA's legislative history, a description of records requested is sufficient if it enables a professional employee of the agency who is familiar with the subject area of the request to locate the records with a reasonable amount of effort. Courts have also stated that a request is reasonably described if the agency is able to determine "precisely" what records are being requested. The "reasonably described" requirement exists because the FOIA was not intended to reduce government agencies to full-time investigators on behalf of requesters. As such, it is the requester's responsibility to frame requests with sufficient particularity to ensure that searches are not unreasonably burdensome, and to enable the searching agency to determine precisely what records are being sought.

After carefully reviewing your request, we are not able to determine how you are associated with OSD/JS. We have found that requests such as these are reasonably described when requesters express whether they are seeking personnel or clearance records; whether they are retired or active, or whether they have worked with DoD as a civilian, military or contractor employee. If a contractor, it is helpful for a requester to provide the name of the company where he/she worked; if civilian, the name of the agency where he/she worked. In other words, being as specific as possible and providing as much information as possible helps us in locating the records of interest to you. Below are some suggested locations for requesting specific types of information.



NATIONAL
ARCHIVES

**Sent via FOIAonline**

January 25, 2021

Milan M. Kotevski
100 E. Broadway St., Apt. 903
Butte, MT 59701

RE: Freedom of Information Act Request NGC21-165

Dear Mr. Kotevski:

This is in response to your Freedom of Information Act (FOIA) request to the National Archives and Records Administration (NARA), dated December 23, 2020, which we received in our office on the same date via *FOIAonline*. We assigned your request the above internal tracking number in addition to your *FOIAonline* tracking number NARA-NGC-2021-000292. In your request, you stated:

*I am seeking any records and photographs that contains the name Miki Kotevski.*

Unlike other federal agencies, NARA holds two types of records. We have our own agency **operational** records (records created by NARA as part of our agency's work). We are also the repository for documents and materials created in the course of business conducted by agencies of the Executive branch of the United States Federal government. We estimate that less than 5% of these records are retained permanently for legal or historical purposes. Federal agencies usually transfer their permanent records to NARA no earlier than 15 years from the date of creation, but we receive many well after 30 years from the date of creation. Once these records are transferred to NARA, they are known as **archival** records. NARA is not a repository for state, county or municipal records. For example, your birth certificate is a state record.

Unfortunately, your request did not provide enough information for us to conduct a search of our own operational records, or of the federal agency archival records we hold. For agency **archival** records in our custody, there is no way to retrieve records simply by a person's name. Many of our archival records are paper records or photographs that have not been digitized, and thus cannot be searched by optical characters. To locate any responsive archival records, we need to know the type of record, the agency you believe created the record, the subject matter of the record, and an approximate date range for the records. You can search our online catalog at www.archives.gov/research.

It is an agency's **operational** records that may be identifiable and retrievable by personal information such as social security number, name or date of birth, or address. Such records are protected by the Privacy Act. Each federal agency provides a list on its main website of the Privacy Act systems of records it maintains, and publishes this list annually in the Federal Register. If you believe that a federal agency has records about you,

NATIONAL ARCHIVES *and*
RECORDS ADMINISTRATION

8601 ADELPHI ROAD
COLLEGE PARK, MD 20740-6001
*www.archives.gov*

Mr. Milan M Kotevski
100 E. Broadway St.
Apt. 903
Butte, MT, 59701

01/10/2021

CBP-2021-021174

Dear Mr. Milan M Kotevski,

This is a final response to your Freedom of Information Act (FOIA) request to U.S. Customs and Border Protection (CBP).

We conducted a comprehensive search of files within the CBP databases for records that would be responsive to your request. Unfortunately, we were unable to locate or identify any responsive records, based upon the information you provided in your request.

Note: CBP does not have complete records of apprehensions made by Border Patrol before 2000. Records of apprehensions made by Border Patrol before 2000 may be available in the A-File maintained by USCIS.

This completes the CBP response to your request. You may contact CBP's FOIA Public Liaison, Charlyse Hoskins, by sending an email via your FOIAonline account, mailing a letter to 90 K St, NE MS 1181, Washington DC, 20229 or by calling 202-325-0150. The FOIA Public Liaison is able to assist in advising on the requirements for submitting a request, assist with narrowing the scope of a request, assist in reducing delays by advising the requester on the type of records to request, suggesting agency offices that may have responsive records and receive questions or concerns about the agency's FOIA process. Please notate file number CBP-2021-021174 on any future correspondence to CBP related to this request.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S.C. 552(c). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

If you are not satisfied with the response to this request, you have a right to appeal the final disposition. Should you wish to do so, you must file your appeal within 90 days of the date of this letter following the procedures outlined in the DHS regulations at Title 6 C.F.R. §5.8. Please include as much information as possible to help us understand the grounds for your appeal. You should submit your appeal via FOIAonline by clicking on the "Create Appeal" button that appears when you view your initial request. If you do not have computer access, you may send your appeal and a copy of this letter to: FOIA Appeals, Policy and Litigation Branch, U.S. Customs and Border Protection, 90 K Street, NE, 10th Floor, Washington, DC 20229-1177. Your envelope and letter should be marked "FOIA Appeal." Copies of the FOIA and DHS regulations are available at www.dhs.gov/foia. Additional information can be found at the following link https://www.cbp.gov/sites/default/files/assets/documents/2019-Dec/definitions-exemptions-foia_0.pdf.

Additionally, you have a right to seek dispute resolution services from the Office of Government Information Services (OGIS) which mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. If you are requesting access to your own records (which is considered a Privacy Act request), you should know that OGIS does not have the authority to handle requests made under the Privacy Act of 1974. You may contact OGIS as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769. Please note that contacting the CBP FOIA Public Liaison or OGIS **does not** stop the 90-day appeal clock and **is not** a substitute for filing an administrative appeal.

Sincerely,

## OFFICE OF THE SOLICITOR

VIA E-MAIL: miki.kotevski@gmail.com

January 28, 2021

Mr. Milan M. Kotevski
100 E. Broadway Street Apt. 903
Butte, MT 59701

Dear Mr. Kotevski:

The Federal Labor Relations Authority ("FLRA") is an independent administrative federal agency created by Title VII of the Civil Service Reform Act of 1978, also known as the Federal Service Labor-Management Relations Statute (the "Statute"), 5 U.S.C. §§ 7101-7135 (2018). The Statute allows certain non-postal federal employees to organize, to bargain collectively, and to participate through labor organizations of their choice in decisions affecting their working lives.

The Solicitor's Office of the FLRA received your request under the Freedom of Information Act ("FOIA") on December 30, 2020. You requested: "Any and all records that contain "Milan Michael Kotevski" or 'Miki Kotevski.'" You also requested a fee waiver.

In accordance with § 2411.8 of the FLRA's regulations (5 C.F.R. § 2411.8), your request has been denied because the FLRA does not possess any documents responsive to your request.

Pursuant to the FOIA Improvement Act of 2016, 5 U.S.C. § 552 (a)(6)(A)(i)(III), the decision of the undersigned with regards to your request may be appealed to the Chairman of the FLRA, Ernest DuBester, within 90 days of the receipt of this response. If you would like to discuss this response before filing an appeal to attempt to resolve your dispute without going through the appeals process, you can contact our FOIA Public Liaison for assistance at:

Brandon Bradley
Acting Chief
Case Intake and Publication
Federal Labor Relations Authority FOIA Public Liaison
1400 K Street, NW, 2nd Floor
Washington, DC 20424
Phone: 202-218-7766
Email: bbradley@flra.gov

**To Dean Michael Kaufman (SCU Law Liability for War Crimes, Torture, and more). Confirm Email Receipt**



Miki Kotevski <miki.kotevski@gmail.com>

Sat, Dec 9, 11:10 AM (1 day ago)

to marmstrong, sdiamond, gspitko, sbrockmeyer, mwflynn, mjkaufman, B1Martin, tkopriva, fjrivera

Confirm Receipt of Email as DoD/FBI/CIA and/or foreign intelligence agencies are currently obstructing and interfering with my electronics.

My name is Miki Kotevski and I was a student with you all in the Summer of 2015 via the Tokyo Program and Professor Jiminez. Here is the financial proof of what I am alleging. I am tired, exhausted, have been tortured, and now I am extremely pissed so dont fucking lie to me nor do any stupid denials nor bullshit me in anyway. i am fucking pissed. I dont care if they kill me because i will spend every single last ounce of energy and breath and extremely declining cognitive capacity in determining who did it and who allowed it and who covered it up and why I havent received an apology or restitution so far. Whether it is Hillary Clinton, Shinzo Abe, Modi, and even my parents, I dont give a fuck. Someone is going to start talking.

First, i'm currently being forced to pay for unlawful debt made in a course of a rico enterprise that was due by Dec 1st so the rico enterprise is still going against me and I will not pay a single dollar to a rico enterprise that committed or allowed war crimes, torture, and rico to occur to me. I fucking know that at least the US DOJ'S Office for the Northern DIstrict of California talked to you all about me. I fucking know US Government Agencies and/or current and/or former officers within the FBI, CIA, State Department, and/or DoD contacted staff at SCU Law about me, which include, and is probably not limited to: Leon Panetta, Loretta Lynch, Eric Holder, Jeh Johnson, John Brennan, Andrew McCabe, James Comey, James Clapper, Lisa Paige, Caroline Kennedy, and Peter Strzok. These aforementioned people have committed acts of domestic and international terrorism against me as well and you would be liable as aiding and abetting acts of terrorism. I emailed my bosses at the Tokyo Roppongi Patent Law Office and they have ignored my requests.

Youre going to turn over every single document that SCU possesses that concerns me and the santa clara tokyo program in 2015 by Christmas of this year. there are no privileges as all documents would show an existence of a rico enterprise.

I emailed Professor Jiminez in June 22nd, 2023 and he lied to me which perpetuated at least mail and wire fraud committed against me

The damages calculated so far exceed $60 Billion and SCU via Phillip Jiminez in the course of his employment in which you are vicariously liable is most definitely on the hook for it as a co-conspirator.

The emails between Philip Jiminez and myself are included below:

**Tokyo 2015 program Issues.**
Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



Miki Kotevski <miki.kotevski@gmail.com>

Wed, Jun 14,
3:11 PM

to Philip

Hello. I hope youre doing well. I have some issues that I would like to discuss with you.

Do you have any documents that I submitted to you or any notes on discussions that we had when I was in Japan? Do you have any emails or correspondences that concern me that were sent to you by any US Federal Agency or Department? I'll be succinct when I say this: I probably was drugged when, if I recall correctly, some US political figures made me sign a document that I have no idea what the contents of it contained or what I signed to. I am seriously considering pursuing a RICO case; however, statute of limitations are drawing to a close soon. Can you assist me in anyway?

Cordially,
--Miki Kotevski, J.D.



Miki Kotevski <miki.kotevski@gmail.com>

Mon, Jun 19,
7:42 PM

to Philip

Hello, I am following up on the previous email. Respond accordingly soon



Philip Jimenez <pjimenez@scu.edu>

Tue, Jun 20, 10:02 PM

to me

No, I have not.

Best regards,

Phil Jimenez

--

Philip J. Jimenez
*Professor of Law* I Santa Clara University School of Law
*Associate Director, Asia* I Center on Global Law and Policy

500 El Camino Real
Santa Clara, CA 95053
pjimenez@scu.edu



Miki Kotevski <miki.kotevski@gmail.com>

Wed, Jun 21, 5:30 PM

to Philip

Hunter and Jim Biden made me sign a contract that I have no idea what the contents of which it contained. There's no way you wouldn't have known about a political meeting like that taking place. I need you to remember everything that happened in Summer 2015 and tell me what you recall. There were probably other contracts I entered into such as a guardianship that I don't know about. Is there a publicly accessible Japanese I database that has the contracts entered into that exceeded $500 or legal matters like guardianship or marriage?

Miki Kotevski, J.D

Sent from iPhone.

I have the expectation that this email is private and confidential and shall not be shared with anyone without my consent.

On Jun 20, 2023, at 10:02 PM, Philip Jimenez <pjimenez@scu.edu> wrote:



Philip Jimenez <pjimenez@scu.edu>                                        Thu, Jun 22,
                                                                          11:38 AM

to me

I have no knowledge about the events you allege in your email.

I expect this is the last I will hear from you on this matter.

Regards,

Phil Jimenez



Miki Kotevski <miki.kotevski@gmail.com>                                  Thu, Jun 22,
                                                                           3:10 PM

to Philip

This could be my last one--it's your decision on whether or not you decide to respond in good faith. You were the director of a program I attended in which I was repeatedly victimized during the program. I was drugged and forced to sign contracts in which I do not know the contents of such. I have to pay back loans in which I was legally coerced into signing documents and having been drugged. This is unconscionable to me. Whether it is under DOJ policies, Department of Education policies, or US federal laws and regulations or the Geneva convention, there is an affirmative obligation to assist in any way possible. In the previous emails I've had with you this year, I have discussed issues that should be raising red flags in which no ordinary reasonable attorney can ignore. If you know fraud was committed against me and are failing to disclose it, you may be aiding and abetting and participating in a RICO enterprise. I do not wish to sue you in any way if you are in good faith. But if you are in bad faith, then the options for me are extremely limited. Please help and do not be adverse to me.

Cordially,
--Miki

**The RICO Enterprise is liable for the following crimes that at least Hillary Clinton committed against me. The terms Japlan, Miki's Tea Party, and An Anchor and a Pitchfork refer to specific sections in the complaint i have drafted. The point of the list is that it is illustrative of what you have to defend against.**

**HILLARY CLINTON:** 18 U.S.C. 1962(d); **(1)**;

- murdered (PLAINTIFF said it was worse to him than murdering PLAINTIFF),

- bribed unknown JAPANESE, INDIAN, BRITISH officials to allow JAPLAN to happen,

- extorted PLAINTIFF,

- and the following 100+ violations of law and the PLAINTIFF'S Constitutional rights:

1. Violated PLAINTIFF'S 1st Amendment Right—Count XX: Miki's Tea Party and Count XX: *An Anchor and a Pitchfork.*

2. 1st Amendment Right—violated PLAINTIFF'S Religious Beliefs: Count XX: Upbringing; Count XX: An Anchor and a Pitchfork.

3. 1st Amendment Right—Restricted PLAINTIFF'S Free Press rights: Count XX: Miki's Tea Party and Count XX: An Anchor and a Pitchfork.

4. 1st Amendment Right—Deprived of Freedom to freely associate. Count XX: An Anchor and a Pitchfork.

5. 4th Amendment Right—Unconstitutional Seizures: Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

6. 4th Amendment Right—Unconstitutional and Illegal Searches: Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

7. 4th Amendment Right—Warrants were issued without probable cause and/or procured with perjured testimony that was known about at the time.

8. 5th Amendment Right—Taking: Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

9. 5th Amendment Right—Compulsion to testify: Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

10. 5th Amendment Right—Deprived of Life: Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

11. 5th Amendment Right—Deprived of Liberty: Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

12. 5th Amendment Right—Deprived of Property: Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

13. 5th Amendment Right—Denied Access to Courts: Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

14. 6th Amendment Right—Subject to FISA in which PLAINTIFF was not informed of the nature and cause of the accusation: Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

15. 6th Amendment Right—Denied Access to Courts: Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

16. 6th Amendment Right—witnesses tainted by Peter Strzok in furtherance of HILLARY and BILL CLINTON'S plans: Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

17. 6th Amendment Right—no counsel during FISA rulings. ANDREW MCCABE, PETER STRZOK, JOHN O. BRENNAN, ROGERS, etc and gave her the info from the proceedings or conducted it on behalf of her: Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

18. 8th Amendment Right—Cruel Punishment: Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

19. 8th Amendment Right—Unusual Punishment: Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

20. 8th Amendment Right—Torture: Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

21. 9th Amendment Right—Privacy: Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

22. 4th, 5th, 9th, & 10th Amendment Right—Right to be left alone: Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

23. 13th Amendment Right—Became a slave: Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

24. 13th Amendment Right—Became an indentured servant: Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

25. 18 U.S.C. §2422: Count XX: An Anchor and a Pitchfork for Angie Ortiz against PLAINTIFF.

26. 18 U.S.C. §2423: Count XX: An Anchor and a Pitchfork for Angie Ortiz against PLAINTIFF.

27. 18 U.S.C §2331: terrorism in Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

28. 18 U.S.C §2332b: Terrorism that transcended national boundaries in Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork in England and Japan respectively

29. 18 USC §2331 1(B)(iii) and 5(B)(iii)

30. 18 U.S.C. §1956 (Financing Terrorism).

31. 18 U.S.C.§1961 sections 891–894 (relating to extortionate credit transactions) (as PLAINTIFF would never be able to get a job after this),

32. 18 U.S.C.§1961 section 1028 (relating to fraud and related activity in connection with identification documents) (in procuring subject's identification)--Count XX: An Anchor and a Pitchfork in conspiring with JOHN O. BRENNAN to give Angie Ortiz false identification documents against PLAINTIFF.

33. 18 U.S.C.§1961 section 1029 (relating to fraud and related activity in connection with access devices): Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork after having hacked into PLAINTIFF'S laptop to ensure JAPLAN would happen and access ANGIE ORTIZ's tablet via Section 702

34. 18 U.S.C.§1961 section 1343 (relating to wire fraud): Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

35. 18 U.S.C.§1961 section 1351 (relating to fraud in foreign labor contracting): Count XX: Miki's Tea Party for $14,900,000,000 and Count XX: An Anchor and a Pitchfork and coercing ANGIE ORTIZ into a job against PLAINTIFF.

36. 18 U.S.C.§1961 section 1425 (relating to the procurement of citizenship or nationalization unlawfully)—to cover up Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

37. 18 U.S.C.§1961 section 1426 (relating to the reproduction of naturalization or citizenship papers)—to cover up Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

38. 18 U.S.C.§1961 section 1427 (relating to the sale of naturalization or citizenship papers)—to cover up Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

39. 18 U.S.C.§1961 section 1503 (relating to obstruction of justice)—completely intended on having PLAINTIFF be tried in a military tribunal twice or any court for her actions against PLAINTIFF in Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

40. 18 U.S.C.§1961 section 1510 (relating to obstruction of criminal investigations)

41. 18 U.S.C.§1961 section 1511 (relating to the obstruction of State or local law enforcement),

42. 18 U.S.C.§1961 section 1512 (relating to tampering with a witness, victim, or an informant)-- Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

43. 18 U.S.C.§1961 section 1513 (relating to retaliating against a witness, victim, or an informant)—American INTEL murdering PLAINTIFF'S cat sparky to further RICO Enteprise 1 against PLAINTIFF in Count XX: Miki's Tea Party. Count XX: An Anchor and a Pitchfork

44. 18 U.S.C.§1961 section 1542 (relating to false statement in application and use of passport)-- Count XX: Miki's Tea Party concerning the purpose of PLAINTIFF going to India and Count XX: An Anchor and a Pitchfork because of ANGIE ORTIZ got a false statement.

45. 18 U.S.C.§1961 section 1543 (relating to forgery or false use of passport)—JOHN O. BRENNAN and Indian INTEL created a forged passport for Angie Ortiz in Count XX: An Anchor and a Pitchfork that was part of JAPLAN.

...

[Message clipped]  View entire message
**2 Attachments** • Scanned by Gmail

## Stop Tampering With My Electronics and Give Me An Offer or Help Me



**Miki Kotevski** <miki.kotevski@gmail.com>

Mon, Dec 4, 12:44 PM (6 days ago)

to jscpg-mha

I am sorry as I cant find the right person to send this to so please forward it to the appropriate division within the Home Ministry. I dont who it is whether it is your intelligence bureau or NIA, but you all need to stop interfering with my electronics. Put an offer in writing and get back to me. If not and additionally, the price and what I ask of you would decrease if you provide assistance to me. How do you want to resolve this? The way you are doing so right now is angering the fuck outta me and I will only demand more and I will get more from you.

--Miki Kotevski. Juris Doctorate.

**I would like to report attorneys for war crimes, torture, and rico violations**
Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



**Miki Kotevski** <miki.kotevski@gmail.com>

Sun, Dec 3, 9:13 AM (7 days ago)

to executive.office, odcinfo

I have a list of attorneys that committed and/or allowed and/or facilitated over $60,000,000,000 in damages, terrorism against an american, war crimes, torture, and more. I have major and reasonable substantial fear of death to me and death to my legal interests as the law currently stands in which Congress would cover up the actions and deny me compensation and restitution for war crimes, torture, terrorism, and more. Many of these attorneys should be disbarred immediately. I have gone to the DOJ and they continue to obstruct justice in which now they are willfully blind to the acts committed against me. I would like to speak to someone who would be of assistance

--Miki Kotevski. Juris Doctorate.



Good afternoon,

It appears that you are considering filing a complaint against an attorney(s) licensed in Washington, D.C. If you choose to file a complaint, you can do so at the following link: https://www.dcbar.org/attorney-discipline/office-of-disciplinary-counsel/filing-a-complaint/how-to-file-a-complaint. Please include all relevant information that you think will assist us in investigating your claims.

Best,

Melissa J. Rolffot
Office of Disciplinary Counsel
515 Fifth Street, NW
Washington, D.C. 20001

**26 JUN 2015**
**Location: London, UK The Mansion House**

# GENERAL

The 2015 Conference for Inclusive Capitalism, which took place in London on Friday, June 26th 2015, was part of a global collaborative movement toward Inclusive Capitalism. It convened the world's most influential asset owners, managers and creators in an effort to enhance the value of environmental, human, ethical and social capital in pursuit of their fiduciary duties.

## PURPOSE OF THE CONFERENCE
- To bring together business, investment, government and academic leaders with the capability to create Inclusive Capitalism
- Identify the Pathway to Action: concrete steps that we can take together to make capitalism more inclusive.
- Facilitate the exchange of best practice by financial and corporate leaders and to share ideas and information about initiatives that are already underway around the world
- To support policy and intellectual leadership from government, regulators and the academic community.

## Participants

- José Neves Adelino
- Richard Adkerson- President, Chief Executive Officer and Vice-chairman Freeport-McMoRan Copper and Gold
- Kamal Ahmed
- Hongchul Ahn
- Tom Albanese
- Mats Andersson
- Johan Andresen
- Tadashi Aogai
- Jagdeep Singh Bachher – Chief Investment Officer and Vice-President of Investments, University of California, Office of the President
- Gerard Baker
- Lionel Barber
- Thorold Barker
- Matthew Barzun
- Zanny Minton Beddoes
- Pascal Blanqué – Deputy Chief Executive Officer, Global Head of Institutional Business, Chief Investment Officer and Member of the Executive Committee, Amundi Group
- Ryan Blute
- Stephen Blyth
- Louisa Bojesen
- Wang Boming
- Tony Broccardo – Chief Investment Officer, Barclays UK Retirement Fund
- Arthur Brooks – Sharan Burrow – General Secretary, International Trade Union Confederation
- Ann Cairns – President, International Markets MasterCard
- John Campbell
- Diana Fox Carney – Strategist, Pi Capital
- Mark Carney
- Wei Sun Christianson
- Dr. Hans-Werner Cieslik
- President Bill Clinton
- Simon Collins
- Ken Costa
- Sir Sherard Cowper-Coles – Group Head of Government Affairs, HSBC Holdings
- Professor Herman Daems – Chairman of the Board BNP Paribas Fortis and KU Leuven
- Mike Darcey

- Rick Davis
- Lars Dijkstra
- Elroy Dimson
- Professor of Finance, Cambridge University and London Business School
- Michael Dobson
- Wang Dongming
- Li Dongsheng
- Paul Druckman
- Richard Edelman
- Tony O Elumelu, CON – Chairman, Heirs Holdings
- Justin Excell
- Sharon E Fay CFA – Head and Chief Investment Officer, Equities, AB
- Tony Fernandes
- Campbell Fleming
- Douglas Flint
- David Giampaolo – Founder and Chief Executive Officer, Pi Capital
- Martin Gilbert – Co-Founder and Chief Executive, Aberdeen Asset Management PLC.
- Susan Gilchrist – Group Chief Executive Officer, Brunswick Group
- Stephen Gilmore
- Lim Siong Guan
- Yan Hao
- Sean Healey
- Carlos Slim Helú
- Jay Hennick
- Paul Hunston – Partner, Wiggin Osborne Fullerlove
- Chen Jin
- Cai Jin-Yong
- Tom Joy
- Thomas Kabisch
- Joe Kaeser
- Eve Keene
- Matthew Kiernan
- Michael Latimer
- Li Linzhi
- Andrew Liveris – President and Chief Executive Officer, The Dow Chemical Company
- Donald MacDonald
- James Mackintosh
- Geraldine Matchett

- Sir Charlie Mayfield – Chairman, John Lewis Partnership Chair, UK Commission on Employment and Skills
- Takahiro Mitani
- Ludovic de Montille
- Euan Munro
- David Nish
- Indra Nooyi – Chairman and Chief Executive Officer, PepsiCo
- James Norris
- Jesper Nygård
- Uche Orji – Managing Director and Chief Executive Officer, Nigeria Sovereign Investment Authority
- Adrian Orr – Chief Executive Officer, New Zealand Superannuation Fund
- Frances O'Grady
- Sir John Peace
- Adam Posen – President, Peterson Institute for International Economics
- John Powers
- Andrew Radkiewicz
- Dr. Judith Rodin
- Andrea Rossi – Chief Executive Officer, AXA Investment Managers
- Sir Evelyn de Rothschild – Chairman, E.L. Rothschild LLC
- Lady Lynn Forester de Rothschild – Founder and Chief Executive
- Li Ruogu
- Michael Sabia – President and Chief Executive Officer, Caisse de dépôt et placement du Québec
- Peter John Sacripanti
- Ihab Salib
- Harry Samuel
- Stephen A. Schwarzman
- George Serafeim
- Jakurski Family Associate Professor of Business Administration, Harvard Business School
- Vimal Shah
- Dr. Vishal Sikka
- Boon Sim
- Tom Standage
- Ben Stein
- Carsten Stendevad
- Michael Stewart
- Chris Stibbs
- John J Studzinski CBE – Vice-Chairman and Senior Managing Director, Blackstone

- Tom de Swaan – Chairman, Zurich Insurance Group
- Ratan N Tata
- Gillian Tett
- Mark Thompson
- Brian Tomlinson
- Danny Truell
- Jeroen van der Veer – Chairman Supervisory Board, ING Group
- His Royal Highness The Prince of Wales
- Darren Walker -President, The Ford Foundation
- George Walker
- Mark Walker
- James Wallin
- Ma Weihua
- The Most Reverend and Right Honorable Justin Welby
- Theresa Whitmarsh – Executive Director, Washington State Investment Board
- Gavin Wilson – Chief Executive Officer, IFC Asset Management Company
- Mark Wilson – Chief Executive Officer, Aviva
- Tang Xiuguo
- Alderman Alan Yarrow
- Chen Yilong – Chairman and President, Sunshine Kaidi New Energy Group

# CBS SPORTS
## RUN YOUR OWN BRACKET POOL
GET READY AT CBSSPORTS.COM/MANAGER
See terms for details.

BRACKET GAMES

NCAA An Official NCAA Bracket Game

| Round 1 March 15-16 | Round 2 March 17-18 | Sweet 16 March 22-23 | Elite Eight March 24-25 | Final Four March 31 | | Final Four March 31 | Elite Eight March 24-25 | Sweet 16 March 22-23 | Round 2 March 17-18 | Round 1 March 15-16 |

**CBS SPORTS**

**2018 NCAA BRACKET**
All Times Eastern US

**South**

**East**

**NATIONAL CHAMPIONSHIP**
SAN ANTONIO
APRIL 2
TBS

**West**

**Midwest**

Left side (South / West):

1 Virginia — Virginia
16 UMBC
8 Creighton — Virginia
9 Kansas St. — Virginia
5 Kentucky — UK — UK
12 Davidson
4 Arizona — Ariz.
13 Buffalo
8 Miami (Fla.) — Miami — Tenn
11 Loyola-Chi.
3 Tennessee — Tenn — Cinc
14 Wright St.
7 Nevada — Texas
10 Texas — Cinc
2 Cincinnati — Cinc
15 Georgia St.

Virginia — Virginia — Virginia

1 Xavier — Xavier — Xavier
16 NCCU/TXSO
8 Missouri — Fla.St. — Gonz
9 Florida St.
5 Ohio St.
12 S. Dak. St. — Gonz — Gonz
4 Gonzaga
13 UNC-Green.
6 Houston — SV State. — Mich
11 San Diego St — Mich
3 Michigan — Mich — NC
14 Montana
7 Texas A&M — Prov. — NC
10 Providence
2 N. Carolina — NC
15 Lipscomb

Virginia — NC

Right side (East / Midwest):

1 Villanova — Villa
16 LIU/RAD
8 Va. Tech — Ala. — Villa
9 Alabama
5 W. Virginia — WVA — WVA
12 Murray St.
4 Wichita St. — Marshall
13 Marshall
6 Florida — FLA — TexasTech
11 STBON/UCLA
3 Texas Tech — Texas T
14 SF Austin
7 Arkansas — Butler — Purdue
15 Butler
2 Purdue — Purdue
10 CSFullerton

Villa — Villa — Purdue

1 Kansas — Kansas — Kansas
16 Penn
8 Seton Hall — Seton Hall
9 NC State
5 Clemson — Auburn — Auburn
12 New Mex. St.
4 Auburn
13 Charleston
6 TCU — ASU — Mich St.
11 ASU/SYR
3 Michigan St. — Mich State
14 Bucknell
7 Rhode Island — Okla. — Okla
10 Oklahoma
2 Duke — Duke
15 Iona

Kansas — Kansas

**THE FIRST FOUR · DAYTON** March 13-14

| 16 LIU-Brooklyn | vs | 11 St. Bona. |
| 16 Radford | E | 11 UCLA |
| 11 Arizona St | | 16 N.C. Central |
| MW 11 Syracuse | | 16 Texas So. |

E

W

Villanova



FRONT DESK ASSOCU × | Legal Assistant Full Tim × | M Miki, please add me to × | in Search all Jobs | Linker × |

kedin.com/jobs/search/?location=Gurnee%2C%20illinois&locationId=PLACES.us.1-1-0-50-9&start=275

in | 🔍 Search jobs | 📍 Gurnee, Illinois | **Search** | ⌂

**Brady Trucking Is Look For Class A Cdl Pneumatic Tanker Drivers 80000**
MWA · **Annual National Stock Yardsi (Wheeling) with Brady Trucking**
Mid West Apply
Wheeling, IL, US
Our goal is to connect you with supportive resources to supplement your skills in order to attain your dream career. Br
Trucking Is Look For Class A Cdl Pneumatic Tanker ... midwestapply.com
🕐 Be an early applicant
New

**High School Spanish Teacher needed Schoolbased Mandarin Interpreter**
**ISpanish Interpreter needed in Kannada Interpreting - Arlington Heights**
Bilingual Therapies
Arlington Heights, IL, US
Must have experience teaching Spanish, but new grads are encouraged to apply. We are working with a school dist
near Hagewood, LA who is looking to fill a need for a Spanish... neuvoo.com
🕐 Be an early applicant
New

Meat Cutter

**This is an example of how I am being tortured. Literally can't look for a job without an intelligence agency putting shit like this up**

The above
New

**Marketing Campaign Manager**
BCU · BCU
Vernon Hills, Illinois
We are looking for a collaborative, detail-oriented, strategic thinker with experience in developing cross-channel
campaign strategy, defining target audiences, executing email/...
🕐 Be an early applicant
New · in Easy Apply

**Project Coordinator (Marketing)**
Planet Pharma
Northbrook, Illinois
High proficiency in Microsoft Office products: Word, Powerpoint, Excel, Outlook. Desired Skills and Experience. Ex
organizational skills and the ability to handle ...
🕐 Be an early applicant
New · in Easy Apply

CwEAAAFISa63FeMSMgtC9bXDywFUlmVCuN_npuo4pezBTtEFT_tsGcEb62mutUlYJ5LLtAya;4mb-I1xl-gor6GiWDMFzxlZOpnBrymvTQ3r_KSN

Copy of
Top_Styles.

ATURE

edit App & ClarkShippi

```
AF11 CHNMQ                          QUERY CHARGE

NAME KOTEVSKI, MILAN


/ CASE              NAME
      STATUS              CHARGE
05TR00102746 KOTEVSKI, MILAN M.
      C                   DRIVING 26-30
06TR00015818 KOTEVSKI, MILAN M.
      C                   REGIS EXPIRATI
06TR00015821 KOTEVSKI, MILAN M.
      C                   UNLICENSED
06TR00155597 KOTEVSKI, MILAN M.
      C                   FAIL TO REDUCE
12TR00097696 KOTEVSKI, MILAN M.
      C                   DISREG OFFL TR
```





...ik you for submitting a ...ort to the Civil Rights ...ision.

✓ Report successfully submitted

Please save your record number for tracking.

📄 Your record number is: **148655-HND**

**Print report**

What to expect

rt to the Civil Rights
sion.

⊘ **Report successfully submitted**

**Please save your record number for tracking.**

🗋 Your record number is: **151295-LWZ**

Print report



6:12      LTE 🔋

🔒 civilrights.justice.gov



🇺🇸 An official website of the United States government
Here's how you know ⌄

United States Department of Justice

# Thank you for submitting a report to the Civil Rights Division.

✓ **Report successfully submitted**

## Please save your record number for tracking.

📄 Your record number is:

**156383-VSF**

**Print report**

How can we improve this site?

← → ＋ 84 •••

# Thank you for submitting a report to the Civil Rights Division.

**✓ Report successfully submitted**

## Please save your record number for tracking.

📄 Your record number is:

**156628-HFV**

**Print report**

# What to expect

**How can we improve this site?**



rt successfully submitted

your record number for tracking.

ord number is: **155555-CHD**





Apple ID Device Information

| | Device MEID | Device Time Zone | Device Locale Language |
|---|---|---|---|
| | N/A | CDT | en_US |
| 3608 | 35727909697299 | CDT | en_US |
| | N/A | N/A | en_JP |
| | N/A | N/A | en_US |
| | N/A | N/A | en_US |
| | N/A | N/A | en_US |



Apple ID Device Information

125% ⌄
Zoom          Add Category   Pivot Table          Insert   Table   Chart   Text   Shape   Me

Sheet 1

| | A | B | C | D | E |
|---|---|---|---|---|---|

| Device Name | Device Added Date | Device IMEI | Device Serial Number | Device Last Heartb |
|---|---|---|---|---|
| Miki's MacBook Pro | 2019-11-10 21:12:17.276 | N/A | C02YVEWLLVDD | 73.72.167.162 |
| iPhone (2) | 2018-12-16 15:10:11.614 | 357279096972996 | FFWXL941KPHG | 73.72.167.162 |
| Miki Kotevski's MacBook Pro | 2017-05-21 17:56:45.975 | N/A | W80111YWAGW | 76.16.81.140 |
| Miki Kotevski's MacBook Pro | 2017-01-30 03:44:22.199 | N/A | W80111YWAGW | 76.16.81.140 |
| Miki Kotevski's MacBook Pro | 2016-10-11 22:05:08.790 | N/A | W80111YWAGW | 72.207.236.55 |
| Miki Kotevski's MacBook Pro | 2015-10-25 16:45:54.925 | N/A | W80111YWAGW | 207.59.243.79 |

Text    en_JP



| | A | | | C | | | | |
|---|---|---|---|---|---|---|---|---|
| 323 | 1325829223 | 2015-09-07T17:00:02Z | Songs | | Sugar (remix) Sammy feat. Cee-Lo, Lil' Kim & Lil The Warner Music Gro | | | |
| 324 | 1325829223 | 2015-09-07T16:58:33Z | Songs | 159084127 | I Know You See It feat. Brandy "Ms. B" Hambric The Warner Music Gro | | | |
| 325 | 1325829223 | 2015-09-07T16:58:33Z | Songs | 387441734 | Blueberry Yum Yum | The Warner Music Gro | | |
| 326 | 1325829223 | 2015-09-07T16:56:24Z | Songs | 157156784 | Mits Murder | The Universal Music Gro | | |
| 327 | 1325829223 | 2015-09-07T16:56:22Z | Songs | 157156815 | Love Like Winter | The Universal Music Gro | | |
| 328 | 1325829223 | 2015-09-07T16:55:53Z | Songs | 3446978 | The Middle | The Universal Music Gro | | |
| 329 | 1325829223 | 2015-09-07T16:52:42Z | Songs | 26515880 | Pain | The Universal Music Gro | | |
| 330 | 1325829223 | 2015-08-01T15:42:27Z | Songs | 448331172 | Ponponpon | The Warner Music Gro | | |
| 331 | 1325829223 | 2015-07-19T09:59:37Z | Songs | 1020167520 | Nippon Manjyuu | MCJP / e-License Inc. | | |
| 332 | 1325829223 | 2015-07-10T08:47:46Z | Songs | 341536478 | America, Fuck Yeah | The Universal Music Gro | | |
| 333 | 1325829223 | 2015-06-21T03:15:46Z | Songs | 304319155 | I'm On a Boat (feat. T-Pain) | The Universal Music Gro | | |
| 334 | 1325829223 | 2015-06-21T03:15:20Z | Songs | 258622261 | My Maria | Sony Music | | |
| 335 | 1325829223 | 2015-06-21T03:09:30Z | Songs | 458356906 | Achy Breaky Heart | The Universal Music Gro | | |
| 336 | 1325829223 | 2015-06-21T03:08:39Z | Songs | 995250154 | I Like It, I Love It | Curb Records | | |
| 337 | 1325829223 | 2015-06-20T07:16:27Z | Songs | 981975489 | Thinking Out Loud | CMH Records, Inc. | | |
| 338 | 1325829223 | 2015-06-07T04:21:01Z | iOS and tvOS Apps | 457532969 | Sea Map Tokyo | YOSHIAKI OKUMA(107: | | |
| 339 | 1325829223 | 2015-06-07T04:21:01Z | iOS and tvOS Apps | 781512144 | Jet Airways | Jet Airways (Inttal Limit | | |
| 340 | 1325829223 | 2015-05-11T21:23:49Z | Songs | 140662717 | Crazy Bitch | The Warner Music Gro | | |
| 341 | 1325829223 | 2015-05-11T21:23:49Z | Songs | 140663708 | Sorry | The Warner Music Gro | | |
| 342 | 1325829223 | 2015-05-10T21:19:38Z | Songs | 3872312 | What Happened to Us? | The Universal Music Gro | | |
| 343 | 1325829223 | 2015-05-10T21:19:31Z | Songs | 3872310 | Out of Control | The Universal Music Gro | | |
| 344 | 1325829223 | 2015-05-10T21:19:18Z | Songs | 152828928 | Inside of You | The Universal Music Gro | | |
| 345 | 1325829223 | 2015-05-10T21:19:00Z | Songs | 3872322 | The Reason | The Universal Music Gro | | |
| 346 | 1325829223 | 2015-05-10T21:06:58Z | Songs | 666625198 | Home | The Warner Music Gro | | |
| 347 | 1325829223 | 2015-05-10T21:05:34Z | Songs | 304259763 | Shimmy Shimmy Quarter Tom (Take It Back Ho E The Universal Music Gro | | | |
| 348 | 1325829223 | 2015-05-10T21:05:33Z | Songs | 274602548 | Here (In Your Arms) | The Universal Music Gro | | |
| 349 | 1325829223 | 2015-04-17T20:41:29Z | Songs | 616743875 | Spiegel im Spiegel; for Cello & Piano | Kontor New Media Gmb | | |
| 350 | 1325829223 | 2015-04-17T20:41:29Z | Songs | 975678837 | Blank Space | TuneCore, Inc. | | |
| 351 | 1325829223 | 2015-04-12T17:52:15Z | Songs | 262139830 | Shiftwork (feat. George Strait) | Sony Music | | |



Customer Device History – Push Notification Authorization –

| | Device | Serial | Date | |
|---|---|---|---|---|
| | Miki's MacBook Pro | C02YVEWLLVDD | 2019-11-10T21:44:15Z | iBc |
| | Miki's MacBook Pro | C02YVEWLLVDD | 2019-11-10T21:14:48Z | AM |
| | Miki's MacBook Pro | C02YVEWLLVDD | 2019-11-10T21:12:22Z | Ma |
| | Miki's iPhone | FFWXL941KPHG | 2018-12-16T15:25:55Z | coi |
| 14525b7fa | iPhone | F71SW0S0HG7F | 2017-03-05T00:19:47Z | coi |
| | Miki Kotevski's MacBook Pro | | 2016-01-31T02:23:41Z | iTu |
| | Mac | W804805TGFUPA | 2014-09-25T21:07:43Z | Ma |
| | Miki Kotevski's MacBook Pro | | 2013-11-13T20:32:00Z | iTu |
| 20da299951 | Miki Kotevski's iPhone | DNRJMHMDDTTQ | 2012-11-17T06:21:11Z | itur |
| 80dca80be | Miki Kotevski's iPhone | F17JDARRF8GM | 2012-10-02T21:43:50Z | iTu |
| | Miki Kotevski's MacBook Pro | | 2011-11-29T18:04:25Z | iTu |
| 7051b3221f | Miki Kotevski's iPod | CCQDWTK9DCP9 | 2011-06-12T05:48:43Z | iTu |
| b01f916 | Miki Kotevski's iPhone | 86110C42A4S | 2011-03-27T04:06:23Z | iTu |





Siri found new contact info
Kathie Lynch klynch@montanabar.org  add...  ⊗

**KL**  **Kathie Lynch**  10:59 AM
To: A Miki ›

# RE: Appeal for Miki Kotevski

Mr. Kotevski,

As I stated on the phone with you, we have never received your application and supplemental documents, therefor in no way will you be able to sit for the July 2021 Montana Bar exam.  We have received your accommodation request but we can not process that without your actual application. You can certainly apply for the February 2022 exam.

Best,
Kathie

Kathie Lynch
Bar Admissions Administrator | State Bar of Montana
33 S. Last Chance Gulch, Suite 1B
P.O. Box 577 | Helena, MT 59624
Tel: 406-447-2210 (direct) | Fax: 406-442-7763
klynch@montanabar.org | www.montanabar.org

See More  ↩







This isn't a PO Box and I'm sick of this shit with the govt fucking with my life

Dejo, all Clark's charge cards, all of baba and dedo's charge cards and all of mine charge cards that all of us were using and filled them up during the past 10-12 years your mother has not been contributing a penny to pay for the minimum. Most of them are on hold pending further review. They equate to over $120K. She said YOU and I only used them and we should pay for them.

I found a bank that will consolidate all those charge cards for 4% interest instead 29.99% what I'm paying now. On a loan over 5 years to pay them off there would be $90K+ savings. Your mother is refusing to sign. Again, her stand is that money was borrowed by YOU and I not her, therefore she will not be signing for anything.

Also she stated that I should convince baba and dedo to file bankruptcy. Hell will freeze over before I ever do that again. They did that twice for us already.

Now listen and listen to me good both of you. Next time my parents come over I'm gonna have them file

iMessage

That is half a million dollars your mother and I took from them and NOW they leave in Macedonia because they can't afford to leave here. YOUR CRUEL MOTHER says she didn't take a penny and not returning a penny. We will see, it's call prison 😳 o, let's not forget the $120,000+ in charge card debt

Verice, YOU WILL ROT in PRISON and HELL!!! Oooo, wait, that's why you cancelled your health insurance and got life insurance, so you kill me and kill your self. Sorry hun, it doesn't work that way 🫤 😳 😂 🥺

If I was any of you, I would be very careful. By the end of tonight all of you check your e mails, so you can see who really your mother is 🤮 🥺

By the way i have the live recordings of what Verica and Miki how they threaten me every day how they will call the police and make all these fake reports and based on my fucked up past that Verica created on me by making up story after story, they will have me arrested in no time. These are sick individuals







**Andrew Whall**

3:03

MARCH 28TH, 2015

ANDREW
WTH!? SERIOUSLY! ?

SEPTEMBER 10TH, 2015

ME
😂

APRIL 18TH, 2018

ANDREW
But you will be back at the end of this month right?

TODAY

ANDREW
How are you digging montana?







Download I didn't start







# This site can't be reached

**justice.gov**'s server IP address could not be found.

Try:

Checking the connection

ERR_NAME_NOT_RESOLVED



Reload

Details



# CHAPTER 19

# "We've been ratfucked."

The next morning, October 8, Jeh Johnson picked up the copy of the *New York Times* delivered to his home. He had expected to see a story on the Russia statement at the top of the front page with a large headline. Instead, the big story was the *Access Hollywood* tape. An article on the U.S. accusations against Russia was there on the front page, but toward the bottom. And it wasn't getting much attention on cable news. "The press had gone off to the other end of the pasture," Johnson said later, "because of greed and sex and groping."

In Trump's private apartment in the tower that bore his name, the Russia scandal was the last thing on anybody's mind. The candidate and his advisers were trying to figure out how to survive. The inner circle was there—Bannon, Conway, Bossie, Hicks, Christie, and Rudy Giuliani. Priebus arrived late, having taken the train back from Washington. What are you hearing? Trump asked him. "With all due respect, sir," he answered, "you have two choices: One, you lose by the biggest electoral landslide in American history...or you can drop out of the race." The room fell silent. "This is something that I will get through and it will not be an issue," Trump said. "But more importantly, Reince, I'm going



Written in IP law fall 2016–as you can see, from chap 9 on, all disability issues.

| | | | |
|---|---|---|---|
| Chap 1 | Cali connections | Chap 16 | Accomodations |
| Chap 2 | FAcades | Chap 17 | Two shiny-fenders |
| Chap 3 | Fully unruly | Chap 18 | sentence to sentence |
| Chap 4 | Davis | Chap 19 | Oh sweet sweet irony |
| Chap 5 | BG | Chap 20 | Denied benefits. |
| Chap 6 | Long Island | | |
| Chap 7 | Blue print | | |
| Chap 8 | Coke II | | |
| Chap 9 | Standards | | |
| Chap 10 | Dander | | |
| Chap 11 | Mexican | | |
| Chap 12 | GAO | | |
| Chap 13 | Book reader | | |
| Chap 14 | | | |
| Chap 15 | Sch Ar F | | |



No there's nothing there—fuck outta here


Toe injury— still going on after year and a half



Toe injury still going on after year and a half

Falls that never occurred before



Cut eye lid from falling today Jan 7











## IMPORTANT INFORMATION REGARDING YOUR PASSPORT

**THIS PASSPORT IS NOT VALID UNLESS SIGNED BY THE BEARER IN THE AREA DESIGNATED ON PAGE THREE.**

**IT IS UNLAWFUL** for any person other than the original, lawful recipient to use this passport. Use of this passport in contravention of passport regulations or where a U.S. citizen's use is restricted or for travel to countries for other information, contact the nearest U.S. embassy or consulate. (Title 18, U.S. Code, Section 1544). Department of State, Office of Passport Policy and Legal Advisory Services, at the telephone number listed at www.travel.state.gov.

**U.S. GOVERNMENT PROPERTY.** This passport is the property of the United States (Title 22, Code of Federal Regulations, Section 51.9). It must be surrendered upon demand made by an authorized representative of the United States Government.

**LOSS OR THEFT.** The loss, theft, or destruction of a passport should be reported immediately to local police authorities and to Passport Services, U.S. Department of State, Washington, D.C. 20522-1705, or, if overseas, to the nearest U.S. embassy or consulate. Your passport is a valuable citizenship and identification document. It should be carefully safeguarded.

**ALTERATION OR MUTILATION OF PASSPORT.** This passport must not be altered or mutilated in any way. Alteration could make the passport invalid, and if willful, may subject you to prosecution (Title 18, U.S. Code, Section 1543). Only authorized officials of the United States or of foreign countries may place stamps or make notations or additions in this passport. You may amend certain personal information for your own convenience on the adjoining PERSONAL DATA AND EMERGENCY CONTACT page.

## PERSONAL DATA AND EMERGENCY CONTACT

**FOR YOUR PROTECTION, COMPLETE THE INFORMATION REQUESTED BELOW USING PENCIL.** *KEEP THIS INFORMATION UP TO DATE.*

*PARA SU PROTECCIÓN, COMPLETE LA INFORMACIÓN REQUERIDA ABAJO USANDO UN LÁPIZ. MANTENGA ESTA INFORMACIÓN AL DÍA.*

BEARER'S HOME ADDRESS
*DIRECCIÓN DEL TITULAR*

BEARER'S FOREIGN ADDRESS, IF ANY
*DIRECCIÓN DEL PORTADOR EN EL EXTRANJERO.*

IN CASE OF EMERGENCY, NOTIFY THE NEAREST AMERICAN EMBASSY OR CONSULATE, OR ANY U.S. CITIZEN, THE LOCAL POLICE, AND THE EMERGENCY CONTACT YOU NAME BELOW.

*EN CASO DE EMERGENCIA, AVISAR A LA EMBAJADA O CONSULADO DE LOS ESTADOS UNIDOS MÁS CERCANO, O AL CENTRO DE EMERGENCIA NOMBRADO ABAJO...*

Name / Nom / Nombre

Address / Adresse / Dirección

Telephone / Téléphone / Teléfono

## IMPORTANT INFORMATION REGARDING YOUR PASSPORT

**THIS PASSPORT IS NOT VALID UNLESS SIGNED BY THE BEARER IN THE AREA DESIGNATED ON PAGE THREE.**

**IT IS UNLAWFUL** for any person other than the original, lawful recipient to use this passport. Use of this passport in contravention of passport regulations or of the conditions or restrictions set out in the passport or for travel to countries where a U.S. passport is not valid is a felony (Title 18, U.S. Code, Section 1544). For further information, contact the nearest U.S. embassy or consulate. Declaration of passport. Office of Passport Policy and Legal Advisory Services, at the telephone number listed at www.travel.state.gov.

**U.S. GOVERNMENT PROPERTY.** This passport is the property of the United States (Title 22, Code of Federal Regulations, Section 51.9). It must be surrendered upon demand made by an authorized representative of the United States Government.

**LOSS OR THEFT.** The loss, theft, or destruction of a passport should be reported immediately to local police authorities and to Passport Services, CLASP Unit, Washington, D.C. 20522-1705, or, if overseas, to the nearest U.S. embassy or consulate. Your passport is a valuable citizenship and identification document. It should be carefully safeguarded.

**ALTERATION OR MUTILATION OF PASSPORT.** This passport must not be altered or mutilated in any way. Alteration could make the passport invalid, and if willful may subject you to prosecution (Title 18, U.S. Code, Section 1543). Only authorized officials of the United States or of foreign countries may place stamps or make notations or additions in this passport. You may amend certain personal information for your own convenience on the adjoining PERSONAL DATA AND EMERGENCY CONTACT page.

## PERSONAL DATA AND EMERGENCY CONTACT

**FOR YOUR PROTECTION,** COMPLETE THE INFORMATION REQUESTED BELOW USING **PENCIL.** KEEP THIS INFORMATION UP TO DATE.

BEARER'S ADDRESS IN THE UNITED STATES
(DIRECCIÓN DEL PORTADOR EN LOS ESTADOS UNIDOS)

BEARER'S FOREIGN ADDRESS (IF APPLICABLE)
AU TITULAIRE À L'ÉTRANGER
(DIRECCIÓN DEL PORTADOR EN EL EXTRANJERO)

IN CASE OF EMERGENCY, NOTIFY THE NEAREST AMERICAN EMBASSY OR CONSULATE OR CITIZENS SERVICES AND THE EMERGENCY CONTACT YOU NAME BELOW.

EN CAS D'URGENCE, PRIÈRE D'AVERTIR L'AMBASSADE OU LE CONSULAT DES ÉTATS-UNIS LE PLUS PROCHE OU LE BUREAU DES SERVICES AMÉRICAINS AINSI QUE LA PERSONNE DE VOUS AVEZ NOMMÉE CI-DESSOUS.

EN CASO DE EMERGENCIA, NOTIFIQUE A LA EMBAJADA O CONSULADO DE LOS ESTADOS UNIDOS, CÉRCANO, O AL CENTRO DE SERVICIOS AMERICANOS Y A LA PERSONA DE CRISIS, CONJUNTAMENTE CON EL TELÉFONO 202-647-5225. LLAMANDO QUE SE INDICA A CONTINUACIÓN.

Name / Nom / Nombre

Address / Adresse / Dirección

Telephone / Téléphone / Teléfono





...rnments adheres to the Amer...

## IMPORTANT INFORMATION

1. **TRAVEL INFORMATION** Consult our Consular Information Sheets, Travel Warnings, and Public Announcements at http://travel.state.gov

2. **HEALTH AND VACCINATIONS** Consult our Centers for Disease Control and Prevention (CDC) Hotline for International Travelers Info at 1-877-FYI-TRIP (8747), or http://www.cdc.gov

3. **HEALTH INSURANCE** Contact the Centers for Disease Control. Does your medical insurance apply overseas, including medical evacuation? Does the U.S. Does your insurance apply overseas, including medical you later? See our brochure "Medical Information For Americans Traveling Abroad," or consult http://travel.state.gov

4. **YOUR PASSPORT** Make sure you have signed valid passport and keep one copy if required. Make sure you have signed valid passport and keep home with family, friends, along with a copy from your proper place.

5. **EMERGENCY CONTACT** Use a pencil to fill in the PERSONAL EMERGENCY CONTACT information in this passport on page...

6. **AVOID VIOLATING FOREIGN LAWS** Remember, while in another country, you are subject to its laws. Penalties for violating local laws can be unknowingly, can be more severe than in the U.S. If you are in trouble, contact the nearest U.S. embassy or consulate. If you are detained or arrested demand to see the U.S. Consul.

7. **ILLEGAL DRUGS** Do not carry packages abroad or to the U.S. without knowing their content. Do not carry illegal drugs, even knowingly, in the U.S. or as a favor to a stranger. Penalties for possession or use of drugs, even unknowingly, are strict and convicted offenders can expect jail sentences and heavy fines.

8. **SAFETY** Avoid becoming a target. Do not wear conspicuous clothing or expensive jewelry and do not carry excessive amounts of money or unnecessary credit cards. Consular Information Sheets indicate areas of instability that discusses conditions in specific countries. Consult "A Safe Trip Abroad" at http://travel.state.gov

9. **BE MINDFUL OF SECURITY THREATS** Do not leave luggage unattended in public areas, nor accept packages from strangers.

10. **DISASTERS AND CATASTROPHIC EVENTS** If a catastrophic event occurs, call home to let family and friends know you are okay. If you require assistance, contact the nearest U.S. embassy or consulate.

11. **REGISTER WITH U.S. EMBASSY** When visiting a foreign country for a prolonged stay, traveling to remote or volatile areas, or residing overseas, register with the U.S. embassy or consulate by telephone, fax, or in person or register online through the U.S. Government's Registration Home Page at https://travelregistration.state.gov

12. **PARENTAL CHILD ABDUCTION** For information on prevention of international child abduction, contact the Department of State's Office of Children's Issues at (202) 736-7000, or consult the home page at http://travel.state.gov

13. **LOSS OR U.S. CITIZENSHIP** Under certain circumstances, you may lose your U.S. citizenship by performing, voluntarily and with the intention to relinquish U.S. citizenship, any of the following acts: (1) being naturalized in a foreign country; (2) taking an oath or making a declaration to a foreign country; (3) serving in the armed forces of a foreign country; (4) accepting employment with a foreign government; or (5) formally renouncing U.S. citizenship before a U.S. consular officer. For more information, contact the nearest U.S. embassy or consulate, or the Office of Policy Review and Inter-Agency Liaison, 2201 C Street, NW, Washington DC 20520-4818. You may also call 1-888-407-4747, or if calling from overseas, 1-317-472-2328.

14. **DUAL CITIZENS** A person who is the citizenship of more than one country may be considered a dual citizen. A dual citizen may be subject to the laws of the other country that considers that person its citizen while in that country's jurisdiction. Dual citizenship may also hamper U.S. consular protection to dual citizens in that country. Dual nationality may include military service. Dual citizens who travel should contact the nearest U.S. embassy or consulate.

7

6













Injured myself. Not sure if I can make it today



Injured myself



ENDORSE HERE

X

☐ CHECK HERE IF MOBILE DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

By debositing this
check, you agree to use
the Lousiana Civil Code in
any & all disputes that may
arise in the future.

KI, MILAN M
e: 07/19/19
me: 3:30pm

ECKING 70
200.00
202.77
1437030
US CHECKING 70
53.00
149.77
1437031

200.00
-3.00
-50.00

d 566741





# Contact CIA

- Contact CIA
- Report Information

## Report Information

**Submission Sent**

Submission Reference ID: B4CJ244H

**Close**

We read every letter or e-mail we receive, and we will convey your comments to CIA officials outside OPA as appropriate. However, with limited staff and resources, we simply cannot respond to all who write to us.

### Contact Information

**By Web form:**
Use our Web form to submit questions and comments online.

**By postal mail:**
Central Intelligence Agency
Office of Public Affairs
Washington, D.C. 20505

Contact the **Office of Privacy and Civil Liberties**
Contact the **Office of Inspector General**
Contact the **Employment Verification Office**

### Before contacting us:

Please check our site map, search feature, or our site navigation on the left to locate the information you seek. We do not routinely respond to questions for which answers are found within this Web site.

**Employment:** We do not routinely answer questions about employment beyond the information on this Web site, and we do not routinely answer inquiries about the status of job applications. Recruiting will contact applicants within 45 days if their qualifications meet our needs.

- Because of safety concerns for the prospective applicant, as well as security and communication issues, the CIA Recruitment Center does not accept resumes, nor can we return phone calls, e-mails or other forms of communication, from US citizens living outside of the US. When you return permanently to the US (not on vacation or leave), please visit the CIA Careers page and apply online for the position of interest.

- To verify an employee's employment, please contact the Employment Verification Office.

If you have information which you believe might be of interest to the CIA in pursuit of the CIA's foreign intelligence mission, you may use our e-mail form. We will carefully protect all information you provide, including your identity. The CIA, as a foreign intelligence agency, does not engage in US domestic law enforcement.

Posted: Apr 12, 2007 08:05 AM
Last Updated: May 07, 2019 06:59 AM

ITH CIA



TED

Tweets by @CIA

CIA ✓
@CIA

The host often gives the first toa
Greek meals, but an honored gu
should return the favor later on
evening.bit.ly/2Yr07en
#WorldFactbookTravelFacts

Embed    View or

View @CIA Twitter Feed



4:19

# +1 (410) 694-0750

Glen Burnie, MD

message    call    video    mail    pay

**Today**

4:18 PM    **Canceled Call**

Share Contact

Share My Location

Create New Contact

Add to Existing Contact

Block this Caller



Favorites    Recents    Contacts    Keypad    Voicemail




IMG_1740mark1.jp
g

IMG_1741mark.JPG

To: Steve Best

minutes with Dejo when h
same story. I'll be done wi

Branko – Miki is immature and incapable.  You made the right move – let him live there with Vera.

Do not alienate Dejo.  He is tired of Vera and you have an opportunity to salvage your relationship with Dejo.  The more he sees a normal female like his woman vs. Vera the more he realizes what has been going on.  If you are too grumpy to see Dejo today then wait until you are in a better mood.  You need to stay on your best behavior with Dejo.

I hope you informed both Vera and Miki that they may not come to the house ever.  They will both steal from you.

They

What time you'll be in the of
you for 5 minutes

Remember this; I don't unde
stupid and he is so much ag
life to him especially the last
his mother. This will be very

iMessage



**4:14**

**Elizabeth Carter**
1,645 Tweets

**Tweets**   Tweets & replies   Media   Likes

**Jim Acosta** ✓ @Acosta
Trump on Clinton in PA: "She's the devil."

💬    ⟲ 1    ♡ 2    ⬆

**Elizabeth Carter** @BitsyNOLA · 8/1/16    ⌄
Thanks #TitleIX!!

**NWLC** ✓ @nwlc
Team USA is sending more women Olympians than any other country in the history of the Olympics—here are 5 to watch: bit.ly/2apZsg6

💬    ⟲    ♡ 1    ⬆



closed doors. Owned by Wall St and Politicians, HRC is not with you."

September had not been kind to Clinton. Early in the month she had given a speech decrying Trump for attracting racists, misogynists, homophones, xenophobes, and Islamophobes, and she remarked that half of Trump supporters were a "basket of deplorables"—a phrase that backfired against her politically. And a she had almost collapsed at a 9/11 memorial ceremony in New York City. She had been battling pneumonia at the but had kept that a secret. Donna Brazile, the interim DNC would later write that she was so concerned about Clinton's h that she began thinking of ways to replace her on the Demo ticket. Moreover, the polls tightened at the start of the m hough Clinton still maintained a close but respectable lead.

Both campaigns were now planning for their fi owdown—the first of three debates. This one would be ofstra University on Long Island. There was no ques ssia issue would come up. About two-thirds of the way tentious debate, the moderator, NBC News anchor Le d Clinton: What could be done to thwart cyberatta ed States?





···ll AT&T 🔵          4:54 PM          ✳ 88% ▬

**Thao Bui** added a new photo.          •••
58 mins · Instagram · 👥

Itsa me, Bui! My coworkers constantly keeping me afloat, and today surprised me with these buoy hangers. 😍



👍 1

👍 Like          💬 Comment



**Thao Bui** added a new photo.          •••
March 8 at 10:29pm · Instagram · 👥

**SCU Tokyo Living Tips**



Miki Kotevski <miki.kotevski@gmail.com>

Fri, Apr 17, 2015,
11:47 PM

to nmaleki

I was hoping I could get some sound advice on where to live and generally where people lived during their time during the program.


Best Always,
Miki Kotevski
J.D. Candidate (Class of 2017) LSU Paul M. Hebert Law Center
www.mikikotevski.com

**SCU Tokyo Living Tips**



Miki Kotevski <miki.kotevski@gmail.com>

Fri, Apr 17, 2015,
11:59 PM

to glin

I was wondering if you could please give me some tips on where to stay in Tokyo for the summer because I'm pretty lost in trying to find a place to live at during the summer.


Thanks Again,
Miki Kotevski
J.D. Candidate (Class of 2017) LSU Paul M. Hebert Law Center.
www.mikikotevski.com



Miki Kotevski <miki.kotevski@gmail.com>

to Gregory

maybe I sent you a fb message, I have no idea really (actually I do, just too lazy at the present moment to look it up to be certain). Eitherway, do you know the name of the villages/areas where the vast majority of the people stayed in because I am a LSU law student and not a SCU student so I'd like to stay nearby where everyone else typically stays if that makes any sense at all.

Miki

On Sat, Apr 18, 2015 at 12:18 AM, Gregory Lin <glin@scu.edu> wrote:
To clarify, utilities was like $200/month for $1200 total with rent. I really cranked the A/C nonstop and left lights on and stuff though

On Fri, Apr 17, 2015 at 10:17 PM, Gregory Lin <glin@scu.edu> wrote:
Hey,

I'm not sure if you're the person I talked to before, but I used tokyocityapartments.net

If you keep browsing you'll eventually find something on sale, I'm not gonna lie I had to check like once a day for a month to get one in a good spot that was about $1000. I got a huge apartment (by Tokyo's standards) for $1000/month. This isn't the cheapest option but its by far the best bang for the buck, especially if you value privacy. My apartment was about 3 dorm-sized rooms, about 2x bigger than my friends who did airbnb, maybe 3x the size of the hotel rooms.

However, you'll have to pay for utilities, I probably paid about $1200 per month. You'll also have to pay a deposit, I forget how much. I got my deposit back in cash, and I know other students did too. Its gonna seem kinda sketch but it was totally legit.

The major downside was that I was by myself all the time. If I could redo it I'd convince another friend to get an $1800 place off of that site.

Hope this helps, good luck

**Re: FW: Academic Bankruptcy**



Miki Kotevski <miki.kotevski@gmail.com>                          Wed, Apr 22,
                                                                 2015, 2:57 PM
to Michele

I'll see you at one pm tomorrow.

Miki

On Wednesday, April 22, 2015, Forbes, Michele <Michele.Forbes@law.lsu.edu> wrote:
Ms. Ott and I have talked.  I know you would like to meet with me before exams next
week.  I have a meeting in a moment, then must leave for the reminder of the
day.  Friday I am out of the office all day with a meeting at the Board of Regents.

We need to meet to develop academic programs.  Emails will become too
cumbersome.  I don't mind meeting with the two of you together.  But I will require you
to sign a statement that you don't mind me talking about each other's academic
information in front of the other.

I can see you tomorrow between 8:15 and 9:30 (an auditor is coming for 10am) – and
again tomorrow afternoon 1pm – 1:30pm.

Do you want to try to meet tomorrow at the times I have indicated?


*Michele Forbes*
Director of Student Affairs and Registrar
Room 202
LSU Paul M. Hebert Law Center
110 LSU Union Plaza
Baton Rouge, LA  70803 - 0106
Phone    225/578-8646
FAX      225/578-8647

**From:** Jessica Ott [mailto:jott@lsu.edu]
**Sent:** Wednesday, April 22, 2015 12:14 PM
**To:** Forbes, Michele
**Subject:** Academic Bankruptcy
**Importance:** High

Can you please schedule a meeting with Cherry and Milan this week, if possible,  to
develop an academic plan? Please just type this up and e-mail to me instead of doing
the tool. They do not mind scheduling one appointment to meet with you at the same
time instead of two separate appointments, if that is easier for your schedule. If it would
be easier for you to do this by e-mail, they are ok with that as well. Let me know if you
have any questions.

Thanks.

Jessica A. Ott
Associate Director
Financial Aid and Scholarships
Office of Enrollment Management
Louisiana State University
1146 Pleasant Hall
Baton Rouge, LA 70803
=================
225.578.5993 | phone
225.578.6300 | fax

Information provided in this email is relative to the intended recipient. Official information on admissions, financial aid and scholarships is available from the following websites:
Admissions: www.lsu.edu/admissions - Financial Aid: www.lsu.edu/financialaid - Scholarships: www.lsu.edu/scholarships

This e-mail contains CONFIDENTIAL and PRIVILEGED information intended only for the use of the specific individual or entity named above. If you or your employer is not the intended recipient of this e-mail or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any unauthorized dissemination or copying of this e-mail is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by e-mail or telephone and immediately delete the message.

## Pre-Departure Orientation Program--Unable to attend in person or online



Miki Kotevski <miki.kotevski@gmail.com>

Wed, Apr 15, 2015, 3:54 PM

to CGLP

I will be unable to attend the lecture in person(as much as I'd love to come to California for a couple of days to avoid studying for finals in Louisiana, I cannot make it there) or online because my American Criminal Justice class is between 1:50pm-2:50pm central

time, or 11:50-12:50 pacific time. May I please receive the materials after the session so that I may view them. furthermore, may you tell me if my internship placement is within the business law interns or the human rights interns.

Best,

Collapse all
Print all
In new window

### Japanese Disability Accommodations for Visiting Students.



Miki Kotevski <miki.kotevski@gmail.com>

Sat, Apr 11, 2015, 1:17 AM

to con1, con2, con3, info

Hello,

My name is Milan Kotevski, I am currently living in Baton Rouge, LA and I am attending LSU School of Law. I sincerely thank you for spending the time of reading this email. I am also enrolled to study abroad in Tokyo this summer and I am extremely honored to have the chance to study and experience everything wonderful Japan has to offer.

The reason why I am writing to you today is the following. I have a recognized disability by the Americans with Disabilities Act of 1990  42 USCA § 12101 and in the course of researching Tokyo for the summer, I found there is a disability discount for those who suffer a disability (http://www.japan-accessible.com/tips.htm).  I understand that identification is typically reserved for Japanese citizens, however, I would be extremely and eternally grateful if you can do me a little favor and write a letter that would allow me to receive disability discounts on travel, admissions, etc.

Under Article 11 of the Japanese constitution, "fundamental human rights guaranteed to the people by this constitution shall be conferred upon the people of this and future generations. Freedoms guaranteed shall refrain from abuse of those freedoms and be responsible for utilizing them for the public welfare (Article 12).  *All of the people* shall

be respected as individuals. Their right to life liberty, and pursuit of happiness shall, to the extent that it doesn't interfere with public welfare, be the supreme consideration… (Article 13). *All of the people* are equal under the law and there shall be no discrimination in political, economic, or social relations because of race, creed, sex, social status, or family origin (Article 14 Section 1). Article 25 states that "All people shall have the right to maintain the minimum standards of wholesome and culture living. Under Chapter X, Article 98, the constitution shall be supreme law of the nation and *no law,* ordinance, imperial rescript, or other act of government or part thereof *contrary to the provisions hereof*, shall have legal force and the treaties and the *established laws of nations shall be faithfully observed.*

The government of Japan used it's endeavor for the promotion and extension of social welfare and security, and of public health, and passed the Disabled Peoples' Fundamental Law (Shougaisha Kihonhou) in 1993 (art. 2). With the passage of the the Act on the Elimination of Discrimination against Persons with Disabilities that states specifically in Article 7, paragraph 2, the government made it clear that "administrative organs, etc., . . . shall make necessary and reasonable accommodation for the removal of social barriers" and that private entities, must "endeavor to make necessary and reasonable accommodation for the removal of social barriers" (Article 8, paragraph 2). Furthermore, the Government of Japan ratified the United Nations Convention on the Rights of Persons with Disabilities on January 20th, 2014. I am hopeful that the constitution of Japan would allow under Chapter X, Article 98 the transfer and the use of ADA of 1990 and the accommodations granted for me therein, which would be applicable in Japan because it would not be contrary to any provisions of the Japanese constitution and also based on the passages of the aforementioned laws and the articles in the constitution of Japan.

In conclusion, based on the guidelines of the Constitution of Japan, the acts of the Japanese Legislature, and in congruence with Ministry of Health, Labour, and Welfare policies, I respectfully hope to receive a response back from you and hope that I may have the same accommodations.

Arigato and Ki-o-tsukete-ne.
Milan Kotevski
J.D. Candidate (Class of 2017) At LSU Paul M. Hebert Law Center.
www.mikikotevski.com

P.S. I will be in Nashville between the 20th-24th of May if we need to discuss things further (and I would bring all the paperwork documenting my disability). I will be in Chicago from the 24th through the 26th. And most importantly, I'll be in Japan thereafter.



I do thank you for sending me a response.
I sent japan-accessible an email, but it wasn't helpful since I received the same information found on the site. The problem is that our IDs dont have a disability designated marker on them whereas at least the state of Illinois/Louisiana's disability marker is on a placard that hangs off the rearview mirror or is on the license plate. So I'm just trying to find the right governmental entity to talk to.

Thank you again,
Milan Kotevski

On Mon, Apr 13, 2015 at 4:06 PM, CON1 <con1@nv.mofa.go.jp> wrote:
Mr. Kotevski,

First, please allow me to begin by offering my congratulations on your selection for a study abroad program in Tokyo.   International programs can certainly enrich one's educational pursuits and I hope that your program in Japan serves you well.

In response to your question about the "disability discounts" you discovered through the website www.japan-accessible.com, I regret that I know very little about the program.  I did quickly review the Japan Accessible Tourism Center's webpage to see if there was any additional information that might be helpful.  Their Q&A page, http://www.japan-accessible.com/contact.htm, does appear to address at least one question similar to yours.  I have copied it below:

> Could you please tell me how to get the disability discount card for visitors in Japan ?

That is only for person who has Japanese nationality.
But you may sometime get disability discount if you use wheelchair or cane, etc .
Show them your ID and say "this is my disability ID".
No Japanese knows your country ID and language as like you do not know Japanese disability ID..

Unfortunately, I do not know if the above response should be considered complete, or if there might be other aspects of the program.  In either case, this office has no authority to intercede in the administration of discount programs in Japan.  We also are not authorized to interpret the handling of international treaty provisions.

The government agency that would likely be the most authoritative on the subject of disability discounts is the Ministry of Health, Labor and Welfare.  Should you wish to pursue the matter with them, you may reach them at http://www.mhlw.go.jp/english/index.html.  Alternatively, you might contact the Japan Accessible Tourism Center to see if they know of any recent changes to the program.

I hope one of those offices is able to answer your question in more detail and wish you all the best during your visit to Japan.

Regards,

Consular Section
Consulate-General of Japan
1801 West End Ave., Suite 900
Nashville, TN 37203
Phone: 615-340-4300  Ext. 152
Fax: 615-340-4312
con1@nv.mofa.go.jp

**From:** Miki Kotevski [mailto:miki.kotevski@gmail.com]
**Sent:** Saturday, April 11, 2015 1:18 AM
**To:** CON1; CON2; CON3; INFO
**Subject:** [Free e-mail]Japanese Disability Accommodations for Visiting Students.

```
-------------------------------------------------------------------------
-----------
このメールはフリーメールを利用して送信されています。送信元及び内容を十分に確認して下さい。
This mail is  sent from a free e-mail address. Please carefully check the
sender's address and contents.
-------------------------------------------------------------------------
-----------
```

## consortium agreement



Miki Kotevski <miki.kotevski@gmail.com>                    Fri, Mar 20,
                                                           2015, 1:57 PM

to Rachel

Ms. Fontenot,

I have been officially enrolled and accepted into the program with Santa Clara Law,
what are the next steps that I have to do in order to ensure the process will go smoothly
from here on out.


Miki

**check**



Miki Kotevski <miki.kotevski@gmail.com>

Mon, Mar 9, 2015, 12:15 PM

to Monica

who do I make the check out to (for the down deposit for the tokyo trip) and what address should I send the check to?

Miki



Miki Kotevski <miki.kotevski@gmail.com>

Tue, Mar 10, 2015, 12:45 PM

to Monica

So would it be $300 per program as in the program overall (i.e. the tokyo program and the two classes: intro to japanese i.p law and doing business in japan) and $700 for the internship thus making the grand total $1000? quite frankly, my mom is unemployed and my father is disabled. so i dont have $1000; however, I do have $300 ready to go and ready to send to you anytime this week. Would it be possible to enroll me in those classes and then as soon as the funds through LSU when they are transferred to Santa Clara in May would include the deposit for the internship?

Miki

On Tue, Mar 10, 2015 at 11:34 AM, Monica Davis <mdavis@scu.edu> wrote:
Dear Miki,

The deposit information is as follows:

- Class deposit: $300 per program
- Internship deposit: $700 additional deposit
    Deposit checks should be made payable to "Santa Clara University" and mailed to:

Attn: Monica Elise Davis
Center for Global Law & Policy
500 El Camino Real
Santa Clara, California 95053

Feel free to contact me with any other questions.

Best,

Monica


Monica Elise Davis, J.D., M.B.A.

Santa Clara Law | Center for Global Law & Policy | 500 El Camino Real | Santa Clara | California | 95053 | Ph: 408.554.5484 | Fax: 408.554.5047
[Center for Global Law & Policy on Facebook](#)
[International Law Alumni Group on LinkedIn](#)



Miki Kotevski <miki.kotevski@gmail.com>                    Tue, Mar 10, 2015, 1:05 PM

to Monica

there is no need to apologize for my family's financial situation; however, I do appreciate your sympathy. Look, I'll go make a public act in front of a notary and send you a written act attesting of how badly I really want to attend your program and express my intent that I am 100% fully committed on attending the program. There is a Catch 22 and hopefully we can work out a solution. Here is the problem. I cannot go forward with financial aid with LSU until I'm enrolled with you guys. I cannot be enrolled because (from what I gather) of the $700 deposit for the internship. I'm stuck until there is some affirmative act on my part to show my intent. The best I can do right now is provide you $300 and some form of authentic act that highlights my intention of ensuring that I absolutely want to go to Tokyo for the summer. please help me find a way of enrolling.

Miki

On Tue, Mar 10, 2015 at 12:50 PM, Monica Davis <mdavis@scu.edu> wrote:
Dear Miki,

I am sorry to hear that your family is in such a financially difficult situation. The internship deposit is more important than the class deposit. Would it be possible to submit a deposit for the

internship of $700? We want to ensure that you are planning to attend the program before we make arrangements for the internship component. I hope you understand. Thanks.

Best,

Monica



Miki Kotevski <miki.kotevski@gmail.com>

Mon, Mar 16, 2015, 4:06 PM

to Monica

Monica,

you are the best and I cant stress that enough. I will send the check out tomorrow and you should receive it in two or three days time. I really look forward to this and thank you again!!!!!

Miki

On Mon, Mar 16, 2015 at 2:26 PM, Monica Davis <mdavis@scu.edu> wrote:
Dear Miki,

I coordinate with my colleague, Professor Vinita Bali, and she agreed to reduce your deposit to $300 for the class and internship portion of the program. However, do expect you to participate in the program. Feel free to contact me with any questions. We look forward to having you join the program in Tokyo.

All the best,

Monica


Monica Elise Davis, J.D., M.B.A.

Santa Clara Law | Center for Global Law & Policy | 500 El Camino Real | Santa Clara | California | 95053 | Ph: 408.554.5484 | Fax: 408.554.5047
Center for Global Law & Policy on Facebook
International Law Alumni Group on LinkedIn

On Tue, Mar 10, 2015 at 11:23 AM, Monica Davis <mdavis@scu.edu> wrote:

Dear Miki,

Let me talk with the Director of Summer Programs here at Santa Clara Law to see if it is possible to adjust our deposit expectation in your case. I will get back to you shortly.

Sincerely,

Monica



Miki Kotevski <miki.kotevski@gmail.com>                    Tue, Mar 17, 2015, 3:52 PM

to Monica

Monica,

I sent you a FedEx envelope with the deposit. The tracking number is 780360286159 so please let me know when you get that.

Miki

On Monday, March 16, 2015, Monica Davis <mdavis@scu.edu> wrote:
Dear Miki,

You are very welcome. I am so glad that you will able to join us this summer. Have a great rest of your day.

Best,

Monica

## Stingray/Triangulation Article



Miki Kotevski <miki.kotevski@gmail.com>                    Tue, Mar 10, 2015, 3:39 PM

to Cheney

http://arstechnica.com/tech-policy/2013/09/meet-the-machines-that-steal-your-phones-data/



Miki



Miki Kotevski <miki.kotevski@gmail.com>

Wed, Mar 11, 2015, 10:45 AM

to Cheney

lawsuits are already happening:

http://sacramento.cbslocal.com/2015/03/10/aclu-suing-sacramento-county-sheriffs-department-over-stingray-phone-tracking-records/

On Wed, Mar 11, 2015 at 8:42 AM, Joseph, Cheney <Cheney.Joseph@law.lsu.edu> wrote:
Very interesting.


CHENEY C. JOSEPH, JR.
**Dale E. Bennett Professor of Law and**
**Vice Chancellor for Academic Affairs**
**418 Law Center Building • Baton Rouge LA • 70803-0106**
**Ph. 225-578-8846 • fax 225-LSU-5935**
http://www.law.lsu.edu/

**From:** Miki Kotevski [mailto:miki.kotevski@gmail.com]
**Sent:** Tuesday, March 10, 2015 3:39 PM
**To:** Joseph, Cheney
**Subject:** Stingray/Triangulation Article

http://arstechnica.com/tech-policy/2013/09/meet-the-machines-that-steal-your-phones-data/


Miki

# Re: Acceptance Letter



Miki Kotevski <miki.kotevski@gmail.com>

Wed, Mar 4, 2015, 11:16 PM

to Monica

Ms. Davis,

I have a few of questions and issues:

1:Would it be possible for you to guarantee that the Tokyo internship would be 4 credits instead of 3 credits (my assumption: credits=units).

2: may I get an e-mail of the students all attending the trip as it appears I am one of the only (if not couple of others) student(s) who doesn't regurlarly attend Santa Clara

3: must the deposit for the program be in cash/check or may I pay with a credit card until the whole entire fee consortium agreement between LSU and Santa Clara is worked out.


Miki

On Thu, Feb 12, 2015 at 6:49 PM, Monica Davis <mdavis@scu.edu> wrote:

Milan Kotevski
mkotev1@lsu.edu

Dear Milan,

We are excited to have you be a part of Santa Clara Law's Summer Abroad Programs. You are conditionally accepted into the following:
Doing Business in Japan: May 31 - June 23 (4 units)
Japanese Patent Law: May 31 - June 23 (1 unit)
Tokyo Internship: June 29 - July 24 (4 units)

The status of your required documents is as follows:
- Resume: Received
- Letter of Good Standing: Missing
- Transcript: Missing
- Copy of Passport: Received
- Informed Consent Form: Received

- Photo: Received
- Self-Assessment/Internship Preference: Missing
- Letter of Recommendation: Missing
- Deposit Date: Missing

Keep in mind that all materials need to be submitted by February 17th. April 17th is the last date to pay summer tuition in full if you are not applying for financial aid (for more information on financial aid, please visit http://law.scu.edu/international/summer-abroad-financial-aid). Please let me know if you have any questions.

All the best,

Monica Elise Davis
Program Manager
Center for Global Law & Policy
MDavis@scu.edu
408-554-5484



Miki Kotevski <miki.kotevski@gmail.com>                          Fri, Mar 6, 2015,
                                                                  10:50 PM
to Monica

Understood. To whom do I make the check out to?

Miki

On Thu, Mar 5, 2015 at 10:32 AM, Monica Davis <mdavis@scu.edu> wrote:
Dear Miki,

You are registered for a 4 unit (same as credit) internship and this is what we will provide for you. Unfortunately, due to student privacy laws, I cannot provide you with a list of students. However, when registration closes, I will invite you to a facebook group for Tokyo students (current and past). At this time, we are only able to accept deposits by check - I apologize for this inconvenience. Feel free to contact me with any other questions.

All the best,

Monica

Monica Elise Davis, J.D., M.B.A.

Santa Clara Law | Center for Global Law & Policy | 500 El Camino Real | Santa Clara |
California | 95053 | Ph: 408.554.5484 | Fax: 408.554.5047
Center for Global Law & Policy on Facebook
International Law Alumni Group on LinkedIn

**fin aid questions**



Miki Kotevski <miki.kotevski@gmail.com>

to Rachel

Thu, Mar 5,
2015, 1:57 PM

Ms. Fontenot,

I have a couple of questions.

When would the funds for the summer semester be distributed?

Also, would it be possible to change the amount in rent for the amount y'all calculate for
my financial aid? I moved out of my former residence and I am paying a significant
amount more for my current residence (as compared to my former residence) and if I
give you an updated agreement between my new landlord and I, would the new rent
cost be included and calculated before the summer semester funds would be
distributed?


Miki



Miki Kotevski <miki.kotevski@gmail.com>

to Rachel

Fri, Mar 6,
2015, 8:27 AM

Apologies for the lack of clarity.

I was speaking in regards to the fall and spring semester to increasing the amount of

funds distributed (and not the summer one) because of the new residence that I moved from last October is more expensive than my prior residence in which the funds from last year and this year was calculated on the rent terms based on my old residence and not my current residence

Miki

On Fri, Mar 6, 2015 at 8:09 AM, Rachel E Fontenot <rachelf@lsu.edu> wrote:
Financial aid for the summer semester will disburse May 29th and you would receive any refund within 2-3 business days from that date. However, please be aware that I have not received the complete Consortium Agreement from Santa Clara and your funds cannot be disbursed until I receive that.

If Santa Clara indicates that your costs there will be higher than your costs to attend LSU, I will increase your Cost of Attendance (budget) to allow you to apply for additional aid. However, this is the only instance in which I can provide an increase.

Please let me know if you have any questions.

Rachel Fontenot
Graduate Coordinator
Financial Aid & Scholarships
Enrollment Management
Louisiana State University
1146 Pleasant Hall
Baton Rouge, LA 70803
Ph: (225) 578-3103
F: (225) 578-6300

Information provided in this email is relative to the intended recipient. Official information on admissions, financial aid and scholarships is available from the following websites:
Admissions: www.lsu.edu/admissions - Financial Aid: www.lsu.edu/financialaid - Scholarships: www.lsu.edu/scholarships

This e-mail contains CONFIDENTIAL and PRIVILEGED information intended only for the use of the specific individual or entity named above. If you or your employer is not the intended recipient of this e-mail or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any unauthorized dissemination or copying of this e-mail is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by e-mail or telephone and immediately delete the message.



Miki Kotevski <miki.kotevski@gmail.com>

Fri, Mar 6, 2015, 8:57 AM

to Rachel

I was told the first time I came to school, I remember not working with you, that the loan amount distributed was contingent on the individual's rent because I had to return to the financial aid office more than once since the amount on the prior agreement (between my former landlord and I) did not list the rent price and I was explicitly told that the amount of rent had to be listed in order for the proper amount of funds for me based on my prior rent agreement.

could you please inform me what the average amount of rent for local apartments would be?


Miki

On Fri, Mar 6, 2015 at 8:43 AM, Rachel E Fontenot <rachelf@lsu.edu> wrote:
Our office uses an average of apartment rates in the area to determine the off campus housing Cost of Attendance (budget). Your Cost of Attendance cannot be increased because you chose more expensive housing. Please keep in mind for the future that you cannot receive more in financial aid than your Cost of Attendance for the year.

Please let me know if you have any questions.

Rachel Fontenot
Graduate Coordinator
Financial Aid & Scholarships
Enrollment Management
Louisiana State University
1146 Pleasant Hall
Baton Rouge, LA 70803
Ph:  (225) 578-3103
F: (225) 578-6300

Information provided in this email is relative to the intended recipient.  Official information on admissions, financial aid and scholarships is available from the following websites:
Admissions: www.lsu.edu/admissions - Financial Aid: www.lsu.edu/financialaid - Scholarships: www.lsu.edu/scholarships

This e-mail contains CONFIDENTIAL and PRIVILEGED information intended only for the use of the specific individual or entity named above.  If you or your employer is not the intended recipient of this e-mail or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any unauthorized dissemination or copying of this e-mail is strictly prohibited.  If you have received this transmission in error, please immediately notify the sender by e-mail or telephone and immediately delete the message.

**From:** Miki Kotevski [mailto:miki.kotevski@gmail.com]
**Sent:** Friday, March 06, 2015 8:28 AM
**To:** Rachel E Fontenot
**Subject:** Re: fin aid questions

Apologies for the lack of clarity.

I was speaking in regards to the fall and spring semester to increasing the amount of

funds distributed (and not the summer one) because of the new residence that I moved from last October is more expensive than my prior residence in which the funds from last year and this year was calculated on the rent terms based on my old residence and not my current residence

Miki

On Fri, Mar 6, 2015 at 8:09 AM, Rachel E Fontenot <rachelf@lsu.edu> wrote:
Financial aid for the summer semester will disburse May 29th and you would receive any refund within 2-3 business days from that date. However, please be aware that I have not received the complete Consortium Agreement from Santa Clara and your funds cannot be disbursed until I receive that.

If Santa Clara indicates that your costs there will be higher than your costs to attend LSU, I will increase your Cost of Attendance (budget) to allow you to apply for additional aid. However, this is the only instance in which I can provide an increase.

Please let me know if you have any questions.

Rachel Fontenot
Graduate Coordinator
Financial Aid & Scholarships
Enrollment Management
Louisiana State University
1146 Pleasant Hall
Baton Rouge, LA  70803
Ph:  (225) 578-3103
F: (225) 578-6300

Information provided in this email is relative to the intended recipient.  Official information on admissions, financial aid and scholarships is available from the following websites:
Admissions: www.lsu.edu/admissions - Financial Aid: www.lsu.edu/financialaid - Scholarships: www.lsu.edu/scholarships

This e-mail contains CONFIDENTIAL and PRIVILEGED information intended only for the use of the specific individual or entity named above.  If you or your employer is not the intended recipient of this e-mail or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any unauthorized dissemination or copying of this e-mail is strictly prohibited.  If you have received this transmission in error, please immediately notify the sender by e-mail or telephone and immediately delete the message.

**From:** Miki Kotevski [mailto:miki.kotevski@gmail.com]
**Sent:** Thursday, March 05, 2015 1:57 PM
**To:** Rachel E Fontenot
**Subject:** fin aid questions

Ms. Fontenot,

I have a couple of questions.

When would the funds for the summer semester be distributed?

Also, would it be possible to change the amount in rent for the amount y'all calculate for my financial aid? I moved out of my former residence and I am paying a significant amount more for my current residence (as compared to my former residence) and if I give you an updated agreement between my new landlord and I, would the new rent cost be included and calculated before the summer semester funds would be distributed?

Miki

### enrollment question



Miki Kotevski <miki.kotevski@gmail.com>

Wed, Feb 25, 2015, 10:18 AM

to mdavis

Ms. Davis,

I have a question concerning enrollment. My financial aid cannot be processed if I am not enrolled; as I understand, I have been conditionally accepted so what must I do to take away that condition and to be enrolled so I can go forward with my financial aid paperwork

Miki



Miki Kotevski <miki.kotevski@gmail.com>

Wed, Feb 25, 2015, 10:46 AM

to Monica

what other requisite materials do I need to send you?

Miki

On Wed, Feb 25, 2015 at 10:31 AM, Monica Davis <mdavis@scu.edu> wrote:
Dear Miki,

Our registration period for the summer technically begins mid-March, when the summer application period ends. Your conditional acceptance will turn into a formal acceptance once I receive all of your requisite materials. I plan to send updated acceptance letters by the end of the week. You can begin the financial aid process but will end up waiting a bit for Santa Clara Law to verify enrollment in March (post formal registration). Feel free to contact me with any questions.

All the best,

Monica


Monica Elise Davis, J.D., M.B.A.

Santa Clara Law | Center for Global Law & Policy | 500 El Camino Real | Santa Clara | California | 95053 | Ph: 408.554.5484 | Fax: 408.554.5047
Center for Global Law & Policy on Facebook
International Law Alumni Group on LinkedIn

### how've you been



Miki Kotevski <miki.kotevski@gmail.com>

Sat, Feb 21, 2015, 2:40 PM

to Nikolay

Hey,

Long time no talk, just wanted to give you an update what was going on in my life and I hope to hear the same from you. I obtained a 2.5 gpa last semester and my grades ranged from a 2.0 to a 3.0 so there has been a lot of progress made and I just have to keep up the work ethic for more improvement.
So, as you know, I am a law clerk at this law firm and primarily it revolves around domestic abuse, divorce, and custody proceedings. Is it my particular favorite legal field? not really. Law experience is law experience so I'm enjoying it so far and making the best of it. The lawyers at the firm seem to like me and if I do something related (in regards to how the firm specializes in public service work) I can have all my student loans forgiven in ten years.

For the summer, I'll be going to Tokyo (as long as financial aid goes through, but it seems that wont be a problem). I was accepted into this program so I'll be studying

abroad (with a different law school just for the summer) and hopefully, I'll have an internship in some tokyo law firm.

Things are slowly falling in place so let me know how you are doing

Miki

## Tokyo Program



Miki Kotevski <miki.kotevski@gmail.com>

Sun, Feb 8, 2015, 1:29 AM

to pjimenez

Hello Professor Jimenez,

My name is Miki Kotevski and I am a current J.D./D.C.L. Candidate (Class of 2017)  at the LSU Paul M. Hebert Law Center. I was reading about your Tokyo program and I have a few questions? first, would the program be considered full-time (in terms of being a student as opposed to a part-time). Also, are there any more spots open for this upcoming program for the summer?

Best Always,
Miki Kotevski
J.D./D.C.L. Candidate (Class of 2017) at the LSU Paul M. Hebert Law Center.
www.mikikotevski.com



Miki Kotevski <miki.kotevski@gmail.com>

Mon, Feb 9, 2015, 2:11 PM

to Philip

No worries. I've grown quite accustomed to the mispronunciations of my name! *I do intend on applying*, I sent a petition to the vice chancellor of academic affairs to get an approval to be part of the wonderful program and I will e-mail you as soon as I hear back from him.

Best,
Miki

On Sun, Feb 8, 2015 at 10:53 PM, Philip Jimenez <pjimenez@scu.edu> wrote:
Dear Miki Kotevski,

I initially read your first name as"Mike".  Please forgive my carelessness.

All the best,

Philip Jimenez
Professor of Law

On Sun, Feb 8, 2015 at 7:57 PM, Philip Jimenez <pjimenez@scu.edu> wrote:
Dear Mr. Kotevski,

Thank you for your message,

I believe the program would be considered full-time given the number of units in a rather short period of time.  You might check the web-site for a look at last year's program schedule  of classes.  The program for this coming summer will look quite the same.

Yes, we do have space open.  Please let me know if you intend to apply and I will reserve a spot for you.

All the best,

Philip JImenez
Professor of Law



Miki Kotevski <miki.kotevski@gmail.com>                    Mon, Feb 9, 2015, 4:55 PM

to Philip

I received the Vice Chancellor's approval. So I still intend on applying.

Best,
Miki



Miki Kotevski <miki.kotevski@gmail.com>

Tue, Feb 10,
2015, 2:18 PM

to Philip

Change the 's' to an 'r' in Ms. and we are good to go! I always found it funny, Miki in Japan tends to be a female name whereas Miki in most slavic countries is the way of spelling Mickey. good times.  I will register online today.

Best,
Miki Kotevski


On Tue, Feb 10, 2015 at 12:34 PM, Philip Jimenez <pjimenez@scu.edu> wrote:
Dear Ms. Kotevski,

That's very good news.  I have notified admissions and they are ho9lding a spot for you.  If convenient, could you please register on line.

Thanks.

Phil Jimenez.

---



Miki Kotevski <miki.kotevski@gmail.com>

Mon, Feb 16,
2015, 10:28 PM

to Philip

I have another question,

I dont know if you would be qualified to answer this question or if I should seek out the Japanese embassy and inquire with them, I have a disability and from what I understand those with a disability can receive a discount (http://www.japan-accessible.com/tips.htm), would you know the process of me receiving the ID as a foreigner or should I consulate the local embassy with that question?

Miki

On Tue, Feb 10, 2015 at 3:02 PM, Philip Jimenez <<u>pjimenez@scu.edu</u>> wrote:
That's the 3d time I've guessed  wrong this month!  I'm usually much better at it.  I've a couple of female friends named "Miki"

My wife encounters the same kind of confusion; her name is "Srinoi"..

Best,

Phil Jimenez

## Petition To Study Abroad Outside LSU Law



Miki Kotevski <miki.kotevski@gmail.com>

Mon, Feb 9, 2015, 2:09 PM

to Cheney

VC Cheney Jo,

I am petitioning you to study abroad with the Santa Clara Law, an accredited ABA institution, summer program in Tokyo for this upcoming summer.

Reasons:
1: I will never have the opportunity to study abroad in my life again besides for this summer or possibly next spring. I will further explain why the distinction between this summer and next spring matters in reason #3.  I did not have the opportunity to study abroad in my undergrad days and I would love the opportunity to do so.

2: I've lived in Europe for about 4 years of my life, and although Europe and France are quite lovely, I want to gain further life and educational experiences outside the core philosophical and historical connections France and Louisiana have with one another. Japan is indeed a civil law country and I would hope/have the expectation that by taking the courses, it would contribute towards my D.C.L requirements.

3: There are two possible programs for me to study abroad in Tokyo with two different law schools. The Santa Clara Law program is during the Summer and Temple University is during the spring. Quite frankly, based on my GPA and LSAT range, I feel more competitive and it would be more of a logical decision for me to study abroad with those who were in my range (Santa Clara) as opposed to those who were ranked higher than I am (Temple) and it would be a waste for me to go abroad and not receive any credit if I were to receive a C- in any of my classes abroad if I were to go with the

Temple program. Furthermore, I would rather spend my fall and spring semesters here in Louisiana as opposed to leaving Louisiana during the normal school year.

4:
a:The courses I would take are the following: Doing Business in Japan (4 units), Japanese Patent and Copyright Law (1 Unit), and Tokyo Based Internship (4 units). this would bring the total amount of units to 9, a vital part in me being considered a fulltime student for the summer and the max amount of units/credits allowed.

b: this is how the courses are described as per Santa Clara's website:

Doing Business in Japan (Required – 4 units): There are three components that constitute the singular core class of Doing Business in Japan.The program begins with an introduction to the Japanese Legal System, taught by Professors Taniguchi and Abe. Students will explore  court structures and basic principles of the civil law as adopted in Japan, In the following weeks Professor Matsushita will lecture on Regulation of International Trade, and Professor Jimenez will introduce students to international contacts and financing.  The classes will be held at the Asia Center of Japan. The students will be evaluated by an examination administered by each professor. Note that the class portion of the program is nearing capacity. *Application deadline for classes only is March 23, 2015.*

Site visits include:
*National Diet (parliament)
*Supreme Court
*National Patent Office

Japanese Patent and Copyright Law (Optional – 1 unit): This optional course is for students who want to explore more deeply the Japanese intellectual property law system, comparing Japanese and U.S. systems, primarily patent and copyright law. This course is typically held at the office of the instructor. The class will likely be held in the evenings. The class will be taught by Professor Yoshiyuki Inaba, Senior Partner at TMI Associations, Tokyo Office. Note that the class portion of the program is nearing capacity. *Application deadline for classes only is March 23, 2015.*

**Internships: Tokyo or Seoul (3-4 units)**

Tokyo Internships: Internship placements will be arranged in Tokyo law firms, which have international law practices. Additionally, a limited number of internships may be arranged in corporate law departments at well-known Japanese corporations. Placements do not require knowledge of the Japanese language. However, bilingual students are in demand and may find a wider range of placement opportunities.

For those reasons, I am imploring you to approve my petition.

Best Always,
Miki

**Covenant Marriage Research**



Miki Kotevski <miki.kotevski@gmail.com>

Fri, Feb 6, 2015,
3:36 PM

to T

Covenant Marriage Research

# TO JAMES GRADY PROVING I WAS A JOURNALIST IN 2014/2015

**article**



Miki Kotevski <miki.kotevski@gmail.com>

Thu, Nov 6, 2014,
10:33 PM

to James

do what you want with it. hope it helps.

Miki
**One attachment** • Scanned by Gmail

There is still hope!
In a 2-1 decision, the US 6 th Circuit Court of Appeals upheld the ban on gay
marriage within the states of Kentucky, Ohio, Tennessee, and Michigan. The
question presented was: does the Due Process Clause or the Equal Protection Clause
of the Fourteenth Amendment require States to expand the definition of marriage to
include same-sex couples? In concluding that it does not, the majority—two GOP
appointed judges-- opinion's focal point in upholding the ban framed the issue to be
a state right's issue in the 30+ page opinion. In framing the issue as a state right's
issue, the court effectively discounted the other underlying reasons in support of
ruling the ban as unconstitutional in other lower court decisions within the 6 th

circuit and other U.S. Circuit Court of Appeals. The reasoning in those decisions revolved around: originalism; rational basis review; animus; fundamental rights; suspect classifications; evolving meaning.

The view that marriage is a state right's issue isn't something that the 6 th circuit came to a conclusion on their own. Part of their reasoning is based on the Supreme Court case a one-line order stating that the appeal did not raise "a substantial federal question" in Baker v. Nelson (1972) and United States V. Windsor (2013). Furthermore, in Robicheaux v. George in the U.S. Federal Eastern District of Louisiana Court and Ada-Conde Et. Al. V. Alejandro Garcia-Padal Et. Al (2014) in U.S. District Court in Puerto Rico used those prior cases in upholding the ban.

The court then went on by discounting Loving V. Virginia (1967) the case of an interracial couple seeking to get married in the State of Virginia despite the ban on interracial marriage in the state. The court overturned the ban and said "over the decades, the Supreme Court has demonstrated that the right to marry is an expansive liberty interest that may stretch to accommodate changing societal norms." The court made the case absurd by arguing supreme court scholars would all agree that if it was a gay interracial couple that sought to overturn the ban, the court would have ruled differently. Therefore, the case is not applicable in the current situation.

Within the majority's opinion, two questions were asked trying to show how the court sympathized with the plaintiffs: "how could anyone possibly be unworthy of this civil institution? Aren't gay and straight couples both capable of honoring this civil institution in some cases and of messing it up in others?" The court argued it wasn't in the business of resolving inconsistencies about views of marriage, but rather, the courts position in regards to marriage is to "allow state democratic forces to fix the problems as they emerge and as evolving community mores show they should be fixed."

In a scathing 20+ page dissent by Judge Martha Craig Daughtrey, Judge Daughtrey thoroughly deconstructed most of the common arguments for upholding the ban on marriage such as the state's interest in defining marriage between a man and a woman and the welfare of the children. Of particular importance, Judge

Daughtrey highlighted how the Supreme Court denial in Baker was not used in Lawrence V. Texas (2003) that effectively overturned the ban on homosexual sex. Finally, Judge Daughtrey gave a strong historical argument based on women rights and civil rights cases in the 60s and 70s of an action of a court to hear and overrule any state referendum or state legislation that could violate the Equal Protection Clause by deferring to the wishes or objection of some fraction of the body politic. What has become apparent within the last few years are two lines of legal reasoning either upholding or banning the marriage. In upholding the ban on marriage has been the state right's issue argument as seen in the 6 th Circuit, Eastern District Court of Louisiana, and District Court of Puerto Rico, and in ruling the ban of gay marriage to be unconstitutional in the 4 th , 7 th , 9 th , and 10 th Circuit in a myriad of different issues. What most legal scholars around the nations' law schools have discussed is the reason for the Supreme Court's denial of Cert for all the gay marriage cases this year (over 1,000! different applications for Cert) is that there

was no differing opinions between the U.S. Circuit Appeals courts. Now, as there is an effective split between the circuit courts in ruling on the constitutionality of the ban on gay marriages, most legal scholars believe the Supreme Court will have little or no choice but to officially determine the status of gay marriage in the United States within the next two years.

**Re: text**



Miki Kotevski <miki.kotevski@gmail.com>                    Wed, Oct 15, 2014, 11:39 PM

to Mileva

The new flat is great. warwick is a great person and we seem quite compatible.

This is the best I could do without understanding a lot of the material behind the experiment and I hope I helped.

On Wed, Oct 15, 2014 at 8:07 PM, Mileva Radonjic <mileva@lsu.edu> wrote:

Hi Miki,

Here is the manuscript. I did lots of editing but had no time to go over it again, so feel free to remove what does not sound good english wise.
See if Conclusions make sense, it is pretty confusing but I need fresh mind for it
See how section 3.2 looks to you. Be brutally honest, better we fix it than I have it sent back to me.

You are my savior!!
Love
M

How is new flat, I guess no news is good news.

**Re: M Kotevski**



Miki Kotevski <miki.kotevski@gmail.com>                    Tue, Sep 2,
                                                            2014, 2:02 PM
to Michele, Cheney, Milan

The appointment I had with disability services is postponed until thursday at 2:30, then
after that meeting, I will see y'all and discuss what was discussed there.

Miki


On Thu, Aug 28, 2014 at 2:04 PM, Forbes,
Michele <Michele.Forbes@law.lsu.edu> wrote:
Mr. Kotevski stopped by for his meeting with you this afternoon (I saw him and asked if I
could help) –

Ms. Blanchard, Disability Services, has to reschedule their meeting for next Tuesday – I
said I would let you know and that he can reschedule with you after he meets with Ms.
Blanchard.

MForbes



*Michele Forbes*
Director of Student Affairs and Registrar
Room 202
LSU Paul M. Hebert Law Center
110 LSU Union Plaza
Baton Rouge, LA  70803 - 0106
Phone     225/578-8646
FAX       225/578-8647




Miki Kotevski <miki.kotevski@gmail.com>                    Thu, Sep 4, 2014,
                                                            10:47 AM
to Michele, Cheney, Milan

So my appointment got canceled for the second time. I'll just make this easier on
everyone and will e-mail you after the meeting I have with disability services.

Miki

On Tue, Sep 2, 2014 at 2:14 PM, Forbes,
Michele <[Michele.Forbes@law.lsu.edu](mailto:Michele.Forbes@law.lsu.edu)> wrote:
Thanks –

**One attachment** • Scanned by Gmail



Miki Kotevski <miki.kotevski@gmail.com>                    Thu, Sep 11,
                                                           2014, 4:38 PM

to Michele, Cheney, Milan

So I met with Ms. Blanchard on Tuesday and we came up with the following
accommodations:
1: time and a half
2: the possibility of the use of this structure sheet (which is attached), which Ms.
Blanchard thought was a reasonable accommodation for me.

If you would like to schedule an appointment to discuss this further, do let me know.

Miki

**One attachment** • Scanned by Gmail

**Ethics Committee Application.**



Miki Kotevski <miki.kotevski@gmail.com>                    Fri, Sep 5, 2014,
                                                           11:45 AM

to sbapresident

Here is my application for the Ethics Committee.

**Re: Bui - Character Letter**



Miki Kotevski <miki.kotevski@gmail.com>

to Thao

is your title A1C, USAF?

On Wed, Aug 13, 2014 at 11:03 AM, Thao B. <tbui89@gmail.com> wrote:
Hey Miki,
Just text, call or email me back if you need any more info. Or just to chit chat. My schedule is weird at the moment, so text me ahead and I'll get back ASAP.
Thanks again,
Thao

-----

THAO H BUI, A1C, USAF
Goodfellow AFB, TX
Comm: (615)545-6708

Expand all
Print all
In new window

**Re: Disbursement**



Miki Kotevski <miki.kotevski@gmail.com>                    Mon, Jun 1,
                                                           2015, 8:49 PM
to Rachel, Jessica

I need a response back immediately.

this is absolutely outrageous. I know this isnt your or ms. ott's fault, y'all dont deserve
the harangue that is about to come, and I apologize if I'm about to use any foul
language, but this is some fucking bullshit and i've transcended a level beyond being
fucking pissed off.


I do not care what you and ms.ott or any other member of the financial aid office has to
do, but understand if you two or the office don't come up with a solution, your office and
yourselves will make me homeless here is why.

I'm in a foreign country with no relatives or anyone who can help me nearby. I have
literally eaten only one meal a day since my flight left on the 28th, I only had a week
supply of cash for an emergency and that would cover a place to sleep (hostel),
transport to go from the school here to the hostel, and one meal a day for a week. Well
the first week is gone, my emergency money covered the IT problem, but that is gone
and now I have this shitty situation.

I will have no money to eat, to sleep anywhere, or go to school--i'm going to be
homeless on thursday (that is no exaggeration).  My grandparents absolutely have no
money, my brother is living at home (unemployed) with my mom who is unemployed
and a father on disability. Why do you think I was in such contact with your office trying
to ensure everything would go right

And then your office keeps coming up with more, and more, and more excuses on me. I
already had to pay a fee for cancelling my airplane tickets so I can hear a decision on
the 26th and then immediately leave afterwards, I had to work a deal with the landlord of
the room I was supposed to rent and they wanted money on the 26th of May, somehow
I got them to postpone it to this thursday because I showed them your prior e-mail, and
if I dont pay them by thursday, they are going to take my security deposit of $300. I
have no idea what the hell i'm going to do.

the only thing I want to hear in your next e-mail is something that would encompass this
idea: we understand your predicament and we'll find a way to at least get $200 in your
bank account so you can avoid being homeless. whether that idea comes from some
procedure y'all can implement, but help me please.

Miki

On Mon, Jun 1, 2015 at 11:54 PM, Rachel E Fontenot <rachelf@lsu.edu> wrote:
Milan,

Unfortunately, the programming error was not resolved and your aid did not disburse today. Jessica has done an override on your account so your funds will disburse tomorrow. You will receive your refund within 2-3 business days from that date.

I apologize again for the inconvenience. Please let me know if you have any questions.

Rachel Fontenot
Graduate Coordinator
Financial Aid & Scholarships
Enrollment Management
Louisiana State University
1146 Pleasant Hall
Baton Rouge, LA 70803
Ph: (225) 578-3103
F: (225) 578-6300

Information provided in this email is relative to the intended recipient. Official information on admissions, financial aid and scholarships is available from the following websites:
Admissions: www.lsu.edu/admissions - Financial Aid: www.lsu.edu/financialaid -
Scholarships: www.lsu.edu/scholarships

This e-mail contains CONFIDENTIAL and PRIVILEGED information intended only for the use of the specific individual or entity named above. If you or your employer is not the intended recipient of this e-mail or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any unauthorized dissemination or copying of this e-mail is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by e-mail or telephone and immediately delete the message.



Miki Kotevski <miki.kotevski@gmail.com>

Mon, Jun 1, 2015, 8:51 PM

to Cherry

read this shit.



**Miki Kote vski**

Mon, Jun 1, 2015, 11:49 PM



**Miki Kotevski** <miki.kotevski@gmail.com>                          Tue, Jun 2, 2015, 7:59 PM

to Rachel

I apologize, I really do. I misread your the email and I wrongly assumed that the error was going to be compounded and cause a further delay where my funds would not be distributed until next week. i've been sleep deprived, food deprived, in physical pain because I have had to walk about a total of 4 miles everyday in dress shoes that are extremely uncomfortable to walk in (because it was either that or not eat), a terrible bed that has not helped me rest, and with the possibility that I would have no one to help and be homeless in two days, and have no possible way of getting home, unfortunately it was the nadir of my well being and I'm sorry you had to experience the harangue.

Miki

On Tue, Jun 2, 2015 at 10:30 PM, Rachel E Fontenot <rachelf@lsu.edu> wrote:
I do understand your frustration with this process. Your financial aid did disburse today and you will have your refund Thursday. Unfortunately, this is an electronic process and there is nothing we can do to expedite it.

Please let me know if you have any questions.

Rachel Fontenot
Graduate Coordinator
Financial Aid & Scholarships
Enrollment Management
Louisiana State University
1146 Pleasant Hall
Baton Rouge, LA 70803
Ph: (225) 578-3103
F: (225) 578-6300

Information provided in this email is relative to the intended recipient. Official information on admissions, financial aid and scholarships is available from the following websites:
Admissions: www.lsu.edu/admissions - Financial Aid: www.lsu.edu/financialaid - Scholarships: www.lsu.edu/scholarships

This e-mail contains CONFIDENTIAL and PRIVILEGED information intended only for the use of the specific individual or entity named above. If you or your employer is not the intended recipient of this e-mail or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any unauthorized dissemination or copying of this e-mail is

strictly prohibited.  If you have received this transmission in error, please immediately notify the sender by e-mail or telephone and immediately delete the message.

**From:** Miki Kotevski [mailto:miki.kotevski@gmail.com]
**Sent:** Monday, June 01, 2015 8:50 PM
**To:** Rachel E Fontenot; Jessica Ott
**Subject:** Re: Disbursement

I need a response back immediately.

this is absolutely outrageous. I know this isnt your or ms. ott's fault, y'all dont deserve the harangue that is about to come, and I apologize if I'm about to use any foul language, but this is some fucking bullshit and i've transcended a level beyond being fucking pissed off.


I do not care what you and ms.ott or any other member of the financial aid office has to do, but understand if you two or the office don't come up with a solution, your office and yourselves will make me homeless here is why.

I'm in a foreign country with no relatives or anyone who can help me nearby. I have literally eaten only one meal a day since my flight left on the 28th, I only had a week supply of cash for an emergency and that would cover a place to sleep (hostel), transport to go from the school here to the hostel, and one meal a day for a week. Well the first week is gone, my emergency money covered the IT problem, but that is gone and now I have this shitty situation.

I will have no money to eat, to sleep anywhere, or go to school--i'm going to be homeless on thursday (that is no exaggeration).  My grandparents absolutely have no money, my brother is living at home (unemployed) with my mom who is unemployed and a father on disability. Why do you think I was in such contact with your office trying to ensure everything would go right

And then your office keeps coming up with more, and more, and more excuses on me. I already had to pay a fee for cancelling my airplane tickets so I can hear a decision on the 26th and then immediately leave afterwards, I had to work a deal with the landlord of the room I was supposed to rent and they wanted money on the 26th of May, somehow I got them to postpone it to this thursday because I showed them your prior e-mail, and if I dont pay them by thursday, they are going to take my security deposit of $300. I have no idea what the hell i'm going to do.

the only thing I want to hear in your next e-mail is something that would encompass this idea: we understand your predicament and we'll find a way to at least get $200 in your bank account so you can avoid being homeless. whether that idea comes from some procedure y'all can implement, but help me please.

Miki

On Mon, Jun 1, 2015 at 11:54 PM, Rachel E Fontenot <rachelf@lsu.edu> wrote:
Milan,

Unfortunately, the programming error was not resolved and your aid did not disburse today. Jessica has done an override on your account so your funds will disburse tomorrow. You will receive your refund within 2-3 business days from that date.

I apologize again for the inconvenience. Please let me know if you have any questions.

Rachel Fontenot
Graduate Coordinator
Financial Aid & Scholarships
Enrollment Management
Louisiana State University
1146 Pleasant Hall
Baton Rouge, LA 70803
Ph: (225) 578-3103
F: (225) 578-6300

Information provided in this email is relative to the intended recipient. Official information on admissions, financial aid and scholarships is available from the following websites:
Admissions: www.lsu.edu/admissions - Financial Aid: www.lsu.edu/financialaid -
Scholarships: www.lsu.edu/scholarships

This e-mail contains CONFIDENTIAL and PRIVILEGED information intended only for the use of the specific individual or entity named above. If you or your employer is not the intended recipient of this e-mail or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any unauthorized dissemination or copying of this e-mail is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by e-mail or telephone and immediately delete the message.

## Re: Transcript for Summer



Miki Kotevski <miki.kotevski@gmail.com>                                    Tue, Aug 11, 2015, 1:26 PM

to Rachel

I'm emailing santa clara so i'll tell you in due time (hopefully by the end of this week).

--Miki

On Tue, Aug 11, 2015 at 1:08 PM, Rachel E Fontenot <rachelf@lsu.edu> wrote:
Milan,

When will your transcript be available for the summer semester? We will need to be able to verify that you earned your hours for summer before we are able to disburse your financial aid for the fall semester. Additionally, please be sure to complete registration on your fee bill on your MyLSU account under Registration Services, Fee Bill so your courses are not purged.

Please let me know if you have any questions.

Rachel Fontenot
Graduate Coordinator
Financial Aid & Scholarships
Enrollment Management
Louisiana State University
1146 Pleasant Hall
Baton Rouge, LA 70803
Ph: (225) 578-3103
F: (225) 578-6300

Information provided in this email is relative to the intended recipient. Official information on admissions, financial aid and scholarships is available from the following websites:
Admissions: www.lsu.edu/admissions - Financial Aid: www.lsu.edu/financialaid - Scholarships: www.lsu.edu/scholarships

This e-mail contains CONFIDENTIAL and PRIVILEGED information intended only for the use of the specific individual or entity named above. If you or your employer is not the intended recipient of this e-mail or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any unauthorized dissemination or copying of this e-mail is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by e-mail or telephone and immediately delete the message.



Miki Kotevski <miki.kotevski@gmail.com>                    Thu, Aug 13, 2015, 12:32 AM

to Rachel

so as a brief update, my supervisor for the class/credit hours sent the paperwork back to Santa Clara today (see picture). I should be getting an updated word shortly.

--Miki

**One attachment** • Scanned by Gmail



Miki Kotevski <miki.kotevski@gmail.com>

to Michele, Jessica, Rachel

Thu, Aug 13, 2015, 9:00 PM

Dear All,

It seems that I have fallen 20 hours short of working at the internship (i needed 200 hours for 4 credits and I only worked 180.5 hours) so I will not be receiving 4 credits, but I will be receiving 3 credits. Unfortunately, I was incorrect in my prior e-mails so this e-mail is the most definite and affirmative one. I will work with you in anyway I can to make sure my SAP status is still adhered too. I have to figure out the situation with Santa Clara and I am still working with them. I am really trying to keep you all updated so we can resolve all issues amicably and in a timeful manner.

--miki

## Re: Balance on your account



Miki Kotevski <miki.kotevski@gmail.com>

to SCU

Wed, Aug 5, 2015, 2:54 PM

Carly,

I understand that I have a balance. I just have one issue, which should be resolved by tomorrow. I do not know if I will be receiving 3 or 4 credits for one course and I must ascertain via Prof. Jiminez of the Santa Clara Law School if I will be getting 3 or 4 credit hours, because frankly, it is unrealistic for me to pay for four credits if I will be only getting three credits.

Best,
Miki

On Wed, Aug 5, 2015 at 1:11 PM, SCU CGLP <cglp@scu.edu> wrote:
Mr. Kotevski,

This is another reminder about the balance on your account. Please let me know if have any issues logging into ecampus.

Best,

Carly

-----



Program Manager, Summer Abroad Programs
Center for Global Law & Policy
Santa Clara Law
(408) 551-1955
CGLP@scu.edu
law.scu.edu/international/

On Tue, Jul 28, 2015 at 2:24 PM, SCU CGLP <cglp@scu.edu> wrote:
Mr. Kotevski,

I wanted to remind you of the balance on your account. Remember this is subject to late fees when not paid on time.

Thank you,

Carly Koebel

-----



Program Manager, Summer Abroad Programs
Center for Global Law & Policy
Santa Clara Law
(408) 551-1955

CGLP@scu.edu
law.scu.edu/international/


On Fri, Jul 17, 2015 at 2:43 PM, SCU CGLP <cglp@scu.edu> wrote:
Dear Mr. Kotevski,

It has come to our attention that there is still a balance of $800 on your account for tuition and a late fee.

Please log into ecampus and pay the remaining balance as soon as possible. If you have issues logging onto ecampus please contact the IT help desk at 408-554-5700 or send them an email at ecampus@scu.edu.

If you have any additional questions please let me know.

Thanks,

Carly Koebel
-----



Program Manager, Summer Abroad Programs
Center for Global Law & Policy
Santa Clara Law
(408) 551-1955
CGLP@scu.edu
law.scu.edu/international/






Miki Kotevski <miki.kotevski@gmail.com>                    Wed, Aug 12,
                                                           2015, 2:46 PM
to SCU

I got a hold of him yesterday, but he says he didnt receive the proper form from the
head of the law firm I was interning at (the class was an internship). I e-mailed the head
of the law firm and have yet to get a response (they are 12 hours pacific time, 14 hours

central time, ahead) so I have to wait a whole day because once I get a response from them, I then have to email one of y'all the following day.

I sincerely appreciate the help, I really really really do. The financial aid office here at LSU wants those hours too (they sent me an e-mail yesterday) so I'm just trying to get a hold of everyone and keep everyone up to date.  (see attached photo for proof).

--Miki

On Wed, Aug 12, 2015 at 2:26 PM, SCU CGLP <cglp@scu.edu> wrote:
Miki,

Were you able to get ahold of Prof. Jiminez? Are the credits in regards to internship hours? How many hours were you able to complete? I will be able to help you as well if needed.

Let me know how I can be of assistance,

Best,

Carly

-----



Program Manager, Summer Abroad Programs
Center for Global Law & Policy
Santa Clara Law
(408) 551-1955
CGLP@scu.edu
law.scu.edu/international/

On Wed, Aug 5, 2015 at 3:11 PM, SCU CGLP <cglp@scu.edu> wrote:
Miki,

I understand. Thank you for the update and please let me know if there is anything I can do to help as well.

Best,

Carly

**One attachment** · Scanned by Gmail



Miki Kotevski <miki.kotevski@gmail.com>

to SCU

so the paperwork was sent today.

On Wed, Aug 12, 2015 at 2:54 PM, SCU CGLP <cglp@scu.edu> wrote:
Miki,

Thank you for the follow up.

Carly

**One attachment** · Scanned by Gmail



Miki Kotevski <miki.kotevski@gmail.com>

to SCU

I know. I'm still in shock right now because I brought work home with me. I need to figure this out and I'm sorry for the continual mess this has become.

--Miki

On Thu, Aug 13, 2015 at 6:50 PM, SCU CGLP <cglp@scu.edu> wrote:
Miki,

I received the paperwork and unfortunately they only listed 128 hours on the form. The ABA requires 50 hours per unit and you signed up for 4 units, a total of 200 hours. I was wondering if there were hours that you might not have counted such as preparing for your work assignments or research that was outside of the time you spent in the office.

Thanks,

## Re: Internships



Miki Kotevski <miki.kotevski@gmail.com>

<div align="right">Tue, Aug 11, 2015, 1:26 PM</div>

to Philip

Professor did you receive my internship certification form?

--Miki

On Mon, Aug 10, 2015 at 4:37 PM, Philip Jimenez <pjimenez@scu.edu> wrote:
Dear Colleagues,

We've yet to receive Internship Certification forms from many of you.  Please forward quickly as possible so that grades for the summer may be recorded, and credit received.

All the best,

Phil Jimenez


--


Philip J. Jimenez
*Professor of Law* I Santa Clara University School of Law
*Associate Director, Asia* I Center on Global Law and Policy

500 El Camino Real
Santa Clara, CA 95053
pjimenez@scu.edu



Miki Kotevski <miki.kotevski@gmail.com>                    Tue, Aug 11,
                                                           2015, 3:22 PM

to Philip

SASPO? which form is that? is that the one where I graded myself? Or is that one that I
gave to Sensei Otsuka that highlighted the time used? Final question for now, when will
the transcript be available? I received the following e-mail today

Milan,

When will your transcript be available for the summer semester? We will need to be able to verify that
you earned your hours for summer before we are able to disburse your financial aid for the fall
semester. Additionally, please be sure to complete registration on your fee bill on your MyLSU account
under Registration Services, Fee Bill so your courses are not purged.

Please let me know if you have any questions.

Rachel Fontenot
Graduate Coordinator
Financial Aid & Scholarships
Enrollment Management
Louisiana State University
1146 Pleasant Hall
Baton Rouge, LA 70803
Ph: (225) 578-3103
F: (225) 578-6300


--Miki

On Tue, Aug 11, 2015 at 3:13 PM, Philip Jimenez <pjimenez@scu.edu> wrote:
Not yet.  Please forward SASPO.

Thanks.

Phil Jimenez



Miki Kotevski <miki.kotevski@gmail.com>                    Tue, Aug 11,
                                                           2015, 3:31 PM

to Philip

I gave the form to Sensei Otsuka. I will e-mail him as soon as possible.

--Miki

On Tue, Aug 11, 2015 at 3:24 PM, Philip Jimenez <pjimenez@scu.edu> wrote:
SASPO = soon as possible.



Miki Kotevski <miki.kotevski@gmail.com>                          Tue, Aug 11,
                                                                 2015, 3:55 PM

to Philip

may you please e-mail rachelf@lsu.edu, she is a coordinator at the financial aid office and may you please tell her the situation on how long it would take for the office to get the transcript to them.

--Miki

On Tue, Aug 11, 2015 at 3:50 PM, Philip Jimenez <pjimenez@scu.edu> wrote:
Great!  Thanks very much.  Phil Jimenez

## Work from home



Miki Kotevski <miki.kotevski@gmail.com>                          Thu, Jul 9,
                                                                 2015, 7:46 PM

to kkmkkyanekoneko@ezweb.ne.jp

sensei,

It seems at this moment my flight is still scheduled for today (skymark 523) so if it is okay with you, I was just going to work from home today so I can go to the airport directly.

Miki



Miki Kotevski <miki.kotevski@gmail.com>

to kkmkkyanekoneko

Mon, Jul 13, 2015, 1:39 PM

Sensei, here is the revision. I may be a little late today for two reasons: 1: 3:39 am in the morning. 2: i may be catching the flu.

Miki

On Fri, Jul 10, 2015 at 12:18 PM, <kkmkkyanekoneko@ezweb.ne.jp> wrote:
ＭＩＫＩさん。　ＯＫです。　ＩＣＨＩＲＯ

**One attachment** • Scanned by Gmail



Miki Kotevski <miki.kotevski@gmail.com>

to kkmkkyanekoneko

Wed, Aug 12, 2015, 9:56 AM

Hello Sensei!

I hope you are doing well. I will be sending the office a package soon to the office and I hope everyone in the office enjoys it. Two things: as soon as you possibly can, may you please send the form I gave you to either Santa Clara or to pjimenez@scu.edu. it is urgent because my financial aid (the money I receive to go to school) is waiting on Professor Jiminez to get the final grades to my school.

Finally, if you are bored, I finished a personal commercial (not a professional one) and a compilation (clips from the videos I recorded and put together in one film, and since it is 25 minutes long, the best part of the film starts from 3:30 in and goes to 10:30 in the movie) from Japan. I will be making a professional one soon. I am at school and I will send you e-mails to check up and see how you and everyone else is doing.

--Miki
Commerical: https://www.youtube.com/watch?v=85Rg4NwLunY

Compilation: https://www.youtube.com/watch?v=XfDzLKE0zUM

1. Describe what you expect to learn from this experience.
This sounds terrible without explanation, but I didn't expect to learn anything and here is why. I came with the expectation that I would embrace everything there is and to let things come as they
are. Sure, you have the normal things of wanting to learn about law and those who practice it, but that wasn't the point. If I had the expectation to learn certain things, I would only expect to learn those things and not the entirety of the whole experience of being within the law firm.

2. Describe the goals you set for yourself as you started to intern at this office.
a. To allow my work at the firm the ability to kick-ass and take names
b. To be as friendly and helpful as possible.

3. Describe the type of office you are working at, and the main areas of practice or cases handled at this office.
The office I was working at was a small firm, which had around 6 attorneys and 6 secretaries. The
law firm was really laid back, which I loved and I cannot stress how much I loved them and the whole experience. . The law firm primarily handled intellectual property matters and international
business transactions; however, I heard there were cases of employment law and family law. So I guess the law firm did a little bit of everything.

4. Identify and describe challenges you initially identified at the office, and explain how you planned to work through these challenges.
The biggest challenges I had was the language barrier. Only four of the attorneys spoke English and no one else did. It wasn't the work, I can handle the work. The biggest issue was the language. How do I learn Japanese in such a hurried manner that would allow me to interact with everyone within a matter of weeks? Nearly impossible. I tried, but didn't get far. Next time before going to a foreign country, I would ensure that I wouldn't be so reliant on google translate.

2
5. Identify and describe what seemed immediately comfortable to you at the office, and explain how you planned to use this area of comfort to your advantage.

I mean my personality allowed me to be super friendly because I am a pretty relaxed and funny guy. Sometimes I do have a bad habit of over arguing, true, but generally my smile seemed to make everyone around more comfortable so I kept smiling.

PART II
6 &amp; 7. Please describe the assignments you have been given in this placement.
There was one worthwhile assignment that lasted about two weeks and the rest of the time I was given busy work that Sensei Otsuka already knew the answers to. The one

assignment, which approximately took two weeks, was really rewarding intellectually. I cannot give you the specifics as per the confidentiality agreement I signed to, but it was rewarding because I was given the task as though I was the assigned attorney. This assignment was one that should have been normally reserved for an experienced patent attorney and I loved researching everything behind the patent—the science, the issues, the intricate issues of how many different facets of law the problem dealt with—patent, administrative, and international law were a few areas that I came across. The rest of the assignments consisted of busy work and it seemed more likely that Sensei was just testing my research abilities than anything else.

8. Describe your supervisor's style of supervision, and explain in what way(s) the style of management suits your work style, and in what ways it challenges your preferred management style.
I just asked questions when I needed help. I was left, generally, to my own devices to help think of a solution. Sensei Otsuka pointed me in the general direction of where my work should go, but primarily, I relied on my own devices.

9. To the extent the supervision style poses challenges, describe how you have tried to actively bridge the gap between your and the supervisor's preferred styles.

I don't understand the question. There was no real challenge and there was no real gap. Sensei Otsuka and I were on the same page—I understood what was expected and I delivered on those expectations.

3
10. Describe your relationship and interaction with your immediate supervisor, and other personnel such as interns, attorneys, staff at the office.
I had a great relationship with Sensei Otsuka and the rest of the attorneys; however, I didn't have a relationship with any of the secretaries since they did not speak English and really, my fault for not knowing Japanese for being able to have a conversation with the secretaries.
PART III
11. Were your skills and/or knowledge about law and law practice in this foreign jurisdiction improved in this placement? Please explain.
My skills within Intellectual Property and U.S. Constitutional law were tremendously increased. I knew nothing about FDA, Intellectual Property, the Hatch-Wexman Act, and Health Law at all. Prior to arriving to Tokyo, I enrolled in a Health Law Seminar and it was amazing that I had the ability to take a portion of what I was going to be learning in the future and actually teach myself, apply it, and when I get back, be more knowledgeable that most in my class. My knowledge about practicing law in Japan increased as Sensei and I discussed the implications of practicing law in Japan, Sensei allowed me to accompany him to Court where I saw the interactions in the legal system, and had other discussions throughout the month.
12. How is the legal culture and legal system in this country different from the United States?
The legal culture is more relaxed and less accepting of prolonged fights. There was an

emphasis on cooperation first, and then as an ultimate last resort, legal battles where although there is a monetary policy to settle early in the States, there is a larger expectation that your lawyer in the States will fight tooth and nail to get as much as possible. Besides that, obviously the mix of civil law based on the German BGB and the procedural aspects of American law that the Japanese use on a daily basis.

13. Were there any tasks or responsibilities that you wanted to do in this placement that you were not allowed to do? Please explain.

Absolutely nothing. I had even more tasks and responsibilities assigned than I reasoned I was going to have when I started. I pretty much thought of a whole legal defense and argument to a client's issue and it was amazing that a 1L during a summer internship would have that capability. Furthermore, blew my mind it was accepted by Sensei.

14. What was the most significant learning (whether in terms of substance, procedure, inter-personal relations, work ethic, or other), you achieved in this placement?

4

PART IV

15. If you were the supervisor, on a grade of 1-5 (where 1 is "poor" and 5 is "excellent"), how would you grade your performance in the following categories? The score you assign yourself will not impact the grade you actually receive for your internship -- so, be objective in your evaluation.

(a) Research Ability

(1=poor, 5=excellent)
1 2 3 4 5

Knows the basic, non-computer library research tools and how to use them. (4)
Is familiar with computerized legal research resources. (5).
Does thorough, careful and accurate work. (4)
Produces practical and useful results. (5)
Other:

Comments:____the numbers next to the questions correspond to the 1-5 scale as stipulated. _____

(b) Legal Analysis

(1=poor, 5=excellent)

1 2 3 4 5

Integrates legal concepts and theory with

facts in a coherent and logical
Progression. (4)
Is able to identify relevant issues and
distinguish a logical hierarchy among
them. (3)
Other:

Comments:_____
_____
_____

5
(c) Intellectual Capacity

(1=poor, 5=excellent)

1 2 3 4 5

Displays intellectual curiosity (5)
Thinks creatively and imaginatively (5)
Develops alternative avenues of argument
Pursues analogous extensions in areas where
the law is nebulous (3)
Explores subsidiary and related issues
uncovered by research to develop
innovative legal theory (4)
Other:

Comments:_____
_____
_____

(d) Writing Skill

(1=poor, 5=excellent)

1 2 3 4 5

Writes clearly, precisely and persuasively (2)
Drafts well-organized written assignments
(2)
Cites accurately and properly. (2).

Other:

Comments:_____
_____
_____

(e) Clarity of Oral Expression

(1=poor, 5=excellent)

1 2 3 4 5

Speaks well and is easily understood (4)
Is able to discuss issues clearly (4)
Communicates effectively in various
advocacy proceedings (5)
Other:

Comments:_____
_____
_____

(f) Judgment

(1=poor, 5=excellent)

1 2 3 4 5

Is mature (3)
Exercises good common sense (3)
Knows how and when to ask questions or
seek additional consultation (4)
Sets appropriate priorities in handling
assigned work (4)
Other:

Comments:_____
_____
_____

(g) Responsibility

(1=poor, 5=excellent)

1 2 3 4 5

Is trustworthy and acts ethically (5)

Takes initiative (4)
Is dependable and conscientious about work (5)
Meets deadlines and manages time well (3)
Works independently and efficiently without sacrificing quality (5)
Accepts criticism and constructively modifies work habits (5)
Other:

Comments:_____
_____
_____

(h) Client Relations

(1=poor, 5=excellent)

1 2 3 4 5

Develops effective working relationships with clients (4)
Is sensitive and responsive to client needs (5)
Knows how to be diplomatically persistent (3)
Other:

Comments:_____

8

_____
_____

(i) &quot;Plus&quot; Traits

(1=poor, 5=excellent)


1 2 3 4 5

Shows an interest in the employer&#39;s work
Has a sense of humor ( 5+)
Is cooperative and accommodating to the
needs of the office (4)
Is even-tempered (4)
Remains unruffled in emergency situations
(4)
Is courteous and respectful to all staff (3)
Demonstrates sensitivity to office human
relations dynamics (4)
Appears self-confident and enthusiastic (4)
Maintains a professional demeanor (2)
Other:

Comments:_____
_____
_____

16. If you received a score of 3 or below in any category, please explain the steps you
will take to improve your performance in that area.
Primarily, I know because of my writing disability, I have always had to be more
conscious of how to find solutions around it. Just practice and my due diligence and
finding remedies to the expectations of the type of writing bosses, clients, and judges
expect and meet their expectations.

**credit hour issue**



Miki Kotevski <miki.kotevski@gmail.com>

Mon, Jul 13,
2015, 10:46 PM

to Michele

Ms. Forbes,

I hope your summer is exquisite and that you've taken the time off to relax and enjoy the time with your family.

There may be a credit hour issue with part of the credit hours here. It seems that I just may receive 8 instead of 9 credit hours. I am in contact with the program director here so I wanted to give you the heads up.

--Miki



Miki Kotevski <miki.kotevski@gmail.com>                           Tue, Jul 28, 2015, 10:42 PM

to Rachel, Jessica, Michele

Problem addressed and resolved, I should be receiving 9 credit hours for the summer.

--Miki

On Tue, Jul 14, 2015 at 11:38 PM, Forbes, Michele <Michele.Forbes@law.lsu.edu> wrote:
Milan:

Do you know why you will not be receiving nine hours instead of eight?  Did the school change the course offered in their summer program?


*Michele Forbes*
Director of Student Academic Services and Law Registrar
Room 202
LSU Paul M. Hebert Law Center
110 LSU Union Plaza
Baton Rouge, LA  70803 - 0106
Phone    225/578-8646
FAX      225/578-8647

**From:** Rachel E Fontenot [mailto:rachelf@lsu.edu]
**Sent:** Tuesday, July 14, 2015 9:34 AM
**To:** Milan M Kotevski
**Cc:** Harland, Jennifer; Forbes, Michele
**Subject:** RE: credit hour issue

Milan,

While the change in credit hours may not cause an issue on the academic side, it does have an affect on financial aid eligibility. As part of the appeals process for the Satisfactory Academic Progress policy, you laid out an academic plan for your remaining semesters of enrollment at LSU. In order to continue receiving financial aid, you must follow the academic plan. Your plan indicated that you would complete 9 hours for the summer semester. If you do not complete 9 hours, you will go into a "plan not met" status and you will need to appeal explaining why you were unable to follow your plan for the summer. So you would complete a new appeal form and academic plan to be reviewed by the appeals committee once your grades are posted.

Please let me know if you have any questions.

Rachel Fontenot
Graduate Coordinator
Financial Aid & Scholarships
Enrollment Management
Louisiana State University
1146 Pleasant Hall
Baton Rouge, LA 70803
Ph: (225) 578-3103
F: (225) 578-6300

Information provided in this email is relative to the intended recipient. Official information on admissions, financial aid and scholarships is available from the following websites:
Admissions: www.lsu.edu/admissions - Financial Aid: www.lsu.edu/financialaid - Scholarships: www.lsu.edu/scholarships

This e-mail contains CONFIDENTIAL and PRIVILEGED information intended only for the use of the specific individual or entity named above. If you or your employer is not the intended recipient of this e-mail or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any unauthorized dissemination or copying of this e-mail is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by e-mail or telephone and immediately delete the message.

**From:** Jessica Ott
**Sent:** Tuesday, July 14, 2015 9:22 AM
**To:** Rachel E Fontenot
**Subject:** FW: credit hour issue

Can you please respond? He is going to fail SAP for not following his academic plan. Please copy Michele and Jennifer.

Jessica A. Ott
Associate Director
Financial Aid and Scholarships
Office of Enrollment Management
Louisiana State University
1146 Pleasant Hall
Baton Rouge, LA 70803
===============
225.578.5993 | phone

225.578.6300 | fax

Information provided in this email is relative to the intended recipient.  Official information on admissions, financial aid and scholarships is available from the following websites:
Admissions: www.lsu.edu/admissions - Financial Aid: www.lsu.edu/financialaid - Scholarships: www.lsu.edu/scholarships

This e-mail contains CONFIDENTIAL and PRIVILEGED information intended only for the use of the specific individual or entity named above.  If you or your employer is not the intended recipient of this e-mail or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any unauthorized dissemination or copying of this e-mail is strictly prohibited.  If you have received this transmission in error, please immediately notify the sender by e-mail or telephone and immediately delete the message.

**From:** Forbes, Michele [mailto:Michele.Forbes@law.lsu.edu]
**Sent:** Tuesday, July 14, 2015 9:18 AM
**To:** Milan M Kotevski
**Cc:** Jessica Ott; Jennifer F Harland
**Subject:** RE: credit hour issue

Thanks for the update.  The credit hour issue should not be a problem since  you can add additional hours to your future fall and spring schedules to keep on track for graduation.  We will post your credits as soon as we receive the official transcript from Santa Clara.  Just remember to request that they send us your transcript directly from their office as soon as grades are posted.  They may require you to complete a transcript request form.

Believe it or not, summers are not slow for us.  We use this time to "catch up" on all the projects we cannot complete during the fall and spring.  However, I always find a few days to go to the beach.

I trust you are enjoying Tokyo. It is a place I have always wanted to visit.

Safe travels.

M Forbes

*Michele Forbes*
Director of Student Academic Services and Law Registrar
Room 202
LSU Paul M. Hebert Law Center
110 LSU Union Plaza

Baton Rouge, LA  70803 - 0106
Phone    225/578-8646
FAX       225/578-8647

## Diary Entry



Miki Kotevski <miki.kotevski@gmail.com>

Mon, Jul 27, 2015, 12:21 AM

to Philip

Diary Entry:

I've been trying to find a balance of work and personal life while I've been here in Japan. It has always been a struggle for me based on my disability and my childhood issues.

This reflection should cover the last two weeks. I don't think it is a daily thing, I believe there is a better picture to be understood with the more time that passed by.

**Personal Life:**
I've felt a lot of highs and lows since I've been here in Tokyo. Probably, one of the highest moments is when I felt truly free. I went to Ito in Shizuko (spell check on that prefecture) over the weekend (the 25th-26th). There was an onsen that was renowned for the beauty of being located on the Bay of Tokyo (I think it is the Bay of Tokyo) and the infinity open air hot onsen baths—the onsen: akazawa higaeri onsenkan. The building was approximately four stories tall and on the fourth floor was the male onsen.  I went to the onsen, you can say my American prudishness kicked in when I went out to the open air hot onsen and looked outside and it was breathtakingly gorgeous. The infinity pool looked as though it fell directly into the Bay of Tokyo. I went to the edge and looked out. I saw the bay, a road that was nearby, houses approximately maybe 500 meters or so away, the hills, and the stars at night. I stood, put my hands on my hips, then proceeded to shake my hips where my privates would flap side to side, Then I stopped shaking my hips, flexed, and said this is what it truly means to be free. It felt awesome.

But I've gone on go-kart adventures where I dressed up as a game character and drove through the streets of Tokyo (Shibuya, Ahikhabara, Ginza, and some other place) on a street legal go-kart, went to Okinawa the day after a typhoon and was essentially a ghost town and I got the chance to see where our forefathers that fought in WWII made a hidden base near Shurijo Castle, tried eel, drove from Yokohama to Mt Fuji and ended up at Yamanakako Lake where I could sit on the shore and admire Mt. Fuji, went to

Asakusa, dressed up like a panda bear and crossed the Shibuya crossing, swam in the ocean, had relationships with two different women here,  and a lot more I will reflect upon later.

**Work Life:**
I wish I knew more Japanese. I've loved working at the law firm here; it has been an extremely laid back and awesome place to work at. The Sensei's here provided the best guidance even with my lacking of Japanese. Probably the best firm I ever worked for so far.


June 29 th : I started work on the 29 th . I had a hard time deciding what exactly I was going to get everyone in my office. There are approximately 5 attorneys, 5 secretaries, and me, the giant gaijin. I decided to do the most gaijin thing and I went to Shibuya and bought about 9000 yen worth of Lindt Chocolate for the whole firm. It was an extremely large container because I am an extremely large man and I felt as though it was right to give them a large amount of chocolate coming from a large American man. Well the first day was lovely, it was calmed, relaxed, and I just tried to get to know everyone.
June 30 th : What the hell did I get myself into? I only have two years of a science background, but nooooooo, I gotta become an expert on electrospraying, ionization, substrates, and a whole host of other shit that I may at one time have remember reading about, but now, I've become the science expert in the law firm. Let me tell you a boob joke, something about life, funny story, some psychological principles, but not science. Case simply involves a French company who took our client's idea and incorporated it into a way to disburse and distribute medicine anti-allergen medicine via the skin (hence the product's name: Viaskin).
July 1 st : The more I continue to research, the more I realize that this challenge is awesome and I'm going to kick it's ass. So there is a French company, whose stock quadrupled after essentially stealing our client's patent.
July 2 nd : The more I type on here, the more I feel the compulsive urge to start talking about the details of the case because it has essentially all I have been working on this week.

The days have become the same:
July 3rd-17 th .
I have spent hours at home and at work researching, trying to find a way out for the client to get the defendant outside of the safe harbor provision and preparing the memo for Sensei. Sometimes, I wonder if I am working for a patent troll, one who just simply bought a patent for the sake of buying patents in order to sue. Here is this wonderful piece of technology that the other company is using to save lives, and what? our client doesn't want to do anything with it besides sue the other company for infringing upon their patent? That is where I'm drawn. I felt alive when I was researching and finding the way out for our client in order to win in court, but the social cost, I cannot get around the social cost. Here is this brilliant idea, a way to save people's lives when they have an allergic reaction to peanuts, milk or some

other allergic reaction through our client's patent. I mean shit, investors see the motherfucking potential with this and that is why the patent infringer's stock quadrupled within the last year and the brilliance of it was a reason why the FDA designated it with a fast-track designation. But the client hasn't done anything with

the patent from what I can gather. He just sits on it, does nothing with it until the incident arose and then acted aggrieved and damaged that despite him sitting on the patent, he was doing nothing with it prior.

I don't know. I busted my ass finding a way for the client to sue and to probably win, but then I wonder if this is what causes lawyers to drink. The notion that damn, I can win in court but destroy innovation and let some people die, in this instance, because they didn't have access to a peanut-allergy medicine. That whatever good could have come from the medicine being placed on the open marketplace could be thrown away because of a patent infringement suit and the company's inability to defend against the suit. The infringing company seemed like a small one at the time of initially developing the medicine. So you just ask within the legal field, if the best solutions within the set of the law are the morally just ones? If the ethics of ensuring a patented idea remains protected has greater value than the ability to save lives? If someone who does not do something with their ideas should be protected when someone can create a better future with their ideas? These are just nothing more than questions I ponder. There is a whole lot of gray area in between for me to explore, and maybe within that discovery of the gray area that would lead to better questions that aren't so idealistic.

Finally on a personal level between now and the first. I went to Okinawa, it sucked with the exception of going to the castle in Naha. Pretty much flew in the first day after the typhoon went over the area. Naha was dead. There were no tourists, a lot of the bars remained closed, and overall, there was no energy or vibrancy throughout the capital (Naha). I wanted to go to Tokoshika island, which is about a 30 minute ferry ride, but the waters were too rough so there was no ferry ride there. I did this as a spur the moment thing, I purchased the tickets before the typhoon made itself known and SkyMark Airline's policy on canceling was pretty detrimental if I wanted to cancel the tickets. So I went. I spent the night in one of those hotel capsules, which was uncomfortable. I had to put my pillow and head in the uppermost part of the top right corner and put my feet into the left bottom corner so that I was lying diagonally within the capsule so that I could fit because I am apparently a giant by Japanese standards.

The funnest trip I've had thus far (besides the supreme court/diet trip) was through the tour group Tokyo Gaijins and it entailed me driving go-karts through the whole city of Tokyo. At first, I thought it would have been something small like: "go on the outskirts of town where two or three blocks are blocked off". Nope. They provided street legal go-karts and it entailed about two hours of driving through Tokyo. We went through such wonderful places of Harijuku, Shibuya, and other tourist spots while dressed up in Video game costumes. It was a lot of fun.

# ABE EXAM 06/30/2015. Right After HILLARY'S HIT ON 06/26/2015:

Exam #13

Mirror Mirror On The Wall, Which Article is Fairest of Them All? Separation of Church and State in Japan. And Is It Time The Japanese Court Could Take A Whole Entire Different Approach To Finding The Fairest Solution of Them All?

For the purposes of this exam, I will be solely focusing on the relationship between the church and state after the Second World War because of the exorbitant powers the Emperor prior to WWII essentially made the separation of church and state an impossibility because he had supreme control over that area. Furthermore, there were no checks and balances that existed between the emperor and the legislative body ensuring the fundamental human right of the separation of church and state.

Fast forward now to the last couple of weeks, the Supreme Court of the United States decided the case called Walker V. Tex Div., Sons of Confederate Veterans Inc., (from here on: Walker). Although at first glance, it may appear that the Confederacy, Japan, Kakunga, Anzai, Texas, 1 st Amendment law, are the most random topics and has nothing in common, it bears mentioning that although this case was brought up initially as a license plate and free speech issue, the principles concerning governmental approval and/or advocacy of certain speech stipulated within Walker bears a lot in common with the struggle Japan has dealt with in separating religion and state advocacy of religious principles through speech.

In Walker, the court highlighted that the government isn't barred by the Free Speech Clause from determining the content of what it says, that governmental actions and programs that take the form of speech don't normally trigger First Amendment rules designed to protect the marketplace of ideas, and the free speech clause helps produce informed opinions among members of the public, who are then able to influence the choices of a government that, through words and deeds, will reflect its electoral mandate.

Exam #13

In sum, the Supreme Court of the United States stated: [I]t is not easy to imagine how government could function if it lacked th[e] freedom" to select the messages it wishes to convey.

With Walker now in mind, a lot of what the Supreme Court had ruled over in past cases is applicable to the situation at hand since a large proportion of the new Constitution has major U.S. influences. In Anzai V. Shiraishi, the Supreme Court of Japan held it was unconstitutional for a government official to use the taxpayer's money to offer in Shinto shrines. The court held there that the correct analysis of these type of situations should be dealt with by using Paragraph 3 of Article 20 where only in some justified and exceptional circumstances would the government be allowed to sponsor speech/religious activities. Anzai, in parts, concurs with Kukanga, which essentially said that the government action falls under Paragraph 3 Article 20 when it has some religious meaning if the purpose of the act could promote and/or interfere with other religions.

In Kikuya, the court analyzed the situation with a totality of the circumstances warranted under Article 89 and found that one of the primary reasons, possibly some of

the most important reasons, was that the church and state became ensnared via money—whether it be that the state could have charged rent or the ownership of the land could have been private. The shrine received other governmental benefits for an extended period of time. Receiving the benefits and not having other religious groups receive the same type of benefits ensured that there was a violation of Article 89 and affirmed, though I cannot remember if anything was actually mentioned about Article 3 Paragraph 20, it appears that the court pulled this endeavor to hinder the amount of lawsuits directed at government officials and cities for state sponsored speech.

Exam #13

Maybe the best way to reconcile Article 3 paragraph 20 and Article 89 is to come up with a new test. There are always going to be lawsuits concerning the separation of church and state, but the problem before is that no matter how many times the Supreme Court of Japan (or the United States) try to put an end, there will be lawsuits that lead to absurd reasoning. For instance, there is a case currently pending in Missouri in which Missouri's abortion laws seem to violate the Satanic Temple's beliefs and the law itself seems to draw from Christian doctrine (as a side note, I hope the temple fails in this case). Maybe the problem isn't so much anymore as the state advocating for a certain view or becoming entangled in a religious view, maybe the problem is a problem of viewpoint accessibility.
When it comes to Japan, a lot of the arguments revolves around whether some Japanese government officials through their acts is preserving a tradition, which in effect, can be argued it is not really preserving a tradition, but preserving a religion. The Mens Rea of a government official trying to preserve religion is impossible to prove, so why keep trying to prove it. Grant the argument that the government, in some manner, is trying to preserve a religion and grant in part that it is impossible for the government to take religion out of politics. So maybe instead of the government trying to advocate for a certain view, maybe, there needs to be an incorporation of a market place/ forum of ideas concept that is prevalent within the American 1 st Amendment. This is possibly a solution. If we take the factual pattern stipulated in Kikuya and the underlying exception that was clearly pointed out, there should be two broad categories. First, the government

Exam #13
cannot donate to private religious organizations in the government's public capacity—no exceptions. Though there is a difference between stating that a government official is allowed to donate to private organizations in their private capacity and not in their official public capacity; however any government official that uses taxpayer money in a way contrary to the aforementioned, then that should be illegal. Here the government simply cannot through any monetary or resources promote a certain religion.
The second exception is land or things donated to the government such as land for a shrine of some sort. This is where the biggest controversy will be. There is an incentive to remain neutral in these matters and it is in the Government's interest to let this discussion and entanglement of religion occur in the private realm to avoid the cost of litigation and any liability from it's workers for entangling the government with religion when those workers violate either Article 3 Paragraph 20 or Article 89. There was/is a

Jewish notion where if there was a farmer and he owned land that he tilled, planted, and worked on, 90% would be his and 10% would be the public's in which the homeless and hungry can eat with the expectation they wouldn't ruin it for everyone else. SO when the Government were to receive a generous private donation of land containing a shrine for instance, then at least somewhere between 10-20% of that land should automatically go to allowing groups with different standpoints to be able to discuss matters by giving any pamphlets, having structures, or something similar with the understanding that they are to be respectful and not create major hostilities between the groups. Then the government would be allowed to say that they are not supporting any of the groups on this property, rather, they are promoting discussion, culture, and tradition without promoting or advocating for a certain view point. This is what was envisioned in Walker: the

Exam #13

promotion of a well educated and informed constituency that can influence it's legislator through having these public places that encourage debate amongst different religious groups. Based on prior Japanese law that relied heavily on the U.S. counterpart, Japanese courts can rely on Walker to strengthen their point. This complies with Article 89 because if anything, the closest source of debate would be if this would be considered as an educational enterprise, but it appears those words are actually closely regarded to something being akin to a school and not a place where people can go to talk and learn. This isn't the era of the crusades where groups from within the government property are going to wage religious war against one another and destroy eachother's property. Though there are going to be arguments, it is more reasonable to expect that people in these scenarios are more likely to understand the other side and actually create more harmony between the different groups.

The more personal and understanding someone can make an issue and seeing the other side's view point, the less likely they are going to promote hostilities. The opposite is currently true in the Middle East where ignorance and hatred is flaming the war because there was no discussion, promotion of general ideas before, there was repression and hatred that never got challenged or had the opportunity to resolve itself. There is a difference between saying something is true for a political stand point or I hold this truth to be more so: that people are good and that just a few belligerent bullies make it worse for everyone. So there may be some bullies that when given the chance will make hostilities worse, but there will be safeguards and mechanisms such as due process proceedings and hearings to prevent arbitrary exclusion of certain groups to going on the donated land.

TAKE HOME EXAMINATION Santa Clara 2015 Summer TOKYO
Japanese Legal System – by Yasuhei TANIGUCHI

Attached is Kyoko Ishida, Goddess of Justice without a blindfold: How do Japanese judges treat pro se litigants? (published in 2014 in Haley &amp; Takenaka, eds., Legal Innovations in Asia (Edward Elgar Publishing, Inc.) The Ishida's article deals with how the pro se litigants are treated in Japan by the judges.
As indicated in the article, there is a considerable number of pro se

litigation in Japan even today when the number of lawyers has been dramatically increased as a result of the Justice System Reform.

Pro se litigation has been typical and commonplace in Japan.

Observers have long explained this by the traditional shortage of practicing lawyers. Interestingly, however, an increasing number of the pro se litigation in the United States, States and Federal, has recently become a matter of serious concern. Please look for sites under "pro se litigation in America" or the like to obtain relevant information on line.

QUESTIONS:

(1) Explain, from various points of views, why pro se litigation was common during Tokugawa era, Meiji era, and the post-War era in Japan. Give your explanation why pro se litigation has been increasing in the United States recently. Is any other explanation than that possible?

During the tokugawa era, justice tended to focus on village based justice where the parties would go discuss it in person and most of the time an apology letter of sorts was given to the parties and that resolved the matter. It was the rarest of things to actually pursue things further in court. So because it was rare, the courts system wanted to keep the status quo on lock down so there would be no just results because justice doesn't take into account the facilitation of keeping the status quo. The lawyers that would represent were members of the community so there was a huge added pressure to ensure the harmony between the communities and it was the biggest social faux paux you could commit by going against your community because the community was the source of pride and you couldn't move around the country because home was something permanent where you couldn't leave the area. There were no rights to enforce so the question is why do you go to court if you have no rights to be enforced in court. Mediators were the biggest influence where mediators would resolve disputes between people so the point being is how rare it was to go to court, there was not much incentive for lawyers to be trained and to earn a good living because there was no demand for a lawyer. During the Meiji era, there was a demand for courts because the foreigners who had signed treaties with the local government had their own special courts so again, the tagiwara

influence outside of the foreign designated areas was still strong and seldom ever broke with tradition.

The reason why Pro Se is increasing in America is (explanation in #2)

(2) Do you think that there is a common element between the Japanese and American phenomena or are they totally unrelated in nature?

The similarities are economic in nature: that after Japan experienced it's economic boom from the tech bubble, the amount of pro se litigation went up, which is pretty much what happened when the housing crises hit America. It is a matter of being able to afford an attorney really. American procedure has always effectively allowed people to sue—as long as they have the money. That, and

the difference is that there were procedural rules that were introduced that facilitated the increase of litigation because there was a lot of changes during the 90s and after to substantive law. Maybe there is a counterintuitive answer here: maybe tradition of retaining past historical values remains so. Maybe the increase in alternative dispute resolutions was akin to the mediators back in the Tak… era. There seems to be more mediators so maybe lawyers are not as needed as much as say the higher need and demand for arbitrators and mediators because it is more cost efficient for companies to use that type of work. It is a lot easier to represent yourself to an arbitrator and mediator as say it is a lawyer, which is applicably as true in Japan as it is in America.

(3) Do you recommend the adoption of the German system of "Anwaltszwang" under which a litigant in civil case before the court of general jurisdiction (such as District Court in Japan) must retain a lawyer. When such a system is adopted, what other changes may become necessary? Adoption of such a system commendable or possible in America?
To understand where the concept of Anwaltszwang came from, it is imperative to know how the German BGB developed through time. Savigny, one of the biggest influences on the BGB, adhered to the concept of Volksgeist, which is essentially that law came from a historical and cultural spirit and wasn't something that was created of the mind. So there were German scholars, who having been extremely influenced by the Savigny, started to go back through Roman law. What is ironic about

the whole entire situation was that when one of the fathers of Roman Law, Justinian, created and simplified civil law for Rome, it was meant to serve as an easy to illustrate and comprehend sort of law where no special lawyers or other people were needed to understand the complexities of the law. But when the first draft was created, which took over 30 years, people believed in that nationalistic era that A: it was too Roman and B: not German enough. So the final result ended up being heavily derived from Roman Scholars in Germany, the Pandectists, that made the BGB more scholarly, technical, and complicated and the BGB was specifically created for the intellectual man and not the common man.
Based out of the technicality and the difficulty the ordinary man would have with understanding the complexities of the BGB, it would be warranted that Anwaltszwang. In America and Japan, both of are warranted. It is extremely beneficial from a societal stand point where lawsuits in America where there would be a great influx and demand for lawyers because there is no sense of equity when people who can afford better attorneys are given a result that favors them and not a result that is fair and just. I do not know how beneficial it is going to be in Japan because the adversarial

system is still nowhere as embraced as it is in America. The culture here is more reflective of peace and harmony and the emphasis of society and not the individual. To make a point in a rhetorical way: what is the point of

# appointing free attorneys if no one wants to fight in court?

Expand all
Print all
In new window

**Re: Internship Certificate**



Miki Kotevski <miki.kotevski@gmail.com>

Thu, Aug 13, 2015, 12:36 AM

to Ichiro

Sensei Otsuka-San,

No need to apologize and I thank you for you apology. I understand the firm is busy, I just wanted to make sure that was completed sooner or later. I hope everyone at the firm is doing well and I am currently watching a movie called when the last sword was drawn.

 Best,
Miki

On Wed, Aug 12, 2015 at 10:40 PM, Ichiro Otsuka <<otsuka@lawoffice-tr.com>> wrote:
Dear Miki-san,

I sent the internship certificate to SCU today.

I am sorry for the delay in sending the certificate to SCU.

Best regards,

Ichiro Otsuka



Miki Kotevski <miki.kotevski@gmail.com>                Thu, Aug 13,
                                                       2015, 7:11 PM
to Ichiro

Sensei Otsuka-San,

May you please tell me how many hours you said that I worked at the firm? I got an e-mail back from SCU that stated that I only worked for 128 hours. I worked far more than 128 hours. I took work home with me, went to lunch, there is absolutely no way I worked anything less than 150 hours. We need to figure this out because that 128 hours will not count for anything at all--it is though I failed the internship. I know I did not. Please, please, please, may we work something out.

--Miki



Miki Kotevski <miki.kotevski@gmail.com>                Thu, Aug 13,
                                                       2015, 7:20 PM
to Ichiro

I will make a schedule documenting my schedule.

--Miki



**Miki Kote vski**

Thu, Aug 13, 2015, 8:03 PM

I will make a spreadsheet showing my hours.



**Miki Kote vski**

Thu, Aug 13, 2015, 8:55 PM

Sensei Otsuka-San, Here is the calculation of my total hours. I have put professor jiminez on this e-ma absolutely no



Miki Kotevski <miki.kotevski@gmail.com>

Thu, Aug 13, 2015, 11:03 PM

to Ichiro, Philip

Sensei Otsuka-San,

I am in a desperate situation and I mean you absolutely no disrespect, but the hours is such a problem for me right now and I'm sorry. I wish, really I wish, I was over exaggerating when I said those hours are ones that can get me kicked out of school at LSU. It is too long to explain (i am willing to, but I know you dont have the time), but that is the situation I am in. I just want to show how much research I put in, over 31 pages (I provided the proof of that for you). Here is the problem simplified. Right now, 128 hours puts me below the 150 required hours for even 3 credits. This means that I failed your internship and to me that is a great big source of shame because I know the amount of work that I truly put in was nowhere even close to that. I believe you know that I put in far more than just 128 hours. Simply, how else am I supposed to prove that I worked at home?  Especially in the first couple of weeks concerning Fuence's patent, I started

doing all the research for the patent, rewriting, learning the patent, going through so much case law, and learning the science behind the patent.

As a showing of our friendship and my gratitude for you, I will be sending you and the firm something in the mail tomorrow. Please let me know when you get it.

Best,
Miki

On Thu, Aug 13, 2015 at 9:03 PM, Ichiro Otsuka <otsuka@lawoffice-tr.com> wrote:
Dear Miki-san,

The hours which I was asked to confirm are those you spent in our office.
I cannot confirm hours you spent at home.

Please provide the spreadsheet to SCU to increase the hours.

Best regards,

Ichiro Otsuka

---

**One attachment** • Scanned by Gmail



Miki Kotevski <miki.kotevski@gmail.com>                    Fri, Aug 14,
                                                            2015, 5:38 PM

to SCU, Philip

Okay, I am happy that I did indeed receive at least 3 credit hours; however, I believe that more specific documentation on my behalf will supplement the fact that I have easily worked over 200 hours. Now I will go find the proof of this over the weekend, but there are significant issues that I am dealing with at the present moment. Please see attached screen shot.

--Miki

On Fri, Aug 14, 2015 at 3:05 PM, SCU CGLP <cglp@scu.edu> wrote:
I have approval!

You will now be getting 3 units of credit for your internship.

Best,

Carly

-----



Program Manager, Summer Abroad Programs
Center for Global Law & Policy
Santa Clara Law
(408) 551-1955
CGLP@scu.edu
law.scu.edu/international/


On Fri, Aug 14, 2015 at 11:39 AM, SCU CGLP <cglp@scu.edu> wrote:
Miki,

Prof. Jimenez forwarded me your email and the spreadsheet, we also spoke on the phone. You have provided a significant amount of documentation that should suffice for the 22 hours to get you to the 150 hours for the 3 units of credit.

I am going to check with the director of the CGLP and get back to you about an official approval of the 3 credits.

Best,

Carly

-----



Program Manager, Summer Abroad Programs
Center for Global Law & Policy
Santa Clara Law
(408) 551-1955
CGLP@scu.edu
law.scu.edu/international/

---------- Forwarded message ----------
From: **Philip Jimenez** <pjimenez@scu.edu>
Date: Fri, Aug 14, 2015 at 11:30 AM
Subject: Fwd: Internship Certificate
To: Carly Koebel <ckoebel@scu.edu>


--

Philip J. Jimenez
*Professor of Law* I Santa Clara University School of Law
*Associate Director, Asia* I Center on Global Law and Policy

500 El Camino Real
Santa Clara, CA 95053
pjimenez@scu.edu


**One attachment** • Scanned by Gmail



**Miki
Kote
vski**                                          Fri, Aug 14,
                                                2015, 6:58 PM

I thought the balance reflected as though I would be getting 4 credit hours and not 3. Hence my whole
I



**Miki Kote vski**

Sun, Aug 16, 2015, 11:11 PM

Here is the underlying issues and everything attached. I request a response that you have read my e-m Fi



**Miki Kote vski**

Sun, Aug 16, 2015, 11:13 PM

I have figuratively thrown everything I have in order to get the 4 credit hours instead of the 3 credit hou



**Miki Kote vski**

Sun, Aug 16, 2015, 11:14 PM

If I am approved for four credit hours, that same day I will pay the remaining balance.



**Miki Kote vski**

Mon, Aug 17, 2015, 11:54 AM

I'm so thankful and you all have been extremely helpful. Thank you again. --Miki Miki, We are glad you documenta



**Miki Kote vski**

Mon, Aug 17, 2015, 11:55 AM

See below: --Miki Best, Carly



Miki Kotevski <miki.kotevski@gmail.com>                    Wed, Sep 2,
                                                          2015, 12:16 PM

to Ichiro

I'm sorry that is such a shame! I tried really hard to make sure they would be safe, used a lot of bubble wrap/bubble peanuts, but I failed in my endeavor to prevent them from breaking. I hope that at least the tea is drinkable.

Until we meet again Sensei Otsuka-San,
Miki

## couple of things



Miki Kotevski <miki.kotevski@gmail.com>                 Fri, Aug 14, 2015,
                                                             10:42 AM

to Marcus

hey mr. kosins,

do you have professor jiminez's cell phone number for both here in the United States and in Japan? Finally, here is the compilation I made from the summer.

https://www.youtube.com/watch?v=XfDzLKE0zUM

Best,
Miki

## Miki Kotevski Contract Extension



Miki Kotevski <miki.kotevski@gmail.com>                    Tue, Jun 30,
                                                            2015, 5:46 AM

to SAKURA

I have a major case at work and I wasn't able to come to sign my contract extension to
stay at Toritsu Daigaku for the month and I will come as soon as I can this week.

Miki Kotevski



Miki Kotevski <miki.kotevski@gmail.com>                    Tue, Jun 30,
                                                            2015, 9:18 PM

to SAKURA

I will come tomorrow and pay for the month of July and also give my 30 days notice of
vacating the premises since my plane back to america will leave by the 31st or so of
July. Also, please please please send someone to come fix our washing machine. I
have literally had to wash my clothes in the shower because there is no place anywhere
within reasonable walking distance of the Toritsu Daigaku house (I used google maps)
for a coin laundry place nearby and I used both the english and Japanese words,
walked around up and down almost every street within a 1.5 km diameter away from the
house to find some place to wash my clothes and the bed linens. Please, I work at a law
firm and I just cant come to work with stains on my clothes. Please give me a time and
an estimate of when I should expect a maintenance person to come because i'm pretty
close to putting my clothes in a suit case and having to lug around a suit case full of bed
linens and clothes because that is what it is going to come down to soon.

Miki

On Wed, Jul 1, 2015 at 10:32 AM, SAKURA HOUSE <info@sakura-house.com> wrote:
Dear Milan-san

Thank you very much for your e-mail.

Since the rent due is on June 30th,  the rent should be paid by the 30th of each month.
When do you think you could pay this time?

Please let us know.

Best regards,

Masashi Fumikura
Sakura House Co., Ltd



Miki Kotevski <miki.kotevski@gmail.com>

Wed, Jul 1,
2015, 9:01 AM

to SAKURA

Yes It Is! thank you very very very much! I will come by tomorrow and sign and pay for july.

Miki

On Wed, Jul 1, 2015 at 8:05 PM, SAKURA HOUSE <info@sakura-house.com> wrote:
Dear Milan-san,

First of all, we are very sorry to have inconvenienced you due ti inoperable washing machine.
Our maintenance staff has gone to the house to take care of the washer, is it working ok now?

Sincerely,

Yuka Nakamura
Sakura House Co., Ltd.

On 1 July 2015 at 11:18, Miki Kotevski <miki.kotevski@gmail.com> wrote:
I will come tomorrow and pay for the month of July and also give my 30 days notice of vacating the premises since my plane back to america will leave by the 31st or so of July. Also, please please please send someone to come fix our washing machine. I have literally had to wash my clothes in the shower because there is no place anywhere within reasonable walking distance of the Toritsu Daigaku house (I used google maps) for a coin laundry place nearby and I used both the english and Japanese words, walked around up and down almost every street within a 1.5 km diameter away from the house to find some place to wash my clothes and the bed linens. Please, I work at a law firm and I just cant come to work with stains on my clothes. Please give me a time and an estimate of when I should expect a maintenance person to come because i'm pretty close to putting my clothes in a suit case and having to lug around a suit case full of bed linens and clothes because that is what it is going to come down to soon.

Miki

On Wed, Jul 1, 2015 at 10:32 AM, SAKURA HOUSE <info@sakura-house.com> wrote:
Dear Milan-san

Thank you very much for your e-mail.

Since the rent due is on June 30th,  the rent should be paid by the 30th of each month.
When do you think you could pay this time?

Please let us know.

Best regards,

Masashi Fumikura
Sakura House Co., Ltd


On 30 June 2015 at 19:46, Miki Kotevski <miki.kotevski@gmail.com> wrote:
I have a major case at work and I wasn't able to come to sign my contract extension to
stay at Toritsu Daigaku for the month and I will come as soon as I can this week.

Milan accomplished many language functions with very few words ███████████████ Pragmatic use of language appeared to be a relative strength.

███████████████████
███████████████████
███████████████████
███████████████████

Milan's speech sound production appeared to be his greatest area of weakness. He exhibited a severe phonological disorder.

███████████████████
███████████████████
███████████████████

## Summary

Milan "Miki" Klotevski

birthdate: 4-28-89
date of observation: 11-7-92
chronological age: 3 years 7 months

## Diagnosis:

On the date of observation Milan exhibited a severe speech and language disorder along with adequate voice and fluency skills

and a speech-language disorder of severe quality was evident in both languages.

-1-



# Summary

### of

## Speech-Language Sample Analysis

### conducted on
## Milan "Miki" Kotevski's

### 11-7-92
## Sample

### by
## Consulting Bilingual Speech-Language Pathologist
### &
## Observer

## Anka G. Popovich, M.A. CCC-SPL

He preferred to play on his own or along side a peer, but not with a peer. Eventually, Miki did learn to greet adults and peers and to participate in simple reciprocal verbal exchanges.

Miki left my classroom and continued his schooling in regular education with the support of special education and related services. He was successful in the regular education environment graduating from 8th grade in our district and high school in another district.

Miki has told me that he has had his ups and downs in college and law school. His goal is to be a lawyer and I applaud him for that. Life, as well as education, has not come easy for Miki. He has had to work through much adversity and overcome many obstacles. Having autistic type characteristics, even if no official label is given, is tough. Its impact affects every area of life and requires hard work and perseverance just to stay on an even keel. I hope that this information aids in the upcoming decision about Miki's re-admission decision. Miki has traveled far and is capable of going even further. His journey should not end. Hopefully, he can return to school with accommodations that will meet his current needs.

It was very exciting and fun to see Miki when he came to visit. He has grown up nicely but we could all still see that little boy in his face. If you have any further questions, please feel free to contact me.

Sincerely,

Joyce Donev
Spaulding School
Gurnee District #56
847-662-3701

this essay contained multiple spelling, formatting, and grammatical errors. These same deficits were also observed during other writing tasks. Furthermore, these errors are inconsistent with Mr. Kotevski's verbal comprehension abilities and vocabulary knowledge. These impairments are consistent with those identified in a previous evaluation and with a diagnosis of specific learning disability with impairment in written expression: Clarity or organization of written expression. Additionally, he has some relative weaknesses in aspects of information processing and executive functioning which may reflect normal variation or problems related to a specific learning disability.

Mr. Kotevski's responses on a comprehensive measure of personality and emotional functioning were not suggestive of any significant psychological impairment at this time. His responses on a self-report measure of ADHD were not significantly elevated for current or childhood symptoms.

## DSM-5 Diagnostic Impressions

315.2 Specific learning disability with impairment in written expression: Clarity or organization of written expression.

### Recommendations

1. To improve his writing abilities Mr. Kotevski should allocate multiple times per week to create paper outlines for various writing prompts. This task would help create a structure for writing essays.
   a. This should include creating an outline of the writing task to promote organization and structure. The outline should include identifying adequate reasoning to support the topic. Initially the information should be reviewed with another person to ensure that Mr. Kotevski is providing information that will help convey his point throughout the essay.
   b. Mr. Kotevski should practice writing sequential material such as the steps involved in completing a task to emphasize the use of chronology to assist in sequential processing and the use of descriptive words.
   c. Use of mnemonic devices to aid in remembering simple grammar, spelling, and punctuation rules.

2. Mr. Kotevski may also benefit from seeking tutoring services to further improve his writing abilities.

3. Mr. Kotevski should try the following strategies to improve attention and motivation during classes and when completing writing assignments:
   a. To help decrease distractions and increase note taking success, Mr. Kotevski should sit in the front of the classroom where he can see and hear the instructor clearly, away from other students who may be distracting.
   b. Mr. Kotevski should keep a daily, consistent schedule for completing tasks

# Psychological Services Center

Louisiana State University – 33 Johnston Hall

Baton Rouge, LA 70803

(225) 578-1494 Phone • (225) 578-4661 Fax

## Psychoeducational Evaluation

**Name:** Milan Kotevski

**Date of Birth:** 04/28/1989

**Age/Race/Gender:** 25/M

**Examiner:** Matthew Konst, M.A.

**Date of Assessment:** 11/3/2014

**Date of Report:** 11/4/2014

**Education:** Graduate student

### Identifying Information and Reason for Referral

Milan Kotevski is a 25-year-old male who was self-referred, for an evaluation of his current functioning due to complaints of impaired written expression and communication abilities.

### Background Information

*The following report is based upon client interview, available records, and current testing.*

### Presenting Problem

Mr. Kotevski reported that his primary concern is that he struggles to effectively formulate and produce a written response when prompted. Specifically, he reported difficulty organizing and structuring his written responses in a manner to effectively communicate a response in a concise manner. He also reported having some difficulty verbally communicating his responses. Mr. Kotevski noted that the inclusion of multiple test formats (e.g., multiple choice) had previously allowed him to compensate for these areas of weakness. However, his current degree track includes more emphasis on written and oral responding which has adversely affected his scholastic performance.

### Relevant History

Mr. Kotevski is graduate student in the law program at LSU in Baton Rouge, Louisiana. He reported that he was the product of a normal pregnancy and was born without complication. However, he reported delays in the attainment of developmental milestones. He noted that doctors initially suspected that he had Fragile X Syndrome, but genetic testing did not confirm this. Mr. Kotevski reported that he exhibited gross and fine motor skills delays and received physical therapy services continuously until he reached 5th grade. Further, he reported having ten separate operations for ear tubes due to chronic middle ear infections. Mr. Kotevski reported that he received speech therapy services until his freshman year of high school due to a severe speech impediment. He currently has a 1.99 GPA and described himself as a fair student indicating that he struggles with organizing written responses which is an area of focus for his degree. He has been previously evaluated during childhood and diagnosed with a learning disorder per report. Mr. Kotevski reported that he has not previously sought academic accommodations due to concerns of stigma and because he was able to compensate. He



**GURNEE SCHOOLS, DISTRICT #56**

DISTRICT OFFICES: 900 KILBOURN ROAD, GURNEE, ILLINOIS 60031
Telephone (708) 336-0800

MULTIDISCIPLINARY CONFERENCE SUMMARY REPORT—Continuation Page

NAME OF STUDENT

Last: Kotevski    First: Milan    CONFERENCE DATE: 5-3-95

Milan Kotevski
D.O.B. 4/28/89

Miki was referred for a Speech and Language Evaluation as part of a
complete case study

**Form/ Linguistic Structure**

Informal language sampling and observation reveal that Miki is using
sentences of adequate length. Although his sentence structures are not
always grammatically complete, he is attempting some compound and
complex structures including conjunctions, prepositional phrases and "wh"
question forms. Miki continues to be inconsistent in his use of articles and
helping verbs in conversational speech. As the content of what he is
saying becomes more important to Miki he will simplify the syntactical
form of his sentences. On the SPELT II, a measure of expressive syntax
skills, Miki received a raw score of 30 placing him at the 2nd percentile as
compared to other children of his chronological age. Miki demonstrated
difficulty with the following syntactical structures: pronoun (they), noun
verb agreement, irregular past tense verbs, negatives and question
formulations among others.

**Content**

On the Peabody Picture Vocabulary Test - R (M) (a measure of single word
receptive vocabulary skills) Miki received a raw score of 50, placing him
at the 8th percentile as compared to other children of his chronological
age. This score indicates understanding of single words which are in the
moderately low range. On the Expressive One Word Picture Vocabulary
Test - R ( a measure of single word expressive vocabulary skills) Miki
received a standard score of 104 and a percentile rank of 61. This score
indicates single word labelling skills in the high average range as
compared to other children of his age. The discrepancy between his
receptive vocabulary and expressive vocabulary is felt to be related to the

## update on life--very interesting indeed



Miki Kotevski <miki.kotevski@gmail.com>
to Nikolay, Jerry

Tue, May 10, 2016, 11:35 PM

Jerry, this is Dr. Nikolay Dobrinov, former college professor of mine and mentor, Nik,
this is Dr. Jerry Shepherd high school teacher and college counselor.

What I'm about to share with you is some real serious shit. keep this between us (for now unless I give you my permission) and is confidential and highly private and shouldnt be shared with anyone. I promise this is worth the time spent reading it.

When I came to LSU, I was extremely happy and had high hopes. But especially what I've gone through this semester, fuck me, one of the worst experiences of my life. I have proof to back everything I say in here.

I'll give you a brief run down what happened. My first 1L year, I failed out by 0.01 (I earned a 1.99 and needed a 2.0 to stay in). Then I was readmitted explaining I was in special ed, had/have language disabilities, and I was readmitted. A part of me thinks the school/administrators thought I wouldnt make it past my second 1L year because of what happened in may of last year. The financial aid office fucked up processing mine and a fellow disabled veteran student's paperwork where if that office was audited, they would have been in some serious shit. I dont fully understand what they did, but I had the feeling that they knew they really fucked up because then this happened. the admissions committee sent me an e-mail after I passed all of my courses where an "anonymous student" came in and falsely alleged I had received scholarships and not reported it. I demanded to know who the fuck said that because a) i'd love to know who'd give out scholarships for students that failed out within the last year (which makes you wonder if I failed out and magically got scholarships, something is wrong with that picture) and b) I wanted to go talk to that student and see if they hated me and why the fuck they lied about me and I was considering reporting them for doing that shit. In that time, a different school administrator suggested I take another year off to get my financial situation in order--i shock my head and said just no. The admissions counselor wouldnt say who it was and that incident was let go.

Fast forward to this semester (i'm skipping over the wonderful and amazing time I had in Japan). The school made this speech code "in order to promote diversity" this semester where if a student said something *demeaning'* that had a 'direct tendency' to cause an act of violence, a student could very well be expelled. Furthermore, there was no limitation as to when and where that rule applied. I thought that was absolute horseshit because of a) how badly it was written and b) y'all are so lucky to have gotten out of academia because this stupid bullshit that is happening on campuses across the country called 'microaggressions' and 'safe spaces' is appallingly bad. Microaggressions are saying such statements as america is the land of opportunity that is on the same level of heinousness of calling someone the n-word, s term for latinos, etc. or read this article http://www.campusreform.org/?ID=7565: Furthermore, a dean at harvard law school equated microaggressions to be on the same heinous and violent level as rape. raping someone and saying america is the land of opportunity as the same level of violence. let that shit sink in.

So I started protesting this new stupid rule, I tried to get in contact with the administration and I asked some clarifying questions in a very civil manner (important

for later) as: when and where is this rule limited to, what constitutes something being demeaning, and is a direct tendency of physical violence. Would it include such things as slapping your knees when something is funny, biting your lips to stop you from laughing, shit they should of thought about drafting it. I got no response.  So remember, I only talked to the school administrators at this point.

So then apparently trying to get in contact and leaving flyers on doors where a student paid over 100k to go to school wasn't enough to warrant a response, I made something called Dolly Parton's 9to5 Theses. Yes, that is a play on Martin Luther's 95 Theses and Dolly Parton's song 9to5 and posted that flyer on every professor's door. It discussed the legal implications of their rule, and being a stand up comedian, I pushed their boundary back without ever crossing it where I said such things--i'm including the interesting things and not the legal stuff--such as:  (D.S. means demeaning statements that I purposely wrote to be demeaning while being funny and indicative of social, moral, and legal principles involved).

About the Author and Dolly Parton: We both have big boobs[1] (D.S. #2. *Obese Men*);

 I believe being on the receiving end of a fucked up genetic lottery-- that I ended up being disabled[1] -- shouldn't dictate how people choose to express themselves; ·

Miki Kotevski, the disabled former special education student, was sooooo special, when he left special ed, he thought he got out when the going was good. (D.S. #3. *Disabled*) or that's a Miki level of special right there. (D.S. #4. *Disabled*.)

In regards to whom the rule was applicable to: Any religious affiliation? As an Orthodox Christian, I have heard many "demeaning" statements towards Christianity on campus, but any "demeaning" statements towards any other religion is not okay. So if I draw the lord of pastafarians--the flying spaghetti monster-- being made of rice noodles instead of the egg or wheat based content of what their Lord is made of, that is demeaning towards Pastafarians, Right? (D.S. #11 *Pastafarians*) And you thought I was going to mention Islam here. Shame on you for being presumptive like that. (D.S. #12 *Muslims).*

After I hung the 9to5 Theses on the faculty doors, I started to look into the Department of Education Office of Civil Rights. Any school that receives fed money for education, they tell schools how to act when it comes to things like sexual harassment, civil rights issues, etc. I ahd a suspicion they were the cause of the stupid rule.

I'm providing the basics, but in 2013, OCR made certain guidance letters as having the force of law that broke many laws in the process of doing so. Within these letters, I found a very plausible and truly shocking form of discrimination against the disabled when it comes to anything that is sexually related. Basically the OCR equivocated a disabled person, with *any disability,*  as being mentally retarded where "a disabled person may also not be able to consent due to an other disability" as though every disability effects mental capacity to talk about things like abortion, sexual harassment (ironic i know), engage in any physical contact like hugging, let alone sex, where any

person that engaged in any behavior such as talking to a disabled person constituted sexual harassment and if you ahd sex, oh shit, i'll let you fill in the rest. So this means that any disabled vet that comes back from iraq or afghanistan that suffers from ptsd that goes to school, it applies to them too. This is truly shocking. I knew if i was going to show that to the school, it may bring the OCR to investigate teh school and if the OCR investigates, most likely than not the school is going to lose a substantial amount of federal money. LSU is going through a rough patch and I had originally intended to write a letter to the OCR anonymously without ever connecting lsu to the letter, BUTTTTTTTTTT

While I was digging around through the OCR, the administration really didnt like that I had put the 9to5 Theses since I thought for myself, trolled, showed how stupid their rule really was, and pissed off, as i'll say, some really super left and super sensitive professors. One month after I had posted that, the school came out with the Code of Civility. 100% sure that shit was targeting me where the text was highly suggestive that i was the cause and that I had acted unprofessionally from the beginning (a lie). On top of that stupid rule that i had originally protested, this code of civility made it applicable to every student (and only students) that if you said anything 'uncivil' or 'unprofessional' or acted 'uncivilly or unprofessionally' the dean wouldnt sign off on a sheet where a student would file an application to a state's bar, the school would say the applicant doesnt have the character or fitness to practice the law because that student said or acted in an uncivil or unprofessional manner. So that meant they were never going to sign off on my application to any state's bar.

Well, when I read that, I started thinking and then I remembered a case I came across when I was working at civil rights lawyer in little rock where the state of virginia did the same exact thing as the code of civility and only targeted NAACP's lawyers during the civil rights era of the 1960s. Essentially the racist lawyers in Virginia thought, what would be one of the best ways to stop black folk from being able to go to court? get their lawyers in trouble of course and not allow them to practice the law! Supreme Court ruled in favor of the NAACP for obvious reasons. So during an open comment period for the code of civility, I told the fucking truth of everything that happened. Then I showed how the dean, this is one of the best and most absurd part of this sage, whom actually teaches _employment discrimination_, literally and legally used the same tactics the state of virginia did against the NAACP. In that time, I submitted a petition to only two deans (not the public or the dean that deals with the OCR) showing them my findings of what the OCR did when it came to the disabled.

What do you think happened next, something good? Fuck no. TWO DAYS after i submitted my comment showing what the dean did, a professor who is on the diversity committee and I am assuming had offended and is quite good friends with that dean, gave this speech in front of the class talking about the seminar papers that were due. Out of the ten or so minutes talking about seminar papers, seven were spent on mine. She specifically targeted my writing disability (one of them is written structure) and then she said that structuring thoughts in a certain way constitutes plagiarism. She could have reported it and that student to the dean, but decided not to because since she

couldnt fault *him* for being honest. The worst thing to ever befall upon someone, she said, was a charge of plagiarism. I thought holy fucking shit, how the fuck is structuring thoughts constituting plagiarism where apparently paragraph structure, sentence structure, and how you lay out your point that if based on someone's structure is plagiarism. how the hell does language work without structure!  so someone writes a sentence with a subject, verb, and object in it in that order, that is plagiarism. So I gave in into what I really perceived to be their coercive force against me, I sent the dean an e-mail telling him I would focus only on school and would give up protesting. TWO HOURS after i sent him the e-mail, a campus wide e-mail was sent on behalf of the dean targeting me yet again because I told the truth.

As a summary--i really feel and perceived the school targeted me, not once, but twice where I would never be able to practice law for a) protesting for what is right and b) when presented actual true legal based discrimination where fighting for the disabled and disabled vets is the epitome of promoting diversity, but nooooooooooo, it's the image of promoting diversity that matters and not doing it when given actual research, evidence, and law that shows true motherfucking discrimination based solely on the status of being disabled.

So I have been so stressed out of my mind within the last month, I had developed these very deep zits on my chin where I couldnt pop them to drain them and hurt whenever I talked or ate, and having no moeny, and i had to lose a lot of weight because if i didnt, i was going to have to get a gastric bypass surgery, but I lost 30 lbs on top of all the shit that has been going on.

So here I am, just finished finals on monday, I have no idea what is going to happen, but fuck me has it been rough as of late.

**Re: Case: 1046169048**



Miki Kotevski <miki.kotevski@gmail.com>                    Sat, Mar 12, 2016, 1:07 AM
to Garren

Garren, I've been having the same issues. I'll give you a call on monday.

--Miki

On Tue, Feb 9, 2016 at 7:27 PM, Garren Lowrance <garren@apple.com> wrote:
Hello Miki,

Just a personal note to say thank you for being my customer today.  It was great working with you!

Your case number is 1046169048 and below is my contact information. Please contact me with your case number to follow up if you are still having difficulty with the issue we discussed today, and I will get back to you within 24 hours or during my next scheduled shift.

For all other cases, you can contact Apple Support directly at 800-694-7466 by visiting http://getsupport.apple.com

If you would like to provide feedback about your device, a certain feature or policy, you can submit feedback by visiting http://www.apple.com/feedback. We have a team here at Apple who's entire job is dedicated to reviewing this feedback. You can rest assured that your voice will be heard!

Have a great day!

**Garren Lowrance**
**Senior Advisor**
**Apple**

P.S. If you need to contact me about your case, you can call me at 877-416-4271 x1140332. I work Monday - Thursday 9:00AM to 8:00PM (Central). If you reach my voicemail, please leave your name, phone number, case number, and the best time to reach you.

Need help with a different issue? Save time by starting your support request online:

Contact Apple Support

*Apple Notice of Confidentiality: This communication is intended ONLY for the recipients identified in the message, and may contain information that is confidential, privileged, or otherwise protected by law. If you are not the intended recipient, please disregard this communication and notify the sender.

## Certification of Birth

**Lake County Clerk**
**Waukegan, Illinois**

BIRTH NUMBER: 112-89-0027265

NAME: MILAN MICHAEL KOTEVSKI

DATE OF BIRTH: APRIL 28, 1989        SEX: MALE

PLACE OF BIRTH: LAKE FOREST, LAKE COUNTY, ILLINOIS

MAIDEN NAME OF MOTHER: VERICA VUCKOVICH

PLACE OF BIRTH OF MOTHER: YUGOSLAVIA        AGE: 28

NAME OF FATHER: BRANKO KOTEVSKI

PLACE OF BIRTH OF FATHER: YUGOSLAVIA        AGE: 27

DATE FILED: MAY 3, 1989        DATE ISSUED: MAY 4, 1992



LINDA IANUZZI HESS
LAKE COUNTY CLERK

SEAL

This is to certify that this is a true and correct abstract from the
official record filed with the Illinois Department of Public Health.

Not valid without the embossed seal of Lake County, Illinois.

# TO APPLE:

### Records Request



Miki Kotevski <miki.kotevski@gmail.com>
to lawenforcement

To whom it may concern:

My name is Milan Michael Kotevski (also known as Miki Kotevski). I'm going to be brief and I'm going to say facts. I want to know the full extent to which you gave, assisted, or helped in anyway shape or form the FBI, NSA, CIA, and any other American intelligence agencies any personal information or records of mine, a copy of my hard drive that was given in March 2016 or access to my laptop when I took it to you for service between 2010-2019, access to any of my devices such as my iPhone 4,5,7, and 10 and MacBook Pro, and any other pertinent information.


Miki Kotevski, J.D

Sent from iPhone.

I have the expectation that this email is private and confidential and shall not be shared with anyone without my consent.

### Re: Public Adjuster Video



Miki Kotevski <miki.kotevski@gmail.com>
to Christopher

Mar 5, 2019, 5:57 PM

Dear Christopher S,

Do you enjoy what you do? Take select pieces of info, give a distorted view of the situation, and then make profit at the expense of someone else's pain? Whats the home office like? Does the home office actually help or are they simply in the business of protecting fusion centers?

--Miki

On Tue, Mar 5, 2019 at 2:44 PM Christopher Baum <cbaum@metropa.com> wrote:

Hi Miki,


It was great to speak with you today. There are many opportunities as a

public adjuster; it's a great way to make money by helping people.


Here is the link to the video we discussed: https://vimeo.com/257316156


Please let me know after you have watched it and we'll discuss next

steps.


Best regards,

Christopher H. Baum MBA PMP
Metro Public Adjustment, Inc.
*Licensed and Bonded*
609-400-1685



Miki Kotevski <miki.kotevski@gmail.com>
to Christopher

Mar 5, 2019, 8:07 PM

That was the wrong Christopher I was talking to so know you shouldn't take it personally because that wasn't meant for you!

I apologize for the presumptions. It's difficult to know exactly what's going on if no one talks to the client informing him of what the hell is going on.It's peculiar the predicaments people can find themselves in. Yea I totally agree with the sentiment that insurance companies can take advantage of their clients.


Miki Kotevski, J.D

Sent from iPhone.

I have the expectation that this email is private and confidential and shall not be shared with anyone without my consent.

On Mar 5, 2019, at 7:47 PM, Christopher Baum <cbaum@metropa.com> wrote:

Miki,

I am sorry that you have such a distorted view of what I do.

Let me give you a real example. One my clients had a leak from under the sink in his bathroom. He and his wife have two children and they live in a three bedroom home. That is the only bathroom. The water ruined the floor in the bathroom, the hallway, and the carpet in his living room.

He reported it to his insurance company. They denied his claim. Now they are accusing him of fraud. He just wants to fix his bathroom properly.

We are defending him. Our lawyers are taking his insurance company to court. My company has spent many, many hours on this one case. And we will back the client the whole way.

We make sure that insurance companies do not take advantage of people. Because they do. Often.

Best of luck in whatever field you find yourself.

Sincerely,

Christopher H. Baum MBA PMP
Metro Public Adjustment, Inc.
*Licensed and Bonded*
609-400-1685


**From:** Miki Kotevski [mailto:miki.kotevski@gmail.com]
**Sent:** Tuesday, March 5, 2019 6:58 PM
**To:** Christopher Baum <cbaum@metropa.com>
**Subject:** Re: Public Adjuster Video

Dear Christopher S,

Do you enjoy what you do? Take select pieces of info, give a distorted view of the situation, and then make profit at the expense of someone else's pain? Whats the home office like? Does the home office actually help or are they simply in the business of protecting fusion centers?

--Miki

On Tue, Mar 5, 2019 at 2:44 PM Christopher Baum <cbaum@metropa.com> wrote:

Hi Miki,


It was great to speak with you today. There are many opportunities as a

public adjuster; it's a great way to make money by helping people.


Here is the link to the video we discussed: https://vimeo.com/257316156


Please let me know after you have watched it and we'll discuss next

steps.


Best regards,

Christopher H. Baum MBA PMP
Metro Public Adjustment, Inc.
*Licensed and Bonded*
609-400-1685



**Miki Kotevski <miki.kotevski@gmail.com>**          Sun, Dec 16, 2018, 6:37 PM
to amy.jeffress

Dear Ms Amy Jeffress

I'm Miki Kotevski, J.D. This is coming from nowhere, but I wanted to thank you and if there is anything I've done wrong that has effected you in any inconvenient/burdensome/etc way, I want to say I'm sorry. I'd love to talk with you one day about your expertise with FISA and national security laws; in a way, I'm looking for some further clarity.

—Miki

## Free Masons Membership Application



**Miki
Kotevs
ki**                                              Thu, Apr 25, 2019, 9:16 PM

Larry, This is Miki Kotevski reaching out to you. I enjoyed our conversation on the phone! As an initial matter, here is brief relevant information that you may



**Miki
Kotevs
ki**                                              Wed, May 1, 2019, 12:45 PM

Unfortunately Norm does not remember what year he became a mason—I had asked him within the last couple of days and he couldn't find the relevant info nor remem



**Miki Kotevs ki**

Thu, May 2, 2019, 8:28 PM

I tried, but he didn't recall. So I would assume it would be either in the 40s or 50s On May 1, 2019, at 3:41 PM, Larry Mann <larryjmann@yahoo.com> wrote: If yo



Miki Kotevski <miki.kotevski@gmail.com>
to Larry

Wed, May 15, 2019, 4:09 PM

Hello Mr. Mann,

I just wanted to follow up with you and see if you received my last email and if there is anything else I can do for you

Miki Kotevski, J.D

Sent from iPhone.

I have the expectation that this email is private and confidential and shall not be shared with anyone without my consent.

On May 1, 2019, at 3:41 PM, Larry Mann <larryjmann@yahoo.com> wrote:

If you can get close to the year it will help narrow our search
thanks larry

Sent from my iPhone

## National Security help



Miki Kotevski <miki.kotevski@gmail.com>
to svladeck

Sun, Sep 22, 2019, 8:04 PM

Dear Professor Vladeck,

My name is Miki Kotevski and I desperately need your help. Let's say I have information that made me investigated by fbi and cia and quite possibly dod. I fully believe they are messing with my electronics and are breaking the law by harassing me and more. I requested documents from cia in which I was ignored and doj lied to me in official correspondence. I'll nearly bet my life fbi got nsl letters that pertain to me therefore I got standing to challenge that if need be. I doubt you'll receive this email because I'm asking for help in dealing with cia, fbi, and/or dod. I just want a peace of mind and to be treated with respect because I'm not being treated with respect and feel like I've been tortured for exercising and simply fucking having constitutional rights.

Please help me
Miki Kotevski, J.D

Sent from iPhone.

I have the expectation that this email is private and confidential and shall not be shared with anyone without my consent.

## FOIA Request For Milan Michael Kotevski



Miki Kotevski <miki.kotevski@gmail.com>
to OMBFOIA

Mon, Jun 8, 2020, 11:41 PM

Pursuant to FOIA and the Privacy Act, I am seeking the following and will only accept the amount allotted that I would incur no monetary fee for (200 pages if I'm not mistaken):

From the period starting from January 1st, 2015 to the Present, I am seeking any documents that contain the word "Miki" in it.

Cordially,
Milan Kotevski

## FOIA request for Milan Kotevski



Miki Kotevski <miki.kotevski@gmail.com>          Wed, Jun 10, 2020, 10:03 PM
to foialo

Dear NSA,

I'm sick and tired of whatever treatment is being done to me so why don't you tell me what the hell is going on.

I'd like to make three separate, distinct, and unique requests, but for the sake of brevity I'm disclosing them in a single email

I want all records, documents, etc that refers to me, Milan Kotevski or otherwise known as Miki Kotevski, for the time period starting from August 1st, 2009 through May 1st, 2011. This is one request up to 200 pages for free as that is the limit I will only accept.

I want all records, documents, etc that refers to me, Milan Kotevski or otherwise known as Miki Kotevski, for the time period starting from January 1st, 2015 through June 29th, 2015. This is the second request up to 200 pages for free as that is the limit I will only accept.

I want all records, documents, etc that refers to me, Milan Kotevski or otherwise known as Miki Kotevski, for the time period starting from August 1st, 2016 through January 1st, 2017. This is one request up to 200 pages for free as that is the limit I will only accept.

Miki Kotevski, J.D

Sent from iPhone.

I have the expectation that this email is private and confidential and shall not be shared with anyone without my consent.

# Case Number 109797



Miki Kotevski <miki.kotevski@gmail.com>
to FOIARSC

Case Number 109797.

I am going to refer to the letter you sent that with the date of the 8th of July, 2020. I will go over each paragraph with you in this appeal.

For the sake of brevity, I'm including requests and an appeal in this email.

**Requests:**
A: For the love of fucking God, tell me whom I connected to that is causing these issues for me.

B: Have I been an employee or subcontractor of the US Federal Government in any capacity?
S.S Number: 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

C: Is the NSA aware of: A: any adverse actions being conducted against Milan Michael Kotevski or have documentation/evidence in which law enforcement officers/officials or private individuals between the years 2007-2011 and 2015-2020 conspired to have me falsely arrested or accused of a crime which I did not do or slander me; B: breaking into a residence I was residing in at the time or a vehicle that I was driving without legal justification between 2007-2011 and/or 2015-2020 C: anyone trying to blackmail or extort me in some way between 2007-2011 and 2015-2020; D: any intelligence agency or official/officer, political group or prominent members of a political party, or anyone working in the White House that had access to or knew of the answers contained in the aforementioned A, B, and C that happened between 2007-2011 for the dates between January 1st, 2015 and June 16th 2015? If so, who? E: any crimes committed against me between 2007-2020?; F: any intelligence agency or officers or officials that conducted surveillance on me when I was in Tokyo in the Summer of 2015? If so, who were they?

**Appeal:**
I'm basing and/or inferring this on a presumption here. Of course I can be ignorant and dreadfully wrong, but your answer seems to treat me as being hostile to the interests of the US when I never have fucking been in my life in the first place.

In regards to Paragraph #2 that begins with: "NSA collects and provides intelligence derived from foreign…." First, what is your position on an American believing he was talking to an

American when it was someone that was foreign? Would emails, communications, and texts sent utilizing a TOR browser constitute a foreign communication even though the sender was an American on American soil? Did any countries that are signed in the Five Eyes pact conduct any surveillance on me that was authorized or requested by you? That would bring up Pinkerton liability. In terms of policy makers, is it your position that a policy maker would be someone in one of the following: A: Department of Education, B: Department of Justice, C: Department of Health and Human Services, and D: White House. By providing intelligence data derived from foreign communications to law enforcement officials, would that include officials in the DOJ utilizing that same data in FISA that constitutes evidence? I tried going to a FISA court where I was denied fundamental constitutional rights like viewing the evidence used against me or viewing exculpatory evidence, right to counsel, the actual decision of a legal proceeding against an American in which that American's constitutional rights were violated, and numerous 4th, 5th, and 6th Amendment violations. If you swore to uphold and defend the constitution, wouldn't that include swearing to uphold and defend the constitutional rights of every American's constitutional rights? IF YOU KNOW THAT MY CONSITUTIONAL RIGHTS WERE VIOLATED OR DID SO, WOULDN'T THAT BE DEPRIVING MY RIGHTS UNDER COLOR OF LAW? Is it NSA's position for an American to be guilty by association or what? What's the criteria you define someone as being a terrorist? What's your definition of someone constituting a threat to the interests of the US that is applicable to me? Does mere knowledge with no actual steps taken to effectuate an adverse action constitute a threat? Exactly what acts did Milan Michael Kotevski do that would possibly be construed as a: terrorism, b: having weapons of mass destruction (some people fucked up Saddam Hussein on having WMD's so is this another repeat of that mistake?), c: does having dual citizenship automatically constitute having me do anything remotely construed as foreign espionage? What acts did Milan Michael Kotevski do that gave the NSA reasonable suspicion to believe that Milan Michael Kotevski was participating in foreign espionage? You fucking know what, I didn't do anything that would give you that reasonable suspicion nor have I ever did any act that constitutes foreign espionage; dWhat exactly does other hostile activities mean? If I get pissed off at say British, Australian, or German intelligence for conducting surveillance on me because some agency wanted to circumvent my constitutional rights when I did absolutely nothing in their countries, does that constitute hostile activity?

In regards to the 3rd paragraph: Stop it. Okay, stop playing stupid and stop treating me like I'm stupid. You and I both know you have intelligence records on me. I have a good faith belief my rights were violated in some way so if law enforcement gets the benefit of the doubt of the courts granting intel agencies good faith, why not American citizens who instinctively know their rights were violated? The problem is that not everyone that files a request is an American that had their constitutional rights violated or possibly been subject to various crimes committed against them. Your answer makes you very presumptive where you believe that providing me this knowledge will automatically make me act in the future to damage the national security of the US. Implicit in your answer is that mere knowledge constitutes a threat regardless of whether or not that person actually takes any additional steps in the future. I have a really important question to ask: *if you know that various officials in some governmental capacity committed crimes against me or treated me horrendously, does the truth of that make*

*me the threat against the interests of the US that officials would go so far and do that and not the people that actually did those things against me that makes them a threat against the interests of the US?* Who are you really protecting? We both can continue to be stubborn assholes where I'm presuming you violated my Constitutional Rights and you keep presuming that mere knowledge of something makes me a threat regardless of the fact of no matter how many times I reiterate this over and over again I'm not a threat against the interests of the US. There are ways of resolving this such as an NDA. Throwing that idea out there.

4th paragraph: Explain to me in simple terms--remember you are dealing with a former special ed student n' all—what exactly did I do that implicates the interest of national defense or foreign relations because I have no idea why I would even be considered *that important* to have things classified in the interest of national defense or foreign relations. Quick question: if members of congress or presidents talk about me on the floor during speeches, drafts of bills, and/or other public communications, would that be covered by 18 USC 798 or not because according to that 18 USC 798 "The terms "code," "cipher," and "cryptographic system" include in their meanings, **in addition to their usual meanings, any** method of secret writing and any mechanical or electrical device or **method used for the purpose of disguising or concealing the contents, significance, or meanings of communications**." I'm not going to ask you to provide some explaining to do on your part why politicians or intel officials/officers can do that when I cannot!

Cordially,
Miki Kotevski

**Google claim.**



Miki Kotevski <miki.kotevski@gmail.com>                    Tue, Aug 4, 2020, 7:24 PM
to info

Hello,

My name is Miki Kotevski and I saw the notice of class action settlement. I dont know how to adequately describe to you my situation and I promise you it is high profile, but I guarantee you if you dig deeply in Google about Miki Kotevski, a lot of wrong doing could be exposed and a good payout for you may be warranted. I once tried to get into contact with Google's attorneys and it seems they deliberately hid information from me where I couldnt access nor find any contact information from their legal department. Dig from 2015 on. Please get back to me at your earliest conveinence.

--Miki Kotevski. J.D.

info@googleplusdatalitigation.com

**Miki Kotevski <miki.kotevski@gmail.com>**                Sat, Aug 22, 2020, 9:18 PM
to Angie

if you had any ounce of decency left; you'd tell me exactly what you did that involved me after I left Japan. Youd also tell me who told you to blackmail me.

**Milan Michael Kotevski FOIA REQUEST.**
Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



Miki Kotevski <miki.kotevski@gmail.com>                Wed, Nov 4, 2020, 7:37 PM
to OMBFOIA

Dionne Hardy
725 17th Street NW, Suite 9204
Washington, DC 20503
(202) 395-FOIA
(202) 395-3504 (fax)

To whom it may concern:
This is a request under the Freedom of Information Act. I'm going to send you the same request through a different email address because I dont trust gmail.

I request that a copy of the following documents be provided to me: any documents that has the name Milan Michael Kotevski or Miki Kotevski or refers to the individual known as Milan Michael Kotevski or Miki Kotevski in them. These documents should be limited to either the time of President Obama's Presidency and President Trump's presidency. I would particularly like the ones from President Obama's presidency.

In order to help to determine my status to assess fees, you should know that I am affiliated with an educational or noncommercial scientific institution (the American Natural Rights Foundation in Montana), and this request is made for a scholarly or scientific purpose and not for a commercial use.

I request a waiver of all fees for this request. Disclosure of the requested information to me is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in my commercial interest.

Thank you for your consideration of this request.

Sincerely,

Miki Kotevski, J.D.



**MBX OMB FOIA** <MBX.OMB.FOIA@omb.eop.gov>     Fri, Nov 6, 2020, 9:36 AM
to me

Good Morning:  Please be advised that you have requested records that would not be in the custody or control of OMB.  For information about OMB and the types of records it maintains, please visit OMB's website at https://www.whitehouse.gov/omb.  If you wish to request OMB records or if you have any questions regarding the records created or maintained by OMB, please contact us anytime by email at OMBFOIA@omb.eop.gov or by phone at 202-395-FOIA.  We recommend you contact the National Archives and Records Administration (NARA).  To find out more about how to make a FOIA request with NARA, please visit their website at: https://www.archives.gov/foia/foia-guide.

Thank you,
OMB FOIA Team



**Miki Kotevski** <miki.kotevski@gmail.com>     Fri, Nov 6, 2020, 10:01 AM
to MBX

Good morning to whomever is reading this!

I'm asking for your help. I dont want to argue with you because my problem is not with you, but I'm pretty sure the requested records would be in the custody or control of OMB.  I'm pretty fucking sure this is petty politics at work and it has caused me to

physiologically break down and rapidly deteriorate in both mental and physical well being.  I'm not looking for a lawsuit, but there are just things I want an explanation for. How is it that *my writings* somehow ended up in Presidential Proclamations without my consent and knowledge? There was literally someone that had access to me and my writings, literally stole from a former special ed kid, and passed off my work as their work and I have nothing to show for it. How is it my intellectual property ended up in the hands of people in the white house without me ever giving my consent or having knowledge it was being used? Why is it the US Surveillance apparatus was used to enrich people at my expense that left me destitute and even more broken financially and as a person? Those are some of the answers I want questions to because god damn it i'm a human being and didnt deserve that treatment. So please direct me to people that know about my situation where I can get just some god damn decency. Why this is hard to fathom in the confines in DC sincerely alludes me.

--Miki Kotevski, J.D.

## FOIA Request For Milan Kotevski



Miki Kotevski <miki.kotevski@gmail.com>
to whs.mc-alex.esd.mbx.osd-js-foia-requester-service-center

Mon, Jan 4, 2021, 6:29 PM

I am requesting any and all records that contain Miki Kotevski in them. Furthermore, I am asking for a waiver of any fees that may be applicable because I am seeking them for educational purposes.

I was referred by:
Eric R. Powers
Government Information Specialist
FOIA, Privacy and Civil Liberties Office
DOD IG


Cordially,
Miki Kotevski

## 21-FP-0091 FOIA Request
Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



Dixon, Torrey D CIV
(USA) <torrey.d.dixon.civ@mail.mil>
to me, Richard

Mon, Jan 11, 2021, 2:12 PM

Good Afternoon Mr. Kotevski,

In the act of processing your request, it was found that you did not specify if you are currently or were ever employed by the Department of Defense (DOD). This has placed a pause on the processing of your request as we were unable to determine which agency to reach out to so that a search on your requested records may be conducted. Please provide this information to me at your earliest convenience so that we may properly process your request.

V/R,

Torrey Dixon
FOIA Analyst
Freedom of Information Division
OSD / JS FOIA Office
571-372-0409

Comments:  https://ice.disa.mil/index.cfm?fa=card&sp=125562
FOIA requests for OSD/JS records may be sent by email
whs.mc-alex.esd.mbx.osd-js-foia-requester-service-center@mail.mil

**One attachment** • Scanned by Gmail



Miki Kotevski <miki.kotevski@gmail.com>
to Torrey, Richard

Mon, Jan 11, 2021, 2:56 PM

From my current knowledge, I have never worked for any branch of any military or intelligence.

Miki Kotevski, J.D

Sent from iPhone.

I have the expectation that this email is private and confidential and shall not be shared with anyone without my consent.

On Jan 11, 2021, at 1:12 PM, Dixon, Torrey D CIV (USA) <torrey.d.dixon.civ@mail.mil> wrote:

<21-FP-0091 Request Description.pdf>



Dixon, Torrey D CIV
(USA) <torrey.d.dixon.civ@mail.mil>
to me, Richard

Tue, Jan 12, 2021, 8:44 AM

Good Morning Mr. Kotevski,

Your expectation stands correct. These emails are private information and confidential information that we take very seriously. Held between us.

V/R,

Torrey Dixon
FOIA Analyst
Freedom of Information Division
OSD / JS FOIA Office
571-372-0409

Comments:  https://ice.disa.mil/index.cfm?fa=card&sp=125562
FOIA requests for OSD/JS records may be sent by email
whs.mc-alex.esd.mbx.osd-js-foia-requester-service-center@mail.mil

**From:** Miki Kotevski <miki.kotevski@gmail.com>
**Sent:** Monday, January 11, 2021 3:56 PM
**To:** Dixon, Torrey D CIV (USA) <torrey.d.dixon.civ@mail.mil>

**Cc:** Strong, Richard R CIV OSD OSD (USA) <richard.r.strong.civ@mail.mil>
**Subject:** [Non-DoD Source] Re: 21-FP-0091 FOIA Request

All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.

---

From my current knowledge, I have never worked for any branch of any military or intelligence.

Miki Kotevski, J.D

Sent from iPhone.

I have the expectation that this email is private and confidential and shall not be shared with anyone without my consent.

On Jan 11, 2021, at 1:12 PM, Dixon, Torrey D CIV (USA) <torrey.d.dixon.civ@mail.mil> wrote:

Good Afternoon Mr. Kotevski,

In the act of processing your request, it was found that you did not specify if you are currently or were ever employed by the Department of Defense (DOD). This has placed a pause on the processing of your request as we were unable to determine which agency to reach out to so that a search on your requested records may be conducted. Please provide this information to me at your earliest convenience so that we may properly process your request.

V/R,

Torrey Dixon
FOIA Analyst
Freedom of Information Division
OSD / JS FOIA Office
571-372-0409

Comments:  Caution-https://ice.disa.mil/index.cfm?fa=card&sp=125562 < Caution-https://ice.disa.mil/index.cfm?fa=card&sp=125562 >
FOIA requests for OSD/JS records may be sent by email
whs.mc-alex.esd.mbx.osd-js-foia-requester-service-center@mail.mil < Caution-mailto:whs.mc-alex.esd.mbx.osd-js-foia-requester-service-center@mail.mil >

### Regarding Application: A6HCV-SC36



Miki Kotevski <miki.kotevski@gmail.com>
to Willie.smith3

Fri, Feb 19, 2021, 12:15 PM

Dear Mr. Willie Smith,

My name is Miki Kotevski and I'm writing in regards to *A6HCV-SC36.* I believe an error has been made. I graduated from LSU Law School in May 2017 and that at least meets the GS-0950-7 and GS-0950-9 and plausibly and reasonably GS-0950-11 qualifications. I dont understand how this error was made, but we can remedy the error. Please write back to me so we may fix this issue.

Cordially,
Miki Kotevski, J.D.

### FISA, FBI, CIA, and NSA Records Help



Miki Kotevski <miki.kotevski@gmail.com>
to kmcclanahan

Fri, Jul 16, 2021, 3:25 PM

Dear Mr. Mclanahan,

My name is Miki Kotevski, J.D. and I am going to keep this short. The CIA, FBI, and NSA have routinely lied to me on FOIA requests as I have been unconstitutionally subject to FISA court rulings in the past. I went to the FISA court in person to demand to see the warrant that was used against me and I was denied seeing the evidence that was used against me in the FISA Court in violation of my 6th amendment rights.  I'm tired of their lies and cover ups. I deserve respect and not have my rights infringed upon. Please help me

--Miki Kotevski, J.D.

## Russlynn Ali Contact Info and Contact Message



Miki Kotevski <miki.kotevski@gmail.com>       Sun, Sep 12, 2021, 6:50 PM
to press

To whom it may concern:

My name is Miki Kotevski and I am trying again to get a hold of Russlynn Ali. It is important and it is a major legal case. The decision is ultimately hers and I would like the chance to talk to her before I file anything.

--Miki Kotevski, J.D.

## I need legal help--it involves CIA, FBI, NSA, and DOD
Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



Miki Kotevski <miki.kotevski@gmail.com>       Sat, Aug 28, 2021, 9:30 AM
to Haley

To whom it may concern:

My name is Miki Kotevski, J.D. and I need legal help. There is no way for me not to sound crazy or delusional and I understand the skepticism involved, but I swear to God on my life if you FOIA my name (Miki Kotevski or Milan Michael Kotevski at one of those agencies) you will find a treasure-trove of information about the surveillance apparatus. I have been subject to numerous retaliatory acts which include either the DOD or CIA utilizing surveillance drones and sending them overhead directly intimidating me, psy-op, counterintelligence tactics and more simply for exercising my constitutional rights and making a RICO case for the intimidation I've experienced and have been subjected

to. Please, it has been five years of this and I want it to stop-- except it is the federal government and they dont understand the meaning of no.

Cordially,
Miki Kotevski, J.D.



**Haley**
**Pederse**
**n**

Mon, Aug 30, 2021, 4:44 PM

Hello, Thanks so much for sending this our way. I'm sorry to hear about your situation. Unfortunately, we don't really have the investigative resources to get t



**Miki**
**Kotevs**
**ki**

Mon, Aug 30, 2021, 5:11 PM

I did. I tried talking to both a civil rights lawyer and a private investigator. I repeatedly sought foia requests and they were denied. I have no one else to t



**Miki**
**Kotevs**
**ki**

Thu, Sep 2, 2021, 6:50 PM

Because I dont particularly trust my parents nor the federal government because certain federal government actors caused this situation to happen, This is a rec

**Miki Kotevski**                                          Fri, Sep 3, 2021, 11:11 PM

The Intel agencies refuse to fulfill my foia requests. They in turn destroyed records that foia said they should have kept. Those records would have shown a sys



Miki Kotevski <miki.kotevski@gmail.com>          Tue, Sep 21, 2021, 2:00 PM
to Haley

This email is considered attorney-client privileged.

I'm your key into unlocking the FISA Court. There is not a single day that I'm not afraid for my life.

I need your help asap. I believe Senator Paul tampered with FBI Director Chris Wray here: https://www.youtube.com/watch?v=NwhNRKplW2A. There is a part where he says work with angel. Angel refers to a witness that was used to blackmail/extort me.

I honestly believe one of two things: my laptop is compromised by intelligence agencies as we speak and/or an intelligence agency hacked into/ broke into my therapist office and retrieved the content of a flash drive I gave her for safe-keeping that contained the basis of a lawsuit.


here is the factual pattern I was alleging

Unknown Defendants thoroughly knew of Plaintiff's history in the Spring of 2015.

What happened to Plaintiff was not a mere coincidence. It was a deliberate and intentional act committed against Plaintiff that Plaintiff is appalled by and has nightmares over. Defendants' actions have not proven it was unintentional and a mere coincidence and that in fact it was intentional and deliberate. So fuck you.

Unknown Defendants sought to circumvent Constitutional protections afforded to Plaintiff and have Plaintiff's history and profile done by one of the member-intelligence states of Five Eyes by Spring 2015.

Unknown Defendants used Five Eyes to conduct searches against Plaintiff, which was an unconstitutional search against Plaintiff's 4th and 5th Amendment Rights because unknown Defendants had no probable cause nor legitimate reasons to utilize foreign intelligence surveillance to monitor Plaintiff prior to Spring 2015.

In either February or March of 2015, Plaintiff messaged a Chinese based North Korea Tour Operator by the name of Pioneer Tours to possibly visit North Korea.

Plaintiff intentionally used a pseudonym to avoid having his life searched through by US federal government officials *for Plaintiff's mere curiosity*.

Plaintiff was laughably wrong in the previous paragraph.

Plaintiff was an independent journalist in the years of 2014 and 2015 and had sent an article to be published to his friend an editor at a LGBT magazine thereby making Plaintiff an active journalist at the time.

Plaintiff wanted to go to North Korea as a journalist and document the Propaganda in North Korea in 2015.

Plaintiff had State Department emails that Wikileaks leaked in which Plaintiff wanted to write a story concerning the content of said-leaked State Department Emails.

<u>*Possession*</u>, let alone publication, of the aforementioned State Department Emails--in which Plaintiff was in no-way connected to the hacking that was done to obtain said emails and had no motive to initially obtain said emails--was not illegal as per SCOTUS rulings. See: *New York Times Co. v. United States,* 403 U.S. 713 (1971); *Near v. Minnesota,* 283 U.S. 697 (1931); *Better Austin v. Keefe, 402 U.S. 415 (1971).*

Plaintiff had absolutely no ill intention, motive, or malice towards the United States in wanting to go to North Korea in 2015.

**Plaintiff had absolutely no ill intention, motive, or malice towards the United States at any time. Period.**

Unknown Defendants harbored deep-animosity towards Plaintiff, in part, because Plaintiff was as a journalist that posed a threat to defendant(s) political policies if known to U.S. Officials.

Shortly after messaging Pioneer Tours, Plaintiff's laptop was hacked by Unknown Defendants.

Because Plaintiff's laptop was hacked in which a conversion took place that damaged Plaintiff's laptop in violation of 18 U.S. Code § 654 by Unknown Defendants, the Plaintiff's laptop was presumed to be sent to Apple for repairs.

Unknown Defendants obtained laptop after it had been sent to Apple in February or March 2015 either prior to or after Apple received Plaintiff's Laptop.

In March 2015, Plaintiff received a repaired laptop after it had been compromised by unknown Defendants. Unbeknownst to Plaintiff and against Plaintiff's wishes and will, the laptop gave

unknown Defendants an unfettered ability to listen, monitor, and watch Plaintiff via Plaintiff's laptop in violation of 18 U.S. Code § 654.

In either March or April 2015 after receiving the now-compromised laptop, Plaintiff told then roommate Warwick Allen what he considered to be the worst evil that could befall upon a person. In this conversation, the unknown Defendants listened in to what Plaintiff described as the most evil thing that could befall upon someone via Plaintiff's compromised laptop and/or wiretaps placed in the residence.

Plaintiff described the most evil thing in March or April 2015 as thus: "killing someone would be instantaneous and a relief so you'd have to do a prolonged form of torture. Introduce a child and have the child lie about their age. Make the person believe the child is an adult. Then make the child have some sexual relations with the adult and then have the child reveal their true age. Make the adult live with that for the rest of their lives and the memory would consume him or her for the rest of their life." Additionally, Plaintiff stated how good it was for society to turn away from the by-gone era of twelve to fifteen year old's marrying (on farms).

Plaintiff being a dual-citizen of the United States and Serbia knew that if he could not find a wife here in the United States, he can go to Serbia or North Macedonia to get a wife. Plaintiff would routinely tell people, and it was to Plaintiff's understanding, that he could go to Serbia and North Macedonia to get a smokin' hot model for a wife if he so desired. Plaintiff's plan was to do such a thing if he could not find a wife before 35.

In April/May of 2015, Plaintiff wanted to study abroad in Japan and committed to do so by going to study in Japan via Santa Clara University.

***Unknown Defendants presumed false facts about Plaintiff because of Plaintiff's parents concerning political and/or intelligence threats and ties at all relevant times in the complaint.***

Unknown Defendant(s) procured Plaintiff's emails and deliberately knew where Plaintiff would be residing during the Summer of 2015 in Plaintiff's trip to Japan to blackmail Plaintiff in Japan.

The CIA, NSA, and FBI have agreements with Google in which Google regularly shares Plaintiff's information to those aforementioned agencies. Google regularly shared Plaintiff's information with Co-Defendants at any moment of time starting from possibly 2011 to Present.

Therefore, under *Pinkerton v. United States*, 328 U.S. 640, 66 S.Ct. 1180, 90 L.Ed. 1489 (1946), any acts Google did with any of the co-defendants was in furtherance of any and all conspiracies against Plaintiff.

GRU or other foreign intelligence services would have had to hack into Plaintiff's records and emails in Spring 2015.

Unknown defendant(s) procured intelligence materials that contained ambiguous or salacious material to other defendants in the Spring of 2015 to deliberately blackmail Plaintiff.

Unknown Defendant(s) after failing to expel Plaintiff from LSU Law via the plot with Jake Henry, Cheney Joseph, Tracy Blanchard, and other co-conspirator defendants devised a new plot to blackmail Plaintiff in violation of 18 U.S.C. 1962, 18 U.S.C. Section 1512, in furtherance of 18 U.S.C. 2441(A); 18 U.S.C. 2441(B), and other statutes sometime in the Spring of 2015.

Unknown Defendants sought to label and blackmail as a child-trafficker because Plaintiff possessed State Department emails that involved Defendant(s) or would otherwise expose nefarious behavior by unknown Defendants. In addition, it was because of what Plaintiff told roommate earlier that Spring 2015. In violation and furtherance of 18 U.S.C. 2441(A); 18 U.S.C. 2441(B); 18 U.S.C. Section 1503

What is truly important and the crux of the situation is the following: Plaintiff can't adequately explain why, but he was of extreme interest to intelligence agencies in Spring 2015. TO WHOM EXACTLY HE WAS AN INTEREST OF, PLAINTIFF HAD NO FUCKING IDEA AT THE TIME. BUT unbeknownst to Plaintiff is truly the reason why the following took place: either Plaintiff really pissed off the American political establishment to such a retaliatory end by the end of Spring 2015 that the CIA would conduct such a horrendous operation against Plaintiff or he would be intentionally compromised by having foreign intelligence service like GRU that would conduct such a horrendous operation because he had secrets or because of his parents that the following most evil thing would take place:

At no time in Plaintiff's life was Plaintiff ever involved in Human Trafficking or participate in any way in the act of Human Trafficking.

Unknown Defendants–knowing Plaintiff's parent's history and a connection's personal history to a Latin-American biker gang (Bandido's) and other unknown contacts and their respective history–facilitated in the transportation of Jane Doe 1 internationally in late June 2015 to frame and falsely associate Plaintiff as being a member of the Bandido's, a human trafficker, or a worse moniker. This was done to entrap Plaintiff.

The timing of trafficking Jane Doe 1 was *too perfect* and not a mere coincidence in late June 2015. Unknown Defendants had access to Plaintiff's summer itinerary with Santa Clara in which unknown Defendants at either CIA, NSA, FBI, State Department, Santa Clara, Plaintiff or GRU/FSB could reasonably and plausibly know of such; Unknown Defendants knew that the class portion in which Plaintiff would have social support was terminated in July 2015 as that was when the internship portion of the summer program at Santa Clara would begin in which unknown Defendants at either CIA, NSA, FBI, State Department, Santa Clara, Myself, or GRU/FSB could reasonably and plausibly know of such; Unknown Defendants knew that Plaintiff would effectively not see fellow classmates regularly (i.e. his social support was gone) and would only see his fellow classmates during the weekend, the workers at his internship on a daily basis, *and whomever effectively resided with Plaintiff.* Essentially Unknown Defendants knew that Plaintiff was effectively isolated in a foreign country with no help available and that the only people to see him everyday is whomever lived at the same residence of Plaintiff.

Unknown Defendants knew of Plaintiff's vulnerability when Plaintiff wrote in an email on June 4th, 2015 that Google gave them access to: "I'm in a foreign country with ***no relatives or anyone***

***who can help me nearby***." Furthermore, Plaintiff's knew of further vulnerabilities since Plaintiff had developmental delays and was/is on the autism spectrum.

Google provided Unknown Defendants all relevant information sometime between March 2015 and July 1st, 2015.

If it was the CIA, defendant CIA and Unknown CIA operatives/Defendants knew about: "CIA Operation Midnight Climax: Prostitutes on the CIA payroll were instructed to lure clients back to the safehouses, where they were surreptitiously plied with a wide range of substances, including LSD, and monitored behind one-way glass. The prostitutes were instructed in the use of post-coital questioning *to investigate whether the victims could be convinced to involuntarily reveal secrets. The victims were sometimes fed subliminal messages in attempts to induce them to involuntary actions, including criminal activity* such as robbery, assault, and assassination."[1]

A similar operation was conducted against Plaintiff's Constitutional Rights (1st, 4th, 5th, 8th, 9th, and 14th Amendment rights) in which Plaintiff was lured; Plaintiff was possibly given Scopolamine, Plaintiff was monitored on Plaintiff's compromised laptop in which Unknown Defendants had access to Plaintiff's camera and microphone; Jane Doe 1 inquired to Plaintiff to reveal secrets and/or have to create a secret; subliminal messages were given to Plaintiff; and other surveillance techniques and procedures unknown done to Plaintiff in violation and furtherance of 18 U.S.C. 2441(A); 18 U.S.C. 2441(B)

If it was the CIA, unknown Defendants at CIA followed their own Manual of Trickery and Deception: "To be successful, the espionage illusion must withstand both the direct observation of onlookers (casuals) and the scrutiny of professional counterintelligence officers (hostile surveillance), without exposing either the participation or identification of the agent…This next point is put down with hesitation, and not because there is any question *of its validity*. The plot of a trick should be shorter and more direct when shown to a woman… By many years of experience, the explanation, true or false, is that *a man is more inclined to follow step by step and a woman is more likely to think ahead*…However, it is is generally the case that it is advisable to act always as though no exceptions existed…But *in a trick there always must be one person who makes the decisions as to when, where, and how*. The assistant must follow the lead of the trickster."[2]

If it was the CIA, unknown Defendants at CIA followed their own Manual of Psychological Warfare: "It is possible to *neutralize carefully selected and planned target*…For Psychological purposes it is necessary to gather together the population affected, so that they will be present, take part in the act, and formulate accusations against the oppressor. The target or person should be chosen on the basis of:…use rejection or potential hatred by the majority of the population affected toward the target, stirring up the population and making them see all the negative and hostile actions  of the individual against the people. If the majority of the people give their support or backing to the target or subject, do not try to change these sentiments through provocation. Relative difficulty of controlling the person who will replace the target."[3]

Unknown Defendants at CIA or other named intelligence agencies/Unknown Defendants conducted Psychological Warfare against Plaintiff in Spring/Summer 2015 and utilized their own training materials to do such in violation of 18 U.S. Code §872; 18 U.S.C. §1512; 18 U.S.C. §2441(b); **18 U.S.C. Section 1513**; 18 U.S.C. 1962

Unknown Defendants had the explicit purpose to ensure that Plaintiff would be "rejected and hated by the majority of the population" if Plaintiff stood up for himself or otherwise Blackmail and Extort Plaintiff.

Unknown Defendants facilitated the transportation of Jane Doe 1 across international border from a Central American country to Japan through false papers in violation of 18 U.S.C. Section 1542-1546 and 18 U.S.C. 1962 in late June 2015.

Unknown defendants knew Jane Doe 1 was not capable of traveling overseas by herself in June 2015.

Unknown defendants procured Jane Doe 1 for immoral purposes in violation of section 278 (relating to importation of alien for immoral purpose) if the act indictable under such section of such Act was committed for the purpose of financial gain and 18 U.S.C. 1962

Unknown Defendants paid other co-conspirators unknown amount to traffic Jane Doe 1 at the end of June 2015 in violation of section 278 (relating to importation of alien for immoral purpose) if the act indictable under such section of such Act was committed for the purpose of financial gain and 18 U.S.C. 1962

Unknown Defendants through an elaborate scheme got Jane Doe 1 from Central America to Japan to blackmail Plaintiff in violation of 18 U.S.C. 1512, **18 U.S.C. Section 1513**, 18 U.S.C. 1962, and 18 U.S.C. 2441(A); 18 U.S.C. 2441(B) at the end of June 2015.

Jane Doe 1 under false pretenses was granted a Visa in Japan in late June 2015 due to Unknown Defendants elaborate extortionate scheme.

Unknown American Defendants have an agreement with Japanese immigration authorities and U.S. Law to warn and inform and prevent possible human trafficking.

Unknown Defendants disregarded previous responsibility prescribed under law.

Unknown Defendants deliberately withheld information that would have prevented the trafficking of Jane Doe 1 from Central America to Japan in June 2015 if Jane Doe 1 was trafficked in the month of June 2015.

Unknown Defendants ensured that Jane Doe 1 would reside in same residence as Plaintiff in Japan in June 2015.

Jane Doe 1 told Plaintiff: that she had two boyfriends (one regular boyfriend and one British "sugar-daddy"). The "Sugar-Daddy" paid for her lounging at Plaintiff's residence and otherwise told her what to do in regards to Plaintiff.

Plaintiff believes that the "Sugar-Daddy" was the "*one person who makes the decisions as to when, where, and how*"[4] and Jane Doe 1 was "the assistant (who) must follow the lead of the trickster."[5] The "boyfriends" violated 18 U.S.C. 2441**(A); 18 U.S.C. 2441(B)**, 18 U.S.C. 1962, and **18 U.S.C. Section 1513 XX** when the made the decisions as to when, where, and how.

Jane Doe 1 informed Plaintiff that her "British Sugar Daddy Boyfriend" paid for the trip for her to leave her Central American country.

Unknown Defendants told Jane Doe 1 to lie about her age to the Plaintiff in which Jane Doe 1 on numerous occasions lied to Plaintiff to ensure that Plaintiff would never be able to adequately ascertain Jane Doe 1's age in June/July 2015 in furtherance of violating 18 U.S.C. 2441**(A)**; 18 U.S.C. 2441(B).

Jane Doe 1 told Plaintiff things that would make a reasonable person, let alone an individual on the autism spectrum or someone with developmental delays, believe that Jane Doe 1 was over 18—that Jane Doe 1 drank alcohol, went to clubs, had a quinceanera, had two boyfriends, that Jane Doe 1 wanted to be a teacher and was in school to be a teacher, even had an interview to teach English in Japan as a teacher, was in a "sugar-daddy" relationship in which there was an inference that those only above 18 years old can enter into such relationships, and other adult related conversations in June/July 2015 in furtherance of violating 18 U.S.C. 2441(A); 18 U.S.C. 2441(B).

Jane Doe 1 told Plaintiff how the local gangs controlled everything around her wherever she was residing in Central America. Plaintiff wanted no part with gangs or that life.

Unknown Defendants in violation of the Stalking Law bugged Plaintiff's residence in June 2015 or July 2015

Unknown Defendants still had unauthorized access to Plaintiff's laptop while Plaintiff was still in Japan in the Summer of 2015.

Plaintiff, either knowingly or unknowingly and either consciously or unconsciously, sought to help Jane Doe 1 in Summer 2015 and the Meeting with Tracy Blanchard in May 2016 (to be discussed later).

Plaintiff during all the times Unknown Defendants tried to ruin Plaintiff in some manner sought to find the silver-lining in said situation(s) by helping the actual victims of Defendant(s) extortionate schemes at expense to himself. This has been factually demonstrated on numerous occasions—one may actually say it is a pattern of Plaintiff.

Unknown Defendant(s) engaged in a cover up; technically being part of a cover up makes *one under cover*; helping in that situation and helping anyone involved makes you a pseudo under-cover agent. See: message to Jane Doe 1.

Plaintiff, like most men, falsely boasted about having sex with a woman that he did not in fact have sex with—the same applies with Plaintiff and Jane Doe 1. Plaintiff did not have sex with Jane Doe 1. Period.

**Foia status for Milan kotevski**
Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



Miki Kotevski <miki.kotevski@gmail.com>                    Mon, Jul 18, 2022, 10:51 AM
to Status

I want to know the foia status for Milan kotevski/miki kotevski

Thank you

Miki Kotevski, J.D

Sent from iPhone.

I have the expectation that this email is private and confidential and shall not be shared with anyone without my consent.



FOIA Status <FOIAStatus@state.gov>                        Fri, Jul 22, 2022, 11:23 AM
to me

Mr. Kotevski,

This is in response to your email below.

Your May 3, 2019, request for records concerning yourself has been assigned Privacy Act Case Control Number F-2019-05746. The Office of Information Programs and Services' electronic records system indicates this request was closed because it was not reasonably described. By email dated June 20, 2019, you were advised that a request must describe the records sought in sufficient detail to enable Department personnel to locate them with a reasonable amount of effort. As it appears you did not receive this email, a copy is attached for your reference.

If you wish to seek Department of State records, you may submit a new request that is reasonably described, identifies the type of records you seek (i.e., visa, passport, etc.), and tell us why the DOS would have the requested records. You may submit your new request via email to FOIArequest@state.gov. For information on how to submit a request for personal records to the DOS, please visit our website at: https://www.foia.state.gov/Request/PersonalRecords.aspx and pay particular attention to the "Checklist for Personal Records" and the "Certification of Identity."

If you have any concerns or questions regarding any FOIA-related matter, please contact the FOIA Requester Service Center via email at foiastatus@state.gov.

Regards,

U.S. Department of State
FOIA Requester Service Center

**Milan Kotevski FOIA Request**



Miki Kotevski <miki.kotevski@gmail.com>
to FOIARequest

Tue, Mar 7, 6:54 PM

FOIA Request

U.S. Department of State

# REQUEST FOR INDIVIDUAL ACCESS TO RECORDS PROTECTED UNDER THE PRIVACY ACT

If you are seeking access to your records, please provide the information below. This form may also be used by a parent or guardian of a U.S. citizen or Lawful Permanent Resident seeking access to the records of a minor or a legal guardian seeking access to the records of an individual who has been declared by a court to be incompetent.

**Information Required for Identity-Proofing and Authentication**

This information is required for the agency to verify your identity.

1. Full Name of Requester [1] (*Last, First, MI*)

2. Current Address

3. Date of Birth (*mm-dd-yyyy*) | 4. Place of Birth | 5. Citizenship Status [2]

6. If you are a parent or legal guardian requesting records of a minor or an individual who has been declared by a court to be incompetent

Name of Record Subject: _____

Relationship to Record Subject: ☐ Parent ☐ Custodial Guardian ☐ Legal Representation ☐ Other _____

7. **Additional Information Required to locate records** [3]

8. **Description of Requested Records** (*Describe what records are being requested*) [4]

9. **Contact Information** (*Address for receiving the requested information*)

10. **Declaration under Penalty of Perjury**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above and requesting access to my records, or records that I am entitled to request as the parent of a minor or the legal guardian of an incompetent, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. § 1001 by a fine, imprisonment of not more than five years, or both, and that requesting or obtaining any record(s) under false pretense is punishable under the provisions of 5 U.S.C § 552a(i)(3) by a fine of not more than $5,000.

Electronic Signature | Date (*mm-dd-yyyy*)



United States Department of State

*Washington, D.C.  20520*

P-2019-05746

**JUN 2 0 2019**

Milan Michael Kotevski
Email: Miki.Kotevski@gmail.com

Dear Mr. Kotevski:

This is the initial agency decision on your May 3, 2019, request, under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, to the Department of State, in which you requested any personal records from January 1, 2015, to December 31, 2015, for yourself.

The Office of Information Programs and Services (IPS) received your FOIA request on Mary 3, 2019.  Your FOIA request was assigned the tracking number at the top of this letter.  Please include the tracking number in all future communications concerning this FOIA request.

Please be advised that a requester must describe the records sought in sufficient detail to enable Department personnel to locate them with a reasonable amount of effort.  The more specific the information the requester furnishes, the more likely that Department personnel will be able to locate responsive records if they exist.  Your request does not reasonably describe the records sought, and the Department is unable to process the request as submitted.

If you are not satisfied with Department's determination in response to your FOIA request, you may administratively appeal by writing to:  Appeals Officer, Appeals Review Panel, Office of Information Programs and Services (IPS), U.S. Department of State, State Annex 2 (SA-2), 515 22nd Street, NW, Washington, D.C. 20522-8100, or faxed to (202) 261-8571.  Appeals must be postmarked within 90 calendar days of the date of this initial agency decision letter.  Please include a copy of this letter with your written appeal and clearly state why you disagree with the determinations set forth in this response.

For further assistance or to discuss any aspect of your request, you may contact the FOIA Public Liaison, Kellie Robinson, via email to RobinsonKN@state.gov or by telephone at (202) 663-2222.

**FOIA requests for Milan Kotevski**
Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



Miki Kotevski <miki.kotevski@gmail.com>                    Wed, Jun 14, 6:49 PM
to foiarequests

#1: all documents, memos, records, videos, etc.  that contain the phrase/name "Miki Kotevski."

#2: all documents, memos, records, videos, etc. that discuss "Hillary Clinton" or "Bill Clinton" from February 1st, 2015 to December 1st, 2015. Specific documents desired would include a discussion of how likely it was from the Defense Department's perspective that Hillary Clinton would be elected as president in 2016. :) I'm going to prove motive and intent.

Miki Kotevski, J.D

Sent from iPhone.

I have the expectation that this email is private and confidential and shall not be shared with anyone without my consent.



Powers, Eric, OIG DoD <Eric.Powers@dodig.mil>                    Thu, Jun 15, 5:14 AM
to me

Dear Mr. Kotevski:

This office is responsible for processing all FOIA requests for access to records maintained by the Department of Defense, Office of Inspector General (DoD OIG).  The

DoD OIG is an independent and objective agency within DoD, responsible for promoting the integrity, accountability, and improvement of DoD personnel, programs, and operations. We accomplish our mission by conducting audits, investigations, inspections and assessments, and recommending policies and procedures to promote the economic, efficient, and effective use of DoD resources and programs that prevent fraud, waste, abuse, and mismanagement.

Given our mission and responsibilities, we are not aware of a nexus between the information you are requesting and the DoD OIG.

If you have any questions regarding this matter, or if you have additional information that the DoD OIG created the documents you seek, please contact our office at 703-604-9775 or via email at foiarequests@dodig.mil.

v/r

ERIC R. POWERS
Government Information Specialist
Department of Defense Office of Inspector General Freedom of Information Act
4800 Mark Center Drive
Alexandria, VA 22350-1500

This e-mail is from the Department of Defense Office of Inspector General {DoD OIG}. It may contain Controlled Unclassified Information {CUI}, including information that is Law Enforcement Sensitive {LES}, subject to the Privacy Act, and/or other privileges and restrictions that prohibit release without appropriate legal authority. Do not disseminate without the approval of the DoD OIG.  If received in error, please notify the sender by reply e-mail and delete all copies of this message.



Miki Kotevski <miki.kotevski@gmail.com>                    Thu, Jun 15, 10:15 AM
to Eric,

Dear Mr. Powers,

I regularly interacted with Cherry Roberts-Matherne, a former Army member who I gave a flash-drive to in August 2016. An Air Force member by the name of Thao Bui made me sign something in May 2016, the contents of said contract, I dont know. Then in January 2017, I reported possible misuse of DOD funds. Then a Navy Drill Sergeant by the name of Aina tried to coerce a confession out of me in August or September 2017. Then a military drone (either a X-47B or a Sentinel) followed me on November 8th, 2018

and flew in restricted air space. Objectively speaking, these are actions that necessarily involve Defense as they are a nexus that connects me to Defense's actions or lack of inaction. ***Help me understand how the Defense Department did not retaliate against me.*** That is all I ask. Give me the documents that prove Defense did not retaliate against me and let me have some faith in you again. Everything I ever did was in Defense's best interest; however, your actions may have led me to believe otherwise. As I am a dual citizen of America and Serbia, some of those actions may have violated the geneva convention and certain military procedures. This is all within your purview. Dont make me sue you.

Cordially,
Miki Kotevski, Juris Doctorate.



Powers, Eric, OIG DoD <Eric.Powers@dodig.mil>                    Thu, Jun 15, 11:03 AM
to me

Mr. Kotevski:

Please be advised that DoD is decentralized and we do not maintain records for the entire DoD organization. Based on your request, we cannot determined which office (Army, Navy, Air Force, Marines, etc.) under DoD which to re-direct your request. What type of record(s) are you seeking, which office created the record, and /or what type of record is it that you are seeking. Please provide that information and we may be able to direct your request.

If you have any questions, please feel free to contact our office at 703-604-9775.

v/r

ERIC R. POWERS
Government Information Specialist
Department of Defense Office of Inspector General Freedom of Information Act
4800 Mark Center Drive
Alexandria, VA 22350-1500

This e-mail is from the Department of Defense Office of Inspector General {DoD OIG}. It may contain Controlled Unclassified Information {CUI}, including information that is Law Enforcement Sensitive {LES}, subject to the Privacy Act, and/or other privileges and restrictions that prohibit

release without appropriate legal authority. Do not disseminate without the approval of the DoD OIG.  If received in error, please notify the sender by reply e-mail and delete all copies of this message.



Miki Kotevski <miki.kotevski@gmail.com>                    Thu, Jun 15, 11:30 AM
to Eric,

**any and all documents, memos, records, videos, court proceedings, court martials, legal filings, etc. that contain the phrase/name "Miki Kotevski" or "Miki" from Jan 1st, 2015 to 06/14,2023 within the Air Force, Army, Marines, and Navy.** I'm assuming the Coast Guard didnt do anything to me. The NAVY Ignored my previous request because I am assuming that Drill Sergeant Aina of the Navy and head of the FBI at the time Andrew McCabe talked with one another and conspired with one another in furtherance of a RICO enterprise and committed RICO predicate acts.  Coercion of a confession through the intentional deprivation of sleep is witness intimidation.



Powers, Eric, OIG DoD <Eric.Powers@dodig.mil>              Thu, Jun 15, 12:02 PM
to me

Mr. Kotenski:

Below is the FOIA offices contact information where you will need to submit your request:

United States Air Force
Air Force/AAII (FOIA)
1000 Pentagon
Washington, DC 20330-1000
Email:  SAF.AA.HAF.FOIA.workflow@us.af.mil

United States Army
Freedom of Information Office
Records Management and Declassification Agency
9301 Chapek Road, Building 1458
Fort Belvoir, VA 22060-5605
Email:  usarmy.belvoir.hqda-oaa-ahs.mbx.rmda-foia@mail.mil

United States Navy (USN)
SECNAV/CNO FOIA Office
Chief of Naval Operations (DNS-36)
2000 Navy Pentagon, Washington, DC 20350-2000

If you wish to obtain records from **USN** you may send your FOIA request via regular mail to the address above or by visiting the FOIAOnline website at https://www.foiaonline.gov, and select the Department of the Navy.

Headquarters US Marine Corps
Attn:  FOIA/PA Section (ARSF) Rm 2B289
3000 Marine Corps Pentagon
Washington DC 20350-3000

If you would like to submit a request, please do so electronically using FOIAonline www.foiaonline.gov.  Select the *Department of the Navy-including Marine Corps* then *United States Marine Corps* from the dropdown and from the third dropdown select the command to which you wish to submit your request (i.e., the command that would maintain the records you are seeking).

For FBI records, please review website at https://efoia.fbi.gov/#home, for information on submitting a FOIA request to their office.

I hope this helps.

# TO FACEBOOK:

**Request on behalf of: Milan Michael Kotevski**



Miki Kotevski <miki.kotevski@gmail.com>                    Wed, Jun 14, 4:12 PM
to subpoena

My name is Milan Kotevski, (aka Miki Kotevski), Juris Doctorate. Based on probable cause, information and belief, I have a good faith basis in saying and alleging that the US Govt may have committed legal fraud and misrepresented things to you when they issued you any warrants, subpoenas, and/or national security letters that concern my accounts on facebook or instagram. Under RICO laws, Meta/Facebook and their respective employees may be held as a co-conspirator in facilitating such egregious conduct that can constitute RICO predicate acts against my legal and constitutional

interests. I demand to see any and all documents and correspondences that concern me between Meta/Facebook and the US Government.

Cordially,
Milan Kotevski, Juris Doctorate.

# MICHAEL LONESOME

### I need to ask you something



Miki Kotevski <miki.kotevski@gmail.com>
to Michael

Wed, Jun 14, 4:33 PM

I hope you're doing well. I dont like to do this, I really dont, but I need you to be completely honest with me. Did anyone in the US Government send you to talk to me. Was I the subject of any mission given to you by any US Federal Agency or Department (including Defense)?

—Miki

**Lawsuit**
Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



Miki Kotevski <miki.kotevski@gmail.com>
to Tracy

Mon, Jun 19, 7:45 PM

Dear Tracy,

I am seriously considering a lawsuit during my time at LSU Law. I dont want to sue you, but I will if it is necessary. I need you to be honest with me and tell me everything any US Federal Government worker/agent talked to you about me. Provide me the emails. FBI and DOJ and other unknown US Law Enforcement Officers may have committed RICO violations and War Crimes and I will sue them in court because of such because it necessarily involves Hillary Clinton. I hate to do this to you. I also need any and all emails that I sent you during my time at LSU.

Sorry,
--Miki



Trey Jones <jones@lsu.edu>                                    Tue, Jun 20, 3:18 AM
to me

Mr. Kotevski —

Your email has been referred to me. I have advised Ms. Blanchard not to respond.  Any future inquiries should be directed to me.

If you are requesting records, the process for doing so may be found at https://www.lsu.edu/general-counsel/public-records-request.php.

Trey Jones
Deputy General Counsel
Louisiana State University

Sent from my iPad

**From:** Miki Kotevski <miki.kotevski@gmail.com>
**Date:** June 19, 2023 at 7:45:32 PM CDT
**To:** Tracy K Blanchard <tblanch@lsu.edu>
**Subject: Lawsuit**



**Miki Kotevski** <miki.kotevski@gmail.com>                    Tue, Jun 20, 8:48 AM
to Trey

I like to be blunt and direct. I reasonably foresee the US Government screeching like demented banshees and claim national security privileges. I am not aware of any precedent that national security takes higher precedence over constitutional and RICO violations. Corruption is a matter of national security because corruption ruins the trust the People have in their government; however, how can corruption be remedied if it is concealed under the guise of national security? Please, I am absolutely adamant that I do NOT want to sue the school that gave me a chance to become a lawyer, but I am begging you, please do not aid and abet and become co-conspirators in a RICO lawsuit. Work with me. Do I have your word that you will honorably assist me?

--Miki



Trey Jones <jones@lsu.edu>                                    Tue, Jun 20, 11:06 AM
to me

Mr. Kotevski —

I don't know anything about all of that.  If you need public records, I provided you the link.  If you sue the university, we will defend it.

LSU cannot assist you in personal litigation.

Carlton (Trey) Jones
Deputy General Counsel
Louisiana State University
3810 West Lakeshore Drive, Suite 124
Baton Rouge, Louisiana 70808
office 225-578-6332 | mobile 225-252-1588
jones@lsu.edu | lsu.edu



Miki Kotevski <miki.kotevski@gmail.com>                      Tue, Jun 20, 3:17 PM
to Trey

Did you comprehend anything I say? So you'd rather go down in the flames of RICO than help someone who has complete faith in yall. In moments like this, consider your actions.

#1: Mr. Isaac of the IT Department (if I recall his name correctly)--conversion of laptop, false pretenses to get a search of my laptop circumventing my constitutional rights against search and seizures in which Mr. Isaac most likely than not talked to the FBI and CIA in which providing them evidence to further their RICO conspiracy, first amendment violations, etc. Pinkerton liability applies. Part of the means and manner in which the predicate RICO acts were done was through my laptop.

#2: Tracy Blanchard: 1st, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, and 14th Amendment and ADA/Section 504 violations via pinkerton liability.  Specifically Spring 2015, Summer 2015, May 2016.

To be part of a RICO enterprise, there must be a purpose, relationships among those associated with the enterprise, and longevity sufficient to permit those associates to pursue the enterprise's purpose. You understand that a RICO predicate act is obstruction of justice in which people like Andrew McCabe and Peter Strzok at the behest of Hillary Clinton wanted to arrest me (obstruction of justice) for committing crimes against me for politically retaliatory purposes. You understand that constitutional deprivations of my intellectual property rights has a monetary value in which there was an economic incentive to make up crimes against me to seize my property? You understand that having numerous crimes done to me for politically retaliatory purposes in which i have to pay back my student loans in which i have not been able to pass the bar yet makes me an indentured servant in violation of Kozminsky v. United States?

You understand that my constitutional and legal rights take higher precedence over fraudulently induced national security letters and gag orders, right?

I'm begging you. Please Do not be a part of their association in fact enterprise in RICO. There are numerous ways not to be a factual part of their enterprise. For example, you can help me by giving me the info I seek in which i'm able to pursue my claims without getting LSU involved. **I do not want to sue you.**

--Miki

Collapse all
Print all
In new window

**FOIA Request**
Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



Miki Kotevski <miki.kotevski@gmail.com>                Tue, Jun 20, 8:50 AM
to drichards

I want any and all records, documents, emails, etc between anyone in the US
Government and LSU Law that discusses or references Milan Kotevski (aka Miki
Kotevski).


--Miki



Tetyana Hoover <thoover1@lsu.edu>                Tue, Jun 20, 5:04 PM
to me

Dear Miki –

Can you please narrow down your search with personnel and date range? As is, it
impossible to formulate a search without catching extra unresponsive material.

Thank you.

Sincerely,


**Tetyana Hoover, MPA**
*Paralegal*
Office of Legal Affairs & General Counsel
Louisiana State University
124 University Administration Building
3810 West Lakeshore Dr.

Baton Rouge, Louisiana 70808
Office: (225) 578-6772
thoover1@lsu.edu | lsu.edu

**From:** Miki Kotevski <miki.kotevski@gmail.com>
**Sent:** Tuesday, June 20, 2023 8:50 AM
**To:** Deborah C Richards <drichards@lsu.edu>
**Subject:** FOIA Request

You don't often get email from miki.kotevski@gmail.com. Learn why this is important



Miki Kotevski <miki.kotevski@gmail.com>                    Wed, Jun 21, 10:32 AM
to Tetyana

Hello,

I want any and all documents, emails, memos, etc in which anyone in the U.S. Federal Government communicated to any LSU employee about Milan Michael Kotevski (aka Miki Kotevski). There ought to be a particular focus on any date in 2015; however, the search shall start from 08/01/2013 through 08/08/2017.

Thanks,
--Miki



Tetyana Hoover <thoover1@lsu.edu>                    Wed, Jun 21, 10:38 AM
to me

Miki –

Please identify individuals for your search.

Thank you.

Tetyana



Miki Kotevski <miki.kotevski@gmail.com>    Wed, Jun 21, 10:46 AM
to Tetyana

I am unable to comply with this request. Here is the problem Tetyana. I dont know who is at fault. What I can infer is the following: some people in the LSU system talked to US Govt workers who tried to circumvent and violated my rights. BUT MY SOLE INTENTION IS THAT I AM FOCUSED ON FINDING THE US GOVT WORKERS THAT DID. For now, I dont care about intra-LSU communication about me because I dont want to sue LSU; what i am concerned about is **finding and knowing the US Government workers that discussed me to LSU employees**. So you can start the process by finding emails sent from any US Federal Government Agency to any LSU Employee that specifically mentions Milan Michael Kotevski, Milan Kotevski, or Miki Kotevski. Then go from there.

I cant be any more clear on my intent.
--Miki

**Tokyo 2015 program Issues.**
Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



Miki Kotevski <miki.kotevski@gmail.com>    Wed, Jun 14, 3:11 PM
to Philip

Hello. I hope youre doing well. I have some issues that I would like to discuss with you.

Do you have any documents that I submitted to you or any notes on discussions that we had when I was in Japan? Do you have any emails or correspondences that concern me that were sent to you by any US Federal Agency or Department? I'll be succinct when I say this: I probably was drugged when, if I recall correctly, some US political figures made me sign a document that I have no idea what the contents of it contained or what I signed to. I am seriously considering pursuing a RICO case; however, statute of limitations are drawing to a close soon. Can you assist me in anyway?

Cordially,
--Miki Kotevski, J.D.



**Miki Kotevski** <miki.kotevski@gmail.com>
to Philip

Mon, Jun 19, 7:42 PM

Hello, I am following up on the previous email. Respond accordingly soon



**Philip Jimenez** <pjimenez@scu.edu>
to me

Tue, Jun 20, 10:02 PM

No, I have not.

Best regards,

Phil Jimenez
--

Philip J. Jimenez
*Professor of Law* I Santa Clara University School of Law
*Associate Director, Asia* I Center on Global Law and Policy

500 El Camino Real
Santa Clara, CA 95053
pjimenez@scu.edu



**Miki Kotevski** <miki.kotevski@gmail.com>
to Philip

Wed, Jun 21, 5:30 PM

Hunter and Jim Biden made me sign a contract that I have no idea what the contents of
which it contained. There's no way you wouldn't have known about a political meeting

like that taking place. I need you to remember everything that happened in Summer 2015 and tell me what you recall. There were probably other contracts I entered into such as a guardianship that I don't know about. Is there a publicly accessible Japanese l database that has the contracts entered into that exceeded $500 or legal matters like guardianship or marriage?

Miki Kotevski, J.D

Sent from iPhone.

I have the expectation that this email is private and confidential and shall not be shared with anyone without my consent.

On Jun 20, 2023, at 10:02 PM, Philip Jimenez <pjimenez@scu.edu> wrote:



**Philip Jimenez** <pjimenez@scu.edu>          Thu, Jun 22, 11:38 AM
to me

I have no knowledge about the events you allege in your email.

I expect this is the last I will hear from you on this matter.

Regards,

Phil Jimenez



**Miki Kotevski** <miki.kotevski@gmail.com>          Thu, Jun 22, 3:10 PM
to Philip

This could be my last one--it's your decision on whether or not you decide to respond in good faith. You were the director of a program I attended in which I was repeatedly victimized during the program. I was drugged and forced to sign contracts in which I do not know the contents of such. I have to pay back loans in which I was legally coerced into signing documents and having been drugged. This is unconscionable to me. Whether it is under DOJ policies, Department of Education policies, or US federal laws

and regulations or the Geneva convention, there is an affirmative obligation to assist in any way possible. In the previous emails I've had with you this year, I have discussed issues that should be raising red flags in which no ordinary reasonable attorney can ignore. If you know fraud was committed against me and are failing to disclose it, you may be aiding and abetting and participating in a RICO enterprise. I do not wish to sue you in any way if you are in good faith. But if you are in bad faith, then the options for me are extremely limited. Please help and do not be adverse to me.

Cordially,
--Miki

### FOIA Case 116583



Miki Kotevski <miki.kotevski@gmail.com>                Fri, Jun 30, 11:19 AM
to foia_pa_appeals


If i understand your subtle suggestion correctly, a certain central agency told me that you were at fault and for me to go check you out. They were pointing the finger at you and now you are pointing the finger at them. I say no more finger pointing! Finger pointing does not do anyone justice.

It has been clear that pleading, reasoning, and articulating with tangible evidence that I would never harm the United States Government has been deliberately ignored. In the movie Airplane! there is a hysterical woman that cannot get a hold of herself. See Youtube clip here: https://www.youtube.com/watch?v=FNkpIDBtC2c Get a hold of yourself because the US Government has consistently and erroneously lied that I ever had the intent to commit any terrorist activity, have anything to do with weapons of mass destruction, etc.  When and if knowing legal rights becomes hostile activity to the United States Government, that is tyranny and a violation of your oath to protect and defend the Constitution of the United States. I'm sure someone in the United States government intentionally and deliberately lied about the events of November 2009 and said it was drug activity when in fact it was not drug activity at all.  Furthermore, you know how I was framed in 2009 with drugs that you did nothing about which is aiding and abetting obstruction of justice--give me the papers on that one.

I beg to differ. Do you know what other hostile activities to the United States government are? When US government actors exploit an American on the basis of their disability for political purposes, corruption, perpetuating legal fraud upon the Court and FISA court, and facilitating war crimes to be committed against American citizens without due process of law. ***STOP YOUR HOSTILITY TO THE UNITED STATES GOVERNMENT AND THE CONSTITUTION***. You know what Bill and HIllary Clinton did

to me in Summer of 2015. What matters is what is in your possession and you have those papers in your possession. I'm giving you the chance to show your integrity and to make up for legal wrongs that you have committed against me. ***Trust in institutions means that institutions necessarily own up to their mistakes because trust is a two way street. own up to your mistakes now.***

So I will continue to seek what I requested and now you know what else I require.

Cordially,
--Miki Kotevski

**Re: Legal Problem**
Inbox
Search for all messages with label Inbox
Remove label Inbox from this conversation



privacy_response@apple.com                                    Fri, Jun 30, 6:16 AM
to me

Please include the line below in follow-up emails for this request

Case-ID: 2818476

Dear Mr Kotevski,

Thank you for contacting Apple's privacy team.

We would kindly refer you to Apple's Privacy Policy, available at:

https://www.apple.com/privacy/privacy-policy

It may be necessary − by law, legal process, litigation, and/or requests from public and governmental authorities within or outside your country of residence − for Apple to disclose your personal data.

As noted in our Privacy Policy:

"We may also disclose information about you if we determine that for purposes of national security, law enforcement, or other issues of public importance, disclosure is necessary or appropriate".

Regarding our procedures for such enquiries, Apple will accept requests for legally valid law enforcement information requests from law enforcement agencies. Apple considers a law enforcement information request to be legally valid if it is made in circumstances pertaining to the bona-fide prevention, detection or investigation of offences and will respond appropriately to what it considers to be such legally valid requests. Apple will notify its customers when their personal data is being sought in a legally valid law enforcement information request except where it reasonably considers that to do so would likely pervert the course of justice or prejudice the administration of justice.

We would kindly ask you to contact the police with any questions regarding any such enquiries as we are not in a position to comment upon these.

Kind regards,

Alanna Pigott
Apple Privacy

Information in this email including any attachments may be privileged, confidential and is intended exclusively for the addressee. The views expressed may not be official policy, but the personal views of the originator. If you have received it in error, please notify the sender by return e-mail and delete it from your system. You should not reproduce, distribute, store, retransmit, use or disclose its contents to anyone. Please note we reserve the right to monitor all e-mail communication through our internal and external networks. Apple and the Apple logo are trade marks of Apple Inc registered in the US and other countries.

On Jun 05, 2023, at 17:55, <miki.kotevski@gmail.com> wrote:

**Feedback Type:**
**Feedback Comment:** Hello, My name is Milan Michael Kotevski (aka miki kotevski), as an unlicensed attorney, I am requesting the following from you and here is why. Based on information, probable cause, and good faith belief, I believe that certain warrants and/or national security letters you have received concerning my account and my computers, between the years of 2010-2016, were in legal fact obtained criminally in violation of multiple statutes such as 18 USC 1961-1968, 18 USC 241-242, 18 USC 249, 18 USC 872, 18 USC 873, 18 USC 956, etc. In the interest of justice, I shall say a legal maxim that is probably true for you to consider: you have an affirmative legal duty to disclose to me a criminally transmitted and acted upon national security letter that was utilized against me and my legal and constitutional interests. period. Failure to disclose and assist me in my endeavors may result in you aiding and abetting a RICO conspiracy and actual and substantive allegations of RICO violations. As joyous as I may hear the words i will not be charged, it has to be in writing and a pardon given. I want every single warrant and national security letter anyone in the US Federal Government has given you between 2010-2016. Cordially, Milan Michael Kotevski. Juris Doctorate.
**First name:** Milan
**Last name:** Kotevski
**Country:** US

**Product:** Apple.com Website - Privacy Questions
-------------------------------------------

Date: 06/05/2023 16:55:08



Miki Kotevski <miki.kotevski@gmail.com>                    Fri, Jun 30, 10:53 AM
to privacy_response

Case-ID: 2818476

First off, the way you spell "offences" is not American (which shows a lack of knowledge
of American law) so I demand you forward this to your American counterparts who can
handle and resolve issues involving an American plaintiff and Defendant American
Government and Defendant American Corporation in which the basis of such is
AMERICAN LAW. I demand to know what country sought the records.

You are not understanding the issue. When the United States Government (or the
British/German/Australian Government acting on behalf of the United States
Government) gave you a warrant, national security letter, etc demanding complete
access to my account and laptop, they did so upon _material omissions and material lies_.
This constitutes legal fraud. It does not matter if Apple subjectively believed it was
valid; however now that there is an articulable basis in knowing that legal fraud was
committed, to continue to assist and perpetuate this legal fraud only ensnares you to be
in bad faith of American law. You are in fact prejudicing the administration of justice by
withholding information because legal fraud was committed upon me and my legal and
constitutional rights under the Geneva Convention and the United States Constitution.
At the end of the day, this is an American issue that necessitates American law.

--Miki



privacy_response@apple.com                                Fri, Jul 7, 3:22 AM
to me

Please include the line below in follow-up emails for this request

Case-ID: 2818476

Dear Mr Kotevski,

Thank you for your further email.

We would kindly refer you to our previous email.



**Miki Kotevski** <miki.kotevski@gmail.com>                    Fri, Jul 7, 2:21 PM
to privacy_response

Invalid response. You are in dangerous legal territory as you are enabling legal fraud upon the Court and RICO acts. Cease your ways immediately and give me the warrants and national security letters.



privacy_response@apple.com                                      Wed, Jul 12, 5:06 AM
to me

Please include the line below in follow-up emails for this request

Case-ID: 2818476

Dear Mr Kotevski,

Thank you for your further email.

We would kindly refer you to our previous email.

Kind regards,

Alanna Pigott
Apple Privacy

Information in this email including any attachments may be privileged, confidential and is intended exclusively for the addressee. The views expressed may not be official policy, but the personal views of the originator. If you have received it in error, please notify the sender by return e-mail and delete it from your system. You should not reproduce, distribute, store, retransmit, use or

disclose its contents to anyone. Please note we reserve the right to monitor all e-mail communication through our internal and external networks. Apple and the Apple logo are trade marks of Apple Inc registered in the US and other countries.

On Jul 07, 2023, at 20:21, <miki.kotevski@gmail.com> wrote:
Invalid response. You are in dangerous legal territory as you are enabling legal fraud upon the Court and RICO acts. Cease your ways immediately and give me the warrants and national security letters.

On Fri, Jul 7, 2023 at 3:22 AM <privacy_response@apple.com> wrote:
Please include the line below in follow-up emails for this request

Case-ID: 2818476

Dear Mr Kotevski,

Thank you for your further email.

We would kindly refer you to our previous email.

Kind regards,

Alanna Pigott
Apple Privacy

Information in this email including any attachments may be privileged, confidential and is intended exclusively for the addressee. The views expressed may not be official policy, but the personal views of the originator. If you have received it in error, please notify the sender by return e-mail and delete it from your system. You should not reproduce, distribute, store, retransmit, use or disclose its contents to anyone. Please note we reserve the right to monitor all e-mail communication through our internal and external networks. Apple and the Apple logo are trade marks of Apple Inc registered in the US and other countries.

On Jun 30, 2023, at 16:53, <miki.kotevski@gmail.com> wrote:
Case-ID: 2818476

First off, the way you spell "offences" is not American (which shows a lack of knowledge of American law) so I demand you forward this to your American counterparts who can handle and resolve issues involving an American plaintiff and Defendant American Government and Defendant American Corporation in which the basis of such is AMERICAN LAW.  I demand to know what country sought the records.

You are not understanding the issue. When the United States Government (or the British/German/Australian Government acting on behalf of the United States Government) gave you a warrant, national security letter, etc demanding complete access to my account and laptop, they did so upon *material omissions and material lies*. This constitutes legal fraud. It does not matter if Apple subjectively believed it was valid; however now that there is an articulable basis in knowing that legal fraud was

committed, to continue to assist and perpetuate this legal fraud only ensnares you to be in bad faith of American law. You are in fact prejudicing the administration of justice by withholding information because legal fraud was committed upon me and my legal and constitutional rights under the Geneva Convention and the United States Constitution. At the end of the day, this is an American issue that necessitates American law.

--Miki

On Fri, Jun 30, 2023 at 6:16 AM <privacy_response@apple.com> wrote:
Please include the line below in follow-up emails for this request

Case-ID: 2818476

Dear Mr Kotevski,

Thank you for contacting Apple's privacy team.

We would kindly refer you to Apple's Privacy Policy, available at:

https://www.apple.com/privacy/privacy-policy

It may be necessary − by law, legal process, litigation, and/or requests from public and governmental authorities within or outside your country of residence − for Apple to disclose your personal data.

As noted in our Privacy Policy:

"We may also disclose information about you if we determine that for purposes of national security, law enforcement, or other issues of public importance, disclosure is necessary or appropriate".

Regarding our procedures for such enquiries, Apple will accept requests for legally valid law enforcement information requests from law enforcement agencies. Apple considers a law enforcement information request to be legally valid if it is made in circumstances pertaining to the bona-fide prevention, detection or investigation of offences and will respond appropriately to what it considers to be such legally valid requests. Apple will notify its customers when their personal data is being sought in a legally valid law enforcement information request except where it reasonably considers that to do so would likely pervert the course of justice or prejudice the administration of justice.

We would kindly ask you to contact the police with any questions regarding any such enquiries as we are not in a position to comment upon these.

Kind regards,

Alanna Pigott
Apple Privacy

Information in this email including any attachments may be privileged, confidential and is intended exclusively for the addressee. The views expressed may not be official policy, but the personal views of the originator. If you have received it in error, please notify the sender by return e-mail and delete it from your system. You should not reproduce, distribute, store, retransmit, use or disclose its contents to anyone. Please note we reserve the right to monitor all e-mail communication through our internal and external networks. Apple and the Apple logo are trade marks of Apple Inc registered in the US and other countries.

On Jun 05, 2023, at 17:55, <miki.kotevski@gmail.com> wrote:

**Feedback Type:**
**Feedback Comment:** Hello, My name is Milan Michael Kotevski (aka miki kotevski), as an unlicensed attorney, I am requesting the following from you and here is why. Based on information, probable cause, and good faith belief, I believe that certain warrants and/or national security letters you have received concerning my account and my computers, between the years of 2010-2016, were in legal fact obtained criminally in violation of multiple statutes such as 18 USC 1961-1968, 18 USC 241-242, 18 USC 249, 18 USC 872, 18 USC 873, 18 USC 956, etc. In the interest of justice, I shall say a legal maxim that is probably true for you to consider: you have an affirmative legal duty to disclose to me a criminally transmitted and acted upon national security letter that was utilized against me and my legal and constitutional interests. period. Failure to disclose and assist me in my endeavors may result in you aiding and abetting a RICO conspiracy and actual and substantive allegations of RICO violations. As joyous as I may hear the words i will not be charged, it has to be in writing and a pardon given. I want every single warrant and national security letter anyone in the US Federal Government has given you between 2010-2016. Cordially, Milan Michael Kotevski. Juris Doctorate.
**First name:** Milan
**Last name:** Kotevski
**Country:** US
**Product:** Apple.com Website - Privacy Questions
------------------------------------------

Date: 06/05/2023 16:55:08

# TO UNITED October 3rd, 2023:

**Legal Request. Send to Legal Department**



Miki Kotevski <miki.kotevski@gmail.com>
to InvestorRelations

I request to talk to your legal department immediately and forward this to your legal department immediately. Based on information and belief, United Airlines management conspired with certain US officials like Leon Panetta, especially Hillary Clinton, Eric Holder, John Brennan, Ben Rhodes, Harold Hongju Koh, especially anyone at DHS like Janet Napolitano, Robert Mueller, Jeh Johnson, Prime Minister Singh, Alistair James Burt, Prime Minster David Cameron, and other unknown Indian, British, and American officials in which United Airlines Management knew of the operation against me on either 03/10/2011 and/or 03/11/2011 on United Airlines Flight 925 from LHR to IAD. I'm not going to reveal the extent of the RICO enterprise you are currently aiding and abetting and became principals after the fact for such crimes listed under 18 USC 1961, 18 USC 2340, 18 USC 2441 for things that happened in 2015 as well, but restitution is in order. I would like to negotiate fairly, justly, and equitably and not have to resort to a lawsuit. But I will if United Airlines and management fails to negotiate in good faith along with me.

I always come fairly and justly and in good faith. Don't take advantage of my generosity and kindness.

Miki Kotevski, J.D

Sent from iPhone.

I have the expectation that this email is private and confidential and shall not be shared with anyone without my consent.

# TO DELTA: 10/3/2023

**Legal Request. Send to Legal Department Immediately**



Miki Kotevski <miki.kotevski@gmail.com>          Tue, Oct 3, 9:35 PM
to investorrelations

I request to talk to your legal department immediately and forward this to your legal department immediately. Based on information and belief, Delta Airlines management conspired with certain US officials like John Brennan, Gina Haspel, Michael Morell, Mike Pompeo, especially Hillary Clinton, Ben Rhodes, especially anyone at DHS like Jeh Johnson, Robert Mueller, James Comey, Andrew McCabe, Peter Strzok, Bruce Ohr, and other unknown American officials or DoD officials in which Delta Airlines Management knew of the operation against me in either February 2016 or March 2016 in New Orleans and Atlanta. I'm not going to reveal the extent of the RICO enterprise you are currently aiding and abetting and became principals after the fact for such crimes listed under 18 USC 1961, 18 USC 2340, 18 USC 2441 for things that happened in 2015 as well, but restitution is in order. I would like to negotiate fairly, justly, and equitably and not have to resort to a lawsuit. But I will if Delta Airlines and management fails to negotiate in good faith along with me.

I always come fairly and justly and in good faith. Don't take advantage of my generosity and kindness.

Miki Kotevski, J.D

Miki Kotevski, J.D

Sent from iPhone.

I have the expectation that this email is private and confidential and shall not be shared with anyone without my consent.

**Settlement offer**



Miki Kotevski <miki.kotevski@gmail.com>          Wed, Oct 4, 3:02 PM
to nsd.ovt

# I will gladly accept 10 new 737 Max 10s, 10 new 787s, $3,000,000,000 non taxable, 5 new

**777-8Fs, 2 Boeing Apache helicopters fully armed and ready to go with DoD training, (the aircraft amount to be taken out of the 10 billion based on USTR) and stipulations agreed upon that concerns law and freedom which also includes, but not limited to: mkt oil, railroad, DoD/govt charters, three planes to air serbia (I'll purchase the three planes for mkt Macedonian) airport agreement, airline plan, certifications for the airline and pilot training for me, and no taxes for three generations. Lowest I'll go down to. this is my last offer and lowest I'll go down to.**

**Essentially, 3 billion, aircraft, and stipulations previously disclosed to you.**

Miki Kotevski, J.D

Sent from iPhone.

I have the expectation that this email is private and confidential and shall not be shared with anyone without my consent.

# TO HAROLD HONGJU KOH: October 5th, 2023

**Request To Talk**



Miki Kotevski <miki.kotevski@gmail.com>
to harold.koh

Thu, Oct 5, 3:11 PM

You know me. You need to explain everything you did concerning me during your tenure at state.

--Miki Kotevski

# TO JEH JOHNSON OCTOBER 5th, 2023:

**Cooperate**



**Miki Kotevski** <miki.kotevski@gmail.com>
to jjohnson

Thu, Oct 5, 4:13 PM

Cooperate with me and tell me everything you did against me.

--Miki Kotevski

# TO UN

**I keep submitting complaints and errors keep coming up.**



**Miki Kotevski** <miki.kotevski@gmail.com>
to ohchr-unvfvt

Thu, Oct 5, 6:57 PM

THE CIA, DoD, NSA, or FBI or someone foreign intelligence agency is fucking with my electronics and obstructing justice yet again and I wish to file a complaint. Give me an email address of who i can talk to so I can file a complaint.

--Miki

**Restitution**



**Miki Kotevski** <miki.kotevski@gmail.com>
to nsd.ovt

Sat, Oct 7, 6:25 PM

full restitution to the amount of $14,900,000,000 and all the stipulations as discussed earlier. Now additionally landing slots and gates by united and delta airlines at select airprots.

**Miki Kotevski FOIA**



Miki Kotevski <miki.kotevski@gmail.com>
to usn.ncr.dns.mbx.don-foia-pa

Fri, Dec 8, 7:15 PM (6 days ago)

Any and all documents concerning the following: #1: my military service; #2: memos authorizing me to be tortured and have war crimes committed against me; #3: policies concerning service members participating in a rico enterprise in which the Navy is currently aiding and abetting a rico enterprise; #4: aina (drill sergeant's record) who interacted with me; #5: any operations undertaken against me against the law with any american or foreign intelligence service; #6: prohibitions on cruel and unusual punishment for crimes and things I did not do.

**this is why restitution is in order**



Miki Kotevski <miki.kotevski@gmail.com>
to nsd.ovt

Sun, Oct 8, 9:53 AM

restitution is in order for this:

# Lawsuit #3 Attached

# TO BOEING

### In re: Miki Kotevski



Miki Kotevski <miki.kotevski@gmail.com>
to VulnerabilityDisclosure

This is not a legal request. It is to inform Boeing of the nature of some of the claims I may have and to negotiate fairly, equitably, and in good faith. Please send this to Brett Gerry as soon as possible. This is super confidential and top secret. Some parts of it may not make sense to you as it is part of an ongoing issue with certain federal officials. President Biden and Merrick Garland probably will have a copy of it soon enough. I dont care. I dont wish to harm anyone or adversely impact a company and current and ongoing customers and relationships. I just want to be included.

### Miki Kotevski Request. (Confirm Receipt of Email)



Miki Kotevski <miki.kotevski@gmail.com>
to cesisk@sewanee.edu

Wed, Oct 11, 11:09 AM

This is all going to sound crazy, but truth is sometimes stranger than fiction. doing and saying this under the honor code.  I am going to send you a copy via gmail and my other email account to make sure you get this email.

I know Sewanee has the Roberson project, which is great, and I am a victim of human trafficking and indentured servitude by the American Government as well as at least three different foreign governments. Furthermore, even acts of torture, war crimes, RICO predicates, and terrorism were committed against me. Remember, I just said that under the Honor Code. I am extremely wounded and hurt. Some of those occurred in 2010 and 2011 during my time at Sewanee. I have been able to truthfully assess and come to a conclusion that at least I suffered $10,823,400,000 in damages from just 2010 and 2011 alone. Treble damages under RICO of $32,470,200,000.  I, for sure, got two more years for the statute of limitations on RICO to end around 06/26/2025, but seeing how I have been denied twice from submitting complaints to the United Nations

about the abuses and crimes I experienced which I have screenshots of, I probably now have to at least October 10th, 2033 as that would be 100% obstruction of justice. This is not going to go away for a long time.

Now I dont know if you understand how RICO and War Crimes/Geneva Convention liability works, but I'll explain my current understanding of how the law works: DEFENDANTS are bound together (severally & jointly) by PINKERTON liability and/or previous case law from the Nuremberg trials finding REICHSBANK, WALTHER FUNK, and HJALMAR SCHACHT, at a minimum, guilty as co-conspirators & having aided and abetted the Nazi's war crimes and/or as RICO co-conspirators & members of the Enterprise or association under 18 U.S.C. 1962(d) and/or are vicariously liable for DEFENDANTS actions and/or are principals & accessories after the fact for any instance that took place when PLAINTIFF resided in Louisiana under Louisiana Revised Statutes RS 14 §24; RS 14 §25 and/or aided and abetted a conspiracy in violation of 18 U.S.C.§241 and 18 U.S.C. §1985(2) and 18 U.S.C. §1985 (3) and/or any other reason.

        This is what I know: I know at least Andrew McCabe, Robert Mueller, Peter Strzok, Janet Napolitano, and other unknown officials in the FBI, CIA, DHS, and DOJ all have contacted you in regards to me. I know that probably Professor Schneider and certain FBI officials like Andrew McCabe and Peter Strzok (and/or other unknown DOJ and FBI officials, probably some from the Northern District of Georgia) did in which they conspired against me on the basis of my disability and title vi status and thus started one of the many chains of causation.

Now I know Sewanee and I havent had the best relationship over the years. Here is your decision for you to make right now. Cooperate with me or be a defendant.  Your silence means you have decided to become a defendant. There is no such thing as attorney-client privilege for war crimes, torture, and RICO.  You have no privileges.

If you decide to work with me, you can tell me who in any government agency talked to you about me and provide all the documentation on that. Who was the internet service provider in Sewanee between 2007-2011, where did Sewanee host it's IT servers, the contract between Google and Sewanee for hosting Sewanee's email accounts, everything you have on Officer Rollins (regardless of current employment status), everything you have on Mary Beth Willams Bankson, and more. I'm especially upset about the incident involving an officer that came into my dorm room in March or April 2008 doing a wellness check so every document about that. Which officers were part of the interrogation outside in Humphrey's parking lot dorm in my freshman year. All the names of officers employed between 2007-2011. More documents.

The United States Government refuses to meaningfully interact or help me so it seems like they are the culprits until they prove me wrong. So what is it going to be?

--Miki Kotevski, Juris Doctorate. Class of 2011.

# TO CHASE: OCT 13ᵗʰ, 2023:

**18 U.S.C. 2339(a) issue and RICO liability issue for JP Morgan Chase.**



Miki Kotevski <miki.kotevski@gmail.com>                    Fri, Oct 13, 3:42 PM
to steve.ohalloran

Hello,

My name is Miki Kotevski and I am contacting you in regards to the subject of: 18 USC 2339(a), RICO, and JP Morgan Chase Bank liability for financing terrorism . I need to immediately talk to whomever in the legal department handles issues with financing, terrorism, and RICO as well. You need to contact immediately and cooperate with me on this. There is a paper trial connecting JP Morgan Chase to an incident of domestic and international terrorism as well as RICO racketeering that occurred in 2010 and 2011 and the statute of limitations has not run on this issue because it is an ongoing pattern. I am a victim of the incident of domestic and international terrorism.

my other email is: miki.kotevski@gmail.com
my cell phone is: 847-380-0400

--Miki Kotevski. Juris Doctorate.

# FUSION GPS:

**Liability**



Miki Kotevski <miki.kotevski@gmail.com>                    Sun, Oct 22, 11:01 PM
to info

You are liable for war crimes, torture, and racketeering. Give me all the info and contracts you have on me and every single person you talked to about me

Miki Kotevski, J.D

Sent from iPhone.

I have the expectation that this email is private and confidential and shall not be shared with anyone without my consent.

## Stop Tampering With My Electronics and Give Me An Offer or Help Me



Miki Kotevski <miki.kotevski@gmail.com>
to jscpg-mha

Mon, Dec 4, 12:44 PM (10 days ago)

I am sorry as I cant find the right person to send this to so please forward it to the appropriate division within the Home Ministry. I dont who it is whether it is your intelligence bureau or NIA, but you all need to stop interfering with my electronics. Put an offer in writing and get back to me. If not and additionally, the price and what I ask of you would decrease if you provide assistance to me. How do you want to resolve this? The way you are doing so right now is angering the fuck outta me and I will only demand more and I will get more from you.

--Miki Kotevski. Juris Doctorate.

## power of attorney for Milan Kotevski



Miki Kotevski <miki.kotevski@gmail.com>
to jlee

Sun, Mar 30, 2014, 8:47 PM

Hello Mr. Lee,

My mother told me to contact you in regards to creating paperwork handing over the power of attorney to my brother, David Kotevski.

My contact information is as follows:
mkotev1@lsu.edu
Miki Kotevski
464 E. Boyd Dr.
Apt 4.
Baton Rouge, LA. 70808.

Thank You,
Miki Kotevski (J.D. Candidate Class of 2016 at LSU School of Law).
...
**JOE FINN EMAIL:**

## lovely email



Miki Kotevski <miki.kotevski@gmail.com>                 Tue, Nov 25, 2014, 4:31 PM
to Geist1848

Joe,

It was really great hearing from you. Just seems after Dejo and I went to other schools besides warren, our families lost contact with one another. I still remember the days of us riding the ATVs on the farm my family used to have. Where do we even begin? It literally has been over a decade since we last spoke and I have no idea where to start. How have you been Joe? Well whenever I come back in town (as I am now in the south), I will be sure to e-mail you and we can catch up.


Best,
Miki Kotevski
J.D. Candidate at the LSU Paul M. Hebert Law Center (Class of 2017)